DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | **(Jointly Administered)** |

**AMENDED[2] AGENDA FOR MARCH 9 AND 10, 2022 HEARING**

| | |
|---|---|
| Time and Date of Hearing: | March 9, 2022 at 1:00 p.m. (prevailing Eastern Time) and, with respect to the Victim Statement Portion of the Hearing on the Motion to Approve Settlement Term Sheet, March 10, 2022 at 10:00 am (prevailing Eastern Time). |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text**.

**in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-646-518-9805, Meeting ID 91894269450##, Passcode 603325. This number will be active during the Hearing on both March 9 and 10, 2022.

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

I.    <u>**CONTESTED MATTERS:**</u>

1. ***Motion to Approve Settlement Term Sheet***. Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4410]

    <u>Objection Deadline</u>: March 8, 2021 at 7:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

    A. Letter sent via email regarding negotiations with Purdue Pharma Settlement by Teresa VomSaal [ECF No. 4412]

    B. The State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4413]

    C. State of West Virginia's Objection to Debtors' Motion to Approve Settlement Term Sheet and Joinder to Objection by the State of Florida [ECF No. 4417]

    D. The State of Indiana's Objection to Debtor's Motion to Approve Settlement Term Sheet and Joinder to the Objection Filed by the State of Florida [ECF No. 4418]

    E. The State of Louisiana's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4433]

    F. The State of Nebraska's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4435]

2

G.  The State of Ohio's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4437]

H.  The State of Alaska's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4440]

I.  Ellen Isaacs' Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4441]

J.  The State of Montana's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4443]

K.  The State of North Dakota's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4445]

L.  The State of Arkansas's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4447]

M.  The State of South Carolina's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4449]

N.  The State of Kansas' Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4451]

O.  The State of Arizona's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4453]

P.  Claimants' Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4455]

Q.  Maria Ecke's Objection to Debtors' Motion to Approve Settlement Term Sheet [ECF No. 4456]

R.  The Commonwealth of Kentucky's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4458]

S.  The State of Georgia's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4461]

T.  Joinder of the State of Tennessee to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4462]

U.  The State of Utah's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4464]

V.  The State of Texas's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4465]

**W.  The State of Mississippi's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4468]**

**X.  The State of Missouri's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4470]**

**Y.  Ad Hoc Committee's Limited Objection to Debtors' Motion to Approve Settlement Term Sheet [ECF No. 4471]**

**Z.  The State of Alabama's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4472]**

**AA.  Objection by Creditors Creighton Bloyd, Stacey Bridges, and Charles Fitch to Debtors' Motion to Authorize and Approve Settlement Term Sheet [ECF No. 4473]**

4

BB.  **Tribal Leadership Committee's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4474]**

CC.  **The Commonwealth of Puerto Rico's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4478]**

DD.  **The Territory of American Samoa's Joinder to the State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4480]**

EE.  **Nassau County's Limited Objection to Debtors' Motion to Approve Settlement Term Sheet [ECF No. 4483]**

FF.  **United States Trustee's Opposition and Reservation of Rights to Debtors' Motion for an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4484]**

GG.  **Trumball and Lake Counties' Limited Objection to Debtors' Motion to Approve Settlement Term Sheet [ECF No. 4484]**

HH.  **Response of the Multi-State Governmental Entities Group to Debtors' Motion to Approve Settlement Term Sheet [ ECF No. 4486]**

II.  **Certain Canadian Municipal and First Nation Creditors' Limited Objection to the Motion on Shortened Notice for a Bankruptcy Court Order Approving a Term Sheet Among the Sacklers, Nine States and the District of Columbia [ECF No. 4487]**

JJ.  **Carrie L. McGaha's Objection to Motion to Approve Settlement Term Sheet [ECF No. 4489]**

Reply:

A.  **Debtors' Reply in Support of Motion for an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4491]**

B.  **Statement of the Official Committee of Unsecured Creditors in Support of Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet and Joinder in the Debtors' Reply in Support Thereof [ECF No. 4492]**

   **C.**  **Ad Hoc Committee of NAS Children's Joinder to Statement of the Official Committee of Unsecured Creditors in Support of Motion of Debtors Pursuant to 11 U.S.C. 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4493]**

   **D.**  **Ad Hoc Group of Hospitals' Joinder to the Statement of the Official Committee of Unsecured Creditors in Support of the Settlement Motion [ECF No. 4494]**

Related Documents:

   A.  Notice of Hearing Regarding Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4410]

   B.  Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Motion of Debtors Pursuant To 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet [ECF No. 4411]

   C.  Notice of Hearing Regarding Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet, Including Portion of Hearing Specifically Allocated for Victim Statements [ECF No. 4430]

Status: This matter is going forward on a contested basis.

---

**The Victim Statement Portion of the Hearing on the *Motion to Approve Settlement Term Sheet* will commence on March 10, 2022, at 10:00 a.m.  [ECF No. 4430].**

---

Dated:    March 9, 2022
            New York, New York

                        DAVIS POLK & WARDWELL LLP

                        By:    */s/ Eli J. Vonnegut*
                                    Eli J. Vonnegut

                        450 Lexington Avenue
                        New York, New York 10017
                        Telephone: (212) 450-4000
                        Facsimile:  (212) 701-5800
                        Marshall S. Huebner
                        Benjamin S. Kaminetzky
                        Eli J. Vonnegut
                        Christopher S. Robertson

                        *Counsel to the Debtors*
                        *and Debtors in Possession*