United States Bankruptcy Court
Southern District of New York

| | CHAPter 11 |
|---|---|
| Creditor, Pro SE | Case NO: 19-23649 |
| V. | MOTION - Extension of |
| Purdue Pharma L.P. et.al, debtors | Time "Bar Date" request |

I

Jurisdiction and Venue

1. This is a chapter 11 Bankruptcy case claim, in wich the creditor Steven J. Maltman Begs this Great Court for his claim to be recognized as being filed timely. This court has the authority under the Federal rule of Bankruptcy Procedure 9006(b)(I). this creditor is Requesting for what constitutes as, "excusable neglect" to be aplied to his claim. This Creditor's Personal Injury claimant Proof of claim form, (claim no:        ) and General opiod Proof of claim form, (claim no:         ) where filed by the Purdue Pharma claims Processing Center

(1)

FOR LEGAL USE ONLY

(19mos) days after the July 30, 2020 Bar Date.

The creditor, request for the following facts to be applied to the reasoning in wich this Great court will be able to make an informative and informative and Knowledgable decision.

## II. Facts

a. The Global Pandemic has slowed and, even Halted life DUE to the nation wide lock down, my ability to communicate and correspond has become Hinderd and also come to a standstill at times this was out of my control.

b. At the time this creditor tried to acquir the required claim documents the United States Postal Service was Lacking in fends and doe to that the affected States where informed mail would be Late for outgoing and incoming. This delay transpired at the same time and several months prior to and after the courts new

FOR LEGAL USE ONLY

(2)

FOR LEGAL USE ONLY

"Bar Date". this was out of my control.

C. I am currently Incarcerated and have been in the Prison/County Jail since (2-20-21) in Washington State. Here at the Prison I only receive limited out time a day and "no" Publication are allowed except for USA Today and that has to be Purchased from an outside vender.
I am an Indegent inmate, So I am unable to Purchase the U.S.A. Today. So I am Ignorant to what all is Transpiring in the outside world and its ongoings. As soon as I could I sent a request for forms to the Purdue Pharma claims Center.

d. I → Steven J. Maltman did attempt to file my claim forms in the fastest time frame Possible. with requards to my current incarceration and constant state lock downs, due to the Global Pandemic wich is completely out of my control.

III   Legal Claims.

The creditor, Steven J. Maltman, alleges he attempted to follow the courts

FOR LEGAL USE ONLY

(3)

FOR LEGAL USE ONLY

requirments and rules as best as he was physically capable of doing in respect to his current incarceration. This creditor "Acted in good faith" (Fed rules Bankr. Proc. Rule 9006(b)(1) 11 U.S.C.A. CVI, 6VF (Lux) master S.a.r.l. v. Lehman bros. Holdings Inc. 445 B.R. 137 (S.D.N.Y. 2011). This creditor is the movant requesting for the acceptance of this claims extension of Bar Date so this creditors claim may be recognized as timely.

"Excusable neglect standard that governs a creditors ability to file a Proof of claim after the expiration of the claim bar date is a flexible one, and excusable neglect may include inadvertence, mistake, or carelessness, as well as intervening circumstances beyond the creditors control. (Fed. R. Bankr. P. 9006 (b)(1). In re motors. Liquidation Company. 576 B.R. 761 (Bankr S.D.N.Y. 2017) under the excusable neglect standard governing the filing of Late Proofs of claim.

Congress Plainely contemplated that courts would be Permitted when appropriate,

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

to accept. Late filings caused by inadvertence, mistake, or carelessness, as well as by Intervening circumstances beyond a partys control. (Fed. R. Bankr. P. 9006(b). In re Energy Future Holdings Corp., 619 B.R. 99 (Bankr. D. Del. 2020).

**IV** Prayer for Relief

Wherefore, creditor respectfully prays that this court enter Judgement granting the recognization of a.) Personal Injury claiment Proof of claim form.

Dated 2-17-2022

Respectfully Submitted,

— verification —

I Have read the foregoing and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify, under the Penalty of Purjury that the foregoing is true and correct, executed at

City Walla Walla State WA date 2-17-2022

Signature: [signed]
Print: Steven Naitman

FOR LEGAL USE ONLY

(5)