FOR LEGAL USE ONLY

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| Creditor, Pro Se<br>V.<br>Purdue Pharma L.P., et al.,<br>debtors | CHAPTER 11<br>Case No: 19-23649<br>Motion = Extension of<br>Time "Bar Date" request |

I

Jurisdiction and Venue

1. This is a chapter 11 Bankruptcy case claim in wich the creditor Timothy Maxwell, begs this Great court for his claim to be recognized as being filed timely. this court has the authority under the federal rule of Bankruptcy Procedure 9006(b)(1). this creditor is requesting for what constitutes as "excusable neglect" to be applied to his claim. this creditors Personal Injury claim. this creditors Personal Injury claim Proof of claim form (claim no: 628705) where filed by the Purdue Pharma claims Processing Center. (18 mos) after the July 30, 2020 Bar Date. General of iad claim # (628712)

-1-

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

The creditor, Timothy Maxwell request for the following facts to be applied to the reasoning in wich this Great court will be able to make an informative and knowledgable decision.

## II. Facts.

a. The brobal Pandemic has slowed and even halted my Life Due to the nation wide lockdown, my ability to communicate and correspond has become hinderd and also come to a standstill at times. this was out of my control.

b. At the time this creditor, Timothy Maxwell tried to aquir the required claim documents. The United States Postal Service was Lacking in funds and due to that, the affected states where informed mail would be Late for outgoing and incoming. This delay transpired at the same time, and several months Prior to and after the carts new "Bar Date" this was out of my control.

C. I am currently Incarcerated and have been in the Washington State Penitentiary since (14 mo's) in Washington State. Here at the Washington State Penitentiary I only recieve limited time out of cell time a day and "no" Publications are allowed except for the U.S.A. Today, and that has to be Purchased from an outside vender. I am an Indegent inmate so I am unable to Purchase the U.S.A. Today. So I am ignorant to what all is transpiring in the outside world and its ongoings. As soon as I could I sent a request for forms to the Purdue Pharma claims Center % Prime clerk on or about the month of December, 2021 I recieved an acknowledgement on/in February my claim was recieved and Processed

D. I, Timothy Maxwell did attempt to file my claims forms in the fastest time frame Possible with regaurds to my current incarceration and constant state lock downs due to the Global Pandemic wich is completely out of my control.

III. Legal claims.

The Creditor (Timothy Maxwell) alleges

FOR LEGAL USE ONLY

he attempted to follow the courts requirements and rules as best as he was physically capable of doing in respect to his current incarceration. This creditor "Acted in good faith" (Fed rules Bankr. Proc. Rule 9006(b)(1) 11 U.S.C.A. CVI 5VF (Lux) master S.a.r.l. V. Lehman Bros. Holdings Inc. 445 B.R. 137 (S.D. N.Y. 2011). This Creditor is the movant requesting for acceptance of this claims extension of Bar Date, so this creditors claim may be Recognized as timely. "Excusable neglect standard that governs a creditors ability to file a Proof of claim after the expiration of claim bar date is a flexible one, and excusable neglect may include Inadvertence, mistake or, carelessness, as well as Intervening circumstances beyond the Creditors control. (Fed. R. Bankr. P. 9006(b)(1). In re Motors. Liquidation Company. 576 B.R. 761 (Bankr S.D. N.Y. 2017) Under the excusable neglect Standard governing the filing of Late Proofs of claim, congress Plainly Contemplated that courts would be Permitted when appropriate, to accept Late filings caused by inadvertance, mistake, or carelessness as well as by Intervening circumstances beyond a party's control. (Fed. R. Bankr. P. 9006(b) In re Energy future Holdings Corp.) 619 B.R. 99 (Bankr. D. Del. 2020).

## IV. Prayer for Relief

Wherefore, Creditor respectfully prays that this court enter judgement granting the recognization of a.) Personal Injury claimant Proof of claim form.

Dated 2-28-22

Respectfully submitted,

— Verification —

I Have read the foregoing and hereby verify that the matters alleged therein are true, except as to the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under the penalty of Perjury that the foregoing is true and correct.

executed at,
City. walla walla, State. wa,
Date, 2-28-22
Signature: [signature]
Print: Timothy Maxwell