AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
F. 305.489.2698
Christopher B. Spuches

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **PURDUE PHARMA, INC.,** *et al.*,[1] | ) | Case No. 19-23649(RDD) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |

**VERIFIED STATEMENT OF AGENTIS PLLC**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Agentis PLLC ("Agentis"), in accordance with Federal Rule of Bankruptcy Procedure 2019, represents and makes the following verified representations:

1.      Agentis maintains offices for the practice of law at 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134.

2.      Agentis has been retained as counsel for multiple state and other governmental creditors listed in paragraph 4 below (collectively, the "Represented Parties") to represent their interests in these cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.



3.      Agentis has fully advised each of the Represented Parties below with respect to its concurrent representation. Each of the Represented Parties has consented to such representation and has requested Agentis represent them in these cases.

4.      The Represented Parties consist of:

| Represented Party Name and Address | Nature and Amount of Disclosable Economic Interest |
| --- | --- |
| Florida<br><br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>Attn: John Guard<br>Deputy Attorney General | Unsecured; as set forth in Proof of Claim # 150563 |
| Louisiana<br><br>Public Protection Division<br>Complex Litigation Unit<br>1885 N. 3rd St., 4th Floor.<br>Baton Rouge, LA 70802<br>Attn: Christopher J. Alderman<br>Section Chief, Assistant Attorney General | Unsecured; as set forth in Proof of Claim # 150563 |
| Nebraska<br><br>Nebraska Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>Attn: Philip D. Carlson<br>Assistant Attorney General | Unsecured; as set forth in Proof of Claim # 150563 |
| Ohio<br><br>Ohio Attorney General's Office<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>Attn: Jonathan Blanton<br>Deputy Attorney General | Unsecured; as set forth in Proof of Claim # 150563 |

2

| | |
|---|---|
| Alaska<br><br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994<br>Attn: Margaret Panton-Walsh<br>Chief Assistant Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Montana<br><br>Office of the Attorney General<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena, MT 59620-1401 444-2026<br>Attn: Austin Knudsen | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| North Dakota<br><br>Consumer Protection & Antitrust Division<br>Office of the Attorney General<br>1720 Burlington Drive, suite C<br>Bismarck, ND 58504-7736<br>Attn: Parrell D. Grossman<br>Assistant Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Arkansas<br><br>Arkansas Attorney General's Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Attn: Kate Donovan<br>Senior Assistant Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| South Carolina<br><br>Office of the South Carolina Attorney General<br>Rembert Dennis Building<br>1000 Assembly Street<br>Columbia, SC 29201<br>Attn: Jared Q. Libet<br>Assistant Deputy Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Kansas<br><br>Office of the Kansas Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |

**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

| | |
|---|---|
| 120 SW 10th Ave.<br>Topeka, KS 66612-1597<br>Attn: Jeffrey A. Chanay<br>Chief Deputy Attorney General | |
| Arizona<br><br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926<br>Attn: Mark Brnovich | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Kentucky<br><br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449<br>Attn: Victor B. Maddox<br>Associate Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Georgia<br><br>Office of the Attorney General<br>40 Capitol Square<br>SW Atlanta, GA 30334<br>Attn: Chris Carr | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Utah<br><br>Utah Attorney General's Office<br>160 East 300 South, 5th Floor<br>Salt Lake City, UT 84114-0872<br>Attn: Thomas M. Melton<br>Assistant Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Mississippi<br><br>Office of the General Attorney<br>550 High Street<br>Jackson MS 39201<br>Attn: Lynn Fitch | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| Missouri<br><br>Missouri Attorney General's Office | Unsecured; as set forth in Proof of<br>Claim # 150563 |

4

| | |
|---|---|
| P.O. Box 899<br>Jefferson City, MO 65102<br>Attn: Ryan L. Blansett<br>Assistant Attorney General | |
| Commonwealth of Puerto Rico<br><br>United States Attorney's Office<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918<br>Attn: Guarionex Diaz Martinez<br>Assistant Attorney General | Unsecured; as set forth in Proof of<br>Claim # 150563 |
| American Samoa<br><br>Department of Legal Affairs<br>Executive Office Bldg. 3rd Floor<br>P.O. Box 7<br>Utulei, American Samoa 96799<br>Attn: Fainu'ulelei Falefatu Ala'ilima-Utu | Unsecured; as set forth in Proof of<br>Claim # 150563 |

5.      The Represented Parties have filed Governmental Opioid Claimant Proof of Claim #150563 in these cases in the aggregate amount of $2.156 trillion (unliquidated).

6.      The information set forth herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  Agentis does not make any representation regarding the validity, amount, allowance, or priority of such claims and reserves all rights with respect thereto.

7.      Nothing contained herein should be construed as a limitation upon, or waiver of, any rights of any Represented Party to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these chapter 11 cases.

8.      Agentis reserves the right to amend or supplement this Verified Statement in accordance with Bankruptcy Rule 2019.

**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

Respectfully submitted,

AGENTIS PLLC
***Counsel for the Represented Parties***
55 Alhambra Plaza, Suite 800
Coral Gables, Florida  33134
T. 305.722.2002
www.agentislaw.com

By:   */s/ Christopher B. Spuches, Esq.*
        Christopher B. Spuches, Esq.
        New York Bar No: 2848653
        cbs@agentislaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 9, 2022, a true and correct copy of *Verified Statement of Agentis PLLC Pursuant To Federal Rule of Bankruptcy Procedure 2019* was filed electronically with the Clerk of the Court using CM/ECF system which in turn sent notifications of such filing to all interested parties of record.

AGENTIS PLLC
***Attorneys for the Represented Parties***
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By:   */s/ Christopher B. Spuches, Esq.*
        Christopher B. Spuches, Esq.
        New York Bar No: 2848653
        cbs@agentislaw.com

6

