**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF TWENTY-SIXTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | December 1, 2021 through December 31, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $369,464.64 |
| **Less 20% Holdback** | $73,892.93 |
| **Net of Holdback:** | $295,571.71 |
| **Amount of Expense Reimbursement Requested:** | $31,751.70 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $327,323.41 |
| **This is a** | X   Monthly _____Interim ___ Final Fee Statement |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-sixth monthly fee statement (the "Twenty-Sixth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from December 1, 2021 through December 31, 2021 (the "Twenty-Sixth Monthly Fee Period"). By this Twenty-Sixth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $327,323.41 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Sixth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Sixth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     The total amount sought for fees reflects (a) voluntary write offs in the amount of $6,266.50 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $55,207.36 for the Twenty-Sixth Monthly Fee Period), for an overall voluntary reduction of approximately 14.3%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 14.3% reduction.

hourly billing rate of Jones Day timekeepers during the Twenty-Sixth Monthly Fee Period is approximately $612.91.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Sixth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Sixth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Sixth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Twenty-Sixth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Sixth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-Sixth Monthly Fee Statement, if any, must be served

via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas

(akordas@jonesday.com) no later than March 24, 2021 at 12:00 p.m. (prevailing Eastern Time)

(the "Objection Deadline"), setting forth the nature of the objection and the specific amount of

fees at issue.

7.      If no objections to this Twenty-Sixth Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Twenty-Sixth Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-Sixth Monthly Fee Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Twenty-Sixth Monthly Fee Statement to which the objection is directed and promptly pay

the remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Twenty-Sixth Monthly Fee Statement

has been made to this or any other court.

Dated: March 10, 2022                         _/s/  Anna Kordas_
       New York, NY                           JONES DAY
                                           John J. Normile
                                         Anna Kordas
                                         250 Vesey Street
                                         New York, NY 10281

| | |
|---|---|
| Telephone: | (212) 326-3939 |
| Facsimile: | (212) 755-7306 |
| Email: | jjnormile@jonesday.com |
| | akordas@jonesday.com |

– and –

Chané Buck
4655 Executive Drive, Suite 1500
San Diego, CA 92121

| | |
|---|---|
| Telephone: | (858) 314-1158 |
| Facsimile: | (844) 345-3178 |
| Email: | cbuck@jonesday.com |

*Special Counsel to the Debtors and
Debtors in Possession*

## <u>EXHIBIT A</u>

## COMPENSATION BY PROFESSIONAL PERSON

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**DECEMBER 1, 2021 – DECEMBER 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,175.00 | $1,022.25 | 16.8 | $19,740.00 |
| Anthony C. Chen | 1993 | $1,000.00 | $870.00 | 73.7 | $73,700.00 |
| Guoping Da | 2009 | $775.00 | $674.25 | 98 | $75,950.00 |
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 11.2 | $9,520.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 11 | $12,375.00 |
| John J. Normile | 1989 | $1,250.00 | $1,109.25 | 65.7 | $82,125.00 |
| Jennifer L. Swize | 2002 | $1,100.00 | $975.00 | 14.1 | $15,510.00 |
| **TOTAL PARTNER:** | | | | **290.5** | **$288,920.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 5.3 | $3,047.50 |
| Patrick Huang | 2013 | $525.00 | $456.75 | 7.2 | $3,780.00 |
| Evan C. Jones | 2022 | $500.00 | $435.00 | 8.4 | $4,200.00 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 5.1 | $4,080.00 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 97.5 | $69,712.50 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 10.4 | $6,812.00 |
| Christian A. Roberts | 2021 | $450.00 | $391.50 | 3.5 | $1,575.00 |
| **TOTAL ASSOCIATE:** | | | | **137.4** | **$93,207.00** |
| **LAW CLERK** | | | | | |
| Cherry Wang | N/A | $350.00 | $304.50 | 4 | $1,400.00 |
| **TOTAL LAW CLERK:** | | | | **4** | **$1,400.00** |
| **PARALEGAL & STAFF** | | | | | |
| Riley Cheng | N/A | $50.00 | $43.50 | 8 | $400.00 |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 4.3 | $1,505.00 |
| Yang Jiao | N/A | $300.00 | $261.00 | 6.5 | $1,950.00 |
| Karida Li | N/A | $50.00 | $43.50 | 8.5 | $425.00 |
| Jason Liao | N/A | $300.00 | $261.00 | 1.3 | $390.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 1.1 | $440.00 |
| Yuri Mozolev | N/A | $175.00 | $152.25 | 2 | $350.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 3 | $1,200.00 |
| Ethan Sun | N/A | $150.00 | $130.50 | 42.5 | $6,375.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 93.7 | $28,110.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **170.9** | **$41,145.00** |
| **TOTAL:** | | | | **602.8** | **$424,672.00** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2021 – DECEMBER 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 48.4 | $42,216.00 |
| Collegium 961 PGR | 124.4 | $109,200.00 |
| Strategic Corporate Advice | 2.2 | $1,441.00 |
| Retention Matters | 19 | $16,942.50 |
| Accord Healthcare Inc. | 21.3 | $19,305.00 |
| Confidential Matter I | 104.5 | $93,102.00 |
| Confidential Matter  II | 283 | $142,465.00 |
| **TOTAL** | **602.8** | **$424,672.00** |
| **13% DISCOUNT** | | **$55,207.36** |
| **TOTAL FEES** | | **$369,464.64** |

## EXHIBIT C

**EXPENSE SUMMARY**
**DECEMBER 1, 2021 – DECEMBER 31, 2021**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $31,576.62 |
| Printing Charges | $44.58 |
| Mailing Charges | $23.70 |
| Court Costs | $106.80 |
| **TOTAL** | **$31,751.70** |

## EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2022                                                                    305158.999007
                                                                                                    Invoice: 220901209

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 16,942.50 |
| Less 13% Discount | | (2,202.53) |
| Total Billed Fees | USD | 14,739.97 |
| **TOTAL** | **USD** | **14,739.97** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/220901209 WITH YOUR PAYMENT

**JONES DAY**

305158.999007

Retention Matters

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 7.50 | 1,250.00 | 9,375.00 |
| Associate |  |  |  |
| C Buck | 5.30 | 575.00 | 3,047.50 |
| A Kordas | 5.10 | 800.00 | 4,080.00 |
| Paralegal |  |  |  |
| M M Melvin | 1.10 | 400.00 | 440.00 |
| **Total** | **19.00** | **USD** | **16,942.50** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/01/21 | C Buck | 1.60 |

Draft Twenty-Fourth Monthly fee statement and update worksheet.

| 12/02/21 | A Kordas | 0.50 |
|---|---|---|

Draft/revise 24th monthly fee statement (.4); confer with C. Buck regarding same (.1).

| 12/03/21 | A Kordas | 0.30 |
|---|---|---|

Review correspondence from the fee examiner (.2); correspond with C. Buck regarding same (.1).

| 12/06/21 | C Buck | 1.60 |
|---|---|---|

Redact October invoices (.4); finalize fee statement for filing (.2); revise November invoices for compliance with UST guidelines (1.0).

| 12/06/21 | M M Melvin | 0.50 |
|---|---|---|

Assemble exhibits with the Twenty-Fourth October monthly fee statement (.1); e-file the October monthly fee statement (.2); serve the same by e-mail (.1); forward a filed copy to C. Buck (.1).

| 12/06/21 | J J Normile | 1.00 |
|---|---|---|

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

| 12/07/21 | C Buck | 1.60 |
|---|---|---|

Draft November fee statement.

| 12/08/21 | C Buck | 0.50 |
|---|---|---|

Redact twenty-fifth monthly fee statement (.3); finalize fee statement for filing (.2).

| 12/08/21 | A Kordas | 2.30 |
|---|---|---|

Draft/revise fee statement (.5); review fee examiner letter and prepare response (1.8).

| 12/08/21 | M M Melvin | 0.60 |
|---|---|---|

Review and combine exhibits with the fee statement for filing (.2); e-file Jones Day's Twenty-Fifth Monthly Fee Statement (November, 2021) (.3); forward a filed copy to A. Kordas (.1).

| 12/13/21 | J J Normile | 0.50 |
|---|---|---|

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

| 12/16/21 | A Kordas | 2.00 |
|---|---|---|

Prepare for and attend hearing on fee applications (1.9); correspond with J. Normile and team regarding same (.1).

| 12/16/21 | J J Normile | 1.50 |
|---|---|---|

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

## JONES DAY

305158.999007

Retention Matters

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/17/21 | J J Normile | 2.00 |



| 12/29/21 | J J Normile | 2.50 |

| | **Total** | **19.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


February 28, 2022                                                                 305158.610005
                                                                                          Invoice: 220901210

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America


For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 42,216.00 |
| Less 13% Discount | | (5,488.08) |
| Total Billed Fees | USD | 36,727.92 |
| **TOTAL** | **USD** | **36,727.92** |

Please remit payment to:

**ACH Transfer (preferred)**              **Wire Transfer**
Citibank, N.A.                                   Citibank, N.A.
New York, NY                                   New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                    Account No:  37026407
ABA No:  021000089                        ABA No:  021000089
                                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220901210 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 4.00 | 1,125.00 | 4,500.00 |
| J J Normile | 14.60 | 1,250.00 | 18,250.00 |
| Associate |  |  |  |
| K McCarthy | 20.00 | 715.00 | 14,300.00 |
| A M Nicolais | 5.20 | 655.00 | 3,406.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 1.60 | 350.00 | 560.00 |
| T E Solomon | 3.00 | 400.00 | 1,200.00 |
| **Total** | **48.40** | **USD** | **42,216.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 12/01/21 | J J Darensbourg | 0.40 |

Manage Trial Exhibits demonstrating OxyContin's Abuse Deterring Properties for review by B Koch and R Inz.

| 12/01/21 | G J Larosa | 1.00 |
|---|---|---|

Meet and conferred with Collegium's counsel and attention to coordinating case management (.6); ███████

| 12/01/21 | K McCarthy | 5.50 |
|---|---|---|

Prepare for and participate in meet and confer with opposing counsel ████████████████████

████████████████████████████████████████████ (2.2);

attention to case files and correspondence (.5).

| 12/01/21 | J J Normile | 1.30 |
|---|---|---|

Review and revise SDNY joint status report and related teleconferences and correspondence with O. Langer, K. Benedict and K. McCarthy.

| 12/02/21 | J J Normile | 1.10 |
|---|---|---|

Attention to SDNY filing (.30); ████████████████████

| 12/03/21 | A M Nicolais | 0.30 |
|---|---|---|

████████████████

| 12/03/21 | J J Normile | 1.80 |
|---|---|---|

████████████████████████

| 12/06/21 | J J Darensbourg | 0.40 |
|---|---|---|

████████████

| 12/06/21 | G J Larosa | 1.00 |
|---|---|---|

████████████

| 12/06/21 | K McCarthy | 5.00 |
|---|---|---|

████████████████

| 12/06/21 | A M Nicolais | 1.10 |
|---|---|---|

████████████████

| 12/07/21 | J J Darensbourg | 0.20 |
|---|---|---|

████████████████

# JONES DAY

305158.610005

Page: 4
February 28, 2022
Invoice: 220901210

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/07/21 | K McCarthy | 2.00 |
| 12/07/21 | A M Nicolais | 1.00 |
| 12/08/21 | K McCarthy | 2.50 |
| 12/09/21 | J J Darensbourg | 0.60 |

Manage shared database for attorneys of correspondence regarding meet and confer with opposing counsel to discuss '961 litigation,

| 12/10/21 | A M Nicolais | 0.40 |
| 12/13/21 | G J Larosa | 1.00 |

Communicate with co-counsel and in firm regarding case status and strategy.

| 12/13/21 | J J Normile | 1.90 |
| 12/14/21 | T E Solomon | 2.50 |
| 12/17/21 | T E Solomon | 0.50 |
| 12/18/21 | J J Normile | 1.00 |

Continued review of Judge McMahon's order reversing Judge Drain's confirmation of Purdue's plan of reorganization and impact of same on existing case management plan.

| 12/19/21 | K McCarthy | 1.00 |

Review/analyze produced documents and communicate internally regarding analysis of same (.5); attention to case file and correspondence (.5).

| 12/19/21 | J J Normile | 1.50 |



# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/20/21 | G J Larosa | 1.00 |
| 12/20/21 | K McCarthy | 2.00 |
| 12/20/21 | J J Normile | 2.80 |
| 12/21/21 | K McCarthy | 2.00 |
| 12/21/21 | A M Nicolais | 1.00 |
| 12/21/21 | J J Normile | 2.00 |
| 12/26/21 | A M Nicolais | 0.50 |
|  | Reviewing Purdue document collection. | |
| 12/28/21 | A M Nicolais | 0.90 |
|  | Continue review of Purdue document collection (.6); | |
| 12/28/21 | J J Normile | 1.20 |
| **Total** | | **48.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2022

305158.610013
Invoice: 220901211

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/220901211 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Page: 2
February 28, 2022
Invoice: 220901211

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 12/07/21 | J J Normile | NYC | 1,500.00 | |
| **Hosting Charges Subtotal** | | | | **1,500.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2022                                                                 305158.610022
                                                                                          Invoice: 220901212

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---:|
| Collegium 961 PGR | USD | 109,200.00 |
| Less 13% Discount | | (14,196.00) |
| Total Billed Fees | USD | 95,004.00 |
| **TOTAL** | **USD** | **95,004.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610022/220901212 WITH YOUR PAYMENT

# JONES DAY

305158.610022                                                    Page: 2
                                                        February 28, 2022
Collegium 961 PGR                                     Invoice: 220901212

## Timekeeper/Fee Earner Summary

|                    | Hours   | Rate     | Amount      |
|--------------------|---------|----------|-------------|
| **Partner**        |         |          |             |
| G A Castanias      | 16.80   | 1,175.00 | 19,740.00   |
| M W Johnson        | 11.20   | 850.00   | 9,520.00    |
| G J Larosa         | 7.00    | 1,125.00 | 7,875.00    |
| J J Normile        | 13.50   | 1,250.00 | 16,875.00   |
| J L Swize          | 14.10   | 1,100.00 | 15,510.00   |
| **Associate**      |         |          |             |
| K McCarthy         | 46.00   | 715.00   | 32,890.00   |
| C A Roberts        | 3.50    | 450.00   | 1,575.00    |
| **Law Clerk**      |         |          |             |
| E C Jones          | 8.40    | 500.00   | 4,200.00    |
| **Paralegal**      |         |          |             |
| J J Darensbourg    | 1.90    | 350.00   | 665.00      |
| **Librarian**      |         |          |             |
| Y Mozolev          | 2.00    | 175.00   | 350.00      |
| **Total**          | **124.40** | **USD** | **109,200.00** |

# JONES DAY

305158.610022

Page: 3
February 28, 2022
Invoice: 220901212

Collegium 961 PGR

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/01/21 | G J Larosa | 1.00 |
| 12/01/21 | J J Normile | 1.00 |

Prepare for and participate in meet and confer with counsel for Collegium regarding next steps in view of PTAB denial of motion to terminate and Final Written Decision (.5);



| 12/06/21 | E C Jones | 2.70 |
| 12/06/21 | K McCarthy | 0.90 |
| 12/07/21 | M W Johnson | 1.00 |
| 12/07/21 | K McCarthy | 1.60 |
| 12/07/21 | Y Mozolev | 1.00 |
| 12/08/21 | M W Johnson | 1.50 |
| 12/08/21 | K McCarthy | 2.50 |
| 12/08/21 | J J Normile | 1.00 |
| 12/08/21 | C A Roberts | 1.50 |
| 12/09/21 | M W Johnson | 2.00 |

**JONES DAY**

305158.610022

Collegium 961 PGR



| Date | Name | Hours |
|------|------|-------|
| 12/09/21 | G J Larosa | 1.00 |
| 12/09/21 | K McCarthy | 3.50 |
| 12/09/21 | Y Mozolev | 1.00 |
| 12/09/21 | J J Normile | 1.00 |
| 12/09/21 | C A Roberts | 2.00 |
| 12/09/21 | J L Swize | 1.50 |
| 12/10/21 | K McCarthy | 6.00 |
| 12/11/21 | K McCarthy | 3.00 |
| 12/12/21 | K McCarthy | 4.00 |
| 12/13/21 | G A Castanias | 4.00 |
| 12/13/21 | M W Johnson | 2.50 |
| 12/13/21 | G J Larosa | 2.00 |
| 12/13/21 | K McCarthy | 5.00 |
| 12/13/21 | J J Normile | 2.00 |

**JONES DAY**

305158.610022

Collegium 961 PGR

Page: 5
February 28, 2022
Invoice: 220901212

| 12/13/21 | J L Swize | 4.20 |
|----------|-----------|------|

| 12/14/21 | G A Castanias | 3.50 |
|----------|---------------|------|

| 12/14/21 | M W Johnson | 1.50 |
|----------|-------------|------|

| 12/14/21 | G J Larosa | 1.00 |
|----------|------------|------|

| 12/14/21 | K McCarthy | 5.50 |
|----------|------------|------|

| 12/14/21 | J J Normile | 2.00 |
|----------|-------------|------|

| 12/14/21 | J L Swize | 4.00 |
|----------|-----------|------|

| 12/15/21 | J J Darensbourg | 0.60 |
|----------|-----------------|------|

| 12/15/21 | K McCarthy | 2.00 |
|----------|------------|------|

| 12/15/21 | J J Normile | 2.00 |
|----------|-------------|------|

| 12/15/21 | J L Swize | 0.60 |
|----------|-----------|------|

| 12/16/21 | G A Castanias | 6.30 |
|----------|---------------|------|

| 12/16/21 | J J Darensbourg | 0.20 |
|----------|-----------------|------|

**JONES DAY**

305158.610022

Collegium 961 PGR

Page: 6
February 28, 2022
Invoice: 220901212

| 12/16/21 | M W Johnson | 0.50 |
|----------|-------------|------|

| 12/16/21 | E C Jones | 2.70 |
|----------|-----------|------|

| 12/16/21 | G J Larosa | 2.00 |
|----------|-----------|------|

| 12/16/21 | K McCarthy | 7.00 |
|----------|------------|------|

| 12/16/21 | J J Normile | 2.00 |
|----------|-------------|------|

| 12/16/21 | J L Swize | 2.40 |
|----------|-----------|------|

| 12/17/21 | G A Castanias | 3.00 |
|----------|---------------|------|

| 12/17/21 | M W Johnson | 1.50 |
|----------|-------------|------|

| 12/17/21 | E C Jones | 3.00 |
|----------|-----------|------|

| 12/17/21 | K McCarthy | 5.00 |
|----------|------------|------|

| 12/17/21 | J J Normile | 2.00 |
|----------|-------------|------|

| 12/17/21 | J L Swize | 1.40 |
|----------|-----------|------|

| 12/21/21 | J J Darensbourg | 1.10 |
|----------|-----------------|------|

## JONES DAY

305158.610022

Collegium 961 PGR

Page: 7
February 28, 2022
Invoice: 220901212

| 12/28/21 | M W Johnson | 0.70 |
| |  | |
| 12/28/21 | J J Normile | 0.50 |
| | | |
| | **Total** | **124.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2022

305158.640002
Invoice: 220901213

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---:|
| Strategic Corporate Advice | USD | 1,441.00 |
| Less 13% Discount | | (187.34) |
| Total Billed Fees | USD | 1,253.66 |
| **TOTAL** | **USD** | **1,253.67** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|:---:|:---:|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 640002/220901213 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

## Timekeeper/Fee Earner Summary

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Associate | | | |
| A M Nicolais | 2.20 | 655.00 | 1,441.00 |
| **Total** | **2.20** | **USD** | **1,441.00** |

# JONES DAY

305158.640002

Strategic Corporate Advice

Page: 3
February 28, 2022
Invoice: 220901213

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/13/21 | A M Nicolais | 0.90 |
| 12/20/21 | A M Nicolais | 0.80 |
| 12/28/21 | A M Nicolais | 0.50 |
| | **Total** | **2.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2022                                                    305158.610028
                                                                  Invoice: 220901214

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 19,305.00 |
| Less 13% Discount | | (2,509.65) |
| Total Billed Fees | USD | 16,795.35 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Litigation Expenses | 106.80 | |
| | USD | 106.80 |
| **TOTAL** | **USD** | **16,902.15** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/220901214 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 8.50 | 1,250.00 | 10,625.00 |
| Associate |  |  |  |
| K McCarthy | 9.00 | 715.00 | 6,435.00 |
| A M Nicolais | 3.00 | 655.00 | 1,965.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 0.80 | 350.00 | 280.00 |
| **Total** | **21.30** | **USD** | **19,305.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/01/21 | K McCarthy | 1.50 |
| 12/01/21 | J J Normile | 1.00 |
| 12/02/21 | J J Normile | 1.00 |
| 12/03/21 | J J Normile | 0.80 |
| 12/06/21 | J J Normile | 1.60 |
| 12/09/21 | J J Darensbourg | 0.20 |
| 12/09/21 | K McCarthy | 1.00 |
| 12/13/21 | K McCarthy | 0.50 |

Attention to case file and correspondence.

| | | |
|---|---|---|
| 12/13/21 | J J Normile | 0.30 |
| 12/20/21 | K McCarthy | 1.00 |
| 12/20/21 | J J Normile | 0.50 |
| 12/21/21 | J J Darensbourg | 0.60 |
| 12/21/21 | K McCarthy | 1.50 |

## JONES DAY

305158.610028

Accord Healthcare Inc.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| |  | |
| 12/21/21 | J J Normile | 1.00 |
| 12/22/21 | K McCarthy | 2.00 |
| 12/22/21 | J J Normile | 1.80 |
| 12/29/21 | K McCarthy | 1.00 |
| 12/29/21 | A M Nicolais | 1.80 |
| 12/29/21 | J J Normile | 0.50 |
| 12/30/21 | A M Nicolais | 1.20 |
| 12/31/21 | K McCarthy | 0.50 |
| | Attention to case file and correspondence. | |

|  | **Total** | **21.30** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
February 28, 2022
Invoice: 220901214

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **LITIGATION EXPENSES** | | | | |
| 12/30/21 | R T Westrom | NYC | 106.80 | |
| | Vendor: Delaware Attorney Services, LLC; Invoice#: 6073771; Date: 9/1/2021 | | | |
| **Litigation Expenses Subtotal** | | | | **106.80** |
| | **Total Disbursements and Charges** | | **USD** | **106.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2022                                              305158.000002
                                                      Invoice: 220901215

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---|
| ███████████████████████ | USD | 142,465.00 |
| Less 13% Fee Discount | | (18,520.45) |
| Total Billed Fees | USD | 123,944.55 |
| **TOTAL** | **USD** | **123,944.55** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2022                                                    305158.000003
                                                                Invoice: 220901216

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2021:

| | | |
|---|---|---|
| ████████████████████████ | USD | 93,102.50 |
| Less 13% Discount | | (12,103.33) |
| Total Billed Fees | USD | 80,999.17 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 30,076.62 | |
| Document Reproduction Charges | 44.58 | |
| Federal Express Charges | 23.70 | |
| | USD | 30,144.90 |
| **TOTAL** | **USD** | **111,144.07** |











