**Presentment Date and Time: April 1, 2022, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Date and Time: March 25, 2022, at 4:00 p.m. (prevailing Eastern Time)**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### NOTICE OF PRESENTMENT OF APPLICATION OF STIKEMAN ELLIOTT LLP AS AN ORDINARY COURSE PROFESSIONAL FOR COMPENSATION FOR SERVICES RENDERED IN EXCESS OF THE TIER 1 OCP CAP FOR THE PERIOD FROM <u>SEPTEMBER 1, 2021 THROUGH NOVEMBER 30, 2021</u>

**PLEASE TAKE NOTICE** that on March 10, 2022, the above-captioned debtors and

debtors in possession in these proceedings (collectively, the "**Debtors**") filed the *Application of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Stikeman Elliott LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from September 1, 2021 through November 30, 2021* (the "**Application**") [ECF No. 4505].

PLEASE TAKE FURTHER NOTICE that, unless a written objection to the Application is served and filed with proof of service with the Clerk of the Court, and a courtesy copy delivered to the undersigned and to chambers of the Honorable Robert D. Drain, so as to be received by **March 25, 2022 at 4:00 p.m. (prevailing Eastern Time)**, there will not be a hearing to consider such Application, and an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), will be presented for signature by the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), on **April 1, 2022 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if a written objection is timely filed and served with respect to the Application, a hearing (the "**Hearing**") will be held to consider the Application and Proposed Order before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced; *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), such Hearing shall be conducted **via Zoom for Government**® so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]

---

[2] A copy of General Order M-543 can be obtained by visiting https://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; *provided* that objecting parties shall attend the Hearing via Zoom for Government so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.    You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

Dated:    March 11, 2022
          New York, New York

DAVIS POLK & WARDWELL LLP

By:    */s/ Eli J. Vonnegut*_____

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[3]** | **(Jointly Administered)** |

### ORDER GRANTING THE APPLICATION OF STIKEMAN ELLIOTT LLP AS AN ORDINARY COURSE PROFESSIONAL FOR COMPENSATION FOR SERVICES RENDERED IN EXCESS OF THE TIER 1 OCP CAP FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

Upon consideration of the application (the "**Application**") filed by Stikeman Elliott LLP

("**Stikeman**") pursuant to section 331 of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and

the *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of*

*Business Nunc Pro Tunc to the Petition Date* [ECF No. 548] (the "**OCP Order**"), seeking

allowance of compensation for actual and necessary professional services in excess of the Tier 1

OCP Cap[4] in the amount of  $81,702.60 during the period of September 1, 2021 through

November 30, 2021 (the "**Fee Period**"); and an independent fee examiner (the "**Fee Examiner**")

having been appointed in these cases in accordance with the *Order Authorizing Appointment of*

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[4] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order

1

*Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the Application in accordance with the Fee Examiner Order; and the Fee Examiner having no objection to the allowance and payment of the Applicant's fees and expenses in the amounts set forth on Schedule A hereto; and due and proper notice of the Application and the opportunity for a hearing thereon having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the OCP Order, and it appearing that no other or further notice need be provided; and there being no objections to the relief granted herein; and no additional notice or a hearing being required; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and it appearing that the amount set forth on **Schedule A** for which compensation is allowed hereby was actual, reasonable, and necessary; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      Stikeman is awarded interim compensation for professional services rendered during the Fee Period in excess of the Tier 1 OCP Cap in the amount set forth on **Schedule A** hereto under the column heading "Amount of Fees in Excess of Tier 1 OCP Cap Allowed."

3.      The Debtors are authorized and directed to pay Stikeman promptly the amounts of fees approved by this Order, to the extent such amounts have not previously been paid.

2

4.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order.


Dated: _____, 2022
           White Plains, New York


_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

### Schedule A

### Application for Fees in Excess of the Tier 1 OCP Cap

**Case No:** **19-23649 (RDD)**
**Case Name:** **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Date and Docket Number of Application | Time Period Covered by Application | Amount of Fees in Excess of Tier 1 OCP Cap Requested |
|---|---|---|---|
| Stikeman Elliott LLP | March 10, 2022<br>ECF No. 4505 | 9/1/2021 – 11/30/2021 | $ 81,702.60 |