UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Rohany Tejada, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 9, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the Pro Se Claimants Service List attached hereto as **Exhibit A**:

- Debtors' Reply in Support of Motion for an Order Authorizing and Approving Settlement Term Sheet [Docket No. 4491]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: March 11, 2022

                                                                                         */s/ Rohany Tejada*
                                                                                         Rohany Tejada

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 11, 2022, by Rohany Tejada, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A

Pro Se Claimants Service List

Served via First Class Mail and Email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| 12214598 | Bass, Ronald S | 450 Little Place Apt. 53 | N. Plainfield | NJ | 07060 | ronaldbass12345@gmail.com |
| 12214592 | Ecke, Andrew | 18 Meadowlark Rd | West Simsbury | CT | 06092 | sagitarianm2004@yahoo.com |
| 12214597 | Ecke, Maria | 8 Glenbrook Dr | West Simsbury | CT | 06092 | sagitarianm2004@yahoo.com |
| 12214594 | Ecke, Richard | 18 Meadowlark Rd | West Simsbury | CT | 06092 | sagitarianm2004@yahoo.com |
| 12214586 | Isaacs, Ellen | P.O. Box 6553 | Delray Beach | FL | 33482 | ryansopc@gmail.com |
| 12225365 | Isaacs, Ellen | P.O. Box 725 | Floyd | VA | 24091 | ryansopc@gmail.com |