Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING OCTOBER 1, 2021, THROUGH OCTOBER 31, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | October 1, 2021, through October 31, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $417,521.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $11,663.30 |
| **Total compensation requested in this statement:** | $334,017.20 (80% of $417,521.50) |
| **Total expenses requested in this statement:** | $11,663.30 |
| **Total compensation and expenses requested in this statement:** | $345,680.50 |

**This is a:**      _X_ monthly                    ___ interim                ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Twenty-Sixth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing October 1, 2021, through October 31, 2021 (the "**Fee Period**").

## Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 639.3 hours of professional services during the Fee Period, resulting in fees totaling $417,521.50.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $334,017.20.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $700.81.  The blended hourly rate of all paraprofessionals is $380.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $11,663.30 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: March 11, 2022                              Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## <u>SUMMARY OF SERVICES BY CATEGORY</u>

### OCTOBER 1, 2021, THROUGH OCTOBER 31, 2021

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|:---:|
| .04 | Case Administration | 17.2 | $6,536.00 |
| .07 | Fee Applications-Self | 23.7 | $10,267.50 |
| .11 | Plan & Disclosure Statement | 582.2 | $392,175.50 |
| .15 | MSGE Group Meetings/Conferences | 3.9 | $3,396.00 |
| .16 | Travel | 7.0 | $3,132.50 |
| .17 | Docket Review & File Maintenance | 5.3 | $2,014.00 |
| **TOTAL** | | **639.3** | **$417,521.50** |

1

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

## OCTOBER 1, 2021, THROUGH OCTOBER 31, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 55.3 | $56,682.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 6.9 | $5,623.50 |
| James P. Wehner | Member / 1995 / Bankruptcy | $895.00 | 15.2 | $13,604.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $447.50 | 4.5 | $2,013.75 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 194.3 | $173,898.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $447.50 | 2.5 | $1,118.75 |
| Kevin M. Davis | Member / 2010 / Bankruptcy | $625.00 | 2.9 | $1,812.50 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $650.00 | 27.4 | $17,810.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $475.00 | 141.2 | $67,070.00 |
| Shamara R. James | Associate / 2017 / Bankruptcy | $450.00 | 72.0 | $32,400.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 22.0 | $9,350.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $380.00 | 34.3 | $13,034.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $380.00 | 60.8 | $23,104.00 |
| **TOTAL** | | | **639.3** | **$417,521.50** |
| | | | | |

# EXHIBIT C

## SUMMARY OF EXPENSES

**OCTOBER 1, 2021, THROUGH OCTOBER 31, 2021**

| Category | Amount |
|---|---|
| Court Reporter Transcript Services | $3,326.71 |
| Database Research | $3,278.85 |
| Miscellaneous | $776.69 |
| Outside Duplication | $162.64 |
| PACER Service | $592.00 |
| Postage | $119.07 |
| Transportation | $2,500.00 |
| Travel Expenses - Hotel Charges | $789.60 |
| Travel Expenses - Meals | $117.74 |
| **TOTAL** | **$11,663.30** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000

Fax: (202) 429-3301

Multi-State Governmental Entities Group

| | |
|---|---|
| Invoice #: | 338713 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through October 31, 2021

| | |
|---|---:|
| Total Services | $417,521.50 |
| Total Disbursements | $11,663.30 |
| Total Current Charges | $429,184.80 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

January 04, 2022
Invoice #:      338713
Page:                  1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  October 31, 2021

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 10/9/2021 | JAG | Prepare and file notices of appearance for TEP and JPW in appeals (4.4); update materials re same (2.2). | 6.6 | $380.00 | $2,508.00 |
| 10/10/2021 | JAG | Prepare and file notices of appearances in appeals (5.6); update materials re same (1.8). | 7.4 | $380.00 | $2,812.00 |
| 10/14/2021 | JAG | Prepare notice of appearance for SRJ (.3); communications w/ SRJ re same (.1). | 0.4 | $380.00 | $152.00 |
| 10/15/2021 | JAG | Review appeals filings and update calendar re same (.7); communications w/ LHS re same (.2). | 0.9 | $380.00 | $342.00 |
| 10/27/2021 | JAG | Prepare pro hac vice motions for KCM, JAL and LHS (1.6); communications w/ KCM, JAL and LHS re same (.3). | 1.9 | $380.00 | $722.00 |
| | | **Total** | **17.20** | | **$6,536.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 10/25/2021 | TEP | Communications w/ CG re monthly fee application. | 0.2 | $815.00 | $163.00 |
| 10/25/2021 | CG | Review and revise July monthly fee application (5.4); communications w/ TEP re same (.2). | 5.6 | $380.00 | $2,128.00 |
| 10/26/2021 | TEP | Prepare and edit monthly fee application (1.4); communications w/ CG re same (.1); communicate w/ KCM and CG re same (.2). | 1.7 | $815.00 | $1,385.50 |
| 10/26/2021 | CG | Review and revise August monthly fee application (8.6); review and revise July monthly fee application (.2); communicate w/ KCM re revisions to same (.1); communications w/ Accounting re same (.1); communications w/ MAD and JAG re same (.1). | 9.1 | $380.00 | $3,458.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.07** | **Fee Applications-Self** | | | | |
| 10/28/2021 | CG | Review and revise August monthly fee application. | 5.6 | $380.00 | $2,128.00 |
| 10/30/2021 | TEP | Review and edit monthly fee application (.9); communicate w/ KCM and CG re same (.1). | 1.0 | $815.00 | $815.00 |
| 10/31/2021 | CG | Review and revise August monthly fee application. | 0.5 | $380.00 | $190.00 |
| | | **Total** | **23.70** | | **$10,267.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/1/2021 | JAL | Review and analyze research memo from LHS re stay issues (.4); review and revise opposition to stay motions (5.3); review and analyze materials re next steps in confirmation appeals (.8); review and analyze motion to stay by Canadian appellants (.3); teleconference w/ KCM, LHS and SRJ re appeal issues and next steps (.7); correspond w/ SRJ re motions to certify direct appeal (.3). | 7.8 | $895.00 | $6,981.00 |
| 10/1/2021 | KCM | Review/analyze materials re stay and appeal issues and revise related stay opposition. | 1.9 | $1,025.00 | $1,947.50 |
| 10/1/2021 | KCM | Teleconference w/ JAL, LHS and SRJ re appeal issues and next steps. | 0.7 | $1,025.00 | $717.50 |
| 10/1/2021 | KCM | Communicate w/ JAL and LHS re direct certification. | 0.1 | $1,025.00 | $102.50 |
| 10/1/2021 | AWL | Review and revise fee motion and fee-related materials. | 1.2 | $650.00 | $780.00 |
| 10/1/2021 | LHS1 | Draft insert re irreparable harm for brief (.5); email JAG re record on appeal (.1); research issue re bankruptcy appeal (2.8); draft memo re same (.7); email JAL re counter-designations (.1); teleconference w/ JAL, KCM and SRJ re appeal issues and next steps (.7); research certification of direct appeal (.9); email SRJ re same (.1). | 5.9 | $475.00 | $2,802.50 |
| 10/1/2021 | SRJ | Teleconference w/ KCM, JAL and LHS re appeal issues and next steps (.7); review background materials related to appeal (.9). | 1.6 | $450.00 | $720.00 |
| 10/1/2021 | JAG | Communications w/ LHS re appeal docketing. | 0.2 | $380.00 | $76.00 |
| 10/2/2021 | JAL | Review and revise Jorgensen declaration (3.9); correspondence w/ KCM, LHS, and JAG re pending appeals (.2); teleconference w/ SRJ re motions re certification of direct appeal and next steps (.5); review and analyze motions re certification of direct appeal (1.3). | 5.9 | $895.00 | $5,280.50 |
| 10/2/2021 | KCM | Review/analyze declaration. | 1.2 | $1,025.00 | $1,230.00 |
| 10/2/2021 | KCM | Review/analyze filings re appeal issues. | 0.7 | $1,025.00 | $717.50 |
| 10/2/2021 | KCM | Review/analyze appeal letter. | 0.4 | $1,025.00 | $410.00 |

January 04, 2022
Invoice #:         338713

Page:            3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/2/2021 | KCM | Communicate w/ LHS re appeal letter. | 0.1 | $1,025.00 | $102.50 |
| 10/2/2021 | LHS1 | Review/edit opposition to stay. | 2.3 | $475.00 | $1,092.50 |
| 10/2/2021 | SRJ | Review and analyze case law and background materials re appeal issues (2.1); teleconference w/ JAL re motions for certification of direct appeal and next steps (.5); review and analyze case law cited in certification motions (5.2). | 7.8 | $450.00 | $3,510.00 |
| 10/3/2021 | JAL | Teleconference w/ LHS re draft opposition to stay motions and next steps (.2); review draft letter to Court re appeal (.3); review and revise draft stay opposition brief (1.0). | 1.5 | $895.00 | $1,342.50 |
| 10/3/2021 | LHS1 | Draft opposition to stay pending appeal (1.9); draft appeal letter (.9); teleconference w/ JAL re opposition to stay and next steps (.2); implement revisions re same (2.8); email JAG re upcoming filings in appeals (.1). | 5.9 | $475.00 | $2,802.50 |
| 10/3/2021 | SRJ | Research case law in support of opposition to stay (5.3); review and analyze related materials (2.3). | 7.6 | $450.00 | $3,420.00 |
| 10/4/2021 | JAL | Review and revise opposition to stay motions (4.2); teleconference w/ M. Huebner, K. Eckstein, C. Shore, S. Brauner, J. Chen, C. Robertson, J. Shifer, M. Toback, G. Cardillo, A. Tsier, A. Preis, E. Vonnegut, E. Townes, J. McClammy, KCM, AWL, GMO, and LHS re appeal issues (1.3); draft and revise witness disclosure for opposition to stay motions (.8); teleconference w/ KCM re next steps (.1); teleconferences w/ KCM and LHS (partial) re stay appeal issues (.6); teleconference w/ KCM re same (.3). | 7.3 | $895.00 | $6,533.50 |
| 10/4/2021 | KCM | Teleconference w/ JAL re next steps (.1); teleconferences w/ JAL and LHS (partial) re stay appeal issues (.6); teleconference w/ JAL re same (.3); teleconference w/ KMD re tolling issue (.1); teleconference w/ AWL re fee motion (.9). | 2.0 | $1,025.00 | $2,050.00 |
| 10/4/2021 | KCM | Review/edit draft brief and related disclosure and review/analyze related materials. | 3.9 | $1,025.00 | $3,997.50 |
| 10/4/2021 | KCM | Teleconference w/ M. Huebner, K. Eckstein, C. Shore, S. Brauner, J. Chen, C. Robertson, J. Shifer, M. Toback, G. Cardillo, A. Tsier, A. Preis, E. Vonnegut, E. Townes, J. McClammy, JAL, AWL, GMO, and LHS re appeal issues. | 1.3 | $1,025.00 | $1,332.50 |

January 04, 2022
Invoice #:        338713

Page:          4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/4/2021 | AWL | Confer w/ KCM re fee motion (.9); review and revise fee motion and related exhibits (.9); teleconference w/ M. Huebner, K. Eckstein, C. Shore, S. Brauner, J. Chen, C. Robertson, J. Shifer, M. Toback, G. Cardillo, A. Tsier, A. Preis, E. Vonnegut, E. Townes, J. McClammy, KCM, JAL, GMO, and LHS re appeal issues (1.3). | 3.1 | $650.00 | $2,015.00 |
| 10/4/2021 | KMD | Research re potential tolling agreement (.4); teleconference w/ KCM re same (.1), correspond w/ NRM re same (.1). | 0.6 | $625.00 | $375.00 |
| 10/4/2021 | GMO | Review docket through 10/4 (1.1); research re direct certification and related appeal issues (.9); review appellate materials (.6); teleconference w/ M. Huebner, K. Eckstein, C. Shore, S. Brauner, J. Chen, C. Robertson, J. Shifer, M. Toback, G. Cardillo, A. Tsier, A. Preis, E. Vonnegut, E. Townes, J. McClammy, KCM, JAL, AWL, and LHS re appeal issues (1.3); research re TDPs for appellate filings (1.0). | 4.9 | $425.00 | $2,082.50 |
| 10/4/2021 | LHS1 | Review and revise declaration re stay (.8); review proposal for scheduling (.2); teleconference w/ M. Huebner, K. Eckstein, C. Shore, S. Brauner, J. Chen, C. Robertson, J. Shifer, M. Toback, G. Cardillo, A. Tsier, A. Preis, E. Vonnegut, E. Townes, J. McClammy, KCM, JAL, AWL, and GMO re appeal issues (1.3); review TDP (1.2); teleconference w/ KCM and JAL re stay appeal issues (partial) (.1). | 3.6 | $475.00 | $1,710.00 |
| 10/4/2021 | SRJ | Draft opposition brief (7.9); research related case law re same (3.4). | 11.3 | $450.00 | $5,085.00 |
| 10/5/2021 | JAL | Review and revise draft opposition to stay motions (6.9); review comments re revised draft of Jorgensen declaration (.8); teleconference w/ M. Huebner, A. Preis, C. Shore, K. Eckstein, G. Cardillo, G. McCarthy, R. Ringer, M. Hurley, KCM, and LHS re appeal issues (.5); teleconferences w/ KCM re case status and next steps (.8); review draft correspondence to Court re stay motions (.4); email LHS re draft communication to Court (.1); review revised drafts re same (.3). | 9.8 | $895.00 | $8,771.00 |
| 10/5/2021 | KCM | Review/edit stay papers and review/analyze related materials. | 2.2 | $1,025.00 | $2,255.00 |
| 10/5/2021 | KCM | Teleconference w/ M. Huebner, A. Preis, C. Shore, K. Eckstein, G. Cardillo, G. McCarthy, R. Ringer, M. Hurley, JAL, and LHS re appeal and stay issues and next steps. | 0.5 | $1,025.00 | $512.50 |
| 10/5/2021 | KCM | Teleconferences w/ JAL re case status and next steps. | 0.8 | $1,025.00 | $820.00 |
| 10/5/2021 | AWL | Draft correspondence re fee motion (.2); confer w/ A. Alfonso re same (.1). | 0.3 | $650.00 | $195.00 |

January 04, 2022
Invoice #:        338713

Page:        5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/5/2021 | LHS1 | Teleconference w/ M. Huebner, A. Preis, C. Shore, K. Eckstein, G. Cardillo, G. McCarthy, R. Ringer, M. Hurley, KCM, and JAL re appeal issues and next steps (.5); review TDP (.5); review and analyze bankruptcy appeal documents (2.3); review and revise portions of stay brief (.1). | 3.4 | $475.00 | $1,615.00 |
| 10/5/2021 | SRJ | Draft opposition brief. | 8.2 | $450.00 | $3,690.00 |
| 10/6/2021 | JAL | Correspondence w/ KCM, LHS, and JAG re developments and next steps (.3); review and analyze motions for direct certification to Second Circuit (2.5); teleconference w/ KCM re case status and next steps (.3); review and analyze materials re opposition to direct certification motions (4.3); review and revise draft opposition to direct certification motions (1.4). | 8.8 | $895.00 | $7,876.00 |
| 10/6/2021 | KCM | Review/analyze direct certification filings. | 0.9 | $1,025.00 | $922.50 |
| 10/6/2021 | KCM | Teleconference w/ JAL re case status and next steps. | 0.3 | $1,025.00 | $307.50 |
| 10/6/2021 | KCM | Teleconference w/ TEP re appeal issues. | 0.1 | $1,025.00 | $102.50 |
| 10/6/2021 | TEP | Review appeal order and communications w/ KCM re same (.1); confer w/ KCM re appeal issues (.1); confer w/ JAG re same (.1). | 0.3 | $815.00 | $244.50 |
| 10/6/2021 | AWL | Revise declarations re fee motion (.3); research issues re appeal (2.6); communicate w/ KCM re same (.1). | 3.0 | $650.00 | $1,950.00 |
| 10/6/2021 | LHS1 | Review and revise letter re appellee status (1.3); review and analyze documents re appeal issues (1.5). | 2.8 | $475.00 | $1,330.00 |
| 10/6/2021 | SRJ | Draft opposition brief. | 6.4 | $450.00 | $2,880.00 |
| 10/6/2021 | JAG | Review and revise draft certifications to fee motion (.6); communications w/ AWL re same (.2); communications w/ J. Green re same (.2); confer w/ TEP re appeal issues (.1). | 1.1 | $380.00 | $418.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/7/2021 | JAL | Teleconference w/ KCM re case status and next steps (.3); review and analyze correspondence from M. Huebner, A. Preis, D. Blabey, M. Hurley, and A. Tseier re developments and next steps (.5); review draft correspondence to District Court re same (.2); review and analyze materials re appeals issues (.6); communications w/ SRJ re appeals-related research (.4); review and revise draft letter to District Court (.7); teleconference w/ KCM, LHS, and JAG re case status and appeals issue (.7); review and revise draft appearance letter to District Court (1.1); communications w/ KCM, TEP, LHS, and JAG re developments and next steps (.4); teleconference w/ D. Blabey re appellate issues (.1); draft and revise opposition to certification motions (2.4). | 7.4 | $895.00 | $6,623.00 |
| 10/7/2021 | KCM | Teleconference w/ JAL re case status and next steps (.3); teleconference w/ JAL, LHS, and JAG re case status and appeals issue (.7); communications w/ JAL, LHS, and JAG re same (.2). | 1.2 | $1,025.00 | $1,230.00 |
| 10/7/2021 | KCM | Review/analyze and edit various appeal and stay papers. | 2.1 | $1,025.00 | $2,152.50 |
| 10/7/2021 | TEP | Communications w/ KCM, JAL, LHS, and JAG re appeals issue (.1); review JAL and LHS communications re appeal issues (.1). | 0.2 | $815.00 | $163.00 |
| 10/7/2021 | AWL | Review and analyze tolling agreement (.6); review and analyze fee motion revisions (.4); review docket filings (.2); teleconference w/ M. Huebner re appeal (.6). | 1.8 | $650.00 | $1,170.00 |
| 10/7/2021 | LHS1 | Teleconference w/ JAL, KCM, and JAG re case status and appeals issues (.7); review draft email from appealing states (.2); review filings and related materials re appeal (.9). | 1.8 | $475.00 | $855.00 |
| 10/7/2021 | JAG | Work on appeal filings and issues (7.7); teleconference w/ KCM, JAL, and LHS re case status and appeals issue (.7). | 8.4 | $380.00 | $3,192.00 |

January 04, 2022
Invoice #:        338713

Page:        7

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/8/2021 | JAL | Review draft correspondence to District Court (.4); review District Court's order re upcoming scheduling conference (.1); correspond w/ KCM, TEP, and LHS re developments and next steps (.5); teleconference w/ KCM re appeal issues and next steps (.3); correspond w/ LHS re research on confirmation and appeal issues (.7); review and analyze materials re appeals-related issues (1.0); teleconference w/ AWL (partial), KCM, A. Preis, M. Hurley, D. Blabey, M. Tobak, G. McCarthy, K. Porter, E. Vonnegut, R. Ringer, A. Tsier, J. Chen, H. Israel, and M. Huebner re appeal issues and next steps (.7); review correspondence from A. Preis re appeals-related issue (.2); correspond w/ KCM and LHS re next steps (.3); correspond w/ SRJ and JAG re appeal procedural matters (.2); teleconference w/ JPW re upcoming scheduling conference (.3); correspondence w/ JPW, SRJ, and JAG re same (.5); review and analyze materials in connection w/ brief re direct certification motions (4.4). | 9.6 | $895.00 | $8,592.00 |
| 10/8/2021 | JPW | Teleconference KCM re hearing (.4); teleconference CG re hearing and appearance issue (.2); teleconference JAG re same (.2); teleconference JAL re same (.3). | 1.1 | $895.00 | $984.50 |
| 10/8/2021 | KCM | Teleconference w/ JPW re hearing issues (.4); review/analyze filings and draft filings and related communications re appeal and stay issues (2.9); communications w/ JAL re appeal issues (.4); teleconference w/ A. Preis, M. Hurley, D. Blabey, M. Tobak, G. McCarthy, K. Porter, E. Vonnegut, R. Ringer, A. Tsier, J. Chen, H. Israel, M. Huebner, AWL (partial), and JAL re appeal issues and next steps (.7); teleconference w/ JAL re appeal issues, briefs, and next steps (.3); teleconference w/ TEP and JAG re appeal issues and hearing (.4); teleconference w/ TEP re hearing prep (.1). | 5.2 | $1,025.00 | $5,330.00 |
| 10/8/2021 | TEP | Confer w/ JAG re appeal issue (multiple) (.3); communications w/ JAG re same (.1); confer w/ KCM and JAG re same (.4); confer w/ KCM re hearing prep (.1); communications w/ KCM re same (.2); communications w/ KCM, JAL, and JAG re hearing prep (.2); review Court communications re scheduling conference (.1). | 1.4 | $815.00 | $1,141.00 |
| 10/8/2021 | AWL | Teleconference w/ JAL, KCM, A. Preis, M. Hurley, D. Blabey, M. Tobak, G. McCarthy, K. Porter, E. Vonnegut, R. Ringer, A. Tsier, J. Chen, H. Israel, and M. Huebner re appeal issues and next steps (partial) (.5); review docket filings (.1). | 0.6 | $650.00 | $390.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/8/2021 | LHS1 | Review District Court stay motion (.6); research and related analysis re appeal (5.3). | 5.9 | $475.00 | $2,802.50 |
| 10/8/2021 | SRJ | Research to supplement opposition brief re direct certification (6.3); research re same (1.4). | 7.7 | $450.00 | $3,465.00 |
| 10/8/2021 | CG | Review local rules and judge's rules re procedural issue (.6); conferences w/ JAG re same (.3); confer w/ JPW re same (.2); communications w/ JPW, JAL, SRJ, and JAG re same (.2). | 1.3 | $380.00 | $494.00 |
| 10/8/2021 | JAG | Work on appeal filings and issues (7.7); conferences w/ TEP re appeal issue (.3); confer w/ TEP and KCM re same (.4); conferences w/ CG re same (.3); confer w/ JPW re same (.2). | 8.9 | $380.00 | $3,382.00 |
| 10/9/2021 | JAL | Review and analyze relevant materials re opposition to direct certification motions (1.3); draft and revise same (3.0). | 4.3 | $895.00 | $3,848.50 |
| 10/9/2021 | LHS1 | Research re motion to intervene (5.3); draft motion to intervene (1.8); research re appellate standing (1.1). | 8.2 | $475.00 | $3,895.00 |
| 10/9/2021 | SRJ | Research in support of opposition brief re direct certification. | 5.2 | $450.00 | $2,340.00 |
| 10/10/2021 | JAL | Correspond w/ SRJ re research for direct certification opposition (.5); correspond w/ KCM, JPW, and LHS re stay pending appeal (.3); review and revise opposition to direct certification motions (9.2); review materials re appeal issues (.4). | 10.4 | $895.00 | $9,308.00 |
| 10/10/2021 | KCM | Teleconference w/ TEP re stay order. | 0.1 | $1,025.00 | $102.50 |
| 10/10/2021 | TEP | Confer w/ KCM re stay order. | 0.1 | $815.00 | $81.50 |
| 10/10/2021 | LHS1 | Confer w/ JAG re appeals, outstanding tasks, and next steps (.3); draft motion to intervene (6.4). | 6.7 | $475.00 | $3,182.50 |
| 10/10/2021 | SRJ | Research in support of opposition brief re direct certification (3.6); communication w/ JAL re same (.2). | 3.8 | $450.00 | $1,710.00 |
| 10/10/2021 | JAG | Confer w/ LHS re appeals, outstanding tasks, and next steps. | 0.3 | $380.00 | $114.00 |

January 04, 2022
Invoice #:        338713

Page:                9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/11/2021 | JAL | Review draft UCC brief re appellee status (.3); teleconference w/ H. Israel, D. Blabey, K. Benedict, M. Tobak, K. Eckstein, R. Ringer, M. Meises, M. Hurley, J. Chen, C. Shore, B. Kaminetsky, E. Vonnegut, M. Huebner re appeal issues (1.5); email LHS re next steps (.1); teleconference w/ KCM re direct certification issues (.2); revise draft creditors' brief ISO appellee status (.6); review and revise draft presentation re hearing (1.1); review and revise draft motion to intervene and accompanying memorandum of law (2.3); review correspondence from M. Tobak, M. Gold, and I. Goldman re agenda items for hearing (.2); teleconferences w/ KCM re district court conference (.4); edit direct certification opposition (.3); review Debtors' direct certification opposition (.7); review draft brief ISO appellee status (.5). | 8.2 | $895.00 | $7,339.00 |
| 10/11/2021 | JPW | Review district court pleadings (1.3); hearing prep (2.5). | 3.8 | $895.00 | $3,401.00 |
| 10/11/2021 | KCM | Teleconferences w/ JAL re district court conference. | 0.4 | $1,025.00 | $410.00 |
| 10/11/2021 | KCM | Teleconference w/ AWL re appeal issue. | 0.2 | $1,025.00 | $205.00 |
| 10/11/2021 | KCM | Teleconference w/ JAL re direct certification issues. | 0.2 | $1,025.00 | $205.00 |
| 10/11/2021 | KCM | Review/edit draft brief re certification and review/analyze related materials (1.1); review/edit draft appellate status statement and review/analyze related materials (.8); review/analyze materials re intervention (2.6). | 4.5 | $1,025.00 | $4,612.50 |
| 10/11/2021 | TEP | Confer w/ JAG re appeal status (.1); review JAL communications re motion to intervene and response to direct appeal (.3). | 0.4 | $815.00 | $326.00 |
| 10/11/2021 | AWL | Correspond w/ A. Alfano and JAG re fee motion exhibits (.2); confer w/ KCM re appeal issue (.2). | 0.4 | $650.00 | $260.00 |
| 10/11/2021 | LHS1 | Prepare and edit materials re stay pending appeal, and analyze re same. | 7.8 | $475.00 | $3,705.00 |
| 10/11/2021 | SRJ | Research in support of opposition brief (4.3); teleconference w/ JAG re same (.2). | 4.5 | $450.00 | $2,025.00 |
| 10/11/2021 | JAG | Fact research re opposition brief (.5); confer w/ SRJ re same (.2); confer w/ TEP re appeal status (.1). | 0.8 | $380.00 | $304.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/12/2021 | JAL | Teleconference w/ JPW, LHS, K. Benedict, E. Vonnegut, J. Shiffer, A. Tseier, E. Townes, H. Israel, A. Preis, M. Hurley, B. Kaminetsky, K. Porter, C. Shore, M. Tobak, and M. Huebner re upcoming hearing (1.2); teleconferences w/ JPW re same (.6); teleconferences w/ LHS re same and next steps (.2); correspondence w/ LHS re hearing prep and related research (.7); teleconference w/ KCM re hearing (.2); prepare for (.4) and attend (2.7) hearing; correspond w/ KCM, JPW, LHS, and JAG re next steps (.4); teleconference w/ KCM, JPW, and JAG re draft opposition to direct certification (.6); review same (.4); review and analyze materials re same (.5); review and revise notice of motion to intervene (.2); review NAS motion to intervene (.1); review and revise certification opposition (1.6); teleconference w/ LHS re motion to intervene and related papers (.1); review and revise same (2.1); teleconferences w/ KCM re case status and next steps (.4). | 12.4 | $895.00 | $11,098.00 |
| 10/12/2021 | JPW | Hearing prep (2.5); teleconference JAL, LHS, K. Benedict, E. Vonnegut, J. Shiffer, A. Tseier, E. Townes, H. Israel, A. Preis, M. Hurley, B. Kaminetsky, K. Porter, C. Shore, M. Tobak, and M. Huebner re hearing (1.2); teleconferences JAL re hearing (.6); attend hearing (2.7); teleconference KCM re same (.3); review draft briefs re intervention and certification (1.2); teleconference KCM and CG re intervention issues (.5); teleconference KCM, JAL, JAG re certification opposition brief (.6). | 9.6 | $895.00 | $8,592.00 |
| 10/12/2021 | KCM | Teleconference w/ JPW re hearing (.3); teleconference w/ JAL re same (.2); teleconferences w/ JAL re case status and next steps (.4); teleconference w/ JPW and CG re intervention issues (.5); teleconference w/ JAL, JPW, and JAG re certification opposition brief (.6); review/edit certification brief and review/analyze related materials (3.9). | 5.9 | $1,025.00 | $6,047.50 |
| 10/12/2021 | KCM | Review/edit intervention papers and review/analyze related materials. | 4.7 | $1,025.00 | $4,817.50 |
| 10/12/2021 | TEP | Confer w/ JAG re brief finalization and filing (.1); communications w/ KCM, LHS, and JAG re same (.2). | 0.3 | $815.00 | $244.50 |
| 10/12/2021 | AWL | Attend hearing (partial) (2.1); review motion to intervene (.3); review and analyze fee motion revisions (.2). | 2.6 | $650.00 | $1,690.00 |
| 10/12/2021 | KMD | Review materials re board of directors selection. | 0.5 | $625.00 | $312.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/12/2021 | GMO | Prepare for Fanelli deposition (.4); attend Fanelli deposition (6.4); communications w/ JAG re appellate brief (.1). | 6.9 | $425.00 | $2,932.50 |
| 10/12/2021 | LHS1 | Draft motion to intervene (1.2); revise memorandum of law re same (2.5); research additional case law re same (4.7); conferences w/ JAL re motion to intervene and next steps (.3); review and revise motion to intervene and related papers re District Court ruling (3.3); implement revisions re same (.8); review and revise objection re direct certification (1.3); teleconference w/ JPW, JAL, K. Benedict, E. Vonnegut, J. Shiffer, A. Tseier, E. Townes, H. Israel, A. Preis, M. Hurley, B. Kaminetsky, K. Porter, C. Shore, M. Tobak, and M. Huebner re hearing (1.2). | 15.3 | $475.00 | $7,267.50 |
| 10/12/2021 | CG | Teleconference w/ KCM and JPW re intervention issues (.5); review and revise motion to intervene (2.8); review, revise, and citecheck memorandum of law re same (3.2); finalize and file motion to intervene and related papers (.6). | 7.1 | $380.00 | $2,698.00 |
| 10/12/2021 | JAG | Review and revise motion to intervene (2.1); review and revise opposition to UST motion for direct certification (2.8); teleconference w/ KCM, JPW, and JAL re same (.6); confer w/ TEP re filing and related issue (.1). | 5.6 | $380.00 | $2,128.00 |
| 10/13/2021 | JAL | Review and revise opposition to direct certification (2.1); correspond w/ LHS and GMO re counter-designations (.2); correspond w/ SRJ re next steps (.2); review and analyze proposed additional counter-designations (1.2) correspond w/ LHS and AWL re same (.2); correspond w/ K. Benedict and S. Carvajal re additional designations (.1); correspond w/ LHS, SRJ, and JAG re motions to intervene and opposition to direct certification (.3); review correspondence from M. Hurley, M. Gold, B. Edmonds, I. Goldman, and P. Schwartzberg re briefing schedule on stay motions (.2); review and analyze materials in prep for oral argument (5.0). | 9.5 | $895.00 | $8,502.50 |
| 10/13/2021 | TEP | Communications w/ KCM and D. Campbell re Trust issue. | 0.1 | $815.00 | $81.50 |
| 10/13/2021 | AWL | Teleconference w/ KMD, M. Acerra, K. Eckstein, and A. Troop re status of board selection. | 0.3 | $650.00 | $195.00 |
| 10/13/2021 | AWL | Review and analyze materials for record designation re appeal. | 0.3 | $650.00 | $195.00 |
| 10/13/2021 | KMD | Teleconference w/ AWL, M. Acerra, K. Eckstein, and A. Troop re status of board selection (.3); correspondence w/ KCM re same (.2). | 0.5 | $625.00 | $312.50 |

January 04, 2022
Invoice #:        338713

Page:          12

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/13/2021 | LHS1 | Review and analyze additional record designations re appeal (3.8); review and analyze additional relevant materials re same (1.0). | 4.8 | $475.00 | $2,280.00 |
| 10/13/2021 | JAG | Review and revise opposition to UST motion for direct certification. | 2.2 | $380.00 | $836.00 |
| 10/14/2021 | JAL | Prepare for (.6) and attend (6.6) hearing; communication w/ JAG re next steps (.1); review and analyze draft stipulation and emails to KCM, JPW, LHS, and JAG re same (.3). | 7.6 | $895.00 | $6,802.00 |
| 10/14/2021 | JPW | Review proposed stipulation (.3); teleconference KCM re same (.1). | 0.4 | $895.00 | $358.00 |
| 10/14/2021 | KCM | Teleconference w/ JPW re proposed stipulation. | 0.1 | $1,025.00 | $102.50 |
| 10/14/2021 | AWL | Plan and prepare for omnibus hearing (.3); attend omnibus hearing (6.6). | 6.9 | $650.00 | $4,485.00 |
| 10/14/2021 | GMO | Prepare for (.2) and attend (4.4) hearing (partial). | 4.6 | $425.00 | $1,955.00 |
| 10/14/2021 | LHS1 | Review and analyze appeal-related materials re response to stay motion. | 7.1 | $475.00 | $3,372.50 |
| 10/14/2021 | SRJ | Review and analyze appeal-related pleadings (.7); attend omnibus hearing (partial) (3.4); review order re motion to intervene (.2). | 4.3 | $450.00 | $1,935.00 |
| 10/15/2021 | JAL | Review and analyze relevant materials re opposition to stay motions (5.9); review and analyze UST's motion for clarification and related papers (.3). | 6.2 | $895.00 | $5,549.00 |
| 10/15/2021 | KCM | Teleconference w/ D. Campbell and TEP re Trust issues. | 0.5 | $1,025.00 | $512.50 |
| 10/15/2021 | TEP | Confer w/ D. Campbell and KCM re Trust issues. | 0.5 | $815.00 | $407.50 |
| 10/15/2021 | AWL | Review orders re appeals (.2); teleconference w/ KMD and NewCo board selection group re status (.5). | 0.7 | $650.00 | $455.00 |
| 10/15/2021 | KMD | Teleconference w/ AHC, NAACP re NewCo Board issues (.8); teleconference w/ AWL and NewCo board selection group re status (.5). | 1.3 | $625.00 | $812.50 |
| 10/15/2021 | LHS1 | Review and prepare materials re appeal and related stay motion. | 6.8 | $475.00 | $3,230.00 |
| 10/15/2021 | SRJ | Review filings related to appeal (1.4); email JAL re appeals scheduling (.2); review transcripts and filings re same (.7). | 2.3 | $450.00 | $1,035.00 |
| 10/17/2021 | JAL | Review correspondence from K. Benedict, I. Goldman, and B. Edmonds re record designations (.2); review and analyze materials re stay oppositions (3.1); review and revise draft response re UST's motion to clarify (.7). | 4.0 | $895.00 | $3,580.00 |
| 10/17/2021 | LHS1 | Review response to stay motion. | 1.3 | $475.00 | $617.50 |

January 04, 2022
Invoice #:      338713

Page:          13

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/18/2021 | JAL | Review and revise opposition to stay motions (3.8); review and analyze UST's amended motion for stay (.8); teleconference w/ KCM and TEP (partial) re case status (.6). | 5.2 | $895.00 | $4,654.00 |
| 10/18/2021 | KCM | Teleconference w/ TEP (partial) and JAL re case status. | 0.6 | $1,025.00 | $615.00 |
| 10/18/2021 | TEP | Confer w/ KCM and JAL re case status (partial). | 0.5 | $815.00 | $407.50 |
| 10/18/2021 | AWL | Review fee motion revisions. | 0.2 | $650.00 | $130.00 |
| 10/18/2021 | LHS1 | Review and revise opposition to stay motion. | 7.6 | $475.00 | $3,610.00 |
| 10/18/2021 | SRJ | Review and analyze district court rules. | 1.3 | $450.00 | $585.00 |
| 10/19/2021 | JAL | Review correspondence from S. Carvajal re counter-designations (.2); email S. Carvajal re same (.2); review and analyze materials re opposition to stay motions (1.1); review and revise Jorgensen declaration (2.2); review amended stipulation re mootness (.1); review and analyze materials re stay opposition brief (3.1); review correspondence from D. Blabey and S. Stefanik re mootness stipulation (.2). | 7.1 | $895.00 | $6,354.50 |
| 10/19/2021 | AWL | Review docket filings. | 0.1 | $650.00 | $65.00 |
| 10/19/2021 | LHS1 | Research additional cases for stay opposition. | 4.5 | $475.00 | $2,137.50 |
| 10/20/2021 | JAL | Review correspondence from K. Benedict re counter-designations of record (.2); review correspondence w/ S. Stefanik, A. Preis, and M. Huebner re mootness stipulation (.2); correspondence w/ GMO re issue related to motions for stay (.5); review and analyze materials re same (2.6); review and analyze draft omnibus counter-designation (.5); review and edit draft opposition to stay motions (8.2). | 12.2 | $895.00 | $10,919.00 |
| 10/20/2021 | JPW | Review omnibus designations. | 0.2 | $895.00 | $179.00 |
| 10/20/2021 | GMO | Confer w/ LHS re appellate filings (.1); research re issues re proofs of claim (3.7); draft memo re same (1.8). | 5.6 | $425.00 | $2,380.00 |
| 10/20/2021 | LHS1 | Review counter-designations of record for appeal (2.6); confer w/ GMO re same (.1); email JAL re same (.1). | 2.8 | $475.00 | $1,330.00 |
| 10/21/2021 | JAL | Review and revise opposition to motions for stay pending appeal (8.7); review draft stipulation re stay motions (.4); review and analyze correspondence and accompanying materials from K. Benedict and appellants' counsel re proposed stipulations re designation of record and appendix (.6); review draft objections to stay motions (1.2); review and analyze draft stipulation re same (.1); teleconference w/ LHS re draft opposition to stay motions and next steps (.1). | 11.1 | $895.00 | $9,934.50 |

January 04, 2022
Invoice #:       338713

Page:        14

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/21/2021 | JPW | Communication w/ JAL re stipulation. | 0.1 | $895.00 | $89.50 |
| 10/21/2021 | AWL | Review docket filings. | 0.1 | $650.00 | $65.00 |
| 10/21/2021 | LHS1 | Research opposition brief (3.8); review and analyze related pleadings (4.1); confer w/ JAL re same (.1); prepare summary re pleadings and related materials re stay opposition (.9). | 8.9 | $475.00 | $4,227.50 |
| 10/21/2021 | CG | Review and revise opposition re stay motions (1.4); communications w/ JAG re same (.2). | 1.6 | $380.00 | $608.00 |
| 10/22/2021 | JAL | Review and revise draft response to appellants' motion to extend briefing deadlines (.8); review and revise opposition to motions for stay (5.6); teleconferences w/ KCM re same (.7); review draft opposition papers from plan supporters to stay motions (2.4); teleconference w/ KCM and JAG re same (.4). | 9.9 | $895.00 | $8,860.50 |
| 10/22/2021 | KCM | Teleconference w/ G. Feiner re oversight board. | 0.3 | $1,025.00 | $307.50 |
| 10/22/2021 | KCM | Teleconference w/ S. Gilbert re case issues. | 0.2 | $1,025.00 | $205.00 |
| 10/22/2021 | KCM | Review/edit stay opposition papers and review/analyze related materials. | 4.1 | $1,025.00 | $4,202.50 |
| 10/22/2021 | KCM | Teleconferences w/ JAL re stay opposition and appeal issues (.7); teleconference w/ JAL and JAG re same (.4). | 1.1 | $1,025.00 | $1,127.50 |
| 10/22/2021 | TEP | Communications w/ KCM re stay opposition. | 0.1 | $815.00 | $81.50 |
| 10/22/2021 | AWL | Review docket filings. | 0.1 | $650.00 | $65.00 |
| 10/22/2021 | AWL | Review mediators' report. | 0.8 | $650.00 | $520.00 |
| 10/22/2021 | LHS1 | Review and revise stay opposition brief. | 5.9 | $475.00 | $2,802.50 |
| 10/22/2021 | CG | Review case and citation re opposition to stay and communicate w/ JAG re same (.1); review and revise opposition to stay motion (3.3); execute service re same (.1). | 3.5 | $380.00 | $1,330.00 |
| 10/22/2021 | JAG | Review, revise and cite check opposition to stay motion (9.3); teleconference w/ KCM and JAL re same (.4). | 9.7 | $380.00 | $3,686.00 |
| 10/23/2021 | AWL | Review stay briefs. | 0.9 | $650.00 | $585.00 |
| 10/24/2021 | TEP | Review K. Benedict communication re upcoming filings. | 0.1 | $815.00 | $81.50 |
| 10/25/2021 | KCM | Review/analyze materials and communications re appeal issues. | 1.7 | $1,025.00 | $1,742.50 |
| 10/25/2021 | KCM | Teleconference w/ LHS re appeal issues. | 0.3 | $1,025.00 | $307.50 |
| 10/25/2021 | AWL | Review docket filings. | 0.1 | $650.00 | $65.00 |
| 10/25/2021 | LHS1 | Review US Trustee's brief (2.6), and statement of support (1.6); review Maryland's brief (.9); confer w/ KCM re appeal issues (.3). | 5.4 | $475.00 | $2,565.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/26/2021 | JAL | Review and analyze materials re issues on appeal (.9); review and analyze appellants' merits briefs (6.6). | 7.5 | $895.00 | $6,712.50 |
| 10/26/2021 | KCM | Review/analyze appeal filings and materials and plan/prepare next steps. | 1.4 | $1,025.00 | $1,435.00 |
| 10/26/2021 | KCM | Teleconference w/ AWL re case status and tasks. | 0.3 | $1,025.00 | $307.50 |
| 10/26/2021 | AWL | Confer w/ KCM re outstanding tasks. | 0.3 | $650.00 | $195.00 |
| 10/26/2021 | AWL | Review and analyze plan documents to determine outstanding items. | 1.3 | $650.00 | $845.00 |
| 10/26/2021 | LHS1 | Review Washington appeal brief (3.1); review joinders and related papers (1.8). | 4.9 | $475.00 | $2,327.50 |
| 10/27/2021 | JAL | Review and analyze appellants' opening briefs (8.7); teleconference w/ D. Blabey re appellate briefing and next steps (.5); teleconference w/ LHS re briefing issues and next steps (.3); teleconference w/ KCM re developments and next steps (.4). | 9.9 | $895.00 | $8,860.50 |
| 10/27/2021 | KCM | Teleconference w/ JAL re case status and next steps. | 0.4 | $1,025.00 | $410.00 |
| 10/27/2021 | KCM | Teleconference w/ S. Gilbert re case status. | 0.2 | $1,025.00 | $205.00 |
| 10/27/2021 | AWL | Review docket filings. | 0.2 | $650.00 | $130.00 |
| 10/27/2021 | LHS1 | Draft summary of arguments in appellants' brief and key cases cited (3.2); confer w/ JAL re same (.3). | 3.5 | $475.00 | $1,662.50 |
| 10/28/2021 | JAL | Review and analyze appellants' opening briefs (1.5); review and analyze issues on appeal (4.7). | 6.2 | $895.00 | $5,549.00 |
| 10/28/2021 | AWL | Communicate w/ GMO re case status. | 0.1 | $650.00 | $65.00 |
| 10/28/2021 | LHS1 | Draft summary of arguments (3.2) and cases cited (4.9) in appellants' briefs. | 8.1 | $475.00 | $3,847.50 |
| 10/29/2021 | JAL | Review and analyze appellants' briefs. | 0.5 | $895.00 | $447.50 |
| 10/29/2021 | AWL | Review docket filings. | 0.1 | $650.00 | $65.00 |
| 10/29/2021 | JAG | Prepare hearing materials for JAL (.9); communications w/ JAL re same (.2). | 1.1 | $380.00 | $418.00 |
| 10/30/2021 | JAL | Review and analyze draft stay stipulation and related correspondence (.4); review and analyze materials re issues on appeal (2.1). | 2.5 | $895.00 | $2,237.50 |
| 10/31/2021 | JAL | Review and analyze revised draft of stay stipulation and correspondence related thereto (.3); review and analyze materials re issues on appeal (.9). | 1.2 | $895.00 | $1,074.00 |
| 10/31/2021 | KCM | Teleconference w/ AWL re case status and tasks. | 0.4 | $1,025.00 | $410.00 |
| 10/31/2021 | AWL | Confer w/ KCM re outstanding tasks. | 0.4 | $650.00 | $260.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| | | **Total** | **582.20** | | **$392,175.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 10/8/2021 | AWL | Draft response to client inquiry. | 0.2 | $650.00 | $130.00 |
| 10/11/2021 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $1,025.00 | $205.00 |
| 10/11/2021 | KCM | Teleconference w/ J. Tapley re case status. | 0.1 | $1,025.00 | $102.50 |
| 10/22/2021 | KCM | Teleconference w/ J. Tapley re case status. | 0.4 | $1,025.00 | $410.00 |
| 10/25/2021 | JAL | Teleconference w/ KCM re response to client inquiry. | 0.3 | $895.00 | $268.50 |
| 10/25/2021 | KCM | Teleconference w/ JAL re client inquiry. | 0.3 | $1,025.00 | $307.50 |
| 10/25/2021 | KCM | Teleconference w/ AWL re client issues. | 0.2 | $1,025.00 | $205.00 |
| 10/25/2021 | AWL | Teleconference w/ KCM re client issues. | 0.2 | $650.00 | $130.00 |
| 10/27/2021 | KCM | Plan/prepare for MSGE Group meeting and review related materials. | 0.4 | $1,025.00 | $410.00 |
| 10/27/2021 | KCM | Attend MSGE Group meeting re case update. | 0.2 | $1,025.00 | $205.00 |
| 10/28/2021 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $1,025.00 | $205.00 |
| 10/28/2021 | KCM | Teleconference w/ J. Tapley re case status. | 0.1 | $1,025.00 | $102.50 |
| 10/28/2021 | AWL | Draft response to client request. | 1.1 | $650.00 | $715.00 |
| | | **Total** | **3.90** | | **$3,396.00** |
| **.16** | **Travel** | | | | |
| 10/11/2021 | JAL | Non-working travel to NYC for District Court hearing. | 1.8 | $447.50 | $805.50 |
| 10/11/2021 | JPW | Travel to NY. | 2.0 | $447.50 | $895.00 |
| 10/12/2021 | JAL | Non-working travel from NYC to DC, following conference before District Court. | 0.7 | $447.50 | $313.25 |
| 10/12/2021 | JPW | Travel to DC. | 2.5 | $447.50 | $1,118.75 |
| | | **Total** | **7.00** | | **$3,132.50** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 10/1/2021 | JAG | Review appeal dockets and update filing. | 1.8 | $380.00 | $684.00 |
| 10/4/2021 | JAG | Review appeal dockets and update pleadings files re same. | 1.4 | $380.00 | $532.00 |
| 10/12/2021 | JAG | Review docket and update files. | 1.2 | $380.00 | $456.00 |
| 10/27/2021 | JAG | Review dockets and update pleadings files. | 0.9 | $380.00 | $342.00 |
| | | **Total** | **5.30** | | **$2,014.00** |
| | | Total Professional Services | 639.3 | | $417,521.50 |

January 04, 2022
Invoice #:      338713

Page:          17

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| KMD | Kevin M. Davis | Member | 2.9 | $625.00 | $1,812.50 |
| JAL | Jeffrey A. Liesemer | Member | 194.3 | $895.00 | $173,898.50 |
| JAL | Jeffrey A. Liesemer | Member | 2.5 | $447.50 | $1,118.75 |
| KCM | Kevin C. Maclay | Member | 55.3 | $1,025.00 | $56,682.50 |
| TEP | Todd E. Phillips | Member | 6.9 | $815.00 | $5,623.50 |
| JPW | James P. Wehner | Member | 15.2 | $895.00 | $13,604.00 |
| JPW | James P. Wehner | Member | 4.5 | $447.50 | $2,013.75 |
| AWL | Ann W. Langley | Of Counsel | 27.4 | $650.00 | $17,810.00 |
| SRJ | Shamara R. James | Associate | 72.0 | $450.00 | $32,400.00 |
| GMO | George M. O'Connor | Associate | 22.0 | $425.00 | $9,350.00 |
| LHS1 | Lucas H. Self | Associate | 141.2 | $475.00 | $67,070.00 |
| JAG | Jessica A. Giglio | Paralegal | 60.8 | $380.00 | $23,104.00 |
| CG | Cecilia Guerrero | Paralegal | 34.3 | $380.00 | $13,034.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 10/01/2021 | Database Research - Westlaw - LHS1 - 09/24/2021- 09/27/2021 [.11] | $2,932.16 |
| 10/01/2021 | Database Research - Westlaw - QMC - 09/02/2021 [.11] | $144.34 |
| 10/01/2021 | Database Research - Lexis - LHS1 - 09/26/2021  [.11] | $202.35 |
| 10/05/2021 | Court Reporting/Transcript Service - (Lexitas) [.11] | $3,326.71 |
| 10/07/2021 | Miscellaneous - pro hac fee re appeal (LHS) [.11] | $200.00 |
| 10/07/2021 | Miscellaneous - pro hac fee re appeal (JAL) [.11] | $200.00 |
| 10/07/2021 | Miscellaneous - pro hac fee re appeal (KCM) [.11] | $200.00 |
| 10/08/2021 | Certificates - VA CGS [.11] | $25.00 |
| 10/08/2021 | Certificates - 3rd Circuit CGS [.11] | $7.00 |
| 10/08/2021 | Certificates - CGS (KCM) [.11] | $25.00 |
| 10/08/2021 | Certificates - CGS (JAL) [.11] | $25.00 |
| 10/11/2021 | Trvl Exp - Hotel lodging charges 10/11/21 (JPW) [.16] | $391.36 |
| 10/11/2021 | Trvl Exp - Meals Dinner in NYC (JAL) [.16] | $46.41 |
| 10/12/2021 | Trvl Exp - Meal for JPW and JAL [.16] | $57.56 |
| 10/12/2021 | Trvl Exp - Meals Breakfast in NYC (JAL) [.16] | $13.77 |
| 10/12/2021 | Miscellaneous - Print documents at hotel (JAL) [.16] | $19.69 |

January 04, 2022
Invoice #:      338713

Page:          18

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 10/13/2021 | Taxi - JAL to hearing and back [.16] | $2,500.00 |
| 10/13/2021 | Trvl Exp - Hotel (NYC) for Dist. Ct. status conference [.16] | $398.24 |
| 10/20/2021 | FEDERAL EXPRESS - Express Mail - JAL Oct 12 [.11] | $93.22 |
| 10/20/2021 | FEDERAL EXPRESS - Express Mail - JAG Oct 14 [.11] | $25.85 |
| 10/22/2021 | Outside Duplication Service - (TransPerfect) [.11] | $162.64 |
| 10/27/2021 | Miscellaneous - Online notary for PHV (KCM) [.11] | $25.00 |
| 10/28/2021 | Miscellaneous - Online notary for PHV (JAL) [.11] | $25.00 |
| 10/28/2021 | Miscellaneous - Online notary for PHV (LHS) [.11] | $25.00 |
| 10/29/2021 | PACER SERVICE CENTER- Pacer Charges- CG [.11] | $548.30 |
| 10/29/2021 | PACER SERVICE CENTER- Pacer Charges- GMO [.11] | $18.50 |
| 10/29/2021 | PACER SERVICE CENTER- Pacer Charges- JAL [.11] | $4.90 |
| 10/29/2021 | PACER SERVICE CENTER- Pacer Charges- NRM [.11] | $0.10 |
| 10/29/2021 | PACER SERVICE CENTER- Pacer Charges- CG [.11] | $16.30 |
| 10/29/2021 | PACER SERVICE CENTER- Pacer Charges- JAG [.11] | $3.90 |

| | | |
|---|---|---|
| | Total Disbursements | $11,663.30 |
| | | |
| | Total Services | $417,521.50 |
| | Total Disbursements | $11,663.30 |
| | Total Current Charges | $429,184.80 |

January 04, 2022
Invoice #:        338713

Page:        19

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| Category | Hours | Amount | Category | Amount |
| .04 | 17.20 | $6,536.00 | .11 | $8,236.27 |
| .07 | 23.70 | $10,267.50 | .16 | $3,427.03 |
| .11 | 582.20 | $392,175.50 | | |
| .15 | 3.90 | $3,396.00 | | |
| .16 | 7.00 | $3,132.50 | | |
| .17 | 5.30 | $2,014.00 | | |
| | 639.30 | $417,521.50 | | $11,663.30 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAG | Jessica A. Giglio | .04 | 17.20 | $380.00 | $6,536.00 |
| TEP | Todd E. Phillips | .07 | 2.90 | $815.00 | $2,363.50 |
| CG | Cecilia Guerrero | .07 | 20.80 | $380.00 | $7,904.00 |
| KMD | Kevin M. Davis | .11 | 2.90 | $625.00 | $1,812.50 |
| JAL | Jeffrey A. Liesemer | .11 | 194.00 | $895.00 | $173,630.00 |
| KCM | Kevin C. Maclay | .11 | 53.20 | $1,025.00 | $54,530.00 |
| TEP | Todd E. Phillips | .11 | 4.00 | $815.00 | $3,260.00 |
| JPW | James P. Wehner | .11 | 15.20 | $895.00 | $13,604.00 |
| AWL | Ann W. Langley | .11 | 25.90 | $650.00 | $16,835.00 |
| SRJ | Shamara R. James | .11 | 72.00 | $450.00 | $32,400.00 |
| GMO | George M. O'Connor | .11 | 22.00 | $425.00 | $9,350.00 |
| LHS1 | Lucas H. Self | .11 | 141.20 | $475.00 | $67,070.00 |
| JAG | Jessica A. Giglio | .11 | 38.30 | $380.00 | $14,554.00 |
| CG | Cecilia Guerrero | .11 | 13.50 | $380.00 | $5,130.00 |
| JAL | Jeffrey A. Liesemer | .15 | 0.30 | $895.00 | $268.50 |
| KCM | Kevin C. Maclay | .15 | 2.10 | $1,025.00 | $2,152.50 |
| AWL | Ann W. Langley | .15 | 1.50 | $650.00 | $975.00 |
| JAL | Jeffrey A. Liesemer | .16 | 2.50 | $447.50 | $1,118.75 |

January 04, 2022
Invoice #:        338713

Page:        20

**BREAKDOWN BY PERSON**

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JPW | James P. Wehner | .16 | 4.50 | $447.50 | $2,013.75 |
| JAG | Jessica A. Giglio | .17 | 5.30 | $380.00 | $2,014.00 |
| | | | 639.30 | | $417,521.50 |