Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING NOVEMBER 1, 2021, THROUGH NOVEMBER 30, 2021**

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | November 1, 2021, through November 30, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $305,324.25 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $3,145.32 |
| **Total compensation requested in this statement:** | $244,259.40 (80% of $305,324.25) |
| **Total expenses requested in this statement:** | $3,145.32 |
| **Total compensation and expenses requested in this statement:** | $247,404.72 |

**This is a:**   _X_ monthly      ___ interim      ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Twenty-Seventh Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing November 1, 2021, through November 30, 2021 (the "**Fee Period**").

## **Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 484.6 hours of professional services during the Fee Period, resulting in fees totaling $305,324.25.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $244,259.40.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $670.10.  The blended hourly rate of all paraprofessionals is $380.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $3,145.32 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: March 11, 2022

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State
Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### NOVEMBER 1, 2021, THROUGH NOVEMBER 30, 2021

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 2.0 | $847.00 |
| .07 | Fee Applications-Self | 19.1 | $9,506.50 |
| .11 | Plan & Disclosure Statement | 448.1 | $286,878.50 |
| .15 | MSGE Group Meetings/Conferences | 9.7 | $5,582.00 |
| .16 | Travel | 5.1 | $2,282.25 |
| .17 | Docket Review & File Maintenance | 0.6 | $228.00 |
| **TOTAL** | | **484.6** | **$305,324.25** |

# EXHIBIT B

### SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### NOVEMBER 1, 2021, THROUGH NOVEMBER 30, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 22.9 | $23,472.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 6.4 | $5,216.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 156.2 | $139,799.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $447.50 | 5.1 | $2,282.25 |
| Kevin M. Davis | Member / 2010 / Bankruptcy | $625.00 | 0.1 | $62.50 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $650.00 | 12.8 | $8,320.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $475.00 | 192.8 | $91,580.00 |
| Shamara R. James | Associate / 2017 / Bankruptcy | $450.00 | 3.0 | $1,350.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 18.4 | $7,820.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $380.00 | 18.0 | $6,840.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $380.00 | 48.9 | $18,582.00 |
| **TOTAL** | | | **484.6** | **$305,324.25** |

# EXHIBIT C

## SUMMARY OF EXPENSES

**NOVEMBER 1, 2021, THROUGH NOVEMBER 30, 2021**

| Category | Amount |
|----------|--------|
| Air & Train | $813.00 |
| Database Research | $1,862.19 |
| Miscellaneous | $15.00 |
| Outside Duplication | $266.65 |
| Postage | $188.48 |
| **TOTAL** | **$3,145.32** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com


Multi-State Governmental Entities Group


|  |  |
|---|---|
| Invoice #: | 339799 |
| Page: | 1 |


RE:  Purdue Pharma Bankruptcy Proceeding


For Professional Services Rendered Through November 30, 2021

| | |
|---|---|
| Total Services | $305,324.25 |
| Total Disbursements | $3,145.32 |
| Total Current Charges | $308,469.57 |


**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**                                    **Wire Transfer:**
Caplin & Drysdale, Chartered                            Receiving Bank: Bank of America
Attn: Accounts Receivable                               ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100                        ABA ACH Routing Number: 054001204
Washington, DC 20005                                    Swift Code: BOFAUS3N
                                                        Beneficiary: Caplin & Drysdale, Chartered
                                                        Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

March 01, 2022
Invoice #:      339799
Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  November 30, 2021

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 11/3/2021 | JAG | Communicate w/ SRJ re pro hac vice motions in District Court (.2); confer w/ Clerk re same (.6). | 0.8 | $380.00 | $304.00 |
| 11/4/2021 | TEP | Communications w/ JAG re pro hac vice motion. | 0.1 | $815.00 | $81.50 |
| 11/4/2021 | JAG | Attorney registrations for hearing (.2); communications w/ JAL, LHS re same (.2). | 0.4 | $380.00 | $152.00 |
| 11/12/2021 | TEP | Review Court communication re JAL pro hac vice motion. | 0.1 | $815.00 | $81.50 |
| 11/23/2021 | JAG | Prepare order re electronic devices at oral argument (.2); communications w/ Court re same (.2); communications w/ JAL and LHS re same (.2). | 0.6 | $380.00 | $228.00 |
| | | **Total** | **2.00** | | **$847.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 11/5/2021 | TEP | Confer w/ CG re monthly fee application. | 0.2 | $815.00 | $163.00 |
| 11/5/2021 | CG | Confer w/ TEP re August monthly fee application. | 0.2 | $380.00 | $76.00 |
| 11/8/2021 | CG | Review and revise August monthly fee statement. | 0.4 | $380.00 | $152.00 |
| 11/15/2021 | TEP | Communications w/ CG re monthly fee application. | 0.2 | $815.00 | $163.00 |
| 11/15/2021 | CG | Review and revise monthly fee statements (Sept.-Oct.). | 4.7 | $380.00 | $1,786.00 |
| 11/16/2021 | KCM | Review/edit interim fee app and review/analyze related materials. | 1.8 | $1,025.00 | $1,845.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.07** | **Fee Applications-Self** | | | | |
| 11/16/2021 | TEP | Communications w/ CG re monthly and interim fee applications (.2); communications w/ KCM and CG re same (.2); review materials re same (.1); review and edit interim fee application (.4). | 0.9 | $815.00 | $733.50 |
| 11/16/2021 | CG | Review and revise September fee statement (1.6); draft, revise, and finalize second interim fee applications and related exhibits (6.3); communications w/ TEP and KCM re same (.2). | 8.1 | $380.00 | $3,078.00 |
| 11/18/2021 | CG | Review and revise monthly fee statement (Oct.). | 0.2 | $380.00 | $76.00 |
| 11/19/2021 | CG | Review and revise October monthly fee statement. | 0.4 | $380.00 | $152.00 |
| 11/21/2021 | TEP | Review and edit monthly fee application (.8); communicate w/ LHS re same (.1); communicate w/ JPW re same (.1); communications w/ KCM and CG re same (.2). | 1.2 | $815.00 | $978.00 |
| 11/21/2021 | CG | Review and revise October monthly fee application. | 0.8 | $380.00 | $304.00 |
| | | **Total** | **19.10** | | **$9,506.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/1/2021 | JAL | Review and analyze materials re issues on appeal (2.8); review and analyze reply briefs in support of stay motions (4.9). | 7.7 | $895.00 | $6,891.50 |
| 11/1/2021 | KCM | Confer w/ AWL re oversight board. | 0.6 | $1,025.00 | $615.00 |
| 11/1/2021 | KCM | Confer w/ TEP re case status. | 0.2 | $1,025.00 | $205.00 |
| 11/1/2021 | TEP | Confer w/ KCM re case issues (.2); communications w/ JAG re Court communication (.3). | 0.5 | $815.00 | $407.50 |
| 11/1/2021 | AWL | Confer w/ KCM re disclosure oversight board. | 0.6 | $650.00 | $390.00 |
| 11/1/2021 | AWL | Confer w/ G. Feiner re disclosure oversight board composition. | 0.1 | $650.00 | $65.00 |
| 11/1/2021 | AWL | Draft summary re disclosure oversight board. | 0.8 | $650.00 | $520.00 |
| 11/1/2021 | SRJ | Review replies re stay pending appeal. | 1.3 | $450.00 | $585.00 |
| 11/2/2021 | JAL | Review and analyze issues on appeal (4.2); correspondence w/ LHS re evidentiary objections to Jorgensen declaration (.8); conferences w/ LHS re appellate briefing and hearing prep (.4); draft outline re appellee brief (1.5); review and analyze materials in prep for hearing on stay motions (.2). | 7.1 | $895.00 | $6,354.50 |
| 11/2/2021 | KMD | Confer w/ TEP and AWL re appeal status. | 0.1 | $625.00 | $62.50 |
| 11/2/2021 | TEP | Confer w/ KMD and AWL re appeal status. | 0.1 | $815.00 | $81.50 |
| 11/2/2021 | AWL | Confer w/ KMD and TEP re appeal status. | 0.1 | $650.00 | $65.00 |

March 01, 2022
Invoice #:        339799

Page:           3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/2/2021 | LHS1 | Analyze objections to Jorgensen declaration (2.9); draft email to JAL re same (.7); review outline of appellee brief (.4); conferences w/ JAL re same (.4). | 4.4 | $475.00 | $2,090.00 |
| 11/2/2021 | JAG | Prepare hearing materials for JAL (.5); communications w/ JAL re same (.2). | 0.7 | $380.00 | $266.00 |
| 11/3/2021 | JAL | Draft appellee brief (8.6); review and analyze materials in connection w/ preparing for hearing on stay motions (.5); review and revise draft Lane declaration (1.3). | 10.4 | $895.00 | $9,308.00 |
| 11/3/2021 | KCM | Review/analyze appeal correspondence among plan supporters. | 0.2 | $1,025.00 | $205.00 |
| 11/3/2021 | KCM | Review correspondence re trustee issue. | 0.2 | $1,025.00 | $205.00 |
| 11/3/2021 | KCM | Review/analyze draft Lane declaration and related materials. | 0.7 | $1,025.00 | $717.50 |
| 11/3/2021 | LHS1 | Research cases re appellate issues (4.6); edit outline re same (.9); review issues for stay hearing (.8); draft Lane declaration (.9). | 7.2 | $475.00 | $3,420.00 |
| 11/3/2021 | JAG | Fact research re plan issue (.4); communications w/ KMD re same (.2). | 0.6 | $380.00 | $228.00 |
| 11/4/2021 | JAL | Draft and review appellee brief (3.1); review and analyze LHS's memo re evidentiary objections in connection w/ hearing re stay motions (.8); review and analyze materials in prep for hearing (2.2); review proposed stipulation and request for chambers conference (.6). | 6.7 | $895.00 | $5,996.50 |
| 11/4/2021 | LHS1 | Draft cross-examination outline (1.8); research cases re due process (1.3); analyze bench ruling (.6); review draft letter to chambers (.2); research re lay witness testimony (3.1); draft memorandum re same (1.4). | 8.4 | $475.00 | $3,990.00 |
| 11/5/2021 | JAL | Correspondence w/ KCM re draft stipulation on stay motions (.2); correspondence w/ M. Huebner, S. Stefanik, K. Eckstein, and D. Blabey re same (.5); review correspondence from M. Huebner, S. Stefanik, A. Preis, and D. Blabey re same (.6); confer w/ LHS, K. Benedict, D. Blabey, M. Meises, A. Tsier, A. Preis, S. Brauner, E. Townes, G. Cardillo, J. McClammy, C. Robertson, M. Tobak, J. Chen, M. Shepard, M. Hurley, and M. Huebner re appellate briefing and next steps (1.1); confer w/ LHS re next steps (.2); draft and revise appellee brief (3.1). | 5.7 | $895.00 | $5,101.50 |
| 11/5/2021 | KCM | Communicate w/ JAL re draft stipulation. | 0.2 | $1,025.00 | $205.00 |
| 11/5/2021 | AWL | Revise bios for disclosure oversight board. | 0.4 | $650.00 | $260.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/5/2021 | LHS1 | Prepare for meeting re stay hearing (.4); distinguish cases citied by other parties (3.8); draft section of brief re due process (4.1); confer w/ JAL, K. Benedict, D. Blabey, M. Meises, A. Tsier, A. Preis, S. Brauner, E. Townes, G. Cardillo, J. McClammy, C. Robertson, M. Tobak, J. Chen, M. Shepard, M. Hurley, and M. Huebner re appellate briefing and next steps (1.1); confer w/ JAL re hearing prep and next steps (.2). | 9.6 | $475.00 | $4,560.00 |
| 11/6/2021 | LHS1 | Draft due process section of brief (2.8); incorporate citations from modified bench ruling (1.1); incorporate citations from confirmation orders (.6); distinguish arguments made in appellants' briefs (2.8). | 7.3 | $475.00 | $3,467.50 |
| 11/7/2021 | JAL | Draft and revise appellate brief. | 1.2 | $895.00 | $1,074.00 |
| 11/7/2021 | LHS1 | Draft brief section re Canadian classification issue (4.7); review and edit brief (4.2). | 8.9 | $475.00 | $4,227.50 |
| 11/8/2021 | JAL | Draft and revise notice of filing re Lane declaration (1.9); review and analyze materials in prep for oral argument (6.5); confer w/ LHS, B. Kaminetsky, G. McCarthy, J. Chen, D. Blabey, K. Eckstein, A. Tsier, J. Wagner, M. Daniels, A. Preis, and C. Shore re preparation for hearing and next steps (.7); correspondence w/ TEP re draft notice of filing Lane declaration (.2). | 9.3 | $895.00 | $8,323.50 |
| 11/8/2021 | KCM | Review/analyze appeal materials and notice. | 0.4 | $1,025.00 | $410.00 |
| 11/8/2021 | TEP | Review draft notice of filing (.2); communications w/ KCM, JAL, LHS, and CG re same (.2). | 0.4 | $815.00 | $326.00 |
| 11/8/2021 | AWL | Revise notice of disclosure oversight board appointments. | 0.2 | $650.00 | $130.00 |
| 11/8/2021 | LHS1 | Revise select portions of brief (4.6); review and implement revisions to brief (2.1); review opposition to stay motion (1.0); prepare summary re status of appeal (.2); review Lane declaration (.3); confer w/ JAL, B. Kaminetsky, G. McCarthy, J. Chen, D. Blabey, K. Eckstein, A. Tsier, J. Wagner, M. Daniels, A. Preis, and C. Shore re stay hearing (.7). | 8.9 | $475.00 | $4,227.50 |
| 11/8/2021 | JAG | Hearing preparation (.9); communications w/ KCM, JAL and LHS re same (.2); prepare and file declaration re motions to stay (.4); effect service of same (.3); communications w/ JAL re same (.2). | 2.0 | $380.00 | $760.00 |
| 11/9/2021 | JAL | Attend hearing re motions for stay pending appeal (8.4); confer w/ LHS re same (.2); correspondence w/ KCM and LHS re same (.2); review and revise memo re same (1.1). | 9.9 | $895.00 | $8,860.50 |
| 11/9/2021 | AWL | Review summary of case update. | 0.1 | $650.00 | $65.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/9/2021 | AWL | Revise notice of disclosure oversight board appointment. | 0.3 | $650.00 | $195.00 |
| 11/9/2021 | LHS1 | Review motions for stay (.6); confer w/ JAL re stay hearing (.2); attend hearing on stay motion (8.4); draft summary re same (.7); edit brief (1.5). | 11.4 | $475.00 | $5,415.00 |
| 11/10/2021 | JAL | Draft and revise appellee brief. | 10.6 | $895.00 | $9,487.00 |
| 11/10/2021 | AWL | Review notice re disclosure oversight board. | 0.1 | $650.00 | $65.00 |
| 11/10/2021 | LHS1 | Edit brief (3.1); draft standard of review section (.8); review record re valuation of claims (1.4); draft insert re same (.6); research cases re bankruptcy plans binding on dissenting creditors (.9). | 6.8 | $475.00 | $3,230.00 |
| 11/10/2021 | JAG | Review and revise motion to intervene. | 8.6 | $380.00 | $3,268.00 |
| 11/11/2021 | JAL | Draft and revise appellee brief (11.9); confer w/ LHS re next steps (.3). | 12.2 | $895.00 | $10,919.00 |
| 11/11/2021 | AWL | Review UCC statement re fee motion. | 0.1 | $650.00 | $65.00 |
| 11/11/2021 | GMO | Research re party testimony re fee issues for appellate materials (2.4); draft summary of research re same (.4); review Debtors' proposed order re stay motions (.3). | 3.1 | $425.00 | $1,317.50 |
| 11/11/2021 | LHS1 | Draft insert for brief re Sackler claims (1.3); research case law re same (1.1); research standard of review (1.8); review and revise portion of brief re same (.8); draft additional inserts to brief (1.2); confer w/ JAL re next steps (.3); review record on appeal re brief (1.4). | 7.9 | $475.00 | $3,752.50 |
| 11/11/2021 | JAG | Prepare hearing materials. | 1.2 | $380.00 | $456.00 |
| 11/12/2021 | JAL | Draft and revise appellee brief (8.6); review draft proposed order denying stay motions (.3). | 8.9 | $895.00 | $7,965.50 |
| 11/12/2021 | KCM | Review draft stay denial order. | 0.4 | $1,025.00 | $410.00 |
| 11/12/2021 | LHS1 | Review record on appeal for additional citations (4.1); review and revise brief re same (5.7); review draft order denying stay (.1). | 9.9 | $475.00 | $4,702.50 |
| 11/12/2021 | JAG | Review and revise appellee merits brief (2.9); communications w/ JAL and LHS re same (.3). | 3.2 | $380.00 | $1,216.00 |
| 11/12/2021 | JAG | Fact research re appellee merits brief (1.1); communications w/ LHS re same (.1). | 1.2 | $380.00 | $456.00 |
| 11/13/2021 | KCM | Review/analyze briefs and materials re appeal and stay issues. | 2.9 | $1,025.00 | $2,972.50 |
| 11/13/2021 | LHS1 | Incorporate citations into brief (6.9); edit brief (1.4). | 8.3 | $475.00 | $3,942.50 |
| 11/14/2021 | JAL | Draft and revise appellee brief (10.1); confer w/ KCM re same and next steps (.6). | 10.7 | $895.00 | $9,576.50 |
| 11/14/2021 | KCM | Review/edit brief and review/analyze related briefs, cases and materials. | 3.1 | $1,025.00 | $3,177.50 |

March 01, 2022
Invoice #:        339799

Page:        6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/14/2021 | KCM | Confer w/ JAL re brief. | 0.6 | $1,025.00 | $615.00 |
| 11/14/2021 | TEP | Communications w/ JAG re appellate brief finalization (.2); communications w/ KCM re same (.1); review JAL communication re same (.1); review and edit brief (1.1); communications w/ JAL re same (.2). | 1.7 | $815.00 | $1,385.50 |
| 11/14/2021 | GMO | Research re citations in appellate brief (2.4); draft summary reply to LHS re questions re same (1.2). | 3.6 | $425.00 | $1,530.00 |
| 11/14/2021 | LHS1 | Review document for appendix (1.4); review and edit brief (3.9). | 5.3 | $475.00 | $2,517.50 |
| 11/14/2021 | JAG | Review and revise appellee merits brief. | 4.2 | $380.00 | $1,596.00 |
| 11/15/2021 | JAL | Review and revise appellee brief (2.7); review and revise drafts of other appellee briefs (2.6); review and revise appendix (2.2); conferences w/ LHS re same (.3); conferences w/ JAG re appellee brief and next steps (.2); confer w/ KCM re status and next steps (.1). | 8.1 | $895.00 | $7,249.50 |
| 11/15/2021 | KCM | Confer w/ JAL re filing (.1); confer w/ TEP re case issues (.7). | 0.8 | $1,025.00 | $820.00 |
| 11/15/2021 | TEP | Communications w/ KCM re brief filing (.1); confer w/ KCM re case issues and next steps (.7). | 0.8 | $815.00 | $652.00 |
| 11/15/2021 | AWL | Review and analyze appeal brief drafts of other appellees. | 1.4 | $650.00 | $910.00 |
| 11/15/2021 | LHS1 | Edit appellee brief (1.4); draft and prepare appendix (9.2); conferences w/ JAL to appellee brief (.3). | 10.9 | $475.00 | $5,177.50 |
| 11/15/2021 | CG | Review and revise appeal brief. | 1.9 | $380.00 | $722.00 |
| 11/15/2021 | JAG | Review and revise appellee merits brief (14.5); conferences w/ JAL re same (.2). | 14.7 | $380.00 | $5,586.00 |
| 11/16/2021 | JAL | Review and analyze UST's markup of proposed order denying stay motions (.4); confer w/ LHS re preparing for oral argument and next steps (.2). | 0.6 | $895.00 | $537.00 |
| 11/16/2021 | KCM | Confer w/ AWL re case status and tasks. | 0.5 | $1,025.00 | $512.50 |
| 11/16/2021 | KCM | Review/analyze materials re fee hearing. | 1.3 | $1,025.00 | $1,332.50 |
| 11/16/2021 | AWL | Confer w/ KCM re case status and tasks. | 0.5 | $650.00 | $325.00 |
| 11/16/2021 | LHS1 | Review motion to pay certain fees (.4); confer w/ JAL re appeal issues (.2); research re due process issues (1.1); review appellee's briefs (5.4). | 7.1 | $475.00 | $3,372.50 |
| 11/16/2021 | CG | Prepare appendix re appeal brief. | 1.3 | $380.00 | $494.00 |
| 11/16/2021 | JAG | Prepare, file and effect service of appendix to appellee's brief. | 3.7 | $380.00 | $1,406.00 |

March 01, 2022
Invoice #:        339799

Page:        7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/17/2021 | LHS1 | Research re appeal issues (3.6); draft analysis re same (.9); review service requirements for pro se appellants (.8). | 5.3 | $475.00 | $2,517.50 |
| 11/17/2021 | SRJ | Review case updates. | 0.5 | $450.00 | $225.00 |
| 11/18/2021 | JAL | Confer w/ M. Tobak, J. McClammey, M. Hurley, A. Preis, D. Blabey, A. Tsier, A. Troop, and K. Eckstein re developments and next steps (.3); attend hearing (1.8). | 2.1 | $895.00 | $1,879.50 |
| 11/18/2021 | JAL | Review markup of draft proposed order denying stay motions and correspondence w/ KCM and LHS re same. | 0.3 | $895.00 | $268.50 |
| 11/18/2021 | KCM | Plan/prepare for hearing. | 1.1 | $1,025.00 | $1,127.50 |
| 11/18/2021 | KCM | Attend hearing. | 1.8 | $1,025.00 | $1,845.00 |
| 11/18/2021 | KCM | Confer w/ LHS re case status. | 0.2 | $1,025.00 | $205.00 |
| 11/18/2021 | KCM | Confer w/ AWL re hearing. | 0.1 | $1,025.00 | $102.50 |
| 11/18/2021 | KCM | Confer w/ E. Vonnegut re hearing. | 0.1 | $1,025.00 | $102.50 |
| 11/18/2021 | KCM | Review/analyze materials and communications re appeal issues and plan/prepare next steps. | 0.7 | $1,025.00 | $717.50 |
| 11/18/2021 | AWL | Confer w/ KCM re hearing. | 0.1 | $650.00 | $65.00 |
| 11/18/2021 | AWL | Prepare for hearing. | 0.4 | $650.00 | $260.00 |
| 11/18/2021 | AWL | Attend hearing. | 1.8 | $650.00 | $1,170.00 |
| 11/18/2021 | LHS1 | Research re due process and appeal issues (3.2); draft memorandum re same (1.3); prepare for hearing (.6); attend hearing (1.8); confer w/ KCM re same (.2). | 7.1 | $475.00 | $3,372.50 |
| 11/18/2021 | JAG | Effect service of appellee's merits briefs (.4); communications w/ JAL and NRM re same (.3); draft and file certificate of service re same (.3). | 1.0 | $380.00 | $380.00 |
| 11/19/2021 | JAL | Review and revise draft letter to chambers re anticipated lift-stay request (.4); review and analyze research memo from LHS in connection w/ preparing for oral argument (1.1); review markup of draft proposed order granting authorization to pay certain professional fees (.2). | 1.7 | $895.00 | $1,521.50 |
| 11/19/2021 | KCM | Review/analyze draft fee order. | 0.2 | $1,025.00 | $205.00 |
| 11/19/2021 | GMO | Review fee motion, revised proposed order and related materials (1.7); draft summary of governmental claimant edits re same (.4). | 2.1 | $425.00 | $892.50 |
| 11/19/2021 | LHS1 | Draft portions of appeal brief re due process (3.8); review and revise same (1.6); review case law and additional relevant materials (1.8); draft summary re same (.2). | 7.4 | $475.00 | $3,515.00 |
| 11/21/2021 | JAL | Confer w/ KCM re oral argument prep (.1); draft email to JAG, KCM, and LHS re same (.3). | 0.4 | $895.00 | $358.00 |

March 01, 2022
Invoice #:        339799

Page:        8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/21/2021 | KCM | Confer w/ TEP re appeal issue. | 0.1 | $1,025.00 | $102.50 |
| 11/21/2021 | KCM | Confer w/ JAL re appeal issue. | 0.1 | $1,025.00 | $102.50 |
| 11/21/2021 | TEP | Confer w/ KCM re appeal issue. | 0.1 | $815.00 | $81.50 |
| 11/21/2021 | JAG | Prepare materials for 11/30 hearing. | 0.9 | $380.00 | $342.00 |
| 11/22/2021 | JAL | Review and analyze reply briefs in confirmation appeals. | 3.5 | $895.00 | $3,132.50 |
| 11/22/2021 | GMO | Review Debtors' appellee brief and related papers (2.7); review and analyze draft order re stay (.3); review seventh monitor report and previous reports (1.9). | 4.9 | $425.00 | $2,082.50 |
| 11/22/2021 | LHS1 | Review and analyze reply briefs. | 3.8 | $475.00 | $1,805.00 |
| 11/22/2021 | JAG | Prepare materials for oral argument (2.1); communications w/ JAL and LHS re same (.3). | 2.4 | $380.00 | $912.00 |
| 11/23/2021 | JAL | Review and analyze reply briefs in confirmation appeals (3.9); confer w/ LHS re same (.2); confer w/ KCM re same (.1); draft and revise email to KCM and LHS re same (.1); review correspondence from M. Hurley and LHS re upcoming oral argument (.2); confer w/ KCM re same (.1); confer w/ KCM, LHS, M. Meises, A. Tseir, H. Israel, M. Huebner, M. Hurley, A. Preis, K. Eckstein, D. Blabey, S. Bickford, C. Shore, and K. Benedict re same (1.2); confer w/ KCM re next steps (.4); review and analyze relevant materials in connection w/ preparing for oral argument (.5). | 6.7 | $895.00 | $5,996.50 |
| 11/23/2021 | KCM | Conferences w/ JAL re appeal issues. | 0.6 | $1,025.00 | $615.00 |
| 11/23/2021 | KCM | Review/analyze appeal materials. | 1.3 | $1,025.00 | $1,332.50 |
| 11/23/2021 | KCM | Confer w/ JAL, LHS, M. Meises, A. Tseir, H. Israel, M. Huebner, M. Hurley, A. Preis, K. Eckstein, D. Blabey, S. Bickford, C. Shore, and K. Benedict re appeal issues. | 1.2 | $1,025.00 | $1,230.00 |
| 11/23/2021 | TEP | Communicate w/ LHS re Purdue appeal status. | 0.1 | $815.00 | $81.50 |
| 11/23/2021 | AWL | Review and analyze changes to fee motion order. | 0.2 | $650.00 | $130.00 |
| 11/23/2021 | LHS1 | Confer w/ JAL re oral argument (.2); confer w/ KCM, JAL, M. Huebner, A. Pries, K. Porter, M. Mieses, A. Tsier, H. Israel, M. Hurley, S. Brauner, S. Bickford, C. Julius re same (1.2); review cases cited in reply briefs (1.1); draft outline of oral argument (.8). | 3.0 | $475.00 | $1,425.00 |
| 11/23/2021 | JAG | Prepare materials for oral argument (.9); communications w/ JAL re same (.3). | 1.2 | $380.00 | $456.00 |
| 11/24/2021 | LHS1 | Distinguish arguments in appellants' reply briefs. | 1.6 | $475.00 | $760.00 |
| 11/26/2021 | LHS1 | Review cases cited in appellants' briefs (2.3); draft sections of oral argument outline (2.6). | 4.9 | $475.00 | $2,327.50 |

March 01, 2022
Invoice #:      339799

Page:      9

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/27/2021 | JAL | Review and analyze materials in prep for oral argument. | 5.9 | $895.00 | $5,280.50 |
| 11/27/2021 | LHS1 | Draft sections of oral argument re reply arguments (2.1); draft select portions of oral argument (2.1); implement revisions re same (1.2); research cases re Court inquiry re individual factual findings (2.9); draft analysis of case law re same (.6); research Court inquiry re necessary issues for the court to reach (1.4); draft analysis re same (.8). | 11.1 | $475.00 | $5,272.50 |
| 11/28/2021 | JAL | Review and analyze relevant materials in prep for oral argument (7.1); confer w/ M. Huebner, K. Eckstein, M. Tobak, C. Shore, M. Hurley, A. Preis, and D. Blabey re same (.5). | 7.6 | $895.00 | $6,802.00 |
| 11/28/2021 | LHS1 | Edit oral argument outline (1.1); research re factual findings (1.4); draft memorandum re same (1.9); edit memorandum re same (.4); incorporate additional record cites into oral argument outline (.8); review materials re same (.3). | 5.9 | $475.00 | $2,802.50 |
| 11/29/2021 | JAL | Review and analyze materials in prep for oral argument (2.7); review and revise oral argument outline (4.6); review and analyze supplemental briefs filed by States (.9). | 8.2 | $895.00 | $7,339.00 |
| 11/29/2021 | LHS1 | Review record for tax distributions (.9); analyze case law re opt outs (1.8); prepare materials for oral argument (2.6); review and analyze relevant materials pleadings re same (3.1); review record citations re same (1.9). | 10.3 | $475.00 | $4,892.50 |
| 11/29/2021 | SRJ | Review appeal documents. | 1.2 | $450.00 | $540.00 |
| 11/30/2021 | JAL | Review and revise oral argument outline (.7); attend hearing re confirmation appeals (6.4); confer w/ KCM re developments and next steps (.1); confer w/ KCM and LHS (partial) re same (1.0). | 8.2 | $895.00 | $7,339.00 |
| 11/30/2021 | KCM | Confer w/ JAL re hearing. | 0.1 | $1,025.00 | $102.50 |
| 11/30/2021 | KCM | Confer w/ JAL and LHS (partial) re hearing issues and case status. | 1.0 | $1,025.00 | $1,025.00 |
| 11/30/2021 | AWL | Attend confirmation appeal hearing (partial). | 5.6 | $650.00 | $3,640.00 |
| 11/30/2021 | GMO | Review filings re sanctions motion. | 0.5 | $425.00 | $212.50 |
| 11/30/2021 | LHS1 | Prepare for appeal argument (1.2); review case law re due process (.2); attend appeal hearing (6.4); confer w/ JAL and KCM re same (partial) (.6). | 8.4 | $475.00 | $3,990.00 |
| | | **Total** | **448.10** | | **$286,878.50** |

**.15     Committee Meetings/Conferences**

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 11/1/2021 | JAL | Draft and revise email to J. Tapley and C. Jorgensen re reply briefs and upcoming stay hearing. | 0.8 | $895.00 | $716.00 |
| 11/2/2021 | JAG | Confer w/ S. Donaldson [J. Tapley paralegal] re hearing on motions to stay and confirmation order (.4); communications w/ S. Donaldson re same (.2). | 0.6 | $380.00 | $228.00 |
| 11/3/2021 | JAL | Confer w/ J. Tapley, C. Jorgensen, and LHS re upcoming hearing. | 0.4 | $895.00 | $358.00 |
| 11/3/2021 | KCM | Client communications re appeal issues. | 0.2 | $1,025.00 | $205.00 |
| 11/3/2021 | LHS1 | Confer w/ JAL, C. Jorgensen, and J. Tapley re stay hearing. | 0.4 | $475.00 | $190.00 |
| 11/4/2021 | JAG | Prepare hearing materials for J. Tapley (.2); communications w/ J. Tapley re same (.1). | 0.3 | $380.00 | $114.00 |
| 11/5/2021 | JAL | Confer w/ LHS, J. Tapley, and C. Jorgensen re hearing on stay motions. | 1.3 | $895.00 | $1,163.50 |
| 11/5/2021 | LHS1 | Confer w/ JAL, J. Tapley, and C. Jorgensen re witness prep for hearing on stay motions. | 1.3 | $475.00 | $617.50 |
| 11/8/2021 | KCM | Client communications re hearing. | 0.2 | $1,025.00 | $205.00 |
| 11/9/2021 | GMO | Draft client memo re appeal (1.6); correspond w/ LHS re same (.1). | 1.7 | $425.00 | $722.50 |
| 11/11/2021 | GMO | Review and analyze notice received by constituents (1.2); draft constituent communications re notice (1.3). | 2.5 | $425.00 | $1,062.50 |
| | | **Total** | **9.70** | | **$5,582.00** |
| **.16** | **Travel** | | | | |
| 11/29/2021 | JAL | Non-working travel to NYC for appeals oral argument. | 1.1 | $447.50 | $492.25 |
| 11/30/2021 | JAL | Non-working travel from NYC. | 4.0 | $447.50 | $1,790.00 |
| | | **Total** | **5.10** | | **$2,282.25** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 11/12/2021 | JAG | Review docket and update pleadings files. | 0.6 | $380.00 | $228.00 |
| | | **Total** | **0.60** | | **$228.00** |
| | | Total Professional Services | 484.6 | | $305,324.25 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KMD | Kevin M. Davis | Member | 0.1 | $625.00 | $62.50 |
| JAL | Jeffrey A. Liesemer | Member | 156.2 | $895.00 | $139,799.00 |
| JAL | Jeffrey A. Liesemer | Member | 5.1 | $447.50 | $2,282.25 |

March 01, 2022
Invoice #:        339799

Page:        11

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| KCM | Kevin C. Maclay | Member | 22.9 | $1,025.00 | $23,472.50 |
| TEP | Todd E. Phillips | Member | 6.4 | $815.00 | $5,216.00 |
| AWL | Ann W. Langley | Of Counsel | 12.8 | $650.00 | $8,320.00 |
| SRJ | Shamara R. James | Associate | 3.0 | $450.00 | $1,350.00 |
| GMO | George M. O'Connor | Associate | 18.4 | $425.00 | $7,820.00 |
| LHS1 | Lucas H. Self | Associate | 192.8 | $475.00 | $91,580.00 |
| JAG | Jessica A. Giglio | Paralegal | 48.9 | $380.00 | $18,582.00 |
| CG | Cecilia Guerrero | Paralegal | 18.0 | $380.00 | $6,840.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|--------|
| 11/01/2021 | Database Research - Westlaw - AWL - 10/06/21 - 10/07/21 [.11] | $361.77 |
| 11/01/2021 | Database Research - Westlaw - LHS - 10/01/21 - 10/25/21 [.11] | $633.00 |
| 11/01/2021 | Database Research - Westlaw - JAG - 10/06/21 - 10/22/21 [.11] | $158.54 |
| 11/01/2021 | Database Research - Westlaw - JAL - 10/01/21 - 10/28/21 [.11] | $343.63 |
| 11/01/2021 | Database Research - Westlaw - GMO - 10/12/21 - 10/20/21 [.11] | $226.11 |
| 11/01/2021 | Database Research - Lexis - JAL - 10/20/21 - 10/30/21 [.11] | $139.14 |
| 11/02/2021 | Certificates - CGS (JAL) [.11] | $15.00 |
| 11/11/2021 | Outside Duplication Service - Hr'g prep (Transperfect) [.11] | $103.02 |
| 11/12/2021 | FEDERAL EXPRESS - Express Mail JAG Nov 2  [.11] | $22.27 |
| 11/15/2021 | Outside Duplication Service - (Transperfect) [.11] | $25.26 |
| 11/15/2021 | Outside Duplication Service - (Transperfect) [.11] | $111.72 |
| 11/15/2021 | Outside Duplication Service - (Transperfect) [.11] | $26.65 |
| 11/16/2021 | FEDERAL EXPRESS - Express Mail JAG Nov 9 [.11] | $23.27 |
| 11/16/2021 | FEDERAL EXPRESS - Express Mail JAG Nov 9 [.11] | $22.22 |
| 11/16/2021 | FEDERAL EXPRESS - Express Mail KCM Nov 8 [.11] | $70.84 |
| 11/29/2021 | FEDERAL EXPRESS - Express Mail JAG Nov 17-18  [.11] | $49.88 |
| 11/30/2021 | Air & Train - Amtrak o/w NYP - WAS 10/12/21; r/t WAS - NYP 10/11-10/12/21 w/ agent fee. [.16] | $813.00 |

Total Disbursements        $3,145.32

| | |
|---|---|
| Total Services | $305,324.25 |
| Total Disbursements | $3,145.32 |
| Total Current Charges | $308,469.57 |

March 01, 2022
Invoice #:        339799

Page:          13

## TASK RECAP

| Services | | | | Disbursements | |
|---|---|---|---|---|---|
| Category | Hours | Amount | | Category | Amount |
| .04 | 2.00 | $847.00 | | .11 | $2,332.32 |
| .07 | 19.10 | $9,506.50 | | .16 | $813.00 |
| .11 | 448.10 | $286,878.50 | | | |
| .15 | 9.70 | $5,582.00 | | | |
| .16 | 5.10 | $2,282.25 | | | |
| .17 | 0.60 | $228.00 | | | |
| | 484.60 | $305,324.25 | | | $3,145.32 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| TEP | Todd E. Phillips | .04 | 0.20 | $815.00 | $163.00 |
| JAG | Jessica A. Giglio | .04 | 1.80 | $380.00 | $684.00 |
| KCM | Kevin C. Maclay | .07 | 1.80 | $1,025.00 | $1,845.00 |
| TEP | Todd E. Phillips | .07 | 2.50 | $815.00 | $2,037.50 |
| CG | Cecilia Guerrero | .07 | 14.80 | $380.00 | $5,624.00 |
| KMD | Kevin M. Davis | .11 | 0.10 | $625.00 | $62.50 |
| JAL | Jeffrey A. Liesemer | .11 | 153.70 | $895.00 | $137,561.50 |
| KCM | Kevin C. Maclay | .11 | 20.70 | $1,025.00 | $21,217.50 |
| TEP | Todd E. Phillips | .11 | 3.70 | $815.00 | $3,015.50 |
| AWL | Ann W. Langley | .11 | 12.80 | $650.00 | $8,320.00 |
| SRJ | Shamara R. James | .11 | 3.00 | $450.00 | $1,350.00 |
| GMO | George M. O'Connor | .11 | 14.20 | $425.00 | $6,035.00 |
| LHS1 | Lucas H. Self | .11 | 191.10 | $475.00 | $90,772.50 |
| JAG | Jessica A. Giglio | .11 | 45.60 | $380.00 | $17,328.00 |
| CG | Cecilia Guerrero | .11 | 3.20 | $380.00 | $1,216.00 |
| JAL | Jeffrey A. Liesemer | .15 | 2.50 | $895.00 | $2,237.50 |
| KCM | Kevin C. Maclay | .15 | 0.40 | $1,025.00 | $410.00 |

March 01, 2022
Invoice #:        339799

Page:        14

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| GMO | George M. O'Connor | .15 | 4.20 | $425.00 | $1,785.00 |
| LHS1 | Lucas H. Self | .15 | 1.70 | $475.00 | $807.50 |
| JAG | Jessica A. Giglio | .15 | 0.90 | $380.00 | $342.00 |
| JAL | Jeffrey A. Liesemer | .16 | 5.10 | $447.50 | $2,282.25 |
| JAG | Jessica A. Giglio | .17 | 0.60 | $380.00 | $228.00 |
| | | | 484.60 | | $305,324.25 |