Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING DECEMBER 1, 2021, THROUGH DECEMBER 31, 2021**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | December 1, 2021, through December 31, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $162,135.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $11,567.75 |
| **Total compensation requested in this statement:** | $129,708.40 (80% of $162,135.50) |
| **Total expenses requested in this statement:** | $11,567.75 |
| **Total compensation and expenses requested in this statement:** | $141,276.15 |

**This is a:**    _X_ monthly            ___ interim            ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Twenty-Eighth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing December 1, 2021, through December 31, 2021 (the "**Fee Period**").

## Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 267.9 hours of professional services during the Fee Period, resulting in fees totaling $162,135.50. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $129,708.40.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $666.96. The blended hourly rate of all paraprofessionals is $367.28. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $11,567.75 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: March 11, 2022

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### DECEMBER 1, 2021, THROUGH DECEMBER 31, 2021

| Task Code | Project Category | Total Hours | Total Fees |
|-----------|------------------|-------------|------------|
| .04 | Case Administration | 4.3 | $2,150.00 |
| .07 | Fee Applications-Self | 1.3 | $1,161.50 |
| .11 | Plan & Disclosure Statement | 240.1 | $147,242.50 |
| .15 | MSGE Group Meetings/Conferences | 6.3 | $5,776.00 |
| .17 | Docket Review & File Maintenance | 12.0 | $3,858.00 |
| .21 | Fee Auditor Matters - Self | 3.9 | $1,947.50 |
| **TOTAL** | | **267.9** | **$162,135.50** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### DECEMBER 1, 2021, THROUGH DECEMBER 31, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 39.3 | $40,282.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 2.7 | $2,200.50 |
| James P. Wehner | Member / 1995 / Bankruptcy | $895.00 | 5.9 | $5,280.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 38.9 | $34,815.50 |
| Kevin M. Davis | Member / 2010 / Bankruptcy | $625.00 | 2.2 | $1,375.00 |
| Quincy M. Crawford | Of Counsel / 1994 / Bankruptcy | $700.00 | 3.8 | $2,660.00 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $650.00 | 2.4 | $1,560.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $475.00 | 72.1 | $34,247.50 |
| Shamara R. James | Associate / 2017 / Bankruptcy | $450.00 | 5.8 | $2,610.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 39.6 | $16,830.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $380.00 | 4.1 | $1,558.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $380.00 | 40.3 | $15,314.00 |
| Caroline M. Johnson | Paralegal / N/A / Bankruptcy | $315.00 | 10.8 | $3,402.00 |
| **TOTAL** | | | **267.9** | **$162,135.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### DECEMBER 1, 2021, THROUGH DECEMBER 31, 2021

| Category | Amount |
|---|---|
| Court Reporter Transcript Services | $1,600.50 |
| Database Research | $4,650.19 |
| Miscellaneous | $52.00 |
| Outside Duplication | $2,635.81 |
| Postage | $129.25 |
| Transportation | $2,500.00 |
| **TOTAL** | **$11,567.75** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000    Fax: (202) 429-3301

Multi-State Governmental Entities Group

Invoice #:      339800
Page:              1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through December 31, 2021

| | |
|---|---|
| Total Services | $162,135.50 |
| Total Disbursements | $11,567.75 |
| Total Current Charges | $173,703.25 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale

### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

March 01, 2022
Invoice #:        339800
Page:                  1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  December 31, 2021

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 12/8/2021 | JAG | Prepare LHS pro hac vice motion (.5); confer w/ Supreme Court of Louisiana re same (.2); confer w/ Accounting re same (.2). | 0.9 | $380.00 | $342.00 |
| 12/9/2021 | JAG | Prepare pro hac vice motion re KCM (.6); confer w/ Accounting re same (.2). | 0.8 | $380.00 | $304.00 |
| 12/16/2021 | JAG | Communications w/ Court and LHS re LHS pro hac vice motion. | 0.3 | $380.00 | $114.00 |
| 12/21/2021 | JAG | Prepare and file LHS pro hac vice motion (.4); communicate w/ LHS re same (.2). | 0.6 | $380.00 | $228.00 |
| 12/26/2021 | JAG | Hearing preparation (.4); attorney registrations (.3); communications w/ KCM, JAL and LHS re same (.2). | 0.9 | $380.00 | $342.00 |
| 12/27/2021 | KCM | Plan/prepare re pro hac vice motion and related notary session and review related documents. | 0.8 | $1,025.00 | $820.00 |
| | | **Total** | **4.30** | | **$2,150.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 12/3/2021 | KCM | Review/analyze and edit October monthly fee application. | 0.9 | $1,025.00 | $922.50 |
| 12/6/2021 | TEP | Communicate w/ CG and JAG re fee applications. | 0.1 | $815.00 | $81.50 |
| 12/15/2021 | TEP | Communications w/ KMD and CG re interim fee application. | 0.1 | $815.00 | $81.50 |
| 12/15/2021 | CG | Communications w/ KMD and TEP re interim fee application. | 0.1 | $380.00 | $38.00 |
| 12/16/2021 | CG | Communications w/ JPW re fee issue and related hearing. | 0.1 | $380.00 | $38.00 |

March 01, 2022
Invoice #:        339800

Page:        2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .07 | **Fee Applications-Self** | | | | |
| | | **Total** | **1.30** | | **$1,161.50** |
| .11 | **Plan & Disclosure Statement** | | | | |
| 12/1/2021 | JAL | Review and analyze issues raised in Judge McMahon's order (1.4); confer w/ KMD re next steps (.3). | 1.7 | $895.00 | $1,521.50 |
| 12/1/2021 | KMD | Confer w/ JAL re appellate argument. | 0.3 | $625.00 | $187.50 |
| 12/1/2021 | LHS1 | Review and analyze R. Sackler appeal brief. | 1.8 | $475.00 | $855.00 |
| 12/2/2021 | JAL | Review and analyze memo from LHS re appeal-related issues. | 0.2 | $895.00 | $179.00 |
| 12/2/2021 | LHS1 | Review and analyze M. Sackler brief (1.7); review related papers (1.4); draft memorandum re Sackler transfers (2.1); review and revise same (.6). | 5.8 | $475.00 | $2,755.00 |
| 12/3/2021 | JAL | Review and analyze appeal and confirmation issues. | 0.1 | $895.00 | $89.50 |
| 12/5/2021 | JAL | Review and analyze materials in connection w/ preparing supplemental brief (2.7); review and revise supplemental brief (1.6); conferences w/ KCM re same (.3); confer w/ A. Preis re same (.1); draft and revise email to JAG, KCM, and LHS re same (.2); draft and revise email to AWL and GMO re same (.2); correspondence w/ LHS re next steps (.3); confer w/ KCM and LHS re supplemental briefing and next steps (.2). | 5.6 | $895.00 | $5,012.00 |
| 12/5/2021 | KCM | Review supplemental briefs and related materials. | 2.9 | $1,025.00 | $2,972.50 |
| 12/5/2021 | KCM | Confer w/ JAL and LHS re supplemental brief. | 0.2 | $1,025.00 | $205.00 |
| 12/5/2021 | KCM | Conferences w/ JAL re next steps. | 0.3 | $1,025.00 | $307.50 |
| 12/5/2021 | AWL | Review and analyze materials re supplemental appeal brief. | 0.2 | $650.00 | $130.00 |
| 12/5/2021 | LHS1 | Draft supplemental brief (2.3); incorporate citations to the record (.4); edit supplemental brief (.2); confer w/ KCM and JAL re same (.2). | 3.1 | $475.00 | $1,472.50 |
| 12/6/2021 | JAL | Review and revise supplemental brief (1.3); review and analyze materials re same (.6); conferences w/ TEP re same (.3); confer w/ JPW re same (.2); confer w/ JAG re same (.1); draft and revise email to LHS re developments and next steps (.2). | 2.7 | $895.00 | $2,416.50 |
| 12/6/2021 | JPW | Confer JAL re filing. | 0.2 | $895.00 | $179.00 |
| 12/6/2021 | KCM | Conferences w/ TEP re supplemental appeal brief. | 0.2 | $1,025.00 | $205.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/6/2021 | TEP | Review supplemental appeal brief (.3); communications w/ KCM, JAL, LHS, and CG re same (.3); conferences w/ KCM re same (.2); communicate w/ CG and JAG re filing (.2); conferences w/ JAL re same (.3); conferences w/ CG re same (.2); review materials re same (.3); review JAL, CG, and JAG communications re brief service (.1). | 1.9 | $815.00 | $1,548.50 |
| 12/6/2021 | LHS1 | Edit supplemental brief (.3); review and analyze related briefing and relevant materials (1.8). | 2.1 | $475.00 | $997.50 |
| 12/6/2021 | SRJ | Review filings re appeal. | 2.1 | $450.00 | $945.00 |
| 12/6/2021 | CG | Review, revise and citecheck supplemental appellee brief (1.0); conferences w/ TEP re same (.2); communications w/ JAL re same (.2); file and serve same (.5). | 1.9 | $380.00 | $722.00 |
| 12/6/2021 | JAG | Effect service of supplemental brief on pro se parties (.1); confer w/ JAL re supplemental brief (.1). | 0.2 | $380.00 | $76.00 |
| 12/7/2021 | JAL | Review and analyze supplemental briefs. | 2.1 | $895.00 | $1,879.50 |
| 12/7/2021 | SRJ | Review, analyze latest filings. | 1.2 | $450.00 | $540.00 |
| 12/8/2021 | JAL | Review and analyze supplemental briefs. | 1.0 | $895.00 | $895.00 |
| 12/14/2021 | LHS1 | Draft notice of appeal. | 1.9 | $475.00 | $902.50 |
| 12/15/2021 | JPW | Review omnibus hearing materials (1.4); communication w/ JAG re hearing (.2). | 1.6 | $895.00 | $1,432.00 |
| 12/15/2021 | LHS1 | Analyze materials in prep for hearing. | 0.4 | $475.00 | $190.00 |
| 12/16/2021 | JAL | Review and analyze District Court opinion. | 1.6 | $895.00 | $1,432.00 |
| 12/16/2021 | JPW | Hearing prep (1.3); attend hearing (1.4). | 2.7 | $895.00 | $2,416.50 |
| 12/16/2021 | AWL | Review and analyze District Court opinion. | 0.6 | $650.00 | $390.00 |
| 12/16/2021 | QMC | Review District Court opinion (2.3); review summary of legal issues re same (.3). | 2.6 | $700.00 | $1,820.00 |
| 12/16/2021 | GMO | Prepare for hearing (.3); attend hearing (1.4); draft memo re hearing (.4); review and analyze McMahon opinion (4.2); draft responsive memo re issues raised in McMahon opinion (1.4). | 7.7 | $425.00 | $3,272.50 |
| 12/16/2021 | LHS1 | Review District Court opinion (2.2); draft analysis re same (1.2); draft analysis of case law cited in opinion (2.3). | 5.7 | $475.00 | $2,707.50 |
| 12/17/2021 | JAL | Review and analyze District Court opinion. | 4.7 | $895.00 | $4,206.50 |
| 12/17/2021 | JPW | Review District Court opinion. | 1.4 | $895.00 | $1,253.00 |
| 12/17/2021 | KCM | Plan/prepare next steps and review/analyze related materials. | 4.9 | $1,025.00 | $5,022.50 |
| 12/17/2021 | TEP | Review LHS and GMO memoranda re District Court opinion. | 0.2 | $815.00 | $163.00 |
| 12/17/2021 | QMC | Review District Court opinion. | 1.2 | $700.00 | $840.00 |

March 01, 2022
Invoice #:        339800

Page:         4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/17/2021 | LHS1 | Analyze District Court opinion (3.6); draft memo re potential issues on appeal (1.3). | 4.9 | $475.00 | $2,327.50 |
| 12/17/2021 | SRJ | Review District Court opinion and summaries related to same. | 1.3 | $450.00 | $585.00 |
| 12/19/2021 | KCM | Review/analyze draft PI brief and plan/prepare next steps. | 1.7 | $1,025.00 | $1,742.50 |
| 12/20/2021 | JAL | Review and revise draft motion to extend preliminary injunction (.4); correspondence w/ KCM and LHS re draft motion to extend PI and related issues (.7). | 1.1 | $895.00 | $984.50 |
| 12/20/2021 | JAL | Draft and revise email to LHS re next steps in confirmation appeals (.3); confer w/ KCM, LHS, AWL and GMO re case status and appeal issues (.7); conferences w/ KCM re developments and next steps (.4); draft and revise email to GMO re plan-related research (.3); draft and revise email to LHS re same (.1); review and analyze issues re anticipated appeal of District Court opinion (1.5). | 3.3 | $895.00 | $2,953.50 |
| 12/20/2021 | KCM | Conferences w/ E. Vonnegut re case status and next steps. | 0.8 | $1,025.00 | $820.00 |
| 12/20/2021 | KCM | Conferences w/ S. Gilbert re case status and next steps. | 0.5 | $1,025.00 | $512.50 |
| 12/20/2021 | KCM | Confer w/ LHS, JAL, AWL and GMO re case status and appeal issues. | 0.7 | $1,025.00 | $717.50 |
| 12/20/2021 | KCM | Confer w/ M. Tobak re case status and next steps. | 0.2 | $1,025.00 | $205.00 |
| 12/20/2021 | KCM | Conferences w/ JAL re case status and strategy. | 0.4 | $1,025.00 | $410.00 |
| 12/20/2021 | KCM | Plan/prepare next steps and review/analyze materials re appeal and plan issues. | 3.4 | $1,025.00 | $3,485.00 |
| 12/20/2021 | TEP | Review M. Toback and UST communications re appeal. | 0.1 | $815.00 | $81.50 |
| 12/20/2021 | AWL | Confer w/ KCM, LHS, JAL, and GMO re case status and appeal issues. | 0.7 | $650.00 | $455.00 |
| 12/20/2021 | GMO | Review Debtors' communications re appeal (.2); confer w/ KCM, LHS, JAL, and AWL re case status and appeal issues (.7); research re appeal issues (1.8). | 2.7 | $425.00 | $1,147.50 |
| 12/20/2021 | LHS1 | Research issues re certification of appeal (4.2); confer w/ KCM, JAL, AWL and GMO re case status and appeal issues (.7). | 4.9 | $475.00 | $2,327.50 |
| 12/21/2021 | JAL | Review and analyze materials in connection w/ anticipated appeal of District Court opinion. | 3.9 | $895.00 | $3,490.50 |
| 12/21/2021 | KCM | Confer w/ LHS re case status and appeal issues. | 0.4 | $1,025.00 | $410.00 |
| 12/21/2021 | GMO | Research re non-consensual releases (6.7); draft memo re same (1.9). | 8.6 | $425.00 | $3,655.00 |

March 01, 2022
Invoice #:        339800

Page:          5

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/21/2021 | LHS1 | Research appeal issues (5.7); confer w/ KCM re same (.4). | 6.1 | $475.00 | $2,897.50 |
| 12/22/2021 | JAL | Review and analyze relevant materials in connection w/ anticipated appeal of District Court opinion (1.7); review and analyze research memo from GMO re appeal issues (.3); draft and revise comments to GMO re same (1.1); draft email to GMO re additional research re same (.7). | 3.8 | $895.00 | $3,401.00 |
| 12/22/2021 | KCM | Confer w/ TEP re appeal. | 0.1 | $1,025.00 | $102.50 |
| 12/22/2021 | TEP | Review JAL communication re appeal research (.1); confer w/ KCM re same (.1). | 0.2 | $815.00 | $163.00 |
| 12/22/2021 | GMO | Research re voting issue and releases (4.4); draft memo re same (5.4). | 9.8 | $425.00 | $4,165.00 |
| 12/22/2021 | LHS1 | Research appeal issues (1.2); draft memorandum re same (4.7). | 5.9 | $475.00 | $2,802.50 |
| 12/23/2021 | JAL | Review and analyze issues in connection w/ anticipated appeal of District Court opinion (1.5); correspondence w/ LHS re same (.4). | 1.9 | $895.00 | $1,700.50 |
| 12/23/2021 | KCM | Review/analyze materials re case status and plan/prepare next steps. | 0.8 | $1,025.00 | $820.00 |
| 12/23/2021 | GMO | Research re appellate issues. | 5.7 | $425.00 | $2,422.50 |
| 12/23/2021 | LHS1 | Draft memorandum re certification. | 7.2 | $475.00 | $3,420.00 |
| 12/26/2021 | KCM | Review/analyze materials re potential appeal and plan/prepare next steps. | 2.2 | $1,025.00 | $2,255.00 |
| 12/26/2021 | TEP | Review JAG and LHS communications re appeal timing. | 0.1 | $815.00 | $81.50 |
| 12/26/2021 | JAG | Fact research re potential appeal issues. | 9.7 | $380.00 | $3,686.00 |
| 12/27/2021 | LHS1 | Review and analyze stay motions and related briefing. | 1.2 | $475.00 | $570.00 |
| 12/27/2021 | SRJ | Review, analyze recent filings. | 1.2 | $450.00 | $540.00 |
| 12/28/2021 | JAL | Review and analyze oppositions to PI extension. | 0.7 | $895.00 | $626.50 |
| 12/28/2021 | KCM | Confer w/ A. Preis re case status. | 0.2 | $1,025.00 | $205.00 |
| 12/28/2021 | KCM | Conferences w/ E. Vonnegut re case status. | 0.7 | $1,025.00 | $717.50 |
| 12/28/2021 | KCM | Plan/prepare re hearing and next steps and review/analyze related materials. | 3.5 | $1,025.00 | $3,587.50 |
| 12/28/2021 | GMO | Research re issues on appeal. | 4.4 | $425.00 | $1,870.00 |
| 12/28/2021 | JAG | Prepare for hearing (.6); fact research re potential appeal issues (9.8). | 10.4 | $380.00 | $3,952.00 |
| 12/29/2021 | JAL | Attend hearing (2.6); confer w/ KCM re developments and next steps (.2); confer w/ LHS re appeals-related research (.1); review and revise Debtors' draft certification motion (.8). | 3.7 | $895.00 | $3,311.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/29/2021 | KCM | Plan/prepare for hearing and review/analyze related materials. | 1.1 | $1,025.00 | $1,127.50 |
| 12/29/2021 | KCM | Attend hearing. | 2.6 | $1,025.00 | $2,665.00 |
| 12/29/2021 | KCM | Plan/prepare for next steps and review/analyze related materials and communications. | 2.3 | $1,025.00 | $2,357.50 |
| 12/29/2021 | KCM | Confer w/ K. Eckstein re case status and next steps. | 0.6 | $1,025.00 | $615.00 |
| 12/29/2021 | KCM | Confer w/ A. Troop re case status. | 0.2 | $1,025.00 | $205.00 |
| 12/29/2021 | KCM | Confer w/ B. Kaminetzky re case status. | 0.3 | $1,025.00 | $307.50 |
| 12/29/2021 | KCM | Confer w/ LHS re hearing issues and next steps. | 0.3 | $1,025.00 | $307.50 |
| 12/29/2021 | KCM | Confer w/ JAL re case status and tasks. | 0.2 | $1,025.00 | $205.00 |
| 12/29/2021 | GMO | Review filings re preliminary injunction. | 0.3 | $425.00 | $127.50 |
| 12/29/2021 | LHS1 | Research cases re certification (2.4); attend hearing re stay (2.6); draft joinder re certification (1.1); confer w/ KCM re same (.3); confer w/ JAL re same (.1). | 6.5 | $475.00 | $3,087.50 |
| 12/29/2021 | JAG | Fact research re potential appeal issues. | 9.7 | $380.00 | $3,686.00 |
| 12/30/2021 | LHS1 | Research certification issues (6.8); review Debtors' draft certification motion (.9). | 7.7 | $475.00 | $3,657.50 |
| 12/31/2021 | KCM | Plan/prepare for chambers conference. | 0.1 | $1,025.00 | $102.50 |
| 12/31/2021 | KCM | Attend chambers conference. | 1.5 | $1,025.00 | $1,537.50 |
| 12/31/2021 | KCM | Confer w/ E. Vonnegut re case status. | 0.1 | $1,025.00 | $102.50 |
| 12/31/2021 | LHS1 | Research certification issues (5.4); attend chambers conference (1.5). | 6.9 | $475.00 | $3,277.50 |
| 12/31/2021 | JAG | Fact research re potential appeal issues. | 5.6 | $380.00 | $2,128.00 |
| | | **Total** | **240.10** | | **$147,242.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 12/7/2021 | KCM | Confer w/ A. Miller and AWL re inquiry. | 0.1 | $1,025.00 | $102.50 |
| 12/7/2021 | AWL | Confer w/ KCM and A. Miller re inquiry. | 0.1 | $650.00 | $65.00 |
| 12/8/2021 | GMO | Attend MSGE Group call. | 0.4 | $425.00 | $170.00 |
| 12/16/2021 | KCM | Communicate w/ MSGE Group re District Court opinion and review/analyze materials re same. | 0.8 | $1,025.00 | $820.00 |
| 12/20/2021 | JAL | Confer w/ J. Simon, S. Sanford, J. White, J. Talley, D. Hager, KCM, and AWL re developments and next steps. | 0.5 | $895.00 | $447.50 |
| 12/20/2021 | KCM | Confer w/ S. Sanford re case status and next steps. | 0.1 | $1,025.00 | $102.50 |
| 12/20/2021 | KCM | Confer w/ J. Simon, S. Sanford, J. White, J. Talley, D. Hager, JAL, and AWL re developments and next steps. | 0.5 | $1,025.00 | $512.50 |

March 01, 2022
Invoice #:        339800

Page:        7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 12/20/2021 | AWL | Confer w/ J. Simon, S. Sanford, J. White, J. Talley, D. Hager, KCM, and JAL re developments and next steps. | 0.5 | $650.00 | $325.00 |
| 12/21/2021 | KCM | Conferences w/ A. Miller re case status. | 0.4 | $1,025.00 | $410.00 |
| 12/22/2021 | JAL | Attend MSGE Group call. | 0.3 | $895.00 | $268.50 |
| 12/22/2021 | KCM | Plan/prepare for MSGE Group call and review/analyze related materials. | 1.1 | $1,025.00 | $1,127.50 |
| 12/22/2021 | KCM | Attend MSGE Group call. | 0.3 | $1,025.00 | $307.50 |
| 12/22/2021 | AWL | Attend MSGE group call. | 0.3 | $650.00 | $195.00 |
| 12/28/2021 | KCM | Confer w/ S. Sanford re case status. | 0.6 | $1,025.00 | $615.00 |
| 12/29/2021 | KCM | Confer w/ S. Sanford re case status. | 0.3 | $1,025.00 | $307.50 |
| | | **Total** | **6.30** | | **$5,776.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 12/8/2021 | CMJ | Review docket and update internal files re recently filed pleadings. | 3.9 | $315.00 | $1,228.50 |
| 12/17/2021 | JAG | Review docket and update pleadings files. | 1.2 | $380.00 | $456.00 |
| 12/27/2021 | CMJ | Review docket and update internal files re recently filed pleadings. | 6.9 | $315.00 | $2,173.50 |
| | | **Total** | **12.00** | | **$3,858.00** |
| **.21** | **Fee Auditor** | | | | |
| 12/9/2021 | CG | Review communication from fee examiner re second interim fee application. | 1.2 | $380.00 | $456.00 |
| 12/13/2021 | CG | Communicate w/ KMD re fee examiner's report. | 0.2 | $380.00 | $76.00 |
| 12/15/2021 | KMD | Review fee examiner report materials (1.3); confer w/ CG re same (.4); confer w/ fee examiners, CG re same (.2). | 1.9 | $625.00 | $1,187.50 |
| 12/15/2021 | CG | Confer w/ fee examiners and KMD re interim fee application (.2); confer w/ KMD re same (.4). | 0.6 | $380.00 | $228.00 |
| | | **Total** | **3.90** | | **$1,947.50** |
| | | Total Professional Services | 267.9 | | $162,135.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| KMD | Kevin M. Davis | Member | 2.2 | $625.00 | $1,375.00 |
| JAL | Jeffrey A. Liesemer | Member | 38.9 | $895.00 | $34,815.50 |
| KCM | Kevin C. Maclay | Member | 39.3 | $1,025.00 | $40,282.50 |
| TEP | Todd E. Phillips | Member | 2.7 | $815.00 | $2,200.50 |
| JPW | James P. Wehner | Member | 5.9 | $895.00 | $5,280.50 |

March 01, 2022
Invoice #:        339800

Page:                    8

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| QMC | Quincy M. Crawford | Of Counsel | 3.8 | $700.00 | $2,660.00 |
| AWL | Ann W. Langley | Of Counsel | 2.4 | $650.00 | $1,560.00 |
| SRJ | Shamara R. James | Associate | 5.8 | $450.00 | $2,610.00 |
| GMO | George M. O'Connor | Associate | 39.6 | $425.00 | $16,830.00 |
| LHS1 | Lucas H. Self | Associate | 72.1 | $475.00 | $34,247.50 |
| JAG | Jessica A. Giglio | Paralegal | 40.3 | $380.00 | $15,314.00 |
| CG | Cecilia Guerrero | Paralegal | 4.1 | $380.00 | $1,558.00 |
| CMJ | Caroline M. Johnson | Paralegal | 10.8 | $315.00 | $3,402.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/01/2021 | Database Research - Westlaw - LHS1 - 11/02-11/29/2021 [.11] | $2,395.43 |
| 12/01/2021 | Database Research - Westlaw - JAG - 11/13-11/21/2021 [.11] | $152.20 |
| 12/01/2021 | Database Research - Westlaw - JAL - 11/01-11/29/2021 [.11] | $793.46 |
| 12/01/2021 | Database Research - Lexis - LHS1 - 11/08 - 11/11/2021 [.11] | $402.80 |
| 12/01/2021 | Database Research - Lexis - JAL - 11/08 - 11/11/2021 [.11] | $906.30 |
| 12/01/2021 | Taxi - Taxi to and from hearing (JAL) [.16] | $2,500.00 |
| 12/07/2021 | Outside Duplication Service - (Transperfect); Invoice #198984 [.11] | $143.33 |
| 12/07/2021 | Court Reporting/Transcript Service - Hr'g transcript 11/18 [.11] | $105.60 |
| 12/07/2021 | Court Reporting/Transcript Service - Hr'g transcript 11/9 [.11] | $428.40 |
| 12/08/2021 | Filing Fees - SDNY pro hac vice fee (LHS) [.11] | $20.00 |
| 12/08/2021 | Court Reporting/Transcript Service - Hr'g transcript 10/12 (McMahon) [.11] | $91.20 |
| 12/09/2021 | Certificates - Maryland Court of Appeals CGS (KCM) [.11] | $7.00 |
| 12/09/2021 | FEDERAL EXPRESS - Express Mail LA Supreme Court re CGS [.11] | $37.35 |
| 12/09/2021 | FEDERAL EXPRESS - Express Mail Clerk Court of Appeals re CGS [.11] | $22.12 |
| 12/10/2021 | Court Reporting/Transcript Service - Hr'g transcript 10/14 [.11] | $350.40 |
| 12/16/2021 | Court Reporting/Transcript Service - Hr'g transcript 11/30/21  [.11] | $489.30 |
| 12/21/2021 | Outside Duplication Service - (Transperfect); Invoice #199265 [.11] | $138.04 |
| 12/21/2021 | Outside Duplication Service - (Transperfect); Invoice #198328 [.11] | $2,248.90 |
| 12/21/2021 | FEDERAL EXPRESS - Express Mail JAL Dec 17 [.11] | $27.36 |
| 12/21/2021 | FEDERAL EXPRESS - Express Mail JAG Dec 14 [.11] | $42.42 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/27/2021 | Miscellaneous- Online notary fee (KCM) [.11] | $25.00 |
| 12/28/2021 | Outside Duplication Service - (Transperfect); Invoice #198261 [.11] | $105.54 |
| 12/31/2021 | Court Reporting/Transcript Service - Hr'g transcript 12/29/21 [.11] | $135.60 |
| | Total Disbursements | $11,567.75 |
| | Total Services | $162,135.50 |
| | Total Disbursements | $11,567.75 |
| | Total Current Charges | $173,703.25 |

March 01, 2022
Invoice #:        339800

Page:            10

## TASK RECAP

| Services | | | | Disbursements | |
|---|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | | **Category** | **Amount** |
| .04 | 4.30 | $2,150.00 | | .11 | $9,084.16 |
| .07 | 1.30 | $1,161.50 | | .16 | $2,500.00 |
| .11 | 240.10 | $147,242.50 | | | |
| .15 | 6.30 | $5,776.00 | | | |
| .17 | 12.00 | $3,858.00 | | | |
| .21 | 3.90 | $1,947.50 | | | |
| | 267.90 | $162,135.50 | | | $11,567.75 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | .04 | 0.80 | $1,025.00 | $820.00 |
| JAG | Jessica A. Giglio | .04 | 3.50 | $380.00 | $1,330.00 |
| KCM | Kevin C. Maclay | .07 | 0.90 | $1,025.00 | $922.50 |
| TEP | Todd E. Phillips | .07 | 0.20 | $815.00 | $163.00 |
| CG | Cecilia Guerrero | .07 | 0.20 | $380.00 | $76.00 |
| KMD | Kevin M. Davis | .11 | 0.30 | $625.00 | $187.50 |
| JAL | Jeffrey A. Liesemer | .11 | 38.10 | $895.00 | $34,099.50 |
| KCM | Kevin C. Maclay | .11 | 33.40 | $1,025.00 | $34,235.00 |
| TEP | Todd E. Phillips | .11 | 2.50 | $815.00 | $2,037.50 |
| JPW | James P. Wehner | .11 | 5.90 | $895.00 | $5,280.50 |
| QMC | Quincy M. Crawford | .11 | 3.80 | $700.00 | $2,660.00 |
| AWL | Ann W. Langley | .11 | 1.50 | $650.00 | $975.00 |
| SRJ | Shamara R. James | .11 | 5.80 | $450.00 | $2,610.00 |
| GMO | George M. O'Connor | .11 | 39.20 | $425.00 | $16,660.00 |
| LHS1 | Lucas H. Self | .11 | 72.10 | $475.00 | $34,247.50 |
| JAG | Jessica A. Giglio | .11 | 35.60 | $380.00 | $13,528.00 |
| CG | Cecilia Guerrero | .11 | 1.90 | $380.00 | $722.00 |
| JAL | Jeffrey A. Liesemer | .15 | 0.80 | $895.00 | $716.00 |
| KCM | Kevin C. Maclay | .15 | 4.20 | $1,025.00 | $4,305.00 |
| AWL | Ann W. Langley | .15 | 0.90 | $650.00 | $585.00 |
| GMO | George M. O'Connor | .15 | 0.40 | $425.00 | $170.00 |

March 01, 2022
Invoice #:        339800

Page:        11

**BREAKDOWN BY PERSON**

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAG | Jessica A. Giglio | .17 | 1.20 | $380.00 | $456.00 |
| CMJ | Caroline M. Johnson | .17 | 10.80 | $315.00 | $3,402.00 |
| KMD | Kevin M. Davis | .21 | 1.90 | $625.00 | $1,187.50 |
| CG | Cecilia Guerrero | .21 | 2.00 | $380.00 | $760.00 |
| | | | 267.90 | | $162,135.50 |