March 14, 2022

To Whom It May Concern:

My name is, Wayne B. Anderson, I am a United States Navy retired military Veteran. I was injured in the military while working in a U S Navy warehouse. A civilian government employee had a heart attack while driving a forklift. The man was unconscious, slumped over the wheel and coming right at me. I fell off the loading dock trying to avoid being runover by the out-of-control forklift. I fell approximately five feet landing on my tailbone. This damaged my spine and gave me long term numbness in my right leg and created acute, ongoing pain in my spine, back and right leg. The Veterans Administration Hospital here in Aurora Colorado has been prescribing oxycodone plain, six (5mg plain Oxycodone pills) per day for approximately 20 years after my retirement in 1994 At this time, I am still currently taking oxycodone despite numerous attempts to get off of it. I have even gone as far as to call rehab facilities and was told they could not help me.

I never knew about submitting a claim for oxycodone. I did find out recently that there is a group of people that are on a list. Due to all of the turmoil and negativity in the world over the past 2 years, I have not been watching the news or much in the way of regular television. I do not have a face book account; in fact, I have no social media accounts. I am 75 years old now. Having taken oxycodone prescribed by the VA for many years now which has caused many negative situations in my life. It changed my personality; it affected my whole life in not very flattering ways. I was denied life insurance numerous times because of taking oxycodone. It affected my marriage and my ability to earn a better living in addition to the long-term health effects and breathing difficulties. As I previously mentioned, since COVID started watching the news for the past 2 years has been awful. I have pretty much stopped watching the news, so I was not aware of any list for oxycodone users. I am writing this letter to ask to be added to the list.

Thank you for all of your help. If you need further information about me please feel free to ask.

Sincerely,

*Wayne B A*

Wayne B. Anderson

Phone: 720-351-5955

2660 S Oswego St

Aurora Colorado 80014