UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

## NOTICE OF INCREASE IN HOURLY RATES OF SKADDEN PROFESSIONALS

1. On September 15, 2019 (the "Petition Date"), each of the above-captioned debtors (collectively, the "Debtors") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On November 6, 2019, the Debtors filed an application to employ and retain Skadden as special counsel to the Debtors [Docket No. 438] (the "Initial Application") pursuant to § 327(e) of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York.

2. On November 25, 2019, the Court entered the *Order Granting Application Authorizing the Retention and Employment of Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* [Docket No. 545] (the "Initial Retention Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

3. On July 10, 2020, the Debtors filed an Application for Authority to Supplement the Retention and Employment of Skadden [Docket No. 1370] (the "Supplemental Application," and together with the Initial Application, the "Application"). The Court entered the Order Granting Authority to Supplement the Retention and Employment of Skadden [Docket No. 1521] (the "Supplemental Retention Order, and together with the Initial Retention Order, the "Retention Order").

4. As stated in the Declaration of Patrick Fitzgerald In Support Of the Initial Application, Skadden's billing rates are subject to periodic increase in the normal course of Skadden's business. In accordance with the Retention Order, Skadden hereby provides notice that effective January 1, 2022, Skadden's billing rates for Skadden professionals expected to spend significant time on the engagement range from $1,325 to $1,850 for partners, $515 to $1,390 for associates, counsel and special counsel, and $260 to $470 for paralegals.[2]

*[Remainder of Page Intentionally Left Blank]*

---

[2] Consistent with its prior agreement, Skadden has agreed to continue to provide a volume discount. Specifically, Skadden agreed to provide a discount of 7%, which increases to 10%, 12%, and 14% once annual fees reach $5 million, $10 million, and $15 million, respectively. These thresholds are calculated on a calendar year basis and re-set annually.

Dated: New York, New York
March 14, 2022

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Julie E. Cohen*

        Julie E. Cohen
        One Manhattan West
        New York, New York 10001
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        – and –

        Patrick Fitzgerald
        155 North Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        – and –

        Jennifer L. Bragg
        1440 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: (202) 371-7000
        Fax: (202) 393-5760

        *Special Counsel to Debtors*
        *and Debtors-in-Possession*