Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | January 1, 2022 through January 31, 2022 |
|---|---|
| **Summary of Total Fees and Expenses Requested** ||
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**    X   Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-First Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2022 through January 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from January 1, 2022 through and including January 31, 2022, is referred to herein as the "**Fee Period**".

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: March 14, 2022 | **BIELLI & KLAUDER LLC** |
| | |
| | */s/ Thomas D. Bielli* |
| | Thomas D. Bielli, Esquire (ID No. 5831474) |
| | 1905 Spruce Street |
| | Philadelphia, PA 19103 |
| | Phone: (215) 642-8271 |
| | tbielli@bk-legal.com |
| | |
| | *Counsel to Fee Examiner* |
| | *David M. Klauder, Esquire* |

## Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| Fee/Employment Applications- Retained Professionals | 21.10 |
| BK/Fee Examiner- Retention and Fee Applications | 2.20 |
| **Total** | **23.30** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 1.70 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 7.50 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 12.90 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 1.20 |

## Exhibit C

**Computation of Monthly Fee**

| **Fee Description** | **Amount** |
|---|---|
| Monthly Fee for January 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1369
**DATE** 01/31/2022
**DUE DATE** 01/31/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - January 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** **$24,250.00**

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

March 14, 2022

Purdue Pharma, L.P.

**Invoice Number: 2516**
Invoice Period: 01-01-2022 - 01-31-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email with Gilbert fee app | | | |
| 01-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Gilbert's Fee Request and correspondence with respect to same | | | |
| 01-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Brown Rudnick's Fee Request and correspondence with respect to same | | | |
| 01-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email with Brown Rudnick monthly fee app | | | |
| 01-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Prime Clerk's 10th monthly fee statement and data; Receipt of PJT's 21st monthly fee statement; Receipt of King & Spalding's 26th monthly fee statement; Receipt of Sullivan's 3rd monthly fee statement and corresponding data; Receipt of King & Spalding's Amended 26th monthly fee statement and corresponding data; Receipt of Davis Polk's 26th month data; Receipt of Brown Rudnick's 25th monthly fee statement | | | |
| 01-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Cornerstone's 18th monthly fee statement and corresponding data; Receipt of Province's 25th monthly fee statement; Receipt of Skadden's 25th monthly fee statement; Receipt of Jones Day's 24th monthly fee statement; Receipt of Dechert's 26th monthly fee statement; Receipt of Skadden's 25th month data; Receipt of King & Spalding's 27th monthly fee statement and corresponding data; Receipt of Arnold & Porter's 26th monthly fee statement; Receipt of Otterbourg's 25th monthly fee statement | | | |
| 01-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Dechert's 27th monthly fee statement; Receipt of Jones Day's 25th monthly fee statement; Receipt of Otterbourg's 25th month data; Receipt of Arnold & Porter's 26th month data; Receipt of Kramer Levin's 25th | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | monthly fee statement; Receipt of Dechert's 26th and 27th month data; Receipt of Otterbourg's 26th monthly fee statement and corresponding data; Receipt of Alix Partners' 26th monthly fee statement | | | |
| 01-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt and review of Order Granting Interim Compensation | | | |
| 01-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Brown Rudnick's 26th monthly fee statement; Receipt of Cornerstone's 19th monthly fee statement and corresponding data; Receipt of Davis Polk's 27th monthly fee statement; Receipt of Alix Partners' 27th monthly fee statement; Receipt of Houlihan's 22nd monthly fee statement; Receipt of Gilbert's 25th monthly fee statement, redaction key, and corresponding data | | | |
| 01-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Brown Rudnick's 27th monthly fee statement; Email correspondence with Legal Decoder re: data uploads; Email correspondence to professionals requesting fee data (Alix Partners; Brown Rudnick, Davis Polk, Jones Day, Kramer Levin, PJT Partners, Province) | | | |
| 01-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to procession of various professionals data transfer for analysis | | | |
| 01-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to procession of various professionals data transfer for analysis | | | |
| 01-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Province's 25th month data; Receipt of Davis Polk's 27th month data; Receipt of Brown Rudnick's 25 - 27th month data; Receipt of Alix Partners' 27th monthly data; Receipt of PJT's 21st and 22nd month data and correspondence to I. Bielli re: same; Email correspondence with Legal Decoder re: published data and review of assignments | | | |
| 01-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Review of King & Spalding's 26th & 27th month data | | | |
| 01-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Begin review of Davis Polk's 26th month data | | | |
| 01-21-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Attention to BK fee app drafting and review | | | |
| 01-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review of data transfer protocol and analysis of same | | | |
| 01-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt of Arnold & Porter's 27th Monthly Fee Statement and data; Email correspondence with Legal Decoder re: published data; email correspondence with I. Bielli re: data review; email correspondence to Kramer Levin requesting data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.40 | 225.00 | 765.00 |
| | | Finish review of Davis Polk's 26th month data | | | |
| 01-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Conference with Bielli with respect to data issues prior to analysis | | | |
| 01-27-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with FE with respect to data issues from select professionals prior to review of same | | | |
| 01-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Gilbert's Fee Data in order for analysis | | | |
| 01-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Arnold & Porter's Fee Data in order for analysis | | | |
| 01-28-2022 | Isabel Bielli | [ALL] BK Retention and Fee Applications | 1.20 | 125.00 | 150.00 |
| | | Draft 19th and 20th Monthly fee applications | | | |
| 01-29-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Review monthly fee apps | | | |
| 01-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt of Otterbourg's 27th monthly fee statement and corresponding data; Receipt of FTI's 26th and 27th monthly fee statements and correspondence to same requesting data; Email correspondence with Legal Decoder re: published data | | | |
| 01-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review of Cornerstone's 18th & 19th month fee data; Review of Otterbourg's 25th and 26th month data | | | |
| 01-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | email correspondence to Legal Decoder re: Arnold & Porter data issues; Review of Arnold & Porter's 27th month data | | | |
| 01-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Troubleshoot data issues for Gilbert's 25th monthly file and email correspondence to Peggy Holland re: the same | | | |
| 01-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Review of Alix Partners' 26th and 27th month data | | | |
| 01-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 225.00 | 382.50 |
| | | Review of Davis Polk's 27th month data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Alix Partners' Fee Data in order for analysis | | | |
| 01-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to DPW' Fee Data in order for analysis | | | |
| 01-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to BK's Fee Request; review, revise and edit same | | | |

We appreciate your business