| | |
|---|---|
| 1 | GEORGE ANDREW BRATTON |
| 2 | 1946 7th. Street |
|   | Riverside, California, 92507 |
| 3 | Telephone: (951) 530-8482 |
| 4 | *In Propria Persona* |

ORIGINAL

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.: 19-23649 (RDD) |
| PURDUE PHARMA L.,P., et al., | ) | (Jointly Administered) |
| | ) | GEORGE A. BRATTON |
| Debtors. | ) | ( Creditor) |
| | ) | Notice of Late Filing |
| | ) | Title III of Americans w/ Disabilities Act 1990 (ADA) |
| | ) | Life & Health Endangerments |
| | ) | { filed concurrently with} |
| | ) | 1. General Opioid Claimant Proof of Claim & |
| | ) | 2. Personal Injury Claimant Proof of Claim and; |
| | ) | Exhibits: A though G |
| | ) | Order to Show Cause |
| | ) | PROOF OF SERIVCE |

0

Late Filing Notice

# To: The Honorable Justice:

**COMES NOW**, GEORGE ANDREW BRATTON (Creditor), an individual and appearing, in propria persona and under the American with Disabilities Act of (1990) (ADA), brings this Late Fling Notice to the United States Bankruptcy Court in the Southern District of New York. This is about action to recover money damages resulting from the [gross] negligence of (Creditors) [unsafe] pharmaceutical business dealings and practices and their lack of properly informing patients of opiate risks and dangers. And that (Creditor) was unable both physical, mentally and economically unable to submit papers to this court in a timely manner.

## Late Filing Notice:

Please take notice that (Creditor) is a living off a monthly S.S. income and was unable to file both general opioid and personal injury claims to this court in a timely manner before now because:

- (Creditor) is taken (4) 30mgs oxycodone tablet per day and has been unable to complete pro-per legal papers to the court on time due to opiates daily effects causing drowsiness and loss of concentration to be on time with all most anything including legal computer work and;

- (Creditor) is 64 years of age with vision problems that prevented timely filing and;

- (Creditor) was and is unable to afford an attorney and;

- (Creditor) health problems and mental health status has prevent timely filings to this court.

**{Filed concurrent with}**

**Personal Injury and General Opiate Proof of Claims**

**SUPPORTING DOCUMENTS**
*Medical Verifications*

**Exhibits A though G**

1. Exhibit – A, depicts Nov. 11, 2014, Dr. Ann Hamilton prescribing (Creditor) 90 30 mgs of Oxycodone per month related to on-going chronic pain issues.

2. Exhibit – B, depicts March 3, 2016, Dr. Harvey Nurick (surgeon) continuation 30 mgs. Oxycodone medication per month.

3. Exhibit – C, depicts December 28, 2017, Dr. Darren Freeman prescribing and increasing (Creditor) 30mgs. Oxycodone tablet to (Creditor) to 120 per month.

4. Exhibit – D, depicts (Creditor) attempts to control opiates usage on August 22, 2018 at the Riverside Treatment Center with addiction Clinical Counselor Paula Bester that recommend (Creditor) seek a 30 -45 day in patient facility with opiate addiction treatments with follow-up counseling…Stated (Creditor) addiction required in patient supervision.

5. Exhibit – E, depicts Dec. 18, 2019 Cielitio Capistrano M.D., continuation of prescribing (Creditor) 30 mgs. Of Oxycodone #120 per month.

6. Exhibit – F, depicts January 7, 2020 Dr.Tim Leiter, continuation of prescribing (Creditor) 30 mgs. Oxycodone tables 120 per month.

7. Exhibit – G, depicts Nov. 9, 2021 to May 9, 2022 authorization from Dr. Tobias Bertram prescribing and continuing (Creditor) monthly Oxycodone medication.

## Prayer for Relief:

I George A Bratton listed as (Creditor) under Titled III of the Americas with Disabilities Act of 1990 (ADA) requests this courts considerations for review of damages caused intentionally by (Debtors) conduct and actions and allow (Creditor) opportunity to submit both General Opioid and Personal Injury Claims including Exhibits A though G {filed concurrently with} on court records and issue the following orders:

1. (Creditor) George A. Bratton [ is] allowed to submit (2) late claims against (Debtors) in this Bankruptcy Court proceedings [or] ;

2. The court issue [Order to Show Cause] to (Creditor) re: Denial (ADA) status considerations... to allow (Creditor) opportunity to present further additional and available informant to this court in support of filing late papers to the court in above matter.

I (Creditor) has examined the information in Late Filing Notice and have reasonable belief that the information is true and correct to the best to my knowledge and information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date: March 10, 2022

_____
George A. Bratton

- Contact Phone: (951) 250-4375
- Email@ gb6597@ gmail.com.

3

Late Filing Notice

## PROOF OF SERVICE BY MAIL

I George Bratton, located at 1946 7th. St., #201, Riverside, California, 92507, Phone: (951) 250-4375, hereby declare that I am over the age of 18 and Creditor to the within action.

On March 10, 2022  I served: Original copy and (2) copies with return envelope of:

## Late Filing Notice

On persons or entities named below by enclosing true copies in an envelope with postage fully prepaid and addressed as shown below and placing the envelop for collection and for U.S.A. mailing DELIVERY with the United States Postal Service on the date and at the places shown below.

Person(s) and or entity(s) To Whom Mailed:

1. UNITED STATES BANKRUPTCY COURT
   Clerk of the Court
   300 Quarropas Street                Original/ (2) copies/ Return Envelope
   Room 147
   White Plains, New York, 10601, 27611

2. Purdue Pharma Claims Processing Center
   c/o Prime Clerk LLC.
   Grand Central Station, P.O. Box 4850
   New York, N.Y.  10163-4850           (2) Copies/ Return envelope

I, George A. Bratton, declare under the penalty of perjury under the laws of the State of California, the State of New York and United States of America that the forgoing is true and correct...And that I am available to testify under oath in court the same truth of the matter, if further verifications are required.

Executed on March 10, 2022
Within Riverside County, in the State of California

_____
George A. Bratton