SOURTHERN DISTRICT OF NEW YORK

REDBOW NLN PRO-SE

Claim no. 6492

V.

PURDUE PHARMA L.P., ET AL.

CASE NO. 19-23649 (RDD)

## MOTION

## OF LIQUDATION

## UNDER THE TORT LAWS

By, and through, self representation, REDBOW NLN PRO-SE, and files this MOTION to LIQUDATE claim number 6492, due to the fact in that on or about December 16th. 2021 This case was VACATED by the Courts. This means that this case starts all over again, for another two (2) years, and to be VACATED again, and again to start all over again.

TORT; Any one of various, legally recognized, private injuries or wrongs which do not arise as the result of a breach of contract. TORT CLAIMS ACT, an act to establish a procedure for suits on tort claims against the United States. 28 U.S.C. SS 1291 et esq,; 60 Stat. 812, 842 (1946).

Therefore, the Court can give a LIQUDATION under the TORT LAWS ACT., and not the Bankruptcy Rules, and liquidate this claim (6492). This case was started September 2019. The plan had been in bankruptcy for about 2 (two) years just to be vacated two years later, after 2 (two) years of deliberation. The Court said; it had paid $4.5 billion dollars to the D.O.J. for a criminal fine, plus a portion of it being a

portion of the money for the settlement of the bankruptcy. The portion paid out for the criminal portion, I am not sure this would be legal because, I can not find precedence law stating in that it would be legal. The Court also said; The Court had all ready sent some $4.5 billion dollars over seas.

The Court must and should pay out the amount covered under the claim of (6492), this should be paid under the TORT Law Act., for the pain, and suffering in the past, and the pain in the future, mental stress in the past, and in the future, The Court said; it would give some $750 million to the remaining individual's, this would be some 600 plus thousand people, this would mean they would get $1,250.00 or nothing at all, for all the pain, suffering, mental stress, physical pain,

for the loss of all in that they had or will have. The states will have been paid twice, once for the repayment of tax dollars, and once for just being a state, and the people as normal nothing because, they are on the bottom. Is this the way things are truly to be?

The Court said it would pay some billions of dollars to the States for damages. The states suffered no pain, no undue stress, or even cost beyond it's normal cost of protecting the public through normal tax payer money. I.E., if the Courts pay Alabama 3/5 billion dollars, this money will go into Gov. Ivey's rainy-day fund. Alabama received $350 million dollars for the people from a tobacco settlement that went into the rainy-day fund. Alabama received a $5 Billion settlement from the oil spill, YES, Went into the rainy-day fund. Alabama received a $50 million dollar settlement, yes into the rainy-day fund. The Governor all ready had a 16 million dollar rainy-day fund. She can spend this money any way she would like to, and the tax payer has to repay this money without any question's. This money NEVER goes back to the people, and never is spent on the people. The state has never went through anything like the people in that got hooked on this drug. The pain I went through, the torture I went through, never lost all in that the state owned, Never had to look at themselves in the mirror. Well I have, I did not like what I saw, but, as the days go by, it looks better and better. I with draw my vote in favor of the plan because, it will just keep on going, to never to end until the courts, and lawyers drain it down to nothing.

This is why I am calling for, and demanding, the liquidation of my claim of number of 6492

CERTIFICATE OF SERVICE

I certify that on the 02nd, day of MARCH, 2022 a true and correct copy of the foregoing was served U.S. First Class mail, postage prepaid to;

PURDUE PHARMA L.P., el. Al.
Restructing-primerclerk.com/purduepharma

4701 Purdue Dr. W.
Wilson, NC.
27893

_____
REDBOW NLN "PRO-SE"
22560 Prestwood Road
Dozier, Al. 36028
334-496-2100
CLAIM NO. 6492

_____ 3-3-2022
NOTARY PUBLIC STATE AT LARGE
here-by sworn to me on this date
02, MARCH, 2022

JOLENE NASH
Notary Public, Alabama State at Large
My Commission Expires: 2-4-2024

Redbow
2nd information
Mar 3, 2022 at 5:35:57 PM
nash1012@hotmail.com



1 March 2022

## "SWORN AFFIDAVITT"

Case No. 19-23649 (RDD)

Claim No. 6492 Filed 04/13/2020

The undersigned do here-by Swear, and affirm the statements are of true facts. Here by given are of free Will, and without undue out side interference.

While it being such a long time, and not being able to furnish documentation stating the same. The dosage may very because it's been so long ago.

At one time for several years a Dr. Durffy was prescribing me with OxyContin 30 mg, 5 X a day, MsCotin 30mg 5 X a day, Loratab 10/750 5 X a day, and Hydrocodone 10 mg 5X a day, and I, was nothing but a vegetable. He is now serving time in prison.

It took me two trips to rehab, and several years of trouble to get rid of this monster.

It left me with permanent nerve damage, permanent learning disability, developmental disability, mental anguish, daily battle to fight to keep clean, without drugs. It cost me my Business, a very high cost for treatment, my home, it cost me everything I had., I believed in my Dr. I still have a hard time sleeping even after all these years, I only sleep 1-3 hours a night. I have to fight this monster each and every day to keep it at bay. This has cost me more than I can ever repay. Mostly my Honor, and dignity, with sleepiness nights, with the most important part believing in myself. I am unable to hold a job, Thank God I am retired now.

Under the penalty of fraudulent claim, I submit this to be true of fact

REDBOW NLN PRO-SE
22560 Prestwood Road
Dozier, Alabama

3-3-22
NOTARY PUBLIC
STATE AT LARGE
Sworn before me on this date

JOLENE NASH
Notary Public, Alabama State at Large
My Commission Expires: 2-4-2024