Redbow
2nd information
Mar 3, 2022 at 5:35:57 PM
nash1012@hotmail.com



1 March 2022

## "SWORN AFFIDAVITT"

Case No. 19-23649 (RDD)

Claim No. 6492  Filed 04/13/2020

The undersigned do here-by Swear, and affirm the statements are of true facts. Here by given are of free

Will, and without undue out side interference.

While it being such a long time, and not being able to furnish documentation stating the same. The dosage

may very because it's been so long ago.

At one time for several years a Dr. Durffy was prescribing me with OxyContin 30 mg, 5

X a day, MsCotin 30mg 5 X a day, Loratab 10/750 5 X a day, and Hydrocodone 10 mg

5X a day, and I, was nothing but a vegetable. He is now serving time in prison.

It took me two trips to rehab, and several years of trouble to get rid of this monster.

It left me with permanent nerve damage, permanent learning disability, developmental

disability, mental anguish, daily battle to fight to keep clean, without drugs. It cost me my Business, a very

high cost for treatment, my home, it cost me everything I had., I believed in my Dr. I still have a hard

time sleeping even after all these years, I only sleep 1-3 hours a night. I have to fight this

monster each and every day to keep it at bay. This has cost me more than I can ever

repay. Mostly my Honor, and dignity, with sleepiness nights, with the most important

part believing in myself. I am unable to hold a job, Thank God I am retired now.

Under the penalty of fraudulent claim, I submit this to be true of fact

REDBOW NLN PRO-SE
22560 Prestwood Road
Dozier, Alabama

NOTARY PUBLIC
STATE AT LARGE
Sworn before me on this date  3-3-22

JOLENE NASH
Notary Public, Alabama State at Large
My Commission Expires: 2-4-2024