**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF TWENTY-SEVENTH MONTHLY FEE STATEMENT OF JONES DAY**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | January 1, 2022 through January 31, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $256,112.78 |
| **Less 20% Holdback** | $51,222.56 |
| **Net of Holdback**: | $204,890.22 |
| **Amount of Expense Reimbursement Requested:** | $64,400.95 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $269,291.17 |
| **This is a** | X   Monthly _____Interim ____ Final Fee Statement |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-seventh monthly fee statement (the "Twenty-Seventh Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from January 1, 2022 through January 31, 2022 (the "Twenty-Seventh Monthly Fee Period"). By this Twenty-Seventh Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $269,291.17 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Seventh Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Seventh Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $38,269.73 for the Twenty-Seventh Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed).

blended hourly billing rate of Jones Day timekeepers during the Twenty-Seventh Monthly Fee Period is approximately $635.83.[4]

2.    Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Seventh Monthly Fee Period.

3.    Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Seventh Monthly Fee Period.

4.    Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Seventh Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.    Notice of this Twenty-Seventh Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]    The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Seventh Monthly Fee Period.

[5]    The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-Seventh Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than March 30, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Twenty-Seventh Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Twenty-Seventh Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Twenty-Seventh Monthly Fee Statement has been made to this or any other court.

Dated: March 16, 2022                                   _/s/  Anna Kordas_____
        New York, NY                                   JONES DAY
                                                        John J. Normile
                                                        Anna Kordas
                                                        250 Vesey Street
                                                        New York, NY 10281
                                                        Telephone:    (212) 326-3939
                                                        Facsimile:    (212) 755-7306
                                                        Email:        jjnormile@jonesday.com
                                                                      akordas@jonesday.com

                                                        – and –

                                                        Chané Buck
                                                        4655 Executive Drive, Suite 1500
                                                        San Diego, CA 92121
                                                        Telephone:    (858) 314-1158
                                                        Facsimile:    (844) 345-3178
                                                        Email:        cbuck@jonesday.com

                                                        *Special Counsel to the Debtors and
                                                        Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JANUARY 1, 2022 – JANUARY 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,250.00 | $891.50 | 38 | $38,950.00 |
| Guoping Da | 2009 | $825.00 | $717.75 | 44.9 | $37,042.50 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 6 | $7,200.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 60.6 | $81,810.00 |
| **TOTAL PARTNER:** | | | | **149.5** | **$165,002.50** |
| **ASSOCIATE** | | | | | |
| Xiaojin An | 2017 | $475.00 | $413.25 | 3.9 | $1,852.50 |
| Kevin V. McCarthy | 2016 | $825.00 | $717.75 | 79.5 | $65,587.50 |
| Adam M. Nicolais | 2017 | $750.00 | $652.50 | 33.7 | $25,275.00 |
| Shehla Wynne | 2015 | $825.00 | $717.75 | 6.4 | $5,280.00 |
| **TOTAL ASSOCIATE:** | | | | **123.5** | **$97,995.00** |
| **LAW CLERK** | | | | | |
| Evan C. Jones | N/A | $500.00 | $435.00 | 4.4 | $2,200.00 |
| Cherry Wang | N/A | $375.00 | $326.25 | 1.8 | $675.00 |
| **TOTAL LAW CLERK:** | | | | **6.2** | **$2,875.00** |
| **PARALEGAL & STAFF** | | | | | |
| Riley Chen | N/A | $50.00 | $43.50 | 14 | $700.00 |
| Jason J. Darensbourg | N/A | $375.00 | $326.25 | 14.6 | $5,475.00 |
| Yang Jiao | N/A | $300.00 | $261.00 | 1.4 | $420.00 |
| Karida Li | N/A | $50.00 | $43.50 | 10.5 | $525.00 |
| Jason Liao | N/A | $300.00 | $261.00 | 3 | $900.00 |
| Elizabeth Pratt | N/A | $350.00 | $304.50 | 1.8 | $630.00 |
| Ethan Sun | N/A | $150.00 | $130.50 | 24.2 | $3,630.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 54.1 | $16,230.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **123.6** | **$28,510.00** |
| **TOTAL:** | | | | **402.8** | **$294,382.50** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2022 – JANUARY 31, 2022**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 97.5 | $86,475.00 |
| Collegium 961 PGR | 5 | $2,425.00 |
| Retention Matters | 5.8 | $7,830.00 |
| Accord Healthcare Inc. | 62.6 | $58,522.50 |
| Confidential Matter I | 87.4 | $78,432.50 |
| Confidential Matter  II | 144.5 | $60,697.50 |
| **TOTAL** | **402.8** | **$294,382.50** |
| **13% DISCOUNT** | | **$38,269.73** |
| **TOTAL FEES** | | **$256,112.78** |

## EXHIBIT C

**EXPENSE SUMMARY**
**JANUARY 1, 2022 – JANUARY 31, 2022**

| Expense Category | Total Expenses |
|---|---|
| Courier | $2.85 |
| Consultant Fees | $64,398.10 |
| **TOTAL** | **$64,400.95** |

# **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

March 14, 2022

305158.000002
Invoice: 220901479

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through January 31, 2022:

| | | |
|---|---|---|
| █████████████████████ | USD | 60,697.50 |
| Less 13% Fee Discount | | (7,890.68) |
| Total Billed Fees | USD | 52,806.82 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 35,593.57 | |
| | USD | 35,593.57 |
| **TOTAL** | **USD** | **88,400.39** |







# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

March 14, 2022

305158.000003
Invoice: 220901485

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2022:

| | | |
|---|---|---:|
| ███████████████████ | USD | 78,432.50 |
| Less 13% Discount | | (10,196.23) |
| Total Billed Fees | USD | 68,236.27 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Consultants and Agents Fees | 27,304.53 | | |
| Courier Services | 2.85 | | |
| | | USD | 27,307.38 |
| **TOTAL** | | **USD** | **95,543.65** |







# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

March 14, 2022                                                     305158.610005
                                                                    Invoice: 220901481

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 86,475.00 |
| Less 13% Discount | | (11,241.75) |
| Total Billed Fees | USD | 75,233.25 |
| **TOTAL** | **USD** | **75,233.25** |

Please remit payment to:

**ACH Transfer (preferred)**              **Wire Transfer**
Citibank, N.A.                                   Citibank, N.A.
New York, NY                                     New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                     Account No:  37026407
ABA No:  021000089                        ABA No:  021000089
                                                          Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220901481 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Page: 2
March 14, 2022
Invoice: 220901481

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 5.00 | 1,200.00 | 6,000.00 |
| J J Normile | 18.40 | 1,350.00 | 24,840.00 |
| Associate | | | |
| K McCarthy | 44.00 | 825.00 | 36,300.00 |
| A M Nicolais | 13.90 | 750.00 | 10,425.00 |
| S Wynne | 6.40 | 825.00 | 5,280.00 |
| Paralegal | | | |
| J J Darensbourg | 8.00 | 375.00 | 3,000.00 |
| Project Manager | | | |
| E Pratt | 1.80 | 350.00 | 630.00 |
| **Total** | **97.50** | **USD** | **86,475.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
March 14, 2022
Invoice: 220901481

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/03/22 | G J Larosa | 1.00 |
| 01/03/22 | K McCarthy | 1.00 |
| | ████ ttention to case file and correspondence (.5). ████ | |
| 01/03/22 | A M Nicolais | 0.30 |
| 01/03/22 | J J Normile | 1.00 |
| 01/04/22 | G J Larosa | 0.50 |
| 01/04/22 | K McCarthy | 1.00 |
| | ████ attention to case file and correspondence (.2). ████ | |
| 01/04/22 | A M Nicolais | 0.60 |
| 01/04/22 | J J Normile | 1.60 |
| 01/06/22 | K McCarthy | 2.00 |
| | Review/analyze client collected documents and communicate internally regarding review of same. | |
| 01/09/22 | J J Normile | 2.00 |
| 01/10/22 | G J Larosa | 1.00 |
| 01/10/22 | K McCarthy | 4.00 |

# JONES DAY

305158.610005

Page: 4
March 14, 2022
Invoice: 220901481

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 01/10/22 | A M Nicolais | 1.10 |
| 01/11/22 | K McCarthy | 0.80 |
| 01/12/22 | J J Darensbourg | 0.70 |
| 01/12/22 | K McCarthy | 2.70 |
| 01/12/22 | A M Nicolais | 0.90 |
| 01/12/22 | J J Normile | 1.30 |

eview of related background materials (.50).

| 01/13/22 | J J Darensbourg | 0.20 |
| 01/13/22 | K McCarthy | 2.50 |
| 01/13/22 | J J Normile | 1.00 |
| 01/17/22 | J J Normile | 1.00 |
| 01/18/22 | G J Larosa | 1.00 |
| 01/18/22 | K McCarthy | 2.00 |

attention to case file and correspondence (.5).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 5
March 14, 2022
Invoice: 220901481



| 01/18/22 | A M Nicolais | 1.10 |
| 01/18/22 | J J Normile | 2.00 |
| 01/18/22 | S Wynne | 0.40 |
| 01/19/22 | J J Darensbourg | 0.20 |
| 01/19/22 | K McCarthy | 2.00 |
| 01/19/22 | J J Normile | 1.30 |
| 01/20/22 | K McCarthy | 1.50 |

attention to case files and correspondence (.5).

| 01/20/22 | A M Nicolais | 0.20 |
| 01/20/22 | J J Normile | 1.10 |

review of correspondence and respond to same from J. Holdreith regarding existing stay of proceedings (.30).

| 01/21/22 | J J Darensbourg | 1.60 |
| 01/21/22 | A M Nicolais | 4.50 |
| 01/21/22 | J J Normile | 1.00 |
| 01/21/22 | S Wynne | 2.00 |

**JONES DAY**

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 01/24/22 | G J Larosa | 1.00 |
|---|---|---|

| 01/24/22 | K McCarthy | 4.00 |
|---|---|---|

| 01/24/22 | A M Nicolais | 0.70 |
|---|---|---|

| 01/24/22 | J J Normile | 1.30 |
|---|---|---|

| 01/24/22 | S Wynne | 1.00 |
|---|---|---|

| 01/25/22 | K McCarthy | 2.50 |
|---|---|---|

| 01/25/22 | A M Nicolais | 3.40 |
|---|---|---|

| 01/25/22 | J J Normile | 1.30 |
|---|---|---|

Prepare for and participate in meet and confer with counsel for Collegium regarding existing case management schedule and modification of same (.80);

| 01/25/22 | S Wynne | 2.00 |
|---|---|---|

| 01/26/22 | J J Normile | 1.00 |
|---|---|---|

Review of various correspondence regarding stipulation to further extend litigation stay and related teleconferences.

| 01/26/22 | E Pratt | 0.70 |
|---|---|---|

Communicate with J. Darensbourg regarding problems with load files identified by opposing counsel.

| 01/27/22 | J J Darensbourg | 1.30 |
|---|---|---|

# JONES DAY

305158.610005

Page: 7
March 14, 2022
Invoice: 220901481

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

01/27/22            K McCarthy                                        3.50



01/27/22            J J Normile                                       1.50

01/27/22            E Pratt                                           1.10
Call with opposing counsel litigation support regarding hard drive of prior productions and options to
determine origins (producing party), any additional load files available, or conversion files to assist with loading
(.7); call with K McCarthy and J. Darensbourg regarding options for providing requested in formation (.4).

01/27/22            S Wynne                                           0.50

01/28/22            J J Darensbourg                                   1.40

01/28/22            K McCarthy                                        1.50
                    attention to case files and correspondence (0.5).

01/30/22            K McCarthy                                        6.00

01/31/22            J J Darensbourg                                   2.60

01/31/22            G J Larosa                                        0.50

01/31/22            K McCarthy                                        7.00
                                        attention to case file and correspondence (.5);

01/31/22            A M Nicolais                                      1.10

01/31/22            S Wynne                                           0.50

Total                                                                97.50

**JONES DAY**

305158.610005

Page: 8
March 14, 2022
Invoice: 220901481

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

March 14, 2022                                                                      305158.610013
                                                                                            Invoice: 220901482

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2022:

| | | |
|---|---|---:|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Consultants and Agents Fees | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407              Account No:  37026407
ABA No:  021000089                  ABA No:  021000089
                                                    Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/220901482 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 01/20/22 | J J Normile | NYC | 1,500.00 | |
| **Consultants and Agents Fees Subtotal** | | | | **1,500.00** |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


March 14, 2022                                                    305158.610022
                                                         Invoice: 220901483

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 2,425.00 |
| Less 13% Discount | | (315.25) |
| Total Billed Fees | USD | 2,109.75 |
| **TOTAL** | **USD** | **2,109.75** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610022/220901483 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Page: 2<br>
March 14, 2022<br>
Invoice: 220901483

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Law Clerk** |  |  |  |
| E C Jones | 4.40 | 500.00 | 2,200.00 |
| **Paralegal** |  |  |  |
| J J Darensbourg | 0.60 | 375.00 | 225.00 |
| **Total** | **5.00** | **USD** | **2,425.00** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 3
March 14, 2022
Invoice: 220901483

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/07/21 | E C Jones | 4.40 |

███████████████████████████████████████████

| 01/06/22 | J J Darensbourg | 0.30 |

Manage shared database for attorneys of correspondence regarding Patent Owners' Request for Director Review.

| 01/26/22 | J J Darensbourg | 0.30 |

Manage shared database for attorneys of key correspondence and papers.

| | **Total** | **5.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

March 14, 2022                                                    305158.610028
                                                                          Invoice: 220901484

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2022:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 58,522.50 |
| Less 13% Discount | | (7,607.93) |
| Total Billed Fees | USD | 50,914.57 |
| **TOTAL** | **USD** | **50,914.57** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407              Account No:  37026407
ABA No:  021000089                  ABA No:  021000089
                                              Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/220901484 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2
March 14, 2022
Invoice: 220901484

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 1.00 | 1,200.00 | 1,200.00 |
| J J Normile | 20.10 | 1,350.00 | 27,135.00 |
| Associate | | | |
| K McCarthy | 16.00 | 825.00 | 13,200.00 |
| A M Nicolais | 19.80 | 750.00 | 14,850.00 |
| Paralegal | | | |
| J J Darensbourg | 5.70 | 375.00 | 2,137.50 |
| **Total** | **62.60** | **USD** | **58,522.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
March 14, 2022
Invoice: 220901484

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/03/22 | J J Normile | 1.00 |
| 01/05/22 | K McCarthy | 1.00 |
| 01/05/22 | A M Nicolais | 0.50 |
| 01/06/22 | J J Darensbourg | 0.60 |

Manage shared database for attorneys regarding Joint Stipulation and [Proposed] Order Concerning Infringement and Notice of Withdrawal of K Nix.

| | | |
|---|---|---|
| 01/06/22 | K McCarthy | 1.00 |
| 01/10/22 | K McCarthy | 2.00 |
| 01/10/22 | A M Nicolais | 3.40 |
| 01/10/22 | J J Normile | 3.10 |
| 01/11/22 | J J Darensbourg | 0.80 |

Manage shared database for attorneys of deposition notices.

| | | |
|---|---|---|
| 01/11/22 | J J Normile | 1.10 |

Prepare for and participate in teleconference with A. Barkoff

| | | |
|---|---|---|
| 01/19/22 | J J Darensbourg | 0.20 |

# JONES DAY

305158.610028

Page: 4
March 14, 2022
Invoice: 220901484

Accord Healthcare Inc.



| Date | Timekeeper | Hours |
|---|---|---|
| 01/21/22 | K McCarthy | 1.00 |

attention to case file and recent case filings (0.3).

| 01/21/22 | J J Normile | 1.00 |

| 01/23/22 | J J Normile | 0.80 |

| 01/24/22 | K McCarthy | 1.50 |

Prepare for and participate in meet and confer with opposing counsel ▬▬▬ attention to case files and correspondence (0.5).

| 01/24/22 | J J Normile | 2.40 |

prepare for and participate in discovery meet and confer with counsel for Accord regarding scheduling of noticed depositions

| 01/25/22 | K McCarthy | 1.50 |

attention to case files and client and internal correspondence regarding recent meet and confer (0.6).

| 01/25/22 | J J Normile | 0.50 |

| 01/26/22 | J J Darensbourg | 1.30 |

Plan and prepare for upcoming depositions of Accord witnesses (.2); manage/review document production to Defendant (1.1).

| 01/26/22 | K McCarthy | 2.00 |

| 01/26/22 | A M Nicolais | 5.90 |

| 01/26/22 | J J Normile | 2.50 |

| 01/27/22 | J J Darensbourg | 0.40 |

Manage/trouble shoot ORF II document production set to Defendant.

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| | | |
|---|---|---|
| 01/27/22 | G J Larosa | 0.50 |
| 01/27/22 | K McCarthy | 2.50 |
| 01/27/22 | A M Nicolais | 1.60 |
| 01/27/22 | J J Normile | 3.60 |
| 01/28/22 | J J Darensbourg | 1.60 |
| 01/28/22 | K McCarthy | 3.50 |
| 01/28/22 | J J Normile | 1.50 |
| 01/31/22 | J J Darensbourg | 0.80 |

Manage shared database for attorneys of correspondence regarding deposition scheduling and document production issues.

| | | |
|---|---|---|
| 01/31/22 | G J Larosa | 0.50 |
| 01/31/22 | A M Nicolais | 8.40 |
| 01/31/22 | J J Normile | 2.60 |

**JONES DAY**

305158.610028

Page: 6

March 14, 2022

Invoice: 220901484

Accord Healthcare Inc.

| | |
|---|---|
| **Total** | **62.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

March 14, 2022                                            305158.999007
                                                   Invoice: 220901480

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2022:

| | | |
|---|---|---|
| Retention Matters | USD | 7,830.00 |
| Less 13% Discount | | (1,017.90) |
| Total Billed Fees | USD | 6,812.10 |
| **TOTAL** | **USD** | **6,812.10** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/220901480 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 5.80 | 1,350.00 | 7,830.00 |
| **Total** | **5.80** | **USD** | **7,830.00** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
March 14, 2022
Invoice: 220901480

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/04/22 | J J Normile | 1.00 |
| 01/11/22 | J J Normile | 1.00 |
| 01/12/22 | J J Normile | 1.80 |
| 01/20/22 | J J Normile | 1.00 |
| 01/31/22 | J J Normile | 1.00 |
| **Total** | | **5.80** |