**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 30, 2022 at 12:00pm (ET)** |

**COVER SHEET OF TWENTY-SEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | January 1, 2022 through January 31, 2022 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $688.00 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**January 1, 2022 through January 31, 2022**

### Jefferies LLC
### Summary of Hours by Category

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | - |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 76.5 |
| 4 | Debtor Communication | 10.5 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 4.5 |
| 8 | Travel | - |
| 9 | Due Diligence | 57.0 |
| 10 | Business Plan | 92.0 |
| 11 | Case Strategy | - |
| | | **240.5** |

### Jefferies LLC
### Summary of Hours by Professional

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 34.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 38.0 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 49.0 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 56.5 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 20.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 8.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 15.5 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 19.5 |
| | | **240.5** |

# TWENTY-SEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC

## EXPENSES BY CATEGORY
### January 1, 2022 through January 31, 2022

| Category | January 2022 |
|---|---:|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 688.00 |
| General | - |
| **Total Expenses** | **$688.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

Jefferies LLC ("Jefferies"),[2] the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from January 1, 2022 through January 31, 2022 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Retention Application (as defined below).

during the Compensation Period in connection with its services to the Committee in the amount of $688.00. In support of this Fee Statement, Jefferies respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application"). A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.  On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.  By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from January 1, 2022 through January 31, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $688.00.

3

8.     All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $688.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from January 1, 2022 through January 31, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $688.00.

Dated:  March 16, 2022    Respectfully submitted,
        New York, New York

        */s/ Leon Szlezinger*
        Leon Szlezinger
        Managing Director and Joint Global Head of
        Debt Advisory & Restructuring
        JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **January 1, 2022 - January 31, 2022 Hours for Creditor Communication** | | **76.5** | |
| 01/04/22 | Kevin Murray | *Review of UCC memos / reports* | 1.0 | 3 |
| 01/04/22 | Kamil Abdullah | *Review of UCC memos / reports* | 1.0 | 3 |
| 01/05/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 01/05/22 | Leon Szlezinger | *Review of UCC memos / reports* | 1.0 | 3 |
| 01/05/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/05/22 | Jaspinder Kanwal | *Review of UCC memos / reports* | 1.0 | 3 |
| 01/05/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/05/22 | Kevin Murray | *Review of UCC memos / reports* | 1.0 | 3 |
| 01/05/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/05/22 | Kamil Abdullah | *Review of UCC memos / reports* | 1.0 | 3 |
| 01/05/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 01/05/22 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 01/05/22 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 01/05/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 01/10/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 01/10/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/10/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/10/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/10/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 01/11/22 | Kevin Murray | *Review of various UCC reports / memos* | 1.0 | 3 |
| 01/11/22 | Kamil Abdullah | *Review of various UCC reports / memos* | 1.0 | 3 |
| 01/12/22 | Leon Szlezinger | *Coordinate with Province re committee presentation* | 1.0 | 3 |
| 01/12/22 | Leon Szlezinger | *Review of various UCC reports / memos* | 1.0 | 3 |
| 01/12/22 | Jaspinder Kanwal | *Review of various UCC reports / memos* | 1.5 | 3 |
| 01/13/22 | Leon Szlezinger | *Present new business plan summary to UCC* | 1.0 | 3 |
| 01/13/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/13/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/13/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/13/22 | Kevin Sheridan | *Present to UCC on update call* | 1.0 | 3 |
| 01/13/22 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 01/13/22 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 01/13/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 01/17/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 01/20/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 01/20/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/20/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/20/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/20/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | Leon Szlezinger | *Review of UCC presentation* | 1.0 | 3 |
| 01/24/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | Jaspinder Kanwal | *Review of UCC presentation* | 1.0 | 3 |
| 01/24/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | Kevin Murray | *Review of UCC presentation* | 1.0 | 3 |
| 01/24/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | Kamil Abdullah | *Review of UCC presentation* | 1.5 | 3 |
| 01/24/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 01/24/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | Leon Szlezinger | *Review of UCC presentation* | 1.0 | 3 |
| 01/27/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | Kevin Sheridan | *Review UCC presentation* | 1.0 | 3 |
| 01/27/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 01/27/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 01/28/22 | Jaspinder Kanwal | *Review of UCC presentation* | 0.5 | 3 |
| 01/31/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 01/31/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 01/31/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 01/31/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 01/31/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 01/31/22 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 01/31/22 | William Maselli | *Attend UCC update call* | 1.5 | 3 |
| 01/31/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **January 1, 2022 - January 31, 2022 Hours for Debtor Communication** | | **10.5** | |
| 01/03/22 | Kamil Abdullah | Attend Rhodes business development opportunity call | 0.5 | 4 |
| 01/03/22 | Kevin Sheridan | Attend Rhodes business development opportunity call | 0.5 | 4 |
| 01/07/22 | Leon Szlezinger | Attend business plan walkthrough call with PJT | 1.0 | 4 |
| 01/07/22 | Leon Szlezinger | Attend Rhodes business development opportunity follow-up call | 0.5 | 4 |
| 01/07/22 | Jaspinder Kanwal | Attend business plan walkthrough call with PJT | 1.0 | 4 |
| 01/07/22 | Jaspinder Kanwal | Attend Rhodes business development opportunity follow-up call | 0.5 | 4 |
| 01/07/22 | Kevin Murray | Attend business plan walkthrough call with PJT | 1.0 | 4 |
| 01/07/22 | Kevin Murray | Attend Rhodes business development opportunity follow-up call | 0.5 | 4 |
| 01/07/22 | Kamil Abdullah | Attend business plan walkthrough call with PJT | 1.0 | 4 |
| 01/07/22 | Kamil Abdullah | Attend Rhodes business development opportunity follow-up call | 0.5 | 4 |
| 01/07/22 | Kevin Sheridan | Attend business plan walkthrough call with PJT | 1.0 | 4 |
| 01/07/22 | Kevin Sheridan | Attend Rhodes business development opportunity follow-up call | 0.5 | 4 |
| 01/07/22 | William Maselli | Attend business plan walkthrough call with PJT | 1.0 | 4 |
| 01/07/22 | Connor Hattersley | Attend business plan walkthrough call with PJT | 1.0 | 4 |
| | **January 1, 2022 - January 31, 2022 Hours for Plan of Reorganization** | | **4.5** | |
| 01/12/22 | Leon Szlezinger | Telephonic attendance of omnibus court hearing | 1.5 | 7 |
| 01/12/22 | Jaspinder Kanwal | Attend omnibus court hearing | 1.0 | 7 |
| 01/12/22 | Kevin Murray | Attend omnibus court hearing | 1.0 | 7 |
| 01/12/22 | Kamil Abdullah | Attend omnibus court hearing | 1.0 | 7 |
| | **January 1, 2022 - January 31, 2022 Hours for Due Diligence** | | **57.0** | |
| 01/03/22 | Jaspinder Kanwal | Review various court filings | 1.0 | 9 |
| 01/03/22 | Kevin Murray | Review various court filings | 2.0 | 9 |
| 01/03/22 | Kamil Abdullah | Review of various court filings | 1.0 | 9 |
| 01/04/22 | Jaspinder Kanwal | Review diligence request list | 0.5 | 9 |
| 01/04/22 | Kevin Murray | Review diligence request list | 1.0 | 9 |
| 01/04/22 | Kamil Abdullah | Update diligence request list | 1.0 | 9 |
| 01/05/22 | Kevin Murray | Review PPLP data room uploads | 1.5 | 9 |
| 01/05/22 | Kamil Abdullah | Review PPLP data room uploads | 1.5 | 9 |
| 01/07/22 | Kevin Murray | Review PPLP data room uploads | 1.0 | 9 |
| 01/07/22 | Kamil Abdullah | Review PPLP data room uploads | 1.0 | 9 |
| 01/07/22 | Kamil Abdullah | Review of various appeals | 1.0 | 9 |
| 01/08/22 | Kevin Murray | Review of various appeals | 1.0 | 9 |
| 01/10/22 | Kevin Sheridan | Review OTC public comparables analysis | 0.5 | 9 |
| 01/10/22 | William Maselli | Review PPLP data room uploads | 1.5 | 9 |
| 01/10/22 | Connor Hattersley | Review PPLP data room uploads | 2.0 | 9 |
| 01/11/22 | Kevin Murray | Review OTC public comparables research | 1.0 | 9 |
| 01/11/22 | Kamil Abdullah | Prepare OTC public comparables analysis | 2.0 | 9 |
| 01/11/22 | William Maselli | Review OTC public comparables research | 1.0 | 9 |
| 01/11/22 | Connor Hattersley | Conduct OTC public comparables research | 1.0 | 9 |
| 01/12/22 | Jaspinder Kanwal | Review OTC public comparables analysis | 1.0 | 9 |
| 01/12/22 | Kevin Murray | Review OTC public comparables analysis | 1.0 | 9 |
| 01/12/22 | Kamil Abdullah | Update OTC public comparables analysis | 1.0 | 9 |
| 01/12/22 | Kevin Sheridan | Review OTC public comparables analysis | 1.0 | 9 |
| 01/12/22 | James Wiltshire | Review OTC public comparables analysis | 0.5 | 9 |
| 01/16/22 | Kevin Murray | Review PPLP data room uploads | 1.0 | 9 |
| 01/16/22 | Kamil Abdullah | Review PPLP data room uploads | 2.0 | 9 |
| 01/16/22 | William Maselli | Review of data room uploads | 1.0 | 9 |
| 01/16/22 | Connor Hattersley | Review of data room uploads | 1.5 | 9 |
| 01/21/22 | Kevin Murray | Review Mundipharma research | 1.0 | 9 |
| 01/21/22 | Kamil Abdullah | Review Mundipharma articles / research | 1.5 | 9 |
| 01/22/22 | Leon Szlezinger | Review Mundipharma research | 1.0 | 9 |
| 01/22/22 | Jaspinder Kanwal | Review Mundipharma research | 1.5 | 9 |
| 01/22/22 | Kamil Abdullah | Review of various court filings | 1.5 | 9 |
| 01/24/22 | Leon Szlezinger | Review of various court filings | 1.0 | 9 |
| 01/24/22 | Jaspinder Kanwal | Review of various court filings | 1.5 | 9 |
| 01/24/22 | Kevin Murray | Review of various court filings | 1.5 | 9 |
| 01/24/22 | Kevin Sheridan | Review Mundipharma news articles | 0.5 | 9 |
| 01/28/22 | Leon Szlezinger | Review of various court filings | 1.5 | 9 |
| 01/28/22 | Jaspinder Kanwal | Review of various court filings | 1.5 | 9 |
| 01/28/22 | Kevin Murray | Review of various court filings | 1.5 | 9 |
| 01/28/22 | Kamil Abdullah | Review of various court filings | 1.0 | 9 |
| 01/30/22 | Leon Szlezinger | Review of various court filings | 1.0 | 9 |
| 01/30/22 | Jaspinder Kanwal | Review of various court filings | 1.0 | 9 |
| 01/31/22 | Leon Szlezinger | Review mediator report | 1.0 | 9 |
| 01/31/22 | Jaspinder Kanwal | Review mediator report | 1.0 | 9 |
| 01/31/22 | Kevin Murray | Review mediator report | 1.0 | 9 |
| 01/31/22 | Kamil Abdullah | Review mediator report | 0.5 | 9 |
| 01/31/22 | William Maselli | Review of data room uploads | 1.0 | 9 |
| 01/31/22 | Connor Hattersley | Review of data room uploads | 1.5 | 9 |
| | **January 1, 2022 - January 31, 2022 Hours for Business Plan** | | **92.0** | |
| 01/03/22 | Jaspinder Kanwal | Review of March 2021 business plan | 0.5 | 10 |
| 01/03/22 | Kevin Murray | Review of March 2021 business plan | 2.0 | 10 |
| 01/03/22 | Kamil Abdullah | Review of March 2021 business plan | 1.0 | 10 |
| 01/04/22 | Leon Szlezinger | Review Jefferies updated cash flow projections | 0.5 | 10 |
| 01/04/22 | Jaspinder Kanwal | Review Jefferies cash flow forecast model | 0.5 | 10 |
| 01/04/22 | Kevin Murray | Review Jefferies cash flow forecast model | 1.0 | 10 |
| 01/04/22 | Kamil Abdullah | Update Jefferies cash flow forecast model | 2.5 | 10 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/06/22 | Jaspinder Kanwal | *Review new business plan* | 1.0 | 10 |
| 01/06/22 | Kevin Murray | *Review new business plan* | 1.5 | 10 |
| 01/06/22 | Kevin Murray | *Update Jefferies business plan long-term model* | 1.0 | 10 |
| 01/06/22 | Kamil Abdullah | *Review new business plan* | 1.5 | 10 |
| 01/06/22 | Kamil Abdullah | *Update Jefferies business plan long-term model* | 1.0 | 10 |
| 01/07/22 | Leon Szlezinger | *Review new business plan* | 2.5 | 10 |
| 01/07/22 | Jaspinder Kanwal | *Review new business plan* | 1.5 | 10 |
| 01/07/22 | Jaspinder Kanwal | *Review Debtors consolidated long-term plan model* | 1.0 | 10 |
| 01/07/22 | Jaspinder Kanwal | *Review Jefferies business plan long-term model* | 1.0 | 10 |
| 01/07/22 | Kevin Murray | *Review Debtors consolidated long-term plan model* | 1.0 | 10 |
| 01/07/22 | Kevin Murray | *Review Jefferies business plan long-term model* | 1.0 | 10 |
| 01/07/22 | Kamil Abdullah | *Review Debtors consolidated long-term plan model* | 1.0 | 10 |
| 01/07/22 | Kamil Abdullah | *Update Jefferies business plan long-term model* | 2.0 | 10 |
| 01/07/22 | Kevin Sheridan | *Review new business plan* | 1.5 | 10 |
| 01/08/22 | Kevin Murray | *Prepare business plan summary deck* | 3.0 | 10 |
| 01/08/22 | Kamil Abdullah | *Prepare business plan summary deck* | 3.0 | 10 |
| 01/09/22 | Leon Szlezinger | *Review new business plan* | 1.5 | 10 |
| 01/09/22 | Jaspinder Kanwal | *Review and revise business plan summary deck* | 1.5 | 10 |
| 01/09/22 | Kevin Murray | *Prepare business plan summary deck* | 2.0 | 10 |
| 01/09/22 | Kamil Abdullah | *Prepare business plan summary deck* | 3.0 | 10 |
| 01/09/22 | Kamil Abdullah | *Review of plan B projections* | 1.0 | 10 |
| 01/10/22 | Leon Szlezinger | *Review of plan B projections* | 1.5 | 10 |
| 01/10/22 | Leon Szlezinger | *Review business plan summary deck* | 0.5 | 10 |
| 01/10/22 | Leon Szlezinger | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/10/22 | Leon Szlezinger | *Review business plan summary deck* | 0.5 | 10 |
| 01/10/22 | Jaspinder Kanwal | *Review of plan B projections* | 1.5 | 10 |
| 01/10/22 | Jaspinder Kanwal | *Review business plan summary deck* | 0.5 | 10 |
| 01/10/22 | Jaspinder Kanwal | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/10/22 | Jaspinder Kanwal | *Review business plan summary deck* | 0.5 | 10 |
| 01/10/22 | Kevin Murray | *Review of plan B projections* | 1.5 | 10 |
| 01/10/22 | Kevin Murray | *Revise business plan summary deck* | 1.0 | 10 |
| 01/10/22 | Kevin Murray | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/10/22 | Kevin Murray | *Review business plan summary deck* | 0.5 | 10 |
| 01/10/22 | Kamil Abdullah | *Update business plan summary deck* | 2.0 | 10 |
| 01/10/22 | Kamil Abdullah | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/10/22 | Kamil Abdullah | *Review business plan summary deck* | 0.5 | 10 |
| 01/10/22 | Kevin Sheridan | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/10/22 | Kevin Sheridan | *Review business plan summary deck* | 0.5 | 10 |
| 01/10/22 | William Maselli | *Review new business plan* | 1.5 | 10 |
| 01/10/22 | William Maselli | *Review Debtors consolidated long-term plan model* | 1.0 | 10 |
| 01/10/22 | Connor Hattersley | *Review new business plan* | 1.5 | 10 |
| 01/10/22 | Connor Hattersley | *Review Debtors consolidated long-term plan model* | 2.0 | 10 |
| 01/11/22 | Kamil Abdullah | *Update business plan summary deck* | 1.0 | 10 |
| 01/12/22 | Leon Szlezinger | *Internal discussion re: new business plan* | 0.5 | 10 |
| 01/12/22 | Leon Szlezinger | *Review business plan summary deck* | 2.5 | 10 |
| 01/12/22 | Jaspinder Kanwal | *Internal discussion re: new business plan* | 0.5 | 10 |
| 01/12/22 | Jaspinder Kanwal | *Review business plan summary deck* | 1.0 | 10 |
| 01/12/22 | Kevin Murray | *Internal discussion re: new business plan* | 0.5 | 10 |
| 01/12/22 | Kevin Murray | *Update business plan summary deck* | 0.5 | 10 |
| 01/12/22 | Kamil Abdullah | *Internal discussion re: new business plan* | 0.5 | 10 |
| 01/12/22 | Kamil Abdullah | *Update business plan summary deck* | 0.5 | 10 |
| 01/12/22 | Kevin Sheridan | *Internal discussion re: new business plan* | 0.5 | 10 |
| 01/12/22 | Kevin Sheridan | *Review business plan summary deck* | 1.0 | 10 |
| 01/12/22 | James Wiltshire | *Review new business plan* | 1.5 | 10 |
| 01/12/22 | William Maselli | *Internal discussion re: new business plan* | 0.5 | 10 |
| 01/12/22 | Connor Hattersley | *Internal discussion re: new business plan* | 0.5 | 10 |
| 01/19/22 | Leon Szlezinger | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/19/22 | Leon Szlezinger | *Review Oxycontin scenario analysis* | 1.0 | 10 |
| 01/19/22 | Jaspinder Kanwal | *Review Oxycontin projections* | 1.0 | 10 |
| 01/19/22 | Jaspinder Kanwal | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/19/22 | Jaspinder Kanwal | *Review Oxycontin foreacast* | 1.0 | 10 |
| 01/19/22 | Kevin Murray | *Model Oxycontin projections* | 1.0 | 10 |
| 01/19/22 | Kevin Murray | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/19/22 | Kevin Murray | *Review Oxycontin foreacast* | 1.0 | 10 |
| 01/19/22 | Kamil Abdullah | *Model Oxycontin projections* | 3.0 | 10 |
| 01/19/22 | Kamil Abdullah | *Attend business plan discussion with Province* | 0.5 | 10 |
| 01/19/22 | Kamil Abdullah | *Review Oxycontin foreacast* | 1.0 | 10 |
| 01/19/22 | Kevin Sheridan | *Discussion with Province re: business plan* | 0.5 | 10 |
| 01/19/22 | Kevin Sheridan | *Review Oxycontin scenario analysis* | 1.0 | 10 |
| 01/19/22 | Kevin Sheridan | *Review updated Oxycontin scenario analysis* | 1.0 | 10 |
| 01/19/22 | Connor Hattersley | *Review Oxycontin foreacast* | 1.5 | 10 |
| 01/20/22 | Leon Szlezinger | *Discussion with Province re: OxyContin business* | 0.5 | 10 |
| 01/20/22 | Jaspinder Kanwal | *Discussion with Province re: OxyContin business* | 0.5 | 10 |
| 01/20/22 | Kevin Murray | *Discussion with Province re: OxyContin business* | 0.5 | 10 |
| 01/20/22 | Kamil Abdullah | *Discussion with Province re: OxyContin business* | 0.5 | 10 |
| 01/20/22 | Kevin Sheridan | *Discussion with Province re: OxyContin business* | 0.5 | 10 |
| 01/20/22 | Connor Hattersley | *Review Oxycontin scenario analysis* | 1.0 | 10 |
| 01/24/22 | William Maselli | *Review Oxycontin foreacast* | 1.0 | 10 |
| | **January 1, 2022 - January 31, 2022 Total Hours** | | **240.5** | |

**Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | $688.00 | 01/28/22 | Legal | Legal invoice from counsel |

# BAKER BOTTS L.L.P.

Austin      Moscow
Brussels    **New York**
Dallas      Palo Alto
Dubai       Riyadh
Houston     San Francisco
London      Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
Attn: Leon Szlezinger
New York, NY 10022

Invoice Number:   40008342
Invoice Date:     January 28, 2022
Attorney:         R L Spigel

Total fees for services and expenses for the matter shown below through January 28, 2022

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/14/22 | K Chiu | 0.1 | Email with K. Abdullah (Jefferies) regarding timing of filing for November monthly fee application (0.1). |
| 01/20/22 | K Chiu | 0.1 | Email with R. Spigel regarding November monthly fee application (0.1). |
| 01/20/22 | K Chiu | 0.1 | Email with R. Spigel regarding November monthly fee application. |
| 01/20/22 | K Chiu | 0.5 | Prepare November monthly fee application (0.4); email with K. Abdullah (Jefferies) regarding same (0.1). |

**Matter Hours**      0.8
**Matter Fees**       $688.00

Page 1

**BAKER BOTTS** LLP

| | Invoice No: | 40008342 |
|---|---|---|
| | Invoice Date: | January 28, 2022 |

Jefferies LLC
Purdue Retention

Matter: 082383.0108

**2022 Lawyer Summary**

| **Timekeeper** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|
| K Chiu | 0.8 | 860.00 | 688.00 |
| | **0.8** | | **$688.00** |

Page 2

**BAKER BOTTS L.L.P.**

Austin        Moscow
Brussels      **New York**
Dallas        Palo Alto
Dubai         Riyadh
Houston       San Francisco
London        Washington

TAX ID 74-1195457

Jefferies LLC                                           **Due Upon Receipt**
520 Madison Avenue
Attn:  Leon Szlezinger                Invoice Number:   40008342
New York, NY, 10022                   Invoice Date:     January 28, 2022
                                      Matter Number:    082383.0108

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | 082383.0108 |
| **Client:** | Jefferies LLC |
| **Matter:** | Purdue Retention |
| **Invoice Number:** | 40008342 |
| **Billing Attorney:** | R L Spigel |
| **Office:** | New York |

| | |
|---|---:|
| **Total Fees** | **$688.00** |
| **Total Expenses** | **$0.00** |
| **Total Invoice Amount** | **$688.00** |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

| *Please Remit to:* | *Wiring Instructions* | *ACH Information:* | *To Pay by Check, send to:* |
|---|---|---|---|
| | Baker Botts L.L.P. | Baker Botts L.L.P. | Baker Botts L.L.P. |
| | Bank: JP Morgan Chase Bank | Bank: JP Morgan Chase Bank | P.O. Box 301251 |
| | Address: 712 Main Street, Houston, TX 77002 | Address: 712 Main Street, Houston, TX 77002 | Dallas, TX  75303-1251 |
| | ABA Number: 021 000 021 | Routing Number: 111 000 614 | (Reference Invoice Number) |
| | Swift Code: CHASUS33 | Primary Account: 001 0000 2006 | |
| | Primary Account: 001 0000 2006 | (Reference Invoice Number) | |
| | (Reference Invoice Number) | | |