Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - -x

4    In re:

5                                          Chapter 11

6    PURDUE PHARMA L.P., et al.,          Case No. 19-23649-rdd

7                    Debtors.          (Administratively

8                                       Consolidated)

9    - - - - - - - - - - - - - - - - -x

10

11                  United States Bankruptcy Court

12                  300 Quarropas Street, Room 248

13                  White Plains, NY 10601

14

15                  March 10, 2022

16                  10:03 a.m.

17

18

19

20

21   B E F O R E :

22   HON ROBERT D. DRAIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  JUSTIN WALKER

1    HEARING in Furtherance of Settlement Tenn Sheet (related

2    document(s)4410)

3

4    HEARING re Amended Notice of Agenda for March 9 and 10, 2022

5    Hearing Filed by Eli J. Vonnegut on behalf of Purdue Pharma

6    L.P .. to be held at Videoconference (ZoomGov) (ECF #4495)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S :

 2

 3   AKIN GUMP STRAUSS HAUER FELD LLP

 4        Attorneys for the Official Committee of Unsecured

 5        Creditors

 6        1 Bryant Park

 7        New York, NY 10036

 8

 9   BY:  ARIK PREIS (TELEPHONICALLY)

10

11   SPEAKERS:

12   KAY SCARPONE

13   VITALY PINKUSOV

14   RYAN HAMPTON

15   KIMBERLY KRAWCZYK

16   KIMBERLY BLAKE

17   KATHY STRAIN

18   JANNETTE ADAMS

19   DEDE YODER

20   NAN GOLDIN

21   CHERYL JUAIRE

22   STEPHANIE LUBINSKI

23   JENNY SCULLY

24   DONNA MAZUREK

25   TIFFINEE SCOTT
```

Page 4

1   WENDY OLSEN

2   JILL CICHOWICZ

3   LINDA ZABROWSKI

4   BILL NELSON

5   KRISTY NELSON

6   KARA TRAINOR

7   RANDI POLLOCK

8   KEOLA MALUHIA KEKUEWA

9   VICKI MEYER BISHOP

10  MARK FERRI

11  ED BISCH

12  SHELLY WHITAKER

13  LIZ FITZGERALD

14  SCOTTI MADISON

15

16  ALSO PRESENT:

17  THERESA SACKLER

18  DAVID SACKLER

19  RICHARD SACKLER

20

21

22

23

24

25

1              P R O C E E D I N G S

2              THE COURT:  Okay, good morning.  This is Judge

3    Drain, and we're here in In re: Purdue Pharma LP, et al.  We

4    are primarily here on Zoom, unless someone doesn't have

5    access to a screen, in which case, they're appearing by

6    telephone.

7              The nature of today's proceedings is unique and

8    important.  The past and ongoing impact of OxyContin on

9    individual people has always been of critical importance in

10   this case.  So, when the mediator, Judge Chapman, in her

11   last mediation report announcing the successful end of the

12   mediation last week requested that I set aside time today to

13   hear from several personal injury victims with members of

14   the Sackler family present to listen, I welcomed it.

15             Still, it is important to set the context of why

16   we're here today.  This is not an evidentiary hearing in

17   which the Court is asked to decide an issue.  Of course,

18   I've had many such hearings in this case, including a

19   lengthy trial, in which four members of the Sackler family

20   testified and were cross-examined for hours.  These

21   statements today, as important as they are, are instead not

22   subject to the rules of evidence, and nobody's going to be

23   permitted to respond to them, for example to put on a legal

24   case as to legal liability.

25             But that -- this is not a Cultural Revolution

Page 6

1    "struggle session" or "denunciation rally", as those terms

2    were used in China in the '60s, either.  The Sacklers have

3    consented to this proceeding.  That's important to keep in

4    mind if you address them personally.

5            Now, it's also important to keep in mind, as I

6    believe you've been told -- and I apologize if I'm repeating

7    something that you've heard already too often -- that this

8    is a proceeding in Federal Court.  Regretfully, because of

9    health concerns, it is being held remotely, but the rules of

10   decorum of a Federal Court apply, as does the respect that

11   everyone who is on the line -- and I understand that there

12   are open phone lines available for anyone who really wants

13   to hear -- owes the people today who will be speaking.  So,

14   no one will be permitted to record today's proceedings,

15   either on audio or by video.  No one will be permitted to

16   livestream or post them on the internet.  Please, just

17   listen.

18           There will, of course, be a record, an official

19   transcript, that will be posted on the docket, and that

20   record will be of great significance.  If a plan goes

21   effective in this case that dedicates billions of dollars to

22   abatement of the national opioid health crisis, it will be

23   in large measure because of the people who will speak today,

24   and tens of thousands like them.  Those who would administer

25   that money will be reminded by what people say today and

Page 7

```
 1    going forward of the critical importance of using that money

 2    wisely.  Those in any company in the future who have doubts

 3    about the impact of a potentially harmful product should

 4    also remember what is said today.

 5              So, let me confirm.  I see David Sackler on the

 6    screen, and I see Theresa Sackler on the screen, and I

 7    understand that Richard Sackler is on the phone and will

 8    stay on the phone throughout this proceeding.  Dr. Sackler,

 9    can you confirm that for me?

10              DR. SACKLER:  Yes, Your Honor.  I am here on the

11    phone, and I'm listening.

12              THE COURT:  Okay, thank you.  So, I've allotted at

13    least two full hours for this -- these presentations, so I

14    probably will end around 1:00, 1:30 today.

15              I want to thank the Official Unsecured Creditors

16    Committee for organizing today's presentations, which I know

17    was a difficult task and involved reaching out to many

18    groups beyond the Official Committee.  Mr. Preis, I see you

19    on the screen as counsel to the Committee.  You have

20    provided me with a list of the people who will be speaking

21    and the order that they will be speaking.  I'm happy to have

22    you introduce them.  I know a lot of thought was put into

23    this, as is certainly appropriate.  If you'd rather have me

24    just state their names, I'll do that, but I do want to thank

25    you for organizing this.  You're on mute, Mr. Preis.
```

1            MR. PREIS:  Thank you, Your Honor.  Can you hear

2     me now?

3            THE COURT:  Yes, I can.

4            MR. PREIS:  Okay.  It's fine, Your Honor, for you

5     to call their names as they go.  But before we start,

6     there's one clarification I wanted to make.  I believe

7     Richard said that he is listening.  I believe he's also

8     supposed to say that he is watching.  He's supposed to be

9     watching the video, but not seen.

10           THE COURT:  Yes.

11           MR. PREIS:  Can he confirm that?

12           THE COURT:  Dr. Sackler, is that correct?

13           DR. SACKLER:  Yes, I can confirm that.  I saw --

14     I've seen everything.

15           THE COURT:  Okay, and that's important, obviously,

16     and thank you for raising that, Mr. Preis.

17           MR. PREIS:  Thank you, Your Honor.

18           THE COURT:  Okay.

19           MR. PREIS:  Before we begin, there's just a few

20     things I'd like to say.  It will take less than two minutes,

21     and then we can start.

22           THE COURT:  Okay.

23           MR. PREIS:  Okay, thank you.  Again, for the

24     record, Arik Preis, Akin, Gump, Strauss, Hauer & Feld on

25     behalf of the Official Creditors Committee.

1          First, each speaker will speak from anywhere from

2     three to six minutes.  They've all -- they all know their

3     times.  There are 26 speakers, so they should all fit within

4     the time period that you've allotted.  Each speaker knows

5     and understands which Sacklers will be listening and

6     watching.  Fourth, each speaker will turn on their camera

7     and microphone when they speak, and please turn off your

8     camera and microphone when you're not speaking.  And that

9     would -- we would ask that everybody watching turn off their

10    camera and their microphone when they're not speaking, other

11    than David and Theresa, and obviously, Richard, so that the

12    speakers can see David and Theresa very clearly.

13          THE COURT:  I think that -- can I -- I think

14    that's important, and there are people who are a little

15    further down the list who are still on the screen.  So, if

16    you could, if you have the ability to go off the video, you

17    should do that.

18          MR. PREIS:  Yeah, can everybody turn off their

19    video, other than Kay?

20          THE COURT:  And then, when I call your name,

21    obviously, you can turn it back on.  Thank you.  Okay, go

22    ahead, Mr. Preis.

23          MR. PREIS:  Okay.  And then, the last thing I'll

24    just say is this.  The 26 speakers come from 19 different

25    states.  They come from New Hampshire to Hawaii, Minnesota

Page 10

1      to Mississippi.  They were selected based on, among other

2      things, recommendations and requests from various state

3      attorneys general, from the ad hoc group of personal injury

4      victims, from the ad hoc group of NAS children, the ad hoc

5      group of accountability, the NAACP, letters that were

6      written to the Court, letters that were written and calls

7      that were made to the UCC, victim advocacy groups, newspaper

8      articles, and the notice that we publicly filed.

9              They include people who have lost husbands, wives,

10     sons, daughters, brothers, and sisters.  They include

11     survivors and mothers whose children were born with NAS.

12     They include a judge, a former broadcast executive, a

13     Ukrainian immigrant, a well-known artist, a victim advocate,

14     a few who in their jobs were solicited by Purdue salespeople

15     in their medical jobs, and a former Army doctor and

16     pediatrician.  Their stories include the loss of a chief of

17     a hospital, an up-and-coming movie producer, and a fireman.

18             And of course, their stories are filled with loss

19     of life, of the will to live, of years taken away from them

20     and their loved ones, and the loss of a future.  They are

21     all -- and I speak for all of them -- very much appreciative

22     of the opportunity to speak today.

23             With that, I'm going to let Your Honor go through

24     the list, and I'm going to get off the screen.

25             THE COURT:  Okay.  Thank you, Mr. Preis.  All

Page 11

1    right, the first person who will speak today is Kay

2    Scarpone, if you could turn on your video, please.

3            MS. SCARPONE:  Your Honor, I am trying to turn my

4    video on, and it says, you cannot start your video because

5    the host has stopped it.

6            THE COURT:  Oh, well, we will make sure, like I

7    said, that we -- I think it's all right.  And I apologize

8    for that.

9            MS. SCARPONE:  Would you like me just to speak

10   anyway?

11           THE COURT:  No, I think this can be fixed quickly.

12   I just want to make sure, when each person speaks, you can

13   free up the video.  There we go.  Good morning, ma'am.

14           MS. SCARPONE:  Good morning.  Thank you, Your

15   Honor.  My name is Kay Scarpone.  I am from the state of New

16   Hampshire.  I'd like to tell you a little bit about my son,

17   Joseph Scarpone, sergeant in the United States Marine Corps.

18           Joe was really just an all-American kid.  He

19   played soccer, baseball.  You know, he did all the things

20   that kids do.  I come from a very big family with lots of

21   aunts and uncles and cousins, and we are a very close-knit

22   family.

23           Joe also had a passion for the military.  He

24   joined the United States Marine Corps right after high

25   school.  He spent a year in the war in Afghanistan in 2010,

Page 12

1    fighting for the love of his country.  Upon his return in

2    2011, we discovered Joe was suffering from post-traumatic

3    stress syndrome.  He ended up in a VA hospital for 30 days.

4          When he came home, he had been prescribed seven

5    different pills.  We realized that he was addicted to

6    opioids.  Opioid addiction led him to street drugs.  His

7    four-year struggle to get clean from his opioid addiction

8    ended on June 13, 2015, with a fatal opioid overdose.  He

9    was exactly one month shy of his 26th birthday.

10         When I lost my son, I didn't know of another mom

11   that lost a child, until I attended a Race to End Addiction

12   about five years ago.  I met a mom there who started a

13   nonprofit called Team Sharing.  Team Sharing is a national

14   organization of parents who have lost a child to substance

15   use disorder.  We provide friendship and support to grieving

16   families, while working to raise awareness of SUD and the

17   impact it has on our society.  We speak for them, our

18   children.  We advocate, we rally, and we say their names so

19   no one forgets.  We pray for our children and hope they are

20   at peace.  We also pray for our healing on this journey of

21   grief.  We live a new normal now.  It's called life after

22   the loss of a child.

23         When you created OxyContin, you've caused so much

24   loss to so many people.  Joe left behind a younger sister,

25   who was very close to him, and his beloved dog, Whiskers.

Page 13

1    But it was more than losing a child to me, because the loss

2    affects everyone around us.  Somebody lost a brother.

3    Somebody lost a nephew.  Somebody lost an uncle.  Somebody

4    lost a grandson.  And many, many, many people lost a friend.

5    Our lives have been changed forever, and we grieve every

6    single day, and will for the rest of our lives.

7               Theresa, David, and Richard, I'm very angry for

8    what happened to my family.  I am outraged that you haven't

9    owned up to the crisis you've created.  I'm not sure how you

10   live every day, knowing the countless families that have

11   been affected by a drug that was over-prescribed.  But, in

12   the end, I pray for you and all of you, and I hope you ask

13   God's forgiveness for your actions and the greed that ended

14   the lives of hundreds of thousands of people.  May God truly

15   have mercy on your souls.  Thank you.

16               This is my son, Joseph.  Thank you very much.

17               THE COURT:  Thank you.  All right, Vitaly

18   Pinkusov?  Oh, sir, you're on mute.

19               MR. PINKUSOV:  Your Honor, due to my medical

20   condition, I might be speaking too fast, so I apologize for

21   that.

22               THE COURT:  Well, I can hear you fine, so you can

23   go ahead, sir.

24               MR. PINKUSOV:  I make this statement on behalf of

25   my deceased wife, and in my capacity as an affected private

Page 14

1    individual, and as an American citizen who grieves for the

2    580,000 victims of the opioid pandemic that has been planned

3    and executed by the Purdue Pharma and the Sackler family in

4    their capacity as, first, the owners and the chief

5    architects of the campaign to corrupt and deceive many

6    agencies and many people across the United States in their

7    quest to increase the sale of the highly-addictive

8    OxyContin; and partially, second, in some of their

9    individual capacities as medical doctors who have taken and

10   failed to keep the Hippocratic Oath that has required them

11   to adhere to well-defined, universal moral and medical

12   obligations, including do no harm or injustice to their

13   patients and avoid the administration of a poison.

14            As fellow Americans, all of us are dealing with

15   the opioid pandemic that has taken the lives of 580,000

16   American --

17            MAN 1:  Your Honor, I object to the background

18   noise on this.

19            THE COURT:  Well, I'm not hearing any background

20   noise.  I'm sorry.  I hope there isn't any.  If there are

21   people listening on the phone who are making background

22   noise, they should stop.  It's not appropriate.  Please

23   honor Mr. Pinkusov in letting him make his statement without

24   any interference.

25            MAN 1:  Thank you, Your Honor.

Page 15

1             MR. PINKUSOV:  As fellow Americans always are

2     dealing with the opioid pandemic that has taken the lives of

3     580,000 Americans.  All of these lost lives do matter to

4     their loved ones.  The number of victims is equal to the

5     combined populations of two American cities that most of you

6     know:  Buffalo, New York, and Pittsburgh, Pennsylvania.  I

7     realize that these numbers are meaningless without the real

8     people's stories, so here is my story.

9             My name is Vitaly Pinkusov.  In August of 1989, I

10    have arrived in Philadelphia, Pennsylvania, as a refugee

11    escaping the bloodshed of the ethnic conflict within the

12    Nagorno-Karabakh region in the former USSR.  I hoped to live

13    here, in a peaceful country.  I dreamed of finishing

14    college, getting a job in the medical field, and having a

15    family.

16            I come from a family of medical doctors.  My

17    grandmother graduated from medical school in 1943.  She

18    volunteered her services after in the army, fighting against

19    the Nazis.  After the war over, she visited the remnants of

20    the Auschwitz.  She could not understand how such inhumanity

21    could be the basis of this camp's existence, and she decided

22    to study psychiatry.  She had been a practicing psychiatrist

23    for 42 years, and eventually became a chief forensic

24    psychiatrist of the Azerbaijan Republic.

25            My father, her son, also became a psychiatrist.  I

1   am proud of their records as medical doctors because that

2   they have never violated the Hippocratic Oath, and they have

3   never harmed any of their patients.

4          My wife, Elina Goldovsky, of blessed memory,

5   immigrated to Philadelphia in 1989.  Both of us graduated

6   from the same high school.  We got married in March of 2003.

7   Soon thereafter, she got a job as a medical technologist at

8   the Federal Philadelphia VA Medical Center, and I worked as

9   a sleep technologist.  We were young and happy and

10  invincible.

11         In spring of 2005, we traveled to a resort in

12  Virginia.  There, Elina tripped and fell down and injured

13  her leg.  When we returned to Philadelphia, she went to see

14  her family doctor, who prescribed her OxyContin.  I voiced

15  my concern about the addictive nature of opioid medications,

16  but Elina explained to me that her doctor assured and

17  reassured her that this was a new drug and it was perfectly

18  safe.  A doctor said it was safe, so I relaxed.

19         After using OxyContin strictly according to the

20  doctor's instruction for about five months, she was hooked

21  on it.  She could not function without OxyContin.  Whenever

22  she ran out of this medication, she started borrowing it

23  from others.  I tried to convince her to quit using

24  OxyContin, she kept telling me that she will stop using it,

25  but she could not.  Her addiction and the increasing

Page 17

1    tolerance of opioids would not allow it.

2            Soon, she started taking OxyContin secretly, to

3    avoid any conflicts with me.  Then she started falling

4    asleep while driving, and I had to quit my job and drive her

5    to work, because I was afraid that she would cause a crash

6    and die or kill others.

7            On December 18, 2007, Elina's father had a major

8    surgery.  Both Elina and I stayed at the hospital until he

9    was done.  Then we went home at around 6:00 p.m.  Elina went

10   straight to the bed because she was exhausted; I went to bed

11   at around 10:00 p.m.

12           Our alarm clock has always been set to ring at

13   6:45 a.m., 6:48 a.m., 6:51 a.m.  On the morning of December

14   19, 2007, it started ringing at 6:45 a.m.  I was very sleepy

15   and automatically punched the button to shut it off.  I

16   repeated this at 6:48 a.m.  The alarm clock started to ring

17   again at 6:51 a.m.  I knew we had to get going, and I gently

18   pushed her shoulder.  There was no response.

19           I became annoyed and started pushing her harder

20   and harder.  Nothing happened.  I started pinching her on

21   the -- on her shoulder, and then I started pinching her arm.

22   All of a sudden, I thought it was strange that her shoulder

23   was warm and her elbow and fingers were extremely cold.

24   Then it hit me.  I yelled out for her, and I realized that

25   she was gone -- gone at the age of 32.

Page 18

1            I frantically called my dad -- my dad, my rock, my

2    dad the doctor, the psychiatrist.  I was incoherent, but my

3    dad immediately understood what has happened, and he told me

4    to calm down and call the police.

5            By the time the police dispatcher started asking

6    me questions, I had become hysterical and I could barely

7    answer any of his questions.  After that call ended, every

8    event seemed to be blurry and foggy -- the arrival of cops,

9    the useless CPR efforts, the arrival of the coroner, the

10   search for the pill bottles, and et cetera, et cetera, et

11   cetera.

12           While I do not remember the funeral or any details

13   of the funeral, I do remember people asking me, why?  Why

14   did she die?  What had happened?  I do not remember anything

15   else, but I do remember making daily phone calls to the

16   coroner's office, and I finally received his report and his

17   verdict, and my worst fears had become a reality.  Cause of

18   death:  multiple drug intoxication.  The coroner's best

19   guess was that she had taken the pills between 12:00 a.m.

20   and 3:00 a.m.  The nice little graph showed how OxyContin

21   slowed down her breathing until her stopped -- until her

22   heart stopped beating.

23           I think about her every day, and about how our

24   lives have been ruined and destroyed to the core.  I lost

25   our condominium to foreclosure.  I considered filing for

1    bankruptcy, and I slowly descended into the trenches of my

2    newly acquired medical problems.

3              So, today, everybody, every member of the Sackler

4    family, please understand that I stand here before you as a

5    broken man.  I was diagnosed with PTSD.  I'm disabled and

6    must rely on Medicaid and take very powerful drugs that

7    might kill anybody else.  I am broken.

8              So, please, look at me.  You can look me in the

9    eyes, or you can avoid looking at me.  I live with my pain

10   every day of my life.  I'm the face of the opioid epidemic,

11   and Elina Goldovsky is now the face of it.  Please don't

12   forget these faces.  Please.  It's very important.  Do not

13   forget our faces, and do not forget all the other stories

14   that you will hear today.

15             Finally, I would like to address the Sackler

16   family as much as I could.  It was very difficult to me, but

17   how do I feel about you?  It's very difficult to describe,

18   but the closest feeling is the feeling of pure contempt.  I

19   do not forgive you.  You have not asked for it, but this is

20   a legality that I do not care to discuss, where you have

21   lawyers, and they'll take care of it.

22             We, the victims, and their families have no other

23   legal forum in the whole United States to bring our

24   grievances, so this is it.  I kept thinking about what I

25   wanted to tell you for the past several years.  I wanted to

Page 20

1    tell you a million things, but I'll be very brief.

2          You have done something that should not be done.

3    It's impossible to describe my feelings.  But I think that

4    you'll be ostracized wherever you go, Canada, Israel, or

5    Switzerland.  You will never escape it.  Your name will be

6    infamous forever, and step by step, your name will disappear

7    from the walls of any cultural institutions.  There will be

8    no Sackler wing at the Metropolitan Museum, just like there

9    will be no (indiscernible) at any respectable museum.

10          Those of you who have gotten medical degrees, I do

11   not understand you.  I was born in a family of medical

12   doctors, psychiatrists, and you have failed your ultimate

13   duty to do no harm, and history will judge you harshly.

14          In the Anglo-Saxon legal tradition, it has been

15   common to say to those who have been condemned to death, may

16   the Lord have mercy on you, but you will not hear this from

17   me because you are not condemned to death.  You are

18   condemned to eternal infamy without the possibility for

19   early release.

20          I thank you, Judge Drain.

21          THE COURT:  Okay.  Thank you, Mr. Pinkusov.  The

22   next person who will speak is Ryan Hampton, if you could

23   pull up your screen, sir.  Okay, I can see you -- what?  No.

24   I can see you now, Mr. Hampton.  But I think you're on mute.

25   No, I can't hear you, sir.

Page 21

1          MR. HAMPTON:  Judge, can you hear me?

2          THE COURT:  Yes, I can now.  Thank you.

3          MR. HAMPTON:  Thank you.  The philosopher and

4    playwright Sophocles said, "The golden eye of justice sees

5    and requites the unjust man."  Dr. Richard Sackler, I'm

6    directing my entire statement to you, and I want you to know

7    that the things you have done and their deadly consequences

8    have been seen.

9          You have been exposed to the golden eye of

10   justice, and your actions will never be forgotten.  The

11   world sees you for what you really are, a cold-blooded

12   individual who collected billions of dollars from dying

13   families, communities, and individuals like myself; a

14   selfish man who lied about the deadly effects of OxyContin.

15   You got rich off our dead bodies, and then you told us that

16   it was our own fault for dying.

17         In 1996, you said the launch of OxyContin would

18   "be followed by a blizzard of prescriptions that will bury

19   the competition.  Prescription blizzard will be so deep,

20   dense, and white."  Many people I love were also buried with

21   those words.  Your single-minded obsession with pushing Oxy

22   is responsible for one of the worst health crises this

23   nation has experienced, a crisis that will take decades, and

24   most likely generations, to curb.

25         I encountered opioids for the first time shortly

Page 22

1    after you launched OxyContin.  I was part of the first wave

2    of people to get hooked on your products.  I was prescribed

3    Oxy following a knee injury.  Like so many people, I was

4    treated by a doctor who had been educated by your marketing

5    machine.  Over the next decade, I poured six figures into

6    your pockets, as I paid for prescription after prescription,

7    eventually leading me to illicit opioids and black market

8    Oxy.  I am one of the millions of people who made you rich,

9    I am one of the millions of people you preyed on to make

10   your fortune, and I am one of the living survivors of your

11   monumental greed.

12          Three years after it launched, you bragged that,

13   "You won't believe how committed I am to make OxyContin a

14   huge success.  It is almost that I dedicated my life to it."

15   You dedicated your life to ruining ours.  Every person here

16   today has been impacted by your greed, your unremitting

17   drive to put profits over literally everything else.  You've

18   lived by money, and you may die by it as well.

19          When you said you were committed to OxyContin, I

20   had been reduced to total helplessness, sickness, and

21   poverty by the addiction your products created.  I

22   panhandled to pay for Oxy and other opioids.  I overdosed

23   many times, and I almost lost my life many times.  I was

24   ashamed, and, at the time, I blamed myself, even though I

25   now know it was not my own fault.  I felt alone, although I

Page 23

1    was one of many who were having the exact same experience.

2            Despite the odds, I am a survivor of Purdue

3    Pharma.  I was able to get treatment and residential housing

4    and connect with a community of people who had suffered as I

5    had.  I have experienced firsthand the consequences of your

6    greed and your family's persistent denial that they are not

7    one bit responsible for the catastrophic losses we are all

8    experiencing.  I have attended the funerals of people who I

9    love, who were not as lucky as I was.  I have consoled

10   members of my community whose lives have been shattered by

11   eternal loss, many of them with us here today.  We all know

12   that you are guilty.  You can deny culpability to the press,

13   you can spend millions on PR and lawyers, but we know.  And

14   in your heart of hearts, Dr. Sackler, I believe that you

15   know that, too.  You know what you did.

16           I hope that every face, every single victim's face

17   haunts your every waking moment, and your sleeping ones too.

18   I hope that you will hear our names in your dreams.  I hope

19   you hear the screams of the families who find their loved

20   ones dead on the bathroom floor.  I hope you hear the

21   sirens.  I hope you hear the heart monitor as it beeps along

22   with a failing pulse.  I hope you live the rest of your days

23   burdened by the truth of what you have done.

24           You may seek to forget, but we will not let you.

25   We have made it our mission to remind you and the rest of

Page 24

1     the world of what the Sacklers have done, how you have

2     poisoned our lives and had the audacity to blame us for

3     dying.  To this day, not one member of your direct family

4     has made an apology.  You, sir, have not apologized.  You

5     showed up today without ever acknowledging the true scope of

6     the damage you have caused.  You have hidden behind your

7     lawyers and your own warped words.

8              In 2001, you wrote, famously, "We have to hammer

9     on the abusers in every way possible.  They are the culprits

10    and the problem.  They are reckless criminals."

11             Richard Sackler, you are the abuser.  You are the

12    criminal, and you are the culprit.  I want to tell you today

13    that you will be judged by greater powers than this justice

14    system in this bankruptcy court.  No matter how much money

15    you pay in a settlement or how many millions your family has

16    spent on their reputation, the legacy of the Sackler Family

17    can never be changed.  You will be remembered as what you

18    are, for destroying generations of promise.  I pray that

19    that golden eye of justice shines a light on you, Dr.

20    Sackler.  I pray that every heathen thing is exposed down to

21    its sickened roots.  And I pray that when you face your

22    Creator in the final judgment, that you get exactly what is

23    coming for you.

24             THE COURT:  Okay, thank you.  The next person to

25    speak is Kim Krawczyk.  I hope I am pronouncing that

Page 25

1    correct.

2           MS. KRAWCZYK:  Thank you, Your Honor.  And you

3    did.  Very good.

4           Hello and good morning.  My name is Kimberly

5    Krawczyk, and I am a person in long-term recovery.  I am

6    here from the State of Massachusetts.  I am testifying to

7    you as a citizen who, like many others, have seen firsthand

8    the devastation brought on by the Sackler family.

9           On August 31, 2012, my brother, Michael succumbed

10   to a fatal overdose.  Mike's addiction began with a

11   prescription of Oxycodone.  And after six short years, Mike

12   lost everything that has meaning to oneself, including his

13   own life.

14          My brother Michael's story is not unique to this

15   never-ending tragedy your family put in motion.  At the age

16   of 36, Michael sought out medication attention from an

17   injury he had gotten at work.  Michael at the time was an

18   average American citizen and was living what we all hope

19   for.  He married his high school sweetheart, had a child,

20   purchased a home, was at the same job since he was a

21   sophomore in high school.  He also was able to move up to a

22   higher management position within that role.

23          Mike and I were more than close.  We had to be.

24   You see, Mike and I lost our parents very young in life.  My

25   mom, at the age of 33, committed suicide because of her

1    addiction to prescribed medications, Oxycodone.  My father

2    at the age of 36 passed away from cirrhosis of the liver.

3    We also were cut off from my nephew, my brother's son, due

4    to Mike's addiction.  I have not seen my nephew or heard his

5    voice since he was six years old.

6              As you can see, we had no other choice but to rely

7    on each other for support.  Losing him has affected me so

8    profoundly.  Since his passing, every single milestone,

9    birthday parties, background gatherings, holiday

10   celebrations, or any activities to share has been no longer.

11   The laughter, hugs, guidance, advice, sense of security, and

12   those opportunities to say I love you are forever gone.  My

13   soul aches mostly on those days.  I can't begin to tell you

14   the feelings I am left with, watching other families

15   celebrate together with loved ones' shared history and

16   culture and I am left here without those beautiful memories

17   to create and without family that I have been denied because

18   of his loss.  For this, I will be forever broken.

19             And I want to finish by saying I am a woman in

20   long-term recovery.  Recovery is possible.  But many of

21   these people on this call, their people did not get that

22   opportunity.  And I will end with that.  Thank you.

23             THE COURT:  Okay.  Thank you.  The next person to

24   speak is Kim Blake.

25             MS. BLAKE:  Hi, Your Honor.

Page 27

1            THE COURT:  Good morning.

2            MS. BLAKE:  I am Dr. Kimberly Blake.  I am an

3    OB/GYN physician and now addiction medicine provider in

4    Burlington, Vermont.  I am speaking on behalf of my husband,

5    Timothy Blake, as well as my younger son, Edward Blake and

6    the families who have been affected by the opioid crisis in

7    Vermont.

8            My beautiful, brilliant, charismatic son, Sean,

9    his life was cut short at the age of 27 due to an opiate

10   overdose.

11           As a young physician in Vermont in the 1990s I

12   heard the sales pitch from the Purdue Pharma salespeople.

13   They wanted us to prescribe OxyContin for painful conditions

14   such as endometriosis, to use this medication as moderate

15   pain indication.  We were told that this new opiate was non-

16   addictive.  I remember the sales pitch of how the medication

17   was formulated so that addiction would not occur.

18           I didn't believe this, but unfortunately many of

19   my colleagues did, and the medicine cabinets of Vermont were

20   filled with this drug; a recipe for disaster for the

21   expiration of young teens.

22           Our son, Sean found OxyContin as a teenager.  He

23   was given Oxy, and he had a rough patch.  He struggled to

24   finish college.  However, he did find sobriety.  And after a

25   year of sobriety and health, he proudly enlisted in the U.S.

Page 28

1    Navy.  Sean excelled at basic training and submarine

2    engineering school.  He became stationed at Groton,

3    Connecticut.

4            Unfortunately, one weekend I came to visit him in

5    Groton and I noticed the telltale signs of opiate withdrawal

6    and I knew that the Oxy was back.  Less than a week later,

7    Sean was admitted to a psychiatric facility after a suicide

8    attempt.  He was so distraught at the end of his naval

9    career that he tried to take his life.

10           The next several years were a blur of relapse,

11   institutionalization, and recovery.  At one point after

12   being missing in New York City for several months, I

13   received a call from Sean.  He was in Rikers Island.  He had

14   been caught shoplifting a tube of toothpaste and a bar of

15   soap.  He asked me if he could please stay in Rikers because

16   he was receiving methadone and that there was no

17   availability of methadone treatment in Vermont, that the

18   waiting list for treatment was two years.

19           Our family drained our bank accounts, our

20   retirement savings, our younger son, Edward's college fund,

21   all went to try and find treatment for Sean.  And Sean

22   struggled every single day of his life to stay alive.

23           In 2016, he was sentenced to jail in Vermont for

24   five misdemeanor charges.  He was sent to jail, where he was

25   for a year where he received no medication, no treatment.

Page 29

1    Not even counseling.

2           After release from jail, within 30 days Sean was

3    overdosed.  He became brain-dead from the overdose, in a

4    bathroom where people had -- if they had only known that he

5    was using, would have been quick to help revive him with

6    Narcan.  But he hid his use.  Sean donated his heart, his

7    liver, and two kidneys to grateful individuals.

8           I would like to read to you a poem that Sean wrote

9    when he was in jail to explain to you what it was like for

10   him.  This poem is entitled "Help Wanted".

11          "I need a God in my life.  The only thing I want

12   from this god right now is to lead me to sanity.  As time

13   goes on, I may want God to help me forgive myself, give me

14   courage to do the right thing, and shape me into a better

15   man.  Right now, I need a God to bring me out of the chaos.

16   I don't need a God to open up the gates of hell and let me

17   in, I just want the gates of help to open up and let me

18   out."

19          To say that our family has struggled is a complete

20   understatement.  As a physician and a mother, I have been

21   consumed with grief at times.

22          In 2020, I had such despair I only wanted to be

23   with Sean.  I was hospitalized for depression because I

24   couldn't face another Mother's Day without him.

25          Theresa, David, and Richard, I have never taken

Page 30

```
 1    your drug, but it has nearly cost me my life.  Thank you.

 2              THE COURT:  Thank you, Dr. Blake.

 3              The next person to speak is Kathy Strain.  Good

 4    morning.

 5              MS. STRAIN:  Good morning.  I am Kathy Strain from

 6    Pennsylvania.  Richard, Theresa, and David, I can barely

 7    scratch the surface of what you have done to my family in

 8    these next few moments.  For my family, it's been four

 9    generations that have been shattered by your greed;

10    prescriptions for OxyContin and then the blizzard of

11    prescriptions that hit our streets.  We have lost a lot.

12    But some of the most devastating damage has been to the

13    children of our family.

14              I have spent the last 20 years raising the kids

15    that have been left behind, the infants that were born with

16    NAS.  I have to ask Richard, would you have given this

17    product to your wife while she was expecting?  You have no

18    idea what it's like to sit by your grandchild's side in the

19    NICU watching them have tremors while listening to the sound

20    of the ventilator that's helping them to breathe, not being

21    able to see their eyes because it's not yet safe for them to

22    be open, or when they're just a few months old in PICU while

23    their underdeveloped respiratory system is fighting to keep

24    up.

25              I have sat with a grandchild on many occasions who
```

Page 31

1   cried in pain because of their underdeveloped bowel system.

2   I have listened to the story they've made up to explain of

3   the hemangioma that they were left with.  Some of my

4   grandkids are also now living with the long-term effects

5   caused by prenatal exposure.  We were told that the littles

6   would not have issues.  It turns out that wasn't true,

7   either.  My affected grandchildren are now experiencing

8   medical, developmental and educational delays, seizures,

9   heart murmurs, they have autism and ADHD-like symptoms.

10  They have tight muscles and often clench their jaw or grind

11  their teeth.  They have waited on long lists for services.

12  It turns out there are so many kids like then, our systems

13  can't even keep up.  The long-term medical, emotional,

14  behavioral, and developmental and educational needs of our

15  youngest family members have been absolutely heart-

16  wrenching.

17        Our kids; like my nephews whom I raised after they

18  lost their father to an opioid overdose, the youngest,

19  Tommy, was just nine when they came to live with me.  I saw

20  sadness in his eyes that I had never before seen.  The

21  effects of his trauma were huge.  At nine, he knew more

22  about opioid addiction than I did.

23        As Tommy was older, he was prescribed Oxy after an

24  accident.  As a result, Tommy, like his father, eventually

25  lost his own battle to opioid addiction.  He died trying his

Page 32

1    hardest to overcome the addition that your pills caused.  He

2    vowed not to leave his children how he was left, yet he took

3    his last breath in his recovery home bed.  He left behind

4    three children that now have lost a father and a

5    grandfather.  Instead of running around and enjoying the

6    carefree life that kids should, they spend sunny days

7    looking at the clouds, guessing what their dad may be doing

8    in heaven that day based on the shape of the cloud, that

9    same trauma I witnessed in Tommy's eyes years ago now

10   transferred to the eyes of his children.

11          The least of the destruction that you have caused

12   is to parents like me.  For impacted parents like me, we

13   lost our dream of having that typical, all-American family

14   life.  Having more than one child who became addicted to

15   your product, I lived in the middle of a hell that you

16   created while having to make some of the hardest decisions I

17   have ever had to make.

18          Medications to treat opioid addition were

19   expensive and the costs skyrocketed with more than one

20   child.  I tried my hardest to work 16-hour overnight shifts

21   almost every night, keeping the daytime open so I could be

22   transportation to the many treatment appointments.  Costs

23   were so high that sometimes we had to purchase medication

24   daily.  And some days I had to choose which one of my

25   children I could help based on my best guess of which one

Page 33

1    seemed more likely to make it through that day.

2            Can you, Richard, imagine having to make that

3    decision?  You will never have the slightest clue of what

4    that did to me.  I prayed every day for God to save my kids

5    in exchange to give me the most painful, deadly disease.

6            Even though I have never ingested your evil pills,

7    I too became a slave to its destruction.  I thought for my

8    family that it would be different, that we would be able to

9    beat this.  Surely we would never end up like the horror

10   stories I heard from other parents.  Boy, was I wrong.

11   Believe me, if it were as easy to get off your pills as it

12   were to get on them, none of us would be here today.

13           Eventually, the cyclone I lived in had me too

14   terrified to even leave my home.  Things got so bad that I

15   lost my job.  I was paralyzed by the fear of what was

16   happening and what might happen next.  I eventually even

17   pawned my wedding band to pay for treatments to save my

18   kids.  It's such a traumatic experience that many parents,

19   including me, are diagnosed with depression, anxiety, and

20   post-traumatic stress disorder as a result.

21           Richard, David, Theresa, as I prepared to speak

22   today, I thought for a moment to call you every name in the

23   book out of anger for what you have knowingly done to my

24   family.  I soon realized though that there's no words strong

25   enough in the English language to describe what you have

Page 34

1    done to the millions of families like mine.

2            As my family continues to put the millions of

3    shattered pieces of our lives back together, slowly

4    recovering the best that we can from the devastation that

5    you have caused, I will leave you here knowing that in the

6    end, we all meet our final judge.

7            THE COURT:  Thank you, ma'am.

8            The next person to speak is Jannette Adams.

9            MS. ADAMS:  Good morning, Your Honor.

10           THE COURT:  Good  morning.

11           MS. ADAMS:  This I want to show very clearly, Your

12   Honor, and to the Sackler family.  It's the front page of

13   the obituary of Dr. Thomas Floyd Adams, Sr.

14           This shows a man full of life, hope, and ideals.

15   He was an internist and a pediatrician.  He was a man who

16   was taken away from us by this awful "pain medication".  I

17   am Jannette Adams.  I am Dr. Adams' wife.

18           This drug was brought to him by well-meaning drug

19   representatives who touted only its benefits with no mention

20   of its damage or devastation.  He died on March 25th, this -

21   - seven years ago this month.  March 25, 2015.  Addicted,

22   sick, bloated, and looking the very opposite of the healthy,

23   tennis-playing doctor that bounced out of medical school in

24   1986 with the energy and desire to heal everyone he touched.

25   And he chose to treat them regardless of their ability to

Page 35

1   pay.  And he did that.

2          As a firstborn of five, he was the big brother who

3   set the example for all the young siblings he had to follow.

4   But he was even more than that.  He was the young man that

5   elders in the community pointed to in pride.  He stood out

6   as the well-respected doctor in the state and the community.

7   He was the first and to my knowledge only black chief of

8   staff at the local hospital.  He became the first and only

9   black president of the local medical society.  He was a

10  deacon in our church and a missionary to the countries of

11  Africa and Haiti at his own expense on more than one

12  occasion.

13          We lost it all that day because he passed away

14  sitting at a chair foaming at the mouth, but finally at

15  peace.  Because unlike the Bible, which says physician heal

16  thyself, he couldn't.

17          Since my time is limited, I will say that the

18  impact of OxyContin on my family's life would take hours to

19  tell because of the horror stories that we had to bear and

20  that became our lives and existence.  We have no husband,

21  father, friend, or healer.  We babysat the shell of a man he

22  had become.  We hid the truth be here, in a small town in

23  Mississippi; we had no one to tell because reputations must

24  be respected and protected at all costs.  He was receiving

25  this drug from five of his colleagues we found out after his

Page 36

1    death that were prescribing this medicine for him.

2           He had retreated to his room, eating, sleeping,

3    and watching TV all day in a room that we had to keep the

4    door closed because of the stench.  He stopped visiting

5    family and friends and became disagreeable in every

6    situation.  We as husband and wife slept in separate rooms

7    and had no intimate contact due to his erratic behavior.  He

8    had been forced to retire/resign from medicine as he could

9    not keep pace, often sleeping in rooms between patients.

10          This man who befriended strangers, suddenly his

11   irrational behavior led this once gentle man to launch

12   unprovoked tirades at a moment's notice.  He even paid his

13   son a hundred dollars one time to pee in a cup to pass a

14   drug test.  Almost burnt the house down twice while I was at

15   work.  He almost killed himself and others one night,

16   weaving across four lanes of traffic, unable to control his

17   car while he was under the influence.

18          Easy access as a physician and seduced into

19   believing these opioids were not so "addictive" led this

20   six-foot-five giant of a man to become a bloated,

21   unrecognizable, and defeated human being.

22          I thought that I was healed until I was asked to

23   tell this story of the impact and loss that it had on me and

24   my two sons, Thomas and Kevin, who could not for years

25   connect with the unapproachable, depressed, and angry man

Page 37

1    their father had become.

2         My greatest prayer is that others addicted to

3    these drugs will find a way other than a marker in a

4    graveyard to commemorate their lives, that they and their

5    families be treated and get the help they need.  You see,

6    the addict doesn't just harm themselves, they take with them

7    on their dark path their wives, parents, children, and

8    community.

9         I welcome this opportunity to speak to you all,

10   not in my anger, but in my hope.  Because it gives me the

11   opportunity to present the other side, the unusual face of

12   this addiction.  We could have continued to hide, but if

13   this helps just one person, we are grateful and believe that

14   his truth, Thomas's truth, might heal just one person, just

15   one.

16         And I will conclude by saying my children and I

17   have great memories of Thomas.  You see, he was more to us

18   than Dr. Adams.  He was my husband and my companion since

19   1997.  I'm angry, I'm pissed, but I move on.  Because our

20   lives -- our society lost a person who could have made so

21   many more contributions, contributions that his patients,

22   church, community groups, colleagues, and the medical field

23   have lost as well.  You took so much from us, but we plan

24   to, through our faith in God, move forward.  Thank you.

25         THE COURT:  Thank you.  The next person to speak

Page 38

1    is Dede Yoder.

2            MS. YODER:  Thank you.  Can you hear me?

3            THE COURT:  Yes.

4            MS. YODER:  Good morning.

5            THE COURT:  Good morning.

6            MS. YODER:  I was a single working mom and I

7    raised my son, my only child, in the beautiful village of

8    Irvington, New York, in Westchester County.

9            My son, Christopher, was born on October 12, 1995.

10   I worked hard to make sure he had the best possible life.

11   He was a great kid.  He was funny, smart, intuitive.  Just

12   to show you a couple of pictures of Chris.  He loved to

13   dress up like a superhero.  I wish he had superpowers, but

14   he didn't.

15           He loved sports, especially snowboarding,

16   skateboarding, mountain biking, and tennis.  It seems I was

17   always taking a car full of boys to a skate park or to a

18   mountain somewhere.  Always great until Chris had a knee

19   injury that required an operation.  He had just finished his

20   freshman year of high school and was 14 years old.

21   Unfortunately, he went back to sports too quickly and

22   injured his knee again and needed another operation six

23   months later.  Both of these surgeries were followed by

24   prescriptions for OxyContin.

25           I thought since the doctor prescribed it, it must

Page 39

1    be okay.  I wish I would have questioned the prescription

2    and said no, but I didn't know how addictive it was.  Nobody

3    knew, except for Purdue.

4         All of this led to a series of cascading events.

5    My beautiful son was turning into someone I did not know.

6    They say drugs hijack your brain, and I agree.  Chris no

7    longer was the smiling, confident kid anymore.  His friends

8    kept trying to help, but he kept pushing them away.  I was

9    desperately trying to find help from doctors, psychiatrists,

10   from ERs where we often ended up.  They all just told me

11   Chris had a drug problem and had to toughen up.

12        He managed to graduate from high school, although

13   he went to his first rehab a month before his graduation.

14   He had a scholarship to Ithaca College, but he lasted only

15   one semester before he crashed and burned.  The following

16   four years were spent going from one rehab to another.  None

17   of them were very effective and few of them were covered by

18   insurance.

19        I did everything I could to help my son and spent

20   most of my retirement savings on his treatment.  Chris

21   tried, too.  He was always great at rehab, but there was

22   never a good plan when he got out.  He felt like he was

23   useless, a failure, because he could not win over his

24   addiction.

25        Then I got the call no parent wants to get.  I

Page 40

1    heard the detective say, there is no easy way to say this,

2    but your son is deceased.  I was in Europe on a business

3    trip and spent many hours on an airplane trying to get home

4    to my son to say goodbye and make arrangements for his

5    funeral.

6            Chris died on April 19, 2017 of a drug overdose.

7    He was 21 years old.  I have a hole in my heart that will

8    always be there.  I keep thinking how is it possible that a

9    company like Purdue can get away with deceptively marketing

10   a drug that is so addictive and dangerous, a drug that is

11   responsible for hundreds and thousands of deaths, but keeps

12   making billions of dollars in profits.  I too was in

13   marketing, but none of our strategies included incentivizing

14   doctors who increased OxyContin prescriptions or bribing the

15   FDA.  What is so brilliant about a marketing strategy that

16   pushes pain management and ends up killing half a million

17   people?

18            But I am not alone.  There are hundreds and

19   thousands of people who have lost someone or know someone

20   who has lost someone.  We are not statistics; we are all

21   real people whose lives have been shattered.

22            There is a silver lining in this big, dark cloud,

23   however, and that is that a lot of money will now go to all

24   the states to help abate the opioid crisis.  There is so

25   much needed out there and so much needs to be done to turn

Page 41

1    this crisis around.  It will take years, but let the work

2    begin now.  We do not have a minute to waste.

3          In closing, I wanted to say I am struck by the

4    similarities of this epidemic to other major events we are

5    facing.  The global pandemic, the war in Ukraine.  We keep

6    hearing about normal people living normal lives that are

7    suddenly struck by disaster.  But the difference is that

8    this one, the opioid epidemic, is man-made.  This one is the

9    result of a marketing campaign that made one family very

10   rich.  I have no words for this.  Thank you.

11          THE COURT:  Thank you.

12          The next person to speak is Nan Goldin.

13          MS. GOLDIN:  It's nice to finally see the Sacklers

14   face-to-face.  My name is Nan Goldin, artist and activist

15   and a survivor of the opioid crisis.

16          I was prescribed a high dose of OxyContin

17   following a wrist surgery in 2014 and became addicted within

18   a few days.  I was sent to a pain clinic in New York and

19   encouraged to stay on the pills even after my pain had

20   receded.  OxyContin took away years of my life, damaged me

21   emotionally, physically, and financially and almost ended my

22   career of 50 years.

23          The Sacklers pushed Purdue to increase

24   prescriptions by convincing doctors that opioids provide

25   "freedom, peace of mind, and make patients more optimistic

Page 42

1    and less isolated".  My life proves the opposite.  Before

2    OxyContin, I traveled constantly and showed my work in

3    museums around the world.  After OxyContin, my life was

4    reduced to a hermitic state and I didn't leave my room for

5    three years, and my professional reputation was destroyed.

6            I overdosed in 2017 and spent several months in a

7    clinic that is prohibitively expensive for most people.

8    After getting sober, I started a group called PAIN to expose

9    the Sackler Family's role in igniting the opioid crisis.  We

10   focused on their toxic philanthropy through direct action at

11   museums and institutions bearing their name.

12           Our first action was at the Met, exactly four

13   years ago today.  Within two years, our direct pressure

14   resulted in museums and universities around the world

15   refusing Sackler funding.  NYU, Tufts, The Louvre, The Tate,

16   and now The Met have removed their name from their walls and

17   wings.  They are forever pariahs in their social circles and

18   to the world.  Their legacy is forever tainted.

19           I followed Purdue into court as a creditor and

20   helped form the Ad Hoc committee for accountability with a

21   group of parents who lost their children to OxyContin

22   overdose.  We focused on transparency and uncovering the

23   truth.  Our pro bono lawyer, Mike Quinn, was the only lawyer

24   to focus on truth and justice in this case, revealing

25   Purdue's schemes and emphasizing the need for a criminal

Page 43

1    investigation.

2          The Sacklers' so-called apology, which was

3    mandated by the settlement, is insulting to all of us who

4    have been damaged by them.  One family is largely

5    responsible for the onset of this crisis that has led to the

6    deaths of over half a million Americans and caused

7    irreparable damage for generations to come, yet their

8    settlement grants them immunity not just for themselves, but

9    for generations of Sacklers to come.  It's more appropriate

10   to bring RICO charges against this criminal enterprise.

11         Purdue was even found guilty of federal crimes,

12   but its private owners have never been prosecuted.  We hope

13   the Justice Department will pursue criminal charges.  Thank

14   you.

15         THE COURT:  Okay, thank you.

16         The next person to speak is Cheryl Juaire.

17         MS. JUAIRE:  Hello, thank you, Your Honor.  Can

18   you hear me?

19         THE COURT:  Yes, I can.  Good morning.

20         MS. JUAIRE:  Good morning.  My name is Cheryl

21   Juaire.  I lost my son, Corey, on February 24, 2011.  He was

22   23 years old and had a four-and-a-half month old daughter he

23   named Faith.

24         Corey became addicted to opioids after hernia

25   surgery when he was 15.  Back then, I knew nothing about the

Page 44

1    harms of opioids or the disease of addiction like I know

2    now.  Corey became rebellious in high school and he dropped

3    out.  When Corey tried to talk to me about his addiction, I

4    would get angry with him, thinking he was just making wrong

5    choices.  At 23, he had a child, lived in a halfway house,

6    didn't have a job, was on food stamps.  I would ask him,

7    what did I do wrong?  I didn't raise my boys to be like

8    this.  These are my three boys.

9          On February 25, 2011, Corey was supposed to fly to

10   Florida where I lived at the time to spend a week with me.

11   He was struggling with depression, so I figured he needed a

12   break, that maybe I could help him.  Corey was on probation

13   and had to jump through hoops to get permission to leave the

14   State of Massachusetts, but he did it.

15         On February 24th, I started calling him in the

16   evening to make sure he had a ride to the airport in the

17   morning.  There was no answer.  I continued to call and left

18   voicemails and got no response.  This is when a mother's

19   heart knows.  I can't explain how.  She just knows something

20   is wrong with her child.

21         I called Bobby, my oldest son, a police officer,

22   and asked him to send the Arlington Police to Corey's place

23   to do a wellness check.  I paced and paced, waiting for the

24   call back, and then it came.  And I heard the words from

25   Bobby, "Mom, Corey is dead."  Everything went blank as I

Page 45

1    screamed this guttural noise that came from my body as I

2    fell to my knees.  This was just the beginning of a life

3    sentence of grieving child loss.

4              This is Corey and I.

5              In 2007, Purdue pled guilty in federal court to

6    criminal charges of misleading and defrauding physicians and

7    consumers.  This was your opportunity to make things right,

8    but you didn't.  Not only did you continue promoting

9    OxyContin as non-addictive, you hired McKinsey, a consulting

10   firm, to turbo-charge sales, and then you ramped up your

11   sales reps to go out and sell, sell, sell.  All the while

12   people were still dying, and you knew.

13             So as a family, I just have to ask you, how much

14   money is enough?  Really, truly.  How much is enough?  If

15   your family had any remorse at all, you could have changed

16   the trajectory of this crisis by taking your money back in

17   2007 and using it to abate the crisis, which we are doing

18   now, 15 years later and a half a million of our children

19   dead.

20             This past June 25th I lost my middle son, Sean, to

21   the disease of addiction.  This is my boy.  Sean had used

22   opioids with his brother, Corey, and had survivor's guilt.

23   In 2013, two years after Corey died, Sean entered Teen

24   Challenge, a 15-month Christian rehab, and it changed his

25   life.  Once Sean completed the program, they offered him a

1    job there, and for the next five years, Sean helped so many

2    get into treatment and come to know Jesus.  Sean would give

3    you the shirt off his back, and oftentimes did.

4         In 2018, Sean was going through some trials and,

5    as opioids do, enticed him to take one.  You see -- and I'm

6    not going to tell you anything you don't already know --

7    once addicted, an addict cannot go back and just take one.

8    Once their brains have become rewired, there is no going

9    back.  Once addicted, it's a lifetime of maintaining

10   sobriety.  A lifelong struggle of survival.

11        In 2018, Sean made a choice to take an OxyContin

12   out of his father-in-law's medicine cabinet.  His father-in-

13   law was dying of cancer and was prescribed OxyContin to help

14   with his pain while nearing the end of his life.  You

15   remember, wasn't that what OxyContin was first intended for,

16   before greed set in?

17        Let me tell you what opioids did to my son, my

18   second son, in a very short time.  He lost his job at Teen

19   Challenge.  His wife wanted a divorce.  And so he lost his

20   home, he lost his relationship with his daughter and her

21   family.  He was never allowed to meet his new grandchild.

22   This is his family.  He got in a car accident and lost his

23   license and thus his car.  Sean lost everything.  And his

24   11-year-old son, Jonathan lost his best friend in the whole

25   world, his dad.

Page 47

1           On June 25th, my husband and I drove to the

2    halfway house Sean was living in to pick him up for a family

3    graduation party.  While driving there, I had that feeling I

4    had had ten years prior while waiting for that phone call on

5    Corey.  This time, we found Sean in his bedroom in the

6    halfway house, all alone, just like Corey.  Everything went

7    blank as I once again screamed this guttural noise that came

8    from my body as I fell to my knees.  And so continues my

9    life sentence of grieving child loss, but now two.

10           Me and Sean.

11           One last thing.  My family is now split in half.

12   Here's my family.  We are split in half.  But not by money,

13   but by loss.  My family had great love for one another.  My

14   family never had a side A or a side B.  Think about that.

15   Thank you.

16           THE COURT:  Okay.  Thank you.

17           The next person to speak is Stephanie Lubinski.

18           MS. LUBINSKI:  Good morning.

19           THE COURT:  Good morning.

20           MS. LUBINSKI:  I just want to say I'm sorry we're

21   all in this group today and having to be here to speak.

22   Troy Alan Lubinski was handsome.  He was funny.  He had the

23   best laugh you could ever hear.  He loved being a

24   Minneapolis firefighter, and he was one of the best

25   fishermen around our area.  He was a great father that took

Page 48

1    such wonderful care of our children on his off days while I

2    worked full-time.  He loved his family and his friends, and

3    we love him.  Troy is no more special than any of the other

4    hundreds of thousands of the other victims, but he is

5    incredibly special to us.

6             We were high school sweethearts and together for

7    40 years.  He incurred a back injury and it would flare up a

8    couple times a year.  He was given muscle relaxers mainly,

9    and Vicodin.  As he grew older, the pain was stronger and

10   more frequent, but he could manage the prescriptions that

11   were given to him until you, Richard, David, and Theresa,

12   developed your hugely-touted non-addictive OxyContin.  Troy

13   was no longer our guy, my husband, our children's father,

14   his mother's son, his siblings' brother.

15            For the past 25 years we suffered the loss of his

16   dependability to our family, his emotional support, his

17   financial support.  He finally decided he wanted to get

18   help.  He went to Hazelden Betty Ford.  After this time

19   there, he looked and seemed healthy.  It did not last more

20   than four months before he was back in the depths of his

21   addiction to the non-addictive OxyContin.

22            Richard, Dave, Theresa, his addiction caused him

23   severe mental psychosis and paranoia.  He could no longer

24   know what was reality.  We lost our home, many sentimental

25   and valuable possessions.  We had no money left.  He no

1   longer trusted anyone in his life; myself, his wife, his

2   mother, his friends.

3        In 2018, I was diagnosed with a very rare type of

4   incurable cancer.  I was told to look at three to five years

5   of survival.  I had a major surgery in January of 2018.  As

6   we found later, he wrote in his journals that I was mentally

7   unhealthy and didn't believe I had cancer.  I did not have

8   him by my side or get any emotional comfort from him.  He

9   couldn't show it anymore.

10        On Tuesday, September 22, 2020 at around 9:00

11   a.m., he left his two dogs, Boone and Scout, his constant

12   companions that he believed he could trust, in the upstairs.

13   He went down to his basement and shot himself in the chest.

14   His simple note, "I'm sorry.  I love you all".  He told his

15   mother the week before how he felt so much guilt and sadness

16   of what his addiction to the non-addictive OxyContin had

17   caused.  He thought the damage was unrepairable in his mind.

18        Richard, David, Theresa, you have made an insane

19   amount of money off of our family, more money that you could

20   ever spend.  I have hundreds of thousands of dollars in

21   medical bills to figure out on my own.  Can't you all feel

22   one bit of empathy for the victims, the devastation your

23   drug has caused?  Our loved ones deserve more than what is

24   being offered.  You could have demanded most of the money go

25   to the victims.  How did the states suffer?  They did not

Page 50

 1    personally feel the loss or suffer in any way.  We pay taxes

 2    in each of our states.  They have more money than is enough.

 3    I won't even be alive to get this meager amount that's

 4    projected for the victims.  It's truly another heartbreak

 5    for all of us.

 6            Your philanthropy is not what you're going to be

 7    remembered for.  Being murderers and causing the biggest

 8    opioid disaster in our country will be your legacy.  I am

 9    not a vindictive person, but this is criminal and you should

10    be punished.

11            Richard, David, Theresa, you will know his name.

12    Troy Alan Lubinski.

13            Thank you.

14            THE COURT:  Thank you.

15            The next person to speak is Jenny Scully.

16            MS. SCULLY:  Good morning, Judge.

17            THE COURT:  Good morning.

18            MS. SCULLY:  My name is Jenny Scully.  I am a

19    nurse and now a single mother of a child born dependent upon

20    opioids which were prescribed to me.

21            In November 2012, I had a horrible accident which

22    left me paralyzed briefly on one side of my body due to a

23    broken back.  I was also battling breast cancer at the same

24    time.  Due to the amount of pain I was in, I was prescribed

25    OxyContin and Opana among other opioids.

1           In February 2014, I got the news that I was

2    pregnant.  I sought many second opinions in regards to the

3    effects that opioids would have on my unborn child.  I was

4    told that I would have a happy, healthy baby, and that's

5    what I expected.  However, that is not what happened.

6           On September 11, 2014, my daughter was born

7    premature.  The same day she was born, her soul was taken

8    from her.  What I got was a baby born with opioids in her

9    system due to the opioids prescribed to me.  You, the

10   Sacklers, and the members of your family can and have lived

11   a very comfortable, glorified life, while I sit and wonder

12   what my daughter's life would have been or what she may

13   become had she been given the chance to live the life she

14   was meant to live.

15          Because of you and based on your lies, my daughter

16   suffers from NAS, seizures, ADHD, delayed milestones,

17   allergies, including to the heat and cold, as well as major

18   antibiotics, tic syndrome, sleep disorder, adjustment

19   disorder, PTSD, nutritional deficiency syndrome, heart

20   murmur, GERD, abnormal weight gain, hemangiomas that were

21   surgically removed, as well as difficulties in hearing and

22   impairment of her sense of taste.  And these are just a few

23   of her diagnoses.  She also had croup, mono, and pneumonia

24   at the same time due to her immune system being affected.

25   She is unaware of safety and does not adapt to her

Page 52

1    surroundings.  Instead, I adapt her surroundings to her,

2    which has become very costly.

3           Can you imagine your child never playing in the

4    snow or playing at the beach with friends because of

5    allergies and not being able to take an antibiotic for a

6    sinus infection?  That is my daughter's life.  That is our

7    life that you destroyed.

8           Her teachers do not understand her or teach her

9    properly.  Kids make fun of her.  It breaks my heart the

10   most when she says, "Mommy, why am I not like my friends?"

11   The only response I can give her is it's because of

12   coldhearted, thoughtless, ruthless people like you.  You

13   destroyed her life physically, emotionally, and financially.

14   I have been trying to find a way in my heart to forgive you,

15   but how can I, knowing you, the Sacklers, knew exactly what

16   you were doing.

17          As I sit here and tell my story, I want to make it

18   perfectly clear that I am not speaking just for my daughter.

19   I am speaking for everyone who has lost a loved one from the

20   opioid epidemic and all of the babies born with NAS that

21   don't have a voice that have been affected.  You have

22   destroyed so many lives.

23          Take a good look at this beautiful little girl

24   that you robbed of the person she could have been.  You

25   should be ashamed of yourselves.

1              In spite of the struggles my daughter has, I can

2      guarantee that she has been fighting since her first breath.

3      My daughter is going to shine bright like a diamond in spite

4      of what you have done to her.  My daughter's life is going

5      to mean something.  But for now (indiscernible) continue to

6      fight for her life.  I hope she is the last thing you see

7      when you go to bed.  I hope you see her every time you close

8      your eyes and every time you wake up in the morning.

9              Thank you, Judge Drain, for this opportunity.

10             THE COURT:  Thank you both.

11             The next person to speak is Donna Mazurek.

12             MS. MAZUREK:  Thank you.

13             I have five minutes to say how I lost a lifetime

14     with my daughter, Paige Elizabeth Mazurek.  Paige was born

15     7/11/92, a well-rounded, youthful child who would do

16     anything for anyone.  She always helped anyone in need.  She

17     was our youngest of five and would make you laugh.  She

18     always had her tongue sticking out.  She had the best

19     personality, and everyone she met loved her.

20             She did not have an evil bone in her body, unlike

21     the people in this courtroom, the people that murdered my

22     daughter, the people I am looking at right now.  Yes, David,

23     Theresa, and Richard, out of your greed, you murdered my

24     daughter and destroyed our family.

25             In February 2010, my daughter went to the dentist

Page 54

1    for a root canal and was given a scrip for pain meds that

2    through my deception was thought to be safe and non-

3    addictive.  Then our nightmare began.  Paige went in front

4    of Judge Jodi numerous times, and she told Judge Jodi she

5    became addicted from a root canal and was given Oxys.  I

6    found out Paige was stealing from medicine cabinets and

7    buying them off the streets, sold scrips.  Anything to feel

8    normal and not go through withdrawals.  From the first scrip

9    from the dentist, she was now a full-blown addict, addicted

10   to your OxyContin and anything else she could get her hands

11   on.

12          We were on a five-year rollercoaster to save our

13   precious daughter from the nightmare you caused, David,

14   Theresa, and Richard.  She pawned whatever she could get her

15   hands on, from jewelry to our generator.  Since she could no

16   longer afford the OxyContin on the streets, her boyfriend

17   showed her how to shoot up heroin after she miscarried their

18   baby due to the drugs and she could never forgive herself.

19          She decided to move back to Michigan with her

20   sisters to begin a new life away from the influences in

21   Florida.  It didn't take long for her to get into the wrong

22   crowd in Michigan.  Her sisters were searching for her

23   during the night, getting her from drug houses and picking

24   her up from parking lots.  She had grand mal seizures that

25   began in Florida.  In Michigan, she had a psychotic episode

Page 55

1    that she cut her legs, arms, sent me pictures, and tried to

2    hang herself at her boyfriend's where she was now living.

3    He was not an addict and tried to protect her.  He wanted to

4    marry that girl.  After that, I turned everything over to

5    God because I backed into a brand-new Cadillac, so

6    distraught from the weekend.

7            She had Hep-C and almost lost her arm from sepsis

8    in Florida.  She went to numerous rehabs and spent numerous

9    times in jail.  Judge Jodi tried to help Paige.  Judge Jodi

10   sent her to CPS, a rehab for 30 days after she completed her

11   jail sentence.  I thought I had my Paige back, but it didn't

12   last long until she was back into drugs.

13           Judge Jodi and Paige built a relationship.  Since

14   Paige's death, she takes Paige's story across the country,

15   and even to Rome.  One of the reasons she left the bench was

16   to speak.  She was impacted by Paige's death.

17           February 28, 2015, Paige overdosed when she was

18   stopped by the police.  Went to the hospital and we fought

19   to get her into detox.  On March 30, 2015, Paige died alone

20   in a friend's bathroom.  And her nightmare was over.  But

21   ours will never end.  Her dad suffers with severe depression

22   since he lost his angel.  Her sisters suffered from the loss

23   of their best friend.  Her brother can't even bear to talk

24   about her.  It is too painful.  He was his meatloaf and she

25   was his pork chop.  I was her mama dukes and I miss her

Page 56

1    every second of every day.

2             Paige had dreams of being a wife, mother,

3    designer.  She is missed by everyone; aunts, uncles,

4    cousins, nieces, nephews, friends, sisters, brothers, and

5    her dad, and me, her mom.

6             I love you more, Paige, and I miss you more every

7    day.  Forever 22.  The greedy, evil people in this room left

8    me with ashes and her thumbprint I wear around my neck.  Our

9    lives have been destroyed without Paige at family

10   gatherings, vacations, holidays, the anniversary dates.  Her

11   nieces celebrate every July 11th.  And we hate the month of

12   March because she died March 30th, the week of Easter.

13            I often wonder how you can sleep at night with

14   what you did.  And then it dawned on me, David, Theresa, and

15   Richard, you have your child to kiss, hug, and hear their

16   voice.  I have none of that because you killed my daughter.

17   David, Theresa, and Richard, you will be judged one day.

18   But for now, you deserve to rot in jail for taking my

19   beautiful Paige.

20            THE COURT:  Thank you, ma'am.

21            The next person to speak is Tiffinee Scott.

22            MS. SCOTT:  Greetings, Your Honor and families.

23   We are gathered here with a shared experience as victims,

24   survivors, and many who lost loved ones, friends, and family

25   members.  All preventable losses due to one family and one

Page 57

1    medication, OxyContin.  OxyContin, coined as the catalyst of

2    the opiate crisis, crippled ultimately and permanently

3    altered and changed lives and impacted communities.

4           Over 500,000 people and counting lost their lives

5    due to an overdose, and billions nationwide are stigmatized

6    in a public health crisis, navigating systems, practicing

7    harm reduction, struggling in active addiction and seeking

8    recovery, all caused by the Sacklers, makers of OxyContin.

9           To the Sackler family, we have never met formally,

10   but I feel like I already have a relationship with you due

11   to OxyContin.  So please allow me to introduce myself.  My

12   name is Tiffany Scott, an impacted family member and mother

13   to Tierra Renee Brown-Lewis, Age 28, of Baltimore, Maryland.

14          Was it in your plan to harm and kill people?

15          As a mother, daily I am faced with the reality of

16   the loss of my daughter.  There will be no future visits,

17   calls, texts, laughter, dances, birthdays, family times,

18   arguments, milestones, and family gatherings.  All are cut

19   short.  Today, I am left with memories.  Photos, journals,

20   sticky notes, and pill bottles filled in a plastic, king-

21   sized bed-in-a-bag with my daughter's obituary and countless

22   prescriptions of OxyContin.  See her name right there?  And

23   other medications along with an urn in the form of a

24   butterfly as a memory of Tiarra.

25          The opportunity of becoming a first-time

Page 58

1    grandparent to my only-born daughter is no longer a

2    possibility.  This grim reality is due to each one of you.

3    Richard, David, Theresa, and all the family members of Side

4    A and B, and faculty, of the Sacklers, there are no words to

5    describe my pain.  The deceit and horror you all caused.

6    Shame on you.  Why would you be willing to collectively

7    decide to create and market OxyContin, a medication you knew

8    was highly addictive, resulting in harm, dependence,

9    addiction, and ultimately ending Tiarra's life in death?

10            Tiarra was born September 26, 1991.  She was a

11   light.  Her smile would light up a room.  She spent many

12   days visiting doctors, being a big sister, and loved

13   painting and crafting.  Prior to being prescribed OxyContin,

14   Tiarra was on an effective, managed pain regimen.  However,

15   in her early teens, due to her health condition involving

16   pain, she was prescribed OxyContin.  She was first

17   introduced to your famous pain scale listing her pain scale

18   from zero to ten and prescribed.

19            Days after receiving and ingesting the initial as-

20   prescribed dosages, Tiarra was dependent and addicted to

21   OxyContin.  Her life and ours as a family was instantly

22   altered.  She changed.  She went from a vibrant young black

23   girl with a managed health condition involving chronic pain

24   to a different person over time, living a lifetime of

25   somatic health challenges and battling addiction.

1          Please note, chronic pain is not an invitation for

2     social dysfunction, dependence, addiction, deteriorating

3     health resulting in death.  Your efforts to exercise power,

4     greed, and status and popularity is unlawful and

5     intentional.

6          I know you are unable to provide a response, but

7     did you consider Tiarra, my daughter, the teenager with a

8     health condition who struggled from grade school into

9     adulthood?  Never graduated from high school, unable to

10    balance the simplest things such as personal goals,

11    education, employment, and relationships.  She married but

12    was unable to manage.  She lost a child from a tubal

13    pregnancy months prior to her death.

14          She spent moments of happiness, small moments,

15    which she would dedicate to her siblings, loved ones,

16    talking about crafts with Ava, her goddaughter, Gabby, her

17    grandmother, Lori, family and having fun, listening and

18    dancing with friends.  She even participated in an in-person

19    course to learn about recovery supports and harm reduction.

20    She wanted to serve others over the phone.  That's because

21    she was unable to leave her residence, short-lived by

22    OxyContin, dependence, and addiction, showing up as an

23    unwanted and yet desired friend.

24          As a mother, to watch your child struggle, battle

25    with her own prescription medication by doctors who I and

Page 60

1   her both trusted to provide care to a patient like Tiara not

2   knowing its effects, it was truly heartbreaking.  She would

3   often shout out in anger, what do you want me to do.  They

4   did and gave this to me.  What am I supposed to do?

5           Have you ever been -- have you ever provided

6   Narcan to one of your children?  Have you revived one of

7   your children from an overdose?  I have.  I even had to

8   train myself in Narcan, become a trainer, and learn about

9   peer support and harm reduction.  I had to learn about

10  opiates, the same medication my daughter takes and was

11  prescribed daily.  As an adult, Tiara was powerless,

12  ashamed, walking on a walker supported by tennis balls,

13  secluding herself in a lower-level apartment.

14          In May of 2020, she was found unresponsive,

15  lifeless, in bed by me, her mother.  Tiara was wearing a

16  medical bracelet, but she was unable to press it wearing a

17  nightgown which stated, "What's not to love about me?"  An

18  overdose is not faced with care and compassion.  I was faced

19  by law enforcement and questioned for hours, and with a

20  coroner who we said, "We have to stop meeting like this."

21  That was the third time I saw the same coroner.

22          Sadly, I spent the following days cleaning her

23  apartment, emptying OxyContin -- emptying pills from her

24  apartment and still remaining in its original packaging, so

25  much so, I filled the first bag filled with medications to

Page 61

1    include OxyContin and other opiates and other medications.

2    The bag overflowed so I put it in a king-size bed in a bag

3    that you see before you.  OxyContin in ridiculous milligrams

4    up to 80 multiple times a day with Narcan with a refill of 5

5    dosages.  How can she give Narcan to herself?

6         Today I sit in sorrow.  I choose my life

7    experiences to others, to other parents such as myself and

8    loved ones in my community to empower them about the effects

9    of opiates in addiction.  I want to empower them to make

10   change.  I hope that your funds that are coming from you

11   will support others just like myself -- loved ones,

12   families, community members, allies, people in recovery,

13   people with lived experience for people just like Tiara that

14   you see before you.

15        I want to thank you for your time, Your Honor,

16   and, to the Sackler family, I pray that criminal charges are

17   filed upon you.  Thank you.

18        THE COURT:  Thank you, Ms. Scott.  The next person

19   to speak is Wendy Olsen.

20        MS. OLSEN:  Hello, Your Honor.

21        THE COURT:  Morning.

22        MS. OLSEN:  Thank you for the time.  Wendy Olsen

23   from Wisconsin.  I'll make a short statement on behalf of my

24   father, Colonel Ralph Olsen, M.D., United States Army,

25   Retired.

Page 62

1           "At the age of 88, I became addicted to OxyContin"

2   -- this is my father — "in a hospital over a 8-week period

3   in late 2018.  Once discharged and given a 60-day supply of

4   pills, my unavoidable dependence on this vile vial of

5   OxyContin resulted in bodily harm and suicidal attempts.

6   What do I recall?  I just told my daughter last night, after

7   the pain, I just wanted more.  It felt 'so good.'

8           "Over the past three years, my psychiatrist has

9   needed to prescribe strong antidepressants to stave off my

10  suicidal attempts.  I am unable to write.  I barely see and

11  speak quite slurred, ergo, my daughter will continue our

12  testimonial.  I am a Korean war veteran and a retired

13  pediatrician who practiced both privately and at the U.S.

14  Army West Point for 60 years.  That this travesty could

15  happen to me must speak to the wicked effect OxyContin has

16  on each one of us no matter what status, age, class, or

17  rank.  It discriminates not."

18          Wendy Olsen.  Yes, my father is one of the lucky

19  ones.  He is still alive.  Your Honor, I felt guilty

20  speaking today, but our story of survival must be told if

21  only thanks to the (indiscernible) of my family.  To the

22  doctors and hospitals that prescribe this nasty pill, shame

23  on you.  But mostly, shame to your non-relenting sales and

24  marketing campaign, Sackler family.  You aggressively and

25  greedily promoted OxyContin knowing full well its harmful

Page 63

1    effects.

2            Your deceitful pain product, familia Sackler,

3    affected three generations -- my father, myself, and my son

4    who will speak shortly.  My father, while recovering from

5    surgeries and mandatory inpatient, was given daily doses of

6    OxyContin for his pain.  The caregivers -- what we learned -

7    - gave him four-plus of these high dose milligram OxyContin

8    pills, sometimes more.

9            My father became addicted.  The administrators

10   gave the opioids to keep my father from making noise at

11   night and other patients as well.  They were continuously

12   complaining of pain.  I heard a nurse say, "If I give two at

13   a time, it makes them sleep and they'll stop ringing the

14   buzzer."  When we finally got my father home, the Colonel

15   barked out his orders, demanding his OxyContin and when we

16   refused, he went into shakey, pukey withdrawal.

17           Do you know what that looks like?  Daily and

18   nightly hallucinations, waking up every two hours to see him

19   wondering around, searching frantically for his pills.

20   Twice he fell and I had to scoop my 180-pound father from a

21   slouched fall on the floor.  We were crying, both of us.

22   His honor and his self-respect was left on the floor as

23   well.

24           Sometimes he awoke, stripped his pajamas off, and

25   wandered naked.  I would need to escort my naked, delusional

Page 64

1    father back to his bed.  Another p.m. episode, I found him

2    with knives in the kitchen ready to end his life -- "Wendy,

3    guns would be messy.  Teeny wouldn't like cleaning it up so

4    I'll just end it."  It's important to me that our

5    testimonial becomes public knowledge to emphasize that fact,

6    that this evil pill conquered not only a U.S. Army veteran,

7    but a medical doctor who was woefully unarmed to protect

8    himself.  He was proud to tell me just yesterday that the

9    drug reps tried pushing OxyContin on his pediatric practice

10   in the '90s, but he refused.  At least then he refused.

11           That is how wicked and powerful your product's

12   hold was, familia Sackler, on each one of us no matter what

13   status, class, or rank, and now the third generation, my son

14   Danny (indiscernible).

15           DANNY:  Contrast that image with the image I'll

16   give you of my grandfather who was full of life.  He taught

17   me to fish, hunt, change my oil, tie a Windsor knot, and in

18   general be a good man.  He was there when I took my first

19   buck 200 yards away.  He taught me to scale a fish in

20   Manitoba.

21           I carry these memories because at this point, that

22   is what they are.  He still has plenty of life.  The drug

23   hasn't taken it all from him, but I'll tell you this is

24   purely due to the strength he has and that of our family

25   intervening -- the entire family.  That strength carries

Page 65

1    through me.  How many grandkids do you know have dealt with

2    a beloved grandparent in withdrawal?  How many have

3    described to you what it means?  How many of you knew this

4    before this morning's testimony?

5           It means locking away our hunting rifles, giving

6    away our kitchen knives and cutting our food with plastic

7    like on economy in an airline.  It means hiding pills, not

8    only the Oxy, but even the innocent pills that can kill you

9    when the person is determined to take the full bottle.  It

10   means sleeping on the couch every night with one ear open to

11   intercept Grandpa so he doesn't go in the kitchen to turn on

12   the oven, and you know where the rest could go.

13          To have a colonel put aside his pride and beg his

14   grandson for just one more pill -- that is just one small

15   part of what this drug did.  It's what you did.  No amount

16   of money can shield the world from -- shield your conscience

17   from the pain that you've caused -- not relieved but caused

18   to countless people and countless heroes who turned to you

19   in their time of need.  Thank you.

20          THE COURT:  Thank you.  The next person to speak

21   is Jill Cichowicz.

22          MS. CICHOWICZ:  Got it.  Thank you, Your Honor.

23   Can you hear me okay?

24          THE COURT:  Yes, I can.  Thanks.

25          MS. CICHOWICZ:  Good morning.  My name is Jill

Page 66

1    Cichowicz.  This is my mother, Linda Zabrowski.  I grew up

2    in a loving military family and I'm the baby of five

3    children.  I say "baby" because I was born a twin to a boy

4    named Scott that was five minutes older than me.  He stole

5    my heart from the womb.  He loved to say he was my older

6    brother because he beat me out by five minutes.

7           From day one, he was my protector, and he looked

8    out for me always.  My mother used to tell me when we were

9    in our crib he would drink all of his milk from his bottle,

10   gently take mine and push me down.  Never aggressive, he

11   just wanted my milk.

12          Scott always had a big heart and he looked out for

13   me always.  He never allowed anyone to disrespect me or

14   treat me unkind.  He also never let anyone date me either.

15   Luckily, he did like my husband.  My husband was a U.S.

16   officer in the Army and he did five 12- to 18-month combat

17   tours.  I was alone often at duty stations with my children

18   and no family.

19          Scott would make it a point to come to every duty

20   station and to help me out because he was worried that I was

21   scared to sleep alone at night.  He would send me Mother's

22   Day gifts, anonymous flowers, and exactly at 12:01 a.m. on

23   our birthday, he was the first to text or call me because he

24   had to be the first one to tell me happy birthday.  We had a

25   bond from the start, one that I cannot describe unless you

Page 67

1   are a twin.  He was my person.  He was the other half of my

2   heart.  He was a piece of me.

3           On February 28, 2017, all of that changed.  Scott

4   was smart, athletic, dashing good looks, but most of all, he

5   was selfless.  He would work at homeless shelters and give

6   back to those less fortunate.  He lived in California where

7   he ran gyms and spent much of his time with our older

8   brother and his family.  He especially loved his nieces and

9   nephews.  Scott was put on OxyContin by Workers'

10  Compensation after being injured at his job.

11          This woke the beast.  I have never seen such a Dr.

12  Jekyll/Mr. Hyde situation in my life.  This drug completely

13  took him over, a drug that he fell victim to.  He tried like

14  hell to get off of this thing.  He even blamed himself for

15  being weak.  He trusted the doctors that prescribed it to

16  him and he said and I quote, "Jill, please don't worry about

17  me.  I am fine.  I will do everything in my power to stay on

18  prescribed meds only and will eventually get off everything.

19  Please stop stressing and worrying so much about me.  I

20  don't want to add more to your full mother duties."

21          Scott died in a Starbucks parking lot from

22  fentanyl toxicity while onlookers just watched him for 20

23  minutes.  For two days, my mother called every Starbucks in

24  that area, every hospital, every police department looking

25  for her son.  As Cheryl had said, mothers know.

1              My mother kept calling the police department and

2     finally my older brother received a phone call that lived in

3     California saying, "Your brother's car's been impounded.

4     Your mother keeps calling the police department and no one

5     has the heart to tell her that he died."  In Scott's final

6     moments, I often wonder, was he scared?  Did he know he was

7     dying?  Did he call for my mother?

8              This haunts me to this day.  So I want you to

9     remember February 28, 2017, a day that will forever be

10    burned into my brain.  Every holiday, Mother's Day, and

11    Father's Day, may you never forget the date and all the

12    people's lives you've intentionally destroyed due to money,

13    greed, and power.

14             As long as I have breath in my body, I will

15    advocate for those no longer here.  Losing Scott has single-

16    handedly been the worst thing that's happened in my life.  I

17    am no longer the woman I once was.  You have cheated my

18    children of the mother they once had.  You have cheated my

19    husband from the wife he once knew, and you have especially

20    cheated my parents for they have never recovered from this,

21    and I am no longer the daughter they used to know.

22             A piece of me died with Scott that day and I have

23    never been the same.  However, I can still look in the

24    mirror and know I am a good person.  Can you honestly,

25    Sackler family, say the same?  I don't like the word

Page 69

1    "karma," but I believe you reap what you sow.  You may not

2    feel it here on earth but you will pay the ultimate price.

3    May God have mercy on all of your souls because no one is

4    this room ever will.  My mother, Linda Zabrowski.

5         LINDA ZABROWSKI:  Linda Zabrowski, and actually I

6    was talking with Scott on the phone when he fell in the

7    parking lot and he said, "I'll call you right back."  And

8    then when he didn't call me, that's how I knew something was

9    wrong.  He would always call back, so that's -- then my two

10   and a half days of searching for him because I -- the

11   mother's intuition knew something was wrong.

12         So anyway, what I have to say is rather short.

13   Scott got caught in the web of OxyContin early 2014 while

14   treating his pain from a work injury.  This was supposed to

15   calm things down, hoping to avoid back surgery.  During the

16   healing time, OxyContin was all he thought about.

17   Prescriptions kept coming and he assured me he was not using

18   illicit drugs, only the ones prescribed.

19         His voice was very slurred and, you know, he slept

20   a lot -- all the things that we really weren't in tune with.

21   His personality drastically changed.  His brain was being

22   rewired.  Only two months before his fatal overdose, he

23   shared with me his addiction and that it would kill him.  He

24   even said he would blow his brains out because of all the

25   pain he was in, but since he was such a devout Catholic, his

Page 70

1    soul wouldn't go to heaven so that haunted him a lot.

2           And I stupidly said, "You cannot leave that legacy

3    to your nieces and nephews."  He asked that I not be ashamed

4    and share his story.  Not knowing what I know now, Purdue,

5    you did.  How could the board continue with sales when

6    they'd been advised of the fatal effects?  Would you have

7    prescribed OxyContin for your own children to control pain?

8    I think not.  Scott struggled for three years from this evil

9    drug.  I would even -- and in closing, I just want to add a

10   quote from Oscar Wilde.  He said, "Every saint has a past.

11   Every sinner has a future."  Purdue Pharma and OxyContin

12   stole Scott's future, which I find you very hard to forgive.

13   Thank you.

14           MS. CICHOWICZ:  Thank you.

15           THE COURT:  Thank you both.  The next people to

16   speak are Bill and Kristy Nelson.

17           MS. NELSON:  Can you hear us?

18           MR. NELSON:  Good morning, Your Honor.

19           THE COURT:  Yes.  Yes, good morning.

20           MS. NELSON:  Okay.  Just want to make sure because

21   I'm playing a video first.

22           (Video plays)

23           911 OPERATOR:  911.

24           MS. NELSON:  I need an ambulance.  My son's not

25   breathing.

Page 71

```
 1              MR. NELSON:  Can you hear that?

 2              911 OPERATOR:  What's the address?  307

 3     (indiscernible)?

 4              MS. NELSON:  Yes, hurry.

 5              911 OPERATOR:  Is he blue?

 6              MS. NELSON:  He's white.

 7              911 OPERATOR:  How old is he?

 8              MS. NELSON:  Oh God, he's dead.

 9              911 OPERATOR:  Ma'am, I need you to calm down.

10     How old is he?  Ma'am?

11              MS. NELSON:  (indiscernible)

12              911 OPERATOR:  I need you to calm down.  How old

13     is he?

14              MS. NELSON:  He's 21.

15              911 OPERATOR:  Call the police.

16              MS. NELSON:  (indiscernible)

17              911 OPERATOR:  How old is he?

18              MR. NELSON:  He's 20 years old.  Get somebody over

19     here.

20              911 OPERATOR:  Okay.  Is he breathing?

21              MR. NELSON:  No.

22              911 OPERATOR:  They're already on the way.

23     They've already been dispatched.

24              MR. NELSON:  Thank you.

25              911 OPERATOR:  Has he taken anything?
```

Page 72

1          MR. NELSON:  We don't know.  If he (indiscernible)

2          911 OPERATOR:  Hold on just a second, okay?

3          MR. NELSON:  Okay.

4          911 OPERATOR:  So he's 20 years old?

5          MR. NELSON:  Yes.

6          911 OPERATOR:  What's his name?

7          MR. NELSON:  (indiscernible).

8          911 OPERATOR:  What's his name?

9          MR. NELSON:  Brian (indiscernible)

10          911 OPERATOR:  Okay.  And we're on the way, okay?

11          MR. NELSON:  Thank you, sir.

12          911 OPERATOR:  No problem.

13          (Video stops)

14          MS. NELSON:  4,804 days.  Richard, if you're still

15     listening, that's how many days since I made that horrifying

16     call, a call that I never dreamt of making.  A call I would

17     not have had to make if it weren't for your unlawful

18     behavior and your obsessive greed.

19          I have replayed that call in my mind every single

20     morning.  It's a living hell, a hell for which I place blame

21     solely on you people.  I have lived with the pain and

22     heartache as a result of a loss of my only child, a pain you

23     will never understand.  January 13, 2009, I celebrated my

24     43rd birthday.  It's also the day I discovered my only son

25     Brian's lifeless body in his bed.

Page 73

```
 1           This will be the last card my son ever gave me.

 2    It read, "Thanks for always being there, Mom. I love you."

 3    Needless to say, I've not celebrated a birthday since.  What

 4    was once my birthday now marks the anniversary of the death

 5    of my only child.  In 12 days, Brian would have turned 34.

 6    We'll be celebrating by standing at a headstone in a patch

 7    of grass.  I understand today's your birthday, Richard.  How

 8    will you be celebrating?  I can guarantee it won't be at a

 9    cemetery.

10           As I grieved and cried endless tears for 4,804

11    days, you continued to peddle your poison.  You continued to

12    make billions of dollars while thousands of innocent people

13    such as Brian lost their lives.  Richard, you are truly a

14    selfish, greedy, coldhearted, cruel, callous SOB.  You call

15    my son "scum of the earth."  Well, Richard, Brian was a

16    straight A student in college studying law.  He was a semi-

17    pro golfer who had dreams of trying to make it to the pros.

18    Brian cared more about others than himself, something

19    obviously your mother did not instill in you.

20           You want to see scum?  You should all look in the

21    mirror.  Remember discussing with your associates that "if

22    people die it's because they abused OxyContin, then good

23    riddance."  I say, your mother did a horrible job raising

24    you if this is truly how you feel about people's lives.  You

25    also agreed, Richard, that "abusers die -- well, that's
```

Page 74

1    their choice.  I doubt a single one didn't know the risk."

2         Well, let me tell you something, doctor.  Let me

3    educate you.  Like cancer, addiction is a disease.  People

4    don't choose to get cancer.  They don't choose to become

5    addicts.  You don't wake up and say, hey, I think I'll

6    become addicted to OxyContin today.  With Brian, like many

7    others, his abuse began not by choice, rather innocently

8    after he was prescribed your billion-dollar pill as a result

9    of a car accident.

10        By the time he learned the risk, it was too late.

11   Your poison had taken control.  His last words to me were,

12   "Mom, I don't want to do this anymore. I don't want -- I

13   want to stop, but I can't."  Less than an hour, he was dead.

14   Richard, you and your family are no better than the heroin

15   dealers on the street corner.  The only difference is you

16   wear a suit and tie and deal your heroin in a pill from your

17   fancy high-rise offices or your mini-mansions throughout the

18   world.  Brian has more class and empathy in his fingertip

19   than your entire family.

20        Richard, you -- you all have benefited from the

21   death of children are truly scum of the earth.  I hope and

22   pray every day that God does not have mercy on your soul and

23   that one day, you will feel my exact pain.

24        MR. NELSON:  It's a little hard for me to follow.

25   I can only echo the pain and suffering that Kristy feels and

Page 75

1     that all of us that are here today feel.

2             I thank everyone that's here with the giant hole

3     in my heart for being brave and willing to share your

4     stories.  We all know how difficult that is to do especially

5     in five or six minutes.  Thank you, Judge Drain, for this

6     opportunity -- unique opportunity -- allowing us to share

7     these stories.

8             I want to point out to the Sacklers that after --

9     by the time this two-hour hearing is over, you can add 16

10    more people to your death list.  Your Honor, although we are

11    here in support of this settlement, I must admit, and I

12    think I do so on behalf of all of us, that it is not without

13    any reservations.  I seriously doubt that anything any of us

14    say today to these people will have any effect whatsoever.

15            When we are done, David and Theresa will turn off

16    their cameras and go do whatever billionaires and Dames do.

17    Richard will hang up his phone -- even if he -- if he even

18    hears a word we're saying -- will hang up his phone and go

19    do whatever greedy billionaire cowards do on their

20    birthdays.

21            The real beneficiaries of this settlement are the

22    states.  We are forgetting who the true victims are.  We --

23    those are here today, those of us who appear before you

24    today and the thousands of others who wish they were here --

25    the actual human beings who suffered actual harm are the

Page 76

1    most deserving yet we are the least protected.  Sadly, the

2    government interests come first.

3            Not only did Kristy and I lose an only child that

4    day, we essentially lost our lives.  We lost our life

5    savings.  Retirement accounts were cashed in, resulting in

6    severe tax consequences.  We nearly lost our home, but you

7    know what?  We dug ourselves out of a very deep hole.  We

8    paid back every cent to the IRS.  We saved our home, and we

9    didn't hide behind the bankruptcy or our lawyers.  We did

10   the right thing.

11           Finally and probably the most painful is the fact

12   that to this day these killers continue to deny any

13   wrongdoing.  The families have acted lawfully in all

14   respects.  Richard, can you honestly say that with a

15   straight face?  If so, why don't you turn on your camera and

16   let's see.  For more than 20 years, you knew what you were

17   doing was wrong and you did everything possible to conceal

18   your personal involvement.  Even today, you being the coward

19   that you are, continue to hide behind the camera and your

20   lawyers, refusing to face the true victims whose lives you

21   single handedly destroyed.

22           How about manning up and admit, "What I did was

23   wrong.  I'm sorry."  Is that too much for us to ask?  Sadly,

24   it's too late to make things right for us true victims, but

25   this settlement appears to be the only way for us to receive

1   any sort of justice from a family that created so much death

2   and destruction, death and destruction that I witnessed

3   firsthand every single day as a criminal court judge in a

4   major metropolitan city.

5           I have put away drug dealers with a single rap of

6   a gavel without blinking an eye, and oh, how I wish I could

7   the same to you, Richard Sackler.  Although the compensation

8   will fund much needed prevention and recovery services, it

9   is simply not the same as compensating actual losses to

10  those being destroyed by the Sacklers.  We hope and pray,

11  however, that it will prevent other families from suffering

12  the pain and heartache that we all share and hopefully spare

13  one mother from having to make that phone call.  Thank you,

14  Your Honor.

15          THE COURT:  Thank you both.  The next person to

16  speak is Kara Trainor.

17          MS. TRAINOR:  My name's Kara Trainor and I'm a

18  person in long-term recovery from opiate use disorder that

19  was caused by this product.  I started an addiction and then

20  I found a way out.  I'm one of the lucky ones.  My

21  generation has lost so many people -- overdose after

22  overdose.  I'm sitting here alive.

23          Through my recovery, I used methadone medication

24  as a treatment and I did that for 14 years.  I believe that

25  that's why I did survive.  During that time, I gave birth to

Page 78

1    my little guy.  His name is Riley.  During my pregnancy, I

2    was told by my doctors and the nurses and the professionals

3    at my methadone clinic that I was going to be okay, the baby

4    was going to be okay, and that Riley, when he was born,

5    wasn't going to have any effects or any bad outcomes.

6             I was told maybe two weeks in the NICU and that's

7    it.  What happened with Riley was awful.  He spent the first

8    six weeks of his life in the NICU.  There were times that we

9    couldn't put a diaper on him because the diarrhea was so

10   bad.  He would shake and he would scream.  And if you've

11   ever heard a newborn in withdrawal, the screaming will haunt

12   you for the rest of your life.  And it haunts me.  He is now

13   11 years old.  He's diagnosed as autistic.  He also has eye

14   conditions that are directly do to his NAS.  He is still

15   wearing diapers.  He still has a sippy cup.  He needs

16   physical therapy, occupational therapy, speech therapy, and

17   ADA therapy.

18            His life has been impacted greatly.  He will never

19   graduate from high school.  He will never go to a prom.  He

20   will never get married and I will never have grandchildren.

21   He will have care for the rest of his life, 24/7.

22            My husband and I, we are kind of forced into

23   poverty.  We have to keep his benefits.  We cannot pay out-

24   of-pocket for his care.  That means we have to both work

25   part-time.

Page 79

1          I was angry for a very, very long time.  I was a

2   very hateful person.  I hated all of you; your family, the

3   company, everything.  I was filled with anger and I couldn't

4   move on.  Finally, inside of me I realized one day that all

5   I was doing was ingesting poison and waiting for you guys to

6   die.  I had to let go.  I had to move on.

7          I sought in prayer and asked God to like let me

8   live again, enjoy life, enjoy my son, be the best mother

9   that I could be to him.  And I did.  I let go.  I'm no

10  longer sitting there at night thinking about your family and

11  ways that I could get revenge, however that could be.

12         I'm free.  I am no longer in bondage to your

13  product and I'm certainly not in bondage of how angry I was

14  towards you.  Robbie -- excuse me.  Riley was robbed.  He

15  was robbed of his future just like I was.  This is Riley.  I

16  hope tonight when you reflect on this day that you remember

17  what you did to these children.  That's all I have.

18         THE COURT:  Thank you.  The next person to speak

19  is Randi Pollock.

20         MS. POLLOCK:  Hi, am I unmuted?

21         THE COURT:  Yes.  You are on the phone.  There, I

22  see you.

23         MS. POLLOCK:  Thank you for letting me speak.

24  Behind are pictures of my brother.  I don't know how clear

25  they show up.

Page 80

1          THE COURT:  We can see them.

2          MS. POLLOCK:  Okay.  So I am speaking on behalf of

3     my mother, Phyllis Pollock, was unable to be here due to her

4     lung cancer.  Excuse me for a second.  I've been listening

5     to everybody else and it's making me cry.

6          It's really important for me to let you know that

7     your drugs killed my brother and destroyed my family.  This

8     was in 2010, and we've never recovered to date.  There isn't

9     a day that goes by that I don't think of my brother.  He

10    died May 22, 2010, at the age of 45.  And my mother has

11    never recovered and lost her will to live.

12         Even at that time I made reports to the Medical

13    Association, to St. Jude, to Dr. (indiscernible) and not one

14    person was interested.  I always said that he died before it

15    was fashionably time.

16         When he started on the pill, it was not widely

17    known in my community.  I grew up in Beverly Hills, which is

18    a very small community and everybody kind of knows what goes

19    on with everybody.  In addition, money is everything in

20    Beverly Hills as it's, you know, what you have, blah, blah,

21    blah.  I get the idea of having money, but not killing

22    people for it.

23         My brother was a very charismatic, generous,

24    compassionate, funny person.  He would light up a room when

25    he walked in.  He was the focus of attention.  He was always

Page 81

1    helping the underdog, volunteered his time and his money to

2    help anybody he could.  His life was worth living.

3         He had a career as a producer, was thriving in TV

4    and movies.  He worked on the Johnny Carson show.  He worked

5    with Carol Burnett, Burt Reynolds, Bob Hope, Bob Newhart,

6    the Johnny Carson show, 24.  He filmed the Pope when he was

7    in Los Angeles in 1987 and he worked on Wag The Dog and

8    more.  Before he got addicted to these drugs, he was working

9    on a documentary of growing up in Beverly Hills.

10        In 1996, he was diagnosed with something called

11   trigeminal neuralgia which is when your nerve or your vein

12   touches an artery in your brain which causes excruciating

13   facial pain.  So he had the surgery.  Unfortunately, it was

14   not successful.

15        So once he got out, the doctors keep prescribing

16   him drugs.  In 1997, he got married.  In 1996, he got

17   married.  In 1998, he bought a house.  In 1999, he had a

18   child.  So he had the perfect life.  In 2002, he sold the

19   house because he couldn't afford it because he was on drugs.

20   2002, he went to Vegas thinking he was going to make money

21   to make to pay for his drugs.  Instead, he came home with a

22   $50,000 marker that a few years later he couldn't pay, which

23   landed him in jail twice where he had strokes due to the

24   withdrawal from the OxyContin.

25        One of the doctors that he went to said, "I've got

Page 82

1   the best pain pill, better than sliced bread.  This is going

2   to take away all of your pain."  So they prescribed him 10

3   mg of OxyContin and that immediately moved him up to 80.  He

4   knew how to rig the system with his insurance.  He had

5   several life insurance policies he cashed in, several

6   disabilities.  He was not a poor, street heroin person.  He

7   was a good, well-to-do Beverly Hills drug addict on

8   prescribed medication.  He could afford his stuff until he

9   was taking more and more to live his life.

10          So he wasn't Richard.  He was not a drug addict, a

11   heroin addict.  He was an OxyContin addict, with OxyContin,

12   oxycodone, Roxicodone, fentanyl pills, fentanyl lollipops

13   and more, which he spent all his money.

14          The doctors kept writing more.  He knew how to rig

15   the system.  He knew how to rig Medicare, Medi-Cal.  He

16   filled his prescriptions in different places.  The doctor

17   wrote him 10 scrips a day because I found them at his house

18   the day he died.

19          He was never in his right mind.  He smashed three

20   cars.  He had his license taken away twice.  He was driving

21   his daughter home one day and he smashed right into a wall

22   and he broke his foot.

23          His daughter has disowned him.  He got a divorce.

24   Her mother has badmouthed my brother and has made sure that

25   the daughter never sees my mother, the grandmother, or

Page 83

1   anybody on my side of the family.  They have completely

2   excluded her.

3           During my brother's addiction, since he wasn't

4   getting enough pills, he moved to Florida where they had

5   many pain clinics.  He didn't get enough pills there.  He

6   had some accidents.  He took an ambulance to the emergency

7   room twice.

8           My father was there.  My father disowned him based

9   on what he looked like, drooling, slobbering and everything

10  else.

11          He came back to California which was really weird.

12  My mother and I couldn't figure it out.  He came back to

13  California so he could go to rehab to get more pills.

14  That's where he learned how to chew and snort the oxy.  So

15  he got out of there and he came home and planned to get more

16  pills.

17          He figured out which doses he could get covered

18  and what he couldn't.  He spent a fortune.  He cashed in his

19  life insurance policies for half a million here, half a

20  million there to cover all the pills that he had to pay for.

21  I even have copies of his letters that he wrote to his

22  doctors begging them to send the prescriptions to Florida.

23  The one doctor that wrote him the 10 scrips in a day, who is

24  still prescribing today, sent him the oxys to Florida.  They

25  filled the prescription for him and mailed them to him.

Page 84

1     That's the most insane thing.

2           When he was home, he had another car accident

3     which landed him in a wheelchair.  He needed homecare.  He

4     had to have his gallbladder removed.  He had several other

5     surgeries due to all these pills.

6           And he was very isolated.  We just thought he was

7     an embarrassment.  We didn't know what this drug was.  Every

8     time he went somewhere, we just thought he was this like out

9     of control drug addict.  He was an embarrassment.

10          It wasn't until later that I learned that it

11    really wasn't his fault and that he was in as much pain

12    looking at his schedule when I documented all the doctors'

13    appointments and all the prescriptions.

14          Sacklers, you did a great job on promoting the

15    sales rep or the doctors to keep writing the prescriptions.

16    That same doctor, one of them is still writing today.  And

17    nobody seems to want to stop them though.

18          He is now divorced, estranged -- as I said, he is

19    divorced, estranged from his daughter.  He was estranged

20    from my father.  And as they kept increasing his dose, he

21    made the Sacklers more money.

22          So I don't understand how a family could be so

23    greedy.  I grew up in Beverly Hills.  I understand the

24    money.  But everybody who is here today is having a terrible

25    story.  You haven't agreed or admitted any fault and I now

Page 85

1    would probably kill you and it's pride, but if you could at

2    least take responsibility and/or apologize and/or at least

3    pay a little money to the people that have dead people in

4    their families because they don't have the option to go to

5    rehab, they're gone.  I just think that would make a big

6    difference and it doesn't take too much effort on your part.

7    That's it.

8            THE COURT:  Okay, thank you.  The next person to

9    speak is Keola Maluhia Kekuewa.  I hope I'm pronouncing that

10   right.

11           MR. KEKUEWA:  Yes, Your Honor.  Aloha and thank

12   you.

13           THE COURT:  Good afternoon.

14           MR. KEKUEWA:  I am from an ancient culture native

15   to these islands where your OxyContin found its way to.  We

16   are a beautiful and loving culture, rich in nature's bounty

17   of beauty.  I live on the largest island in a small town

18   called Hilo.

19           I have a beautiful and faithful family.  My mom

20   gave birth to most of us at home.  We grew up feeling

21   tenderly attached to by generations of family and friends

22   that call Hawaii home.  We love to live with aloha.

23           I became homeless because my family could not

24   watch what I was doing to myself.  They were so very

25   confused why I would not just stop taking those pills.  I

1  watched them betray their natural inclination to nurture me

2  because now I am an OxyContin drug addict.  And in shame, I

3  wandered the island.

4         Before Oxy, I had a beautiful home and life.  I

5  worked for the Smithsonian, an observatory on top of the

6  largest mountains on this planet, Mauna Kea and Mauna Loa.

7  I worked with travelers to Hawaii to peer into the universe

8  through astronomy.  I was pure and content.  I was full of

9  life and aloha and was continuing the island legacy of my

10  ancestors and all was truly well.

11         On Thursday, September 30, 2003, they told me the

12  only way to get off OxyContin is to do what's called a

13  medical detox followed by treatment, which the island I

14  lived on didn't have.  It began with the plane ride to a

15  hospital.  I arrived and was stripped of all personal

16  belongings including my dignity and admitted into a

17  psychiatric ward.  But I am just on medication from the

18  doctor.  After a week at the hospital, I was moved to a

19  behavioral treatment center for --

20         THE COURT:  I'm sorry, we lost you for a second.

21         MAN 1:  After a week at the hospital, I was moved

22  to a behavioral treatment center for drug addicts and

23  alcoholics.  I was the only one there trying to get off

24  medication from the doctor.  The program of recovery applied

25  to everyone was created for alcoholics.  I shocked the

1    intake nurse and the counselors when I told them that I just

2    learned at the hospital that I'm addicted to opiates and

3    that this was the next step to get off of OxyContin.

4            They were clueless.  I was introduced to the

5    concept that I need to admit that I've been in denial and

6    that I'm a drug addict and alcoholic.  A few days later, I

7    experienced my personal worst nightmare of being secured to

8    a hospital gurney and humiliated.  This began two decades of

9    attempts to get off of OxyContin.

10           Twenty years of trying to convince myself to

11   believe what I knew to be a lie for me that I am powerless

12   over my condition.  They said I gave up my right of free

13   will when I decided to use drugs.  But I'm taking medication

14   from my doctor for my pain.  No one believed me.

15           I kept a detailed journal of events and what's

16   called recovery.  Recovery from what, I would ask?  The

17   answer is, my life is out of control.

18           David, today, I'm 44 years old.  I live in a

19   building that one of my friends work in.  I just got an air

20   mattress, Teresa, so I don't have to sleep on the floor.  I

21   never got off opiates.  Last month my insurance rejected by

22   prescription for the only medication that I can take to keep

23   at bay what's called one of the worst possible states a

24   human body can mind can be in, opiate addiction.

25           I survived three very serious suicide attempts.

1    And waking up with tubes to my throat and lines in and out

2    of my body became the norm.  I am considered disabled and

3    continue to work through the trauma caused by your

4    OxyContin, a condition you and your family, Richard, chose

5    to fuel with your business practices, morals, and chosen

6    perspectives, attitudes, dreams, and aspirations.

7              I could have done without taking the 20-year

8    trauma trip your business did to me.  And I hope that you

9    never forget that here in paradise on my island, you have

10   not destroyed me like so, so, so many victims that your

11   business assaulted.  I will live and love and love to live

12   with aloha.  My name is Keola Meluhia Kekuema.  It means the

13   peaceful and content life.  The lawyer said I'm one in a

14   million.  The doctor said that I'm the minority of patients

15   who successfully triumph the condition called addiction that

16   you lied about by saying OxyContin was not addictive.

17             As my first-person experience proves, it is not

18   only addictive, but deadly.  The last time I tried to take

19   my own life was in May, May 2018.  And my family continues

20   to watch hoping that I survive.  I want it to end.  I put in

21   the work and bought into a system that's rigged against me.

22   And yet I stand here before you to tell you that what you

23   did was wrong and that you need to pay for what you did.

24   May God have mercy on all of your souls.

25             THE COURT:  Thank you.  The next person to speak

Page 89

1    is Vicki Bishop.

2           MS. BISHOP:  Good afternoon, Your Honor.

3           THE COURT:  Good afternoon.

4           MS. BISHOP:  My name is Vicki Meyer Bishop.  I am

5    from Maryland.  I am Brian's mother.  This is my beautiful

6    son, Brian.  It's well-known that the Sackler family

7    worships numbers, sales, bank accounts, profits.  In fact, I

8    believe the numbers are the reason we are all here.  Today I

9    would like to share with Richard, David, and Teresa the

10   numbers that haunt me since my son Brian's overdose death in

11   2017.  1601, the number of days since I have looked into my

12   son Brian's eyes.  23, the number of times my son Brian went

13   to rehab trying to break his addiction to opioids.  109

14   missed family celebrations, birthdays, and holidays.  And

15   14, the number of times I planned my suicide in great

16   detail, including renting hotel rooms.

17           My son Brian Wayne Meyer was born August 19, 1972,

18   when I was only 19 years old and we grew up together.  Brian

19   was proud to be a mama's boy and I was completely smitten

20   with my beautiful son.  Brian had a very close bond with his

21   younger brother Jason, so close that two years ago when

22   Jason had a son of his own, he named him Brian after his

23   adored big brother.

24           When Brian was in his late 20s and worked in

25   construction, he fell through the roof and was badly

1    injured.  Brian's injuries and pain were treated with the

2    very best non-addictive prescription drugs available,

3    OxyContin.  By the time he was healing and the medication no

4    longer prescribed by his doctor, Brian was profoundly

5    addicted.

6           What happened next is a familiar tale of pill

7    mills and opioid drugs purchased on the street.  It was a

8    daily burden for Brian to feed the monster and keep himself

9    from getting dope sick.  And many, many times he tried to

10   break his dependence through rehabs or self-discipline.

11          But sadly this horrible lifestyle haunted us for

12   another 15 or more years.  We went through successive

13   relapses, overdoses and repeat.  It was unbelievably brutal

14   for Brian and terrifying for his family.

15          Sadly, most of the stories end the same way and

16   Brian's shatterproof opioid addiction killed him on October

17   31, 2017.  He was 45 years old.

18          Shame on you Richard, David, Teresa and all the

19   other Sacklers who put your greed before the lives of so

20   many people.  I cannot bring my son Brian back, give him a

21   drug-free life or a chance for happiness.  I cannot take

22   away his brother's heartbreaking pain.  I cannot even find

23   the words to adequately describe the unhealed wound inside

24   my own heart.  But I can ask that when you Richard, David,

25   and Teresa put your heads down on your pillows tonight and

Page 91

1    close your eyes to sleep that you see my son Brian and you

2    visualize his opioid-addicted life that led him at the age

3    of 45 to a cold steel table in the Baltimore County Medical

4    Examiner's office, blue, alone, and dead from a fatal

5    overdose.  I want you to consider your personal role in this

6    tragic waste of my son Brian's life because this is what I

7    see every night when I close my eyes and try to find the

8    sleep that rarely comes.

9              THE COURT:  Thank you.  Next person to speak is

10   Mark Ferri.

11             MR. FERRI:  Good morning, Your Honor.  Can you

12   hear me okay?

13             THE COURT:  Yes, good morning.

14             MR. FERRI:  Thank you very much.  To Richard,

15   Teresa, and David, what is a life worth?  As an eligible

16   personal injury claimant, although I have not experienced

17   death due to opiate use disorder, I have lost nearly 20

18   years of the once productive and rewarding life and career I

19   used to enjoy.  In my view, it's very much the equivalent of

20   a slow and toxic death.

21             I believe I represent one of the most certifiable

22   accounts of a college-educated, broadcast media executive

23   whose life over time became decimated both personally and

24   professionally by Purdue Pharma and its affiliates.  My

25   submitted claim to the court clearly outlines the details of

1    that experience.  After enduring emergency spinal cord

2    surgery in 2001, I was diagnosed with cauda equine syndrome

3    due to severe lumbar disc herniations and acute spinal

4    stenosis.  I suffered temporary paralysis from the waist

5    down for months and eventually emerged from recovery.  Soon

6    after, I began to experience lower back and left leg pain on

7    a daily basis.  Over time, it became chronic.

8            By 2005, I was consistently prescribed both

9    OxyContin and oxycodone manufactured by Purdue Pharma on a

10   monthly schedule.  I was never appropriately advised by my

11   provider on the potential risks involving long-term use.  My

12   doctor's mission was simply to focus on ways to potentially

13   get me out of the pain I was in.  However as the months

14   turned into years, the prescriptions and dosage levels

15   continued to escalate as I sought relief from the

16   debilitating agony I was constantly in.

17           Eventually, my daily levels continued to escalate

18   to a threshold of 200 mg OxyContin extended-release daily,

19   plus an additional 80 to 100 mg of oxycodone for what they

20   called breakthrough pain.  Any certified health professional

21   would have considered this dosage level to be the equivalent

22   of a terminal cancer patient, not someone with acute

23   sciatica and herniated discs.  Over time, the drugs began to

24   clearly alter my ability to focus; my creative spirit and

25   attention to detail began to slowly slip away.  It put

Page 93

1    unexpected strain on my friends and family and began to

2    damage my professional career pursuits.

3              Eventually, what started as an avenue for pain

4    management very easily progressed into a full-blown opiate

5    addiction disorder.  I was no different than a heroin

6    addict.

7              The next surprise was realizing that the drugs

8    were no longer working.  After so many years of use, I had

9    built up a tolerance to the medication and I was now a

10   prisoner of the drug.  If I didn't maintain the proper

11   dosage levels, withdrawal symptoms came on like a mobilizing

12   sort of fog.  It steals your productivity and you become

13   easily agitated.  In time, you are existing and you're no

14   longer living.  You worry if you remembered to bring your

15   meds wherever you travel and whenever you leave your home.

16             Eventually as you become more withdrawn, you end

17   up easily alienating others, though your true gift is really

18   loving kindness to all.  Can the Court still hear me?

19             THE COURT:  Yes.

20             MR. FERRI:  By 2019, I was approaching nearly 20

21   years of battling my disorder.  The reality of the fallout

22   became astonishingly clear.  Although I had thankfully never

23   attempted to buy drugs on the street, I had become an addict

24   through legitimate means; monthly prescriptions, written

25   long-term by my physicians with no end in sight.

Page 94

1           Over time, I lost my home, my career path, spent

2     my life savings and was estranged from family and friends.

3     I thought to myself, at my age I should be preparing for

4     executive retirement.  Instead, I am facing the challenge of

5     rebuilding my life while managing physical and mental health

6     issues brought up by the long-term use of these horrible

7     medications.

8           Last year, I learned I was a candidate for an

9     additional spinal surgery to try and get things corrected.

10    This was a long time in coming.  There was a strong chance I

11    could emerge more pain-free, but there was also the danger

12    of complications.  After a horrific detox program poorly

13    managed by a nearby treatment facility outside of

14    Philadelphia, I emerged opiate free.  Today, I am recovering

15    from surgery and hope to remain pain-free.  I share this

16    story to give others hope as the scourge the Sacklers were

17    instrumental in creating continues to impact our society.

18    While you will have forged a settlement with the Bankruptcy

19    Court to put an end to those proceedings, like the public

20    majority, I believe it is far too little, much too late.

21    The trust that has been created to manage the opiate

22    abatement issue moving forward will never come close to

23    providing adequate restitution for what claimants have

24    experienced.

25           Unlike Bernie Madoff, who was forced to return

Page 95

1    hundreds of millions of illicitly held funds and withstand

2    legal punishment until his death, it appears you have all

3    escaped this case with no admission of guilt along with

4    enough money to enjoy the remainder of your years.

5              Richard, Teresa, and David may you all struggle

6    endlessly with the fact that your greed to pursue increased

7    profits resulted in the loss of thousands of lives, the

8    complete destruction and distrust of millions more, and the

9    birth of an ongoing endemic that will always have reference

10   to your name.  Thank you.

11             THE COURT:  Thank you.  All right the next person

12   to speak is Ed Bisch.

13             MR. BISCH:  I am speaking for my family, my

14   departed son and for all the relatives of over a million

15   people who fatally overdosed since the Sackler family

16   launched OxyContin.

17             At a recent congressional hearing, the Sacklers

18   were hammered with many insults, but Congressman Jim Cooper

19   said it best: "I'm not sure I know of any family in America

20   that is more evil than yours."  The many crimes are well-

21   documented in a multitude of books, starting way back in

22   2003 with Painkiller followed by 3 Million, Dope-Sick,

23   American Overdose, Pharma, Empire of Pain, Unsettled, and

24   the list goes on and on.

25             I am here today to tell you what devastation and

Page 96

1  regret feels like.  I first heard the word OxyContin in 2001

2  when my 16-year-old daughter found her brother, my only son,

3  dead in his bed after attending a high school party.  Talk

4  about family devastation.  Unless you've been through it,

5  you just cannot comprehend.  That brings me to regret, and

6  the regrets I am going to mention should only be regrets of

7  your family.

8          Is there regret for running sales seminars under

9  the guise of medical education and funding pain

10 organizations so generously that you are able to con and

11 pressure the medical community to prescribe highly addictive

12 opioids for everyday pain, resulting in the loss of

13 countless lives?  Is there regret for expanding your sales

14 force after the 2007 felony convictions, knowing that it

15 would increase deaths in addictions across the country?  Is

16 there regret for yet again Purdue pleading guilty to

17 felonies in 2020 by manipulating the politicians at the

18 Department of Justice and continuing to give executives

19 generous bonuses?  Is there regret for never, ever pulling

20 back on the push for the greater sales while the death toll

21 rose year after year?  Is there?

22          This bankruptcy court is not a criminal court.  It

23 provides no justice.  I implore you, U.S. Attorney Sellinger

24 from my home state of New Jersey to review all the evidence

25 in this case, follow their money, and convict every single

Page 97

1    individual involved in this deadliest crime of the century.

2    I called this a bankruptcy scam from day one, its sole

3    purpose, to buy Sackler immunity.  Without a criminal

4    prosecution, there really is no deterrent.  U.S. Attorney

5    Philip Sellinger, in these darkest of days, America needs a

6    hero.  Thank you.

7              THE COURT:  Thank you.

8              Next person to speak is Shelly Whitaker.

9              MS. WHITAKER:  Yes, hello.  Good morning, Judge

10   Drain.  My name is Shelly.  I am the biological mother of

11   three children impacted by neonatal abstinence syndrome.

12             In 2005, I was diagnosed with RA and lupus.  My

13   doctor started prescribing Vicodin, how after -- however,

14   after about a month, he prescribed OxyContin and oxycodone

15   to take off the pain.  This left me wanting more oxycodone.

16   The more I was given, the more I wanted, and I became

17   extremely addicted.  I would lie and say my prescription was

18   stolen just so I could have more.  My doctor was not

19   hesitant to increase my dose and amount.  I was extremely

20   dependent on the drugs.

21             In 2006, I became pregnant with my second child.

22   I was very hesitant to take my pain medication because it

23   wasn't safe to take ibuprofen, so why would it be safe to

24   take OxyContin?  My doctor assured me that it was safe and

25   that my baby would be fine.  Well, that turned out to be a

Page 98

1    lie, but I didn't know it yet.

2           When my son, my second child, was born, he was

3    very unhappy, crying, yawning, sneezing, twitching,

4    vomiting, diarrhea, and chills were a constant occurrence.

5    He was miserable, to say the least.  I had no idea it was

6    the pain medicine causing him to go through withdrawal.

7           It wasn't until I gave birth to my third child

8    that I finally understood what had happened.  With my third

9    pregnancy, I was on an even higher dose of painkillers for

10   my conditions.  When he was born, they took him straight to

11   the NICU with all of the same miserable symptoms my second

12   son had had.  It was then that I understood that my other

13   child had gone through withdrawal also.  My third child was

14   weaned off the medication with the use of morphine.

15          These poor kids.  What had I done?  After that, I

16   decided I didn't want to be on such intense medication, so

17   my doctor referred me to a Suboxone clinic.  I was told

18   Suboxone was a lot safer, and that if I were to get pregnant

19   again, the baby would have no problems.  Well, that was a

20   lie too.  I got pregnant with my fourth child, and when he

21   was born, he had all the same symptoms the other two did.

22   My poor babies.

23          I cannot go back and fix what happened, but I do

24   take full responsibility for what I did.  I wish you could

25   take some responsibility for all of the children and

Page 99

1    families your product has impacted.  The shame you should

2    feel is immeasurable.  You knew these drugs were addictive

3    and harmful to children in the womb, and you didn't care.

4    You -- you were making money off of all of our pain and

5    suffering.  Our addiction was filling your pockets.

6         You are despicable.  Your greed has affected my

7    children for the rest of their lives.  All three are in

8    therapy and on IEPs at school.  They don't know how to

9    control their emotions.  They have emotional outbursts and

10   have a hard time even talking correctly.  My youngest can't

11   even read, and he is in the third grade.  My oldest won't

12   leave his room for anything.  He has anxiety so bad, he

13   won't even go to school.

14        I truly hope you are proud of yourselves.  You

15   have ruined my children's lives.  Statistically, they are

16   more likely to have depression and/or drug addiction, and it

17   is all due to being born dependent.  With inadequate

18   resources to deal with these problems we try to preserve,

19   and I am trying to see that my children have the best life I

20   can provide for them.  Thank you.

21        THE COURT:  Thank you, ma'am.

22        The next person to speak is Liz Fitzgerald.

23        MS. FITZGERALD:  Yes, hi.  Can you hear me?

24        THE COURT:  Yes, I can.  Good afternoon.

25        MS. FITZGERALD:  Thank you, good afternoon.

1          My name's Liz Fitzgerald, and I am speaking on

2     behalf of my entire family.  I am directing my comments to

3     the entire Sackler family, but mainly with disgust at

4     Richard's cowardice, who couldn't muster up enough remorse

5     and decency to show his face today.

6          Richard, I am a mother of five children, four

7     beautiful boys and a lovely daughter.  I am their voice to

8     let you know how my two sons, Matthew and Kyle, were

9     helpless pawns that succumbed to defeat as you built your

10    empire and sat upon your throne of lies.

11         Richard, we are originally from Queens Village,

12    New York, a town you no doubt are familiar with when you

13    worked in Creedmoor, a mental hospital where you should have

14    stuck to selling laxatives.  Instead, you ventured into

15    other areas of medicine and ultimately decided to pervert

16    the bedrock principle of medicine to do no harm and to do

17    something sinister to profit with your lies and greed.  You

18    chose money over the protection of those who needed you.

19         My son Kyle suffered a terrible injury.  He ended

20    up in the ICU and was discharged with an OxyContin

21    prescription at 16 years old.  This was about the same

22    timeframe when you, Richard, and your family, abused your

23    power and privilege by selling the FDA a lie about

24    OxyContin.  Included in this great lie was that this

25    powerful and highly addictive medication had less than one

Page 101

1     percent chance leading to addiction.  We lost Kyle at the

2     age of 25 after a nine-year battle with opioids because of a

3     medication you peddled no different than the typical street

4     drug dealer.

5             My son Matthew was introduced to a pill in high

6     school by a friend who shared it with his senior class, and

7     became addicted to your deadly medication.  Matthew suffered

8     injuries due to a motor vehicle accident, which further

9     fueled his addiction.  While legally being prescribed your

10    product over and over, he fell deeper and deeper into

11    addiction.  Matthew was only 18 years old when your product

12    hijacked his brain.

13            Richard, my son Matthew told me "Mom, I wish I

14    never took that pill."  When the drug wasn't readily

15    available and the addiction was raging, Matthew turned to

16    heroin.  After nearly 15 years of addiction, Matthew lost

17    his life at 32.  That's right, Richard.  I lost two boys.

18    Two boys are gone because of your "safe medication."

19    Matthew and Kyle were incredibly close, best friends,

20    brothers, and inseparable.  The pain it has caused our

21    family is unbearable.

22            Matthew has a beautiful daughter who lost her

23    uncle Kyle.  Then four years later, instead of telling her

24    bedtime stories and celebrating her accomplishments, she's

25    left empty and alone and confused.  I told her all about

1   you, Richard, and your family, and that you are the

2   definition of greed.

3            Richard, your drug was the catalyst for our

4   family's heartache, one which you can never imagine we've

5   endured twice.  We buried Matthew and Kyle because of your

6   family's vicious acts of disregard for human life.  They

7   were brothers, nephews, cousins, grandsons, and a father.

8   They were my babies.  It's disgusting that after all of this

9   you still get the privilege of calling yourself a doctor and

10  that you're now profiteering from treatments related to the

11  epidemic you've created.  Richard Sackler, arsonist and

12  firefighter.

13           My family wanted me to share the following.

14  Matthew and Kyle's dad has this to say.  "This has indeed

15  been a nightmare.  I miss my boys every day.  This has

16  wreaked havoc through our family, and time will never heal

17  the wounds your family has caused.  These feelings will be

18  with me forever.  A parent should never bury their kids,

19  never mind thinking of their final moments on this Earth.  I

20  miss my sons more each day."

21           Justin, my eldest son, has this to say:  "Certain

22  words and phrases stuck with me after ten years-plus of

23  watching recovery, relapse, overdose, and ultimately the

24  death of my brothers.  Stuck on the sidelines of a game we

25  couldn't and didn't win.  I watched my mother and father try

Page 103

1    in vain to tireless coach my brothers through.  Aside from

2    my brothers, I watched families I loved bury several

3    teammates that were prescribed your medication for injuries

4    sustained in sports.  Richard, you're a remorseless

5    parasite.  You're a scourge to humanity.  May God have mercy

6    on your soul."

7            He wrote this poem for his brothers what he has

8    seen throughout a decade.  And I quote, "I see the song --

9    storm clouds coming, foaming at the mouth, God's drumming.

10   I see two horsemen riding, bending spoons with their minds,

11   sands falling.  Drop the needle to the vinyl, the song

12   remains the same.  Just wash away mama's tears, papa's fears

13   and winding steam engine down the track.  Keep firing.  Repo

14   man, he's the debt collector.  Pay your due until tendered.

15   Judge and jury in these trials, spin that record on these

16   banes.  Baptize the pain.  Honeybee, honeybee, keep flying,

17   no pollination from the dust.  We're dying.  'Crack knuckles

18   to the bone,' a wise man said.  The saddles are empty.  The

19   soul's eater has been fed.  Just wash away."

20           My only daughter Megan wanted to add: "Because of

21   your lies, I lost two brothers.  I am their only sister.  My

22   brothers will never get to see me get married, laugh and

23   joke with me, and have fun like we used to.  The worst part

24   of it all is we'll never get to have family parties and

25   watch our kids grow up together as cousins.  Kyle was

Page 104

1    younger than I am now when he passed.  I will be forever

2    changed because of the horror our family faced with the loss

3    of my two brothers.  I am permanently scarred because my

4    brothers were addicted to your product."

5           Troy, my youngest son:  "Opioids have altered my

6    life forever.  Not only have I lost two brothers and

7    countless friends, but I've lost the ability to feel.  My

8    childhood/my early adulthood was overshadowed by war stories

9    written with a lens of despair, secondhand desperation and a

10   battle between self-preservation and unconditional love.

11          "I lost my ability to sleep, and I spend my final

12   waking hours of the day unintentionally recounting vividly

13   my attempts at resuscitation after opioid overdoses, both

14   successful and unsuccessful.  It's genuinely hell.  I've

15   managed to help many of those close to me.  I give them all

16   of me.  I did this because I had to because you made me.

17          "Every episode, tragedy a result of your deadly

18   addictive opioid, even reflecting on what we would call

19   triumphs of life, they're all small victories in a senseless

20   battle in an endless war with addiction.  I'll never recover

21   fully, just as an addict does -- doesn't, and it was all

22   preventable."

23          I want to close with this, saying about the loss

24   of my child.  Although I am forced to change some of the

25   wording, my children did exist.  I lost two children, I hear

1   myself say, and the person I'm talking to walks away.  Now,

2   why did I tell them?  I don't understand.  It wasn't for

3   sympathy or to get a helping hand.  I want them to know my

4   children were here.

5           My children left something behind, which no one

6   can see.  My children made two people into a family, so if

7   I've upset you, I'm sorry as can be.  You have to forgive

8   me, and I could not resist.  I just wanted you to know my

9   Matthew and Kyle did exist, and I'd like to share a picture

10  of my children.

11          Oh, wait, I'm blurred.  I'm sorry, I cannot.  Hold

12  on a minute.  I want to show a picture of my children if I

13  can.

14          THE COURT:  It's fine.

15          MS. FITZGERALD:  These are my five beautiful

16  children whose lives have been destroyed because of your

17  deadly lies.  That's all I have to say.

18          THE COURT:  All right, thank you.

19          The last person to speak today is Scotti Madison.

20          MS. MADISON:  Yes, sir, Judge Drain, Your Honor.

21  Can you hear me, sir?

22          THE COURT:  Yes, I can.  Thank you.

23          MS. MADISON:  Thank you so much for your tireless

24  efforts and for allowing this venue.  We greatly appreciate

25  it.

1          To the Sacklers, I do thank you for allowing us,

2    your accusers -- for you to face us.  I do not find this

3    opportunity to speak today to be either a blessing or a

4    privilege.  It is, in fact, an obligation.  This onus is

5    upon me to honor my son's name, to represent the 140,000

6    Claimants, and to speak for the silent voices of some

7    500,000 men and women, mostly young, who have stepped into

8    eternity far too early because of OxyContin.

9          Today I do not come to you, David, Theresa, and

10   Richard, to cast a stone upon your family, for I'm not

11   worthy to be the one who picks up the first rock and hurls

12   it in your direction.  I simply hope to deliver a message

13   that reaches the depths of your soul, the first of which is

14   forgiveness.

15         When I was ten years old, I lost a mom and a

16   sister in a car accident.  The man driving ran a stop sign.

17   Sadly, he was drunk.  For the next 15 years, every year on

18   the anniversary of that accident, that man would drive 60

19   miles one way to place flowers on the graves of my mom and

20   my sister, little Jane.  I wonder what he thought about as

21   he made that drive, if there were any regrets about putting

22   the bottle to his lips.  Is this how he made peace with

23   himself after making such a life-altering mistake?

24         This man suffered from the disease of alcoholism.

25   He couldn't stop drinking.  You, on the other hand, your

1    disease was greed, and you wouldn't stop making money even

2    when you knew something was morally dreadful.  I don't

3    believe you started Purdue Pharma with the intention to kill

4    500,000 people, nor did that drunk driver intend to kill my

5    mom and sister on that summer day in 1969.  When in 2007,

6    when confronted with a high-level addiction, Richard and

7    David, your response showed us you shielded us from the

8    truth because money was too good to give up.

9              This is my son, Trent, the most important person

10   in my life.  He was everything to me; 6'4, had a booming

11   laugh, and everyone he saw, he greeted with a big hug and

12   smile.  He was everyone's best friend and so respectful.  I

13   did everything with my son.  We did everything together.  I

14   coached his baseball teams.  We took hunting trips.

15             I remember the day Trent told me he was addicted

16   to OxyContin.  He called me from the campus of the

17   University of Alabama.  I could tell his voice; there was

18   great fear.  I drove the three hours, and he met me in

19   tears.  We wept together.  "Dad, I can't stop taking Oxy.

20   Dad, I'm afraid I'm going to die."  And he did.

21             Trent's sister has fought depression for nine

22   years.  Her brother was her very best friend.  She has run

23   away from life and is mad at God because she is now an only

24   child.  Trent's mom has never been the same.  She sometimes

25   cries herself to sleep.  She also fights depression.  It's a

1    struggle to laugh.  And joy, well, it's just a word.  Eight

2    hundred people both celebrated and wept at Trent's memorial

3    service.

4            For me, the most gratifying moments often came

5    when Trent and I would sit down in a restaurant together,

6    and the waitress would look at me and look at him and say

7    "Boy, you can't deny him.  He is your spitting image."  I

8    will never hear that again.

9            Writing this book probably saved my life.  Trent,

10   it's his story of how Oxy took his life and how to deal with

11   death.  My story ends in the final chapter with me painfully

12   taking Trent's ashes to the top of Mt. Sinai in Egypt, where

13   God spoke to Moses.  I wish everyone in the Sackler family

14   were required to read it.  Then you might begin to

15   understand why so many of us are angry at you, why we're

16   often inconsolable due to bone-deep sorrow, why we question

17   God, why some of us are suicidal, why we're financially

18   upside-down due to expenses of treatment centers, funeral

19   costs, and depression.

20           You might begin to understand why none of us will

21   ever be the same, but for the grace of God and forgiveness,

22   some of us have overcome.  Yet every one of us struggles

23   daily with despair, trying to figure out a way how to finish

24   life strong with a wound that never heals.

25           Richard, I'm going to read a few lines out of this

Page 109

1    book, The Other Side of the Earth, but before I begin, I

2    read where one member of your family said, "The idea of

3    OxyContin, which was very good medicine, there is nothing I

4    would have done differently."  Really?  Your family would

5    not have done anything differently?

6            Let me read a few of my own son's heartfelt words

7    spoken from the grave about Oxy.  "On November 4, 2009, I

8    showed up five hours late to my own birthday party my sister

9    threw for me because I was passed out on OxyContin.  In

10   January of 2011, I took out an $8,000 student loan to pay

11   for my apartment and school supplies yet wasted all the

12   money on Oxy in a little over three weeks.  Instead of going

13   hunting at Ted Turner's ranch with my father in 2009, I

14   stayed home so I could keep using Oxy with my friends.  In

15   March of 2011, I was diagnosed with short-term memory loss,

16   depression, and anger issues because of my drug use.  I quit

17   doing the things that I loved to do, like work out and play

18   tennis."

19           Trent's hopeless words sum up the entire story of

20   OxyContin.  Your aggressive and deceptive marketing campaign

21   added fuel to the fire.  Richard, as parents, we never had a

22   chance.  Kathy, we weren't told the truth about your "good

23   medicine."  And Dave, Theresa, this is why my son's ashes

24   today are resting eternally on top of Mt. Sinai.  You're

25   also fathers, mothers, brothers, and sisters, that like all

Page 110

1    of us, have faced your own challenges and heartaches in

2    life.  Richard, as a father, I ask you, why didn't you tell

3    everyone the truth rather than put your trust in money?

4            I end by reading Jeremiah 9:23.  "'Thus says the

5    Lord, let not the wise man boast of his wisdom.  Let not the

6    mighty man boast of his might.  Let not the rich man boast

7    of his riches.  But let him who boasts boast of this: that

8    he understands and knows me.  That I am the Lord who

9    practices steadfast love, justice, and righteousness in the

10   Earth, for in these things I delight,' declares the Lord."

11   I pray, you the Sackler family, seek peace and forgiveness

12   through Yahweh's word.

13           Thank you, Judge.

14           THE COURT:  Okay, thank you.

15           That concludes this proceeding.  I want to thank

16   each of the people who spoke.  You showed great strength.

17           (Whereupon these proceedings were concluded at

18   12:55 PM)

19

20

21

22

23

24

25

Page 111

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  March 16, 2022

[& - 90s]                                                                                   Page 1

**&**

**&**   8:24

**1**

**1**   3:6 14:17,25
86:21
**10**   1:15 2:4 82:2
82:17 83:23
**100**   92:19
**10036**   3:7
**10601**   1:13
**109**   89:13
**10:00**   17:11
**10:03**   1:16
**11**   1:5 46:24 51:6
78:13
**11501**   111:23
**11th**   56:11
**12**   38:9 66:16
73:5
**12151**   111:6
**12:00**   18:19
**12:01**   66:22
**12:55**   110:18
**13**   12:8 72:23
**14**   38:20 77:24
89:15
**140,000**   106:5
**15**   43:25 45:18,24
90:12 101:16
106:17
**16**   32:20 75:9
96:2 100:21
111:25
**1601**   89:11
**18**   17:7 66:16
101:11
**180**   63:20
**19**   9:24 17:14
40:6 89:17,18
**19-23649**   1:6
**1943**   15:17

**1969**   107:5
**1972**   89:17
**1986**   34:24
**1987**   81:7
**1989**   15:9 16:5
**1990s**   27:11
**1991**   58:10
**1995**   38:9
**1996**   21:17 81:10
81:16
**1997**   37:19 81:16
**1998**   81:17
**1999**   81:17
**1:00**   7:14
**1:30**   7:14

**2**

**20**   30:14 67:22
71:18 72:4 76:16
88:7 91:17 93:20
**200**   64:19 92:18
**2001**   24:8 92:2
96:1
**2002**   81:18,20
**2003**   16:6 86:11
95:22
**2005**   16:11 92:8
97:12
**2006**   97:21
**2007**   17:7,14 45:5
45:17 96:14
107:5
**2009**   72:23 109:7
109:13
**2010**   11:25 53:25
80:8,10
**2011**   12:2 43:21
44:9 109:10,15
**2012**   25:9 50:21
**2013**   45:23
**2014**   41:17 51:1,6
69:13
**2015**   12:8 34:21
55:17,19

**2016**   28:23
**2017**   40:6 42:6
67:3 68:9 89:11
90:17
**2018**   46:4,11 49:3
49:5 62:3 88:19
**2019**   93:20
**2020**   29:22 49:10
60:14 96:17
**2022**   1:15 2:4
111:25
**20s**   89:24
**21**   40:7 71:14
**22**   49:10 56:7
80:10
**23**   43:22 44:5
89:12
**24**   43:21 81:6
**24/7**   78:21
**248**   1:12
**24th**   44:15
**25**   34:21 44:9
48:15 101:2
**25th**   34:20 45:20
47:1
**26**   9:3,24 58:10
**26th**   12:9
**27**   27:9
**28**   55:17 57:13
67:3 68:9

**3**

**3**   95:22
**30**   12:3 29:2
55:10,19 86:11
**300**   1:12 111:22
**307**   71:2
**30th**   56:12
**31**   25:9 90:17
**32**   17:25 101:17
**33**   25:25
**330**   111:21
**34**   73:5

**36**   25:16 26:2
**3:00**   18:20

**4**

**4**   109:7
**4,804**   72:14 73:10
**40**   48:7
**42**   15:23
**43rd**   72:24
**44**   87:18
**4410**   2:2
**4495**   2:6
**45**   80:10 90:17
91:3

**5**

**5**   61:4
**50**   41:22
**50,000**   81:22
**500,000**   57:4
106:7 107:4
**580,000**   14:2,15
15:3

**6**

**6'4**   107:10
**60**   62:3,14 106:18
**60s**   6:2
**6:00**   17:9
**6:45**   17:13,14
**6:48**   17:13,16
**6:51**   17:13,17

**7**

**7/11/92**   53:15

**8**

**8**   62:2
**8,000**   109:10
**80**   61:4 82:3
92:19
**88**   62:1

**9**

**9**   2:4
**90s**   64:10

**911**   70:23,23 71:2
71:5,7,9,12,15,17
71:20,22,25 72:2
72:4,6,8,10,12
**9:23**   110:4

**a**

**a.m.**   1:16 17:13
17:13,13,14,16,17
18:19,20 49:11
66:22
**abate**   40:24 45:17
**abatement**   6:22
94:22
**ability**   9:16 34:25
92:24 104:7,11
**able**   23:3 25:21
30:21 33:8 52:5
96:10
**abnormal**   51:20
**absolutely**   31:15
**abstinence**   97:11
**abuse**   74:7
**abused**   73:22
100:22
**abuser**   24:11
**abusers**   24:9
73:25
**access**   5:5 36:18
**accident**   31:24
46:22 50:21 74:9
84:2 101:8
106:16,18
**accidents**   83:6
**accomplishments**
101:24
**accountability**
10:5 42:20
**accounts**   28:19
76:5 89:7 91:22
**accurate**   111:4
**accusers**   106:2
**aches**   26:13

**acknowledging**
24:5
**acquired**   19:2
**acted**   76:13
**action**   42:10,12
**actions**   13:13
21:10
**active**   57:7
**activist**   41:14
**activities**   26:10
**acts**   102:6
**actual**   75:25,25
77:9
**acute**   92:3,22
**ad**   10:3,4,4 42:20
**ada**   78:17
**adams**   3:18 34:8
34:9,11,13,17
37:18
**adams'**   34:17
**adapt**   51:25 52:1
**add**   67:20 70:9
75:9 103:20
**added**   109:21
**addict**   37:6 46:7
54:9 55:3 82:7,10
82:11,11 84:9
86:2 87:6 93:6,23
104:21
**addicted**   12:5
32:14 34:21 37:2
41:17 43:24 46:7
46:9 54:5,9 58:20
62:1 63:9 74:6
81:8 87:2 90:5
91:2 97:17 101:7
104:4 107:15
**addiction**   12:6,7
12:11 16:25
22:21 25:10 26:1
26:4 27:3,17
31:22,25 37:12
39:24 44:1,3

45:21 48:21,22
49:16 57:7 58:9
58:25 59:2,22
61:9 69:23 74:3
77:19 83:3 87:24
88:15 89:13
90:16 93:5 99:5
99:16 101:1,9,11
101:15,16 104:20
107:6
**addictions**   96:15
**addictive**   14:7
16:15 27:16
36:19 39:2 40:10
45:9 48:12,21
49:16 54:3 58:8
88:16,18 90:2
96:11 99:2
100:25 104:18
**addicts**   74:5
86:22
**addition**   32:1,18
80:19
**additional**   92:19
94:9
**address**   6:4 19:15
71:2
**adequate**   94:23
**adequately**   90:23
**adhd**   31:9 51:16
**adhere**   14:11
**adjustment**   51:18
**administer**   6:24
**administration**
14:13
**administratively**
1:7
**administrators**
63:9
**admission**   95:3
**admit**   75:11 76:22
87:5

**admitted**   28:7
84:25 86:16
**adored**   89:23
**adult**   60:11
**adulthood**   59:9
104:8
**advice**   26:11
**advised**   70:6
92:10
**advocacy**   10:7
**advocate**   10:13
12:18 68:15
**affiliates**   91:24
**afford**   54:16
81:19 82:8
**afghanistan**   11:25
**afraid**   17:5
107:20
**africa**   35:11
**afternoon**   85:13
89:2,3 99:24,25
**age**   17:25 25:15
25:25 26:2 27:9
57:13 62:1,16
80:10 91:2 94:3
101:2
**agencies**   14:6
**agenda**   2:4
**aggressive**   66:10
109:20
**aggressively**
62:24
**agitated**   93:13
**ago**   12:12 32:9
34:21 42:13
89:21
**agony**   92:16
**agree**   39:6
**agreed**   73:25
84:25
**ahead**   9:22 13:23
**air**   87:19

airline  65:7
airplane  40:3
airport  44:16
akin  3:3 8:24
al  1:6 5:3
alabama  107:17
alan  47:22 50:12
alarm  17:12,16
alcoholic  87:6
alcoholics  86:23
  86:25
alcoholism
  106:24
alienating  93:17
alive  28:22 50:3
  62:19 77:22
allergies  51:17
  52:5
allies  61:12
allotted  7:12 9:4
allow  17:1 57:11
allowed  46:21
  66:13
allowing  75:6
  105:24 106:1
aloha  85:11,22
  86:9 88:12
alter  92:24
altered  57:3 58:22
  104:5
altering  106:23
ambulance  70:24
  83:6
amended  2:4
america  95:19
  97:5
american  11:18
  14:1,16 15:5
  25:18 32:13
  95:23
americans  14:14
  15:1,3 43:6

amount  49:19
  50:3,24 65:15
  97:19
ancestors  86:10
ancient  85:14
angel  55:22
angeles  81:7
anger  33:23 37:10
  60:3 79:3 109:16
anglo  20:14
angry  13:7 36:25
  37:19 44:4 79:1
  79:13 108:15
anniversary
  56:10 73:4
  106:18
announcing  5:11
annoyed  17:19
anonymous  66:22
answer  18:7
  44:17 87:17
antibiotic  52:5
antibiotics  51:18
antidepressants
  62:9
anxiety  33:19
  99:12
anybody  19:7
  81:2 83:1
anymore  39:7
  49:9 74:12
anyway  11:10
  69:12
apartment  60:13
  60:23,24 109:11
apologize  6:6 11:7
  13:20 85:2
apologized  24:4
apology  24:4 43:2
appear  75:23
appearing  5:5
appears  76:25
  95:2

applied  86:24
apply  6:10
appointments
  32:22 84:13
appreciate  105:24
appreciative
  10:21
approaching
  93:20
appropriate  7:23
  14:22 43:9
appropriately
  92:10
april  40:6
architects  14:5
area  47:25 67:24
areas  100:15
arguments  57:18
arik  3:9 8:24
arlington  44:22
arm  17:21 55:7
arms  55:1
army  10:15 15:18
  61:24 62:14 64:6
  66:16
arrangements
  40:4
arrival  18:8,9
arrived  15:10
  86:15
arsonist  102:11
artery  81:12
articles  10:8
artist  10:13 41:14
ashamed  22:24
  52:25 60:12 70:3
ashes  56:8 108:12
  109:23
aside  5:12 65:13
  103:1
asked  5:17 19:19
  28:15 36:22
  44:22 70:3 79:7

asking  18:5,13
asleep  17:4
aspirations  88:6
assaulted  88:11
associates  73:21
association  80:13
assured  16:16
  69:17 97:24
astonishingly
  93:22
astronomy  86:8
athletic  67:4
attached  85:21
attempt  28:8
attempted  93:23
attempts  62:5,10
  87:9,25 104:13
attended  12:11
  23:8
attending  96:3
attention  25:16
  80:25 92:25
attitudes  88:6
attorney  96:23
  97:4
attorneys  3:4 10:3
audacity  24:2
audio  6:15
august  15:9 25:9
  89:17
aunts  11:21 56:3
auschwitz  15:20
autism  31:9
autistic  78:13
automatically
  17:15
ava  59:16
availability  28:17
available  6:12
  90:2 101:15
avenue  93:3
average  25:18

**avoid** 14:13 17:3
19:9 69:15
**awareness** 12:16
**awful** 34:16 78:7
**awoke** 63:24
**azerbaijan** 15:24

**b**

**b** 1:21 47:14 58:4
**babies** 52:20
98:22 102:8
**baby** 51:4,8 54:18
66:2,3 78:3 97:25
98:19
**babysat** 35:21
**back** 9:21 28:6
34:3 38:21 43:25
44:24 45:16 46:3
46:7,9 48:7,20
50:23 54:19
55:11,12 64:1
67:6 69:7,9,15
76:8 83:11,12
90:20 92:6 95:21
96:20 98:23
**backed** 55:5
**background**
14:17,19,21 26:9
**bad** 33:14 78:5,10
99:12
**badly** 89:25
**badmouthed**
82:24
**bag** 57:21 60:25
61:2,2
**balance** 59:10
**balls** 60:12
**baltimore** 57:13
91:3
**band** 33:17
**banes** 103:16
**bank** 28:19 89:7
**bankruptcy** 1:1
1:11,23 19:1

24:14 76:9 94:18
96:22 97:2
**baptize** 103:16
**bar** 28:14
**barely** 18:6 30:6
62:10
**barked** 63:15
**baseball** 11:19
107:14
**based** 10:1 32:8
32:25 51:15 83:8
**basement** 49:13
**basic** 28:1
**basis** 15:21 92:7
**bathroom** 23:20
29:4 55:20
**battle** 31:25 59:24
101:2 104:10,20
**battling** 50:23
58:25 93:21
**bay** 87:23
**beach** 52:4
**bear** 35:19 55:23
**bearing** 42:11
**beast** 67:11
**beat** 33:9 66:6
**beating** 18:22
**beautiful** 26:16
27:8 38:7 39:5
52:23 56:19
85:16,19 86:4
89:5,20 100:7
101:22 105:15
**beauty** 85:17
**becoming** 57:25
**bed** 17:10,10 32:3
53:7 57:21 60:15
61:2 64:1 72:25
96:3
**bedrock** 100:16
**bedroom** 47:5
**bedtime** 101:24

**beeps** 23:21
**befriended** 36:10
**beg** 65:13
**began** 25:10 54:3
54:25 74:7 86:14
87:8 92:6,23,25
93:1
**begging** 83:22
**beginning** 45:2
**behalf** 2:5 8:25
13:24 27:4 61:23
75:12 80:2 100:2
**behavior** 36:7,11
72:18
**behavioral** 31:14
86:19,22
**beings** 75:25
**believe** 6:6 8:6,7
22:13 23:14
27:18 33:11
37:13 49:7 69:1
77:24 87:11 89:8
91:21 94:20
107:3
**believed** 49:12
87:14
**believing** 36:19
**belongings** 86:16
**beloved** 12:25
65:2
**bench** 55:15
**bending** 103:10
**beneficiaries**
75:21
**benefited** 74:20
**benefits** 34:19
78:23
**bernie** 94:25
**best** 18:18 32:25
34:4 38:10 46:24
47:23,24 53:18
55:23 79:8 82:1
90:2 95:19 99:19

101:19 107:12,22
**betray** 86:1
**better** 29:14
74:14 82:1
**betty** 48:18
**beverly** 80:17,20
81:9 82:7 84:23
**beyond** 7:18
**bible** 35:15
**big** 11:20 35:2
40:22 58:12
66:12 85:5 89:23
107:11
**biggest** 50:7
**biking** 38:16
**bill** 4:4 70:16
**billion** 74:8
**billionaire** 75:19
**billionaires** 75:16
**billions** 6:21
21:12 40:12 57:5
73:12
**bills** 49:21
**biological** 97:10
**birth** 77:25 85:20
95:9 98:7
**birthday** 12:9
26:9 66:23,24
72:24 73:3,4,7
109:8
**birthdays** 57:17
75:20 89:14
**bisch** 4:11 95:12
95:13
**bishop** 4:9 89:1,2
89:4,4
**bit** 11:16 23:7
49:22
**black** 22:7 35:7,9
58:22
**blah** 80:20,20,21
**blake** 3:16 26:24
26:25 27:2,2,5,5

30:2
blame  24:2 72:20
blamed  22:24
  67:14
blank  44:25 47:7
blessed  16:4
blessing  106:3
blinking  77:6
blizzard  21:18,19
  30:10
bloated  34:22
  36:20
blooded  21:11
bloodshed  15:11
blow  69:24
blown  54:9 93:4
blue  71:5 91:4
blur  28:10
blurred  105:11
blurry  18:8
board  70:5
boast  110:5,6,6,7
boasts  110:7
bob  81:5,5
bobby  44:21,25
bodies  21:15
bodily  62:5
body  45:1 47:8
  50:22 53:20
  68:14 72:25
  87:24 88:2
bond  66:25 89:20
bondage  79:12,13
bone  53:20
  103:18 108:16
bono  42:23
bonuses  96:19
book  33:23 108:9
  109:1
books  95:21
booming  107:10
boone  49:11

born  10:11 20:11
  30:15 38:9 50:19
  51:6,7,8 52:20
  53:14 58:1,10
  66:3 78:4 89:17
  98:2,10,21 99:17
borrowing  16:22
bottle  65:9 66:9
  106:22
bottles  18:10
  57:20
bought  81:17
  88:21
bounced  34:23
bounty  85:16
bowel  31:1
boy  33:10 45:21
  66:3 89:19 108:7
boyfriend  54:16
boyfriend's  55:2
boys  38:17 44:7,8
  100:7 101:17,18
  102:15
bracelet  60:16
bragged  22:12
brain  29:3 39:6
  68:10 69:21
  81:12 101:12
brains  46:8 69:24
brand  55:5
brave  75:3
bread  82:1
break  44:12 89:13
  90:10
breaks  52:9
breakthrough
  92:20
breast  50:23
breath  32:3 53:2
  68:14
breathe  30:20
breathing  18:21
  70:25 71:20

brian  72:9 73:5
  73:13,15,18 74:6
  74:18 89:6,12,17
  89:18,20,22,24
  90:4,8,14,20 91:1
brian's  72:25 89:5
  89:10,12 90:1,16
  91:6
bribing  40:14
brief  20:1
briefly  50:22
bright  53:3
brilliant  27:8
  40:15
bring  19:23 29:15
  43:10 90:20
  93:14
brings  96:5
broadcast  10:12
  91:22
broke  82:22
broken  19:5,7
  26:18 50:23
brother  13:2 25:9
  25:14 35:2 45:22
  48:14 55:23 66:6
  67:8 68:2 79:24
  80:7,9,23 82:24
  89:21,23 96:2
  107:22
brother's  68:3
  83:3 90:22
brothers  10:10
  56:4 101:20
  102:7,24 103:1,2
  103:7,21,22 104:3
  104:4,6 109:25
brother's  26:3
brought  25:8
  34:18 94:6
brown  57:13
brutal  90:13

bryant  3:6
buck  64:19
buffalo  15:6
building  87:19
built  55:13 93:9
  100:9
burden  90:8
burdened  23:23
buried  21:20
  102:5
burlington  27:4
burned  39:15
  68:10
burnett  81:5
burnt  36:14
burt  81:5
bury  21:18
  102:18 103:2
business  40:2
  88:5,8,11
butterfly  57:24
button  17:15
buy  93:23 97:3
buying  54:7
buzzer  63:14

c

c  3:1 5:1 55:7
  111:1,1
cabinet  46:12
cabinets  27:19
  54:6
cadillac  55:5
cal  82:15
california  67:6
  68:3 83:11,13
call  8:5 9:20 18:4
  18:7 26:21 28:13
  33:22 39:25
  44:17,24 47:4
  66:23 68:2,7 69:7
  69:8,9 71:15
  72:16,16,16,19
  73:14 77:13

85:22 104:18
**called** 12:13,21
    18:1 42:8 43:2
    44:21 67:23
    81:10 85:18
    86:12 87:16,23
    88:15 92:20 97:2
    107:16
**calling** 44:15 68:1
    68:4 102:9
**callous** 73:14
**calls** 10:6 18:15
    57:17
**calm** 18:4 69:15
    71:9,12
**camera** 9:6,8,10
    76:15,19
**cameras** 75:16
**camp's** 15:21
**campaign** 14:5
    41:9 62:24
    109:20
**campus** 107:16
**canada** 20:4
**canal** 54:1,5
**cancer** 46:13 49:4
    49:7 50:23 74:3,4
    80:4 92:22
**candidate** 94:8
**can't** 26:13 31:13
    44:19 49:21
    55:23
**capacities** 14:9
**capacity** 13:25
    14:4
**car** 36:17 38:17
    46:22,23 74:9
    84:2 106:16
**car's** 68:3
**card** 73:1
**care** 19:20,21
    48:1 60:1,18
    78:21,24 99:3

**cared** 73:18
**career** 28:9 41:22
    81:3 91:18 93:2
    94:1
**carefree** 32:6
**caregivers** 63:6
**carol** 81:5
**carries** 64:25
**carry** 64:21
**cars** 82:20
**carson** 81:4,6
**cascading** 39:4
**case** 1:6 5:5,10,18
    5:24 6:21 42:24
    95:3 96:25
**cashed** 76:5 82:5
    83:18
**cast** 106:10
**catalyst** 57:1
    102:3
**catastrophic** 23:7
**catholic** 69:25
**cauda** 92:2
**caught** 28:14
    69:13
**cause** 17:5 18:17
**caused** 12:23 24:6
    31:5 32:1,11 34:5
    43:6 48:22 49:17
    49:23 54:13 57:8
    58:5 65:17,17
    77:19 88:3
    101:20 102:17
**causes** 81:12
**causing** 50:7 98:6
**celebrate** 26:15
    56:11
**celebrated** 72:23
    73:3 108:2
**celebrating** 73:6,8
    101:24
**celebrations**
    26:10 89:14

**cemetery** 73:9
**cent** 76:8
**center** 16:8 86:19
    86:22
**centers** 108:18
**century** 97:1
**certain** 102:21
**certainly** 7:23
    79:13
**certifiable** 91:21
**certified** 92:20
    111:3
**cetera** 18:10,10
    18:11
**chair** 35:14
**challenge** 45:24
    46:19 94:4
**challenges** 58:25
    110:1
**chance** 51:13
    90:21 94:10
    101:1 109:22
**change** 61:10
    64:17 104:24
**changed** 13:5
    24:17 45:15,24
    57:3 58:22 67:3
    69:21 104:2
**chaos** 29:15
**chapman** 5:10
**chapter** 1:5
    108:11
**charge** 45:10
**charges** 28:24
    43:10,13 45:6
    61:16
**charismatic** 27:8
    80:23
**cheated** 68:17,18
    68:20
**check** 44:23
**cheryl** 3:21 43:16
    43:20 67:25

**chest** 49:13
**chew** 83:14
**chief** 10:16 14:4
    15:23 35:7
**child** 12:11,14,22
    13:1 25:19 32:14
    32:20 38:7 44:5
    44:20 45:3 47:9
    50:19 51:3 52:3
    53:15 56:15
    59:12,24 72:22
    73:5 76:3 81:18
    97:21 98:2,7,13
    98:13,20 104:24
    107:24
**childhood** 104:8
**children** 10:4,11
    12:18,19 30:13
    32:2,4,10,25 37:7
    37:16 42:21
    45:18 48:1 60:6,7
    66:3,17 68:18
    70:7 74:21 79:17
    97:11 98:25 99:3
    99:7,19 100:6
    104:25,25 105:4,5
    105:6,10,12,16
**children's** 99:15
**children's** 48:13
**chills** 98:4
**china** 6:2
**choice** 26:6 46:11
    74:1,7
**choices** 44:5
**choose** 32:24 61:6
    74:4,4
**chop** 55:25
**chose** 34:25 88:4
    100:18
**chosen** 88:5
**chris** 38:12,18
    39:6,11,20 40:6

christian 45:24
christopher 38:9
chronic 58:23
  59:1 92:7
church 35:10
  37:22
cichowicz 4:2
  65:21,22,25 66:1
  70:14
circles 42:17
cirrhosis 26:2
cities 15:5
citizen 14:1 25:7
  25:18
city 28:12 77:4
claim 91:25
claimant 91:16
claimants 94:23
  106:6
clarification 8:6
class 62:16 64:13
  74:18 101:6
clean 12:7
cleaning 60:22
  64:3
clear 52:18 79:24
  93:22
clearly 9:12 34:11
  91:25 92:24
clench 31:10
clinic 41:18 42:7
  78:3 98:17
clinics 83:5
clock 17:12,16
close 11:21 12:25
  25:23 53:7 89:20
  89:21 91:1,7
  94:22 101:19
  104:15,23
closed 36:4
closest 19:18
closing 41:3 70:9

cloud 32:8 40:22
clouds 32:7 103:9
clue 33:3
clueless 87:4
coach 103:1
coached 107:14
coined 57:1
cold 17:23 21:11
  51:17 91:3
coldhearted 52:12
  73:14
colleagues 27:19
  35:25 37:22
collected 21:12
collectively 58:6
collector 103:14
college 15:14
  27:24 28:20
  39:14 73:16
  91:22
colonel 61:24
  63:14 65:13
combat 66:16
combined 15:5
come 9:24,25
  11:20 15:16 43:7
  43:9 46:2 66:19
  76:2 94:22 106:9
comes 91:8
comfort 49:8
comfortable
  51:11
coming 10:17
  24:23 61:10
  69:17 94:10
  103:9
commemorate
  37:4
comments 100:2
committed 22:13
  22:19 25:25
committee 3:4
  7:16,18,19 8:25

42:20
common 20:15
communities
  21:13 57:3
community 23:4
  23:10 35:5,6 37:8
  37:22 61:8,12
  80:17,18 96:11
companion 37:18
companions
  49:12
company 7:2 40:9
  79:3
compassion 60:18
compassionate
  80:24
compensating
  77:9
compensation
  67:10 77:7
competition 21:19
complaining
  63:12
complete 29:19
  95:8
completed 45:25
  55:10
completely 67:12
  83:1 89:19
complications
  94:12
comprehend 96:5
con 96:10
conceal 76:17
concept 87:5
concern 16:15
concerns 6:9
conclude 37:16
concluded 110:17
concludes 110:15
condemned 20:15
  20:17,18

condition 13:20
  58:15,23 59:8
  87:12 88:4,15
conditions 27:13
  78:14 98:10
condominium
  18:25
confident 39:7
confirm 7:5,9
  8:11,13
conflict 15:11
conflicts 17:3
confronted 107:6
confused 85:25
  101:25
congressional
  95:17
congressman
  95:18
connect 23:4
  36:25
connecticut 28:3
conquered 64:6
conscience 65:16
consented 6:3
consequences
  21:7 23:5 76:6
consider 59:7
  91:5
considered 18:25
  88:2 92:21
consistently 92:8
consoled 23:9
consolidated 1:8
constant 49:11
  98:4
constantly 42:2
  92:16
construction
  89:25
consulting 45:9
consumed 29:21

consumers 45:7
contact 36:7
contempt 19:18
content 86:8
  88:13
context 5:15
continue 45:8
  53:5 62:11 70:5
  76:12,19 88:3
continued 37:12
  44:17 73:11,11
  92:15,17
continues 34:2
  47:8 88:19 94:17
continuing 86:9
  96:18
continuously
  63:11
contrast 64:15
contributions
  37:21,21
control 36:16
  70:7 74:11 84:9
  87:17 99:9
convict 96:25
convictions 96:14
convince 16:23
  87:10
convincing 41:24
cooper 95:18
copies 83:21
cops 18:8
cord 92:1
core 18:24
corey 43:21,24
  44:2,3,9,12,25
  45:4,22,23 47:5,6
corey's 44:22
corner 74:15
coroner 18:9
  60:20,21
coroner's 18:16
  18:18

corps 11:17,24
correct 8:12 25:1
corrected 94:9
correctly 99:10
corrupt 14:5
cost 30:1
costly 52:2
costs 32:19,22
  35:24 108:19
couch 65:10
couldn't 29:24
  35:16 49:9
counsel 7:19
counseling 29:1
counselors 87:1
counting 57:4
countless 13:10
  57:21 65:18,18
  96:13 104:7
countries 35:10
country 12:1
  15:13 50:8 55:14
  96:15 111:21
county 38:8 91:3
couple 38:12 48:8
courage 29:14
course 5:17 6:18
  10:18 59:19
court 1:1,11 5:2
  5:17 6:8,10 7:12
  8:3,10,12,15,18
  8:22 9:13,20 10:6
  10:25 11:6,11
  13:17,22 14:19
  20:21 21:2 24:14
  24:24 26:23 27:1
  30:2 34:7,10
  37:25 38:3,5
  41:11 42:19
  43:15,19 45:5
  47:16,19 50:14,17
  53:10 56:20
  61:18,21 65:20,24

70:15,19 77:3,15
  79:18,21 80:1
  85:8,13 86:20
  88:25 89:3 91:9
  91:13,25 93:18,19
  94:19 95:11
  96:22,22 97:7
  99:21,24 105:14
  105:18,22 110:14
courtroom 53:21
cousins 11:21
  56:4 102:7
  103:25
cover 83:20
covered 39:17
  83:17
coward 76:18
cowardice 100:4
cowards 75:19
cpr 18:9
cps 55:10
crack 103:17
crafting 58:13
crafts 59:16
crash 17:5
crashed 39:15
create 26:17 58:7
created 12:23
  13:9 22:21 32:16
  77:1 86:25 94:21
  102:11
creating 94:17
creative 92:24
creator 24:22
creditor 42:19
creditors 3:5 7:15
  8:25
creedmoor
  100:13
crib 66:9
cried 31:1 73:10
cries 107:25

crime 97:1
crimes 43:11
  95:20
criminal 24:12
  42:25 43:10,13
  45:6 50:9 61:16
  77:3 96:22 97:3
criminals 24:10
crippled 57:2
crises 21:22
crisis 6:22 13:9
  21:23 27:6 40:24
  41:1,15 42:9 43:5
  45:16,17 57:2,6
critical 5:9 7:1
cross 5:20
croup 51:23
crowd 54:22
cruel 73:14
cry 80:5
crying 63:21 98:3
culpability 23:12
culprit 24:12
culprits 24:9
cultural 5:25 20:7
culture 26:16
  85:14,16
cup 36:13 78:15
curb 21:24
cut 26:3 27:9 55:1
  57:18
cutting 65:6
cyclone 33:13

d

d 1:22 5:1
dad 18:1,1,2,3
  32:7 46:25 55:21
  56:5 102:14
  107:19,20
daily 18:15 32:24
  57:15 60:11 63:5
  63:17 90:8 92:7
  92:17,18 108:23

**damage** 24:6 30:12 34:20 43:7 49:17 93:2
**damaged** 41:20 43:4
**dames** 75:16
**dances** 57:17
**dancing** 59:18
**danger** 94:11
**dangerous** 40:10
**danny** 64:14,15
**dark** 37:7 40:22
**darkest** 97:5
**dashing** 67:4
**date** 66:14 68:11 80:8 111:25
**dates** 56:10
**daughter** 43:22 46:20 51:6,15 52:18 53:1,3,14 53:22,24,25 54:13 56:16 57:16 58:1 59:7 60:10 62:6 62:11 68:21 82:21,23,25 84:19 96:2 100:7 101:22 103:20
**daughters** 10:10
**daughter's** 51:12 52:6 53:4 57:21
**dave** 48:22 109:23
**david** 4:18 7:5 9:11,12 13:7 29:25 30:6 33:21 48:11 49:18 50:11 53:22 54:13 56:14,17 58:3 75:15 87:18 89:9 90:18,24 91:15 95:5 106:9 107:7
**dawned** 56:14

**day** 13:6,10 18:23 19:10 24:3 28:22 29:24 32:8 33:1,4 35:13 36:3 51:7 56:1,7,17 61:4 62:3 66:7,22 68:8 68:9,10,11,22 72:24 74:22,23 76:4,12 77:3 79:4 79:16 80:9 82:17 82:18,21 83:23 97:2 102:15,20 104:12 107:5,15
**days** 12:3 23:22 26:13 29:2 32:6 32:24 41:18 48:1 55:10 58:12,19 60:22 67:23 69:10 72:14,15 73:5,11 87:6 89:11 97:5
**daytime** 32:21
**deacon** 35:10
**dead** 21:15 23:20 29:3 44:25 45:19 71:8 74:13 85:3 91:4 96:3
**deadliest** 97:1
**deadly** 21:7,14 33:5 88:18 101:7 104:17 105:17
**deal** 74:16 99:18 108:10
**dealer** 101:4
**dealers** 74:15 77:5
**dealing** 14:14 15:2
**dealt** 65:1
**death** 18:18 20:15 20:17 36:1 55:14 55:16 58:9 59:3 59:13 73:4 74:21

75:10 77:1,2 89:10 91:17,20 95:2 96:20 102:24 108:11
**deaths** 40:11 43:6 96:15
**debilitating** 92:16
**debt** 103:14
**debtors** 1:7
**decade** 22:5 103:8
**decades** 21:23 87:8
**deceased** 13:25 40:2
**deceit** 58:5
**deceitful** 63:2
**deceive** 14:5
**december** 17:7,13
**decency** 100:5
**deception** 54:2
**deceptive** 109:20
**deceptively** 40:9
**decide** 5:17 58:7
**decided** 15:21 48:17 54:19 87:13 98:16 100:15
**decimated** 91:23
**decision** 33:3
**decisions** 32:16
**declares** 110:10
**decorum** 6:10
**dede** 3:19 38:1
**dedicate** 59:15
**dedicated** 22:14 22:15
**dedicates** 6:21
**deep** 21:19 76:7 108:16
**deeper** 101:10,10
**defeat** 100:9
**defeated** 36:21

**deficiency** 51:19
**defined** 14:11
**definition** 102:2
**defrauding** 45:6
**degrees** 20:10
**delayed** 51:16
**delays** 31:8
**delight** 110:10
**deliver** 106:12
**delusional** 63:25
**demanded** 49:24
**demanding** 63:15
**denial** 23:6 87:5
**denied** 26:17
**dense** 21:20
**dentist** 53:25 54:9
**denunciation** 6:1
**deny** 23:12 76:12 108:7
**departed** 95:14
**department** 43:13 67:24 68:1,4 96:18
**dependability** 48:16
**dependence** 58:8 59:2,22 62:4 90:10
**dependent** 50:19 58:20 97:20 99:17
**depressed** 36:25
**depression** 29:23 33:19 44:11 55:21 99:16 107:21,25 108:19 109:16
**depths** 48:20 106:13
**descended** 19:1
**describe** 19:17 20:3 33:25 58:5 66:25 90:23

described 65:3
deserve 49:23
  56:18
deserving 76:1
designer 56:3
desire 34:24
desired 59:23
despair 29:22
  104:9 108:23
desperately 39:9
desperation 104:9
despicable 99:6
despite 23:2
destroyed 18:24
  42:5 52:7,13,22
  53:24 56:9 68:12
  76:21 77:10 80:7
  88:10 105:16
destroying 24:18
destruction 32:11
  33:7 77:2,2 95:8
detail 89:16 92:25
detailed 87:15
details 18:12
  91:25
detective 40:1
deteriorating
  59:2
determined 65:9
deterrent 97:4
detox 55:19 86:13
  94:12
devastating 30:12
devastation 25:8
  34:4,20 49:22
  95:25 96:4
developed 48:12
developmental
  31:8,14
devout 69:25
diagnosed 19:5
  33:19 49:3 78:13
  81:10 92:2 97:12

109:15
diagnoses 51:23
diamond 53:3
diaper 78:9
diapers 78:15
diarrhea 78:9
  98:4
didn't 27:18
  38:14 39:2 42:4
  44:6,7 45:8 49:7
  54:21 55:11
die 17:6 18:14
  22:18 73:22,25
  79:6 107:20
died 31:25 34:20
  40:6 45:23 55:19
  56:12 67:21 68:5
  68:22 80:10,14
  82:18
difference 41:7
  74:15 85:6
different 9:24
  12:5 33:8 58:24
  82:16 93:5 101:3
differently 109:4
  109:5
difficult 7:17
  19:16,17 75:4
difficulties 51:21
dignity 86:16
direct 24:3 42:10
  42:13
directing 21:6
  100:2
direction 106:12
directly 78:14
disabilities 82:6
disabled 19:5
  88:2
disagreeable 36:5
disappear 20:6
disaster 27:20
  41:7 50:8

disc 92:3
discharged 62:3
  100:20
discipline 90:10
discovered 12:2
  72:24
discriminates
  62:17
discs 92:23
discuss 19:20
discussing 73:21
disease 33:5 44:1
  45:21 74:3
  106:24 107:1
disgust 100:3
disgusting 102:8
disorder 12:15
  33:20 51:18,19
  77:18 91:17 93:5
  93:21
disowned 82:23
  83:8
dispatched 71:23
dispatcher 18:5
disregard 102:6
disrespect 66:13
distraught 28:8
  55:6
district 1:2
distrust 95:8
divorce 46:19
  82:23
divorced 84:18,19
docket 6:19
doctor 10:15
  16:14,16,18 18:2
  22:4 34:23 35:6
  38:25 64:7 74:2
  82:16 83:23
  84:16 86:18,24
  87:14 88:14 90:4
  97:13,18,24 98:17
  102:9

doctor's 16:20
  92:12
doctors 14:9
  15:16 16:1 20:12
  39:9 40:14 41:24
  58:12 59:25
  62:22 67:15 78:2
  81:15,25 82:14
  83:22 84:12,15
document 2:2
documentary
  81:9
documented
  84:12 95:21
doesn't 37:6
dog 12:25 81:7
dogs 49:11
doing 32:7 45:17
  52:16 76:17 79:5
  85:24 109:17
dollar 74:8
dollars 6:21 21:12
  36:13 40:12
  49:20 73:12
donated 29:6
donna 3:24 53:11
don't 29:16 46:6
  52:21
door 36:4
dope 90:9 95:22
dosage 92:14,21
  93:11
dosages 58:20
  61:5
dose 41:16 63:7
  84:20 97:19 98:9
doses 63:5 83:17
doubt 74:1 75:13
  100:12
doubts 7:2
dr 7:8,10 8:12,13
  21:5 23:14 24:19
  27:2 30:2 34:13

34:17 37:18
67:11 80:13
**drain** 1:22 5:3
20:20 53:9 75:5
97:10 105:20
**drained** 28:19
**drastically** 69:21
**dreadful** 107:2
**dream** 32:13
**dreamed** 15:13
**dreams** 23:18
56:2 73:17 88:6
**dreamt** 72:16
**dress** 38:13
**drink** 66:9
**drinking** 106:25
**drive** 17:4 22:17
106:18,21
**driver** 107:4
**driving** 17:4 47:3
82:20 106:16
**drooling** 83:9
**drop** 103:11
**dropped** 44:2
**drove** 47:1 107:18
**drug** 13:11 16:17
18:18 27:20 30:1
34:18,18 35:25
36:14 39:11 40:6
40:10,10 49:23
54:23 64:9,22
65:15 67:12,13
70:9 77:5 82:7,10
84:7,9 86:2,22
87:6 90:21 93:10
99:16 101:4,14
102:3 109:16
**drugs** 12:6 19:6
37:3 39:6 54:18
55:12 69:18 80:7
81:8,16,19,21
87:13 90:2,7
92:23 93:7,23

97:20 99:2
**drumming** 103:9
**drunk** 106:17
107:4
**due** 13:19 26:3
27:9 36:7 50:22
50:24 51:9,24
54:18 56:25 57:5
57:10 58:2,15
64:24 68:12 80:3
81:23 84:5 91:17
92:3 99:17 101:8
103:14 108:16,18
**dug** 76:7
**dukes** 55:25
**dust** 103:17
**duties** 67:20
**duty** 20:13 66:17
66:19
**dying** 21:12,16
24:3 45:12 46:13
68:7 103:17
**dysfunction** 59:2

**e**

**e** 1:21,21 3:1,1 5:1
5:1 111:1
**ear** 65:10
**early** 20:19 58:15
69:13 104:8
106:8
**earth** 69:2 73:15
74:21 102:19
109:1 110:10
**easily** 93:4,13,17
**easter** 56:12
**easy** 33:11 36:18
40:1
**eater** 103:19
**eating** 36:2
**ecf** 2:6
**echo** 74:25
**economy** 65:7

**ecro** 1:25
**ed** 4:11 95:12
**educate** 74:3
**educated** 22:4
91:22
**education** 59:11
96:9
**educational** 31:8
31:14
**edward** 27:5
**edward's** 28:20
**effect** 62:15 75:14
**effective** 6:21
39:17 58:14
**effects** 21:14 31:4
31:21 51:3 60:2
61:8 63:1 70:6
78:5
**effort** 85:6
**efforts** 18:9 59:3
105:24
**egypt** 108:12
**eight** 108:1
**either** 6:2,15 31:7
66:14 106:3
**elbow** 17:23
**elders** 35:5
**eldest** 102:21
**eli** 2:5
**eligible** 91:15
**elina** 16:4,12,16
17:8,9 19:11
**elina's** 17:7
**elizabeth** 53:14
**embarrassment**
84:7,9
**emerge** 94:11
**emerged** 92:5
94:14
**emergency** 83:6
92:1
**emotional** 31:13
48:16 49:8 99:9

**emotionally** 41:21
52:13
**emotions** 99:9
**empathy** 49:22
74:18
**emphasize** 64:5
**emphasizing**
42:25
**empire** 95:23
100:10
**employment**
59:11
**empower** 61:8,9
**empty** 101:25
103:18
**emptying** 60:23
60:23
**encountered**
21:25
**encouraged** 41:19
**ended** 12:3,8
13:13 18:7 39:10
41:21 100:19
**endemic** 95:9
**endless** 73:10
104:20
**endlessly** 95:6
**endometriosis**
27:14
**ends** 40:16 108:11
**endured** 102:5
**enduring** 92:1
**energy** 34:24
**enforcement**
60:19
**engine** 103:13
**engineering** 28:2
**english** 33:25
**enjoy** 79:8,8
91:19 95:4
**enjoying** 32:5
**enlisted** 27:25

entered  45:23
enterprise  43:10
enticed  46:5
entire  21:6 64:25
  74:19 100:2,3
  109:19
entitled  29:10
epidemic  19:10
  41:4,8 52:20
  102:11
episode  54:25
  64:1 104:17
equal  15:4
equine  92:2
equivalent  91:19
  92:21
ergo  62:11
erratic  36:7
ers  39:10
escalate  92:15,17
escape  20:5
escaped  95:3
escaping  15:11
escort  63:25
especially  38:15
  67:8 68:19 75:4
essentially  76:4
estranged  84:18
  84:19,19 94:2
et  1:6 5:3 18:10
  18:10,10
eternal  20:18
  23:11
eternally  109:24
eternity  106:8
ethnic  15:11
europe  40:2
evening  44:16
event  18:8
events  39:4 41:4
  87:15
eventually  15:23
  22:7 31:24 33:13

33:16 67:18 92:5
  92:17 93:3,16
everybody  9:9,18
  19:3 80:5,18,19
  84:24
everyday  96:12
everyone's  107:12
evidence  5:22
  96:24
evidentiary  5:16
evil  33:6 53:20
  56:7 64:6 70:8
  95:20
exact  23:1 74:23
exactly  12:9 24:22
  42:12 52:15
  66:22
examined  5:20
examiner's  91:4
example  5:23
  35:3
excelled  28:1
exchange  33:5
excluded  83:2
excruciating
  81:12
excuse  79:14 80:4
executed  14:3
executive  10:12
  91:22 94:4
executives  96:18
exercise  59:3
exhausted  17:10
exist  104:25 105:9
existence  15:21
  35:20
existing  93:13
expanding  96:13
expected  51:5
expecting  30:17
expense  35:11
expenses  108:18

expensive  32:19
  42:7
experience  23:1
  33:18 56:23
  61:13 88:17 92:1
  92:6
experienced
  21:23 23:5 87:7
  91:16 94:24
experiences  61:7
experiencing  23:8
  31:7
expiration  27:21
explain  29:9 31:2
  44:19
explained  16:16
expose  42:8
exposed  21:9
  24:20
exposure  31:5
extended  92:18
extremely  17:23
  97:17,19
eye  21:4,9 24:19
  77:6 78:13
eyes  19:9 30:21
  31:20 32:9,10
  53:8 89:12 91:1,7

f

f  1:21 111:1
face  19:10,11
  23:16,16 24:21
  29:24 37:11
  41:14,14 76:15,20
  100:5 106:2
faced  57:15 60:18
  60:18 104:2
  110:1
faces  19:12,13
facial  81:13
facility  28:7 94:13
facing  41:5 94:4

fact  64:5 76:11
  89:7 95:6 106:4
faculty  58:4
failed  14:10 20:12
failing  23:22
failure  39:23
faith  37:24 43:23
faithful  85:19
fall  63:21
falling  17:3
  103:11
fallout  93:21
familia  63:2 64:12
familiar  90:6
  100:12
families  12:16
  13:10 19:22
  21:13 23:19
  26:14 27:6 34:1
  37:5 56:22 61:12
  76:13 77:11 85:4
  99:1 103:2
family  5:14,19
  11:20,22 13:8
  14:3 15:15,16
  16:14 19:4,16
  20:11 24:3,15,16
  25:8,15 26:17
  28:19 29:19 30:7
  30:8,13 31:15
  32:13 33:8,24
  34:2,12 36:5 41:9
  43:4 45:13,15
  46:21,22 47:2,11
  47:12,13,14 48:2
  48:16 49:19
  51:10 53:24 56:9
  56:24,25 57:9,12
  57:17,18 58:3,21
  59:17 61:16
  62:21,24 64:24,25
  66:2,18 67:8
  68:25 74:14,19

77:1 79:2,10 80:7
83:1 84:22 85:19
85:21,23 88:4,19
89:6,14 90:14
93:1 94:2 95:13
95:15,19 96:4,7
100:2,3,22 101:21
102:1,13,16,17
103:24 104:2
105:6 106:10
108:13 109:2,4
110:11
**family's** 23:6
102:4,6
**family's** 35:18
42:9
**famous** 58:17
**famously** 24:8
**fancy** 74:17
**far** 94:20 106:8
**fashionably** 80:15
**fast** 13:20
**fatal** 12:8 25:10
69:22 70:6 91:4
**fatally** 95:15
**father** 15:25 17:7
26:1 31:18,24
32:4 35:21 37:1
46:12,12 47:25
48:13 61:24 62:2
62:18 63:3,4,9,10
63:14,20 64:1
83:8,8 84:20
102:7,25 109:13
110:2
**father's** 68:11
**fathers** 109:25
**fault** 21:16 22:25
84:11,25
**fda** 40:15 100:23
**fear** 33:15 107:18
**fears** 18:17
103:12

**february** 43:21
44:9,15 51:1
53:25 55:17 67:3
68:9
**fed** 103:19
**federal** 6:8,10
16:8 43:11 45:5
**feed** 90:8
**feel** 19:17 49:21
50:1 54:7 57:10
69:2 73:24 74:23
75:1 99:2 104:7
**feeling** 19:18,18
47:3 85:20
**feelings** 20:3
26:14 102:17
**feels** 74:25 96:1
**feld** 3:3 8:24
**fell** 16:12 45:2
47:8 63:20 67:13
69:6 89:25
101:10
**fellow** 14:14 15:1
**felonies** 96:17
**felony** 96:14
**felt** 22:25 39:22
49:15 62:7,19
**fentanyl** 67:22
82:12,12
**ferri** 4:10 91:10
91:11,14 93:20
**field** 15:14 37:22
**fight** 53:6
**fighting** 12:1
15:18 30:23 53:2
**fights** 107:25
**figure** 49:21
83:12 108:23
**figured** 44:11
83:17
**figures** 22:5
**filed** 2:5 10:8
61:17

**filing** 18:25
**filled** 10:18 27:20
57:20 60:25,25
79:3 82:16 83:25
**filling** 99:5
**filmed** 81:6
**final** 24:22 34:6
68:5 102:19
104:11 108:11
**finally** 18:16
19:15 35:14
41:13 48:17
63:14 68:2 76:11
79:4 98:8
**financial** 48:17
**financially** 41:21
52:13 108:17
**find** 23:19 27:24
28:21 37:3 39:9
52:14 70:12
90:22 91:7 106:2
**fine** 8:4 13:22
67:17 97:25
105:14
**fingers** 17:23
**fingertip** 74:18
**finish** 26:19 27:24
108:23
**finished** 38:19
**finishing** 15:13
**fire** 109:21
**firefighter** 47:24
102:12
**fireman** 10:17
**firing** 103:13
**firm** 45:10
**first** 9:1 11:1 14:4
21:25 22:1 35:7,8
39:13 42:12
46:15 53:2 54:8
57:25 58:16
60:25 64:18
66:23,24 70:21

76:2 78:7 88:17
96:1 106:11,13
**firstborn** 35:2
**firsthand** 23:5
25:7 77:3
**fish** 64:17,19
**fishermen** 47:25
**fit** 9:3
**fitzgerald** 4:13
99:22,23,25 100:1
105:15
**five** 12:12 16:20
28:24 35:2,25
36:20 46:1 49:4
53:13,17 54:12
66:2,4,6,16 75:2
100:6 105:15
109:8
**fix** 98:23
**fixed** 11:11
**flare** 48:7
**floor** 23:20 63:21
63:22 87:20
**florida** 44:10
54:21,25 55:8
83:4,22,24
**flowers** 66:22
106:19
**floyd** 34:13
**fly** 44:9
**flying** 103:16
**foaming** 35:14
103:9
**focus** 42:24 80:25
92:12,24
**focused** 42:10,22
**fog** 93:12
**foggy** 18:8
**follow** 35:3 74:24
96:25
**followed** 21:18
38:23 42:19
86:13 95:22

**following** 22:3
39:15 41:17
60:22 102:13
**food** 44:6 65:6
**foot** 36:20 82:22
**force** 96:14
**forced** 36:8 78:22
94:25 104:24
**ford** 48:18
**foreclosure** 18:25
**foregoing** 111:3
**forensic** 15:23
**forever** 13:5 20:6
26:12,18 42:17,18
56:7 68:9 102:18
104:1,6
**forged** 94:18
**forget** 19:12,13
19:13 23:24
68:11 88:9
**forgets** 12:19
**forgetting** 75:22
**forgive** 19:19
29:13 52:14
54:18 70:12
105:7
**forgiveness** 13:13
106:14 108:21
110:11
**forgotten** 21:10
**form** 42:20 57:23
**formally** 57:9
**former** 10:12,15
15:12
**formulated** 27:17
**fortunate** 67:6
**fortune** 22:10
83:18
**forum** 19:23
**forward** 7:1 37:24
94:22
**fought** 55:18
107:21

**found** 27:22 35:25
43:11 47:5 49:6
54:6 60:14 64:1
77:20 82:17
85:15 96:2
**four** 5:19 12:7
30:8 36:16 39:16
42:12 43:22
48:20 63:7 100:6
101:23
**fourth** 9:6 98:20
**frantically** 18:1
63:19
**free** 11:13 79:12
87:12 90:21
94:11,14,15
**freedom** 41:25
**frequent** 48:10
**freshman** 38:20
**friend** 13:4 35:21
46:24 55:23
59:23 101:6
107:12,22
**friends** 36:5 39:7
48:2 49:2 52:4,10
56:4,24 59:18
85:21 87:19 93:1
94:2 101:19
104:7 109:14
**friendship** 12:15
**friend's** 55:20
**front** 34:12 54:3
**fuel** 88:5 109:21
**fueled** 101:9
**full** 7:13 34:14
38:17 48:2 54:9
62:25 64:16 65:9
67:20 86:8 93:4
98:24
**fully** 104:21
**fun** 52:9 59:17
103:23

**function** 16:21
**fund** 28:20 77:8
**funding** 42:15
96:9
**funds** 61:10 95:1
**funeral** 18:12,13
40:5 108:18
**funerals** 23:8
**funny** 38:11 47:22
80:24
**further** 9:15
101:8
**furtherance** 2:1
**future** 7:2 10:20
57:16 70:11,12
79:15

**g**

**g** 5:1
**gabby** 59:16
**gain** 51:20
**gallbladder** 84:4
**game** 102:24
**gates** 29:16,17
**gathered** 56:23
**gatherings** 26:9
56:10 57:18
**gavel** 77:6
**general** 10:3
64:18
**generation** 64:13
77:21
**generations** 21:24
24:18 30:9 43:7,9
63:3 85:21
**generator** 54:15
**generous** 80:23
96:19
**generously** 96:10
**gentle** 36:11
**gently** 17:17
66:10
**genuinely** 104:14

**gerd** 51:20
**getting** 15:14 42:8
54:23 83:4 90:9
**giant** 36:20 75:2
**gift** 93:17
**gifts** 66:22
**girl** 52:23 55:4
58:23
**give** 29:13 33:5
46:2 52:11 61:5
63:12 64:16 67:5
90:20 94:16
96:18 104:15
107:8
**given** 27:23 30:16
48:8,11 51:13
54:1,5 62:3 63:5
97:16
**gives** 37:10
**giving** 65:5
**global** 41:5
**glorified** 51:11
**go** 8:5 9:16,21
10:23 11:13
13:23 20:4 40:23
45:11 46:7 49:24
53:7 54:8 65:11
65:12 70:1 75:16
75:18 78:19 79:6
79:9 83:13 85:4
98:6,23 99:13
**goals** 59:10
**god** 13:14 29:11
29:12,13,15,16
33:4 37:24 55:5
69:3 71:8 74:22
79:7 88:24 103:5
107:23 108:13,17
108:21
**god's** 13:13 103:9
**goddaughter**
59:16

[goes - hardest]                                                      Page 15

goes 6:20 29:13
  80:9,18 95:24
going 5:22 7:1
  10:23,24 17:17
  39:16 46:4,6,8
  50:6 53:3,4 78:3
  78:4,5 81:20 82:1
  96:6 107:20
  108:25 109:12
golden 21:4,9
  24:19
goldin 3:20 41:12
  41:13,14
goldovsky 16:4
  19:11
golfer 73:17
good 5:2 11:13,14
  25:3,4 27:1 30:3
  30:5 34:9,10 38:4
  38:5 39:22 43:19
  43:20 47:18,19
  50:16,17 52:23
  64:18 65:25 67:4
  68:24 70:18,19
  73:22 82:7 85:13
  89:2,3 91:11,13
  97:9 99:24,25
  107:8 109:3,22
good.' 62:7
goodbye 40:4
gotten 20:10
  25:17
government 76:2
grace 108:21
grade 59:8 99:11
graduate 39:12
  78:19
graduated 15:17
  16:5 59:9
graduation 39:13
  47:3
grand 54:24

grandchild 30:25
  46:21
grandchildren
  31:7 78:20
grandchild's
  30:18
grandfather 32:5
  64:16
grandkids 31:4
  65:1
grandmother
  15:17 59:17
  82:25
grandpa 65:11
grandparent 58:1
  65:2
grandson 13:4
  65:14
grandsons 102:7
grants 43:8
graph 18:20
grass 73:7
grateful 29:7
  37:13
gratifying 108:4
grave 109:7
graves 106:19
graveyard 37:4
great 6:20 37:17
  38:11,18 39:21
  47:13,25 84:14
  89:15 100:24
  107:18 110:16
greater 24:13
  96:20
greatest 37:2
greatly 78:18
  105:24
greed 13:13 22:11
  22:16 23:6 30:9
  46:16 53:23 59:4
  68:13 72:18
  90:19 95:6 99:6

100:17 102:2
  107:1
greedily 62:25
greedy 56:7 73:14
  75:19 84:23
greeted 107:11
greetings 56:22
grew 48:9 66:1
  80:17 84:23
  85:20 89:18
grief 12:21 29:21
grievances 19:24
grieve 13:5
grieved 73:10
grieves 14:1
grieving 12:15
  45:3 47:9
grim 58:2
grind 31:10
groton 28:2,5
group 10:3,4,5
  42:8,21 47:21
groups 7:18 10:7
  37:22
grow 103:25
growing 81:9
guarantee 53:2
  73:8
guess 18:19 32:25
guessing 32:7
guidance 26:11
guilt 45:22 49:15
  95:3
guilty 23:12 43:11
  45:5 62:19 96:16
guise 96:9
gump 3:3 8:24
guns 64:3
gurney 87:8
guttural 45:1 47:7
guy 48:13 78:1
guys 79:5

gyms 67:7
gyn 27:3

h

haiti 35:11
half 40:16 43:6,22
  45:18 47:11,12
  67:1 69:10 83:19
  83:19
halfway 44:5 47:2
  47:6
hallucinations
  63:18
hammer 24:8
hammered 95:18
hampshire 9:25
  11:16
hampton 3:14
  20:22,24 21:1,3
hand 105:3
  106:25
handedly 68:16
  76:21
hands 54:10,15
handsome 47:22
hang 55:2 75:17
  75:18
happen 33:16
  62:15
happened 13:8
  17:20 18:3,14
  51:5 68:16 78:7
  90:6 98:8,23
happening 33:16
happiness 59:14
  90:21
happy 7:21 16:9
  51:4 66:24
hard 38:10 70:12
  74:24 99:10
harder 17:19,20
hardest 32:1,16
  32:20

harm  14:12 20:13
  37:6 57:7,14 58:8
  59:19 60:9 62:5
  75:25 100:16
harmed  16:3
harmful  7:3 62:25
  99:3
harms  44:1
harshly  20:13
hate  56:11
hated  79:2
hateful  79:2
hauer  3:3 8:24
haunt  78:11 89:10
haunted  70:1
  90:11
haunts  23:17 68:8
  78:12
havoc  102:16
hawaii  9:25 85:22
  86:7
hazelden  48:18
heads  90:25
headstone  73:6
heal  34:24 35:15
  37:14 102:16
healed  36:22
healer  35:21
healing  12:20
  69:16 90:3
heals  108:24
health  6:9,22
  21:22 27:25 57:6
  58:15,23,25 59:3
  59:8 92:20 94:5
healthy  34:22
  48:19 51:4
hear  5:13 6:13 8:1
  13:22 19:14
  20:16,25 21:1
  23:18,19,20,21
  38:2 43:18 47:23
  56:15 65:23

70:17 71:1 91:12
  93:18 99:23
  104:25 105:21
  108:8
heard  6:7 26:4
  27:12 33:10 40:1
  44:24 63:12
  78:11 96:1
hearing  2:1,4,5
  5:16 14:19 41:6
  51:21 75:9 95:17
hearings  5:18
hears  75:18
heart  18:22 23:14
  23:21 29:6 31:9
  31:15 40:7 44:19
  51:19 52:9,14
  66:5,12 67:2 68:5
  75:3 90:24
heartache  72:22
  77:12 102:4
heartaches  110:1
heartbreak  50:4
heartbreaking
  60:2 90:22
heartfelt  109:6
hearts  23:14
heat  51:17
heathen  24:20
heaven  32:8 70:1
held  2:6 6:9 95:1
hell  29:16 32:15
  67:14 72:20,20
  104:14
hello  25:4 43:17
  61:20 97:9
help  29:5,10,13
  29:17 32:25 37:5
  39:8,9,19 40:24
  44:12 46:13
  48:18 55:9 66:20
  81:2 104:15

helped  42:20 46:1
  53:16
helping  30:20
  81:1 105:3
helpless  100:9
helplessness
  22:20
helps  37:13
hemangioma  31:3
hemangiomas
  51:20
hep  55:7
here's  47:12
hermitic  42:4
hernia  43:24
herniated  92:23
herniations  92:3
hero  97:6
heroes  65:18
heroin  54:17
  74:14,16 82:6,11
  93:5 101:16
hesitant  97:19,22
hey  74:5
hi  26:25 79:20
  99:23
hid  29:6 35:22
hidden  24:6
hide  37:12 76:9
  76:19
hiding  65:7
high  11:24 16:6
  25:19,21 32:23
  38:20 39:12
  41:16 44:2 48:6
  59:9 63:7 74:17
  78:19 96:3 101:5
  107:6
higher  25:22 98:9
highly  14:7 58:8
  96:11 100:25
hijack  39:6

hijacked  101:12
hills  80:17,20
  81:9 82:7 84:23
hilo  85:18
hippocratic  14:10
  16:2
hired  45:9
history  20:13
  26:15
hit  17:24 30:11
hoc  10:3,4,4 42:20
hold  64:12 72:2
  105:11
hole  40:7 75:2
  76:7
holiday  26:9
  68:10
holidays  56:10
  89:14
home  12:4 17:9
  25:20 32:3 33:14
  40:3 46:20 48:24
  63:14 76:6,8
  81:21 82:21
  83:15 84:2 85:20
  85:22 86:4 93:15
  94:1 96:24
  109:14
homecare  84:3
homeless  67:5
  85:23
hon  1:22
honestly  68:24
  76:14
honeybee  103:16
  103:16
honor  7:10 8:1,4
  8:17 10:23 11:3
  11:15 13:19
  14:17,23,25 25:2
  26:25 34:9,12
  43:17 56:22
  61:15,20 62:19

63:22 65:22
70:18 75:10
77:14 85:11 89:2
91:11 105:20
106:5
**hooked** 16:20
22:2
**hoops** 44:13
**hope** 12:19 13:12
14:20 23:16,18,18
23:20,21,22 24:25
25:18 34:14
37:10 43:12 53:6
53:7 61:10 74:21
77:10 79:16 81:5
85:9 88:8 94:15
94:16 99:14
106:12
**hoped** 15:12
**hopefully** 77:12
**hopeless** 109:19
**hoping** 69:15
88:20
**horrible** 50:21
73:23 90:11 94:6
**horrific** 94:12
**horrifying** 72:15
**horror** 33:9 35:19
58:5 104:2
**horsemen** 103:10
**hospital** 10:17
12:3 17:8 35:8
55:18 62:2 67:24
86:15,18,21 87:2
87:8 100:13
**hospitalized**
29:23
**hospitals** 62:22
**host** 11:5
**hotel** 89:16
**hour** 32:20 74:13
75:9

**hours** 5:20 7:13
35:18 40:3 60:19
63:18 104:12
107:18 109:8
**house** 36:14 44:5
47:2,6 81:17,19
82:17
**houses** 54:23
**housing** 23:3
**hug** 56:15 107:11
**huge** 22:14 31:21
**hugely** 48:12
**hugs** 26:11
**human** 36:21
75:25 87:24
102:6
**humanity** 103:5
**humiliated** 87:8
**hundred** 36:13
108:2
**hundreds** 13:14
40:11,18 48:4
49:20 95:1
**hunt** 64:17
**hunting** 65:5
107:14 109:13
**hurls** 106:11
**hurry** 71:4
**husband** 27:4
35:20 36:6 37:18
47:1 48:13 66:15
66:15 68:19
78:22
**husbands** 10:9
**hyde** 67:12 111:3
111:8
**hysterical** 18:6

**i**

**ibuprofen** 97:23
**icu** 100:20
**idea** 30:18 80:21
98:5 109:2

**ideals** 34:14
**ieps** 99:8
**igniting** 42:9
**illicit** 22:7 69:18
**illicitly** 95:1
**image** 64:15,15
108:7
**imagine** 33:2 52:3
102:4
**immeasurable**
99:2
**immediately** 18:3
82:3
**immigrant** 10:13
**immigrated** 16:5
**immune** 51:24
**immunity** 43:8
97:3
**impact** 5:8 7:3
12:17 35:18
36:23 94:17
**impacted** 22:16
32:12 55:16 57:3
57:12 78:18
97:11 99:1
**impairment** 51:22
**implore** 96:23
**importance** 5:9
7:1
**important** 5:8,15
5:21 6:3,5 8:15
9:14 19:12 64:4
80:6 107:9
**impossible** 20:3
**impounded** 68:3
**inadequate** 99:17
**incentivizing**
40:13
**inclination** 86:1
**include** 10:9,10
10:12,16 61:1
**included** 40:13
100:24

**ideals** 34:14
**including** 5:18
14:12 25:12
33:19 51:17
86:16 89:16
**incoherent** 18:2
**inconsolable**
108:16
**increase** 14:7
41:23 96:15
97:19
**increased** 40:14
95:6
**increasing** 16:25
84:20
**incredibly** 48:5
101:19
**incurable** 49:4
**incurred** 48:7
**indication** 27:15
**indiscernible** 20:9
53:5 62:21 64:14
71:3,11,16 72:1,7
72:9 80:13
**individual** 5:9
14:1,9 21:12 97:1
**individuals** 21:13
29:7
**infamous** 20:6
**infamy** 20:18
**infants** 30:15
**infection** 52:6
**influence** 36:17
**influences** 54:20
**ingested** 33:6
**ingesting** 58:19
79:5
**inhumanity** 15:20
**initial** 58:19
**injured** 16:12
38:22 67:10 90:1
**injuries** 90:1
101:8 103:3

injury  5:13 10:3 22:3 25:17 38:19 48:7 69:14 91:16 100:19
injustice  14:12
innocent  65:8 73:12
innocently  74:7
inpatient  63:5
insane  49:18 84:1
inseparable  101:20
inside  79:4 90:23
instantly  58:21
instill  73:19
institutionalizat...  28:11
institutions  20:7 42:11
instruction  16:20
instrumental  94:17
insulting  43:3
insults  95:18
insurance  39:18 82:4,5 83:19 87:21
intake  87:1
intend  107:4
intended  46:15
intense  98:16
intention  107:3
intentional  59:5
intentionally  68:12
intercept  65:11
interested  80:14
interests  76:2
interference  14:24
internet  6:16
internist  34:15

intervening  64:25
intimate  36:7
intoxication  18:18
introduce  7:22 57:11
introduced  58:17 87:4 101:5
intuition  69:11
intuitive  38:11
investigation  43:1
invincible  16:10
invitation  59:1
involved  7:17 97:1
involvement  76:18
involving  58:15 58:23 92:11
irrational  36:11
irreparable  43:7
irs  76:8
irvington  38:8
island  28:13 85:17 86:3,9,13 88:9
islands  85:15
isolated  42:1 84:6
israel  20:4
issue  5:17 94:22
issues  31:6 94:6 109:16
ithaca  39:14
it's  30:8,18,21 33:18 34:12 41:13 43:9 46:9 50:4 52:11 105:14
i'm  37:19,19 46:5 47:20 49:14

**j**

j  2:5
jail  28:23,24 29:2 29:9 55:9,11 56:18 81:23
jane  106:20
jannette  3:18 34:8 34:17
january  49:5 72:23 109:10
jason  89:21,22
jaw  31:10
jekyll  67:12
jenny  3:23 50:15 50:18
jeremiah  110:4
jersey  96:24
jesus  46:2
jewelry  54:15
jill  4:2 65:21,25 67:16
jim  95:18
job  15:14 16:7 17:4 25:20 33:15 44:6 46:1,18 67:10 73:23 84:14
jobs  10:14,15
jodi  54:4,4 55:9,9 55:13
joe  11:18,23 12:2 12:24
johnny  81:4,6
joined  11:24
joke  103:23
jonathan  46:24
joseph  11:17 13:16
journal  87:15
journals  49:6 57:19
journey  12:20

joy  108:1
juaire  3:21 43:16 43:17,20,21
jude  80:13
judge  1:23 5:2,10 10:12 20:13,20 21:1 34:6 50:16 53:9 54:4,4 55:9 55:9,13 75:5 77:3 97:9 103:15 105:20 110:13
judged  24:13 56:17
judgment  24:22
july  56:11
jump  44:13
june  12:8 45:20 47:1
jury  103:15
justice  21:4,10 24:13,19 42:24 43:13 77:1 96:18 96:23 110:9
justin  1:25 102:21

**k**

kara  4:6 77:16,17
karabakh  15:12
karma  69:1
kathy  3:17 30:3,5 109:22
kay  3:12 9:19 11:1,15
kea  86:6
keep  6:3,5 14:10 30:23 31:13 36:3 36:9 40:8 41:5 63:10 78:23 81:15 84:15 87:22 90:8 103:13,16 109:14
keeping  32:21
keeps  40:11 68:4

kekuema  88:12
kekuewa  4:8 85:9
  85:11,14
keola  4:8 85:9
  88:12
kept  16:24 19:24
  39:8,8 68:1 69:17
  82:14 84:20
  87:15
kevin  36:24
kid  11:18 38:11
  39:7
kidneys  29:7
kids  11:20 30:14
  31:12,17 32:6
  33:4,18 52:9
  98:15 102:18
  103:25
kill  17:6 19:7
  57:14 65:8 69:23
  85:1 107:3,4
killed  36:15 56:16
  80:7 90:16
killers  76:12
killing  40:16
  80:21
kim  24:25 26:24
kimberly  3:15,16
  25:4 27:2
kind  78:22 80:18
kindness  93:18
king  57:20 61:2
kiss  56:15
kitchen  64:2 65:6
  65:11
knee  22:3 38:18
  38:22
knees  45:2 47:8
knew  17:17 28:6
  31:21 39:3 43:25
  45:12 52:15 58:7
  65:3 68:19 69:8
  69:11 76:16 82:4

82:14,15 87:11
  99:2 107:2
knit  11:21
knives  64:2 65:6
knot  64:17
know  7:16,22 9:2
  11:19 12:10 15:6
  21:6 22:25 23:11
  23:13,15,15 39:2
  39:5 40:19 44:1
  46:2,6 48:24
  50:11 59:6 63:17
  65:1,12 67:25
  68:6,21,24 69:19
  70:4 72:1 74:1
  75:4 76:7 79:24
  80:6,20 84:7
  95:19 98:1 99:8
  100:8 105:3,8
knowing  13:10
  34:5 52:15 60:2
  62:25 70:4 96:14
knowingly  33:23
knowledge  35:7
  64:5
known  10:13 29:4
  80:17 89:6
knows  9:4 44:19
  44:19 80:18
  110:8
knuckles  103:17
korean  62:12
krawczyk  3:15
  24:25 25:2,5
kristy  4:5 70:16
  74:25 76:3
kyle  100:8,19
  101:1,19,23 102:5
  103:25 105:9
kyle's  102:14

**l**

l.p  2:6
l.p.  1:6
landed  81:23 84:3
lanes  36:16
language  33:25
large  6:23
largely  43:4
largest  85:17 86:6
lasted  39:14
late  62:3 74:10
  76:24 89:24
  94:20 109:8
laugh  47:23 53:17
  103:22 107:11
  108:1
laughter  26:11
  57:17
launch  21:17
  36:11
launched  22:1,12
  95:16
law  46:13 60:19
  73:16
lawfully  76:13
lawyer  42:23,23
  88:13
lawyers  19:21
  23:13 24:7 76:9
  76:20
law's  46:12
laxatives  100:14
lead  29:12
leading  22:7
  101:1
learn  59:19 60:8,9
learned  63:6
  74:10 83:14
  84:10 87:2 94:8
leave  32:2 33:14
  34:5 42:4 44:13
  59:21 70:2 93:15
  99:12

led  12:6 36:11,19
  39:4 43:5 91:2
ledanski  111:3,8
left  12:24 26:14
  26:16 30:15 31:3
  32:2,3 44:17
  48:25 49:11
  50:22 55:15 56:7
  57:19 63:22 92:6
  97:15 101:25
  105:5
leg  16:13 92:6
legacy  24:16
  42:18 50:8 70:2
  86:9
legal  5:23,24
  19:23 20:14 95:2
  111:20
legality  19:20
legally  101:9
legitimate  93:24
legs  55:1
lengthy  5:19
lens  104:9
letters  10:5,6
  83:21
letting  14:23
  79:23
level  60:13 92:21
  107:6
levels  92:14,17
  93:11
lewis  57:13
liability  5:24
license  46:23
  82:20
lie  87:11 97:17
  98:1,20 100:23,24
lied  21:14 88:16
lies  51:15 100:10
  100:17 103:21
  105:17

**life** 10:19 12:21
19:10 22:14,15,23
25:13,24 27:9
28:9,22 29:11
30:1 32:6,14
34:14 35:18
38:10 41:20 42:1
42:3 45:2,25
46:14 47:9 49:1
51:11,12,13 52:6
52:7,13 53:4,6
54:20 58:9,21
61:6 64:2,16,22
67:12 68:16 76:4
78:8,12,18,21
79:8 81:2,18 82:5
82:9 83:19 86:4,9
87:17 88:13,19
90:21 91:2,6,15
91:18,23 94:2,5
99:19 101:17
102:6 104:6,19
106:23 107:10,23
108:9,10,24 110:2
**lifeless** 60:15
72:25
**lifelong** 46:10
**lifestyle** 90:11
**lifetime** 46:9
53:13 58:24
**light** 24:19 58:11
58:11 80:24
**limited** 35:17
**linda** 4:3 66:1
69:4,5,5
**line** 6:11
**lines** 6:12 88:1
108:25
**lining** 40:22
**lips** 106:22
**list** 7:20 9:15
10:24 28:18
75:10 95:24

**listen** 5:14 6:17
**listened** 31:2
**listening** 7:11 8:7
9:5 14:21 30:19
59:17 72:15 80:4
**listing** 58:17
**lists** 31:11
**literally** 22:17
**little** 9:14 11:16
18:20 52:23
74:24 78:1 85:3
94:20 106:20
109:12
**littles** 31:5
**live** 10:19 12:21
13:10 15:12 19:9
23:22 31:19
51:13,14 79:8
80:11 82:9 85:17
85:22 87:18
88:11,11
**lived** 22:18 32:15
33:13 44:5,10
51:10 59:21
61:13 67:6 68:2
72:21 86:14
**liver** 26:2 29:7
**lives** 13:5,6,14
14:15 15:2,3
18:24 23:10 24:2
34:3 35:20 37:4
37:20 40:21 41:6
52:22 56:9 57:3,4
68:12 73:13,24
76:4,20 90:19
95:7 96:13 99:7
99:15 105:16
**livestream** 6:16
**living** 22:10 25:18
31:4 41:6 47:2
55:2 58:24 72:20
81:2 93:14

**liz** 4:13 99:22
100:1
**llp** 3:3
**loa** 86:6
**loan** 109:10
**local** 35:8,9
**locking** 65:5
**lollipops** 82:12
**long** 25:5 26:20
31:4,11,13 54:21
55:12 68:14
77:18 79:1 92:11
93:25 94:6,10
**longer** 26:10 39:7
48:13,23 49:1
54:16 58:1 68:15
68:17,21 79:10,12
90:4 93:8,14
**look** 19:8,8 49:4
52:23 68:23
73:20 108:6,6
**looked** 48:19 66:7
66:12 83:9 89:11
**looking** 19:9 32:7
34:22 53:22
67:24 84:12
**looks** 63:17 67:4
**lord** 20:16 110:5
110:8,10
**lori** 59:17
**los** 81:7
**lose** 76:3
**losing** 13:1 26:7
68:15
**loss** 10:16,18,20
12:22,24 13:1
23:11 26:18
36:23 45:3 47:9
47:13 48:15 50:1
55:22 57:16
72:22 95:7 96:12
104:2,23 109:15

**losses** 23:7 56:25
77:9
**lost** 10:9 12:10,11
12:14 13:2,3,3,4,4
15:3 18:24 22:23
25:12,24 30:11
31:18,25 32:4,13
33:15 35:13
37:20,23 40:19,20
42:21 43:21
45:20 46:18,19,20
46:22,23,24 48:24
52:19 53:13 55:7
55:22 56:24 57:4
59:12 73:13 76:4
76:4,6 77:21
80:11 86:20
91:17 94:1 101:1
101:16,17,22
103:21 104:6,7,11
104:25 106:15
**lot** 7:22 30:11
40:23 67:21 69:7
69:20 70:1 98:18
**lots** 11:20 54:24
**louvre** 42:15
**love** 12:1 21:20
23:9 26:12 47:13
48:3 49:14 56:6
60:17 73:2 85:22
88:11,11 104:10
110:9
**loved** 10:20 15:4
23:19 26:15
38:12,15 47:23
48:2 49:23 52:19
53:19 56:24
58:12 59:15 61:8
61:11 66:5 67:8
103:2 109:17
**lovely** 100:7
**loving** 66:2 85:16
93:18

**lower** 60:13 92:6
**lp** 5:3
**lubinski** 3:22
47:17,18,20,22
50:12
**luckily** 66:15
**lucky** 23:9 62:18
77:20
**lumbar** 92:3
**lung** 80:4
**lupus** 97:12

**m**

**m.d.** 61:24
**ma'am** 11:13 71:9
71:10 99:21
**machine** 22:5
**mad** 107:23
**madison** 4:14
105:19,20,23
**madoff** 94:25
**mailed** 83:25
**maintain** 93:10
**maintaining** 46:9
**major** 17:7 41:4
49:5 51:17 77:4
**majority** 94:20
**makers** 57:8
**making** 14:21
18:15 40:12 44:4
63:10 72:16 80:5
99:4 106:23
107:1
**mal** 54:24
**maluhia** 4:8 85:9
**mama** 55:25
**mama's** 89:19
103:12
**man** 14:17,25
19:5 21:5,14
29:15 34:14,15
35:4,21 36:10,11
36:20,25 41:8
64:18 86:21

103:14,18 106:16
106:18,24 110:5,6
110:6
**manage** 48:10
59:12 94:21
**managed** 39:12
58:14,23 94:13
104:15
**management**
25:22 40:16 93:4
**managing** 94:5
**mandated** 43:3
**mandatory** 63:5
**manipulating**
96:17
**manitoba** 64:20
**manning** 76:22
**mansions** 74:17
**manufactured**
92:9
**march** 1:15 2:4
16:6 34:20,21
55:19 56:12,12
109:15 111:25
**marine** 11:17,24
**mark** 4:10 91:10
**marker** 37:3
81:22
**market** 22:7 58:7
**marketing** 22:4
40:9,13,15 41:9
62:24 109:20
**marks** 73:4
**married** 16:6
25:19 59:11
78:20 81:16,17
103:22
**marry** 55:4
**maryland** 57:13
89:5
**massachusetts**
25:6 44:14

**matter** 15:3 24:14
62:16 64:12
**matthew** 100:8
101:5,7,11,13,15
101:16,19,22
102:5,14 105:9
**mattress** 87:20
**mauna** 86:6,6
**mazurek** 3:24
53:11,12,14
**ma'am** 34:7 56:20
**mckinsey** 45:9
**meager** 50:3
**mean** 53:5
**meaning** 25:12
34:18
**meaningless** 15:7
**means** 65:3,5,7,10
78:24 88:12
93:24
**meant** 51:14
**measure** 6:23
**meatloaf** 55:24
**medi** 82:15
**media** 91:22
**mediation** 5:11,12
**mediator** 5:10
**medicaid** 19:6
**medical** 10:15
13:19 14:9,11
15:14,16,17 16:1
16:7,8 19:2 20:10
20:11 31:8,13
34:23 35:9 37:22
49:21 60:16 64:7
80:12 86:13 91:3
96:9,11
**medicare** 82:15
**medication** 16:22
25:16 27:14,16
28:25 32:23
34:16 57:1 58:7
59:25 60:10

77:23 82:8 86:17
86:24 87:13,22
90:3 93:9 97:22
98:14,16 100:25
101:3,7,18 103:3
**medications**
16:15 26:1 32:18
57:23 60:25 61:1
94:7
**medicine** 27:3,19
36:1,8 46:12 54:6
98:6 100:15,16
109:3,23
**meds** 54:1 67:18
93:15
**meet** 34:6 46:21
**meeting** 60:20
**megan** 103:20
**meluhia** 88:12
**member** 19:3
24:3 57:12 109:2
**members** 5:13,19
23:10 31:15
51:10 56:25 58:3
61:12
**memorial** 108:2
**memories** 26:16
37:17 57:19
64:21
**memory** 16:4
57:24 109:15
**men** 106:7
**mental** 48:23 94:5
100:13
**mentally** 49:6
**mention** 34:19
96:6
**mercy** 13:15
20:16 69:3 74:22
88:24 103:5
**message** 106:12
**messy** 64:3

| | | | |
|---|---|---|---|
| **met** 12:12 42:12 42:16 53:19 57:9 107:18 | **minded** 21:21 | **moment's** 36:12 | **morning's** 65:4 |
| **methadone** 28:16 28:17 77:23 78:3 | **minds** 103:10 | **mommy** 52:10 | **morphine** 98:14 |
| **metropolitan** 20:8 77:4 | **mine** 34:1 66:10 | **money** 6:25 7:1 22:18 24:14 40:23 45:14,16 47:12 48:25 49:19,19,24 50:2 65:16 68:12 80:19,21 81:1,20 82:13 84:21,24 85:3 95:4 96:25 99:4 100:18 107:1,8 109:12 110:3 | **moses** 108:13 |
| **meyer** 4:9 89:4,17 | **mineola** 111:23 | | **mother** 29:20 49:2,15 50:19 56:2 57:12,15 59:24 60:15 66:1 66:8 67:20,23 68:1,4,7,18 69:4 73:19,23 77:13 79:8 80:3,10 82:24,25 83:12 89:5 97:10 100:6 102:25 |
| **mg** 82:3 92:18,19 | **mini** 74:17 | | |
| **michael** 25:9,16 25:17 | **minneapolis** 47:24 | | |
| **michael's** 25:14 | **minnesota** 9:25 | | |
| **michigan** 54:19 54:22,25 | **minority** 88:14 | | |
| **microphone** 9:7,8 9:10 | **minute** 41:2 105:12 | | |
| **middle** 32:15 45:20 | **minutes** 8:20 9:2 53:13 66:4,6 67:23 75:5 | **monitor** 23:21 | **mother's** 66:21 68:10 69:11 |
| **mighty** 110:6 | **mirror** 68:24 73:21 | **mono** 51:23 | **mothers** 10:11 67:25 109:25 |
| **mike** 25:11,23,24 42:23 | **miscarried** 54:17 | **monster** 90:8 | **mother's** 29:24 44:18 48:14 |
| **mike's** 25:10 26:4 | **misdemeanor** 28:24 | **month** 12:9 34:21 39:13 43:22 45:24 56:11 66:16 87:21 97:14 | **motion** 25:15 |
| **miles** 106:19 | **miserable** 98:5,11 | | **motor** 101:8 |
| **milestone** 26:8 | **misleading** 45:6 | | **mountain** 38:16 38:18 |
| **milestones** 51:16 57:18 | **missed** 56:3 89:14 | **monthly** 92:10 93:24 | **mountains** 86:6 |
| **military** 11:23 66:2 | **missing** 28:12 | **months** 16:20 28:12 30:22 38:23 42:6 48:20 59:13 69:22 92:5 92:13 | **mouth** 35:14 103:9 |
| **milk** 66:9,11 | **mission** 23:25 92:12 | | **move** 25:21 37:19 37:24 54:19 79:4 79:6 |
| **milligram** 63:7 | **missionary** 35:10 | | |
| **milligrams** 61:3 | **mississippi** 10:1 35:23 | **monumental** 22:11 | **moved** 82:3 83:4 86:18,21 |
| **million** 20:1 40:16 43:6 45:18 83:19 83:20 88:14 95:14,22 | **mistake** 106:23 | **moral** 14:11 | **movie** 10:17 |
| | **mobilizing** 93:11 | **morally** 107:2 | **movies** 81:4 |
| | **moderate** 27:14 | **morals** 88:5 | **moving** 94:22 |
| **millions** 22:8,9 23:13 24:15 34:1 34:2 95:1,8 | **mom** 12:10,12 25:25 38:6 44:25 56:5 73:2 74:12 85:19 101:13 106:15,19 107:5 107:24 | **morning** 5:2 11:13,14 17:13 25:4 27:1 30:4,5 34:9,10 38:4,5 43:19,20 44:17 47:18,19 50:16,17 53:8 61:21 65:25 70:18,19 72:20 91:11,13 97:9 | **mt** 108:12 109:24 |
| **mills** 90:7 | | | **multiple** 18:18 61:4 |
| **mind** 6:4,5 41:25 49:17 72:19 82:19 87:24 102:19 | **moment** 23:17 33:22 | | **multitude** 95:21 |
| | **moments** 30:8 59:14,14 68:6 102:19 108:4 | | **murdered** 53:21 53:23 |
| | | | **murderers** 50:7 |

murmur   51:20
murmurs   31:9
muscle   48:8
muscles   31:10
museum   20:8,9
museums   42:3,11
   42:14
muster   100:4
mute   7:25 13:18
   20:24

**n**

n   3:1 5:1 111:1
naacp   10:5
nagorno   15:12
naked   63:25,25
name   9:20 11:15
   15:9 20:5,6 25:4
   33:22 41:14
   42:11,16 43:20
   50:11,18 57:12,22
   65:25 72:6,8 78:1
   88:12 89:4 95:10
   97:10 106:5
name's   77:17
   100:1
named   43:23 66:4
   89:22
names   7:24 8:5
   12:18 23:18
nan   3:20 41:12,14
narcan   29:6 60:6
   60:8 61:4,5
nas   10:4,11 30:16
   51:16 52:20
   78:14
nasty   62:22
nation   21:23
national   6:22
   12:13
nationwide   57:5
native   85:14
natural   86:1

nature   5:7 16:15
nature's   85:16
naval   28:8
navigating   57:6
navy   28:1
nazis   15:19
nearby   94:13
nearing   46:14
nearly   30:1 76:6
   91:17 93:20
   101:16
neck   56:8
need   29:11,15,16
   37:5 42:25 53:16
   63:25 65:19
   70:24 71:9,12
   87:5 88:23
needed   38:22
   40:25 44:11 62:9
   77:8 84:3 100:18
needle   103:11
needless   73:3
needs   31:14 40:25
   78:15 97:5
nelson   4:4,5 70:16
   70:17,18,20,24
   71:1,4,6,8,11,14
   71:16,18,21,24
   72:1,3,5,7,9,11,14
   74:24
neonatal   97:11
nephew   13:3 26:3
   26:4
nephews   31:17
   56:4 67:9 70:3
   102:7
nerve   81:11
neuralgia   81:11
never   16:2,3 20:5
   21:10 24:17
   25:15 29:25
   31:20 33:3,6,9
   39:22 43:12

46:21 47:14 52:3
   54:18 55:21 57:9
   59:9 66:10,13,14
   67:11 68:11,20,23
   72:16,23 78:18,19
   78:20,20 80:8,11
   82:19,25 87:21
   88:9 92:10 93:22
   94:22 96:19
   101:14 102:4,16
   102:18,19 103:22
   103:24 104:20
   107:24 108:8,24
   109:21
new   1:2 3:7 9:25
   11:15 12:21 15:6
   16:17 27:15
   28:12 38:8 41:18
   46:21 54:20 55:5
   96:24 100:12
newborn   78:11
newhart   81:5
newly   19:2
news   51:1
newspaper   10:7
nice   18:20 41:13
nicu   30:19 78:6,8
   98:11
nieces   56:4,11
   67:8 70:3
night   32:21 36:15
   54:23 56:13 62:6
   63:11 65:10
   66:21 79:10 91:7
nightgown   60:17
nightly   63:18
nightmare   54:3
   54:13 55:20 87:7
   102:15
nine   31:19,21
   101:2 107:21
nobody's   5:22

noise   14:18,20,22
   45:1 47:7 63:10
non   27:15 45:9
   48:12,21 49:16
   54:2 62:23 90:2
nonprofit   12:13
norm   88:2
normal   12:21
   41:6,6 54:8
note   49:14 59:1
notes   57:20
notice   2:4 10:8
   36:12
noticed   28:5
november   50:21
   109:7
number   15:4
   89:11,12,15
numbers   15:7
   89:7,8,10
numerous   54:4
   55:8,8
nurse   50:19 63:12
   87:1
nurses   78:2
nurture   86:1
nutritional   51:19
ny   1:13 3:7
   111:23
nyu   42:15

**o**

o   1:21 5:1 111:1
oath   14:10 16:2
ob   27:3
obituary   34:13
   57:21
object   14:17
obligation   106:4
obligations   14:12
observatory   86:5
obsession   21:21
obsessive   72:18

obviously 8:15
  9:11,21 73:19
occasion 35:12
occasions 30:25
occupational
  78:16
occur 27:17
occurrence 98:4
october 38:9
  90:16
odds 23:2
offered 45:25
  49:24
office 18:16 91:4
officer 44:21
  66:16
offices 74:17
official 3:4 6:18
  7:15,18 8:25
oftentimes 46:3
oh 11:6 13:18
  71:8 77:6 105:11
oil 64:17
okay 5:2 7:12 8:4
  8:15,18,22,23
  9:21,23 10:25
  20:21,23 24:24
  26:23 39:1 43:15
  47:16 65:23
  70:20 71:20 72:2
  72:3,10,10 78:3,4
  80:2 85:8 91:12
  110:14
old 26:5 30:22
  38:20 40:7 43:22
  43:22 46:24 71:7
  71:10,12,17,18
  72:4 78:13 87:18
  89:18 90:17 96:2
  100:21 101:11
  106:15 111:21
older 31:23 48:9
  66:4,5 67:7 68:2

oldest 44:21 99:11
olsen 4:1 61:19,20
  61:22,22,24 62:18
once 36:11 45:25
  46:7,8,9 47:7
  62:3 68:17,18,19
  73:4 81:15 91:18
ones 10:20 15:4
  23:17,20 49:23
  56:24 59:15 61:8
  61:11 62:19
  69:18 77:20
oneself 25:12
ones' 26:15
ongoing 5:8 95:9
onlookers 67:22
onset 43:5
onus 106:4
opana 50:25
open 6:12 29:16
  29:17 30:22
  32:21 65:10
operation 38:19
  38:22
operator 70:23
  71:2,5,7,9,12,15
  71:17,20,22,25
  72:2,4,6,8,10,12
opiate 27:9,15
  28:5 57:2 77:18
  87:24 91:17 93:4
  94:14,21
opiates 60:10 61:1
  61:9 87:2,21
opinions 51:2
opioid 6:22 12:6,7
  12:8 14:2,15 15:2
  16:15 19:10 27:6
  31:18,22,25 32:18
  40:24 41:8,15
  42:9 50:8 52:20
  90:7,16 91:2
  104:13,18

opioids 12:6 17:1
  21:25 22:7,22
  36:19 41:24
  43:24 44:1 45:22
  46:5,17 50:20,25
  51:3,8,9 63:10
  89:13 96:12
  101:2 104:5
opportunities
  26:12
opportunity
  10:22 26:22 37:9
  37:11 45:7 53:9
  57:25 75:6,6
  106:3
opposite 34:22
  42:1
optimistic 41:25
option 85:4
order 7:21
orders 63:15
organization
  12:14
organizations
  96:10
organizing 7:16
  7:25
original 60:24
originally 100:11
oscar 70:10
ostracized 20:4
outbursts 99:9
outcomes 78:5
outlines 91:25
outraged 13:8
outside 94:13
oven 65:12
overcome 32:1
  108:22
overdose 12:8
  25:10 27:10 29:3
  31:18 40:6 42:22
  57:5 60:7,18

69:22 77:21,22
  89:10 91:5 95:23
  102:23
overdosed 22:22
  29:3 42:6 55:17
  95:15
overdoses 90:13
  104:13
overflowed 61:2
overnight 32:20
overshadowed
  104:8
owes 6:13
owned 13:9
owners 14:4
  43:12
oxy 21:21 22:3,8
  22:22 27:23 28:6
  31:23 65:8 83:14
  86:4 107:19
  108:10 109:7,12
  109:14
oxycodone 25:11
  26:1 82:12 92:9
  92:19 97:14,15
oxycontin 5:8
  12:23 14:8 16:14
  16:19,21,24 17:2
  18:20 21:14,17
  22:1,13,19 27:13
  27:22 30:10
  35:18 38:24
  40:14 41:16,20
  42:2,3,21 45:9
  46:11,13,15 48:12
  48:21 49:16
  50:25 54:10,16
  57:1,1,8,11,22
  58:7,13,16,21
  59:22 60:23 61:1
  61:3 62:1,5,15,25
  63:6,7,15 64:9
  67:9 69:13,16

[oxycontin - personal]                                                                      Page 25

70:7,11 73:22
74:6 81:24 82:3
82:11,11 85:15
86:2,12 87:3,9
88:4,16 90:3 92:9
92:18 95:16 96:1
97:14,24 100:20
100:24 106:8
107:16 109:3,9,20
**oxys** 54:5 83:24

**p**

**p** 3:1,1 5:1
**p.m.** 17:9,11 64:1
**pace** 36:9
**paced** 44:23,23
**packaging** 60:24
**page** 34:12
**paid** 22:6 36:12
76:8
**paige** 53:14,14
54:3,6 55:9,11,13
55:17,19 56:2,6,9
56:19
**paige's** 55:14,14
55:16
**pain** 19:9 27:15
31:1 34:16 40:16
41:18,19 42:8
46:14 48:9 50:24
54:1 58:5,14,16
58:17,17,23 59:1
62:7 63:2,6,12
65:17 69:14,25
70:7 72:21,22
74:23,25 77:12
81:13 82:1,2 83:5
84:11 87:14 90:1
90:22 92:6,13,20
93:3 94:11,15
95:23 96:9,12
97:15,22 98:6
99:4 101:20
103:16

**painful** 27:13
33:5 55:24 76:11
**painfully** 108:11
**painkiller** 95:22
**painkillers** 98:9
**painting** 58:13
**pajamas** 63:24
**pandemic** 14:2,15
15:2 41:5
**panhandled**
22:22
**papa's** 103:12
**paradise** 88:9
**paralysis** 92:4
**paralyzed** 33:15
50:22
**paranoia** 48:23
**parasite** 103:5
**parent** 39:25
102:18
**parents** 12:14
25:24 32:12,12
33:10,18 37:7
42:21 61:7 68:20
109:21
**pariahs** 42:17
**park** 3:6 38:17
**parking** 54:24
67:21 69:7
**part** 22:1 65:15
78:25 85:6
103:23
**partially** 14:8
**participated**
59:18
**parties** 26:9
103:24
**party** 47:3 96:3
109:8
**pass** 36:13
**passed** 26:2 35:13
104:1 109:9

**passing** 26:8
**passion** 11:23
**patch** 27:23 73:6
**path** 37:7 94:1
**patient** 60:1 92:22
**patients** 14:13
16:3 36:9 37:21
41:25 63:11
88:14
**pawned** 33:17
54:14
**pawns** 100:9
**pay** 22:22 24:15
33:17 35:1 50:1
69:2 78:23 81:21
81:22 83:20 85:3
88:23 103:14
109:10
**peace** 12:20 35:15
41:25 106:22
110:11
**peaceful** 15:13
88:13
**peddle** 73:11
**peddled** 101:3
**pediatric** 64:9
**pediatrician**
10:16 34:15
62:13
**pee** 36:13
**peer** 60:9 86:7
**pennsylvania**
15:6,10 30:6
**people** 5:9 6:13
6:23,25 7:20 9:14
10:9 12:24 13:4
13:14 14:6,21
18:13 21:20 22:2
22:3,8,9 23:4,8
26:21,21 29:4
40:17,19,21 41:6
42:7 45:12 52:12
53:21,21,22 56:7

57:4,14 61:12,13
61:13 65:18
70:15 72:21
73:12,22 74:3
75:10,14 77:21
80:22 85:3,3
90:20 95:15
105:6 107:4
108:2 110:16
**people's** 15:8
68:12 73:24
**percent** 101:1
**perfect** 81:18
**perfectly** 16:17
52:18
**period** 9:4 62:2
**permanently** 57:2
104:3
**permission** 44:13
**permitted** 5:23
6:14,15
**persistent** 23:6
**person** 11:1,12
20:22 22:15
24:24 25:5 26:23
30:3 34:8 37:13
37:14,20,25 41:12
43:16 47:17 50:9
50:15 52:24
53:11 56:21
58:24 59:18
61:18 65:9,20
67:1 68:24 77:15
77:18 79:2,18
80:14,24 82:6
85:8 88:17,25
91:9 95:11 97:8
99:22 105:1,19
107:9
**personal** 5:13
10:3 59:10 76:18
86:15 87:7 91:5
91:16

personality 53:19 69:21

personally 6:4 50:1 91:23

perspectives 88:6

pervert 100:15

pharma 1:6 2:5 5:3 14:3 23:3 27:12 70:11 91:24 92:9 95:23 107:3

philadelphia 15:10 16:5,8,13 94:14

philanthropy 42:10 50:6

philip 97:5

philosopher 21:3

phone 6:12 7:7,8 7:11 14:21 18:15 47:4 59:20 68:2 69:6 75:17,18 77:13 79:21

photos 57:19

phrases 102:22

phyllis 80:3

physical 78:16 94:5

physically 41:21 52:13

physician 27:3,11 29:20 35:15 36:18

physicians 45:6 93:25

pick 47:2

picking 54:23

picks 106:11

picture 105:9,12

pictures 38:12 55:1 79:24

picu 30:22

piece 67:2 68:22

pieces 34:3

pill 18:10 57:20 62:22 64:6 65:14 74:8,16 80:16 82:1 90:6 101:5 101:14

pillows 90:25

pills 12:5 18:19 32:1 33:6,11 41:19 60:23 62:4 63:8,19 65:7,8 82:12 83:4,5,13 83:16,20 84:5 85:25

pinching 17:20,21

pinkusov 3:13 13:18,19,24 14:23 15:1,9 20:21

pissed 37:19

pitch 27:12,16

pittsburgh 15:6

place 44:22 72:20 106:19

places 82:16

plains 1:13

plan 6:20 37:23 39:22 57:14

plane 86:14

planet 86:6

planned 14:2 83:15 89:15

plastic 57:20 65:6

play 109:17

played 11:19

playing 34:23 52:3,4 70:21

plays 70:22

playwright 21:4

pleading 96:16

please 6:16 9:7 11:2 14:22 19:4,8 19:11,12 28:15

57:11 59:1 67:16 67:19

pled 45:5

plenty 64:22

plus 63:7 92:19 102:22

pm 110:18

pneumonia 51:23

pocket 78:24

pockets 22:6 99:5

poem 29:8,10 103:7

point 28:11 62:14 64:21 66:19 75:8

pointed 35:5

poison 14:13 73:11 74:11 79:5

poisoned 24:2

police 18:4,5 44:21,22 55:18 67:24 68:1,4 71:15

policies 82:5 83:19

politicians 96:17

pollination 103:17

pollock 4:7 79:19 79:20,23 80:2,3

poor 82:6 98:15 98:22

poorly 94:12

pope 81:6

popularity 59:4

populations 15:5

pork 55:25

position 25:22

possessions 48:25

possibility 20:18 58:2

possible 24:9 26:20 38:10 40:8 76:17 87:23

post 6:16 12:2 33:20

posted 6:19

potential 92:11

potentially 7:3 92:12

pound 63:20

poured 22:5

poverty 22:21 78:23

power 59:3 67:17 68:13 100:23

powerful 19:6 64:11 100:25

powerless 60:11 87:11

powers 24:13

pr 23:13

practice 64:9

practiced 62:13

practices 88:5 110:9

practicing 15:22 57:6

pray 12:19,20 13:12 24:18,20,21 61:16 74:22 77:10 110:11

prayed 33:4

prayer 37:2 79:7

precious 54:13

pregnancy 59:13 78:1 98:9

pregnant 51:2 97:21 98:18,20

preis 3:9 7:18,25 8:1,4,11,16,17,19 8:23,24 9:18,22 9:23 10:25

premature 51:7

prenatal 31:5

prepared 33:21

preparing 94:3
prescribe 27:13
  62:9,22 96:11
prescribed 12:4
  13:11 16:14 22:2
  26:1 31:23 38:25
  41:16 46:13
  50:20,24 51:9
  58:13,16,18,20
  60:11 67:15,18
  69:18 70:7 74:8
  82:2,8 90:4 92:8
  97:14 101:9
  103:3
prescribing 36:1
  81:15 83:24
  97:13
prescription
  21:19 22:6,6
  25:11 39:1 59:25
  83:25 87:22 90:2
  97:17 100:21
prescriptions
  21:18 30:10,11
  38:24 40:14
  41:24 48:10
  57:22 69:17
  82:16 83:22
  84:13,15 92:14
  93:24
present 4:16 5:14
  37:11
presentations
  7:13,16
preservation
  104:10
preserve 99:18
president 35:9
press 23:12 60:16
pressure 42:13
  96:11
prevent 77:11

preventable 56:25
  104:22
prevention 77:8
preyed 22:9
price 69:2
pride 35:5 65:13
  85:1
primarily 5:4
principle 100:16
prior 47:4 58:13
  59:13
prisoner 93:10
private 13:25
  43:12
privately 62:13
privilege 100:23
  102:9 106:4
pro 42:23 73:17
probably 7:14
  76:11 85:1 108:9
probation 44:12
problem 24:10
  39:11 72:12
problems 19:2
  98:19 99:18
proceeding 6:3,8
  7:8 110:15
proceedings 5:7
  6:14 94:19
  110:17 111:4
producer 10:17
  81:3
product 7:3 30:17
  32:15 63:2 77:19
  79:13 99:1
  101:10,11 104:4
product's 64:11
productive 91:18
productivity
  93:12
products 22:2,21
professional 42:5
  92:20 93:2

professionally
  91:24
professionals 78:2
profit 100:17
profiteering
  102:10
profits 22:17
  40:12 89:7 95:7
profoundly 26:8
  90:4
program 45:25
  86:24 94:12
progressed 93:4
prohibitively 42:7
projected 50:4
prom 78:19
promise 24:18
promoted 62:25
promoting 45:8
  84:14
pronouncing
  24:25 85:9
proper 93:10
properly 52:9
pros 73:17
prosecuted 43:12
prosecution 97:4
protect 55:3 64:7
protected 35:24
  76:1
protection 100:18
protector 66:7
proud 16:1 64:8
  89:19 99:14
proudly 27:25
proves 42:1 88:17
provide 12:15
  41:24 59:6 60:1
  99:20
provided 7:20
  60:5
provider 27:3
  92:11

provides 96:23
providing 94:23
psychiatric 28:7
  86:17
psychiatrist 15:22
  15:24,25 18:2
  62:8
psychiatrists
  20:12 39:9
psychiatry 15:22
psychosis 48:23
psychotic 54:25
ptsd 19:5 51:19
public 57:6 64:5
  94:19
publicly 10:8
pukey 63:16
pull 20:23
pulling 96:19
pulse 23:22
punched 17:15
punished 50:10
punishment 95:2
purchase 32:23
purchased 25:20
  90:7
purdue 1:6 2:5
  5:3 10:14 14:3
  23:2 27:12 39:3
  40:9 41:23 42:19
  43:11 45:5 70:4
  70:11 91:24 92:9
  96:16 107:3
purdue's 42:25
pure 19:18 86:8
purely 64:24
purpose 97:3
pursue 43:13 95:6
pursuits 93:2
push 66:10 96:20
pushed 17:18
  41:23

pushes 40:16
pushing 17:19
  21:21 39:8 64:9
put 5:23 7:22
  22:17 25:15 34:2
  61:2 65:13 67:9
  77:5 78:9 88:20
  90:19,25 92:25
  94:19 110:3
putting 106:21

**q**

quarropas 1:12
queens 100:11
quest 14:7
question 108:16
questioned 39:1
  60:19
questions 18:6,7
quick 29:5
quickly 11:11
  38:21
quinn 42:23
quit 16:23 17:4
  109:16
quite 62:11
quote 67:16 70:10
  103:8

**r**

r 1:21 3:1 5:1
  111:1
ra 97:12
race 12:11
raging 101:15
raise 12:16 44:7
raised 31:17 38:7
raising 8:16 30:14
  73:23
rally 6:1 12:18
ralph 61:24
ramped 45:10
ran 16:22 67:7
  106:16

ranch 109:13
randi 4:7 79:19
rank 62:17 64:13
rap 77:5
rare 49:3
rarely 91:8
rdd 1:6
reaches 106:13
reaching 7:17
read 29:8 73:2
  99:11 108:14,25
  109:2,6
readily 101:14
reading 110:4
ready 64:2
real 15:7 40:21
  75:21
reality 18:17
  48:24 57:15 58:2
  93:21
realize 15:7
realized 12:5
  17:24 33:24 79:4
realizing 93:7
really 6:12 11:18
  21:11 45:14
  69:20 80:6 83:11
  84:11 93:17 97:4
  109:4
reap 69:1
reason 89:8
reasons 55:15
reassured 16:17
rebellious 44:2
rebuilding 94:5
recall 62:6
receded 41:20
receive 76:25
received 18:16
  28:13,25 68:2
receiving 28:16
  35:24 58:19

recipe 27:20
reckless 24:10
recommendations
  10:2
record 6:14,18,20
  8:24 103:15
  111:4
records 16:1
recounting
  104:12
recover 104:20
recovered 68:20
  80:8,11
recovering 34:4
  63:4 94:14
recovery 25:5
  26:20,20 28:11
  32:3 57:8 59:19
  61:12 77:8,18,23
  86:24 87:16,16
  92:5 102:23
reduced 22:20
  42:4
reduction 57:7
  59:19 60:9
reference 95:9
referred 98:17
refill 61:4
reflect 79:16
reflecting 104:18
refugee 15:10
refused 63:16
  64:10,10
refusing 42:15
  76:20
regardless 34:25
regards 51:2
regimen 58:14
region 15:12
regret 96:1,5,8,13
  96:16,19
regretfully 6:8

regrets 96:6,6
  106:21
rehab 39:13,16,21
  45:24 55:10
  83:13 85:5 89:13
rehabs 55:8 90:10
rejected 87:21
relapse 28:10
  102:23
relapses 90:13
related 2:1 102:10
relationship
  46:20 55:13
  57:10
relationships
  59:11
relatives 95:14
relaxed 16:18
relaxers 48:8
release 20:19 29:2
  92:18
relenting 62:23
relief 92:15
relieved 65:17
rely 19:6 26:6
remain 94:15
remainder 95:4
remaining 60:24
remains 103:12
remember 7:4
  18:12,13,14,15
  27:16 46:15 68:9
  73:21 79:16
  107:15
remembered
  24:17 50:7 93:14
remind 23:25
reminded 6:25
remnants 15:19
remorse 45:15
  100:4
remorseless 103:4

| | | | |
|---|---|---|---|
| remotely 6:9 | respond 5:23 | 110:6 | ring 17:12,16 |
| removed 42:16 | response 17:18 | richard 4:19 7:7 | ringing 17:14 |
| 51:21 84:4 | 44:18 52:11 59:6 | 8:7 9:11 13:7 | 63:13 |
| renee 57:13 | 107:7 | 21:5 24:11 29:25 | rise 74:17 |
| renting 89:16 | responsibility | 30:6,16 33:2,21 | risk 74:1,10 |
| rep 84:15 | 85:2 98:24,25 | 48:11,22 49:18 | risks 92:11 |
| repeat 90:13 | responsible 21:22 | 50:11 53:23 | road 111:21 |
| repeated 17:16 | 23:7 40:11 43:5 | 54:14 56:15,17 | robbed 52:24 |
| repeating 6:6 | rest 13:6 23:22,25 | 58:3 72:14 73:7 | 79:14,15 |
| replayed 72:19 | 65:12 78:12,21 | 73:13,15,25 74:14 | robbie 79:14 |
| repo 103:13 | 99:7 | 74:20 75:17 | robert 1:22 |
| report 5:11 18:16 | restaurant 108:5 | 76:14 77:7 82:10 | rock 18:1 106:11 |
| reports 80:12 | resting 109:24 | 88:4 89:9 90:18 | role 25:22 42:9 |
| represent 91:21 | restitution 94:23 | 90:24 91:14 95:5 | 91:5 |
| 106:5 | result 31:24 33:20 | 100:6,11,22 | rollercoaster |
| representatives | 41:9 72:22 74:8 | 101:13,17 102:1,3 | 54:12 |
| 34:19 | 104:17 | 102:11 103:4 | rome 55:15 |
| reps 45:11 64:9 | resulted 42:14 | 106:10 107:6 | roof 89:25 |
| republic 15:24 | 62:5 95:7 | 108:25 109:21 | room 1:12 36:2,3 |
| reputation 24:16 | resulting 58:8 | 110:2 | 42:4 56:7 58:11 |
| 42:5 | 59:3 76:5 96:12 | richard's 100:4 | 69:4 80:24 83:7 |
| reputations 35:23 | resuscitation | riches 110:7 | 99:12 |
| requested 5:12 | 104:13 | rico 43:10 | rooms 36:6,9 |
| requests 10:2 | retire 36:8 | riddance 73:23 | 89:16 |
| required 14:10 | retired 61:25 | ride 44:16 86:14 | root 54:1,5 |
| 38:19 108:14 | 62:12 | ridiculous 61:3 | roots 24:21 |
| requites 21:5 | retirement 28:20 | riding 103:10 | rose 96:21 |
| reservations | 39:20 76:5 94:4 | rifles 65:5 | rot 56:18 |
| 75:13 | retreated 36:2 | rig 82:4,14,15 | rough 27:23 |
| residence 59:21 | return 12:1 94:25 | rigged 88:21 | rounded 53:15 |
| residential 23:3 | returned 16:13 | right 11:1,7,24 | roxicodone 82:12 |
| resign 36:8 | revealing 42:24 | 13:17 29:12,14,15 | ruined 18:24 |
| resist 105:8 | revenge 79:11 | 45:7 53:22 57:22 | 99:15 |
| resort 16:11 | review 96:24 | 69:7 76:10,24 | ruining 22:15 |
| resources 99:18 | revive 29:5 | 82:19,21 85:10 | rules 5:22 6:9 |
| respect 6:10 | revived 60:6 | 87:12 95:11 | run 107:22 |
| 63:22 | revolution 5:25 | 101:17 105:18 | running 32:5 96:8 |
| respectable 20:9 | rewarding 91:18 | righteousness | ruthless 52:12 |
| respected 35:6,24 | rewired 46:8 | 110:9 | ryan 3:14 20:22 |
| respectful 107:12 | 69:22 | rikers 28:13,15 | |
| respects 76:14 | reynolds 81:5 | riley 78:1,4,7 | **s** |
| respiratory 30:23 | rich 21:15 22:8 | 79:14,15 | s 2:2 3:1 5:1 |
| | 41:10 85:16 | | sackler 4:17,18,19 |
| | | | 5:14,19 7:5,6,7,8 |

7:10 8:12,13 14:3
19:3,15 20:8 21:5
23:14 24:11,16,20
25:8 34:12 42:9
42:15 57:9 61:16
62:24 63:2 64:12
68:25 77:7 89:6
95:15 97:3 100:3
102:11 108:13
110:11
**sacklers** 6:2 9:5
24:1 41:13,23
43:9 51:10 52:15
57:8 58:4 75:8
77:10 84:14,21
90:19 94:16
95:17 106:1
**sacklers'** 43:2
**saddles** 103:18
**sadly** 60:22 76:1
76:23 90:11,15
106:17
**sadness** 31:20
49:15
**safe** 16:18,18
30:21 54:2 97:23
97:23,24 101:18
**safer** 98:18
**safety** 51:25
**saint** 70:10
**sale** 14:7
**sales** 27:12,16
45:10,11 62:23
70:5 84:15 89:7
96:8,13,20
**salespeople** 10:14
27:12
**sands** 103:11
**sanity** 29:12
**sat** 30:25 100:10
**save** 33:4,17
54:12

**saved** 76:8 108:9
**savings** 28:20
39:20 76:5 94:2
**saw** 8:13 31:19
60:21 107:11
**saxon** 20:14
**saying** 26:19
37:16 68:3 75:18
88:16 104:23
**says** 11:4 35:15
52:10 110:4
**scale** 58:17,17
64:19
**scam** 97:2
**scared** 66:21 68:6
**scarpone** 3:12
11:2,3,9,14,15,17
**scarred** 104:3
**schedule** 84:12
92:10
**schemes** 42:25
**scholarship** 39:14
**school** 11:25
15:17 16:6 25:19
25:21 28:2 34:23
38:20 39:12 44:2
48:6 59:8,9 78:19
96:3 99:8,13
101:6 109:11
**sciatica** 92:23
**scoop** 63:20
**scope** 24:5
**scott** 3:25 56:21
56:22 57:12
61:18 66:4,12,19
67:3,9,21 68:15
68:22 69:6,13
70:8
**scott's** 68:5 70:12
**scotti** 4:14 105:19
**scourge** 94:16
103:5

**scout** 49:11
**scratch** 30:7
**scream** 78:10
**screamed** 45:1
47:7
**screaming** 78:11
**screams** 23:19
**screen** 5:5 7:6,6
7:19 9:15 10:24
20:23
**scrip** 54:1,8
**scrips** 54:7 82:17
83:23
**scully** 3:23 50:15
50:16,18,18
**scum** 73:15,20
74:21
**sean** 27:8,22 28:1
28:7,13,21,21
29:2,6,8,23 45:20
45:21,23,25 46:1
46:2,4,11,23 47:2
47:5,10
**search** 18:10
**searching** 54:22
63:19 69:10
**secluding** 60:13
**second** 14:8 46:18
51:2 56:1 72:2
80:4 86:20 97:21
98:2,11
**secondhand**
104:9
**secretly** 17:2
**secured** 87:7
**security** 26:11
**seduced** 36:18
**see** 7:5,6,18 9:12
16:13 20:23,24
25:24 26:6 30:21
37:5,17 41:13
46:5 53:6,7 57:22
61:3,14 62:10

63:18 73:20
76:16 79:22 80:1
91:1,7 99:19
103:8,10,22 105:6
**seek** 23:24 110:11
**seeking** 57:7
**seen** 8:9,14 21:8
25:7 26:4 31:20
67:11 103:8
**sees** 21:4,11 82:25
**seizures** 31:8
51:16 54:24
**selected** 10:1
**self** 63:22 90:10
104:10
**selfish** 21:14
73:14
**selfless** 67:5
**sell** 45:11,11,11
**selling** 100:14,23
**sellinger** 96:23
97:5
**semester** 39:15
**semi** 73:16
**seminars** 96:8
**send** 44:22 66:21
83:22
**senior** 101:6
**sense** 26:11 51:22
**senseless** 104:19
**sent** 28:24 41:18
55:1,10 83:24
**sentence** 45:3
47:9 55:11
**sentenced** 28:23
**sentimental** 48:24
**separate** 36:6
**sepsis** 55:7
**september** 49:10
51:6 58:10 86:11
**sergeant** 11:17
**series** 39:4

serious 87:25
seriously 75:13
serve 59:20
service 108:3
services 15:18
  31:11 77:8
session 6:1
set 5:12,15 17:12
  35:3 46:16
settlement 2:1
  24:15 43:3,8
  75:11,21 76:25
  94:18
seven 12:4 34:21
severe 48:23
  55:21 76:6 92:3
shake 78:10
shakey 63:16
shame 58:6 62:22
  62:23 86:2 90:18
  99:1
shape 29:14 32:8
share 26:10 70:4
  75:3,6 77:12 89:9
  94:15 102:13
  105:9
shared 26:15
  56:23 69:23
  101:6
sharing 12:13,13
shattered 23:10
  30:9 34:3 40:21
shatterproof
  90:16
sheet 2:1
shell 35:21
shelly 4:12 97:8
  97:10
shelters 67:5
shield 65:16,16
shielded 107:7
shifts 32:20

shine 53:3
shines 24:19
shirt 46:3
shocked 86:25
shoot 54:17
shoplifting 28:14
short 25:11 27:9
  46:18 57:19
  59:21 61:23
  69:12 109:15
shortly 21:25 63:4
shot 49:13
shoulder 17:18,21
  17:22
shout 60:3
show 34:11 38:12
  49:9 79:25 81:4,6
  100:5 105:12
showed 18:20
  24:5 42:2 54:17
  107:7 109:8
  110:16
showing 59:22
shows 34:14
shut 17:15
shy 12:9
siblings 35:3
  59:15
siblings' 48:14
sick 34:22 90:9
  95:22
sickened 24:21
sickness 22:20
side 30:18 37:11
  47:14,14 49:8
  50:22 58:3 83:1
  109:1
sidelines 102:24
sight 93:25
sign 106:16
signature 111:6
significance 6:20

signs 28:5
silent 106:6
silver 40:22
similarities 41:4
simple 49:14
simplest 59:10
simply 77:9 92:12
  106:12
sinai 108:12
  109:24
single 13:6 21:21
  23:16 26:8 28:22
  38:6 50:19 68:15
  72:19 74:1 76:21
  77:3,5 96:25
sinister 100:17
sinner 70:11
sinus 52:6
sippy 78:15
sir 13:18,23 20:23
  20:25 24:4 72:11
  105:20,21
sirens 23:21
sister 12:24 58:12
  103:21 106:16,20
  107:5,21 109:8
sisters 10:10
  54:20,22 55:22
  56:4 109:25
sit 30:18 51:11
  52:17 61:6 108:5
sitting 35:14
  77:22 79:10
situation 36:6
  67:12
six 9:2 22:5 25:11
  26:5 36:20 38:22
  75:5 78:8
size 61:2
sized 57:21
skate 38:17
skateboarding
  38:16

skyrocketed
  32:19
slave 33:7
sleep 16:9 51:18
  56:13 63:13
  66:21 87:20 91:1
  91:8 104:11
  107:25
sleeping 23:17
  36:2,9 65:10
sleepy 17:14
slept 36:6 69:19
sliced 82:1
slightest 33:3
slip 92:25
slobbering 83:9
slouched 63:21
slow 91:20
slowed 18:21
slowly 19:1 34:3
  92:25
slurred 62:11
  69:19
small 35:22 59:14
  65:14 80:18
  85:17 104:19
smart 38:11 67:4
smashed 82:19,21
smile 58:11
  107:12
smiling 39:7
smithsonian 86:5
smitten 89:19
sneezing 98:3
snort 83:14
snow 52:4
snowboarding
  38:15
soap 28:15
sob 73:14
sober 42:8
sobriety 27:24,25
  46:10

soccer 11:19
social 42:17 59:2
society 12:17 35:9
  37:20 94:17
sold 54:7 81:18
sole 97:2
solely 72:21
solicited 10:14
solutions 111:20
somatic 58:25
somebody 13:2,3
  13:3,3 71:18
son 11:16 12:10
  13:16 15:25 26:3
  27:5,8,22 28:20
  36:13 38:7,9 39:5
  39:19 40:2,4
  43:21 44:21
  45:20 46:17,18,24
  48:14 63:3 64:13
  67:25 72:24 73:1
  73:15 79:8 89:6
  89:10,12,12,17,20
  89:22 90:20 91:1
  91:6 95:14 96:2
  98:2,12 100:19
  101:5,13 102:21
  104:5 107:9,13
son's 70:24 106:5
  109:6,23
song 103:8,11
sons 10:10 36:24
  100:8 102:20
sonya 111:3,8
soon 16:7 17:2
  33:24 92:5
sophocles 21:4
sophomore 25:21
sorrow 61:6
  108:16
sorry 14:20 47:20
  49:14 76:23
  86:20 105:7,11

sort 77:1 93:12
sought 25:16 51:2
  79:7 92:15
soul 26:13 51:7
  70:1 74:22 103:6
  106:13
soul's 103:19
souls 13:15 69:3
  88:24
sound 30:19
southern 1:2
sow 69:1
spare 77:12
speak 6:23 9:1,7
  10:21,22 11:1,9
  12:17 20:22
  24:25 26:24 30:3
  33:21 34:8 37:9
  37:25 41:12
  43:16 47:17,21
  50:15 53:11
  55:16 56:21
  61:19 62:11,15
  63:4 65:20 70:16
  77:16 79:18,23
  85:9 88:25 91:9
  95:12 97:8 99:22
  105:19 106:3,6
speaker 9:1,4,6
speakers 3:11 9:3
  9:12,24
speaking 6:13
  7:20,21 9:8,10
  13:20 27:4 52:18
  52:19 62:20 80:2
  95:13 100:1
speaks 11:12
special 48:3,5
speech 78:16
spend 23:13 32:6
  44:10 49:20
  104:11

spent 11:25 24:16
  30:14 39:16,19
  40:3 42:6 55:8
  58:11 59:14
  60:22 67:7 78:7
  82:13 83:18 94:1
spin 103:15
spinal 92:1,3 94:9
spirit 92:24
spite 53:1,3
spitting 108:7
split 47:11,12
spoke 108:13
  110:16
spoken 109:7
spoons 103:10
sports 38:15,21
  103:4
spring 16:11
sr 34:13
st 80:13
staff 35:8
stamps 44:6
stand 19:4 88:22
standing 73:6
starbucks 67:21
  67:23
start 8:5,21 11:4
  66:25
started 12:12
  16:22 17:2,3,14
  17:16,19,20,21
  18:5 42:8 44:15
  77:19 80:16 93:3
  97:13 107:3
starting 95:21
state 7:24 10:2
  11:15 25:6 35:6
  42:4 44:14 96:24
stated 60:17
statement 13:24
  14:23 21:6 61:23

statements 5:21
states 1:1,11 9:25
  11:17,24 14:6
  19:23 40:24
  49:25 50:2 61:24
  75:22 87:23
station 66:20
stationed 28:2
stations 66:17
statistically 99:15
statistics 40:20
status 59:4 62:16
  64:13
stave 62:9
stay 7:8 28:15,22
  41:19 67:17
stayed 17:8
  109:14
steadfast 110:9
stealing 54:6
steals 93:12
steam 103:13
steel 91:3
stench 36:4
stenosis 92:4
step 20:6,6 87:3
stephanie 3:22
  47:17
stepped 106:7
sticking 53:18
sticky 57:20
stigmatized 57:5
stole 66:4 70:12
stolen 97:18
stone 106:10
stood 35:5
stop 14:22 16:24
  60:20 63:13
  67:19 74:13
  84:17 85:25
  106:16,25 107:1
  107:19

stopped   11:5
18:21,22 36:4
55:18
stops   72:13
stories   10:16,18
15:8 19:13 33:10
35:19 75:4,7
90:15 101:24
104:8
storm   103:9
story   15:8 25:14
31:2 36:23 52:17
55:14 62:20 70:4
84:25 94:16
108:10,11 109:19
straight   17:10
73:16 76:15
98:10
strain   3:17 30:3,5
30:5 93:1
strange   17:22
strangers   36:10
strategies   40:13
strategy   40:15
strauss   3:3 8:24
street   1:12 12:6
74:15 82:6 90:7
93:23 101:3
streets   30:11 54:7
54:16
strength   64:24,25
110:16
stress   12:3 33:20
stressing   67:19
strictly   16:19
stripped   63:24
86:15
strokes   81:23
strong   33:24 62:9
94:10 108:24
stronger   48:9
struck   41:3,7

struggle   6:1 12:7
46:10 59:24 95:5
108:1
struggled   27:23
28:22 29:19 59:8
70:8
struggles   53:1
108:22
struggling   44:11
57:7
stuck   100:14
102:22,24
student   73:16
109:10
study   15:22
studying   73:16
stuff   82:8
stupidly   70:2
subject   5:22
submarine   28:1
submitted   91:25
suboxone   98:17
98:18
substance   12:14
success   22:14
successful   5:11
81:14 104:14
successfully   88:15
successive   90:12
succumbed   25:9
100:9
sud   12:16
sudden   17:22
suddenly   36:10
41:7
suffer   49:25 50:1
suffered   23:4
48:15 55:22
75:25 92:4
100:19 101:7
106:24
suffering   12:2
74:25 77:11 99:5

suffers   51:16
55:21
suicidal   62:5,10
108:17
suicide   25:25 28:7
87:25 89:15
suit   74:16
suite   111:22
sum   109:19
summer   107:5
sunny   32:6
superhero   38:13
superpowers
38:13
supplies   109:11
supply   62:3
support   12:15
26:7 48:16,17
60:9 61:11 75:11
supported   60:12
supports   59:19
supposed   8:8,8
44:9 60:4 69:14
sure   11:6,12 13:9
38:10 44:16
70:20 82:24
95:19
surely   33:9
surface   30:7
surgeries   38:23
63:5 84:5
surgery   17:8
41:17 43:25 49:5
69:15 81:13 92:2
94:9,15
surgically   51:21
surprise   93:7
surroundings
52:1,1
survival   46:10
49:5 62:20
survive   77:25
88:20

survived   87:25
survivor   23:2
41:15
survivors   10:11
22:10 56:24
survivor's   45:22
sustained   103:4
sweetheart   25:19
sweethearts   48:6
switzerland   20:5
sympathy   105:3
symptoms   31:9
93:11 98:11,21
syndrome   12:3
51:18,19 92:2
97:11
system   24:14
30:23 31:1 51:9
51:24 82:4,15
88:21
systems   31:12
57:6

**t**

t   111:1,1
table   91:3
tainted   42:18
take   8:20 19:6,21
21:23 28:9 35:18
37:6 41:1 46:5,7
46:11 52:5,23
54:21 65:9 66:10
82:2 85:2,6 87:22
88:18 90:21
97:15,22,23,24
98:24,25
taken   10:19 14:9
14:15 15:2 18:19
29:25 34:16 51:7
64:23 71:25
74:11 82:20
takes   55:14 60:10
tale   90:6

**talk** 44:3 55:23
96:3
**talking** 59:16 69:6
99:10 105:1
**task** 7:17
**taste** 51:22
**tate** 42:15
**taught** 64:16,19
**tax** 76:6
**taxes** 50:1
**teach** 52:8
**teachers** 52:8
**team** 12:13,13
**teammates** 103:3
**teams** 107:14
**tears** 73:10
103:12 107:19
**technologist** 16:7
16:9
**ted** 109:13
**teen** 45:23 46:18
**teenager** 27:22
59:7
**teens** 27:21 58:15
**teeny** 64:3
**teeth** 31:11
**telephone** 5:6
**telephonically** 3:9
**tell** 11:16 19:25
20:1 24:12 26:13
35:19,23 36:23
46:6,17 52:17
64:8,23 66:8,24
68:5 74:2 88:22
95:25 105:2
107:17 110:2
**telling** 16:24
101:23
**telltale** 28:5
**temporary** 92:4
**ten** 47:4 58:18
102:22 106:15

**tendered** 103:14
**tenderly** 85:21
**tenn** 2:1
**tennis** 34:23
38:16 60:12
109:18
**tens** 6:24
**teresa** 87:20 89:9
90:18,25 91:15
95:5
**term** 25:5 26:20
31:4,13 77:18
92:11 93:25 94:6
109:15
**terminal** 92:22
**terms** 6:1
**terrible** 84:24
100:19
**terrified** 33:14
**terrifying** 90:14
**test** 36:14
**testified** 5:20
**testifying** 25:6
**testimonial** 62:12
64:5
**testimony** 65:4
**text** 66:23
**texts** 57:17
**thank** 7:12,15,24
8:1,16,17,23 9:21
10:25 11:14
13:15,16,17 14:25
20:20,21 21:2,3
24:24 25:2 26:22
26:23 30:1,2 34:7
37:24,25 38:2
41:10,11 43:13,15
43:17 47:15,16
50:13,14 53:9,10
53:12 56:20
61:15,17,18,22
65:19,20,22 70:13
70:14,15 71:24

72:11 75:2,5
77:13,15 79:18,23
85:8,11 88:25
91:9,14 95:10,11
97:6,7 99:20,21
99:25 105:18,22
105:23 106:1
110:13,14,15
**thankfully** 93:22
**thanks** 62:21
65:24 73:2
**that's** 30:20 50:3
51:4
**therapy** 78:16,16
78:16,17 99:8
**theresa** 4:17 7:6
9:11,12 13:7
29:25 30:6 33:21
48:11,22 49:18
50:11 53:23
54:14 56:14,17
58:3 75:15 106:9
109:23
**there's** 33:24
**they're** 30:22
85:5
**they've** 31:2
**thing** 9:23 24:20
29:11,14 47:11
53:6 67:14 68:16
76:10 84:1
**things** 8:20 10:2
11:19 20:1 21:7
33:14 45:7 59:10
69:15,20 76:24
94:9 109:17
110:10
**think** 9:13,13
11:7,11 18:23
20:3,24 47:14
70:8 74:5 75:12
80:9 85:5

**thinking** 19:24
40:8 44:4 79:10
81:20 102:19
**third** 60:21 64:13
98:7,8,13 99:11
**thomas** 34:13
36:24 37:17
**thomas's** 37:14
**thought** 7:22
17:22 33:7,22
36:22 38:25
49:17 54:2 55:11
69:16 84:6,8 94:3
106:20
**thoughtless** 52:12
**thousands** 6:24
13:14 40:11,19
48:4 49:20 73:12
75:24 95:7
**three** 9:2 22:12
32:4 42:5 44:8
49:4 62:8 63:3
70:8 82:19 87:25
97:11 99:7
107:18 109:12
**threshold** 92:18
**threw** 109:9
**thriving** 81:3
**throat** 88:1
**throne** 100:10
**thumbprint** 56:8
**thursday** 86:11
**thyself** 35:16
**tiara** 60:1,11,15
61:13
**tiarra** 57:24 58:10
58:14,20 59:7
**tiarra's** 58:9
**tic** 51:18
**tie** 64:17 74:16
**tierra** 57:13
**tiffany** 57:12

**tiffinee** 3:25 56:21
**tight** 31:10
**time** 5:12 9:4 18:5
21:25 22:24
25:17 29:12
35:17 36:13
44:10 46:18 47:5
48:2,18 50:24
51:24 53:7,8
57:25 58:24
60:21 61:15,22
63:13 65:19 67:7
69:16 74:10 75:9
77:25 78:25 79:1
80:12,15 81:1
84:8 88:18 90:3
91:23 92:7,23
93:13 94:1,10
99:10 102:16
**timeframe** 100:22
**times** 9:3 22:23,23
29:21 48:8 54:4
55:9 57:17 61:4
78:8 89:12,15
90:9
**timothy** 27:5
**tirades** 36:12
**tireless** 103:1
105:23
**today** 5:12,16,21
6:13,23,25 7:4,14
10:22 11:1 19:3
19:14 22:16
23:11 24:5,12
33:12,22 42:13
47:21 57:19 61:6
62:20 74:6 75:1
75:14,23,24 76:18
83:24 84:16,24
87:18 89:8 94:14
95:25 100:5
105:19 106:3,9
109:24

**today's** 5:7 6:14
7:16 73:7
**told** 6:6 18:3
21:15 27:15 31:5
39:10 49:4,14
51:4 54:4 62:6,20
78:2,6 86:11 87:1
98:17 101:13,25
107:15 109:22
**tolerance** 17:1
93:9
**toll** 96:20
**tommy** 31:19,23
31:24
**tommy's** 32:9
**tongue** 53:18
**tonight** 79:16
90:25
**toothpaste** 28:14
**top** 86:5 108:12
109:24
**total** 22:20
**touched** 34:24
**touches** 81:12
**toughen** 39:11
**tours** 66:17
**touted** 34:19
48:12
**town** 35:22 85:17
100:12
**toxic** 42:10 91:20
**toxicity** 67:22
**track** 103:13
**tradition** 20:14
**traffic** 36:16
**tragedy** 25:15
104:17
**tragic** 91:6
**train** 60:8
**trainer** 60:8
**training** 28:1
**trainor** 4:6 77:16
77:17,17

**trajectory** 45:16
**transcript** 6:19
111:4
**transferred** 32:10
**transparency**
42:22
**transportation**
32:22
**trauma** 31:21
32:9 88:3,8
**traumatic** 12:2
33:18,20
**travel** 93:15
**traveled** 16:11
42:2
**travelers** 86:7
**travesty** 62:14
**treat** 32:18 34:25
66:14
**treated** 22:4 37:5
90:1
**treating** 69:14
**treatment** 23:3
28:17,18,21,25
32:22 39:20 46:2
77:24 86:13,19,22
94:13 108:18
**treatments** 33:17
102:10
**tremors** 30:19
**trenches** 19:1
**trent** 107:9,15
108:5,9
**trent's** 107:21,24
108:2,12 109:19
**trial** 5:19
**trials** 46:4 103:15
**tried** 16:23 28:9
32:20 39:21 44:3
55:1,3,9 64:9
67:13 88:18 90:9
**trigeminal** 81:11

**trip** 40:3 88:8
**tripped** 16:12
**trips** 107:14
**triumph** 88:15
**triumphs** 104:19
**troy** 47:22 48:3
48:12 50:12
104:5
**true** 24:5 31:6
75:22 76:20,24
93:17 111:4
**truly** 13:14 45:14
50:4 60:2 73:13
73:24 74:21
86:10 99:14
**trust** 49:12 94:21
110:3
**trusted** 49:1 60:1
67:15
**truth** 23:23 35:22
37:14,14 42:23,24
107:8 109:22
110:3
**try** 28:21 91:7
94:9 99:18
102:25
**trying** 11:3 31:25
39:8,9 40:3 52:14
73:17 86:23
87:10 89:13
99:19 108:23
**tubal** 59:12
**tube** 28:14
**tubes** 88:1
**tuesday** 49:10
**tufts** 42:15
**tune** 69:20
**turbo** 45:10
**turn** 9:6,7,9,18,21
11:2,3 40:25
65:11 75:15
76:15

turned   55:4 65:18
    73:5 92:14 97:25
    101:15
turner's   109:13
turning   39:5
turns   31:6,12
tv   36:3 81:3
twenty   87:10
twice   36:14 63:20
    81:23 82:20 83:7
    102:5
twin   66:3 67:1
twitching   98:3
two   7:13 8:20
    15:5 28:18 29:7
    36:24 42:13
    45:23 47:9 49:11
    63:12,18 67:23
    69:9,22 75:9 78:6
    87:8 89:21 98:21
    100:8 101:17,18
    103:10,21 104:3,6
    104:25 105:6
type   49:3
typical   32:13
    101:3

**u**

u.s.   1:23 27:25
    62:13 64:6 66:15
    96:23 97:4
ucc   10:7
ukraine   41:5
ukrainian   10:13
ultimate   20:12
    69:2
ultimately   57:2
    58:9 100:15
    102:23
unable   36:16 59:6
    59:9,12,21 60:16
    62:10 80:3
unapproachable
    36:25

unarmed   64:7
unavoidable   62:4
unaware   51:25
unbearable
    101:21
unbelievably
    90:13
unborn   51:3
uncle   13:3 101:23
uncles   11:21 56:3
unconditional
    104:10
uncovering   42:22
underdeveloped
    30:23 31:1
underdog   81:1
understand   6:11
    7:7 15:20 19:4
    20:11 52:8 72:23
    73:7 84:22,23
    105:2 108:15,20
understands   9:5
    110:8
understatement
    29:20
understood   18:3
    98:8,12
unexpected   93:1
unfortunately
    27:18 28:4 38:21
    81:13
unhappy   98:3
unhealed   90:23
unhealthy   49:7
unintentionally
    104:12
unique   5:7 25:14
    75:6
united   1:1,11
    11:17,24 14:6
    19:23 61:24
universal   14:11

universe   86:7
universities   42:14
university   107:17
unjust   21:5
unkind   66:14
unlawful   59:4
    72:17
unmuted   79:20
unprovoked
    36:12
unrecognizable
    36:21
unremitting
    22:16
unrepairable
    49:17
unresponsive
    60:14
unsecured   3:4
    7:15
unsettled   95:23
unsuccessful
    104:14
unusual   37:11
unwanted   59:23
upset   105:7
upside   108:18
upstairs   49:12
urn   57:23
use   12:15 27:14
    29:6 77:18 87:13
    91:17 92:11 93:8
    94:6 98:14
    109:16
useless   18:9 39:23
ussr   15:12

**v**

va   12:3 16:8
vacations   56:10
vain   103:1
valuable   48:25
various   10:2

vegas   81:20
vehicle   101:8
vein   81:11
ventilator   30:20
ventured   100:14
venue   105:24
verdict   18:17
veritext   111:20
vermont   27:4,7
    27:11,19 28:17,23
veteran   62:12
    64:6
vial   62:4
vibrant   58:22
vicious   102:6
vicki   4:9 89:1,4
vicodin   48:9
    97:13
victim   10:7,13
    67:13
victim's   23:16
victims   5:13 10:4
    14:2 15:4 19:22
    48:4 49:22,25
    50:4 56:23 75:22
    76:20,24 88:10
victories   104:19
video   6:15 8:9
    9:16,19 11:2,4,4
    11:13 70:21,22
    72:13
videoconference
    2:6
view   91:19
vile   62:4
village   38:7
    100:11
vindictive   50:9
vinyl   103:11
violated   16:2
virginia   16:12
visit   28:4

**visited** 15:19
**visiting** 36:4
  58:12
**visits** 57:16
**visualize** 91:2
**vitaly** 3:13 13:17
  15:9
**vividly** 104:12
**voice** 26:5 52:21
  56:16 69:19
  100:7 107:17
**voiced** 16:14
**voicemails** 44:18
**voices** 106:6
**volunteered** 15:18
  81:1
**vomiting** 98:4
**vonnegut** 2:5
**vowed** 32:2

**w**

**wag** 81:7
**waist** 92:4
**wait** 105:11
**waited** 31:11
**waiting** 28:18
  44:23 47:4 79:5
**waitress** 108:6
**wake** 53:8 74:5
**waking** 23:17
  63:18 88:1
  104:12
**walked** 80:25
**walker** 1:25 60:12
**walking** 60:12
**walks** 105:1
**wall** 82:21
**walls** 20:7 42:16
**wandered** 63:25
  86:3
**want** 7:15,24
  11:12 21:6 24:12
  26:19 29:11,13,17
  34:11 47:20

52:17 60:3 61:9
61:15 67:20 68:8
70:9,20 73:20
74:12,12,13 75:8
84:17 88:20 91:5
98:16 104:23
105:3,12 110:15
**wanted** 8:6 19:25
  19:25 27:13
  29:10,22 41:3
  46:19 48:17 55:3
  59:20 62:7 66:11
  97:16 102:13
  103:20 105:8
**wanting** 97:15
**wants** 6:12 39:25
**war** 11:25 15:19
  41:5 62:12 104:8
  104:20
**ward** 86:17
**warm** 17:23
**warped** 24:7
**wash** 103:12,19
**wasn't** 31:6 46:15
**waste** 41:2 91:6
**wasted** 109:11
**watch** 59:24
  85:24 88:20
  103:25
**watched** 67:22
  86:1 102:25
  103:2
**watching** 8:8,9
  9:6,9 26:14 30:19
  36:3 102:23
**wave** 22:1
**way** 24:9 37:3
  40:1 50:1 52:14
  71:22 72:10
  76:25 77:20
  85:15 86:12
  90:15 95:21
  106:19 108:23

**wayne** 89:17
**ways** 79:11 92:12
**we've** 80:8 102:4
**weak** 67:15
**weaned** 98:14
**wear** 56:8 74:16
**wearing** 60:15,16
  78:15
**weaving** 36:16
**web** 69:13
**wedding** 33:17
**week** 5:12 28:6
  44:10 49:15
  56:12 62:2 86:18
  86:21
**weekend** 28:4
  55:6
**weeks** 78:6,8
  109:12
**weight** 51:20
**weird** 83:11
**welcome** 37:9
**welcomed** 5:14
**wellness** 44:23
**wendy** 4:1 61:19
  61:22 62:18 64:2
**went** 16:13 17:9,9
  17:10 28:21
  38:21 39:13
  44:25 47:6 48:18
  49:13 53:25 54:3
  55:8,18 58:22
  63:16 81:20,25
  84:8 89:12 90:12
**wept** 107:19
  108:2
**west** 62:14
**westchester** 38:8
**we're** 47:20
**whatsoever** 75:14
**wheelchair** 84:3
**whiskers** 12:25

**whitaker** 4:12
  97:8,9
**white** 1:13 21:20
  71:6
**wicked** 62:15
  64:11
**widely** 80:16
**wife** 13:25 16:4
  30:17 34:17 36:6
  46:19 49:1 56:2
  68:19
**wilde** 70:10
**willing** 58:6 75:3
**win** 39:23 102:25
**winding** 103:13
**windsor** 64:17
**wing** 20:8
**wings** 42:17
**wisconsin** 61:23
**wisdom** 110:5
**wise** 103:18 110:5
**wisely** 7:2
**wish** 38:13 39:1
  75:24 77:6 98:24
  101:13 108:13
**withdrawal** 28:5
  63:16 65:2 78:11
  81:24 93:11 98:6
  98:13
**withdrawals** 54:8
**withdrawn** 93:16
**withstand** 95:1
**witnessed** 32:9
  77:2
**wives** 10:9 37:7
**woefully** 64:7
**woke** 67:11
**woman** 26:19
  68:17
**womb** 66:5 99:3
**women** 106:7
**wonder** 51:11
  56:13 68:6

106:20
**wonderful** 48:1
**wondering** 63:19
**won't** 50:3
**word** 68:25 75:18
96:1 108:1
110:12
**wording** 104:25
**words** 21:21 24:7
33:24 41:10
44:24 58:4 74:11
90:23 102:22
109:6,19
**work** 17:5 25:17
32:20 36:15 41:1
42:2 67:5 69:14
78:24 87:19 88:3
88:21 109:17
**worked** 16:8
38:10 48:2 81:4,4
81:7 86:5,7 89:24
100:13
**workers** 67:9
**working** 12:16
38:6 81:8 93:8
**world** 21:11 24:1
42:3,14,18 46:25
65:16 74:18
**worried** 66:20
**worry** 67:16
93:14
**worrying** 67:19
**worships** 89:7
**worst** 18:17 21:22
68:16 87:7,23
103:23
**worth** 81:2 91:15
**worthy** 106:11
**wouldn't** 107:1
**wound** 90:23
108:24
**wounds** 102:17

**wreaked** 102:16
**wrenching** 31:16
**wrist** 41:17
**write** 62:10
**writing** 82:14
84:15,16 108:9
**written** 10:6,6
93:24 104:9
**wrong** 33:10 44:4
44:7,20 54:21
69:9,11 76:17,23
88:23
**wrongdoing**
76:13
**wrote** 24:8 29:8
49:6 82:17 83:21
83:23 103:7

**x**

**x** 1:3,9

**y**

**yahweh's** 110:12
**yards** 64:19
**yawning** 98:3
**yeah** 9:18
**year** 11:25 12:7
27:25 28:25
38:20 46:24 48:8
54:12 88:7 94:8
96:2,21,21 101:2
106:17
**years** 10:19 12:12
15:23 19:25
22:12 25:11 26:5
28:10,18 30:14
32:9 34:21 36:24
38:20 39:16 40:7
41:1,20,22 42:5
42:13,13 43:22
45:18,23 46:1
47:4 48:7,15 49:4
62:8,14 70:8
71:18 72:4 76:16

77:24 78:13
81:22 87:10,18
89:18,21 90:12,17
91:18 92:14 93:8
93:21 95:4
100:21 101:11,16
101:23 102:22
106:15,17 107:22
**yelled** 17:24
**yesterday** 64:8
**yoder** 3:19 38:1,2
38:4,6
**york** 1:2 3:7 15:6
28:12 38:8 41:18
100:12
**young** 16:9 25:24
27:11,21 35:3,4
58:22 106:7
**younger** 12:24
27:5 28:20 89:21
104:1
**youngest** 31:15,18
53:17 99:10
104:5
**youthful** 53:15
**you're** 50:6 93:13

**z**

**zabrowski** 4:3
66:1 69:4,5,5
**zero** 58:18
**zoom** 5:4
**zoomgov** 2:6