Melanie L. Cyganowski, Esq.  
Jennifer S. Feeney, Esq.  
OTTERBOURG P.C.  
230 Park Avenue  
New York, New York 10169  
Telephone:   (212) 661-9100  
Facsimile:   (212) 682-6104  

*Co-Counsel to the Ad Hoc Committee of*  
*Governmental and Other Contingent*  
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------ x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| | : |
| Debtors[1]. | : (Jointly Administered) |

------------------------------------------------------------ x

**TWENTY NINTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF <u>FEBRRUARY 1, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2022</u>**

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

6902851.1

| Period for Which Compensation is Sought: | February 1, 2022 – February 28, 2022 |
|---|---|
| Total Amount of Fees Incurred: | $49,590.50 |
| Total Fees Requested (80%): | $39,672.40 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $39,672.40 |
| This is Applicant's: | Twenty Ninth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty Ninth Monthly Fee Statement (the "Fee Statement") for the period of February 1, 2022 through and including February 28, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.  Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $49,590.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $39,672.40.

2

2.  Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,159.05[2]. The Blended hourly rate of all paraprofessionals is $345.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.  Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

4.  Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $39,672.40, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $49,590.50).

---

[2]   The blended hourly billing rate of $1,159.05 is derived by dividing the total fees for attorneys of $40,103.00 by the total hours of 34.6.

[3]   The Blended hourly billing rate of $345.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $9,487.50 by the total hours of 27.5.

Dated: March 17, 2022
    New York, New York

                                                       OTTERBOURG P.C.

                                       By:    */s/ Melanie L. Cyganowski*
                                                     Melanie L. Cyganowski, Esq.
                                                       Jennifer S. Feeney, Esq.
                                                       230 Park Avenue
                                                       New York, New York 10169
                                                       Telephone:    (212) 661-9100
                                                       Facsimile:    (212) 682-6104

                                                       Co-*Counsel to the Ad Hoc Committee of*
                                                       *Governmental and Other Contingent*
                                                      *Litigation Claimants*

# EXHIBIT A

**Fees By Project Category**

6902851.1

## SUMMARY OF COMPENSATION BY PROJECT CODE
## FOR THE STATEMENT PERIOD

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU06 | Employment & Fee Applications | 5.6 | $2,705.50 |
| PU08 | Litigation: Contest Matters, Adversary | 34.0 | $18,632.00 |
| PU09 | Meetings and Communications w/ AHC | 11.8 | $15,438.00 |
| PU11 | Plan & Disclosure Statement | 10.7 | $12,815.00 |
|  | **TOTALS:** | **62.1** | **$49,590.50** |

1

# EXHIBIT B

## Professional and Paraprofessional Fees

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1470.00 | 14.3 | $21,021.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $940.00 | 20.3 | $19,082.00 |
| Christine M. O'Brien ("CMO") Paralegal | N/A | $345.00 | 14.6 | $5,037.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $345.00 | 12.9 | $4,450.50 |
| | **TOTAL** | | **62.1** | **$49,590.50** |

# **EXHIBIT C**

**Time Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
                                                              March 14, 2022
Client/Matter No.:   20186/0002                               BILL NO. 222052
Matter Name:         CHAPTER 11
Billing Partner:     RL STEHL

For Services Rendered Through February 28, 2022:
```

---

| Phase: PU06 | EMPLOYMENT & FEE APPLICATIONS |
|---|---:|

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 02/12/22<br>JSF | Examine Documents<br>Review of Purdue Time for January | .30 | 282.00 |
| 02/14/22<br>JSF | Examine Documents<br>Review Monthly Fee Statement for January | .20 | 188.00 |
| 02/14/22<br>JKH | Prepare Papers<br>Prepare draft monthly statement for January | .70 | 241.50 |
| 02/22/22<br>JKH | Prepare Papers<br>Prepare draft fee application | 1.50 | 517.50 |
| 02/23/22<br>JSF | Prepare Legal Papers<br>Preparation of Interim Fee Application | .80 | 752.00 |
| 02/24/22<br>JKH | Prepare Chart(s)<br>Prepare exhibits for fee application | 1.20 | 414.00 |
| 02/25/22<br>JKH | Prepare Chart(s)<br>Edit exhibits for fee application | .70 | 241.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002  
Page 2

March 14, 2022  
BILL NO. 222052

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/25/22 JKH | Prepare Papers<br>Finalize monthly statement for filing | .20 | 69.00 |
| **TOTAL PHASE PU06** | | **5.60** | **$2,705.50** |

| Phase: PU08 | | LITIGATION: CONTESTED MATTERS, ADVERSARY | |
|---|---|---|---|
| **DATE ATTORNEY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
| 02/01/22 JSF | Examine Documents<br>Attend Hearing re: Extension of Injunction | .60 | 564.00 |
| 02/04/22 CMO | Preparation of Resp to disc. device<br>Document production in connection with insurance litigation | .60 | 207.00 |
| 02/04/22 JSF | Examine Documents<br>Review of Debtor's Request for Further Extension of Injunction | .20 | 188.00 |
| 02/04/22 JSF | Examine Documents<br>Insurance Adversary Proceeding - Review of Additional Inquiries re: Document Response | .30 | 282.00 |
| 02/04/22 JKH | Correspondence<br>Review and exchange communications re: document production in connection with insurance litigation | .40 | 138.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                    March 14, 2022
Page 3                                                                          BILL NO. 222052

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/07/22<br>CMO | Analysis of Resp to disc. device<br>Document production in connection with insurance litigation | 1.50 | 517.50 |
| 02/07/22<br>JSF | Telephone Call(s)<br>Call with Gilbert Firm re: Document Production for Insurance Adversary | .40 | 376.00 |
| 02/07/22<br>JSF | Examine Documents<br>Attention to Additional Document Production for Insurance Adversary | 1.40 | 1,316.00 |
| 02/07/22<br>JKH | Conference call(s)<br>Conference call (.5) and review of email instructions re: document review in connection with insurance litigation | .80 | 276.00 |
| 02/08/22<br>CMO | Analysis of Resp to disc. device<br>Document production Insurance Litigation: Review Initial Collection of Documents | 7.00 | 2,415.00 |
| 02/08/22<br>JSF | Examine Documents<br>Attention to Document Review/Response re: Insurance Litigation | .80 | 752.00 |
| 02/08/22<br>JKH | Document Production<br>Review documents for production re: insurance litigation and email exchanges re: same | 2.60 | 897.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

| Client/Matter: 20186/0002 | | March 14, 2022 |
| Page 4 | | BILL NO. 222052 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/09/22<br>CMO | Analysis of Resp to disc. device<br>With ESI vendor re: document production insurance litigation | .50 | 172.50 |
| 02/09/22<br>CMO | Analysis of Resp to disc. device<br>Review search terms report for document production review Insurance Litigation | 1.80 | 621.00 |
| 02/09/22<br>JSF | Examine Documents<br>Insurance Litigation - Document Review in Response to Discovery | 1.10 | 1,034.00 |
| 02/10/22<br>CMO | Analysis of Resp to disc. device<br>Document production Insurance Litigation | 1.70 | 586.50 |
| 02/10/22<br>JSF | Examine Documents<br>Response to Discovery Demands in Insurance Litigation - Examine Responses and Documents for Review | 1.20 | 1,128.00 |
| 02/10/22<br>JKH | Review Documents<br>Review responses to document requests in connection with document production re: insurance litigation | .40 | 138.00 |
| 02/11/22<br>CMO | Analysis of Resp to disc. device<br>Document Production Insurance Litigation | .30 | 103.50 |
| 02/11/22<br>JSF | Examine Documents<br>Document Review in Connection with Insurance Litigation Discovery | 2.30 | 2,162.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

| Client/Matter: 20186/0002 | | | March 14, 2022 |
| Page 5 | | | BILL NO. 222052 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/11/22<br>JKH | Document Production<br>Review documents re: document production in connection with insurance litigation | 1.20 | 414.00 |
| 02/11/22<br>JKH | Memo-File<br>Review emails re: searches performed re: document production in connection with insurance litigation and prepare memo detailing process | 1.70 | 586.50 |
| 02/12/22<br>JKH | Document Production<br>Document production in connection with insurance litigation | .30 | 103.50 |
| 02/14/22<br>JSF | Examine Documents<br>Attention to Insurance Discovery Responses | 1.20 | 1,128.00 |
| 02/16/22<br>CMO | Analysis of Resp to disc. device<br>Document production Insurance Litigation | 1.20 | 414.00 |
| 02/16/22<br>JSF | Examine Documents<br>Review of Additional E-Mails and Requests re: Insurance Discovery Requests | 1.10 | 1,034.00 |
| 02/16/22<br>JKH | Correspondence<br>Email communications and review of documents re: production in connection with insurance litigation | .40 | 138.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                      March 14, 2022
Page 6                                                                           BILL NO. 222052

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/17/22<br>JSF | Telephone Call(s)<br>Attend Telephonically Omnibus Hearing on Claims and Extension of Injunction | 1.00 | 940.00 |

TOTAL PHASE PU08                                                        34.00           $18,632.00

Phase: PU09                                              MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/01/22<br>MLC | Conference call(s)<br>Conference call with AHC co-counsel and State subgroup | .60 | 882.00 |
| 02/01/22<br>MLC | Correspondence<br>Correspondence among AHC co-counsel and State subgroup re mediation update | .80 | 1,176.00 |
| 02/02/22<br>JSF | Telephone Call(s)<br>Participate in Weekly AHC Meeting | .40 | 376.00 |
| 02/02/22<br>MLC | Conference call(s)<br>Conference call meeting with AHC | .40 | 588.00 |
| 02/02/22<br>MLC | Correspondence<br>Correspondence with AHC counsel and State subgroup re: mediation up date | .60 | 882.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                      March 14, 2022
Page 7                                                                            BILL NO. 222052

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/04/22<br>MLC | Correspondence<br>Correspondence with AHC counsel re appeal and mediation | 1.10 | 1,617.00 |
| 02/08/22<br>JSF | Telephone Call(s)<br>Attend Update Call with AHC | 1.20 | 1,128.00 |
| 02/08/22<br>MLC | Conference call(s)<br>Conference call with State Subgroup and AHC counsel | .50 | 735.00 |
| 02/08/22<br>MLC | Conference call(s)<br>Conference call meeting with AHC | 1.20 | 1,764.00 |
| 02/10/22<br>MLC | Conference call(s)<br>Conference call with AHC State Subgroup | .50 | 735.00 |
| 02/11/22<br>MLC | Correspondence<br>Correspondence with AHC re mediation status | .50 | 735.00 |
| 02/16/22<br>JSF | Telephone Call(s)<br>Attend Meeting of AHC re: Updates | .80 | 752.00 |
| 02/22/22<br>JSF | Telephone Call(s)<br>Attend Call with Co-Counsel and Executive Team of States re: Updtes | .70 | 658.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
Client/Matter:   20186/0002                                            March 14, 2022
Page 8                                                                 BILL NO. 222052
```

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/22/22<br>MLC | Conference call(s)<br>Conference call with AHC co-counsel and state subgroup re: mediation | .90 | 1,323.00 |
| 02/23/22<br>JSF | Telephone Call(s)<br>Attend Weekly Meeting of AHC | .50 | 470.00 |
| 02/23/22<br>MLC | Conference call(s)<br>Weekly AHC meeting | .50 | 735.00 |
| 02/24/22<br>MLC | Review Documents<br>Review of correspondence with AHC counsel and State sub-group re mediation status | .60 | 882.00 |

| | | | |
|---|---|---|---|
| TOTAL PHASE PU09 | | 11.80 | $15,438.00 |

| Phase: PU11 | PLAN & DISCLOSURE STATEMENT |
|---|---|

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/01/22<br>MLC | Attendance at Court<br>Attendance a court hearing re: extension of bridge order | .80 | 1,176.00 |
| 02/08/22<br>JSF | Examine Documents<br>Review Draft of Brief to Second Circuit | .50 | 470.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

| Client/Matter: 20186/0002 | | | March 14, 2022 |
| Page 9 | | | BILL NO. 222052 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/08/22<br>JSF | Examine Documents<br>Review of Mediator's Second Interim Report | .20 | 188.00 |
| 02/08/22<br>JSF | Examine Documents<br>Review Updated Value Allocation Analysis | .30 | 282.00 |
| 02/09/22<br>MLC | Review Documents<br>Review of draft response in connection with appeal | .80 | 1,176.00 |
| 02/10/22<br>JSF | Examine Documents<br>Review of Notice of Appearance for Second Circuit re: Appeal | .20 | 188.00 |
| 02/10/22<br>JSF | Examine Documents<br>Review Revisions to Second Circuit Brief | .40 | 376.00 |
| 02/10/22<br>MLC | Correspondence<br>Correspondence with State Subgroup re: mediation status and next steps | .50 | 735.00 |
| 02/10/22<br>JKH | Prepare Papers<br>Prepare notices of appearance in appellate court and serve same | .80 | 276.00 |
| 02/11/22<br>MLC | Correspondence<br>Correspondence with counsel re: appeal | .60 | 882.00 |
| 02/14/22<br>JSF | Examine Documents<br>Review of Summary of Appellate Briefs | .40 | 376.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                              March 14, 2022
Page 10                                                                  BILL NO. 222052

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 02/16/22<br>JSF | Examine Documents<br>Review of Second Circuit Briefs | .40 | 376.00 |
| 02/22/22<br>JSF | Examine Documents<br>Review Amicus Briefs in Support of Appellants | 1.20 | 1,128.00 |
| 02/24/22<br>MLC | Review Documents<br>Review of amicus filings in Second Circuit | 2.30 | 3,381.00 |
| 02/25/22<br>JSF | Examine Documents<br>Review of Update on Mediation | .20 | 188.00 |
| 02/28/22<br>MLC | Review Documents<br>Review of memo re: pending appeals | 1.10 | 1,617.00 |

TOTAL PHASE PU11                                              10.70            $12,815.00

                                                       TOTAL FOR SERVICES     $49,590.50


                                                       TOTAL THIS STATEMENT   $49,590.50