**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

### SUMMARY OF FOURTH INTERIM FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH JANUARY 31, 2022

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Services as: | Administrative Advisor |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | October 1, 2021, through January 31, 2022 (**"Interim Fee Period"**) [2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $21,592.80 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| **Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | **$21,592.80** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Prime Clerk did not incur any fees or expenses in its capacity as administrative advisor to the Debtors during the month of December 2021.

**Total Amount Outstanding to
Be Paid at This Time:**                        **$20,320.57**

This is an: _____ monthly ___X___ interim _____ final application.

### Prior Interim Fee Application

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 |
| 7/15/21; ECF No. 3196 | 2/1/21 – 5/31/21 | $173,227.97 | $70.00 | $173,227.97 | $70.00 |
| 11/15/21; ECF No. 4115 | 6/1/21 – 9/30/21 | $623,372.93 | $273.50 | $621,872.93 | $273.50 |

### Prior Monthly Fee Statements Filed During the Interim Fee Period

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 11/30/21; ECF No. 4184 | 10/1/21-10/30/21 | $1,590.29 (payment of 80% or $1,272.23) | $0.00 | $1,272.23 (80% of $1,590.29) | $0.00 | $318.06 |
| 2/28/22; ECF No. 4399 | 11/1/21 – 2/31/22 | $20,002.51 (payment of 80% or $16,002.01) | $0.00 | $16,002.01 (80% of $20,002.51) | $0.00 | $4,000.50 |

### Summary of Hours Billed by Prime Clerk Employees During the Interim Fee Period

| Employee Name | Title | Total Hours | Rate[3] | Total |
|---|---|---|---|---|
| Orchowski, Alex T | Director of Solicitation | 5.40 | $243.00 | $1,312.20 |
| Orchowski, Alex T | Director of Solicitation | 0.80 | $231.50 | $185.20 |
| Usitalo, Eric | Director | 2.90 | $225.60 | $654.24 |
| Brunswick, Gabriel | Director | 3.30 | $214.90 | $709.17 |
| Manners, Venetia | Director | 1.20 | $214.90 | $257.88 |
| Vyskocil, Ryan J | Solicitation Consultant | 16.50 | $219.80 | $3,626.70 |
| Vyskocil, Ryan J | Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| Ashley, Jeanette | Senior Consultant | 2.40 | $190.80 | $457.92 |
| Davis, Candace L | Senior Consultant | 2.00 | $190.80 | $381.60 |
| Ingenito, Eleni | Senior Consultant | 0.70 | $190.80 | $133.56 |
| Nikelsberg, Ira | Senior Consultant | 23.00 | $190.80 | $4,388.40 |

---

[3] Prime Clerk's hourly rates increased effective January 1, 2022 in accordance with the terms of Prime Clerk's engagement. Accordingly, certain Prime Clerk employees are presented in this chart under both their current and former hourly rates, as applicable.

| | | | | |
|---|---|---|---|---|
| Breines, Lauren N | Senior Consultant | 0.80 | $179.30 | $143.44 |
| Ahuja, Prashant | Consultant | 7.00 | $173.50 | $1,214.50 |
| Schudro, Aleksey | Consultant | 1.80 | $173.50 | $312.30 |
| Kail, John C | Consultant | 10.70 | $167.70 | $1,794.39 |
| Berkowitz, Andrew | Consultant | 0.20 | $165.30 | $33.06 |
| Chan, Andrew Q | Consultant | 0.80 | $165.30 | $132.24 |
| Gabriel, Ben | Consultant | 1.00 | $159.80 | $159.80 |
| Ahmad, Nabeela | Consultant | 6.70 | $150.40 | $1,007.68 |
| Dasan, Anisha | Consultant | 8.20 | $150.40 | $1,233.28 |
| Doshi, Vatsal | Consultant | 6.00 | $150.40 | $902.40 |
| Gauniyal, Paroksha | Consultant | 5.00 | $150.40 | $752.00 |
| Khan, Samreen | Consultant | 8.20 | $150.40 | $1,233.28 |
| King, Nicolette | Consultant | 9.40 | $150.40 | $1,413.76 |
| King, Nicolette | Consultant | 1.00 | $143.30 | $143.30 |
| Huang, Danny | Consultant | 4.20 | $126.70 | $532.14 |
| Otton, Natasha | Consultant | 0.20 | $126.70 | $25.34 |
| Sugarman, Jason | Consultant | 5.90 | $126.70 | $747.53 |
| | **TOTAL** | **135.80** | | **$23,992.01**[4] |
| | **BLENDED RATE** | | **$176.67** | |

### Summary of Hours Billed by Subject Matter During the Interim Fee Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 13.50 | $1,871.49 |
| Call Center / Credit Inquiry | 0.60 | $145.80 |
| Retention / Fee Application | 4.30 | $868.97 |
| Solicitation | 117.40 | $21,105.75 |
| **TOTAL** | **135.80** | **$23,992.01**[5] |

### Summary of Expenses Incurred During the Interim Fee Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[4, 5] This amount has been discounted to $21,592.80 in accordance with the terms of Prime Clerk's retention.  Taking into account this discount, the blended hourly rate is $159.00.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

**FOURTH INTERIM FEE APPLICATION OF PRIME CLERK LLC,**
**AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM OCTOBER 1, 2021 THROUGH JANUARY 31, 2022**

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to Purdue Pharma L.P. and

certain of its affiliates as debtors and debtors in possession (collectively, the "**Debtors**"), files this

fourth interim fee application (the "**Application**"), pursuant to sections 327, 330 and 331 of title

11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules

(the "**Local Bankruptcy Rules**") of the United States Bankruptcy Court for the Southern District

of New York (the "**Court**") and the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Compensation**

**Order**"), for payment of compensation for professional services rendered to the Debtors and for

reimbursement of actual and necessary expenses incurred in connection with such services for the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

interim period from October 1, 2021 through January 31, 2022 (the "**Interim Fee Period**").[2]  In

support of the Application, Prime Clerk respectfully represents as follows:

**Jurisdiction**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the

Amended Standing Order Reference of the United States District Court for the Southern District

of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28

U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief requested herein are sections 327, 330 and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1 and the Compensation

Order.

**Background**

3.      On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of

the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.

The Debtors continue to manage and operate their businesses as debtors in possession under

sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was

authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the

Office of the United States Trustee for the Southern District of New York appointed an Official

Committee of Unsecured Creditors to serve in these chapter 11 cases.

**Retention of Prime Clerk**

4.      On November 21, 2019, the Court entered the *Order Authorizing Employment and
Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date*

---

[2] Prime Clerk did not incur any fees or expenses in its capacity as administrative advisor to the Debtors during the
month of December 2021.

2

[Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to
employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

**Relief Requested**

5.      By this Application, Prime Clerk seeks allowance on an interim basis of
compensation for professional services rendered to the Debtors during the Interim Fee Period in
the aggregate amount of $21,592.80 and for reimbursement of actual and necessary expenses
incurred in connection with the rendering of such services in the aggregate amount of $0.00, for a
total aggregate amount of $21,592.80.  Itemized invoices for the Interim Fee Period are attached
hereto as **Exhibit A**.

**Monthly Compensation**

6.      Pursuant to the Compensation Order, Prime Clerk has previously submitted a
description of the hours it spent rendering services to the Debtors during the Interim Fee Period
and a request for allowance and payment of fees and expenses related to such services in its
monthly fee statements filed at Docket Nos. 4184 and 4399 (collectively, the "**Monthly Fee
Statements**").

7.      All services for which compensation has been requested by Prime Clerk during the
Interim Fee Period were performed for or on behalf of the Debtors.  The fees and disbursements
sought by this Application do not include any fees or disbursements that have been sought for
services provided by Prime Clerk under the Claims and Noticing Agent Retention Order,[3] which
provides for separate procedures for the payment of such fees and disbursements.  Similarly, no

---

[3] The Claims and Noticing Agent Retention Order is that certain *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent for the Debtors*, entered by the Court on September 18, 2019 [Docket No. 60].

fees or disbursements for services provided to the Debtors under the Claims and Noticing Agent Retention Order has been sought by the Monthly Fee Statement or is being sought hereby.

8.    Lastly, except to the extent of the advance paid to Prime Clerk (as described in the Prime Clerk LLC Engagement Letter between Prime Clerk and the Debtors) and payment of the fees and disbursements sought in the Monthly Fee Statement, Prime Clerk has neither sought nor received any payment or promises for payment from any source during the Interim Fee Period in connection with the matters described in this Application.  Also, there is no agreement or understanding between Prime Clerk and any other person, other than the affiliates, partners, managers, directors and employees of Prime Clerk, for sharing of the compensation to be received for services rendered to the Debtors in these chapter 11 cases.

**Summary of Professional Services Rendered**

9.    The professional services that Prime Clerk rendered during the Interim Fee Period are grouped by subject matter and summarized as follows:

- Ballots

Fees:  $1,871.49; Hours:  13.50

Ballots services provided included processing incoming late ballots, including receiving, reviewing and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- **Call Center / Credit Inquiry**

Fees:  $145.80; Hours:  0.60

Call Center / Credit Inquiry services provided included responding to creditor inquiries related to solicitation.

- **Retention / Fee Application**

Fees:  $868.97; Hours:  4.30

Retention / Fee Application services provided included: (i) preparing, revising, and filing the Monthly Fee Statements; and (ii) preparing, revising, and filing Prime Clerk's second interim fee application filed at Docket No. 4115.

- **Solicitation**

Fees:  $21,105.75; Hours:  117.40

Solicitation services provided included: (i) conferring and coordinating among the Prime Clerk case team and Debtors' counsel regarding solicitation matters, including the class 4 voting analysis; (ii) reviewing and responding to inquiries from the Debtors' counsel regarding solicitation matters; and (iii) preparing an analysis of class 4 voting results for circulation to the Debtors' professionals in connection with mediation.

## Summary of Expenses Incurred

10.     In rendering the services described herein, Prime Clerk did not incur any actual and necessary expenses during the Interim Fee Period.

## Prime Clerk's Requested Fees and
## Reimbursement of Expenses Should Be Allowed by this Court

11.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered … and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded … the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)      the time spent on such services;

5

(b)    the rates charged for such services;

(c)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(d)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(e)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(f)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

12.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by Prime Clerk are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

13.    In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

14.    Lastly, Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  **Exhibit A** hereto: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, lists the amount and type of expenses incurred.

## Allowance of Compensation and Reimbursement of Expenses

15.    Prime Clerk requests that it be allowed, on an interim basis, compensation for professional services rendered and reasonable and necessary expenses incurred during the Interim Fee Period in the aggregate amount of $21,592.80 and $0.00, respectively, for a total aggregate amount of $21,592.80.  It is possible that some time expended or expenses incurred during the Interim Fee Period are not reflected in this Application.  Prime Clerk reserves the right to include such amounts in future fee applications.

## Certification of Compliance and Waiver

16.    The undersigned has reviewed the requirements of Rule 2016-1 of the Local Rules and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-1, Prime Clerk believes that such deviations are not material and respectfully requests that any such requirements be waived.

## Notice

17.    Pursuant to the Compensation Order, this Application will be served upon the Fee Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

WHEREFORE, Prime Clerk respectfully requests that the Court enter an order: (a) granting Prime Clerk interim allowance of compensation for professional services rendered in the aggregate amount of  $21,592.80, which represents 100% of the total compensation for professional services rendered by Prime Clerk during the Interim Fee Period; (b) granting Prime Clerk reimbursement of $0.00 for 100% of the actual and necessary costs and expenses incurred by Prime Clerk during

7

the Interim Fee Period; (c) authorizing and directing the Debtors to pay Prime Clerk  $21,592.80

(less any amounts previously paid) for professional services rendered and for actual and necessary

expenses; and (d) granting such other and further relief as is just and proper.

Dated:  March 17, 2022
       New York, New York

*/s/ Shira D. Weiner*
Shira D. Weiner
General Counsel
Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, New York 10055
Phone: (212) 257-5450
sweiner@primeclerk.com

*Administrative Advisor to the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

### CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FOURTH INTERIM FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH JANUARY 31, 2022

I, Shira D. Weiner, hereby certify that:

1.      I am the General Counsel of Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

2.      This certification is made in respect of Prime Clerk's compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective as of February 5, 2013 (as adopted by General Order M-447) (the "**Local Guidelines**"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 effective January 30, 1996 (the "**UST Guidelines**" together with the Local Guidelines, the "**Fee Guidelines**"), in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

connection with Prime Clerk's interim fee application (the "**Application**") for allowance and approval of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from October 1, 2021 through January 31, 2022 (the "**Interim Fee Period**").

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

(a)      I have read the Application;

(b)      to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought fall within the Fee Guidelines;

(c)      the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Prime Clerk and generally accepted by Prime Clerk's clients; and

(d)      in seeking the reimbursement of expenses described in the Application, Prime Clerk did not make a profit on those services, whether performed by Prime Clerk in-house or through a third party.

4.      In respect of Section B.2 of the Local Guidelines, I certify that Prime Clerk has provided the U.S. Trustee, the Debtors and their attorneys, and counsel to the Official Committee of Unsecured Creditors (the "**Committee**") with a statement of Prime Clerk's fees and expenses accrued during the Interim Fee Period.

5.      In respect of Section B.3 of the Local Guidelines, I certify that the Debtors, its attorneys, counsel to the Committee and the U.S. Trustee are each being provided with a copy of the Application.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  March 17, 2022
        New York, New York                        */s/ Shira D. Weiner*
                                           _____
                                           Shira D. Weiner
                                           General Counsel
                                           Prime Clerk LLC
                                           850 Third Avenue
                                           Suite 412
                                           Brooklyn, New York 11232
                                           Phone: (212) 257-5450
                                           sweiner@primeclerk.com

                                           *Administrative Advisor to the Debtors*

**Exhibit A**



## Hourly Fees by Employee through October  2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| DH | Huang, Danny | CO - Consultant | 4.20 | $126.70 | $532.14 |
| NON | Otton, Natasha | CO - Consultant | 0.20 | $126.70 | $25.34 |
| JSU | Sugarman, Jason | CO - Consultant | 2.20 | $126.70 | $278.74 |
| NK | King, Nicolette | CO - Consultant | 1.00 | $143.30 | $143.30 |
| ABER | Berkowitz, Andrew | CO - Consultant | 0.20 | $165.30 | $33.06 |
| AQC | Chan, Andrew Q | CO - Consultant | 0.60 | $165.30 | $99.18 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| GB | Brunswick, Gabriel | DI - Director | 0.50 | $214.90 | $107.45 |
| VMA | Manners, Venetia | DI - Director | 1.20 | $214.90 | $257.88 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 0.80 | $231.50 | $185.20 |
| | | **TOTAL:** | **11.40** | | **$1,766.99** |

## Hourly Fees by Task Code through October  2021

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 9.60 | $1,369.64 |
| RETN | Retention / Fee Application | 0.50 | $107.45 |
| SOLI | Solicitation | 1.30 | $289.90 |
| | **TOTAL:** | **11.40** | **$1,766.99** |

Purdue Pharma                                                                                    Page 2

Invoice #: 16808

---

## Time Detail

| **Date** | **Emp** | **Title** | **Description** | **Task** | **Hours** |
|---|---|---|---|---|---|
| 10/01/21 | ABER | CO | Quality assurance review of ballot filing database | Ballots | 0.10 |
| 10/01/21 | AQC | CO | Quality assurance review of incoming late ballots | Ballots | 0.20 |
| 10/01/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.40 |
| 10/04/21 | ABER | CO | Quality assurance review of ballot filing database | Ballots | 0.10 |
| 10/04/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.40 |
| 10/04/21 | NK | CO | Quality assurance review of late incoming ballots | Ballots | 0.20 |
| 10/04/21 | NK | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 10/05/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.40 |
| 10/05/21 | NK | CO | Quality assurance review of incoming late ballots | Ballots | 0.30 |
| 10/05/21 | NON | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 10/06/21 | AQC | CO | Quality assurance review of incoming late ballots | Ballots | 0.20 |
| 10/06/21 | NK | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 10/14/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.40 |
| 10/15/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.40 |
| 10/19/21 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.50 |
| 10/20/21 | AQC | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 10/20/21 | ATO | DS | Respond to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 10/20/21 | ATO | DS | Respond to inquiries from S. Ford (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 10/20/21 | DH | CO | Coordinate and process incoming late electronic ballots in connection with audit of same | Ballots | 4.20 |
| 10/20/21 | VMA | DI | Coordinate processing of incoming late ballots | Ballots | 1.20 |
| 10/27/21 | RJV | SA | Review and respond to inquiry from J. Shinbrot (DPW) related to ballots received | Solicitation | 0.50 |
| 10/29/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| | | | | **Total Hours** | **11.40** |



## Hourly Fees by Employee through November  2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| JSU | Sugarman, Jason | CO - Consultant | 3.70 | $126.70 | $468.79 |
| BG | Gabriel, Ben | CO - Consultant | 1.00 | $159.80 | $159.80 |
| AQC | Chan, Andrew Q | CO - Consultant | 0.20 | $165.30 | $33.06 |
| GB | Brunswick, Gabriel | DI  - Director | 2.80 | $214.90 | $601.72 |
| | | **TOTAL:** | **7.70** | | **$1,263.37** |

## Hourly Fees by Task Code through November  2021

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| BALL | Ballots | 3.90 | $501.85 |
| RETN | Retention / Fee Application | 3.80 | $761.52 |
| | **TOTAL:** | **7.70** | **$1,263.37** |

Purdue Pharma                                                                                    Page 2
                                                                                   Invoice #: 17031

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 11/02/21 | GB | DI | Draft interim fee application | Retention / Fee Application | 1.20 |
| 11/03/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/05/21 | GB | DI | Draft interim fee application | Retention / Fee Application | 1.10 |
| 11/05/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/08/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/09/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/10/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/11/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/15/21 | BG | CO | Review and file interim fee application | Retention / Fee Application | 1.00 |
| 11/15/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/18/21 | AQC | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 11/18/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/19/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 11/22/21 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.50 |
| 11/22/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 11/23/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/26/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/29/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| | | | | **Total Hours** | **7.70** |



**Hourly Fees by Employee through January  2022**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|------:|-----:|------:|
| NA | Ahmad, Nabeela | CO - Consultant | 6.70 | $150.40 | $1,007.68 |
| ANDA | Dasan, Anisha | CO - Consultant | 8.20 | $150.40 | $1,233.28 |
| VDO | Doshi, Vatsal | CO - Consultant | 6.00 | $150.40 | $902.40 |
| PGA | Gauniyal, Paroksha | CO - Consultant | 5.00 | $150.40 | $752.00 |
| SAKH | Khan, Samreen | CO - Consultant | 8.20 | $150.40 | $1,233.28 |
| NK | King, Nicolette | CO - Consultant | 9.40 | $150.40 | $1,413.76 |
| JCK | Kail, John C | CO - Consultant | 10.70 | $167.70 | $1,794.39 |
| PAH | Ahuja, Prashant | CO - Consultant | 7.00 | $173.50 | $1,214.50 |
| AS | Schudro, Aleksey | CO - Consultant | 1.80 | $173.50 | $312.30 |
| LNB | Breines, Lauren N | SC  - Senior Consultant | 0.80 | $179.30 | $143.44 |
| JEA | Ashley, Jeanette | SC  - Senior Consultant | 2.40 | $190.80 | $457.92 |
| CLD | Davis, Candace L | SC  - Senior Consultant | 2.00 | $190.80 | $381.60 |
| EIN | Ingenito, Eleni | SC  - Senior Consultant | 0.70 | $190.80 | $133.56 |
| IN | Nikelsberg, Ira | SC  - Senior Consultant | 23.00 | $190.80 | $4,388.40 |
| RJV | Vyskocil, Ryan J | SA  - Solicitation Consultant | 16.50 | $219.80 | $3,626.70 |
| EU | Usitalo, Eric | DI  - Director | 2.90 | $225.60 | $654.24 |
| ATO | Orchowski, Alex T | DS  - Director of Solicitation | 5.40 | $243.00 | $1,312.20 |
|  |  | **TOTAL:** | **116.70** |  | **$20,961.65** |

**Hourly Fees by Task Code through January  2022**

| Task Code | Task Code Description | Hours | Total |
|-----------|-----------------------|------:|------:|
| INQR | Call Center / Credit Inquiry | 0.60 | $145.80 |
| SOLI | Solicitation | 116.10 | $20,815.85 |
|  | **TOTAL:** | **116.70** | **$20,961.65** |

Purdue Pharma                                                                                    Page 2

Invoice #: 17492

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 01/05/22 | ATO | DS | Review responses to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/05/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to re-solicitation | Solicitation | 1.30 |
| 01/06/22 | ATO | DS | Confer with R. Vyskocil (Prime Clerk) regarding solicitation and voting results | Solicitation | 0.40 |
| 01/06/22 | ATO | DS | Telephone conference with C. Johnson and R. Vyskocil (Prime Clerk) related to re-solicitation | Solicitation | 0.30 |
| 01/06/22 | ATO | DS | Review responses to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/06/22 | ATO | DS | Respond to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/06/22 | EU | DI | Manage and coordinate preparation of analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.50 |
| 01/06/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.40 |
| 01/06/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to re-solicitation | Solicitation | 1.00 |
| 01/06/22 | RJV | SA | Review and respond to inquiries from J. Knudson (DPW) related to Class 4 voting results | Solicitation | 1.80 |
| 01/07/22 | ATO | DS | Telephone conference with D. Consla (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/07/22 | CLD | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.50 |
| 01/07/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and  E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/07/22 | EU | DI | Meet and confer with A. Orchowski, M. Dubin, G. Brunswick, H. Baer, I. Nikelsberg, R. Yyskocil (Prime Clerk), J. Swanner (Davis Polk) and J. McClammy (Davis Polk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.50 |
| 01/07/22 | EU | DI | Meet and confer with J. Ashley, C. Davis A. Jaffar, T. Floyd, C. Pagan (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/07/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/07/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/07/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to | Solicitation | 6.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | case professionals | | |
| 01/07/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 4.00 |
| 01/07/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals; cooridinate analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.30 |
| 01/07/22 | LNB | SC | Meet and confer with E. Usitalo, I. Nikelsberg, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/07/22 | NA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.80 |
| 01/07/22 | NK | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 3.00 |
| 01/07/22 | RJV | SA | Review and respond to inquiries from J. Knudson (DPW) related to Class 4 votes received | Solicitation | 2.10 |
| 01/07/22 | RJV | SA | Prepare for and participate in telephone conference with H. Baer, E. Usitalo, R. Nikelsberg, A. Orchowski (Prime Clerk), D. Consla and J. Knudson (DPW) re class 4 state by state vote analysis | Solicitation | 0.50 |
| 01/07/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to re-solicitaiton cost estimates | Solicitation | 1.50 |
| 01/08/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 4.00 |
| 01/08/22 | NK | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.00 |
| 01/09/22 | JEA | SC | Coordinate analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.50 |
| 01/09/22 | NA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.00 |
| 01/10/22 | ANDA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 3.60 |
| 01/10/22 | AS | CO | Meet and confer with E. Usitalo,  I. Nikelsberg, L. Ashley, L. Breines, E. Ingenito and J. Kail (Prime Clerk) re analysis of Class 4 voting results for circulation to case | Solicitation | 0.20 |
| 01/10/22 | ATO | DS | Review responses to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.90 |
| 01/10/22 | ATO | DS | Review responses to inquiries from J. Swanner (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 01/10/22 | CLD | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. | Solicitation | 0.20 |

| | | | Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | | |
|---|---|---|---|---|---|
| 01/10/22 | EU | DI | Manage and coordinate preparation of analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.60 |
| 01/10/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 6.10 |
| 01/10/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | JCK | CO | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 1.00 |
| 01/10/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals; coordinate analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/10/22 | LNB | SC | Confer and coordinate with E. Usitalo, I. Nikelsberg, J. Ashley and others (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | NA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.90 |
| 01/10/22 | PAH | CO | Prepare Analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.00 |
| 01/10/22 | RJV | SA | Review and respond to inquiries from J. Knudson (DPW) related to Class 4 Ballots received | Solicitation | 1.00 |
| 01/10/22 | SAKH | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 3.60 |
| 01/11/22 | ANDA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 4.60 |
| 01/11/22 | AS | CO | Meet and confer with E. Usitalo,  I. Nikelsberg, L. Ashley, L. Breines, E. Ingenito and J. Kail re analysis of Class 4 voting results for circulation to case | Solicitation | 0.20 |
| 01/11/22 | AS | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.20 |
| 01/11/22 | CLD | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 | Solicitation | 0.20 |

Purdue Pharma                                                                                    Page 5

Invoice #: 17492

| | | | | | |
|---|---|---|---|---|---|
| | | | voting results for circulation to case professionals | | |
| 01/11/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 5.30 |
| 01/11/22 | JCK | CO | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/11/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 1.00 |
| 01/11/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | LNB | SC | Confer and coordinate with E. Usitalo, I. Nikelsberg, J. Ashley and others (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | NK | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 4.40 |
| 01/11/22 | PAH | CO | Prepare Analysis of Class 4 voting results for circulation to case professionals | Solicitation | 5.00 |
| 01/11/22 | PGA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 5.00 |
| 01/11/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to Class 4 ballots received | Solicitation | 0.50 |
| 01/11/22 | SAKH | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 4.60 |
| 01/11/22 | VDO | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 6.00 |
| 01/12/22 | AS | CO | Meet and confer with E. Usitalo,  I. Nikelsberg, L. Ashley, L. Breines, E. Ingenito and J. Kail (Prime Clerk) re analysis of Class 4 voting results for circulation to case | Solicitation | 0.20 |
| 01/12/22 | ATO | DS | Review responses to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 01/12/22 | CLD | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro and J. Kail (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | EU | DI | Manage and coordinate preparation of analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.40 |
| 01/12/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.90 |

Purdue Pharma                                                                                          Page 6

Invoice #: 17492

| 01/12/22 | JCK | CO | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.40 |
|---|---|---|---|---|---|
| 01/12/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | LNB | SC | Confer and coordinate with E. Usitalo, I. Nikelsberg, J. Ashley and others (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to Class 4 ballots | Solicitation | 1.50 |
| 01/13/22 | RJV | SA | Review and respond to inquiry from S. Massman (DPW) related to master ballot votes received | Solicitation | 0.80 |
| 01/16/22 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.10 |
| 01/18/22 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 01/25/22 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 01/25/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received in solicitaiton | Solicitation | 0.50 |
| 01/26/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to votes received in solicitation | Solicitation | 0.50 |
| 01/27/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received in solicitation | Solicitation | 1.00 |
| 01/28/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received through solicitaiton | Solicitation | 0.50 |
| 01/31/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to votes received through solicitation | Solicitation | 2.00 |

**Total Hours**        **116.70**