**Objection Deadline: March 31, 2022 at 12:00 p.m. (Prevailing Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649** |
| Debtors. [1] | **(Jointly Administered)** |

### NOTICE OF TWENTY-EIGHTH MONTHLY STATEMENT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al*. |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | January 1, 2022 through January 31, 2022 |
| Amount of Compensation Requested: | $249,464.59 |
| Less 20% Holdback: | $ 49,892.92 |
| Net of Holdback: | $199,571.67 |
| Amount of Expense Reimbursement Requested: | $      0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $199,571.67 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[2] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Twenty-Eighth monthly statement (the "**Twenty-Eighth Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from January 1, 2022 through January 31, 2022 (the "**Twenty-Eighth Monthly Period**"). By this Twenty-Eighth Monthly Statement, and after taking into account certain voluntary discounts and reductions,[3] Skadden seeks payment in the amount of $199,571.67 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Eighth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

### SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Twenty-Eighth Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     In addition to the volume discount, the total amount sought for fees and expenses ($249,464.59) reflects voluntary reductions for this period of $3,037.00 in fees and $373.10 in expenses, for an overall voluntary reduction of 1.26%. Skadden reserves the right to request these amounts.

*(cont'd)*

billing rate of Skadden timekeepers during the Twenty-Eighth Monthly Period is approximately

$1,295.23.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Twenty-Eighth Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Twenty-Eighth Monthly Period.

4.      Attached hereto as **Exhibit D** is itemized time records of Skadden professionals

for the Twenty-Eighth Monthly Period and summary materials related thereto.

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Twenty-Eighth Monthly Statement shall be given by hand or

overnight delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma

L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn.: Jon Lowne, Email:

Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450

Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan

Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com;

(iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park,

Bank of America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L.

Brauner, Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600

N. King Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N.

Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of

the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New

---

[4]      The blended rate is comprised of all Skadden timekeepers who provided services during the Twenty-Eighth
Monthly Period.

York, New York 10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

(collectively, the "**Notice Parties**").

6.      Objections to this Twenty-Eighth Monthly Statement, if any, must be served upon

the Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate,

Meagher & Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer

Bragg, Email: Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606,

Attn.: Patrick Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, One Rodney Square, 920 N.

King Street, Wilmington, Delaware 19801, Attn.: Carl T. Tullson, Email:

Carl.Tullson@skadden.com, and 525 University Avenue, Palo Alto, California, 94301, Attn.:

Jennifer Madden, Email: Jennifer.Madden@skadden.com no later than March 31, 2022 at 12:00

p.m. (Prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Twenty-Eighth Monthly Statement are received by the

Objection Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the

expenses identified in this Twenty-Eighth Monthly Statement.

8.      To the extent that an objection to this Twenty-Eighth Monthly Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Twenty-Eighth Monthly Statement to which the objection is directed and promptly pay

the remainder of the fees and expenses in the percentages set forth above. To the extent such

objection is not resolved, it shall be preserved and scheduled for consideration at the next interim

fee application hearing.

Dated:  March 17, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/  *Julie E. Cohen*
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Fax:  (212) 735-2000

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors
and Debtors in Possession*

## <u>EXHIBIT A</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**
**<u>JANUARY 1, 2022 – JANUARY 31, 2022</u>**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer L. Bragg | 1996 | 1,650.00 | 42.80 | $70,620.00 |
| Patrick Fitzgerald | 1986 | 1,850.00 | 11.10 | 20,535.00 |
| Maya P. Florence | 2004 | 1,510.00 | 30.90 | 46,659.00 |
| William (Bill) McConagha | 1993 | 1,495.00 | 17.80 | 26,611.00 |
| William Ridgway | 2006 | 1,495.00 | 4.60 | 6,877.00 |
| Carl T. Tullson | 2007 | 1,325.00 | 1.50 | 1,987.50 |
| | | | | |
| | **TOTAL PARTNER** | | **108.70** | **$173,289.50** |
| | | | | |
| **COUNSEL** | | | | |
| John Boyle | 1996 | 1,325.00 | 5.70 | $   7,552.50 |
| Avia M. Dunn | 2008 | 1,325.00 | 16.00 | 21,200.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **21.70** | **$ 28,752.50** |
| | | | | |
| **ASSOCIATE** | | | | |
| William A. Bejan | 2018 | 985.00 | 18.70 | $ 18,419.50 |
| Elizabeth L. Berry | 2016 | 1,090.00 | 7.90 | 8,611.00 |
| Amanda H. Chan | 2019 | 985.00 | 17.70 | 17,434.50 |
| Barri Dean | 2019 | 825.00 | 0.40 | 330.00 |
| | | 985.00 | 8.70 | 8,569.50 |
| Zahed A. Haseeb | 2017 | 1,050.00 | 0.80 | 840.00 |
| Jennifer Madden | 2010 | 1,180.00 | 1.50 | 1,770.00 |
| William S. O'Hare | 2013 | 1,180.00 | 0.50 | 590.00 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **56.20** | **$ 56,564.50** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| William R. Fieberg | N/A | 470.00 | 5.30 | $   2,491.00 |
| Rachel Redman | N/A | 470.00 | 15.20 | 7,144.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **20.50** | **$   9,635.00** |
| | | | | |
| **TOTAL** | | | **207.10** | **$268,241.50** |
| **VOLUME DISCOUNT** | | | | **$ 18,776.91** |
| **TOTAL FEES** | | | | **$249,464.59** |

| | | | |
|---|---|---|---|
| | | | |
| **BLENDED HOURLY RATE**    $1,295.23 | | | |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**(JANUARY 1, 2022 – JANUARY 31, 2022)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Emergence Process | 9.70 | $   13,149.00 |
| Bankruptcy Related Litigation and Regulation | 6.10 | 9,463.00 |
| Corporate/Transactional Matter | 15.50 | 19,334.00 |
| DOJ | 32.70 | 54,006.00 |
| General Advice | 43.40 | 57,964.50 |
| General Compliance | 31.50 | 42,891.00 |
| Retention/Fee Matter | 11.00 | 11,735.00 |
| Third-Party Litigation Support | 36.30 | 45,002.50 |
| Various Texas Actions | 20.90 | 14,696.50 |
| **TOTAL** | **207.10** | **$268,241.50** |
| **VOLUME DISCOUNT** | | **$  18,776.91** |
| **TOTAL FEES** | | **$249,464.59** |

**<u>EXHIBIT C</u>**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**EXPENSE SUMMARY**
**(JANUARY 1, 2022 – JANUARY 31, 2022)**

None.

## **EXHIBIT D**

**TIME DETAIL**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                              **Bill Date: 03/14/22**
**Bankruptcy Emergence Process**                                    **Bill Number: 1887694**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 01/25/22 | 0.50 | CONFER WITH CLIENT RE: LICENSING DISCLOSURES (0.4) AND FOLLOW UP RE: SAME (0.1). |
| | | **0.50** | |
| FLORENCE MP | 01/10/22 | 0.50 | PARTICIPATE IN WEEKLY CONTRACTS CALL (0.5). |
| FLORENCE MP | 01/12/22 | 0.50 | PARTICIPATE IN WEEKLY CALL RE: STATE LICENSES (0.5). |
| FLORENCE MP | 01/13/22 | 0.20 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.2). |
| FLORENCE MP | 01/14/22 | 0.50 | CONFER WITH CONSULTANT RE: STATE LICENSING PROCESS (0.5). |
| FLORENCE MP | 01/18/22 | 0.60 | CORRESPOND WITH CLIENT RE: STATE LICENSES AND DISTRIBUTION AGREEMENTS (0.6). . |
| FLORENCE MP | 01/19/22 | 1.00 | CONFER WITH J. BRAGG AND CLIENT RE: DISTRIBUTION AGREEMENTS (0.4); PARTICIPATE IN WEEKLY CALL RE: STATE LICENSES (0.6). |
| FLORENCE MP | 01/24/22 | 0.50 | PARTICIPATE IN WEEKLY CONTRACTS CALL (0.5). |
| FLORENCE MP | 01/25/22 | 0.70 | REVIEW AND EDIT DRAFT LETTER TO STATE BOARDS (0.3); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: STATE LICENSE APPLICATION (0.4). |
| FLORENCE MP | 01/26/22 | 0.20 | PARTICIPATE IN WEEKLY STATE LICENSES CALL (0.2). |
| FLORENCE MP | 01/28/22 | 0.20 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.2). |
| FLORENCE MP | 01/31/22 | 0.30 | PARTICIPATE IN WEEKLY CONTRACTS CALL (0.3). |
| | | **5.20** | |
| **Total Partner** | | **5.70** | |
| DUNN AM | 01/12/22 | 0.60 | PREPARE FOR AND PARTICIPATE ON STATE LICENSING CALL (0.5) AND FOLLOW UP RE: SAME (0.1). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| DUNN AM | 01/19/22 | 0.80 | PARTICIPATE ON STANDING LICENSING CALL (0.8). |
| DUNN AM | 01/26/22 | 0.20 | PARTICIPATE ON CALL RE: STATE LICENSING ISSUES (0.2). |
| | | **1.60** | |
| **Total Counsel** | | **1.60** | |
| DEAN B | 12/15/21 | 0.40 | PARTICIPATE ON WEEKLY LICENSING UPDATE CALL (0.4). |
| DEAN B | 01/19/22 | 1.00 | PARTICIPATE ON WEEKLY LICENSING UPDATE CALL (1.0). |
| DEAN B | 01/26/22 | 0.20 | PARTICIPATE ON LICENSING UPDATE CALL (0.2). |
| | | **1.60** | |
| HASEEB ZA | 01/20/22 | 0.80 | DISCUSS LICENSURE ISSUES WITH CLIENT (0.8). |
| | | **0.80** | |
| **Total Associate** | | **2.40** | |
| **MATTER TOTAL** | | **9.70** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          **Bill Date: 03/14/22**
**Bankruptcy Related Litigation and Regulatory Issues**        **Bill Number: 1887695**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BRAGG JL | 01/04/22 | 0.90 | CONFER WITH CO-COUNSEL RE: WITNESS INTERVIEW PREP (0.4); CONFER WITH CO-COUNSEL RE: PHARMACY ISSUES (0.5). |
| BRAGG JL | 01/07/22 | 0.90 | CALL WITH CO-COUNSEL RE: LITIGATION ISSUES (0.5); CONFER WITH CO-COUNSEL RE: DOCUMENT REVIEW ISSUES (0.4). |
| | | **1.80** | |
| FLORENCE MP | 01/14/22 | 0.60 | CONFER WITH CLIENT AND CO-COUNSEL RE: MONITOR REQUESTS (0.6). |
| FLORENCE MP | 01/18/22 | 0.60 | CONFER WITH CO-COUNSEL RE: BANKRUPTCY LITIGATION (0.4); CONFER WITH J. BRAGG RE: SAME (0.2). |
| FLORENCE MP | 01/19/22 | 1.70 | REVIEW APPEAL BRIEFS (0.4); IDENTIFY MATERIALS RE: CO-COUNSEL REQUEST (1.3). |
| FLORENCE MP | 01/26/22 | 1.40 | CONFER WITH CLIENT AND OUTSIDE COUNSEL RE: INDEMNIFICATION REQUESTS (0.5); PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: DOCUMENT REPOSITORY (0.9). . |
| | | **4.30** | |
| **Total Partner** | | **6.10** | |
| **MATTER TOTAL** | | **6.10** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                            **Bill Date: 03/14/22**
**Corporate/Transactional Advice**                               **Bill Number: 1887691**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 01/12/22 | 0.50 | CONFER WITH CLIENT RE: DISTRIBUTION AGREEMENTS (0.5). |
| BRAGG JL | 01/14/22 | 0.40 | CONFER WITH CO-COUNSEL RE: DISTRIBUTOR REPS AND WARRANTIES (0.4). |
| | | **0.90** | |
| MCCONAGHA W | 01/07/22 | 1.30 | REVIEW AND REVISE AND TRANSACTIONAL MATERIALS (1.3). |
| MCCONAGHA W | 01/09/22 | 0.50 | REVIEW OF UPDATE TRANSACTIONAL MATERIALS (0.5). |
| MCCONAGHA W | 01/09/22 | 0.30 | EMAIL TO OUTSIDE COUNSEL RE: TRANSACTIONAL MATERIALS (0.3). |
| MCCONAGHA W | 01/12/22 | 0.30 | EMAILS ON TRANSACTIONAL ISSUES (0.3). |
| MCCONAGHA W | 01/12/22 | 0.30 | CALLS WITH CO-COUNSEL ON TRANSACTIONAL ISSUES (0.3). |
| MCCONAGHA W | 01/13/22 | 1.00 | WORK ON CERTIFICATION ISSUE (1.0). |
| MCCONAGHA W | 01/17/22 | 0.80 | EMAILS RE: TRANSACTIONAL ISSUE (0.8). |
| MCCONAGHA W | 01/17/22 | 0.80 | REVIEW AND REVISE TRANSACTIONAL MATERIALS (0.8). |
| MCCONAGHA W | 01/31/22 | 1.50 | CONDUCT RESEARCH RELATED TO REGULATORY ISSUES (1.0); AND DRAFT ANALYSIS RE: SAME (0.5). |
| | | **6.80** | |
| **Total Partner** | | **7.70** | |
| CHAN AH | 01/06/22 | 1.00 | REVIEW TRANSACTIONAL MATERIAL (1.0). |
| CHAN AH | 01/07/22 | 0.80 | REVIEW TRANSACTIONAL MATERIAL (0.8). |
| CHAN AH | 01/11/22 | 0.50 | CONFER ON MARK UP OF TRANSACTIONAL MATERIAL (0.5). |
| CHAN AH | 01/11/22 | 0.20 | REVIEW TRANSACTIONAL MATERIAL (0.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| CHAN AH | 01/14/22 | 0.50 | REVIEW TRANSACTIONAL MATERIAL (0.5). |
|---------|----------|------|--------------------------------------|
| CHAN AH | 01/17/22 | 0.20 | REVIEW TRANSACTIONAL MATERIAL (0.2). |
| CHAN AH | 01/31/22 | 4.60 | CONDUCT REGULATORY RESEARCH (4.6). |
| | | **7.80** | |
| **Total Associate** | | **7.80** | |
| **MATTER TOTAL** | | **15.50** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                    Bill Date: 03/14/22
DOJ                                                  Bill Number: 1887689

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 01/03/22 | 1.50 | REVIEW AND ANALYZE AGREEMENT IN LIGHT OF DISTRICT COURT ORDER (0.7); STRATEGY DISCUSSION WITH CO-COUNSEL RE: DOJ ISSUES (0.8). |
| BRAGG JL | 01/04/22 | 0.80 | WEEKLY PRINCIPALS CALL (0.8). |
| BRAGG JL | 01/06/22 | 0.30 | CONFER WITH CO-COUNSEL RE: OUTREACH (0.3). |
| BRAGG JL | 01/12/22 | 1.40 | CONFER WITH CO-COUNSEL RE: STRATEGY ISSUES (0.5); CONFER WITH CO-COUNSEL RE: STRATEGY AND NEXT STEPS (0.4); LISTEN TO HEARING (0.5). |
| BRAGG JL | 01/18/22 | 0.70 | CONFER WITH CO-COUNSEL RE: STRATEGY ISSUES (0.7). |
| BRAGG JL | 01/26/22 | 1.10 | CONFER WITH CLIENT RE: UNDERTAKING ISSUES (0.5); CONFER WITH CO-COUNSEL RE: PRIVILEGE ISSUES (0.6). |
| BRAGG JL | 01/31/22 | 1.00 | STRATEGY DISCUSSION WITH CO-COUNSEL RE: DOJ ISSUES (1.0). |
| | | **6.80** | |
| FITZGERALD P | 01/03/22 | 1.50 | REVIEW DEVELOPMENTS (0.6);  CALL WITH SKADDEN AND CO-COUNSEL RE: UPDATE (0.9). |
| FITZGERALD P | 01/04/22 | 2.10 | COMPILE UPDATE ON DEVELOPMENTS (0.8); UPDATE CALL WITH CO-COUNSEL (0.6); WEEKLY LITIGATION UPDATE (0.7). |
| FITZGERALD P | 01/11/22 | 1.00 | WEEKLY LITIGATION UPDATE (1.0). |
| FITZGERALD P | 01/12/22 | 0.90 | STRATEGY CALL WITH SKADDEN AND OUTSIDE COUNSEL (0.4); REVIEW AND EDIT DRAFT FILING (0.5). |
| FITZGERALD P | 01/13/22 | 1.30 | UPDATE WITH CO-COUNSEL (0.4); SKADDEN TEAM UPDATE (0.4); REVIEW AND EDIT BRIEF (0.5). |
| FITZGERALD P | 01/15/22 | 0.80 | REVIEW AND COMMENT ON DRAFT FILING (0.8). |
| FITZGERALD P | 01/19/22 | 0.30 | ATTENTION TO DEVELOPMENTS (0.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 01/20/22 | 0.20 | COORDINATE WITH OUTSIDE COUNSEL (0.2). |
| FITZGERALD P | 01/21/22 | 0.30 | UPDATE WITH M. FLORENCE (0.3). |
| FITZGERALD P | 01/25/22 | 0.10 | REVIEW PRESENTATION (0.1). |
| FITZGERALD P | 01/26/22 | 1.00 | REVIEW DEVELOPMENT (0.3); CALL WITH CLIENT, CO-COUNSEL, AND SKADDEN (0.7). |
| FITZGERALD P | 01/28/22 | 0.20 | REVIEW DRAFT COURT FILING (0.2). |
| FITZGERALD P | 01/31/22 | 1.30 | UPDATE ON STATUS (0.1); TELEPHONE CALL WITH CO-COUNSEL (0.3); TELEPHONE CALL WITH SKADDEN TEAM (0.9). |
| | | **11.00** | |
| FLORENCE MP | 01/03/22 | 0.90 | PARTICIPATE IN CALL WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ STRATEGY (0.9). |
| FLORENCE MP | 01/04/22 | 1.10 | PARTICIPATE IN WEEKLY PRINCIPALS STRATEGY CALL (0.7); CONFER WITH CO-COUNSEL RE: DOCUMENT REQUESTS (0.4). |
| FLORENCE MP | 01/06/22 | 0.30 | CORRESPOND WITH CO-COUNSEL RE: DOJ COMMUNICATIONS (0.3). |
| FLORENCE MP | 01/07/22 | 0.30 | CORRESPOND WITH SKADDEN TEAM AND CLIENT RE: DOJ COMMUNICATION (0.3). |
| FLORENCE MP | 01/11/22 | 1.30 | CONFER WITH J. BRAGG RE: SENTENCING ISSUES (0.3); PARTICIPATE IN WEEKLY PRINCIPALS' STRATEGY CALL (1.0). |
| FLORENCE MP | 01/13/22 | 1.40 | REVIEW DRAFT BANKRUPTCY BRIEFS (1.0); CONFER WITH SKADDEN TEAM RE: MATTER STATUS (0.4). |
| FLORENCE MP | 01/14/22 | 0.50 | CONFER WITH CLIENT RE: MATTER STRATEGY (0.5). |
| FLORENCE MP | 01/14/22 | 0.30 | CONFER WITH INDIVIDUAL COUNSEL RE: DOCUMENT REPOSITORY (0.3). |
| FLORENCE MP | 01/14/22 | 1.40 | REVIEW DRAFT BANKRUPTCY BRIEFS (0.6); CORRESPOND WITH SKADDEN TEAM RE: SENTENCING ISSUES (0.3); REVIEW AND EDIT DRAFT AGREEMENTS (0.5). |
| FLORENCE MP | 01/20/22 | 0.30 | CORRESPOND WITH CO-COUNSEL RE: STATUS (0.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 01/21/22 | 1.80 | PREPARE FOR BOARD MEETING (0.5); ATTEND SAME (1.0); CONFER WITH P. FITZGERALD RE: SAME (0.3). |
| FLORENCE MP | 01/28/22 | 0.10 | CORRESPOND WITH CO-COUNSEL AND CLIENT RE: PROPOSED MEDIA RESPONSE (0.1). |
| FLORENCE MP | 01/31/22 | 1.00 | CORRESPOND WITH CO-COUNSEL RE: MATTER STATUS (0.2); CONFER WITH SKADDEN TEAM RE: MATTER STRATEGY (0.8). |
| | | **10.70** | |
| RIDGWAY W | 01/03/22 | 0.90 | CONFER WITH SKADDEN TEAM AND CO-COUNSEL RE: STRATEGY AND FOLLOW UP (0.9). |
| RIDGWAY W | 01/04/22 | 0.70 | PARTICIPATE IN PRINCIPAL'S STRATEGY MEETING (0.7). |
| RIDGWAY W | 01/11/22 | 1.00 | PARTICIPATE IN PRINCIPAL'S MEETING RE: STRATEGY (1.0). |
| RIDGWAY W | 01/12/22 | 0.40 | CONFER WITH OUTSIDE COUNSEL RE: STRATEGY (0.4). |
| RIDGWAY W | 01/13/22 | 0.40 | CONFER WITH SKADDEN TEAM RE: STRATEGY (0.4). |
| RIDGWAY W | 01/18/22 | 0.40 | CONFER WITH OUTSDIE COUNSEL RE: DOJ MATERIALS (0.4). |
| RIDGWAY W | 01/31/22 | 0.40 | CONFER WITH SKADDEN TEAM RE: LEGAL STRATEGY (0.4). |
| | | **4.20** | |
| **Total Partner** | | **32.70** | |
| **MATTER TOTAL** | | **32.70** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                                    Bill Date: 03/14/22
**General Advice**                                                        Bill Number: 1887688

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 01/06/22 | 0.40 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.4). |
| BRAGG JL | 01/11/22 | 0.30 | CONFER WITH CLIENT RE: REGULATORY REPRESENTATIONS (0.3). |
| BRAGG JL | 01/23/22 | 0.80 | CONFER WITH CLIENT RE: LAUNCH ISSUES (0.8). |
| BRAGG JL | 01/24/22 | 0.40 | CONFER WITH CO-COUNSEL RE: REGULATORY  ISSUES (0.4). |
| BRAGG JL | 01/25/22 | 3.30 | CALL WITH CO-COUNSEL RE: CORE DATA SHEET (0.5); STRATEGIC DISCUSSION WITH CO-COUNSEL (0.8); REVIEW AND EDIT GUIDING PRINCIPLES DOCUMENT (2.0). |
| BRAGG JL | 01/26/22 | 0.90 | REVIEW MATERIALS (0.8); SEND SAME TO CLIENT (0.1). |
| BRAGG JL | 01/27/22 | 1.60 | CALL WITH CLIENT RE: LAUNCH ISSUE (0.3); CALL WITH CLIENT AND CO-COUNSEL RE: REGULATORY ISSUES (1.3). |
| BRAGG JL | 01/28/22 | 2.60 | PREPARE FOR AUDIT COMMITTEE MEETING (1.0); AUDIT COMMITTEE MEETING (0.7); FOLLOW-UP WITH CONSULTANT (0.5); FOLLOW-UP WITH CLIENT (0.4). |
| BRAGG JL | 01/29/22 | 2.50 | REVIEW AND EDIT REGULATORY MATERIALS (2.5). |
| BRAGG JL | 01/31/22 | 1.10 | ANALYZE MATERIAL RE: LAUNCH ISSUES (1.1). |
|  |  | **13.90** |  |
| FLORENCE MP | 01/20/22 | 0.30 | CORRESPOND WITH CLIENT RE: RECENT SETTLEMENT (0.3). |
| FLORENCE MP | 01/22/22 | 0.10 | CONFER WITH J. BRAGG RE: PROPOSED PROGRAMS (0.1). |
| FLORENCE MP | 01/24/22 | 0.70 | CONFER WITH J. BRAGG AND A. CHAN RE: GUIDELINES FOR POTENTIAL DISCUSSIONS (0.7). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 01/25/22 | 1.30 | REVIEW AND EDIT DRAFT GUIDANCE RE: POTENTIAL DISCUSSIONS (0.8); CONFER WITH J. BRAGG AND W. MCCONAGHA RE: REGULATORY QUESTION (0.5). |
| FLORENCE MP | 01/26/22 | 0.80 | REVIEW AND EDIT DRAFT DECK RE: POTENTIAL DISCUSSIONS (0.8). |
| | | | . |
| FLORENCE MP | 01/27/22 | 1.30 | CONFER WITH CLIENT AND CO-COUNSEL RE: POTENTIAL PRODUCT DISCUSSIONS (1.3). |
| | | | . |
| FLORENCE MP | 01/28/22 | 0.20 | CONFER WITH J. BRAGG RE: PROPOSED DISCUSSIONS (0.2). |
| | | | . |
| FLORENCE MP | 01/29/22 | 0.60 | REVIEW AND EDIT DRAFT DECK RE: PROPOSED DISCUSSIONS (0.6). |
| | | | . |
| FLORENCE MP | 01/30/22 | 0.20 | REVIEW AND EDIT DRAFT DECK RE: PROPOSED DISCUSSIONS (0.2). |
| | | | . |
| | | **5.50** | |
| MCCONAGHA W | 01/24/22 | 3.00 | REVIEW EMAILS ON CLINICAL TRIAL DATA (0.3); CALLS ON CLINICAL TRIAL DATA (1.0); LEGAL RESEARCH IN PREPARATION FOR CALL ON CLINICAL TRIAL QUESTIONS (0.7); CALL WITH CO-COUNSEL ON CLINICAL TRIAL QUESTIONS (0.5); REVIEW OF REGULATORY MATERIALS AT REQUEST OF COUNSEL (0.5). |
| MCCONAGHA W | 01/25/22 | 3.40 | CALL WITH TEAM ON CLINICAL TRIAL ISSUE (1.5); CALL WITH COUNSEL TO PREPARE FOR MEETING ON CLINICAL TRIAL ISSUE (0.5); RESEARCH REGULATORY ISSUES (0.5); AND DRAFT EMAIL TO COUNSEL ON SAME (0.5); REVISE CORRESPONDENCE (0.4). |
| MCCONAGHA W | 01/26/22 | 2.00 | REVIEW AND REVISE UPDATED INFORMATION PACKAGE (0.5); CONFER WITH COUNSEL RE: UPDATED INFORMATION PACKAGE (0.5); CALL WITH OUTSIDE COUNSEL AND OTHERS RE: SAME (1.0). |

D02

| | | | |
|---|---|---|---|
| MCCONAGHA W | 01/27/22 | 1.30 | REVIEW AND REVISE CORRESPONDENCE (0.6); RESEARCH ON FDA REGULATIONS (0.7). |
| MCCONAGHA W | 01/31/22 | 1.30 | CONDUCT RESEARCH (0.5); AND DRAFT ANALYSIS ON ADVERSE EVENT REQUIREMENTS (0.8). |
| | | **11.00** | |
| RIDGWAY W | 01/18/22 | 0.40 | CONFER WITH SKADDEN TEAM RE: INTERVIEW INQUIRIES (0.4). |
| | | **0.40** | |
| **Total Partner** | | **30.80** | |
| CHAN AH | 01/24/22 | 0.30 | CONFER ON SCOPE OF RESEARCH (0.3). |
| CHAN AH | 01/24/22 | 3.60 | DRAFT DISCUSSION GUIDELINES (3.6). |
| CHAN AH | 01/25/22 | 0.90 | REVISE DISCUSSION GUIDELINE (0.9). |
| CHAN AH | 01/25/22 | 2.10 | DRAFT SLIDEDECK REGARDING DISCUSSION GUIDELINE (2.1). |
| CHAN AH | 01/26/22 | 0.40 | REVISE SLIDEDECK (0.4). |
| | | **7.30** | |
| **Total Associate** | | **7.30** | |
| FIEBERG WR | 01/11/22 | 0.50 | ASSEMBLE DOCUMENTS (0.4); COMMUNICATIONS WITH CLIENT AND CONSULTANT REGARDING DATABASE ACCESS (0.1). |
| FIEBERG WR | 01/12/22 | 4.80 | ASSEMBLE DOCUMENTS (4.8). |
| | | **5.30** | |
| **Total Legal Assistant** | | **5.30** | |
| **MATTER TOTAL** | | **43.40** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                          Bill Date: 03/14/22
General Compliance                                         Bill Number: 1887693

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 01/03/22 | 0.40 | CONFER WITH CLIENT RE: COMPLIANCE REVIEW (0.4). |
| BRAGG JL | 01/06/22 | 1.50 | PREPARE FOR CALL WITH CONSULTANT (0.4); CONFER WITH CONSULTANT RE: BOARD PRESENTATION (0.7); CONFER WITH CLIENT RE: AUDIT COMMITTEE (0.4). |
| BRAGG JL | 01/13/22 | 1.20 | PREPARE FOR MEETING WITH CONSULTANT (0.3); MEET WITH CONSULTANT (0.9). |
| BRAGG JL | 01/14/22 | 0.90 | REVIEW CORRESPONDENCE RE: COMPLIANCE (0.4); CONFER WITH CO-COUNSEL RE: COMPLIANCE ISSUES (0.5). |
| BRAGG JL | 01/20/22 | 2.20 | CONFER WITH CO-COUNSEL AND CONSULTANT RE: REVIEW (0.5); PREPARE FOR MEETING WITH CLIENT RE: COMPLIANCE REVIEW (0.5); MEET WITH CLIENT TO DISCUSS COMPLIANCE REVIEW (1.2). |
| BRAGG JL | 01/26/22 | 1.90 | MEETING WITH CONSULTANT RE: REVIEW (1.0); REVIEW MATERIALS (0.9). |
| BRAGG JL | 01/27/22 | 1.00 | PREPARE FOR AUDIT COMMITTEE MEETING (1.0). |
| | | **9.10** | |
| FITZGERALD P | 01/25/22 | 0.10 | REVIEW PRESENTATION. |
| | | **0.10** | |
| **Total Partner** | | **9.20** | |
| DUNN AM | 01/05/22 | 0.50 | REVIEW AND RESPOND TO CORRESPONDENCE RE: COMPLIANCE ASSESSMENT (0.5). |
| DUNN AM | 01/05/22 | 0.50 | PARTICIPATE ON CALL WITH CONSULTANT (0.5). |
| DUNN AM | 01/05/22 | 1.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: COMPLIANCE REVIEW (1.1). |
| DUNN AM | 01/06/22 | 0.70 | PARTICIPATE ON CALL WITH CONSULTANT (0.7). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| DUNN AM | 01/10/22 | 1.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: COMPLIANCE REVIEW (1.1). |
| DUNN AM | 01/18/22 | 1.80 | REVIEW PRESENTATION RE: COMPLIANCE (1.8). |
| DUNN AM | 01/19/22 | 4.50 | REVIEW AND REVISE COMPLIANCE ASSESSMENT (4.5). |
| DUNN AM | 01/20/22 | 1.50 | PARTICIPATE ON CALLS WITH CONSULTANT (1.5). |
| DUNN AM | 01/20/22 | 1.10 | PARTICIPATE ON CALL RE: COMPLIANCE REVIEW (1.1). |
| DUNN AM | 01/24/22 | 0.60 | REVIEW COMPLIANCE DECK (0.6). |
| DUNN AM | 01/26/22 | 1.00 | PARTICIPATE ON CALL WITH CONSULTANT (1.0). |
| | | **14.40** | |
| **Total Counsel** | | **14.40** | |
| BERRY EL | 01/06/22 | 0.40 | MEETING WITH COMPLIANCE CONSULTANT (0.4). |
| BERRY EL | 01/08/22 | 0.20 | EMAILS RE: COMPLIANCE REVIEW (0.2). |
| BERRY EL | 01/10/22 | 0.10 | CALL WITH A. DUNN RE: COMPLIANCE REVIEW (0.1). |
| BERRY EL | 01/11/22 | 0.30 | MEETING WITH COMPLIANCE CONSULTANT (0.3). |
| BERRY EL | 01/13/22 | 0.80 | CALL WITH COMPLIANCE CONSULTANT (0.8). |
| BERRY EL | 01/18/22 | 0.40 | REVIEW COMPLIANCE SLIDE DECK (0.4). |
| BERRY EL | 01/19/22 | 2.30 | REVIEW OF RECENT SETTLEMENTS (0.4); REVIEW AND REVISE COMPLIANCE SLIDE DECK (1.9). |
| BERRY EL | 01/20/22 | 1.90 | CALL WITH COMPLIANCE CONSULTANT (0.6); CALL WITH COMPLIANCE CONSULTANT (0.5) AND ASSOCIATED FOLLOW UP (0.8). |
| BERRY EL | 01/24/22 | 0.60 | REVIEW COMPLIANCE SLIDE DECK (0.6). |
| BERRY EL | 01/25/22 | 0.10 | EMAILS RE: COMPLIANCE ASSESSMENT (0.1). |
| BERRY EL | 01/26/22 | 0.80 | CALL RE: COMPLIANCE ASSESSMENT (0.8). |
| | | **7.90** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Total Associate**                     7.90

**MATTER TOTAL**                     <u>31.50</u>

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                              **Bill Date: 03/14/22**
**Retention/Fee Matter**                                           **Bill Number: 1887690**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TULLSON CT | 01/12/22 | 1.50 | ATTENTION TO MONTHLY FEE STATEMENT AND REVISE SAME (1.5). |
| | | **1.50** | |
| **Total Partner** | | **1.50** | |
| DEAN B | 01/07/22 | 1.00 | REVISE FEE STATEMENT MATERIALS (1.0). |
| DEAN B | 01/11/22 | 1.60 | REVISE FEE STATEMENT MATERIALS (1.5); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.1). |
| DEAN B | 01/19/22 | 1.20 | ANALYZE FEE STATEMENT MATERIALS (1.2). |
| DEAN B | 01/27/22 | 2.90 | DRAFT NOVEMBER FEE APPLICATION (0.5); REVISE FEE STATEMENT MATERIALS (2.4). |
| DEAN B | 01/28/22 | 0.80 | IMPLEMENT REVISIONS TO FEE APPLICATION (0.8). |
| | | **7.50** | |
| MADDEN J | 01/11/22 | 0.50 | REVIEW MATERIALS (0.3) AND CORRESPONDENCE RE FEE STATEMENT FILINGS (0.2). |
| MADDEN J | 01/12/22 | 0.50 | COMMUNICATIONS REGARDING FEE STATEMENT MATERIALS (0.5). |
| MADDEN J | 01/28/22 | 0.50 | REVIEW FEE MATERIALS AND CORRESPONDENCE RE: SAME (0.5). |
| | | **1.50** | |
| O'HARE WS | 01/05/22 | 0.50 | PREPARE FEE APPLICATION MATERIALS (0.5). |
| | | **0.50** | |
| **Total Associate** | | **9.50** | |
| **MATTER TOTAL** | | **11.00** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                        Bill Date: 03/14/22
**Third-Party Litigation Support**                            Bill Number: 1887696

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 01/10/22 | 2.80 | CONFER WITH CO-COUNSEL RE: WITNESS INTERVIEWS (0.5); PREPARE FOR WITNESS INTERVIEWS (2.3). |
| BRAGG JL | 01/13/22 | 6.00 | PREPARE FOR MEETING WITH CO-COUNSEL (2.0); ATTEND MEETING WITH CO-COUNSEL (4.0). |
| BRAGG JL | 01/18/22 | 0.50 | CONFER WITH CO-COUNSEL RE: SUBPOENAS AND DOCUMENT REVIEW ISSUES (0.5). |
| BRAGG JL | 01/24/22 | 0.50 | CONFER WITH CO-COUNSEL RE: UNDERTAKING ISSUES (0.5). |
| | | **9.80** | |
| FLORENCE MP | 01/10/22 | 0.70 | CONFER WITH CO-COUNSEL RE: LITIGATION REQUESTS (0.7). |
| FLORENCE MP | 01/13/22 | 0.50 | CORRESPOND WITH SKADDEN TEAM RE: LITIGATION DOCUMENT REQUESTS (0.5). |
| FLORENCE MP | 01/18/22 | 0.50 | CONFER WITH SKADDEN TEAM RE: LITIGATION SUPPORT (0.4); CORRESPOND WITH CO-COUNSEL RE: SAME (0.1). . |
| FLORENCE MP | 01/19/22 | 0.50 | CORRESPOND WITH SKADDEN TEAM RE: LITIGATION SUPPORT REQUESTS (0.5). . |
| FLORENCE MP | 01/20/22 | 1.40 | CORRESPOND WITH J. BRAGG, CO-COUNSEL AND CLIENT RE: LITIGATION SUPPORT AND INDEMNIFICATION REQUESTS (1.4). |
| FLORENCE MP | 01/21/22 | 0.90 | REVIEW MATERIALS RE: INDEMNIFICATION REQUESTS AND CORRESPOND WITH CLIENT RE: SAME (0.9). |
| FLORENCE MP | 01/24/22 | 0.70 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: INDEMNIFICATION REQUESTS (0.7). |
| | | **5.20** | |
| **Total Partner** | | **15.00** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| BEJAN WA | 01/10/22 | 4.40 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF LITIGATION INTEREST (4.4). |
| BEJAN WA | 01/10/22 | 0.40 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF LITIGATION INTEREST (0.4). |
| BEJAN WA | 01/11/22 | 6.20 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF LITIGATION INTEREST (6.2). |
| BEJAN WA | 01/12/22 | 7.40 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF LITIGATION INTEREST (7.4). |
| BEJAN WA | 01/18/22 | 0.30 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF LITIGATION INTEREST (0.3). |
| | | **18.70** | |
| CHAN AH | 01/20/22 | 0.20 | CONFER ON SCOPE OF REVIEW (0.2). |
| CHAN AH | 01/20/22 | 2.00 | REVIEW DOCUMENTS OF INTEREST (2.0). |
| CHAN AH | 01/21/22 | 0.40 | REVIEW DOCUMENTS OF INTEREST (0.4). |
| | | **2.60** | |
| **Total Associate** | | **21.30** | |
| **MATTER TOTAL** | | **36.30** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                        Bill Date: 03/14/22
Various Texas Actions                                    Bill Number: 1885812

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BOYLE J | 01/05/22 | 3.80 | REVIEW AND ANALYZE TEXAS RELEVANCE TO PURDUE (3.8). |
| BOYLE J | 01/26/22 | 1.90 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (1.9). |
| | | **5.70** | |
| **Total Counsel** | | **5.70** | |
| REDMAN R | 01/04/22 | 1.20 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.8). |
| REDMAN R | 01/05/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 01/06/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.5). |
| REDMAN R | 01/07/22 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 01/10/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 01/13/22 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 01/14/22 | 1.20 | ANALYZE  INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.8). |
| REDMAN R | 01/18/22 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 01/19/22 | 0.90 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY(0.6). |
| REDMAN R | 01/20/22 | 0.30 | ANALYZE INCOMING FILINGS (0.1); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY(0.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| REDMAN R | 01/21/22 | 1.00 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
|----------|----------|------|-----------------------------------------------------------------------------------|
| REDMAN R | 01/24/22 | 1.00 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 01/25/22 | 0.90 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 01/26/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 01/27/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 01/28/22 | 0.70 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 01/31/22 | 1.00 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
|          |          | **15.20** |                                                                              |

**Total Legal Assistant**          **15.20**

**MATTER TOTAL**                   **20.90**

D02