JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: 858.314.1158
Facsimile: 844.345.3178

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

      Marguerite M. Melvin, being duly sworn, deposes and says:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

NAI-1528252690

1. I am employed by Jones Day, 250 Vesey Street, New York, New York 10281. I am over eighteen years of age, and am not a party to the above-captioned proceeding.

2. On March 17, 2022, I caused to be served a true and correct copy of the following:

- *Jones Day's Seventh Interim Application For Allowance of Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period From October 1, 2021 Through January 31, 2022* ("Jones Day's Seventh Interim Fee Application") [Docket No. 4553]

via the Court's electronic case filing and noticing system, and by e-mail, upon all those listed on Exhibit A, attached hereto.

/s/ Marguerite M. Melvin
Marguerite M. Melvin

SWORN TO AND SUBSCRIBED before
me this 18th day of March, 2022

/s/ Dolly Waters
Dolly Waters, Notary Public

Notary Public, State of New York
Qualified in Nassau County
Commission Expires Nov. 17, 2022

# Exhibit A

| | |
|---|---|
| Ira S. Dizengoff | idizengoff@akingump.com |
| Mitchell P. Hurley | mhurley@akingump.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Edan Lisovicz | elisovicz@akingump.com |
| Arik Preis | apreis@akingump.com |
| David M. Klauder | dklauder@bk-legal.com |
| Jon Lowne | Jon.Lowne@pharma.com |
| Christopher Robertson | christopher. robertson@davispolk.com |
| Dylan Consla | dylan.consla@ davispolk.com |
| Justin R. Alberto | jalberto@coleschotz.com |
| Paul K. Schwartzberg | Paul.Schwartzberg@usdoj.gov |