DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.**, *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (RDD) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS**, *et al.*, | |
| Defendants. | |

## AGENDA FOR MARCH 23, 2022 HEARING

Time and Date of Hearing:   March 23, 2022 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-646-518-9805, Meeting ID 995 3964 8174##, Passcode 120285.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

## I. UNCONTESTED MATTERS:

### A. MATTERS IN MAIN BANKRUPTCY PROCEEDING CASE NO. 19-23649 (RDD):

1. ***Devin A. Pratt Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Devin A. Pratt [ECF No. 4275]

    Objection Deadline: March 16, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4293]

    B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4530]

    Status: This matter is going forward on an uncontested basis.

2. ***Wayne M. Miller Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Wayne M. Miller [ECF No. 4294]

    Objection Deadline: March 16, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

  A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4305]

  B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4530]

 Status: This matter is going forward on an uncontested basis.

3. ***Amended and Restated Funding Agreement Motion.*** Motion of Debtors for Authorization to Enter into Amended and Restated Funding Agreement [ECF No. 4407]

 Objection Deadline: March 16, 2022 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors, with respect to whom the Objection Deadline was extended to March 17, 2022 at 4:00 p.m. (prevailing Eastern Time)).

 Responses Received: None.

 Related Documents:

  A. Amended Declaration of Terrence Ronan in Support of Motion of Debtors for Authorization to Enter into Amended and Restated Funding Agreement [ECF No. 4408]

 Status: This matter is going forward on an uncontested basis.

B. **MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:**

4. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 344]

 Objection Deadline: March 18, 2022 at 4:00 p.m. (prevailing Eastern Time).

 Responses Received: None.

 Related Documents:

  A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 345]

  B. Motion for Entry of an Order Shortening Notice with Respect to Debtors Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 346]

 Status: This matter is going forward on an uncontested basis.

5. ***Motion to Shorten Notice.*** Motion for Entry of an Order Shortening Notice with Respect to Debtors Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 346]

> Objection Deadline:
>
> Responses Received: None.
>
> Related Documents:
>
> > A. Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 344]
> >
> > B. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 345]
>
> Status: This matter is going forward on an uncontested basis.

Dated:   March 21, 2022
        New York, New York

                DAVIS POLK & WARDWELL LLP

                By:   */s/ Eli J. Vonnegut*
                      Eli J. Vonnegut

                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile:  (212) 701-5800
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Eli J. Vonnegut
                Christopher S. Robertson

                *Counsel to the Debtors*
                *and Debtors in Possession*