3-17-22

Honorable Judge Robert D Drain

My name is Michael T O'Brien [redacted]
SOC [redacted] I still haven't recieved my claim # but
I am expecting it some time this week. I just wanted
to make sure I addressed the court in time so I
didn't miss the date again.
          I am writing this letter in regards to
missing the bar date. Due to being incalcerated
and the COVID 19 pandemic, I had no access to
the law library. Due to filing passed the bar date, I
am requesting permission to have my claim numbers
accepted into the class action lawsuit. Being incarcerated
during the pandemic has been very difficult recieving
any information regarding the lawsuit. Please consider
my letter as Due to opiate addiction from prescribed
medications (all documented) My life has taken such
a drastic turn. I've lost everything, houses cars +
all the family I loved and cared about. Thank you
for your time and consideration

R.D. OF N.Y.

Sincerely,
M O'B
Michael T O'Brien
[redacted]

Doc # 396 846
Housing-8A-4 L