KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SECOND NOTICE OF PROFESSIONAL FEE HOURLY
RATES FOR KING & SPALDING LLP, AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION**

**PLEASE TAKE NOTICE** that, (i) on November 25, 2019, the Court approved the retention of King & Spalding LLP ("**K&S**") [ECF No. 543] as special counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), and (ii) on August 18, 2021, the Court approved the supplemental retention of K&S [ECF No. 3596] as special counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, effective ten (10) business days from the date of this Notice (absent objection), the hourly billing rates for K&S professionals expected to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

spend significant time on K&S' services for matters other than discovery matters discussed in the next paragraph of this notice, will range from (i) $1,025 to $1,565 for partners, (ii) $660 to $1,365 for associates and counsel, and (iii) $215 to $380 for paralegals.  All of the aforementioned hourly billing rates reflect a significant discount from the ordinary hourly rates of such professionals and paraprofessionals.  In addition, these hourly billing rates do not reflect additional discounts agreed to, as applicable, with the Debtors.  The Debtors have consented to the increased rates.

PLEASE TAKE FURTHER NOTICE that, effective ten (10) business days from the date of this Notice (absent objection), the hourly billing rates for K&S professionals expected to spend significant time on K&S' services related to document review and production matters will be as follows:  (i) Partners - $540; (ii) Discovery Review Counsel - $375; (iii) Privilege Review Attorneys - $250; (iv) Litigation Technologists - $360; and (v) Paralegals - $240.  All of the aforementioned hourly billing rates reflect a significant discount from the ordinary hourly rates of such professionals and paraprofessionals.  In addition, these hourly billing rates do not reflect additional discounts agreed to, as applicable, with the Debtors.  The Debtors have consented to the increased rates.

PLEASE TAKE FURTHER NOTICE that the above rates do not reflect other agreed discounts that may be applicable to the K&S Services.

Dated: March 22, 2022
New York, New York

          **KING & SPALDING LLP**

          */s/ Scott Davidson*
          Scott Davidson
          1185 Avenue of the Americas
          New York, New York 10036-2601
          Telephone: (212) 556-2100
          Facsimile:  (212) 556-2222

          *Special Counsel to the Debtors and Debtors in Possession*