3-17-22

Honorable Judge Robert D. Drain

My Name is Anthony K. Olson (███████)

Soc # ███████ , Claim #'s 628301 - 628310

I am writing this letter to let you know that
because of the Covid 19 pandemic, I have
had no access to the law library. Due
to Filing passed the bar date, I am
requesting permission to have my claim
numbers accepted into the class action
lawsuit against Purdue. Being incarcerated
during the pandemic has been very tough.
e.g. (no visitations, no Law Library.) Basically
restricted movement.

Thank you for Your time
and help.

Anthony Kristopher Olson #████

Doc# 793440

Housing# 8A-4-1u