# Notice Recipients

District/Off: 0208−7  User: admin  Date Created: 3/23/2022
Case: 19−23649−rdd  Form ID: pdf001  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7913451    Devin A Pratt    #92579    Northern State Correctional Facility    2559 Glenn Rd.    Newport, Vermont 05855

TOTAL: 1