# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 3/23/2022 |
| Case: 19–23649–rdd | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Wayne M. Miller

TOTAL: 1