**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                                    **Chapter 11**

**PURDUE PHARMA L.P., *et al.*,**                          **Case No. 19-23649 (RDD)**

          **Debtors.[1]**                                  **(Jointly Administered)**

## ORDER GRANTING LATE CLAIM MOTIONS

Upon the motions of Devin A. Pratt [Dkt. No. 4275] and Wayne M. Miller [Dkt. No. 4294] (the "**Late Claim Motions**") each seeking leave to have their personal injury proofs of claim (the "**Late Claims**") deemed timely filed notwithstanding that the Late Claims were not filed before the extended general bar date for claims to be filed in these chapter 11 cases (the "**Extended General Bar Date**"); and the Court having jurisdiction to consider the matters raised in the Late Claim Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Late Claim Motions and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Late Claim Motions, there being no pending objections to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the requested relief; and the Official Committee of Unsecured Creditors and Ad Hoc Group of Individual Victims having consented to the relief sought in the Late Claim Motions; and in light of the fact that the Debtors contemplate that final resolution of these cases will involve a mechanism for compensating personal injury claims that are deemed to be timely filed and channeled thereto; and, after due deliberation and for the reasons set forth on the record of the hearing on the Late Claim Motions held on March 23, 2022, the Court having determined pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) that there is good and sufficient cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1.      The Late Claim Motions are granted as set forth herein.

2.      The Late Claims will be treated as timely filed, and the Debtors will not object to the Late Claims based on their not having been filed by the Extended General Bar Date.  All other potential objections to the Late Claims are expressly reserved.

3.      Except as expressly set forth in this Order, nothing contained herein shall be an admission or waiver of the substantive or procedural rights, remedies, claims, or defenses of any of the parties in these chapter 11 cases, whether at law or equity.

4.      The relief provided for herein applies only to the Late Claims, and nothing in this Order or the agreement of the parties shall in any way be construed as applying to any other late claim motions, as to which all rights are reserved.

5.      The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

6.       This Court retains exclusive jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.

Dated:    March 23, 2022
            White Plains, New York

                                                    */s/Robert D. Drain*
                                                    _____
                                                    THE HONORABLE ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Southern District of New York

In re:                             Case No. 19-23649-rdd

Purdue Pharma L.P.                 Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7                User: admin                         Page 1 of 45

Date Rcvd: Mar 23, 2022          Form ID: pdf001                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 7913451 | + Devin A Pratt, #92579, Northern State Correctional Facility, 2559 Glenn Rd., Newport, Vermont 05855-9758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022             Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Interested Party Walmart  Inc. astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| Aaron R. Cahn | on behalf of Unknown The State of West Virginia  ex el. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Defendant State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Adam P. Haberkorn | |

on behalf of Interested Party Johnson & Johnson ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Janssen Pharmaceuticals  Inc. ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Janssen Ortho LLC ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Alza Corporation ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc.
ahaberkorn@omm.com

Aisha Rich

on behalf of Creditor Board of Chicago School District No. 299 arich@findjustice.com

Alexander Berk

on behalf of Interested Party Shopper's Drug Mart  Inc. aberk@mayerbrown.com, courtnotification@mayerbrown.com

Alexander Berk

on behalf of Interested Party Loblaw Companies Ltd. aberk@mayerbrown.com  courtnotification@mayerbrown.com

Alexander Berk

on behalf of Interested Party Sanis Health Inc. aberk@mayerbrown.com  courtnotification@mayerbrown.com

Alexander Lees

on behalf of Interested Party Raymond Sackler Family alees@milbank.com
alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Alexander Gary Rheaume

on behalf of Creditor Silicon Valley Bank arheaume@mofo.com

Alexander M Gormley

on behalf of Attorney Alexander Michael Gormley agormley@williamsmullen.com  ssavitsky@slevinhart.com

Alison Archer

on behalf of Creditor Ohio Attorney General alison.archer@ohioattorneygeneral.gov

Alison Gaske

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
gaskea@gilbertlegal.com

Alison Gaske

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants gaskea@gilbertlegal.com

Alissa K. Piccione

on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. alissa.piccione@troutman.com
Brett.Goodman@troutman.com

Alissa K. Piccione

on behalf of Interested Party Sun Pharmaceuticals Canada Inc. alissa.piccione@troutman.com  Brett.Goodman@troutman.com

Alissa K. Piccione

on behalf of Interested Party Sun Pharmaceutical Industries  Inc. alissa.piccione@troutman.com, Brett.Goodman@troutman.com

Alissa M. Nann

on behalf of Creditor Kentucky CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor West Virginia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Georgia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Tennessee CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Ohio CVS Stores  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Puerto Rico CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Home Care Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Health Welfare Benefit Plan anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

District/off: 0208-7
Date Rcvd: Mar 23, 2022

User: admin
Form ID: pdf001

Page 3 of 45
Total Noticed: 1

Alissa M. Nann

on behalf of Creditor Holiday CVS L.L.C. anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Repack  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor South Carolina CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare of New York  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Louisiana CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Rx  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Indiana  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Alabama CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Coram Healthcare Corporation of Greater New York anann@foley.com
alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Texas Mail Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Caremark Part D Services  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Rx Services  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor German Dobson CVS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Woodward Detroit CVS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Mississippi CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Interlock Pharmacy Systems  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS RS Arizona  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Virginia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Oklahoma CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Vero Florida Distribution  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Health  Corporation anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CaremarkPCS Health  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS TN Distribution  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Albany  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor NeighborCare Pharmacy Services  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Arkansas CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

District/off: 0208-7                           User: admin                                    Page 4 of 45
Date Rcvd: Mar 23, 2022                   Form ID: pdf001                              Total Noticed: 1

on behalf of Creditor CVS PA Distribution  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Highland Park CVS L.L.C. anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare Pharmacy of the Midwest  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Missouri CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Health Solutions LLC anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Orlando  FL Distribution, L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare Distribution Center  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CaremarkPCS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Maryland CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Pharmacy  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Longs Drug Stores California  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor New Jersey CVS Pharmacy  LLC anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Pennsylvania CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Montana CVS Pharmacy  LLC anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Arizona CVS Stores  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Allen Joseph Underwood, II

on behalf of Creditor Certain Canadian Municipality Creditors and Canadian First Nation Creditors
aunderwood@litedepalma.com  grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Creditor Certain Canadian Municipalities aunderwood@litedepalma.com  grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Unknown Certain Canadian Municipality Creditors and Canadian First Nation Creditors
aunderwood@litedepalma.com  grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Creditor Certain Canadian First Nation and Metis People aunderwood@litedepalma.com
grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Unknown Guardian Law Group LLP on behalf of certain Canadian Creditors aunderwood@litedepalma.com
grodriguez@litedepalma.com

Amanda Peterson

on behalf of Creditor Barbour County apeterson@lawpartnersllp.com

Amanda Quick

on behalf of Creditor State of Indiana Amanda.Quick@atg.in.gov  marie.baker@atg.in.gov

Amanda Quick

on behalf of Defendant State of Indiana Amanda.Quick@atg.in.gov  marie.baker@atg.in.gov

Ambria Mahomes

on behalf of Defendant American Guarantee and Liability Insurance Company amahomes@shb.com

Ambria Mahomes

on behalf of Defendant Steadfast Insurance Company amahomes@shb.com

Andrea Law

on behalf of Unknown State of Illinois alaw@atg.state.il.us

District/off: 0208-7                          User: admin                                    Page 5 of 45
Date Rcvd: Mar 23, 2022                       Form ID: pdf001                          Total Noticed: 1

Andrew Owen
on behalf of Creditor Amneal Pharmaceuticals LLC aowen@ulmer.com

Andrew Owen
on behalf of Creditor Impax Laboratories  LLC aowen@ulmer.com

Andrew Owen
on behalf of Creditor Impax Laboratories  Inc. aowen@ulmer.com

Andrew Owen
on behalf of Creditor Amneal Pharmaceuticals of New York  LLC aowen@ulmer.com

Andrew M. Troop
on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.troop@pillsburylaw.com

Andrew Vincent Alfano
on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.alfano@pillsburylaw.com

Angela K. Herring
on behalf of Interested Party Cardinal Health  Inc. akherring@wlrk.com, calert@wlrk.com

Ann Kramer
on behalf of Plaintiff Purdue Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Rhodes Technologies akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma of Puerto Rico akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma Inc. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Transdermal Technologies L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Debtor Purdue Pharma L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Avrio Health L.P. akramer@reedsmith.com

Anna Kordas
on behalf of Debtor Purdue Pharma L.P. akordas@jonesday.com  cbuck@jonesday.com

Anne Andrews
on behalf of Creditor Ryan Hampton aandrews@andrewsthornton.com

Anne Gilbert Wallice
on behalf of Interested Party Noramco Coventry LLC anne.wallice@kirkland.com

Annemarie Belanger Mathews
on behalf of Creditor State of South Carolina  by and through Attorney General Alan Wilson abm@columbia13.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma of Puerto Rico acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Transdermal Technologies L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharma Inc. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Avrio Health L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Rhodes Technologies acrawford@reedsmith.com

Anthony D. Boccanfuso

on behalf of Debtor Purdue Pharma L.P. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso

on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP Anthony.Boccanfuso@apks.com
ecf-b9841d808f73@ecf.pacerpro.com

Arthur J Liederman

on behalf of Defendant HDI Global SE (f/k/a Gerling-Konzern General Insurance Company) aliederman@morrisonmahoney.com

Ashley Crawford

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
avcrawford@akingump.com

Ashley Keller

on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General ack@kellerlenkner.com

Barbara M. Almeida

on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) barbara.almeida@clydeco.us
shane.calendar@clydeco.us

Barry Z. Bazian

on behalf of Creditor Teva Pharmaceuticals USA  Inc. bbazian@goodwinlaw.com, acunningham@goodwinlaw.com

Ben Harrington

on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Avrio Health L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Transdermal Technologies L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Technologies kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma of Puerto Rico kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Inc. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Debtor Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Bernard Ardavan Eskandari

on behalf of Creditor People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari

on behalf of Creditor The People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari

on behalf of Defendant The People of the State of California bernard.eskandari@doj.ca.gov

Beth Kaswan

on behalf of Defendant Town of Natick bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Springfield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Natick bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Cambridge bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Norwich bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Springfield  Mass. bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Chicopee bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Salem bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Trenton bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City Of Paterson  New Jersey bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Salem bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Canton bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Portsmouth bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Cambridge bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Worcester bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Chicopee bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Canton bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Haverhill bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Worcester bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Middletown bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Framingham bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Enfield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Wakefield bkaswan@scott-scott.com

District/off: 0208-7
Date Rcvd: Mar 23, 2022
User: admin
Form ID: pdf001
Page 8 of 45
Total Noticed: 1

Beth Kaswan

on behalf of Defendant City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wethersfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Randolph bkaswan@scott-scott.com

Brady C. Williamson

on behalf of Creditor Arkansas Plaintiffs bwilliamson@gklaw.com

Brady C. Williamson

on behalf of Creditor Tennessee Plaintiffs bwilliamson@gklaw.com

Brandan Montminy

on behalf of Creditor Insource  Inc. brandan.montminy@lockelord.com

Brandan Montminy

on behalf of Creditor Henry Schein Medical Systems  Inc. brandan.montminy@lockelord.com

Brandan Montminy

on behalf of Creditor General Injectables & Vaccines  Inc. brandan.montminy@lockelord.com

Brandan Montminy

on behalf of Creditor Henry Schein  Inc. brandan.montminy@lockelord.com

Brendan O'Neil

on behalf of Creditor State of Maine brendan.oneil@maine.gov

Brett T DeLange

on behalf of Defendant State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brett T DeLange

on behalf of Creditor State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brian Edmunds

on behalf of Creditor State Of Maryland bedmunds@oag.state.md.us

Brian S. Masumoto

on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com

Bryce L. Friedman

on behalf of Creditor St. Paul Fire and Marine Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

Bryce L. Friedman

on behalf of Defendant St. Paul Fire and Marine Insurance Company bfriedman@stblaw.com 5962535420@filings.docketbird.com

Bryce L. Friedman

on behalf of Creditor Gulf Underwriters Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

Bryce L. Friedman

on behalf of Defendant Gulf Underwriters Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

CRG Financial LLC

on behalf of Creditor CRG Financial  LLC as Assignee of Fike Corporation notices@CRGfinancial.com

CRG Financial LLC

on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

Carol E. Momjian

on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

Catherine Steege

on behalf of Creditor McKesson Corporation csteege@jenner.com  jeffrey_cross@discovery.com

Celeste Brustowicz

on behalf of Unknown Kara Trainor Brucato cbrustowicz@sch-llc.com  lrichardson@clfnola.com

Chane Buck

on behalf of Debtor Purdue Pharma L.P. cbuck@jonesday.com

Charles Wysong

on behalf of Creditor Board of Chicago School District No. 299 cwysong@hsplegal.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Chicago School District No. 299 chuang@hslawyers.com

Christopher Graver

on behalf of Creditor Mount Vernon School District cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Whitman County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Commerce City cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Chelan County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Lakewood cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Clallam County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Anacortes cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City and County of Broomfield cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Santa Barbara County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Tri-County Health Department cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Pierce County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Northglenn cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Island County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Nez Perce Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arapahoe County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor La Conner School District cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Kent cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Clark County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Teller County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Maricopa County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Lummi Tribe of the Lummi Reservation cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Yuma County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor San Juan County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City and County of Denver cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Black Hawk cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Bainbridge cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Vancouver cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Aurora cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Ada County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor King County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Northwest Arizona Employee Benefit Trust cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Sedro-Woolley cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Mohave County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Westminster cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Missoula County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Kirkland cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Thurston County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Spokane County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Kitsap County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Spokane cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arizona Municipal Risk Retention Pool cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Sedro-Woolley School District cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Thornton cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Walla Walla County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arizona School Alliance for Workers' Compensation cgraver@kellerrohrback.com

Christopher Graver

on behalf of Unknown City of Federal Heights cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arizona Counties Insurance Pool cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Kittitas County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Larimer County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Cochise County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Fremont County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Town of Hudson cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Tacoma cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Kingman cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Humboldt County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Skagit County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Whatcom County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Navajo County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Tulalip Tribes cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Saint Regis Mohawk Tribe cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Burlington cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Mesa County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Brighton cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Lincoln County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Mount Vernon cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor The Makah Indian Tribe cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Olympia cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Adams County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Boulder County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Franklin County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Sheridan cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Greeley cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Hopi Tribe cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Jefferson County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Eureka cgraver@kellerrohrback.com

Christopher A. Lynch
on behalf of Creditor AmerisourceBergen Drug Corporation clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher B Spuches
on behalf of Creditor The Commonwealth of Kentucky cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

District/off: 0208-7
User: admin
Page 12 of 45

Date Rcvd: Mar 23, 2022
Form ID: pdf001
Total Noticed: 1

on behalf of Creditor The State of Alaska cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Unknown State of Utah cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor State of Arizona cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor Ohio Attorney General cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of Kansas cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Defendant State of Florida  Office of the Attorney General, Department of Legal Affairs cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of Nebraska cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of Mississippi cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of South Carolina cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of Georgia cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor Attorney General  State of Florida cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The Commonwealth of Puerto Rico cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The Territory of American Samoa cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of North Dakota cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of Louisiana cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of Arkansas cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Creditor The State of Montana cbs@ecclegal.com
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Clayton Matheson, I

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
cmatheson@akingump.com

Colleen P Sorensen

on behalf of Unknown Navigators Specialty Insurance Company csorensen@hww-law.com  jhansen@hww-law.com

Colleen P Sorensen

on behalf of Defendant Navigators Specialty Insurance Company csorensen@hww-law.com  jhansen@hww-law.com

Constantine Dean Pourakis

on behalf of Creditor Eric Hestrup  et al. cp@stevenslee.com

Corey Moll
on behalf of Creditor Parish of DeSoto cmoll@phjlaw.com

Corey Moll
on behalf of Creditor City of Covington  Louisiana cmoll@phjlaw.com

Corey Moll
on behalf of Creditor Dr. Gregory Fernandez in his Official Capacity as the Coroner of St. Bernard Parish cmoll@phjlaw.com

Corey Moll
on behalf of Creditor Four Winds Tribe Louisiana Cherokee cmoll@phjlaw.com

Corey Moll
on behalf of Creditor City of Chillicothe  Ohio cmoll@phjlaw.com

Corey Moll
on behalf of Creditor Northwestern Band of the Shoshone Nation cmoll@phjlaw.com

Corey Moll
on behalf of Creditor Carpenter Health Network cmoll@phjlaw.com

Corey Moll
on behalf of Creditor Bridge House Corporation cmoll@phjlaw.com

Corey William Roush
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
croush@akingump.com

Cyrus Mehri
on behalf of Creditor Board of Education of East Aurora School District 131 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Public School Districts cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor La Rue County School District  Kentucky cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Education of Thornton Township High School District 205 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Bullitt County School District  Kentucky cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Chicago School District No. 299 cmehri@findjustice.com

Dan D Kohane
on behalf of Defendant North American Elite Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Interested Party North American Elite Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant Aspen American Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Interested Party Aspen American Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
ddk@hurwitzfine.com  donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) ddk@hurwitzfine.com

donnab@hurwitzfine.com;kathik@hurwitzfine.com

Daniel Walfish

on behalf of Unknown Bankruptcy Professors as Amici Curiae dwalfish@walfishfissell.com

Daniel Ari Horowitz

on behalf of Unknown United Food and Commercial Workers Local 152 Health and Welfare Plan dhorowitz@obbblaw.com
jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com

Daniel H. Slate

on behalf of Creditor McKesson Corporation dslate@buchalter.com

Daniel Joseph Saval

on behalf of Creditor CuraScript  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval

on behalf of Creditor Express Scripts  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval

on behalf of Creditor Express Scripts Pharmacy  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval

on behalf of Creditor ESI Mail Pharmacy Services  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval

on behalf of Creditor Express Scripts Holding Company daniel.saval@kobrekim.com

Daniel R Brice

on behalf of Creditor Plumbers & Steamfitters Local 267 Insurance Fund drbrice@bklawyers.com

Daniel S. Connolly

on behalf of Unknown David Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown Jonathan Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown Beverly Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown Richard Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Darlene M. Nowak

on behalf of Creditor Giant Eagle  Inc. nowak@marcus-shapira.com

David Zwally

on behalf of Interested Party TXP Services  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Essential Raw Materials dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Rhodes Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Associates Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Caas Leasing  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Midvale Chemical Company dzwally@haugpartners.com

David Zwally

on behalf of Interested Party PRA Holdings  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharmaceutical Research Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Vitamerican Chemicals  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party IAF Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Coventry Technologies L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Purdue Frederick Company Inc. dzwally@haugpartners.com

District/off: 0208-7                                    User: admin                                    Page 15 of 45
Date Rcvd: Mar 23, 2022                          Form ID: pdf001                              Total Noticed: 1

David Zwally

on behalf of Interested Party BR Holdings Associates Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Hospice Provident LLC dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Biopharma Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party PLP Associates Holding Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Sawwood Land Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party BR Holdings Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The P.F. Laboratories  Inc dzwally@haugpartners.com

David Zwally

on behalf of Interested Party E.R.G. Realty  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party New Suffolk Holdings LLP dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Healthcare Technologies L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party One Stamford Land Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party One Stamford Realty L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Healthcare Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Vitamerican Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharmaceutical Research Associates  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Terramar Foundation  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Nappwood Land Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Rhodes Pharmaceuticals Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party RSJ Company L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Seven Hundred Realty Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Biopharma L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Connecticut Avenue Realty Co.  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Avrio Health Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party PLP Associates Holdings L.P. dzwally@haugpartners.com

David Zylberberg

on behalf of Defendant St. Paul Fire and Marine Insurance Company david.zylberberg@stblaw.com

David Zylberberg

on behalf of Creditor St. Paul Fire and Marine Insurance Company david.zylberberg@stblaw.com

David Zylberberg
> on behalf of Creditor Gulf Underwriters Insurance Company david.zylberberg@stblaw.com

David Zylberberg
> on behalf of Defendant Gulf Underwriters Insurance Company david.zylberberg@stblaw.com

David Edward Schoenfeld
> on behalf of Defendant American Guarantee and Liability Insurance Company dschoenfeld@shb.com

David Edward Schoenfeld
> on behalf of Defendant Steadfast Insurance Company dschoenfeld@shb.com

David Eli Nachman
> on behalf of Creditor People of the State of New York david.nachman@ag.ny.gov

David Eli Nachman
> on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York david.nachman@ag.ny.gov

Dawn Stewart
> on behalf of Creditor Board of Chicago School District No. 299 dstewart@thestewartlawfirm.com

Denise Mondell
> on behalf of Creditor State of Connecticut denise.mondell@ct.gov

Dennis Windscheffel
> on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. dwindscheffel@akingump.com

Dina L. Yunker Frank
> on behalf of Interested Party Washington State Department of Revenue bcuyunker@atg.wa.gov

Donald Creadore
> on behalf of Creditor Ad Hoc Committee of NAS Babies donald@creadorelawfirm.com

Donald K. Ludman
> on behalf of Unknown SAP America  Inc. dludman@brownconnery.com

Dorothy White-Coleman
> on behalf of Unknown City of Bellefontaine Neighbors  Missouri whitecoleman@whitecoleman.net

Douglas Wolfe
> on behalf of Creditor ASM Capital X ASM Capital X LLC asm@asmcapital.com

Douglas Kirk Mayer
> on behalf of Interested Party Cardinal Health  Inc. dkmayer@wlrk.com, calert@wlrk.com

Edward E. Neiger
> on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. eneiger@askllp.com lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eleanor M. Mullen
> on behalf of Creditor State of Connecticut eleanor.mullen@ct.gov

Eli J. Vonnegut
> on behalf of Debtor Seven Seas Hill Corp. eli.vonnegut@davispolk.com ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
> on behalf of Debtor SVC Pharma LP eli.vonnegut@davispolk.com ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
> on behalf of Debtor Purdue Pharma Inc. eli.vonnegut@davispolk.com ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
> on behalf of Debtor Rhodes Technologies eli.vonnegut@davispolk.com ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
> on behalf of Debtor Ophir Green Corp. eli.vonnegut@davispolk.com ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
> on behalf of Plaintiff Purdue Pharma L.P. eli.vonnegut@davispolk.com ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
> on behalf of Debtor UDF LP eli.vonnegut@davispolk.com ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Neuroscience Company eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Rhodes Technologies eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Interested Party PJT Partners LP eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Adlon Therapeutics L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Button Land L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor SVC Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Paul Land Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Avrio Health L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Quidnick Land L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Avrio Health L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Associates L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Greenfield BioVentures L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Elisha D. Graff
on behalf of Interested Party PJT Partners LP egraff@stblaw.com

Elizabeth Scott
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P. et al.
edscott@akingump.com

Elizabeth A Citrin
on behalf of Creditor Buffalow et al. elizabeth@elizabethcitrin.com

Emily Brown
on behalf of Creditor Board of Chicago School District No. 299 ebrown@hsplegal.com

Eric Fisher
on behalf of Creditor Baltimore City Board of School Commissioners efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Chicago School District No. 299 efisher@binderschwartz.com docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of East Aurora School District 131 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of Thornton Township High School District 205 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of Miami-Dade County Public Schools efisher@binderschwartz.com
docket@binderschwartz.com

Eric Goldstein
on behalf of Interested Party United HealthCare Services Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric J. Snyder
on behalf of Creditor State of Alabama esnyder@wilkauslander.com jstauder@wilkauslander.com

Eric John Maloney
on behalf of Creditor State of Minnesota eric.maloney@ag.state.mn.us

Eric John Maloney
on behalf of Defendant State of Minnesota by its Attorney General Keith Ellison eric.maloney@ag.state.mn.us

Eric M. Gold
on behalf of Creditor Commonwealth of Massachusetts eric.gold@state.ma.us

Eric M. Gold
on behalf of Defendant Commonwealth of Massachusetts eric.gold@state.ma.us

Erin West

on behalf of Creditor Tennessee Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin West

on behalf of Creditor Arkansas Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Evan Romanoff

on behalf of Creditor State of Minnesota evan.romanoff@ag.state.mn.us

Evan M. Jones

on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Johnson & Johnson ejones@omm.com  evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Janssen Pharmaceuticals  Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Frederick E. Schmidt

on behalf of Defendant Liberty Mutual Insurance Company eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt

on behalf of Defendant Liberty Insurance Corporation eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt

on behalf of Defendant Liberty Mutual Fire Insurance Company eschmidt@cozen.com
frederick-schmidt-4035@ecf.pacerpro.com

Garrett S. Ledgerwood

on behalf of Creditor AndersonBrecon  Inc d/b/a PCI Pharma Service garrett.ledgerwood@millernash.com

Gary A. Gotto

on behalf of Creditor Northwest Arizona Employee Benefit Trust ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Tri-County Health Department ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Spokane ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Kitsap County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Tacoma ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Vancouver ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Aurora ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor La Conner School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Sedro-Woolley ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Tulalip Tribes ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor King County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whitman County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Saint Regis Mohawk Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Pierce County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor The Makah Indian Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clark County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Yuma County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Northglenn ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Maricopa County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Eureka ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Cochise County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Whatcom County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Mount Vernon School District ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Arizona School Alliance for Workers' Compensation ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City and County of Broomfield ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Franklin County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Town of Hudson ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Adams County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Chelan County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Fremont County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Teller County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Commerce City ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Clallam County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Walla Walla County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Navajo County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Greeley ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Kingman ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Bainbridge ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Arizona Municipal Risk Retention Pool ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor Larimer County ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Black Hawk ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Kirkland ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Anacortes ggotto@kellerrohrback.com

Gary A. Gotto

    on behalf of Creditor City of Sheridan ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Mohave County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Skagit County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Arapahoe County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Spokane County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Jefferson County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Island County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Kittitas County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Thurston County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Humboldt County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Thornton ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Brighton ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Kent ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Burlington ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Mount Vernon ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor San Juan County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City and County of Denver ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Lakewood ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Westminster ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Mesa County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Lincoln County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Hopi Tribe ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Arizona Counties Insurance Pool ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Boulder County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Santa Barbara County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Unknown City of Federal Heights ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Lummi Tribe of the Lummi Reservation ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Ada County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Missoula County ggotto@kellerrohrback.com

District/off: 0208-7
Date Rcvd: Mar 23, 2022

User: admin

Form ID: pdf001

Page 22 of 45

Total Noticed: 1

Gary A. Gotto
on behalf of Creditor Sedro-Woolley School District ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Olympia ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Nez Perce Tribe ggotto@kellerrohrback.com

Gary D. Bressler
on behalf of Creditor Westchester Fire Insurance Company gbressler@mdmc-law.com
scarney@mdmc-law.com;nleonard@mdmc-law.com

Geoffrey T. Raicht
on behalf of Defendant Evanston Insurance Company graicht@raichtlawpc.com
jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com

George Calhoun
on behalf of Defendant Allied World Assurance Company  Ltd. george@ifrahlaw.com

George Calhoun
on behalf of Defendant Ironshore Specialty Insurance Company (f/k/a TIG Specialty Insurance Company) george@ifrahlaw.com

George Calhoun
on behalf of Unknown Ironshore Specialty Insurance Company george@ifrahlaw.com

George Robert Gage, Jr
on behalf of Unknown Allergan Finance LLC grgage@gagespencer.com

George W. Shuster, Jr.
on behalf of Debtor Purdue Pharma L.P. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Uzzi
on behalf of Unknown Richard Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Unknown Beverly Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Unknown David Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Unknown Dr. Richard Sackler  Jonathan Sackler, David Sackler, and Beverly Sackler guzzi@milbank.com,
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Interested Party Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Interested Party The Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gillian Feiner
on behalf of Defendant Commonwealth of Massachusetts gillian.feiner@mass.gov

Gillian Feiner
on behalf of Creditor Commonwealth of Massachusetts gillian.feiner@mass.gov

Gregory Dale Willard
on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt gwillard@dubllc.com

Gregory P. Joseph

District/off: 0208-7                    User: admin                    Page 23 of 45
Date Rcvd: Mar 23, 2022                 Form ID: pdf001                 Total Noticed: 1

                        on behalf of Unknown Beverly Sackler gjoseph@jhany.com

Gregory P. Joseph
                        on behalf of Unknown Richard Sackler gjoseph@jhany.com

Gregory P. Joseph
                        on behalf of Unknown David Sackler gjoseph@jhany.com

Gregory P. Joseph
                        on behalf of Unknown Jonathan Sackler gjoseph@jhany.com

Harold D. Israel
                        on behalf of Interested Party Walter Lee Simmons hisrael@lplegal.com
                        ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com

Harold D. Israel
                        on behalf of Creditor Ad Hoc Committee of NAS Babies hisrael@lplegal.com
                        ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com

Harris Wiener
                        on behalf of Defendant Arch Reinsurance Ltd. harris.wiener@clydeco.us

Harris Wiener
                        on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) harris.wiener@clydeco.us

Heather M Crockett
                        on behalf of Creditor State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett
                        on behalf of Defendant State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Henry Jaffe
                        on behalf of Interested Party Sun Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
                        wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe
                        on behalf of Interested Party Sun Pharmaceutical Industries  Inc. Henry.Jaffe@troutman.com,
                        wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe
                        on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
                        wlbank@troutman.com;Monica.Molitor@troutman.com

Hunter J. Shkolnik
                        on behalf of Unknown Nassau County hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Doddridge County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Randolph County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Monongalia County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Wetzel County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Unknown Lake County hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Hancock County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Uphur County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Lewis County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Brooke County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Marion County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Ohio County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                        on behalf of Creditor Tyler County Commission hunter@nsprlaw.com

Hunter J. Shkolnik

| | |
|---|---|
| | on behalf of Creditor Marshall County Commission hunter@nsprlaw.com |
| Hunter J. Shkolnik | |
| | on behalf of Unknown Trumbull County hunter@nsprlaw.com |
| Ilan D. Scharf | |
| | on behalf of Creditor RDC Liquidating Trust as Successor-in-Interest to Rochester Drug Co-Operative  Inc. ischarf@pszjlaw.com, lcanty@pszjlaw.com |
| Ilana Volkov | |
| | on behalf of Creditor Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com |
| Ira Burnim | |
| | on behalf of Unknown Kennedy Forum and other national organizations irabster@gmail.com |
| Ira S. Dizengoff | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;pdublin@akingump.com |
| Irve J. Goldman | |
| | on behalf of Defendant State of Connecticut igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com |
| Irve J. Goldman | |
| | on behalf of Creditor State of Connecticut igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com |
| Irve J. Goldman | |
| | on behalf of Defendant State of Washington igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com |
| Isley Markman Gostin | |
| | on behalf of Unknown American Guarantee and Liability Insurance Company isley.gostin@wilmerhale.com |
| Isley Markman Gostin | |
| | on behalf of Unknown Steadfast Insurance Company isley.gostin@wilmerhale.com |
| Isley Markman Gostin | |
| | on behalf of Unknown Navigators Specialty Insurance Company isley.gostin@wilmerhale.com |
| Isley Markman Gostin | |
| | on behalf of Defendant Navigators Specialty Insurance Company isley.gostin@wilmerhale.com |
| J. Christopher Shore | |
| | on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. cshore@whitecase.com jdisanti@whitecase.com;mcosbny@whitecase.com |
| Jake Holdreith | |
| | on behalf of Unknown Collegium Pharmaceutical  Inc. jholdreith@robinskaplan.com, bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com;olanger@robinskaplan.com;cpinahs@robinskaplan.com |
| James Franklin Ozment, I | |
| | on behalf of Plaintiff Stacey Bridges frankozmentlaw@gmail.com |
| James Franklin Ozment, I | |
| | on behalf of Unknown Creighton Bloyd frankozmentlaw@gmail.com |
| James Franklin Ozment, I | |
| | on behalf of Plaintiff Charles Fitch frankozmentlaw@gmail.com |
| James Franklin Ozment, I | |
| | on behalf of Unknown Charles Fitch frankozmentlaw@gmail.com |
| James Franklin Ozment, I | |
| | on behalf of Creditor Stacey Bridges frankozmentlaw@gmail.com |
| James Franklin Ozment, I | |
| | on behalf of Plaintiff Creighton Bloyd frankozmentlaw@gmail.com |
| James I. McClammy | |
| | on behalf of Plaintiff Rhodes Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com |
| James I. McClammy | |
| | on behalf of Plaintiff Purdue Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com |
| James I. McClammy | |
| | on behalf of Plaintiff Avrio Health L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com |
| James I. McClammy | |
| | on behalf of Plaintiff Rhodes Technologies james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com |
| James I. McClammy | |
| | on behalf of Plaintiff Purdue Pharma of Puerto Rico james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com |

District/off: 0208-7                          User: admin                                    Page 25 of 45
Date Rcvd: Mar 23, 2022                       Form ID: pdf001                                 Total Noticed: 1

James I. McClammy

 on behalf of Plaintiff Purdue Pharma Manufacturing L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

 on behalf of Plaintiff Purdue Pharmaceutical Products L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

 on behalf of Debtor Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

 on behalf of Plaintiff Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

 on behalf of Plaintiff Purdue Pharma Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

 on behalf of Plaintiff Purdue Transdermal Technologies L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James P. Wehner, Jr.

 on behalf of Unknown Multi-State Governmental Entities Group jwehner@capdale.com
 cecilia-guerrero-caplin-6140@ecf.pacerpro.com

James T. Boffetti

 on behalf of Creditor State of New Hampshire james.boffetti@doj.nh.gov  janet.demers@doj.nh.gov

Jamie Fell

 on behalf of Interested Party PJT Partners LP jamie.fell@stblaw.com

Jasmine Ball

 on behalf of Unknown Beacon Company jball@debevoise.com  cponeal@debevoise.com

Jason Rubinstein

 on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
 rubinsteinj@gilbertlegal.com

Jason Rubinstein

 on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
 rubinsteinj@gilbertlegal.com

Jason Scheiderer

 on behalf of Defendant XL Insurance America  Inc. jason.scheiderer@dentons.com

Jay Teitelbaum

 on behalf of Unknown Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
 jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum

 on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
 jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jeff Payne

 on behalf of Interested Party State of Oregon jeff.j.payne@doj.state.or.us

Jeffrey Garfinkle

 on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com,
 dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle

 on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey R. Gleit

 on behalf of Debtor Purdue Pharma L.P. jgleit@sullivanlaw.com
 bcooley@sullivanlaw.com,rrosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,

Jeffrey S. Swyers

 on behalf of Unknown MM&P Health & Benefit Plan jswyers@slevinhart.com  courtalerts@slevinhart.com

Jenna A Hudson

 on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
 hudsonj@gilbertlegal.com  johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com

Jenna A Hudson

 on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants hudsonj@gilbertlegal.com
 johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com

Jennifer B Lyday

 on behalf of Creditor State of North Carolina notice@waldrepwall.com  8836221420@filings.docketbird.com

Jeremy Pearlman

 on behalf of Creditor State of Connecticut jeremy.pearlman@ct.gov

Jeremy C. Kleinman

 on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jkleinman@fgllp.com

Jessica Ortiz
on behalf of Creditor The Cherokee Nation jortiz@mololamken.com

Jill Abrams
on behalf of Creditor The State of Vermont by and through Attorney General Thomas J. Donovan Jr. jill.abrams@vermont.gov

Jill Abrams
on behalf of Unknown State of Vermont jill.abrams@vermont.gov

Jill L. Nicholson
on behalf of Interested Party Apotex Corp. jnicholson@foley.com mstockl@foley.com

Jill L. Nicholson
on behalf of Interested Party Aveva Drug Delivery Systems Inc. jnicholson@foley.com, mstockl@foley.com

Jillian Lazar
on behalf of Creditor State of Delaware jillian.lazar@delaware.gov

Joanna Lydgate
on behalf of Creditor Commonwealth of Massachusetts joanna.lydgate@mass.gov

Joel Shafferman
on behalf of Creditor Casey David Nadolski shaffermanjoel@gmail.com

John A. Boyle
on behalf of Creditor John H. Stewart jboyle@khmarino.com docketing@khmarino.com

John Michael Connolly
on behalf of Creditor Attorney General State of Arizona mike@consovoymccarthy.com

John P McDonald
on behalf of Creditor Insource Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor Henry Schein Medical Systems Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor General Injectables & Vaccines Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor Henry Schein Inc. jpmcdonald@lockelord.com

John R. Knapp, Jr.
on behalf of Creditor AndersonBrecon Inc d/b/a PCI Pharma Service john.knapp@millernash.com, edgar.rosales@millernash.com

John Wayne Hogan
on behalf of Creditor Board of Chicago School District No. 299 hogan@terrellhogan.com

Jonathan Watson Cuneo
on behalf of Creditor Community Health Systems Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al jonc@cuneolaw.com

Jordan S. Blask
on behalf of Creditor Thermo Fisher Scientific jblask@fbtlaw.com agilbert@tuckerlaw.com

Joseph D. Frank
on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jfrank@fgllp.com csucic@fgllp.com;csmith@fgllp.com

Joseph G. Davis
on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA jdavis@willkie.com, maodc1@willkie.com

Joseph G. Davis
on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA jdavis@willkie.com, maodc1@willkie.com

Joseph L Mulvey
on behalf of Creditor Lou Ann Marocco Trustee for the Bankruptcy Estate of Kevin D. Sullivan joseph@mulveylawllc.com

Joshua Karsh
on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Joshua Karsh
on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Joshua Karsh
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Joshua Karsh
on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com

Joshua Polster

on behalf of Defendant St. Paul Fire and Marine Insurance Company joshua.polster@stblaw.com

Joshua Polster

on behalf of Defendant Gulf Underwriters Insurance Company joshua.polster@stblaw.com

Judith Aurora Yosepha Fiorentini

on behalf of Creditor The People of the State of California judith.fiorentini@doj.ca.gov

Julie Elizabeth Cohen

on behalf of Debtor Purdue Pharma L.P. julie.cohen@skadden.com

Justin M Ellis

on behalf of Creditor The Cherokee Nation jellis@mololamken.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Township High School District 205 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of East Aurora School District 131 jpetrarca@edlawyer.com  emcnulty@edlawyer.com

Katherine Galle

on behalf of Interested Party PRA  LP (and other two-way entities) kngalle@mintz.com

Katherine McCraw

on behalf of Creditor NC Dept. of Health and Human Services kmccraw@ncdoj.gov
kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Katherine Stadler

on behalf of Creditor Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Creditor Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Defendant Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Defendant Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Kathryn Blake

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
kathryn.blake@ag.ny.gov

Kathryn Blake

on behalf of Creditor People of the State of New York kathryn.blake@ag.ny.gov

KatieLynn B Townsend

on behalf of Intervenor Dow Jones & Company  Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.
ktownsend@rcfp.org

Kelly Tsai

on behalf of Unknown American Guarantee and Liability Insurance Company ktsai@crowell.com

Kelly Tsai

on behalf of Unknown Steadfast Insurance Company ktsai@crowell.com

Kelly Tsai

on behalf of Defendant American Guarantee and Liability Insurance Company ktsai@crowell.com

Kelly Tsai

on behalf of Defendant Steadfast Insurance Company ktsai@crowell.com

Kenneth H. Eckstein

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kevin C. Maclay

on behalf of Unknown Multi-State Governmental Entities Group cecilia-guerrero-caplin-6140@ecf.pacerpro.com
jgiglio@capdale.com

Kevin H. Marino

on behalf of Creditor John H. Stewart kmarino@khmarino.com

Kimberly P. Massicotte

on behalf of Creditor State of Connecticut kimberly.massicotte@ct.gov

L Kenneth Chotiner

on behalf of Creditor Paul Hartman lkc@thechotinerfirm.com

Lara J Fogel

on behalf of Creditor State of New Jersey lfogel@levinelee.com

Lara J Fogel

on behalf of Defendant State of New Jersey lfogel@levinelee.com

Laura Femino

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. laura.femino@whitecase.com

Laura McFarlane

on behalf of Interested Party State of Wisconsin mcfarlanele@doj.state.wi.us

Laurel D. Roglen

on behalf of Creditor DuPont de Nemours  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Lauren Guth Barnes

on behalf of Creditor Blue Cross Blue Shield Association lauren@hbsslaw.com  purduebankruptcy@hbsslaw.com

Laurie Rubinow

on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans lrubinow@millershah.com  pleadings@millershah.com

Lawrence Fogelman

on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence J. Kotler

on behalf of Creditor Chubb Insurance USA ljkotler@duanemorris.com

Lawrence L. Tong

on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General lawrence.l.tong@hawaii.gov,
mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Lawrence R. Reich

on behalf of Creditor Jane Redwood reichlaw@reichpc.com

Leah M. Eisenberg

on behalf of Creditor CVS Pharmacy  Inc. leisenberg@mayerbrown.com

Leah M. Eisenberg

on behalf of Creditor CaremarkPCS Health  L.L.C. leisenberg@mayerbrown.com

Leah M. Eisenberg

on behalf of Creditor CVS Caremark Part D Services  L.L.C. leisenberg@mayerbrown.com

Lee Scott Siegel

on behalf of Defendant North American Elite Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) lss@hurwitzfine.com
kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Interested Party North American Elite Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) lss@hurwitzfine.com
kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) lss@hurwitzfine.com
kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Aspen American Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) lss@hurwitzfine.com
kathik@hurwitzfine.com

Leo V Gagion

on behalf of Creditor New York State Department Of Taxation and Finance Leo.Gagion@ag.ny.gov  enid.stuart@ag.ny.gov

Leslie A. Eaton
on behalf of Creditor Colorado Attorney General leslie.eaton@coag.gov

Leslie A. Eaton
on behalf of Creditor Colorado Department of Law leslie.eaton@coag.gov

Leslie A. Goller
on behalf of Creditor Board of Chicago School District No. 299 lgoller@terrellhogan.com

Linda Riffkin
on behalf of U.S. Trustee United States Trustee linda.riffkin@usdoj.gov

Linda Singer
on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants lsinger@motleyrice.com

Linda Singer
on behalf of Unknown State of Utah lsinger@motleyrice.com

Linda J Conti
on behalf of Creditor State of Maine linda.conti@maine.gov

Lisa A Szymanski
on behalf of Plaintiff Avrio Health L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma Inc. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma of Puerto Rico lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Transdermal Technologies L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Rhodes Technologies lszymanski@reedsmith.com

Lori A. Butler
on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Louis J. Testa
on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York louis.testa@ag.ny.gov

Louis J. Testa
on behalf of Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson
on behalf of Creditor Anne Alexander  et al. lowellwfinson@gmail.com

Lucian Murley
on behalf of Creditor Cigna Health and Life Insurance Company luke.murley@saul.com  robyn.warren@saul.com

Lynn Hagman Murray
on behalf of Defendant American Guarantee and Liability Insurance Company lhmurray@shb.com  docket@shb.com

Lynn Hagman Murray
on behalf of Defendant Steadfast Insurance Company lhmurray@shb.com  docket@shb.com

Mai Lan G. Rodgers
on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma Inc. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Rhodes Technologies mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Debtor Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Defendant Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma of Puerto Rico mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceuticals L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Avrio Health L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Transdermal Technologies L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc P Gertz

on behalf of Creditor Northeast Ohio School Board Group mpgertz@gertzrosen.com

Margaret Truesdale

on behalf of Creditor Board of Chicago School District No. 299 mtruesdale@hsplegal.com

Marion Quirk

on behalf of Creditor State of Delaware marion.quirk@delaware.gov

Mark Krueger

on behalf of Creditor State of Nevada mkrueger@ag.nv.gov  dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Mark Stein

on behalf of Creditor Bridge House Corporation mstein@lowestein.com

Mark Tate

on behalf of Creditor Brighton Health Plan Solutions d/b/a MagnaCare Administrative Services tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Medford Volunteer Ambulance  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Hempstead  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor International Constructions  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor CWA Local 1181 Health Plan tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Structural Steel Local 806 Health Plan tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Lake Grove  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Iron Workers Local 417 Health Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Advanced C4 Solutions  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Borough of Paramus  New Jersey tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Bellmore Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Chatham County Hospital Authority  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Haverstraw  New York tlgservice@tatelawgroup.com

District/off: 0208-7                                    User: admin                                    Page 31 of 45
Date Rcvd: Mar 23, 2022                          Form ID: pdf001                          Total Noticed: 1

Mark Tate
          on behalf of Creditor United Wire  Metal & Machine Local 820 Health tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Amalgamated Union Local 450-A Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Laborers Local 235 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Allied Security Health and Benefit Fund tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Jamaica Hospital and Medical Center tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Town of Wappinger  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Dade County  Georgia tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Town of Southhold  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor City of Elizabeth  New Jersey tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Town of North Hempstead  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Uniformed Fire Officers Association Benefits Fund tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Brighton Health Plan Solutions d/b/a MagnaCare Administrative Services and MagnaCare  LLC
          tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Redwood Contracting Corp. tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Town of Islip  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Building Service Local 2 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Cardoza Plumbing Corporation tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor North Patchogue Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Levittown Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor City of Blackshear  Georgia tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor UOPW Local 175 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Roslyn Water District  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Stony Brook Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Town of Stony Point  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Brer-Four Transportation Corporation tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Hicksville Water District  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor South Farmingdale Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
          on behalf of Creditor Black Prince Distillery  Inc. tlgservice@tatelawgroup.com

Mark Tate

District/off: 0208-7                                    User: admin                                    Page 32 of 45
Date Rcvd: Mar 23, 2022                          Form ID: pdf001                          Total Noticed: 1

on behalf of Creditor Town of Riverhead  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Stewart Manor  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor City of Brunswick  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Brookhaven Ambulance  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Centereach Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor City of Alma  GA tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Southampton  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Smithtown Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Orangetown  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Phillip Fyman and Alexander Weingarten  M.D. PC tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Villlage of Nissequogue  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Centerport Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Kaya Associates  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Thomas F. Corbett Associates  LLC tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Metallic Lathers and Reinforcing Iron Workers Local 46 Health & Benefit Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Local 342 United Marine Division Insurance Trust tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor City of Pooler  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Poquott  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Merrick Library  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Northport  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Hempstead New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Plainview-Old Bethpage Library  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor City of Clifton  New Jersey tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Village of the Branch  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Island Park  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor UFCW Local 1500 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Westbury  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Laborers Local 1298 of Nassau & Suffolk Counties tlgservice@tatelawgroup.com

District/off: 0208-7                          User: admin                                    Page 33 of 45
Date Rcvd: Mar 23, 2022                    Form ID: pdf001                              Total Noticed: 1

Mark Tate
                on behalf of Creditor City of Richmond Hill  Georgia tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Attorney Village of Amityville  NY, et al. tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Lindenhurst  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Farmingdale  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Bacon County  Georgia tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor St. John's Riverside Hospital tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor AFL-CIO Local 475 Health & Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Babylon  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Massapequa Park  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Drywall Tapers Insurance Fund tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Iron Workers 361 Health Fund tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Flushing Hospital Medical Center tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of East Hampton  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Clinton  New Jersey tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Saltaire  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor CWA Local 1182 & 1183 Health & Welfare Funds tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Pierce County  Georgia tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Nesconset Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Aboffs  Inc. tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Greenport  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of New Hyde Park  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor IBEW Local 25 Health & Benefit Fund tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Valley Stream  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor City of Demorest  Georgia tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Great Neck  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor City of Bayonne  New Jersey tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Babylon  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Huntington  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor St. James Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor The Par Group tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Austin & Williams  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Islandia  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Westchester Heavy Construction Laborers Local 60 Health & Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Garden City  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of East Rockaway  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Patchogue  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Teamsters Local 456 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor John Martinez d/b/a John Martinez Trucking tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Barnes  Iaccarino & Shepherd, LLP tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor IUOE Local 138 Health Benefit Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor International Brotherhood of Trade Unions Local 713 Health Plan tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Oyster Bay  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Roofers Local 8 WBPA Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Smithtown  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Transitions Recovery Program tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Port Washington North  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Uniondale Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Mill Neck  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor North Merrick Fire  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor NOITU Insurance Trust Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Alure Home Improvements  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Floral Park  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Clarkstown  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Brookhaven  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Chatham County  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Mount Sinai Fire District  NY tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Amityville  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Wappingers Falls  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor West Hempstead Public Library  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Lloyd Harbor  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Old Westbury  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Port Washington Water District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Iron Workers Local 580 Health & Benefit Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Painting Industry Insurance Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Miller Place Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor United Crafts Benefit Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Shamrock Materials  LLC tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Friendship Engine and Hose Company  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor UFCW Local 342 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Town of Ramapo  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Melville Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Lawrence  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Bacon County Hospital  Georgia tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Cedar International Services  LLC tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Bellport  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Lynbrook  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor UFCW Local 342 Healthcare Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Ridge Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor LNO  Inc. tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of West Haverstraw  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Iron Workers Local 40 Health Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Millertown  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Rockville Centre Public Library  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Metal Polishers Local 8A-28A Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Local 381 Group Insurance Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Hauppauge Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of West Hampton Dunes  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Gordon L. Seaman  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor International Intimates  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Teamsters Local 445 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Suffern  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Corbett Aggregates Companies  LLC tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Islip Terrance Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor City of Long Beach  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Habersham County Hospital  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Hudson Regional Hospital tlgservice@tatelawgroup.com

Mark D. Plevin

on behalf of Unknown American Guarantee and Liability Insurance Company mplevin@crowell.com

Marshall C. Turner

on behalf of Creditor Express Scripts Senior Care Holdings  Inc. marshall.turner@husch.com,
marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Ascent Health Services marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts  Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Martin S. Rapaport

on behalf of Creditor Peter Jackson manhatoffice@yahoo.com

Marvin E. Clements, Jr.

on behalf of Creditor Tennessee Attorney General's Office agbanknewyork@ag.tn.gov

Marvin E. Clements, Jr.

on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Matthew J. Gold

on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS mgold@kkwc.com
jremi@kkwc.com

Matthew J. Gold

on behalf of Interested Party State of Washington mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold

on behalf of Interested Party District of Columbia mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold

on behalf of Defendant State of Washington mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold

on behalf of Interested Party State of Oregon mgold@kkwc.com  jremi@kkwc.com

Matthew J. Piers

on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor The Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor The Board of Education of East Aurora School District 131 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Education of Miami-Dade County Public Schools mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Baltimore City Board of School Commissioners mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Chicago School District No. 299 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Bullitt County School District  Kentucky mpiers@hsplegal.com,
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Education of East Aurora School District 131 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor La Rue County School District  Kentucky mpiers@hsplegal.com,
rortiz@hsplegal.com;docketing@hsplegal.com

Mawerdi Hamid

on behalf of Creditor State of Minnesota mawerdi.hamid@ag.state.mn.us

Megan Paris Rundlet

on behalf of Defendant State of Colorado megan.rundlet@coag.gov

Megan Paris Rundlet

on behalf of Creditor Colorado Attorney General megan.rundlet@coag.gov

Melanie L. Cyganowski

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski

on behalf of Creditor The State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski

on behalf of Creditor State of Texas  acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melissa L. Van Eck

on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck

on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Merrida Coxwell

on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com

Michael Goldstein

on behalf of Creditor Teva Canada Limited mgoldstein@goodwinlaw.com

Michael Goldstein

on behalf of Creditor Anda  Inc. mgoldstein@goodwinlaw.com

Michael Goldstein

on behalf of Creditor Teva Pharmaceuticals USA  Inc. mgoldstein@goodwinlaw.com

Michael Gorelick

on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
mgorelick@agfjlaw.com

Michael Luskin

Michael Luskin
    on behalf of Interested Party Old Republic Insurance Company luskin@lsellp.com

Michael Luskin
    on behalf of Creditor Gulf Underwriters Insurance Company luskin@lsellp.com

Michael Luskin
    on behalf of Creditor St. Paul Fire and Marine Insurance Company luskin@lsellp.com

Michael B. Rush
    on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
rushm@gotofirm.com

Michael B. Rush
    on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants rushm@gotofirm.com

Michael D McMahan
    on behalf of Creditor Port Gamble S'Klallam Tribe mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Pala Band of Mission Indians mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Kodiak Area Native Association mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Aleutian Pribilof Islands Association  Inc. mmcmahan@hobbsstraus.com,
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Cheesh'na Tribe mmcmahan@hobbsstraus.com  cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Jamestown S'Klallam Tribe mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Southeast Alaska Regional Health Consortium mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Suquamish Tribe mmcmahan@hobbsstraus.com  cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Council of Athabascan Tribal Governments mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Alaska Native Tribal Health Consortium mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Indian Health Council  Inc. mmcmahan@hobbsstraus.com,
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Norton Sound Health Corporation mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Seldovia Village Tribe mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
    on behalf of Creditor Bristol Bay Area Health Corporation mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael G Louis
    on behalf of Unknown Joan E. Vasko mlouis@macelree.com

Michael Geoffrey Abelow
    on behalf of Creditor Certain Hospital Creditors mabelow@sherrardroe.com  neads@sherrardroe.com

Michael I. Baird
    on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael J Kasen
    on behalf of Creditor Fredrick Hill mkasen@kasenlaw.com

Michael Morris Buchman
    on behalf of Creditor Tucson Medical Center mbuchman@motleyrice.com

District/off: 0208-7                          User: admin                              Page 39 of 45
Date Rcvd: Mar 23, 2022                       Form ID: pdf001                          Total Noticed: 1

Michael Patrick O'Neil
on behalf of Creditor Ad Hoc Group of Hospitals moneil@taftlaw.com

Michael S. Kimm
on behalf of Creditor Jung U. Kim msk@kimmlaw.com  law@kimmlaw.com;proh@kimmlaw.com

Michele Puiggari
on behalf of Attorney michele Ann puiggari michele@mpuiggari.com

Michiyo Michelle Burkart
on behalf of Defendant The People of the State of California michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart
on behalf of Creditor The People of the State of California michelle.burkart@doj.ca.gov

Mimi Liu
on behalf of Creditor Ad Hoc Group of Non-Consenting States mliu@motleyrice.com

Mimi Liu
on behalf of Unknown State of Utah mliu@motleyrice.com

Mitchell Jay Auslander
on behalf of Defendant New Hampshire Insurance Company maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company)
maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA maosbny@willkie.com,
mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International
Limited) maosbny@willkie.com  mauslander@willkie.com

Morgan R Bentley
on behalf of Attorney Sarasota County Public Hospital District mbentley@bentleyandbruning.com

Morton R. Branzburg
on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Muhammad Umair Khan
on behalf of Creditor People of the State of New York umair.khan@ag.ny.gov

Nathan Quinn Rugg
on behalf of Creditor Altergon Italia s.r.l. nathan.rugg@bfkn.com  jean.montgomery@bfkn.com

Neil Francis Xavier Kelly
on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS nkelly@riag.ri.gov
mdifonzo@riag.ri.gov

Neil L Henrichsen
on behalf of Unknown Board of Chicago School District No. 299 nhenrichsen@hslawyers.com

Nicholas F. Kajon
on behalf of Creditor Michael Lopez nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Jason Reynolds nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Dora Lawrence nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor W. Andrew Fox nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Michael Klodzinski nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Marketing Services of Indiana  Inc. nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Michael Konig nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Michael Christy nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Jordan Chu nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Deborah Green-Kuchta nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Nadja Streiter nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Eric Hestrup  et al. nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor William Stock nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Gretta Golden nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Darcy Sherman nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Al Marino  Inc. nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Glenn Golden nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Attorney General  State of Arizona nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Barbara Rivers nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Debra Dawsey nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Lou Sardella nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Amel Eiland nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor MSI Corporation nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Heather Enders nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Kevin Wilk nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor William Taylor nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Kimberly Brand nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Eli Medina nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Edward Grace nfk@stevenslee.com

Nicklas Arnold Akers

on behalf of Creditor The People of the State of California nicklas.akers@doj.ca.gov

Nicklas Arnold Akers

on behalf of Defendant The People of the State of California nicklas.akers@doj.ca.gov

Nickolas Karavolas

on behalf of Interested Party Her Majesty in Right of the Province of British Columbia nkaravolas@phillipslytle.com
ddrons@phillipslytle.com

Nicolas G. Keller

on behalf of Unknown New York State Department of Financial Services nicolas.keller@dfs.ny.gov

Nicole A Leonard

on behalf of Creditor Westchester Fire Insurance Company nleonard@mdmc-law.com  sshidner@mdmc-law.com

District/off: 0208-7                                    User: admin                                    Page 41 of 45
Date Rcvd: Mar 23, 2022                              Form ID: pdf001                              Total Noticed: 1

Norma E. Ortiz
on behalf of Unknown The National Association for the Advancement of Colored People email@ortizandortiz.com
bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Paris Gyparakis
on behalf of Creditor Jeffrey Bryan Pierce pgyparakis@rosenpc.com  gyparakispr81087@notify.bestcase.com

Patrick Morrisey
on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General patrick.j.morrisey@wvago.gov

Patrick Francis McTernan
on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General pmcternan@croninfried.com,
cfskf@croninfried.com

Patrick Francis McTernan
on behalf of Defendant State of Hawaii  ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com,
cfskf@croninfried.com

Paul A. Rachmuth
on behalf of Creditor Ad Hoc Committee on Accountability paul@paresq.com

Paul E. Breene
on behalf of Plaintiff Avrio Health L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Debtor Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Purdue Pharma of Puerto Rico pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Purdue Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Rhodes Technologies pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Purdue Pharma Inc. pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Purdue Transdermal Technologies L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. pbreene@reedsmith.com

Paul E. Breene
on behalf of Other Prof. Reed Smith LLP pbreene@reedsmith.com

Paul M. Singer
on behalf of Debtor Purdue Pharma L.P. psinger@reedsmith.com
gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Paul R Koepff
on behalf of Defendant Arch Reinsurance Ltd. paul.koepff@clydeco.us  meisee.hon@clydeco.us

Paul S Rothstein
on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com

Paul S Rothstein
on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com

Pearl Shah
on behalf of Creditor Hospital Claimants pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Creditor Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com

Peter D'Apice
on behalf of Creditor Certain Native American Tribes and Others dapice@sbep-law.com

Peter D'Apice
on behalf of Unknown Tribal Leadership Committee dapice@sbep-law.com

Peter D'Apice

District/off: 0208-7                          User: admin                                    Page 42 of 45
Date Rcvd: Mar 23, 2022                       Form ID: pdf001                              Total Noticed: 1

on behalf of Creditor Tiffany Dunford dapice@sbep-law.com

Peter Francis O'Neill

on behalf of Defendant American Guarantee and Liability Insurance Company pfoneill@shb.com  docket@shb.com

Peter Francis O'Neill

on behalf of Defendant Steadfast Insurance Company pfoneill@shb.com  docket@shb.com

Peter H Weinberger

on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com

Peter J. Roberts

on behalf of Interested Party Liberty Mutual Fire Insurance Company proberts@cozen.com
peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Peter J. Roberts

on behalf of Interested Party Liberty Insurance Corporation proberts@cozen.com
peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Peter J. Roberts

on behalf of Interested Party Liberty Mutual Insurance Company proberts@cozen.com
peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Philip D. Anker

on behalf of Defendant Navigators Specialty Insurance Company philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker

on behalf of Unknown Navigators Specialty Insurance Company philip.anker@wilmerhale.com
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Rachel R Obaldo

on behalf of Creditor The State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov

Reuel D. Ash

on behalf of Creditor Impax Laboratories  LLC rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash

on behalf of Creditor Amneal Pharmaceuticals of New York  LLC rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash

on behalf of Creditor Amneal Pharmaceuticals LLC rash@ulmer.com  sbenoit@ulmer.com

Reuel D. Ash

on behalf of Creditor Impax Laboratories  Inc. rash@ulmer.com, sbenoit@ulmer.com

Richard B. Levin

on behalf of Creditor McKesson Corporation rlevin@jenner.com

Richard Daniel Shore

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants shorer@gilbertlegal.com

Richard Daniel Shore

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
shorer@gilbertlegal.com

Richard James Leveridge

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
leveridger@gilbertlegal.com

Richard Joseph Geddes

on behalf of Defendant XL Bermuda Ltd. richard.geddes@kennedyslaw.com

Richard R Gan

on behalf of Attorney Richard R Gan richlaw1@comcast.net

Riley Caroline Mendoza

on behalf of Defendant American Guarantee and Liability Insurance Company rmendoza@shb.com

Riley Caroline Mendoza

on behalf of Defendant Steadfast Insurance Company rmendoza@shb.com

Robert Padjen

on behalf of Creditor Colorado Department of Law robert.padjen@coag.gov

Robert Padjen

on behalf of Defendant State of Colorado robert.padjen@coag.gov

Robert P. Charbonneau

on behalf of Creditor Attorney General  State of Florida rpc@agentislaw.com,
bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

District/off: 0208-7                    User: admin                                         Page 43 of 45
Date Rcvd: Mar 23, 2022                    Form ID: pdf001                                    Total Noticed: 1

Samuel Mitchell
                    on behalf of Creditor Tucson Medical Center sam@mitchellspeights.com

Sara Tonnesen
                    on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us

Sara Tonnesen
                    on behalf of Creditor State Of Maryland stonnesen@oag.state.md.us

Sarah Sraders
                    on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
                    sraderss@gilbertlegal.com

Sarah Sraders
                    on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants sraderss@gilbertlegal.com

Scott F. Gautier
                    on behalf of Unknown Collegium Pharmaceutical  Inc. scott.gautier@faegredrinker.com,
                    kmeek@robinskaplan.com;mdelaney@robinskaplan.com

Scott I. Davidson
                    on behalf of Spec. Counsel KING & SPALDING LLP sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott I. Davidson
                    on behalf of Debtor Purdue Pharma L.P. sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott S. Markowitz
                    on behalf of Creditor Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com
                    snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com

Sean A. O'Neal
                    on behalf of Interested Party Norton Rose Fulbright US LLP soneal@cgsh.com  maofiling@cgsh.com

Seth Adam Meyer
                    on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General sam@kellerlenkner.com,
                    docket@kellerlenkner.com

Seth Adam Meyer
                    on behalf of Creditor Attorney General  State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com

Seth Adam Meyer
                    on behalf of Creditor State of Arizona sam@kellerlenkner.com  docket@kellerlenkner.com

Shannon M McNulty
                    on behalf of Creditor Ad Hoc Group of Hospitals smm@cliffordlaw.com  jmreasor@cliffordlaw.com

Shawn M. Christianson
                    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Vasser
                    on behalf of Attorney Dechert LLP shmuel.vasser@dechert.com  nycmanagingclerks@dechert.com,brett.stone@dechert.com

Stephen D. Lerner
                    on behalf of Examiner The Examiner stephen.lerner@squirepb.com
                    sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Steven A Skalet
                    on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 sskalet@findjustice.com

Steven A Skalet
                    on behalf of Creditor Board of Chicago School District No. 299 sskalet@findjustice.com

Steven A Skalet
                    on behalf of Creditor Board of Education of East Aurora School District 131 sskalet@findjustice.com

Steven A Skalet
                    on behalf of Creditor Board of Education of Thornton Township High School District 205 sskalet@findjustice.com

Steven A. Ginther
                    on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven Francis Molo
                    on behalf of Creditor The Cherokee Nation smolo@mololamken.com

Steven P Ordaz
                    on behalf of Unknown BMC Group  Inc sordaz@bmcgroup.com

Susan Ellis
                    on behalf of Unknown State of Illinois sellis@atg.state.il.us

Sydenham B. Alexander, III
                    on behalf of Creditor Commonwealth of Massachusetts sandy.alexander@mass.gov

District/off: 0208-7                          User: admin                              Page 44 of 45
Date Rcvd: Mar 23, 2022                     Form ID: pdf001                         Total Noticed: 1

Sydenham B. Alexander, III

on behalf of Defendant Commonwealth of Massachusetts sandy.alexander@mass.gov

Tancred V. Schiavoni

on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) tschiavoni@omm.com
jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com

Thomas Lauria

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com

Thomas Maeglin

on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
tmaeglin@agfjlaw.com

Thomas D. Bielli

on behalf of Attorney Bielli & Klauder  LLC tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas D. Bielli

on behalf of Examiner David M. Klauder tbielli@bk-legal.com  dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas Moultrie Beshere, III

on behalf of Creditor Commonwealth of Virginia  ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us

Thomas S. Kiriakos

on behalf of Interested Party Sanis Health Inc. tkiriakos@mayerbrown.com  cnotification@mayerbrown.com

Thomas S. Kiriakos

on behalf of Interested Party Shopper's Drug Mart  Inc. tkiriakos@mayerbrown.com, cnotification@mayerbrown.com

Thomas S. Kiriakos

on behalf of Interested Party Loblaw Companies Ltd. tkiriakos@mayerbrown.com  cnotification@mayerbrown.com

Timothy Lundgren

on behalf of Creditor The People of the State of California timothy.lundgren@doj.ca.gov

Timothy E. Graulich

on behalf of Debtor Purdue Pharma L.P.
ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com;ecf.inform@davispolk.com

Todd E. Phillips

on behalf of Unknown Multi-State Governmental Entities Group tphillips@capdale.com
cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Trish Lazich

on behalf of Creditor Ohio Attorney General trish.lazich@ohioattorneygeneral.gov

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Vadim J. Rubinstein

on behalf of Creditor Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein

on behalf of Defendant Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Valerie A. Hamilton

on behalf of Creditor State of New Jersey Valerie.Hamilton@law.njoag.gov

Warren A. Usatine

on behalf of Creditor Committee Official Committee of Unsecured Creditors wusatine@coleschotz.com  fpisano@coleschotz.com

Wendy Tien

on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison wendy.tien@ag.state.mn.us

Wendy M. Simkulak

on behalf of Creditor Chubb Insurance USA wmsimkulak@duanemorris.com

William Hao

on behalf of Creditor OptumRX  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William J. Brennan

on behalf of Defendant XL Bermuda Ltd. william.brennan@kennedyslaw.com

William J. Brennan

on behalf of Defendant XL Bermuda Ltd. (f/k/a XL Insurance Company  Ltd.) william.brennan@kennedyslaw.com

William P. Weintraub

on behalf of Creditor Teva Pharmaceuticals USA  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Anda  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

District/off: 0208-7                                   User: admin                                        Page 45 of 45
Date Rcvd: Mar 23, 2022                          Form ID: pdf001                               Total Noticed: 1

William P. Weintraub
                          on behalf of Creditor Teva Canada Limited wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William R Pearson
                          on behalf of Defendant State of Iowa  Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov

William R Pearson
                          on behalf of Creditor State of Iowa  Ex Rel william.pearson@ag.iowa.gov

William S Consovoy
                          on behalf of Creditor Attorney General  State of Arizona will@consovoymccarthy.com

William T. Russell, Jr.
                          on behalf of Defendant St. Paul Fire and Marine Insurance Company wrussell@stblaw.com

William T. Russell, Jr.
                          on behalf of Defendant Gulf Underwriters Insurance Company wrussell@stblaw.com

William T. Russell, Jr.
                          on behalf of Creditor St. Paul Fire and Marine Insurance Company wrussell@stblaw.com

William T. Russell, Jr.
                          on behalf of Creditor Gulf Underwriters Insurance Company wrussell@stblaw.com


TOTAL: 1137