UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of February 1, 2022 through February 28, 2022 (the "Twenty-Sixth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et* *seq.*, as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twenty-Sixth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $264.78, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,264.78 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Twenty-Sixth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the

2

Twenty-Sixth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twenty-Sixth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Twenty-Sixth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Twenty-Sixth Compensation Period is outlined below:

| Twenty-Sixth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| February 1 – 28, 2022 | $225,000.00 | ($45,000.00) | $264.78 | **$180,264.78** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 238.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twenty-Sixth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | February 2022 |
|---|---|
| Jamie O'Connell | 13.5 |
| Joe Turner | 31.5 |
| Rafael Schnitzler | 49.0 |
| Tom Melvin | 66.5 |
| Jovana Arsic | 38.5 |
| Lukas Schwarzmann | 39.0 |
| **Total Hours** | **238.0** |

3

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $264.78, in each case earned or incurred during the Twenty-Sixth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 264.78 |
| **Total Amount Due** | **$180,264.78** |

Dated: March 28, 2022                           PJT PARTNERS LP

By: */s/ John James O'Connell III*
       John James O'Connell III
       Partner
       280 Park Avenue
       New York, NY 10017
       (212) 364-7800

# APPENDIX A

**PJT Partners**

March 28, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of February 1, 2022 through February 28, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through March 22, 2022:[1]

| | | | | |
|---|---|---:|---|---:|
| Ground Transportation | $ | 259.08 | | |
| Research | | 5.70 | | 264.78 |
| **Total Amount Due** | | | $ | **180,264.78** |

**Invoice No. 10020596**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Mar-22 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 259.08 | $ 259.08 |
| Research - Online Database | 5.70 | 5.70 |
| **Total Expenses** | **$ 264.78** | **$ 264.78** |
|  |  |  |
| **Ground Transportation** |  | **$ 259.08** |
| **Research** |  | **5.70** |
|  |  |  |
| **Total Expenses** |  | **$ 264.78** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through March 22, 2022**
**Invoice No. 10020596**

**Ground Transportation**

| | | | |
|---|---|---|---|
| Joseph Turner (taxi to client offices in Stamford, CT from home) | 02/25/22 | 142.15 | |
| Joseph Turner (taxi home from client offices in Stamford, CT) | 02/25/22 | 116.93 | |
| **Subtotal - Ground Transportation** | | | $ 259.08 |

**Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 08/02/21 | 4.60 | |
| de Almeida (retrieved documents from Court docket via PACER) | 11/04/21 | 1.10 | |
| **Subtotal - Research - Online Database** | | | 5.70 |
| **Total Expenses** | | | $ 264.78 |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 13.5 |
| Joe Turner | Managing Director | 31.5 |
| Rafael Schnitzler | Managing Director | 49.0 |
| Tom Melvin | Vice President | 66.5 |
| Jovana Arsic | Vice President | 38.5 |
| Lukas Schwarzmann | Analyst | 39.0 |
| | **Total** | **238.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 02/01/22 | 1.0 | Call with management and advisors regarding various matters |
| Jamie O'Connell | 02/07/22 | 0.5 | Call regarding financial matters |
| Jamie O'Connell | 02/08/22 | 0.5 | Call regarding financial matters |
| Jamie O'Connell | 02/08/22 | 0.5 | Special Committee |
| Jamie O'Connell | 02/09/22 | 1.0 | Calls regarding financial matters |
| Jamie O'Connell | 02/10/22 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 02/17/22 | 0.5 | Calls regarding financial matters |
| Jamie O'Connell | 02/17/22 | 0.5 | Call with R. Schnitzler regarding financial analysis |
| Jamie O'Connell | 02/21/22 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/22/22 | 0.5 | Special Committee |
| Jamie O'Connell | 02/23/22 | 1.0 | Calls regarding financial matters |
| Jamie O'Connell | 02/24/22 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 02/25/22 | 4.5 | Board Meeting |
| Jamie O'Connell | 02/27/22 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 02/28/22 | 0.5 | Call regarding financial matters |
|  |  | **13.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 02/01/22 | 1.0 | Call with management and advisors regarding various matters |
| Joe Turner | 02/07/22 | 0.5 | Call regarding financial matters |
| Joe Turner | 02/07/22 | 2.0 | Review and drafting of various financial analyses |
| Joe Turner | 02/08/22 | 0.5 | Call regarding financial matters |
| Joe Turner | 02/08/22 | 0.5 | Special Committee |
| Joe Turner | 02/08/22 | 2.0 | Review and drafting of various financial analyses |
| Joe Turner | 02/09/22 | 1.0 | Calls regarding financial matters |
| Joe Turner | 02/10/22 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 02/17/22 | 0.5 | Calls regarding financial matters |
| Joe Turner | 02/17/22 | 2.0 | Review of various financial analyses |
| Joe Turner | 02/21/22 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/22/22 | 2.0 | Review and drafting of various financial analyses |
| Joe Turner | 02/23/22 | 1.0 | Calls regarding financial matters |
| Joe Turner | 02/23/22 | 1.0 | Call with creditor advisors regarding various matters |
| Joe Turner | 02/23/22 | 2.5 | Review and drafting of various financial analyses |
| Joe Turner | 02/24/22 | 3.0 | Preparation of various materials for Board Meeting |
| Joe Turner | 02/24/22 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 02/24/22 | 1.0 | Review and drafting of various financial analyses |
| Joe Turner | 02/24/22 | 2.0 | Preparation of speaking points for Board Meeting |
| Joe Turner | 02/24/22 | 0.5 | Call with creditor advisors regarding financial item |
| Joe Turner | 02/25/22 | 5.5 | Board Meeting |
| Joe Turner | 02/27/22 | 0.5 | Review and comment on draft fee statement |
| Joe Turner | 02/28/22 | 0.5 | Call regarding financial matters |
| | | **31.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 02/01/22 | 2.0 | Research and preparation for Board meeting |
| Rafael Schnitzler | 02/03/22 | 2.5 | Research and preparation for Board meeting |
| Rafael Schnitzler | 02/04/22 | 1.0 | Research and preparation for Board meeting |
| Rafael Schnitzler | 02/09/22 | 6.0 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/10/22 | 0.5 | Weekly update call with management and advisors |
| Rafael Schnitzler | 02/10/22 | 3.0 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/11/22 | 1.0 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/12/22 | 4.5 | Research in preparation for Board meeting |
| Rafael Schnitzler | 02/15/22 | 3.0 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/16/22 | 2.5 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/18/22 | 0.5 | Calls regarding financial matters |
| Rafael Schnitzler | 02/20/22 | 1.5 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/21/22 | 0.5 | Call with J. O'Connell regarding various matters |
| Rafael Schnitzler | 02/22/22 | 2.0 | Review and drafting of various financial analyses |
| Rafael Schnitzler | 02/23/22 | 1.0 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/23/22 | 2.5 | Review and drafting of various financial analyses |
| Rafael Schnitzler | 02/24/22 | 3.5 | Review and drafting of various presentations |
| Rafael Schnitzler | 02/24/22 | 3.0 | Preparation of various materials for Board Meeting |
| Rafael Schnitzler | 02/24/22 | 1.0 | Weekly update call with management and advisors |
| Rafael Schnitzler | 02/24/22 | 2.0 | Preparation of speaking points for Board Meeting |
| Rafael Schnitzler | 02/25/22 | 5.5 | Board Meeting |
| | | **49.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 02/01/22 | 2.0 | Review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 02/01/22 | 1.0 | Respond to requests from DPW |
| Thomas Melvin | 02/01/22 | 0.5 | E-mail correspondence with Company management and DPW regarding various requests |
| Thomas Melvin | 02/02/22 | 1.0 | Review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 02/02/22 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 02/02/22 | 0.5 | Review questions from AlixPartners |
| Thomas Melvin | 02/03/22 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/03/22 | 0.5 | Call with internal team to discuss requests from Board |
| Thomas Melvin | 02/03/22 | 1.5 | Aggregate materials and review analyses related to Board requests |
| Thomas Melvin | 02/03/22 | 1.0 | Review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 02/03/22 | 0.5 | Review AlixPartners draft presentation |
| Thomas Melvin | 02/03/22 | 1.0 | Review Company analysis related to business development opportunity |
| Thomas Melvin | 02/04/22 | 1.5 | Aggregate materials and review analyses related to Board requests |
| Thomas Melvin | 02/04/22 | 2.0 | Review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 02/06/22 | 1.0 | Respond to requests from DPW |
| Thomas Melvin | 02/07/22 | 1.0 | Aggregate materials and review analyses related to Board requests |
| Thomas Melvin | 02/07/22 | 0.5 | Call with internal team to discuss responses to requests from Board |
| Thomas Melvin | 02/08/22 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 02/08/22 | 1.0 | Call with Company management, DPW and AlixPartners to discuss business development |
| Thomas Melvin | 02/08/22 | 2.0 | Aggregate materials and review analyses related to Board requests |
| Thomas Melvin | 02/08/22 | 1.0 | Review Company analysis related to business development opportunity |
| Thomas Melvin | 02/09/22 | 0.5 | Call with Company management to discuss financial analysis |
| Thomas Melvin | 02/09/22 | 1.0 | Review materials from Company management related to requests from Board |
| Thomas Melvin | 02/09/22 | 1.5 | Aggregate materials and review analyses related to Board requests |
| Thomas Melvin | 02/10/22 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/10/22 | 1.0 | Review materials from Company management related to business development opportunities |
| Thomas Melvin | 02/11/22 | 0.5 | Call with Company management to discuss business development and financial analyses |
| Thomas Melvin | 02/11/22 | 2.0 | Review materials requested by Company management related to business development opportunity |
| Thomas Melvin | 02/11/22 | 1.0 | Review analyses related to Board requests |
| Thomas Melvin | 02/11/22 | 1.0 | Review analyses from Company management related to requests from Board |
| Thomas Melvin | 02/12/22 | 1.0 | Review materials requested by Company management related to business development opportunity |
| Thomas Melvin | 02/13/22 | 0.5 | Review materials requested by Company management related to business development opportunity |
| Thomas Melvin | 02/14/22 | 1.0 | Review analyses from Company management related to requests from Board |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 02/14/22 | 1.5 | Review materials from Company management related to business development opportunities |
| Thomas Melvin | 02/15/22 | 1.0 | Call with Company management, DPW and AlixPartners to discuss business development |
| Thomas Melvin | 02/15/22 | 1.0 | Review analyses related to Board requests |
| Thomas Melvin | 02/16/22 | 0.5 | Call with Company management to discuss business development |
| Thomas Melvin | 02/16/22 | 1.5 | Review analyses related to Board requests |
| Thomas Melvin | 02/17/22 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/17/22 | 1.0 | Dialed into court hearing |
| Thomas Melvin | 02/17/22 | 1.0 | Call with internal team to discuss requests from Board |
| Thomas Melvin | 02/17/22 | 1.5 | Review analyses related to Board requests |
| Thomas Melvin | 02/18/22 | 2.0 | Review analyses related to Board requests |
| Thomas Melvin | 02/20/22 | 1.5 | Review analyses related to Board requests |
| Thomas Melvin | 02/21/22 | 0.5 | Review materials from Company management related to business development opportunities |
| Thomas Melvin | 02/21/22 | 0.5 | Review materials from Company management related to public health initiatives |
| Thomas Melvin | 02/21/22 | 0.5 | Review agenda for upcoming board meeting |
| Thomas Melvin | 02/22/22 | 0.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 02/22/22 | 1.0 | Review and prepare responses to creditor advisor diligence requests |
| Thomas Melvin | 02/22/22 | 1.0 | Review AlixPartners draft presentation |
| Thomas Melvin | 02/23/22 | 1.5 | Review draft Board materials |
| Thomas Melvin | 02/24/22 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/24/22 | 0.5 | Call with Company management to discuss various legal matters related to requested analyses |
| Thomas Melvin | 02/24/22 | 0.5 | Internal team call to discuss requested analyses |
| Thomas Melvin | 02/24/22 | 1.0 | Call with Company management, DPW and AlixPartners and creditor advisors regarding public health initiatives |
| Thomas Melvin | 02/24/22 | 1.5 | Review draft Board materials |
| Thomas Melvin | 02/24/22 | 0.5 | Review materials from DPW related to upcoming meeting with creditor advisors |
| Thomas Melvin | 02/24/22 | 1.0 | E-mail correspondence with internal team and DPW regarding Board materials |
| Thomas Melvin | 02/25/22 | 4.0 | Attended portion of Board meeting telephonically |
| Thomas Melvin | 02/25/22 | 1.0 | Call with Company management, DPW and AlixPartners and creditor advisors regarding public health initiatives |
| Thomas Melvin | 02/25/22 | 1.0 | Review materials from DPW related to upcoming meeting with creditor advisors |
| Thomas Melvin | 02/28/22 | 0.5 | Call with Company management and AlixPartners to discuss matters related to public health initiatives |
| Thomas Melvin | 02/28/22 | 0.5 | E-mail correspondence with Company management regarding various matters |
| | | **66.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 02/01/22 | 2.0 | Listen in to Preliminary Injunction Extension Hearing |
| Jovana Arsic | 02/03/22 | 1.0 | Call with management and advisors regarding various matters |
| Jovana Arsic | 02/03/22 | 0.5 | Internal PJT call on preparation of financial analysis |
| Jovana Arsic | 02/09/22 | 0.5 | Call with Company on preparation of financial analysis |
| Jovana Arsic | 02/10/22 | 1.0 | Call with management and advisors regarding various matters |
| Jovana Arsic | 02/11/22 | 0.5 | Call with Company on preparation of financial analysis |
| Jovana Arsic | 02/14/22 | 2.0 | Preparation and review of financial analysis |
| Jovana Arsic | 02/15/22 | 3.0 | Preparation and review of financial analysis |
| Jovana Arsic | 02/16/22 | 2.0 | Preparation and review of financial analysis |
| Jovana Arsic | 02/16/22 | 0.5 | Call with Company on preparation of financial analysis |
| Jovana Arsic | 02/17/22 | 1.0 | Call with management and advisors regarding various matters |
| Jovana Arsic | 02/17/22 | 1.0 | Listen in to February Omnibus Hearing |
| Jovana Arsic | 02/17/22 | 3.0 | Preparation and review of financial analysis |
| Jovana Arsic | 02/17/22 | 1.0 | Internal PJT call on preparation of financial analysis |
| Jovana Arsic | 02/20/22 | 3.0 | Preparation and review of financial analysis |
| Jovana Arsic | 02/22/22 | 2.0 | Preparation and review of financial analysis |
| Jovana Arsic | 02/23/22 | 2.0 | Calls on financial analysis |
| Jovana Arsic | 02/24/22 | 1.0 | Call with management and advisors regarding various matters |
| Jovana Arsic | 02/24/22 | 0.5 | Call with Davis Polk on financial analysis |
| Jovana Arsic | 02/24/22 | 5.0 | Preparation and review of financial analysis |
| Jovana Arsic | 02/24/22 | 0.5 | Internal PJT call on preparation of financial analysis |
| Jovana Arsic | 02/25/22 | 5.0 | Board Meeting |
| Jovana Arsic | 02/27/22 | 0.5 | Review and comment on draft fee statement |
| | | **38.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 02/03/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 02/03/22 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 02/09/22 | 0.5 | Call with management regarding financial analysis |
| Lukas Schwarzmann | 02/10/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 02/10/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 02/11/22 | 1.5 | Financial analysis |
| Lukas Schwarzmann | 02/11/22 | 0.5 | Call with management regarding financial analysis |
| Lukas Schwarzmann | 02/15/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 02/16/22 | 0.5 | Call with management regarding financial analysis |
| Lukas Schwarzmann | 02/16/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 02/17/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 02/17/22 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 02/17/22 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 02/18/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 02/19/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 02/20/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 02/21/22 | 1.5 | Financial analysis |
| Lukas Schwarzmann | 02/22/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 02/23/22 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 02/24/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 02/24/22 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 02/24/22 | 4.0 | Financial analysis |
| | | **39.0** | |