**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |
| | : | |

---

**TWENTY-NINTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | February 1, 2022 through February 28, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $172,714.50 |
| **Current Fee Request** | $138,171.60  (80% of $172,714.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $1,243.64 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $139,415.24 |
| **Total Fees and Expenses Inclusive of Holdback** | $173,958.14 |
| **This is a(n):**   _X_ Monthly Application    ___Interim Application        ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty-Ninth Monthly Fee Statement (the "Fee Statement") for the period of February 1, 2022 through and including February 28, 2022 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $172,714.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $138,171.60.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.[2]  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $877.23.  The blended hourly rate of all paraprofessionals is $473.30.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $1,243.64 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

---

[2]    In accordance with the Interim Fee Order and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (June 17, 2013), Brown Rudnick is providing notice that it's hourly rates changed in during the Statement Period.  Brown Rudnick's hourly rates are set at a level designed to fairly compensate Brown Rudnick for the work of its attorneys and paraprofessionals.  Brown Rudnick's hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged by other firms rendering comparable services.  Brown Rudnick determined to adjust its rates in the manner set forth herein after its annual review of its hourly rates.   In accordance with Section 330(a)(3)(F) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Brown Rudnick represents that the 2022 Hourly Rates, as set forth herein, (a) reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

### Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

**"*Concluded on following page*"**

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  March 29, 2022

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:    (212) 209-4800
Facsimile:     (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

**COMMENCING FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 3.9 | $1,696.50 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 2.9 | $1,261.50 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 140.6 | $95,011.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 19.7 | $23,643.00 |
| 014 Plan and Disclosure Statement | 40.1 | $51,102.00 |
| **Total** | **207.2** | **$172,714.50** |
| | | |
| 20% Fee Holdback | | **$34,542.90** |
| 80% of Fees | | **$138,171.60** |
| Plus Expenses | | **$1,243.64** |
| Requested Amount | | **$173,958.14** |

**EXHIBIT B**

**SERVICES RENDERED BY BROWN RUDNICK LLP**

**COMMENCING FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | 2021Hourly Billing Rate | 2022 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,545.00 | $1,620 | 9.2 | $14,904.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,380.00 | $1,450 | 24.2 | $35,090.00 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $1,115.00 | $1,170 | 8.6 | $10,062.00 |
| Nicole M. Bouchard | Partner 2005 Corporate & Capital Markets | $950.00 | $985 | 2.5 | $2,462.50 |
| Barbara F. Klepper | Partner 2012 Corporate - Tax | $985.00 | $1,000 | 8.0 | $8,000.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $885.00 | $955 | 19.5 | $18,622.50 |
| Lisa Okragly | Associate 2018 Corporate & Capital Markets | $885.00 | $955 | 7.1 | $6,780.50 |
| Jennifer I. Charles | Partner 2009 Corporate & Capital Markets | $855.00 | $900 | 3.0 | $2,700.00 |
| Blair M. Rinne | Associate 201 Litigation & Arbitration | $770.00 | $855 | 16.5 | $14,107.50 |
| Joseph A. Archambeau | Law Clerk | N/A | $635 | 61.3 | $38,925.50 |
| Danesh Imran | eDiscovery Analyst | $465.00 | $490 | 15.6 | $7,644.00 |
| Karla M. Cortes | Staff Attorney 2010 Litigation & Arbitration | $400.00 | $420 | 24.9 | $10,458.00 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $415.00 | $435 | 6.8 | $2,958.00 |
| **Total Fees Requested** | | | | **207.2** | **$172,714.50** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

| EXPENSE | AMOUNT |
|---|---|
| | |
| Copies | $0.80 |
| EDiscovery Hosting | $553.90 |
| Lexis | $274.94 |
| Postage-In House | $11.20 |
| Specialized Online Research Services | $356.00 |
| Transcripts | $46.80 |
| **Total Expenses** | **$1,243.64** |

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6935736 |
| ATTN: DAVID MOLTON | Date | Mar 10, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through February 28, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 1,243.64 | 1,243.64 |
| | **Total** | **0.00** | **1,243.64** | **1,243.64** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $1,243.64 |
| **Total Invoice** | **$1,243.64** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6935736
RE: COSTS                                                                                              Page 2
March 10, 2022

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 02/01/22 | EDISCOVERY HOSTING | 150.00 |
| 02/01/22 | EDISCOVERY HOSTING | 403.90 |
| 02/09/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 02/09/22 | LEXIS | 104.65 |
| 02/09/22 | LEXIS | 7.11 |
| 02/09/22 | LEXIS | 104.05 |
| 02/09/22 | LEXIS | 52.02 |
| 02/10/22 | COPIES | 0.50 |
| 02/11/22 | POSTAGE-IN HOUSE | 11.20 |
| 02/11/22 | COPIES | 0.10 |
| 02/14/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 02/21/22 | LEXIS | 7.11 |
| 02/23/22 | TRANSCRIPTS - VENDOR: VERITEXT CORP.; INVOICE#: 5559850; DATE: 2/4/2022 | 46.80 |
| 02/23/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 02/24/22 | COPIES | 0.20 |
| 02/24/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| | **Total Costs** | **1,243.64** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|------:|
| TRANSCRIPTS | 46.80 |
| POSTAGE-IN HOUSE | 11.20 |
| SPECIALIZED ONLINE RESEARCH SERVICES | 356.00 |
| LEXIS | 274.94 |
| EDISCOVERY HOSTING | 553.90 |
| COPIES | 0.80 |
| **Total Costs** | **1,243.64** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6935736 |
| ATTN: DAVID MOLTON | Date | Mar 10, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance remit

**Balance Due: $1,243.64**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

## **EXHIBIT D**

**Time Entries for Each Professional by Task Code (Invoice)**

# brown**rudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | | |
|---|---|---|
| Invoice | 6935737 |
| Date | Mar 10, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 28, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 1,696.50 | 0.00 | 1,696.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,261.50 | 0.00 | 1,261.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 95,011.50 | 0.00 | 95,011.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 23,643.00 | 0.00 | 23,643.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 51,102.00 | 0.00 | 51,102.00 |
| | **Total** | **172,714.50** | **0.00** | **172,714.50** |

| | |
|---|---:|
| Total Current Fees | $172,714.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$172,714.50** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6935737 |
| Date | Mar 10, 2022 |
| Client | 035843 |

RE: CASE ADMINISTRATION

# INVOICE

For professional services rendered in connection with the above captioned matter
through February 28, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 1,696.50 | 0.00 | 1,696.50 |
| | **Total** | **1,696.50** | **0.00** | **1,696.50** |

| | |
|---|---|
| Total Current Fees | $1,696.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,696.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
March 10, 2022

Invoice 6935737
Page 3

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/04/22 | DEERING | REVIEW DOCKET RE ORDER APPROVING PRELIMINARY INJUNCTION AND ORDER TRANSCRIPT FROM HEARING ON 2.1.22 | 0.60 | 261.00 |
| 02/09/22 | DEERING | RESEARCH NOTICE OF APPEARANCE AND ADMISSIONS PROCEDURES FOR 2ND CIRCUIT APPEALS COURT | 0.80 | 348.00 |
| 02/09/22 | DEERING | CIRCULATE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION | 0.10 | 43.50 |
| 02/10/22 | DEERING | DRAFT NOTICE OF APPEARANCE FOR D. MOLTON FOR 2ND CIRCUIT OF APPEALS COURT (.4); EMAILS RE SAME (.3) | 0.70 | 304.50 |
| 02/11/22 | DEERING | FINALIZE AND FILE D. MOLTON NOTICE OF APPEARANCE IN 2ND CIRCUIT APPEALS COURT (.4); EMAILS RE SAME (.3) | 0.70 | 304.50 |
| 02/16/22 | DEERING | REVIEW AGENDA FOR HEARING ON 2.17 (.1); CIRCULATE PLEADINGS TO S. POHL (.2); COORDINATE TELEPHONIC APPEARANCE (.3) | 0.60 | 261.00 |
| 02/17/22 | DEERING | EMAILS WITH S. POHL RE COORDINATING TELEPHONIC APPEARANCE FOR HEARING ON 2.17.22 | 0.40 | 174.00 |
| | **Total Hours and Fees** | | **3.90** | **1,696.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 3.90 | hours at | 435.00 | 1,696.50 |
| **Total Fees** | | | | **1,696.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6935737 |
| Date | Mar 10, 2022 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 28, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,261.50 | 0.00 | 1,261.50 |
| | **Total** | **1,261.50** | **0.00** | **1,261.50** |

| | |
|---|---|
| Total Current Fees | $1,261.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,261.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
March 10, 2022

Invoice 6935737
Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/10/22 | DEERING | DRAFT PURDUE JAN 2022 FEE STATEMENT | 1.50 | 652.50 |
| 02/11/22 | DEERING | FINALIZE JAN FEE STATEMENT FOR CLIENT REVIEW | 0.40 | 174.00 |
| 02/24/22 | DEERING | FINALIZE AND FILE 28TH MONTHLY FEE STATEMENT (.6); SERVICE OF SAME (.2); UPDATE CASE CALENDAR RE OBJECTION DEADLINE (.2) | 1.00 | 435.00 |
| | **Total Hours and Fees** | | **2.90** | **1,261.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 2.90 | hours at | 435.00 | 1,261.50 |
| **Total Fees** | | | | **1,261.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | |
| ATTN: DAVID MOLTON | |
| BROWN RUDNICK | |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

| | |
|---|---|
| Invoice | 6935737 |
| Date | Mar 10, 2022 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## INVOICE

For professional services rendered in connection with the above captioned matter
through February 28, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 95,011.50 | 0.00 | 95,011.50 |
| | **Total** | **95,011.50** | **0.00** | **95,011.50** |

| | |
|---|---|
| Total Current Fees | $95,011.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$95,011.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6935737
March 10, 2022                                                                                      Page 7

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/22 | CICERO | PREPARE FOR AND ATTEND CONTESTED HEARING ON PRELIMINARY INJUNCTION | 0.70 | 668.50 |
| 02/01/22 | POHL | ATTEND HEARING ON EXTENSION OF INJUNCTION | 0.80 | 1,160.00 |
| 02/01/22 | MOLTON | PREPARE FOR AND PREPARE FOR HEARING BEFORE JUDGE DRAIN RE EXTENSION OF THE PI | 1.20 | 1,944.00 |
| 02/07/22 | CICERO | ATTEND CALL WITH GILBERT AND OTTERBOURG TEAM RE: RESPONSES TO INSURANCE ADVERSARY PROCEEDING DOCUMENT REQUESTS (.6); REVIEW INTERNAL PROGRESS RE: SAME (.5); CREATE DOCUMENT REVIEW SEARCH TERMS AND PROCEDURES FOR INTERNAL DOCUMENT REVIEW WITH B. RINNE (2.9) | 3.00 | 2,865.00 |
| 02/07/22 | RINNE | CALLS WITH G. CICERO REGARDING DOCUMENT REQUEST (.4); COORDINATE EMAIL COLLECTION, DATABASE SETUP, AND SEARCH TERMS (.8) | 1.20 | 1,026.00 |
| 02/08/22 | RINNE | CORRESPOND WITH G. CICERO RE STATUS OF EMAIL COLLECTION | 0.20 | 171.00 |
| 02/08/22 | IMRAN | PREPARE ELECTRONIC DATA FOR INCLUSION INTO REVIEW DATABASE PER CASE TEAM SPECIFICATIONS | 10.20 | 4,998.00 |
| 02/09/22 | RINNE | COORDINATE NARROWING SEARCHES OF EMAIL COLLECTION AND ANALYZE RESULTS (1.1); STRATEGIZE WITH G. CICERO (.2); CORRESPOND WITH CO-COUNSEL AND COORDINATE FOLLOW UP CALL (.2) | 1.50 | 1,282.50 |
| 02/09/22 | IMRAN | PREPARE ELECTRONIC DATA FOR INCLUSION INTO REVIEW DATABASE PER CASE TEAM SPECIFICATIONS | 3.10 | 1,519.00 |
| 02/09/22 | IMRAN | QUERY DATABASE PER CASE TEAM SPECIFICATIONS AND REPORT FINDINGS | 1.20 | 588.00 |
| 02/10/22 | CICERO | DILIGENCE ON DOCUMENT REVIEW TASKS FOR DISCOVERY RESPONSE IN INSURANCE COVERAGE ADVERSARY PROCEEDING | 3.20 | 3,056.00 |
| 02/10/22 | RINNE | CALL WITH AHC CO-COUNSEL REGARDING DOCUMENT REVIEW AND PRIVILEGE LOG (.4); STRATEGIZE WITH G. CICERO REGARDING REVIEW AND PROTOCOL (.4); DRAFT DOCUMENT REVIEW PROTOCOL, INSTRUCT REVIEWERS, AND COORDINATE DATABASE SET UP (2.6) | 3.40 | 2,907.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6935737
March 10, 2022                                                        Page 8

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 02/10/22 | POHL | CALL WITH AHC CO-COUNSEL RE: INSURANCE ADVERSARY PROCEEDING | 0.20 | 290.00 |
| 02/10/22 | IMRAN | QUERY DATABASE PER CASE TEAM SPECIFICATIONS AND REPORT FINDINGS | 1.10 | 539.00 |
| 02/11/22 | RINNE | INSTRUCT AND CORRESPOND WITH REVIEWERS REGARDING DOCUMENT REVIEW AND ANALYZE DOCUMENTS FOR SAME | 0.50 | 427.50 |
| 02/11/22 | CORTES | STUDY REVIEW PROTOCOL (1.6); CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA (7.0) | 8.60 | 3,612.00 |
| 02/12/22 | CORTES | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 7.60 | 3,192.00 |
| 02/13/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST (.5); CORRESPOND WITH K. CORTES REGARDING DOCUMENT REVIEW (.2) | 0.70 | 598.50 |
| 02/13/22 | CORTES | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 6.50 | 2,730.00 |
| 02/14/22 | CICERO | CONTINUED WORK ON DOCUMENT REVIEW AND PRODUCTION ISSUES RELATED TO INSURANCE ADVERSARY PROCEEDING | 2.00 | 1,910.00 |
| 02/14/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST (2.4); CORRESPOND WITH K. CORTES REGARDING DOCUMENT REVIEW (.1); COORDINATE ONBOARDING OF ADDITIONAL REVIEWER AND ADVISING ON PROTOCOL (.9) | 3.40 | 2,907.00 |
| 02/14/22 | ARCHAMBEAU | REVIEW DOCUMENT REVIEW PROTOCOL (1.0); TEAM CALL FOR DEBRIEFING WITH B. RINNE (.9); REVIEWING DOCUMENTS (2.7) | 4.60 | 2,921.00 |
| 02/14/22 | CORTES | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 2.20 | 924.00 |
| 02/15/22 | CICERO | EMAILS TO DOCUMENT REVIEW TEAM ASSISTING WITH PRIVILEGE ANALYSIS RE: INSURANCE ADVERSARY PROCEEDING | 1.70 | 1,623.50 |
| 02/15/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST (.3); COORDINATE DOCUMENT REVIEW AND ADDRESS QUESTIONS TO SAME (.2) | 0.50 | 427.50 |
| 02/15/22 | ARCHAMBEAU | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 7.00 | 4,445.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6935737
March 10, 2022                                                        Page 9

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/15/22 | POHL | REVIEW INSURANCE ADVERSARY PROCEEDING DRAFT PLEADINGS | 0.80 | 1,160.00 |
| 02/16/22 | RINNE | COORDINATE DOCUMENT REVIEW AND ADDRESS QUESTIONS TO SAME | 0.10 | 85.50 |
| 02/16/22 | ARCHAMBEAU | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 7.00 | 4,445.00 |
| 02/16/22 | POHL | REVIEW FILINGS RE UPCOMING HEARING (.5); CALL RE INSURANCE ADVERSARY PROCEEDING (.3) | 0.80 | 1,160.00 |
| 02/17/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST (.2); COORDINATE DOCUMENT REVIEW AND ADDRESS QUESTIONS TO SAME (.3) | 0.50 | 427.50 |
| 02/17/22 | ARCHAMBEAU | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 8.30 | 5,270.50 |
| 02/17/22 | POHL | ATTEND OMNIBUS HEARING | 1.00 | 1,450.00 |
| 02/17/22 | CICERO | DRAFT DISCOVERY RESPONSES AND DOCUMENT REVIEW RE: INSURANCE LITIGATION | 2.10 | 2,005.50 |
| 02/18/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST | 0.10 | 85.50 |
| 02/18/22 | ARCHAMBEAU | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 8.60 | 5,461.00 |
| 02/19/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST | 1.30 | 1,111.50 |
| 02/22/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST | 0.40 | 342.00 |
| 02/22/22 | ARCHAMBEAU | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 8.80 | 5,588.00 |
| 02/23/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST (.4); CORRESPOND WITH G. CICCERO REGARDING PRIVILEGE LOG (.2); ANALYZE CORRESPONDENCE FROM CO-COUNSEL REGARDING SAME (.1) | 0.70 | 598.50 |
| 02/23/22 | ARCHAMBEAU | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 8.10 | 5,143.50 |
| 02/24/22 | CICERO | CONDUCT DOCUMENT AND PRIVILEGE REVIEW FOR INSURANCE ADVERSARY PROCEEDING | 4.80 | 4,584.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
March 10, 2022

Invoice 6935737
Page 10

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/24/22 | RINNE | ANALYZE EMAILS COLLECTED FOR PRODUCTION IN RESPONSE TO DOCUMENT REQUEST (1); STRATEGIZING WITH G. CICCERO REGARDING PRIVILEGE LOG AND COLLECTED DOCUMENTS (.5); ANALYZE CORRESPONDENCE FROM CO-COUNSEL REGARDING PRIVILEGE LOG AND PRODUCTION AND DRAFTING RESPONSE TO SAME (.2) | 1.70 | 1,453.50 |
| 02/24/22 | ARCHAMBEAU | CONDUCT DOCUMENT REVIEW FOR PRIVILEGE AND RESPONSIVENESS TO INSURANCE COMPANY SUBPOENA | 8.90 | 5,651.50 |
| 02/25/22 | RINNE | ANALYZE PRIVILEGED EMAILS FOR PRIVILEGE LOG DETERMINATIONS (.2); CORRESPOND WITH G. CICCERO REGARDING SAME (.1) | 0.30 | 256.50 |
| | **Total Hours and Fees** | | **140.60** | **95,011.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 3.60 | hours at | 1,450.00 | 5,220.00 |
| DAVID J. MOLTON | 1.20 | hours at | 1,620.00 | 1,944.00 |
| BLAIR M. RINNE | 16.50 | hours at | 855.00 | 14,107.50 |
| GERARD T. CICERO | 17.50 | hours at | 955.00 | 16,712.50 |
| DANESH IMRAN | 15.60 | hours at | 490.00 | 7,644.00 |
| KARLA M. CORTES | 24.90 | hours at | 420.00 | 10,458.00 |
| JOSEPH A. ARCHAMBEAU | 61.30 | hours at | 635.00 | 38,925.50 |
| **Total Fees** | | | | **95,011.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6935737 |
| Date | Mar 10, 2022 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## INVOICE

For professional services rendered in connection with the above captioned matter
through February 28, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 23,643.00 | 0.00 | 23,643.00 |
| | **Total** | **23,643.00** | **0.00** | **23,643.00** |

| | |
|---|---|
| Total Current Fees | $23,643.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$23,643.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6935737
March 10, 2022                                                                          Page 12

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/02/22 | CHARLES | ATTEND WEEKLY STATUS CALL WITH AHC | 0.50 | 450.00 |
| 02/02/22 | POHL | ATTEND WEEKLY AHC MEETING | 0.90 | 1,305.00 |
| 02/02/22 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY STATUS CALL WITH AHC | 1.00 | 1,620.00 |
| 02/02/22 | BOUCHARD | ATTEND WEEKLY AHC MEETING | 0.90 | 900.00 |
| 02/08/22 | CICERO | ATTEND FULL AHC CALL RE: APPELLATE STRATEGY, CASE STRATEGY, AND INJUNCTION STRATEGY | 2.00 | 1,910.00 |
| 02/08/22 | CHARLES | ATTEND WEEKLY STATUS CALL WITH AHC | 1.70 | 1,530.00 |
| 02/08/22 | POHL | ATTEND FULL AHC CALL RE: APPELLATE STRATEGY, CASE STRATEGY, AND INJUNCTION STRATEGY | 2.00 | 2,900.00 |
| 02/08/22 | BOUCHARD | ATTEND FULL AHC CALL RE: APPELLATE STRATEGY, CASE STRATEGY, AND INJUNCTION STRATEGY | 2.00 | 2,000.00 |
| 02/08/22 | KELLY | WEEKLY UPDATE CALL WITH AHC, KRAMER, GILBERT, INCLUDING PRESENTATION BY HOULIHAN | 2.00 | 2,340.00 |
| 02/08/22 | MOLTON | ATTEND FULL AHC CALL RE: APPELLATE STRATEGY, CASE STRATEGY, AND INJUNCTION STRATEGY | 2.00 | 3,240.00 |
| 02/16/22 | CHARLES | ATTEND WEEKLY STATUS CALL WITH AHC | 0.80 | 720.00 |
| 02/16/22 | POHL | ATTEND WEEKLY STATUS CALL WITH AHC | 1.00 | 1,450.00 |
| 02/16/22 | KELLY | JOIN WEEKLY AHC UPDATE ZOOM MEETING RE STATUS OF CASE AND DEVELOPMENTS | 0.90 | 1,053.00 |
| 02/16/22 | BOUCHARD | ATTEND WEEKLY STATUS CALL WITH AHC | 1.00 | 1,000.00 |
| 02/23/22 | POHL | ATTEND WEEKLY STATUS CALL WITH AHC | 0.50 | 725.00 |
| 02/23/22 | BOUCHARD | ATTEND WEEKLY STATUS CALL WITH AHC | 0.50 | 500.00 |
| | **Total Hours and Fees** | | **19.70** | **23,643.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 4.40 | hours at | 1,450.00 | 6,380.00 |
| DAVID J. MOLTON | 3.00 | hours at | 1,620.00 | 4,860.00 |
| NICOLE M. BOUCHARD | 4.40 | hours at | 1,000.00 | 4,400.00 |
| BARBARA J. KELLY | 2.90 | hours at | 1,170.00 | 3,393.00 |
| JENNIFER I. CHARLES | 3.00 | hours at | 900.00 | 2,700.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
March 10, 2022

Invoice 6935737
Page 13

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| GERARD T. CICERO | 2.00 | hours at | 955.00 | 1,910.00 |
| **Total Fees** | | | | **23,643.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6935737 |
| ATTN: DAVID MOLTON | Date | Mar 10, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PLAN AND DISCLOSURE STATEMENT

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 28, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 51,102.00 | 0.00 | 51,102.00 |
| | **Total** | **51,102.00** | **0.00** | **51,102.00** |

| | |
|---|---|
| Total Current Fees | $51,102.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$51,102.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
March 10, 2022

Invoice 6935737
Page 15

RE: PLAN AND DISCLOSURE STATEMENT

# T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/01/22 | POHL | REVIEW MEDIATION RELATED UPDATES | 0.40 | 580.00 |
| 02/02/22 | KELLY | STATUS UPDATE CALL WITH AHC CLIENTS AND ADVISORS | 0.40 | 468.00 |
| 02/07/22 | POHL | REVIEW INJUNCTION FILINGS | 0.50 | 725.00 |
| 02/08/22 | POHL | REVIEW DRAFT APPELLATE BRIEF | 2.60 | 3,770.00 |
| 02/09/22 | POHL | REVIEW DRAFT APPELLATE BRIEF | 1.10 | 1,595.00 |
| 02/09/22 | OKRAGLY | CONDUCT RESEARCH REGARDING TAXABILITY OF TRUSTS. | 3.10 | 2,960.50 |
| 02/09/22 | KELLY | RESPOND TO INCOMING QUESTIONS FROM GILBERT ON POTENTIAL PLAN TAX MATTERS (.5); REVIEW TAX RULES APPLICABLE TO CERTAIN QSF INCOME (.4); CORRESPOND WITH HL REGARDING CERTAIN TAX PROJECTIONS FOR POTENTIAL PLAN OUTCOMES (.4) | 1.30 | 1,521.00 |
| 02/11/22 | POHL | REVIEW APPEALS RELATED FILINGS | 0.50 | 725.00 |
| 02/14/22 | POHL | REVIEW SECOND CIRCUIT APPEALS BRIEF | 2.60 | 3,770.00 |
| 02/15/22 | POHL | REVIEW SECOND CIRCUIT APPEAL BRIEFS | 5.00 | 7,250.00 |
| 02/17/22 | POHL | REVIEW APPEALS BRIEFS (.5); REVIEW PLAN STRUCTURING MATERIALS REGARDING POST DECISION ALTERNATIVES AND PROVIDE COMMENTS RE SAME (1.7) | 2.20 | 3,190.00 |
| 02/18/22 | KELLY | PROVIDE TAX ANALYSIS SUMMARIES IN RESPOND TO INCOMING EMAILS FROM SCOTT GILBERT REGARDING ALLOCATION OF SETTLEMENT FUNDS AND TAX CONSIDERATIONS RE SAME | 1.40 | 1,638.00 |
| 02/18/22 | BOUCHARD | LEGAL RESEARCH AND ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE ENTITIES AND FEE FUNDS | 1.20 | 1,200.00 |
| 02/19/22 | KELLY | ANALYSIS OF TAX TREATMENT OF SEGREGATED ATTORNEY FEE FUNDS | 0.50 | 585.00 |
| 02/22/22 | POHL | REVIEW APPEALS AMICI BRIEFS | 1.30 | 1,885.00 |
| 02/22/22 | OKRAGLY | ANALYSIS OF INTERRELATIONSHIPS OF TRIBAL OPIOID ABATEMENT FUNDS | 0.50 | 477.50 |
| 02/22/22 | KLEPPER | RESEARCH TAX TREATMENT OF ATTORNEYS FEES AND RELATED ISSUES | 2.50 | 2,462.50 |
| 02/23/22 | OKRAGLY | RESEARCH TAXATION OF DISTRIBUTIONS FROM QSF | 2.40 | 2,292.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
March 10, 2022

Invoice 6935737
Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/23/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 0.60 | 600.00 |
| 02/23/22 | MOLTON | REVIEW VARIOUS SECOND CIRCUIT BRIEFS | 4.20 | 6,804.00 |
| 02/23/22 | KELLY | RESPOND TO INCOMING QUESTIONS FROM HL ON FINANCIAL CONSIDERATIONS AND TAX CONSIDERATIONS IN PLAN B ANALYSIS (1.0); CORRESPOND WITH ESCROW AGENT ON PRE-EFFECTIVE DATE FUNDING AND BANK FEES (.2); ANALYSIS ON ITERATIVE DISTRIBUTIONS TO QSFS OF TAXABLE INCOME (.4); CALL WITH BOUCHARD ON TAX RESEARCH RE QSFS (.5) | 2.10 | 2,457.00 |
| 02/24/22 | OKRAGLY | ANALYSIS OF TAX IMPLICATIONS OF FUNDS | 1.10 | 1,050.50 |
| 02/24/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 0.90 | 900.00 |
| 02/25/22 | BOUCHARD | LEGAL ANALYSIS RE: STRUCTURE  OF POST-EMERGENCE ENTITIES | 0.90 | 900.00 |
| 02/28/22 | MOLTON | REVIEW STATUS OF OBJECTORS' MEDIATION | 0.80 | 1,296.00 |
| | **Total Hours and Fees** | | **40.10** | **51,102.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 16.20 | hours at | 1,450.00 | 23,490.00 |
| DAVID J. MOLTON | 5.00 | hours at | 1,620.00 | 8,100.00 |
| NICOLE M. BOUCHARD | 3.60 | hours at | 1,000.00 | 3,600.00 |
| BARBARA J. KELLY | 5.70 | hours at | 1,170.00 | 6,669.00 |
| LISA OKRAGLY | 7.10 | hours at | 955.00 | 6,780.50 |
| BARBARA F. KLEPPER | 2.50 | hours at | 985.00 | 2,462.50 |
| **Total Fees** | | | | **51,102.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6935737 |
| ATTN: DAVID MOLTON | Date | Mar 10, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

---

**Balance Due: $172,714.50**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.