ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTIETH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | February 1, 2022 through February 28, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $229,800.46 [2] |
| Less 20% Holdback | $45,960.09 |
| Total Reimbursement Requested | $2,210.50 |
| Total Compensation and Reimbursement Requested in this Statement | $186,050.87 |

**This is a(n):** <u>X</u> Monthly Application    __ Interim Application    __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2022 Through February 28, 2022* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the

---

[2]     This amount reflects a reduction in fees in the amount of $40,553.04 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]     The period from February 1, 2022, through and including February 28, 2022, is referred to herein as the "**Fee Period.**"

amount of $183,840.37 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $229,800.46) and (ii) payment of $2,210.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $229,800.46 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $183,840.37.

2.    Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $747.82.[4]  The blended hourly billing rate of all paraprofessionals is $330.73.[5]

3.    Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $2,210.50 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $183,840.37, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $229,800.46) and (ii) payment of $2,210.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

March 30, 2022                                             Respectfully submitted,

By:  _/s/_ Rory Greiss
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 8.60 | $6,312.95 |
| Project Hawk | 39.40 | $35,384.65 |
| Retention and Fee Applications | 20.50 | $11,479.25 |
| General Patent Settlement | 1.80 | $2,001.75 |
| Project Chione | 10.30 | $9,647.50 |
| Government Contracts | 11.50 | $8,566.30 |
| Project Falcon | 167.40 | $105,215.12 |
| Project Aurora | 43.80 | $38,535.17 |
| Project Beckham | 13.00 | $11,575.72 |
| Project Hummingbird | 1.20 | $1,082.05 |
| **Total**[1] | **317.50** | **$229,800.46** |

---

[1]  This amount reflects a reduction in fees in the amount of $40,553.04 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 2.10 | $2,415.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 1.40 | $2,044.00 |
| Greiss, Rory | Partner | 1981 | 1,250.00 | 46.80 | $58,500.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 2.90 | $3,639.50 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 39.50 | $41,080.00 |
| Ederer, Louis S. | Counsel | 1979 | 1,285.00 | 0.50 | $642.50 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 23.10 | $25,063.50 |
| Clements, Ginger | Associate | 2016 | 885.00 | 0.70 | $619.50 |
| Gwinn, Michael | Associate | 2019 | 710.00 | 6.70 | $4,757.00 |
| Henderson, Danielle | Associate | 2015 | 905.00 | 13.50 | $12,217.50 |
| Klees, Tracey | Associate | 2020 | 710.00 | 1.60 | $1,136.00 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 15.80 | $9,954.00 |
| Marra, Bryan | Associate | 2003 | 960.00 | 16.70 | $16,032.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 1.90 | $1,681.50 |
| Sullivan, Sam | Associate | 2020 | 710.00 | 42.40 | $30,104.00 |
| Young, Dylan | Associate | 2016 | 885.00 | 3.30 | $2,920.50 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 3.20 | $2,832.00 |
| Eder, Bryan I. | Staff Attorney | 2001 | 620.00 | 25.30 | $15,686.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 620.00 | 39.00 | $24,180.00 |
| Qu, Josephine | Staff Attorney | 2010 | 610.00 | 4.50 | $2,745.00 |
| Rabinowitz, Susan | Staff Attorney | 1997 | 620.00 | 5.80 | $3,596.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 555.00 | 2.50 | $1,387.50 |
| Feighery, Finn | Legal Assistant | | 225.00 | 4.00 | $900.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 14.30 | $6,220.50 |
| **Total** | | | | **317.50** | **$270,353.50** |
| Less 15% Discount | | | | | ($40,553.04) |
| **Discounted Total** | | | | | **$229,800.46** |
| Less 20% Holdback | | | | | ($45,960.09) |
| **Total Amount Requested Herein** | | | | | **$183,840.37** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|------------------|----------------|
| Duplicating | $418.50 |
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$2,210.50** |

**Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                      March 29, 2022
**Attn: Maria Barton**                                 Invoice # 30140537
**General Counsel**                                      EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2022** | $ | 7,427.00 |
| Discount: | | -1,114.05 |
| **Fee Total** | | **6,312.95** |
| **Total Amount Due** | $ | **6,312.95** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 719451
                                 Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022

Invoice # 30140537

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Alexa D. Krantz | 02/02/22 | 0.20 | Review, revise API Supply Agreement. |
| Eric Rothman | 02/03/22 | 1.60 | Review, revise draft of Supply Agreement. |
| Alexa D. Krantz | 02/03/22 | 0.30 | Review, analyze E. Rothman comments on API supply agreement (.1); revise API supply agreement (.1); email with Purdue team to provide revised API supply agreement and product schedule (.1). |
| Alexa D. Krantz | 02/16/22 | 0.20 | Review, analyze client correspondence re API Supply Agreement (.1); email with E. Rothman regarding Statement of Work (.1). |
| Alexa D. Krantz | 02/17/22 | 0.90 | Review, analyze Statement of Work (.6); draft chart comparing terms of API Supply Agreement and the terms of the original Statement of Work (.2); email with E. Rothman re the terms of the API supply agreement and original Statement of Work (.1). |
| Eric Rothman | 02/18/22 | 1.40 | Prepared comparison of terms for commercial supply agreement against SOW Ts&Cs. |
| Alexa D. Krantz | 02/18/22 | 1.00 | Email with E. Rothman regarding additional terms of the Statement of Work (.1); review terms and conditions of Statement of Work and terms of API Supply Agreement (.4); revise comparison of terms chart (.3); email with E. Rothman regarding revised chart (.1); email with Purdue team to provide comparison of terms chart (.1). |
| Eric Rothman | 02/23/22 | 0.60 | Teleconference wit A. Krantz to discuss "standard" terms for commercial supply agreement. |
| Alexa D. Krantz | 02/23/22 | 0.80 | Email with E. Rothman regarding non-standard terms list for API supply agreement (.1); call with E. Rothman to discuss non-standard terms list for API supply agreement (.7). |
| Eric Rothman | 02/24/22 | 1.30 | Review, comment on comparison document for "standard" terms for commercial supply agreement. |
| Alexa D. Krantz | 02/24/22 | 0.30 | Revise standard terms comments on API supply agreement (.1); email with E. Rothman regarding standard terms comments on API supply agreement (.1); email with Purdue team to provide A&P comments on standard terms of API supply agreement (.1). |

| **Total Hours** | | **8.60** | |

Page 1

March 29, 2022                                                                                    Invoice # 30140537

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 4.90 | 1,040.00 | 5,096.00 |
| Alexa D. Krantz | 3.70 | 630.00 | 2,331.00 |
| **TOTAL** | **8.60** | | **7,427.00** |

**Total Current Amount Due**                                                       **$6,312.95**

# Arnold&Porter

|  |  |
|---|---|
| **Purdue Pharma L.P.** | March 29, 2022 |
| **Attn: Maria Barton** | Invoice # 30140538 |
| **General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Dept. VN:  1008442** | |
| **Stamford, CT  06901-3431** | |

**Client/Matter # 1049218.00128**

Project Hawk

20200002836

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2022** | $ | **41,629.00** |
| Discount: | | <u>-6,244.35</u> |
| **Fee Total** | | **35,384.65** |
| **Total Amount Due** | $ | **<u>35,384.65</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022

**(1049218.00128)**
Project Hawk

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/04/22 | 0.80 | Review correspondence from Purdue team re: preparation of amended and restated funding agreement (.3); correspondence with E. Rothman re: same (.5). |
| Alexa D. Krantz | 02/05/22 | 0.10 | Review, analyze e-mails from Purdue team regarding Project Hawk Funding Agreement. |
| Eric Rothman | 02/07/22 | 0.60 | Teleconference with A. Krantz to discuss Hawk A&R Agreement (.2); revise same (.4). |
| Alexa D. Krantz | 02/07/22 | 0.30 | Call with E. Rothman to discuss background for Project Hawk and Amended and Restated Funding Agreement (.2); E-mail with Purdue team re funding agreement (.1). |
| Eric Rothman | 02/08/22 | 1.20 | Correspond with Purdue team re analysis of A&R Hawk Agreement. |
| Alexa D. Krantz | 02/08/22 | 0.20 | Review, analyze e-mails from Purdue team on Project Hawk Amended and Restated Funding agreement. |
| Eric Rothman | 02/09/22 | 1.30 | Correspond with Purdue team re analysis of A&R Hawk Agreement. |
| Alexa D. Krantz | 02/09/22 | 0.10 | E-mail with Purdue team to schedule a call to discuss Amended and Restated Project Hawk Agreement. |
| Rory Greiss | 02/10/22 | 1.20 | Prepare for conference with Purdue team and A. Krantz re: preparation of amended and restated funding agreement for Hawk (.5); Conference with Purdue team re: terms of agreement (.5); Correspondence with A. Krantz re: preparation of draft (.2). |
| Eric Rothman | 02/10/22 | 0.80 | Teleconference with Purdue team and R. Greiss to discuss A&R Hawk Agreement. |
| Alexa D. Krantz | 02/10/22 | 0.70 | Call with Purdue team, E. Rothman, and R. Greiss to discuss items that need to be updated in Project Hawk Amended and Restated Funding Agreement. |
| Alexa D. Krantz | 02/11/22 | 0.80 | Draft initial iteration of Amended and Restated Funding Agreement for Project Hawk (.7); E-mail with R. Greiss re A&R Funding Agreement for Project Hawk (.1). |
| Alexa D. Krantz | 02/12/22 | 0.90 | Draft Amended and Restated Project Hawk Funding Agreement (.8); E-mail with R. Greiss and E. Rothman to provide initial draft of Amended and Restated Project Hawk Funding Agreement (.1). |
| Rory Greiss | 02/13/22 | 1.10 | Review and comment on revised amended and restated funding agreement prepared by A. Krantz. |
| Alexa D. Krantz | 02/13/22 | 0.30 | Review, revise Amended and Restated Project Hawk Funding Agreement (.2); E-mail with R. Greiss and E. Rothman regarding same (.1). |
| Rory Greiss | 02/14/22 | 1.50 | Review, analyze revised version of amended and restated funding agreement (.7); Review, comment on further revised version (.4); Review Purdue team comments on revised version (.4). |
| Eric Rothman | 02/14/22 | 1.70 | Review, comment on draft of A&R Hawk Agreement. |

March 29, 2022

Invoice # 30140538

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Alexa D. Krantz | 02/14/22 | 0.40 | Revise Project Hawk amended and restated funding agreement (.2); E-mail with E. Rothman and R. Greiss to discuss edits to Project Hawk amended and restated funding agreement (.1); E-mail with Purdue team to provide draft of Project Hawk amended and restated funding agreement (.1). |
| Rory Greiss | 02/15/22 | 0.70 | Review, analyze revisions suggested by Purdue team (.5); discuss same with E. Rothman and A. Krantz (.2). |
| Eric Rothman | 02/15/22 | 1.20 | Correspond with Purdue team re draft of A&R Hawk Agreement. |
| Alexa D. Krantz | 02/15/22 | 0.20 | Revise amended and restated funding agreement for Project Hawk. |
| Rory Greiss | 02/16/22 | 1.70 | Review, analyze revised version of agreement (1.1); Review comments from DPW on revised version (.6). |
| Alexa D. Krantz | 02/16/22 | 0.90 | Revise Amended and Restated Funding Agreement (.3); email with R. Greiss and E. Rothman regarding edits Amended and Restated Funding Agreement for Project Hawk (.1); email with Purdue team to provide revised version of Amended and Restated Funding Agreement (.1); revise Amended and Restated Funding Agreement to reflect edits in milestone chart (.1); email with Purdue team to provide updated revised copy of the Amended and Restated Funding Agreement for Project Hawk (.1); review comments from C. Robertson on the Amended and Restated Funding Agreement for Project Hawk (.2). |
| Rory Greiss | 02/17/22 | 3.50 | Review and revise amended and restated funding agreement with A. Krantz (1.7); Correspondence and conferences with Purdue team and DPW re: comments on revised draft (1.0); Review and comment on draft of slides for BOD presentation (.8). |
| Alexa D. Krantz | 02/17/22 | 0.90 | Correspond with R. Greiss to discuss Amended and Restated Funding Agreement (.1); Draft slides on the Amended and Restated Funding Agreement (.4); Revise Amended and Restated Funding Agreement (.2); E-mail with Purdue team to provide draft slides on Amended and Restated Funding Agreement (.1); E-mail with Purdue team to provide revised Amended and Restated Funding Agreement (.1). |
| Rory Greiss | 02/18/22 | 1.80 | Review Hawk mark-up of amended and restated funding agreement (.7); correspondence with Purdue team re: comments (.5); discuss changes to be made to draft with A. Krantz (.6). |
| Alexa D. Krantz | 02/18/22 | 0.30 | Review comments on Amended and Restated Funding Agreement for Project Hawk (.2); E-mail with R. Greiss regarding comments on Amended And Restated Funding Agreement (.1). |
| Rory Greiss | 02/19/22 | 1.10 | Review correspondence from Purdue team re: slides for BOD presentation and comments on latest draft of agreement (.7); Correspondence with A. Krantz and Purdue team re: revisions (.4). |
| Rory Greiss | 02/20/22 | 2.20 | Review comments from Purdue team regarding latest draft of amended and restated agreement (.5); Correspondence with A. Krantz regarding revising draft (.4); Review, comment on revised draft (.6); Correspondence with Purdue team regarding revisions (.7). |

March 29, 2022                                                                                        Invoice # 30140538

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Alexa D. Krantz | 02/20/22 | 0.50 | Revise Amended and Restated Funding Agreement (.3).; E-mail with R. Greiss regarding same (.1).; E-mail with Purdue team to provide updated draft of Amended and Restated Funding Agreement (.1). |
| Rory Greiss | 02/21/22 | 1.20 | Review revised draft of amended and restated funding agreement prepared by A. Krantz (.4); review comments from Hawk (.3); correspondence with Purdue team re: same (.5). |
| Alexa D. Krantz | 02/21/22 | 0.40 | Call with Purdue team regarding Amended and Restated Funding Agreement drafts (.1); revise Amended and Restated Funding Agreement (.2); review emails from Purdue team regarding comments from opposing counsel on Amended and Restated Funding Agreement (.1). |
| Rory Greiss | 02/22/22 | 0.80 | Correspondence with Purdue team re: comments on draft agreement (.3); Revise agreement with A. Krantz for distribution to Purdue team (.5). |
| Alexa D. Krantz | 02/22/22 | 0.40 | E-mail with R. Greiss regarding prior agreements (.1); revise Amended and Restated Funding Agreement (.2);E-mail revised Amended and Restated Funding Agreement to Purdue team (.1). |
| Rory Greiss | 02/23/22 | 0.50 | Correspondence with Purdue team re: latest draft of amended and restated funding agreement. |
| Alexa D. Krantz | 02/23/22 | 0.10 | Review email from Purdue team regarding Amended and Restated Funding Agreement. |
| Eric Rothman | 02/25/22 | 1.80 | Correspond with Purdue team related to draft of A&R Hawk Agreement (.8); draft memorandum re same (1.0). |
| Alexa D. Krantz | 02/25/22 | 0.20 | E-mail with C. Robertson regarding Amended and Restated Funding Agreement (.1).; E-mail with E. Rothman and R. Greiss regarding  same (.1). |
| Rory Greiss | 02/28/22 | 1.80 | Review correspondence from DPW re: committee comments on amended and restated funding agreement (.5); Correspondence with E. Rothman and A. Krantz re: revisions to be made (.4); Review revised versions and comment (.6); Further correspondence re: revised agreement (.3). |
| Eric Rothman | 02/28/22 | 2.30 | Review and comment on draft of A&R Hawk Agreement. |
| Alexa D. Krantz | 02/28/22 | 0.90 | Revise Amended and Restated Funding Agreement (.5).; E-mail with UCC re updated drafts of Amended and Restated Funding Agreement (.2).; E-mail with E. Rothman and R. Greiss regarding comments and edits to Amended and Restated Funding Agreement  (.2). |

**Total Hours**                                  **39.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|------:|-----:|------:|
| Rory Greiss | 19.90 | 1,250.00 | 24,875.00 |
| Eric Rothman | 10.90 | 1,040.00 | 11,336.00 |
| Alexa D. Krantz | 8.60 | 630.00 | 5,418.00 |
| **TOTAL** | **39.40** | | **41,629.00** |

**Total Current Amount Due**        **$35,384.65**

# Arnold&Porter

**Purdue Pharma L.P.**                                                March 29, 2022
**Attn: Roxana Aleali**                                          Invoice # 30140539
**Associate General Counsel**                                    EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2022** | $ | 13,505.00 |
| Discount: | | <u>-2,025.75</u> |
| **Fee Total** | | **11,479.25** |
| **Total Amount Due** | $ | <u>**11,479.25**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                  Arnold & Porter Kaye Scholer LLP
                                  P.O. Box 719451
                                  Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022                                                      Invoice # 30140539

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 02/01/22 | 0.30 | Call with R. Greiss re Purdue monthly statements (.2); correspond with D. Reddix re same (.1). |
| Rory Greiss | 02/02/22 | 0.50 | Review D. Reddix' questions and revisions to December invoices and respond. |
| Ginger Clements | 02/02/22 | 0.10 | Review correspondence with D. Reddix re December fee statement. |
| Rosa J. Evergreen | 02/02/22 | 0.50 | Review and comment on fee statement (.3); correspond with D. Reddix and R. Greiss re same (.2). |
| Darrell B. Reddix | 02/02/22 | 3.30 | Prepare twenty-seventh monthly fee report including exhibits. |
| Ginger Clements | 02/03/22 | 0.10 | Review correspondence with D. Reddix re monthly fee statement. |
| Darrell B. Reddix | 02/03/22 | 0.60 | Prepare twenty-seventh monthly fee report including exhibits. |
| Rosa J. Evergreen | 02/04/22 | 0.20 | Correspond with D. Reddix re fee application. |
| Darrell B. Reddix | 02/04/22 | 0.30 | Correspond with R. Evergreen and G. Clements re Seventh Interim Fee application. |
| Rory Greiss | 02/11/22 | 1.80 | Review and revise January narratives as appropriate (1.4); Correspondence with internal team re: revisions (.4). |
| Ginger Clements | 02/11/22 | 0.10 | Review correspondence with D. Reddix re monthly fee statement. |
| Rosa J. Evergreen | 02/11/22 | 0.10 | Review R. Greiss correspondence re application. |
| Rory Greiss | 02/14/22 | 0.40 | Review and sign off on monthly statement for December. |
| Rosa J. Evergreen | 02/14/22 | 0.30 | Review and comment on application (.2); correspond with D. Reddix re filing (.1). |
| Darrell B. Reddix | 02/14/22 | 3.20 | Prepare twenty-eighth monthly fee report including exhibits. |
| Ginger Clements | 02/15/22 | 0.20 | Review, analyze filing deadlines for monthly fee statements and interim application. |
| Rosa J. Evergreen | 02/15/22 | 0.20 | Review D. Reddix correspondence re filing monthly statement. |
| Ginger Clements | 02/17/22 | 0.10 | Correspond with D. Reddix re January fee statement. |
| Rosa J. Evergreen | 02/17/22 | 0.10 | Review D. Reddix communication re invoice. |
| Darrell B. Reddix | 02/17/22 | 1.30 | Prepare twenty-ninth monthly fee report including exhibits. |
| Rosa J. Evergreen | 02/18/22 | 0.10 | Review R. Greiss correspondence re January statement. |
| Darrell B. Reddix | 02/18/22 | 1.10 | Prepare twenty-ninth monthly fee report including exhibits. |
| Darrell B. Reddix | 02/21/22 | 2.80 | Prepare twenty-ninth monthly fee report including exhibits. |
| Rory Greiss | 02/22/22 | 0.70 | Review D. Reddix revisions to January invoices (.5); Correspondence with A&P team re: same (.2). |
| Ginger Clements | 02/22/22 | 0.10 | Review correspondence with D. Reddix re January fee statement. |
| Rosa J. Evergreen | 02/22/22 | 0.30 | Review K. Fine correspondence re fee application (.1); correspond with G. Clements and D. Reddix re same (.1) review D. Reddix correspondence re January statement (.1). |
| Darrell B. Reddix | 02/22/22 | 0.30 | Prepare twenty-ninth monthly fee report including exhibits. |
| Darrell B. Reddix | 02/23/22 | 1.40 | Prepare twenty-ninth monthly fee report including exhibits. |

March 29, 2022                                                                    Invoice # 30140539

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| **Total Hours** | | **20.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 2.10 | 1,150.00 | 2,415.00 |
| Rory Greiss | 3.40 | 1,250.00 | 4,250.00 |
| Ginger Clements | 0.70 | 885.00 | 619.50 |
| Darrell B. Reddix | 14.30 | 435.00 | 6,220.50 |
| **TOTAL** | **20.50** | | **13,505.00** |

**Total Current Amount Due**                                          **$11,479.25**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

March 29, 2022
Invoice # 30140540
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2022** | $ | **2,355.00** |
| Discount: | | -353.25 |
| **Fee Total** | | **2,001.75** |
| **Total Amount Due** | $ | **2,001.75** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**  Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/01/22 | 0.50 | Further revise letter to settling party and send to Purdue team. |
| Rory Greiss | 02/15/22 | 0.80 | Prepare for conference with Purdue team and D. Feinstein (.3); participate in videoconference (.5). |
| Deborah L. Feinstein | 02/15/22 | 0.50 | Call re: supply agreement. |
| **Total Hours** | | **1.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 0.50 | 1,460.00 | 730.00 |
| Rory Greiss | 1.30 | 1,250.00 | 1,625.00 |
| **Subtotal:** | **1.80** | | **2,355.00** |
| **TOTAL** | **1.80** | | **2,355.00** |

**Total Current Amount Due** $2,001.75

# Arnold&Porter

**Purdue Pharma L.P.**                                        March 29, 2022
**Attn: Roxana Aleali**                                       Invoice # 30140541
**Associate General Counsel**                                EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00154**

Project Chione

20210003087

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2022** | $ | **11,350.00** |
| Discount: | | -1,702.50 |
| **Fee Total** | | **9,647.50** |
| **Total Amount Due** | $ | **9,647.50** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 719451
                                      Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

**(1049218.00154)**
Project Chione

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/22/22 | 2.50 | Review comments from Purdue team on IP provisions of license agreement (1.9); Videoconference with E. Zausner and E. Rothman to discuss changes and set up conference with Purdue team on Thursday (.6). |
| Eric Rothman | 02/22/22 | 0.60 | Telephone conference with R. Greiss and E. Zausner to discuss certain background issues relating to Chione License Agreement. |
| Ethan Zausner | 02/22/22 | 1.30 | Review of updated license agreement (.7); call with E. Rothman and R. Greiss to discuss agreement (.6). |
| Rory Greiss | 02/23/22 | 0.60 | Review tax comments from DPW on latest draft of license agreement (.4); Correspondence with Purdue team re: same (.2). |
| Rory Greiss | 02/24/22 | 2.30 | Prepare for and participate in videoconference with Purdue team re: license agreement (1.5); Follow-up conference with E. Zausner (.5); Further correspondence with same re: same (.3). |
| Eric Rothman | 02/24/22 | 1.10 | Review and comment on open issues in outlicense transaction. |
| Ethan Zausner | 02/24/22 | 1.90 | Call with client on license agreement (.6); conference with R. Greiss re same (.5); revise license agreement and related communications (.8). |

**Total Hours**          **10.30**

March 29, 2022                                                                    Invoice # 30140541

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 5.40 | 1,250.00 | 6,750.00 |
| Eric Rothman | | 1.70 | 1,040.00 | 1,768.00 |
| | Subtotal: | **7.10** | | **8,518.00** |
| **Associate** | | | | |
| Ethan Zausner | | 3.20 | 885.00 | 2,832.00 |
| | Subtotal: | **3.20** | | **2,832.00** |
| **TOTAL** | | **10.30** | | **11,350.00** |

**Total Current Amount Due**                                                    **$9,647.50**

Page 2

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

March 29, 2022
Invoice # 30140542
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through February 28, 2022** | **10,078.00** |
| Discount: | <u>-1,511.70</u> |
| **Fee Total** | **8,566.30** |
| **Total Amount Due**                                    $ | <u>**8,566.30**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022

Invoice # 30140542

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 02/02/22 | 0.80 | Call with Purdue team and A&P team re: divestiture agreement (.6); draft summary re: same (.2). |
| Jeffrey L. Handwerker | 02/07/22 | 0.50 | Call with team re: FSS matters. |
| Michael T. Gwinn | 02/07/22 | 0.60 | Prepare for and attend client conference call re FSS matters. |
| Thomas A. Pettit | 02/07/22 | 0.50 | Teleconference with client and Arnold & Porter team regarding government contracts issues. |
| Thomas A. Pettit | 02/11/22 | 0.50 | Review Avrio System for Award Management feedback. |
| Jeffrey L. Handwerker | 02/14/22 | 0.50 | Call with Purdue team re: novation process (.3); review SAMS draft re: same (.2). |
| Michael T. Gwinn | 02/14/22 | 0.80 | Conduct client conference call re novations (.3); prepare for same (.5). |
| Thomas A. Pettit | 02/14/22 | 0.30 | Teleconference with client and Arnold & Porter team regarding government contracts issues. |
| Jeffrey L. Handwerker | 02/21/22 | 0.50 | Review, comment on draft Avrio letter. |
| Michael T. Gwinn | 02/21/22 | 2.70 | Draft supporting documentation for filing. |
| Thomas A. Pettit | 02/21/22 | 0.20 | Correspond with M. Gwinn re cover letter. |
| Jeffrey L. Handwerker | 02/24/22 | 0.30 | Review draft Avrio cover letter and comment re: same. |
| Michael T. Gwinn | 02/25/22 | 2.60 | Review SAM documents (2.5); Prepare cover letter for SAM certification (.1). |
| Jeffrey L. Handwerker | 02/28/22 | 0.30 | Review and comment on SAM submissions. |
| Thomas A. Pettit | 02/28/22 | 0.40 | Update Avrio System for Award Management spreadsheet (.3); correspond with client re same (.1). |

**Total Hours**              **11.50**

Page 1

March 29, 2022                                                                      Invoice # 30140542

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey L. Handwerker | 2.90 | 1,255.00 | 3,639.50 |
| **Subtotal:** | **2.90** | | **3,639.50** |
| **Associate** | | | |
| Michael T. Gwinn | 6.70 | 710.00 | 4,757.00 |
| Thomas A. Pettit | 1.90 | 885.00 | 1,681.50 |
| **Subtotal:** | **8.60** | | **6,438.50** |
| **TOTAL** | **11.50** | | **10,078.00** |

**Total Current Amount Due**                                                          $8,566.30

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

March 29, 2022
Invoice # 30140543
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2022** | **123,782.50** |
| Discount: | -18,567.38 |
| **Fee Total** | **105,215.12** |
| **Disbursements Recorded through February 28, 2022** | |
| eData: Relativity Services 1,792.00 | |
| **Disbursements Total** | $ **1,792.00** |
| **Total Amount Due** | $ **107,007.12** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022                                                                                      Invoice # 30140543

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 02/01/22 | 0.20 | Review, comment on draft correspondence to agency re privilege logging (.1); correspond with expert re compliance status and related analyses (.1). |
| Bryan M. Marra | 02/01/22 | 0.50 | Correspond with A&P team re: privilege log questions (.3); draft response to agency questions (.2). |
| L. Michel Marchand | 02/01/22 | 0.50 | Reviewed agency response to compliance modification requests in order to prepare a reply. |
| Bryan M. Marra | 02/02/22 | 2.00 | Review BOD documents (.8); correspond with A&P team re: same (.5); call with B. Wootton re: doc review (.2); correspond with A&P team re: production (.5). |
| L. Michel Marchand | 02/02/22 | 0.90 | Prepared draft response to agency questions regarding compliance modification requests. |
| Bryan I. Eder | 02/02/22 | 2.30 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 02/03/22 | 1.10 | Research case law. |
| Bryan M. Marra | 02/03/22 | 1.00 | Review, analyze production search (.3); correspond with A&P team re: production (.5); draft response to DOJ re: privilege log (.2). |
| L. Michel Marchand | 02/03/22 | 1.40 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 02/03/22 | 7.20 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 02/04/22 | 0.20 | Correspond with S. Sullivan re analysis and time line summaries re preparing narrative responses to agency. |
| Sam Sullivan | 02/04/22 | 2.60 | Review documents (1.5); discuss agency responses (.7); correspond with B. Wootton re agency responses (.4). |
| Bryan M. Marra | 02/04/22 | 0.70 | Review production search (.3); correspond with A&P team re: production (.2); draft email re: privilege log names list (.2). |
| L. Michel Marchand | 02/04/22 | 3.00 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 02/04/22 | 4.40 | Review, analyze draft production set for privilege. |
| Bryan M. Marra | 02/05/22 | 0.50 | Review production search. |
| Bryan M. Marra | 02/06/22 | 1.50 | Review production search (1.2); correspond with A&P team re: BOD documents (.3). |
| Barbara H. Wootton | 02/07/22 | 0.90 | Conference with S. Sullivan and B. Marra re scope and preparation of Specification response and privilege review (.5); analysis of document summary and documents re Specification preparation (.4). |
| Sam Sullivan | 02/07/22 | 0.20 | Collect and circulate documents. |
| Sam Sullivan | 02/07/22 | 0.30 | Discuss agency responses with B. Wootton. |
| Sam Sullivan | 02/07/22 | 2.30 | Review documents cited in agency responses to quality check coding. |
| Bryan M. Marra | 02/07/22 | 0.50 | Draft emails re production. |
| Bryan M. Marra | 02/07/22 | 0.50 | Call with B. Wootton re agency response. |
| Bryan I. Eder | 02/07/22 | 1.20 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 02/08/22 | 0.40 | Correspond with S. Sullivan re document production and responsiveness issues. |
| Sam Sullivan | 02/08/22 | 0.40 | Review documents cited in agency responses to update coding. |
| Sam Sullivan | 02/08/22 | 1.70 | Draft agency responses. |

March 29, 2022

Invoice # 30140543

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Bryan M. Marra | 02/08/22 | 0.50 | Draft emails re priv log modifications. |
| Barbara H. Wootton | 02/09/22 | 0.40 | Communicate with S. Sullivan re Specification response (.2); call with expert re narrative responses and privilege logging (.2). |
| Sam Sullivan | 02/09/22 | 0.50 | Correspond with B. Wootton re agency responses and meeting with counsel. |
| Barbara H. Wootton | 02/10/22 | 1.30 | Review Specification drafts (.3); conference with S. Sullivan re Specification narrative response (.7); correspond with expert and S. Sullivan re preparation of Specification response (.3). |
| Sam Sullivan | 02/10/22 | 1.00 | Correspond with B. Wootton re agency responses and meeting with counsel (.6); revise agency responses (.4). |
| Bryan M. Marra | 02/10/22 | 0.50 | Correspond with A&P team re production. |
| Warlesha Ryan | 02/11/22 | 2.30 | Review materials to be produced to agency. |
| Deborah L. Feinstein | 02/11/22 | 0.10 | Review letter to agency. |
| Barbara H. Wootton | 02/11/22 | 0.70 | Review, comment re draft letter to authority re document production (.1); review, revise draft correspondence to agency (.3); conference re narrative responses (.2); correspond with D. Feinstein and B. Marra re privilege logging modifications (.1). |
| Sam Sullivan | 02/11/22 | 0.20 | Discuss agency responses. |
| Bryan M. Marra | 02/11/22 | 1.20 | Correspond with A&P team re: production (.3); draft/revise production cover letter (.5); Joint defense call with counsel (.4). |
| Deborah L. Feinstein | 02/15/22 | 0.50 | Call with experts. |
| Sam Sullivan | 02/15/22 | 0.90 | Meet with D. Feinstein, B. Wootton, B. Marra, D. Scott and experts to discuss analysis. |
| Dylan S. Young | 02/15/22 | 0.70 | Participate in conference call with expert term in connection with agency inquiries. |
| Bryan M. Marra | 02/15/22 | 0.50 | Review/provide comments on privilege log modifications agreement. |
| Barbara H. Wootton | 02/16/22 | 0.10 | Correspond with B. Marra and D. Feinstein re analysis of agency correspondence re privilege modifications. |
| Bryan M. Marra | 02/16/22 | 0.50 | Correspond with A&P team re privilege log modifications. |
| Sam Sullivan | 02/18/22 | 0.90 | Discuss agency responses (.2); revise agency responses (.7). |
| Bryan M. Marra | 02/18/22 | 0.50 | Call with vendor re privilege log. |
| Sam Sullivan | 02/19/22 | 3.10 | Revise agency responses. |
| Sam Sullivan | 02/20/22 | 7.30 | Revise agency responses. |
| Barbara H. Wootton | 02/22/22 | 4.50 | Confer with D. Feinstein and B. Marra re modifications agreements with agency (.1); review, analyze analyses and email follow up with D. Feinstein and expert (.4); review and analyze materials and draft narratives and questions for Purdue team re narrative responses and draft edits and comments to  re same (3.5); correspond with S. Sullivan and B. Marra re draft narrative responses, objections and provide direction re follow up (.3); confer with D. Young re preparation of narrative responses (.1); email with B. Marra and Cobra team re privilege logging (.1). |
| Bryan M. Marra | 02/22/22 | 1.20 | Draft emails re: privilege log (.4); draft emails re: log responses (.3); review documents for privilege (.5). |
| L. Michel Marchand | 02/22/22 | 7.20 | Review, analyze draft production set for privilege. |

March 29, 2022                                                        Invoice # 30140543

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 02/23/22 | 2.90 | Analyze and advise re document legal privilege determinations (.4); call with B. Marra re privilege review questions and narrative response preparation (.3); further review and revisions to narrative response drafts (.8); correspond with S. Sullivan and B. Marra re narrative drafting and document responsiveness issues (.3); correspond with Purdue team re compliance status and preparation of narrative responses and document go-gets (.7); correspond with D. Feinstein re same (.1); confer with S. Sullivan re additional fact gathering needs (.2); email correspondence with B. Marra, Cobra team and Purdue re privilege logging (.1). |
| Sam Sullivan | 02/23/22 | 0.90 | Summarize documents (.8); correspond with B. Wootton and B. Marra re same (.1). |
| Bryan M. Marra | 02/23/22 | 2.00 | Call with vendor re: privilege log (.5); correspond with A&P team re: privilege log/names appendix (.5); correspond with A&P team re: privilege review/document questions (1.0). |
| L. Michel Marchand | 02/23/22 | 8.70 | Review, analyze draft production set for privilege (8.2). Participated in call with Purdue Team and vendor to discuss document review progress and production compliance (.5). |
| Bryan I. Eder | 02/23/22 | 1.10 | Call with vendor regarding quality control review, productions and privilege logging (.6); correspond with A&P team re same (.5). |
| Finn Feighery | 02/24/22 | 2.50 | Prepare consolidated response document for the agency inquiry. |
| Barbara H. Wootton | 02/24/22 | 1.60 | Correspond with S. Sullivan and B. Marra re document production questions (.2); analysis re agency modification letters (.3); review, analyze, and edit draft omnibus narrative responses (1.0); correspond with D. Young and B. Marra re same (.1). |
| Sam Sullivan | 02/24/22 | 1.00 | Summarize responsiveness tagging issues. |
| Dylan S. Young | 02/24/22 | 1.60 | Draft response to agency inquiries. |
| Bryan M. Marra | 02/24/22 | 0.30 | Review consolidated narrative shell response (.2); draft email re: same (.1). |
| L. Michel Marchand | 02/24/22 | 9.20 | Review, analyze draft production set for privilege. |
| Susan Rabinowitz | 02/24/22 | 4.00 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 02/24/22 | 2.70 | Review, analyze draft production set for privilege. |
| Finn Feighery | 02/25/22 | 1.50 | Prepared exhibit template. |
| Warlesha Ryan | 02/25/22 | 0.20 | Compiling document retention documents that were produced to agency at the request of D. Scott. |
| Barbara H. Wootton | 02/25/22 | 3.20 | Correspond with B. Marra, D. Young, S. Sullivan, and expert re preparation of consolidated narrative responses (.3); analysis of materials re same (.3); revising and drafting narratives (.5); correspond with S. Sullivan and B. Marra re analysis of privilege claims and responsiveness and provide guidance re documents to produce (.3); telephone call with B. Marra re document production and narrative responses (.3); analysis of privilege claims issues (1.5). |
| Sam Sullivan | 02/25/22 | 4.80 | Revise agency responses (2.2); research case law (2.0); identify remaining coding issues for B. Marra and B. Wootton (.6). |

March 29, 2022                                                                   Invoice # 30140543

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Dylan S. Young | 02/25/22 | 0.50 | Revise narrative responses to agency inquiries (.4); discuss the same on teleconference with S. Sullivan (.1). |
| Bryan M. Marra | 02/25/22 | 1.80 | Correspond with A&P team re: privilege QC review (.7); correspond with A&P team re: production (.8); call with B. Wootton re: privilege issue (.3). |
| L. Michel Marchand | 02/25/22 | 8.10 | Review, analyze draft production set for privilege. |
| Josephine Qu | 02/25/22 | 4.50 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 02/25/22 | 1.80 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 02/25/22 | 6.40 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 02/26/22 | 3.20 | Revise agency responses. |
| Deborah L. Feinstein | 02/27/22 | 0.10 | Review key docs. |
| Sam Sullivan | 02/27/22 | 4.10 | Revise agency responses. |
| Dylan S. Young | 02/27/22 | 0.30 | Updating responses to agency inquiries. |
| Deborah L. Feinstein | 02/28/22 | 0.10 | Review emails re privilege issues. |
| Barbara H. Wootton | 02/28/22 | 6.70 | Correspond with Purdue team re legal privilege analysis and determinations (.8); correspond with D. Feinstein and B. Marra re same (.1); correspond with Purdue team and facilitate secure file transfer of confidential documents for production to agency (.3); reviewing and revising narrative responses and attachments (5.1); correspond with S. Sullivan providing direction re same (.1); telephone call with expert re privilege logging modifications and compliance status (.2); telephone call with D. Young re narrative response objections (.1). |
| Sam Sullivan | 02/28/22 | 5.90 | Research and summarize case law (4.7); revise agency responses (1.2). |
| Dylan S. Young | 02/28/22 | 0.20 | Revise responses to agency inquiries (.1); discuss the same with B. Wootton by teleconference (.1). |
| Bryan M. Marra | 02/28/22 | 0.50 | Review/provide comments on email re privilege issue. |
| **Total Hours** | | **167.40** | |

March 29, 2022                                                                    Invoice # 30140543

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 0.80 | 1,460.00 | 1,168.00 |
| **Subtotal:** | **0.80** | | **1,168.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 23.10 | 1,085.00 | 25,063.50 |
| **Subtotal:** | **23.10** | | **25,063.50** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 16.70 | 960.00 | 16,032.00 |
| **Subtotal:** | **16.70** | | **16,032.00** |
| **Associate** | | | |
| Sam Sullivan | 42.40 | 710.00 | 30,104.00 |
| Dylan S. Young | 3.30 | 885.00 | 2,920.50 |
| **Subtotal:** | **45.70** | | **33,024.50** |
| **Staff Attorney** | | | |
| Bryan I. Eder | 25.30 | 620.00 | 15,686.00 |
| L. Michel Marchand | 39.00 | 620.00 | 24,180.00 |
| Josephine Qu | 4.50 | 610.00 | 2,745.00 |
| Susan Rabinowitz | 5.80 | 620.00 | 3,596.00 |
| Warlesha Ryan | 2.50 | 555.00 | 1,387.50 |
| **Subtotal:** | **77.10** | | **47,594.50** |
| **Legal Assistant** | | | |
| Finn Feighery | 4.00 | 225.00 | 900.00 |
| **Subtotal:** | **4.00** | | **900.00** |
| **TOTAL** | **167.40** | | **123,782.50** |

**Total Current Amount Due**                                          **$107,007.12**

# Arnold&Porter

**Purdue Pharma L.P.**                                    March 29, 2022
**Attn: Roxana Aleali**                               Invoice # 30140544
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00158**

Project Aurora

20210003172

**For Legal Services Rendered through February 28, 2022**                **45,335.50**

 Discount:                                                              -6,800.33

**Fee Total**                                                          **38,535.17**

**Disbursements Recorded through February 28, 2022**

        Color copies                            415.50
        Duplicating                               3.00

**Disbursements Total**                              $              **418.50**


**Total Amount Due**                                 $            **38,953.67**


**Wire Transfer Instructions:**

                Account Name:        Arnold & Porter Kaye Scholer LLP
                Bank Info:           Wells Fargo Bank NA
                                     420 Montgomery Street
                                     San Francisco, CA  94104
                Account Number:      4127865475
                ABA Number:          121000248 (ACH and wires)
                Swift Code:          WFBIUS6S

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022                                                                Invoice # 30140544


**(1049218.00158)**
Project Aurora


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 02/01/22 | 0.30 | Review correspondence from Purdue team re: regulatory questions. |
| Danielle A. Henderson | 02/01/22 | 1.00 | Review opposing party comments to license agreement. |
| Rory Greiss | 02/02/22 | 3.30 | Prepare for conference with Purdue team to review Aurora revised draft of license agreement (.9); Participate in conference (2.0); Review correspondence from J. Handwerker on regulatory issues (.4). |
| Danielle A. Henderson | 02/02/22 | 2.00 | Internal call with Purdue team to discuss markup of license agreement. |
| Eric Rothman | 02/04/22 | 3.20 | Telephone call with D. Henderson to discuss Aurora license agreement (1.1); prepared revised draft of Aurora license agreement (2.1). |
| Danielle A. Henderson | 02/04/22 | 1.00 | Call with E. Rothman to discuss license agreement markup. |
| Rory Greiss | 02/07/22 | 1.40 | Review brand guidelines prepared by Purdue team (.5); review comments from Purdue team to issues list (.3); review issues list prepared by D. Henderson (.6). |
| Eric Rothman | 02/07/22 | 3.60 | Prepared draft amendment to upstream agreements (2.4); review, comment on Project Aurora issues list (1.2). |
| Rory Greiss | 02/10/22 | 2.50 | Prepare for videoconference with Purdue team and Aurora re: license agreement (.4); Participate in conference (1.5); Follow-up conference with Purdue team (.4); Correspondence with D. Henderson re: GPO contract review (.2). |
| Eric Rothman | 02/10/22 | 2.20 | Follow up call to telephone call negotiation session for Project Aurora (.6); telephone conference negotiation session for Project Aurora (1.6). |
| Danielle A. Henderson | 02/10/22 | 1.50 | Call with opposing counsel to discuss issues list. |
| Danielle A. Henderson | 02/11/22 | 1.00 | High level review of GPO agreements. |
| Rory Greiss | 02/14/22 | 0.40 | Review correspondence from Purdue team re: positions to take on several business points (.2); Correspondence with E. Rothman and D. Henderson re: revising agreement (.2). |
| Alexa D. Krantz | 02/14/22 | 0.50 | Review e-mail from D. Henderson regarding review of agreements (.1); Review Kaiser Permanente Medical Care Program Agreement (.4). |
| Rory Greiss | 02/15/22 | 1.60 | Review open issues on license agreement in preparation for conference with E. Rothman and D. Henderson (1.0); Videoconference with E. Rothman and D. Henderson re: revising license agreement (.6). |
| Eric Rothman | 02/15/22 | 0.60 | Teleconference with R. Greiss and D. Henderson for Project Aurora. |
| Danielle A. Henderson | 02/15/22 | 0.50 | Internal discussions on revisions to license agreement. |
| Alexa D. Krantz | 02/15/22 | 2.50 | Review nine agreements provided by Purdue (2.1); correspond with A&P re summary and analysis of agreements provided by Purdue (.4). |
| Alexa D. Krantz | 02/16/22 | 0.10 | E-mail with D. Henderson regarding analysis of certain agreements and their assignability. |
| Eric Rothman | 02/17/22 | 2.10 | Reviewed and commented on slide presentation. |
| Danielle A. Henderson | 02/17/22 | 3.50 | Revise license agreement. |

March 29, 2022                                                    Invoice # 30140544

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/18/22 | 3.70 | Review, comment on revised draft of license agreement (1.7); correspond with E. Rothman re same (.5); Review email summarizing review by A. Krantz and D. Henderson of assignment and other provisions of GPO contracts (.6); Correspondence with D. Henderson, E. Rothman and Purdue team re: revised draft and contract review (.9). |
| Eric Rothman | 02/18/22 | 1.80 | Reviewed and commented on draft agreement. |
| Danielle A. Henderson | 02/18/22 | 3.00 | Revise license agreement (1.0); review GPO contract due diligence (2.0). |
| Rory Greiss | 02/25/22 | 0.50 | Correspondence with Purdue team re: discussion on chargebacks, returns, etc. |
| **Total Hours** | | **43.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 13.70 | 1,250.00 | 17,125.00 |
| Eric Rothman | | 13.50 | 1,040.00 | 14,040.00 |
| | Subtotal: | **27.20** | | **31,165.00** |
| **Associate** | | | | |
| Danielle A. Henderson | | 13.50 | 905.00 | 12,217.50 |
| Alexa D. Krantz | | 3.10 | 630.00 | 1,953.00 |
| | Subtotal: | **16.60** | | **14,170.50** |
| **TOTAL** | | **43.80** | | **45,335.50** |

**Total Current Amount Due**                                    **$38,953.67**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

March 29, 2022
Invoice # 30140545
EIN 53-0208605

**Client/Matter # 1049218.00160**

Project Beckham

20210003188

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2022** | **13,618.50** |
| Discount: | <u>-2,042.78</u> |
| **Fee Total** | **11,575.72** |
| **Total Amount Due** | $      <u>**11,575.72**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**   Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022                                                                                    Invoice # 30140545

**(1049218.00160)**
**Project Beckham**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 02/02/22 | 2.10 | Project Beckham redline review. |
| Eric Rothman | 02/03/22 | 1.10 | Teleconference to discuss Beckham SDEA with Purdue team. |
| Tracey Klees | 02/03/22 | 0.50 | Video conference with Purdue team regarding project Beckham. |
| Rory Greiss | 02/04/22 | 1.40 | Review revisions to term sheet sent by Beckham (.5); Review correspondence from Purdue team re: next steps (.2); Review revised draft of license agreement prepared by E. Rothman (.7). |
| Eric Rothman | 02/04/22 | 1.10 | Teleconference with Purdue team and T. Klees re agreement (.5); project Beckham redline review (.6). |
| Tracey Klees | 02/04/22 | 1.10 | Video conference with Purdue team and Eric Rothman regarding licensing agreement (.5); prepare updates to licensing agreement (.6). |
| Eric Rothman | 02/07/22 | 1.80 | Correspond with Purdue team re Project Beckham open issues. |
| Louis S. Ederer | 02/07/22 | 0.50 | Office conference re Adhansia license agreement. |
| Eric Rothman | 02/08/22 | 1.20 | Prepared revised draft of Beckham license agreement. |
| Rory Greiss | 02/17/22 | 0.50 | Review and comment on slides to be presented to BOD. |
| Rory Greiss | 02/18/22 | 0.50 | Correspondence with Purdue team and E. Rothman re: slides for BOD presentation. |
| Eric Rothman | 02/18/22 | 1.20 | Reviewed and commented on slide presentation. |

**Total Hours**             **13.00**

March 29, 2022                                                                    Invoice # 30140545

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 2.40 | 1,250.00 | 3,000.00 |
| Eric Rothman | | 8.50 | 1,040.00 | 8,840.00 |
| | **Subtotal:** | **10.90** | | **11,840.00** |
| **Counsel** | | | | |
| Louis S. Ederer | | 0.50 | 1,285.00 | 642.50 |
| | **Subtotal:** | **0.50** | | **642.50** |
| **Associate** | | | | |
| Tracey Klees | | 1.60 | 710.00 | 1,136.00 |
| | **Subtotal:** | **1.60** | | **1,136.00** |
| | **TOTAL** | **13.00** | | **13,618.50** |

**Total Current Amount Due**                                        **$11,575.72**

# Arnold&Porter

**Purdue Pharma L.P.**                                      March 29, 2022
**Attn: Roxana Aleali**                                 Invoice # 30140546
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190


**For Legal Services Rendered through February 28, 2022**                1,273.00


Discount:                                                                 -190.95

**Fee Total**                                                            1,082.05


**Total Amount Due**                                            $        **1,082.05**


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 719451
                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 29, 2022                                                                 Invoice # 30140546

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Deborah L. Feinstein | 02/07/22 | 0.10 | Call with Purdue team re: communications issues. |
| Rory Greiss | 02/09/22 | 0.70 | Correspondence with Purdue team and A. Krantz re: current versions of documents. |
| Alexa D. Krantz | 02/09/22 | 0.40 | Review previous drafts of supply agreement, letter agreement, and authorization agreement (.2); email with R. Greiss regarding client request (.1); email with Purdue team to provide supply agreement, authorization agreement, and letter agreement (.1). |

**Total Hours**                    **1.20**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 0.10 | 1,460.00 | 146.00 |
| Rory Greiss | 0.70 | 1,250.00 | 875.00 |
| **Subtotal:** | **0.80** | | **1,021.00** |
| **Associate** | | | |
| Alexa D. Krantz | 0.40 | 630.00 | 252.00 |
| **Subtotal:** | **0.40** | | **252.00** |
| **TOTAL** | **1.20** | | **1,273.00** |

**Total Current Amount Due**                                                   **$1,082.05**

Page 1