KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*, [1]** | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**THIRTIETH MONTHLY FEE STATEMENT OF KING &
SPALDING LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Name of Applicant | King & Spalding LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |
| Date Order of Employment Signed | November 25, 2019 [Docket No. 543] |
| | August 18, 2021 [Docket No. 3596] |
| Period for Which Compensation and Reimbursement is Sought | February 1, 2022 through February 28, 2022 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| **Total Compensation Requested in this Statement** | $404,379.02<br>(80% of $505,473.77) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $404,379.02 |
| **This is a(n):**  __X__  Monthly Application  ___  Interim Application  ___  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July 7, 2021*, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

2

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2022 Through February 28, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $404,379.02, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $505,473.77) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $505,473.77 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $404,379.02.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]    The period from February 1, 2022 through and including February 28, 2022 is referred to herein as the "**Fee Period.**"

[3]    K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $260.47.[4]  The

blended hourly billing rate of all paraprofessionals is $213.75.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $404,379.02, which is

equal to 80% of the total amount of reasonable compensation for actual, necessary legal services

that K&S incurred in connection with such services during the Fee Period (*i.e.*, $505,473.77) and

(ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]    The blended hourly rate of $260.47 for attorneys is derived by dividing the total fees for attorneys of $501,840.02 by the total hours of 1,926.7.

[5]    The blended hourly rate of $213.75 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $3,633.75 by the total hours of 17.

Dated:   March 31, 2022
         New York, New York

                              **KING & SPALDING LLP**

                              */s/ Scott Davidson*
                              _____
                              Scott Davidson
                              1185 Avenue of the Americas
                              New York, New York  10036-2601
                              Telephone: (212) 556-2100
                              Facsimile:  (212) 556-2222

                              *Special Counsel to the Debtors and Debtors in
                              Possession*

## Exhibit A

## Fees by Project Category[6]

---

[6]    The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 73.3 | $64,846.00 |
| Appellate Briefs | 11.2 | $12,894.50 |
| Document Production (Defense) | 1,848.4 | $450,918.00 |
| Retention and Fee Applications | 8.1 | $9,517.50 |
| **TOTALS** | 1,941.0 | $538,176.00 |

## **Exhibit B**

**Professional & Paraprofessional Fees**[7]

---

[7]    The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. | $1,195.00 | 41.0 | $48,995.00 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 29.4 | $14,700.00 |
| Paul Mezzina | Partner; joined K&S 2020; admitted to California 2009, Washington, D.C. 2011 | $1,015.00 | 13.7 | $13,905.50 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 2.7 | $3,483.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 8.1 | $6,034.50 |
| **Discovery Counsel** | | | | |
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $350.00 | 68.7 | $24,045.00 |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | .4 | $140.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Privilege Review Attorneys** | | | | |
| Remy Jones | Privilege review attorney; joined K&S 2018; admitted to Georgia 2016 | $240.00 | 79.7 | $19,128.00 |
| Alex Panos | Privilege review attorney; joined K&S 2002; admitted to Georgia 1997 | $240.00 | 21.5 | $5,160.00 |
| Shannon Ziliak | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $240.00 | 13.4 | $3,216.00 |
| Jack Bunker | Privilege review attorney; joined K&S 2021; admitted to Georgia 2000 | $240.00 | 201.1 | $48,264.00 |
| Janine Burke | Privilege review attorney; joined K&S 2021; admitted to Maryland 2012 | $240.00 | 136.8 | $32,832.00 |
| Robert Casey | Privilege review attorney; joined K&S 2021; admitted to New York 2002 | $240.00 | 252.7 | $60,648.00 |
| Dominic Gallucci | Privilege review attorney; joined K&S 2021; admitted to Washington 2019 | $240.00 | 263.8 | $63,312.00 |
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2016 | $240.00 | 340.0 | $81,600.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $240.00 | 183.8 | $44,112.00 |
| Rebekah Spotts | Privilege review attorney; joined K&S 2021; admitted to New York 2011 | $240.00 | 269.9 | $64,776.00 |
| **Paralegals** | | | | |
| Dan Handley | Paralegal; joined K&S 1993 | $225.00 | 17.0 | $3,825.00 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|------------------|---------------|
| **TOTAL** | **$0.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10510412 |
| Invoice Date | 03/16/22 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 02/28/22:

| | | |
|---|---|---|
| Fees | $ | 62,900.50 |
| Less Courtesy Fee Discount (13.0%) | | -8,177.06 |
| **Total this Invoice** | **$** | **54,723.44** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | | Invoice No. 10510412 |
| 158001 | DOJ Opioid Marketing Investigations | | | Page 2 |
| 03/16/22 | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/01/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Garre, P. Fitzgerald, M. Huebner, team regarding bankruptcy and DOJ issues (2.4); listen to bankruptcy court hearing (0.9); review and edit materials regarding bankruptcy and DOJ issues (1.4) | 4.7 |
| 02/02/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Silbert, G. Garre, P. Mezzina regarding appellate brief (2.0); review materials regarding same (0.8) | 2.8 |
| 02/02/22 | P Mezzina | L520 | A105 | Conference with J. Bucholtz regarding strategy and issues on appeal | 0.4 |
| 02/03/22 | J Bucholtz | L120 | A107 | Confer with G. Garre, R. Silbert regarding appellate brief (1.1); review materials regarding same (0.7) | 1.8 |
| 02/03/22 | P Mezzina | L520 | A104 | Analysis regarding bankruptcy appeal issues | 1.8 |
| 02/04/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Garre, P. Mezzina regarding brief (1.6); review and comment on brief (2.2) | 3.8 |
| 02/04/22 | P Mezzina | L520 | A104 | Review draft brief and discuss with J. Bucholtz (0.9); analysis regarding issues on appeal (3.3) | 4.2 |
| 02/05/22 | P Mezzina | L120 | A102 | Analysis concerning bankruptcy appeal issues | 2.5 |
| 02/07/22 | J Bucholtz | L120 | A107 | Confer with J. Adams, F. Bivens, P. Mezzina regarding bankruptcy and DOJ issues (1.4); review and edit materials regarding bankruptcy and DOJ issues (2.8) | 4.2 |
| 02/07/22 | P Mezzina | L520 | A102 | Analysis regarding bankruptcy appeal issues (3.4); confer with J. Bucholtz regarding same (1.4) | 4.8 |
| 02/08/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, F. Bivens, M. Huebner, S. Birnbaum, team, Special Committee regarding bankruptcy and DOJ issues (2.3); review materials regarding bankruptcy and DOJ issues (0.8); edit brief (2.5); confer with M. Kesselman, G. Garre, team regarding brief (0.5) | 6.1 |
| 02/09/22 | J Bucholtz | L120 | A107 | Confer with G. Garre, J. Shinbrot, C. Ricarte, R. Silbert, team regarding brief | 1.2 |

08714      Purdue Pharma LP                                      Invoice No. 10510412
158001     DOJ Opioid Marketing Investigations                            Page 3
03/16/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | (0.6); review new draft of same (0.6) | |
| 02/10/22 | J Bucholtz | L120 | A103 | Review and revise appellate brief (3.8); confer with M. Kesselman, G. Garre, R. Silbert, C. Ricarte, M. Tobak, team regarding same (0.8) | 4.6 |
| 02/11/22 | J Bucholtz | L120 | A106 | Review and revise appellate brief (1.8); confer with M. Kesselman, R. Silbert, G. Garre, team regarding same (1.0) | 2.8 |
| 02/14/22 | J Bucholtz | L120 | A107 | Confer with J. Adams, F. Bivens regarding DOJ and bankruptcy issues | 0.7 |
| 02/15/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, M. Huebner, S. Birnbaum, F. Bivens, J. Shinbrot, team regarding bankruptcy and DOJ issues (1.1); review materials regarding same (0.2) | 1.3 |
| 02/16/22 | J Bucholtz | L120 | A107 | Confer with J. Bragg, team regarding bankruptcy and DOJ issues | 0.2 |
| 02/17/22 | J Bucholtz | L120 | A105 | Confer with E. Kim, team regarding bankruptcy issues | 0.2 |
| 02/18/22 | J Bucholtz | L120 | A105 | Confer with M. Huebner, J. Shinbrot, team regarding bankruptcy issues | 0.3 |
| 02/20/22 | J Bucholtz | L120 | A105 | Confer with M. Tobak, G. Garre, team regarding appeal issues | 0.2 |
| 02/22/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, F. Bivens, B. Kaminetzky, M. Huebner, Special Committee, team regarding bankruptcy and DOJ issues | 2.2 |
| 02/23/22 | J Bucholtz | L120 | A107 | Confer with J. Adams, B. Kaminetzky, F. Bivens, M. Huebner, A. Preis, M. Hurley, P. Fitzgerald, team regarding bankruptcy and DOJ issues | 3.2 |
| 02/25/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Aleali, M. Huebner, Board, team regarding bankruptcy and DOJ issues | 0.7 |
| | | | | | 54.7 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 41.0 | 1195.00 | 48,995.00 |
| Paul Mezzina | Partner | 13.7 | 1015.00 | 13,905.50 |
| Total | | 54.7 | | $62,900.50 |

08714     Purdue Pharma LP                                           Invoice No. 10510412
158001    DOJ Opioid Marketing Investigations                                    Page 4
03/16/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 43.5 | 44,833.28 |
| L520 | Appellate Briefs | 11.2 | 9,890.16 |
| | Total Fees | 54.7 | 54,723.44 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

| | | |
|---|---|---|
| Purdue Pharma LP | Invoice No. | 10510403 |
| Sent Electronically | Invoice Date | 03/16/22 |
| | Client No. | 08714 |
| | Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 02/28/22:

| | | |
|---|---|---|
| Fees | $ | 9,517.50 |
| Less Courtesy Fee Discount (13.0%) | | -1,237.27 |
| **Total this Invoice** | **$** | **8,280.23** |

*Payment is Due Upon Receipt*

08714    Purdue Pharma LP                                      Invoice No. 10510403
240001    Retention And Fee Application                                      Page 2
03/16/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| 02/01/22 | S Davidson | L120 | A104 | Review draft of December Monthly Fee Statement and revise (0.8); finalize December Monthly Fee Statement for filing (0.3); coordinate filing and service of December Monthly Fee Statement (0.4); e-mail to team regarding same and request LEDES data (0.2); request LEDES data and e-mail same to Fee Examiner (0.2) | 1.9 |
| 02/08/22 | S Davidson | L120 | A104 | E-mails regarding hourly rate increase notice (0.3); revisions to draft notice (0.3) | 0.6 |
| 02/10/22 | S Davidson | L120 | A104 | E-mails with J. Bucholtz regarding rate increase notice | 0.2 |
| 02/21/22 | L Shermohammed | L210 | A103 | Draft interim fee application | 1.1 |
| 02/22/22 | L Shermohammed | L210 | A103 | Continue drafting Interim fee application | 2.3 |
| 02/28/22 | L Shermohammed | L210 | A103 | Draft January monthly fee application | 4.7 |
| | | | | | 10.8 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| Scott Davidson | Counsel | 2.7 | 1290.00 | 3,483.00 |
| Leia Shermohammed | Associate | 8.1 | 745.00 | 6,034.50 |
| Total | | 10.8 | | $9,517.50 |

08714     Purdue Pharma LP                                          Invoice No. 10510403
240001    Retention And Fee Application                                        Page 3
03/16/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|-------|-------|
| L120 | Analysis/Strategy | 2.7 | 3,030.20 |
| L210 | Pleadings | 8.1 | 5,250.03 |
| | Total Fees | 10.8 | 8,280.23 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10509551 |
| Invoice Date | 03/14/22 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 02/28/22:

| | | |
|---|---|---|
| Fees | $ | 3,825.00 |
| Less Tiered Discount | | -191.25 |
| **Total this Invoice** | **$** | **3,633.75** |

*Payment is Due Upon Receipt*

44444      Purdue Pharma, LP (Document Matters)                              Invoice No. 10509551
190003     DOJ/NJ/ME                                                                      Page 2
03/14/22

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/01/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.5 |
| 02/02/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.2 |
| 02/03/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.7 |
| 02/04/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.5 |
| 02/07/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 02/08/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.7 |
| 02/09/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.5 |
| 02/10/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 02/11/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 02/14/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 02/15/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.7 |
| 02/16/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 02/17/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 02/18/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 02/21/22 | D Handley | L320 | A104 | Manage QC for privilege in connection | 0.9 |

44444    Purdue Pharma, LP (Document Matters)                    Invoice No. 10509551
190003   DOJ/NJ/ME                                               Page 3
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | with documents relating to the DOJ investigation | |
| 02/22/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.2 |
| 02/23/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 02/24/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.7 |
| 02/25/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.7 |
| 02/28/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| | | | | | 17.0 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Dan Handley | Paralegal | 17.0 | 225.00 | 3,825.00 |
| Total | | 17.0 | | $3,825.00 |

44444     Purdue Pharma, LP (Document Matters)                    Invoice No. 10509551
190003    DOJ/NJ/ME                                                          Page 4
03/14/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------|-------|
| L320 | Document Production (Defense) | 17.0 | 3,825.00 |
| | Total Fees | 17.0 | 3,825.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10509545 |
| Invoice Date | 03/14/22 |
| Client No. | 44444 |
| Matter No. | 795002 |

RE: Bankruptcy Insurance Matter
Client Matter Reference: 20210003073

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 02/28/22:

| | | |
|---|---|---:|
| Fees | $ | 393,416.00 |
| Less Tiered Discount | | -19,670.80 |
| **Total this Invoice** | **$** | **373,745.20** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10509545 |
|---|---|---|---|---|---|
| 795002 | Bankruptcy Insurance Matter | | | | Page 2 |
| 03/14/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/01/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 02/01/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.3 |
| 02/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.7 |
| 02/01/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/01/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/01/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.8 |
| 02/01/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.8 |
| 02/01/22 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 02/01/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.4 |
| 02/01/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/02/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.1 |
| 02/02/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance | 7.3 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10509545
795002     Bankruptcy Insurance Matter                                                           Page 3
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | review | |
| 02/02/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 02/02/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/02/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/02/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.1 |
| 02/02/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.6 |
| 02/02/22 | R Jones | L120 | A110 | Prepare documents for production | 1.2 |
| 02/02/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 12.9 |
| 02/02/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.2 |
| 02/03/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.1 |
| 02/03/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.3 |
| 02/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 02/03/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.2 |
| 02/03/22 | D Gallucci | L320 | A104 | Quality control for privilege in | 9.9 |

44444     Purdue Pharma, LP (Document Matters)                          Invoice No. 10509545
795002    Bankruptcy Insurance Matter                                              Page 4
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with custodial documents relating to the bankruptcy insurance review | |
| 02/03/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/03/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.0 |
| 02/03/22 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 02/03/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.2 |
| 02/03/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 02/04/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.2 |
| 02/04/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.1 |
| 02/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 02/04/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/04/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/04/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.4 |
| 02/04/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance | 9.8 |

44444   Purdue Pharma, LP (Document Matters)                         Invoice No. 10509545
795002   Bankruptcy Insurance Matter                                          Page 5
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | review | |
| 02/04/22 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 02/04/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.1 |
| 02/04/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.3 |
| 02/05/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.4 |
| 02/05/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.3 |
| 02/05/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 02/05/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.5 |
| 02/05/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 13.6 |
| 02/05/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 3.2 |
| 02/05/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/06/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.8 |
| 02/06/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.5 |
| 02/06/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to | 0.6 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10509545
795002     Bankruptcy Insurance Matter                                                          Page 6
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | ongoing case team and discovery requests | |
| 02/06/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/06/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 02/06/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.1 |
| 02/06/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 5.6 |
| 02/06/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/07/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.6 |
| 02/07/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.7 |
| 02/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |
| 02/07/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.9 |
| 02/07/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.2 |
| 02/07/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 13.4 |
| 02/07/22 | R Jones | L320 | A104 | Coordinate document review and | 9.4 |

44444       Purdue Pharma, LP (Document Matters)                               Invoice No. 10509545
795002      Bankruptcy Insurance Matter                                                    Page 7
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 02/07/22 | R Jones | L120 | A110 | Prepare documents for production | 1.2 |
| 02/07/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.1 |
| 02/07/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.0 |
| 02/08/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 02/08/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.1 |
| 02/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.6 |
| 02/08/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 02/08/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/08/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/08/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.2 |
| 02/08/22 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 02/08/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.5 |
| 02/08/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance | 9.6 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10509545 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 8 |
| 03/14/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | review | |
| 02/09/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.4 |
| 02/09/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 02/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 02/09/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/09/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/09/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 14.4 |
| 02/09/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.7 |
| 02/09/22 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 02/09/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 10.4 |
| 02/09/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.4 |
| 02/10/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.1 |
| 02/10/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.6 |
| 02/10/22 | K Burns | L320 | A104 | Coordinate document review and | 4.3 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10509545 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 9 |
| 03/14/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 02/10/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.2 |
| 02/10/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/10/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 14.2 |
| 02/10/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.4 |
| 02/10/22 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 02/10/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.6 |
| 02/10/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.0 |
| 02/11/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.8 |
| 02/11/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.1 |
| 02/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 02/11/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/11/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance | 9.8 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | Invoice No. 10509545 | |
| 795002 | Bankruptcy Insurance Matter | | | Page 10 | |
| 03/14/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | review | |
| 02/11/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 13.4 |
| 02/11/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 02/11/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 7.1 |
| 02/11/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/12/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.9 |
| 02/12/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 02/12/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/12/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.6 |
| 02/12/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.4 |
| 02/12/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.2 |
| 02/13/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 3.1 |
| 02/14/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance | 9.6 |

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10509545 |
| 795002 | Bankruptcy Insurance Matter | Page 11 |
| 03/14/22 | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | review | |
| 02/14/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.1 |
| 02/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.7 |
| 02/14/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/14/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/14/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/14/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 02/14/22 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 02/14/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 10.2 |
| 02/14/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/15/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.6 |
| 02/15/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.1 |
| 02/15/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.1 |
| 02/15/22 | R Casey | L320 | A104 | Quality control for privilege in | 9.9 |

44444    Purdue Pharma, LP (Document Matters)    Invoice No. 10509545
795002    Bankruptcy Insurance Matter    Page 12
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with custodial documents relating to the bankruptcy insurance review | |
| 02/15/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.0 |
| 02/15/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.7 |
| 02/15/22 | R Jones | L120 | A110 | Prepare documents for production | 1.2 |
| 02/15/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 7.3 |
| 02/15/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.4 |
| 02/16/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.9 |
| 02/16/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 02/16/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/16/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/16/22 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 02/16/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.7 |
| 02/16/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.6 |
| 02/17/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance | 6.9 |

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10509545
795002     Bankruptcy Insurance Matter                                         Page 13
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | review | |
| 02/17/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/17/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 02/17/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 7.2 |
| 02/17/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.3 |
| 02/18/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.6 |
| 02/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 02/18/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.0 |
| 02/18/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/18/22 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 02/18/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 9.7 |
| 02/18/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 02/19/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.9 |
| 02/19/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents | 10.2 |

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10509545 |
|---|---|---|
| 795002 | Bankruptcy Insurance Matter | Page 14 |
| 03/14/22 | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | relating to the bankruptcy insurance review | |
| 02/19/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.6 |
| 02/19/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/20/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/20/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/20/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 2.1 |
| 02/20/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.2 |
| 02/21/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.4 |
| 02/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 02/21/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/21/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/21/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.4 |
| 02/21/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents | 9.9 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10509545
795002     Bankruptcy Insurance Matter                                            Page 15
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the bankruptcy insurance review | |
| 02/22/22 | N Bass | L120 | A101 | Attend weekly insurance proceedings teleconference | 0.4 |
| 02/22/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.9 |
| 02/22/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.2 |
| 02/22/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/22/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 9.6 |
| 02/22/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/23/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.4 |
| 02/23/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 02/23/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/23/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/23/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 8.6 |
| 02/23/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |

44444      Purdue Pharma, LP (Document Matters)                                        Invoice No. 10509545
795002     Bankruptcy Insurance Matter                                                             Page 16
03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/24/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.6 |
| 02/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 02/24/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/24/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/24/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 9.7 |
| 02/24/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/25/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.7 |
| 02/25/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.6 |
| 02/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 02/25/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.4 |
| 02/25/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.9 |
| 02/25/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 10.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10509545 |
|---|---|---|
| 795002 | Bankruptcy Insurance Matter | Page 17 |
| 03/14/22 | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/25/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/26/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.2 |
| 02/26/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.1 |
| 02/26/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/26/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.3 |
| 02/26/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/27/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.3 |
| 02/27/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/27/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 02/27/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 02/28/22 | J Bunker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.1 |
| 02/28/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents | 8.9 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10509545 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 18 |
| 03/14/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the bankruptcy insurance review | |
| 02/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 02/28/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.3 |
| 02/28/22 | D Gallucci | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 02/28/22 | R Spotts | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| | | | | | 1601.0 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| Rose Jones | Partner | 19.3 | 500.00 | 9,650.00 |
| Nicole Bass | Discovery Counsel | 0.4 | 350.00 | 140.00 |
| Kassi Burns | Discovery Counsel | 37.4 | 350.00 | 13,090.00 |
| Remy Jones | Privilege Review Attorney | 79.7 | 240.00 | 19,128.00 |
| Jack Bunker | Privilege Review Attorney | 201.1 | 240.00 | 48,264.00 |
| Janine Burke | Privilege Review Attorney | 136.8 | 240.00 | 32,832.00 |
| Robert Casey | Privilege Review Attorney | 252.7 | 240.00 | 60,648.00 |
| Dominic Gallucci | Privilege Review Attorney | 263.8 | 240.00 | 63,312.00 |
| Austin Gibson | Privilege Review Attorney | 156.1 | 240.00 | 37,464.00 |
| Kathleen Lynch | Privilege Review Attorney | 183.8 | 240.00 | 44,112.00 |
| Rebekah Spotts | Privilege Review Attorney | 269.9 | 240.00 | 64,776.00 |
| Total | | 1601.0 | | 393,416.00 |

44444      Purdue Pharma, LP (Document Matters)                              Invoice No. 10509545
795002     Bankruptcy Insurance Matter                                                    Page 19
03/14/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L120 | Analysis/Strategy | 19.7 | 9,790.00 |
| L320 | Document Production (Defense) | 1581.3 | 383,626.00 |
| | Total Fees | 1601.0 | 393,416.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10509550 |
| Invoice Date | 03/14/22 |
| Client No. | 44444 |
| Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 02/28/22:

| | | |
|---|---|---|
| Fees | $ | 68,517.00 |
| Less Tiered Discount | | -3,425.85 |
| **Total this Invoice** | **$** | **65,091.15** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | | Invoice No. 10509550 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | | Page 2 |
| 03/14/22 | | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 02/01/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.2 |
| 02/02/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 02/02/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.6 |
| 02/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 02/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 02/06/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 02/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.7 |
| 02/07/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 3.7 |
| 02/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 02/08/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.9 |
| 02/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to | 3.2 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10509550
795001       3rd Party Subpoena Response-Document/Discovery                                      Page 3
             Services

03/14/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | ongoing case team and discovery requests | |
| 02/09/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 1.1 |
| 02/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 02/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 02/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.1 |
| 02/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 02/15/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.2 |
| 02/15/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.6 |
| 02/16/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.6 |
| 02/16/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.4 |
| 02/17/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.6 |
| 02/17/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.6 |
| 02/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery | 1.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10509550 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 4 |
| 03/14/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | requests | |
| 02/18/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.3 |
| 02/19/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 15.7 |
| 02/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 02/20/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 14.2 |
| 02/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 02/21/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 14.6 |
| 02/21/22 | R Jones | L120 | A110 | Prepare documents for production | 0.7 |
| 02/22/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 02/22/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.4 |
| 02/22/22 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 02/23/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 02/23/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.6 |
| 02/23/22 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 02/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.3 |
| 02/24/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents | 12.2 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10509550 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 5 |
| 03/14/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | relating to the DOJ review | |
| 02/24/22 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 02/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| 02/25/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 12.9 |
| 02/25/22 | R Jones | L120 | A110 | Prepare documents for production | 2.2 |
| 02/25/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 4.1 |
| 02/26/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 02/26/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 14.4 |
| 02/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 02/27/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 11.4 |
| 02/27/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 1.1 |
| 02/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 02/28/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.6 |
| 02/28/22 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 02/28/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.2 |
| | | | | | 260.2 |

44444      Purdue Pharma, LP (Document Matters)                                Invoice No. 10509550

795001      3rd Party Subpoena Response-Document/Discovery                   Page 6

             Services

03/14/22

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---:|---:|---:|
| Rose Jones | Partner | 10.1 | 500.00 | 5,050.00 |
| Kassi Burns | Discovery Counsel | 31.3 | 350.00 | 10,955.00 |
| Alex Panos | Privilege Review Attorney | 21.5 | 240.00 | 5,160.00 |
| Shannon Ziliak | Privilege Review Attorney | 13.4 | 240.00 | 3,216.00 |
| Austin Gibson | Privilege Review Attorney | 183.9 | 240.00 | 44,136.00 |
| Total | | 260.2 | | 68,517.00 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10509550
795001     3rd Party Subpoena Response-Document/Discovery                                         Page 7
           Services

03/14/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------|------|
| L120 | Analysis/Strategy | 10.1 | 5,050.00 |
| L320 | Document Production (Defense) | 250.1 | 63,467.00 |
| | Total Fees | 260.2 | 68,517.00 |