PULLMAN & COMLEY, LLC
Irve J. Goldman
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, Connecticut 06601-7006
Tel: (203) 330-2213
igoldman@pullcom.com

*Attorneys at various times for:*
*The State of CT*
*The States of CT, DE, RI, VT and WA*
*The States of CT, DE, RI, VT, OR and DC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.,* | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

**FIRST CONSOLIDATED MONTHLY FEE**
**STATEMENT OF PULLMAN & COMLEY, LLC**
**FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS COUNSEL TO**
**(i) THE STATE OF CT, (ii) THE STATES OF CT, DE, RI, VT**
**and WA AND (iii) THE STATES OF CT, DE, RI, VT, OR and DC**

| | |
|---|---:|
| Applicant: | Pullman & Comley, LLC |
| Retained to Provide Professional Services To: | **The State of CT** |
| Period for Which Compensation and Reimbursement is Sought: | February 25, 2021 through February 27, 2022 |
| Fees Incurred: | $317,792.00 |
| 20% Holdback: | $63,558.40 |
| Compensation Less 20% Holdback: | $254,233.60 |
| Expenses Incurred: | $656.06 |
| Fees and Expenses Requested: | $254,889.66 |

1

| | |
|---|---:|
| Applicant: | Pullman & Comley, LLC |
| Retained to Provide Professional Services To: | **The States of CT, DE, RI, VT and WA** |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2021 through December 21, 2021 |
| Fees Incurred: | $153,008.50 |
| 20% Holdback: | $30,601.70 |
| Compensation Less 20% Holdback: | $122,406.80 |
| Expenses Incurred: | $876.12 |
| Fees and Expenses Requested: | $123,282.92 |

| | |
|---|---:|
| Applicant: | Pullman & Comley, LLC |
| Retained to Provide Professional Services To: | **The States of CT, DE, RI, VT, OR and DC** |
| Period for Which Compensation and Reimbursement is Sought: | January 18, 2022 through February 28, 2022 |
| Fees Incurred: | $28,419.50 |
| 20% Holdback: | $5,689.90 |
| Compensation Less 20% Holdback: | $22,729.60 |
| Expenses Incurred: | $0 |
| Fees and Expenses Requested: | $22,729.60 |

<u>TOTAL FOR THE THREE PRECEDING MATTERS</u>

| | |
|---|---|
| Applicant: | Pullman & Comley, LLC |
| Retained to Provide Professional Services To: | **(i) The State of CT**<br>**(ii) The States of CT, DE, RI, VT and WA**<br>**(iii) The States of CT, DE, RI, VT, OR and DC** |
| Period for Which Compensation and Reimbursement is Sought: | February 25, 2021 through February 28, 2022 |
| Total Fees Incurred: | $499,220.00 |
| Total 20% Holdback: | $99,844.00 |
| Total Compensation Less 20% Holdback: | $399,376.00 |
| Total Monthly Expenses Incurred: | $1,532.18 |
| Total Fees and Expenses Requested: | $400,908.18 |

This is a __x__ monthly ____ interim ___ final application

Pullman & Comley, LLC ("<u>P&C</u>"), as counsel to (i) the State of Connecticut, (ii) the States of CT, DE, RI, VT and WA regarding the Joint Representation in the Appeal of the Chapter 11 Confirmation Order matter, and (ii) the Joint Representation of the States of CT, DE, RI, VT, OR and DC regarding the Post-Appeal matter (collectively referred to as the "<u>States</u>"), hereby submits this consolidated monthly statement of fees and disbursements (the "<u>First Consolidated Monthly Fee Statement</u>") covering the period from February 25, 2021 through and including February 28, 2022 (the "Compensation Period") in accordance with this Court's Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet [ECF No. 4503], Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [ECF No. 529] and the Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim

3

Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327, dated April 8, 2020 [ECF No. 1023].

By the First Consolidated Monthly Fee Statement, P&C requests (a) interim allowance and payment of compensation in the amount of $399,376.00 (80% of $499,220.00) for fees on account of reasonable and necessary professional services rendered to the States by P&C and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,532.18 incurred by P&C during the Compensation Period.

### FEES FOR SERVICES RENDRED DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each P&C professional and paraprofessional who provided services to the States during the Compensation Period. The rates changed by P&C for services rendered to the States are the same rates that P&C charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a complete itemization of tasks performed by P&C professionals and paraprofessionals who provided services to the States during the Compensation Period.[1]

### EXPENSES INCURRED DURING THE COMPENSTION PERIOD

**Exhibit C** sets forth a disbursement summary of expenses incurred by P&C in connection with services rendered to the States during the Compensation Period.

### NOTICE AND OBJECTION PROCEDURES

Notice of this First Consolidated Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the

---

[1] Certain time entries have been redacted, in part, to protect privileged or confidential information.

Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Christopher Robertson, Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gove; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Blauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this First Consolidated Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on April 14, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this First Consolidated Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this First Consolidated Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Consolidated Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: March 31, 2022
Bridgeport, CT

Respectfully submitted,

**PULLMAN & COMLEY, LLC**

By: */s/Irve J. Goldman*
Irve J. Goldman
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com

*Attorneys at various times for:*

*The State of CT*
*The States of CT, DE, RI, VT and WA*
*The States of CT, DE, RI, VT, OR and DC*