## Exhibit A

### Combined Timekeeper Summary as Attorneys for
### (i) the State of CT, (ii) the States of CT, DE, RI, VT and WA, and
### (iii) the States of CT, DE, RI, VT, OR and DC

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 828.0 | 467,820.00 |
| Steven J. Stafstrom, Partner | $435 | 2.6 | 1,131.00 |
| Nancy A. D. Hancock, Partner | $435 | .4 | 174.00 |
| Jonathan A. Kaplan, Partner | $425 | 12.1 | 4,961 |
| Stephen M. Cowherd, Partner | $530 | .5 | 265.00 |
| Michael A. Kurs, Partner | $550 | 4.6 | 2,530.00 |
| Dana M. Hrelic, Counsel | $300 | 36.2 | 10,086.00 |
| Johanna S. Katz, Associate | $300 | 11.2 | 3,360.00 |
| Nicole M. Riel, Associate | $300 | 12.9 | 3,870.00 |
|  | $325 | 6.8 | 2,210.00 |
| Snigdha Mamillapali, Associate | $300 | 4.7 | 1,410.00 |
| Kristen F. Perkins, Paralegal | $170 | 3.7 | 629.00 |
| Total Hours |  | 923.7 |  |
| Total Fees |  |  | $499,220.00 |

**Timekeeper Summary as Attorneys for State of CT – Matter 81979.1**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 510.8 | 288,602.00 |
| Steven J. Stafstrom, Partner | $435 | 2.6 | 1,131.00 |
| Nancy A. D. Hancock, Partner | $435 | .4 | 174.00 |
| Jonathan A. Kaplan, Partner | $425 | 12.1 | 4,961.00 |
| Stephen M. Cowherd, Partner | $530 | .5 | 265.00 |
| Michael A. Kurs, Partner | $550 | 4.6 | 2,530.00 |
| Dana M. Hrelic, Counsel | $300 | 36.2 | 10,860.00 |
| Johanna S. Katz, Associate | $300 | 11.2 | 3,360.00 |
| Nicole M. Riel, Associate | $300 | 12.9 | 3,870.00 |
| Snigdha Mamillapali, Associate | $300 | 4.7 | 1,410.00 |
| Kristen F. Perkins, Paralegal | $170 | 3.7 | 629.00 |
| Total Hours | | 599.7 | |
| Total Fees | | | $317,792.00 |

**Timekeeper Summary as Attorneys for States of CT, DE, RI, VT and WA – Matter 82754.1**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 266.9 | 150,798.50 |
| Nicole M. Riel, Associate | $325 | 6.8 | 2,210.00 |
| Total Hours | | 273.7 | |
| Total | | | 153,008.50 |

**Timekeeper Summary as Attorneys for**
**The States of CT, DE, RI, VT, OR and DC – Matter 82754.3**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 50.33 | 28,419.50 |
| Total Hours | | 50.33 | |
| Total | | | $28,419.50 |