# Exhibit C

## Disbursement Summary and Receipts of Expenses

| | |
|---|---|
| Express Mail | $21.75 |
| Filing Fees | 298.00 |
| On-line Legal Research | 336.31 |
| Transcripts | 750.00 |
| External Telephone Charge | 18.81 |
| Travel and Related Expenses | 107.31 |
| Total | $1,532.18 |