Honorable judge Robert D. Drain                    03-20-22

My name is Glenn Dawson. Doc# 983285
Birthdate is ▓▓▓▓▓
My claim# is (628710)

In reegrad to: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD) United States Bankruptcy Court for the Southern District of New York.
I am writing this letter to request that you would allow my claim number to be included in the purdue pharma lawsuit.
Due to the pandemic I have had no access to the law librery, visitation, ect. I have no resources at all. I have been incarcerated through this pandemic.

Thank you for your time

Glenn O Dawson

03-20-22