Date 3-16-2022

To:
Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarrapas Street
White Plains, NY 10601

From:
James Roland Spragberry DOC# 873555
DOB ████████
Claim Number 628713

In re:
Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

I'm writing because I'm currently incarcerated in Washington State Penitentiary which due to Covid-19 has been on quarentee. In here I have no access to the internet, law library as well as no visitations. I also have no family to ask for assistance with getting on the internet on my behalf. Please include me in the Purdue Class action lawsuit, I've submitted a Claim and my Claim Number is listed above.

The only way I can recieve information in here is the U.S. Mail due to not having access to the internet.

James R. Sprayberry #873555
Washington State Penitentiary
Unit 8-C-7-2
1313 N. 13th St.
Walla Walla WA 99362

Respectfully,

James R. Sprayberry

Dated March 16th 2022