DATE 3-19-22

DEAR HONORABLE JUDGE ROBERT D. DRAIN

MY NAME IS OTIS WILLIAM DAHMAN. DOC #723000, MY DOB IS ~~[redacted]~~ MY CLAIM NUMBER 628820 I AM WRITING THIS LETTER TO REQUEST THAT YOU WOULD ALLOW MY CLAIM NUMBER TO BE INCLUDED IN THE PURDUE PHARMA LAWSUIT, DUE TO THE PANDEMIC I HAVE HAD NO ACCESS TO THE LAW LIBRARY, VISITATION, ECT I HAVE ZERO RESOURCES AT ALL PURDUE PHARMA HAS DESTOYED MY WHOLE LIFE I HAVE BEEN INCARCERATED THROUGH THIS LONG PANDEMIC

RESPECTFULY

OTIS W DAHMAN #723000

[signature]

WSP-MSU
1313 N. 13th AVE
WALLA WALLA WA, 99362

OTIS DAHMAN 733209
WASHINGTON STATE PENITENTIARY
UNIT 8 F16 U
WALLA WALLA, WA. 99362

SPOKANE WA 990
24 MAR 2022 PM 1 L

HON. JUDGE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET,
WHITE PLAINS, NY. 10601

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.