3-19-22

Dear Honorable Drain

I'm writing you this letter on behalf of the Purdue Pharma Lawsuit,

My name is Christopher Allan Freeman Dob ▓▓▓▓ my claim number is 628754 Please accept my claim number I've been incarcerated and due to the covid Pandemic I've not had resources like the law library ect. I've been really pro-active for my release in 1 months, I've no resources when I'm released.

Thank you.

Chris A Freeman

*[signature]*

Christopher Allen [illegible] #764226
Washington State Penitentiary
1313 N. 13th Ave
Walla Walla, Wa, 99362

8-F-9

SPOKANE WA 990
24 MAR 2022 PM 1 L

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

Judge Robert D. Draw
United States Bankruptcy Court
Southern District of NEW YORK
300 QUAROPAS St.
White Plains, NY, 10601

10601-414000