11/29/2021
03/24/2022

Dear Judge Drain;

My name is Regina Hapgood and my son Richard A Coelho Jr. died on 3/24/2013 from an overdose. I am involved with the
case against the Purdue Company. I have tried many times to write you this letter and each time as I was overcome with grief.
There are 2 dates for this letter, the day I began and the day I choose to end. Each day is different as grief has no end, just some days are more managable than others. The reason I am typing you this letter is because
eventhough money compensation will never bring my son back to life, I feel as though the Sackler family number one concern is their
own well being and not to those who have suffered from their greed. I was appauld and hurt to receive an email from the law firm
Ask.com, that the compenstion would be any amount from $1,500 - $40,000 per victim depending on their each case. I pray this is not true
My son was an active and healthy young man, he was employed as an outboard marine mechanic and was well know though out Cape Cod
for his work ethics. He was hit by a vechicle while driving his motorcycle, and was perscribed pain medicaion and became addicted.

Life for Richard, myself, his relationship to the mother of his 2 daughter's who have little memory of their dad and his close family was
never the same. I would never had emagined the pain he went thru and the pain I endured trying to get him the help he needed to get clean.
When he was found unconsious on 3/18/2013 and spent 6 days on life support, and hearing the medical team that worked endlessly to help
save his life, to tell me that he would not survive on his own. The hardest decision I have ever made as a parent was to sign the forms to
stop all support. On 3/24/2013 at 5;30pm my beloved sons heart stopped dancing. My life chanded forever and I will never be the woman
I once was. People say you cant put a price on another ones life but the Sackler family and the courts have.

Sincerely
Regina A Hapgood

*Regina A. Hapgood*

Regina Hapgood
PO Box 147
Buzzards Bay, MA 02532

CERTIFIED MAIL

7021 2720 0001 8188 2504

U.S. POSTAGE PAID
FCM LETTER
BUZZARDS BAY, MA
02532
MAR 26, 22
AMOUNT
$4.33
R2305E123971-06

Judge Robert Drain
US Bankruptcy Court
Southern District of New York
300 Quarropass Street,
White Plains, New York   10601