KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**TWENTY-NINTH MONTHLY FEE STATEMENT
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP,
CO-COUNSEL TO THE AD HOC COMMITTEE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | February 1, 2022 through and including February 28, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $524,028.00 |
| **Current Fee Request** | $419,222.40 (80% of $524,028.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $7,164.36 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $426,386.76 |
| **Total Fees and Expenses Inclusive of Holdback** | $531,192.36 |
| **This is a(n):**  X monthly  ___interim application  ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| **Date Filed/ Docket No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees and Expenses** |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| 9/9/2021 3746 | 6/1/2021- 6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
|---|---|---|---|---|---|---|
| 9/15/2021 3768 | 7/1/2021- 7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021- 8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021- 9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021- 10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $255,285.00 |
| 2/16/2022 4360 | 11/1/2021- 11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $253,437.70 |
| 2/16/2022 4361 | 12/1/2021- 12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $93,248.50 |
| 3/17/2022 4559 | 1/1/2022- 1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $840,575.99 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Twenty-Ninth Monthly Fee Statement (the "**Statement**") for the period of February 1, 2022 through and including February 28, 2022 (the "**Monthly Fee Period**").

**Itemization of Services Rendered by Applicant**

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their

respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,207.50.[2]  The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

## Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $508,476.00 by the total hours of 421.10.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $15.552.00 by the total hours of 32.40.

100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $419,222.40, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $7,164.36.

Dated: New York, New York
     April 1, 2022

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
        rringer@kramerlevin.com
        cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**EXHIBIT A**

**SUMMARY OF FEES BY PROJECT CATEGORY**

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00003 | Business Operations | 1.90 | $2,979.50 |
| 00004 | Case Administration | 1.10 | $528.00 |
| 00006 | Employment and Fee Applications | 16.80 | $14,553.00 |
| 00008 | Litigation | 310.50 | $328,579.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 52.60 | $72,153.50 |
| 00011 | Plan and Disclosure Statement | 70.60 | $105,235.00 |
| **TOTAL** | | **453.50** | **$524,028.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 89.20 | $108,378.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 76.40 | $128,734.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1580 | 5.00 | $7,900.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1315 | 13.60 | $17,884.00 |
| Adam C. Rogoff | Partner | 1989 | Creditors' Rights | 1555 | 3.10 | $4,820.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 0.40 | $560.00 |
| Jonathan M. Wagner | Partner | 1984 | Litigation | 1500 | 9.80 | $14,700.00 |
| Joseph A Shifer | Special Counsel | 2010 | Creditors' Rights | 1195 | 29.80 | $35,611.00 |
| Elan Daniels | Associate | 2009 | Creditors' Rights | 1195 | 0.80 | $956.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1110 | 91.90 | $102,009.00 |
| Declan Kelly | Associate | 2021 | Creditors' Rights | 785 | 82.20 | $64,527.00 |
| Daniel Lennard | Associate | 2014 | Litigation | 1185 | 18.90 | $22,396.50 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 32.00 | $15,360.00 |
| Jacqueline Kindler | Paralegal | N/A | Creditors' Rights | 480 | 0.40 | $192.00 |
| | **TOTAL** | | | | **453.50** | **$524,028.00** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $32.88 |
| Data Hosting Charges | $2,100.69 |
| Lexis Online Research | $2,033.33 |
| Pacer Online Research | $132.00 |
| Photocopying | $156.00 |
| Postage | $8.16 |
| Transcript Fees | $102.00 |
| Westlaw Online Research | $2,599.30 |
| **TOTAL EXPENSES** | **$7,164.36** |

**EXHIBIT D**

# Kramer Levin



March 31, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 848873
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through February 28, 2022.**

| | |
|---|---:|
| Fees | $524,028.00 |
| Disbursements and Other Charges | 7,164.36 |
| **TOTAL BALANCE DUE** | **$531,192.36** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



March 31, 2022
Invoice #: 848873
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through February 28, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---:|---:|---:|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $7,164.36 | **$7,164.36** |
| 072952-00003 | Business Operations | 2,979.50 | 0.00 | **2,979.50** |
| 072952-00004 | Case Administration | 528.00 | 0.00 | **528.00** |
| 072952-00006 | Employment and Fee Applications | 14,553.00 | 0.00 | **14,553.00** |
| 072952-00008 | Litigation | 328,579.00 | 0.00 | **328,579.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 72,153.50 | 0.00 | **72,153.50** |
| 072952-00011 | Plan and Disclosure Statement | 105,235.00 | 0.00 | **105,235.00** |
| **Subtotal** | | **524,028.00** | **7,164.36** | **531,192.36** |
| **TOTAL CURRENT INVOICE** | | | | **$531,192.36** |



March 31, 2022
Invoice #: 848873
072952-00001
Page 3

**Asset Analysis and Recovery**

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $32.88 |
| Data Hosting Charges | 2,100.69 |
| Lexis Online Research | 2,033.33 |
| Pacer Online Research | 132.00 |
| Photocopying | 156.00 |
| Postage | 8.16 |
| Transcript Fees | 102.00 |
| Westlaw Online Research | 2,599.30 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$7,164.36** |



March 31, 2022
Invoice #: 848873
072952-00003
Page 4

**Business Operations**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 1.30 | $2,190.50 |
| Ringer, Rachael L. | Partner | 0.60 | 789.00 |
| **TOTAL FEES** | | **1.90** | **$2,979.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/24/2022 | Eckstein, Kenneth H. | Review HRT materials and call re same with Houlihan (0.7). | 0.70 | $1,179.50 |
| 2/25/2022 | Ringer, Rachael L. | Attend portion of call with Debtors re: HRT (0.6). | 0.60 | 789.00 |
| 2/25/2022 | Eckstein, Kenneth H. | Attend call with Debtors re HRT (0.6). | 0.60 | 1,011.00 |
| **TOTAL** | | | **1.90** | **$2,979.50** |



March 31, 2022
Invoice #: 848873
072952-00004
Page 5

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 1.10 | $528.00 |
| **TOTAL FEES** | | **1.10** | **$528.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/4/2022 | Kane, Wendy | Calls and emails w/ vendor re transcript. | 0.20 | $96.00 |
| 2/7/2022 | Kane, Wendy | Review dockets and update internal case records (0.4). | 0.40 | 192.00 |
| 2/23/2022 | Kane, Wendy | Review dockets and update internal case records. | 0.20 | 96.00 |
| 2/28/2022 | Kane, Wendy | Review docket and update case calendar; register KL team for March 2 hearing. | 0.30 | 144.00 |
| **TOTAL** | | | **1.10** | **$528.00** |



March 31, 2022
Invoice #: 848873
072952-00006
Page 6

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 1.80 | $2,187.00 |
| Gange, Caroline | Associate | 8.20 | 9,102.00 |
| Kane, Wendy | Paralegal | 6.40 | 3,072.00 |
| Kindler, Jacqueline | Paralegal | 0.40 | 192.00 |
| **TOTAL FEES** | | **16.80** | **$14,553.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Gange, Caroline | Review December fee statement for privilege/confidentiality and compliance with UST guidelines (0.6); review and coordinate w/ other AHC professionals re filing fee statements (0.5). | 1.10 | $1,221.00 |
| 2/1/2022 | Kane, Wendy | Revise December fee statement per attorney comments. | 0.40 | 192.00 |
| 2/2/2022 | Gange, Caroline | Emails w/ D. Blabey and R. Ringer re fee statements (0.2); further review November/December fee statements for privilege and confidentiality and compliance with UST guidelines (1.2). | 1.40 | 1,554.00 |
| 2/2/2022 | Kane, Wendy | Review December fee statement for compliance with UST guidelines and local rules (1.8); email C. Gange re same (0.1). | 1.90 | 912.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  PARIS



March 31, 2022
Invoice #: 848873
072952-00006
Page 7

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/4/2022 | Kane, Wendy | File Gilbert twenty-sixth and twenty-seventh monthly fee statements (0.4). | 0.40 | 192.00 |
| 2/14/2022 | Blabey, David E. | Review November and December fee statements. | 1.80 | 2,187.00 |
| 2/14/2022 | Gange, Caroline | Edit November and December fee statements and finalize for filing. | 1.00 | 1,110.00 |
| 2/14/2022 | Kane, Wendy | Revise fee statements per attorney comments (0.4); emails w/ C. Gange and F. Arias re same (0.1); revise November fee statement and exhibits (0.5). | 1.00 | 480.00 |
| 2/15/2022 | Gange, Caroline | Coordinate filing KL November and December fee statements. | 0.20 | 222.00 |
| 2/16/2022 | Kane, Wendy | Prepare December fee statement and exhibits (0.9); emails w/ C. Gange re same (0.1); file and service of same (0.4). | 1.40 | 672.00 |
| 2/23/2022 | Gange, Caroline | Review and edit January fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.30 | 1,443.00 |
| 2/24/2022 | Gange, Caroline | Review January fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.20 | 1,332.00 |
| 2/24/2022 | Kane, Wendy | Review January fee statement for compliance with UST guidelines and local rules; email C. Gange re same. | 0.90 | 432.00 |
| 2/25/2022 | Gange, Caroline | Coordinate filing of AHC professional invoices. | 0.30 | 333.00 |



March 31, 2022
Invoice #: 848873
072952-00006
Page 8

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/25/2022 | Kindler, Jacqueline | File fee statements and correspondence w/ KL team and co-counsel re same. | 0.40 | 192.00 |
| 2/28/2022 | Gange, Caroline | Review January fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.70 | 1,887.00 |
| 2/28/2022 | Kane, Wendy | Prepare Houlihan November and December fee statements for filing; file same and serve. | 0.40 | 192.00 |
| **TOTAL** | | | **16.80** | **$14,553.00** |



March 31, 2022
Invoice #: 848873
072952-00008
Page 9

**Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 79.00 | $95,985.00 |
| Eckstein, Kenneth H. | Partner | 12.00 | 20,220.00 |
| Ringer, Rachael L. | Partner | 1.40 | 1,841.00 |
| Rosenbaum, Jordan M. | Partner | 0.40 | 560.00 |
| Wagner, Jonathan M. | Partner | 9.60 | 14,400.00 |
| Shifer, Joseph A. | Spec Counsel | 25.10 | 29,994.50 |
| Gange, Caroline | Associate | 67.00 | 74,370.00 |
| Kelly, Declan | Associate | 72.80 | 57,148.00 |
| Lennard, Daniel | Associate | 18.90 | 22,396.50 |
| Kane, Wendy | Paralegal | 24.30 | 11,664.00 |
| **TOTAL FEES** | | **310.50** | **$328,579.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Rosenbaum, Jordan M. | Attend portion of hearing on PI motion. | 0.40 | $560.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 10

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Blabey, David E. | Draft statement of the case for appellate brief (6.3); edits to preliminary statement (1.8); emails with W. Kane and S. Ford re Form C (0.3); attend hearing on preliminary injunction extension (0.6); call with D. Lennard re appeal research (0.2). | 9.20 | 11,178.00 |
| 2/1/2022 | Eckstein, Kenneth H. | Prepare for (0.6) and attend hearing on PI motion (0.6). | 1.20 | 2,022.00 |
| 2/1/2022 | Shifer, Joseph A. | Attend PI hearing (0.6), research re claims issues to revise memo re same (3.9). | 4.50 | 5,377.50 |
| 2/1/2022 | Lennard, Daniel | Call with D. Blabey re appeal (0.2); legal research for appeal brief (6.6). | 6.80 | 8,058.00 |
| 2/1/2022 | Kelly, Declan | Attend preliminary injunction extension hearing (0.6); draft memo on appellate issues (6.9); research appellate rules and update memo (1.1). | 8.60 | 6,751.00 |
| 2/1/2022 | Gange, Caroline | Attend preliminary injunction hearing (0.6); review pleadings re same (0.7); emails w/ AHC professionals re same (0.3). | 1.60 | 1,776.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 11

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/1/2022 | Kane, Wendy | Numerous emails w/ D. Blabey and S. Ford re Form C (0.4); call w/ S. Ford re same (0.1); review all exhibits to Form C for searchability (0.6); revise exhibit PDF print method per court (0.4); further emails w/ S. Ford (0.2); coordinate with office services re scanning exhibits (0.2); page proof check and OCR all scanned exhibits and prepare same for filing (0.9). | 2.80 | 1,344.00 |
| 2/2/2022 | Blabey, David E. | Emails with D. Kelly and D. Lennard re appellate brief (0.4); draft best interests section of brief (3.3); draft due process section of brief (3.1); review case law on standard and scope of appellate review and discretion (2.5). | 9.30 | 11,299.50 |
| 2/2/2022 | Shifer, Joseph A. | Research re claims issues (4.1), revise memo re same (0.7). | 4.80 | 5,736.00 |
| 2/2/2022 | Lennard, Daniel | Legal research re jurisdiction issues on appeal to Second Circuit. | 0.90 | 1,066.50 |
| 2/2/2022 | Kelly, Declan | Draft memo on appellate issues (6.2); research appellate procedure (0.3). | 6.50 | 5,102.50 |
| 2/2/2022 | Gange, Caroline | Further research re and edits to memo re claims issues (4.0); emails w/ J. Shifer re same (0.3). | 4.30 | 4,773.00 |
| 2/3/2022 | Wagner, Jonathan M. | Review motion to extend preliminary injunction. | 0.10 | 150.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 12

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/3/2022 | Blabey, David E. | Draft remaining sections of appellate brief (5.1); review Mallinckrodt decision (0.4); review and edit appellate brief (1.5); emails with KL team re preliminary injunction motion (0.3). | 7.30 | 8,869.50 |
| 2/3/2022 | Shifer, Joseph A. | Emails with D. Blabey re claims issues memo (0.2), revisions to same (8.0), emails with C. Gange re same (0.5). | 8.70 | 10,396.50 |
| 2/3/2022 | Kelly, Declan | Draft appellate chart (1.1). | 1.10 | 863.50 |
| 2/3/2022 | Gange, Caroline | Review documents re insurance adversary proceeding (5.0); emails w/ D. Blabey and J. Hudson re same (0.3); review PI extension motion (0.5). | 5.80 | 6,438.00 |
| 2/3/2022 | Gange, Caroline | Further research re client memo re claims issues (1.8); emails w/ J. Shifer re same (0.2). | 2.00 | 2,220.00 |
| 2/4/2022 | Blabey, David E. | Review Robbins Russell email re brief (0.2); call with Robbins Russell team re edits to brief (0.8) and emails to K. Eckstein re same (0.2); edits to appellate brief (1.6). | 2.80 | 3,402.00 |
| 2/4/2022 | Shifer, Joseph A. | Revise claims issues memo (4.8), emails with C. Gange and D. Blabey re same (1.0). | 5.80 | 6,931.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 13

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/4/2022 | Gange, Caroline | Review docs re insurance adversary proceeding (4.5); call w/ D. Kelly re same (0.2); legal research re client next steps memo (0.6); emails w/ J. Shifer re same (0.3); draft and edit memo (3.1). | 8.70 | 9,657.00 |
| 2/4/2022 | Lennard, Daniel | Review draft appeal brief and cite-check same. | 1.00 | 1,185.00 |
| 2/4/2022 | Kelly, Declan | Calls w/ C. Gange re: doc review (1.0); review documents re insurance adversary (3.9). | 4.90 | 3,846.50 |
| 2/6/2022 | Blabey, David E. | Call with Debtor, MSGE and UCC counsel re appellate briefs (0.8); incorporate comments to brief from Robbins Russell (3.5). | 4.30 | 5,224.50 |
| 2/6/2022 | Eckstein, Kenneth H. | Call with appellants re Second Circuit briefing (0.8); review draft brief, comment (1.4). | 2.20 | 3,707.00 |
| 2/7/2022 | Blabey, David E. | Review and comment on J. Shifer and C. Gange memo on claims issues (1.2). | 1.20 | 1,458.00 |
| 2/7/2022 | Blabey, David E. | Review and comment on Robbins Russell turn of the appellate brief (1.7); exchange multiple emails with co-counsel and DPW team re finalizing the brief and appendix (0.7). | 2.40 | 2,916.00 |
| 2/7/2022 | Eckstein, Kenneth H. | Review and comment on draft appellate brief (1.5). | 1.50 | 2,527.50 |
| 2/7/2022 | Shifer, Joseph A. | Review D. Blabey comments to memo (0.4), emails with D. Blabey and C. Gange re same (0.2). | 0.60 | 717.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 14

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/7/2022 | Kelly, Declan | Review documents re insurance adversary (1.0). | 1.00 | 785.00 |
| 2/7/2022 | Lennard, Daniel | Review and edit appeal brief (1.2); communications with appeal litigation team re brief, record, and appendix (0.3). | 1.50 | 1,777.50 |
| 2/7/2022 | Gange, Caroline | Review/edit memo re claims (2.8); emails w/ D. Blabey and J. Shifer re same (0.3). | 3.10 | 3,441.00 |
| 2/8/2022 | Blabey, David E. | Call with KL team re finalizing brief (0.2) and emails with team re same (0.2); multiple emails with co-counsel re finalizing brief (0.5); incorporate edits to brief from clients and co-counsel (5.3). | 6.20 | 7,533.00 |
| 2/8/2022 | Shifer, Joseph A. | Review revised memo (0.7). | 0.70 | 836.50 |
| 2/8/2022 | Kelly, Declan | Review documents re insurance adversary (0.8). | 0.80 | 628.00 |
| 2/8/2022 | Lennard, Daniel | Call with litigation appeal team re filing and brief prep (0.2); prep for same (0.6); attend call with Counsel Press re same (0.2). | 1.00 | 1,185.00 |
| 2/8/2022 | Gange, Caroline | Review and cite check Second Circuit draft brief (4.7), call w/ KL team re same (0.2), emails w/ KL team re: same (0.2). | 5.10 | 5,661.00 |
| 2/8/2022 | Kelly, Declan | Call re: appeal prep w/ D. Blabey, D. Lennard, C. Gange, W. Kane (0.2); review cites in brief (0.5). | 0.70 | 549.50 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 15

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/8/2022 | Kane, Wendy | Call w/ KL team re appellate brief (0.2); call w/ Counsel Press re same (0.2); call w/ D. Blabey, D. Lennard and Counsel Press re appellate brief (0.2); review cross appeal and prepare updated cover sheet for brief (0.3); review brief and bluebook cites (0.7); email D. Kelly re same (0.1); emails w/ S. Ford and Counsel Press re brief (0.5). | 2.20 | 1,056.00 |
| 2/9/2022 | Wagner, Jonathan M. | Review appeal briefs. | 1.50 | 2,250.00 |
| 2/9/2022 | Blabey, David E. | Review and edit appellate brief (1.3); review debtors' brief (2.0) and UCC's brief (1.0); further edits to AHC's brief (2.0); call with K. Eckstein re same (0.3); review case law on vacatur (0.8). | 7.40 | 8,991.00 |
| 2/9/2022 | Eckstein, Kenneth H. | Review and comment on appellate brief (1.2); call with D. Blabey re same (0.3). | 1.50 | 2,527.50 |
| 2/9/2022 | Kelly, Declan | Cite check Second Circuit draft brief (4.7), emails w/ KL team re: same (0.4). | 5.10 | 4,003.50 |
| 2/9/2022 | Kelly, Declan | Review documents re insurance adversary (3.0). | 3.00 | 2,355.00 |
| 2/9/2022 | Lennard, Daniel | Review brief and joint and special appendix lists (2.0); communications with KL team re same (0.5). | 2.50 | 2,962.50 |
| 2/9/2022 | Gange, Caroline | Review docs for insurance adversary proceeding (2.5); emails w/ J. Hudson re litigation adversary issues (0.4). | 2.90 | 3,219.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 16

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/9/2022 | Kane, Wendy | Calls and emails w/ D. Lennard re joint appendix (0.3); emails w/ D. Blabey and Counsel Press re brief (0.2); prepare spreadsheet of designations for joint appendix and special appendix (1.6); prepare notices of appearance for R. Ringer and D. Blabey (0.3); emails w/ S. Ford re same and Counsel Press re appearances for co-counsel (0.2); proof cover from Counsel Press and send comments (0.1); revise record designation spreadsheet to include JX designations (0.8). | 3.50 | 1,680.00 |
| 2/10/2022 | Wagner, Jonathan M. | Review draft appeal briefs. | 1.00 | 1,500.00 |
| 2/10/2022 | Blabey, David E. | Email with co-counsel re brief (0.5) and follow-up with K. Eckstein and R. Ringer (0.5); call with Debtors' counsel re briefs (0.5); edits to brief (2.4); call with Akin and DPW re brief (0.4) and emails with Robbins Russell re same (0.5); call with D. Lennard and W. Kane re briefing (0.2); proof and edit brief (2.3); incorporate comments to brief from co-counsel (2.5); emails with co-counsel and FTI re brief (0.5). | 10.30 | 12,514.50 |
| 2/10/2022 | Eckstein, Kenneth H. | Review appellate brief, correspond re same (0.8). | 0.80 | 1,348.00 |
| 2/10/2022 | Eckstein, Kenneth H. | Review issues re PI (0.4). | 0.40 | 674.00 |
| 2/10/2022 | Lennard, Daniel | Preparing appeal brief and appendices for filing (1.1); call with D. Blabey and W. Kane re filing and service (0.2); calls with Counsel Press re same (0.2). | 1.50 | 1,777.50 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 17

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/10/2022 | Kelly, Declan | Review documents re insurance adversary (4.8). | 4.80 | 3,768.00 |
| 2/10/2022 | Kelly, Declan | Insert Special Appendix cites to draft brief (2.2). | 2.20 | 1,727.00 |
| 2/10/2022 | Gange, Caroline | Review docs for insurance adversary proceeding (3.0); review issues re 2nd circuit brief (0.4); emails w/ D. Blabey re same (0.2). | 3.60 | 3,996.00 |
| 2/10/2022 | Kane, Wendy | Call w/ D. Blabey and D. Lennard re brief (0.2); call w/ Counsel Press (0.2); further revise joint appendix designations (0.5); review emails from KL team and debtor's counsel re same (0.2); emails w/ D. Lennard re same (0.1); calls and emails w/ co-counsel and S. Ford re notices of appearance (0.4); serve NOAs on pro se parties (0.2); review latest version of brief and update joint appendix designations (0.4); insert cover page on brief and format same(0.3); download special appendix materials and review (0.4); email KL team re AHC counsel and review docket for co-counsel appearances (0.1); compile filings referenced in AHC joint appendix designations (0.2); further revise joint appendix designations (0.2); emails w/ D. Blabey and D. Kelly re SPA cites and proof same in brief (0.8). | 4.20 | 2,016.00 |
| 2/11/2022 | Wagner, Jonathan M. | Review draft appeal briefs. | 0.50 | 750.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 18

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/11/2022 | Blabey, David E. | Call with Michigan AG's office (0.1) and exchange emails re same (0.2); edits to appellate brief (2.4); call with K. Eckstein re same (0.3); calls with FTI and Gilbert re brief (0.3); review and final proof of brief (0.9); review other appellants' filed briefs (1.0). | 5.20 | 6,318.00 |
| 2/11/2022 | Eckstein, Kenneth H. | Review and comment on appellate brief (1.2), call w/ D. Blabey re same (0.3). | 1.50 | 2,527.50 |
| 2/11/2022 | Lennard, Daniel | Edit/review appeal brief and appendices (1.7), and coordinate filing and service of same (0.2). | 1.90 | 2,251.50 |
| 2/11/2022 | Gange, Caroline | Review brief (1.9); emails w/ KL team re same (0.3); emails w/ W. Kane re filing (0.2); review as-filed Second Circuit briefs (1.5); review docs re insurance adversary proceeding (3.5). | 7.40 | 8,214.00 |
| 2/11/2022 | Kelly, Declan | Review and edit draft brief (2.2); review final brief (0.3). | 2.50 | 1,962.50 |
| 2/11/2022 | Kelly, Declan | Review documents re insurance adversary (3.3). | 3.30 | 2,590.50 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 19

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/11/2022 | Kane, Wendy | Review appellate brief cites (0.3); update joint appendix (0.4); emails w/ KL team re same (0.3); calls and emails w/ Counsel Press re same (0.2); emails w/ C. Gange and D. Kelly re filing of same (0.3); email D. Polk re special appendix (0.1); emails w/ Brown Rudnick re notice of appearance (0.2); proof brief cover and email Counsel Press re same (0.1); prepare table of authorities (0.8); emails w/ KL team re final formatting and internal references (0.2); review page numbering and update tables (0.4); revise placement of corp disclosure statement (0.2); coordinate filing with Counsel Press (0.2); prepare service list for joint appendix designations (0.9); finalize joint appendix designations (2.6); emails w/ D. Lennard re same (0.2); email all parties re joint appendix designations (0.2). | 7.60 | 3,648.00 |
| 2/13/2022 | Kelly, Declan | Draft summaries of Second Circuit briefs (2.3). | 2.30 | 1,805.50 |
| 2/14/2022 | Eckstein, Kenneth H. | Review appellate briefs, correspond re same (1.4). | 1.40 | 2,359.00 |
| 2/14/2022 | Kelly, Declan | Review documents re insurance adversary (6.6). | 6.60 | 5,181.00 |
| 2/14/2022 | Lennard, Daniel | Emails with Davis Polk and W. Kane re updating joint appendix list. | 0.50 | 592.50 |
| 2/14/2022 | Gange, Caroline | Review docs for insurance adversary proceeding. | 4.00 | 4,440.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 20

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/14/2022 | Kane, Wendy | Emails w/ D. Lennard re joint appendix designations (0.2); emails w/ Alix Partners re confirmation reserve (0.2); download documents with JX designations (1.3); review appeals docket and compile briefs (0.2); prepare binders of same (0.7); emails w/ litigation team re same (0.2); . | 2.80 | 1,344.00 |
| 2/15/2022 | Wagner, Jonathan M. | Review appeal briefs. | 3.00 | 4,500.00 |
| 2/15/2022 | Blabey, David E. | Emails with K. Eckstein re PI Committee's appellate brief. | 0.70 | 850.50 |
| 2/15/2022 | Kelly, Declan | Review documents re insurance adversary (5.9). | 5.90 | 4,631.50 |
| 2/15/2022 | Lennard, Daniel | Update joint appendix and communications with Davis Polk, D. Blabey, and W. Kane re same. | 0.80 | 948.00 |
| 2/15/2022 | Gange, Caroline | Review documents for insurance adversary proceeding. | 5.20 | 5,772.00 |
| 2/15/2022 | Kane, Wendy | Emails w/ D. Lennard and Davis Polk re joint appendix document designations (0.3); upload documents to David Polk site (0.2). | 0.50 | 240.00 |
| 2/16/2022 | Wagner, Jonathan M. | Review appeal briefs (1.3); review motion to extend preliminary injunction (0.2). | 1.50 | 2,250.00 |
| 2/16/2022 | Blabey, David E. | Research relating to issues raised by personal injury claimants in appellate brief. | 4.40 | 5,346.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 21

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/16/2022 | Ringer, Rachael L. | Call with Gilbert team re: document review and adversary proceeding (0.6). | 0.60 | 789.00 |
| 2/16/2022 | Kelly, Declan | Review documents re insurance adversary (6.4). | 6.40 | 5,024.00 |
| 2/16/2022 | Gange, Caroline | Review documents for insurance adversary proceeding (4.7); review motion to extend PI (0.6). | 5.30 | 5,883.00 |
| 2/17/2022 | Blabey, David E. | Attend portion of PI omnibus hearing. | 0.60 | 729.00 |
| 2/17/2022 | Eckstein, Kenneth H. | Prep for (0.3) and attend hearing re PI extension (1.2). | 1.50 | 2,527.50 |
| 2/17/2022 | Kelly, Declan | Attend hearing on preliminary injunction (1.2); draft update re: same (0.1). | 1.30 | 1,020.50 |
| 2/17/2022 | Kelly, Declan | Review documents re insurance adversary (1.6). | 1.60 | 1,256.00 |
| 2/17/2022 | Gange, Caroline | Attend hearing on PI extension (1.2); review documents for insurance adversary proceeding and communications with D. Kelly re same (5.3); attend call w/ Gilbert and D. Blabey re insurance adversary proceeding (0.3). | 6.80 | 7,548.00 |
| 2/18/2022 | Lennard, Daniel | Communications with Davis Polk re joint appendix update. | 0.50 | 592.50 |
| 2/18/2022 | Kelly, Declan | Review documents re insurance adversary (1.2). | 1.20 | 942.00 |
| 2/21/2022 | Blabey, David E. | Review amicus motions. | 0.20 | 243.00 |
| 2/22/2022 | Wagner, Jonathan M. | Review amicus briefs. | 1.00 | 1,500.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 22

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/22/2022 | Blabey, David E. | Exchange emails regarding and review draft summary of amicus briefs. | 0.30 | 364.50 |
| 2/22/2022 | Gange, Caroline | Emails w/ KL team re insurance adversary doc review status and review draft privilege log. | 0.50 | 555.00 |
| 2/22/2022 | Kelly, Declan | Summarize amicus briefs (2.2); revise summaries (0.4). | 2.60 | 2,041.00 |
| 2/22/2022 | Kane, Wendy | Review second circuit docket and update internal case records (0.2); email C. Gange re amicus briefs and send zip file of same (0.1); prepare binder for J. Wagner re same (0.4). | 0.70 | 336.00 |
| 2/23/2022 | Wagner, Jonathan M. | Review amicus briefs. | 1.00 | 1,500.00 |
| 2/23/2022 | Gange, Caroline | Emails w/ J. Hudson re insurance adversary proceeding doc review. | 0.30 | 333.00 |
| 2/27/2022 | Blabey, David E. | Privilege review of insurance related documents. | 1.50 | 1,822.50 |
| 2/27/2022 | Gange, Caroline | Emails w/ D. Blabey re insurance adversary proceeding doc review. | 0.10 | 111.00 |
| 2/28/2022 | Blabey, David E. | Call with C. Gange, R. Ringer and D. Kelly re insurance-related document review (0.4); discuss with R. Ringer re same (0.4); second level review of docs for privilege (4.9). | 5.70 | 6,925.50 |
| 2/28/2022 | Ringer, Rachael L. | Call with KL team re: insurance doc review issues (0.4), calls and coordination with D. Blabey re: same (0.4). | 0.80 | 1,052.00 |



March 31, 2022
Invoice #: 848873
072952-00008
Page 23

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/28/2022 | Kelly, Declan | Call w/ D. Blabey, R. Ringer, C. Gange re: insurance adversary proceeding document review. | 0.40 | 314.00 |
| 2/28/2022 | Gange, Caroline | Call w/ KL team re insurance adversary proceeding document review and review docs re same (0.3). | 0.30 | 333.00 |
| **TOTAL** | | | **310.50** | **$328,579.00** |



March 31, 2022
Invoice #: 848873
072952-00009
Page 24

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 5.60 | $6,804.00 |
| Eckstein, Kenneth H. | Partner | 19.50 | 32,857.50 |
| Fisher, David J. | Partner | 3.30 | 5,214.00 |
| Ringer, Rachael L. | Partner | 6.90 | 9,073.50 |
| Shifer, Joseph A. | Spec Counsel | 2.40 | 2,868.00 |
| Gange, Caroline | Associate | 11.20 | 12,432.00 |
| Kelly, Declan | Associate | 3.70 | 2,904.50 |
| **TOTAL FEES** | | **52.60** | **$72,153.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2022 | Blabey, David E. | Attend portion of AHC working group call. | 0.60 | $729.00 |
| 2/1/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,685.00 |
| 2/1/2022 | Gange, Caroline | Draft bridge order update and other appeal docket updates for AHC clients (0.5); email same to D. Blabey and R. Ringer (0.1). | 0.60 | 666.00 |
| 2/2/2022 | Ringer, Rachael L. | Attend AHC call (0.5). | 0.50 | 657.50 |
| 2/2/2022 | Fisher, David J. | Attend weekly Ad-Hoc Committee conference call. | 0.50 | 790.00 |
| 2/2/2022 | Ringer, Rachael L. | Prep for AHC call (0.7). | 0.70 | 920.50 |



March 31, 2022
Invoice #: 848873
072952-00009
Page 25

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/2/2022 | Blabey, David E. | Attend weekly AHC call (0.5). | 0.50 | 607.50 |
| 2/2/2022 | Eckstein, Kenneth H. | Prep for (0.5) and attend AHC call (0.5). | 1.00 | 1,685.00 |
| 2/2/2022 | Shifer, Joseph A. | Attend AHC call (0.5). | 0.50 | 597.50 |
| 2/2/2022 | Gange, Caroline | Attend weekly AHC meeting (0.5); draft AHC update emails re fees (0.9). | 1.40 | 1,554.00 |
| 2/2/2022 | Kelly, Declan | Attend AHC meeting (0.5). | 0.50 | 392.50 |
| 2/3/2022 | Ringer, Rachael L. | Attend portion of catch-up call re: working group issues (0.6). | 0.60 | 789.00 |
| 2/3/2022 | Blabey, David E. | Attend working group call (0.8). | 0.80 | 972.00 |
| 2/3/2022 | Eckstein, Kenneth H. | Attend Working Group discussion (0.8). | 0.80 | 1,348.00 |
| 2/3/2022 | Gange, Caroline | Draft client update email re PI extension and circulate to D. Blabey and R. Ringer. | 0.40 | 444.00 |
| 2/8/2022 | Fisher, David J. | Attend weekly Committee meeting. | 1.50 | 2,370.00 |
| 2/8/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0); call with S. Gilbert, Marc K, Sheila (0.6); prep for AHC meeting (1.1) and attend AHC meeting (1.6). | 4.30 | 7,245.50 |
| 2/8/2022 | Ringer, Rachael L. | Attend working group call (0.6), review/email with AHC re: second mediator report (0.3), attend portion of AHC call (1.0). | 1.90 | 2,498.50 |
| 2/8/2022 | Blabey, David E. | Attend working group call and follow-up email to K. Eckstein re same (1.0). | 1.00 | 1,215.00 |



March 31, 2022
Invoice #: 848873
072952-00009
Page 26

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/8/2022 | Shifer, Joseph A. | Attend portion of weekly AHC call (0.6). | 0.60 | 717.00 |
| 2/8/2022 | Kelly, Declan | Prep for (0.3) and attend AHC call (1.6). | 1.90 | 1,491.50 |
| 2/9/2022 | Gange, Caroline | Attend portion of weekly AHC call. | 1.30 | 1,443.00 |
| 2/10/2022 | Eckstein, Kenneth H. | Call with Working Group and former NCSG re mediation (0.8); attend call with Working Group, 15, Debtor and Judge Chapman re mediation (1.5). | 2.30 | 3,875.50 |
| 2/10/2022 | Ringer, Rachael L. | Attend call with working group re: open issues (0.5). | 0.50 | 657.50 |
| 2/10/2022 | Blabey, David E. | Attend working group call (0.5). | 0.50 | 607.50 |
| 2/10/2022 | Eckstein, Kenneth H. | Prep for (0.1) and attend Working Group call (0.5). | 0.60 | 1,011.00 |
| 2/10/2022 | Ringer, Rachael L. | Call with certain AHC members re: Purdue appeal pleading (0.5). | 0.50 | 657.50 |
| 2/11/2022 | Eckstein, Kenneth H. | Attend Working Group call to update on mediation discussions (1.0). | 1.00 | 1,685.00 |
| 2/13/2022 | Gange, Caroline | Draft and circulate update re appellate briefs to D. Blabey and R. Ringer. | 2.10 | 2,331.00 |
| 2/14/2022 | Blabey, David E. | Review and edit summary to clients on Second Circuit pleadings. | 0.30 | 364.50 |
| 2/14/2022 | Gange, Caroline | Circulate appellate brief update to AHC. | 0.10 | 111.00 |



March 31, 2022
Invoice #: 848873
072952-00009
Page 27

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/15/2022 | Blabey, David E. | Attend portion of working group call. | 0.60 | 729.00 |
| 2/15/2022 | Ringer, Rachael L. | Attend portion of working group update call (0.8). | 0.80 | 1,052.00 |
| 2/15/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,685.00 |
| 2/16/2022 | Fisher, David J. | Attend weekly Ad Hoc call. | 0.80 | 1,264.00 |
| 2/16/2022 | Eckstein, Kenneth H. | Attend AHC meeting (0.8); correspond re mediation and exchange emails with Working Group and Judge Chapman (1.6). | 2.40 | 4,044.00 |
| 2/16/2022 | Blabey, David E. | Prep for (0.5) and attend weekly AHC call (0.8). | 1.30 | 1,579.50 |
| 2/16/2022 | Shifer, Joseph A. | Attend AHC meeting. | 0.80 | 956.00 |
| 2/16/2022 | Kelly, Declan | Attend AHC meeting (0.8). | 0.80 | 628.00 |
| 2/17/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.6). | 0.60 | 1,011.00 |
| 2/17/2022 | Gange, Caroline | Draft and circulate AHC update re PI hearing and motion to further extend PI. | 0.30 | 333.00 |
| 2/22/2022 | Ringer, Rachael L. | Attend portion of AHC working group call (0.5). | 0.50 | 657.50 |
| 2/22/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,685.00 |
| 2/22/2022 | Gange, Caroline | Draft and circulate AHC updates re amicus briefs and professional fees. | 2.90 | 3,219.00 |
| 2/23/2022 | Fisher, David J. | Attend Ad Hoc Committee meeting. | 0.50 | 790.00 |
| 2/23/2022 | Ringer, Rachael L. | Attend weekly AHC call (0.4). | 0.40 | 526.00 |



March 31, 2022
Invoice #: 848873
072952-00009
Page 28

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/23/2022 | Eckstein, Kenneth H. | Prep for (0.5) and attend AHC weekly call (0.5); attend Working Group call re Plan (1.0). | 2.00 | 3,370.00 |
| 2/23/2022 | Shifer, Joseph A. | Attend weekly AHC meeting. | 0.50 | 597.50 |
| 2/23/2022 | Kelly, Declan | Attend AHC meeting (0.5). | 0.50 | 392.50 |
| 2/23/2022 | Gange, Caroline | Prep for (0.2) and attend weekly AHC call (0.5). | 0.70 | 777.00 |
| 2/24/2022 | Ringer, Rachael L. | Attend portion of working group call (0.5). | 0.50 | 657.50 |
| 2/24/2022 | Eckstein, Kenneth H. | Attend Working Group call re Plan analysis (1.5). | 1.50 | 2,527.50 |
| 2/28/2022 | Gange, Caroline | Attend AHC meeting re mediation (1.2); emails w/ KL team re prep for same (0.2). | 1.40 | 1,554.00 |
| **TOTAL** | | | **52.60** | **$72,153.50** |



March 31, 2022
Invoice #: 848873
072952-00011
Page 29

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---:|---:|
| Blabey, David E. | Partner | 2.80 | $3,402.00 |
| Eckstein, Kenneth H. | Partner | 43.60 | 73,466.00 |
| Fisher, David J. | Partner | 1.70 | 2,686.00 |
| Ringer, Rachael L. | Partner | 4.70 | 6,180.50 |
| Rogoff, Adam C. | Partner | 3.10 | 4,820.50 |
| Wagner, Jonathan M. | Partner | 0.20 | 300.00 |
| Shifer, Joseph A. | Spec Counsel | 2.30 | 2,748.50 |
| Daniels, Elan | Associate | 0.80 | 956.00 |
| Gange, Caroline | Associate | 5.50 | 6,105.00 |
| Kelly, Declan | Associate | 5.70 | 4,474.50 |
| Kane, Wendy | Paralegal | 0.20 | 96.00 |
| **TOTAL FEES** | | **70.60** | **$105,235.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 2/1/2022 | Rogoff, Adam C. | Continue analysis re Plan structures; emails and coordination with K. Eckstein, D. Blabey, C. Gange, R. Ringer and J. Shifer re status. | 0.40 | $622.00 |



March 31, 2022
Invoice #: 848873
072952-00011
Page 30

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 2/1/2022 | Eckstein, Kenneth H. | Call with S. Burian re Purdue plan (0.8); call with S. Burian, G. Coutts re plan model (0.7). | 1.50 | 2,527.50 |
| 2/1/2022 | Gange, Caroline | Legal research for client memo re next steps on plan. | 1.80 | 1,998.00 |
| 2/2/2022 | Rogoff, Adam C. | Continue analysis re Plan structures; emails and coordination with K. Eckstein, D. Blabey, C. Gange, R. Ringer and J. Shifer re status. | 0.50 | 777.50 |
| 2/2/2022 | Eckstein, Kenneth H. | Calls with all parties re mediation (1.4); call w/ co-counsel re Plan analysis (1.0). | 2.40 | 4,044.00 |
| 2/3/2022 | Rogoff, Adam C. | Continue analysis re Plan structures; emails and coordination with K. Eckstein and D. Blabey re status. | 0.50 | 777.50 |
| 2/3/2022 | Eckstein, Kenneth H. | Calls re mediation (0.7); calls re Plan analysis (1.0). | 1.70 | 2,864.50 |
| 2/4/2022 | Rogoff, Adam C. | Continue analysis re Plan structures; emails and coordination with K. Eckstein, D. Blabey, C. Gange and clients re status. | 0.50 | 777.50 |
| 2/4/2022 | Eckstein, Kenneth H. | Calls with M. Huebner re mediation (1.2), call with S. Gilbert re same (0.6). | 1.80 | 3,033.00 |
| 2/7/2022 | Eckstein, Kenneth H. | Calls and correspond re mediation (1.0); call with A. Preis re appeal, mediation, plan (0.5). | 1.50 | 2,527.50 |



March 31, 2022
Invoice #: 848873
072952-00011
Page 31

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/8/2022 | Rogoff, Adam C. | Continue analysis re Plan structures; emails and coordination with K. Eckstein, D. Blabey, C. Gange and clients re status. | 0.40 | 622.00 |
| 2/8/2022 | Wagner, Jonathan M. | Review Mediator's report and subsequent order. | 0.20 | 300.00 |
| 2/9/2022 | Eckstein, Kenneth H. | Call with G. Uzzi and B. Rosen re Plan (1.4); call with C. Shore re same (0.6) call with DPW re same(0.4); correspond w/ co-counsel re mediation, Plan and related issues (1.4). | 3.80 | 6,403.00 |
| 2/9/2022 | Fisher, David J. | Communications regarding IAC restructuring with Debevoise; review potential new settlement terms. | 0.40 | 632.00 |
| 2/10/2022 | Rogoff, Adam C. | Emails and coordination with K. Eckstein and D. Blabey re status. | 0.20 | 311.00 |
| 2/11/2022 | Rogoff, Adam C. | Emails and coordination with K. Eckstein, C. Gange, and D. Blabey re Plan status. | 0.20 | 311.00 |
| 2/14/2022 | Eckstein, Kenneth H. | Calls re mediation updates with M. Huebner, S. Gilbert, D. Blabey (1.5). | 1.50 | 2,527.50 |
| 2/15/2022 | Eckstein, Kenneth H. | Call with S. Burian re plan and deal options (0.8); call with M. Huebner re mediation (0.5); calls with S. Gilbert re same(1.2). | 2.50 | 4,212.50 |
| 2/17/2022 | Eckstein, Kenneth H. | Attend mediation session with Judge Chapman and Working Group (1.0). | 1.00 | 1,685.00 |



March 31, 2022
Invoice #: 848873
072952-00011
Page 32

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/18/2022 | Rogoff, Adam C. | Emails and coordination with K. Eckstein, R. Ringer, and D. Blabey re Plan status. | 0.20 | 311.00 |
| 2/18/2022 | Eckstein, Kenneth H. | Call with Houlihan, S. Gilbert re Plan and settlement issues (1.0); calls w/ DPW re mediation (0.8); review mediators report (1.2). | 3.00 | 5,055.00 |
| 2/18/2022 | Ringer, Rachael L. | Call with AHC advisors re: next steps on plan (0.8), emails with AHC re: mediators report (0.3). | 1.10 | 1,446.50 |
| 2/18/2022 | Kelly, Declan | Review mediator report. | 0.30 | 235.50 |
| 2/22/2022 | Eckstein, Kenneth H. | Calls and correspond w/ company, UCC, AHC, MSGE re Plan and mediation(1.4); review Plan analysis; (0.8); correspond with S. Gilbert, M. Huebner, A. Preis, and HL re settlement (1.5). | 3.70 | 6,234.50 |
| 2/22/2022 | Fisher, David J. | Review various emails as to case and settlement issues. | 0.40 | 632.00 |
| 2/23/2022 | Eckstein, Kenneth H. | Review FAs Plan model and comment (1.2); call with M. Huebner, A. Preis, S. Gilbert re prep for group call (0.7); attend group call with Debtor, UCC, AHC, MSGE re settlement (1.3). | 3.20 | 5,392.00 |
| 2/23/2022 | Rogoff, Adam C. | Emails and coordination with K. Eckstein, D. Blabey re status (0.2). | 0.20 | 311.00 |
| 2/23/2022 | Fisher, David J. | Review Existing Settlement Agreement and related documents in anticipation of updated Settlement (0.7); communications with KL team regarding same and status (0.2). | 0.90 | 1,422.00 |



March 31, 2022
Invoice #: 848873
072952-00011
Page 33

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/23/2022 | Ringer, Rachael L. | Call with Debtors re: status of mediation and next steps (1.0). | 1.00 | 1,315.00 |
| 2/24/2022 | Eckstein, Kenneth H. | Multiple calls re mediation with S. Gilbert, M. Huebner, J. Peacock, J. Guard (2.5). | 2.50 | 4,212.50 |
| 2/25/2022 | Eckstein, Kenneth H. | Multiple calls w/ all parties re mediation, term sheet, negotiations (3.4). | 3.40 | 5,729.00 |
| 2/27/2022 | Eckstein, Kenneth H. | Calls and correspond with J. Chapman, M. Huebner, S. Gilbert, J. Guard, A. Preis re settlement and mediation (2.1); call w/ D. Blabey, R. Ringer, C. Gange re settlement (0.4). | 2.50 | 4,212.50 |
| 2/28/2022 | Blabey, David E. | Call with K. Eckstein, R. Ringer and C. Gange re Sackler settlement (0.4); email D. Kelly re research in connection with same (0.1); calls with J. Shifer and E. Daniels re same (0.4) and multiple emails with E. Daniels, D. Eggermann and D. Kelly re same (0.7); discs with R. Ringer and K. Eckstein (0.5); call with K. Eckstein, J. Peacock, R. Ringer and S. Gilbert re same (0.7). | 2.80 | 3,402.00 |
| 2/28/2022 | Ringer, Rachael L. | Call with KL team re: case updates (0.4); calls with K. Eckstein, S. Gilbert, J. Peacock re: same (2.2). | 2.60 | 3,419.00 |



March 31, 2022
Invoice #: 848873
072952-00011
Page 34

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/28/2022 | Eckstein, Kenneth H. | Call with Judge Chapman, S. Gilbert, J. Guard, J. Peacock re status of settlement, mediation, term sheet (2.0); follow up calls throughout the day re mediation (3.5); call with R. Ringer, D. Blabey re confidentiality, memo to AHC, follow up (1.4); follow up calls with J. Chapman (0.7). | 7.60 | 12,806.00 |
| 2/28/2022 | Shifer, Joseph A. | Research re settlement issues. | 2.30 | 2,748.50 |
| 2/28/2022 | Kelly, Declan | Research re: settlement issues (5.2), email D. Blabey re: same (0.2). | 5.40 | 4,239.00 |
| 2/28/2022 | Gange, Caroline | Attend call w/ K. Eckstein, D. Blabey and R. Ringer re mediation and next steps. | 0.40 | 444.00 |
| 2/28/2022 | Daniels, Elan | Call and email correspondence with D. Blabey regarding plan construct (0.8). | 0.80 | 956.00 |
| 2/28/2022 | Gange, Caroline | Legal research re mediation and settlement issues (3.1); discuss same w/ D. Kelly (0.2). | 3.30 | 3,663.00 |
| 2/28/2022 | Kane, Wendy | Research re decision and email D. Blabey re same. | 0.20 | 96.00 |
| **TOTAL** | | | **70.60** | **$105,235.00** |

# Kramer Levin



March 31, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 848873
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through February 28, 2022.**

Disbursements and Other Charges                                7,164.36

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T 212.715.9100  F 212.715.8000



March 31, 2022
Invoice #: 848873
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $32.88 |
| Data Hosting Charges | 2,100.69 |
| Lexis Online Research | 2,033.33 |
| Pacer Online Research | 132.00 |
| Photocopying | 156.00 |
| Postage | 8.16 |
| Transcript Fees | 102.00 |
| Westlaw Online Research | 2,599.30 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$7,164.36** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Courier Services**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/14/2022 | Kane Wendy | Fedex charges by Kane, Wendy on 02/14/2022 (#289808540055) | $32.88 |
| **Subtotal** | | | **$32.88** |

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/28/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |



March 31, 2022
Invoice #: 848873
072952
Page 2

| Subtotal | $2,100.69 |
|---|---|

### Lexis Online Research

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/2/2022 | Gange Caroline | Lexis Online Research | $580.97 |
| 2/3/2022 | Schubeck Barbara | Lexis Online Research | $1,167.90 |
| 2/28/2022 | Gange Caroline | Lexis Online Research | $142.23 |
| 2/28/2022 | Kelly Declan | Lexis Online Research | 142.23 |
| Subtotal | | | $2,033.33 |

### Pacer Online Research

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/2/2022 | Ford Samantha | Pacer Online Research Ford, Samantha | $2.00 |
| 2/7/2022 | Lennard Daniel | Pacer Online Research Lennard, Daniel | $34.40 |
| 2/8/2022 | Kane Wendy | Pacer Online Research Kane, Wendy | $5.70 |
| 2/10/2022 | Kane Wendy | Pacer Online Research Kane, Wendy | $2.60 |
| 2/11/2022 | Kane Wendy | Pacer Online Research Kane, Wendy | $10.70 |
| 2/13/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $12.50 |
| 2/14/2022 | Kane Wendy | Pacer Online Research Kane, Wendy | $20.70 |
| 2/22/2022 | Kane Wendy | Pacer Online Research Kane, Wendy | $43.40 |



March 31, 2022
Invoice #: 848873
072952
Page 3

| Subtotal | $132.00 |
|---|---|

**Photocopying**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/1/2022 | Kane Wendy | Photocopying Kane, Wendy | $89.80 |
| 2/10/2022 | Kane Wendy | Photocopying Kane, Wendy | $2.40 |
| 2/14/2022 | Kane Wendy | Photocopying Kane, Wendy | $53.70 |
| 2/22/2022 | Kane Wendy | Photocopying Kane, Wendy | $10.10 |
| Subtotal | | | $156.00 |

**Postage**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/10/2022 | Kane Wendy | Postage charge by Kane, Wendy | $8.16 |
| Subtotal | | | $8.16 |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/1/2022 | Kane Wendy | Veritext New York Reporting Co., A Veritext Company | $46.80 |
| 2/17/2022 | Kane Wendy | Veritext New York Reporting Co., A Veritext Company | $55.20 |
| Subtotal | | | $102.00 |



March 31, 2022
Invoice #: 848873
072952
Page 4

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 2/1/2022 | Lennard Daniel | Westlaw Online Research | $240.54 |
| 2/1/2022 | Kelly Declan | Westlaw Online Research | 308.60 |
| 2/2/2022 | Lennard Daniel | Westlaw Online Research | $204.18 |
| 2/2/2022 | Gange Caroline | Westlaw Online Research | 240.54 |
| 2/2/2022 | Kelly Declan | Westlaw Online Research | 80.18 |
| 2/4/2022 | Gange Caroline | Westlaw Online Research | $240.54 |
| 2/7/2022 | Gange Caroline | Westlaw Online Research | $120.73 |
| 2/9/2022 | Blabey David E. | Westlaw Online Research | $80.18 |
| 2/9/2022 | Kelly Declan | Westlaw Online Research | 442.38 |
| 2/16/2022 | Blabey David E. | Westlaw Online Research | $481.07 |
| 2/28/2022 | Shifer Joseph A. | Westlaw Online Research | $80.18 |
| 2/28/2022 | Kelly Declan | Westlaw Online Research | 80.18 |
| **Subtotal** | | | **$2,599.30** |
| **TOTAL** | | | **$7,164.36** |