March 22nd 2022

RECEIVED
APR - 4 2022
U.S. BANKRUPTCY COURT
S.D. OF NEW YORK

United States Bankruptcy Court
Southern District of New York
~~350 third Avenue, ste 412~~
~~Brooklyn, NY 11232~~
White Plains → 1 Bowling green
~~NY, NY~~ 10004-1408

IN RE: Lance F. Mason vs. Purdue Pharma, L.P.-
Incident No:.?

Dear Clerk of Court: et al.,

Subsequently. I was released from prison last Oct 10, 2021. My last interaction with you was receiving a number of articles but since my return to jail I've lost all my Purdue Pharma opposition Arguments, ~~papers~~ etc.

Finally, getting to the point and Evaluation I would be exceptionally greatful and in dyer need of whatever you have on file so as I may continue the proceeding(s) and also receive all the new judicial proceedings, Answers, Motions or Extensions to date.

Lastly, Match the prior penmanship to my last Letter to you my Handwriting is Unique in style. and my Birth Date. Nov 8, 1970. I must be Added in the loop. I've seen the Current orders made by the judge and the other Judge overruling

1

the former Judges order pertaining to Jurdice Harris Argumentation and need to Resolve the Particulars.

I Must please receive my incident Number to refer to. I Had, Have 3 claims seeking Monetary Damages.

$500,000
$1,000,000   Total Aggregate Amount
$1,000,000                Sought.

☆ If this clerk Would Be So kind to Aid and Help me receive the claim Numbers So I May Proceed Accordingly and then participate in the finalization of the proceedings. Without those Numbers of Reference I Am Without Access to Court

I Will try to call at. the Last 4 of my SSN: ████

1 844 217 0812
1 347 859 8093

This is also my change of Address Notice. Send any and all paperwork to me at this Address.
                                                                (SSN)
Lance F Mason - DOB: ██████████  ███ ██ ████
2559 Glen Road
Newport, VT 05855

Thank you, if you should find any comments, concerns or questions contact me. Instructions I should file please Do Not Hesitate. I am Not defaulting or defaulted on my claim(s) and hereby would ~~appe~~ Appeal any decisions made in my stead that drops, or moots my legal positioning. I am entitled to damages. This Addiction or Purdue Cannot fix what has Happened to me Due to oxycotin Abuses.

Thank you you Have my New Address Herein the Newport Prison. I need the Lawyer's Names representing Purdue Pharma. Thanks.

Most Sincerely,
[signature]