(1)

# United States Bankruptcy - Excusable Neglect Hearing

## I. Jurisdiction And Venue,

1) This is a chapter (11) Bankruptcy Case Claim in which the Creditor __Otis William Dahman__ Begs this Great Court for his claim to be reconized as being filed timely. this court has the Authority under the Federal Rule of Bankruptcy procedure 9006(B)(1.) This Creditor is requesting for what Constitutes as "Excusable Neglect" to be Applied to his Claim. this Creditors personal injury Claiment proof of claim form (Claim # __628820__ were filed by, the Purdue Pharma Claim's Processing-Center after the July 30, 2020 Bar Date

## "II Facts"

2) The Global pandemic has slowed and halted my Life Due to the Nation Wide Lock-down my ability to Communicate and Correspond has become hindered and also come to a stand still and was out of my Control. At the Time this Creditor tried to aquire the required claim documents the United States Postal-Service was lacking in Funds and Due to that the affected states were informed mail would be Late for out going and incoming this delay transpired at the same time and Several months prior to and After the Courts New "Bar Date" this was out of my Control.

I am currently incarcerated and have been since 5-20-2020 in Washington State Department of Corrections. I only recieve 2 Hours of time out of my cell a day and no publications except USA-Today. that has to be purchased from an outside vendor. I am indigent so I am unable to purchase USA Today, I am ignorant to what is transpiring in the outside world. As soon as I could I sent a request for forms to the Pudue Pharma Claims-Center c/o PrimeClerk on or about the month of January-1-2022 and my proof acceptance is my Claim No: 628820

I am Otis William Dahman I did attempt to file my Claims forms in the fastest time frame possible. with regards to my current incarceration and constant state of Lock-downs the Global Pandemic put everything out of my Control

### III

The Creditor Otis William Dahman, alleges that he attempted to follow the Courts requirements and rules as best as he was physically capable of doing. In respect to his current incarceration this Creditor "Acted" in good Faith "(Fed Rules Bankrupt procedure, Rule 9006(B)(1) 11 U.S.C.A. CWI GUF (LUX) master S.A.R. V. Lehon Bros. Holdings Inc. 445 B.R. 137 (S.D.N.Y. 2011) The Creditor is the movant requesting for the acceptance of

This Claims extension of the Bar Date so this Creditors Claims maybe reconized as timely.

✱ Excusable ability to file a proof of claim after the expiration of the Claim Bar Date is a Flexible one ~~ad~~ and excusable neglect may include inadvertence mistake or carelessness as well "Intervening Cirumstances" beyond the Creditors Control. (Fed. R. Bank. R.P. 9006(B)(1) IN RE motors Liquidation Company 576 BR 761 (Bank. RS. D.N.Y. 2017) under the Excusable Neglect Standard Governing the Filing of Late proofs of Claim.

Congress plainly Contemplated that Courts would be permitted, when appropriate to accept Late filings Caused by inadvertance mistake or Carelessness as well as by Intervening Circumstances beyond a party's Control. (Fed. B. Bank. R.P. 9006(B), IN Re. energy future holdings Corp. 619 B.R. 99 (Bank. RD Del 2020)

"IV"

wherefore Creditor respectfully requests that this Great Court enter Judgment Granting The recognition of (A) personal INJURY (B) General Claims proof of Claim forms;

④

Dated This 4th Day of April, 2022

Respectfully Submitted

"Verification"

I have read the forgoing and hereby verify that the matters alleged therin are true exceptp as to matters alleged or information and belief and as to these I believe therin to be True.

I certify under penalty of persory that the foregoing is true and correct

x *[signature]*
OTIS Dahman #723000

DOB: ███████    SSN: XXX-XX-████

ADDRES: OTIS Dahman 723000
UNIT 8-F16-U
WASHINGTON State Penitentiary
1313 North 13th Ave
WALLA WALLA WA 99362