(1)

# United States Bankruptcy - excusable Neglect Hearing

## I. Juricdiction And Venue,

1. This is A chapter (11) Bankruptcy Case Claim In which the Creditor Trevor James Olsen Begs this great Court for his Claim to Be recognized as being filed timely. This Court has the Authority under the federal Rule of Bankruptcy Procedure 9006(B)(1). This Creditor Is requesting for what Constitutes as "excusable Neglect" to Be Applied to his Claim. This Credetors Personal Insory Clancnt Proof of claim form Claim # 628966 Were filed by the Purdue Pharma Claims Processing Center after the July, 30, 2020 Bar date.

## "II facts"

2. The global Pandemic has Slowed and Halted my life due to the Nation Wide lock-down my Ability to Comunicate and Corraspond has became Hindered and also Come to a Stand Still and Was out of my Control. At the time this Creditor tried to Aquire the required Claim documents the United States Postal Service was lacking in funds and due to that the afected States were Informed mail would be late for out going and Incoming this delay Transpired at the Same time and Several months Prior to and After the Courts New Bar date this was out of my Control

②

I am Currently, Incorerated and have Been Since 10-10-19. I only recieve 2 Hours of time out of my cell a day and NO Publications except USA-Today. That has to Be Purchased from an Outside vendor. I am Indigent So I am unable to Purchase USA today. I am Ignorant to what Is transpireing In the Outside World. AS Soon AS I Could I Sent A request for forms to the Purdue Pharma Claims Center C/o Prime Clerk on Or About the Month of 1-1-22 And my Proof Acceptance is Claim # 628966

I am Trever Olsen I did Attempt to file my Claims forms In the fastest time frame Possible. with regards to my Current Incarceration And Constent State of lockdowns the global Pandemic Put everything out Of my Control

## III

The Creditor Trever Olsen Alleges that He Attempted to follow the Courts requirements and roles as best as he was Physically Capable of Doing. In respect to His Current Incarceration this Creditor Acted In good faith" (Fed Rules Bankrupt Procedure, Rule 9006(B)(1)11 U.S.C.A CoI guf (LUX) Master S.AR. V. lebin Bros. Holdings Inc. 445 B.R. 137(S.D.N.Y, 2011) The Creditor Is the Movant requesting for the Acceptance of this Claims

③

Extension of the Bar Date so this Creditors Claims Maybe recognized as timely.

A Excusable ability to File a Proof of Claim after the expiration of the Claim Bar date Is a flexable one and excusable Neglect may Include Inadvertence Mistake or Carelessness as well "Intervening Circumstances" beyond the Creditors Control. (Fed. R. Bank. R.P. 9006(B)(i) in Re motors liquidation Company 576 BR 761 (Bank. RS.D.N.Y 2017) under the Excusable Neglect Standard governing the Filing of late Proofs of Claim.

Congress Plainly Contomplated that Courts Would Be Permited, when Appropriate to Accept late Fileings Caused by Inadvertence Mistake or Carelessness as well as by Intervening Circumstances beyond a Partys Control. (Fed. B. Bank - R.P. 9006(B) In Re energy future Holdings CorP. 619 B.R. 99 (Bank. RD Del 2020)

## IV

wherefore Creditor respectfully requests that this great Court enter Judgement Granting the recognition of (A) Personal Ingury (B) General Claims Proof of Claims forms;

Dated this 3rd day of April 2022

Respectfully Submitted

"Verification"

I have read the ~~following~~ foregoing and
hearby Verify that the matters alleged therin
are true except as to matters alleged or
Information and Belief and as to these I Believe
therin to Be True.

I Certify under Penelty of ~~Personal~~
Persory that the forgoing Is true and Correct

x Trever Olsen

DoB - ███████     SSN: xxx - xx ████