UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# ORDER ADMITTING
## ALISTAIR K. FATHEAZAM TO PRACTICE, *PRO HAC VICE*

Upon the motion of Alistair K. Fatheazam to be admitted, *pro hac vice,* to represent Purdue Pharma L.P., *et al.,* as Special Counsel, in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby:

**ORDERED**, that Alistair K. Fatheazam is admitted to practice *pro hac vice*, in the above- referenced cases to represent Purdue Pharma L.P., *et al.,* as Special Counsel, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: _____, 2022
      White Plains, New York

                                                                HONORABLE ROBERT D. DRAIN
                                                                UNITED STATES BANKRUPTCY JUDGE