# United States Bankruptcy - Excusable Neglect Hearing

## I. Jurisdiction And Venue:

1.) This is a chapter (11) Bankruptcy Case Claim in which the Creditor Anthony K. Olson (name) Begs this Great Court for his claim to be reconized as being filed timely. This court has the Authority under the Federal Rule of Bankruptcy procedure 9006(B.)(1.) This Creditor is requesting for what constitutes as "Excusable Neglect" to be applied to his claim. This Creditors personal injury claimant proof of claim form (Claim # 628301, 628310) were filed by the Purdue Pharma Claims Processing Center after the July 30, 2020 Bar Date.

## "II Facts"

2.) The Global Pandemic has slowed and halted my life. Due to the Nation Wide Lock-down my ability to Communicate and Correspond has become hindered and also come to a stand still and was out of my control. At the Time this Creditor tried to aquire the required claim documents the United States Postal Service was lacking in Funds and Due to that the affected states were informed mail would be late for out going and incoming. This delay transpired at the same time and several months prior to and after the Courts "New" Bar date. This was out of my Control.

I am Currently incarcerated and Have been since November 2019 (Date) in Washington State. I only recieve two hours of time out of my cell a day and no publications except USA Today. That has to be purchased from an outside Vendor. I am indigent, so I am unable to purchase USA Today. I am ignorant to what is transpiring in the outside world. As soon As I could I sent a request for forms to the Purdue Pharma Claims Center C/O Prime Clerk on or about the month of August of 2021 (Date) And my proof acceptance is My Claim No: 628301, 628310

I am Anthony K. Olson (name) I did attempt to file my Claims forms in the fastest time frame possible. With regards to my current incarceration and Constant State of lock-downs. The Global put everything out of my Control.

II

The Creditor Anthony K. Olson (name), alleges that he attempted to follow the Courts requirements and rules as best as he was physically capable of doing. In respect to his current incarceration This Creditor "Acted in good Faith" (Fed Rules Bankr Procedure, Rule 9006(B.)(1.) 11 U.S.C.a. CUI Guf (Lux) master S.A.R. V. Lehman Bros. Holdings Inc. 445 B.R. 137 (S.D.N.Y. 2011)



(3)

The Creditor is the movant requesting for the acceptance of this claims extension of the Bar Date so this Creditors Claims may be reconized as timely.

※ Excusable Neglect standard that governs A Creditors ability to file a proof of Claim After the expiration of the Claim bar date is a flexible one and excusable neglect may include inadvertence mistake or carelessness as well "Intervening Circumstances" beyond the Creditors Control. (Fed. R. Bank. R. P 9006(B.)(1.) in Re Motors liquidation Company 576 B.R. 761 (Bank. R. S. D. N. Y. 2017) under the Excusable Neglect Standard Governing the Filing of Late proofs of Claim.

Congress plainly contemplated that courts would be permitted, when appropriate to accept late filings caused by inadvertance mistake or carelessness as well as by Intervening circumstances beyond a party's Control. (Fed. B. Bank. R. P. 9006(B.) in ▮▮▮ enecgy future holdings ▮▮▮▮ 619 B.R. 99 (Bank. R. D. Del 2020)

"IV"

Wherefore Creditor respectfully prays that this Great Court enter Judgement Granting the recognition of A.) Personal Injury B.) General Claims proof of Claim forms.

Dated This ___4th___ Day of __April__ 2022

Respectfully Submitted

"Verification"

I have read the forgoing & hereby verify that the matters alleged therin are true except as to matters alleged or information and belief and as to these I believe therin to be true.
I certify under penalty of perjury that the foregoing is true and Correct

X) _____
Signature

X) ▓▓▓▓▓▓▓▓▓           X)xxx-xx-▓▓▓▓
D.O.B.                              Last 4, Soc #

(21)

Anthony Olson #793420 - 8A4-1
Washington State Penitentiary
1313 N. 13th avenue
Walla Walla, WA 99362

SPOKANE WA 990
5 APR 2022 PM 4 L



THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarrapos Street
White Plains, NY 10601

10601-414000