# United States Bankruptcy - Excusable Neglect Hearing

## I. Jurisdiction And Venue

1.) This is a chapter (11) Bankruptcy Case Claim in which the Creditor Daniel Joseph Rudd (name) Begs this Great Court for his claim to be recognized as being filed timely. This court has the Authority under the Federal Rule of Bankruptcy procedure 9006(B.)(1.) This Creditor is requesting for what constitutes as "Excusable Neglect" to be applied to his claim. This Creditors personal injury claimant proof of claim form (Claim # _____) were filed by the Purdue Pharma Claims Processing Center after the July 30, 2020 Bar Date.

## "II Facts"

2.) The Global Pandemic has slowed and halted my life. Due to the Nation Wide Lock-down my ability to Communicate and Correspond has become hindered and also come to a stand still and was out of my control. At the Time this Creditor tried to acquire the required claim documents the United States Postal Service was lacking in Funds and Due to that the affected states were informed mail would be late for out going and incoming. This delay transpired at the same time and several months prior to and after the Courts New "Bar date". This was out of my control.

I am currently, incarcerated and Have been since 4-19-19 in Washington State I only recieve (Date) two hours of time out of my cell a day and no publications except USA Today. That has to be purchased from an outside Vendor. I am indigent, so I am unable to purchase USA Today I am ignorant to what is transpiring in the outside world. As soon As I could I sent a request for forms to the Purdue Pharma Claims Center c/o Prime Clerk on or about the month of MARch of 2022 And my proof acceptance is My (Date) Claim No: _____,

I am Daniel Joseph Rudel (name) I did attempt to file my Claims forms in the fastest time frame possible. With regards to my current incarceration and Constant State of lock-downs. The Global put everything out of my Control.

III

The Creditor Daniel Joseph Rudel (name), alleges that he attempted to follow the Courts requirements and rules as best as he was physically capable of doing. In respect to his current incarceration This Creditor "Acted in good Faith" (Fed Rules Bankr Procedure, Rule 9006(B.)(1) 11 U.S.C.A. CUI Zuf (Lux) master S.A.R. V. Lehman Bros. Holdings Inc. 445 B.R. 137 (S.D.N.Y. 2011)

③

The Creditor is the movant requesting for the acceptance of this claims extension of the Bar Date so this Creditors Claims may be reconized as timely.

⊗ Excusable Neglect standard that governs A Creditors ability to file a proof of Claim After the expiration of the Claim bar date is a flexible one and excusable neglect may include inadvertence mistake or carelessn as well "Intervening Circumstances" beyond the Creditors Control. (Fed. R. Bank. R. P 9006(B.)(1.) in Re Motors liquidation Compa. 576 B.R. 761 (Bank. R. S. D. N. Y. 2017 under the ~~xx~~ Excusable Neglect Standard Governing the Filing of Late proofs of Claim

Congress plainly contemplated that courts would be permitted, when appropriate to accept late filings caused by inadvertance mistake or carelessness as well as by Intervening circumstances beyond a party's Control. (Fed. B. Bank. R. P. 9006(B.) in Re energy future holdings Corp. 619 B.R. 99 (Bank R. D. Del 2020)

"IV"

Wherefore Creditor respectfully prays that this Great Court enter Judgement Granting the recognition of A.) Personal Injury B.) General Claims proof of Claim forms.

Dated This 4-4-22 Day of

Respectfully Submitted

"Verification"

I have read the forgoing & hereby verify that the matters alleged therin are true except as to matters alleged on information and belief and as to these I believe therin to be true.

I certify under penalty of perjury that the foregoing is true and Correct

X) D. Pull
Signature

X) 4-15-80                    X)xxx-xx-1162
D.O.B                          Last 4 Soc #

(21)

4-4-22

I am sorry for the late notices but i am trying my best to get it done. i have no claim number i just sent the application in March with a letter to you your honor i have all information ect been sent to my mother for she has helped me my whole life and through my worst addiction her Name is Barbara Marss

# 253-217-0594 -

Thank you

Daul Rull

WAShington stAte Penitentiary
1313 N 13th Ave
WAllA wAllA WA 99362
Daniel Rudd 367950
unit 8-A-15

Judge Robert D. DrAiN
Unit stAtes Bankrpty Court
Southern District of New York
300 QuArropas street
white plAins NY 10601

THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

SPOKANE WA 990
6 APR 2022 PM 3

10601-414000