UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY NINTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | February 1, 2022 through February 28, 2022 |
| Monthly Fees Incurred: | $181,190.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:             $8.00

Total Fees and Expenses Due:             $181,198.50

This is a: __X__ monthly _____ interim _____ final application

19-23649-shl  Doc 4654  Filed 04/12/22  Entered 04/12/22 13:34:26  Main Document

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $295,198.80 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $204,075.60 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $154,229.20 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $251,651.20 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, fifth, and sixth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from February 1, 2022 through and including February 28, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $181,190.50 |
   | Expenses | 8.00 |
   | **TOTAL** | **$181,198.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $144,952.40 |
   | Expenses at 100% | 8.00 |
   | **TOTAL** | **$144,960.40** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C"**.

6. A summary of expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "D"**.

7. Detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "E"**.

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than April 26, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
April 12, 2022

                                       FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:  */s/ Matthew Diaz*
      Matthew Diaz, Senior Managing Director
      1166 Avenue of the Americas, 15th Floor
      New York, New York 10036
      Telephone: (212) 499-3611
      Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 23.0 | $ 27,600.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,200 | 6.2 | 7,440.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 5.2 | 6,890.00 |
| Shafer, Patterson | Managing Director | Healthcare | 600 | 2.0 | 1,200.00 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 88.4 | 78,676.00 |
| Suric, Emil | Sr Director | Restructuring | 890 | 0.5 | 445.00 |
| Johnson, Ancy | Director | Healthcare | 475 | 26.5 | 12,587.50 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 21.6 | 8,100.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 58.4 | 38,252.00 |
| **GRAND TOTAL** | | | | **231.8** | **$ 181,190.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 9.6 | $ 6,288.00 |
| 7 | Analysis of Domestic Business Plan | 124.8 | 85,490.00 |
| 10 | Analysis of Tax Issues | 4.8 | 5,760.00 |
| 11 | Prepare for and Attend Court Hearings | 3.5 | 2,715.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.8 | 960.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 69.5 | 63,509.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 8.3 | 9,100.00 |
| 24 | Preparation of Fee Application | 10.5 | 7,368.00 |
| | **GRAND TOTAL** | **231.8** | **$ 181,190.50** |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/1/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents to provide update to team. |
| 1 | 2/1/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/2/2022 | Kurtz, Emma | 0.2 | Review recently uploaded dataroom documents re: cash reporting to provide update. |
| 1 | 2/2/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/3/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/7/2022 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/8/2022 | Kurtz, Emma | 0.3 | Review recent documents uploaded to the dataroom re: cost analysis to share with team. |
| 1 | 2/8/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/9/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/10/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/11/2022 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/14/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/15/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/16/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/17/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/17/2022 | Kurtz, Emma | 0.4 | Review recently uploaded dataroom documents re: reporting to provide update to team. |
| 1 | 2/18/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/21/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: HRT and cash reporting to share with team. |
| 1 | 2/22/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/23/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/25/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/28/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **9.6** | |
| 7 | 2/1/2022 | Bromberg, Brian | 0.9 | Review Debtor report on business plan costs. |
| 7 | 2/3/2022 | Bromberg, Brian | 0.8 | Finalize draft cost analysis to share with larger team. |
| 7 | 2/7/2022 | Baron, Genevieve | 1.1 | Prepare updates to cost report to reflect current business plan. |
| 7 | 2/7/2022 | Johnson, Ancy | 2.8 | Prepare updates to report re: manufacturing site analysis. |
| 7 | 2/8/2022 | Baron, Genevieve | 0.9 | Prepare revisions to cost report re: manufacturing site options. |
| 7 | 2/8/2022 | Bromberg, Brian | 1.4 | Review updated draft cost report to ensure correctness. |
| 7 | 2/8/2022 | Bromberg, Brian | 0.9 | Review latest analysis of business plan costs provided by the Debtors. |
| 7 | 2/8/2022 | Bromberg, Brian | 0.6 | Discuss comments on cost analysis with team. |
| 7 | 2/8/2022 | Bromberg, Brian | 2.7 | Review latest draft cost report to provide comments. |
| 7 | 2/8/2022 | Diaz, Matthew | 0.9 | Review updated cost analysis to evaluate next steps. |
| 7 | 2/8/2022 | Johnson, Ancy | 2.7 | Prepare updates to cost report to reflect internal comments. |
| 7 | 2/8/2022 | Kurtz, Emma | 1.3 | Prepare analysis of business plan costs provided by the Debtors. |
| 7 | 2/8/2022 | Kurtz, Emma | 1.2 | Prepare revisions to analysis of business plan costs provided by the Debtors per internal comments. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 2/8/2022 | Kurtz, Emma | 0.6 | Attend call with internal team to discuss comments on cost analysis. |
| 7 | 2/8/2022 | Kurtz, Emma | 1.9 | Review draft cost analysis presentation to provide comments to team. |
| 7 | 2/8/2022 | Shafer, Patterson | 0.6 | Review latest draft cost report to provide guidance to team. |
| 7 | 2/9/2022 | Baron, Genevieve | 2.7 | Prepare further revisions to draft cost report per internal comments. |
| 7 | 2/9/2022 | Bromberg, Brian | 0.7 | Discuss comments on cost analysis with team. |
| 7 | 2/9/2022 | Bromberg, Brian | 1.6 | Finalize comments on latest version of cost presentation to provide to team. |
| 7 | 2/9/2022 | Johnson, Ancy | 0.7 | Attend call with internal team to discuss comments on cost report. |
| 7 | 2/9/2022 | Johnson, Ancy | 2.3 | Prepare updates to cost report to incorporate feedback from team. |
| 7 | 2/9/2022 | Kurtz, Emma | 0.8 | Attend call with team to discuss comments on draft cost presentation. |
| 7 | 2/9/2022 | Shafer, Patterson | 0.8 | Review updates to draft cost report re: manufacturing. |
| 7 | 2/10/2022 | Baron, Genevieve | 2.6 | Prepare updates to cost report re: manufacturing site analysis. |
| 7 | 2/10/2022 | Baron, Genevieve | 2.7 | Prepare updates to cost analysis to incorporate current business plan projections. |
| 7 | 2/10/2022 | Bromberg, Brian | 1.9 | Review cost analyses provided by the Debtors' advisors. |
| 7 | 2/10/2022 | Bromberg, Brian | 0.8 | Participate in call with internal team to discuss cost report. |
| 7 | 2/10/2022 | Johnson, Ancy | 0.8 | Attend call with internal team to discuss cost report changes. |
| 7 | 2/10/2022 | Johnson, Ancy | 2.2 | Prepare updates to cost report to reflect conversation with team. |
| 7 | 2/10/2022 | Kurtz, Emma | 0.7 | Attend call with team to discuss comments on cost analysis. |
| 7 | 2/10/2022 | Shafer, Patterson | 0.6 | Review additional analysis of manufacturing site costs. |
| 7 | 2/11/2022 | Baron, Genevieve | 3.1 | Prepare revisions to cost report to reflect internal comments. |
| 7 | 2/11/2022 | Bromberg, Brian | 1.8 | Review cost savings report and comment. |
| 7 | 2/11/2022 | Bromberg, Brian | 0.6 | Reviewing Alix cost savings reports. |
| 7 | 2/11/2022 | Johnson, Ancy | 2.4 | Prepare further revisions to cost report per internal feedback. |
| 7 | 2/11/2022 | Kurtz, Emma | 1.6 | Review updated draft of the cost analysis to provide further comments. |
| 7 | 2/14/2022 | Baron, Genevieve | 2.7 | Prepare further revisions to cost report to reflect internal comments. |
| 7 | 2/14/2022 | Bromberg, Brian | 0.9 | Review additional business plan files provided by the Debtors re: cost report. |
| 7 | 2/14/2022 | Johnson, Ancy | 2.2 | Finalize draft of cost report to reflect latest files from the Debtors. |
| 7 | 2/14/2022 | Kurtz, Emma | 1.6 | Prepare updates to cost report to reflect additional information from the Debtors. |
| 7 | 2/15/2022 | Bromberg, Brian | 2.7 | Perform detailed review of updated cost report to provide comments. |
| 7 | 2/15/2022 | Bromberg, Brian | 1.4 | Review Debtors' cost analysis incorporated in business plan. |
| 7 | 2/15/2022 | Johnson, Ancy | 2.3 | Prepare updates to draft cost report per comments from team. |
| 7 | 2/15/2022 | Kurtz, Emma | 1.9 | Review latest draft of cost report to provide additional comments to team. |
| 7 | 2/16/2022 | Bromberg, Brian | 0.7 | Review inventory changes in business plan. |
| 7 | 2/16/2022 | Bromberg, Brian | 0.8 | Provide further comments on cost analysis re: inventory. |
| 7 | 2/16/2022 | Bromberg, Brian | 1.1 | Review Debtors' updated analysis of business plan costs. |
| 7 | 2/16/2022 | Johnson, Ancy | 2.7 | Prepare updates to cost analysis re: internal comments. |
| 7 | 2/17/2022 | Baron, Genevieve | 2.2 | Prepare revisions to cost report to reflect Debtors' latest analysis. |
| 7 | 2/17/2022 | Bromberg, Brian | 1.2 | Review latest draft of cost analysis. |
| 7 | 2/17/2022 | Bromberg, Brian | 2.9 | Review PHI initiatives from prior business plans. |
| 7 | 2/17/2022 | Bromberg, Brian | 2.2 | Review proposed PHI initiatives and related spend in current business plan. |
| 7 | 2/17/2022 | Kurtz, Emma | 1.7 | Review updated cost report reflecting updated information from the Debtors. |
| 7 | 2/17/2022 | Kurtz, Emma | 1.9 | Review latest business plan and 2021 monthly reporting to evaluate 2021 and projected future PHI spend. |
| 7 | 2/18/2022 | Bromberg, Brian | 1.8 | Prepare revisions to diligence list re: OTC naloxone update and HRT funding request. |
| 7 | 2/18/2022 | Bromberg, Brian | 1.7 | Review updated cost analysis from Debtors. |
| 7 | 2/18/2022 | Johnson, Ancy | 1.4 | Prepare updates to cost report to reflect latest information from the Debtors. |
| 7 | 2/18/2022 | Kurtz, Emma | 1.4 | Review presentation and data provided by the Debtors on OTC naloxone. |
| 7 | 2/18/2022 | Kurtz, Emma | 1.3 | Draft diligence list for the Debtors advisors re: OTC naloxone update and funding request. |
| 7 | 2/21/2022 | Bromberg, Brian | 0.8 | Review PHI initiatives from prior business plans. |
| 7 | 2/21/2022 | Bromberg, Brian | 0.7 | Review Debtors' 2022 business plan re: PHI projected spend. |
| 7 | 2/21/2022 | Bromberg, Brian | 0.8 | Review 2020 HRT funding motion. |
| 7 | 2/22/2022 | Bromberg, Brian | 2.1 | Review updated cost analysis presentation to ensure correctness. |
| 7 | 2/22/2022 | Bromberg, Brian | 0.7 | Provide further comments on cost analysis to team. |
| 7 | 2/22/2022 | Bromberg, Brian | 1.1 | Finalize questions list for the Debtors re: PHI, OTC Naloxone, and HRT. |
| 7 | 2/22/2022 | Bromberg, Brian | 1.4 | Review business plan operating parameters. |
| 7 | 2/23/2022 | Baron, Genevieve | 1.8 | Prepare updates to cost analysis deck to finalize with business plan figures. |
| 7 | 2/23/2022 | Bromberg, Brian | 0.6 | Follow up with Debtors on open questions re: PHI, OTC Naloxone and HRT. |
| 7 | 2/23/2022 | Johnson, Ancy | 1.3 | Prepare updates to cost analysis to finalize report. |
| 7 | 2/24/2022 | Baron, Genevieve | 1.2 | Continue to prepare updates to cost diligence deck to finalize with business plan figures. |
| 7 | 2/24/2022 | Bromberg, Brian | 1.4 | Review updated draft of cost report to provide feedback to team. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 2/24/2022 | Bromberg, Brian | 0.5 | Discuss PHI initiatives with team. |
| 7 | 2/24/2022 | Johnson, Ancy | 2.7 | Prepare additional updates to cost report per internal comments. |
| 7 | 2/24/2022 | Kurtz, Emma | 1.4 | Review latest draft of cost report to provide comments. |
| 7 | 2/24/2022 | Suric, Emil | 0.5 | Review HRT update to prepare summary of observations. |
| 7 | 2/25/2022 | Bromberg, Brian | 2.2 | Review updated cost report to finalize draft for team. |
| 7 | 2/25/2022 | Bromberg, Brian | 0.9 | Continue to review cost report to finalize draft for team. |
| 7 | 2/25/2022 | Diaz, Matthew | 0.9 | Review Nalmefene approval and update. |
| 7 | 2/25/2022 | Diaz, Matthew | 2.3 | Review latest draft cost savings report to provide comments to team. |
| 7 | 2/25/2022 | Kurtz, Emma | 1.4 | Review updated draft of cost analysis to ensure correctness. |
| 7 | 2/27/2022 | Diaz, Matthew | 0.7 | Review proposed updated HRT agreement. |
| 7 | 2/28/2022 | Baron, Genevieve | 0.6 | Prepare revisions to cost diligence deck. |
| 7 | 2/28/2022 | Bromberg, Brian | 1.8 | Review revised cost report to evaluate changes. |
| 7 | 2/28/2022 | Diaz, Matthew | 1.6 | Review revised draft of cost analysis. |
| **7 Total** | | | **124.8** | |
| 10 | 2/2/2022 | Joffe, Steven | 0.5 | Attend weekly AHC call to discuss case updates, with a focus on potential tax issues. |
| 10 | 2/8/2022 | Joffe, Steven | 1.9 | Attend AHC weekly call to discuss case status, with a focus on potential tax issues. |
| 10 | 2/9/2022 | Joffe, Steven | 1.2 | Review court filings to understand case status and potential tax implications. |
| 10 | 2/16/2022 | Joffe, Steven | 0.8 | Attend AHC weekly call to discuss case status, with a focus on potential tax issues. |
| 10 | 2/23/2022 | Joffe, Steven | 0.4 | Attend weekly AHC call to discuss case updates, with a focus on potential tax issues. |
| **10 Total** | | | **4.8** | |
| 11 | 2/1/2022 | Bromberg, Brian | 0.9 | Listen to hearing on preliminary injunction. |
| 11 | 2/1/2022 | Kurtz, Emma | 0.7 | Attend injunction extension hearing. |
| 11 | 2/17/2022 | Bromberg, Brian | 0.9 | Listen to omnibus hearing re: preliminary injunction extension. |
| 11 | 2/17/2022 | Kurtz, Emma | 1.0 | Attend hearing re: preliminary injunction extension. |
| **11 Total** | | | **3.5** | |
| 13 | 2/17/2022 | Joffe, Steven | 0.8 | Review preliminary injunction extension motion. |
| **13 Total** | | | **0.8** | |
| 16 | 2/1/2022 | Bromberg, Brian | 1.2 | Review proposed OCP cap extensions. |
| 16 | 2/1/2022 | Bromberg, Brian | 0.6 | Review filings related to OCP cap extensions. |
| 16 | 2/1/2022 | Kurtz, Emma | 1.8 | Review updated analysis of alternative plan cash flows to understand changes. |
| 16 | 2/2/2022 | Bromberg, Brian | 2.3 | Review alternative plan cash flows. |
| 16 | 2/2/2022 | Bromberg, Brian | 1.6 | Prepare bridge of alternative plan cash flows. |
| 16 | 2/2/2022 | Simms, Steven | 0.6 | Review update re: alternative plan options. |
| 16 | 2/3/2022 | Bromberg, Brian | 1.4 | Review latest alternative plan cash flows. |
| 16 | 2/3/2022 | Bromberg, Brian | 0.7 | Discuss alternative plan cash flows with Houlihan. |
| 16 | 2/3/2022 | Bromberg, Brian | 0.8 | Review Rhodes pipeline analysis. |
| 16 | 2/3/2022 | Bromberg, Brian | 0.7 | Prepare revisions to bridge of alternative plan cash flows. |
| 16 | 2/3/2022 | Kurtz, Emma | 2.1 | Review updated analysis from HL re: plan b cash flows and allocation scenarios to understand changes. |
| 16 | 2/4/2022 | Diaz, Matthew | 1.5 | Participate in call with counsel to review plan alternatives. |
| 16 | 2/4/2022 | Diaz, Matthew | 0.7 | Review Houlihan plan alternative cash flow analysis. |
| 16 | 2/7/2022 | Simms, Steven | 0.4 | Review case update re: preliminary injunction extension. |
| 16 | 2/8/2022 | Bromberg, Brian | 1.2 | Review materials on preliminary injunction extension and plan b cash flows to prepare for AHC call. |
| 16 | 2/8/2022 | Bromberg, Brian | 2.3 | Review Houlihan presentation on cash flows. |
| 16 | 2/8/2022 | Diaz, Matthew | 1.9 | Review of the updated Purdue alternative cash flow analysis. |
| 16 | 2/8/2022 | Kurtz, Emma | 1.9 | Review analysis of alternative plan cash flows. |
| 16 | 2/9/2022 | Bromberg, Brian | 0.7 | Prepare for presentation to the newly consenting states re: alternative plan cash flows. |
| 16 | 2/9/2022 | Bromberg, Brian | 1.5 | Participate in call with the newly consenting states re: alternative plan cash flows. |
| 16 | 2/11/2022 | Bromberg, Brian | 1.6 | Review appellate briefs to respond to questions from counsel. |
| 16 | 2/11/2022 | Bromberg, Brian | 0.4 | Attend call with counsel to discuss projected distributions in appellate briefs. |
| 16 | 2/11/2022 | Diaz, Matthew | 1.4 | Review updated alternative cash flows analysis. |
| 16 | 2/11/2022 | Kurtz, Emma | 1.4 | Review proposed district court brief to evaluate question from counsel re: projected distributions. |
| 16 | 2/11/2022 | Simms, Steven | 0.6 | Review case update re: second circuit briefs. |
| 16 | 2/14/2022 | Bromberg, Brian | 0.9 | Review second circuit brief summary. |
| 16 | 2/14/2022 | Simms, Steven | 0.4 | Review case update re: Debtors' response to AHC letter. |
| 16 | 2/16/2022 | Bromberg, Brian | 0.4 | Review Debtors' response to letter re: operating parameters. |
| 16 | 2/16/2022 | Kurtz, Emma | 0.8 | Review updates to analysis re: plan alternatives. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/17/2022 | Diaz, Matthew | 1.9 | Review plan alternatives analysis. |
| 16 | 2/17/2022 | Simms, Steven | 0.6 | Review update re: alternative plan structures. |
| 16 | 2/18/2022 | Bromberg, Brian | 0.9 | Attend call with counsel re: alternative plan structures. |
| 16 | 2/18/2022 | Bromberg, Brian | 0.5 | Review mediator's interim report. |
| 16 | 2/18/2022 | Diaz, Matthew | 0.6 | Review mediator's third interim report. |
| 16 | 2/18/2022 | Diaz, Matthew | 0.7 | Participate in call with counsel to discuss alternative plan cash flows. |
| 16 | 2/18/2022 | Joffe, Steven | 0.6 | Review mediator's interim report. |
| 16 | 2/21/2022 | Bromberg, Brian | 1.4 | Review comments on questions for the Debtors in preparation for the bi-weekly all professionals call. |
| 16 | 2/22/2022 | Simms, Steven | 0.4 | Review case update re: business operations following all professionals call. |
| 16 | 2/23/2022 | Bromberg, Brian | 1.4 | Review materials to prepare for all professionals call re: case updates. |
| 16 | 2/23/2022 | Bromberg, Brian | 1.0 | Participate in all professionals call to discuss case updates. |
| 16 | 2/23/2022 | Bromberg, Brian | 0.6 | Prepare summary of issues raised on professionals call for team. |
| 16 | 2/23/2022 | Bromberg, Brian | 0.8 | Discuss issues raised on professionals call with Houlihan team. |
| 16 | 2/24/2022 | Bromberg, Brian | 1.7 | Review updates to alternative plan cash flows. |
| 16 | 2/24/2022 | Diaz, Matthew | 1.9 | Review updated distributable value analysis. |
| 16 | 2/25/2022 | Bromberg, Brian | 0.8 | Prepare for call with the Debtors re: HRT funding request. |
| 16 | 2/25/2022 | Bromberg, Brian | 1.0 | Participate in call with HRT and Debtors re: HRT funding request. |
| 16 | 2/25/2022 | Kurtz, Emma | 1.0 | Attend call with Debtors and Debtors' advisors to discuss HRT funding request. |
| 16 | 2/27/2022 | Bromberg, Brian | 0.3 | Prepare summary of HRT call. |
| 16 | 2/28/2022 | Bromberg, Brian | 0.8 | Review agenda for bi-weekly call with professionals and management. |
| 16 | 2/28/2022 | Bromberg, Brian | 1.3 | Review analysis of HRT funding request to provide comments to team. |
| 16 | 2/28/2022 | Bromberg, Brian | 1.1 | Prepare for call re: HRT funding request and OTC Naloxone. |
| 16 | 2/28/2022 | Bromberg, Brian | 1.4 | Discuss HRT funding request and proposed call agenda with Houlihan. |
| 16 | 2/28/2022 | Bromberg, Brian | 1.9 | Review draft HRT slides to provide comments to team. |
| 16 | 2/28/2022 | Bromberg, Brian | 0.8 | Review updated distributable value numbers. |
| 16 | 2/28/2022 | Diaz, Matthew | 0.8 | Review draft presentation re: HRT funding request and OTC naloxone. |
| 16 | 2/28/2022 | Diaz, Matthew | 1.3 | Participate in call with Houlihan to discuss the HRT motion and the agenda for the call with the Debtors. |
| 16 | 2/28/2022 | Kurtz, Emma | 1.8 | Review proposed HRT funding agreement and motion. |
| 16 | 2/28/2022 | Kurtz, Emma | 1.3 | Prepare revisions to draft presentation re: HRT funding request and OTC naloxone. |
| 16 | 2/28/2022 | Kurtz, Emma | 3.3 | Prepare draft presentation analyzing HRT funding request and OTC naloxone update. |
| 16 | 2/28/2022 | Kurtz, Emma | 1.4 | Attend call with HL re: HRT funding request and OTC naloxone. |
| 16 | 2/28/2022 | Simms, Steven | 0.4 | Review case update re: HRT funding request. |
| **16 Total** | | | **69.5** | |
| 21 | 2/2/2022 | Diaz, Matthew | 1.0 | Participate in the AHC call to discuss plan alternatives. |
| 21 | 2/2/2022 | Simms, Steven | 0.4 | Attend weekly AHC call re: plan alternatives. |
| 21 | 2/8/2022 | Bromberg, Brian | 2.0 | Attend weekly AHC call to discuss preliminary injunction extension and plan b. |
| 21 | 2/8/2022 | Diaz, Matthew | 2.0 | Participate in the AHC committee call to discuss plan alternatives and the mediation. |
| 21 | 2/8/2022 | Simms, Steven | 0.8 | Attend AHC call to discuss case updates re: plan alternatives and mediation. |
| 21 | 2/16/2022 | Bromberg, Brian | 1.0 | Attend weekly AHC call to discuss mediation update. |
| 21 | 2/16/2022 | Simms, Steven | 0.6 | Attend weekly AHC call to discuss re: mediation status and next steps. |
| 21 | 2/23/2022 | Bromberg, Brian | 0.5 | Participate in weekly AHC call to discuss case status and next steps. |
| **21 Total** | | | **8.3** | |
| 24 | 2/9/2022 | Kurtz, Emma | 2.8 | Begin to prepare January fee application per local rules. |
| 24 | 2/11/2022 | Kurtz, Emma | 2.4 | Continue to prepare January fee application per fee examiner guidelines. |
| 24 | 2/18/2022 | Diaz, Matthew | 0.9 | Review draft January fee application. |
| 24 | 2/18/2022 | Kurtz, Emma | 0.8 | Prepare revisions to the January fee application. |
| 24 | 2/25/2022 | Kurtz, Emma | 0.3 | Finalize draft January fee application for filing. |
| 24 | 2/28/2022 | Kurtz, Emma | 1.7 | Prepare draft seventh interim fee application exhibits. |
| 24 | 2/28/2022 | Kurtz, Emma | 1.6 | Prepare draft seventh interim fee application per local rules. |
| **24 Total** | | | **10.5** | |
| **Grand Total** | | | **231.8** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**

**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

| Expense Type | Amount |
|---|---:|
| Other | $ 8.00 |
| **Grand Total** | **$ 8.00** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 2/3/2022 | Bromberg, Brian | Other | Flight internet charge to complete case work. | 8.00 |
| | | **Other Total** | | **$ 8.00** |
| | | **Grand Total** | | **$ 8.00** |