LEWIS KAPPES
Amanda Quick
One American Square
Suite 2500
Indianapolis, IN 46282
Tel: (317) 639-1210
Fax: (317) 639-4882
AQuick@lewis-kappes.com

*Former Counsel to State of Indiana*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## WITHDRAWAL OF APPEARANCE

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

      The undersigned attorney, Amanda K. Quick, hereby withdraws her appearance as attorney of record for the State of Indiana in the above-captioned Chapter 11 cases. Ms. Quick has not been employed by the Indiana Attorney General's Office since March 23, 2022 and as such no longer represents the State of Indiana as of that date. The State of Indiana will continue to be represented by alternate counsel, Heather Crockett, among others. Accordingly, the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

withdrawal of Ms. Quick will not impact the representation of the State of Indiana or result in any delay in these proceedings.

Respectfully Submitted,

By: /s/ Amanda K. Quick
Amanda K. Quick
LEWIS KAPPES
One American Square
Suite 2500
Indianapolis, IN 46282
Telephone: (317) 639-1210
Facsimile: (317) 639-4882
Email: AQuick@lewis-kappes.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I caused a copy of the foregoing document to be served via the electronic case file system upon counsel of record for all parties.

/s/ Amanda K. Quick
Amanda K. Quick