## Exhibit B

List of Professionals and Paraprofessionals

US_ACTIVE-166220071.1-SCLEE

**Summary of Hours Billed, Rates and Related information**

| Name | Billing Rate | Date of Bar Admission | Billed Hours | Billed Amount[1] |
|---|---|---|---|---|
| Aaron Javian | $1,215.00 | 2004 | 14.60 | $15,316.90 |
| Adrienne Kitchen | $660.00 | 2015 | 95.00 | $46,344.18 |
| Andrew Muha | $880.00 | 2001 | 8.80 | $5,808.00 |
| Ann Kramer | $1,305.00 | 1984 | 236.50 | $235,177.13 |
| Anthony Crawford | $715.00 | 2012 | 402.30 | $218,696.80 |
| Catherine Lewis | $605.00 | 2016 | 2.20 | $976.80 |
| Elizabeth Vieyra | $600.00 | 2012 | 44.50 | $19,224.00 |
| Esther Kim | $595.00 | 2018 | 9.90 | $4,237.20 |
| John Ellison | $1,260.00 | 1987 | 5.60 | $5,581.37 |
| Lianna Simmonds | $300.00 | N/A | 142.80 | $32,615.80 |
| Lisa Szymanski | $850.00 | 2009 | 250.10 | $169,238.03 |
| Michael Venditto | $1,160.00 | 1978 | 26.80 | $24,870.40 |
| Nora Sooy | $405.00 | N/A | 3.80 | $1,155.20 |
| Paul Breene | $1,290.00 | 1983 | 276.30 | $272,202.99 |
| Paul Singer | $1,275.00 | 1968 | 7.00 | $6,692.00 |
| Peter Hardy | $1,140.00 | 1983 | 6.30 | $5,395.56 |
| Richard Lewis | $1,205.00 | 1992 | 138.90 | $123,696.64 |
| Shaun Lee | $700.00 | 2017 | 33.30 | $20,279.70 |
| Shikendra Rhea | $315.00 | N/A | 24.00 | $5,719.38 |
| **Total** | | | 1,728.70 | $1,213,228.07 |

---

[1] The amount billed represents an agreed discount from Reed Smith's standard hourly fees. Pursuant to the terms of Reed Smith's engagement, for the period on and after February 1, 2021 through December 31, 2021, the following tiered discounts applied to time charges: (i) 10 % of accrued fees less than $500,000; (ii) 14% of accrued fees in excess of $500,000 but less than $1,000,000; (iii) 17% of accrued fees in excess of $1,000,000 but less than $1,500,000; and (iv) 20% of accrued fees above $1,500,000. The applicable discount for each tier applies upon reaching the threshold on fees billed after application of any lower tiered discounts. Pursuant to the terms of Reed Smith's engagement, for the period on and after January 1, 2022 through December 31, 2022, the following tiered discounts apply to time charges: (i) 13% of accrued fees less than $1,125,000; (ii) 18% of accrued fees in excess of $1,125,000 but less than $2,300,000; and (iii) 20% of accrued fees above $2,300,000. The applicable discount for each tier applies upon reaching the threshold on fees billed after application of any lower tiered discount.