# Exhibit C

Fees Billed By Subject Matter Category

US_ACTIVE-166220404.2-SCLEE

**Summary of Hours Billed, Rates and Related information**

| Task | Task Description | Sum of Billed Amount |
|---|---|---|
| B110 | Admin-Case Administration | 10,791.60 |
| B120 | Admin-Asset Analysis & Recovery | 1,339.20 |
| B160 | Admin-Fee/Employment Applications | 70,877.18 |
| B190 | Admin-Other Contested Matters | 11,796.46 |
| B310 | Claims & Plan-Claims Administration & Objections | 96,090.80 |
| B320 | Claims & Plan-Plan & Disclosure Statement | 47,478.00 |
| B410 | Bankruptcy Related Advice-Gen. Bankruptcy Advice/Opinions | 340.60 |
| L110 | Case Assess, Dev & Admin-Fact Investigation/Development | 2,679.23 |
| L120 | Case Assess, Dev & Admin-Analysis/Strategy | 440,794.63 |
| L140 | Case Assess, Dev & Admin-Document/File Management | 5,747.60 |
| L160 | Case Assess, Dev & Admin-Settlement/Non-Binding ADR | 2,043.62 |
| L190 | Case Assess, Dev & Admin-Other | 845.93 |
| L210 | Pre-Trial Plead & Motion-Pleadings | 1,796.00 |
| L230 | Pre-Trial Plead & Motion-Court Mandated Conferences | 11,348.00 |
| L240 | Pre-Trial Plead & Motion-Dispositive Motions | 135,368.94 |
| L250 | Pre-Trial Plead & Motion-Other Written Motions/Submissions | 4,475.10 |
| L310 | Discovery-Written Discovery | 85,174.74 |
| L320 | Discovery-Document Production | 189,969.84 |
| L390 | Discovery-Other Discovery | 92,411.39 |
| L430 | Trial Preparation & Trial-Written Motions/Submissions | 169.60 |
| L510 | Appeal-Appellate Motions & Submission | 1,689.60 |
| Grand Total | | $1,213,228.07 |