# Exhibit E

Comparable Blended Rates

US_ACTIVE-166229406.3-SCLEE

**Exhibit E**

**Comparable Blended Rates**

| Category of Timekeeper | Number of Hours in this Fee Application | Blended Hourly Rate in this Fee Application | Rates for U.S. professionals and paraprofessionals not involved in these chapter 11 cases |
|---|---:|---:|---:|
| Partners | 1,070.10 | $734.14 | $970.05 |
| Associates | 184.90 | $492.49 | $568.33 |
| Counsel | 303.10 | $980.12 | $862.14 |
| Non-attorney timekeepers | 170.60 | $231.48 | $378.56 |