Presentment Date: May 3, 2022 at 10:00 a.m (Prevailing Eastern Time)
Objection Deadline: April 29, 2022 at 4:00 p.m. (Prevailing Eastern Time)

REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
Ann V. Kramer

*Proposed Special Insurance Counsel to
the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

## NOTICE OF PRESENTMENT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF REED SMITH LLP AS SPECIAL INSURANCE COUNSEL, NUNC PRO TUNC TO MARCH 1, 2022

**PLEASE TAKE NOTICE** that, Purdue Pharma L.P. ("PPLP") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") will present for signature to the Honorable Robert D. Drain, United States Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Judge, Courtroom 116 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, White Plains, NY 10601-4140, on **May 3, 2022 at 10:00 a.m.** (the "Presentment Date"), an order authorizing the retention of Reed Smith LLP (the "Order")[2] substantially in the form annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Order must be made in writing, stating in detail the reasons therefor, and must be filed with the Clerk of the Bankruptcy Court, and so as to be actually received by: (i) Davis Polk &Wardwell LLP, bankruptcy counsel for the Debtors and Debtors in Possession, 450 Lexington Avenue, New York, New York 10017, Attn: Marshall S. Huebner (marshall.huebner@davispolk.com) and Eli J. Vonnegut (eli.vonnegut@davispolk.com); and (ii) the Office of the United States Trustee for Region 2, Attn: Paul Schwartzberg, Esq. (Paul.Schwartzberg@usdoj.gov), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, no later than 4:00 p.m. on April 29, 2022 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-399, any objection filed by parties with legal representation shall be filed on or before the Objection Deadline (i) through the Bankruptcy Court's Electronic Case Filing System ("ECF") which may be accessed at the Bankruptcy Court's Internet web site at www.nysb.uscourts.gov, and (ii) in portable document format ("PDF") using Adobe Exchange software for conversion.

PLEASE TAKE FURTHER NOTICE that any party that is either without legal representation or that is unable to file documents electronically or create documents in PDF format, shall file its objection on or before the Objection Deadline in Word format on a CD in an envelope clearly marked with the case name, case number, type and title of document, document number of

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Order.

- 2 -

the document to which the objection refers and the file name of the document.

**PLEASE TAKE FURTHER NOTICE** that a hard copy of any objection must be delivered to the Chambers of the Bankruptcy Judge Robert D. Drain at the Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed and served, the Order may be entered by the Bankruptcy Court without further notice or opportunity for a hearing.

DATED:  New York, New York
        April 19, 2022

                                                            */s/ Ann V. Kramer*
                                                            Ann V. Kramer
                                                            Reed Smith LLP