UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA L.P., et al., Debtors<br><br>v<br><br>Tony Callihan<br>Creditor | Chapter 11<br>Case No: 19-23649 (RDD)<br><br>SUPPLEMENT TO<br>CLAIM No: 628595 |

COMES NOW the Creditor, Tony Callihan, pro se and hereby provides this court with this supplement to his original claim No: 628595.

### PERSONAL INJURY

IN SUPPLEMENT to part 3:10 and part 5.15

Debtors promoted opioids in a coercive and deceptive manner. The debtors fraudulent promotion of the opioids resulted in over prescription and addiction.

These opioids were distributed based on a fraudulent misrepresentation regarding

1 of 4

effiacacy, and sold without adequate instructions and warnings.

Debtors committed common law fraud - False Advertizment, unjust enrichment, negligence, ad racketeer, Influenced ad Corruption organization, violated product Liability acts.

Debtors concealed for their own financial gain the RISKS OF ADDICTION and harm by their opioid product while promoting consumer use.

Debtors were responsible for updating their drug lables at all times. Debtors made representations that were not supported by scientific studies, preventing clinics and consumers from making informed decisions about whether to proscribe or to use the opioids as a primary form of cronic pain treatment that the debtor used its strategies to evade consumer protection laws, also using frount groups or third parties to promote opioids as a superior pain medication through unbranded materials.

Debtors conspired with physicians to defraud insurers into authorizing reimbursments for its opioid products. Debtors harbored a specific intent to injure the insurer and upon accepting as true that the debtors employee's acted within the scope of their employment and intentionally used false information to induce the insurer to pay claims it otherwise would not have.

Debtors materially deceptive acts and practices undermined the consumers ability to assess the benefits and dangers of prescription opioids and to make informed decisions as to the efficacy and safety of opioids for cronic pain. This creditor suffered direct injuries as a result of the debtors deceptive acts or practices.

## SUPPLEMENT to part II

This creditor seeks 5 million dollars for damages and monatary relief.
For legal fees oncurred while under opioid addiction and for debt/child support while encarcerated for crimes stemming from addiction

## SUPPLEMENT TO PART 10

I was hospitalized for a broken hip at Deaconess Hospital and for a skull fracture at Holy Family hospital both in Spokane, WA. where I was prescribed opioid pain medication, by the time my injuries were healed I had become severly addicted ~~for~~ My employment now effected I became unemployed. legally prescribed drugs led to street drugs due to withdraw. This addiction led my life into a rut. I became a habitual criminal ~~wit~~ currently incarcerated with 2 strikes and 18 felony convictions. My son was put into a ~~foster home~~ eventually Juvinile for his behavior stemming from the reck that became our lives.
This opioid has destroyed my life and my family that no amount of money can repair, I cannot even get all the hospital records to include in this because I'm an indigent inmate with no resorces in the world available to me, as the opioid prescribed to me ~~completely~~ ruined my quality of life and ability to function. I feel I deserve compensation.

Dated this 11th day of April, 2022

Tony Callihan
Tony Callihan

4 of 4