**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## EIGHTH SUPPLEMENTAL DECLARATION OF
## LISA DONAHUE OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Lisa Donahue, state under penalty of perjury, that:

1.      I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.      Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.      I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated November 5, 2019 [ECF No. 429], my supplemental declaration dated December 5, 2019 [ECF No. 578], the supplemental declaration of Jesse DelConte of AlixPartners, LLP dated December 18, 2019 [ECF No. 671], my supplemental declaration dated December 19, 2019 [ECF No. 678], my supplemental declaration dated December 15, 2020 [ECF No. 2137], my

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

supplemental declaration dated March 12, 2021 [ECF No. 2468], and my supplemental declaration dated August 30, 2021 [ECF No. 3697].

4.    Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries.  AlixPartners would like to disclose the following:

- AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP.  In response, one or more of the members of its Boards have offered the following disclosures:

  o American Express, a vendor to the Debtors, is a vendor to an AP investor or one of its affiliates.

  o Arnold & Porter Kaye Scholer LLP, counsel to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

  o AT&T, a utility provider to the Debtors, is a vendor to an AP investor or one of its affiliates.

  o Bank of America, a vendor to the Debtors, is a lender to an AP investor or one of its affiliates.

  o An affiliate of Blue Cross and Blue Shield, a plaintiff, vendor and creditor to the Debtors, is a vendor to an AP investor or one of its affiliates.

  o Chubb, an insurance provider to the Debtors, is a vendor to an AP investor or one of its affiliates.

  o Fidelity Investments, a vendor to the Debtors, is a vendor to an AP investor or one of its affiliates.

  o Hogan Lovells US LLP, counsel to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

  o National Union Fire Insurance Company of Pittsburgh, PA (AIG) is an insurance provider to the Debtors.  Illinois National Insurance Company, an affiliate of AIG, is a former insurance provider to AP.  Illinois National Insurance Company was adverse to AP in a former litigation regarding an insurance dispute in matters unrelated to the Debtors.

  o PricewaterhouseCoopers LLP and affiliates ("**PwC**") are vendors to the Debtors.  An AP board member and an employee of one of his affiliates are former employees of PwC.

  o U.S. Bank is a vendor to an AP investor or one of its affiliates.

- Abbott Laboratories, Inc., a licensing agreement party and major co-defendant to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Ace American Insurance and Ace Property and Casualty Insurance Company, insurance providers to the Debtors, and affiliates are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis Laboratories FL, Inc., Actavis Laboratories NY, Inc., Actavis Laboratories UT, Inc., Actavis LLC, Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis PLC, Actavis South Atlantic LLC, Actavis Totowa LLC and Actavis, Inc., major co-defendants to the Debtors, and affiliates ("**Actavis**") are litigation parties, adverse litigation parties and related parties to current AP clients in matters unrelated to the Debtors.  Actavis is a current AP client in matters unrelated to the debtors.

- Aetna, Aetna Health Management and Aetna Life Insurance Co., vendors to the Debtors, are litigation parties to current AP clients in matters unrelated to the Debtors.

- Agilent Technologies Inc., a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Air Liquide Industrial U.S. LP, a creditor to the Debtors, and affiliates are adverse litigation parties to former AP clients in matters unrelated to the Debtors.

- Akin Gump Strauss Hauer & Feld, LLP, a professional in this bankruptcy matter, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Allergan Finance LLC, Allergan PLC, Allergan Sales, LLC and Allergan USA, Inc., co-defendants to the Debtors, and affiliates ("**Allergan**") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Allergan is a vendor to AP.

- Alvogen Malta Operations Ltd., a vendor to the Debtors, and affiliates are current and former AP clients in matters unrelated to the Debtors.

- Amazon.com, a customer to the Debtors, and affiliates are vendors to AP.

- American Express, a vendor to the Debtors, was a member of the UCC represented by AP in Aegean Marine Petroleum Network Inc., a former bankruptcy matter unrelated to the Debtors.

- American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, an adverse litigation party to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Amerisource Health Services Corp., AmerisourceBergen Corporation and AmerisourceBergen Drug Corp., major co-defendants, creditors and customers to the

Debtors, and affiliates are litigation parties to current AP clients in matters unrelated to the Debtors.

- Anda Inc. and Anda Pharmaceuticals, Inc., customers to the Debtors, and affiliates are litigation parties to current AP clients in matters unrelated to the Debtors.

- Andrews & Thornton, opposing counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- Ankura Intermediate Holdings LP, a vendor to the Debtors, and affiliates ("**Ankura**") are professionals to current and former AP clients in matters unrelated to the Debtors. Ankura is a current AP client in matters unrelated to the Debtors. Ankura is a former employer of current AP employees.

- Ariba Inc., a vendor to the Debtors, is a vendor to AP.

- Arizona Health Care Cost, a vendor to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Ask LLP, a professional in this bankruptcy matter, is a professional to current AP clients in matters unrelated to the Debtors.

- Associated Food Stores, a customer to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- AT&T, a utility provider to the Debtors, is a related party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. AT&T was a member of the UCC represented by AP in Fusion Litigation Trust, Forever 21, Inc. and Windstream Holdings, Inc., former bankruptcy matters unrelated to the Debtors.

- Attorneys General that are adverse litigation parties to the Debtors are current and former AP clients, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to Debtors.

- Augusta, GA, an adverse litigation party to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Bad River Band of Lake Superior Chippewa, an adverse litigation party to the Debtors, is a litigation party to former AP clients in matters unrelated to the Debtors.

- Bank of America NA, a vendor to the Debtors, and affiliates ("**Bank of America**") are related parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. A current employee of AP who is an attorney in AP's Legal Department was previously employed by a law firm where Bank of America was a primary client.

- Baron & Budd, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Basha's Inc., a customer to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Bassford Remele, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Bates White LLC, a vendor to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- Bayard, P.A., a professional in this bankruptcy matter, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- BDO USA LLP, a vendor to the Debtors, and affiliates are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Beasley Allen Law Firm, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Beaver County, PA, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Bedell Cristin, a professional in this bankruptcy matter, is counsel to current AP clients in matters unrelated to the Debtors.  Bedell Cristin is a current and former AP client in matters unrelated to the Debtors.

- BenefitFocus.com Inc., a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Berger & Montague, PC, opposing counsel to the Debtors, is a litigation party and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Blank Rome LLP, counsel to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Boone Karlberg, opposing counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Borden Ladner Gervais LLP, counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Braud & Gallagher, opposing counsel to the Debtors, is a litigation party to former AP clients in matters unrelated to the Debtors.

- Brown Rudnick LLP, a professional in this bankruptcy matter, is counsel to current and former AP clients in matters unrelated to the Debtors.

- BRP and BRP Trust a/k/a Bombardier Recreational Products, customers to the Debtors, and affiliates ("**BRP**") are related parties and adverse litigation parties to current and

former AP clients in matters unrelated to the Debtors.  BRP is a current and former AP client in matters unrelated to the Debtors.

- Bryan Cave LLP, employee indemnity counsel to the Debtors, is an adverse litigation party and counsel to former AP clients in matters unrelated to the Debtors.

- Cardinal Health, Inc., Cardinal Health dba Harvard Druid, Cardinal Health P.R. 120 Inc., Cardinal Health Pharmacy Services, LLC and Cardinal Health Technologies LLC, customers, creditors and major co-defendants to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., opposing counsel to the Debtors, are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- CaremarkPCS Health LP, CVS, CVS Caremark, CVS Caremark Part D Services, L.L.C., Caremark PCS Health, L.L.C., CVS Distribution, CVS Health Solutions, L.L.C., CVS Pharmacy Inc. and CVS RX Services, Inc., vendors, customers and creditors to the Debtors, and affiliates are litigation parties to current AP clients in matters unrelated to the Debtors.

- Ceridian Clients Fund Trust and Ceridian HCM Inc., vendors to the Debtors, are professionals to former AP clients in matters unrelated to the Debtors.

- Certco Inc., a customer to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Cesar Castillo Inc., a customer to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Charles Schwab, a vendor to the Debtors, is an adverse litigation party, bondholder, shareholder and professional to current and former AP clients in matters unrelated to the Debtors.

- Charter Communications Holding Company, LLC, a sublessee to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- The Cherokee Nation, an adverse litigation party to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Chicago Title Co. LLC, a vendor to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Choate Hall & Steward LLP ("**Choate Hall**"), director and officer counsel to the Debtors, is counsel to former AP clients in matters unrelated to the Debtors.  Choate Hall is a current AP client in matters unrelated to the Debtors.

- Chubb, an insurance provider to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Cigna, Cigna Health and Life Insurance Co. and Cigna Participant HAS Funding, vendors to the Debtors, and affiliates are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Cipriani & Werner PC, counsel to the Debtors, is an adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- Citibank, a banking services provider to the Debtors, and affiliates are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Clariant Corporation and Clariant Plastics & Coatings, vendors to the Debtors, and affiliates are related parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Clayton County, GA, an adverse litigation party to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Cogency Global, counsel to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Cohen & Gresser LLP ("**Cohen & Gresser**"), director and officer counsel to the Debtors, is counsel to a former AP client in matters unrelated to the Debtors.  Cohen & Gresser is a current AP client in matters unrelated to the Debtors.

- Cohen & Milstein, opposing counsel to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Cole Schotz P.C. ("**Cole Schotz**"), a professional in this bankruptcy matter, was a member of the UCC represented by AP in The NORDAM Group, Inc., a former bankruptcy matter unrelated to the Debtors.  Cole Schotz is a former AP client in matters unrelated to the Debtors.

- Commissioner of Revenue Services, a governmental authority to the Debtors, is a vendor to AP.

- Commonwealth of Pennsylvania, a creditor to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- The Commonwealth of Puerto Rico, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Commonwealth of Virginia, an adverse litigation party to the Debtors, is a litigation party to former AP clients in matters unrelated to the Debtors.

- Compass Lexecon, a professional in this bankruptcy matter, is a former AP client in matters unrelated to the Debtors.

- Contract Pharmacal Corp., a creditor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Cooney & Conway, opposing counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- Cornerstone Research Inc., a vendor to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Covington & Burling LLP ("**Covington & Burling**"), counsel to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors. Covington & Burling is a former employer of a current AP employee.

- Daniel J. Edelman Limited, a vendor to the Debtors, is a professional to former AP clients in matters unrelated to the Debtors.

- Dauphin County, PA, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Davis Polk & Wardwell LLP, a professional in this bankruptcy matter, is counsel to current and former AP clients in matters unrelated to the Debtors.

- Day Pitney, director and officer counsel to the Debtors, is an adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- Debevoise & Plimpton LLP ("**Debevoise**"), a vendor to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors. Debevoise is a former legal services provider to AP.

- Dechert LLP, counsel to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Dehay & Elliston LLP, counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- Delaware County, PA, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Dentons US LLP, a vendor to the Debtors, and affiliates ("**Dentons**") are opposing counsel to current AP clients in matters unrelated to the Debtors. Dentons is a current and former AP client in matters unrelated to the Debtors. Dentons is a former legal services provider to AP.

- Department of Health & Human Services (Nebraska), a vendor to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- DLA Piper LLP US ("**DLA Piper**"), a vendor and employee indemnity counsel to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors. DLA Piper is a former employer of current AP employees. DLA Piper is a current legal services provider to AP.

- Dorsey & Whitney LLP ("**Dorsey & Whitney**"), a vendor and counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors. The spouse of an AP Managing Director is a partner in Dorsey & Whitney's bankruptcy practice.

- Dow Chemical Company, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Dreyer Boyaijian LLP, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Duke Energy, a utility provider to the Debtors, and affiliates are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Duke University ("**Duke**"), a vendor to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors. Duke is a vendor to AP.

- Durbin Larimore & Bialick ("**Durbin**"), counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors. Durbin is a current AP client in matters unrelated to the Debtors.

- EMC Corp., a vendor to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- Empire Discovery LLC, a vendor to the Debtors, is a vendor to AP.

- Endo, Endo Generics Holdings, Inc., Endo Health Solutions Inc., Endo International PLC and Endo Pharmaceuticals, Inc., major co-defendants to the Debtors, and affiliates ("**Endo**") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Endo is a current and former AP client in matters unrelated to the Debtors.

- Endurance Assurance Corporation, an insurance provider to the Debtors, and affiliates ("**Endurance**") are adverse litigation parties to a current AP client in matters unrelated to the Debtors. Endurance is an insurance provider to AP.

- Evonik Corporation, a vendor to the Debtors, is a related party to a former AP client in matters unrelated to the Debtors.

- Express Scripts, a customer to the Debtors, and affiliates are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Fears Nachawati, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Federal Trade Commission, a governmental authority to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Fidelity Institutional Asset, Fidelity Investments Institutional and Fidelity Managed Income, vendors to the Debtors, and affiliates are professionals and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Fisher Scientific and Fisher Scientific Co. LLC, customers and vendors to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- Foley & Lardner, opposing counsel to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors.

- Frost Brown Todd LLC, counsel to the Debtors, is counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- FTI Consulting SC Inc. and FTI Consulting, Inc., vendors and professionals to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- Gartner Inc., a vendor to the Debtors, is a related party to current AP clients in matters unrelated to the Debtors.  Gartner Inc., is a vendor to AP.

- Gibson Dunn & Crutcher LLP, counsel to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors.

- Gilbert LLP, a professional in this bankruptcy matter, is a professional to current AP clients in matters unrelated to the Debtors.

- Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan LLC, counsel to the Debtors, is an adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- Grant Thornton LLP, a vendor to the Debtors, and affiliates ("**Grant Thornton**") are associated companies, professionals and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Grant Thornton is a current and former AP client in matters unrelated to the Debtors.  Grant Thornton is a former employer of current AP employees.

- Granules USA Inc., a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Great American Insurance Company (Vosco), an insurance provider to the Debtors, and affiliates are litigation parties to current AP clients in matters unrelated to the Debtors.

- Gwinnett County, GA, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- H.D. Smith Wholesale Drug Co. and HD Smith LLC, major co-defendants and customers to the Debtors, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Hinckley, Allen & Snyder LLP, counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- HMO Louisiana Inc., an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Hogan Lovells US LLP ("**Hogan Lovells**"), counsel to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.  Hogan Lovells is a former employer of current AP employees.  Hogan Lovells is a current legal services provider to AP.

- Holland & Hart, counsel to the Debtors, is counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Honeywell Safety Products, a customer to the Debtors, and affiliates is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Hughes Socol Piers Resnick & Dym, Ltd., a professional in this bankruptcy matter, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Hy Vee, a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Ikon Financial Services, a creditor to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- ILC Dover Inc., a vendor to the Debtors, and affiliates are former AP clients in matters unrelated to the Debtors.

- Information Resources Inc., a vendor to the Debtors, is a related party to current AP clients in matters unrelated to the Debtors.  Information Resources Inc. is a former AP client in matters unrelated to the Debtors.

- Insys, Insys Manufacturing LLC, Insys Pharma, Inc. and Insys Therapeutics, Inc., major co-defendants to the Debtors, are litigation parties to current AP clients in matters unrelated to the Debtors.

- Intralinks Inc., a vendor to the Debtors, and affiliates are vendors to AP.

- IQVIA Inc. and IQVIA RDS Inc., vendors to the Debtors, and affiliates are vendors to AP.

- Ironshore Specialty Insurance Company, an insurance provider to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Janssen Pharmaceuticals, Inc., a major co-defendant to the Debtors, is a litigation party and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Johnson Controls Inc., a vendor to the Debtors, and affiliates are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Johnson Matthey Inc., a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Jones Day, counsel to the Debtors, and affiliates are vendors to AP.

- JP Morgan Chase is a banking services provider to the Debtors. The spouse of an attorney who works in AP's Legal Department is a lawyer employed by JPM advising on distressed investments. Strict confidentiality obligations pertaining to all employees, as well as general legal professional responsibility, prohibit the AP attorney from discussing or exchanging non-public information related to AP's client engagements, including this bankruptcy matter, with third parties, including spouses.

- Kaiser Foundation Hospital, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Kaplan Hecker & Fink LLP, a vendor to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Kasowitz Benson Torres LLP ("**Kasowitz**"), a vendor to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Kasowitz is a current and former AP client in matters unrelated to the Debtors.

- Kelley Jasons McGowan Spinelli Hanna & Reber, LLP, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Kentucky State Treasurer, a governmental authority to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- King & Spalding LLP, counsel to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors.

- Kinney Drugs, a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Kmart Corporation, a customer to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Kopelowitz Ostrow Ferguson Weiselberg Gilbert, opposing counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Korn Ferry Hay Group Inc., a vendor to the Debtors, and affiliates are professionals to current AP clients in matters unrelated to the Debtors.

- Krause & Kinsman, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Kroger, a customer to the Debtors, is a litigation party and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Lac Courte Oreilles Bank of Lake Superior Chippewa Indians, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Leason Ellis LLP, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Legal & General Investment, a vendor to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- Liberty Insurance Corp., an insurance provider to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Group and Liberty Surplus Insurance Corporation (Non-Admitted), insurance providers and vendors to the Debtors, are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Louisville/Jefferson County Government, a plaintiff to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Lowenstein Sandler LLP and Lowenstein Sandler PC, counsel and vendors to the Debtors, are counsel to current and former AP clients in matters unrelated to the Debtors.

- LTS Lohmann and LTS Lohmann Therapy Systems, vendors and business developers to the Debtors, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Lynn Pinker Cox & Hurst, a vendor and counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Lytle Soule & Curlee, P.C., counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- MAO-MSO Recovery II, LLC, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Marc J. Bern & Partners LLP, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Matheson Tri-Gas Inc., a utility provider to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Mayor & City Council of Baltimore, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- McAfee & Taft, opposing counsel to the Debtors, is an adverse litigation party and counsel to current and former AP clients in matters unrelated to the Debtors.

- McGuire Woods LLP, a vendor to the Debtors, is an adverse litigation party, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Meijer, a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.  Meijer is a former employer of a current AP employee.

- Mercer Health & Benefits LLC, a vendor to the Debtors, and affiliates ("**Mercer**") are bondholders, investors, lenders and professionals to current and former AP clients in matters unrelated to the Debtors.  Mercer is a former employer of a current AP employee. Mercer is a vendor to AP.

- Microsoft Licensing Group, a vendor to the Debtors, and affiliates are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Millennium Trust, a party-in-interest to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- Miller & Chevalier, employee indemnity counsel to the Debtors, is a professional and counsel to current AP clients in matters unrelated to the Debtors.

- MNP Consulting Limited, a party-in-interest to the Debtors, and affiliates are professionals to a current AP client in matters unrelated to the Debtors.

- Montgomery & Andrews, PA, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Morgan & Morgan, opposing counsel to the Debtors and a professional in this bankruptcy matter, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Morgan Lewis & Bockius LLP ("**Morgan Lewis**"), counsel to the Debtors, is a director-affiliated company to a former AP client in matters unrelated to the Debtors.

- Morris, Nichols, Arsht & Tunnell, LLP, a vendor and counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.  Morris Nichols is a former legal services provider to AP.

- Morrison & Foerster LLP, counsel to the Debtors, is a litigation party and counsel to current and former AP clients in matters unrelated to the Debtors.

- Motley Rice, opposing counsel to the Debtors and a professional in this bankruptcy matter, is counsel to a current AP client in matters unrelated to the Debtors.

- MSI Corporation, an adverse litigation party to the Debtors, and affiliates ("**MSI**") are adverse litigation parties to a former AP client in matters unrelated to the Debtors.  MSI is a vendor to AP.

- MSP Recovery Claims Series LLC and MSPA Claims 1, LLC, adverse litigation parties to the Debtors, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Napoli Shkolnik PLLC, opposing counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- National Grid, a utility provider to the Debtors, and affiliates ("**National Grid**") are litigation parties to a former AP client in matters unrelated to the Debtors. National Grid is a former employer of a current AP employee.

- National Union Fire Insurance Company of Pittsburgh, PA (AIG), an insurance provider to the Debtors, and affiliates are insurance providers to AP.

- Nielsen Co. LLC, a vendor to the Debtors, and affiliates ("**Nielsen**") are related parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Nielsen is a current AP client in matters unrelated to the Debtors. Nielsen is a former employer of current AP employees.

- Nixon Peabody, counsel to the Debtors, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- Norton Rose, Norton Rose Fulbright and Norton Rose Fulbright US LLP, counsel to the Debtors and counsel to the Debtors' directors and officers, and affiliates are counsel to current and former AP clients in matters unrelated to the Debtors.

- Novo Nordisk, a party-in-interest to the Debtors, and affiliates are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Occidental Chemical Corporation, a litigation party to the Debtors are adverse litigation parties to former AP clients in matters unrelated to the Debtors.

- Office of the Attorney General – Texas, opposing counsel to the Debtors, is an adverse litigation party and governmental entity to current and former AP clients in matters unrelated to the Debtors.

- Old Republic Insurance Co., a vendor and insurance provider to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- O'Neill & Borges, counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Open Text Inc., a vendor to the Debtors, is a vendor to AP.

- Owens & Minor, a customer to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Parties in interest that are categorized as co-defendants, opposing counsel and adverse litigation parties in this bankruptcy matter are also Opioid Litigation Co-Defendants, Opioid Litigation Plaintiffs' Counsel, and Opioid Litigation Plaintiffs in the Mallinckrodt PLC ("**Mallinckrodt**") bankruptcy matter since both Purdue and Mallinckrodt are co-defendants in the same multidistrict opioid related litigation matters. To the extent AP has additional connections to parties in these categories, they will be outlined by a separate disclosure.

- Paul Weiss Rifkind Wharton & Garrison LLP, counsel to the Debtors, is a current legal services provider to AP.

- Pension Benefit Guaranty Corp., a creditor, vendor and governmental authority to the Debtors, and affiliates ("**PBGC**") are adverse litigation parties to current AP clients in matters unrelated to the Debtors.  PBGC was a member of the UCC represented by AP in Exide Holdings, Inc. and The Boy Scouts of America, respectively former and current bankruptcy matters unrelated to the Debtors.

- People of California, an adverse litigation party to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Perrin, Landry, DeLaunay, opposing counsel to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Petrillo Klein & Boxer LLP, a vendor and employee indemnity counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Philadelphia Federation of Teachers Health and Welfare Fund, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Phillips & Paolicelli, opposing counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Phipps Anderson Deacon, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Podhurst Orseck P.A., opposing counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Porter Hedges LLP, a vendor and employee indemnity counsel to the Debtors, is counsel to a former AP client in matters unrelated to the Debtors.

- Potomac Law Group PLLC, a vendor to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Praxis and Praxis Precision Medicines Inc., vendors and contract counterparties to the Debtors, are current AP clients in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP, a vendor to the Debtors, and affiliates ("**PwC**") are related parties, litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  PwC is a vendor to AP.

- Proquest LLC, a vendor to the Debtors, is a former employer of a current AP employee.

- Publix Super Markets Inc., a customer to the Debtors, is an adverse litigation party and litigation party to current AP clients in matters unrelated to the Debtors.

- Quinn Emanuel Urquhart & Sullivan LLP ("**Quinn**"), a vendor to the Debtors, is a litigation party, professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Ralph's Grocery, a customer to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Reed Smith LLP, a vendor and counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Reich & Binstock, opposing counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Rite Aid Corporation, Rite Aid Corporation of New York, Inc., Rite Aid Headquarters Corporation, Rite Aid of Georgia, Inc., Rite Aid of Maryland, Inc., Rite Aid of Massachusetts Inc., Rite Aid of Michigan, Inc., Rite Aid of New York, Inc., Rite Aid of North Carolina, Inc., Rite Aid of Ohio, Inc. and Rite Aid of West Virginia, Inc., major co-defendants to the Debtors, and affiliates are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Robbins Geller Rudman & Dowd LLP, opposing counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Robins Kaplan, opposing counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.  Robins Kaplan is a current AP client in matters unrelated to the Debtors.

- Rochester Drug Cooperative Inc., a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Sands Anderson PC, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- SAP America, a vendor to the Debtors, is a vendor to AP.

- Schnuck Markets, a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Shionogi Inc. and Shionogi Symproic, vendors to the Debtors, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Shipman & Goodwin, a professional in this bankruptcy matter, is counsel to current AP clients in matters unrelated to the Debtors.

- Sidley Austin LLP, a vendor and counsel to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors.

- Simon Greenstone Panatiere & Bartlett, PC, opposing counsel to the Debtors, is a professional and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Snell & Wilmer LLP, a vendor and counsel to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Sodexo Operations LLC, a vendor to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Squire Patton Boggs US LLP ("**SPB**"), a vendor to the Debtors, is litigation party, adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.  SPB is a current and former AP client in matters unrelated to the Debtors. SPB is a current legal services provider to AP.

- St. Croix Chippewa Indians of Wisconsin, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Standard Insurance Co., a vendor to the Debtors, and affiliates ("**Standard**") are adverse litigation parties to current AP clients in matters unrelated to the Debtors.  Standard is a former AP client in matters unrelated to the Debtors.

- State of Alabama, an adverse litigation party  to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- State of Alaska ("**Alaska**"), an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.  Alaska is a current AP client in matters unrelated to the Debtors.

- State of Arkansas, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- State of California, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- State of Connecticut, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- State of Florida, an adverse litigation party to the Debtors, is an adverse litigation party to a current and former AP clients in matters unrelated to the Debtors.

- State of Georgia, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- State of Hawaii, a governmental authority to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Idaho, a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- State of Illinois, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Indiana, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Louisiana, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- State of Maine, a vendor to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Minnesota, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- State of Mississippi, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- State of Missouri, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Montana, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- State of New Hampshire, an adverse litigation party and governmental authority to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- State of New Jersey, a governmental authority to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- State of New Mexico, an adverse litigation party to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of New York, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of New York Department of Health, a creditor to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- State of North Dakota, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Ohio, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Oklahoma, an adverse litigation party to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- State of Oregon, an adverse litigation party to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Pennsylvania, an adverse litigation party to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- State of Rhode Island, an adverse litigation party and governmental authority to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- Sate of South Carolina, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtors.

- State of South Dakota, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Tennessee, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- State of Texas ("**Texas**"), an adverse litigation party to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Utah, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Vermont, an adverse litigation party to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Washington, an adverse litigation party and governmental authority to the Debtors, is a litigation party to current and former AP clients in matters unrelated to the Debtors.

- State of Wyoming, an adverse litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Steadfast Insurance Company – Zurich, an insurance provider to the Debtors, is a litigation party and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Steptoe & Johnson, a director / officer counsel and counsel to the Debtors, is a litigation party, adverse litigation party and counsel to current and former AP clients in matters unrelated to the Debtors.

- Stericycle Inc., a utility provider to the Debtors, is a former employer of a current AP employee.

- Sterne Kessler Goldstein & Fox PLLC, a vendor and counsel to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Stikeman Elliott LLP, a vendor and counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Stillwater Holdings LLC f/k/a Stillwater LLC, a party-in-interest to the Debtors, and affiliates ("**Stillwater**") are adverse litigation parties to current AP clients in matters

unrelated to the Debtors.  Stillwater was a debtor represented by AP in Blackhawk Mining LLC, a former bankruptcy matter unrelated to the Debtors.

- Stites & Harbison, PLLC, counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- Stuart Smith is opposing counsel to the Debtors.  A Stuart Smith is an officer to a current AP client in matters unrelated to the Debtors.  It is unclear whether this is the same individual.

- Sun Pharmaceutical Industries, a vendor to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Supervalu and Supervalu Pharmacies Inc., customers to the Debtors, are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Syneos Health Consulting Inc. and Syneos Health LLC, vendors to the Debtors, are current AP clients in matters unrelated to the Debtors.

- Taft Stettinius & Hollister LLP, opposing counsel to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Target Corp., a customer to the Debtors, is an adverse litigation party, litigation party and director-affiliated company to current AP clients in matters unrelated to the Debtors.

- The Miller Law Firm, opposing counsel to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors.

- The Stewart Law Firm, PLLC, a professional in this bankruptcy matter, is opposing counsel to a former AP client in matters unrelated to the Debtors.

- Troutman Sanders LLP (n/k/a Troutman Pepper Hamilton Sanders LLP), counsel to the Debtors, is an adverse litigation party, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors.

- U.S. Bank Equipment Finance, a creditor to the Debtors, and affiliates are professionals to a current AP client in matters unrelated to the Debtors.

- United Healthcare Services Inc., an insurance provider to the Debtors, and affiliates ("**United**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  United is a vendor to AP.

- United Parcel Service and UPS Supply Chain Solutions, vendors to the Debtors, are current AP clients in matters unrelated to the Debtors.

- University of Texas, a licensing agreement party to the Debtors, is a vendor to AP.

- Valassis Direct Mail Inc., a vendor to the Debtors, was a member of the UCC represented by AP in Tops Holding II Corporation, a former bankruptcy matter unrelated to the Debtors.

- Venable LLP, a vendor and employee indemnity counsel to the Debtors, is an adverse litigation party and counsel to current and former AP clients in matters unrelated to the Debtors.

- Ventura Law, opposing counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Veolia ES Technical Solutions, a utility provider and vendor to the Debtors, and affiliates are director-affiliated companies to a former AP client in matters unrelated to the Debtors.

- Verizon and Verizon Washington DC, Inc., utility providers to the Debtors, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- VistaPharm Inc., a customer to the Debtors, is a vendor to AP.

- VMware Inc., a vendor to the Debtors, is a former employer of current AP employees.

- Vogel Law Firm, Ltd., counsel to the Debtors, is a professional, litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Wagstaff & Cartmell, LLP, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Walgreen Co., Walgreens and Walgreens Boots Alliance, vendors to the Debtors, are former employers of a current AP employee.

- Walmart Inc., Walmart Stores Inc., Wal-Mart Stores East, Inc., Wal-Mart Stores East, LP and Wal-Mart Stores Texas, LLC, customers, major co-defendants and vendors to the Debtors, and affiliates are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Washington Post Company, LLC, an adverse litigation party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Watts Guerra LLP, a multi-state group entity and opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Wayne State University ("**WSU**"), a vendor to the Debtors, is a former employer of a current AP employee.  WSU is a vendor to AP.

- Wegmans Food Markets, a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Wells Fargo & Company, Wells Fargo Bank NA and Wells Fargo Financial Leasing Inc., banking services providers and vendors to the Debtors, and affiliates ("**Wells Fargo**") are

director-affiliated companies and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Wells Fargo was a member of the UCC represented by AP in Extraction Oil & Gas, Inc., 24 Hour Fitness Worldwide, Inc. and LBI Media, Inc., former bankruptcy matters unrelated to the Debtors.

- Westchester Fire Insurance Company, an insurance provider to the Debtors, is an adverse litigation party, bondholder and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Wheeler Trigg O'Donnell LLP, director and officer counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Wiggin & Dana LLP, a vendor and opposing counsel to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors. Wiggin & Dana LLP is a current AP client in matters unrelated to the Debtors.

- Wilmer Cutler Pickering Hale & Dorr LLP ("**Wilmer**"), a vendor and counsel to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors. Wilmer is a vendor to AP.

- Yale University, a vendor to the Debtors, is a former employer of a current AP employee.

- Zenith Insurance Company, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Zoom Video Communications, a utility provider to the Debtors, is a vendor to AP.

- Zurich American Insurance Company, an insurance provider to the Debtors, and affiliates ("**Zurich**") are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Zurich is a current AP client in matters unrelated to the Debtors. Zurich is an insurance provider to AP.

5.      AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true

and correct.

Dated: April 20, 2022                                    AlixPartners, LLP
      New York, New York


                              */s/ Lisa Donahue*
                              Lisa Donahue
                              Managing Director