# I
## Jurisdiction And Venue

1.) This is a chapter (11) Bankruptcy case claim in which the creditor Nickolas C. Colbert, Begs This great court for His claim to be Recognized as being filed timely. This court has the Authority under the federal Rule of bankruptcy procedure 9006 (B)(1). This creditor is Requesting for what constitutes as "excusable Neglect" to be applied to his claim. This creditors personal injury proof of claim form (claim # 628967) were filed by the purdue pharma claims processing center After the July 30, 2020 Bar date.

## II facts

2.) The global pandemic has 'slowed and Halted' my life. Due to the Nation wide lock-down my ability to communicate and correspond has become hindered and also come to a Stand Still and was out of my control.

At The Time this creditor tried to aqvire The Required claim documents the united states postal service was lacking in funds and due to that the affected states were informed mail would be late for outgoing and incoming. This delay transpired at the same time and several months prior to and after the courts new "Bar date". This was out of my control.

I am currently incarcerated and have been since 2019 in washington state. I only Recieve two hours of time out of my cell a day and No publications except USA today. That has to be Purchased from an outside vender. I am an indigent inmate.

So I am unable to purchase USA today. I am Ignorant to what is transpiring in the outside world. As soon as I could I sent a Request for forms to The purdue pharma claims center C/O prime clerk on or about the month of febuary 2022. And my proof acceptance is my claim # 628967

I Nickolas C. Colbert Did Attemt to file my claim forms in the fastest time frame possible. with Regards to my current incarceration and constant state of lock downs. The global pandemic put everything out of my control.

### III

The creditor Nickolas C. Colbert Alleges that he attempted to fallow the courts Requirements and Rules as best as he was physically capable of doing. in Respect to His current incarceration This creditor "Acted in gods faith" (Fed Rules Bank R, proc, Rule 9006 (B)(1)) U.S.CA CUI gup (Lux) master S.A.R.V., Lehan Bros. Holdings Inc. 445 B.R. 137 (S.D N.Y. 2011).

The creditor is the movant Requesting for the acceptance of This claims extention of Bar date so This creditors claim may be Recognized as timely.

Excusable neglect standard that governs A creditors ability to file a proof of claim form after the expiration date of The claim bar date is a flexible one and excusable neglect may include inadvertence mistake or carelessness as well

"intervening circumstances" Beyond the creditors control (Fed. R. Bank. R. P. 9006 (B)(1) in Re motors liquidation company. 576 B.R. 761 (Bank. R. S. D. N.Y. 2017) under the excusable Neglect standard governing the filing of late proofs of claim.

Congress plainly contemplated that courts would Be permitted, when appropriate to accept late filings caused by inadvertance, mistake, or carelesness as well as by intervining circumstances Beyond a partys control (Fed. B. Bank. R. P. 9006. (B) in Re energy future holdings corp. 619. B.R. 99. (Bank. R.D. Del. 2020)

### IV    Pray for Relief

Wherefor creditor Respectfully prays that this great court enter Judgment granting the Ragnition of A.) personal injury claimant proof of claim form.

Dated    april 6th, 2022
Respectfully submited

I have Read the foregoing + hereby verify that the matters alleged therein are true except as to matters alleged or information and belief and as to these I Believe Them to be true.

I certify under penalty of perjury that the foregoing is true and correct.

Nickolas C. Colbert    /s/ Nickolas C. Colbert