Nickolas Colbert
Washington state Penitentiary
Unit 8 Teir E Cell #16
1313 N 13th Ave
Walla Walla WA, 99362

19-23649-shl    Doc 4678-1    Filed 04/20/22    Entered 04/20/22 13:37:30    Exhibit
Envelope    Pg 1 of 1

SPOKANE WA 990
12 APR 2022 PM 4 L

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.



Honorable Judge Robert D. Drain
United states bankruptcy court
Southern District of New York
300 Quarropas
White plains, New York ~~10601~~ 10601

10601-414000