# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] | ) | |
| | ) | Case No. 19-23649 (RDD) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## COMBINED ELEVENTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES FOR THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2022 through March 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $900,000.00 |
| Less 20% Holdback: | $180,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Total Fees and Expenses Due: | $720,000.00 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated:  April 20, 2022

_/s/Amelia M. Caporale_____
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A
# SUMMARY BY PROFESSIONAL

*2021 Audit Services*

| Last Name | First Name | Rank | Time |
|---|---|---|---|
| Agarwal | Ashish Agarwal | Manager | 10.0 |
| Azraa | Sarah | Client Serving Contractor | 54.0 |
| Biedziak | Eliza Anna | Senior Manager | 0.5 |
| Caporale | Amelia | Partner/Principal | 7.0 |
| Casella | John M. | Staff/Assistant | 80.0 |
| Conley | Hannah Mary | Senior Manager | 2.0 |
| D'Alessandro | Nicholas A | Manager | 131.0 |
| Eiserle | Christopher D. | Staff/Assistant | 19.5 |
| Fox | Nicholas K. | Manager | 5.0 |
| Furtado | Justin V | Manager | 32.4 |
| Karappamveetil | Hitha Anis | Associate | 2.0 |
| Kaushik | Utkarsh | Staff/Assistant | 81.0 |
| Maity | Anirban | Staff/Assistant | 4.0 |
| Memeti | Andi | Senior | 2.0 |
| Mercier | Joseph D | Senior | 74.1 |
| Mumtaz | Humza | Staff/Assistant | 7.0 |
| Nayyar | Deepankar | Senior | 157.0 |
| Nguyen | Dominic Lee | Senior | 4.0 |
| Pahlon | Cody | Staff/Assistant | 6.6 |
| Patel | Nikita P. | Staff/Assistant | 129.5 |
| Pereira | Christopher A. | Partner/Principal | 6.0 |
| Piotroski | Edmund Anthony | Senior | 54.1 |
| Sawhney | Akshay | Senior | 1.0 |
| Shivani | Shivani | Senior Associate | 0.5 |
| Shukla | Saurabh | Senior | 6.0 |
| Siegler | Jeffrey Thomas | Staff/Assistant | 11.5 |
| Singh | Kulbhusan | Senior | 6.5 |
| Sonika | Avinash | Senior Manager | 18.0 |
| Tsui | Rochelle | Manager | 1.0 |
| Zee | Ena | Executive Director | 0.8 |
| | | **Total** | **914.0** |

**Total Fixed Fees Sought for 2021 Audit Services During Fee Period:  $900,000.00**

3

**EXHIBIT B**
**SUMMARY BY CATEGORY**

*2021 Audit Services*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Independence Procedures | This category includes all activities associated with Independence Procedures | 5.0 |
| Planning Activities | This category relates to all audit planning activities. | 125.6 |
| Walkthroughs/Test of Controls | This category includes all activities associated with meetings, preparation and review of all walkthroughs and controls. | 31.1 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 748.3 |
| Quality Review | This category includes activities associated with Quality Review of audit procedures | 4.0 |
| | **Total** | **914.0** |

**Total Fixed Fees Sought for 2021 Audit Services During Fee Period:  $900,000.00**

4

# EXHIBIT C
## SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*2021 Audit Services*

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Pereira,Christopher A. | Partner/Principal | 2/2/2022 | Quality Review | 3.0 | Review of prior year financial statements |
| Caporale,Amelia M | Partner/Principal | 2/3/2022 | Planning Activities | 0.5 | Review of initial planning for 2021 audit. |
| D'Alessandro,Nicholas A | Manager | 2/10/2022 | Planning Activities | 2.0 | Planning for 2021 audit. |
| Sarah Azraa | Client Serving Contractor | 2/11/2022 | Year-End Substantive Testing | 3.0 | Preparation of lead sheets for 2021 audit |
| D'Alessandro,Nicholas A | Manager | 2/14/2022 | Planning Activities | 1.0 | Planning for 2021 audit. |
| Sarah Azraa | Client Serving Contractor | 2/15/2022 | Year-End Substantive Testing | 10.0 | Preparation of lead sheets for 2021 audit cont. |
| Deepankar Nayyar | Senior | 2/16/2022 | Planning Activities | 11.0 | Review of Purdue planning documents |
| Caporale,Amelia M | Partner/Principal | 2/17/2022 | Planning Activities | 0.5 | Review of initial planning for 2021 audit. |
| D'Alessandro,Nicholas A | Manager | 2/18/2022 | Planning Activities | 1.0 | Planning for 2021 audit. |
| Caporale,Amelia M | Partner/Principal | 2/21/2022 | Planning Activities | 0.5 | Review of initial planning for 2021 audit. |
| D'Alessandro,Nicholas A | Manager | 2/25/2022 | Planning Activities | 1.0 | Planning for 2021 audit. |
| D'Alessandro,Nicholas A | Manager | 3/2/2022 | Planning Activities | 1.5 | Request list and walking the Controller through the list.  EY members Justin Furtado, Manager also on the call |
| Furtado,Justin V | Manager | 3/2/2022 | Planning Activities | 1.5 | Request list and walking the Controller through the list.  EY members Nicholas D'Alessandro, Manager also on the call |
| Caporale,Amelia M | Partner/Principal | 3/2/2022 | Planning Activities | 0.5 | Call with R. Aleali to discuss modifications to Engagement letter and status of litigation |
| Furtado,Justin V | Manager | 3/4/2022 | Planning Activities | 1.0 | Planning documents review |
| Caporale,Amelia M | Partner/Principal | 3/4/2022 | Independence Procedures | 0.5 | Review and modify engagement letter for submission to client |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| D'Alessandro,Nicholas A | Manager | 3/7/2022 | Planning Activities | 6.2 | Planning files for scope and strategy including scoping, changes to IT tasks/testing approach, scoping and request list emails from client |
| D'Alessandro,Nicholas A | Manager | 3/8/2022 | Planning Activities | 6.8 | Planning files for scope and strategy including scoping and request list emails from client, estimates discussion, team PowerPoint, team assignments tracker |
| Patel,Nikita P. | Staff/Assistant | 3/8/2022 | Planning Activities | 1.3 | Removing technology controls not tested this year from Canvas and filling out audit planning template |
| Patel,Nikita P. | Staff/Assistant | 3/8/2022 | Planning Activities | 2.2 | Researching litigation articles to help fill out audit planning template |
| Deepankar Nayyar | Senior | 3/8/2022 | Year-End Substantive Testing | 11.0 | Review and update of audit permanent files |
| Mercier,Joseph D | Senior | 3/8/2022 | Year-End Substantive Testing | 3.0 | Documentation of the estimates testing leadsheet |
| Mercier,Joseph D | Senior | 3/8/2022 | Walkthroughs/Test of Controls | 2.0 | Documenting walkthroughs |
| Utkarsh Kaushik | Staff/Assistant | 3/8/2022 | Walkthroughs/Test of Controls | 13.0 | Documentation of walkthrough procedures |
| Patel,Nikita P. | Staff/Assistant | 3/9/2022 | Planning Activities | 4.4 | Researching litigation articles to help fill out audit planning template cont. |
| D'Alessandro,Nicholas A | Manager | 3/9/2022 | Planning Activities | 3.5 | Scope & Strategy files for planning including audit committee book, planning template, team meeting PowerPoint, and assignments tracker |
| Furtado,Justin V | Manager | 3/9/2022 | Planning Activities | 0.7 | Planning documents review cont. |
| Deepankar Nayyar | Senior | 3/9/2022 | Walkthroughs/Test of Controls | 11.0 | Documentation of process walkthroughs |
| D'Alessandro,Nicholas A | Manager | 3/10/2022 | Planning Activities | 4.5 | Scope & Strategy files for planning including planning template, client continuance/risk factor, estimates lead, fraud and significant risk documentation and assignments tracker |
| Deepankar Nayyar | Senior | 3/10/2022 | Year-End Substantive Testing | 11.0 | Update of client request list within the collaboration portal |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Utkarsh Kaushik | Staff/Assistant | 3/10/2022 | Year-End Substantive Testing | 14.0 | Requesting client portal requests |
| Caporale,Amelia M | Partner/Principal | 3/11/2022 | Planning Activities | 0.5 | Discuss scoping with A.Sonika, J.Furtado and N. D'Alessandro for Government pricing testing |
| Patel,Nikita P. | Staff/Assistant | 3/11/2022 | Walkthroughs/Test of Controls | 0.6 | Performing various walkthroughs |
| D'Alessandro,Nicholas A | Manager | 3/11/2022 | Walkthroughs/Test of Controls | 1.3 | Sales walkthrough review and follow-ups with client |
| D'Alessandro,Nicholas A | Manager | 3/11/2022 | Planning Activities | 0.5 | Discuss scoping with A.Sonika, J.Furtado and A. Caporale for Government pricing testing |
| Sonika,Avinash | Senior Manager | 3/11/2022 | Planning Activities | 0.5 | Discuss scoping with N. D'Alessandro, J.Furtado and A. Caporale for Government pricing testing |
| D'Alessandro,Nicholas A | Manager | 3/11/2022 | Planning Activities | 6.8 | Review of planning files |
| Patel,Nikita P. | Staff/Assistant | 3/11/2022 | Year-End Substantive Testing | 0.6 | Uploading and documenting 2021 product price lists received |
| Furtado,Justin V | Manager | 3/11/2022 | Planning Activities | 0.5 | Discuss scoping with A.Sonika, N. D'Alessandro and A. Caporale for Government pricing testing |
| Furtado,Justin V | Manager | 3/11/2022 | Planning Activities | 1.2 | Planning documents review cont. |
| Casella,John M. | Staff/Assistant | 3/14/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| D'Alessandro,Nicholas A | Manager | 3/14/2022 | Walkthroughs/Test of Controls | 2.5 | Walkthrough documentation along with higher risk estimate walkthrough forms (rebates, returns, chargebacks) |
| Patel,Nikita P. | Staff/Assistant | 3/14/2022 | Planning Activities | 1.4 | Planning forms such as program of general audit procedures |
| Piotroski,Edmund Anthony | Senior | 3/14/2022 | Planning Activities | 2.5 | Purdue scoping review |
| Piotroski,Edmund Anthony | Senior | 3/14/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - J. Mercier, N. Patel, J. Casella |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/14/2022 | Year-End Substantive Testing | 0.7 | Documenting price list and sales return policy for Rhodes Pharma |
| D'Alessandro,Nicholas A | Manager | 3/14/2022 | Planning Activities | 4.6 | Finalizing the audit planning template and executive presentation |
| Patel,Nikita P. | Staff/Assistant | 3/14/2022 | Walkthroughs/Test of Controls | 0.7 | Documenting entity level control support provided |
| Casella,John M. | Staff/Assistant | 3/14/2022 | Year-End Substantive Testing | 3.0 | Testing Severance detail and accrued bonus |
| Patel,Nikita P. | Staff/Assistant | 3/14/2022 | Year-End Substantive Testing | 1.6 | Documenting intercompany analysis for consolidated company |
| D'Alessandro,Nicholas A | Manager | 3/14/2022 | Year-End Substantive Testing | 1.4 | Managing Canvas client portal questions and requests, setting up seniors/staff on cash, accounts receivable |
| Mercier,Joseph D | Senior | 3/14/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - E. Piotroski, N. Patel, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/14/2022 | Year-End Substantive Testing | 0.6 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Furtado,Justin V | Manager | 3/14/2022 | Year-End Substantive Testing | 0.6 | Review of client request list |
| Utkarsh Kaushik | Staff/Assistant | 3/14/2022 | Year-End Substantive Testing | 12.0 | Performing intangible asset rollforward and accounts payable testing workbooks |
| Casella,John M. | Staff/Assistant | 3/15/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Akshay Sawhney | Senior | 3/15/2022 | Year-End Substantive Testing | 0.5 | Creating trade receivables subledger analyzer |
| D'Alessandro,Nicholas A | Manager | 3/15/2022 | Year-End Substantive Testing | 5.6 | Engagement management, including review of client request list and staffing assignments |
| Casella,John M. | Staff/Assistant | 3/15/2022 | Year-End Substantive Testing | 4.0 | Testing of intangible assets and inventory cut-off procedures |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/15/2022 | Year-End Substantive Testing | 0.6 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Piotroski,Edmund Anthony | Senior | 3/15/2022 | Year-End Substantive Testing | 0.5 | Morning & Afternoon Touchpoints with the team |
| D'Alessandro,Nicholas A | Manager | 3/15/2022 | Planning Activities | 2.8 | Finalizing the audit planning template and executive presentation |
| Mercier,Joseph D | Senior | 3/15/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - E. Piotroski, N. Patel, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/15/2022 | Year-End Substantive Testing | 1.4 | Client request list updates |
| Piotroski,Edmund Anthony | Senior | 3/15/2022 | Year-End Substantive Testing | 0.8 | Client request list set up and transition to N. Patel |
| Mercier,Joseph D | Senior | 3/15/2022 | Year-End Substantive Testing | 1.5 | Review of Rhodes weight average cost price list |
| Mercier,Joseph D | Senior | 3/15/2022 | Year-End Substantive Testing | 0.5 | Performing Purdue Over the counter sales analytic |
| Mercier,Joseph D | Senior | 3/15/2022 | Year-End Substantive Testing | 2.0 | Documenting intercompany testing file |
| Mercier,Joseph D | Senior | 3/15/2022 | Year-End Substantive Testing | 0.8 | Documenting Rhodes Pharma accounts receivable aging |
| Mercier,Joseph D | Senior | 3/15/2022 | Year-End Substantive Testing | 0.8 | Documenting Purdue accounts receivable aging |
| Patel,Nikita P. | Staff/Assistant | 3/15/2022 | Year-End Substantive Testing | 1.8 | Preparing accounts receivable testing files and intercompany analysis files |
| Patel,Nikita P. | Staff/Assistant | 3/15/2022 | Year-End Substantive Testing | 3.3 | Setting up inventory files for Rhodes Pharma |
| Deepankar Nayyar | Senior | 3/15/2022 | Year-End Substantive Testing | 11.0 | Documenting substantive testing workpapers |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 3/15/2022 | Year-End Substantive Testing | 0.9 | Review of Medicaid price testing scoping |
| Casella,John M. | Staff/Assistant | 3/16/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Fox,Nicholas K. | Manager | 3/16/2022 | Year-End Substantive Testing | 3.0 | Review actuarial testing scoping with team, refamiliarize with existing issues, project management |
| Mercier,Joseph D | Senior | 3/16/2022 | Year-End Substantive Testing | 1.5 | Documenting Rhodes inventory summary |
| Mercier,Joseph D | Senior | 3/16/2022 | Year-End Substantive Testing | 1.5 | Review of Rhodes Inventory cutoff |
| Mercier,Joseph D | Senior | 3/16/2022 | Year-End Substantive Testing | 1.8 | Testing of Rhodes credit adjustments |
| Mercier,Joseph D | Senior | 3/16/2022 | Year-End Substantive Testing | 1.2 | Testing of Purdue credit adjustments |
| Piotroski,Edmund Anthony | Senior | 3/16/2022 | Year-End Substantive Testing | 3.0 | Updating client request list |
| D'Alessandro,Nicholas A | Manager | 3/16/2022 | Year-End Substantive Testing | 6.8 | Working through account schedules including revenue, journal entry data for EY Helix General Ledger Analyzer, inventory |
| Patel,Nikita P. | Staff/Assistant | 3/16/2022 | Year-End Substantive Testing | 3.4 | Documenting revenue substantive testing workpapers |
| Piotroski,Edmund Anthony | Senior | 3/16/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - J. Mercier, N. Patel, J. Casella |
| Casella,John M. | Staff/Assistant | 3/16/2022 | Year-End Substantive Testing | 5.0 | Testing of Bonus accrual, Intangible analysis, Inventory Cut-off |
| Mercier,Joseph D | Senior | 3/16/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - E. Piotroski, N. Patel, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/16/2022 | Year-End Substantive Testing | 0.6 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/16/2022 | Year-End Substantive Testing | 1.4 | Updating functionality of client request list for ease of tracking |
| Patel,Nikita P. | Staff/Assistant | 3/16/2022 | Year-End Substantive Testing | 3.6 | Writing instructions for offshore team to help with revenue workpapers for Rhodes Pharma |
| Deepankar Nayyar | Senior | 3/16/2022 | Year-End Substantive Testing | 11.0 | Reviewing cash testing procedures over confirmations |
| Furtado,Justin V | Manager | 3/16/2022 | Year-End Substantive Testing | 0.6 | Review of client request list updates |
| Furtado,Justin V | Manager | 3/16/2022 | Year-End Substantive Testing | 4.1 | Review of Purdue accrued expenses detail and determination of testing procedures |
| Utkarsh Kaushik | Staff/Assistant | 3/16/2022 | Year-End Substantive Testing | 5.0 | Performing over the counter sales testing |
| Pereira,Christopher A. | Partner/Principal | 3/16/2022 | Quality Review | 1.0 | Review of prior year testing workpapers |
| Biedziak,Eliza Anna | Senior Manager | 3/17/2022 | Year-End Substantive Testing | 0.5 | Planning procedures for government price testing |
| Casella,John M. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Eiserle,Christopher D. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 3.0 | Chart of accounts review within EY Helix Tool |
| Patel,Nikita P. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 0.4 | Update prepared by client request list based on what was received from client today |
| Mercier,Joseph D | Senior | 3/17/2022 | Year-End Substantive Testing | 0.8 | Team meeting to discuss audit status - E. Piotroski, N. Patel, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 6.1 | Writing instructions for offshore team to help with revenue workpapers for Purdue Pharma |
| Sonika,Avinash | Senior Manager | 3/17/2022 | Planning Activities | 4.0 | reviewing planning documents for FY21 audit |
| D'Alessandro,Nicholas A | Manager | 3/17/2022 | Year-End Substantive Testing | 4.8 | Purdue inventory audit procedures |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Mercier,Joseph D | Senior | 3/17/2022 | Year-End Substantive Testing | 0.7 | Review of the over the counter product sales analytics |
| Mercier,Joseph D | Senior | 3/17/2022 | Year-End Substantive Testing | 1.5 | Review of Over the counter sales cutoff testing and sales cutoff register |
| Mercier,Joseph D | Senior | 3/17/2022 | Year-End Substantive Testing | 0.5 | Updating the estimates lead |
| Mercier,Joseph D | Senior | 3/17/2022 | Year-End Substantive Testing | 1.5 | Review of Purdue unprocessed deductions |
| Mercier,Joseph D | Senior | 3/17/2022 | Year-End Substantive Testing | 0.5 | Review of Rhodes Inventory cutoff |
| Mercier,Joseph D | Senior | 3/17/2022 | Year-End Substantive Testing | 1.3 | Review of vendor chargeback credit listings |
| D'Alessandro,Nicholas A | Manager | 3/17/2022 | Planning Activities | 4.3 | Audit planning for Purdue. |
| Patel,Nikita P. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 0.6 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Piotroski,Edmund Anthony | Senior | 3/17/2022 | Year-End Substantive Testing | 0.5 | Morning & Afternoon Touchpoints with the team |
| Patel,Nikita P. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 0.9 | Creating Rhodes pharma sales ledger testing files |
| Casella,John M. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 4.0 | Documenting inventory compilation testing file |
| Patel,Nikita P. | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 2.7 | Writing instructions for offshore team to help with revenue workpapers for Rhodes Pharma |
| Deepankar Nayyar | Senior | 3/17/2022 | Year-End Substantive Testing | 11.0 | Documenting substantive testing workpapers |
| Furtado,Justin V | Manager | 3/17/2022 | Planning Activities | 0.6 | Review of audit planning meeting materials |
| Utkarsh Kaushik | Staff/Assistant | 3/17/2022 | Year-End Substantive Testing | 3.0 | Performing accounts payable testing over goods received, not invoiced |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tsui,Rochelle | Manager | 3/17/2022 | Year-End Substantive Testing | 1.0 | Rhodes Pharma Medicaid pricing testing client request client |
| Caporale,Amelia M | Partner/Principal | 3/18/2022 | Independence Procedures | 0.5 | Assessment of additional permissible services given audit relationship |
| Casella,John M. | Staff/Assistant | 3/18/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| D'Alessandro,Nicholas A | Manager | 3/18/2022 | Year-End Substantive Testing | 4.7 | Revenue/Accounts Receivable Helix procedures and setting up general ledger analyzer/trade receivable analyzer |
| Mercier,Joseph D | Senior | 3/18/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - E. Piotroski, N. Patel, J. Casella |
| Sonika,Avinash | Senior Manager | 3/18/2022 | Planning Activities | 4.0 | Reviewing planning documents for FY21 audit |
| Piotroski,Edmund Anthony | Senior | 3/18/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - J. Mercier, N. Patel, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/18/2022 | Year-End Substantive Testing | 0.7 | Adding in Rhodes Pharma sales listing into our workpapers |
| Patel,Nikita P. | Staff/Assistant | 3/18/2022 | Planning Activities | 0.3 | Preparing what I present during executive approval and discussion points meeting next week |
| Piotroski,Edmund Anthony | Senior | 3/18/2022 | Year-End Substantive Testing | 1.0 | Review of client requests received |
| Piotroski,Edmund Anthony | Senior | 3/18/2022 | Year-End Substantive Testing | 0.5 | Review of Purdue inventory testing workpapers |
| Patel,Nikita P. | Staff/Assistant | 3/18/2022 | Year-End Substantive Testing | 0.3 | Morning catch up call with team |
| Patel,Nikita P. | Staff/Assistant | 3/18/2022 | Year-End Substantive Testing | 3.8 | Writing instructions for offshore team to help with revenue workpapers for Purdue Pharma and Rhodes Pharma and discussing with team |
| Mercier,Joseph D | Senior | 3/18/2022 | Year-End Substantive Testing | 0.3 | Review of pension workpapers |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/18/2022 | Year-End Substantive Testing | 0.6 | Update prepared by client request list based on what was received from client today |
| Casella,John M. | Staff/Assistant | 3/18/2022 | Year-End Substantive Testing | 7.5 | Testing of Inventory Compilation, Inventory Price Testing, Prepaid legal |
| Mercier,Joseph D | Senior | 3/18/2022 | Year-End Substantive Testing | 2.4 | Review of Purdue lower of cost or net realizable value testing |
| Mercier,Joseph D | Senior | 3/18/2022 | Year-End Substantive Testing | 2.5 | Compilation of Purdue inventory and related tie out |
| Caporale,Amelia M | Partner/Principal | 3/21/2022 | Planning Activities | 2.5 | 2021 Audit planning meeting with C.Pereira, A. Sonika, J. Furtado, N. D'Alessandro, E. Piotroski, N. Patel and J. Casella and call with T. Sciammetta and R. El-Cheikh regarding permissible services |
| Caporale,Amelia M | Partner/Principal | 3/21/2022 | Planning Activities | 0.5 | Call with T. Sciammetta and R. El-Cheikh regarding permissible services |
| Eiserle,Christopher D. | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 4.0 | Data processing for EY Helix Tool (2020 data updates) |
| Eiserle,Christopher D. | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 5.0 | Data processing for EY Helix Tool (2021 data) |
| Sonika,Avinash | Senior Manager | 3/21/2022 | Planning Activities | 4.0 | Planning meeting for Purdue - Amelia C. Partner, Avinash Sonika, Senior Manager, Chris Pereira, Engagement Quality Reviewer, Justin Furtado, Manager, Nick D'Alessandro, Manager, Nikita Patel, Staff 2, Eddie Pitorski, Senior, John Casella, Staff 1 |
| Patel,Nikita P. | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 2.7 | Agreement of Accounts receivable subledger to trial balance and documentation of procedures performed |
| D'Alessandro,Nicholas A | Manager | 3/21/2022 | Planning Activities | 4.0 | Planning meeting for Purdue - Amelia C. Partner, Avinash Sonika, Senior Manager, Chris Pereira, Engagement Quality Reviewer, JustinFurtado, Manager, Nick D'Alessandro, Manager, Nikita Patel, Staff 2, Eddie Pitorski, Senior, John Casella, Staff 1 |
| Casella,John M. | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 4.0 | Testing of prepaid expenses |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Piotroski,Edmund Anthony | Senior | 3/21/2022 | Planning Activities | 3.0 | Planning meeting for Purdue - Amelia C. Partner, Avinash Sonika, Senior Manager, Chris Pereira, Engagement Quality Reviewer, JustinFurtado, Manager, Nick D'Alessandro, Manager, Nikita Patel, Staff 2, Eddie Pitorski, Senior, John Casella, Staff 1 |
| D'Alessandro,Nicholas A | Manager | 3/21/2022 | Year-End Substantive Testing | 3.5 | General Ledger Analyzer completeness testing (including mapping) and finalized the Helix Trade Receivable Analyzer |
| Casella,John M. | Staff/Assistant | 3/21/2022 | Planning Activities | 4.0 | Planning meeting for Purdue - Amelia C. Partner, Avinash Sonika, Senior Manager, Chris Pereira, Engagement Quality Reviewer, JustinFurtado, Manager, Nick D'Alessandro, Manager, Nikita Patel, Staff 2, Eddie Pitorski, Senior, John Casella, Staff 1 |
| Patel,Nikita P. | Staff/Assistant | 3/21/2022 | Planning Activities | 4.0 | Planning meeting for Purdue - Amelia C. Partner, Avinash Sonika, Senior Manager, Chris Pereira, Engagement Quality Reviewer, JustinFurtado, Manager, Nick D'Alessandro, Manager, Nikita Patel, Staff 2, Eddie Pitorski, Senior, John Casella, Staff 1 |
| Patel,Nikita P. | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 2.4 | Making substantive testing selections for over the counter listings for accounts receivable and sales |
| Patel,Nikita P. | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 0.4 | Updating prepared by client request list for items that were received today |
| Deepankar Nayyar | Senior | 3/21/2022 | Year-End Substantive Testing | 11.0 | Trial balance and lead sheet review |
| Furtado,Justin V | Manager | 3/21/2022 | Planning Activities | 4.5 | Planning document review and kick off meeting; Present: Amelia Caporale, Chris Pereira, Avinash Sonika, Nick D'Alessandro, Eddie Piotroski, Nikita Patel, John Casella |
| Pahlon,Cody | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 1.5 | Draft audit tools to review obligation, interest cost, and service cost as well as consistency of cash flows |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Pereira,Christopher A. | Partner/Principal | 3/21/2022 | Planning Activities | 2.0 | 2021 Audit planning meeting with C.Pereira, A. Sonika, J. Furtado, N. D'Alessandro, E. Piotroski, N. Patel and J. Casella |
| Sarah Azraa | Client Serving Contractor | 3/21/2022 | Year-End Substantive Testing | 11.0 | Download of cash confirmations from online portal and initial documentation |
| Utkarsh Kaushik | Staff/Assistant | 3/21/2022 | Year-End Substantive Testing | 12.0 | Initial documentation and tie out of the trial balance |
| Casella,John M. | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Akshay Sawhney | Senior | 3/22/2022 | Year-End Substantive Testing | 0.5 | Creating trade receivables subledger analyzer |
| Deepankar Nayyar | Senior | 3/22/2022 | Year-End Substantive Testing | 11.0 | Trial balance and lead sheet review cont. |
| Piotroski,Edmund Anthony | Senior | 3/22/2022 | Year-End Substantive Testing | 4.0 | Review of Prepaid expense testing |
| Piotroski,Edmund Anthony | Senior | 3/22/2022 | Year-End Substantive Testing | 3.0 | Review of Purdue payables testing schedules |
| Piotroski,Edmund Anthony | Senior | 3/22/2022 | Year-End Substantive Testing | 1.0 | Review of Rhodes Pharma payables testing |
| D'Alessandro,Nicholas A | Manager | 3/22/2022 | Year-End Substantive Testing | 5.8 | Making/helping team make testing selections for Revenue/Accounts Receivable (both controlled substance Helix and over-the-counter),inventory price testing/cutoff selections, and chargeback selections.  Also scanning trial balance for new accounts over scope |
| Patel,Nikita P. | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 0.4 | Updating prepared by client request list based on what has been received as of today |
| Patel,Nikita P. | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 0.9 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 0.7 | Drafting instructions for the global delivery services team for accounts receivable confirmation letters |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 3.4 | Making selections to test revenue/accounts receivable transactions |
| Patel,Nikita P. | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 1.2 | Vendor chargeback testing selections |
| Casella,John M. | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 5.0 | Making Inventory Price Testing Selections and Prepaid S&P testing |
| Furtado,Justin V | Manager | 3/22/2022 | Planning Activities | 1.5 | Planning documents review |
| Pahlon,Cody | Staff/Assistant | 3/22/2022 | Year-End Substantive Testing | 1.9 | Draft audit tools for our numerical review, expected return on assets, and fixed income assumptions |
| Sarah Azraa | Client Serving Contractor | 3/22/2022 | Year-End Substantive Testing | 8.0 | Documentation of testing lead schedules and identification of material accounts for testing |
| Caporale,Amelia M | Partner/Principal | 3/23/2022 | Planning Activities | 0.5 | Review audit planning documentation |
| Casella,John M. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Pahlon,Cody | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 0.5 | Internal meeting to discuss Pension Review. Included D. Nguyen, R. Chhabra, E. Zee, N. Fox |
| Deepankar Nayyar | Senior | 3/23/2022 | Year-End Substantive Testing | 11.0 | Updating trial balance and testing lead sheets for new entries |
| Zee,Ena | Executive Director | 3/23/2022 | Year-End Substantive Testing | 0.5 | Retirement plan - internal actuary kick off meeting to discuss scope and procedures, and the consideration of special events |
| D'Alessandro,Nicholas A | Manager | 3/23/2022 | Year-End Substantive Testing | 7.1 | General Ledger Analyzer mapping for balance sheet and income statement accounts, revenue Helix analyzer program instructions for India team, Rhodes Pharma vendor chargebacks, clean up of scoping documents |
| Piotroski,Edmund Anthony | Senior | 3/23/2022 | Year-End Substantive Testing | 2.4 | Update of audit status tracker for both internal and external recipients |
| Patel,Nikita P. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 0.6 | Updating prepared by client request list based on what has been received as of today |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 0.8 | Making selections to test inventory cutoff |
| Patel,Nikita P. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 1.6 | Updating intercompany analysis with new file provided by client and agreeing to trial balance |
| Patel,Nikita P. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 0.8 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Piotroski,Edmund Anthony | Senior | 3/23/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - J. Mercier, N. Patel, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 1.4 | Testing accounts receivable support |
| Patel,Nikita P. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 3.1 | Making selections to test vendor chargebacks transactions |
| Patel,Nikita P. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 0.9 | Editing accounts receivable confirmation templates |
| Casella,John M. | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 8.5 | Substantive testing procedures including Accrued R&D, Accrued S&P, Inventory Cutoff, Prepaid other Testing, Fixed Asset Rollfroward |
| Shivani . | Senior Associate | 3/23/2022 | Year-End Substantive Testing | 0.5 | Purdue accounts receivable confirmation testing |
| Hitha Anis Karappamveetil | Associate | 3/23/2022 | Year-End Substantive Testing | 2.0 | Preparation of accounts receivable confirmation letters |
| Kulbhusan Singh | Senior | 3/23/2022 | Year-End Substantive Testing | 2.0 | Data assessment of general ledger analyzer program |
| Sarah Azraa | Client Serving Contractor | 3/23/2022 | Year-End Substantive Testing | 11.0 | Retrieving cash confirmations from online portal and documenting |
| Saurabh Shukla | Senior | 3/23/2022 | Year-End Substantive Testing | 6.0 | Creation of the accounts receivable subledger analyzer |
| Utkarsh Kaushik | Staff/Assistant | 3/23/2022 | Year-End Substantive Testing | 13.0 | Initial documentation and tie out of the trial balance cont. |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Casella,John M. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Eiserle,Christopher D. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 6.5 | Data processing for EY Helix Tool (2021 data cont.) |
| Anirban Maity | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 4.0 | Data assessment of trade receivables subledger |
| Deepankar Nayyar | Senior | 3/24/2022 | Year-End Substantive Testing | 8.0 | Documentation of discount reserves and related accounts receivable schedules |
| Sonika,Avinash | Senior Manager | 3/24/2022 | Planning Activities | 1.5 | Team meeting with Amelia, Caporale, Justin Furtado and Nick D'Alessandro to discuss sample selections for vendor chargebacks -0.5 hours, review of planning work papers -1 hour |
| Patel,Nikita P. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 3.6 | Making selections for unprocessed deductions and other credit adjustments for transaction testing |
| Piotroski,Edmund Anthony | Senior | 3/24/2022 | Year-End Substantive Testing | 6.9 | Review of Accrued legal fees schedule and related pre-petition liabilities subject to compromise |
| Piotroski,Edmund Anthony | Senior | 3/24/2022 | Year-End Substantive Testing | 2.4 | Review of Rhodes Pharma accrued expenses |
| Piotroski,Edmund Anthony | Senior | 3/24/2022 | Year-End Substantive Testing | 0.7 | Fixed assets testing review |
| D'Alessandro,Nicholas A | Manager | 3/24/2022 | Year-End Substantive Testing | 6.9 | Vendor chargeback discussion, inventory reserve and price testing for both Purdue and Rhodes, General Ledger Analyzer mapping for balance sheet and income statement accounts, revenue Helix analyzer program instructions for India team, Rhodes Pharma vendor chargebacks, clean up of scoping documents |
| Patel,Nikita P. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 3.6 | Making subsequent event selections for credit memoranda, vendor chargebacks, cash receipts, and cash disbursements |
| Patel,Nikita P. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 1.1 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Piotroski,Edmund Anthony | Senior | 3/24/2022 | Year-End Substantive Testing | 0.5 | Team meeting to discuss audit status - J. Mercier, N. Patel, J. Casella |
| Casella,John M. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 9.5 | Substantive testing including R&D testing, Cash Confirms, S&P Testing, Accrued Bonus, Accrued other, Fixed Asset Depreciation |
| Patel,Nikita P. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 1.1 | Sending out accounts receivable confirmation letters to client customers |
| Patel,Nikita P. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 1.1 | Updating prepared by client request list for items received as of today |
| Patel,Nikita P. | Staff/Assistant | 3/24/2022 | Year-End Substantive Testing | 0.5 | Sending global delivery services instructions for revenue workpapers |
| Kulbhusan Singh | Senior | 3/24/2022 | Year-End Substantive Testing | 4.5 | Data assessment of general ledger analyzer program cont. |
| Sarah Azraa | Client Serving Contractor | 3/24/2022 | Year-End Substantive Testing | 11.0 | Refreshed testing lead sheets based on new entries recorded in the trial balance |
| Casella,John M. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Eiserle,Christopher D. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 1.0 | Final EY Helix tool updates |
| Deepankar Nayyar | Senior | 3/25/2022 | Year-End Substantive Testing | 10.0 | Performance of data analytics revenue testing procedures |
| Conley,Hannah Mary | Senior Manager | 3/25/2022 | Year-End Substantive Testing | 1.0 | Creation of EY Helix tool |
| D'Alessandro,Nicholas A | Manager | 3/25/2022 | Year-End Substantive Testing | 5.1 | Over-the-Counter accounts receivable and revenue (including cutoff testing) review, operating expense discussion, cash confirmation procedures, income statement approach |
| Piotroski,Edmund Anthony | Senior | 3/25/2022 | Year-End Substantive Testing | 2.0 | Review of Accrued co-op schedule |
| Patel,Nikita P. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 0.8 | Sending selections to test subsequent cash receipts and disbursements |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 3/25/2022 | Planning Activities | 1.1 | Planning documents review cont. |
| Patel,Nikita P. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 1.2 | Testing subsequent event credit memoranda selections |
| Patel,Nikita P. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 1.3 | Documenting fee for service file |
| Piotroski,Edmund Anthony | Senior | 3/25/2022 | Year-End Substantive Testing | 0.5 | Morning and afternoon Team Meetings with Nicholas D'Allessandro, Justin Furtado, Jack Casella and Nikita Patel |
| Patel,Nikita P. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 0.4 | Updating prepared by client request list for items received as of today |
| Patel,Nikita P. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 0.9 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Casella,John M. | Staff/Assistant | 3/25/2022 | Year-End Substantive Testing | 6.0 | Substantive testing including Fixed asset Depreciation Analytic, Cash Confirms, accrued expense testing, Cash Testing |
| Nguyen,Dominic Lee | Senior | 3/28/2022 | Year-End Substantive Testing | 1.0 | Preparing actuary scope documentation and data request |
| Pahlon,Cody | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 0.2 | Set up kickoff call to discuss Pension Audit with the core assurance team as well as our team. |
| Deepankar Nayyar | Senior | 3/28/2022 | Year-End Substantive Testing | 7.0 | Performance of data analytics revenue testing procedures cont. |
| Furtado,Justin V | Manager | 3/28/2022 | Planning Activities | 4.0 | Cont. Review of planning documents |
| Piotroski,Edmund Anthony | Senior | 3/28/2022 | Year-End Substantive Testing | 0.9 | Rhodes Pharma review of accrued rebates scoping |
| Piotroski,Edmund Anthony | Senior | 3/28/2022 | Year-End Substantive Testing | 2.0 | Rhodes Pharma review of sales returns and allowances |
| Patel,Nikita P. | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 0.9 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| D'Alessandro,Nicholas A | Manager | 3/28/2022 | Year-End Substantive Testing | 2.5 | Rhodes Pharma vendor chargeback testing approach and investigation |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 0.6 | Testing selections for unprocessed deductions |
| Mercier,Joseph D | Senior | 3/28/2022 | Year-End Substantive Testing | 2.0 | Audit status discussion - E. Piotroski, N. Patel, J. Casella |
| Piotroski,Edmund Anthony | Senior | 3/28/2022 | Year-End Substantive Testing | 0.5 | Morning/Afternoon Touchpoint Meeting (.5) |
| Patel,Nikita P. | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 0.4 | Updating assignment tracker and prepared by client request list for outstanding requests |
| Patel,Nikita P. | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 3.4 | Performing inventory price testing |
| Mercier,Joseph D | Senior | 3/28/2022 | Year-End Substantive Testing | 3.0 | Review of Rhodes Pharma contra accounts receivable schedules |
| Patel,Nikita P. | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 0.9 | Sending follow up about accounts receivable confirmations not returned |
| Patel,Nikita P. | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 5.6 | Documenting data analytics program for revenue |
| Casella,John M. | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 3.5 | Documenting expenses lead sheets |
| Mercier,Joseph D | Senior | 3/28/2022 | Year-End Substantive Testing | 3.5 | Review of Pension testing schedules |
| Siegler,Jeffrey Thomas | Staff/Assistant | 3/28/2022 | Year-End Substantive Testing | 4.5 | Created request list for Ceridian Dayforce and Inmar. Updated Control Objectives for 2021 year. |
| Memeti,Andi | Senior | 3/28/2022 | Year-End Substantive Testing | 2.0 | Initial planning call to determine scope, introduce team, give tasks to staff |
| Casella,John M. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 0.5 | Team testing status discussion - E. Piotroski, J. Mercier, N. Patel |
| Nguyen,Dominic Lee | Senior | 3/29/2022 | Year-End Substantive Testing | 2.0 | Review of draft discount rate analysis |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Deepankar Nayyar | Senior | 3/29/2022 | Year-End Substantive Testing | 9.0 | Performance of data analytics revenue testing procedures cont. |
| Ashish Agarwal | Manager | 3/29/2022 | Year-End Substantive Testing | 9.0 | Review of data analytics revenue testing procedures |
| Furtado,Justin V | Manager | 3/29/2022 | Year-End Substantive Testing | 4.6 | Review of vendor chargeback populations and scoping of testing |
| Patel,Nikita P. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 0.4 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Mercier,Joseph D | Senior | 3/29/2022 | Year-End Substantive Testing | 0.5 | Audit status discussion - E. Piotroski, N. Patel, J. Casella |
| Mercier,Joseph D | Senior | 3/29/2022 | Year-End Substantive Testing | 4.1 | Rhodes Pharma Accounts receivable testing |
| Mercier,Joseph D | Senior | 3/29/2022 | Year-End Substantive Testing | 2.5 | Purdue accounts receivable and discounts reserve testing |
| Mercier,Joseph D | Senior | 3/29/2022 | Year-End Substantive Testing | 2.0 | Review of subsequent event credit memo and vendor chargebacks |
| Mercier,Joseph D | Senior | 3/29/2022 | Planning Activities | 2.4 | Updates made to planning analytics |
| Mercier,Joseph D | Senior | 3/29/2022 | Year-End Substantive Testing | 0.5 | Creation of royalty confirmations |
| D'Alessandro,Nicholas A | Manager | 3/29/2022 | Year-End Substantive Testing | 8.5 | Revenue and Trade Receivable Helix program for both Purdue and Rhodes entities. Setting up India team and staff on various workpapers and answering questions related to this, as well as Rhodes Pharma reserves and Purdue inventory |
| Patel,Nikita P. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 0.4 | Setting up royalty income workpaper |
| Patel,Nikita P. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 0.6 | Updating assignment tracker and prepared by client request list for items received today |
| Casella,John M. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 4.0 | Documenting Payroll analytic, Accrued R&D, Prepaid Legal |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Siegler,Jeffrey Thomas | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 7.0 | Finished request list for Inmar. Created request list for ValueCentric and IQVIA. |
| Piotroski,Edmund Anthony | Senior | 3/29/2022 | Year-End Substantive Testing | 0.5 | Morning/Afternoon Touchpoint Meeting (.5) |
| Patel,Nikita P. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 5.6 | Documenting data analytics program for revenue cont. |
| Patel,Nikita P. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 1.6 | Testing inventory cutoff selections |
| Patel,Nikita P. | Staff/Assistant | 3/29/2022 | Year-End Substantive Testing | 1.7 | Testing support for other credit adjustments selections |
| Sonika,Avinash | Senior Manager | 3/29/2022 | Independence Procedures | 4.0 | Performing required client continuance procedures |
| Nguyen,Dominic Lee | Senior | 3/30/2022 | Year-End Substantive Testing | 1.0 | Review of draft expected return on plan assets analysis |
| Deepankar Nayyar | Senior | 3/30/2022 | Year-End Substantive Testing | 4.0 | Performance of Rhodes Pharma data analytics testing procedures |
| Pahlon,Cody | Staff/Assistant | 3/30/2022 | Year-End Substantive Testing | 0.5 | Kickoff Call with the core assurance team to discuss audit procedures. Included D. Nguyen, E. Zee, J. Mercier, N. Fox, R. Chhabra, J. Furtado, N. D'Alessandro |
| Ashish Agarwal | Manager | 3/30/2022 | Year-End Substantive Testing | 1.0 | Review of data analytics revenue testing procedures cont. |
| Conley,Hannah Mary | Senior Manager | 3/30/2022 | Year-End Substantive Testing | 1.0 | Creation of EY Helix tool |
| Zee,Ena | Executive Director | 3/30/2022 | Year-End Substantive Testing | 0.3 | Retirement plan - meeting with core team to discuss scope, timing and related data request |
| Fox,Nicholas K. | Manager | 3/30/2022 | Year-End Substantive Testing | 2.0 | Pension specialist - review scoping |
| Furtado,Justin V | Manager | 3/30/2022 | Year-End Substantive Testing | 2.9 | Review of Purdue accrued expenses |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Piotroski,Edmund Anthony | Senior | 3/30/2022 | Year-End Substantive Testing | 0.5 | Morning/Afternoon Touchpoint Meeting |
| D'Alessandro,Nicholas A | Manager | 3/30/2022 | Year-End Substantive Testing | 6.5 | Team status tracker ensuring each account has selections sent out, working through inventory reserve analytic documentation for Purdue, and revenue helix review including confirms |
| Patel,Nikita P. | Staff/Assistant | 3/30/2022 | Year-End Substantive Testing | 0.9 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| Patel,Nikita P. | Staff/Assistant | 3/30/2022 | Year-End Substantive Testing | 2.3 | Inventory price testing for selections |
| Patel,Nikita P. | Staff/Assistant | 3/30/2022 | Year-End Substantive Testing | 4.6 | Documenting data analytics program for revenue cont. |
| Patel,Nikita P. | Staff/Assistant | 3/30/2022 | Year-End Substantive Testing | 2.6 | Organizing instructions for global delivery services to put together support to test sales and accounts receivable for over the counter and controlled substance products |
| Mercier,Joseph D | Senior | 3/30/2022 | Year-End Substantive Testing | 0.5 | Audit status discussion - E. Piotroski, N. Patel, J. Casella |
| Mercier,Joseph D | Senior | 3/30/2022 | Year-End Substantive Testing | 4.0 | Updates to testing lead Schedules |
| Mercier,Joseph D | Senior | 3/30/2022 | Year-End Substantive Testing | 3.1 | Inventory price testing and cutoff testing |
| Mercier,Joseph D | Senior | 3/30/2022 | Year-End Substantive Testing | 2.9 | Accounts receivable and over the counter sales testing |
| Casella,John M. | Staff/Assistant | 3/30/2022 | Year-End Substantive Testing | 1.0 | Finalizing Payroll Analytic |
| Mumtaz,Humza | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 7.0 | Rhodes Pharma inventory testing procedures |
| Deepankar Nayyar | Senior | 3/31/2022 | Year-End Substantive Testing | 9.0 | Performance of Rhodes Pharma data analytics testing procedures cont. |
| Pahlon,Cody | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 2.0 | Drafted final benefit review memorandum |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 3/31/2022 | Year-End Substantive Testing | 2.1 | Review of Rhodes Pharma returns |
| Patel,Nikita P. | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 0.7 | Team status meeting - E. Piotroski, J. Mercier, J. Casella |
| D'Alessandro,Nicholas A | Manager | 3/31/2022 | Year-End Substantive Testing | 7.5 | Accrued vendor chargeback wholesaler, planning analytic, inventory price testing/cutoff testing, sales analytic testing for over-the-counter including transactional testing. Revenue and Trade Receivable Helix program for both Purdue and Rhodes entities. |
| Piotroski,Edmund Anthony | Senior | 3/31/2022 | Year-End Substantive Testing | 5.5 | Operating expense scoping and testing selections |
| Piotroski,Edmund Anthony | Senior | 3/31/2022 | Year-End Substantive Testing | 1.0 | Review of prepaid expense testing (cont) |
| Piotroski,Edmund Anthony | Senior | 3/31/2022 | Year-End Substantive Testing | 2.0 | Review of Rhodes Pharma accrued returns schedule |
| Piotroski,Edmund Anthony | Senior | 3/31/2022 | Year-End Substantive Testing | 3.5 | Trial balance and testing lead sheet updates |
| Patel,Nikita P. | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 1.8 | Working on lead sheets for account comparisons year over year |
| Piotroski,Edmund Anthony | Senior | 3/31/2022 | Year-End Substantive Testing | 0.5 | Morning/Afternoon Touchpoint Meeting (.5) |
| Mercier,Joseph D | Senior | 3/31/2022 | Year-End Substantive Testing | 3.0 | Updating the planning analytic (Cont.) |
| Mercier,Joseph D | Senior | 3/31/2022 | Year-End Substantive Testing | 2.5 | Updates to testing lead Schedules |
| Mercier,Joseph D | Senior | 3/31/2022 | Year-End Substantive Testing | 1.5 | Review of accrued vendor chargebacks and testing selections |
| Mercier,Joseph D | Senior | 3/31/2022 | Year-End Substantive Testing | 4.5 | Review of cutoff registers |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Patel,Nikita P. | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 5.2 | Documenting data analytics program for revenue cont. |
| Mercier,Joseph D | Senior | 3/31/2022 | Year-End Substantive Testing | 1.0 | Team status meeting and tracker updates |
| Patel,Nikita P. | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 1.4 | Working on cash anchor selections and sending to client |
| Patel,Nikita P. | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 0.4 | Updating assignment tracker and prepared by client request list for items received today |
| Casella,John M. | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 6.0 | Testing  goods received not invoiced and Co-op advertising accrued expenses |
| Utkarsh Kaushik | Staff/Assistant | 3/31/2022 | Year-End Substantive Testing | 9.0 | Organizing selection supports for over the counter sales, sales cutoff, and accounts receivable testing |
| | | | **Total** | **914.0** | |

**Total Fixed Fees Sought for 2021 Audit Services During Fee Period:  $900,000.00**