**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

In re:                                                                    Case No.:19-23649 (RDD)
                                                                          Chapter 11
    PURDUE PHARMA L.P., et al.,                       (Jointly Administered)

             Debtors.

--------------------------------------------------------------x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*


Upon the motion of Peter J. Roberts                        to be admitted, *pro hac vice*, to represent Liberty Mut. Ins. Co. & Affiliates      (the "Client")      in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois                and the bar of the U.S. District Court for the Northern      District of Illinois                , it is hereby


**ORDERED**, that Peter J. Roberts                  , Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: April 21, 2022
      White Plains, New York                 */s/Robert D. Drain*

                          UNITED STATES BANKRUPTCY JUDGE