**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: Purdue Pharma L.P., et al. | Case No.: 19-23649-rdd |
| | Chapter 11 |
| Debtors | (Jointly Adminstered) |

----------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeff Payne to be admitted, ***pro hac vice***, to represent the State of Oregon, (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Oregon, it is hereby

**ORDERED,** that Jeff J. Payne, is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
April 21, 2022

*/s/Robert D. Drain*
UNITED STATES BANKRUPTCY JUDGE