**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

In re:   **PURDUE PHARMA L.P.,** *et al.,*        Case No.:19-23649 (RDD)
                                                  Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - Debtors        (Jointly Administered)

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul S. Rothstein, P.A. to be admitted, ***pro hac vice***, to represent Michael Masiowski, putative class representative (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, it is hereby

**ORDERED**, that Paul S. Rothstein, P.A. is admitted to practice, ***pro hac vice***, in the above referenced cases to represent Michael Masiowski, putative class representative, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 22, 2022
White Plains, New York            */s/Robert D. Drain*
                                  UNITED STATES BANKRUPTCY JUDGE