OFFICE OF MAINE ATTORNEY GENERAL
Linda Conti
6 State House Station
Augusta, Maine 04333-0006
Tel: (207) 626-8800
Fax: (207) 624-7730
Linda.conti@maine.gov

*Counsel to State of Maine*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P., et al.,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**WITHDRAWAL OF APPEARANCE**

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

The undersigned attorney, Linda Conti hereby withdraws her appearance as attorney of record for the State of Maine in the above-captioned Chapter 11 cases. Ms. Conti is retiring from the Maine Attorney General's Office on April 30, 2022 and as such will no longer represent the State of Maine as of that date. The State of Maine will continue to be represented by alternate counsel, Brendan O'Neil , among others. Accordingly, the withdrawal of Ms. Conti will not impact the representation of the State of Maine or result in any delay in these proceedings.

Respectfully Submitted,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisiction, are as follows: Purdue Pharma L.P. (7484). Purdue Pharma Inc., (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821)

By: /s/ Linda Conti  
Linda Conti  
Assistant Attorney General  
Office of the Attorney General  
6 State House Station  
Augusta, Maine 04333-0006  
Tel: (207) 626-8800  
Fax: (207) 624-7730  
Email: Linda.conti@maine.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2022, I caused a copy of the foregoing document to be served via the electronic case file system upon counsel of record for all parties.

                                               /s/ Linda Conti
                                               Linda Conti