Honorable Judge Robert D. Drain

Due to Policy at Washington State Penitentiary and Covid-19 Protocol, I am not able to attend the Scheduled Zoom Hearing on May 18, 2022 at 10:am

Thank you for your time concerning this matter

Trever Olsen #364199
Washington State Penitentiary
1313 N 13th Ave
Walla Walla, Wa 99362