DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (RDD) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| Defendants. | |

### AMENDED AGENDA[2] FOR APRIL 27, 2022 HEARING

Time and Date of Hearing:    April 27, 2022 at 10:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

| | |
|---|---|
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1 646-558-8656, Meeting ID 918 3372 9693##, Passcode 858709. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. |

A. **MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:**

   I. **UNCONTESTED MATTERS:**

   1. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 353]

      Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

      Responses Received: None.

      Related Documents:

      A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction Adv. Pro. No. 19-08289 [ECF No. 354]

      Status: This matter is going forward on an uncontested basis.

B. **MATTERS IN MAIN BANKRUPTCY PROCEEDING CASE NO. 19-23649 (RDD):**

   II. **UNCONTESTED MATTERS:**

   2. ***Tristan Martinez Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Tristan Martinez [ECF No. 4415]

      Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

    A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4431]

    B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4682]

Status: This matter is going forward on an uncontested basis.

3. ***Marcia Helms Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Marcia Helms [ECF No. 4481]

    Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

        A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4496]

        B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4682]

    Status: This matter is going forward on an uncontested basis.

4. ***Wayne B. Anderson Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Wayne B. Anderson [ECF No. 4520]

    Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

        A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4521]

        B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4682]

    Status: This matter is going forward on an uncontested basis.

5. ***George Andrew Bratton Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by George Andrew Bratton [ECF No. 4525]

    Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4526]

B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4682]

Status: This matter is going forward on an uncontested basis

6. *Interim Fee Applications.* Notice of Seventh Interim Hearing [ECF No. 4573]

Objection Deadline: April 20, 2021 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None.

Related Documents:

Interim Fee Applications of the following applicants:

**Debtors' Professionals**

A. Dechert LLP [ECF No. 4547]
B. Arnold & Porter Kaye Scholer LLP [ECF No. 4541]
C. King & Spalding LLP [ECF No. 4540]
D. Davis Polk & Wardwell LLP [ECF No. 4552]
E. Jones Day [ECF No. 4553]
F. AlixPartners, LLP [ECF No. 4551]
G. Prime Clerk LLC [ECF No. 4545]
H. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 4557]
I. PJT Partners LP [ECF No. 4550]
J. Cornerstone Research [ECF No. 4514]
K. Grant Thornton [ECF No. 4549]

**Official Committee of Unsecured Creditors' Professionals**

A. Jefferies LLC [ECF No. 4564]
B. Cole Schotz P.C. [ECF No. 4561]
C. Province, Inc. [ECF No. 4565]
D. Akin Gump Strauss Hauer & Feld LLP [ECF No. 4560]
E. Kurtzman Carson Consultants LLC [ECF No. 4566]
F. Bedell Cristin Jersey Partnership [ECF No. 4563]

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

A. Brown Rudnick LLP [ECF No. 4554]
B. FTI Consulting [ECF No. 4558]
C. Otterbourg, P.C. [ECF No. 4546]

    D. Gilbert LLP [ECF No. 4543]
    E. Kramer Levin Naftalis & Frankel LLP [ECF No. 4562]
    F. Houlihan Lokey Capital, Inc. [ECF No. 4556]

**Fee Examiner**

    A. Bielli & Klauder, LLC [ECF No. 4524]

Status: This matter is going forward on an uncontested basis

### III. CONTESTED MATTERS

7. ***Maria Ecke Motion for Reconsideration***. Motion for Reconsideration Regarding Estate of David Jonathan Ecke, filed by Maria Ecke [ECF No. 4296]

   Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. Debtors' Omnibus Objection to Maria Ecke's Motions (I) for Reconsideration and (II) to Accept Personal Injury Claim [ECF No. 4680]

   Related Documents:

   A. Notice of Hearing for Motion for Reconsideration and Motion for Leave to File Late Claim [ECF No. 4355]

   B. Notice of Hearing for Motion for Reconsideration and Motion for Leave to File Late Claim [ECF No. 4358]

   C. Supplemental Statement for Motion for Reconsideration filed by Maria Ecke [ECF No. 4698]

   **D. Amended Supplemental Statement for Motion for Reconsideration filed by Maria Ecke [ECF No. 4701]**

   Status: This matter is going forward on a contested basis.

8. ***Maria Ecke Late Claim Motion***. Motion for Leave to File Late Claim, filed by Maria Ecke [ECF No. 4297]

   Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

    A. Debtors' Omnibus Objection to Maria Ecke's Motions (I) for Reconsideration and (II) to Accept Personal Injury Claim [ECF No. 4680]

Related Documents:

    A. Notice of Hearing for Motion for Reconsideration and Motion for Leave to File Late Claim [ECF No. 4355]

    B. Notice of Hearing for Motion for Reconsideration and Motion for Leave to File Late Claim [ECF No. 4358]

    C. Supplemental Statement for Motion for Reconsideration filed by Maria Ecke [ECF No. 4698]

    **D. Amended Supplemental Statement for Motion for Reconsideration filed by Maria Ecke [ECF No. 4701]**

Status: This matter is going forward on a contested basis.

9. ***Steven J. Maltman Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Steven J. Maltman [ECF No. 4497]

    Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Debtors' Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4681]

    Related Documents:

        A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4511]

    Status: This matter is going forward on a contested basis.

10. ***Timothy Maxwell Late Claim Motion.*** Motion to File Claim after Claims Bar Date, filed by Timothy Maxwell [ECF No. 4498]

    Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Debtors' Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4681]

    Related Documents:

        A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4511]

Status: This matter is going forward on a contested basis.

11. **Tort Law Liquidation Motion.** Motion of Liquidation under the Tort Laws Requesting Payment for Claim 6492, filed by REDBOW NLN [ECF No. 4529]

Objection Deadline: April 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Debtors' Objection to Redbow NLN's Motion of Liquidation under the Tort Laws [ECF No. 4679]

Related Documents:

A. Notice of Hearing Regarding Motion of Liquidation under the Tort Laws [ECF No. 4596]

Status: This matter is going forward on a contested basis.

[*Remainder of page intentionally left blank*]

Dated: April 26, 2022
New York, New York

                    DAVIS POLK & WARDWELL LLP

                    By: */s/ Eli J. Vonnegut*
                          Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*