UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :    Case No. 19-23649 (RDD)
                                                    :
                        Debtors.[1]                 :    (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
MARCH 1, 2022 THROUGH MARCH 31, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of March 1, 2022 through March 31, 2022 (the "Twenty-Seventh Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twenty-Seventh Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of monthly fees earned during the Twenty-Seventh Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Twenty-Seventh Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the

2

accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twenty-Seventh Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Twenty-Seventh Compensation Period is attached hereto as Appendix A. A summary of the compensation earned during the Twenty-Seventh Compensation Period is outlined below:

| Twenty-Seventh Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| March 1 – 31, 2022 | $225,000.00 | ($45,000.00) | $180,000.00 |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 130.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twenty-Seventh Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | March 2022 |
|---|---|
| Jamie O'Connell | 6.0 |
| Joe Turner | 19.5 |
| Rafael Schnitzler | 8.0 |
| Tom Melvin | 60.5 |
| Jovana Arsic | 1.0 |
| Lukas Schwarzmann | 35.5 |
| **Total Hours** | **130.5** |

3

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's monthly fees in the amount of $225,000.00 earned during the Twenty-Seventh Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: April 27, 2022                    PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

# APPENDIX A

# PJT Partners

April 26, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of March 1, 2022 through March 31, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due** | **$** | **180,000.00** |

**Invoice No. 10020907**

---

(1) Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 31, 2022 THROUGH MARCH 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 6.0 |
| Joe Turner | Managing Director | 19.5 |
| Rafael Schnitzler | Managing Director | 8.0 |
| Tom Melvin | Vice President | 60.5 |
| Jovana Arsic | Vice President | 1.0 |
| Lukas Schwarzmann | Analyst | 35.5 |
| | **Total** | **130.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 03/02/22 | 1.0 | Call regarding financial matters with J. Turner |
| Jamie O'Connell | 03/03/22 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 03/10/22 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 03/11/22 | 0.5 | Call regarding financial matters |
| Jamie O'Connell | 03/23/22 | 0.5 | Review and comment on draft fee application |
| Jamie O'Connell | 03/24/22 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 03/24/22 | 0.5 | Call regarding financial matters |
| Jamie O'Connell | 03/25/22 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 03/30/22 | 0.5 | Update call with J. Turner |
| | | **6.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 03/01/22 | 1.0 | Weekly update call with creditor financial advisors |
| Joe Turner | 03/02/22 | 1.0 | Call regarding financial matters with J. O'Connell |
| Joe Turner | 03/03/22 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 03/08/22 | 0.5 | Call with T. Melvin to discuss various matters |
| Joe Turner | 03/08/22 | 1.0 | Board Special Committee meeting |
| Joe Turner | 03/10/22 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 03/11/22 | 0.5 | Call with internal team to discuss various matters |
| Joe Turner | 03/14/22 | 1.0 | Call with Company management and AlixPartners |
| Joe Turner | 03/15/22 | 1.0 | Weekly update call with creditor financial advisors |
| Joe Turner | 03/15/22 | 1.0 | Call with Company management and AlixPartners related to business plan |
| Joe Turner | 03/17/22 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 03/18/22 | 1.0 | Call with Company management, AlixPartners and DPW to discuss various matters |
| Joe Turner | 03/23/22 | 1.0 | Call with Company management and AlixPartners to discuss public health initiatives |
| Joe Turner | 03/24/22 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 03/24/22 | 1.0 | Call with Company management and AlixPartners to discuss pipeline products |
| Joe Turner | 03/24/22 | 0.5 | Call with internal team to discuss various matters |
| Joe Turner | 03/28/22 | 0.5 | Call with creditor financial advisors to discuss pipeline products |
| Joe Turner | 03/30/22 | 0.5 | Update call with J. O'Connell |
| Joe Turner | 03/30/22 | 0.5 | Call with internal team to discuss various matters |
| Joe Turner | 03/31/22 | 4.0 | Board meeting |
| | | **19.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 03/02/22 | 1.0 | Call with Company management and AlixPartners related to business development |
| Rafael Schnitzler | 03/14/22 | 1.0 | Call with Company management and AlixPartners related to business development |
| Rafael Schnitzler | 03/15/22 | 1.0 | Call with Company management and AlixPartners related to business plan |
| Rafael Schnitzler | 03/16/22 | 0.5 | Call with Company management to discuss financial analysis |
| Rafael Schnitzler | 03/16/22 | 0.5 | Call with Company management to discuss business development |
| Rafael Schnitzler | 03/18/22 | 1.0 | Call with Company management and AlixPartners related to business development |
| Rafael Schnitzler | 03/24/22 | 0.5 | Call with PJT team to discuss various matters |
| Rafael Schnitzler | 03/30/22 | 0.5 | Call with internal team to discuss various matters |
| Rafael Schnitzler | 03/31/22 | 2.0 | Board meeting |
| | | **8.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/01/22 | 1.0 | Weekly update call with creditor financial advisors |
| Thomas Melvin | 03/02/22 | 1.0 | Call with Company management and AlixPartners regarding business development |
| Thomas Melvin | 03/03/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 03/03/22 | 1.5 | Review analysis from Company |
| Thomas Melvin | 03/03/22 | 1.0 | E-mail correspondence with Company management and DPW |
| Thomas Melvin | 03/03/22 | 0.5 | Review AlixPartners analysis |
| Thomas Melvin | 03/04/22 | 1.5 | Review Company analysis related to public health initiatives |
| Thomas Melvin | 03/04/22 | 0.5 | E-mail correspondence with Company management regarding various matters |
| Thomas Melvin | 03/06/22 | 1.0 | Review Company analysis related to business development |
| Thomas Melvin | 03/07/22 | 0.5 | Call with Company management and AlixPartners regarding pipeline products |
| Thomas Melvin | 03/08/22 | 1.0 | Board Special Committee meeting |
| Thomas Melvin | 03/08/22 | 1.0 | Review financial analysis related to Board request |
| Thomas Melvin | 03/08/22 | 0.5 | Call with J. Turner to discuss various matters |
| Thomas Melvin | 03/09/22 | 1.0 | Dialed into court hearing |
| Thomas Melvin | 03/10/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 03/10/22 | 1.0 | Dialed into court hearing |
| Thomas Melvin | 03/11/22 | 1.0 | Call with Company management and AlixPartners regarding public health initiative products |
| Thomas Melvin | 03/11/22 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 03/11/22 | 1.5 | Review financial analysis from Company management |
| Thomas Melvin | 03/11/22 | 0.5 | Review AlixPartners analysis |
| Thomas Melvin | 03/11/22 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 03/11/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 03/13/22 | 1.5 | Review analysis from Company management and AlixPartners |
| Thomas Melvin | 03/13/22 | 0.5 | Review agenda for weekly creditor financial advisor discussion |
| Thomas Melvin | 03/14/22 | 1.0 | Call with Company management and AlixPartners regarding business development |
| Thomas Melvin | 03/14/22 | 2.0 | Review Analysis from AlixPartners and Company management |
| Thomas Melvin | 03/14/22 | 0.5 | Review timeline estimates from DPW |
| Thomas Melvin | 03/14/22 | 0.5 | Review and prepare agenda for weekly discussion with creditor financial advisors |
| Thomas Melvin | 03/14/22 | 0.5 | Call with AlixPartners to discuss analysis and other matters |
| Thomas Melvin | 03/15/22 | 0.5 | Call with Company management and AlixPartners regarding public health initiative products |
| Thomas Melvin | 03/15/22 | 1.0 | Weekly update call with creditor financial advisors |
| Thomas Melvin | 03/15/22 | 1.0 | Call with Company management, AlixPartners and DPW to discuss various matters |
| Thomas Melvin | 03/16/22 | 0.5 | Call with Company management to discuss financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/16/22 | 0.5 | Call with Company management to discuss business development |
| Thomas Melvin | 03/16/22 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 03/17/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 03/17/22 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 03/17/22 | 1.5 | Review analysis from Company management and AlixPartners |
| Thomas Melvin | 03/18/22 | 1.0 | Call with Company management and AlixPartners to discuss public health initiatives |
| Thomas Melvin | 03/18/22 | 1.0 | Call with Company management, AlixPartners and DPW to discuss various matters |
| Thomas Melvin | 03/18/22 | 1.5 | Review analysis from Company management and AlixPartners |
| Thomas Melvin | 03/18/22 | 0.5 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 03/19/22 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 03/19/22 | 0.5 | Review materials from DPW |
| Thomas Melvin | 03/19/22 | 0.5 | E-mail correspondence with DPW and AlixPartners regarding presentation for upcoming meeting |
| Thomas Melvin | 03/20/22 | 1.5 | Review commentary from DPW, AlixPartners and Company management related to presentation draft |
| Thomas Melvin | 03/20/22 | 1.0 | Perform analysis in response to request from DPW |
| Thomas Melvin | 03/20/22 | 0.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 03/21/22 | 1.0 | Review analysis form Company management and AlixPartners |
| Thomas Melvin | 03/21/22 | 0.5 | E-mail correspondence with Company management regarding various matters |
| Thomas Melvin | 03/23/22 | 1.0 | Call with Company management and AlixPartners to discuss public health initiatives |
| Thomas Melvin | 03/23/22 | 1.0 | Review analysis responsive to Board request |
| Thomas Melvin | 03/24/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 03/24/22 | 1.0 | Call with Company management and AlixPartners to discuss pipeline products |
| Thomas Melvin | 03/24/22 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 03/28/22 | 0.5 | Call with creditor financial advisors to discuss pipeline products |
| Thomas Melvin | 03/28/22 | 0.5 | Call with Company management regarding various matters |
| Thomas Melvin | 03/28/22 | 1.0 | Prepare and review analysis related to creditor financial advisor questions and requests |
| Thomas Melvin | 03/28/22 | 1.0 | Review analysis responsive to Board request |
| Thomas Melvin | 03/29/22 | 0.5 | Review agenda for weekly creditor financial advisor discussion |
| Thomas Melvin | 03/29/22 | 1.0 | Weekly update call with creditor financial advisors |
| Thomas Melvin | 03/29/22 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 03/30/22 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 03/30/22 | 1.0 | Perform and review analysis requested by Company management |
| Thomas Melvin | 03/30/22 | 1.5 | Review analysis responsive to Board request |
| Thomas Melvin | 03/30/22 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding upcoming meetings |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/31/22 | 3.5 | Board meeting |
| | | **60.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 03/03/22 | 1.0 | Weekly update call with management and advisors |
| | | **1.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 03/03/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 03/08/22 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 03/09/22 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 03/10/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 03/14/22 | 1.0 | Call with management |
| Lukas Schwarzmann | 03/17/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 03/20/22 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 03/23/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/24/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/24/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 03/24/22 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 03/28/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/29/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/30/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/31/22 | 3.0 | Financial analysis |
| | | **35.5** | |