KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** [1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**THIRTY-FIRST MONTHLY FEE STATEMENT OF KING &
SPALDING LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Name of Applicant | King & Spalding LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |
| Date Order of Employment Signed | November 25, 2019 [Docket No. 543] |
| | August 18, 2021 [Docket No. 3596] |
| Period for Which Compensation and Reimbursement is Sought | March 1, 2022 through March 31, 2022 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $332,524.68<br>(80% of $415,655.85) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $332,524.68 |
| **This is a(n):   X** Monthly Application  __ Interim Application  __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July 7, 2021*, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1, 2022 Through March 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $332,524.68, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $415,655.85) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $415,655.85 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $332,524.68.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]    The period from March 1, 2022 through and including March 31, 2022 is referred to herein as the "**Fee Period**."

[3]    K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $265.50.[4]   The

blended hourly billing rate of all paraprofessionals is $225.00.[5]

3.      Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

### <u>Notice</u>

5.      K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $332,524.68, which is

equal to 80% of the total amount of reasonable compensation for actual, necessary legal services

that K&S incurred in connection with such services during the Fee Period (*i.e*., $415,655.85) and

(ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]    The blended hourly rate of $265.50 for attorneys is derived by dividing the total fees for attorneys of $408,253.35 by the total hours of 1,537.70.

[5]    The blended hourly rate of $225.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $7,402.50 by the total hours of 32.9.

Dated:   April 27, 2022
         New York, New York

                                **KING & SPALDING LLP**

                                */s/ Scott Davidson*

                                Scott Davidson
                                1185 Avenue of the Americas
                                New York, New York  10036-2601
                                Telephone: (212) 556-2100
                                Facsimile:  (212) 556-2222

                                *Special Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Fees by Project Category[6]**

---

[6]     The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 30.4 | $3,795.00 |
| Document/File Management | 42.7 | $21,350.00 |
| Document Production (Defense) | 1,450.5 | $358,178.50 |
| Pleadings | 11.3 | $11,477.98 |
| Retention and Fee Applications | 35.7 | $31,883.00 |
| **TOTALS** | 1,570.6 | $444,248.53 |

**Exhibit B**

**Professional & Paraprofessional Fees[7]**

---

[7] The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. | $1,195.00 | 33.3 | $39,793.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 48.4 | $24,200.00 |
| John Tucker | Partner; joined K&S 1999; admitted to Kentucky 1995, Georgia 2000 | $500.00 | 2.0 | $1,000.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 9.7 | $12,513.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 26 | $19,370.00 |
| **Discovery Counsel** | | | | |
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $350.00 | 91.2 | $31,920.00 |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 2.7 | $945.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Privilege Review Attorneys** | | | | |
| Alex Panos | Privilege review attorney; joined K&S 2002; admitted to Georgia 1997 | $240.00 | 29.1 | $6,984.00 |
| Shannon Ziliak | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $240.00 | 124.9 | $29,976.00 |
| Jack Bunker | Privilege review attorney; joined K&S 2021; admitted to Georgia 2000 | $240.00 | 73.1 | $17,544.00 |
| Janine Burke | Privilege review attorney; joined K&S 2021; admitted to Maryland 2012 | $240.00 | 150.5 | $36,120.00 |
| Robert Casey | Privilege review attorney; joined K&S 2021; admitted to New York 2002 | $240.00 | 130.3 | $31,272.00 |
| Dominic Gallucci | Privilege review attorney; joined K&S 2021; admitted to Washington 2019 | $240.00 | 173.6 | $41,664.00 |
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2016 | $240.00 | 300.0 | $72,000.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $240.00 | 109.6 | $26,304.00 |
| Rebekah Spotts | Privilege review attorney; joined K&S 2021; admitted to New York 2011 | $240.00 | 183.1 | $43,944.00 |
| Susie Sacks | Privilege review attorney; joined K&S 2008; admitted to Georgia 2002 | $240.00 | 50.2 | $12,048.00 |
| **Paralegals** | | | | |
| Dan Handley | Paralegal; joined K&S 1993 | $225.00 | 32.9 | $7,402.50 |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|------------------|----------------|
| **TOTAL** | **$0.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10517790 |
| Invoice Date | 04/21/22 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 03/31/22:

| | | |
|---|---|---|
| Fees | $ | 39,793.50 |
| Less Fee Discount (15.0%) | | -5,969.02 |
| Less Additional Fee Discount | | -5,205.67 |
| **Total this Invoice** | **$** | **28,618.81** |

*Payment is Due Upon Receipt*

08714  Purdue Pharma LP                   Invoice No. 10517790
158001  DOJ Opioid Marketing Investigations              Page 2
04/21/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/03/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald regarding bankruptcy and DOJ issues, review materials regarding same | 0.4 |
| 03/07/22 | J Bucholtz | L120 | A106 | Confer with M Kesselman, R Silbert, J Adams regarding bankruptcy and DOJ issues | 0.4 |
| 03/08/22 | J Bucholtz | L120 | A107 | Confer with M. Kesselman, B. Kaminetzky, S. Birnbaum, P. Fitzgerald, R. Silbert, team regarding bankruptcy and DOJ issues (0.6); review materials regarding bankruptcy and DOJ issues (0.8) | 1.4 |
| 03/09/22 | J Bucholtz | L120 | A106 | Confer with M Kesselman, team regarding DOJ and bankruptcy issues | 0.2 |
| 03/10/22 | J Bucholtz | L120 | A106 | Confer with M Kesselman, M Huebner, R Brown, J Adams, P Fitzgerald, team regarding DOJ and bankruptcy issues (1.3); review materials regarding same (1.5) | 2.8 |
| 03/12/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman regarding DOJ and bankruptcy issues | 0.2 |
| 03/14/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, G. Garre, R. Brown, team regarding DOJ and bankruptcy issues (1.6); review materials regarding same (2.0) | 3.6 |
| 03/15/22 | J Bucholtz | L120 | A107 | Confer with M. Huebner, J. Adams, R. Brown, team regarding DOJ and bankruptcy issues | 0.2 |
| 03/17/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Florence, team regarding DOJ and bankruptcy issues | 0.2 |
| 03/18/22 | J Bucholtz | L120 | A107 | Confer with C. Ricarte, G. Garre, J. Shinbrot regarding reply brief, amicus briefs | 0.4 |
| 03/19/22 | J Bucholtz | L210 | A104 | Review draft of reply brief, confer with M. Kesselman, G. Garre regarding same | 3.4 |
| 03/20/22 | J Bucholtz | L210 | A107 | Confer with G. Garre, P. Fitzgerald, team regarding reply brief, amicus briefs (0.5); review amicus briefs (1.2) | 1.7 |
| 03/21/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Garre regarding reply brief (0.7), edit reply | 2.9 |

08714     Purdue Pharma LP                          Invoice No. 10517790
158001     DOJ Opioid Marketing Investigations                          Page 3
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | brief (2.2) | |
| 03/22/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Bragg, G. Garre, team regarding reply brief and DOJ issues (1.8); edit reply brief (1.6) | 3.4 |
| 03/23/22 | J Bucholtz | L210 | A103 | Edit reply brief (4.4), confer with M. Kesselman, R. Silbert, G. Garre, G. McCarthy, H. Coleman, team regarding same (1.8) | 6.2 |
| 03/24/22 | J Bucholtz | L120 | A106 | Edit reply brief (3.4), confer with M. Kesselman, G. Garre, G. Cardillo, K. Benedict, R. Silbert, team regarding same (0.8) | 4.2 |
| 03/25/22 | J Bucholtz | L120 | A104 | Confer with J. Shinbrot, team regarding reply briefs | 0.2 |
| 03/26/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Cardillo, J. Bragg, J. Adams, team regarding DOJ and bankruptcy issues | 0.3 |
| 03/28/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald regarding appeal | 0.3 |
| 03/29/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, team regarding DOJ and bankruptcy issues (0.5); confer with M. Kesselman, G. Garre, M. Huebner regarding appeal (0.4) | 0.9 |
| | | | | | 33.3 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 33.3 | 1195.00 | 39,793.50 |
| Total | | 33.3 | | $39,793.50 |

08714      Purdue Pharma LP                                          Invoice No. 10517790
158001     DOJ Opioid Marketing Investigations                                    Page 4
04/21/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 22.0 | 22,346.50 |
| L210 | Pleadings | 11.3 | 11,477.98 |
| | Total Fees | 33.3 | 33,824.48 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10517791 |
| Invoice Date | 04/21/22 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 03/31/22:

| | | |
|---|---|---|
| Fees | $ | 31,883.00 |
| Less Fee Discount (15.0%) | | -4,782.45 |
| Less Additional Fee Discount | | -4,170.84 |
| **Total this Invoice** | **$** | **22,879.71** |

*Payment is Due Upon Receipt*

08714       Purdue Pharma LP                                                    Invoice No. 10517791
240001      Retention And Fee Application                                                  Page 2
04/21/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/01/22 | L Shermohammed | L210 | A103 | Draft January monthly fee statement | 5.2 |
| 03/02/22 | S Davidson | L120 | A104 | Review draft of January Monthly Fee Statement and revise (0.7); finalize January Monthly Fee Statement (0.4); coordinate filing and service of January Monthly Fee Statement (0.3); e-mail to team regarding same (0.1); request LEDES data and e-mail same to Fee Examiner (0.2) | 1.7 |
| 03/02/22 | L Shermohammed | L210 | A103 | Draft interim fee statement | 2.4 |
| 03/03/22 | L Shermohammed | L210 | A103 | Draft amended January monthly fee statement | 0.9 |
| 03/14/22 | S Davidson | L120 | A104 | E-mails with L. Shermohammed regarding status of interim fee application (0.4); locate and review budget information (0.4); circulate same to L. Shermohammed (0.2); e-mails with L. Shermohammed, R. Jones and J. Bucholtz regarding information for interim fee application (0.5) | 1.5 |
| 03/14/22 | L Shermohammed | L210 | A103 | Continue drafting interim fee application | 5.3 |
| 03/15/22 | S Davidson | L110 | A108 | E-mails regarding status of interim fee application | 0.3 |
| 03/15/22 | L Shermohammed | L210 | A103 | Continue drafting interim fee application | 1.3 |
| 03/16/22 | S Davidson | L120 | A104 | E-mails regarding information needed for interim fee application (0.6); e-mails with L. Shermohammed regarding same (0.4); review draft of interim fee application and note comments (0.9); e-mail to L. Shermohammed regarding same (0.2) | 2.1 |
| 03/17/22 | S Davidson | L120 | A104 | E-mails regarding filing of and service of interim fee application | 0.5 |
| 03/17/22 | L Shermohammed | L210 | A103 | Finalize and coordinate filing of interim fee application | 2.5 |
| 03/22/22 | S Davidson | L120 | A104 | Review rate materials and prepare notice of hourly rate increases (0.7); e-mails with J. Bucholtz and R. Jones regarding same (0.3); coordinate service and filing of notice (0.3); e- mails regarding effective date of revised rates | 1.7 |

08714    Purdue Pharma LP                                    Invoice No. 10517791
240001    Retention And Fee Application                                  Page 3
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | (0.4). | |
| 03/25/22 | L Shermohammed | L210 | A103 | Draft February monthly fee application | 6.1 |
| 03/30/22 | L Shermohammed | L210 | A103 | Draft and finalize monthly fee application | 2.3 |
| 03/31/22 | S Davidson | L120 | A104 | Review draft of February Monthly Fee Statement and revise (0.7); finalize Monthly Fee Statement for filing (0.4); coordinate filing and service of Monthly Fee Statement (0.4); e-mail to team regarding same and request LEDES data (0.2); request LEDES data and e-mail same to Fee Examiner (0.2) | 1.9 |
| | | | | | 35.7 |

### TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Scott Davidson | Counsel | 9.7 | 1290.00 | 12,513.00 |
| Leia Shermohammed | Associate | 26.0 | 745.00 | 19,370.00 |
| Total | | 35.7 | | $31,883.00 |

08714      Purdue Pharma LP                                    Invoice No. 10517791
240001     Retention And Fee Application                                    Page 4
04/21/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--|-------|-------|
| L110 | Fact Investigation/Development | 0.3 | 328.95 |
| L120 | Analysis/Strategy | 9.4 | 10,307.13 |
| L210 | Pleadings | 26.0 | 16,464.47 |
| | Total Fees | 35.7 | 27,100.55 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10516673 |
| Invoice Date | 04/21/22 |
| Client No. | 44444 |
| Matter No. | 795002 |

RE: Bankruptcy Insurance Matter
Client Matter Reference: 20210003073

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 03/31/22:

| | | |
|---|---|---:|
| Fees | $ | 236,555.00 |
| Less Tiered Discount | | -11,827.75 |
| **Total this Invoice** | **$** | **224,727.25** |

*Payment is Due Upon Receipt*

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10516673
795002     Bankruptcy Insurance Matter                                             Page 2
04/21/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/01/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.9 |
| 03/01/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.8 |
| 03/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 03/01/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.2 |
| 03/01/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/01/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 03/02/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.7 |
| 03/02/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/02/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 03/02/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.1 |
| 03/02/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516673 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 3 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 03/02/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/03/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 03/03/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.2 |
| 03/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 03/03/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 03/03/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/03/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.2 |
| 03/04/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.1 |
| 03/04/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.5 |
| 03/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 03/04/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/04/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial | 9.8 |

44444     Purdue Pharma, LP (Document Matters)                       Invoice No. 10516673

795002     Bankruptcy Insurance Matter                                      Page 4

04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | documents relating to the bankruptcy insurance review | |
| 03/04/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.4 |
| 03/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 03/07/22 | R Jones | L140 | A110 | Prepare documents for production | 0.4 |
| 03/07/22 | K Lynch | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.4 |
| 03/08/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.4 |
| 03/08/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.9 |
| 03/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 03/08/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.2 |
| 03/08/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/08/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/09/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 03/09/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy | 9.9 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516673 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 5 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | insurance review | |
| 03/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |
| 03/09/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/09/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.8 |
| 03/09/22 | K Lynch | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.5 |
| 03/09/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 03/10/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.9 |
| 03/10/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.5 |
| 03/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 03/10/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/10/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.3 |
| 03/10/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/11/22 | J Bunker | L320 | A104 | Quality control for responsiveness and | 7.1 |

44444     Purdue Pharma, LP (Document Matters)                                    Invoice No. 10516673
795002    Bankruptcy Insurance Matter                                                          Page 6
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | privilege in connection with custodial documents relating to the bankruptcy insurance review | |
| 03/11/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.2 |
| 03/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 03/11/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 03/11/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 03/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 03/13/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.2 |
| 03/14/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.1 |
| 03/14/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.5 |
| 03/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 03/14/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.6 |
| 03/14/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy | 8.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516673 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 7 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|-------|------------|------|----------|-------------|-------|
| | | | | insurance review | |
| 03/14/22 | A Gibson | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 1.7 |
| 03/14/22 | R Jones | L140 | A110 | Prepare documents for production | 0.6 |
| 03/14/22 | K Lynch | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.2 |
| 03/14/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.4 |
| 03/14/22 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the bankruptcy matter | 1.0 |
| 03/14/22 | S Ziliak | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.4 |
| 03/15/22 | N Bass | L120 | A101 | Manage privilege review | 0.6 |
| 03/15/22 | J Bunker | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.5 |
| 03/15/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 03/15/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 03/15/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/15/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 03/15/22 | A Gibson | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.2 |

44444   Purdue Pharma, LP (Document Matters)                                    Invoice No. 10516673
795002   Bankruptcy Insurance Matter                                                            Page 8
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/15/22 | K Lynch | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.5 |
| 03/15/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/15/22 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the bankruptcy matter | 0.5 |
| 03/15/22 | S Ziliak | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.2 |
| 03/16/22 | N Bass | L120 | A101 | Manage privilege review | 2.1 |
| 03/16/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/16/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 03/16/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/16/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/16/22 | A Gibson | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.4 |
| 03/16/22 | K Lynch | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.2 |
| 03/16/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/16/22 | S Ziliak | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial | 8.2 |

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10516673
795002     Bankruptcy Insurance Matter                                       Page 9
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | documents relating to the bankruptcy insurance review | |
| 03/17/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.3 |
| 03/17/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 03/17/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.4 |
| 03/17/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.0 |
| 03/17/22 | A Gibson | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 14.4 |
| 03/17/22 | K Lynch | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.8 |
| 03/17/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.3 |
| 03/17/22 | S Ziliak | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.4 |
| 03/18/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.8 |
| 03/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 03/18/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10516673
795002       Bankruptcy Insurance Matter                                             Page 10
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/18/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/18/22 | A Gibson | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.6 |
| 03/18/22 | K Lynch | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 0.6 |
| 03/18/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.7 |
| 03/18/22 | S Ziliak | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.7 |
| 03/19/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.9 |
| 03/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 03/19/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.4 |
| 03/19/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/19/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.3 |
| 03/20/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.2 |
| 03/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to | 0.7 |

44444    Purdue Pharma, LP (Document Matters)           Invoice No. 10516673
795002    Bankruptcy Insurance Matter                             Page 11
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | ongoing case team and discovery requests | |
| 03/20/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.4 |
| 03/20/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/20/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/20/22 | S Ziliak | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 0.7 |
| 03/21/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.4 |
| 03/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 03/21/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.3 |
| 03/21/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.7 |
| 03/21/22 | S Sacks | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.1 |
| 03/21/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/21/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.2 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | Invoice No. 10516673 | |
| 795002 | Bankruptcy Insurance Matter | | | Page 12 | |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 03/22/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.1 |
| 03/22/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 03/22/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.1 |
| 03/22/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.0 |
| 03/22/22 | S Sacks | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 03/22/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.2 |
| 03/22/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.1 |
| 03/23/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.6 |
| 03/23/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.3 |
| 03/23/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/23/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.8 |
| 03/23/22 | S Sacks | L320 | A104 | Coordinate document review and production workflows in response to | 8.3 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516673 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 13 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | ongoing case team and discovery requests | |
| 03/23/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.9 |
| 03/23/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.8 |
| 03/24/22 | J Burke | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.8 |
| 03/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |
| 03/24/22 | R Casey | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.7 |
| 03/24/22 | D Gallucci | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.8 |
| 03/24/22 | S Sacks | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.9 |
| 03/24/22 | R Spotts | L320 | A104 | Quality control for responsiveness and privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 03/24/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.0 |
| 03/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 03/25/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516673 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 14 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 03/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 03/27/22 | S Sacks | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.4 |
| 03/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.1 |
| 03/28/22 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the bankruptcy matter | 0.5 |
| 03/28/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 03/29/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.7 |
| 03/29/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 03/30/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 03/31/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |

958.7

44444       Purdue Pharma, LP (Document Matters)                    Invoice No. 10516673
795002      Bankruptcy Insurance Matter                                      Page 15
04/21/22

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 1.0 | 500.00 | 500.00 |
| John Tucker | Partner | 2.0 | 500.00 | 1,000.00 |
| Nicole Bass | Discovery Counsel | 2.7 | 350.00 | 945.00 |
| Kassi Burns | Discovery Counsel | 49.0 | 350.00 | 17,150.00 |
| Susie Sacks | Privilege Review Attorney | 35.8 | 240.00 | 8,592.00 |
| Shannon Ziliak | Privilege Review Attorney | 70.0 | 240.00 | 16,800.00 |
| Jack Bunker | Privilege Review Attorney | 73.1 | 240.00 | 17,544.00 |
| Janine Burke | Privilege Review Attorney | 150.5 | 240.00 | 36,120.00 |
| Robert Casey | Privilege Review Attorney | 130.3 | 240.00 | 31,272.00 |
| Dominic Gallucci | Privilege Review Attorney | 173.6 | 240.00 | 41,664.00 |
| Austin Gibson | Privilege Review Attorney | 49.4 | 240.00 | 11,856.00 |
| Kathleen Lynch | Privilege Review Attorney | 38.2 | 240.00 | 9,168.00 |
| Rebekah Spotts | Privilege Review Attorney | 183.1 | 240.00 | 43,944.00 |
| Total | | 958.7 | | 236,555.00 |

44444        Purdue Pharma, LP (Document Matters)                    Invoice No. 10516673
795002       Bankruptcy Insurance Matter                                          Page 16
04/21/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L120 | Analysis/Strategy | 2.7 | 945.00 |
| L140 | Document/File Management | 1.0 | 500.00 |
| L320 | Document Production (Defense) | 955.0 | 235,110.00 |
| | Total Fees | 958.7 | 236,555.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

| | |
|---|---|
| Purdue Pharma, LP (Document Matters) | |
| Sent Electronically | |

| | |
|---|---|
| Invoice No. | 10516676 |
| Invoice Date | 04/21/22 |
| Client No. | 44444 |
| Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 03/31/22:

| | | |
|---|---|---|
| Fees | $ | 146,768.50 |
| Less Tiered Discount | | -7,338.42 |
| **Total this Invoice** | **$** | **139,430.08** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516676 |
|---|---|---|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 2 |
| 04/21/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 03/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 03/01/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.1 |
| 03/01/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.7 |
| 03/01/22 | R Jones | L120 | A110 | Prepare documents for production | 1.6 |
| 03/01/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.5 |
| 03/02/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.2 |
| 03/02/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.2 |
| 03/02/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 03/02/22 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 03/02/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.7 |
| 03/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 03/03/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.7 |
| 03/03/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 03/03/22 | R Jones | L120 | A110 | Prepare documents for production | 1.8 |
| 03/03/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.3 |

44444          Purdue Pharma, LP (Document Matters)                                   Invoice No. 10516676
795001         3rd Party Subpoena Response-Document/Discovery                                        Page 3
               Services

04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 03/04/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.6 |
| 03/04/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 03/04/22 | R Jones | L120 | A110 | Prepare documents for production | 1.4 |
| 03/04/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 0.7 |
| 03/05/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.7 |
| 03/05/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 12.4 |
| 03/06/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.8 |
| 03/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.4 |
| 03/07/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.3 |
| 03/07/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 03/07/22 | R Jones | L140 | A110 | Prepare documents for production | 1.7 |
| 03/07/22 | A Panos | L320 | A104 | Exchange e-mails with K. Burns regarding status of review and staffing issue | 0.1 |
| 03/07/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.9 |
| 03/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to | 0.8 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516676 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 4 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|-------|-----------|------|----------|-------------|-------|
| | | | | ongoing case team and discovery requests | |
| 03/08/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 14.9 |
| 03/08/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.4 |
| 03/08/22 | R Jones | L140 | A110 | Prepare documents for production | 2.3 |
| 03/08/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.5 |
| 03/08/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.1 |
| 03/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.7 |
| 03/09/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.4 |
| 03/09/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 03/09/22 | R Jones | L140 | A110 | Prepare documents for production | 2.3 |
| 03/09/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.2 |
| 03/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 03/10/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 13.6 |
| 03/10/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 03/10/22 | R Jones | L140 | A110 | Prepare documents for production | 2.9 |
| 03/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516676 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 5 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 03/11/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 12.3 |
| 03/11/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 03/11/22 | R Jones | L140 | A110 | Prepare documents for production | 2.7 |
| 03/11/22 | S Ziliak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 3.8 |
| 03/12/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.6 |
| 03/13/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 03/13/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.4 |
| 03/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 03/14/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.4 |
| 03/14/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.6 |
| 03/14/22 | R Jones | L140 | A110 | Prepare documents for production | 1.3 |
| 03/14/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.8 |
| 03/14/22 | A Panos | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the DOJ review (3.1); communications with K. Burns regarding review status and staffing update (.1) | 3.2 |
| 03/15/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10516676
795001      3rd Party Subpoena Response-Document/Discovery                                        Page 6
            Services

04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/15/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.9 |
| 03/15/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.3 |
| 03/15/22 | R Jones | L140 | A110 | Prepare documents for production | 1.8 |
| 03/15/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 4.6 |
| 03/16/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.6 |
| 03/16/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.7 |
| 03/16/22 | R Jones | L140 | A110 | Prepare documents for production | 1.3 |
| 03/17/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 03/17/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.4 |
| 03/17/22 | R Jones | L140 | A110 | Prepare documents for production | 1.2 |
| 03/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 03/18/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.7 |
| 03/18/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.7 |
| 03/18/22 | R Jones | L140 | A110 | Prepare documents for production | 1.9 |
| 03/18/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.8 |
| 03/18/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.1 |
| 03/19/22 | K Burns | L320 | A104 | Coordinate document review and | 0.3 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10516676 |
|---|---|---|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 7 |
| 04/21/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 03/19/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.3 |
| 03/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 03/20/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 12.4 |
| 03/20/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.1 |
| 03/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 03/21/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.9 |
| 03/21/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 3.1 |
| 03/21/22 | R Jones | L140 | A110 | Prepare documents for production | 2.6 |
| 03/21/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.1 |
| 03/21/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.1 |
| 03/22/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.7 |
| 03/22/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 12.7 |
| 03/22/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.7 |
| 03/22/22 | R Jones | L140 | A110 | Prepare documents for production | 2.7 |

44444  Purdue Pharma, LP (Document Matters)  Invoice No. 10516676
795001  3rd Party Subpoena Response-Document/Discovery  Page 8
Services

04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/22/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.1 |
| 03/22/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.9 |
| 03/23/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 03/23/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 14.4 |
| 03/23/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 03/23/22 | R Jones | L140 | A110 | Prepare documents for production | 2.1 |
| 03/23/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.2 |
| 03/23/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.7 |
| 03/23/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.2 |
| 03/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.9 |
| 03/24/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 8.9 |
| 03/24/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.4 |
| 03/24/22 | R Jones | L140 | A110 | Prepare documents for production | 2.1 |
| 03/24/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.1 |
| 03/24/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10516676
795001       3rd Party Subpoena Response-Document/Discovery                                        Page 9
             Services

04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.3 |
| 03/25/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.4 |
| 03/25/22 | R Jones | L140 | A110 | Prepare documents for production | 1.7 |
| 03/25/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.6 |
| 03/26/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.4 |
| 03/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.6 |
| 03/27/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 03/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |
| 03/28/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 8.2 |
| 03/28/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.3 |
| 03/28/22 | R Jones | L140 | A110 | Prepare documents for production | 3.2 |
| 03/28/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.1 |
| 03/28/22 | S Sacks | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 11.1 |
| 03/29/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 03/29/22 | A Gibson | L320 | A104 | Quality control for privilege in | 9.3 |

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10516676
795001      3rd Party Subpoena Response-Document/Discovery                                      Page 10
            Services
04/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with documents relating to the DOJ subpoena review | |
| 03/29/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 03/29/22 | R Jones | L140 | A110 | Prepare documents for production | 3.6 |
| 03/29/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.4 |
| 03/29/22 | S Sacks | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.3 |
| 03/30/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 03/30/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 03/30/22 | R Jones | L140 | A110 | Prepare documents for production | 1.7 |
| 03/30/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 1.0 |
| 03/30/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 03/31/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 03/31/22 | R Jones | L140 | A110 | Prepare documents for production | 2.6 |
| | | | | | 542.9 |

| 44444 | Purdue Pharma, LP (Document Matters) | | Invoice No. 10516676 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | Page 11 |
| 04/21/22 | | | |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 47.4 | 500.00 | 23,700.00 |
| Kassi Burns | Discovery Counsel | 42.2 | 350.00 | 14,770.00 |
| Alex Panos | Privilege Review Attorney | 29.1 | 240.00 | 6,984.00 |
| Susie Sacks | Privilege Review Attorney | 14.4 | 240.00 | 3,456.00 |
| Shannon Ziliak | Privilege Review Attorney | 54.9 | 240.00 | 13,176.00 |
| Austin Gibson | Privilege Review Attorney | 250.6 | 240.00 | 60,144.00 |
| Kathleen Lynch | Privilege Review Attorney | 71.4 | 240.00 | 17,136.00 |
| Dan Handley | Paralegal | 32.9 | 225.00 | 7,402.50 |
| Total | | 542.9 | | 146,768.50 |

44444   Purdue Pharma, LP (Document Matters)                    Invoice No. 10516676
795001   3rd Party Subpoena Response-Document/Discovery                    Page 12
         Services
04/21/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|-------|-------|
| L120 | Analysis/Strategy | 5.7 | 2,850.00 |
| L140 | Document/File Management | 41.7 | 20,850.00 |
| L320 | Document Production (Defense) | 495.5 | 123,068.50 |
| | Total Fees | 542.9 | 146,768.50 |