KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

---------------------------------------- x

**SECOND MONTHLY FEE STATEMENT OF**
**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO**
**THE STATE OF WASHINGTON FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022**

12224504.2 - 04/28/22

| Name of Applicant: | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
|---|---|
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | March 1, 2022 through March 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $223,115.60 |
| **Current Fee Request** | $178,492.48 (80% of $223,115.60) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $751.61 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $179,244.09 |
| **Total Fees and Expenses Inclusive of Holdback** | $223,867.21 |
| **This is a(n):**   X   Monthly Application      ___Interim Application       ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Second Monthly Fee Statement (the "Fee Statement") for the period of March 1, 2022 through and including March 31, 2022 (the "Statement Period").

## **Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $223,115.60 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $178,492.48.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $751.61 in connection with providing professional services prior to and during the Statement Period and a copy of the computer-generated list of expenses.

### Notice

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: April 28, 2022

Respectfully submitted,

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By: _/s/ Matthew J. Gold_
     Matthew J. Gold
     Robert M. Tuchman

     500 Fifth Avenue
     New York, New York 10110
     Tel:  (212) 986-6000
     Fax:  (212) 986-8866
     E-mail:    mgold@kkwc.com
               rtuchman@kkwc.com

     *Attorneys for the State of Washington*

**EXHIBIT A**

**SERVICES RENDERED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
**COMMENCING MARCH 1, 2022 THROUGH MARCH 31, 2022**

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 201.5 | $199,714.60 |
| 004 Injunction Adversary Proceeding | 1.1 | $1,079.00 |
| 005 Fee Applications | 33.5 | $22,322.00 |
| **Total** | **236.10** | **$223,115.60** |
| | | |
| 20% Fee Holdback | | **$44,623.12** |
| 80% of Fees | | **$178,492.48** |
| Plus Expenses | | **$751.61** |
| Requested Amount | | **$179,244.09** |

12224504.2 - 04/28/22

## EXHIBIT B

### SERVICES RENDERED BY

### KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

### COMMENCING MARCH 1, 2022 THROUGH MARCH 31, 2022

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983<br>Litigation & Risk Management | 2022: $1,060 | 153.3 | $162,498 |
| Dov Kleiner | Partner 1995<br>Corporate Transactional & Finance | 2022: $1,035 | 7.4 | $7,659 |
| Steven R. Popofsky | Partner 1983<br>Litigation & Risk Management | 2022: $860 | .3 | $258 |
| Robert L. Berman | Partner 1978<br>Securities and Corporate Finance | 2022: $1,176 | 23.6 | $27,753.60 |
| Robert M. Tuchman | Senior Counsel 2012<br>Litigation & Risk Management | 2022: $760 | 26.6 | $20,216 |
| Juliet Remi | Paralegal<br>Litigation & Risk Management | 2022: $190 | 24.9 | $4,731 |
| **Total Fees Requested** | | | **236.1** | **$223,115.60** |

12224504.2 - 04/28/22

**EXHIBIT C**

**ACTUAL AND NECESSARY COSTS INCURRED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

**COMMENCING MARCH 1, 2022 THROUGH MARCH 31, 2022**

| EXPENSE | AMOUNT |
|---|---|
| Court Fees | $510.27 |
| Legal Research Services | $151.52 |
| Long Distance Messenger | $33.78 |
| Meals | $56.04 |
| **Total Expenses** | **$751.61** |

12224504.2 - 04/28/22

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | | |
|---|---|---|
| Invoice Date: | | April 20, 2022 |
| Invoice Number: | | 111155 |
| Matter Number: | | 7263-0001 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through March 31, 2022*

Currency: USD

| | |
|---|---|
| Costs | 185.30 |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff &* *Cohen, P.C.* *500 Fifth Avenue* *New York, N.Y. 10110* | *Citibank N.A.* *ABA Number: 021000089* *Swift Code: CITIUS33 (International)* *Account # 9987286692* **(Please Reference Invoice Number)** |

| | |
|---|---|
| Client: State of Washington | Invoice Date: April 20, 2022 |
| Matter: Purdue Pharma | Invoice Number: 111155 |
| | Matter Number: 7263-0001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 03/30/2022 | Postage 1/21/22 | 5.00 | 2.65 |
| 03/30/2022 | Postage 2/2/22 | 5.00 | 2.65 |
| 03/30/2022 | Postage 1/31/22 | 2.00 | 3.52 |
| 03/30/2022 | Bloomberg Law - Inv#120220301 02/01/22-02/28/22 (BNA) | 1.00 | 151.52 |
| 03/30/2022 | FedEx - Inv# 7-697-13002 03/21/22 | 1.00 | 24.96 |
| **Total** | | | **$185.30** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | | |
|---|---|---:|
| | Invoice Date: | April 20, 2022 |
| State of Washington | Invoice Number: | 111156 |
| SAAG Administrator | Matter Number: | 7263-0003 |
| Email: SAAG@atg.wa.gov | | |

cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Committee of Appealing States |

*For professional services rendered through March 31, 2022*

Currency: USD

| | |
|---|---:|
| Costs | 566.31 |

| Please Remit to: | Mail To:<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | Wire Instructions:<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| Client: State of Washington | Invoice Date: | April 20, 2022 |
| Matter: Committee of Appealing States | Invoice Number: | 111156 |
| | Matter Number: | 7263-0003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 03/30/2022 | American Express - Dec 2021 - pd.12/28/21 ck#84547 | 1.00 | 566.31 |
| **Total** | | | **$566.31** |

**<u>EXHIBIT D</u>**

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| Invoice Date: | April 20, 2022 |
| Invoice Number: | 111155 |
| Matter Number: | 7263-0001 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through March 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 199,714.60 |
| Costs | 185.30 |
| **Total Due This Invoice** | **$199,899.90** |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | *Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |

| Client: State of Washington | Invoice Date: | April 20, 2022 |
|---|---|---|
| Matter: Purdue Pharma | Invoice Number: | 111155 |
| | Matter Number: | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2022 | Juliet Remi | Circulating recently filed documents | 0.10 | 190.00 | 19.00 |
| 03/01/2022 | Matthew J. Gold | Exchanging emails and participating in calls with team of states and counsel for Purdue regarding term sheet for settlement; reviewing drafts of term sheet regarding same | 10.70 | 1,060.00 | 11,342.00 |
| 03/01/2022 | Robert Tuchman | Reviewing procedural rules on appeal | 0.50 | 760.00 | 380.00 |
| 03/02/2022 | Matthew J. Gold | Exchanging emails and participating in calls with team of states and counsel for Purdue to finalize term sheet for settlement; reviewing drafts of term sheet regarding same | 7.60 | 1,060.00 | 8,056.00 |
| 03/03/2022 | Matthew J. Gold | Reviewing and circulating mediator's report, motion to approve settlement and motion to shorten time; conferring with E. Vonnegut, I. Goldman, J. Rupert and B. Eskandrari regarding next steps and negotiation issues; circulating emails to team regarding scheduling and chambers conference; exchanging emails with M. Huebner and I. Goldman regarding chambers conference; reviewing Florida objection and circulating same; exchanging emails with J. Rupert and S. Esquibel regarding same | 6.80 | 1,060.00 | 7,208.00 |
| 03/03/2022 | Juliet Remi | Updating calendar | 0.10 | 190.00 | 19.00 |
| 03/03/2022 | Robert Berman | Conferring regarding background | 0.80 | 1,176.00 | 940.80 |

Client: State of Washington
Matter: Purdue Pharma

Invoice Date: April 20, 2022
Invoice Number: 111155
Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/04/2022 | Matthew J. Gold | Reviewing draft Direct Settlement Agreement; conferring with I. Goldman and J. Abrams regarding settlement issues; conferring with J. Rupert regarding same; participating in chambers conference regarding settlement hearing; reviewing objections to settlement agreement; participating in conference calls with Purdue and with States' group regarding settlement process and outstanding issues | 7.20 | 1,060.00 | 7,632.00 |
| 03/04/2022 | Juliet Remi | Circulating recently filed documents | 0.10 | 190.00 | 19.00 |
| 03/04/2022 | Robert Berman | Reviewing term sheet; conferring; begin reviewing settlement agreement; reviewing court order | 2.80 | 1,176.00 | 3,292.80 |
| 03/05/2022 | Dov Kleiner | Reviewing Florida objection and correspondence regarding same | 0.40 | 1,035.00 | 414.00 |
| 03/05/2022 | Matthew J. Gold | Reviewing draft Direct Settlement Agreement; conferring with I. Goldman and J. Rupert regarding same and deal issues generally; preparing comments to draft Direct Settlement Agreement | 8.60 | 1,060.00 | 9,116.00 |
| 03/05/2022 | Robert Berman | Begin reviewing settlement agreement and conferring | 1.40 | 1,176.00 | 1,646.40 |
| 03/06/2022 | Matthew J. Gold | Reviewing markup of Direct Settlement Agreement; conferring with I. Goldman and J. Rupert regarding same; participating in conference calls with States' team and with Davis Polk regarding same; reviewing draft intercreditor agreement | 10.30 | 1,060.00 | 10,918.00 |
| 03/06/2022 | Steven R. Popofsky | Reviewing and responding to e-mails; reviewing statutes | 0.30 | 860.00 | 258.00 |

Client: State of Washington

Matter: Purdue Pharma

Invoice Date: April 20, 2022

Invoice Number: 111155

Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/2022 | Matthew J. Gold | Conferring with I. Goldman regarding response to objections to Debtors' approval motion; conferring regarding same; conferring with G. Fay regarding intercreditor agreement; participating in conference call with Debtors and States regarding municipal entities' concerns; preparing comments to revised Direct Settlement Agreement and participating in call with States regarding same; reviewing intercreditor agreement comments; participating in calls regarding intercreditor agreement with T. Lundgren and I. Goldman and with Davis Polk team; exchanging emails with J. Rupert regarding status and issues; beginning review of appellate brief | 11.10 | 1,060.00 | 11,766.00 |
| 03/07/2022 | Juliet Remi | Circulating recently filed documents and district court decision; updating calendar; registering appearance for settlement hearing | 0.50 | 190.00 | 95.00 |
| 03/07/2022 | Robert Tuchman | Conferring about, reviewing submissions in connection with, and beginning to draft reply brief in further support of debtors' motion to approve term sheet | 4.30 | 760.00 | 3,268.00 |
| 03/07/2022 | Dov Kleiner | Conference call M.Gold, R.Tuchman, I.Goldman re drafting response to objections; conferring re same; reviewing settlement motion and objections; caselaw researc on gifting; conferring and correspondence re same; reviewing first draft of reply and conferring and correspondence re same | 4.60 | 1,035.00 | 4,761.00 |
| 03/08/2022 | Juliet Remi | Circulating recently filed documents; conferring regarding logistical issues, objections and reply | 0.70 | 190.00 | 133.00 |

Client: State of Washington

Matter: Purdue Pharma

Invoice Date:            April 20, 2022

Invoice Number:          111155

Matter Number:         7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/08/2022 | Matthew J. Gold | Conferring with J. Rupert regarding negotiation status; conferring with States' team regarding same; participating in call with M. Huebner regarding response to objections; reviewing same; participating in conference call with debtor, state and Sackler counsel regarding Direct Settlement Agreement; conferring with I. Goldman, G. Fay, O. Lefkon and T. Lundgren regarding Intercreditor Agreement; conferring with J. Abrams, I. Goldman and J. Rupert regarding status; participating in conference call with N. Akers and Sackler tax professionals; preparing New Hampshire certification | 13.10 | 1,060.00 | 13,886.00 |
| 03/08/2022 | Robert Tuchman | Continuing to draft, and conferring about, reply brief; reviewing draft appellate brief and providing comments, including responding to questions; conferring about logistics | 5.40 | 760.00 | 4,104.00 |
| 03/08/2022 | Dov Kleiner | Conferring re response call and negotiation on settlement; conference call debtors and objecting states; conferring and correspondence re same | 2.40 | 1,035.00 | 2,484.00 |
| 03/09/2022 | Matthew J. Gold | Participating in multiple negotiation sessions with counterparties and states; participating in hearing regarding approval of settlement agreement; participating in multiple negotiation sessions with counterparties and states | 14.40 | 1,060.00 | 15,264.00 |
| 03/09/2022 | Juliet Remi | Circulating recently filed documents; calling clerk's office regarding hearing logistics; conferring regarding appellee briefs | 0.70 | 190.00 | 133.00 |
| 03/09/2022 | Robert Tuchman | Conferring about filing for brief and reviewing latest draft | 1.50 | 760.00 | 1,140.00 |

Client: State of Washington

Matter: Purdue Pharma

Invoice Date:     April 20, 2022

Invoice Number:     111155

Matter Number:     7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/10/2022 | Matthew J. Gold | Participating in multiple negotiation sessions with counterparties and states; conferring with J. Rupert regarding same; participating in mediation session with Judge Chapman regarding same | 13.70 | 1,060.00 | 14,522.00 |
| 03/10/2022 | Juliet Remi | Circulating recently filed documents; cite-checking draft brief and conferring regarding same; working in connection with motion to file excess pages | 3.40 | 190.00 | 646.00 |
| 03/10/2022 | Robert Tuchman | Preparing and conferring about motion for permission to file oversize appellee's brief; performing cite check of facts section of brief | 7.20 | 760.00 | 5,472.00 |
| 03/11/2022 | Juliet Remi | Preparing notices of appearance; working in connection with brief; coordinating with appellate printer; conducting e-filing of joint notice; conferring regarding same; circulating recently filed documents | 3.10 | 190.00 | 589.00 |
| 03/11/2022 | Matthew J. Gold | Exchanging emails and conferring with representatives of States' group regarding settlement documentation; reviewing drafts of same; coordinating closing procedures; exchanging emails regarding filing of notice with Second Circuit | 6.80 | 1,060.00 | 7,208.00 |
| 03/11/2022 | Robert Tuchman | Finalizing and incorporated edits to appellee's brief; conferring about status | 5.50 | 760.00 | 4,180.00 |
| 03/14/2022 | Juliet Remi | Circulating recently filed documents; coordinating mailing | 0.50 | 190.00 | 95.00 |
| 03/14/2022 | Matthew J. Gold | Reviewing and responding to requests regarding amicus briefs | 0.20 | 1,060.00 | 212.00 |
| 03/15/2022 | Juliet Remi | Circulating recently filed documents; saving transcript | 0.10 | 190.00 | 19.00 |

Client: State of Washington

Matter: Purdue Pharma

Invoice Date: April 20, 2022

Invoice Number: 111155

Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/15/2022 | Matthew J. Gold | Reviewing and responding to requests regarding amicus briefs | 0.20 | 1,060.00 | 212.00 |
| 03/16/2022 | Matthew J. Gold | Reviewing and responding to requests regarding amicus briefs; exchanging emails with parties to DSA regarding finalization | 0.50 | 1,060.00 | 530.00 |
| 03/17/2022 | Matthew J. Gold | Reviewing and responding to requests regarding amicus briefs; ; exchanging emails with parties to DSA regarding finalization | 0.40 | 1,060.00 | 424.00 |
| 03/21/2022 | Matthew J. Gold | Commencing review of filed briefs; conferring regarding open issues in settlement documentation | 3.60 | 1,060.00 | 3,816.00 |
| 03/21/2022 | Robert Berman | Conferring regarding next steps and begin reviewing latest version of settlement agreement | 1.70 | 1,176.00 | 1,999.20 |
| 03/22/2022 | Matthew J. Gold | Reviewing appellate briefs | 2.10 | 1,060.00 | 2,226.00 |
| 03/22/2022 | Juliet Remi | Circulating recently filed documents | 0.30 | 190.00 | 57.00 |
| 03/22/2022 | Robert Berman | Reviewing final settlement agreement; conferring regarding next steps and staffing; conferring regarding background | 2.70 | 1,176.00 | 3,175.20 |
| 03/23/2022 | Matthew J. Gold | Reviewing appellate briefs; conferring regarding "to do" items following closing; conferring with J. Rupert regarding same | 2.20 | 1,060.00 | 2,332.00 |
| 03/23/2022 | Juliet Remi | Circulating recently filed documents; updating calendar | 0.20 | 190.00 | 38.00 |
| 03/23/2022 | Robert Berman | Conferring and continuing review of settlement agreement and exhibits | 2.60 | 1,176.00 | 3,057.60 |
| 03/24/2022 | Matthew J. Gold | Reviewing appellate briefs; exchanging emails regarding remaining transactional matters; reviewing drafts and summaries regarding same; conferring with J. Rupert regarding case status | 2.80 | 1,060.00 | 2,968.00 |

Client: State of Washington

Matter: Purdue Pharma

Invoice Date: April 20, 2022

Invoice Number: 111155

Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/24/2022 | Juliet Remi | Circulating recently filed documents; conferring regarding deadline to appeal Judge Drain's order authorizing term sheet; updating calendar | 0.20 | 190.00 | 38.00 |
| 03/24/2022 | Robert Berman | Reviewing Intercreditor Agreement and spreadsheet of projected payments from Sacklers; conferring | 2.70 | 1,176.00 | 3,175.20 |
| 03/25/2022 | Juliet Remi | Circulating recently filed documents | 0.10 | 190.00 | 19.00 |
| 03/25/2022 | Matthew J. Gold | Reviewing appellate briefs; exchanging emails regarding remaining transactional matters; conferring with I. Goldman regarding same; reviewing drafts and summaries regarding same | 4.10 | 1,060.00 | 4,346.00 |
| 03/25/2022 | Robert Berman | Conferring regarding status, contingencies and next steps; reviewing relevant provisions of settlement agreeement | 1.30 | 1,176.00 | 1,528.80 |
| 03/28/2022 | Juliet Remi | Circulating recently filed documents | 0.20 | 190.00 | 38.00 |
| 03/28/2022 | Matthew J. Gold | Continuing review of appellate briefs | 1.80 | 1,060.00 | 1,908.00 |
| 03/28/2022 | Robert Berman | Reviewing and thinking about ICA provisions; reviewing payment schedule; list of issues | 1.60 | 1,176.00 | 1,881.60 |
| 03/29/2022 | Matthew J. Gold | Reviewing draft intercreditor agreement; conferring regarding same | 3.40 | 1,060.00 | 3,604.00 |
| 03/29/2022 | Juliet Remi | Circulating recently filed documents | 0.10 | 190.00 | 19.00 |
| 03/29/2022 | Robert Berman | Conferring regarding Intercredit Agreement and next steps; preparing email summary of issues; begin reviewing certain provisions in MDT settlement | 2.80 | 1,176.00 | 3,292.80 |
| 03/30/2022 | Matthew J. Gold | Reviewing questions regarding draft intercreditor agreement; conferring regarding same; conferring with I. Goldman regarding same | 2.60 | 1,060.00 | 2,756.00 |
| 03/30/2022 | Robert Berman | Reviewing issue list and conferring; reviewing emails and attachments | 1.80 | 1,176.00 | 2,116.80 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | April 20, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 111155 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/2022 | Matthew J. Gold | Reviewing questions regarding draft intercreditor agreement; conferring regarding same; exchanging emails with I. Goldman and G. Fay regarding same | 1.20 | 1,060.00 | 1,272.00 |
| 03/31/2022 | Robert Berman | Conferring regarding next steps; reviewing emails; conferring regarding intercreditor agreement | 1.40 | 1,176.00 | 1,646.40 |
| **Total** | | | **201.50** | | **$199,714.60** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Dov Kleiner | 7.40 | 1,035.00 | 7,659.00 |
| Juliet Remi | 10.40 | 190.00 | 1,976.00 |
| Matthew J. Gold | 135.40 | 1,060.00 | 143,524.00 |
| Robert Berman | 23.60 | 1,176.00 | 27,753.60 |
| Robert Tuchman | 24.40 | 760.00 | 18,544.00 |
| Steven R. Popofsky | 0.30 | 860.00 | 258.00 |
| **Total** | **201.50** | | **$199,714.60** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/30/2022 | Postage 1/21/22 | 5.00 | 2.65 |
| 03/30/2022 | Postage 2/2/22 | 5.00 | 2.65 |
| 03/30/2022 | Postage 1/31/22 | 2.00 | 3.52 |
| 03/30/2022 | Bloomberg Law - Inv#120220301 02/01/22-02/28/22 (BNA) | 1.00 | 151.52 |
| 03/30/2022 | FedEx - Inv# 7-697-13002 03/21/22 | 1.00 | 24.96 |
| **Total** | | | **$185.30** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| Invoice Date: | April 20, 2022 |
| Invoice Number: | 111156 |
| Matter Number: | 7263-0003 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Committee of Appealing States |

*For professional services rendered through March 31, 2022*

Currency: USD

| | |
|---|---|
| Costs | 566.31 |
| **Total Due This Invoice** | **$566.31** |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff &* | *Citibank N.A.* |
| | *Cohen, P.C.* | *ABA Number: 021000089* |
| | *500 Fifth Avenue* | *Swift Code: CITIUS33 (International)* |
| | *New York, N.Y. 10110* | *Account # 9987286692* |
| | | **(Please Reference Invoice Number)** |

| Client: State of Washington | Invoice Date: | April 20, 2022 |
| Matter: Committee of Appealing States | Invoice Number: | 111156 |
| | Matter Number: | 7263-0003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 03/30/2022 | American Express - Dec 2021 - pd.12/28/21 ck#84547 | 1.00 | 566.31 |
| **Total** | | | **$566.31** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | April 20, 2022 |
| Invoice Number: | 111157 |
| Matter Number: | 7263-0004 |

| Client: | State of Washington |
|---|---|
| Matter: | Injunction adversary proceeding |

*For professional services rendered through March 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 1,079.00 |
| | ———————— |
| **Total Due This Invoice** | **$1,079.00** |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | *Citibank N.A.* |
| | *500 Fifth Avenue* | *ABA Number: 021000089* |
| | *New York, N.Y. 10110* | *Swift Code: CITIUS33 (International)* |
| | | *Account # 9987286692* |
| | | ***(Please Reference Invoice Number)*** |

| Client: State of Washington | Invoice Date: | April 20, 2022 |
|---|---|---|
| Matter: Injunction adversary proceeding | Invoice Number: | 111157 |
| | Matter Number: | 7263-0004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2022 | Juliet Remi | Registering appearance for upcoming hearing on preliminary injunction. | 0.10 | 190.00 | 19.00 |
| 03/23/2022 | Matthew J. Gold | Attending hearing on extension of preliminary injunction | 1.00 | 1,060.00 | 1,060.00 |
| **Total** | | | **1.10** | | **$1,079.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Juliet Remi | 0.10 | 190.00 | 19.00 |
| Matthew J. Gold | 1.00 | 1,060.00 | 1,060.00 |
| **Total** | **1.10** | | **$1,079.00** |

**Kleinberg Kaplan Wolff & Cohen P.C.**
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| Invoice Date: | April 20, 2022 |
| Invoice Number: | 111158 |
| Matter Number: | 7263-0005 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Fee applications |

*For professional services rendered through March 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 22,322.00 |
| **Total Amount Due** | **$22,322.00** |

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | *Wire Instructions:*<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| Client: State of Washington | Invoice Date: | April 20, 2022 |
|---|---|---|
| Matter: Fee applications | Invoice Number: | 111158 |
| | Matter Number: | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/2022 | Juliet Remi | Reviewing invoices in connection with fee application; conferring regarding same | 2.20 | 190.00 | 418.00 |
| 03/04/2022 | Juliet Remi | Reviewing invoices in connection with fee application | 1.70 | 190.00 | 323.00 |
| 03/07/2022 | Robert Tuchman | Reviewing KKWC invoices for privilege purposes | 2.20 | 760.00 | 1,672.00 |
| 03/21/2022 | Matthew J. Gold | Reviewing requirements for fee applications; conferring with I. Goldman regarding same | 0.80 | 1,060.00 | 848.00 |
| 03/22/2022 | Matthew J. Gold | Reviewing orders regarding fee reimbursement;exchanging emails regarding same; reviewing review of time records for privilege | 3.40 | 1,060.00 | 3,604.00 |
| | | | 0.40 | 190.00 | 76.00 |
| 03/22/2022 | Juliet Remi | Conferring regarding fee application deadlines and other logistics | 0.40 | 190.00 | 76.00 |
| 03/23/2022 | Matthew J. Gold | Reviewing forms for fee application | 0.80 | 190.00 | 152.00 |
| 03/23/2022 | Juliet Remi | Reviewing docket for and circulating interim fee applications and monthly fee statements; conferring regarding forms for fee applications | 0.80 | 190.00 | 152.00 |
| 03/24/2022 | Matthew J. Gold | Reviewing forms for fee application; conferring regarding same | 2.30 | 1,060.00 | 2,438.00 |
| 03/24/2022 | Juliet Remi | Working in connection with fee application; calling to discuss same | 0.50 | 190.00 | 95.00 |
| 03/25/2022 | Juliet Remi | Working in connection with monthly fee statement; conferring regarding same | 2.50 | 190.00 | 475.00 |
| 03/25/2022 | Matthew J. Gold | Conferring regarding compliance with fee application requirements; conferring with I. Goldman regarding same | 1.20 | 1,060.00 | 1,272.00 |
| 03/28/2022 | Juliet Remi | Preparing exhibits to fee application; conferring regarding same | 1.50 | 190.00 | 285.00 |
| 03/29/2022 | Matthew J. Gold | Reviewing draft monthly statement; conferring regarding same | 1.70 | 1,060.00 | 1,802.00 |
| 03/29/2022 | Juliet Remi | Continuing work in connection with monthly fee statement; conferring regarding same | 1.90 | 190.00 | 361.00 |

Client: State of Washington

Matter: Fee applications

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice Date: | | | April 20, 2022 |
| | | Invoice Number: | | | 111158 |
| | | Matter Number: | | | 7263-0005 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/2022 | Juliet Remi | Revising monthly fee statement; conferring regarding same | 0.80 | 190.00 | 152.00 |
| 03/30/2022 | Matthew J. Gold | Reviewing draft monthly statement; conferring regarding same; conferring with I. Goldman regarding same; exchanging emails with J. Rupert and states' group regarding same | 2.70 | 1,060.00 | 2,862.00 |
| 03/31/2022 | Matthew J. Gold | Conducting final review of draft monthly statement; conferring regarding same | 2.40 | 1,060.00 | 2,544.00 |
| 03/31/2022 | Juliet Remi | Finalizing first consolidated monthly fee statement and coordinating to e-file and serve same; conferring regarding fee application; circulating as-filed documents | 2.10 | 190.00 | 399.00 |
| **Total** | | | **33.50** | | **$22,322.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Juliet Remi | 14.40 | 190.00 | 2,736.00 |
| Matthew J. Gold | 16.90 | 1,060.00 | 17,914.00 |
| Robert Tuchman | 2.20 | 760.00 | 1,672.00 |
| **Total** | **33.50** | | **$22,322.00** |