UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Creditor, Pro Se | CHAPTER 11 |
|  | CASE NO: 19-23649 |
| V. | MOTION = Extension of |
| Purdue Pharma L.P. et.al, | time "Bar Date" request |
| debtors |  |

## I

### Jurisdiction and Venue

1. This is a chapter 11 Bankruptcy case claim in which the creditor Jeffrey Karl Driver, begs this Great Court for his claim to be recognized as being filed timely. This court has the authority under the Federal rule of Bankruptcy Procedure 9006 (b)(1). This creditor is requesting for what constitutes as, "excusable neglect", to be aplied to his claim. This creditors Personal Injury Claimant Proof of claim form, (claim no: 628988) and General Opiod Claimant Proof of claim form, (claim no: _____ ) were filed by the Purdue

1.

Pharma Claims Processing Center days after the July 30, 2020 Bar date.

The creditor, request for the following facts to be applied to the reasoning in which this Great Court will be able to make an informative and Knowledgable decision.

## II. Facts

a. The global Pandemic has slowed and even halted my life. Due to the nation wide Lockdown my ability to communicate and correspond has become hindered and also come to a standstill at times this was out of my control.

b. At the time this creditor tried to acquire the required claim documents the United States Postal Service was Lacking in funds and due to that the affected States were informed mail would be late for outgoing and incoming

This delay transpired at the same time and several ~~~~ months prior to and after the courts new "Bar Date". This was out of my control.

C. I am currently incarcerated in the Washington State Penitentiary and have been incarcerated since October, 26th 2010... Here at the Washington State Penitentiary I have spent a total of 4 months on Quarantine two months in 2020, and another two months at the end of 2021 due to Covid outbreaks in the facility... I only recieve 20 minutes a day out of my cell to shower and use phone during Quarantine so needless to say this pandemic has taken it's toll on this matter. Furthermore, very few Publications are allowed U.S.A. Today, and News tribune must be purchased from an outside vendor. I am an Indigent inmate so I am unable to purchase the Newspaper. So, I am ignorant to what all is transpiring in the outside world and its on goings. As soon as I could I sent a request for forms to the Purdue Pharma claims center c/o Prime clerk on or January, 2022, I recieved an acknowledgement my claim was recieved and processed.

3.

d. I Jeffrey Karl Driver, did attempt to file my claim forms in the fastest time frame possible, with regaurds to my current incarceration and constant state lock downs due to the Global Pandemic wich is completely out of my control.

### III   Legal claims

The creditor, Jeffrey Karl Driver, alleges he attempted to follow the courts requirments and rules as best as he was physically capable of doing in respect to his current incarceration. This creditor "Acted in good faith" (Fed rules Bankr. Proc. rule 9006(b)(1) 11 U.S.C.A. CVI GVF (Lux) master S.a.r.l. V. Lehman Bros. Holdings Inc, 445 B.R. 137 (S.D. N.Y, 2011). This Creditor is the movant requesting for the acceptance of this claims extentsion of Bar Date, So this creditors claim may be recognized as timely.

- 4 -

"Excusable neglect standard that governs a creditors ability to file a proof of claim after the expiration of, the claim bar date is a Fexible one, and excusable neglect may include inadvertence, mistake or carelessness, as well as intervening circumstances beyond the creditors control. (Fed. R. Bankr. P. 9006(b)(1). In re Motors. Liquidation company. 576 B.R. 761 (Bankr S.D. N.Y. 2017) under the excusable neglect standard governing the filing of late Proofs of claim,

Congress plainely contemplated that courts would be Permitted, when appropriate, to accept Late filings caused by inadvertance, mistake, or carelessness, as well as by Intervening circumstances beyond a Party's control. (Fed. R. Bankr. P. 9006(b) In re Energy future Holdings Corp., 619 B.R. 99 (Bankr. D. Del. 2020).

## IV    Prayer for Relief

Wherefore, creditor respectfully prays that this court enter Judgment granting the recognization of a.) Personal Injury claimant proof of claim form, and General ofical.

Dated

Respectfully submitted,

— Verification —

I Have read the foregoing and hereby verify that the matters alleged there in are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true.
I certify under the penalty of PurJury that the foregoing is true and correct

Executed at
City, walla. walla.        State, Wa.    date, 4-24-22

Signature: *Jeff Driver*
Print: Jeffrey K. Driver