UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING LATE CLAIM MOTIONS

Upon the motions of Steven Maltman [Dkt. No. 4497] and Timothy Maxwell [Dkt. No. 4498] (the "**Movants**") seeking leave under Fed. R. Bankr. P. 9006(b)(1) to file proofs of claim after the extended general bar date for claims to be filed in these chapter 11 cases (the "**Late Claim Motions**"); and the Court having jurisdiction to consider the matters raised in the Late Claim Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Late Claim Motions and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' objection [Dkt. No. 4681] to the Late Claim Motions; and upon the record of the hearing held by the Court on the Late Claim Motions on April 27, 2022 (the "**Hearing**");

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

and, after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, the Court having determined pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) that the Movants have not established sufficient cause for the relief requested in the Late Claim Motions based on the information provided in the Late Claim Motions; now, therefore, it is hereby

ORDERED that the Late Claim Motions are denied.

Dated:  April 29, 2022                    /s/Robert D. Drain
        White Plains, New York            THE HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE