UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

ORDER DENYING MOTIONS FOR
RECONSIDERATION AND TO PERMIT LATE FILING OF PERSONAL INJURY
CLAIM NO. 628554 FOR THE ESTATE OF DAVID JONATHAN ECKE

Upon the *Motion for Reconsideration* [Dkt. No. 4296], *Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke* [Dkt. No. 4297], and *Amended Motion for Reconsideration* [Dkt. No. 4701] (collectively, the "**Motions**") filed by Maria Ecke, pro se (the "**Movant**"); and the Court having jurisdiction to consider the matters raised in the Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motions and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' objection [Dkt. No. 4680] to the Motions; and upon the record of the hearing held by the Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

on the Motions on April 27, 2022 (the "**Hearing**"); and, after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, the Court having determined that (a) to the extent the Motions seek reconsideration of this Court's prior orders denying requests for immediate allowance and payment of prepetition claims [Dkt. Nos. 2145, 4278], the Motions fail to satisfy the requirements for relief under Federal Rule of Civil Procedure 60(b) (made applicable through Federal Rule of Bankruptcy Procedure 9024), (b) to the extent the Motions seek leave to file a proof of claim after the extended general bar date for claims to be filed in these chapter 11 cases, the Movant has not satisfied the excusable neglect standard set forth in Federal Rule of Bankruptcy Procedure 9006(b)(1), and (c) this Court has no jurisdiction with respect to the Motions' remaining requested relief regarding matters currently pending before the United States Court of Appeals for the Second Circuit, in light of such appeal, or before the United States District Court for the District of Delaware with respect to *In re Mallinckrodt plc, et al., Bankruptcy Appeals*, No. 21-cv-00268 (LPS) (D. Del.); now, therefore, it is hereby

ORDERED that the Motions are denied, without prejudice, however, to any party's right to seek leave to amend their proof of claim or assert that claim(s) addressed in claim number 628554 is/are covered by a prior claim submitted by the Movant or another claimant. For the avoidance of doubt, the Court is not, at this time, making any rulings with respect to the appropriateness of any such amendment, and the rights of all parties are reserved in that regard.

Dated: April 29, 2022       */s/ Robert D. Drain*  
    White Plains, New York       THE HONORABLE ROBERT D. DRAIN  
                                                     UNITED STATES BANKRUPTCY JUDGE