**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## OMNIBUS ORDER GRANTING SEVENTH INTERIM FEE APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on <u>**Schedule A**</u> hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 327, 328, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from October 1, 2021 (or the effective date of retention) through and including January 31, 2022 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. §
327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the

Applications in accordance with the Fee Examiner Order; and the Fee Examiner and each

Applicant having agreed to the recommended fee and expense reductions as set forth on

**Schedule A** hereto; and the Fee Examiner having no objection to the interim allowance and

payment of each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto

under the column headings "Fees Allowed for Seventh Interim Fee Application" and "Expenses

Allowed for Seventh Interim Fee Application"; and the total amount of each Applicant's fees and

expenses sought in the Fee Period together with the amounts allowed pursuant to prior Fee

Applications being set forth on **Schedule B** hereto; and due and proper notice of the Applications

having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order

Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained

Professionals* [ECF No. 529], and it appearing that no other or further notice need be provided;

and the Court having held a hearing on April 27, 2022 to consider the Applications (the

"Hearing") and there being no objections to the relief granted herein; and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended

Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being

a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to

28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court,

including the Court's observations on the record of the hearing about matters pertaining to the

Applications that the Fee Examine and the applicants should address in the next set of fee and

expense applications and/or at the time of the Court's consideration of final applications for the

allowance of compensation and reimbursement; and good and sufficient cause appearing for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1.     The Applications are granted on an interim basis as set forth on **Schedule A** hereto.

2.     The Applicants are awarded, on an interim basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by the Applicants, in the amounts set forth under the column headings "Fees Allowed for Seventh Interim Fee Application" and "Expenses Allowed for Seventh Interim Fee Application" on **Schedule A** hereto.

3.     The Debtors are authorized and directed to pay the Applicants promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for Seventh Interim Fee Application" and "Expenses Allowed for Seventh Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4.     This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

5.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  April 29, 2022               */s/Robert D. Drain*
        White Plains, New York       THE HONORABLE ROBERT D. DRAIN
                                     UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

**Interim Fee Applications: October 1, 2021 through January 31, 2022**

<u>Case No:</u> **19-23649 (RDD)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Seventh Interim Fee Application | Expenses Requested on Seventh Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Seventh Interim Fee Application | Expenses Allowed for Seventh Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Debtors' Professionals | | | | | | | |
| AlixPartners, LLP | March 17, 2022 ECF No. 4551 | $2,144,867.50 | $317,950.05 | $21,544.11 | $0.00 | $2,123,323.39 | $317,950.05 |
| Arnold & Porter Kaye Scholer LLP | March 17, 2022 ECF No. 4541 | $1,094,429.13 | $44,243.00 | $0.00 | $0.00 | $1,094,429.13 | $44,243.00 |
| Cornerstone Research | March 11, 2022 ECF No. 4514 | $81,998.00 | $157.07 | $0.00 | $0.00 | $81,998.00 | $157.07 |
| Davis Polk & Wardwell LLP | March 17, 2022 ECF No. 4552 | $20,761,663.50 | $325,122.62 | $79,184.86 | $1,373.73 | $20,682,478.64 | $323,748.89 |
| Dechert LLP | March 17, 2022 ECF No. 4547 | $1,785,557.99 | $24,822.86 | $9,035.00 | $0.00 | $1,776,522.99 | $24,822.86 |
| Grant Thornton LLP[2] | March 17, 2022 ECF No. 4549 | $595,038.25 | $29,051.35 | $16,880.45 | $0.00 | $578,157.80 | $29,051.35 |

[2] By its Interim Fee Application, Grant Thornton also seeks approval and allowance of compensation and expenses paid to Grant Thornton in the aggregate amount of $38,130.50 for tax related services provided to the Debtors in the ordinary course of the Debtors' business during the period October 1, 2021 through January 31, 2022.

| Applicant | Date and Docket Number of Application | Fees Requested on Seventh Interim Fee Application | Expenses Requested on Seventh Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Seventh Interim Fee Application | Expenses Allowed for Seventh Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Jones Day | March 17, 2022 ECF No. 4553 | $1,166,724.81 | $110,609.55 | $5,000.00 | $64.60 | $1,161,724.81 | $110,544.95 |
| King & Spalding LLP | March 17, 2022 ECF No. 4540 | $1,118,314.32 | $0.00 | $0.00 | $0.00 | $1,118,314.32 | $0.00 |
| PJT Partners LP | March 17, 2022 ECF No. 4550 | $900,000.00 | $1,719.45 | $0.00 | $40.00 | $900,000.00 | $1,679.45 |
| Kroll Restructuring Administration | March 17, 2022 ECF No. 4545 | $21,592.80 | $0.00 | $0.00 | $0.00 | $21,592.80 | $0.00 |
| Skadden, Arps, Slate, Meagher & Flom LLP | March 17, 2022 ECF No. 4557 | $1,909,368.90 | $90,000.00 | $3,502.50 | $0.00 | $1,905,866.40 | $90,000.00 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | March 17, 2022 ECF No. 4560 | $7,503,658.50 | $173,260.89 | $39,591.58 | $1,148.12 | $7,464,066.92 | $172,112.77 |
| Bedell Cristin Jersey Partnership | March 17, 2022 ECF No. 4563 | $30,301.00 | $45.72 | $0.00 | $0.00 | $30,301.00 | $45.72 |
| Cole Schotz P.C. | March 17, 2022 ECF No. 4561 | $2,687,421.85 | $1,259.99 | $5,635.00 | $0.00 | $2,681,786.85 | $1,259.99 |
| Jefferies LLC | March 17, 2022 ECF No. 4564 | $562,500.00 | $15,325.50 | $0.00 | $0.00 | $562,500.00 | $15,325.50 |

| Applicant | Date and Docket Number of Application | Fees Requested on Seventh Interim Fee Application | Expenses Requested on Seventh Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Seventh Interim Fee Application | Expenses Allowed for Seventh Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Kurtzman Carson Consultants LLC | March 17, 2022 ECF No. 4566 | $46,411.25 | $5,446.01 | $0.00 | $0.00 | $46,411.25 | $5,446.01 |
| Province, LLC | March 17, 2022 ECF No. 4565 | $2,780,567.63 | $929.59 | $11,948.10 | $0.00 | $2,768,619.53 | $929.59 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | | | |
| Brown Rudnick LLP | March 17, 2022 ECF No. 4554 | $1,255,657.00 | $5,000.59 | $30,684.00 | $1,925.89 | $1,224,973.00 | $3,074.70 |
| FTI Consulting | March 17, 2022 ECF No. 4558 | $1,131,443.50 | $1,200.04 | $6,000.00 | $0.00 | $1,125,443.50 | $1,200.04 |
| Gilbert LLP | March 17, 2022 ECF No. 4543 | $3,141,959.00 | $27,958.47 | $30,571.75 | $0.00 | $3,111,387.25 | $27,958.47 |
| Houlihan Lokey Capital, Inc. | March 17, 2022 ECF No. 4556 | $800,000.00 | $2,683.48 | $0.00 | $0.00 | $800,000.00 | $2,683.48 |
| Kramer Levin Naftalis & Frankel LLP | March 17, 2022 ECF No. 4562 | $3,832,741.50 | $67,611.02 | $27,033.00 | $49.01 | $3,805,708.50 | $67,562.01 |
| Otterbourg, P.C. | March 17, 2022 ECF No. 4546 | $255,511.50 | $107.36 | $0.00 | $0.00 | $255,511.50 | $107.36 |
| **Fee Examiner** | | | | | | | |
| Bielli & Klauder, LLC | March 14, 2022 ECF No. 4524 | $220,000.00 | $0.00 | $0.00 | $0.00 | $220,000.00 | $0.00 |

<u>Date Order Signed:  4/29/2022</u>#      #        <u>Initials: RDD  USBJ</u>

## Schedule B

### Interim Fee Applications: Petition Date through January 31, 2022

**Case No:** **19-23649 (RDD)**
**Case Name: In re Purdue Pharma L.P., *et al.***

| Applicant | Total Fees Requested | Total Fees Paid[3] | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| AlixPartners, LLP | $30,102,529.00 | $29,885,917.76 | $1,067,371.16 | $1,031,556.48 |
| Arnold & Porter Kaye Scholer LLP | $4,534,580.91 | $4,500,313.88 | $46,137.25 | $46,137.25 |
| Cornerstone Research | $4,504,391.50 | $4,470,406.77 | $1,462.20 | $1,462.20 |
| Davis Polk & Wardwell LLP | $199,861,254.05 | $199,276,155.99 | $1,685,812.96 | $1,677,491.74 |
| Dechert LLP | $22,454,197.00 | $22,361,033.25 | $2,299,623.08 | $2,298,055.49 |
| Grant Thornton LLP[4] | $787,748.75 | $770,868.30 | $63,754.84 | $63,754.84 |
| Jones Day | $6,018,096.73 | $5,957,277.98 | $296,489.49 | $296,424.89 |

---

[3] Includes amounts to be paid pursuant to this Order.

[4] By its Interim Fee Applications, Grant Thornton also seeks approval and allowance of compensation and expenses paid to Grant Thornton for tax related services provided to the Debtors in the ordinary course of the Debtors' business which, to date and including the amounts to be paid by this Order, total $315,430.47.

| Applicant | Total Fees Requested | Total Fees Paid[3] | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| King & Spalding LLP | $23,391,206.62 | $23,323,433.68 | $4,153.75 | $4,065.03 |
| PJT Partners LP | $6,420,000.00 | $6,420,000.00 | $482,240.02 | $481,119.75 |
| Kroll Restructuring Administration | $834,625.95 | $833,125.95 | $343.50 | $343.50 |
| Skadden, Arps, Slate, Meagher & Flom LLP | $30,672,766.35 | $30,416,262.81 | $343,389.60 | $343,245.14 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | |
| Akin Gump Strauss Hauer & Feld LLP | $89,835,145.00 | $89,246,763.96 | $4,239,899.89 | $4,225,142.25 |
| Bedell Cristin Jersey Partnership | $643,884.04 | $620,203.24 | $55,585.90 | $55,585.90 |
| Cole Schotz P.C. | $19,436,786.85 | $19,326,992.47 | $3,248.31 | $3,248.31 |
| Jefferies LLC | $5,962,500.00 | $5,962,500.00 | $199,134.49 | $197,936.16 |
| Kurtzman Carson Consultants LLC[5] | $802,538.85 | $797,247.02 | $152,749.99 | $144,301.78 |
| Province, LLC | $29,056,802.13 | $28,923,335.10 | $52,676.72 | $47,696.54 |

---

[5] Total Expenses Requested and Total Expenses Paid each include $704.92 in sales taxes sought but not consolidated with the expense subcategory in applications with respect to the first and second interim fee periods.

| Applicant | Total Fees Requested | Total Fees Paid[3] | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | |
| Brown Rudnick LLP | $12,988,874.00 | $12,699,005.23 | $68,140.04 | $66,214.15 |
| FTI Consulting | $12,255,419.50 | $12,146,919.50 | $29,272.82 | $29,272.82 |
| Gilbert LLP | $14,861,230.75 | $14,709,402.09 | $155,619.37 | $153,860.60 |
| Houlihan Lokey Capital, Inc. | $5,000,000.00 | $5,000,000.00 | $37,946.05 | $36,206.97 |
| Kramer Levin Naftalis & Frankel LLP | $23,158,987.75 | $22,986,453.50 | $414,153.32 | $413,316.85 |
| Otterbourg, P.C. | $4,109,472.00 | $4,079,646.55 | $8,546.66 | $8,446.66 |
| **Fee Examiner** | | | | |
| Bielli & Klauder, LLC | $1,183,375.00 | $1,183,375.00 | $0.00 | $0.00 |

**Date Order Signed:  4/29/2022**#        #        **Initials: RDD  USBJ**