**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
                                               :

In re:                               :     Chapter 11
                                               :

PURDUE PHARMA L.P., *et al.*,      :     Case No. 19-23649 (RDD)
                                             :

               Debtors[1].     :     (Jointly Administered)
                                             :

------------------------------------------------------------- X

**THIRTIETH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | March 1, 2022 through March 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $173,388.00 |
| **Current Fee Request** | $138,710.40 (80% of $173,388.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $985.50 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $139,695.90 |
| **Total Fees and Expenses Inclusive of Holdback** | $174,373.50 |
| **This is a(n):**   _X_ Monthly Application    ___Interim Application    ___Final Application |  |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirtieth Monthly Fee Statement (the "Fee Statement") for the period of March 1, 2022 through and including March 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $173,388.00 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $138,710.40.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,111.00.  The blended hourly rate of all paraprofessionals is $435.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $985.50 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

**<u>Notice</u>**

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

**"<u>*Concluded on following page*</u>"**

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  April 29, 2022

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY**
**BROWN RUDNICK LLP**

**COMMENCING MARCH 1, 2022 THROUGH MARCH 31, 2022**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 5.8 | $2,523.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 10.4 | $5,824.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 29.0 | $29,345.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 17.8 | $20,943.50 |
| 014 Plan and Disclosure Statement | 101.4 | $114,752.00 |
| **Total** | **164.4** | **$173,388.00** |
| | | |
| 20% Fee Holdback | | **$34,677.60** |
| 80% of Fees | | **$138,710.40** |
| Plus Expenses | | **$985.50** |
| Requested Amount | | **$174,373.50** |

## EXHIBIT B

### SERVICES RENDERED BY BROWN RUDNICK LLP

### COMMENCING MARCH 1, 2022 THROUGH MARCH 31, 2022

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | 2022 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,620 | 7.4 | $11,988.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,450 | 33.9 | $49,155.00 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $1,170 | 18.9 | $22,113.00 |
| Nicole M. Bouchard | Partner 2005 Corporate & Capital Markets | $985 | 22.5 | $22,500.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $955 | 24.5 | $23,397.50 |
| Tia C. Wallach | Partner 2013 Corporate & Capital Markets | $905 | 23.1 | $20,905.50 |
| Jennifer I. Charles | Partner 2009 Corporate & Capital Markets | $900 | 12.2 | $10,980.00 |
| Blair M. Rinne | Associate 201 Litigation & Arbitration | $855 | 6.1 | $5,215.50 |
| Shirin Shahidi | Law Clerk Corporate & Capital Markets | $635 | 1.0 | $635.00 |
| Danesh Imran | Senior Litigation Technology Specialist | $490 | 1.1 | $539.00 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $435 | 13.7 | $5,959.50 |
| **Total Fees Requested** | | | **164.4** | **$173,388.00** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY**
**BROWN RUDNICK LLP**

## COMMENCING MARCH 1, 2022 THROUGH MARCH 31, 2022

| EXPENSE | AMOUNT |
|---|---|
| | |
| Copies | $27.90 |
| Filing Fee | $70.00 |
| Name Reservation | $680.00 |
| Transcripts | $207.60 |
| **Total Expenses** | **$985.50** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6937308 |
| ATTN: DAVID MOLTON | Date | Apr 8, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through March 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 985.50 | 985.50 |
| | **Total** | **0.00** | **985.50** | **985.50** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $985.50 |
| **Total Invoice** | **$985.50** |

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6937308
RE: COSTS                                                                                      Page 2
April 8, 2022

## C O S T  D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 03/03/22 | COPIES | 0.40 |
| 03/03/22 | COPIES | 0.60 |
| 03/04/22 | COPIES | 3.80 |
| 03/05/22 | COPIES | 9.80 |
| 03/05/22 | COPIES | 4.90 |
| 03/05/22 | COPIES | 5.00 |
| 03/08/22 | NAME RESERVATION - VENDOR: CT CORPORATION; INVOICE#: 23564141-RI; DATE: 2/4/2022 | 680.00 |
| 03/18/22 | FILING FEE - 03/06/22; VENDOR: AMERICAN EXPRESS; INVOICE#: 031822HC; DATE: 3/18/2022 | 70.00 |
| 03/25/22 | COPIES | 0.10 |
| 03/25/22 | COPIES | 2.40 |
| 03/25/22 | COPIES | 0.90 |
| 03/30/22 | TRANSCRIPTS - VENDOR: VERITEXT CORP.; INVOICE#: 5643024; DATE: 3/15/2022 | 207.60 |
| | **Total Costs** | **985.50** |

## C O S T  S U M M A R Y

| Description | Value |
|-------------|------:|
| FILING FEE | 70.00 |
| NAME RESERVATION | 680.00 |
| TRANSCRIPTS | 207.60 |
| COPIES | 27.90 |
| **Total Costs** | **985.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6937308 |
| ATTN: DAVID MOLTON | Date | Apr 8, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

---

**Balance Due:  $985.50**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

---

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

64672998 v1

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6937316 |
| Date | Apr 8, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

### I N V O I C E

For professional services rendered in connection with the above captioned matter
through March 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 2,523.00 | 0.00 | 2,523.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 5,824.00 | 0.00 | 5,824.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 29,345.50 | 0.00 | 29,345.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 20,943.50 | 0.00 | 20,943.50 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 114,752.00 | 0.00 | 114,752.00 |
| | **Total** | **173,388.00** | **0.00** | **173,388.00** |

| | |
|---|---:|
| Total Current Fees | $173,388.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$173,388.00** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6937316 |
| Date | Apr 8, 2022 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 2,523.00 | 0.00 | 2,523.00 |
| | **Total** | **2,523.00** | **0.00** | **2,523.00** |

| | |
|---|---:|
| Total Current Fees | $2,523.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,523.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6937316
April 8, 2022                                                                          Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 03/01/22 | DEERING | COORDINATE TELEPHONIC APPEARANCE FOR S. POHL FOR HEARING ON 3.2.22 | 0.30 | 130.50 |
| 03/04/22 | DEERING | COORDINATE TELEPHONIC APPEARANCE FOR D. MOLTON FOR STATUS CONFERENCE ON 3.4.22 | 0.20 | 87.00 |
| 03/04/22 | DEERING | UPDATE CASE CALENDAR | 0.40 | 174.00 |
| 03/06/22 | DEERING | REVIEW AND REVISE PEC OBJECTION TO MOTION TO APPROVE SETTLEMENT TERM SHEET (.8); EMAILS WITH G. CICERO RE SAME (.4) | 1.20 | 522.00 |
| 03/07/22 | DEERING | REVISE CIRCULATE PEC OBJECTION TO MOTION TO APPROVE SETTLEMENT TERM SHEET (.5); REVIEW AND CIRCULATE TO G. CICERO (.2) | 0.70 | 304.50 |
| 03/07/22 | DEERING | UPDATE CASE CALENDAR RE HEARING ON 3.9.22 AND 3.10.22 | 0.30 | 130.50 |
| 03/09/22 | DEERING | COORDINATE TELEPHONIC APPEARANCE FOR D. MOLTON FOR HEARINGS ON 3/9 AND 3/10 (.2); CIRCULATE AGENDA (.2); CIRCULATE AMENDED AGENDA (.1) | 0.40 | 174.00 |
| 03/10/22 | DEERING | UPDATE CASE CALENDAR | 0.50 | 217.50 |
| 03/11/22 | DEERING | REVIEW LEXITAS INVOICE | 0.20 | 87.00 |
| 03/14/22 | DEERING | COORDINATE ORDER OF TRANSCRIPT FROM HEARING ON 3.10.22 | 0.30 | 130.50 |
| 03/15/22 | DEERING | CIRCULATE TRANSCRIPT FROM 3.10.22 HEARING | 0.20 | 87.00 |
| 03/23/22 | DEERING | RESEARCH PROCEDURES FOR SUBMITTING IRISH SCHEME PROXY FORM (.4); EMAILS WITH G. CICERO RE SAME (.3) | 0.70 | 304.50 |
| 03/29/22 | DEERING | UPDATE CASE CALENDAR | 0.40 | 174.00 |
| **Total Hours and Fees** | | | **5.80** | **2,523.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 5.80 | hours at | 435.00 | 2,523.00 |
| **Total Fees** | | | | **2,523.00** |

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | | |
|---|---|---|
| Invoice | 6937316 |
| Date | Apr 8, 2022 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through March 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 5,824.00 | 0.00 | 5,824.00 |
| | **Total** | **5,824.00** | **0.00** | **5,824.00** |

| | |
|---|---|
| Total Current Fees | $5,824.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$5,824.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
April 8, 2022

Invoice 6937316
Page 6

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 03/13/22 | DEERING | DRAFT 7TH INTERIM FEE APPLICATION | 2.50 | 1,087.50 |
| 03/14/22 | CICERO | DRAFT AND REVISE MONTHLY APPLICATION (.5); DRAFT AND REVISE FIFTH INTERIM FEE APPLICATION (2.0) | 2.50 | 2,387.50 |
| 03/15/22 | DEERING | DRAFT BUDGET AND STAFFING PLAN FOR 7TH INTERIM FEE APPLICATION | 1.50 | 652.50 |
| 03/15/22 | DEERING | FINALIZE 7TH INTERIM FEE APPLICATION FOR CLIENT REVIEW | 0.70 | 304.50 |
| 03/17/22 | DEERING | DRAFT 29TH MONTHLY FEE STATEMEMT | 1.20 | 522.00 |
| 03/17/22 | DEERING | FINALIZE DRAFT FEE STATEMENT FOR CLIENT REVIEW | 0.20 | 87.00 |
| 03/17/22 | DEERING | FINALIZE AND FILE 7TH INTERIM FEE APPLICATION (.8); SERVE SAME (.2) | 1.00 | 435.00 |
| 03/29/22 | DEERING | FINALIZE, FILE, AND SERVE 29TH MONTHLY FEE STATEMENT | 0.80 | 348.00 |
| **Total Hours and Fees** | | | **10.40** | **5,824.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| GERARD T. CICERO | 2.50 | hours at | 955.00 | 2,387.50 |
| ALEXANDRA M. DEERING | 7.90 | hours at | 435.00 | 3,436.50 |
| **Total Fees** | | | | **5,824.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6937316 |
| Date | Apr 8, 2022 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

# INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 29,345.50 | 0.00 | 29,345.50 |
| | **Total** | **29,345.50** | **0.00** | **29,345.50** |

| | |
|---|---|
| Total Current Fees | $29,345.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$29,345.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6937316
April 8, 2022                                                                                     Page 8

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 03/04/22 | POHL | ATTEND COURT CONFERENCE RE UPCOMING HEARING ON SACKLER/MEDIATION SETTLEMENT | 0.70 | 1,015.00 |
| 03/09/22 | RINNE | CORRESPOND WITH G. CICERO REGARDING ADVERSARY PROCEEDING DISCOVERY STATUS | 0.10 | 85.50 |
| 03/09/22 | POHL | ATTEND HEARING ON MOTION TO APPROVE MEDIATION SETTLEMENT | 4.50 | 6,525.00 |
| 03/09/22 | CICERO | ATTEND HEARING ON SETTLEMENT TERM SHEET | 4.50 | 4,297.50 |
| 03/17/22 | RINNE | ANALYZE INQUIRY FROM CO-COUNSEL REGARDING PRIVILEGE LOG AND CORRESPOND WITH G. CICERO REGARDING SAME | 0.10 | 85.50 |
| 03/22/22 | RINNE | ANALYZE DOCUMENTS TAGGED AS PRIVILEGED FOR COMPILATION OF PRIVILEGE LOG (2.9); STRATEGIZE WITH G. CICERO REGARDING SAME (.2) | 3.10 | 2,650.50 |
| 03/23/22 | CICERO | PARTICIPATE IN OMNIBUS HEARING RE: PRO SE CLAIM MATTERS, HRT AGREEMENT, AND PI ADVERSARY | 0.50 | 477.50 |
| 03/23/22 | CICERO | CALLS AND EMAILS WITH B. RINNE RE: REVIEW DOCUMENTS RE: ADVERSARY PROCEEDING DISCOVERY (.5); WORK WITH PRACTICE SUPPORT TO REVIEW DOCUMENTS RE: SAME (1.7) | 2.20 | 2,101.00 |
| 03/23/22 | RINNE | ANALYZE DOCUMENTS TAGGED AS PRIVILEGED FOR COMPILATION OF PRIVILEGE LOG AND EXCLUDE EMAILS INCLUDING GILBERT CO-COUNSEL (1.4); CORRESPOND WITH G. CICERO AND CO-COUNSEL REGARDING SAME (.3) | 1.70 | 1,453.50 |
| 03/23/22 | POHL | ATTEND OMNIBUS HEARING ON PRELIMINARY INJUNCTION | 0.40 | 580.00 |
| 03/23/22 | IMRAN | QUERY DATABASE PER CASE TEAM SPECIFICATIONS AND REPORT FINDINGS | 1.10 | 539.00 |
| 03/24/22 | CICERO | DOCUMENT REVIEW FOR INSURANCE ADVERSARY PROCEEDING | 1.30 | 1,241.50 |
| 03/24/22 | RINNE | CORRESPOND WITH CO-COUNSEL REGARDING PRIVILEGED EMAILS | 0.10 | 85.50 |
| 03/25/22 | RINNE | STRATEGIZE WITH G. CICERO REGARDING PRIVILEGED EMAILS | 0.20 | 171.00 |
| 03/25/22 | CICERO | CONDUCT DOCUMENT REVIEW FOR ADVERSARY PROCEEDING WITH INSURERS | 5.40 | 5,157.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
April 8, 2022

Invoice 6937316
Page 9

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 03/28/22 | RINNE | CORRESPOND WITH CO-COUNSEL REGARDING PRIVILEGE LOG | 0.10 | 85.50 |
| 03/28/22 | CICERO | CONTINUED SECOND LEVEL DOCUMENT REVIEW IN CONNECTION WITH INSURANCE ADVERSARY PROCEEDING | 2.30 | 2,196.50 |
| 03/31/22 | RINNE | ANALYZE PRIVILEGED DOCUMENTS, COMPILE INFORMATION FOR PRIVILEGE LOG, AND CORRESPOND WITH CO-COUNSEL | 0.70 | 598.50 |
| | **Total Hours and Fees** | | **29.00** | **29,345.50** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 5.60 | hours at | 1,450.00 | 8,120.00 |
| BLAIR M. RINNE | 6.10 | hours at | 855.00 | 5,215.50 |
| GERARD T. CICERO | 16.20 | hours at | 955.00 | 15,471.00 |
| DANESH IMRAN | 1.10 | hours at | 490.00 | 539.00 |
| **Total Fees** | | | | **29,345.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6937316 |
| Date | Apr 8, 2022 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through March 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 20,943.50 | 0.00 | 20,943.50 |
| | **Total** | **20,943.50** | **0.00** | **20,943.50** |

| | |
|---|---|
| Total Current Fees | $20,943.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$20,943.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6937316
April 8, 2022                                                                                  Page 11

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 03/01/22 | POHL | CLIENT GROUP UPDATE CALL ON PLAN AND MEDIATION MATTERS | 1.20 | 1,740.00 |
| 03/01/22 | KELLY | JOIN KRAMER LEVIN MEDIATION STATUS UPDATE CALL | 0.50 | 585.00 |
| 03/02/22 | CICERO | ATTEND FULL AHC MEETING RE: NEGOTIATIONS, MEDIATION AND NEXT STEPS | 1.80 | 1,719.00 |
| 03/02/22 | CHARLES | ATTEND PORTION OF AHC MEETING RE: NEGOTIATIONS, MEDIATION AND NEXT STEPS | 1.00 | 900.00 |
| 03/02/22 | POHL | ATTEND FULL AHC MEETING RE: NEGOTIATIONS, MEDIATION AND NEXT STEPS | 1.80 | 2,610.00 |
| 03/02/22 | BOUCHARD | ATTEND PORTION OF AHC MEETING RE: NEGOTIATIONS, MEDIATION AND NEXT STEPS | 0.60 | 600.00 |
| 03/04/22 | CHARLES | FULL AHC CALL RE: POSITION WITH RESPECT TO NEW SETTLEMENT TERM SHEET | 1.90 | 1,710.00 |
| 03/04/22 | POHL | FULL AHC CALL RE: POSITION WITH RESPECT TO NEW SETTLEMENT TERM SHEET | 1.90 | 2,755.00 |
| 03/04/22 | CICERO | FULL AHC CALL RE: POSITION WITH RESPECT TO NEW SETTLEMENT TERM SHEET | 1.90 | 1,814.50 |
| 03/04/22 | MOLTON | PARTICIPATE IN PART OF AD HOC COMMITTEE MEETING WITH MEMBERS AND CO-COUNSEL RE: VARIOUS ISSUES INCLUDING DOCUMENTING EXIT DOCUMENTS | 0.80 | 1,296.00 |
| 03/07/22 | CHARLES | PARTICIPATE IN FULL AD HOC COMMITTEE MEETING WITH MEMBERS AND CO-COUNSEL RE: VARIOUS ISSUES INCLUDING DOCUMENTING EXIT DOCUMENTS | 1.40 | 1,260.00 |
| 03/07/22 | POHL | CLIENT GROUP MEETING RE: MEDIATION SETTLEMENT AND UPCOMING HEARING | 1.40 | 2,030.00 |
| 03/23/22 | CICERO | ATTEND FULL AD HOC COMMITTEE MEETING RE: APPEAL AND PLAN UPDATES AND STRATEGY | 0.80 | 764.00 |
| 03/23/22 | POHL | ATTEND FULL AD HOC COMMITTEE MEETING RE: APPEAL AND PLAN UPDATES AND STRATEGY | 0.80 | 1,160.00 |
| | **Total Hours and Fees** | | **17.80** | **20,943.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                          Invoice 6937316
April 8, 2022                                                                                                        Page 12

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 7.10 | hours at | 1,450.00 | 10,295.00 |
| DAVID J. MOLTON | 0.80 | hours at | 1,620.00 | 1,296.00 |
| NICOLE M. BOUCHARD | 0.60 | hours at | 1,000.00 | 600.00 |
| BARBARA J. KELLY | 0.50 | hours at | 1,170.00 | 585.00 |
| JENNIFER I. CHARLES | 4.30 | hours at | 900.00 | 3,870.00 |
| GERARD T. CICERO | 4.50 | hours at | 955.00 | 4,297.50 |
| **Total Fees** | | | | **20,943.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6937316 |
| Date | Apr 8, 2022 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through March 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 114,752.00 | 0.00 | 114,752.00 |
| | **Total** | **114,752.00** | **0.00** | **114,752.00** |

| | |
|---|---|
| Total Current Fees | $114,752.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$114,752.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
April 8, 2022

Invoice 6937316
Page 14

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 03/01/22 | CICERO | PREPARE FOR AND ATTEND FULL AHC MEETING RE: MEDIATION UPDATES AND ONGOING STRATEGY | 1.30 | 1,241.50 |
| 03/01/22 | CHARLES | ATTEND FULL AHC MEETING RE: MEDIATION UPDATES AND ONGOING STRATEGY | 1.20 | 1,080.00 |
| 03/02/22 | WALLACH | CONFERENCE WITH SACKLER REPRESENTATIVES AND DEUTSCHE BANK ON IAC STATUS AND SALE PROCESS (1.0); INTERNAL TEAM UPDATE ON IAC SALE PROCESS (.6) | 1.60 | 1,448.00 |
| 03/02/22 | KELLY | REVIEW CONFIDENTIAL SETTLEMENT PROPOSAL (.9); CALL WITH DON SIMON RE SETTLEMENT PROPOSAL (.5); ZOOM MEETING WITH KRAMER LEVIN ON SETTLEMENT PROPOSAL ANALYSIS (1.5) | 2.90 | 3,393.00 |
| 03/02/22 | POHL | ATTEND INJUNCTION HEARING | 0.20 | 290.00 |
| 03/02/22 | POHL | REVIEW MEDIATION TERM SHEET | 1.00 | 1,450.00 |
| 03/02/22 | SHAHIDI | RESERVE NAME FOR TAFT ENTITIES | 0.50 | 317.50 |
| 03/02/22 | MOLTON | FOLLOW UP ON MEDIATION STATUS AND RESOLUTION EFFORTS WITH NINE STATE OBJECTORS | 1.10 | 1,782.00 |
| 03/03/22 | WALLACH | STATUS CALL WITH KL ON SETTLEMENT NEGOTIATIONS | 0.30 | 271.50 |
| 03/03/22 | SHAHIDI | CORRESPOND INTERNALLY WITH G. CICERO RE PLAN ADMINISTRATION | 0.50 | 317.50 |
| 03/03/22 | POHL | REVIEW MEDIATION RELATED PLAN SETTLEMENT FILINGS | 1.70 | 2,465.00 |
| 03/03/22 | KELLY | REVIEW FILINGS RE SETTLEMENT PROPOSAL | 0.80 | 936.00 |
| 03/03/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EMERGENCE STRUCTURE OF ENTITIES | 0.90 | 900.00 |
| 03/04/22 | WALLACH | CONFERENCE WITH FAS ON REVISED SETTLEMENT AND COLLATERAL COVERAGE (.5); REVIEW COLLATERAL TRUST AND INTERCREDITOR AGREEMENT (4.3); CONFERENCE WITH AKIN AND KL ON COLLATERAL TRUST AND INTERCREDTIOR AGREEMENT (1.0) | 5.80 | 5,249.00 |
| 03/04/22 | POHL | REVIEW FILED OBJECTION TO SACKLER/MEDIATION SETTLEMENT | 0.90 | 1,305.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6937316
April 8, 2022                                                                                      Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 03/04/22 | POHL | CALL WITH AHC ADVISORS RE PROPOSED MODIFICATION DOCUMENTS FOR SACKLER COLLATERAL ARRANGEMENTS (.7); AHC COUNSEL CALL RE SACKLER/MEDIATION SETTLEMENT ISSUES (.4) | 1.10 | 1,595.00 |
| 03/04/22 | KELLY | CONFER WITH S. POHL RE STATUS UPDATE ON CASE MATTERS AND ITEMS REGARDING WITH SUPPLEMENTAL ABATEMENT FUND (.5); CORRESPOND WITH D. SIMON RE TRIBE MATTERS OF SUPPLEMENTAL ABATEMENT FUND (.2) | 0.70 | 819.00 |
| 03/04/22 | BOUCHARD | ANALYSIS OF DRAFT INTERCREDITOR AGREEMENT (MDT AND SOAF) | 1.60 | 1,600.00 |
| 03/05/22 | WALLACH | CONFERENCE WITH DPW ON COLLATERAL TRUST AND INTERCREDITOR AGREEMENT (1.5); CONFERENCE WITH KL AND AKIN ON ISSUES REGARDING COLLATERAL TRUST AND INTERCREDITOR AGREEMENT (.5); REVIEW SOAF SETTLEMENT AGREEMENT (3.8) | 5.80 | 5,249.00 |
| 03/05/22 | POHL | REVIEW AND COMMENT ON OBJECTION TO SACKLER/MEDIATION SETTLEMENT | 0.80 | 1,160.00 |
| 03/06/22 | WALLACH | REVIEW REVISED MDT SETTLEMENT AGREEMENT | 3.80 | 3,439.00 |
| 03/06/22 | POHL | REVIEW AND COMMENT ON OBJECTION TO SACKLER/MEDIATION SETTLEMENT | 0.60 | 870.00 |
| 03/06/22 | KELLY | REVIEW DRAFT MDT SETTLEMENT AGREEMENT (.9); CONFER BOUCHARD RE TERMS OF DRAFT SOAF SETTLEMENT AGREEMENT (.5) | 1.40 | 1,638.00 |
| 03/06/22 | BOUCHARD | ANALYSIS OF REVISED MDT AND SOAF SETTLEMENT AGREEMENTS | 1.90 | 1,900.00 |
| 03/07/22 | WALLACH | PARTICIPATE IN FULL AD HOC COMMITTEE METING WITH MEMBERS AND CO-COUNSEL RE: VARIOUS ISSUES INCLUDING DOCUMENTING EXIT DOCUMENTS | 2.00 | 1,810.00 |
| 03/07/22 | KELLY | JOIN ZOOM MEETING REGARDING UPDATED CASE MATTERS (1.3); REVIEW AHC SUBMISSION (.4) | 1.70 | 1,989.00 |
| 03/07/22 | POHL | REVIEW OBJECTIONS TO MEDIATION SETTLEMENT | 0.50 | 725.00 |
| 03/07/22 | POHL | REVIEW AND COMMENT ON DRAFT FILINGS RE: MEDIATION SETTLEMENT | 0.40 | 580.00 |
| 03/07/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 0.60 | 600.00 |
| 03/08/22 | WALLACH | REVIEW ISSUES ON SOAF SETTLEMENT AGREEMENT AND CORRESPONDENCE WITH TEAM REGARDING THE SAME | 0.40 | 362.00 |



| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 03/08/22 | CHARLES | CORRESPONDENCE REGARDING MEDIATION SETTLEMENT WITH T. WALLACH AND B. KELLY (.3); REVIEW SETTLEMENT AGREEMENT (.9) | 1.20 | 1,080.00 |
| 03/08/22 | POHL | REVIEW MEDIATION SETTLEMENT OBJECTIONS (1.1); REVIEW AND COMMENT ON "SIDE" SETTLEMENT AGREEMENT (1.6) | 2.70 | 3,915.00 |
| 03/08/22 | BOUCHARD | ANALYSIS OF REVISED SETTLEMENT AGREEMENT AND TAX MATTERS AGREEMENTS | 1.10 | 1,100.00 |
| 03/08/22 | KELLY | RESPOND TO INQUIRY FROM HOULIHAN REGARDING FINANCIAL PLANNING FOR NOAT (.3); REVIEW AND REVISE ANALYSIS OF OBLIGATIONS OF NOAT POST-EFFECTIVE DATE PER HL REQUEST (.8) | 1.10 | 1,287.00 |
| 03/09/22 | WALLACH | CONFERENCE WITH FTI AND KL ON REVISIONS TO MDT SETTLEMENT AGREEMENT | 0.80 | 724.00 |
| 03/09/22 | CHARLES | ATTEND PURDUE HEARING RE MOTION APPROVE TERM SHEET BETWEEN THE NINE OBJECTORS AND PURDUE/SACKLERS | 3.20 | 2,880.00 |
| 03/09/22 | MOLTON | ATTEND HEARING BEFORE DRAIN J RE MOTION APPROVE TERM SHEET BETWEEN THE NINE OBJECTORS AND PURDUE/SACKLERS | 3.50 | 5,670.00 |
| 03/09/22 | POHL | REVIEW DEBTOR AND UCC REPLIES TO OBJECTIONS TO MEDIATION SETTLEMENT | 0.90 | 1,305.00 |
| 03/09/22 | KELLY | REVIEW DEBTORS FILING AND OBJECTORS FILINGS RE NOAT/SOAF STRUCTURING MATTERS (1.8); JOIN COURT SESSION REGARDING SETTLEMENT MOTION (2.8) | 4.60 | 5,382.00 |
| 03/09/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 0.90 | 900.00 |
| 03/11/22 | POHL | REVIEW LATEST INJUNCTION RELATED FILINGS | 0.20 | 290.00 |
| 03/11/22 | BOUCHARD | ANALYSIS OF TAX MATTERS AGREEMENT WITH SACKLER ENTITIES | 1.10 | 1,100.00 |
| 03/11/22 | KELLY | CALL WITH DPW TO DISCUSS ADVANCE FUNDING MOTION STATUS (.3); CORRESPONDENCE WITH S. GILBERT TO ADDRESS ADVANCE FUNDING CONSIDERATIONS (.3); CORRESPONDENCE WITH D. SIMON TO ADDRESS ADVANCE FUNDING MATTERS (.2) | 0.80 | 936.00 |
| 03/13/22 | POHL | REVIEW APPEALS BRIEF | 0.20 | 290.00 |
| 03/14/22 | POHL | REVIEW APPEALS BRIEFS | 2.50 | 3,625.00 |
| 03/15/22 | CHARLES | DRAFT COST-SHARING AGREEMENT BETWEEN TRUSTS AND LLC | 2.30 | 2,070.00 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 03/15/22 | POHL | REVIEW APPEALS BRIEFS (.4); REVIEW SACKLER MEDIATION SETTLEMENT AGREEMENT (.4) | 0.80 | 1,160.00 |
| 03/15/22 | BOUCHARD | LEGAL RESEARCH AND ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 0.90 | 900.00 |
| 03/16/22 | WALLACH | REVIEW SOAF SETTLEMENT AGREEMENT | 2.00 | 1,810.00 |
| 03/16/22 | KELLY | REVIEW DRAFTS OF 11.17.21 AND 12.8.21 OF NOAT TAX MATTERS AGREEMENT (1.1); CALL WITH BOUCHARD TO REVIEW OPEN ISSUES ON TMA (1.0) | 2.10 | 2,457.00 |
| 03/16/22 | POHL | REVIEW SACKLER/MEDIATION SETTLEMENT RELATED CORRESPONDENCE | 0.20 | 290.00 |
| 03/16/22 | BOUCHARD | CONFERENCE WITH B. KELKY RE: STATUS OF TAX MATTTERS AGREEMENTS (.9); CONFERENCE WITH KRAMER LEVIN TAX RE: SAME (.5); LEGAL ANALYSIS RE: US TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (.8) | 2.20 | 2,200.00 |
| 03/17/22 | WALLACH | STATUS CONFERENCE WITH KL AND AKIN ON SOAF AGREEMENT AND NEXT STEPS | 0.60 | 543.00 |
| 03/17/22 | POHL | CALL WITH AKIN AND KRAMER LEVIN RE: SACKLER MEDIATION SETTLEMENT DOCUMENTATION | 0.50 | 725.00 |
| 03/17/22 | BOUCHARD | CONFERENCE WITH DEBTOR, UCC, AND SACKLER TAX COUNSEL RE: TAX MATTERS AGREEMENT (1.0); LEGAL RESEARCH AND ANALYSIS RELATED TO SAME (1.9) | 2.90 | 2,900.00 |
| 03/17/22 | KELLY | TAX CALL WITH DPW, OTHERS TO REVIEW OPEN ITEMS ON NOAT TAX MATTERS AGREEMENT | 1.00 | 1,170.00 |
| 03/18/22 | MOLTON | REVIEW RECENTLY FILED PLEADINGS RE CIRCUIT APPEAL | 0.80 | 1,296.00 |
| 03/18/22 | BOUCHARD | REVIEW AND REVISE TAX MATTERS AGREEMENT | 0.70 | 700.00 |
| 03/21/22 | POHL | REVIEW DRAFT APPEAL BRIEF | 0.40 | 580.00 |
| 03/22/22 | POHL | REVIEW APPEALS FILINGS | 0.30 | 435.00 |
| 03/22/22 | BOUCHARD | LEGAL RESEARCH RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 0.90 | 900.00 |
| 03/23/22 | KELLY | JOIN ZOOM UPDATE CALL WITH KL, OTHERS | 0.50 | 585.00 |
| 03/23/22 | POHL | REVIEW DRAFT OF APPEALS BRIEF | 2.00 | 2,900.00 |
| 03/25/22 | BOUCHARD | ANALYSIS OF MULTIPLE DRAFTS OF TAX MATTERS AGREEMENT | 1.10 | 1,100.00 |
| 03/28/22 | POHL | REVIEW APPEALS BRIEFS | 2.50 | 3,625.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                           Invoice 6937316
April 8, 2022                                                                     Page 18

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 03/29/22 | POHL | REVIEW HOULIHAN UPDATE RE: STATE DISTRIBUTIONS (.5); REVIEW APPEALS MATTERS (.3) | 0.80 | 1,160.00 |
| 03/29/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (1.5); REVIEW AND REVISE TAX MATTERS AGREEMENT (.7) | 2.20 | 2,200.00 |
| 03/29/22 | MOLTON | REVIEW REPLY BRIEFS TO SECOND CIRCUIT | 1.20 | 1,944.00 |
| 03/29/22 | KELLY | PREPARE FOR AND REVIEW PROPOSED CHANGES FOR UPDATE CALL WITH BOUCHARD RE NOAT TAX MATTERS AGREEMENT | 0.80 | 936.00 |
| 03/30/22 | BOUCHARD | CONFERENCE WITH UCC TAX COUNSEL RE: SELECTED TAX MATTERS AGREEMENT (.6); REVIEW AND REVISE SAME (1.2); LEGAL ANALYSIS RE: POST-EFFECTIVE DATE STRUCTURE (1.1) | 2.90 | 2,900.00 |
| | **Total Hours and Fees** | | **101.40** | **114,752.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 21.20 | hours at | 1,450.00 | 30,740.00 |
| DAVID J. MOLTON | 6.60 | hours at | 1,620.00 | 10,692.00 |
| NICOLE M. BOUCHARD | 21.90 | hours at | 1,000.00 | 21,900.00 |
| BARBARA J. KELLY | 18.40 | hours at | 1,170.00 | 21,528.00 |
| JENNIFER I. CHARLES | 7.90 | hours at | 900.00 | 7,110.00 |
| TIA C. WALLACH | 23.10 | hours at | 905.00 | 20,905.50 |
| GERARD T. CICERO | 1.30 | hours at | 955.00 | 1,241.50 |
| SHIRIN SHAHIDI | 1.00 | hours at | 635.00 | 635.00 |
| **Total Fees** | | | | **114,752.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6937316 |
| Date | Apr 8, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $173,388.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: 021000021
SWIFT Code: CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 760367067

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

---

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200