**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.* | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PURDUE PHARMA L.P., *et al.* | ) | |
| | ) | |
| Plaintiffs. | ) | Adv. Pro. No. 21-07005 (RDD) |
| | ) | |
| vs. | ) | |
| | ) | |
| AIG SPECIALTY INSURANCE COMPANY | ) | |
| (F/K/A AMERICAN INTERNATIONAL | ) | |
| SPECIALTY LINES INSURANCE | ) | |
| COMPANY), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS *PRO HAC VICE* ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

This motion ("Motion") seeks, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy

Rules, an order withdrawing Ambria D. Mahomes of the law firm Shook, Hardy & Bacon L.L.P.

("Shook") as an attorney of record for American Guarantee and Liability Insurance Company

("American Guarantee") and Steadfast Insurance Company ("Steadfast") in the above-captioned

Chapter 11 case.  This Motion further seeks that Ambria D. Mahomes' name be removed from

any applicable service lists, including the Court's CM/ECF electronic notification list,

maintained in the above-captioned case, and the list maintained by Prime Clerk.  Lynn Murray,

David Schoenfeld, Riley Mendoza and Peter O'Neill from Shook will continue to serve as *pro*

*hac vice* attorneys of record for American Guarantee and Steadfast in this matter.

I, Lynn H. Murray, am an attorney at Shook who was granted leave to appear as *pro hac*

*vice* counsel of record in this case on behalf of American Guarantee and Steadfast on April 26,

2021.  Ambria Mahomes is no longer employed by Shook as of April 15, 2022.  Because Shook

will continue to serve as *pro hac vice* attorneys of record in this case, the Court's approval of this

Motion will not impact Shook's representation of American Guarantee and Steadfast, and will

not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant

this Motion and order that Ambria D. Mahomes is withdrawn as a *pro hac vice* attorney of record

and, thus, will no longer receive service of electronic notifications in the above-captioned case.

A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A.

Dated:  May 3, 2022                                Respectfully submitted,

                                                   **American Guarantee and Liability Insurance
                                                   Company and Steadfast Insurance Company**

                                   By:    */s/ Lynn H. Murray*
                                          *One of Their Attorneys*

                                          Lynn H. Murray (*pro hac vice*)
                                          David E. Schoenfeld (*pro hac vice*)
                                          Riley C. Mendoza (*pro hac vice*)
                                          Peter F. O'Neill (*pro hac vice*)
                                          SHOOK, HARDY & BACON L.L.P.
                                          111 S. Wacker Dr. 4700
                                          Chicago, IL 60606
                                          Telephone:  312.704.7700
                                          Facsimile:  312.558.1195
                                          *lmurray@shb.com*
                                          *dschoenfeld@shb.com*
                                          *rmendoza@shb.com*
                                          *pfoneill@shb.com*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **May 3, 2022**, she caused a true and

correct copy of the foregoing **MOTION TO WITHDRAW AS PRO HAC VICE ATTORNEY**

**OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)** to be

electronically filed via the Court's ECF system, which will send notification of this filing to all

registered users.

/s/   *Lynn H. Murray*