# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.* | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PURDUE PHARMA L.P., *et al.* | ) | |
| | ) | |
| Plaintiffs. | ) | Adv. Pro. No. 21-07005 (RDD) |
| | ) | |
| vs. | ) | |
| | ) | |
| AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AMBRIA D. MAHOMES**
**AS *PRO HAC VICE* ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the Motion to Withdraw Ambria D. Mahomes as Pro Hac Vice Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e) filed by Lynn H. Murray of Shook, Hardy & Bacon L.L.P., and for good cause shown therein,

IT IS HEREBY ORDERED that Ambria D. Mahomes is withdrawn as a *pro hac vice* attorney of record on behalf of American Guarantee and Liability Insurance Company and Steadfast Insurance Company.

IT IS FURTHER ORDERED that Ambria D. Mahomes shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

2

IT IS SO ORDERED.

Dated:_____
      White Plains, New York

                                              Robert D. Drain
                                              United States Bankruptcy Judge