**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTY-FIRST MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | March 1, 2022 through March 31, 2022 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| | |
| **Total Compensation Incurred** | $283,481.37[2] |
| **Less 20% Holdback** | $56,696.27 |
| **Total Reimbursement Requested** | $15,417.50 |
| **Total Compensation and Reimbursement Requested in this Statement** | $242,202.60 |

**This is a(n):**   <u>X</u> Monthly Application    __   Interim Application    __   Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1, 2022 Through March 31, 2022* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $50,026.13 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from March 1, 2022, through and including March 31, 2022, is referred to herein as the "**Fee Period**."

$226,785.10 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $283,481.37) and (ii) payment of $15,417.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $283,481.37 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $226,785.10.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $763.73.[4]  The blended hourly billing rate of all paraprofessionals is $330.05.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $15,417.50 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

<u>**Notice**</u>

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $226,785.10, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $283,481.37) and (ii) payment of $15,417.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

May 3, 2022                                    Respectfully submitted,


By:  */s/* Rory Greiss
     **ARNOLD & PORTER KAYE SCHOLER LLP**
     Rory Greiss
     250 West 55th Street
     New York, New York 10019
     rory.greiss@arnoldporter.com

     **-AND-**

     Rosa J. Evergreen
     601 Massachusetts Ave, NW
     Washington, DC 2001-3743
     rosa.evergreen@arnoldporter.com

     ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 11.00 | $9,749.92 |
| Project Hawk | 11.40 | $10,114.15 |
| Retention and Fee Applications | 36.70 | $21,179.45 |
| General Patent Settlement | 2.20 | $2,337.50 |
| Project Chione | 18.00 | $17,253.30 |
| Government Contracts | 9.50 | $7,327.85 |
| Project Falcon | 195.40 | $122,046.40 |
| Project Aurora | 89.60 | $83,611.10 |
| Project Hummingbird | 12.20 | $9,861.70 |
| **Total[1]** | **386.00** | **$283,481.37** |

[1] This amount reflects a reduction in fees in the amount of $50,026.13 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 2.40 | $2,760.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 2.50 | $3,650.00 |
| Greiss, Rory | Partner | 1981 | 1,250.00 | 57.70 | $72,125.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 9.90 | $12,424.50 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 53.50 | $55,640.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 24.10 | $26,148.50 |
| Clements, Ginger | Associate | 2016 | 885.00 | 7.50 | $6,637.50 |
| Gwinn, Michael | Associate | 2019 | 710.00 | 4.70 | $3,337.00 |
| Henderson, Danielle | Associate | 2015 | 905.00 | 12.90 | $11,674.50 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 7.00 | $4,410.00 |
| Marra, Bryan | Associate | 2003 | 960.00 | 22.70 | $21,792.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 2.00 | $1,770.00 |
| Sullivan, Sam | Associate | 2020 | 710.00 | 36.90 | $26,199.00 |
| Young, Dylan | Associate | 2016 | 885.00 | 2.10 | $1,858.50 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 11.30 | $10,000.50 |
| Eder, Bryan I. | Staff Attorney | 2001 | 620.00 | 22.30 | $13,826.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 620.00 | 69.20 | $42,904.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 555.00 | 11.20 | $6,216.00 |
| Feighery, Finn | Legal Assistant | | 225.00 | 4.40 | $990.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 20.70 | $9,004.50 |
| Barrett, Steven | Docket Clerk | | 140.00 | 0.50 | $70.00 |
| Champagne, Louis | Docket Clerk | | 140.00 | 0.50 | $70.00 |
| **Total** | | | | **386.00** | **333,507.50** |
| Less 15% Discount | | | | | ($50,026.13) |
| **Discounted Total** | | | | | **$283,481.37** |
| Less 20% Holdback | | | | | ($56,696.27) |
| **Total Amount Requested Herein** | | | | | **$226,785.10** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Consultants/Experts | $13,625.50 |
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$15,417.50** |

**Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                                    April 30, 2022
**Attn: Maria Barton**                                                Invoice # 30141808
**General Counsel**                                                    EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2022** | $ | 11,470.50 |
| Discount: | | <u>-1,720.58</u> |
| **Fee Total** | | **9,749.92** |
| **Total Amount Due** | $ | **<u>9,749.92</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                 Invoice # 30141808

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 03/18/22 | 0.60 | Initial review of updated supply agreement. |
| Rory Greiss | 03/20/22 | 1.30 | Review, analyze mark-up of supply agreement. |
| Ethan Zausner | 03/22/22 | 1.50 | Review, revise supply agreement issues list. |
| Rory Greiss | 03/23/22 | 1.90 | Review and comment on draft issues list prepared by E. Zausner re: purchaser mark-up of supply agreement. |
| Ethan Zausner | 03/23/22 | 1.60 | Draft issues list for supply agreement. |
| Rory Greiss | 03/24/22 | 0.40 | Correspondence with Purdue team re: meeting to discuss supply agreement. |
| Eric Rothman | 03/29/22 | 0.60 | Teleconference with Purdue team to discuss Supply Agreement. |
| Ethan Zausner | 03/29/22 | 1.00 | Call with client to discuss issues list (.7); update supply agreement (.3). |
| Rory Greiss | 03/30/22 | 0.40 | Correspondence with Purdue team re: supply agreement revisions. |
| Ethan Zausner | 03/30/22 | 1.20 | Revise supply agreement. |
| Rory Greiss | 03/31/22 | 0.50 | Review insurance and other comments to supply agreement from Purdue team. |

**Total Hours**                        **11.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 4.50 | 1,250.00 | 5,625.00 |
| Eric Rothman | 0.60 | 1,040.00 | 624.00 |
| Ethan Zausner | 5.90 | 885.00 | 5,221.50 |
| **TOTAL** | **11.00** | | **11,470.50** |

**Total Current Amount Due**                                           **$9,749.92**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Dept. VN:  1008442**
**Stamford, CT  06901-3431**

April 30, 2022
Invoice # 30141809
EIN 53-0208605

**Client/Matter # 1049218.00128**

Project Hawk

20200002836

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2022** | $ | **11,899.00** |
| Discount: | | <u>-1,784.85</u> |
| **Fee Total** | | **10,114.15** |
| **Total Amount Due** | $ | <u>**10,114.15**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:        Arnold & Porter Kaye Scholer LLP
                    P.O. Box 719451
                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                                    Invoice # 30141809

**(1049218.00128)**
**Project Hawk**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/02/22 | 1.80 | Review, analyze amended and restated funding agreement (1.0); correspondence with Purdue team and DPW re same (.8). |
| Eric Rothman | 03/02/22 | 2.10 | Revise A&R Funding Agreement. |
| Alexa D. Krantz | 03/02/22 | 1.20 | E-mail with E. Rothman and R. Greiss regarding committee comments on Project Hawk Funding Agreement (.1); review edits on Project Hawk Funding Agreement from opposing counsel (.1); revise Amended and Restated Funding Agreement per comments from opposing counsel (.2); E-mail with E. Rothman and R. Greiss regarding opposing counsel comments on Project Hawk Funding Agreement (.1); E-mail with Purdue team with edits to comments to Amended and Restated Funding Agreement (.1); revise language to Amended and Restated Funding Agreement (.1); E-mail with R. Aleali regarding revised Amended and Restated Funding Agreement (.1).; E-mail revised Section of Amended and Restated Funding Agreement to opposing counsel (.1); E-mail revised Amended and Restated Funding Agreement to Davis Polk team (.1); Call with Davis Polk regarding language in Funding Agreement (.1); revise Amended and Restated Funding Agreement per call with DPW (.1). |
| Eric Rothman | 03/14/22 | 1.20 | Review and comment on open points in A&R Agreement for Project Hawk. |
| Alexa D. Krantz | 03/14/22 | 0.20 | Review opposing counsel comments on Amended and Restated Funding Agreement (.1); E-mail correspondence with R. Greiss and E. Rothman to discuss edit to Amended and Restated Funding Agreement (.1). |
| Rory Greiss | 03/15/22 | 0.60 | Review correspondence re: committee comments and Hawk responses on latest draft of amended and restated funding agreement. |
| Eric Rothman | 03/15/22 | 1.40 | Correspond with Purdue team re A&R Agreement. |
| Alexa D. Krantz | 03/15/22 | 0.50 | Review Davis Polk language edits to Amended and Restated Funding Agreement (.1); e-mail with Davis Polk regarding same (.1); revise Amended and Restated Funding Agreement (.1); further revise Amended and Restated Funding Agreement to incorporate all changes from working group (.2). |
| Rory Greiss | 03/16/22 | 0.70 | Review, analyze correspondence with Purdue team and Hawk re revisions to amended and restated funding agreement. |
| Rory Greiss | 03/18/22 | 0.40 | Review correspondence re: expiration of objection period re: amended and restated funding agreement. |
| Rory Greiss | 03/22/22 | 0.60 | Correspondence with A. Krantz and Purdue team re: execution of amended and restated funding agreement. |

April 30, 2022                                                                    Invoice # 30141809

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Alexa D. Krantz | 03/22/22 | 0.20 | E-mail with DPW to discuss status of executed Amended and Restated Funding Agreement for Project Hawk (.1); E-mail with Purdue team to confirm that execution of Amended and Restated Funding Agreement is to be arranged (.1). |
| Rory Greiss | 03/23/22 | 0.40 | Correspondence with DPW and Purdue team re: approval of order re: amended and restated funding agreement. |
| Alexa D. Krantz | 03/23/22 | 0.10 | Create redline of executed Project Hawk Amended and Restated Funding Agreement against the form filed with motion on March 2. |

**Total Hours**                                   **11.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 4.50 | 1,250.00 | 5,625.00 |
| Eric Rothman | 4.70 | 1,040.00 | 4,888.00 |
| Alexa D. Krantz | 2.20 | 630.00 | 1,386.00 |
| **TOTAL** | **11.40** | | **11,899.00** |

**Total Current Amount Due**                                        **$10,114.15**

Page 2

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

April 30, 2022
Invoice # 30141810
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2022** | $ | 24,917.00 |
| Discount: | | -3,737.55 |
| **Fee Total** | | 21,179.45 |
| **Total Amount Due** | $ | **21,179.45** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**  Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022

Invoice # 30141810

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/04/22 | 0.50 | Review January Monthly Statement and clear for filing. |
| Ginger Clements | 03/04/22 | 0.10 | Review correspondence with D. Reddix re January fee statement. |
| Rosa J. Evergreen | 03/04/22 | 0.40 | Review fee statement (.2); correspond with D. Reddix and R. Greiss re fee statement (.2). |
| Darrell B. Reddix | 03/04/22 | 3.40 | Prepare twenty-seventh monthly fee report including exhibits (3.1); file and serve same (.3). |
| Louis Champagne | 03/04/22 | 0.50 | Review and file documents electronically with the USBC - SDNY Court. |
| Rory Greiss | 03/07/22 | 1.90 | Review and revise February narratives as appropriate (1.6); Correspondence with internal team re: same (.3). |
| Ginger Clements | 03/07/22 | 0.10 | Review correspondence with D. Reddix, R. Greiss re February monthly fee statement. |
| Rosa J. Evergreen | 03/07/22 | 0.10 | Review February statement. |
| Darrell B. Reddix | 03/08/22 | 4.10 | Prepare seventh interim fee application. |
| Ginger Clements | 03/09/22 | 0.20 | Review correspondence with D. Reddix re interim fee application. |
| Darrell B. Reddix | 03/09/22 | 0.60 | Prepare seventh interim fee application. |
| Ginger Clements | 03/10/22 | 0.30 | Review, analyze interim fee application (.2); correspond with D. Reddix re same (.1). |
| Rosa J. Evergreen | 03/11/22 | 0.20 | Correspond with D. Reddix and R. Greiss re fee application. |
| Ginger Clements | 03/14/22 | 0.10 | Review, analyze correspondence from D. Reddix re interim fee application. |
| Darrell B. Reddix | 03/14/22 | 1.30 | Prepare seventh interim fee application. |
| Rory Greiss | 03/15/22 | 0.70 | Initial Review and comment on Interim Fee Application (.5); Correspondence with G. Clements re: same (.2). |
| Ginger Clements | 03/15/22 | 2.60 | Review, analyze seventh interim fee application (.7); revise same (1.9). |
| Rosa J. Evergreen | 03/15/22 | 0.40 | Review and comment on application (.3); correspond with G. Clements re same (.1). |
| Darrell B. Reddix | 03/15/22 | 0.80 | Prepare seventh interim fee application. |
| Ginger Clements | 03/16/22 | 2.70 | Revise seventh interim fee application (2.1); correspond with R. Evergreen, R. Greiss re same (.3); telephone conference with R. Evergreen re same (.3). |
| Rosa J. Evergreen | 03/16/22 | 0.50 | Review, comment on fee application (.2); correspond with G. Clements and D. Reddix re same (.1) call with G. Clements (.2). |
| Rory Greiss | 03/17/22 | 0.50 | Review, comment on final changes to Interim Fee Application. |
| Steven Barrett | 03/17/22 | 0.50 | E-Filing of 4541 7th Application for Interim Professional Compensation. |
| Ginger Clements | 03/17/22 | 1.40 | Review, analyze interim fee application (.6); telephone conference with D. Reddix, B. Buchholtz re same (.2); revise same (.3); correspond with D. Reddix, R. Evergreen, R. Greiss re same (.3). |
| Rosa J. Evergreen | 03/17/22 | 0.40 | Correspond with G. Clements ad D. Reddix re fee application (.2); review and comment on same (.2). |

April 30, 2022                                                                 Invoice # 30141810

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Darrell B. Reddix | 03/17/22 | 1.90 | Prepare seventh interim fee application (1.3); teleconference with G. Clements and B. Buchholtz re same (.3); organize same for filing (.3). |
| Darrell B. Reddix | 03/21/22 | 0.40 | Prepare thirtieth monthly fee application. |
| Rory Greiss | 03/22/22 | 0.50 | Review D. Reddix' comments on February invoices. |
| Darrell B. Reddix | 03/22/22 | 2.70 | Prepare thirtieth monthly fee application. |
| Darrell B. Reddix | 03/23/22 | 2.10 | Prepare thirtieth monthly fee application. |
| Rory Greiss | 03/29/22 | 1.00 | Correspondence with A&P team re finalizing February invoices (.5); Review and sign-off on February Monthly Statement (.5). |
| Rosa J. Evergreen | 03/29/22 | 0.20 | Correspond with R. Greiss re fee application (.1); correspond with G. Clements re same (.1). |
| Darrell B. Reddix | 03/29/22 | 2.70 | Prepare thirtieth monthly fee application. |
| Rosa J. Evergreen | 03/30/22 | 0.20 | Review and comment on application (.1); correspond with D. Reddix re filing same (.1). |
| Darrell B. Reddix | 03/30/22 | 0.70 | Finalize and file thirtieth monthly fee application. |

**Total Hours**                    **36.70**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 2.40 | 1,150.00 | 2,760.00 |
| Rory Greiss | 5.10 | 1,250.00 | 6,375.00 |
| Ginger Clements | 7.50 | 885.00 | 6,637.50 |
| Steven Barrett | 0.50 | 140.00 | 70.00 |
| Louis Champagne | 0.50 | 140.00 | 70.00 |
| Darrell B. Reddix | 20.70 | 435.00 | 9,004.50 |
| **TOTAL** | **36.70** | | **24,917.00** |


**Total Current Amount Due**                                    **$21,179.45**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

April 30, 2022
Invoice # 30141811
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2022** | $ | **2,750.00** |
| Discount: | | <u>-412.50</u> |
| **Fee Total** | | **2,337.50** |
| **Total Amount Due** | $ | **<u>2,337.50</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
                      P.O. Box 719451
                      Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                                    Invoice # 30141811

**(1049218.00153)**
**General Patent Settlement**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/21/22 | 1.40 | Review draft letter to settlement party drafted by Purdue team (.5); Revise same (.9). |
| Rory Greiss | 03/22/22 | 0.80 | Telephone conference with Purdue team re: draft letter to settlement party re: defaults under agreements. |
| **Total Hours** | | **2.20** | |


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 2.20 | 1,250.00 | 2,750.00 |
| **Subtotal:** | **2.20** | | **2,750.00** |
| **TOTAL** | **2.20** | | **2,750.00** |

**Total Current Amount Due**                                                      **$2,337.50**

# Arnold&Porter

**Purdue Pharma L.P.**                                     April 30, 2022
**Attn: Roxana Aleali**                              Invoice # 30141812
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00154**

Project Chione

20210003087

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2022** | $ | **20,298.00** |
| Discount: | | -3,044.70 |
| **Fee Total** | | **17,253.30** |
| **Total Amount Due** | $ | **17,253.30** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                                    Invoice # 30141812

**(1049218.00154)**
Project Chione

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/03/22 | 1.60 | Review and comment on revised draft of license agreement prepared by E. Zausner (1.3); Correspondence with E. Zausner re: distributing draft (.3). |
| Ethan Zausner | 03/03/22 | 1.00 | Draft license agreement. |
| Rory Greiss | 03/07/22 | 1.40 | Review correspondence from Purdue team re: confidentiality concerns re: prior license agreements (.3); Review prior license agreement provisions (.4); Draft new language for license agreement (.4); Correspondence with Purdue team and E. Zausner re: same (.3). |
| Ethan Zausner | 03/07/22 | 0.50 | Update license agreement. |
| Rory Greiss | 03/09/22 | 0.70 | Correspondence with Purdue team re: open items (.3) further correspondence with Purdue team re schedule for review of agreement (.4). |
| Eric Rothman | 03/14/22 | 1.10 | Teleconference to discuss Chione IP matters (.6); review and analyze agreement (.5). |
| Ethan Zausner | 03/14/22 | 1.00 | Call with Chione to discuss IP issues (.6); review of license agreement (.4). |
| Rory Greiss | 03/18/22 | 1.20 | Review correspondence from Purdue team re: patent provisions of agreement (.5); correspond with Purdue team re response to various questions (.7). |
| Rory Greiss | 03/26/22 | 2.20 | Review correspondence from Purdue team re responses to open issues from Chione (1.0); draft email to Purdue team, E. Zausner and E. Rothman re: reactions to Chione positions on issues (1.2). |
| Rory Greiss | 03/28/22 | 1.80 | Review comments on open issues from Purdue team (1.2) and review latest draft of license agreement (.6). |
| Ethan Zausner | 03/29/22 | 0.80 | Draft license agreement. |
| Rory Greiss | 03/30/22 | 2.20 | Review, comment on revised version of license agreement. |
| Ethan Zausner | 03/30/22 | 2.10 | Draft license agreement. |
| Rory Greiss | 03/31/22 | 0.40 | Correspondence with Purdue team re: revised version of license agreement. |

**Total Hours**                   **18.00**

Page 1

April 30, 2022                                                                  Invoice # 30141812

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 11.50 | 1,250.00 | 14,375.00 |
| Eric Rothman | | 1.10 | 1,040.00 | 1,144.00 |
| | **Subtotal:** | **12.60** | | **15,519.00** |
| **Associate** | | | | |
| Ethan Zausner | | 5.40 | 885.00 | 4,779.00 |
| | **Subtotal:** | **5.40** | | **4,779.00** |
| **TOTAL** | | **18.00** | | **20,298.00** |

**Total Current Amount Due**                                        $17,253.30

# Arnold&Porter

Purdue Pharma L.P.
Attn: Roxana Aleali
Associate General Counsel
One Stamford Forum
Dept. VN: 1008442
Stamford, CT  06901-3431

April 30, 2022
Invoice # 30141813
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through March 31, 2022** | **8,621.00** |
| Discount: | <u>-1,293.15</u> |
| **Fee Total** | **7,327.85** |
| **Total Amount Due**                                  $ | <u>**7,327.85**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**  Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                        Invoice # 30141813

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 03/01/22 | 0.50 | Review and finalize draft materials re: Avrio cover letter and certifications. |
| Michael T. Gwinn | 03/01/22 | 1.50 | Draft and disseminate cover letter for Avrio SAM filing. |
| Thomas A. Pettit | 03/01/22 | 0.60 | Weekly teleconference with client and Arnold & Porter team (.4); review Avrio draft System for Award Management cover letter (.2). |
| Jeffrey L. Handwerker | 03/07/22 | 0.80 | Participate in call with client and A&P team re: novation process. |
| Michael T. Gwinn | 03/07/22 | 0.80 | Attend client conference call. |
| Thomas A. Pettit | 03/07/22 | 0.40 | Teleconference with client regarding Avrio System for Award Management registration. |
| Michael T. Gwinn | 03/08/22 | 0.60 | Revise SAM filing cover letter. |
| Jeffrey L. Handwerker | 03/09/22 | 1.00 | Review, comment on materials re: SAM certification (.3); review, revise draft cover letter re: same (.4); review comments on draft agreement from K. McDonnell (.3). |
| Michael T. Gwinn | 03/09/22 | 1.80 | Review SAM filing cover letter (.4); research compliance requirements for labor prohibitions (1.4). |
| Thomas A. Pettit | 03/09/22 | 0.30 | Correspond with J. Handwerker and M. Gwinn re labor compliance requirements. |
| Thomas A. Pettit | 03/14/22 | 0.20 | Teleconference with client regarding Avrio System for Award Management system. |
| Jeffrey L. Handwerker | 03/21/22 | 0.50 | Call with Purdue team re: VA/DOD issues. |
| Thomas A. Pettit | 03/21/22 | 0.50 | Teleconference with client and J. Handwerker regarding government contracts topics. |

**Total Hours**                          **9.50**

April 30, 2022                                                Invoice # 30141813

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey L. Handwerker | 2.80 | 1,255.00 | 3,514.00 |
| **Subtotal:** | **2.80** | | **3,514.00** |
| **Associate** | | | |
| Michael T. Gwinn | 4.70 | 710.00 | 3,337.00 |
| Thomas A. Pettit | 2.00 | 885.00 | 1,770.00 |
| **Subtotal:** | **6.70** | | **5,107.00** |
| **TOTAL** | **9.50** | | **8,621.00** |

**Total Current Amount Due**                                    $7,327.85

# Arnold & Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

April 30, 2022
Invoice # 30141814
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through March 31, 2022** | **143,584.00** |
| Discount: | -21,537.60 |
| **Fee Total** | **122,046.40** |

**Disbursements Recorded through March 31, 2022**

| | | |
|---|---:|---:|
| Consultants/Experts | 13,625.50 | |
| eData: Relativity Services | 1,792.00 | |
| **Disbursements Total** | $ | **15,417.50** |
| **Total Amount Due** | $ | **137,463.90** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                                    Invoice # 30141814


**(1049218.00157)**
**Project Falcon**


**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 03/01/22 | 0.10 | Review emails re: privilege issues. |
| Barbara H. Wootton | 03/01/22 | 3.20 | Review, analyze production documents (.1.3); correspond with B. Marra and S. Sullivan re review and production to agency (.3); correspond with D. Young re preparing general responses and objections (.2); conference with S. Sullivan and B. Marra re narratives response preparation (.7); follow up call with S. Sullivan re same (.3); call with C. Minerva re narrative specifications (.2); analysis of materials re same (.2). |
| Sam Sullivan | 03/01/22 | 10.70 | Revise agency responses (4.6); research and summarize issues (5.3); discuss agency responses (.3); discuss agency responses with B. Wootton and B. Marra (.8). |
| Bryan M. Marra | 03/01/22 | 1.00 | Correspond with A&P team re: production (.5); call with B. Wootton and S. Sullivan re: interrogatory responses (.5). |
| Bryan I. Eder | 03/01/22 | 0.80 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 03/02/22 | 0.50 | Edit narrative responses. |
| Barbara H. Wootton | 03/02/22 | 4.50 | Review, analyze drafts and exhibits (.9); revise narratives (2.4); correspond with S. Sullivan and B. Marra re same (.3); revise and finalizing narratives and exhibits (.5); correspond with Purdue team re same (.1); correspondence with B. Marra and S. Sullivan re questions (.3). |
| Sam Sullivan | 03/02/22 | 7.30 | Research and summarize law (2.2); revise agency responses (5.1). |
| Bryan M. Marra | 03/02/22 | 1.00 | Review, comment on draft interrogatory responses (.8); correspond wit A&P team (.2). |
| Bryan I. Eder | 03/02/22 | 0.60 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 03/03/22 | 0.20 | Correspond with Purdue team re narratives and privilege questions. |
| Dylan S. Young | 03/03/22 | 1.50 | Revise responses to agency inquiries. |
| Bryan M. Marra | 03/03/22 | 1.00 | Correspond with A&P team re: documents (.7); review documents (.3). |
| L. Michel Marchand | 03/03/22 | 7.70 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 03/03/22 | 7.80 | Review, analyze draft production set for privilege. (3.3); revise redactions and finalize production (4.5). |
| Barbara H. Wootton | 03/04/22 | 1.00 | Correspond with B. Marra re privilege redaction questions. |
| Bryan M. Marra | 03/04/22 | 2.00 | Correspond with A&P team re: privilege log (.5); further correspond with A&P team re: production (.6); further correspond with A&P team (.4);further correspond with A&P team re: documents (.5). |
| L. Michel Marchand | 03/04/22 | 7.40 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 03/04/22 | 0.50 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 03/06/22 | 0.20 | Review and comment on research memo. |
| Finn Feighery | 03/07/22 | 2.20 | Review, analyze materials to be produced to agency. |
| Warlesha Ryan | 03/07/22 | 3.80 | Review, analyze materials to be produced to agency. |
| Deborah L. Feinstein | 03/07/22 | 0.70 | Conference call re: narratives. |

April 30, 2022

Invoice # 30141814

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 03/07/22 | 1.40 | Review feedback from Purdue team re draft narrative specifications (.3); conference with Purdue team re narrative specifications (.7); correspond with Purdue team re narrative specifications (.1); correspond with B. Marra re analysis of privilege and document production questions (.2); correspond with D. Young re prior document productions (.1). |
| Sam Sullivan | 03/07/22 | 5.00 | Meet with Purdue team, D. Feinstein, B. Wootton, and B. Marra to discuss agency responses (.6); revise agency responses to reflect comments from client (4.4). |
| Dylan S. Young | 03/07/22 | 0.20 | Coordinate further document productions in response to agency inquiries. |
| Bryan M. Marra | 03/07/22 | 1.50 | Correspond with A&P teamre: privilege log (.3); further correspond with A&P team re: production (.7); further correspond with A&P team re: production (.5). |
| Bryan I. Eder | 03/07/22 | 0.40 | Review, analyze materials to be produced to agency. |
| Finn Feighery | 03/08/22 | 2.20 | Prepare production materials for response to agency. |
| Warlesha Ryan | 03/08/22 | 0.70 | Review, analyze materials to be produced to agency. |
| Sam Sullivan | 03/08/22 | 1.60 | Revise memo. |
| Bryan M. Marra | 03/08/22 | 2.00 | Correspond with A&P team re: production (.6); review, comment on privilege materials (.5); review production (.3); review production (.3); call with B. Wootton re: productions (.3). |
| Warlesha Ryan | 03/09/22 | 1.10 | Assisting with filing of production with agency. |
| Barbara H. Wootton | 03/09/22 | 3.80 | Review and revise cover letter to agency (.1); email correspondence with Cobra and B. Marra re document productions and privilege questions (.1); review, comment re legal memorandum (.5); review and revise draft narratives and exhibits (2.5); correspond with S. Sullivan, D. Young and B. Marra re same (.2); review, analyze Purdue team comments to same (.1); confer with S. Sullivan re follow-up to same (.2); email D. Feinstein re substantive document summary (.1). |
| Sam Sullivan | 03/09/22 | 5.30 | Revise memo (.8); revise agency responses (4.5). |
| Dylan S. Young | 03/09/22 | 0.20 | Review and revise responses to agency inquiries. |
| Bryan M. Marra | 03/09/22 | 1.20 | Draft production cover letter (.3); correspond with A&P team re: production (.3); review, comment on Spec response (.3); further correspond with A&P team re: privilege review (.3). |
| Bryan I. Eder | 03/09/22 | 0.70 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 03/10/22 | 2.00 | Revising narrative responses and exhibits (1.6); correspond with S. Sullivan and B. Marra re same (.3); correspond with D. Feinstein re same (.1). |
| Sam Sullivan | 03/10/22 | 4.20 | Revise agency responses to reflect client comments (2.2); draft agency response (1.2); proofread agency responses (.8). |
| Dylan S. Young | 03/10/22 | 0.20 | Review and review agency narrative responses. |
| Bryan M. Marra | 03/10/22 | 1.30 | Review, comment on consolidated interrogatory responses (.8); correspond with A&P team re: privilege log (.5). |
| L. Michel Marchand | 03/10/22 | 7.90 | Review, analyze materials to be produced to agency. |
| Bryan I. Eder | 03/10/22 | 0.30 | Review, analyze draft production set for privilege. |
| Warlesha Ryan | 03/11/22 | 3.10 | Review, analyze materials to be produced to agency. |
| Barbara H. Wootton | 03/11/22 | 0.20 | Draft correspondence to agency re compliance status. |
| Bryan M. Marra | 03/11/22 | 1.20 | Draft production cover letter (.3); correspond with A&P team re: production (.4); review draft privilege log (.5). |

April 30, 2022

Invoice # 30141814

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| L. Michel Marchand | 03/11/22 | 4.00 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 03/11/22 | 0.30 | Review, analyze draft production set for privilege. |
| L. Michel Marchand | 03/13/22 | 1.90 | Review, revise privilege log. |
| Sam Sullivan | 03/14/22 | 0.20 | Revise memo. |
| Bryan M. Marra | 03/14/22 | 1.50 | Correspond with A&P team re: privilege log (1.0); call with M. Marchand & B. Eder re: privilege log (.5). |
| L. Michel Marchand | 03/14/22 | 6.60 | Review, analyze draft production set for privilege (2.4); review, revise privilege log (3.6); teleconference with B. Marra and B. Eder re same (.6). |
| Bryan I. Eder | 03/14/22 | 5.80 | Review, revise privilege log. |
| Bryan I. Eder | 03/14/22 | 0.60 | Teleconference with B. Marra and M. Marchand regarding production and privilege log. |
| Barbara H. Wootton | 03/15/22 | 0.70 | Review, analyze input from Purdue team re final narratives (.3); comment re same with A&P team (.1); make final edits to consolidated narrative response (.3). |
| Sam Sullivan | 03/15/22 | 0.90 | Revise and finalize agency responses. |
| Bryan M. Marra | 03/15/22 | 1.00 | Correspond with A&P team re: privilege log (.5); review privilege log (.5). |
| L. Michel Marchand | 03/15/22 | 10.40 | Review, analyze draft production set for privilege (4.3); review, revise privilege log (6.1). |
| Bryan I. Eder | 03/15/22 | 3.20 | Review, revise privilege log. |
| Barbara H. Wootton | 03/16/22 | 1.20 | Final review of responses and attachments (.3); draft cover letter to agency (.4); correspond with F. Feighery providing direction re preparation of file for agency (.2): correspond with agency re production (.2); correspond with Purdue team re same (.1). |
| Sam Sullivan | 03/16/22 | 0.30 | Finalize and prepare for production agency responses. |
| Bryan M. Marra | 03/16/22 | 1.80 | Correspond with A&P team (.5); review, comment on cover letter (.2); further correspond with A&P team re: privilege log (.3); review, comment on privilege log (.8). |
| L. Michel Marchand | 03/16/22 | 9.20 | Review, analyze draft production set for privilege (5.4); review, revise privilege log (3.8). |
| Bryan I. Eder | 03/16/22 | 0.90 | Review, revise privilege log. |
| Barbara H. Wootton | 03/17/22 | 1.70 | Review, analyze draft privilege log and appendix (1.2); correspond with B. Marra, B. Eder, and M. Marchand re questions regarding same (.3); call with B. Marra re same (.2). |
| Bryan M. Marra | 03/17/22 | 2.50 | Correspond with A&P team re: privilege log (1.5); review, revise appendix and list (.5); review, comment on privilege log (.5). |
| L. Michel Marchand | 03/17/22 | 8.20 | Review, analyze draft production set for privilege (4.5); review, revise privilege log (3.7). |
| Bryan I. Eder | 03/17/22 | 0.40 | Review, revise privilege log. |
| Warlesha Ryan | 03/18/22 | 1.40 | Review, analyze materials to be produced to agency. |
| Barbara H. Wootton | 03/18/22 | 0.30 | Correspondence with B. Marra and Cobra team re finalizing privilege log and production (.1); review, comment on letter to agency (.1); correspond with Expert re matter analysis (.1). |
| Bryan M. Marra | 03/18/22 | 3.50 | Correspond with A&P team re: privilege log (2.0); review, comment on privilege log (1.2); draft cover letter re: privilege log (.3). |
| L. Michel Marchand | 03/18/22 | 5.90 | Review, revise privilege log. |
| Deborah L. Feinstein | 03/24/22 | 0.80 | Call with Expert. |

April 30, 2022                                                                 Invoice # 30141814

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 03/24/22 | 1.30 | Video conference with Expert and A&P team re analyses (1.0); telephone call with agency staff (.1); correspond with agency staff (.1); correspond with A&P team (.1). |
| Sam Sullivan | 03/24/22 | 0.90 | Discuss analysis with Purdue team, D. Feinstein, B. Wootton, and B. Marra. |
| Deborah L. Feinstein | 03/25/22 | 0.20 | Comments on certification (.1); review analysis (.1). |
| Barbara H. Wootton | 03/25/22 | 1.60 | Correspond with Purdue team re agency requests for refresh of various data specifications (1.2); conference re potential theories (.3); correspond with A&P team re request for data (.1). |
| Sam Sullivan | 03/25/22 | 0.50 | Discuss status of agency responses. |
| Bryan M. Marra | 03/25/22 | 0.20 | Draft email re certification. |
| Warlesha Ryan | 03/28/22 | 1.10 | Review, analyze production materials. |
| Barbara H. Wootton | 03/28/22 | 0.80 | Review, analyze production documents (.4); correspond with W. Ryan re custodians for same (.1); correspond with Purdue team re Expert requests (.3). |
| Barbara H. Wootton | 03/29/22 | 0.20 | Correspond with Purdue team re data follow ups for agency. |

**Total Hours**                         **195.40**

April 30, 2022                                                                 Invoice # 30141814

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| Deborah L. Feinstein | | 2.50 | 1,460.00 | 3,650.00 |
| | **Subtotal:** | **2.50** | | **3,650.00** |
| **Counsel** | | | | |
| Barbara H. Wootton | | 24.10 | 1,085.00 | 26,148.50 |
| | **Subtotal:** | **24.10** | | **26,148.50** |
| **Senior Attorney** | | | | |
| Bryan M. Marra | | 22.70 | 960.00 | 21,792.00 |
| | **Subtotal:** | **22.70** | | **21,792.00** |
| **Associate** | | | | |
| Sam Sullivan | | 36.90 | 710.00 | 26,199.00 |
| Dylan S. Young | | 2.10 | 885.00 | 1,858.50 |
| | **Subtotal:** | **39.00** | | **28,057.50** |
| **Staff Attorney** | | | | |
| Bryan I. Eder | | 22.30 | 620.00 | 13,826.00 |
| L. Michel Marchand | | 69.20 | 620.00 | 42,904.00 |
| Warlesha Ryan | | 11.20 | 555.00 | 6,216.00 |
| | **Subtotal:** | **102.70** | | **62,946.00** |
| **Legal Assistant** | | | | |
| Finn Feighery | | 4.40 | 225.00 | 990.00 |
| | **Subtotal:** | **4.40** | | **990.00** |
| | **TOTAL** | **195.40** | | **143,584.00** |

**Total Current Amount Due**                                              **$137,463.90**

# Arnold&Porter

**Purdue Pharma L.P.**                                              April 30, 2022
**Attn: Roxana Aleali**                                      Invoice # 30141815
**Associate General Counsel**                                 EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00158**

Project Aurora

20210003172

**For Legal Services Rendered through March 31, 2022**                    **98,366.00**

Discount:                                                            -14,754.90

**Fee Total**                                                        **83,611.10**

**Total Amount Due**                                    $           **83,611.10**

**Wire Transfer Instructions:**

|                    |                                      |
|--------------------|--------------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:         | Wells Fargo Bank NA                  |
|                    | 420 Montgomery Street                |
|                    | San Francisco, CA  94104             |
| Account Number:    | 4127865475                           |
| ABA Number:        | 121000248 (ACH and wires)            |
| Swift Code:        | WFBIUS6S                             |

**Or Remit To:**                       Arnold & Porter Kaye Scholer LLP
                                        P.O. Box 719451
                                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                                    Invoice # 30141815

**(1049218.00158)**
**Project Aurora**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 03/01/22 | 2.30 | Reviewed and commented on draft agreement. |
| Danielle A. Henderson | 03/01/22 | 0.50 | Review revisions to license agreement. |
| Rory Greiss | 03/02/22 | 0.90 | Review, analyze draft commercial agreement. |
| Eric Rothman | 03/02/22 | 4.00 | Teleconference with Purdue team to discuss draft agreement (1.1); draft of Aurora Commercial Agreement (2.9). |
| Danielle A. Henderson | 03/02/22 | 1.10 | Call with Purdue team to discuss license agreement. |
| Rory Greiss | 03/03/22 | 3.30 | Review comments to latest draft of license agreement in preparation for videoconference with Purdue team (1.6); Videoconference with Purdue team re: revisions to license agreement (1.3); Follow-up with D. Henderson re: certain provisions to be added to draft (.4). |
| Eric Rothman | 03/03/22 | 4.30 | Teleconference with Purdue team to discuss License Agreement (.6); additional teleconference to discuss License Agreement IP issues (1.6); review, comment on draft agreement (2.1). |
| Danielle A. Henderson | 03/03/22 | 1.60 | Call with Purdue team re license agreement. |
| Rory Greiss | 03/04/22 | 5.50 | Correspond with Purdue team, D. Henderson and E. Rothman to revise and finalize draft of license agreement for distribution to Aurora. |
| Eric Rothman | 03/04/22 | 3.40 | Teleconference with A&P team to discuss License Agreement (1.1); review, comment on draft agreement (2.3). |
| Danielle A. Henderson | 03/04/22 | 4.90 | Revise license agreement (2.5); review internal comments to revised draft of license agreement (.4); call with A&P team to discuss revisions to license agreement (.8); further revise license agreement. (1.2). |
| Jeffrey L. Handwerker | 03/08/22 | 0.50 | Review, comment on draft license agreement. |
| Rory Greiss | 03/09/22 | 0.80 | Correspondence with Purdue team re: scheduling call for commercial agreement review (.4); correspondence with A&P team re: Aurora timeframe for review and timeframe for presentation to creditors (.4). |
| Eric Rothman | 03/09/22 | 2.10 | Work on revised draft of Aurora Commercial Agreement. |
| Rory Greiss | 03/10/22 | 2.40 | Prepare for videoconference with Purdue team re: commercial agreement (.6); Videoconference with Purdue team, E. Rothman and J. Handwerker (1.2); Follow-up discussion with E. Rothman (.3) review, analyze commercial agreement revisions (.3). |
| Eric Rothman | 03/10/22 | 3.90 | Teleconference with R. Greiss and J. Handwerker to discuss Project Aurora Commercial Agreement (1.1); draft Project Aurora License Agreement and Commercial Agreement (2.8). |
| Jeffrey L. Handwerker | 03/10/22 | 1.80 | Review draft license agreement (.6); call with K. McDonnell, R. Griess and E. Rothman re: same (.1.2). |

Page 1

April 30, 2022                                                                          Invoice # 30141815

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 03/11/22 | 2.10 | Correspondence with Purdue team and DPW re: calls to discuss bankruptcy approval process and comments on license agreement (.7); review correspondence from DPW re: underlying license agreement and discuss same with E. Rothman (.9); correspondence with D. Henderson re: points to be included in revised draft of license agreement (.5). |
| Eric Rothman | 03/11/22 | 2.10 | Draft Project Aurora License Agreement. |
| Jeffrey L. Handwerker | 03/11/22 | 0.50 | Review and comment on draft license agreement. |
| Jeffrey L. Handwerker | 03/13/22 | 0.80 | Review, analyze revised draft commercial agreement. |
| Rory Greiss | 03/14/22 | 2.10 | Correspondence with Purdue team and E. Rothman and D. Henderson re: license to Purdue of certain products and related issues (.5); Videoconference with Purdue team, DPW, E. Rothman and D. Henderson re: same and re: tax and other comments to license agreement (1.2); Follow-up call with D. Rothman (.4). |
| Eric Rothman | 03/14/22 | 3.80 | Teleconference with R Greiss and D. Henderson to discuss approval requirements for Project Aurora (.5); teleconference with R. Greiss, D. Henderson and Purdue team to discuss Project Aurora Commercial Agreement (.8); review, comment on Project Aurora License Agreement (2.5). |
| Danielle A. Henderson | 03/14/22 | 1.30 | Call with R. Greiss discuss bankruptcy matters (.5); Call with R. Greiss and Purdue team to discuss license agreement (.8). |
| Rory Greiss | 03/15/22 | 1.20 | Correspondence with E. Rothman and D. Henderson re: various open issues (.4); Review and send comments to E. Rothman and D. Henderson on latest draft of license agreement (.8). |
| Eric Rothman | 03/15/22 | 4.50 | Teleconference with Purdue to discuss Project Aurora TM comments (1.1); draft Commercial Agreement for Project Aurora (1.9); teleconference with D. Henderson to discuss Project Aurora Commercial Agreement (1.5). |
| Jeffrey L. Handwerker | 03/15/22 | 2.00 | Review and comment on draft license agreement (1.2); call with team re: same (.8). |
| Danielle A. Henderson | 03/15/22 | 1.50 | Call with E. Rothman to discuss comments to agreement. |
| Rory Greiss | 03/16/22 | 0.90 | Correspond with A&P team re deletion of products from distribution agreement (.3) review correspondence with Purdue team re: same (.2); correspondence with Purdue team re: underlying license agreement and discussion to be had with Aurora re: same (.4). |
| Eric Rothman | 03/16/22 | 4.00 | Draft Commercial Agreement for Project Aurora (2.2); correspond with Purdue team re Project Aurora (1.8). |
| Danielle A. Henderson | 03/16/22 | 1.00 | Due diligence of distribution agreement. |
| Rory Greiss | 03/17/22 | 1.70 | Correspondence with internal team regarding calls with Aurora (.5); Review revised draft of license agreement (1.2). |
| Eric Rothman | 03/17/22 | 3.90 | Correspond with A&P team re Project Aurora (1.7); draft of Project Aurora License Agreement (2.2). |
| Rory Greiss | 03/18/22 | 1.40 | Review, comment on revised draft of license agreement (1.2); correspond with E. Rothman and D. Henderson re same (.2). |
| Eric Rothman | 03/18/22 | 4.00 | Teleconference with D. Henderson and J. Handwerker to discuss Project Aurora Commercial Agreement (1.1); revise draft of Project Aurora License Agreement (1.8); teleconference with Purdue team re Project Aurora TMs matters (1.1). |

April 30, 2022

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 03/18/22 | 1.50 | Participate in call with E. Rothman and D. Henderson re: license agreement (1.0); prepare for same (.5). |
| Danielle A. Henderson | 03/18/22 | 1.00 | Call with J. Handwerker and E. Rothman to discuss commercial agreement. |
| Rory Greiss | 03/21/22 | 2.50 | Review, analyze underlying license agreement (.8); videoconference with Purdue team re: same (.5); correspondence with internal team and Purdue team re: open issues on license agreement (.6); correspondence with D. Henderson and Purdue team re: preparation of slides for BOD presentation (.6). |
| Eric Rothman | 03/21/22 | 1.60 | Review, analyze Project Aurora License Agreement (1.3); correspond with A&P team re same (.3). |
| Rory Greiss | 03/22/22 | 0.90 | Review materials in preparation for videoconference with Aurora (.6); Correspondence with Purdue team re: postponement of videoconference (.3). |

**Total Hours** **89.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 25.70 | 1,250.00 | 32,125.00 |
| Jeffrey L. Handwerker | 7.10 | 1,255.00 | 8,910.50 |
| Eric Rothman | 43.90 | 1,040.00 | 45,656.00 |
| Subtotal: | **76.70** | | **86,691.50** |
| **Associate** | | | |
| Danielle A. Henderson | 12.90 | 905.00 | 11,674.50 |
| Subtotal: | **12.90** | | **11,674.50** |
| **TOTAL** | **89.60** | | **98,366.00** |

**Total Current Amount Due** **$83,611.10**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

April 30, 2022
Invoice # 30141816
EIN 53-0208605

**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190

| | |
|---|---:|
| **For Legal Services Rendered through March 31, 2022** | **11,602.00** |
| Discount: | <u>-1,740.30</u> |
| **Fee Total** | **9,861.70** |
| **Total Amount Due**               $ | **<u>9,861.70</u>** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**
Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 30, 2022                                                                                              Invoice # 30141816

**(1049218.00161)**
**Project Hummingbird**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/30/22 | 1.50 | Initial review of authorization agreement and supply and distribution agreement revised by Hummingbird (1.1); Correspondence with E. Rothman and A. Krantz re: reviewing and revising agreements (.4). |
| Alexa D. Krantz | 03/30/22 | 0.50 | E-mail with R. Greiss regarding updated drafts of Authorization Agreement and Supply Agreement (.1); review opposing party's comments on Authorization Agreement (.3); review opposing party's comments on Amended and Restated Supply Agreement (.1). |
| Rory Greiss | 03/31/22 | 2.70 | Complete review of mark-ups of agreements (.5); Discuss revisions to be made to authorization agreement and exclusive supply and distribution agreement with E. Rothman and A. Krantz (2.2). |
| Eric Rothman | 03/31/22 | 3.20 | Meeting with R. Greiss and A. Krantz to discuss revised draft of Project Hummingbird Agreements (2.4); revised draft of Project Hummingbird Agreement (.8). |
| Alexa D. Krantz | 03/31/22 | 4.30 | Meeting with E. Rothman and R. Greiss to discuss draft Authorization Agreement received from other party (1.5); Meeting with E. Rothman and R. Greiss to discuss draft of Amended and Restated Supply Agreement received from other party (1.0); Review redlines of other party's comments on Authorization Agreement and Amended and Restated Supply Agreement (.6); revise Amended and Restated Supply Agreement (.7); revise Authorization Agreement (.5). |

**Total Hours**                              **12.20**

April 30, 2022                                                        Invoice # 30141816

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 4.20 | 1,250.00 | 5,250.00 |
| Eric Rothman | | 3.20 | 1,040.00 | 3,328.00 |
| | **Subtotal:** | **7.40** | | **8,578.00** |
| **Associate** | | | | |
| Alexa D. Krantz | | 4.80 | 630.00 | 3,024.00 |
| | **Subtotal:** | **4.80** | | **3,024.00** |
| **TOTAL** | | **12.20** | | **11,602.00** |

**Total Current Amount Due**                                             $9,861.70