**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.* | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PURDUE PHARMA L.P., *et al.* | ) | |
| | ) | |
| Plaintiffs. | ) | Adv. Pro. No. 21-07005 (RDD) |
| | ) | |
| vs. | ) | |
| | ) | |
| AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AMBRIA D. MAHOMES**
**AS *PRO HAC VICE* ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the Motion to Withdraw Ambria D. Mahomes as Pro Hac Vice Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e) filed by Lynn H. Murray of Shook, Hardy & Bacon L.L.P., and for good cause shown therein, it is hereby

ORDERED that Ambria D. Mahomes is withdrawn as a *pro hac vice* attorney of record on behalf of American Guarantee and Liability Insurance Company and Steadfast Insurance Company; and it is further

2

ORDERED that Ambria D. Mahomes shall no longer receive electronic notices from the Court's CM/ECF system in these cases or this adversary proceeding.

Dated: May 3, 2022
      White Plains, New York

/s/ Robert D. Drain
Hon. Robert D. Drain
United States Bankruptcy Judge