Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | February 1, 2022 through February 28, 2022 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X  Monthly Application____Interim Application____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Second Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2022 through February 28, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from February 1, 2022 through and including February 28, 2022, is referred to herein as the "**Fee Period**".

2

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: May 4, 2022                                **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 0.60 |
| Fee/Employment Applications- Retained Professionals | 19.50 |
| BK/Fee Examiner- Retention and Fee Applications | 1.40 |
| **Total** | **21.5** |

## **Exhibit B**

## **Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 5.10 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 4.00 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 12.40 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for February 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1374
**DATE** 02/28/2022
**DUE DATE** 02/28/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - February 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** **$24,250.00**

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-01-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review draft fee applications | | | |
| 02-01-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | | Final review of Nov and Dec BK fee apps and coordinate for filing | | | |
| 02-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: fee data for Cornerstone Research | | | |
| 02-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review various UCC fee apps | | | |
| 02-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Gilbert monthly fee apps | | | |
| 02-15-2022 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Review increased caps as to OCPs; circulate same | | | |
| 02-16-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review OCP cap increase notice and discuss with T. Bielli | | | |
| 02-17-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Various emails with Stikeman Elliot re: fee app and data needed and discuss with BK team | | | |
| 02-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Attention to Stikeman Fee Application; correspondence with Debtors counsel, Stikemand and Fee Examiner regarding same | | | |
| 02-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Fee Examiner and team with respect to Stikeman Fee Application | | | |
| 02-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Fee Examiner and team with respect to Stikeman Fee Application | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Receipt of Stikeman's data and correspondence with Legal Decoder re: analysis timing; receipt of FTI's 26th and 27th month data; Receipt of Gilbert's 25th month data files; Receipt of King & Spalding's 28th month fee statement and corresponding data | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Jefferies' 24th monthly fee statement; Receipt of Bedell Cristin's 18th monthly fee statement; Receipt of Cole Schotz's 20th monthly fee statement; Receipt of Akin Gump's 25th monthly fee statement; Receipt of Cornerstone's 20th monthly fee statement; Receipt of Skadden's 26th monthly fee statement; Receipt of Cornerstone's 20th month data; Receipt of UCC Professionals' data for October | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Receipt of Alix Partners' 28th monthly fee statement; Receipt of Gilbert's 26th and 27th Monthly Fee Statements; Email correspondence with Legal Decoder re: published and sent data; Receipt of Gilbert's 26th and 27th month data; Receipt and review of Grant Thornton's 4th consolidated fee statement, receipt of corresponding data file, and correspondence with Kelly Frasier re: data formatting | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Receipt of Davis Polk's 28th monthly fee statement and corresponding fee data; Receipt of Dechert's 28th monthly fee statement; Receipt of Arnold & Porter's 28th monthly fee statement and corresponding fee data; Receipt of Kramer Levin's 26th and 27th monthly fee statements and correspondence to Caroline Grange requesting data; Review of Stikeman's draft fee application and correspondence to Legal Decoder re: same; email correspondence to multiple firms requesting data; email correspondence to Fee Examiner re: interim hearing dates | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review of Jefferies' 24th month data | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Review of Arnold & Porter's 26th month data | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Review of Otterbourg's 27th month data | | | |
| 02-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Review of Gilbert's 25th month data | | | |
| 02-20-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.50 | 350.00 | 175.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Correspondence and conference with team with respect to Stikeman | | | |
| 02-20-2022 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Correspondence with team regarding timing on next interim | | | |
| 02-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with BK team re: next interim fee review | | | |
| 02-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discussions with T. Bielli re: interim fee review schedule | | | |
| 02-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 225.00 | 360.00 |
| | | Review of Stikeman data | | | |
| 02-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 225.00 | 337.50 |
| | | Preparation of Review Report for Stikeman | | | |
| 02-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 225.00 | 22.50 |
| | | Email correspondence to Fee Examiner re: Stikeman review report; Email correspondence with Legal Decoder re: King & Spalding's 28th month data files and Gilbert's data issues | | | |
| 02-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Stikeman Elliot report | | | |
| 02-22-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to Stikeman Elliott fee review | | | |
| 02-22-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review proposed schedule for next round of interim fee apps and discuss with T. Bielli | | | |
| 02-22-2022 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Correspond with Debtors' counsel and team regarding upcoming hearing date and next steps | | | |
| 02-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review email with UCC fee apps and detail | | | |
| 02-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email with Brown Rudnick fee app and detail | | | |
| 02-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Final review and analysis of Stikeman Elliott fee app and emails re: same | | | |
| 02-25-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.50 | 350.00 | 175.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review of Stikeman Fee Application and preliminary report | | | |
| 02-25-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Discuss Stikeman Fee Application and report with Fee Examiner and report finds related to same | | | |
| 02-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of data for Houlihan's 22nd monthly fee statement and correspondence to same requesting balance of interim data; Receipt of Jefferies' 25th monthly fee statement; receipt of KCC's 24th monthly fee statement; Receipt of Province's 26th monthly fee statement; Receipt of Bedell Cristin's 19th monthly fee statement; Receipt of Cole Schotz's 21st monthly fee statement; Receipt of Akin Gump's 26th monthly fee statement; Receipt of UCC professionals' data | | | |
| 02-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Brown Rudnick's 28th monthly fee statement; Receipt of FTI's 28th monthly fee statement and corresponding data; Receipt of Otterbourg's 28th monthly fee statement; Correspondence with Legal Decoder regarding published and outstanding data | | | |
| 02-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review of assignment log and email correspondence to various professionals requesting data | | | |
| 02-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 225.00 | 472.50 |
| | | Review Gilbert's 25-27 month data | | | |

We appreciate your business