Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-THIRD MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | March 1, 2022 through March 31, 2022 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Third Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1, 2022 through March 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from March 1, 2022 through and including March 31, 2022, is referred to herein as the "**Fee Period**".

2

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: May 4, 2022                            **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 3.60 |
| Fee/Employment Applications- Retained Professionals | 56.60 |
| BK/Fee Examiner- Retention and Fee Applications | 11.90 |
| **Total** | **72.10** |

## Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 12.10 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 9.20 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 34.20 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 16.60 |

## Exhibit C

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for March 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1379
**DATE** 03/23/2022
**DUE DATE** 03/23/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>EHT Bankruptcy - March 2022 Invoice Review | 1 | 5,250.00 | 5,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $5,250.00

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Invoice Number: 2537
Invoice Period: 03-01-2022 - 03-31-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-03-2022 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Discuss settlement and releases with Fee Examiner | | | |
| 03-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Skadden's 26th month data; Receipt of Otterbourg's 28th month data; Receipt of Dechert's 28th month data; Receipt of Alix Partners' 28th month data; Receipt of Jones Day's 24 & 25 month data; Receipt of Kramer Levin's 26 & 27th month data; Receipt of Brown Rudnick's 28th month data; Receipt of King & Spalding's 29th monthly fee statement and corresponding data; email correspondence with Legal Decoder re: data uploads and publishing timing for interim | | | |
| 03-03-2022 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Review reports on status of case and global settlement | | | |
| 03-04-2022 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review Motion to approve term sheet and motion to shorten; discuss same with Fee Examiner | | | |
| 03-04-2022 | David Klauder | B110 - Case Administration | 0.50 | 375.00 | 187.50 |
| | | Review settlement motion and discuss case status and remaining fee review with T. Bielli | | | |
| 03-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Houlihan Lokey's 23rd and 24th monthly fee statement; Receipt of Prime Clerk's 11th monthly fee statement (combined); receipt of PJT's January fee statement; research Prime Clerk for missing fee statements and correspondence to PJT re: same | | | |
| 03-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Prime Clerk's November - January data; Receipt of Arnold & Porter's 29th monthly fee statement; Receipt of Skadden's 27th monthly fee statement; Receipt of KCC's 25th monthly fee statement; Receipt of Province's 27th monthly fee statement; Receipt of Jefferies' Twenty-Sixth Monthly Fee Statement; Receipt of Bedell Cristin's 20th monthly fee statement; Receipt of Akin Gump's Twenty-Seventh Monthly Fee Statement; Receipt of Grant Thornton's Fifth Monthly Fee Statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review of assignment log for reviews; correspondence to Legal Decoder re: outstanding and incoming data for the interim; correspondence to Fee Examiner re: same; Email correspondence to all professionals requesting balance of interim data | | | |
| 03-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 225.00 | 292.50 |
| | | Review of Arnold & Porter's 28th month data | | | |
| 03-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.60 | 225.00 | 585.00 |
| | | Review of Davis Polk's 28th month data | | | |
| 03-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review and correspondence with Legal Decoder re: King & Spalding's 28th month data issues | | | |
| 03-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Review of Skadden's 25th month data | | | |
| 03-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review of Sullivan's 3rd month data | | | |
| 03-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of UCC professional's December data; receipt and review of correspondence from Edan L. re: balance of UCC professionals' data; receipt of email correspondence from Province re: December and January data; email correspondence with Cole Schotz re: outstanding data; Review, troubleshoot and email correspondence with Legal Decoder re: issues with published Grant Thornton data | | | |
| 03-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review UCC fee detail | | | |
| 03-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Emails with BK team re: fee review | | | |
| 03-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review status update from team on interim reports | | | |
| 03-10-2022 | David Klauder | B110 - Case Administration | 0.40 | 375.00 | 150.00 |
| | | Discuss settlement/confirmation and implications on final fee apps with T. Bielli | | | |
| 03-10-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | | Attention to Jan monthly fee app | | | |
| 03-10-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 125.00 | 87.50 |
| | | Draft January fee application | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review draft of January fee app | | | |
| 03-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 350.00 | 210.00 |
| | | Review file with respect to January Fee Applications | | | |
| 03-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to BK's January Fee Request | | | |
| 03-14-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 125.00 | 50.00 |
| | | Update January fee app | | | |
| 03-14-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 375.00 | 375.00 |
| | | Review January fee app | | | |
| 03-14-2022 | Isabel Bielli | [ALL] Case Administration | 0.30 | 125.00 | 37.50 |
| | | Add BK as-filed to google drive | | | |
| 03-14-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.10 | 125.00 | 137.50 |
| | | Draft BK 6th Interim fee application | | | |
| 03-14-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 125.00 | 187.50 |
| | | Make edits to BK 6th Interim Fee Application | | | |
| 03-14-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 4.00 | 350.00 | 1,400.00 |
| | | Attention to Interim Fee Application | | | |
| 03-14-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.60 | 375.00 | 225.00 |
| | | Review interim fee app and coordinate filing | | | |
| 03-17-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Summary review of UCC January fee apps | | | |
| 03-17-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review various interim app filings | | | |
| 03-17-2022 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Correspond with LD regarding Interim Fee Applications | | | |
| 03-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Gilbert fee statement and emails re: same | | | |
| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 0.60 | 225.00 | 135.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |

Receipt of PJT Partners' 22nd and 23rd monthly fee statements and corresponding data; Receipt of Arnold & Porter's 29th month data; Receipt of KCC's January data; Receipt of Cole Schotz's 22nd monthly fee statement and corresponding data; Receipt of Grant Thornton's 5th month data; Receipt and review of King & Spalding's Amended 29th month fee statement and corresponding amended data files

| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Receipt of Skadden's 27th month fee statement; Receipt of Dechert's 29th monthly fee statement; Receipt of email correspondence from Legal Decoder re: published data and correspondence to I. Bielli and Legal Decoder re: interim assignment status; Receipt of Davis Polk's January data; Receipt of Dechert's 29th month data

| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Receipt of Houlihan's 23rd and 24th month data; Receipt of Jones Day's Twenty-Sixth Monthly Fee Statement; Receipt of Alix Partners' Twenty-Ninth Monthly Fee Statement; Receipt of Stikeman's Application for Excess Compensation; Receipt of Davis Polk's Twenty-Ninth Monthly Fee Statement; Receipt of Caplin's 26-28 monthly fee statements; Receipt of Cornerstone's 6th Interim Fee Application; Receipt of KCC's 26th monthly fee statement

| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Receipt of Province's Twenty-Eighth Monthly Fee Statement; Receipt of Jefferies' Twenty-Seventh Monthly Fee Statement; Receipt of Bedell Cristin's Twenty-First Monthly Fee Statement; Receipt of Cole Schotz's Twenty-Third Monthly Fee Statement; Receipt of Akin Gump's Twenty-Eighth Monthly Fee Statement; Receipt of Jones Day's Twenty-Seventh Monthly Fee Statement; Receipt of balance of UCC professionals' January data

| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |

Receipt of Akin Gump's Seventh Interim Fee Application; Receipt of Kramer Levin's 25th monthly data; Receipt of Houlihan's 25th month data; Receipt of KCC's Seventh Interim Fee Application; Receipt of Province's Seventh Interim Fee Application; Receipt of Jefferies' Seventh Interim Fee Application; Receipt of Bedell Cristin's Sixth Interim Fee Application; Receipt of Kramer Levin's Twenty-Eighth Monthly Fee Statement and Seventh Interim Fee Application

| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Receipt and review of Cole Schotz's Sixth Interim Fee Application; Receipt of Akin Gump's Seventh Interim Fee Application; Receipt of FTI's Seventh Interim Fee Application; Receipt of Skadden's 28th monthly fee statement and Seventh Interim Fee Application; Receipt of Houlihan's 25th monthly fee statement and Sixth Interim Fee Application; Receipt of Brown Rudnick's Seventh Interim Fee Application; Receipt of Jones Day's Seventh Interim Fee Application

| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |

Receipt of Davis Polk's Seventh Interim Fee Application; Receipt of Alix Partners' Seventh Interim Fee Application; Receipt of Grant Thornton's Second Interim Fee Application; Receipt of Dechert's Seventh Interim Fee Application; Receipt of Otterbourg's Seventh Interim Fee Application; Receipt of Prime Clerk's Fourth Interim Fee Application; Receipt of Gilbert's Seventh Interim Fee Application; Receipt of Arnold & Porter's Seventh Interim Fee Application; Receipt of PJT's Seventh Interim Fee Application

| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Receipt of Gilbert's 28th month data and expense back-up; Review of data published status and email to Legal Decoder re: prioritization; email correspondence requesting data to Kramer Levin, Skadden Arps, Alix Partners, and Jones Day

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Review of discrepancies in fee applications for Bedell, Cole Schotz and Dechert; email correspondence to Fee Examiner re: same | | | |
| 03-19-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 225.00 | 292.50 |
| | | Review of Stikeman data | | | |
| 03-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Review of data and preparation of review report for Houlihan's Sixth Interim Fee Application | | | |
| 03-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Preparation of review report for Cornerstone Research's Sixth Interim Fee Application | | | |
| 03-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 225.00 | 337.50 |
| | | Review of Jefferies Seventh Interim data and preparation of review report | | | |
| 03-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review of Otterbourg's data and preparation of review report for its Seventh Interim Fee Application | | | |
| 03-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Review of Prime Clerk's Fourth Interim data and preparation of review report | | | |
| 03-20-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Email correspondence with Fee Examiner re: discrepancies in interim reports; email correspondence to Fee Examiner with completed reports and status update | | | |
| 03-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to interim fee app issues | | | |
| 03-20-2022 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 225.00 | 180.00 |
| | | Review of Cole Schotz 20th month data | | | |
| 03-20-2022 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.40 | 225.00 | 315.00 |
| | | Review of Cole Schotz 21th month data | | | |
| 03-21-2022 | Isabel Bielli | [ALL] Case Administration | 1.00 | 125.00 | 125.00 |
| | | Update 7th interim Spreadsheet | | | |
| 03-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review initial interim fee app analysis for certain professionals; discuss interim fee review with T. Bielli | | | |
| 03-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Attention to Fee Examiner tracking spreadsheet and update same with pertinent information | | | |
| 03-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Review Brown Rudnick 7th interim fees | 1.80 | 125.00 | 225.00 |
| 03-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Review Brown Rudnick 7th Interim expenses | 0.50 | 125.00 | 62.50 |
| 03-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Download and combine PJT expense data | 0.50 | 125.00 | 62.50 |
| 03-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Review PJT expenses | 0.80 | 125.00 | 100.00 |
| 03-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Download and format FTI 7th Interim data | 0.20 | 125.00 | 25.00 |
| 03-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Review FTI fees | 0.20 | 125.00 | 25.00 |
| 03-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Review FTI fees | 1.20 | 125.00 | 150.00 |
| 03-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Review FTI expenses | 1.40 | 125.00 | 175.00 |
| 03-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Finish review of FTI and draft review report | 2.10 | 125.00 | 262.50 |
| 03-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Draft PJT review report | 0.50 | 125.00 | 62.50 |
| 03-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Draft Brown Rudnick 7th interim review report | 1.80 | 125.00 | 225.00 |
| 03-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Final look over PJT, FTI, and Brown Rudnick review reports then send to tracey | 0.60 | 125.00 | 75.00 |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals<br>Receipt of Alix Partners' twenty-ninth month data; Receipt of Skadden's twenty-eighth month data; Receipt of balance of Jones Day's data; Receipt of Davis Polk's Thirtieth Monthly Fee Statement; email correspondence from/to Legal Decoder regarding status of data publishing | 0.50 | 225.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Prepare data for review for Skadden; prepare data for review for Cole Schotz; email correspondence with I. Bielli regarding published data; correspondence to Kramer Levin requesting balance of data; email correspondence to Legal Decoder regarding balance of data sent | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Review of Bedell Cristin's interim data | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Preparation of Bedell Cristin's Sixth Interim Review Report | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Teleconference with I. Bielli regarding interim review schedule | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Begin review of Grant Thornton's Second Interim data; trouble shoot data issues; correspondence to Grant Thornton's counsel and Legal Decoder regarding the same | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Review of Arnold Porter's 29th month data and compilation of interim data for review report preparation | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Review of Skadden's 26th month data | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review of Skadden's 27th month data | | | |
| 03-26-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.70 | 225.00 | 607.50 |
| | | Review of Cole Schotz's 22-23 month data | | | |
| 03-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Preparation of review report for Arnold Porter's Seventh Interim Fee Application | | | |
| 03-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.60 | 225.00 | 810.00 |
| | | Review of Davis Polk's 29th month data | | | |
| 03-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Compilation of interim data for review report | | | |
| 03-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 225.00 | 337.50 |
| | | Preparation of Davis Polk's Seventh Interim Fee Application review report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Email correspondence with Fee Examiner re: completed interim review reports and status of balance of reports | | | |
| 03-30-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 4.00 | 375.00 | 1,500.00 |
| | | Interim fee app review | | | |
| 03-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to DPW February Data | | | |

We appreciate your business