Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,**
**FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | April 1, 2022 through April 30, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

**This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Fourth Monthly Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2022 through April 30, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from April 1, 2022 through and including April 30, 2022, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: May 4, 2022                          **BIELLI & KLAUDER LLC**


*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---|
| Case Administration | 4.80 |
| Fee/Employment Applications- Retained Professionals | 160.50 |
| **Total** | **165.30** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 57.40 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 63.70 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 19.80 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 23.70 |
| Melissa Hartlipp | Law Clerk; joined B&K in 2020 | $175.00 | 0.70 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for April 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1384
**DATE** 04/29/2022
**DUE DATE** 04/29/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - April 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

## $24,250.00

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 04-01-2022 | Isabel Bielli | [ALL] Case Administration | 0.20 | 125.00 | 25.00 |
| | | Download recent monthly apps, send to Tom | | | |
| 04-01-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review KCC 7th interim data | | | |
| 04-01-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review Dechert Data | | | |
| 04-01-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 175.00 | 122.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; confirm voluntary discounts from professionals | | | |
| 04-02-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Review Dechert 7th interim fees and expenses | | | |
| 04-02-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 125.00 | 100.00 |
| | | Draft KCC Review Report | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Preparation of Gilbert's 7th Interim Review Report | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Email correspondence to Fee Examiner with completed reports and status of balance of reports | | | |
| 04-03-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 125.00 | 225.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review Province 7th interim data | | | |
| 04-03-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 125.00 | 262.50 |
| | | Draft Province review report | | | |
| 04-03-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 125.00 | 225.00 |
| | | Draft Dechert 7th review report | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Preparation of Alix Partners' Seventh Interim Review Report | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Review of Gilbert's 28th month data | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Preparation of Cole Schotz's Sixth Interim Review Report | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 225.00 | 292.50 |
| | | Review of Cole Schotz's 6th interim data | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt and review of email correspondence from Sklar Kirsh relating to delta in Grant Thornton's previously submitted data; Receipt of Kramer Levin's January data; Receipt of email correspondence from Legal Decoder re: published data; Email correspondence to Legal Decoder re: outstanding data for Jones Day; troubleshoot King & Spalding data delta and correspondence to Legal Decoder re: missing data | | | |
| 04-03-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 225.00 | 405.00 |
| | | Review of Alix Partners' 28th and 29th month data; compilation of interim data for review report | | | |
| 04-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review updated reports and coordinate review of fee reports | | | |
| 04-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discuss fee review issues with T. Bielli | | | |
| 04-05-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to interim fee app review/analysis | | | |
| 04-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 375.00 | 600.00 |
| | | Interim fee app review | | | |
| 04-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 350.00 | 210.00 |
| | | Review Stikeman Application | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 04-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discuss status of interim fee app review | | | |
| 04-08-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Akin Gump data | | | |
| 04-08-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review Akin Gump data | | | |
| 04-08-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 125.00 | 150.00 |
| | | Review Akin Gump | | | |
| 04-08-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Draft final letter report | | | |
| 04-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Interim fee review | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 225.00 | 22.50 |
| | | Email correspondence from Legal Decoder re: balance of data published; review of assignment log | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 225.00 | 360.00 |
| | | Review of Jones Day's Seventh Interim data | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Preparation of Jones Day's Seventh Interim Review Report | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Review of King & Spalding's 28th and 29th month data | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Preparation of King & Spalding's Seventh Interim Review Report | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Review of Grant Thornton's Second Interim fee data | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Preparation of Grant Thornton's Second Interim Review Report | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review and revise reports for Dechert and Province | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Email correspondence to Fee Examiner with completed reports; email correspondence to I. Bielli re: outstanding reviews | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 225.00 | 292.50 |
| | | Review of Skadden's 28th month data and compilation of data sets for interim report preparation | | | |
| 04-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 225.00 | 315.00 |
| | | Preparation of Skadden's Seventh Interim Review Report | | | |
| 04-10-2022 | Isabel Bielli | [ALL] Case Administration | 0.60 | 125.00 | 75.00 |
| | | Update interim letters with new header | | | |
| 04-10-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 125.00 | 100.00 |
| | | Send formatted spreadsheets to Dave | | | |
| 04-10-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 125.00 | 250.00 |
| | | Review Kramer Levin data | | | |
| 04-10-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 125.00 | 175.00 |
| | | Draft Kramer Levin Review Report | | | |
| 04-10-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 125.00 | 137.50 |
| | | Draft Akin Gump review report | | | |
| 04-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 375.00 | 1,125.00 |
| | | Work on interim reports for various professionals | | | |
| 04-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Prepare Cole Schotz interim report | | | |
| 04-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Prepare FTI interim report | | | |
| 04-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Prepare Bedell Cristin interim report | | | |
| 04-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss interim fee app review with T. Bielli | | | |
| 04-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.40 | 375.00 | 150.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review KCC interim fee app, prepare interim report | | | |
| 04-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Houlihan interim fee app, prepare interim report | | | |
| 04-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Dechert interim fee app | | | |
| 04-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prepare and send out to professionals various interim report letters | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Fee Examiner's analysis with respect to Cornerstone; track substance of same | | | |
| 04-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Final editing of Cole Schotz interim report and send out same | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Fee Examiner's analysis with respect to AlixPartners; track substance of same; review expense issue concerning hosting | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Fee Examiner's analysis with respect to FTI; track substance of same | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Fee Examiner's analysis with respect to KCC | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Fee Examiner's analysis with respect to Bedell | | | |
| 04-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 375.00 | 675.00 |
| | | Prepare Davis Polk interim report | | | |
| 04-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Arnold & Porter fee analysis and discuss with T. Bielli | | | |
| 04-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review Dechert interim fee app, prepare interim report | | | |
| 04-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Phone call with Jefferies counsel re: interim fee app questions | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Houlihan interim fee app and draft interim report letter | | | |
| 04-12-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Send formatted spreadsheets to Dave regarding 7th interim letters | | | |
| 04-12-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Look up professionals billing amount 1st-5th interim for King and Spalding | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review King & Spalding Fee Examiner Report; prepare correspondence to K&S regarding no reduction | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 350.00 | 1,050.00 |
| | | Review Arnold & Porter Fee Examiner Report; prepare analysis | | | |
| 04-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Fee Examiner's analysis with respect to Cole Schotz; track substance of same | | | |
| 04-13-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 125.00 | 12.50 |
| | | Send formatted spreadsheets to Dave regarding 7th interim letters | | | |
| 04-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Compile and send out various interim reports | | | |
| 04-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to Dechert interim fee app and report | | | |
| 04-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review, edit and discuss various interim reports, including Arnold & Porter, King & Spalding | | | |
| 04-13-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review King & Spalding Fee Examiner Report; prepare correspondence to K&S regarding no reduction | | | |
| 04-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discuss status of interim fee review with T. Bielli | | | |
| 04-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Edit Davis Polk interim report and send out same | | | |
| 04-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Edit Dechert interim report and send out same | | | |
| 04-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Houlihan response to interim report and respond accordingly | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Arnold & Porter with respect to 7th Interim Fee Application; track same | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Houlihan Lokey with respect to 6th Interim Fee Application; track same | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Province with respect to Interim Fee Application; track same | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Davis Polk with respect to Interim Fee Application; track same | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 350.00 | 210.00 |
| | | Review correspondence to/from Dechert with respect to Interim Fee Application; track same | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit Fee Examiner initial Report in light of potential overlapping of tax research | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 5.00 | 350.00 | 1,750.00 |
| | | Prepare Fee Examiner Report for Jones Day Fee Request | | | |
| 04-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 4.00 | 350.00 | 1,400.00 |
| | | Prepare Fee Examiner Report for Skadden Fee Request | | | |
| 04-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 350.00 | 1,050.00 |
| | | Attention to PJT's Fee Examiner Report | | | |
| 04-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Initial review of Grant Thorton 2nd Interim | | | |
| 04-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 5.00 | 350.00 | 1,750.00 |
| | | Initial review of Brown Rudnick 7th Interim | | | |
| 04-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Initial review of Otterbourg | | | |
| 04-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 1.00 | 350.00 | 350.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Initial review of Prime Clerk | | | |
| 04-17-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | | 125.00 | No Charge |
| | | Go through 1st-6th interim applications of Skadden | | | |
| 04-17-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Go through 1st-6th interim applications of Jones Day | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Grant Thronton Fee report | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review FTI interim report and phone call with them re: same | | | |
| 04-18-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Review Grant Thornton 1st interim professionals. Draft report letter | | | |
| 04-18-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Go through 1st-6th interim applications of Kramer Levin | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review King & Spalding interim report and send out | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Jones Day interim report and send out | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | ReviewPJT interim report and send out | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review Skadden interim report and send out | | | |
| 04-18-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | finalize report and attach spreadsheets for Jones Day | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review interim fee app analysis for Prime Clerk and emails re: same | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review interim fee app analysis for Otterbourg and emails re: same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review, revise and edit Jones Day Fee Examiner's Report | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 350.00 | 1,050.00 |
| | | Review, revise and edit Brown Rudnick Fee Examiner's Report | | | |
| 04-18-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | Format final spreadsheets for Akin Gump | | | |
| 04-18-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | Format final spreadsheets and letter for Brown Rudnick | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to Skadden; input same into tracking spreadsheet | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to Prime Clerk; input same into tracking spreadsheet | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to Otterbourg; input same into tracking spreadsheet | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to King & Spalding; input same into tracking spreadsheet | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to Jones Day; input same into tracking spreadsheet | | | |
| 04-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to PJT; input same into tracking spreadsheet | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 375.00 | 1,125.00 |
| | | Review Akin Gump interim fee app and draft interim report | | | |
| 04-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Brown Rudnick interim fee app analysis and interim report | | | |
| 04-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discuss Grant Thornton interim fee app with T. Bielli | | | |
| 04-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review info provided by FTI in response to interim report and emails with them re: same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 04-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Grant Thronton Fee report | | | |
| 04-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 375.00 | 600.00 |
| | | Review and edit Grant Thornton interim report and coordinate sending out same | | | |
| 04-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Review Dechert interim report and call with them re: issues raised | | | |
| 04-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Kramer Levin Fee Application | | | |
| 04-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit Kramer Levin Fee Application | | | |
| 04-19-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Go through 1st-6th interim applications of Grant Thornton | | | |
| 04-19-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Go through 1st-6th interim applications of Kramer Levin | | | |
| 04-19-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | Go through 1st-6th interim applications of Gilbert | | | |
| 04-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review Gilbert interim report and discuss with T. Bielli | | | |
| 04-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Kramer Levin interim report, review interim fee app and discuss with T. Bielli | | | |
| 04-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Attention to Gilbert Fee Application | | | |
| 04-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review status of interim fee app review/reports and discuss with T. Bielli | | | |
| 04-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review fee application correspondence to/from Dechert with respect to Fee Examiner's Report | | | |
| 04-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review fee application correspondence to/from FTI with respect to Fee Examiner's Report | | | |
| 04-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Reed Smith Fee Application | | | |
| 04-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discussion with T. Bielli re: Reed Smith final fee app | | | |
| 04-20-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to Grant Thornton; input same into tracking spreadsheet | | | |
| 04-20-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to Gilbert; input same into tracking spreadsheet | | | |
| 04-20-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final fee examiners report as to Kramer Levin; input same into tracking spreadsheet | | | |
| 04-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Email to Dechert re: resolution of interim report issues | | | |
| 04-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to King & Spalding interim fee report, review of interim app and supplemental retention, phone call with K&S re: same | | | |
| 04-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Emails with Skadden re: resolution of interim report issues | | | |
| 04-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review various emails re: responses to interim reports | | | |
| 04-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review Davis Polk interim report and phone call with them re: issues raises | | | |
| 04-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review and assess Akin Gump response to interim report | | | |
| 04-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review response from Kramer Levin; correspond with Fee Examiner regarding same | | | |
| 04-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Conference call with Davis Pol with respect to Fee Examiner Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Kramer Levin response to interim report and discuss with T. Bielli | | | |
| 04-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Reed Smith Data | | | |
| 04-22-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Respond to Kramer Levin and issues raised in interim report | | | |
| 04-22-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Emails with Akin Gump re: interim report issues | | | |
| 04-22-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Davis Polk response to interim report issues and emails re: same | | | |
| 04-22-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Various emails from professionals with responses to interim report letters | | | |
| 04-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Review of Reed Smith's final application data | | | |
| 04-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review AlixPartners response to interim report and respond accordingly | | | |
| 04-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review Province response to interim report and respond accordingly | | | |
| 04-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Grant Thornton response to interim report and discuss with T. Bielli | | | |
| 04-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Jones Day response to interim report and discuss with T. Bielli | | | |
| 04-24-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Preparation of  Reed Smith's Final Interim Review Report | | | |
| 04-24-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of PJT Partners' 25th monthly fee statement; Receipt of Brown Rudnick's 29th monthly fee statement; Receipt of Arnold & Porter's 30th monthly fee statement and corresponding data; Receipt of Prime Clerk's 12th monthly fee statement and corresponding data; Receipt of Davis Polk's 30th month fee data; Receipt of King & Spalding's 30th month fee data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-24-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Set up of Kleinberg, Kaplan, Wolff & Cohen in Fee Examiner Assignment and Contact logs; receipt of Kleinberg Kaplan's 1st monthly fee statement; review of docket for Order Authorizing Kleinberg Kaplan and correspondence to Fee Examiner re: same; email correspondence to Kleinberg Kaplan with introduction and request for data from first monthly fee statement

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-24-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Review of docket and call with T. Bielli re: States' counsel filings; Receipt of Grant Thornton's 6th monthly fee statement and corresponding data; Receipt and review of Debtors' Application to Employ Latham & Watkins; Receipt of Kramer Levin's 29th monthly fee statement; Receipt of Gilbert's 29th monthly fee statement and corresponding data

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-24-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |

Receipt of FTI's 29th monthly fee statement and corresponding data; Receipt and review of Order authorizing Latham & Watkins and preparation of review report template/guidance; email correspondence to Davis Polk re: introduction to Latham & Watkins; Receipt and review of Debtors Application to Employ Reed Smith; Receipt of Dechert's 30th monthly fee statement; Receipt of Alix Partners' 30th monthly fee statement; Receipt of E&Y's 11th monthly fee statement and corresponding data; email correspondence to Legal Decoder re: data uploaded

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |

Review Reed Smith overage fee app and analysis re: same

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Discuss Kleinberg, Kaplan review with Bk team

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |

Attention to PJT Partners interim fee app and review including emails with them re: same

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |

Emails with Cole Schotz re: resolution of interim report issues

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |

Address Jones Day response to interim report, discuss with T. Bielli, email Jones Day

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |

Attention to Grant Thornton interim fee app issues and interim report and resolving same

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-26-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Emails with Jones Day re: resolution of interim report

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-26-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Emails with AlixPartners re: resolution of interim report

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-26-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review spreadsheet of resolutions and emails with DPW re: fee hearing and resolution of issues | | | |
| 04-26-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Gilbert response to interim report | | | |
| 04-26-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review and respond to Brown Rudnick response to interim report | | | |
| 04-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review fee order and discuss with T. Bielli | | | |
| 04-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Prep for interim fee hearing | | | |
| 04-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Attend hearing on interim fee apps | | | |
| 04-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Attention to Dechert and budgeting/fee issue, including various emails and discussions re: same | | | |
| 04-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Follow up on Dechert resolution, review fee order | | | |
| 04-27-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Correspondence with Dechert and DPW regarding Judge's comments | | | |
| 04-27-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Telephone conference with Dechert and DPW regarding Judge's comments | | | |
| 04-27-2022 | Thomas Bielli | [ALL] Case Administration | 3.00 | 350.00 | 1,050.00 |
| | | Attend Hearing on Interim Fee Applications | | | |
| 04-27-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Organize and prepare for Hearing on Interim Fee Applications | | | |
| 04-28-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Various emails re: Kleinberg Kaplan fee app | | | |
| 04-28-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with debtor's counsel re: Reed Smith fee app | | | |
| 04-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 350.00 | 280.00 |
| | | Attention to Fee Hearing for Reed Smith; correspondence with Debtors counsel regarding same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Reed Smith Notice of Fee Application; calendar same for team | | | |
| 04-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspond with DPW regarding  Reed Smith Fee Application | | | |
| 04-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 350.00 | 210.00 |
| | | Review and respond to Kleinberg Kaplan regarding Fee Application | | | |
| 04-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspond with DPW re to Kleinberg Kaplan Fee Application | | | |

We appreciate your business