May 3, 2022

UNITED STATES BANKRUPTCY COURT

                                                        Chapter 11; Case No 19-23649

SOUTHERN DISTRICT OF NEW YORK

      RE:  PURDUE PHARMA L. P., et al., Debtors

           REQUEST TO HAVE PERSONAL INFORMATION REDACTED FROM CASE SUBMISSIONS

Pro Se Claimant, Carrie McGaha, requests that all personally identifiable information, such as, address, phone number, and claim number be redacted in some of her hastily filed submissions and letters.  It was not her intention to have that information posted to a public docket and for obvious reasons of safety, requests that this information be redacted from all of her case filings.  She requests that the court give deference to Pro Se Claimants harmed by opiates since they do not have the privilege of counsel and recognize that mistakes will be made and they should be protected from those who would harm them further.

Thank you,

Carrie McGaha