United States Bankruptcy Court Southern District of New York

I Wayne M Miller would respectfully ask the court to allow me the oppertunity to disclaim the following claimant forms which are the <u>General Opioid Claimant Proof of Claim form</u> also the <u>Non-Opioid Claimant proof of Claim form (official form 410)</u>. I was misled when these claim forms were being completed. I have no reason to be involved with those two (2) claims. I'm begging the court to allow my following request to be honored. I'm deeply sorry for any inconvience I may of caused.

I'm Currently incarcerated at the Washington State penitentiary. I don't have any access to the internet. My only means of communication is by mail. Please send me any required paper work for my request. I greatly appreciate the time taken to address this matter.

Thank You

Wayne Miller

Wayne Miller 345425
L&B-E134
Washington State Pen
1313 N. 13th Ave
Walla Walla, WA 99362

U-8-E134
Washington State Pen
1313 N. 13th Ave
Walla Walla, WA 99362

SPOKANE WA 990
25 APR 2022 PM 1 L

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

10601-414000

USM WP
SDNY

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.