## Exhibit A

**Proposed Order Regarding Eighth Interim Fee Hearing**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### ORDER REGARDING EIGHTH INTERIM FEE HEARING

Upon the notice of presentment dated May 5, 2022 (the "**Notice**")[2] of Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in these cases (collectively, the "**Debtors**") for entry of an order (the "**Scheduling Order**") scheduling the Eighth Interim Fee Hearing for the three-month period from February 1, 2022 through and including April 30, 2022 for June 15, 2022, or at such other time as the Bankruptcy Court may determine; and the Court having jurisdiction to consider the Notice and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Notice and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Notice.

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the request and the opportunity for a hearing thereon having been provided; and the Court having authority pursuant to section 331 of the Bankruptcy Code to permit applications for compensation for services rendered more often than once every 120 days; and, after due deliberation of the Notice, the proposed Scheduling Order, and all of the proceedings held before the Court, the Court having determined that good and sufficient cause exists for the relief granted hereby; and due and proper notice of this proposed Scheduling Order and the opportunity for a hearing thereon having been provided; and there being no opposition to such request; and no additional notice or a hearing being required; now, therefore,

**IT IS HEREBY ORDERED THAT**

1. The Eighth Interim Fee Hearing is scheduled for June 15, 2022.

2. Any professional requesting compensation and/or reimbursement of expenses on an interim basis pursuant to the Interim Compensation Order is authorized to seek such compensation and/or reimbursement for the period from February 1, 2022 (or the effective date of retention) through and including April 30, 2022 at the Eighth Interim Fee Hearing.

3. The contents of the Notice and the notice procedures set forth therein are good and sufficient notice and satisfy the applicable Bankruptcy Rules and Local Rules, and no other or further notice of the request or the entry of this Scheduling Order is required.

4. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Scheduling Order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Scheduling Order.

Dated: White Plains, New York
      May __, 2022

                              HONORABLE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE