**Presentment Date and Time: May 12, 2022, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Date and Time: May 11, 2022, at 4:00 p.m. (prevailing Eastern Time)**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER REGARDING**
**EIGHTH INTERIM FEE HEARING**

**PLEASE TAKE NOTICE** that on November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "**Interim Compensation Order**").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that paragraph 2(xi) of the Interim Compensation Order provides that, "[c]ommencing with the period ending January 31, 2020, and for each four month interval thereafter (each, an "**Interim Fee Period**"), each of the Professionals shall file with this Court an application (an "**Interim Fee Application**") for interim Court approval and allowance, pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be), of the compensation and reimbursement of expenses requested in the Monthly Fee Statements served during such Interim Fee Period."

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything to the contrary in paragraph 2(xi) of the Interim Compensation Order, the *Proposed Order Scheduling the Eighth Interim Fee Hearing* (the "**Scheduling Order**") annexed hereto proposes that the Court will conduct a hearing (the "**Eighth Interim Fee Hearing**") with respect to the applications for allowance of interim compensation and reimbursement of expenses for the three-month period from February 1, 2022 (or the effective date of retention) through and including April 30, 2022 on June 15, 2022, or at such other time as the Bankruptcy Court may determine.  The Eighth Interim Fee Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Eighth Interim Fee Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Scheduling Order to the Honorable Robert D. Drain, United States Bankruptcy Judge, for approval and signature on **May 12, 2022 at 10:00 a.m. (prevailing Eastern Time)**.  A copy of the Scheduling Order is attached hereto as **<u>Exhibit A</u>**.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Scheduling Order attached hereto is served and filed with proof of service with the Clerk of the

Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **May 11, 2022 at 4:00 p.m. (prevailing Eastern Time)**, there will not be a hearing to consider such Scheduling Order, and such Scheduling Order may be signed and entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Scheduling Order, a hearing (the "**Scheduling Hearing**") will be held to consider such Scheduling Order before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Scheduling Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Scheduling Order may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  May 5, 2022
        New York, New York

                                DAVIS POLK & WARDWELL LLP

By:  */s/ Eli J. Vonnegut*
      Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*