## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 |
| Debtors.[1] | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF GRANT THORNTON LLP FOR: (I) ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR RETENTION AS CONSULTANTS TO DEBTORS FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022; AND (II) PAYMENT OF ACCRUED BUT UNPAID INVOICES FOR SERVICES PERFORMED IN THE ORDINARY COURSE OF DEBTORS' BUSINESS THROUGH MARCH 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Grant Thornton LLP ("**Grant Thornton**") |
| **Authorized to Provide Professional Services to:** | Debtors |
| **Date of Retention:** | **April 28, 2021** (*nunc pro tunc* to January 20, 2021) for Tax Consulting Services and **September 28, 2021** for Employee Tax Analysis and Valuation Services (effective September 1, 2021), all of which are services provided to Debtors by Grant Thornton in connection with the Plan (as further identified and defined below, the "**Plan Services**") |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Period for Which Compensation and Reimbursement is Sought ("Fee Period"):** | For the Plan Services: March 1, 2022 through March 31, 2022 |
| | For OCB Tax Services (as defined below): Accrued but unpaid invoices for services performed in the ordinary course of Debtors' business through March 31, 2022 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary for Plan Services:** | $46,914.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary for Plan Services:** | $15,355.00 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary for Tax Services Provided to the Debtors in the Ordinary Course of Business (as further identified and defined below, the "OCB Tax Services"):** | $49,135.00 |
| **Total Compensation (80%) and Expenses (100%) for Plan Services, Plus Total Compensation (100%) for OCB Tax Services Requested in this Seventh MFS:** | $102,021.60 |

## **INTRODUCTION**

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Restructuring Consultants for the Debtors Nunc Pro Tunc to January 20, 2021* [Docket No. 2760] (the "**Retention Order**"), the "*Order Authorizing the Supplemental Retention and Employment of Grant Thornton LLP by the Debtors for Tax Analysis and Valuation Services Effective September 1, 2021* [Docket No. 3831] (the "**Supplemental Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

*Professionals, dated November 21, 2019* [Docket No. 529] (the "**Interim Compensation Order**"),

Grant Thornton submits this *Seventh Monthly Fee Statement of Grant Thornton LLP for*: *(I)*

*Allowance of Compensation and Reimbursement of Expenses Incurred for Retention as*

*Consultants to Debtors for the Period March 1, 2022 to March 31, 2022; and (II) Payment of*

*Accrued But Unpaid Invoices for Services Performed in the Ordinary Course of Debtors' Business*

*Through March 31, 2022* (this "**Seventh MFS**").

### SUMMARY OF SERVICES PROVIDED AND GRANT THORNTON'S RETENTION

#### A. Services Provided by Grant Thornton in the Ordinary Course of the Debtors' Business Unrelated to the Bankruptcy Case

1.     Prior to September 15, 2019 (the "**Petition Date**"), the Debtors engaged Grant

Thornton to provide tax-related services pursuant to the terms and conditions of that certain master

agreement, dated June 1, 2018 (the "**MSA**"), and other related statements of work executed in

connection therewith.

2.     As previously disclosed in the Retention Order, the Debtors retained Grant

Thornton after the Petition Date to continue to provide certain tax-related services to assist the

Debtors in the ordinary course of their business operations (the "**OCB Tax Services**"), which work

consisted of the following services:

      a.     Sales and Use Tax Compliance Services:  On August 11, 2020, the Debtors and

          Grant Thornton entered into that certain *Statement of Work for Sales and Use*

          *Tax Return Preparation Services*, pursuant to which Grant Thornton was

          retained to assist the Debtors with the generation of sales, use and other

          transactional tax returns by providing tax return compliance services.  That

          August 11, 2020 statement of work was subsequently replaced and superseded

by that certain *Statement of Work for Sales and Use Tax Return Preparation Services*, dated March 2, 2021.

b.  <u>2020 and 2021 Tax Preparation Services</u>:  On December 7, 2020, the Debtors and Grant Thornton entered into that certain *Statement of Work for Tax Compliance Services*, pursuant to which Grant Thornton was retained to prepare the Debtors' federal and state tax returns, including extension calculations and estimated tax payments, for the 2020 taxable year, which work has been completed.  On January 20, 2022, the Debtors and Grant Thornton entered into that certain *Statement of Work for Tax Compliance Services*, pursuant to which Grant Thornton was retained to prepare the Debtors' federal and state tax returns, including extension calculations and estimated tax payments, for the 2021 taxable year.

c.  <u>Global Mobility Services</u>:  On June 18, 2020, the Debtors and Grant Thornton entered into that certain *Statement of Work for Global Mobility Services*, pursuant to which Grant Thornton was retained to provide tax compliance and consulting services for disclosures, review and execution related to United States and United Kingdom tax returns for the years 2015 through 2019.  Such services included, among other things: (i) discovery of over-reporting of income; (ii) consultation on the approach to amendments; (iii) preparation of adjusted compensation figures for necessary years; (iv) preparation of tax equalization settlements for necessary years; (v) discussions on processes and filings with the Debtors and David Lundie; and (vi) assistance with responses to IRS and HMRC notices.  On April 15, 2021, the Debtors and Grant Thornton

entered into that certain *Statement of Work for GMS Compliance Services*, pursuant to which Grant Thornton's engagement to provide Global Mobility Services was extended to the 2020 and 2021 tax years.

3.      Because the OCB Tax Services were being provided in the ordinary course of the Debtors' business and were unrelated to the administration of the bankruptcy cases, Grant Thornton understood that it was not necessary for it to be retained in these bankruptcy cases and that payment on account of such OCB Tax Services would be paid consistent with past practices and in the ordinary course of the Debtors' ongoing business operations.  Thus, prior to approval of Grant Thornton's retention with respect to the Plan Services (as further described below), the OCB Tax Services, including the billing and payment process, were not subject to the Interim Compensation Order or other fee procedures applicable to professionals retained in these bankruptcy cases.

**B.      Services for Which Grant Thornton was Subsequently Retained by Debtors Directly Relating to the Debtors' Plan Confirmation Efforts**

4.      In January 2021, the Debtors requested that Grant Thornton provide additional tax structuring services that directly related to the development of the Debtors' chapter 11 plan of reorganization in these bankruptcy cases (the "**Plan**"), including certain complicated tax related implications of the new entity ("**Newco**") anticipated to be created in the bankruptcy reorganization.  As a result of this requested expansion in the scope of work being provided, on or about January 20, 2021, Grant Thornton and the Debtors entered into that certain *Statement of Work for Tax Structuring Services* (the "**Tax Structuring Plan-Related SOW**").

5.      On April 13, 2021, the Debtors filed the *Application of Debtors for Authority to Retain and Employ Grant Thornton LLP as Tax Structuring Consultants to the Debtors Nunc Pro*

*Tunc to January 20, 2021* [Docket No. 2636], and the Court entered the Retention Order on April 28, 2021.

6.     In August 2021, the Debtors requested that Grant Thornton further expand the scope of its retention and provide additional services related to their Plan confirmation efforts. Specifically, the Debtors and Grant Thornton entered into the *Statement of Work for Advisory Services*, dated August 25, 2021 (the "**Valuation Services Plan-Related SOW**"), pursuant to which Grant Thornton was retained, subject to Court approval, to provide valuation advisory services to the Debtors relating to the Plan and the formation of the Newco as provided therein. The Debtors and Grant Thornton also entered into the *Statement of Work for Employment Tax Services & State Corporate Income/Franchise Tax Nexus Analysis Services*, dated August 26, 2021 (the "**Tax Analysis Plan-Related SOW**"), pursuant to which Grant Thornton was retained, subject to Court approval, to provide tax analysis for certain employment and other tax issues relating to the Plan and formation of the Newco as provided therein.

7.     On September 10, 2021, the Debtors filed the *Application of Debtors for Authority to Supplement Retention and Employment of Grant Thornton LLP for Tax Analysis and Valuation Services Effective September 1, 2021* [Docket No. 3761], and the Court entered the Supplemental Retention Order on September 28, 2021.

8.     Pursuant to the Retention Order and the Supplemental Retention Order, compensation and reimbursement for the services provided under the Tax Structuring Plan-Related SOW, the Valuation Services Plan-Related SOW and the Tax Analysis Plan-Related SOW (collectively, the "**Plan Services**") are subject to, and must be in compliance with, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other

applicable procedures and orders of the Court for allowance of monthly, interim and final fee applications.

## SUMMARY OF REQUESTED COMPENSATION FOR THE FEE PERIOD

9.    By this Seventh MFS, Grant Thornton seeks compensation and reimbursement of expenses in the total amount of $102,021.60, which is composed of:

    a.   Compensation and Reimbursement for Plan Services: Compensation and reimbursement of expenses in the total amount of $52,886.60 on account of: (i) compensation in the amount of $37,531.60, representing 80% of the total amount of reasonable compensation for actual, necessary Plan Services that Grant Thornton incurred during the Fee Period in the amount of $46,914.50; plus (ii) reimbursement in the amount of $15,355.00, representing 100% of the total amount of actual, reasonable and necessary expenses incurred by Grant Thornton during the Fee Period.

    b.   Compensation for OCB Tax Services:  Compensation in the total amount of $49,135.00, representing 100% of the total amount of reasonable compensation for actual, necessary OCB Tax Services that Grant Thornton has incurred during the Fee Period.  Because of Grant Thornton's retention in these bankruptcy cases by order entered April 28, 2021, out of an abundance of caution and for purposes of full disclosure, Grant Thornton is including in this Seventh MFS the outstanding amount owed in the ordinary course of business for which payment has not yet been made relating to the OCB Tax Services.

## ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS INCURRED

10.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Grant Thornton consultants during the Fee Period with respect to each project category billed to the Plan Services.  As reflected in **Exhibit A**, Grant Thornton consultants expended a total of 103.00 hours and incurred $46,914.50 in fees during the Fee Period in connection with the Plan Services.  Pursuant to this Seventh MFS, Grant Thornton seeks reimbursement for 80% of such fees, totaling $37,531.60.

11.    Attached hereto as **Exhibit B** is a chart of Grant Thornton consultants that billed time to the Plan Services, including the standard hourly rate for each consultant who rendered Plan Services to the Debtors in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked and the amount of fees earned by each consultant.  The blended hourly billing rate of consultants for all Plan Services (including hours spent on fixed fee matters, if any) provided during the Fee Period is $455.48.

12.    Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Grant Thornton in the amount of $15,355.00 in connection with providing professional services during the Fee Period and seeking compensation for such services in these bankruptcy cases.  In connection with Grant Thornton's retention in these bankruptcy cases, at the Debtors' request, Grant Thornton utilized its own outside bankruptcy counsel to assist Grant Thornton with its retention and fee approval procedures.  Pursuant to the Retention Order:

"Grant Thornton's reimbursable expenses may include the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges of Grant Thornton's external legal counsel (without the need for such legal counsel to be retained as a professional in the chapter 11 cases); provided, that, if Grant Thornton seeks reimbursement from the Debtors for attorneys' fees and expenses pursuant to the Engagement Agreement, the invoices and supporting time records for the attorneys' fees and expenses shall be included in Grant Thornton's own applications, both interim and final, and these invoices and time records shall be subject to the approval of the *[sic]* Court pursuant to sections 330 and 331 of the Bankruptcy Code, but without regard to whether

such attorneys have been retained under section 327 of the Bankruptcy Code, and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code."

Retention Order, ¶ 4. In accordance with the Retention Order, **Exhibit C** includes the invoices and supporting time records for Grant Thornton's outside legal counsel that constitute the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges incurred by Grant Thornton in connection with utilizing such external legal counsel.

13.    Attached hereto as **Exhibits D1 through D3** are the time records of Grant Thornton for the Fee Period organized by month and project category with a daily time log describing the time spent by each consultant during the applicable Fee Period in connection with the Plan Services. **Exhibit D4** are copies of Grant Thornton's invoices relating to such time records.

14.    Attached as **Exhibit E** are invoices for the total amount of reasonable compensation for actual, necessary OCB Tax Services that Grant Thornton incurred covering the Fee Period. In light of Grant Thornton's retention in these bankruptcy cases by order entered April 28, 2021, out of an abundance of caution and for purposes of full disclosure, Grant Thornton is including this disclosure of outstanding amounts owed in the ordinary course of business for which payment has not yet been received relating to the OCB Tax Services.

## Notice

15.    The Debtors will provide notice of this Seventh MFS in accordance with the Interim Compensation Order. Grant Thornton submits that no other or further notice be given.

**WHEREFORE**, Grant Thornton, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the aggregate amount of $102,021.60, composed of: (i) $37,531.60, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Grant Thornton incurred during the Fee Period (*i.e.*, $46,914.50) on account of the Plan Services; plus (ii) 100% of the actual, reasonable and necessary expenses for which Grant Thornton seeks reimbursement on account of the Plan Services in the amount of $15,355.00; plus (iii) 100% of the total amount of reasonable compensation in the amount of $49,135.00 for actual, necessary OCB Tax Services that Grant Thornton incurred through March 31, 2022.

May 6, 2022
New York, NY

**GRANT THORNTON LLP**

Raymond Werth
Partner, Grant Thornton LLP
757 Third Ave., 9th Floor
New York, NY 10017
Telephone:  (212) 599-0100

**<u>EXHIBIT A</u>**

**SUMMARY OF PLAN SERVICES BY CATEGORY**
**(For Fee Period March 1, 2022 through March 31, 2022)**

| Time Category | Category Descriptions | Exhibit | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|
| Valuation Services: Fresh Start | This category includes activities associated with valuation for fresh start accounting for financial reporting purposes. | D1 | 54.00 | $24,322.00 |
| Valuation Services: Tax | This category includes activities associated with modeling and valuation of legal entities for tax purposes. | D2 | 36.60 | $15,059.00 |
| Employee Tax Services: Payroll Tax Support (Hourly Fees) | This category includes activities associated with preparation of state and local payroll tax registration, weekly calls with the Purdue payroll team, update and closure forms, coordination with Ceridian, etc. | D3 | 12.40 | $7,533.50 |
| **TOTAL** | | | **103.00** | **$46,914.50** |

**EXHIBIT B:**

**SUMMARY OF HOURLY PLAN SERVICES BY PROFESSIONAL**
**(For Fee Period March 1, 2022 through March 31, 2022)**

| LAST NAME | FIRST NAME | TITLE | TOTAL HOURS | HOURLY RATE | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Arazi | Albert | Senior Manager | 0.80 | $650.00 | $520.00 |
| Arnett | Allen | Managing Director | 2.20 | $720.00 | $1,584.00 |
| Bellovin | Hal | Managing Director | 5.50 | $765.00 | $4,207.50 |
| Caiazzo | Mary | Senior Associate | 2.10 | $460.00 | $966.00 |
| Cherkasov | Marc | Associate | 10.70 | $270.00 | $2,889.00 |
| Cho | Sylvia | Principal | 5.30 | $720.00 | $3,816.00 |
| Garg | Ritwik | Associate | 2.40 | $270.00 | $648.00 |
| Katz | Alex | Manager | 1.00 | $500.00 | $500.00 |
| Koester | Jill | Associate | 10.20 | $270.00 | $2,754.00 |
| Kohnle | Anka | Manager | 9.80 | $500.00 | $4,900.00 |
| Kolbus | Brianna | Senior Associate | 4.00 | $400.00 | $1,600.00 |
| Miller | Alli | Senior Associate | 18.10 | $400.00 | $7,240.00 |
| Sanders | Matthew | Manager | 26.90 | $500.00 | $13,450.00 |
| Sharma | Komal | Senior Associate | 4.00 | $460.00 | $1,840.00 |
| **TOTAL** | | | **103.00** | | **$46,914.50** |

## EXHIBIT C

**SUMMARY OF OUT OF POCKET EXPENSES AND SUPPORTING INVOICES**

| CATEGORY | AMOUNT |
|---|---|
| External Legal Counsel (See Attached Supporting Invoices) | $15,355.00 |
| **TOTAL** | **$15,355.00** |



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

April 14, 2022

Invoice #49050

Due Upon Receipt

For Professional Services Rendered Through March 31, 2022

---

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/2022 | ASB | Discussed fee application process with K. Frazier (0.4). Drafted Fifth Monthly Statement (1.1). | 1.50 | $350.00 | $525.00 |
| | KKF | Drafted email to Grant Thornton billing team re: missing invoices for 5th MFS (0.1).  Telephone conference with A. Bender re: preparation of 5th MFS (0.4). Forwarded backup materials for same (0.1). | 0.60 | $625.00 | $375.00 |
| 03/02/2022 | ASB | Drafted Fifth Monthly Fee Statement and exhibits. | 4.00 | $350.00 | $1,400.00 |
| | KKF | Reviewed and revised 5th MFS (1.3).  Drafted email to R. Werth re: missing information for MFS and final sign-off before filing (0.1).  Drafted email to A. Bender with information for preparation of 2nd interim fee application (0.1). | 1.50 | $625.00 | $937.50 |
| 03/03/2022 | KKF | Reviewed new invoices for 5th MFS and exchanged email with J. Neeley and R. Werth re: same. | 0.20 | $625.00 | $125.00 |
| 03/04/2022 | KKF | Telephone conference with A. Grant re: draft 2nd interim fee application (0.5).  Exchanged correspondence with M. Giddens re: filing 5th MFS (0.1).  Exchanged correspondence with J. Neeley and R. Werth re: final invoices for 5th MFS (0.1). | 0.70 | $625.00 | $437.50 |
| 03/07/2022 | ASB | Drafted Second Interim Fee Application. | 3.00 | $350.00 | $1,050.00 |
| | KKF | Telephone conference with A. Bender re: preparation of exhibits to 2nd Interim Fee Application (0.2).  Drafted emails to R. Werth and B. Angstadt re: information requests to finalize 2nd Interim Fee Application (0.3).  Drafted emails to P. Swartzberger, T. Nobis and C. McDonald re: 5th MFS (0.2). | 0.70 | $625.00 | $437.50 |
| 03/08/2022 | ASB | Prepared draft of Second Interim Fee Statement. | 5.50 | $350.00 | $1,925.00 |
| | KKF | Telephone conference with A. Bender re: preparation of exhibits for 2nd Interim Fee Application. | 0.50 | $625.00 | $312.50 |
| 03/11/2022 | ISL | Review and address current fee statement. | 0.40 | $725.00 | $290.00 |
| 03/12/2022 | KKF | Revised Second Interim Fee Application and exhibits. | 5.20 | $625.00 | $3,250.00 |
| 03/14/2022 | ASB | Reviewed final Interim Fee Application and comments. | 0.30 | $350.00 | $105.00 |

Grant Thornton LLP

April 14, 2022
Invoice # 49050

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | KKF | Reviewed and responded to B. Angstadt re: questions and revisions to 2nd Interim fee application (0.3).  Finalize 2nd interim fee application to submit for filing (0.1). | 0.40 | $625.00 | $250.00 |
| 03/15/2022 | KKF | Exchanged emails with C. Robertson to coordinate filing and notice of same. | 0.20 | $625.00 | $125.00 |
| 03/18/2022 | KKF | Drafted email to R. Werth and B. Angstadt re: timing for fee application and MFS hearings and payments and status of 6th MFS. | 0.20 | $625.00 | $125.00 |
| 03/19/2022 | KKF | Emailed Grant Thornton teams re: 6th MFS. | 0.10 | $625.00 | $62.50 |
| 03/21/2022 | KKF | Reviewed docket for objections and drafted email to C. McDonald re: processing payment for 5th MFS. | 0.10 | $625.00 | $62.50 |
| 03/25/2022 | ASB | Review and begin preparation of the 6th Monthly Fee Statement of Grant Thornton. | 2.90 | $350.00 | $1,015.00 |
| | KKF | Reviewed exhibits and fee information for 6th MFS (0.6).  Revised draft of 6th MFS (0.2). | 0.80 | $625.00 | $500.00 |
| 03/28/2022 | ASB | Continued to prepare Sixth Fee Statement and prepared exhibits. | 2.80 | $350.00 | $980.00 |
| | KKF | Researched discrepancy issue in 4th MFS raised by fee examiner (0.4).  Drafted emails to T. Nobis explaining discrepancy in 4th MFS and updated LEDES file for 5th MFS (0.2). | 0.60 | $625.00 | $375.00 |
| 03/29/2022 | ASB | Revised and updated Sixth Fee Statement. | 3.00 | $350.00 | $1,050.00 |
| | KKF | Reviewed and revised 6th MFS (0.5).  Telephone conference with A. Bender re revisions to 6th MFS (0.2).  Drafted email to A. Bender and X. Angie re missing invoice for GMS work performed (0.1). | 0.80 | $625.00 | $500.00 |
| 03/31/2022 | ASB | Followed up to obtain final invoice for 6th Fee Statement for filing. | 0.40 | $350.00 | $140.00 |

| | | For professional services rendered | 36.4 hrs | | $16,355.00 |
|---|---|---|---|---|---|
| | | SUBTOTAL | | | $16,355.00 |
| | | Less Courtesy Discount | | | ($1,000.00) |
| | | Total amount of this bill | | | $15,355.00 |
| | | Previous balance | | | $15,692.50 |
| 03/21/2022 | | Payment - Thank you, Check # 001087347 | | | ($3,620.00) |
| | | Total Payments and Adjustments | | | ($3,620.00) |
| | | Balance due upon receipt | | | $27,427.50 |

**EXHIBIT D1**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**
**(Project Category: *Valuation Services: Fresh Start*)**

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Miller, Allison | Senior Associate | 3/1/2022 | 1.10 | $400.00 | $440.00 | Organized the summary of preliminary enterprise values of separate legal entities and breakout of intangible assets allocated to the legal entities. |
| Sanders, Matthew | Manager | 3/1/2022 | 2.10 | $500.00 | $1,050.00 | Evaluated the impact of allocating incentive payments and legal expenses to the cash flows of certain branded opioid CMP intangible assets. |
| Kohnle, Ann-Katrin | Manager | 3/2/2022 | 0.50 | $500.00 | $250.00 | External client call with Purdue (E. Nowakowski for expertise related to branded opioid products) and GT(M. Sanders responsible for valuation of branded opioid CMP intangibles) to discuss expected remaining useful lives of the branded opioid CMP and pipeline intangible assets. |
| Kohnle, Ann-Katrin | Manager | 3/2/2022 | 0.50 | $500.00 | $250.00 | External client call to discuss the long term plan for PHI and impact on the consolidated PPLP projections as well as the branded opioid CMP intangible assets with Purdue: E. Ruiz (for expertise related to the PHI liability forecast), and E. Nowakowski (for general knowledge of the PHI and impact on future of opioid related products);  and GT: M. Sanders(responsible for valuation of Oxycontin CMP intangible asset impacted by PHI). |
| Sanders, Matthew | Manager | 3/2/2022 | 0.50 | $500.00 | $250.00 | External client call to discuss the long term plan for PHI and impact on the consolidated PPLP |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | projections as well as the branded opioid CMP intangible assets with Purdue: E. Ruiz (for expertise related to the PHI liability forecast), and E. Nowakowski (for general knowledge of the PHI and impact on future opioid related products);  and GT: A. Kohnle(responsible for consolidated enterprise valuation impacted by PHI spend). |
| Sanders, Matthew | Manager | 3/2/2022 | 1.70 | $500.00 | $850.00 | Analyzed the revised branded opioid P&L and COGS support files provided by the client to refine certain assumptions related to the remaining useful life assumptions in the branded products CMP valuation models. |
| Sanders, Matthew | Manager | 3/2/2022 | 0.70 | $500.00 | $350.00 | Analyzed the updated PHI expense detail to determine impact of changes compared to data previously provided with R&D and sales and promotion expense broken out by product category. |
| Sanders, Matthew | Manager | 3/2/2022 | 0.50 | $500.00 | $250.00 | External client call  to discuss expected useful lives of CMP and pipeline intangible assets related to branded opioid products with Purdue (E. Nowakowski for expertise related to branded opioid products) and GT(A. Kohnle responsible for valuation of branded opioid pipeline intangibles). |
| Sanders, Matthew | Manager | 3/2/2022 | 1.90 | $500.00 | $950.00 | Created discount cash flow model to calculate the present value of the projected PHI expense adjustment to apply to the Oxycontin CMP intangible asset. |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Cho, Sylvia | Principal | 3/3/2022 | 1.10 | $720.00 | $792.00 | Evaluated the preliminary value indications for the currently marketed products intangible assets and corresponding key assumptions for reasonableness logical consistency. |
| Cho, Sylvia | Principal | 3/3/2022 | 0.90 | $720.00 | $648.00 | Reviewed and analysis of draft valuation schedules and initial tax entity level valuations. |
| Cherkasov, Marc | Associate | 3/3/2022 | 0.90 | $270.00 | $243.00 | Evaluated the preliminary value indications for the currently marketed products intangible assets and corresponding key assumptions and drivers of value. |
| Cherkasov, Marc | Associate | 3/3/2022 | 0.60 | $270.00 | $162.00 | Refined the draft valuation schedules for the CMP intangible assets and inventory valuations to submit for internal review. |
| Kohnle, Ann-Katrin | Manager | 3/3/2022 | 1.40 | $500.00 | $700.00 | Analyzed the preliminary reconciliation of intangible and tangible asset values with the over business enterprise value to assess reasonableness of the allocation of value. |
| Kolbus, Brianna | Senior Associate | 3/3/2022 | 1.10 | $400.00 | $440.00 | Evaluated the preliminary value indications for the IPR&D intangible assets to identify the key assumptions and drivers of value. |
| Kolbus, Brianna | Senior Associate | 3/3/2022 | 0.40 | $400.00 | $160.00 | Prepared draft valuation schedules for the IPR&D intangible assets and consolidated business enterprise valuation for internal review. |
| Sanders, Matthew | Manager | 3/3/2022 | 1.30 | $500.00 | $650.00 | Evaluated the preliminary reconciliation of the CMP intangible assets with the overall allocation of tangible and intangibles asset values to assess the reasonableness of the allocation based on certain risk factors, inputs and assumptions. |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sanders, Matthew | Manager | 3/3/2022 | 1.80 | $500.00 | $900.00 | Evaluated the impact of revising the forecast inputs for the branded opioid CMPs based on updated cost allocation data provided by the client. |
| Sanders, Matthew | Manager | 3/3/2022 | 0.20 | $500.00 | $100.00 | Reviewed full set of draft schedules prior to delivering for internal review to ensure assumptions and formatting consistency across all schedules. |
| Cho, Sylvia | Principal | 3/4/2022 | 0.80 | $720.00 | $576.00 | Reviewed and analyzed the revised draft valuation conclusions to assess the reasonableness of the PHI expenses allocation to the OxyContin CMP intangible asset. |
| Cherkasov, Marc | Associate | 3/4/2022 | 2.10 | $270.00 | $567.00 | Updated the valuation models for the currently marketed products intangible assets and inventory based on revised brand opioid forecasts and COGS detail. |
| Katz, Alex | Manager | 3/4/2022 | 1.00 | $500.00 | $500.00 | Performed independent math check and quality control review to ensure mathematical accuracy to advise on reasonableness of the consolidated business enterprise valuation model conclusions. |
| Koester, Jillian | Associate | 3/4/2022 | 1.80 | $270.00 | $486.00 | Refined certain footnotes and formatting items in the enterprise value, IPR&D intangible assets, and branded pipeline intangible asset valuation schedules. |
| Kohnle, Ann-Katrin | Manager | 3/4/2022 | 1.10 | $500.00 | $550.00 | Evaluated the impact of revisions to certain inputs and assumptions based on internal review comments on the preliminary draft schedules. |
| Kolbus, Brianna | Senior Associate | 3/4/2022 | 0.50 | $400.00 | $200.00 | Updated the models for the CMP intangible assets based on review comments provided from |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | internal review of preliminary draft schedules. |
| Sanders, Matthew | Manager | 3/4/2022 | 1.90 | $500.00 | $950.00 | Refined certain assumptions related to discount rates for the intangible assets and assessed the implications to the concluded values through sensitivity analysis of certain discount rate assumptions. |
| Cho, Sylvia | Principal | 3/7/2022 | 1.10 | $720.00 | $792.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO; J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Arnett, to oversee general valuation methodologies; A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions; B. Kolbus, for valuation issues related to the inputs and assumptions used in the Inventory valuations J. Koester, for valuation issues related to the consolidated enterprise valuation; and M. Cherkasov, for valuation issues related to the inputs and assumptions used in the CMP intangible asset valuations) |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Cherkasov, Marc | Associate | 3/7/2022 | 1.10 | $270.00 | $297.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO;  J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Arnett, to oversee general valuation methodologies; S. Cho, to oversee general valuation methodologies; A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions; B. Kolbus, for valuation issues related to the inputs and assumptions used in the Inventory valuations J. Koester, for valuation issues related to the consolidated enterprise valuation; and M. Cherkasov, for valuation issues related to the inputs and assumptions used in the CMP intangible asset valuations) |
| Koester, Jillian | Associate | 3/7/2022 | 1.10 | $270.00 | $297.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO;  J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Arnett, to oversee general valuation methodologies; S. Cho, to oversee general valuation methodologies; A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions; B. Kolbus, for valuation issues related to the inputs and assumptions used in the Inventory valuations; and M. Cherkasov, for valuation issues related to the inputs and assumptions used in the CMP intangible asset valuations) |
| Kohnle, Ann-Katrin | Manager | 3/7/2022 | 1.10 | $500.00 | $550.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO; J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Arnett, to oversee general valuation methodologies; S. Cho, to oversee general valuation methodologies; M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; A. Miller, for |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | valuation issues related to the IPR&D and branded pipeline inputs and assumptions; B. Kolbus, for valuation issues related to the inputs and assumptions used in the Inventory valuations J. Koester, for valuation issues related to the consolidated enterprise valuation; and M. Cherkasov, for valuation issues related to the inputs and assumptions used in the CMP intangible asset valuations) |
| Kolbus, Brianna | Senior Associate | 3/7/2022 | 1.10 | $400.00 | $440.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO;  J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Arnett, to oversee general valuation methodologies; S. Cho, to oversee general valuation methodologies; A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions; J. Koester, for valuation issues related to the consolidated enterprise valuation; and M. Cherkasov, for valuation issues related to the |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | inputs and assumptions used in the CMP intangible asset valuations) |
| Miller, Allison | Senior Associate | 3/7/2022 | 1.10 | $400.00 | $440.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO; J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Arnett, to oversee general valuation methodologies; S. Cho, to oversee general valuation methodologies; A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; B. Kolbus, for valuation issues related to the inputs and assumptions used in the Inventory valuations J. Koester, for valuation issues related to the consolidated enterprise valuation; and M. Cherkasov, for valuation issues related to the inputs and assumptions used in the CMP intangible asset valuations) |
| Sanders, Matthew | Manager | 3/7/2022 | 1.60 | $500.00 | $800.00 | Analyzed market data and PJT valuation exit multiples for Avrio business provided by management and compared to the indicated multiples from the current fresh start and tax valuations for Rhodes and Avrio. |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sanders, Matthew | Manager | 3/7/2022 | 1.10 | $500.00 | $550.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO; J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Arnett, to oversee general valuation methodologies; S. Cho, to oversee general valuation methodologies; A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions; B. Kolbus, for valuation issues related to the inputs and assumptions used in the Inventory valuations J. Koester, for valuation issues related to the consolidated enterprise valuation; and M. Cherkasov, for valuation issues related to the inputs and assumptions used in the CMP intangible asset valuations) |
| Garg, Ritwik | Associate | 3/8/2022 | 2.40 | $270.00 | $648.00 | Performed independent math check and quality control review to ensure mathematical accuracy and logic check to advise on reasonableness of the IPR&D and branded pipeline intangible asset valuation model conclusions. |
| Cherkasov, Marc | Associate | 3/9/2022 | 0.40 | $270.00 | $108.00 | Assessed the necessary adjustments and follow up items required for the fresh start CMP |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | and inventory valuation models based on client feedback along with implications for the legal entity tax valuation considerations. |
| Kohnle, Ann-Katrin | Manager | 3/9/2022 | 0.60 | $500.00 | $300.00 | Assessed the necessary adjustments and follow up items required for the fresh start IPR&D and branded pipeline valuation models based on client feedback along with tax valuation considerations. |
| Miller, Allison | Senior Associate | 3/9/2022 | 0.50 | $400.00 | $200.00 | Assessed the necessary adjustments and follow up items required for the fresh start IPR&D and branded pipeline valuation models based on client feedback along with tax valuation considerations. |
| Sanders, Matthew | Manager | 3/9/2022 | 0.50 | $500.00 | $250.00 | Assessed the necessary adjustments and follow up items required for the fresh start CMP and inventory valuation models based on client feedback along with tax valuation considerations. |
| Cherkasov, Marc | Associate | 3/11/2022 | 0.90 | $270.00 | $243.00 | Updated the currently market products intangible asset models based on review comments from internal review. |
| Koester, Jillian | Associate | 3/11/2022 | 1.50 | $270.00 | $405.00 | Evaluated the CMP intangible asset and inventory valuation models to ensure mathematically accuracy and reasonableness of conclusions based on the revisions made after receiving initial client feedback. |
| Kohnle, Ann-Katrin | Manager | 3/21/2022 | 0.50 | $500.00 | $250.00 | External client call to discuss follow up questions from the client regarding preliminary draft valuation schedules with Purdue team: (J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; and A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions). |
| Miller, Allison | Senior Associate | 3/21/2022 | 1.60 | $400.00 | $640.00 | Refined the overall enterprise valuation model based on additional commentary provided by the client related to certain language and assumptions that was utilized in the draft schedules. |
| Miller, Allison | Senior Associate | 3/21/2022 | 0.50 | $400.00 | $200.00 | External client call to discuss follow up questions from Purdue regarding preliminary draft valuation schedules with. Purdue team: (J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; and M. Sanders, to manage valuation of currently marketed products and inventory valuations). |
| Sanders, Matthew | Manager | 3/21/2022 | 0.60 | $500.00 | $300.00 | Exported time entries to prepare February 2022 fee application. |
| Sanders, Matthew | Manager | 3/21/2022 | 0.50 | $500.00 | $250.00 | External client call to discuss follow up questions from Purdue regarding preliminary draft valuation schedules with. Purdue team: (J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; and A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions). |
| Cho, Sylvia | Principal | 3/22/2022 | 0.90 | $720.00 | $648.00 | Reviewed the updated draft schedules to analyze the impact of changes in key assumptions and inputs based on initial review comments provided to the intangible asset valuation team. |
| Sanders, Matthew | Manager | 3/22/2022 | 1.70 | $500.00 | $850.00 | Organized time entry data and support for the February 2022 fee application. |
| Sanders, Matthew | Manager | 3/23/2022 | 2.10 | $500.00 | $1,050.00 | Organized narrative support for the February 2022 fee application file. |
| Sanders, Matthew | Manager | 3/24/2022 | 1.10 | $500.00 | $550.00 | Finalized invoice and support detail for February 2022 fee application. |
| **TOTAL** | | | **54.00** | | **$24,322.00** | |

**EXHIBIT D2**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**
**(Project Category: *Valuation Services: Tax*)**

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Koester, Jillian | Associate | 3/1/2022 | 2.10 | $270.00 | $567.00 | Refined the consolidation of the legal tax entity valuations to reconcile with the concluded intangible asset values applicable to each of the legal entities. |
| Kohnle, Ann-Katrin | Manager | 3/1/2022 | 1.00 | $500.00 | $500.00 | Evaluated the preliminary enterprise values of the individual legal tax entities to reconcile with the consolidated enterprise value and discrete intangible assets allocated to the corresponding entities. |
| Kolbus, Brianna | Senior Associate | 3/1/2022 | 0.90 | $400.00 | $360.00 | Assessed the preliminary enterprise values of the individual legal entities to reconcile to the consolidated enterprise value and discrete intangible assets allocated to the legal entities. |
| Miller, Allison | Senior Associate | 3/1/2022 | 1.90 | $400.00 | $760.00 | Updated the Rhodes legal entity tax valuation model based on client feedback regarding the allocation of certain overhead costs and absorption applicable to the Wilson manufacturing facility. |
| Miller, Allison | Senior Associate | 3/1/2022 | 1.80 | $400.00 | $720.00 | Updated the PPLP legal entity tax valuation model based on feedback from the client regarding certain cash flow adjustments that correspond to PHI expenses and other nonrecurring expenses items. |
| Miller, Allison | Senior Associate | 3/1/2022 | 1.10 | $400.00 | $440.00 | Prepared reconciliation of the preliminary enterprise values of the individual legal entities with the consolidated enterprise value and discrete intangible assets allocated to the legal entities. |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Miller, Allison | Senior Associate | 3/1/2022 | 1.60 | $400.00 | $640.00 | Refined the Avrio tax valuation model inputs based on client feedback regarding prior valuations that were prepared for the Avrio business. |
| Sanders, Matthew | Manager | 3/1/2022 | 1.00 | $500.00 | $500.00 | Evaluated the preliminary enterprise values of the individual legal entities to reconcile with the consolidated enterprise value and discrete intangible assets allocated to the legal entities. |
| Arnett, Allen | Managing Director | 3/3/2022 | 1.10 | $720.00 | $792.00 | Reviewed the preliminary value indications for the tangible and intangible assets and corresponding key assumptions for reasonableness and logical consistency. |
| Koester, Jillian | Associate | 3/3/2022 | 1.90 | $270.00 | $513.00 | Evaluated the projected financial data utilized in the tax entity valuation models to ensure consistency with the data utilized to value the intangible assets that would fall under each of the legal tax entities. |
| Kohnle, Ann-Katrin | Manager | 3/3/2022 | 2.20 | $500.00 | $1,100.00 | Organized the financial data utilized to prepare each of the legal entity tax valuations to reconcile with the consolidated financials for the overall company. |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Arnett, Allen | Managing Director | 3/7/2022 | 1.10 | $720.00 | $792.00 | External client call to discuss high level value conclusions and key inputs related to preliminary draft valuation schedules with Purdue team: (T. Ronan, interim CFO;  J. Lowne, former CFO to facilitate transition; E. Nowakowski, Director of Accounting; and E. Ruiz, Director of Business Development Finance) and GT team: (S. Cho, to oversee general valuation methodologies; A. Kohnle, to manage valuation of IPR&D and branded pipeline intangible assets and consolidated; M. Sanders, to manage valuation of currently marketed products and inventory valuations and consolidation; A. Miller, for valuation issues related to the IPR&D and branded pipeline inputs and assumptions; B. Kolbus, for valuation issues related to the inputs and assumptions used in the Inventory valuations J. Koester, for valuation issues related to the consolidated enterprise valuation; and M. Cherkasov, for valuation issues related to the inputs and assumptions used in the CMP intangible asset valuations) |
| Cho, Sylvia | Principal | 3/9/2022 | 0.50 | $720.00 | $360.00 | Assessed the necessary adjustments and follow up items required for the fresh start valuation models based on client feedback along with tax valuation considerations. |
| Cherkasov, Marc | Associate | 3/11/2022 | 2.10 | $270.00 | $567.00 | Evaluated the status of the Avrio, PPLP, and Rhodes legal tax entity valuation models to |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | determine next steps and outstanding data items needed. |
| Kohnle, Ann-Katrin | Manager | 3/11/2022 | 0.90 | $500.00 | $450.00 | Assessed the status of the valuation models for all legal tax entities being valued and organized data to determine how to allocate responsibilities among the GT team. |
| Miller, Allison | Senior Associate | 3/11/2022 | 1.30 | $400.00 | $520.00 | Analyzed the impact to the Avrio tax valuation model based on revisions that were implement from client feedback regarding prior valuations that were prepared for the Avrio business. |
| Miller, Allison | Senior Associate | 3/11/2022 | 1.50 | $400.00 | $600.00 | Evaluated the impact to the Rhodes legal entity tax valuation model from revisions that were implemented based on management feedback regarding the allocation of certain overhead costs and absorption applicable to the Wilson manufacturing facility. |
| Miller, Allison | Senior Associate | 3/11/2022 | 1.20 | $400.00 | $480.00 | Assessed the impact of revisions made to the PPLP legal entity tax valuation model based on feedback from the client regarding certain cash flow adjustments that correspond to PHI and one time expense items. |
| Miller, Allison | Senior Associate | 3/11/2022 | 1.10 | $400.00 | $440.00 | Updated the legal entity tax valuation models based on discussions with the client regarding allocation of certain expenses between the PPLP and Rhodes entities. |
| Sanders, Matthew | Manager | 3/11/2022 | 1.20 | $500.00 | $600.00 | Assessed the status of the valuation models for all legal tax entities being valued to organize data and allocate responsibilities to the GT valuation team. |
| Sanders, Matthew | Manager | 3/11/2022 | 1.30 | $500.00 | $650.00 | Evaluated the breakout of the individual legal entity balance sheets and cash flows to be used |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | for the legal entity tax valuations models. |
| Koester, Jillian | Associate | 3/14/2022 | 1.80 | $270.00 | $486.00 | Refined the inputs and assumptions utilized in valuation model for the Wilson legal entity tax valuation. |
| Miller, Allison | Senior Associate | 3/14/2022 | 1.80 | $400.00 | $720.00 | Developed the Wilson legal entity tax valuation models an inputted relevant financial data provided by the client. |
| Cherkasov, Marc | Associate | 3/31/2022 | 2.60 | $270.00 | $702.00 | Created the valuation model for the Transdermal legal entity tax valuation and updated the PPLP and Rhodes cash flows to reflect the adjustments for the Butrans AG royalty agreement. |
| Sanders, Matthew | Manager | 3/31/2022 | 1.60 | $500.00 | $800.00 | Evaluated the impact of the Butrans AG royalty agreement and appropriate treatment of associated royalty payments for the Transdermal legal entity valuation. |
| **TOTAL** | | | **36.60** | | **$15,059.00** | |

**EXHIBIT D3**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**

**(Project Category:  *Employee Tax Services: Payroll Tax Support (Hourly Fees)***

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | DESCRIPTION |
|---|---|---|---|---|---|---|
| Caiazzo, Mary Frances | Senior Associate | 3/7/2022 | 0.30 | $460.00 | $138.00 | State withholding guidance on specific employee scenarios |
| Bellovin, Hal | Managing Director | 3/7/2022 | 2.00 | $765.00 | $1,530.00 | External call with D Cabral, L Kusinski, S Lemack and Ceridian team |
| Sharma, Komal | Senior Associate | 3/10/2022 | 2.00 | $460.00 | $920.00 | State withholding guidance on specific employee scenarios |
| Caiazzo, Mary Frances | Senior Associate | 3/10/2022 | 0.50 | $460.00 | $230.00 | State withholding guidance on specific employee scenarios |
| Sharma, Komal | Senior Associate | 3/11/2022 | 2.00 | $460.00 | $920.00 | State withholding guidance on specific employee scenarios |
| Bellovin, Hal | Managing Director | 3/11/2022 | 1.50 | $765.00 | $1,147.50 | External call to discuss hybrid workforce |
| Caiazzo, Mary Frances | Senior Associate | 3/14/2022 | 1.30 | $460.00 | $598.00 | State withholding guidance on specific employee scenarios |
| Arazi, Albert | Senior Manager | 3/15/2022 | 0.80 | $650.00 | $520.00 | State withholding guidance on specific employee scenarios |
| Bellovin, Hal | Managing Director | 3/28/2022 | 2.00 | $765.00 | $1,530.00 | External call with D Cabral, L Kusinski, S Lemack and Ceridian team |
| **TOTAL** | | | **12.40** | | **$7,533.50** | |

## EXHIBIT D4

### INVOICES FOR PLAN SERVICES

The following is a summary of the invoices relating to Plan Services provided by Grant Thornton during the Fee Period.  Copies of the actual invoices are attached.

| GT Invoice No. | Total Amount | Invoice Date | Service Period | Plan Service Provided |
|---|---|---|---|---|
| 953954397 | $7,533.50 | 4/30/22 | March 1-31, 2022 | Employee Tax Services |
| 953948623 | $39,381.00 | 4/22/22 | March 1-31, 2022 | Valuation Services |
| **Total:** | **$46,914.50** | | | |

# Grant Thornton

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
        201 Tresser Boulevard
        Stamford, CT 06901-3431

*Date:*   April 30, 2022

**Bill Number**: 953954397          **Client-Assignment Code:** 0200102-00017

Fees for professional services from March 1, 2022 through March 31, 2022
related to:

1) Payroll tax support based on hourly rates
   - Various meetings with Purdue team and Ceridian
   - Consulting on various employee scenarios
   - Out of scope discussions on hybrid workforce                 $      7,533.50

**Total Amount of Bill:**                                         $      7,533.50

*Terms:*   As agreed upon
           Federal ID No. 36-6055558

**Grant**Thornton

**Grant Thornton LLP**
27777 Franklin Road
Suite 800
Southfield, MI 48034

T 248.262.1950
F 248.350.3581
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*    Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*    April 22, 2022

**Bill Number**: 953948623        **Client-Assignment Code:** 0200102-00018

Progress bill related to professional services rendered in the Fresh Start and tax
valuation analysis incurred from March 1, 2022 - March 31, 2022.

Total Fees:                                                          $        39,381.00

Total Expenses:                                                              0.00

**Total Amount of Bill:**                                      $        39,381.00

*Terms:*    As agreed upon
Federal ID No. 36-6055558

## EXHIBIT E

### INVOICES FOR OCB TAX SERVICES

The following is a summary of the invoices relating to OCB Tax Services for which Grant Thornton seeks reimbursement pursuant to the Seventh MFS.  Copies of the actual invoices also are attached.

| GT Invoice No. | Amount | Invoice Date | Service Period | Type of OCB Tax Services |
|---|---|---|---|---|
| 953942473 | $6,205.00 | 4/7/22 | February 2022 Compliance processed in March 2022; January 2022 Invoice Review Services (for February returns due in March 2022) | Sales and Use Tax Compliance Services |
| 953937476 | $42,930.00 | 3/25/22 | March 1, 2022 Installment Payment | 2021 Tax Preparation Services |
| **TOTAL** | **$49,135.00** | | | |

**Grant Thornton**

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
        201 Tresser Boulevard
        Stamford, CT 06901-3431

*Date:*   April 7, 2022

**Bill Number**: 953942473        **Client-Assignment Code:** 0200102-00016

| | |
|---|---:|
| Sales & Use Tax Compliance & Invoice Review | |
| February 2022 Compliance processed in March 2022: | $  1,910.00 |
| | |
| COMPLIANCE TOTAL: | 1,910.00 |
| | |
| Review of January's Invoices (60 transactions) filed with February's returns due in March 2022 (filed on a one-month lag), notices & consulting: | 4,295.00 |
| | |
| INVOICE REVIEW & CONSULTING TOTAL: | 4,295.00 |
| | |
| **Total Amount of Bill:** | **$    6,205.00** |

*Terms:*   As agreed upon
           Federal ID No. 36-6055558

**Grant Thornton**

**Grant Thornton LLP**
757 3rd Avenue #9
New York, NY 10017-2013

T 212.599.0100
F 212.370.4520
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*    Purdue Pharma L.P.
         201 Tresser Boulevard
         Stamford, CT 06901-3431

*Date:*  March 25, 2022

         **Bill Number**: 953937476          **Client-Assignment Code:** 0200102-00019

         Second progress billing for professional services rendered in the preparation of
         income tax returns for the year ended 12/31/2021                    $       40,500.00

         Expenses, including an administrative expense charge of 6%                  2,430.00

         **Total Amount of Bill:**                                        **$      42,930.00**

*Terms:*  As agreed upon
          Federal ID No. 36-6055558