Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING JANUARY 1, 2022, THROUGH JANUARY 31, 2022**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | January 1, 2022, through January 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $313,305.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $7,054.83 |
| **Total compensation requested in this statement:** | $250,644.00 (80% of $313,305.00) |
| **Total expenses requested in this statement:** | $7,054.83 |
| **Total compensation and expenses requested in this statement:** | $257,698.83 |

**This is a:**   _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Twenty-Ninth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing January 1, 2022, through January 31, 2022 (the "**Fee Period**").

### Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 524.4 hours of professional services during the Fee Period, resulting in fees totaling $313,305.00.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $250,644.00.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $694.56.  The blended hourly rate of all paraprofessionals is $379.83.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $7,054.83 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: May 6, 2022

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### JANUARY 1, 2022, THROUGH JANUARY 31, 2022

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|:---:|
| .04 | Case Administration | 12.5 | $6,289.50 |
| .07 | Fee Applications-Self | 15.6 | $7,440.00 |
| .11 | Plan & Disclosure Statement | 428.6 | $273,347.00 |
| .15 | MSGE Group Meetings/Conferences | 8.2 | $6,203.00 |
| .17 | Docket Review & File Maintenance | 59.5 | $20,025.50 |
| **TOTAL** | | **524.4** | **$313,305.00** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### JANUARY 1, 2022, THROUGH JANUARY 31, 2022

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,175.00 | 45.5 | $53,462.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $915.00 | 12.8 | $11,712.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $975.00 | 0.5 | $487.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $975.00 | 56.6 | $55,185.00 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $665.00 | 25.5 | $16,957.50 |
| Nathaniel R. Miller | Associate / 2016 / Bankruptcy | $525.00 | 0.3 | $157.50 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $525.00 | 180.6 | $94,815.00 |
| Shamara R. James | Associate / 2017 / Bankruptcy | $495.00 | 0.9 | $445.50 |
| Shahriar M. Raafi | Associate / 2017 / Bankruptcy | $495.00 | 2.4 | $1,188.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $465.00 | 37.5 | $17,437.50 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $405.00 | 16.8 | $6,804.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $405.00 | 94.1 | $38,110.50 |
| Caroline M. Johnson | Paralegal / N/A / Bankruptcy | $325.00 | 50.9 | $16,542.50 |
| **TOTAL** | | | **524.4** | **$313,305.00** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### JANUARY 1, 2022, THROUGH JANUARY 31, 2022

| Category | Amount |
|---|---|
| Court Reporter Transcript Services | $82.80 |
| Database Research | $1,778.33 |
| Miscellaneous | $1,745.00 |
| Outside Duplication | $3,448.70 |
| **TOTAL** | **$7,054.83** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000                Federal Tax I.D. No.: 52-1226629                Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:        340433
Page:                    1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through January 31, 2022

| | |
|---|---|
| Total Services | $313,305.00 |
| Total Disbursements | $7,054.83 |
| Total Current Charges | $320,359.83 |

---

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000       Federal Tax I.D. No.: 52-1226629       Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

April 04, 2022
Invoice #:      340433
Page:             1

RE: Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through January 31, 2022

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 1/5/2022 | JAG | Prepare and file KCM pro hac vice motion. | 0.4 | $405.00 | $162.00 |
| 1/5/2022 | JAG | Review calendar and update docket. | 0.3 | $405.00 | $121.50 |
| 1/7/2022 | TEP | Communications w/ CG re 2nd Circuit admission. | 0.2 | $915.00 | $183.00 |
| 1/7/2022 | CG | Prepare 2nd Circuit admission applications (2.3); review local rules and internal operating procedures re same (.8). | 3.1 | $405.00 | $1,255.50 |
| 1/8/2022 | JPW | Notary session re 2nd Circuit admission. | 0.2 | $975.00 | $195.00 |
| 1/8/2022 | TEP | Review materials and get 2nd Circuit application notarized. | 0.2 | $915.00 | $183.00 |
| 1/10/2022 | TEP | Communicate w/ JAG re 2nd Circuit admission. | 0.1 | $915.00 | $91.50 |
| 1/11/2022 | TEP | Communications w/ CG and JAG re 2nd Circuit admission. | 0.2 | $915.00 | $183.00 |
| 1/11/2022 | JAG | Confer w/ Court re admissions (.2); communications w/ TEP, LHS and CG re same (.2). | 0.4 | $405.00 | $162.00 |
| 1/17/2022 | LHS1 | Draft notices of appearance. | 0.6 | $525.00 | $315.00 |
| 1/19/2022 | LHS1 | Edit notices of appearance. | 0.4 | $525.00 | $210.00 |
| 1/20/2022 | LHS1 | Prepare notices of appearance for filing. | 1.1 | $525.00 | $577.50 |
| 1/21/2022 | TEP | Conferences w/ Second Circuit clerk re service issue (.2); communications w/ KCM, JAL, LHS, and CG re same (.2); review draft Court communication (.2); communications w/ KCM, JAL, LHS, and JAG re same (.2). | 0.8 | $915.00 | $732.00 |

April 04, 2022
Invoice #:        340433

Page:            2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 1/21/2022 | JAG | Draft notices of appearance (.4); communications w/ KCM, TEP, JAL and LHS re same (.2); communicate w/ LHS re same (.2); revise same (.3). | 1.1 | $405.00 | $445.50 |
| 1/27/2022 | LHS1 | Review notice of appearance and certificate of service (.1); confer w/ JAG re upcoming filings (.3); draft notices of appearance (.4). | 0.8 | $525.00 | $420.00 |
| 1/27/2022 | JAG | Prepare notice of appearance (.3); confer w/ LHS re same and additional tasks re upcoming filing deadlines (.3); review order from Second Circuit (.3); update calendar re same (.3); communicate w/ TEP re same (.1); communicate w/ LHS re same (.1); communications w/ KCM, TEP, JAL and LHS re same (.3). | 1.7 | $405.00 | $688.50 |
| 1/31/2022 | JAG | Confer w/ Second Circuit clerk re notices of appearance (.2); prepare and file same (.2); effect service re same (.2); confer w/ Judge Drain's chambers re attorney registrations for hearing (.2); communications w/ KCM, JAL and LHS re same (.1). | 0.9 | $405.00 | $364.50 |
| | | **Total** | **12.50** | | **$6,289.50** |
| **.07** | **Fee Applications-Self** | | | | |
| 1/11/2022 | CG | Review and revise November and December fee applications. | 5.3 | $405.00 | $2,146.50 |
| 1/12/2022 | CG | Review and revise November and December fee applications. | 1.3 | $405.00 | $526.50 |
| 1/18/2022 | TEP | Review and edit November and December monthly fee statements (1.6); communications w/ KCM and CG re same (.2); confer w/ CG re monthly fee application revisions (.4). | 2.2 | $915.00 | $2,013.00 |
| 1/18/2022 | CG | Review and revise November and December fee applications (3.3); confer w/ TEP re same (.4). | 3.7 | $405.00 | $1,498.50 |
| 1/21/2022 | CG | Review and revise November and December fee applications. | 3.1 | $405.00 | $1,255.50 |
| | | **Total** | **15.60** | | **$7,440.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/2/2022 | GMO | Research re appeal issues (4.9); draft memo re same (2.8). | 7.7 | $465.00 | $3,580.50 |
| 1/2/2022 | JAG | Fact research re Judge McMahon opinion. | 3.2 | $405.00 | $1,296.00 |
| 1/3/2022 | JAL | Review and analyze research memo from LHS re appeals-related issues (.7); review and analyze research memo from GMO re same (.3). | 1.0 | $975.00 | $975.00 |
| 1/3/2022 | GMO | Draft and revise memorandum re potential appeal issues. | 7.1 | $465.00 | $3,301.50 |
| 1/3/2022 | LHS1 | Research re potential appeal issues. | 2.9 | $525.00 | $1,522.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/4/2022 | KCM | Communications w/ JAL re case status and appeal issues. | 0.3 | $1,175.00 | $352.50 |
| 1/4/2022 | SRJ | Review and analyze plan objections and related filings (.3); review reply brief and related joinders (.6). | 0.9 | $495.00 | $445.50 |
| 1/5/2022 | JAL | Review and analyze materials re certification issue (1.3); confer w/ KCM re developments and next steps (.3); draft and revise email to KCM re developments and next steps (.9); review and edit draft certification motion and joinder (1.3). | 3.8 | $975.00 | $3,705.00 |
| 1/5/2022 | KCM | Review/analyze materials re case status and appeal issues (1.5); teleconference w/ JAL re case status (.3). | 1.8 | $1,175.00 | $2,115.00 |
| 1/5/2022 | GMO | Research re appeal issues (3.7); draft memo re same (.2). | 3.9 | $465.00 | $1,813.50 |
| 1/5/2022 | LHS1 | Confer w/ JAG re case status (.3); edit motion re certification (.8); review and analyze case law cited in Debtors' memorandum of law (3.2); review and analyze mediation order (.4); draft memorandum re same (1.0). | 5.7 | $525.00 | $2,992.50 |
| 1/5/2022 | JAG | Confer w/ LHS re case status. | 0.3 | $405.00 | $121.50 |
| 1/6/2022 | JAL | Review and analyze opposition briefs and joinders to motions for certification of appeal (1.3); correspondence w/ KCM and LHS re same (.2). | 1.5 | $975.00 | $1,462.50 |
| 1/6/2022 | JAL | Confer w/ KCM re developments and next steps. | 0.1 | $975.00 | $97.50 |
| 1/6/2022 | KCM | Review/analyze appeal-related briefs and materials. | 1.6 | $1,175.00 | $1,880.00 |
| 1/6/2022 | KCM | Teleconference w/ JAL re case status. | 0.1 | $1,175.00 | $117.50 |
| 1/6/2022 | TEP | Communications w/ KCM, JAL, and LHS re joinder (.2); review and edit same (.1). | 0.3 | $915.00 | $274.50 |
| 1/6/2022 | AWL | Confer w/ GMO re mediation strategy. | 0.5 | $665.00 | $332.50 |
| 1/6/2022 | AWL | Draft and revise correspondence re mediation. | 0.3 | $665.00 | $199.50 |
| 1/6/2022 | GMO | Communicate w/ KCM re mediation (.3); draft correspondence re mediation (2.8); review materials re consent rights (.3); draft memo re same (.6); confer w/ AWL re mediation (.5); research re appeal issues (.8). | 5.3 | $465.00 | $2,464.50 |
| 1/6/2022 | LHS1 | Edit certification motion (.8); review Debtors' memorandum of law in support of motion to certify appeal (.7); research and review rules re filing certification and notice of appeal (1.6); review oppositions to certify appeal (1.3). | 4.4 | $525.00 | $2,310.00 |
| 1/6/2022 | JAG | Prepare, file and effect service of motion for certificate of appealability (.5); communications w/ KCM, JAL and LHS re same (.1). | 0.6 | $405.00 | $243.00 |

April 04, 2022
Invoice #:   340433

Page:   4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/7/2022 | JAL | Review District Court's decision to certify appeal (.2); draft and revise email to LHS and KCM re developments and next steps (.4); confer w/ KCM re developments and next steps (.2); review and analyze materials re potential Second Circuit appeal issues (.7). | 1.5 | $975.00 | $1,462.50 |
| 1/7/2022 | JPW | Teleconference CG re appeal issues. | 0.3 | $975.00 | $292.50 |
| 1/7/2022 | KCM | Review/analyze appeal materials and plan/prepare next steps. | 1.4 | $1,175.00 | $1,645.00 |
| 1/7/2022 | KCM | Teleconference w/ JAL re appeal issues and next steps. | 0.2 | $1,175.00 | $235.00 |
| 1/7/2022 | TEP | Communications w/ AWL re mediator call (.2); communications w/ KCM re same (.2). | 0.4 | $915.00 | $366.00 |
| 1/7/2022 | AWL | Review and analyze District Court order re Second Circuit appeal. | 0.2 | $665.00 | $133.00 |
| 1/7/2022 | LHS1 | Conferences w/ JAG re certification motion and appeal issues (.5); research re same (2.2); draft memo re same (1.3); review and analyze cases cited in McMahon decisions (1.4). | 5.4 | $525.00 | $2,835.00 |
| 1/7/2022 | CG | Teleconference w/ JPW re appeal issues. | 0.3 | $405.00 | $121.50 |
| 1/7/2022 | JAG | Review order re conditional certification to 2nd Circuit (.4); confer w/ LHS re same (.2); fact research re appeal to Second Circuit (2.1); confer w/ LHS re same (.3). | 3.0 | $405.00 | $1,215.00 |
| 1/8/2022 | TEP | Review District Court order re certification (.1); communications w/ JAG re appeal materials (.2). | 0.3 | $915.00 | $274.50 |
| 1/8/2022 | LHS1 | Draft petition to certify appeal. | 3.4 | $525.00 | $1,785.00 |
| 1/8/2022 | JAG | Fact research re appeal to Second Circuit. | 3.2 | $405.00 | $1,296.00 |
| 1/9/2022 | LHS1 | Review filings and related materials re petition to certify appeal (2.4); review and revise draft petition (3.2). | 5.6 | $525.00 | $2,940.00 |
| 1/9/2022 | JAG | Fact research re appeal to Second Circuit. | 3.6 | $405.00 | $1,458.00 |
| 1/10/2022 | KCM | Teleconference w/ M. Huebner re case status and appeal issues. | 0.5 | $1,175.00 | $587.50 |
| 1/10/2022 | TEP | Review JAG communication re appeal record. | 0.1 | $915.00 | $91.50 |
| 1/10/2022 | LHS1 | Confer w/ JAG re Second Circuit filings (.2); review and revise petition (4.3); review related materials (2.1); research case law and related materials re same (4.9). | 11.5 | $525.00 | $6,037.50 |
| 1/10/2022 | JAG | Confer w/ LHS re outstanding tasks re Second Circuit filing. | 0.2 | $405.00 | $81.00 |
| 1/11/2022 | JAL | Correspondence w/ CG re anticipated appeal to Second Circuit. | 0.2 | $975.00 | $195.00 |
| 1/11/2022 | AWL | Communications w/ KCM re appeal strategy and next steps. | 0.3 | $665.00 | $199.50 |

April 04, 2022
Invoice #:      340433

Page:         5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/11/2022 | AWL | Communications w/ JAG re case appeal materials. | 0.2 | $665.00 | $133.00 |
| 1/11/2022 | AWL | Review appellate briefs. | 1.1 | $665.00 | $731.50 |
| 1/11/2022 | LHS1 | Review and revise portions of certification motion (2.6); research additional case law re same (2.9); draft petition to appeal (3.1); draft motion to expedite (3.6). | 12.2 | $525.00 | $6,405.00 |
| 1/11/2022 | JAG | Hearing preparation (.3); communications w/ KCM, TEP, AWL and GMO re same (.1). | 0.4 | $405.00 | $162.00 |
| 1/12/2022 | JAL | Review and revise draft petition to permit certified appeal (.9); communications w/ LHS re same (.4); review and revise motion to expedite appeal (4.0); communications w/ CG, LHS, and KCM re upcoming filings (.3); communications w/ B. Kaminetzky and K. Benedict re anticipated appeals (.1); review and edit notice of appeal (.7); review and revise petition re interlocutory appeal (1.3). | 7.7 | $975.00 | $7,507.50 |
| 1/12/2022 | KCM | Review/analyze and edit draft appeal-related filings and review/analyze related materials. | 4.1 | $1,175.00 | $4,817.50 |
| 1/12/2022 | AWL | Prepare for hearing. | 0.5 | $665.00 | $332.50 |
| 1/12/2022 | GMO | Prepare for hearing (.2); attend hearing (.7). | 0.9 | $465.00 | $418.50 |
| 1/12/2022 | LHS1 | Revise portions of petition (3.1); incorporate additional record citations re same (2.6); edit notice of appeal (2.1). | 7.8 | $525.00 | $4,095.00 |
| 1/12/2022 | NRM | Communications w/ JAG re plan issues. | 0.3 | $525.00 | $157.50 |
| 1/12/2022 | JAG | Fact research re Second Circuit appeal (2.7); communications w/ AWL re same (.2). | 2.9 | $405.00 | $1,174.50 |
| 1/13/2022 | JAL | Review and revise petition re interlocutory appeal (6.8); communications w/ M. Tobak, K. Benedict, D. Blabey, and M. Hurley re same (.4); review and revise motion to expedite appeal (.7); review and analyze materials re potential appeal issues (.9); confer w/ JAG and LHS re developments and next steps (.2); confer w/ D. Blabey re same (.1); confer w/ KCM re anticipated appeal and next steps (.8); confer w/ M. Tobak re developments (.1); communications w/ LHS re anticipated appeal and next steps (.1); confer w/ LHS and JAG re same (.2); confer w/ SMR re developments and next steps on research (.1); correspondence w/ SMR and LHS re appeal-related documents and next steps (.3); review and revise notice of appeal (.8). | 11.5 | $975.00 | $11,212.50 |
| 1/13/2022 | KCM | Review/analyze and edit appeal papers and review/analyze related materials. | 5.9 | $1,175.00 | $6,932.50 |
| 1/13/2022 | KCM | Teleconferences w/ JAL re appeal issues. | 0.8 | $1,175.00 | $940.00 |

April 04, 2022
Invoice #:     340433

Page:                6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/13/2022 | KCM | Plan/prepare for and attend teleconference w/ S. Gilbert re appeal issues and case status. | 0.6 | $1,175.00 | $705.00 |
| 1/13/2022 | AWL | Review and analyze appeal briefs. | 1.4 | $665.00 | $931.00 |
| 1/13/2022 | LHS1 | Conferences w/ JAG re Second Circuit filings (.6); confer w/ JAL and JAG re same (.4); edit motion to expedite (3.2); edit petition to appeal (4.9); edit notice of appeal (1.2). | 10.3 | $525.00 | $5,407.50 |
| 1/13/2022 | SMR | Communications w/ LHS re appeals research issue (.4); research case law re same (1.8); confer w/ JAL re same (.1); communicate w/ JAL, LHS, CG, and JAG re same (.1). | 2.4 | $495.00 | $1,188.00 |
| 1/13/2022 | JAG | Review, revise and cite check Second Circuit filings (8.9); conferences w/ LHS re same (.6); conferences w/ JAL and LHS re same (.4). | 9.9 | $405.00 | $4,009.50 |
| 1/14/2022 | JAL | Review and revise draft motions to expedite appeal and petition re interlocutory appeal (.8); teleconference w/ KCM re same (.8); review and revise petition to appeal (.9); communications w/ LHS and JAG re appeal-related documents and next steps (.2); review and edit draft notice of appeal (.2); correspondence w/ KCM re developments and next steps (.3); confer w/ M. Tobak re developments and next steps (.1); review and revise motion to expedite appeal (.3); review memo from LHS re potential appeal issues (.5). | 4.1 | $975.00 | $3,997.50 |
| 1/14/2022 | KCM | Review/analyze and edit appeal-related filings and review/analyze related materials. | 2.1 | $1,175.00 | $2,467.50 |
| 1/14/2022 | KCM | Teleconference w/ JAL re briefs and next steps. | 0.8 | $1,175.00 | $940.00 |
| 1/14/2022 | TEP | Review Notice of Appeal and communicate w/ LHS re same. | 0.1 | $915.00 | $91.50 |
| 1/14/2022 | AWL | Review, research and analyze issues re appeal. | 3.4 | $665.00 | $2,261.00 |
| 1/14/2022 | LHS1 | Review and revise portion of petition for appeal (5.6); draft inserts re motion to expedite (2.3); conferences w/ JAG re filings (.6); review materials re potential service issues (2.3); confer w/ Second Circuit clerk re filing issue (.1). | 10.9 | $525.00 | $5,722.50 |
| 1/14/2022 | JAG | Review, revise and cite check Second Circuit filings (12.1); conferences w/ LHS re same (.6). | 12.7 | $405.00 | $5,143.50 |
| 1/15/2022 | JAL | Review and analyze Debtors' draft petition for interlocutory review. | 1.0 | $975.00 | $975.00 |
| 1/15/2022 | AWL | Review and analyze appeal briefs. | 1.3 | $665.00 | $864.50 |
| 1/15/2022 | LHS1 | Research potential appeal issues. | 4.3 | $525.00 | $2,257.50 |

April 04, 2022
Invoice #:      340433

Page:              7

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/16/2022 | JAL | Review and analyze correspondence from LHS and KCM re appeal (.2); review UCC draft petition to appeal (.5); review and revise draft petition and draft notice of appeal (4.8); confer w/ KCM re developments and next steps (.3); communications w/ LHS and JAG re same (.1). | 5.9 | $975.00 | $5,752.50 |
| 1/16/2022 | KCM | Review/analyze appeal paper and communications. | 0.7 | $1,175.00 | $822.50 |
| 1/16/2022 | KCM | Teleconference w/ JAL re case status. | 0.3 | $1,175.00 | $352.50 |
| 1/16/2022 | TEP | Review JAG communication re appeal filing (.1); communications w/ JAG re same (.1). | 0.2 | $915.00 | $183.00 |
| 1/16/2022 | LHS1 | Review and revise petition re appeal (4.8); research re appeal issue (2.3); review Debtors' petition re appeal (.8). | 7.9 | $525.00 | $4,147.50 |
| 1/16/2022 | JAG | Review, revise, cite-check and effect service of Second Circuit petition (5.2); review, revise, cite check, file and effect service of notice of appeal in district court (1.2). | 6.4 | $405.00 | $2,592.00 |
| 1/17/2022 | KCM | Review/analyze appeal filings and related materials and plan/prepare next steps. | 1.1 | $1,175.00 | $1,292.50 |
| 1/17/2022 | LHS1 | Review and revise service list (1.1); communications w/ JAG re same (.2); review rules re service and filing (.8); review filings and related materials re potential appeal issues (4.9); draft memorandum re same (1.3). | 8.3 | $525.00 | $4,357.50 |
| 1/18/2022 | JAL | Communications w/ LHS re appeals-related filings and next steps (.2); review materials re same (.2); communications w/ LHS and JAG re Second Circuit appeal and next steps (.5); correspondence to LHS re motion to expedite (.1); review and revise motion to expedite (2.6). | 3.6 | $975.00 | $3,510.00 |
| 1/18/2022 | JAL | Review draft motion to extend preliminary injunction. | 0.4 | $975.00 | $390.00 |
| 1/18/2022 | KCM | Review and edit motion to expedite and review/analyze related materials. | 1.7 | $1,175.00 | $1,997.50 |
| 1/18/2022 | KCM | Teleconferences w/ TEP re appeals. | 0.2 | $1,175.00 | $235.00 |
| 1/18/2022 | KCM | Plan/prepare next steps re mediation and case issues and review/analyze related materials. | 3.4 | $1,175.00 | $3,995.00 |
| 1/18/2022 | TEP | Confer w/ JAG re motion to expedite (.3); conferences w/ KCM re same (.2); communications w/ LHS, JAG, and KCM re motion filing (.1); review and edit motion and accompanying forms (.6); communications w/ KCM and LHS re same (.2); review JAL and KCM communications re same (.1). | 1.5 | $915.00 | $1,372.50 |
| 1/18/2022 | AWL | Review and analyze appellate papers. | 2.9 | $665.00 | $1,928.50 |
| 1/18/2022 | LHS1 | Review and analyze materials re appeal issue (3.4); revise notice of appeal (.4). | 3.8 | $525.00 | $1,995.00 |

April 04, 2022
Invoice #:    340433

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/18/2022 | JAG | Prepare corrected notice of appeal (.6); effect service of same (.3); prepare petition to Second Circuit (3.7); review, revise, cite check and prepare motion to expedite appeal for filing w/ Second Circuit (5.6); confer w/ TEP re same (.3). | 10.5 | $405.00 | $4,252.50 |
| 1/19/2022 | KCM | Teleconference w/ TEP re appeal status. | 0.8 | $1,175.00 | $940.00 |
| 1/19/2022 | TEP | Review filings re appeal (.2); review order re same (.1); teleconference w/ KCM re appeal status (.8). | 1.1 | $915.00 | $1,006.50 |
| 1/19/2022 | AWL | Review and analyze appellate briefs re selected issues. | 1.2 | $665.00 | $798.00 |
| 1/19/2022 | GMO | Review Debtors' communications and drafts of appellate materials (.5); research re issues on appeal (2.9); communications w/ KCM re mediation issue (.1). | 3.5 | $465.00 | $1,627.50 |
| 1/19/2022 | LHS1 | Analyze rules re filing petition to appeal (1.2); research re reply brief issue (.8); research re potential appeal issues (4.6); draft memorandum re same (2.1); confer w/ JAG re service issues (.2); review Debtors' appeal cover sheet (.2); review local rules re service issue (.3). | 9.4 | $525.00 | $4,935.00 |
| 1/19/2022 | JAG | Effect service of motion to expedite appeal (.9); confer w/ vendor re same (.2); confer w/ LHS re same (.2); review communications from pro se party M. Ecke (.2); communications w/ KCM, JAL and LHS re same (.2); review Second Circuit dockets re appeal caption (.3); draft same (.3); communications w/ JAL and LHS re same (.2). | 2.5 | $405.00 | $1,012.50 |
| 1/20/2022 | JAL | Correspondence w/ LHS and JAG re appeals-related filings. | 0.7 | $975.00 | $682.50 |
| 1/20/2022 | KCM | Communications w/ LHS re appeals. | 0.2 | $1,175.00 | $235.00 |
| 1/20/2022 | AWL | Review and analyze appellate briefs. | 2.9 | $665.00 | $1,928.50 |
| 1/20/2022 | GMO | Research re plan terms and Sackler contribution (1.2); review related materials (.9). | 2.1 | $465.00 | $976.50 |
| 1/20/2022 | LHS1 | Research potential appeal issues (2.6); review and analyze cases cited in District Court opinion (3.1). | 5.7 | $525.00 | $2,992.50 |
| 1/20/2022 | JAG | Fact research re Second Circuit appeal (1.9); communications w/ AWL re same (.2). | 2.1 | $405.00 | $850.50 |
| 1/21/2022 | JAL | Review and analyze correspondence from TEP, LHS, and JAG re appeals-related filings. | 0.4 | $975.00 | $390.00 |
| 1/21/2022 | KCM | Teleconference w/ S. Gilbert re case status and strategy. | 1.2 | $1,175.00 | $1,410.00 |
| 1/21/2022 | KCM | Teleconference w/ LHS re appeal issues. | 0.2 | $1,175.00 | $235.00 |
| 1/21/2022 | TEP | Review LHS communication re appeal status. | 0.1 | $915.00 | $91.50 |

April 04, 2022
Invoice #:       340433

Page:                9

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/21/2022 | LHS1 | Draft and revise correspondence re service issue (1.1); teleconference w/ KCM re same (.2); communicate w/ JAG re same (.2); review additional relevant materials re appeal issues (1.4); review related filings re same (1.2); correspondence w/ K. Benedict re reply in support of petition (.1); research local rules re same (1.6); communicate w/ KCM and JAL re same (.1). | 5.9 | $525.00 | $3,097.50 |
| 1/23/2022 | JAL | Teleconference w/ KCM and AWL re developments and next steps. | 0.3 | $975.00 | $292.50 |
| 1/23/2022 | KCM | Teleconference w/ JAL and AWL re case status. | 0.3 | $1,175.00 | $352.50 |
| 1/23/2022 | KCM | Teleconference w/ TEP re service issue. | 0.1 | $1,175.00 | $117.50 |
| 1/23/2022 | TEP | Confer w/ LHS re service issue (multiple) (.2); review amended certificate of service and review LHS communications same (.1); confer w/ KCM re same (.1). | 0.4 | $915.00 | $366.00 |
| 1/23/2022 | AWL | Confer w/ KCM and JAL re case status. | 0.3 | $665.00 | $199.50 |
| 1/23/2022 | LHS1 | Conferences w/ TEP re amended certificate of service (.2); revise same (.1). | 0.3 | $525.00 | $157.50 |
| 1/24/2022 | JAL | Confer w/ AWL, GMO, S. Gilbert, U. Khan, G. Feiner, S. Alexander, J. Peacock, M. Van Eck, M. Rundlet, G. Coutts, M. Diaz, and B. Bromberg re Debtors' performance outlook and financial projections (1.3); correspondence w/ GMO and AWL re next steps (.1); review draft memo from GMO re same (.2). | 1.6 | $975.00 | $1,560.00 |
| 1/24/2022 | KCM | Review memo re Debtor outlook. | 0.2 | $1,175.00 | $235.00 |
| 1/24/2022 | TEP | Teleconference w/ Clerk re service issue (.1); review GMO memorandum re case status (.2). | 0.3 | $915.00 | $274.50 |
| 1/24/2022 | AWL | Review and analyze FA PowerPoint presentation. | 0.4 | $665.00 | $266.00 |
| 1/24/2022 | AWL | Confer w/ JAL, GMO, S. Gilbert, U. Khan, G. Feiner, S. Alexander, J. Peacock, M. Van Eck, M. Rundlet, G. Coutts, M. Diaz, and B. Bromberg re Debtors' performance outlook and financial projections. | 1.3 | $665.00 | $864.50 |
| 1/24/2022 | GMO | Confer w/ AWL, JAL, S. Gilbert, U. Khan, G. Feiner, S. Alexander, J. Peacock, M. Van Eck, M. Rundlet, G. Coutts, M. Diaz, and B. Bromberg re Debtors' performance outlook and financial projections. | 1.3 | $465.00 | $604.50 |
| 1/24/2022 | LHS1 | Review filings re Second Circuit appeal (.9); research re potential appeal issues (2.6); draft analysis re same (2.9); edit amended certificate of service (.1); communicate w/ JAG re same (.1). | 6.6 | $525.00 | $3,465.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/24/2022 | JAG | File and effect service of Second Circuit filings (.4); confer w/ Court re same (.2). | 0.6 | $405.00 | $243.00 |
| 1/25/2022 | AWL | Review and analyze appeal briefs. | 1.9 | $665.00 | $1,263.50 |
| 1/25/2022 | LHS1 | Communications w/ JAG re fact research re potential appeal issue. | 0.4 | $525.00 | $210.00 |
| 1/26/2022 | JAL | Review and revise draft appeals-related filings. | 1.1 | $975.00 | $1,072.50 |
| 1/26/2022 | TEP | Communications w/ JAL and JAG re appeal filings (.1); review LHS and JAL communications re designation of record and appeal issues (.2). | 0.3 | $915.00 | $274.50 |
| 1/26/2022 | AWL | Review and analyze appeal materials and determine additional materials for designation. | 4.7 | $665.00 | $3,125.50 |
| 1/26/2022 | LHS1 | Review Debtors' proposed designations for Second Circuit (2.6); review Debtors' Form C and attachments (1.1); review local rules and related materials re procedural issues (1.9). | 5.6 | $525.00 | $2,940.00 |
| 1/27/2022 | JAL | Teleconference w/ LHS re appeal-related filings (.2); review and revise drafts of appeals-related filings (3.2); teleconference w/ KCM re same (.7); correspondence w/ KCM, TEP, and LHS re 2nd Circuit motions and next steps (.4). | 4.5 | $975.00 | $4,387.50 |
| 1/27/2022 | KCM | Teleconference w/ JAL re appeal issues. | 0.7 | $1,175.00 | $822.50 |
| 1/27/2022 | KCM | Plan/prepare re appeal issues and review/analyze related materials. | 1.3 | $1,175.00 | $1,527.50 |
| 1/27/2022 | TEP | Review 2nd Circuit orders (.1); communications w/ KCM and JAL re same (.1); review M. Tobak communications re appeal filings (.1); review AWL communication re same (.1). | 0.4 | $915.00 | $366.00 |
| 1/27/2022 | GMO | Review draft appellate materials and related filings. | 2.2 | $465.00 | $1,023.00 |
| 1/27/2022 | LHS1 | Research re issues re record on appeal (1.8); correspond w/ JAL re same (.3); draft Form C and related addenda (5.3); confer w/ JAL re Form C (.2); draft Form D (.4); draft joinder (1.6); communicate w/ K. Benedict re issues on appeal (.1); communicate w/ JAL re same (.1); communicate w/ KCM and JAL re filing of over-sized brief (.2); review edits to related addenda (.3). | 10.3 | $525.00 | $5,407.50 |
| 1/28/2022 | JAL | Correspondence w/ TEP, LHS, KCM, and JAG re Second Circuit briefing and related issues (.3); review and revise drafts of appeals-related documents (2.8); review Debtors' modifications to record designations (.6); confer w/ KCM re Second Circuit merits brief and next steps (.2); confer w/ KCM and LHS re same (.5). | 4.4 | $975.00 | $4,290.00 |
| 1/28/2022 | KCM | Teleconference w/ JAL re appeal issues (.2); teleconference w/ JAL and LHS re same (.5). | 0.7 | $1,175.00 | $822.50 |
| 1/28/2022 | KCM | Teleconferences w/ LHS re appeal issues. | 0.6 | $1,175.00 | $705.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 1/28/2022 | KCM | Teleconference w/ M. Tobak re appeal issues. | 0.5 | $1,175.00 | $587.50 |
| 1/28/2022 | KCM | Review/edit appeal papers and review/analyze related materials and plan/prepare next steps. | 5.8 | $1,175.00 | $6,815.00 |
| 1/28/2022 | KCM | Teleconferences w/ TEP re appeal issues. | 0.6 | $1,175.00 | $705.00 |
| 1/28/2022 | TEP | Communications w/ JAL, LHS, and JAG re appeal briefing and related issues (.6); review appeal-related filings and communications w/ KCM, JAL, LHS, and JAG re same (1.4); communications w/ JAL and KCM re same (.2); conferences w/ KCM re same (.6); review final appeal filings (.4). | 3.2 | $915.00 | $2,928.00 |
| 1/28/2022 | LHS1 | Review exhibits to Form C (1.2); communicate w/ CG re same (.1); edit addenda and joinder (2.3); communicate w/ TEP, KCM, JAL, and JAG re motion to file over-sized brief (.1); communicate w/ KCM, JAL, TEP, and JAG re joinder (.1); communicate w/ KCM, JAL, TEP, and JAG re Form C (.1); communicate w/ KCM and JAL re outline of brief (.4); edit joinder (1.1); edit Form C (1.9); communicate w/ K. Benedict re Form D (.1); communicate w/ w/ JAL, TEP, and KCM re same (.1); edit Form C (.4); confer w/ KCM re draft pleadings (.6); confer w/ KCM and JAL re same (.5); review Debtors' revisions to record on appeal (.9); review and revise draft filings (.8). | 10.7 | $525.00 | $5,617.50 |
| 1/28/2022 | JAG | Prepare and revise forms and exhibits for filing w/ Second Circuit (8.2); prepare and execute filing of designation of record w/ district court (.9). | 9.1 | $405.00 | $3,685.50 |
| 1/29/2022 | JAL | Review and analyze materials re appeal issues. | 0.6 | $975.00 | $585.00 |
| 1/29/2022 | TEP | Review JAG and JAL communications re appeal filings (.1); communicate w/ JAG re same (.1); review LHS communication re status (.1). | 0.3 | $915.00 | $274.50 |
| 1/29/2022 | LHS1 | Review case law re brief outline (2.4); draft same (1.2). | 3.6 | $525.00 | $1,890.00 |
| 1/29/2022 | JAG | Prepare, revise and execute filing of forms and exhibits w/ Second Circuit. | 4.6 | $405.00 | $1,863.00 |
| 1/30/2022 | LHS1 | Review and analyze Judge McMahon's opinion (1.8); review and analyze appellee briefs (2.1); review and revise outline (2.7). | 6.6 | $525.00 | $3,465.00 |
| 1/31/2022 | JAL | Review PEC objection to extension of PI. | 0.2 | $975.00 | $195.00 |
| 1/31/2022 | JAL | Emails to KCM, TEP, LHS, and JAG re appeals-related filings. | 0.2 | $975.00 | $195.00 |
| 1/31/2022 | KCM | Plan/prepare for hearing and review/analyze related materials. | 1.2 | $1,175.00 | $1,410.00 |
| 1/31/2022 | KCM | Teleconference w/ E. Vonnegut re case status and hearing. | 0.4 | $1,175.00 | $470.00 |

April 04, 2022
Invoice #:        340433

Page:          12

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/31/2022 | TEP | Review JAL and JAG communications re appeal filings. | 0.1 | $915.00 | $91.50 |
| 1/31/2022 | AWL | Review and analyze mediators interim report. | 0.2 | $665.00 | $133.00 |
| 1/31/2022 | AWL | Review and analyze objection to motion to extend preliminary injunction. | 0.2 | $665.00 | $133.00 |
| 1/31/2022 | LHS1 | Review and revise outline (4.8); review cases and related materials re same (1.6); revise same (1.5). | 7.9 | $525.00 | $4,147.50 |
| 1/31/2022 | JAG | Prepare, revise, file and effect service of filings w/ Second Circuit. | 4.2 | $405.00 | $1,701.00 |
| | | **Total** | **428.60** | | **$273,347.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 1/5/2022 | KCM | Plan/prepare for MSGE meeting. | 0.6 | $1,175.00 | $705.00 |
| 1/5/2022 | KCM | Attend MSGE meeting. | 0.3 | $1,175.00 | $352.50 |
| 1/7/2022 | GMO | Draft MSGE correspondence re mediation. | 0.5 | $465.00 | $232.50 |
| 1/10/2022 | JAL | Confer w/ KCM, AWL, LHS, JAG, J. Tapley, J. White, S. Sanford, J. Cicala and J. Simon re developments and next steps. | 0.3 | $975.00 | $292.50 |
| 1/10/2022 | KCM | Teleconference w/ JAL, AWL, LHS, JAG, J. Tapley, J. White, S. Sanford, J. Cicala and J. Simon re case status and appeal issues. | 0.3 | $1,175.00 | $352.50 |
| 1/10/2022 | AWL | Confer w/ KCM, JAL, LHS, JAG, J. Tapley, J. White, S. Sanford, J. Cicala and J. Simon re case developments and next steps. | 0.3 | $665.00 | $199.50 |
| 1/10/2022 | LHS1 | Confer w/ KCM, JAL, AWL, JAG, J. Tapley, J. White, S. Sanford, J. Cicala and J. Simon re case developments and next steps. | 0.3 | $525.00 | $157.50 |
| 1/10/2022 | JAG | Confer w/ KCM, JAL, AWL, LHS, J. Tapley, J. White, S. Sanford, J. Cicala and J. Simon re case developments and next steps. | 0.3 | $405.00 | $121.50 |
| 1/25/2022 | GMO | Research re automatic stay for constituent inquiry. | 0.6 | $465.00 | $279.00 |
| 1/26/2022 | KCM | Teleconference w/ J. Tapley re case status. | 0.8 | $1,175.00 | $940.00 |
| 1/26/2022 | GMO | Review appellate materials re client inquiry (1.0); draft summary re same (.8). | 1.8 | $465.00 | $837.00 |
| 1/27/2022 | KCM | Teleconference w/ J. Cicala (partial) and GMO. | 0.6 | $1,175.00 | $705.00 |
| 1/27/2022 | GMO | Confer w/ KCM and J. Cicala (partial) re appeal issue. | 0.6 | $465.00 | $279.00 |
| 1/31/2022 | KCM | Teleconference w/ S. Sanford re case status. | 0.3 | $1,175.00 | $352.50 |
| 1/31/2022 | KCM | Teleconference w/ J. Tapley re case status. | 0.2 | $1,175.00 | $235.00 |
| 1/31/2022 | JAG | Communications w/ J. Tapley re hearing (.3); communications w/ KCM re same (.1). | 0.4 | $405.00 | $162.00 |
| | | **Total** | **8.20** | | **$6,203.00** |

April 04, 2022
Invoice #:        340433

Page:            13

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .17 | **Docket Review & File Maintenance** | | | | |
| 1/3/2022 | CMJ | Review docket and update internal files re pleadings. | 7.3 | $325.00 | $2,372.50 |
| 1/4/2022 | CMJ | Review docket and update internal files re pleadings. | 7.7 | $325.00 | $2,502.50 |
| 1/6/2022 | CMJ | Review docket and update internal files re pleadings. | 7.2 | $325.00 | $2,340.00 |
| 1/10/2022 | CMJ | Review docket and update internal files re pleadings. | 7.5 | $325.00 | $2,437.50 |
| 1/14/2022 | CMJ | Review docket and update internal files re pleadings. | 5.2 | $325.00 | $1,690.00 |
| 1/18/2022 | CMJ | Review docket and update internal files re pleadings. | 7.4 | $325.00 | $2,405.00 |
| 1/20/2022 | CMJ | Review docket and update internal files re pleadings. | 5.9 | $325.00 | $1,917.50 |
| 1/21/2022 | JAG | Review appeal dockets and update pleadings files re same. | 1.6 | $405.00 | $648.00 |
| 1/24/2022 | JAG | Review appeal dockets and update pleadings files. | 2.3 | $405.00 | $931.50 |
| 1/25/2022 | CMJ | Review docket and update internal files re pleadings. | 0.6 | $325.00 | $195.00 |
| 1/25/2022 | JAG | Review appeal dockets and update files re same. | 1.2 | $405.00 | $486.00 |
| 1/26/2022 | JAG | Review appeal dockets and update files re same. | 1.9 | $405.00 | $769.50 |
| 1/27/2022 | CMJ | Review docket and update internal files re pleadings. | 2.1 | $325.00 | $682.50 |
| 1/31/2022 | JAG | Review appeal dockets and update files re same. | 1.6 | $405.00 | $648.00 |
| | | **Total** | **59.50** | | **$20,025.50** |
| | | Total Professional Services | 524.4 | | $313,305.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 56.6 | $975.00 | $55,185.00 |
| KCM | Kevin C. Maclay | Member | 45.5 | $1,175.00 | $53,462.50 |
| TEP | Todd E. Phillips | Member | 12.8 | $915.00 | $11,712.00 |
| JPW | James P. Wehner | Member | 0.5 | $975.00 | $487.50 |
| AWL | Ann W. Langley | Of Counsel | 25.5 | $665.00 | $16,957.50 |
| SRJ | Shamara R. James | Associate | 0.9 | $495.00 | $445.50 |

April 04, 2022
Invoice #:        340433

Page:        14

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| NRM | Nathaniel R. Miller | Associate | 0.3 | $525.00 | $157.50 |
| GMO | George M. O'Connor | Associate | 37.5 | $465.00 | $17,437.50 |
| SMR | Shahriar M. Raafi | Associate | 2.4 | $495.00 | $1,188.00 |
| LHS1 | Lucas H. Self | Associate | 180.6 | $525.00 | $94,815.00 |
| JAG | Jessica A. Giglio | Paralegal | 94.1 | $405.00 | $38,110.50 |
| CG | Cecilia Guerrero | Paralegal | 16.8 | $405.00 | $6,804.00 |
| CMJ | Caroline M. Johnson | Paralegal | 50.9 | $325.00 | $16,542.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 01/01/2022 | Database Research - Westlaw - LHS1 -12/17-12/31/2021 [.11] | $898.22 |
| 01/01/2022 | Database Research - Westlaw - GMO -12/21-12/22/2021 [.11] | $880.11 |
| 01/05/2022 | Outside Duplication Service - (TransPerfect) [.11] | $128.62 |
| 01/06/2022 | Court Reporting/Transcript Service - Hr'g tr. 12/16/21 [.11] | $82.80 |
| 01/07/2022 | Outside Duplication Service - Appeal hr'g prep [.11] | $1,217.34 |
| 01/11/2022 | Miscellaneous - 2d Cir admission - notary (JPW) [.11] | $25.00 |
| 01/11/2022 | Miscellaneous - 2d Cir admission - notary (TEP) [.11] | $25.00 |
| 01/12/2022 | Miscellaneous - 2d Cir admission - notary (KCM) [.11] | $25.00 |
| 01/12/2022 | Miscellaneous - 2d Cir admission - notary (JAL) [.11] | $25.00 |
| 01/12/2022 | Miscellaneous - 2d Cir admission - notary (sponsor oath) [.11] | $35.00 |
| 01/12/2022 | Miscellaneous - 2d Cir admission fee (LHS) [.11] | $221.00 |
| 01/12/2022 | Miscellaneous - 2d Cir admission fee (KCM) [.11] | $221.00 |
| 01/12/2022 | Miscellaneous - 2d Cir admission fee (TEP) [.11] | $221.00 |
| 01/12/2022 | Miscellaneous - 2d Cir admission fee (JPW) [.11] | $221.00 |
| 01/13/2022 | Miscellaneous - 2d Cir admission fee (JAL) [.11] | $221.00 |
| 01/18/2022 | Miscellaneous - Court filing fee re appeal to Second Circuit [.11] | $505.00 |
| 01/26/2022 | Outside Duplication Service - (TransPerfect) service of motion to expedite [.11] | $469.95 |
| 01/26/2022 | Outside Duplication Service - (TransPerfect) service on Second Circuit [.11] | $288.29 |
| 01/26/2022 | Outside Duplication Service - (TransPerfect) Petition w/ app'x [.11] | $1,344.50 |
| | Total Disbursements | $7,054.83 |

April 04, 2022
Invoice #:        340433

Page:           15

| | |
|---|---|
| Total Services | $313,305.00 |
| Total Disbursements | $7,054.83 |
| Total Current Charges | $320,359.83 |

April 04, 2022
Invoice #:       340433

Page:          16

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| .04 | 12.50 | $6,289.50 | .11 | $7,054.83 |
| .07 | 15.60 | $7,440.00 | | |
| .11 | 428.60 | $273,347.00 | | |
| .15 | 8.20 | $6,203.00 | | |
| .17 | 59.50 | $20,025.50 | | |
| | 524.40 | $313,305.00 | | $7,054.83 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| TEP | Todd E. Phillips | .04 | 1.50 | $915.00 | $1,372.50 |
| JPW | James P. Wehner | .04 | 0.20 | $975.00 | $195.00 |
| LHS1 | Lucas H. Self | .04 | 2.90 | $525.00 | $1,522.50 |
| JAG | Jessica A. Giglio | .04 | 4.80 | $405.00 | $1,944.00 |
| CG | Cecilia Guerrero | .04 | 3.10 | $405.00 | $1,255.50 |
| TEP | Todd E. Phillips | .07 | 2.20 | $915.00 | $2,013.00 |
| CG | Cecilia Guerrero | .07 | 13.40 | $405.00 | $5,427.00 |
| JAL | Jeffrey A. Liesemer | .11 | 56.30 | $975.00 | $54,892.50 |
| KCM | Kevin C. Maclay | .11 | 42.40 | $1,175.00 | $49,820.00 |
| TEP | Todd E. Phillips | .11 | 9.10 | $915.00 | $8,326.50 |
| JPW | James P. Wehner | .11 | 0.30 | $975.00 | $292.50 |
| AWL | Ann W. Langley | .11 | 25.20 | $665.00 | $16,758.00 |
| SRJ | Shamara R. James | .11 | 0.90 | $495.00 | $445.50 |
| NRM | Nathaniel R. Miller | .11 | 0.30 | $525.00 | $157.50 |
| GMO | George M. O'Connor | .11 | 34.00 | $465.00 | $15,810.00 |
| SMR | Shahriar M. Raafi | .11 | 2.40 | $495.00 | $1,188.00 |
| LHS1 | Lucas H. Self | .11 | 177.40 | $525.00 | $93,135.00 |
| JAG | Jessica A. Giglio | .11 | 80.00 | $405.00 | $32,400.00 |
| CG | Cecilia Guerrero | .11 | 0.30 | $405.00 | $121.50 |
| JAL | Jeffrey A. Liesemer | .15 | 0.30 | $975.00 | $292.50 |
| KCM | Kevin C. Maclay | .15 | 3.10 | $1,175.00 | $3,642.50 |
| AWL | Ann W. Langley | .15 | 0.30 | $665.00 | $199.50 |

April 04, 2022
Invoice #:        340433

Page:              17

**BREAKDOWN BY PERSON**

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| GMO | George M. O'Connor | .15 | 3.50 | $465.00 | $1,627.50 |
| LHS1 | Lucas H. Self | .15 | 0.30 | $525.00 | $157.50 |
| JAG | Jessica A. Giglio | .15 | 0.70 | $405.00 | $283.50 |
| JAG | Jessica A. Giglio | .17 | 8.60 | $405.00 | $3,483.00 |
| CMJ | Caroline M. Johnson | .17 | 50.90 | $325.00 | $16,542.50 |
| | | | 524.40 | | $313,305.00 |