Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTIETH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING FEBRUARY 1, 2022, THROUGH FEBRUARY 28, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | February 1, 2022, through February 28, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $226,215.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $5,828.02 |
| **Total compensation requested in this statement:** | $180,972.40 (80% of $226,215.50) |
| **Total expenses requested in this statement:** | $5,828.02 |
| **Total compensation and expenses requested in this statement:** | $186,800.42 |

**This is a:**    _X_ monthly              ___ interim              ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Thirtieth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing February 1, 2022, through February 28, 2022 (the "**Fee Period**").

## **Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 360.5 hours of professional services during the Fee Period, resulting in fees totaling $226,215.50.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $180,972.40.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $693.64.  The blended hourly rate of all paraprofessionals is $405.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $5,828.02 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: May 6, 2022

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State
Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### FEBRUARY 1, 2022, THROUGH FEBRUARY 28, 2022

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 0.4 | $162.00 |
| .07 | Fee Applications-Self | 7.7 | $3,734.50 |
| .11 | Plan & Disclosure Statement | 330.9 | $212,531.50 |
| .15 | MSGE Group Meetings/Conferences | 4.0 | $2,700.00 |
| .17 | Docket Review & File Maintenance | 17.5 | $7,087.50 |
| **TOTAL** | | **360.5** | **$226,215.50** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### FEBRUARY 1, 2022, THROUGH FEBRUARY 28, 2022

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,175.00 | 22.5 | $26,437.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $915.00 | 1.5 | $1,372.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $975.00 | 73.6 | $71,760.00 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $665.00 | 0.4 | $266.00 |
| Nathaniel R. Miller | Associate / 2016 / Bankruptcy | $525.00 | 25.8 | $13,545.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $525.00 | 122.0 | $64,050.00 |
| Shamara R. James | Associate / 2017 / Bankruptcy | $495.00 | 13.5 | $6,682.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $465.00 | 18.6 | $8,649.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $405.00 | 6.9 | $2,794.50 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $405.00 | 75.7 | $30,658.50 |
| **TOTAL** | | | **360.5** | **$226,215.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### FEBRUARY 1, 2022, THROUGH FEBRUARY 28, 2022

| Category | Amount |
|---|---:|
| Court Reporter Transcript Services | $226.10 |
| Database Research | $4,840.67 |
| Outside Duplication | $257.50 |
| PACER Service | $397.70 |
| Postage | $106.05 |
| **TOTAL** | **$5,828.02** |

# EXHIBIT D



# Caplin & Drysdale

## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:      340434
Page:              1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through February 28, 2022

| | |
|---|---|
| Total Services | $226,215.50 |
| Total Disbursements | $5,828.02 |
| Total Current Charges | $232,043.52 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

RE:  Purdue Pharma Bankruptcy Proceeding

April 04, 2022
Invoice #:        340434
Page:                    1

For Professional Services Rendered Through  February 28, 2022

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 2/15/2022 | JAG | Attorney registrations re hearing (.2); communications w/ KCM, TEP, JAL, LHS and NRM re same (.2). | 0.4 | $405.00 | $162.00 |
| | | **Total** | **0.40** | | **$162.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 2/14/2022 | CG | Revise monthly fee application. | 3.6 | $405.00 | $1,458.00 |
| 2/15/2022 | CG | Revise monthly fee application. | 1.7 | $405.00 | $688.50 |
| 2/18/2022 | CG | Revise monthly fee application. | 1.6 | $405.00 | $648.00 |
| 2/27/2022 | KCM | Review/edit November and December fee applications. | 0.8 | $1,175.00 | $940.00 |
| | | **Total** | **7.70** | | **$3,734.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/1/2022 | JAL | Review and revise outline re opening brief (2.1); review and analyze materials re same (3.5); confer w/ LHS re drafting same and next steps (1.3). | 6.9 | $975.00 | $6,727.50 |
| 2/1/2022 | JAL | Attend hearing. | 0.8 | $975.00 | $780.00 |
| 2/1/2022 | KCM | Plan/prepare for hearing. | 1.4 | $1,175.00 | $1,645.00 |
| 2/1/2022 | KCM | Attend hearing. | 0.8 | $1,175.00 | $940.00 |
| 2/1/2022 | KCM | Review/analyze materials re appeal and case issues and plan/prepare next steps. | 2.7 | $1,175.00 | $3,172.50 |

April 04, 2022
Invoice #:      340434

Page:          2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/1/2022 | TEP | Review appeal filings (.2); communications w/ JAL and KCM re hearing (.2); communications w/ JAG re briefing logistics (.1); communications w/ R. Bass re service issue (.1); communications w/ KCM, JAL, LHS, and JAG re same (.1). | 0.7 | $915.00 | $640.50 |
| 2/1/2022 | AWL | Review filings in appeal. | 0.4 | $665.00 | $266.00 |
| 2/1/2022 | LHS1 | Teleconference w/ JAL re appeal brief (1.3); revise outline re opening brief (2.9). | 4.2 | $525.00 | $2,205.00 |
| 2/1/2022 | JAG | Attend hearing (.8); communications w/ KCM, JAL and LHS re same (.3); prepare, revise, file and effect service of Second Circuit filings (.8); confer w/ Clerk re same (.3). | 2.2 | $405.00 | $891.00 |
| 2/2/2022 | LHS1 | Draft background section re merits brief (3.1); incorporate citations re same (1.4); draft section of brief re third-party releases (3.3); research re same (1.7); communications w/ KCM re appeal schedule (.1); confer w/ SRJ re research assignment (.2). | 9.8 | $525.00 | $5,145.00 |
| 2/2/2022 | SRJ | Teleconference w/ LHS re research assignment. | 0.2 | $495.00 | $99.00 |
| 2/3/2022 | LHS1 | Conduct additional research re merits brief (2.3); draft sections of Second Circuit brief (3.2); review and revise appeal brief (4.1); revise and edit brief (.6). | 10.2 | $525.00 | $5,355.00 |
| 2/3/2022 | SRJ | Research and analyze case law re appeal issue. | 1.1 | $495.00 | $544.50 |
| 2/4/2022 | JAL | Review and analyze materials re potential appeal issues. | 0.7 | $975.00 | $682.50 |
| 2/4/2022 | LHS1 | Research citations to certain portions of record on appeal (1.8); draft sections of brief re additional issues on appeal (4.9); revise and edit same (1.1). | 7.8 | $525.00 | $4,095.00 |
| 2/4/2022 | SRJ | Review and analyze recent filings and related materials re appeal. | 2.3 | $495.00 | $1,138.50 |
| 2/5/2022 | TEP | Review M. Tobak and JAL communications re appeal issues (.1); review JAL and KCM communications re service issue (.1). | 0.2 | $915.00 | $183.00 |
| 2/5/2022 | LHS1 | Draft section of brief distinguishing cases cited by District Court (3.4); revise and edit same (3.1); revise select portions of brief (2.9). | 9.4 | $525.00 | $4,935.00 |
| 2/5/2022 | SRJ | Research and analyze case law re appeal issues. | 5.2 | $495.00 | $2,574.00 |
| 2/6/2022 | JAL | Teleconference w/ B. Kaminetzky, G. McCarthy, M. Tobak, A. Preis, M. Hurley, J. Chen, K. Porter, K. Eckstein, D. Blabey, L. Robbins re Second Circuit briefing. | 0.9 | $975.00 | $877.50 |
| 2/6/2022 | LHS1 | Revise discussion of cases in brief (3.2); edit Second Circuit brief (2.9); revise record citations (2.1); review Second Circuit rules re same (.6); revise brief re same (1.3). | 10.1 | $525.00 | $5,302.50 |

April 04, 2022
Invoice #:        340434

Page:              3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/7/2022 | JAL | Review and analyze materials re potential appeal issues. | 3.6 | $975.00 | $3,510.00 |
| 2/7/2022 | GMO | Review papers re NAS discovery dispute (1.3); draft summary of issues re same (.6); research re attorneys' fees issues (.4). | 2.3 | $465.00 | $1,069.50 |
| 2/7/2022 | LHS1 | Edit sections of Second Circuit brief (11.1); edit citations re same (2.1). | 13.2 | $525.00 | $6,930.00 |
| 2/8/2022 | JAL | Correspondence to LHS re next steps for Second Circuit brief (.3); review and revise opening brief (4.7); review and analyze mediator's report (.2). | 5.2 | $975.00 | $5,070.00 |
| 2/8/2022 | LHS1 | Review local rules for filing (1.1); review correspondence from Debtors re joint appendix (.6); incorporate additional citations (1.8). | 3.5 | $525.00 | $1,837.50 |
| 2/8/2022 | JAG | Review, revise and cite check Second Circuit opening brief (6.7); communications w/ LHS re same (.2). | 6.9 | $405.00 | $2,794.50 |
| 2/9/2022 | JAL | Teleconferences w/ NRM re draft Second Circuit brief and next steps (.2); communications w/ LHS re same (.1); review and revise Second Circuit brief (14.3). | 14.6 | $975.00 | $14,235.00 |
| 2/9/2022 | KCM | Review/edit appeal brief and review/analyze related materials. | 3.4 | $1,175.00 | $3,995.00 |
| 2/9/2022 | KCM | Teleconference w/ NRM re appeal issue. | 0.1 | $1,175.00 | $117.50 |
| 2/9/2022 | TEP | Communications w/ JAG re appeal brief (.1); communications w/ JAL re same (.1). | 0.2 | $915.00 | $183.00 |
| 2/9/2022 | LHS1 | Revise section of appeal brief re constitutional issue (4.8); incorporate additional citations to brief (2.3); review and edit brief (3.2). | 10.3 | $525.00 | $5,407.50 |
| 2/9/2022 | NRM | Draft insert for appellate brief (.8); research re same (4.7); confer w/ KCM re same (.1); conferences w/ JAL re same (.2). | 5.8 | $525.00 | $3,045.00 |
| 2/9/2022 | JAG | Review, revise and cite check Second Circuit opening brief. | 13.7 | $405.00 | $5,548.50 |
| 2/10/2022 | JAL | Review and revise Second Circuit opening brief (8.4); review and analyze materials re appeal issues (2.7); conferences w/ KCM re draft Second Circuit brief and next steps (1.2); confer w/ JAG re next steps (.3); confer w/ NRM re same (.1). | 12.7 | $975.00 | $12,382.50 |
| 2/10/2022 | KCM | Teleconference w/ M. Tobak re appeal. | 0.1 | $1,175.00 | $117.50 |
| 2/10/2022 | KCM | Review/edit appeal brief. | 1.9 | $1,175.00 | $2,232.50 |
| 2/10/2022 | KCM | Teleconferences w/ JAL re appeal brief. | 1.2 | $1,175.00 | $1,410.00 |
| 2/10/2022 | TEP | Review KCM and JAL communications re appeal brief. | 0.1 | $915.00 | $91.50 |

April 04, 2022
Invoice #:        340434

Page:              4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/10/2022 | LHS1 | Incorporate citations to special appendix into brief (7.1); conferences w/ NRM re same (.6); edit brief (2.1); confer w/ JAG re same (.3); review special appendix (1.4). | 11.5 | $525.00 | $6,037.50 |
| 2/10/2022 | NRM | Revise and edit appellate brief (6.8); confer w/ JAL re same (.1); conferences w/ LHS re same (.6); communications w/ KCM re same (.1); draft insert re appellate brief (1.8); research re same (.4). | 9.8 | $525.00 | $5,145.00 |
| 2/10/2022 | SRJ | Review draft pleadings re appeal. | 1.4 | $495.00 | $693.00 |
| 2/10/2022 | JAG | Review, revise and cite check Second Circuit opening brief (13.1); confer w/ JAL re same (.3); confer w/ LHS re same (.3); communications w/ KCM and JAL re same (.2); communications w/ M. Ecke re service (.2). | 14.1 | $405.00 | $5,710.50 |
| 2/11/2022 | JAL | Review and revise Second Circuit opening brief (6.2); conferences w/ LHS re same (.4); conferences w/ NRM re same (1.3); correspondence w/ NRM and LHS re next steps (.1); correspondence w/ NRM and LHS re same (.2); review and revise draft appendix designations (.6); correspondence w/ JAG re Second Circuit brief and next steps (.2); correspondence w/ LHS re same (.3). | 9.3 | $975.00 | $9,067.50 |
| 2/11/2022 | LHS1 | Review and revise joint appendix (2.2); review brief for conformity to local rules (1.8); review and revise brief (4.1); conferences w/ JAL re same (.4); communication w/ NRM and JAL re same (.1); conferences w/ NRM re same (.8); edit brief for filing (3.4); email UCC re same (.1). | 12.9 | $525.00 | $6,772.50 |
| 2/11/2022 | NRM | Edit appellate brief (4.8); conferences w/ LHS re same (.8); conferences w/ JAL re same (1.3); correspond w/ CG re same (.3); revise appendix designations (1.6). | 8.8 | $525.00 | $4,620.00 |
| 2/11/2022 | SRJ | Review and analyze draft pleadings and related materials. | 3.3 | $495.00 | $1,633.50 |
| 2/11/2022 | JAG | Review, revise, cite check, prepare and file opening brief for filing w/ Second Circuit. | 15.2 | $405.00 | $6,156.00 |
| 2/13/2022 | JAG | Effect service of hard copy documents re Clerk and pro se parties. | 0.4 | $405.00 | $162.00 |
| 2/14/2022 | JAL | Review and analyze materials re insurance recovery issues. | 3.9 | $975.00 | $3,802.50 |
| 2/14/2022 | GMO | Review Debtors' filing re professional fee caps. | 0.2 | $465.00 | $93.00 |
| 2/14/2022 | LHS1 | Review documents for inclusion in joint appendix (2.8); review and revise joint appendix (4.9). | 7.7 | $525.00 | $4,042.50 |
| 2/15/2022 | JAL | Review and analyze materials re insurance recovery issues. | 0.6 | $975.00 | $585.00 |

April 04, 2022
Invoice #:      340434

Page:           5

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/15/2022 | JAL | Correspondence w/ LHS re Second Circuit briefing and next steps. | 1.8 | $975.00 | $1,755.00 |
| 2/15/2022 | KCM | Review/analyze materials re case issues and plan/prepare next steps. | 1.3 | $1,175.00 | $1,527.50 |
| 2/15/2022 | TEP | Communications w/ LHS and JAL re appeal issue. | 0.1 | $915.00 | $91.50 |
| 2/15/2022 | LHS1 | Review and revise joint appendix. | 3.1 | $525.00 | $1,627.50 |
| 2/15/2022 | JAG | Review notices from Court, prepare and effect filing w/ Second Circuit (2.9); communicate w/ LHS re same (.2). | 3.1 | $405.00 | $1,255.50 |
| 2/15/2022 | JAG | Hearing preparation (.4); communications w/ KCM, TEP, JAL, LHS and NRM re same (.3). | 0.7 | $405.00 | $283.50 |
| 2/16/2022 | JAL | Review and analyze materials re hearing prep. | 0.2 | $975.00 | $195.00 |
| 2/16/2022 | KCM | Teleconference w/ M. Tobak re appeals. | 0.2 | $1,175.00 | $235.00 |
| 2/16/2022 | TEP | Review LHS communication re upcoming hearing (.1); communicate w/ LHS and JAG re appeal filings (.1). | 0.2 | $915.00 | $183.00 |
| 2/16/2022 | GMO | Research re confidentiality designations and NAS challenge letter (2.2); draft memo re same (.5). | 2.7 | $465.00 | $1,255.50 |
| 2/16/2022 | LHS1 | Review appellants' briefs. | 3.9 | $525.00 | $2,047.50 |
| 2/17/2022 | JAL | Attend hearing. | 1.0 | $975.00 | $975.00 |
| 2/17/2022 | JAL | Review and analyze correspondence re plan-related developments. | 0.3 | $975.00 | $292.50 |
| 2/17/2022 | KCM | Plan/prepare for hearing. | 0.4 | $1,175.00 | $470.00 |
| 2/17/2022 | KCM | Attend hearing. | 1.0 | $1,175.00 | $1,175.00 |
| 2/17/2022 | KCM | Teleconference w/ M. Huebner re case status. | 0.3 | $1,175.00 | $352.50 |
| 2/17/2022 | KCM | Plan/prepare next steps and review/analyze related materials. | 2.6 | $1,175.00 | $3,055.00 |
| 2/17/2022 | KCM | Teleconference w/ GMO re tasks. | 0.2 | $1,175.00 | $235.00 |
| 2/17/2022 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.5 | $1,175.00 | $587.50 |
| 2/17/2022 | GMO | Confer w/ KCM re plan objections (.2); draft memo re same (3.4). | 3.6 | $465.00 | $1,674.00 |
| 2/17/2022 | NRM | Attend hearing (1.0); prepare re same (.4). | 1.4 | $525.00 | $735.00 |
| 2/18/2022 | JAL | Review and analyze Second Circuit amici briefs. | 0.5 | $975.00 | $487.50 |
| 2/18/2022 | KCM | Plan/prepare next steps and review/analyze related materials. | 0.8 | $1,175.00 | $940.00 |
| 2/18/2022 | JAG | Prepare materials re amicus filings (.5); communications w/ JAL re same (.2). | 0.7 | $405.00 | $283.50 |
| 2/21/2022 | JAL | Review and analyze opening and amici Second Circuit briefs. | 4.8 | $975.00 | $4,680.00 |

April 04, 2022
Invoice #:        340434

Page:            6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/21/2022 | GMO | Review letter correspondence and related documents between Debtors, UCC, and AHC (1.5); draft summary of same (.2); research re appeal and effective date issues (.6). | 2.3 | $465.00 | $1,069.50 |
| 2/21/2022 | JAG | Prepare materials re amicus filings (.4); communications w/ JAL re same (.2). | 0.6 | $405.00 | $243.00 |
| 2/22/2022 | JAL | Review and analyze opening and amici Second Circuit briefs. | 2.5 | $975.00 | $2,437.50 |
| 2/22/2022 | GMO | Review correspondence between UCC, Debtors, MSGE Group and AHC re appeal issues. | 1.7 | $465.00 | $790.50 |
| 2/23/2022 | JAL | Correspondence w/ LHS re joint appendix designations. | 0.4 | $975.00 | $390.00 |
| 2/23/2022 | KCM | Teleconference w/ GMO, M. Huebner and E. Vonnegut re mediation issues. | 1.1 | $1,175.00 | $1,292.50 |
| 2/23/2022 | KCM | Teleconference w/ E. Vonnegut re mediation issues. | 0.2 | $1,175.00 | $235.00 |
| 2/23/2022 | KCM | Teleconference w/ GMO re case status. | 0.3 | $1,175.00 | $352.50 |
| 2/23/2022 | GMO | Draft memorandum re NAS letter and related issues (1.8); attend teleconference w/ KCM, M. Huebner and E. Vonnegut re mediation issues (1.1); confer w/ KCM re case status (.3). | 3.2 | $465.00 | $1,488.00 |
| 2/26/2022 | LHS1 | Communicate w/ KCM and JAL re joint appendix. | 0.2 | $525.00 | $105.00 |
| 2/28/2022 | JAL | Review and analyze materials re Second Circuit reply brief. | 2.9 | $975.00 | $2,827.50 |
| 2/28/2022 | LHS1 | Review amicus briefs. | 4.2 | $525.00 | $2,205.00 |
| | | **Total** | **330.90** | | **$212,531.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 2/7/2022 | GMO | Confer w/ MSGE member counsel (J. Hernandez Diotalevi) re case issues. | 0.3 | $465.00 | $139.50 |
| 2/15/2022 | GMO | Draft constituent memorandum re attorneys fees. | 1.2 | $465.00 | $558.00 |
| 2/15/2022 | JAG | Communications w/ J. Tapley re hearing. | 0.2 | $405.00 | $81.00 |
| 2/17/2022 | KCM | Teleconference w/ J. Tapley re case status. | 0.3 | $1,175.00 | $352.50 |
| 2/23/2022 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $1,175.00 | $235.00 |
| 2/23/2022 | KCM | Plan/prepare re MSGE meeting. | 0.3 | $1,175.00 | $352.50 |
| 2/23/2022 | KCM | Attend MSGE meeting. | 0.4 | $1,175.00 | $470.00 |
| 2/23/2022 | GMO | Prepare for MSGE meeting (.7); attend MSGE meeting (.4). | 1.1 | $465.00 | $511.50 |
| | | **Total** | **4.00** | | **$2,700.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 2/2/2022 | JAG | Review appeal dockets and update files. | 2.9 | $405.00 | $1,174.50 |

April 04, 2022
Invoice #:      340434

Page:              7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 2/13/2022 | JAG | Review appeal dockets and update pleadings files. | 0.9 | $405.00 | $364.50 |
| 2/15/2022 | JAG | Review dockets and update pleadings files. | 3.3 | $405.00 | $1,336.50 |
| 2/16/2022 | JAG | Review dockets and update pleadings files. | 2.1 | $405.00 | $850.50 |
| 2/17/2022 | JAG | Review dockets and update pleadings files. | 3.6 | $405.00 | $1,458.00 |
| 2/21/2022 | JAG | Review dockets and update pleadings files. | 2.1 | $405.00 | $850.50 |
| 2/25/2022 | JAG | Review dockets and update pleadings files. | 2.6 | $405.00 | $1,053.00 |
| | | **Total** | **17.50** | | **$7,087.50** |
| | | Total Professional Services | 360.5 | | $226,215.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 73.6 | $975.00 | $71,760.00 |
| KCM | Kevin C. Maclay | Member | 22.5 | $1,175.00 | $26,437.50 |
| TEP | Todd E. Phillips | Member | 1.5 | $915.00 | $1,372.50 |
| AWL | Ann W. Langley | Of Counsel | 0.4 | $665.00 | $266.00 |
| SRJ | Shamara R. James | Associate | 13.5 | $495.00 | $6,682.50 |
| NRM | Nathaniel R. Miller | Associate | 25.8 | $525.00 | $13,545.00 |
| GMO | George M. O'Connor | Associate | 18.6 | $465.00 | $8,649.00 |
| LHS1 | Lucas H. Self | Associate | 122.0 | $525.00 | $64,050.00 |
| JAG | Jessica A. Giglio | Paralegal | 75.7 | $405.00 | $30,658.50 |
| CG | Cecilia Guerrero | Paralegal | 6.9 | $405.00 | $2,794.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/01/2022 | Database Research - Lexis - GMO - 01/03/2022 [.11] | $2,004.83 |
| 02/01/2022 | Database Research - Lexis - LHS1 - 01/28/2022 [.11] | $68.90 |
| 02/01/2022 | Database Research - Westlaw - LHS1 - 01/02- 01/31/2022 [.11] | $744.43 |
| 02/01/2022 | Database Research - Westlaw - GMO - 01/03/2022 [.11] | $2,022.51 |
| 02/10/2022 | PACER SERVICE CENTER- Pacer Charges- CG 10/01-12/31/2021 [.11] | $88.50 |
| 02/10/2022 | PACER SERVICE CENTER- Pacer Charges- JAL 10/01-12/31/2021 [.11] | $42.10 |
| 02/10/2022 | PACER SERVICE CENTER- Pacer Charges- LHS 10/01-12/31/2021 [.11] | $16.10 |

April 04, 2022
Invoice #:      340434

Page:            8

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/10/2022 | PACER SERVICE CENTER- Pacer Charges- JAG 10/01-12/31/2021 [.11] | $239.10 |
| 02/10/2022 | PACER SERVICE CENTER- Pacer Charges- GMO 10/01-12/31/2021 [.11] | $11.90 |
| 02/10/2022 | VERITEXT- Court Reporting/Transcript Service- Hr'g Tr 2/1/22 [.11] | $46.80 |
| 02/15/2022 | FEDERAL EXPRESS - Express Mail - JAL Feb 11 [.11] | $48.15 |
| 02/17/2022 | Court Reporting/Transcript Service - (Veritext) Hr'g tr. 1/12/22 [.11] | $124.10 |
| 02/22/2022 | Court Reporting/Transcript Service - (Veritext) 2/17/22 Hr'g tr. [.11] | $55.20 |
| 02/22/2022 | Outside Duplication Service - (TransPerfect) Courtesy copies of opening brief for Second Circuit. [.11] | $257.50 |
| 02/23/2022 | FEDERAL EXPRESS - Express Mail - JAL Feb 14 [.11] | $35.30 |
| 02/28/2022 | Postage [.04] | $22.60 |

| | Total Disbursements | $5,828.02 |
|---|---|---|
| | Total Services | $226,215.50 |
| | Total Disbursements | $5,828.02 |
| | Total Current Charges | $232,043.52 |

April 04, 2022
Invoice #:        340434

Page:        9

## TASK RECAP

| Services | | | | Disbursements | |
| --- | --- | --- | --- | --- | --- |
| Category | Hours | Amount | | Category | Amount |
| .04 | 0.40 | $162.00 | | .04 | $22.60 |
| .07 | 7.70 | $3,734.50 | | .11 | $5,805.42 |
| .11 | 330.90 | $212,531.50 | | | |
| .15 | 4.00 | $2,700.00 | | | |
| .17 | 17.50 | $7,087.50 | | | |
| | 360.50 | $226,215.50 | | | $5,828.02 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| JAG | Jessica A. Giglio | .04 | 0.40 | $405.00 | $162.00 |
| KCM | Kevin C. Maclay | .07 | 0.80 | $1,175.00 | $940.00 |
| CG | Cecilia Guerrero | .07 | 6.90 | $405.00 | $2,794.50 |
| JAL | Jeffrey A. Liesemer | .11 | 73.60 | $975.00 | $71,760.00 |
| KCM | Kevin C. Maclay | .11 | 20.50 | $1,175.00 | $24,087.50 |
| TEP | Todd E. Phillips | .11 | 1.50 | $915.00 | $1,372.50 |
| AWL | Ann W. Langley | .11 | 0.40 | $665.00 | $266.00 |
| SRJ | Shamara R. James | .11 | 13.50 | $495.00 | $6,682.50 |
| NRM | Nathaniel R. Miller | .11 | 25.80 | $525.00 | $13,545.00 |
| GMO | George M. O'Connor | .11 | 16.00 | $465.00 | $7,440.00 |
| LHS1 | Lucas H. Self | .11 | 122.00 | $525.00 | $64,050.00 |
| JAG | Jessica A. Giglio | .11 | 57.60 | $405.00 | $23,328.00 |
| KCM | Kevin C. Maclay | .15 | 1.20 | $1,175.00 | $1,410.00 |
| GMO | George M. O'Connor | .15 | 2.60 | $465.00 | $1,209.00 |
| JAG | Jessica A. Giglio | .15 | 0.20 | $405.00 | $81.00 |
| JAG | Jessica A. Giglio | .17 | 17.50 | $405.00 | $7,087.50 |
| | | | 360.50 | | $226,215.50 |