Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-FIRST MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING MARCH 1, 2022, THROUGH MARCH 31, 2022**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | March 1, 2022, through March 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $359,584.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $5,062.58 |
| **Total compensation requested in this statement:** | $287,667.60 (80% of $359,584.50) |
| **Total expenses requested in this statement:** | $5,062.58 |
| **Total compensation and expenses requested in this statement:** | $292,730.18 |

**This is a:**    _X_ monthly            ___ interim            ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Thirty-First Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing March 1, 2022, through March 31, 2022 (the "**Fee Period**").

## Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 550.7 hours of professional services during the Fee Period, resulting in fees totaling $359,584.50.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $287,667.60.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $425.  The blended hourly rate of all paraprofessionals is $769.04.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $5,062.58 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: May 6, 2022                          Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### MARCH 1, 2022, THROUGH MARCH 31, 2022

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 2.8 | $1,206.00 |
| .07 | Fee Applications-Self | 12.1 | $6,073.50 |
| .11 | Plan & Disclosure Statement | 519.1 | $344,334.50 |
| .15 | MSGE Group Meetings/Conferences | 8.4 | $4,609.00 |
| .17 | Docket Review & File Maintenance | 8.3 | $3,361.50 |
| **TOTAL** | | **550.7** | **$359,584.50** |

# EXHIBIT B

### SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### MARCH 1, 2022, THROUGH MARCH 31, 2022

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,175.00 | 48.5 | $56,987.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $915.00 | 4.5 | $4,117.50 |
| James P. Wehner | Member / 1995 / Bankruptcy | $975.00 | 2.7 | $2,632.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $975.00 | 133.0 | $129,675.00 |
| Nathaniel R. Miller | Associate / 2016 / Bankruptcy | $525.00 | 2.0 | $1,050.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $525.00 | 126.0 | $66,150.00 |
| Allegra N. Kauffman | Associate / 2019 / Bankruptcy | $425.00 | 41.8 | $17,765.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $465.00 | 56.1 | $26,086.50 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $405.00 | 9.8 | $3,969.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $405.00 | 126.3 | $51,151.50 |
| **TOTAL** | | | **550.7** | **$359,584.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### MARCH 1, 2022, THROUGH MARCH 31, 2022

| Category | Amount |
|---|---:|
| Court Reporter Transcript Services | $255.60 |
| Database Research | $4,445.96 |
| Outside Duplication | $311.39 |
| Postage | $49.63 |
| **TOTAL** | **$5,062.58** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

| | |
|---|---|
| Invoice #: | 340939 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through March 31, 2022

| | |
|---|---|
| Total Services | $359,584.50 |
| Total Disbursements | $5,062.58 |
| Total Current Charges | $364,647.08 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

April 29, 2022
Invoice #:        340939
Page:              1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through March 31, 2022

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 3/2/2022 | LHS1 | Confer w/ Clerk's office re notices of appearance (.1); review and revise notices re same (.4); communicate w/ KCM, JAL, and JAG re same (.1). | 0.6 | $525.00 | $315.00 |
| 3/3/2022 | JAG | Review docket and update calendar. | 0.3 | $405.00 | $121.50 |
| 3/8/2022 | JAG | Attorney hearing registrations (.2); communications w/ KCM, JAL, GMO and LHS re same (.1). | 0.3 | $405.00 | $121.50 |
| 3/14/2022 | JAG | Confer w/ Clerk's office re Second Circuit filings (.7); prepare, file and effect service of notices of appearance (.9). | 1.6 | $405.00 | $648.00 |
| | | **Total** | **2.80** | | **$1,206.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 3/8/2022 | TEP | Communicate w/ CG re monthly fee application (.1); confer w/ Accounting re same (.1). | 0.2 | $915.00 | $183.00 |
| 3/9/2022 | TEP | Communicate w/ CG re monthly fee application. | 0.1 | $915.00 | $91.50 |
| 3/9/2022 | TEP | Communicate w/ CG and KCM re monthly fee application. | 0.3 | $915.00 | $274.50 |
| 3/13/2022 | TEP | Communicate w/ CG re January and February monthly fee applications. | 0.2 | $915.00 | $183.00 |
| 3/15/2022 | TEP | Communicate w/ KCM re monthly fee applications. | 0.1 | $915.00 | $91.50 |
| 3/17/2022 | TEP | Communications w/ CG re monthly fee applications. | 0.1 | $915.00 | $91.50 |
| 3/18/2022 | TEP | Review and edit monthly fee application. | 0.9 | $915.00 | $823.50 |
| 3/19/2022 | TEP | Review and edit monthly fee application. | 0.4 | $915.00 | $366.00 |

April 29, 2022
Invoice #:        340939

Page:                2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.07** | **Fee Applications-Self** | | | | |
| 3/22/2022 | CG | Review and revise fee applications. | 9.8 | $405.00 | $3,969.00 |
| | | **Total** | **12.10** | | **$6,073.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/1/2022 | JAL | Review and analyze materials re Second Circuit reply brief. | 4.4 | $975.00 | $4,290.00 |
| 3/2/2022 | JAL | Review and analyze draft term sheet. | 1.3 | $975.00 | $1,267.50 |
| 3/2/2022 | KCM | Review/analyze settlement term sheet and related materials. | 0.6 | $1,175.00 | $705.00 |
| 3/2/2022 | KCM | Communicate w/ TEP, JAL and NRM re settlement term sheet. | 0.1 | $1,175.00 | $117.50 |
| 3/2/2022 | TEP | Review draft settlement stipulation. | 0.5 | $915.00 | $457.50 |
| 3/2/2022 | GMO | Review and analyze Sackler term sheet (3.3); confer w/ JAG re draft filing (.2). | 3.5 | $465.00 | $1,627.50 |
| 3/2/2022 | NRM | Review term sheet (.4); communications w/ TEP re same (.2). | 0.6 | $525.00 | $315.00 |
| 3/2/2022 | JAG | Review and analyze docket and relevant entries re settlement term sheet (1.4); confer w/ GMO re same (.2). | 1.6 | $405.00 | $648.00 |
| 3/3/2022 | LHS1 | Analyze settlement term sheet (1.8); review objection re same (1.3). | 3.1 | $525.00 | $1,627.50 |
| 3/4/2022 | JAL | Review and analyze Debtors' term sheet motion and related documents (2.3); attend status conference (.7); review and analyze objections re term sheet motion (.8). | 3.8 | $975.00 | $3,705.00 |
| 3/4/2022 | KCM | Review/analyze materials re settlement and related issues and plan/prepare next steps. | 3.7 | $1,175.00 | $4,347.50 |
| 3/4/2022 | KCM | Attend status conference. | 0.7 | $1,175.00 | $822.50 |
| 3/4/2022 | TEP | Review JAG communication re joint appendix. | 0.1 | $915.00 | $91.50 |
| 3/4/2022 | GMO | Review motion to approve settlement term sheet (1.7); research re same (3.7); prepare for status conference (.3); attend status conference (.7); research re settlement term sheet and related documents (1.1). | 7.5 | $465.00 | $3,487.50 |
| 3/4/2022 | LHS1 | Analyze term sheet (1.1); review related materials (.8). | 1.9 | $525.00 | $997.50 |
| 3/5/2022 | JAL | Review and analyze email from GMO re Debtors' motion to approve settlement term sheet. | 0.4 | $975.00 | $390.00 |
| 3/5/2022 | GMO | Research re settlement term sheet (3.8); draft reply re same (1.6). | 5.4 | $465.00 | $2,511.00 |
| 3/6/2022 | GMO | Research re settlement term sheet issues (1.6); draft response re Debtors' motion to approve term sheet (6.1). | 7.7 | $465.00 | $3,580.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/7/2022 | JAL | Review and revise draft statement re proposed settlement term sheet (1.2); review and revise draft response to proposed settlement term sheet (2.4); teleconference w/ KCM re developments and next steps (.6). | 4.2 | $975.00 | $4,095.00 |
| 3/7/2022 | JAL | Review and analyze objections to motion to approve proposed settlement term sheet. | 0.2 | $975.00 | $195.00 |
| 3/7/2022 | KCM | Review/analyze filings and materials re settlement issues and plan/prepare next steps. | 5.1 | $1,175.00 | $5,992.50 |
| 3/7/2022 | KCM | Teleconference w/ JAL re case status and next steps. | 0.6 | $1,175.00 | $705.00 |
| 3/7/2022 | GMO | Revise draft filing re settlement term sheet (3.4); review objections to motion to approve settlement term sheet (.5); draft memo re objections (.4); communications w/ JAG re same (.1); communications w/ JAL re draft filing (.2). | 4.6 | $465.00 | $2,139.00 |
| 3/7/2022 | LHS1 | Review and analyze term sheet objections. | 3.9 | $525.00 | $2,047.50 |
| 3/7/2022 | JAG | Fact research re motion to approve settlement term sheet (2.6); communications w/ GMO re same (.2); review, revise and cite check statement re motion to approve settlement term sheet (2.7); communications w/ KCM, TEP, JAL and GMO re same (.2). | 5.7 | $405.00 | $2,308.50 |
| 3/8/2022 | JAL | Review and revise draft response re settlement term sheet (1.0); review correspondence re same (.2); communicate w/ KCM, TEP, and GMO re same (.3); communicate w/ JAG re same (.2); review and analyze materials re response to term sheet motion (3.3); review and analyze objections re Debtors' motion to approve settlement term sheet (2.1); confer w/ KCM re same (.4). | 7.5 | $975.00 | $7,312.50 |
| 3/8/2022 | KCM | Teleconferences w/ TEP re case status. | 0.4 | $1,175.00 | $470.00 |
| 3/8/2022 | KCM | Review/edit settlement response (3.3); review/analyze related briefs and materials and plan/prepare next steps (3.9). | 7.2 | $1,175.00 | $8,460.00 |
| 3/8/2022 | KCM | Plan/prepare for hearing and review/analyze related communications and materials. | 2.2 | $1,175.00 | $2,585.00 |
| 3/8/2022 | KCM | Teleconference w/ JAL re settlement response. | 0.4 | $1,175.00 | $470.00 |
| 3/8/2022 | TEP | Conferences w/ KCM re case status. | 0.4 | $915.00 | $366.00 |
| 3/8/2022 | JAG | Revise, cite check, and effect filing of statement in support of term sheet and service of same (3.2); confer w/ KCM re same (.3); communications w/ JAL re same (.2); fact research re same (1.3); hearing preparation (.9); communications re same (.2); fact research re Second Circuit appeal (.9); communications w/ LHS re same (.2). | 7.2 | $405.00 | $2,916.00 |

April 29, 2022
Invoice #:      340939

Page:          4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/9/2022 | JAL | Review and analyze materials re prep for hearing (2.6); attend hearing (4.5). | 7.1 | $975.00 | $6,922.50 |
| 3/9/2022 | KCM | Plan/prepare for hearing. | 0.6 | $1,175.00 | $705.00 |
| 3/9/2022 | KCM | Attend hearing. | 4.5 | $1,175.00 | $5,287.50 |
| 3/9/2022 | KCM | Plan/prepare next steps and review/analyze related materials re settlement, plan and appeal issues. | 2.8 | $1,175.00 | $3,290.00 |
| 3/9/2022 | GMO | Prepare for hearing (2.3); attend hearing (4.5). | 6.8 | $465.00 | $3,162.00 |
| 3/9/2022 | LHS1 | Attend hearing (3.6) (partial); review cases cited in appellants' briefs (3.1). | 6.7 | $525.00 | $3,517.50 |
| 3/10/2022 | JAL | Review draft motion re preliminary injunction (.2); correspond w/ KCM and LHS re same (.2). | 0.4 | $975.00 | $390.00 |
| 3/10/2022 | KCM | Review/analyze materials re case status and appeal issues and plan/prepare next steps. | 2.1 | $1,175.00 | $2,467.50 |
| 3/10/2022 | GMO | Attend hearing (2.9); draft memo re hearing and related issues (.7). | 3.6 | $465.00 | $1,674.00 |
| 3/10/2022 | LHS1 | Confer w/ K. Houston re joint appendix (.2); review joint appendix cites (.4). | 0.6 | $525.00 | $315.00 |
| 3/11/2022 | JAL | Teleconference w/ LHS re Second Circuit briefing (.3); communicate w/ JAG re same (.1). | 0.4 | $975.00 | $390.00 |
| 3/11/2022 | KCM | Teleconference w/ TEP re filing issue. | 0.1 | $1,175.00 | $117.50 |
| 3/11/2022 | TEP | Confer w/ Second Circuit clerk re filing (.1); communicate w/ KCM, JAL, LHS, and CG re same (.1); confer w/ KCM re same (.1). | 0.3 | $915.00 | $274.50 |
| 3/11/2022 | LHS1 | Confer w/ JAL re appellate brief (.3); review related briefing (.7). | 1.0 | $525.00 | $525.00 |
| 3/12/2022 | JAL | Review and analyze Second Circuit appellee briefs. | 0.7 | $975.00 | $682.50 |
| 3/12/2022 | LHS1 | Review U.S. Trustee's Brief (2.3); review Canadian appellant's brief (1.8); review cases cited in briefs (1.6). | 5.7 | $525.00 | $2,992.50 |
| 3/12/2022 | JAG | Prepare material re Second Circuit reply (.9); communications w/ KCM, JAL and LHS re same (.2). | 1.1 | $405.00 | $445.50 |
| 3/13/2022 | JAL | Review and analyze Second Circuit appellee briefs and related materials. | 3.3 | $975.00 | $3,217.50 |
| 3/13/2022 | LHS1 | Review cases cited in briefs (2.6); draft outline re response (3.1). | 5.7 | $525.00 | $2,992.50 |
| 3/14/2022 | JAL | Review and analyze appellee briefs and related materials. | 8.7 | $975.00 | $8,482.50 |
| 3/14/2022 | KCM | Review/analyze appellate materials and plan/prepare next steps. | 1.3 | $1,175.00 | $1,527.50 |
| 3/14/2022 | TEP | Review amicus and other parties in interest communications re appeal briefing. | 0.2 | $915.00 | $183.00 |

April 29, 2022
Invoice #:        340939

Page:            5

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/14/2022 | GMO | Revise brief in response to Debtors' motion to approve settlement term sheet (2.9); research re settlement issues (.4); review draft appellate materials (.8). | 4.1 | $465.00 | $1,906.50 |
| 3/14/2022 | LHS1 | Draft outline re reply brief (3.1); review cases cited in response briefs (3.8). | 6.9 | $525.00 | $3,622.50 |
| 3/15/2022 | JAL | Teleconference w/ LHS re Second Circuit reply brief (.9); review and analyze materials re same (4.9). | 5.8 | $975.00 | $5,655.00 |
| 3/15/2022 | ANK | Review and analyze materials re reply brief (3.1); research bar date orders re same (2.1). | 5.2 | $425.00 | $2,210.00 |
| 3/15/2022 | LHS1 | Draft portions of reply brief (3.6); review cases cited re same (2.4); confer w/ JAL re same (.9). | 6.9 | $525.00 | $3,622.50 |
| 3/16/2022 | KCM | Review/analyze materials re appeal and case issues and plan/prepare next steps. | 2.4 | $1,175.00 | $2,820.00 |
| 3/16/2022 | ANK | Review and analyze bar date orders re preparation of reply brief. | 7.1 | $425.00 | $3,017.50 |
| 3/16/2022 | LHS1 | Draft insert re classification issue (3.2); draft section of reply brief re jurisdiction issue (2.6); research cases re same (3.3). | 9.1 | $525.00 | $4,777.50 |
| 3/17/2022 | JAL | Review and analyze materials re reply brief. | 2.8 | $975.00 | $2,730.00 |
| 3/17/2022 | LHS1 | Research issues re tribal sovereignty (7.8); draft section of brief re same (1.1). | 8.9 | $525.00 | $4,672.50 |
| 3/18/2022 | JAL | Draft and revise Second Circuit reply brief. | 4.6 | $975.00 | $4,485.00 |
| 3/18/2022 | ANK | Review and analyze bar date orders re preparation of reply brief. | 6.3 | $425.00 | $2,677.50 |
| 3/18/2022 | LHS1 | Review and revise sections of reply brief. | 1.4 | $525.00 | $735.00 |
| 3/19/2022 | JAL | Review and revise Second Circuit reply brief. | 6.8 | $975.00 | $6,630.00 |
| 3/19/2022 | ANK | Review and analyze bar date orders re reply brief. | 2.9 | $425.00 | $1,232.50 |
| 3/19/2022 | LHS1 | Edit reply brief (2.7); research sovereign immunity (2.5); review and revise same (1.2); incorporate additional case cites (1.6); incorporate citations to special appendix (1.9). | 9.9 | $525.00 | $5,197.50 |
| 3/20/2022 | JAL | Review and revise Second Circuit reply brief. | 5.7 | $975.00 | $5,557.50 |
| 3/20/2022 | ANK | Research and analyze fraudulent claims issues re reply brief. | 3.2 | $425.00 | $1,360.00 |
| 3/20/2022 | LHS1 | Edit reply brief (.9); research additional cases re same (1.4). | 2.3 | $525.00 | $1,207.50 |
| 3/21/2022 | JAL | Review and revise Second Circuit reply brief (6.6); review and revise draft motion to file oversize reply brief and accompanying documents (1.7); teleconference w/ KCM re reply brief (.2); communicate w/ JAG re same (.2); communicate w/ LHS re same (.1). | 8.8 | $975.00 | $8,580.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/21/2022 | KCM | Teleconference w/ JAL re appeal issues. | 0.2 | $1,175.00 | $235.00 |
| 3/21/2022 | ANK | Research and analyze fraudulent claims issues re reply brief. | 8.4 | $425.00 | $3,570.00 |
| 3/21/2022 | LHS1 | Review joint appendix rules (.4); review and analyze potential items re joint appendix (1.0); research case law re reply brief (2.6); correspond w/ JAL re same (.5); communicate w/ ANK re research (.1); research additional cases re same (2.2). | 6.8 | $525.00 | $3,570.00 |
| 3/21/2022 | JAG | Fact research re Second Circuit reply brief (2.4); communications w/ LHS re same (.2). | 2.6 | $405.00 | $1,053.00 |
| 3/22/2022 | JAL | Draft and revise Second Circuit reply brief. | 12.9 | $975.00 | $12,577.50 |
| 3/22/2022 | TEP | Communicate w/ JAL and LHS re UCC appeal issue. | 0.1 | $915.00 | $91.50 |
| 3/22/2022 | ANK | Research and analyze dischargeability issues re drafting reply brief. | 8.7 | $425.00 | $3,697.50 |
| 3/22/2022 | LHS1 | Review appeal brief (.9); research case law re same (2.1). | 3.0 | $525.00 | $1,575.00 |
| 3/22/2022 | JAG | Review, cite check, file, and effect service of motion to file oversized brief (1.9); communications w/ JAL and LHS re same (.3). | 2.2 | $405.00 | $891.00 |
| 3/22/2022 | JAG | Review, edit and cite check Second Circuit reply brief. | 5.6 | $405.00 | $2,268.00 |
| 3/23/2022 | JAL | Attend hearing (1.1); review and revise reply brief (4.1); review and analyze draft reply briefs of other appellants (4.3); correspondence w/ LHS re record designations and joint appendix (.6); communicate w/ KCM re reply brief and next steps (.2); teleconference w/ JAG re same (.2); teleconference w/ KCM, JPW (partial), and JAG (partial) re reply brief and next steps (1.4). | 11.9 | $975.00 | $11,602.50 |
| 3/23/2022 | JPW | Review draft reply brief (1.5); teleconference KCM re reply brief (.2); teleconference KCM, JAL, JAG re same (partial) (1.0). | 2.7 | $975.00 | $2,632.50 |
| 3/23/2022 | KCM | Review/edit appeal brief and review/analyze related materials. | 6.7 | $1,175.00 | $7,872.50 |
| 3/23/2022 | KCM | Teleconference w/ JPW re reply. | 0.2 | $1,175.00 | $235.00 |
| 3/23/2022 | KCM | Teleconferences w/ JAL, JAG (partial), and JPW (partial) re appeal brief. | 1.4 | $1,175.00 | $1,645.00 |
| 3/23/2022 | TEP | Review JAG communication re appeal argument. | 0.1 | $915.00 | $91.50 |
| 3/23/2022 | GMO | Prepare for hearing (.2); attend hearing (partial) (.6); draft summary re same (.2); research re late claim issues and related filings (.5); review appellate filings (1.9). | 3.4 | $465.00 | $1,581.00 |

April 29, 2022
Invoice #:        340939

Page:                    7

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/23/2022 | LHS1 | Confer w/ K. Houston re joint appendix (.2); review materials for inclusion in joint appendix (2.4); review and edit reply brief (3.6); confer w/ M. Quinn re same (.2); communicate w/ JAL and KCM re same (.1); review draft reply briefs (1.8). | 8.3 | $525.00 | $4,357.50 |
| 3/23/2022 | JAG | Review, edit and cite check Second Circuit reply brief (12.2); confer w/ KCM, JAL and JPW re same (partial) (1.1); confer w/ JAL re same (.2); communications w/ JAL and LHS re same (.2). | 13.7 | $405.00 | $5,548.50 |
| 3/24/2022 | JAL | Review and revise Second Circuit reply brief (8.8); correspondence w/ LHS re record designations and oral argument statement (.3); conferences w/ JAG re revisions to reply brief (.2); confer w/ KCM re same (.1); correspondence w/ K. Benedict re draft reply brief (.2); correspond w/ JAG re oral argument prep (.3). | 9.9 | $975.00 | $9,652.50 |
| 3/24/2022 | KCM | Review/analyze materials and communications re appeals. | 0.8 | $1,175.00 | $940.00 |
| 3/24/2022 | KCM | Teleconference w/ JAL re appeal issue. | 0.1 | $1,175.00 | $117.50 |
| 3/24/2022 | LHS1 | Edit reply brief (4.3); research cases for insert re same (2.8); correspond w/ JAL re same (.1); draft oral argument statement (.3); edit revised brief (2.7). | 10.2 | $525.00 | $5,355.00 |
| 3/24/2022 | NRM | Edit reply brief (1.2); correspond w/ JAL, LHS, and JAG re same (.2). | 1.4 | $525.00 | $735.00 |
| 3/24/2022 | JAG | Review, cite check, file and effect service of Second Circuit reply brief (11.6); conferences w/ JAL re same (.2); communications w/ KCM, JPW, JAL, NRM and LHS re same (.3). | 12.1 | $405.00 | $4,900.50 |
| 3/25/2022 | JAL | Review and analyze materials in prep for oral argument (1.5); communications w/ KCM, LHS, and JAG re hearing and next steps (.6). | 2.1 | $975.00 | $2,047.50 |
| 3/25/2022 | GMO | Review Debtors' draft appellate materials (.8); review MSGE appellate materials (1.1); review appellate docket (.3). | 2.2 | $465.00 | $1,023.00 |
| 3/25/2022 | LHS1 | Review reply briefs (1.2); review joint appendix (1.8); add citations to joint appendix (.6). | 3.6 | $525.00 | $1,890.00 |
| 3/25/2022 | JAG | Review, revise, file and effect service of Second Circuit filings re oral argument (6.8); communications w/ KCM, JAL and LHS re same (.3). | 7.1 | $405.00 | $2,875.50 |
| 3/26/2022 | LHS1 | Incorporate citations from joint appendix to opening brief and review same. | 4.9 | $525.00 | $2,572.50 |
| 3/27/2022 | TEP | Review K. Benedict communication re joint appendix. | 0.1 | $915.00 | $91.50 |
| 3/27/2022 | LHS1 | Edit citations to joint appendix. | 1.8 | $525.00 | $945.00 |

April 29, 2022
Invoice #:      340939

Page:              8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/27/2022 | JAG | Review, edit and cite check final briefs re Second Circuit (7.4); communications w/ JAL and LHS re same (.2). | 7.6 | $405.00 | $3,078.00 |
| 3/28/2022 | JAL | Review and revise opening brief and reply brief (2.2); teleconference w/ KCM re developments and next steps (.4); teleconferences w/ LHS re joint appendix and reply brief (.3); review and analyze materials re oral argument prep (3.3). | 6.2 | $975.00 | $6,045.00 |
| 3/28/2022 | KCM | Review/analyze appeal briefs and materials and plan/prepare next steps. | 2.7 | $1,175.00 | $3,172.50 |
| 3/28/2022 | KCM | Teleconference w/ JAL re case status. | 0.4 | $1,175.00 | $470.00 |
| 3/28/2022 | KCM | Teleconference w/ K. Eckstein re appeal issues. | 0.4 | $1,175.00 | $470.00 |
| 3/28/2022 | TEP | Communicate w/ LHS and CG re appeal briefing. | 0.1 | $915.00 | $91.50 |
| 3/28/2022 | LHS1 | Review and revise opening and reply briefs (5.8); conferences w/ JAL re same (.3). | 6.1 | $525.00 | $3,202.50 |
| 3/28/2022 | JAG | Review, revise, file and effect service of opening and reply briefs (9.2); communications w/ JAL and LHS re same (.4). | 9.6 | $405.00 | $3,888.00 |
| 3/29/2022 | JAL | Correspond w/ LHS re prep for oral argument (.5); review and analyze materials in prep for oral argument (2.1). | 2.6 | $975.00 | $2,535.00 |
| 3/29/2022 | LHS1 | Draft summary of key cases (.9); communicate w/ JAG re same (.3). | 1.2 | $525.00 | $630.00 |
| 3/29/2022 | JAG | Prepare materials re Second Circuit oral argument (15.1); communications w/ LHS re same (.3); communications w/ JAL and LHS re same (.3). | 15.7 | $405.00 | $6,358.50 |
| 3/30/2022 | JAL | Review and analyze materials re oral argument prep. | 4.2 | $975.00 | $4,095.00 |
| 3/30/2022 | JAG | Prepare materials re Second Circuit oral argument (15.3); communications w/ LHS re same (.3). | 15.6 | $405.00 | $6,318.00 |
| 3/31/2022 | JAL | Communications w/ LHS re oral arguments prep (.4); review and analyze materials re same (5.9). | 6.3 | $975.00 | $6,142.50 |
| 3/31/2022 | LHS1 | Review and analyze materials re oral argument (4.3); prepare oral argument outline and related prep materials (1.2). | 5.5 | $525.00 | $2,887.50 |
| 3/31/2022 | JAG | Prepare materials re Second Circuit oral argument (8.2); communications w/ LHS re same (.2). | 8.4 | $405.00 | $3,402.00 |
| | | **Total** | **519.10** | | **$344,334.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 3/2/2022 | KCM | Plan/prepare for and attend MSGE call. | 0.7 | $1,175.00 | $822.50 |
| 3/2/2022 | TEP | Attend MSGE call (partial). | 0.3 | $915.00 | $274.50 |

April 29, 2022
Invoice #:        340939

Page:              9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 3/3/2022 | GMO | Research re constituent inquiry (3.7); draft communication to MSGE Group re mediation (.2). | 3.9 | $465.00 | $1,813.50 |
| 3/28/2022 | KCM | Communications w/ GMO re client request. | 0.1 | $1,175.00 | $117.50 |
| 3/28/2022 | GMO | Research re constituent inquiry. | 3.4 | $465.00 | $1,581.00 |
| | | **Total** | **8.40** | | **$4,609.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 3/1/2022 | JAG | Review dockets and update pleadings files. | 1.6 | $405.00 | $648.00 |
| 3/2/2022 | JAG | Review dockets and update pleadings files. | 1.2 | $405.00 | $486.00 |
| 3/7/2022 | JAG | Review dockets and update pleadings files. | 0.6 | $405.00 | $243.00 |
| 3/16/2022 | JAG | Review dockets and update pleadings files. | 1.2 | $405.00 | $486.00 |
| 3/21/2022 | JAG | Review dockets and update pleadings files. | 1.1 | $405.00 | $445.50 |
| 3/28/2022 | JAG | Review dockets and update pleadings files. | 2.6 | $405.00 | $1,053.00 |
| | | **Total** | **8.30** | | **$3,361.50** |
| | | Total Professional Services | 550.7 | | $359,584.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 133.0 | $975.00 | $129,675.00 |
| KCM | Kevin C. Maclay | Member | 48.5 | $1,175.00 | $56,987.50 |
| TEP | Todd E. Phillips | Member | 4.5 | $915.00 | $4,117.50 |
| JPW | James P. Wehner | Member | 2.7 | $975.00 | $2,632.50 |
| ANK | Allegra N. Kauffman | Associate | 41.8 | $425.00 | $17,765.00 |
| NRM | Nathaniel R. Miller | Associate | 2.0 | $525.00 | $1,050.00 |
| GMO | George M. O'Connor | Associate | 56.1 | $465.00 | $26,086.50 |
| LHS1 | Lucas H. Self | Associate | 126.0 | $525.00 | $66,150.00 |
| JAG | Jessica A. Giglio | Paralegal | 126.3 | $405.00 | $51,151.50 |
| CG | Cecilia Guerrero | Paralegal | 9.8 | $405.00 | $3,969.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|--------|
| 03/01/2022 | Database Research - Westlaw - LHS1 - 02/01-02/24/2022 [.11] | $3,877.47 |
| 03/01/2022 | Database Research - Westlaw - JAG - 02/07-02/11/2022 [.11] | $138.51 |
| 03/01/2022 | Database Research - Westlaw - JAL - 02/01-02/11/2022 [.11] | $98.65 |

April 29, 2022
Invoice #:      340939

Page:        10

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 03/01/2022 | Database Research - Lexis - LHS1 - 02/06/2022 [.11] | $47.34 |
| 03/01/2022 | Database Research - Lexis - JAL - 02/01/2022 [.11] | $283.99 |
| 03/07/2022 | Outside Duplication Service - JAL Second Circuit reply preparation. [.11] | $220.40 |
| 03/08/2022 | Outside Duplication Service - JAL Second Circuit reply preparation. [.11] | $90.99 |
| 03/17/2022 | Court Reporting/Transcript Service - Hr'g transcript 3/10/2022 [.11] | $207.60 |
| 03/23/2022 | FEDERAL EXPRESS - Express Mail- JAL Mar 18 [.11] | $49.63 |
| 03/29/2022 | Court Reporting/Transcript Service - Hr'g transcript 3/23/2022 [.11] | $48.00 |

|  | Total Disbursements | $5,062.58 |
|--|---------------------|-----------|
|  | Total Services | $359,584.50 |
|  | Total Disbursements | $5,062.58 |
|  | Total Current Charges | $364,647.08 |

April 29, 2022
Invoice #:        340939

Page:        11

## TASK RECAP

| Services | | | Disbursements | |
| --- | --- | --- | --- | --- |
| Category | Hours | Amount | Category | Amount |
| .04 | 2.80 | $1,206.00 | | |
| .07 | 12.10 | $6,073.50 | .11 | $5,062.58 |
| .11 | 519.10 | $344,334.50 | | |
| .15 | 8.40 | $4,609.00 | | |
| .17 | 8.30 | $3,361.50 | | |
| | 550.70 | $359,584.50 | | $5,062.58 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| LHS1 | Lucas H. Self | .04 | 0.60 | $525.00 | $315.00 |
| JAG | Jessica A. Giglio | .04 | 2.20 | $405.00 | $891.00 |
| TEP | Todd E. Phillips | .07 | 2.30 | $915.00 | $2,104.50 |
| CG | Cecilia Guerrero | .07 | 9.80 | $405.00 | $3,969.00 |
| JAL | Jeffrey A. Liesemer | .11 | 133.00 | $975.00 | $129,675.00 |
| KCM | Kevin C. Maclay | .11 | 47.70 | $1,175.00 | $56,047.50 |
| TEP | Todd E. Phillips | .11 | 1.90 | $915.00 | $1,738.50 |
| JPW | James P. Wehner | .11 | 2.70 | $975.00 | $2,632.50 |
| ANK | Allegra N. Kauffman | .11 | 41.80 | $425.00 | $17,765.00 |
| NRM | Nathaniel R. Miller | .11 | 2.00 | $525.00 | $1,050.00 |
| GMO | George M. O'Connor | .11 | 48.80 | $465.00 | $22,692.00 |
| LHS1 | Lucas H. Self | .11 | 125.40 | $525.00 | $65,835.00 |
| JAG | Jessica A. Giglio | .11 | 115.80 | $405.00 | $46,899.00 |
| KCM | Kevin C. Maclay | .15 | 0.80 | $1,175.00 | $940.00 |
| TEP | Todd E. Phillips | .15 | 0.30 | $915.00 | $274.50 |
| GMO | George M. O'Connor | .15 | 7.30 | $465.00 | $3,394.50 |
| JAG | Jessica A. Giglio | .17 | 8.30 | $405.00 | $3,361.50 |
| | | | 550.70 | | $359,584.50 |