UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA, L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtor. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** Nicole Leonard hereby withdraws as counsel for creditor Westchester Fire Insurance Company and its affiliated sureties ("WFIC") in the above-captioned chapter 11 cases and requests that her name be removed from the Court's mailing matrix and service list for these chapter 11 cases. WFIC continues to be represented by the other attorneys of record who have entered their appearance in this matter on behalf of WFIC.

                **MCELROY, DEUTSCH, MULVANEY**
                  **& CARPENTER, LLP**

Dated: May 9, 2022

                */s/ Nicole Leonard*
                Nicole Leonard, Esq.
                225 Liberty Street, 36th Fl.
                New York, NY 10281
                Telephone: (212) 483-9490
                Facsimile: (212) 483-9129
                E-mail: nleonard@mdmc-law.com

                *Counsel to Westchester Fire Insurance Company*
                *and its affiliated sureties*

---

[1] The Debtors in these chapter 11 cases, along with the last for digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901. A motion for joint administration is pending.