BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF**
**BEDELL CRISTIN JERSEY PARTNERSHIP**
**FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020 *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | February 1, 2022 through February 28, 2022 |
| Fees Incurred: | $160,661.00 |
| 20% Holdback: | $32,132.20 |
| Total Compensation Less 20% Holdback: | $128,528.80 |
| Monthly Expenses Incurred: | $34,929.92 |
| Total Fees and Expenses Requested: | **$190,590.92** |

This is a __x__ monthly ____interim ____final application

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Twenty-Second Monthly Fee Statement") covering the period from February 1, 2022 through and including February 28, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

By this Twenty-Second Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $128,528.80 (80% of $160,661.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period and (b) reimbursement of actual and necessary costs and expenses in the amount of $34,929.92 incurred by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Twenty-Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Twenty-Second Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on May 23, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Twenty-Second Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Twenty-Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey
May 9, 2022

Bedell Cristin Jersey Partnership

By:  */s/  Edward Drummond*
        26 New Street, St Helier, Jersey, JE2 3RA
        Telephone:  +44 (0) 1534 814621
        Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.*, et al.

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 82.8 | 63,756.00 |
| Advocate R. Christie | Litigation | $770.00 | 1 | 770.00 |
| Advocate A.M. Davidson | Litigation | $760.00 | 5.5 | 4,180.00 |
| Mrs L.C. Walmisley | Litigation | $770.00 | 7.1 | 5,467.00 |
| Mr K McGriele | Litigation | $725.00 | 2 | 1,450.00 |
| Mrs L. Hatfield | Litigation | $780.00 | 7.2 | 5,616.00 |
| Ms. J Verbisen | Litigation | $780.00 | 10.1 | 7,878.00 |
| **Partner Total** | | | **115.7** | **89,117.00** |
| | | | | |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | Private Wealth | $565.00 | 68 | 38,420.00 |
| Mr O.D. Prew | Litigation | $565.00 | 6.8 | 3,842.00 |
| **Senior Associate Total** | | | **74.8** | **42,262.00** |
| | | | | |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $445.00 | 32.9 | 14,640.50 |
| Mr J Stroud | Litigation | $450.00 | 4.9 | 2,205.00 |
| **Associate Total** | | | **37.8** | **16,845.50** |
| | | | | |
| **Legal Staff** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Ms K. Le Blancq | Litigation | $240.00 | 1 | 240.00 |
| Mr M. G. E. Hill | Private Wealth | $345.00 | 7.7 | 2,656.50 |
| Ms J. Yarnall | Litigation | $300.00 | 16 | 4,800.00 |
| Ms K Williams | Litigation | $300.00 | 15.8 | 4,740.00 |

| | | |
|---|---|---|
| **Legal Staff Total** | **40.5** | **12,436.50** |
| | | |
| **Attorneys Total** | **228.3** | **148,224.50** |
| **Total Hours / Fees Requested** | **268.8** | **160,661.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | 770.24 | 115.7 | 89,117.00 |
| Senior Associates | 565.00 | 74.8 | 42,262.00 |
| Associates | 445.65 | 37.8 | 16,845.50 |
| Legal Staff | 307.07 | 40.5 | 12,436.50 |
| | | | |
| **Blended Attorney Rate** | **649.25** | **228.3** | 148,224.50 |
| **Blended Rate for All Timekeepers** | **597.70** | **268.8** | **160,661.00** |
| **Total Hours / Fees Requested:** | | **268.8** | **160,661.00** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 13 | Prepetition Transactions | 237 | 151,121.00 |
| 6 | Retention of Professionals | 31.8 | 9,540.00 |
| | **TOTAL:** | **268.8** | **160,661.00** |

**<u>Exhibit C</u>**

**Itemized Fees**

# B E D E L L
# C R I S T I N

**LEGAL SERVICES**

Mitchell Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York
NY 10036

| | |
|---|---|
| **Our ref** | EBD/CCY/136744.0001 |
| **Invoice No** | 370082 |
| **Tax date** | 11 March 2022 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/02/2022 to 28/02/2022 | 160,661.00 | 0.0% |
| | | |
| **Expenses** | | |
| Wire Fees | 14.92 | 0.0% |
| | | |
| **Third Party Charges** | | |
| Mr. Tom Smith professional fees for February 2022 | 22,000.00 | 0.0% |
| Mr. Andrew Shaw professional fees for February 2022 | 12,915.00 | 0.0% |

| | |
|---|---|
| Total excluding GST | US$ 195,590.92 |
| Total GST | US$ 0.00 |
| **INVOICE TOTAL** | **US$ 195,590.92** |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD          Account Number:  62384922
Swift Code: BARCGB22          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,          **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA          A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

# BEDELL CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref** KLB/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 370082 |
| One Bryant Park | **Tax date** 11 March 2022 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 | |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate D.M. Cadin** | | |
| 14/02/22 | 0013: Claim - Discussion EBD | 1:00 | 770.00 |
| | **Advocate E. Drummond** | | |
| 01/02/22 | 0013 Claim - Research (1.0); drafting Legal document(3.0). Email exchange with Akin (0.5). | 4:30 | 3,465.00 |
| 02/02/22 | 0013: Claim - Review relevant case authority (0.3). Research re: Jersey claims (2.2). Review legal document from Akin Gump (1.0). Call with counsel (1.0). Follow up email to counsel (0.4). | 4:54 | 3,773.00 |
| 03/02/22 | 0013 Claim - Research re: claims (1.0). Email to counsel (0.2). Further review of draft legal document (3.5). Call with Akin and counsel (1.4). De-brief with ES (0.1). | 6:12 | 4,774.00 |
| 04/02/22 | 0013 Claim - Review note from ES (0.3). Draft note for Akin team (2.7). | 3:00 | 2,310.00 |
| 07/02/22 | 0013 Claims - Review emails and other material from US and UK teams (2.9). Call with Akin London (1.5). Call with ES (0.7). Call with counsel (1.0). | 6:06 | 4,697.00 |
| 08/02/22 | 0013: Claim - Review material and questions from UK and US teams (2.2). Research jersey legal point (2.2). Call with Akin (1.0). Call with AP (0.5). Further call with Akin (1.5 hrs). | 7:24 | 5,698.00 |
| | 0013 Claim - Email exchange with foreign counsel (0.4). | 0:24 | 308.00 |
| 09/02/22 | 0013 Claim - emails with external counsel (0.5); speak CY (0.2); approve CY draft emails (0.3). Emails (1.0). Review US and Jersey draft documents (1.0). Call with counsel (0.5). Call with ES (0.5). Emails re: Legal document and standing and next steps (1.0) | 5:12 | 4,004.00 |
| 10/02/22 | 0013: Claim - Call with counsel and AG London (1.0). Jersey Law issue (1.5). Emails re: Legal document; work on draft Legal document (2.0). Email with external counsel (1.8). | 6:18 | 4,851.00 |
| 11/02/22 | 0013 Claims - work with ES on trusts and trustees (1.0). Emails re: Legal document (0.6). Email exchanges with external counsel (1.5). | 3:06 | 2,387.00 |
| | 0013 Claim - Call with Akin NY and UK (0.54). | 0:54 | 693.00 |
| | 0013 Claim - call with external counsel (1.0). | 1:00 | 770.00 |
| 14/02/22 | 0013 Claim - call with DMC. | 1:06 | 847.00 |
| | 0013 Claim - Series of email exchanges with external counsel (2.3) update Akin London (0.3). | 2:36 | 2,002.00 |
| | 0013 Claim – Legal document - review email and attachment from Akin NY (0.2); email to counsel (0.2); email from counsel (0.2); email to Akin NY (0.2). | 0:48 | 616.00 |
| 15/02/22 | 0013 Claim - Research Jersey Legal point (1.1). Email exchange with Akin London re potential external counsel / counsel (0.5). Emails with Akin re: US aspects (0.4). Email to external counsel (0.3). | 2:18 | 1,771.00 |
| | 0013: Claim - Call with counsel (1.0). Update Akin London (0.3). Call with Guernsey (0.6). Email to Akin London (0.3). | 2:12 | 1,694.00 |
| 16/02/22 | 0013 Claim - call with Akin NY and London (0.6) | 0:36 | 462.00 |
| | 0013: Claim - Draft legal document (1.3); circulate to teams (0.1). | 1:24 | 1,078.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

# BEDELL CRISTIN

**LEGAL SERVICES**

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 370082 |
| Tax date | 11 March 2022 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| | 0013 Claim - Drafting legal document (1.2). Email exchange with counsel (0.3). Email to US team (0.1). | 1:36 | 1,232.00 |
| | 0013 Claim - Email re next steps (0.3). Review documents from Akin Gump (0.5). Emails re: US stipulation (0.4). | 1:12 | 924.00 |
| | 0013: Claim - email to Akin Gump. | 0:06 | 77.00 |
| 17/02/22 | 0013 Claim - Research Jersey Legal issue (0.4). Call with Akin UK (0.3). External counsel emails (0.3) Research Jersey legal issue (0.9). | 1:54 | 1,463.00 |
| | 0013: Claim - Review email from AS on legal points. | 0:24 | 308.00 |
| | 0013 Claim - review US documents (2.0); email exchanges with Akin NY (2.1) | 4:06 | 3,157.00 |
| 18/02/22 | 0013: Claim - Review Trust information (0.5); note to BC team (1.0). | 1:30 | 1,155.00 |
| | 0013 Claim - US law issues (.4); revised documents (.4); email to counsel and Akin London (.4). | 1:12 | 924.00 |
| 21/02/22 | 0013 Claim - review trust information | 1:24 | 1,078.00 |
| | 0013: Claim - Call with London Akin team | 0:30 | 385.00 |
| | 0013 Claim - Call with counsel. | 1:00 | 770.00 |
| | 0013 Claim - Research Jersey Legal issue | 0:30 | 385.00 |
| | 0013 Claim - Draft email to Akin US re next steps | 0:42 | 539.00 |
| | 0013: Claim - emails re: Jersey legal issue | 0:24 | 308.00 |
| 22/02/22 | 0013 Claim - Prep for call (0.3). Call (1.5). Post-call email (0.4). | 2:12 | 1,694.00 |
| 25/02/22 | 0013 Claim - email exchange with Akin. | 0:12 | 154.00 |
| 28/02/22 | 0013: Claims - Call with CY (.3); review draft email (.3); review cases (.3); draft email to Akin (.1); review reply (.1) | 1:06 | 847.00 |
| | 0013: Claim - Review documents from Akin Gump | 0:24 | 308.00 |
| | 0013 Claim - Review trust information (1.0); review series of emails and information from Akin US (.9); emails to CY and ES (.5). | 2:24 | 1,848.00 |
| | **Mrs C. C. Young** | | |
| 07/02/22 | 0013: Claim - call with Akin Gump (1.6), internal discussion with ED (.2), external email to counsel (.1), call with counsel TS (.9) | 2:48 | 1,246.00 |
| 08/02/22 | 0013 Claim: Review incoming emails from Akin Gump (.4) email outgoing to Akin Gump (.1) review documents (.3) call with Akin Gump (.2), internal call with ED and ES (.7), call with Akin Gump (1.4), further call with Akin Gump (2.6). | 5:42 | 2,536.50 |
| 09/02/22 | 0006: Retention - Internal correspondence with Bedell team (1.3), internal call with Bedell team (.4), email to counsel clerk (.3), draft retention application (.5) | 2:30 | 1,112.50 |
| | 0013 - claim: review files and email correspondence to Akin Gump | 0:18 | 133.50 |
| 10/02/22 | 0013: email to counsel (.1), telephone conference call with Akin and English Counsel, (0.9) | 1:00 | 445.00 |
| 11/02/22 | 0013: claim - call with Akin Gump and counsel | 0:54 | 400.50 |
| 14/02/22 | 0013: Claim - Review email correspondence (.6), review documents from Akin Gump (1.2) | 1:48 | 801.00 |
| 15/02/22 | 0013 - Claim: internal call with ED (.3), review material (.4) | 0:42 | 311.50 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE      Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD      Account Number:  62384922
Swift Code: BARCGB22      IBAN: GB88 BARC 2045 0562 3849 22

**26 New Street, St Helier, Jersey,**
**Channel Islands, JE2 3RA**

**bedellcristin.com**

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 370082 |
| Tax date | 11 March 2022 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| 16/02/22 | 0013: claim - review incoming correspondence | 0:24 | 178.00 |
| 17/02/22 | 0013 Claim - research on Jersey legal matter (.9) review document received from Akin Gump (.5), internal discussion (.3) | 1:48 | 801.00 |
| | 0003: Fees - monthly fee application | 1:24 | 623.00 |
| 18/02/22 | 0013 - Claim - review incoming correspondence | 0:36 | 267.00 |
| 21/02/22 | 0013: Claim - internal discussion with ED and ESH (.7), call with Akin Gump (.5) and call with counsel (1.0), email correspondence with Akin Gump (.2) | 2:24 | 1,068.00 |
| 22/02/22 | 0013: Claim - call with team (1.5), internal emails (.5) | 2:00 | 890.00 |
| 23/02/22 | 0013: Claim - correspondence with counsel and Akin Gump (.4), research on Jersey case authority (.9), review incoming correspondence and documents from Akin Gump (.5) | 1:48 | 801.00 |
| 24/02/22 | 0013: Claim - Research (1.8), review documents from Akin Gump and internal correspondence (2.1) | 3:54 | 1,735.50 |
| 28/02/22 | 0003 - Fees: interim Fee application | 2:24 | 1,068.00 |
| | Internal discussion (.3), email to Akin Gump (.2) | 0:30 | 222.50 |
| | **Ms K. Le Blancq** | | |
| 16/02/22 | 0013: Claim - Formatting and preparing documents. | 0:36 | 144.00 |
| 22/02/22 | 0013: Claim - Formatting and preparing documents | 0:24 | 96.00 |
| | **Mr M. G. E. Hill** | | |
| 09/02/22 | 0013 Jersey Trust Issues: Discuss documentation received from ESH, how to proceed on spreadsheet | 0:30 | 172.50 |
| | 0013 Jersey Trust Issues: Read emails from ESH (.2), review documentation and trust list (.2) | 0:24 | 138.00 |
| | 0013 Jersey Trust Issues: Entry of data from Province (3.0) Akin documents re claims (1.5) | 4:30 | 1,552.50 |
| 10/02/22 | 0013: Jersey Trust Issues - Research  (.5) and Internal Correspondence (.2) | 0:42 | 241.50 |
| | 0013: Jersey Trust Issues - Internal correspondence | 0:30 | 172.50 |
| | 0013: Jersey Trust Issues - Internal correspondence | 0:54 | 310.50 |
| 11/02/22 | 0013: Jersey Trust Issues - Doc prep | 0:12 | 69.00 |
| | **Mrs E. Shaw** | | |
| 02/02/22 | 0013: Jersey Trust Issues - preparation for call with counsel inc review of all correspondence/docs received | 4:12 | 2,373.00 |
| | 0013 - Jersey Trust issues - call with Counsel | 1:12 | 678.00 |
| | 0013 - Jersey Trust issues - prepare file note of call | 0:24 | 226.00 |
| 03/02/22 | 0013 - Jersey Trust Issues - preparing file note of call with Counsel | 1:42 | 960.50 |
| | 0013 - Jersey Trust Issues - reading relevant cases | 0:30 | 282.50 |
| | 0013 - Jersey Trust Issues - calls with Counsel and AG (London); follow up internal calls. | 1:30 | 847.50 |
| | 0013 Jersey Trust Issues - preparing file note of call with AG (London) and AG; research re various matters. | 2:12 | 1,243.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name:  Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number:  62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

# BEDELL
# CRISTIN

| | | |
|---|---|---|
| Advice re: Purdue Pharma LP | Our ref | KLB/CCY/136744.0001 |
| | Invoice No | 370082 |
| | Tax date | 11 March 2022 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs E. Shaw** | | |
| 04/02/22 | 0013 - Jersey Trust Issues - research (2.5) and reporting on findings (1.5) | 4:00 | 2,260.00 |
| | 0013 - Jersey Trust Issues – research re potential claims. | 3:00 | 1,695.00 |
| 07/02/22 | 0013 - Jersey Trust Issues: attend call with AG. | 1:30 | 847.50 |
| | 0013 - Jersey Trust Issues: research (1.5) and internal liaising (.5) | 2:00 | 1,130.00 |
| | 0013 - Jersey Trust Issues - review correspondence (.3) and consideration of issues (.2). | 0:30 | 282.50 |
| 08/02/22 | 0013 - Jersey Trust Issues – research (.7), DD (3.0) and internal comms (.3) | 4:00 | 2,260.00 |
| | 0013 Jersey Trust Issues - all party call | 1:30 | 847.50 |
| | 0013 Jersey Trust Issues - all party call | 1:30 | 847.50 |
| 09/02/22 | 0013 - Jersey Trust Issues: research (2.0); preparing advice note (1.2); undertaking due diligence (3.9); internal comms (.3). | 7:24 | 4,181.00 |
| 10/02/22 | 0013 - Jersey Trust Issues: Research (2.1), DD (3.0) and notes/liaising re same (.8). | 5:54 | 3,333.50 |
| | 0013: Jersey Trust Issues: attendance on calls | 1:00 | 565.00 |
| 11/02/22 | 0013: Jersey Trust Issues: correspondence and research. | 3:12 | 1,808.00 |
| | 0013 - Jersey Trust Issues - internal calls (.9) and calls with US counsel (1.0) | 1:54 | 1,073.50 |
| 14/02/22 | 0013 - Jersey Trust Issues - internal comms (.9) and research (1.0) | 1:54 | 1,073.50 |
| 15/02/22 | 0013 - Jersey Trust Issues: internal comms (.5) and consideration (.4) | 0:54 | 508.50 |
| 16/02/22 | 0013 - Jersey Trust Issues - internal comms | 2:30 | 1,412.50 |
| | 0013 Jersey Trust Issues: reviewing docs (.6), considering and setting out initial thoughts (.3). | 0:54 | 508.50 |
| 17/02/22 | 0013 - Jersey Trust Issues: considering issues (.9); research; preparing note of finding (.6); internal discussions (1.0). | 2:30 | 1,412.50 |
| | 0013 Jersey Trust Issues: noting and considering exchanges with AG | 0:30 | 282.50 |
| 18/02/22 | 0013 Jersey Trust Issues: review and consider relevant US case law etc. | 1:30 | 847.50 |
| | 0013 - Jersey Trust Issues: further comms with AG | 0:30 | 282.50 |
| 21/02/22 | 0013 - Jersey Trust Issues: internal comms (.3) and calls (1.0); DD (2.1) | 3:24 | 1,921.00 |
| 22/02/22 | 0013 Jersey Trust Issues - call with AG | 1:30 | 847.50 |
| | 0013 Jersey Trust Issues: receiving and considering further info (.4); updating DD info (.6). | 1:00 | 565.00 |
| 24/02/22 | 0013 Jersey Trust Issues: reviewing DD info received and considering. | 0:30 | 282.50 |
| 25/02/22 | 0013 - Jersey Trust Issues: reviewing and considering info received. | 0:24 | 226.00 |
| 28/02/22 | 0013 Jersey Trust Issues: considering exchanges (0.4) and internal exchanges (.5). | 0:54 | 508.50 |
| | **Advocate A.M. Davidson** | | |
| 07/02/22 | 0013: Claim - Review internal communications | 0:06 | 76.00 |
| 09/02/22 | 0013: Claim - Internal email communications re potential claims | 0:24 | 304.00 |
| 10/02/22 | 0013: Claim - Review internal correspondence from ED re further queries | 0:06 | 76.00 |
| 14/02/22 | 0013: Claim - Review internal correspondence re matter and scope of works etc | 0:30 | 380.00 |
| 15/02/22 | 0013: Claim - Review internal communications | 0:06 | 76.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name:  Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number:  62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**bedellcristin.com**

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

**BEDELL
CRISTIN**

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 370082 |
| | | Tax date | 11 March 2022 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs E. Shaw** | | |
| | 0013: Claim - Review and consideration of internal emails and discussions with ED on legal issues | 2:00 | 1,520.00 |
| 16/02/22 | 0013: Claim - Internal communication (.5) and consideration on costs estimates (.2) | 0:42 | 532.00 |
| | 0013: Claim - responding to Akin Gump queries on local legal issues on procedure | 1:12 | 912.00 |
| 17/02/22 | 0013: Claim - Further communications re potential claims and next steps | 0:24 | 304.00 |
| | **Mr O.D. Prew** | | |
| 10/02/22 | Reviewing background documents including instructions to Counsel (1.0) internal emails(0.5). Research legal issues (1.0). Email to ED (0.1). | 3:00 | 1,695.00 |
| 11/02/22 | 0013: Claim - Call with Ed D. regarding background | 1:00 | 565.00 |
| | 0013: Claim - Research on legal issues (1.9). Detailed internal correspondence (.9) | 1:54 | 1,073.50 |
| | 0013: Claim - Discussion with LW re: matter and strategy | 0:54 | 508.50 |
| | **Mrs L.C. Walmisley** | | |
| 08/02/22 | 0013: Claim - Review incoming internal correspondence and sending internal correspondence | 0:18 | 231.00 |
| 09/02/22 | 0013: Claim - Consider internal emails between LH and CY | 0:18 | 231.00 |
| 10/02/22 | 0013: Claim - review questions asked by ED; discuss and agree response OP | 0:30 | 385.00 |
| 11/02/22 | 0013: Claim - Internal Call | 1:00 | 770.00 |
| | 0013: Claim - Internal Call | 1:06 | 847.00 |
| 14/02/22 | 0013: Claim - Considering local regulations and next steps (.4), considering emails from LH, JV, ED, ES, JS regarding legal issues (.4); email response on legal issues (.6) | 1:24 | 1,078.00 |
| | 0013: Claim - Detailed Internal Email on local regulations | 0:24 | 308.00 |
| 15/02/22 | 0013: Claim - Internal call with ED (1.0); emails further thoughts on approach and potential issues (.5) | 1:30 | 1,155.00 |
| 16/02/22 | 0013: Claim -  Considering email ED re costs estimate (.3); prepare and send response setting out costs estimate (.3) | 0:36 | 462.00 |
| | **Mr J Stroud** | | |
| 11/02/22 | 0013: Claim - Composing emails to (JV) regarding potential claim (.3). Considering emails received from JV (.1). | 0:24 | 180.00 |
| 14/02/22 | 0013: Claim - Attending internal call. | 1:00 | 450.00 |
| 15/02/22 | 0013 Claim: Review analysis re potential claims | 2:00 | 900.00 |
| 16/02/22 | 0013 Claim: Considering pertinent case law. | 1:30 | 675.00 |
| | **Mr K McGriele** | | |
| 10/02/22 | 0013: Claim - Reviewing materials. | 0:48 | 580.00 |
| 11/02/22 | 0013: Claim - Internal emails | 0:24 | 290.00 |
| 14/02/22 | 0013: Claim - Internal emails | 0:48 | 580.00 |
| | **Mrs L Hatfield** | | |
| 03/02/22 | 0003: Fees - review emails from ED and CY | 0:24 | 312.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD                       Account Number:  62384922
Swift Code: BARCGB22                                                     IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,                 **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                          A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

# BEDELL CRISTIN

**LEGAL SERVICES**

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 370082 |
| Tax date | 11 March 2022 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs L Hatfield** | | |
| 10/02/22 | 0013: Claims - Emails with ED and CY re present case status and issues | 0:36 | 468.00 |
| 11/02/22 | 0013: Claims - Internal calls | 1:00 | 780.00 |
| 14/02/22 | 0013: Claims - Considering reviewing internal emails (1.0) send out internal emails (0.8) Research on legislation applicable (0.4) | 2:12 | 1,716.00 |
| | 0013: Claims - Review cases and briefing note (.8). Email to Bedell team with brief answers and points arising (.8) | 1:36 | 1,248.00 |
| | 0013: Claims - review internal emails (.3) send out internal email (.2) | 0:30 | 390.00 |
| 15/02/22 | 0013: Claims - Discuss with JV issues re potential claims | 0:42 | 546.00 |
| 28/02/22 | 0003: Fees - Review internal emails | 0:12 | 156.00 |
| | | | |
| | **Ms J Verbiesen** | | |
| 10/02/22 | 0013: Claim - Reviewing documents and internal emails (4.0); call with E Shaw (0.5) | 4:30 | 3,510.00 |
| 14/02/22 | 0013: Claim - Internal emails | 0:24 | 312.00 |
| | 0013: Claim - Reviewing documents (2.1), internal emails (1.0) | 3:06 | 2,418.00 |
| 15/02/22 | 0013 Claim - reviewing internal emails (0.5); sending internal email on local procedures (0.4) | 0:54 | 702.00 |
| 17/02/22 | 0013: Claim - Considering fee estimate; emails with ED re same | 1:12 | 936.00 |
| | | | |
| | **Ms J. Yarnall** | | |
| 08/02/22 | 0006: Retention - Reviewing list of parties and commence conflict check. | 4:00 | 1,200.00 |
| 09/02/22 | 0006: Retention - Reviewing conflict check. | 4:00 | 1,200.00 |
| 10/02/22 | 0006: Retention - Reviewing conflict check. | 4:00 | 1,200.00 |
| 11/02/22 | 0006: Retention - Reviewing conflict check. | 4:00 | 1,200.00 |
| | | | |
| | **Ms K Williams** | | |
| 08/02/22 | 0006: Retention - Review list of parties and commence conflict check | 6:30 | 1,950.00 |
| 09/02/22 | 0006: Retention - Reviewing conflict check | 6:30 | 1,950.00 |
| 15/02/22 | 0006: Retention - Conflict Check | 2:48 | 840.00 |
| | | | |
| | Total:- | 268:48 | 160,661.00 |
| | | | |
| | Advocate D.M. Cadin | 1:00 | 770.00 |
| | Advocate E. Drummond | 82:48 | 63,756.00 |
| | Ms K. Le Blancq | 1:00 | 240.00 |
| | Mrs C. C. Young | 32:54 | 14,640.50 |
| | Mrs E. Shaw | 68:00 | 38,420.00 |
| | Mr M. G. E. Hill | 7:42 | 2,656.50 |
| | Advocate A.M. Davidson | 5:30 | 4,180.00 |
| | Mrs L.C. Walmisley | 7:06 | 5,467.00 |
| | Mr O.D. Prew | 6:48 | 3,842.00 |

---

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

---

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**bedellcristin.com**

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 370082 |
| Tax date | 11 March 2022 |

| Date | Details | Hrs:Min | Amount |
|------|---------|---------|--------|
| | Mr K McGriele | 2:00 | 1,450.00 |
| | Mrs L Hatfield | 7:12 | 5,616.00 |
| | Ms J Verbiesen | 10:06 | 7,878.00 |
| | Mr J Stroud | 4:54 | 2,205.00 |
| | Ms J. Yarnall | 16:00 | 4,800.00 |
| | Ms K Williams | 15:48 | 4,740.00 |

---

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name:  Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number:  62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**bedellcristin.com**

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30719002-1

**Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---:|
| Wire Fees | $14.92 |
| Consultant Fees | $34,915.00 |
| **TOTAL** | **$34,929.92** |

## **Exhibit E**

**Itemized Disbursements**



3-4 South Square,
Gray's Inn,
London WC1R 5HP

T +44 (0)20 7696 9900
F +44 (0)20 7696 9911
LDE 338 Chancery Lane

practicemanagers
@southsquare.com
www.southsquare.com

Professional Fees of Mr Andrew Shaw

VAT Registration No: 192573189

Bedell Cristin

26 New Street

St Helier

Jersey

JE2 3RA

Solicitor Ref: Ed Drummond          Date: 2 March 2022          Case Ref No: 94301

**PURDUE PHARMA LP – FEBRUARY 2022**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 525) |
|------|-------------|------|---------------------------|
| 2/2/22 | Reviewing papers; reviewing legal documents; emails with TS QC; call with TS QC and Instructing Solicitors | 1hr 54min | USD997.50 |
| 3/2/22 | Reading papers; reading authorities; producing summary of authority for TS QC; call with TS QC and Instructing Solicitors | 4hrs 12min | USD2,205 |
| 7/2/22 | Reading legal document; call with Instructing Solicitors and TS QC | 1hr 12min | USD630 |
| 8/2/22 | Reading legal documents; emails with Instructing Solicitors; calls with Instructing | 4hrs 30min | USD2,362.50 |



|  |  |  |  |
|---|---|---|---|
|  | Solicitors; TS QC and US counsel |  |  |
| 9/2/22 | Reviewinglegal documents; emails and call with Instructing Solicitors | 48mins | USD420 |
| 10/2/22 | Call and emails with Instructing Solicitors and TS QC; amending draft documents; sending email to instructing solicitors | 1hr 24min | USD735 |
| 11/2/22 | Reading emails; reviewing amendments to legal documents | 12mins | USD105 |
| 14/2/22 | Reviewing draft document; emails with TS QC and Instructing Solicitors | 18mins | USD157.50 |
| 15/2/22 | Drafting legal document | 30mins | USD262.50 |
| 16/2/22 | Drafting legal document | 18mins | USD157.50 |
| 21/2/22 | Call with Instructing Solicitors | 1hr | USD525 |
| 22/2/22 | Reading emails; call with Instructing Solicitors and US attorneys | 3hrs 30min | USD1837.50 |
| 23/2/22 | Reviewing documents; Drafting legal document | 1hr 48min | USD945 |



| 24/2/22 | Drafting legal document | 2hrs 18min | USD1,207.50 |
|---|---|---|---|
| 25/2/22 | Drafting legal document | 42min | USD367.50 |
| | | | |
| **TOTAL TIMES AND FEES FOR FEBRURY 2022** | | **24h 36m** | **USD12,915.00** |

**Payment by bank transfer:**

**Andrew Shaw (Barclays) Sort Code: 20-41-41**

**Account: 23460304**

**Please forward a remittance advice detailing the case ref.**

**No. and amount to marcomalatesta@southsquare.com**

**Cheques are payable to: Mr Andrew Shaw**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**



3-4 South Square,
Gray's Inn,
London WC1R 5HP

T +44 (0)20 7696 9900
F +44 (0)20 7696 9911
LDE 338 Chancery Lane

practicemanagers
@southsquare.com
www.southsquare.com

Professional Fees of Mr Tom Smith QC

VAT Registration No: 761167236

> Bedell Cristin
>
> 26 New Street
>
> St Helier
>
> Jersey
>
> JE2 3RA

Solicitor Ref: Ed Drummond          Date: 2 March 2022          Case Ref No: 94301

**PURDUE PHARAM LP – FEBRUARY 2022**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 1,100 |
|---|---|---|---|
| 2 February 2022 | Reading papers and advising by video consultation | 2h | 2,200 |
| 3 February 2022 | Reading papers and advising by video consultation | 4h | 4,400 |
| 7 February 2022 | Preparing for and advising by video consultation | 3h | 3,300 |
| 7 February 2022 | Reading legal documents and authorities; advising by email | 3h | 3,300 |
| 8 February 2022 | Advising by video consultation | 2h 30m | 2,750 |
| 10 February 2022 | Advising by telephone and email; | 1h 30m | 1,650 |



| | revising legal document | | |
|---|---|---|---|
| 21 February 2022 | Reading papers and advising by telephone | 2h | 2,200 |
| 22 February 2022 | Advising by telephone and by email | 2h | 2,200 |
| **TOTAL TIMES AND FEES FOR FEBRUARY 2022** | | **20 hours** | **22,000 USD** |

**Payment by bank transfer:**

**Tom Smith (HSBC PLC) Sort Code:40-11-58**

**Account:90335746**

**Please forward a remittance advice detailing the case ref.**

**No. and amount to dylanplayfoot@southsquare.com**

**Cheques are payable to: Mr Tom Smith QC**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**