**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 23, 2022 at 12:00pm (ET)** |

**COVER SHEET OF TWENTY-EIGHTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2022 through February 28, 2022 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $3,387.29 |

This is a(n): monthly _x_ interim ___ final application ___

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# TWENTY-EIGHTH MONTHLY FEE STATEMENT OF JEFFERIES LLC

## HOURS BY CATEGORY AND PROFESSIONAL
**February 1, 2022 through February 28, 2022**

## Jefferies LLC
## Summary of Hours by Category

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 4.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 52.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 6.5 |
| 8 | Travel | - |
| 9 | Due Diligence | 61.5 |
| 10 | Business Plan | 28.5 |
| 11 | Case Strategy | - |
| | | **152.5** |

## Jefferies LLC
## Summary of Hours by Professional

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 25.5 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 23.5 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 31.0 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 36.0 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 14.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 1.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 2.0 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 19.5 |
| | | **152.5** |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**February 1, 2022 through February 28, 2022**

| **Category** | **February 2022** |
|---|---|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | $3,387.29 |
| General | - |
| **Total Expenses** | **$ 3,387.29** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

Jefferies LLC ("Jefferies"),[2] the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from February 1, 2022 through February 28, 2022 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies

---

1 The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2 Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Retention Application (as defined below).

during the Compensation Period in connection with its services to the Committee in the amount of $3,387.29. In support of this Fee Statement, Jefferies respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application"). A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2022 through February 28, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,387.29.

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $3,387.29, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2022 through February 28, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,387.29.

Dated: May 9, 2022
New York, New York

Respectfully submitted,

*/s/ Leon Szlezinger*
Leon Szlezinger
Managing Director and Joint Global Head of
Debt Advisory & Restructuring
JEFFERIES LLC

# Exhibit A

## Time Records of Jefferies Professionals

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **February 1, 2022 - February 28, 2022 Hours for Case Administration / General** | | **4.0** | |
| 02/14/22 | Kamil Abdullah | *Prepare monthly fee app* | 1.0 | 1 |
| 02/15/22 | Kevin Murray | *Review monthly fee app* | 0.5 | 1 |
| 02/15/22 | Kamil Abdullah | *Update monthly fee app* | 0.5 | 1 |
| 02/16/22 | Leon Szlezinger | *Review monthly fee app* | 0.5 | 1 |
| 02/20/22 | Leon Szlezinger | *Review monthly fee app* | 0.5 | 1 |
| 02/20/22 | Kevin Murray | *Review monthly fee app* | 0.5 | 1 |
| 02/20/22 | Kamil Abdullah | *Revise monthly fee app* | 0.5 | 1 |
| | **February 1, 2022 - February 28, 2022 Hours for Creditor Communication** | | **52.0** | |
| 02/03/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/03/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/03/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/03/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/03/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/03/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/07/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/07/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/07/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/07/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/07/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/10/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/10/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/10/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/10/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/10/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/10/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/14/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/14/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/14/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/14/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/14/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/14/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/16/22 | Jaspinder Kanwal | *Review various UCC memos / reports* | 2.0 | 3 |
| 02/16/22 | Kevin Murray | *Review various UCC memos / reports* | 2.0 | 3 |
| 02/16/22 | Kamil Abdullah | *Review various UCC memos / reports* | 1.5 | 3 |
| 02/17/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 1.0 | 3 |
| 02/17/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/17/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/17/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/17/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/17/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/17/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/18/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 | 3 |
| 02/21/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/21/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/21/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/21/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/24/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/24/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/24/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/24/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/24/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/24/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/28/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/28/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/28/22 | Kevin Murray | *Attend UCC call* | 1.0 | 3 |
| 02/28/22 | Kamil Abdullah | *Attend UCC call* | 1.0 | 3 |
| 02/28/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/28/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| | **February 1, 2022 - February 28, 2022 Hours for Plan of Reorganization** | | **6.5** | |
| 02/01/22 | Leon Szlezinger | *Telephonic attendance of court hearing* | 0.5 | 7 |
| 02/01/22 | Jaspinder Kanwal | *Attend court hearing* | 0.5 | 7 |
| 02/01/22 | Kevin Murray | *Attend court hearing* | 1.0 | 7 |
| 02/01/22 | Kamil Abdullah | *Attend Court Hearing* | 0.5 | 7 |
| 02/17/22 | Leon Szlezinger | *Attendance at court hearing* | 1.0 | 7 |
| 02/17/22 | Jaspinder Kanwal | *Attend court hearing* | 1.0 | 7 |
| 02/17/22 | Kevin Murray | *Attend court hearing* | 1.0 | 7 |
| 02/17/22 | Kamil Abdullah | *Attend Court Hearing* | 1.0 | 7 |
| | **February 1, 2022 - February 28, 2022 Hours for Due Diligence** | | **61.5** | |
| 02/01/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 02/01/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 02/02/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 02/02/22 | Connor Hattersley | *Review of data room uploads* | 1.0 | 9 |
| 02/03/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 02/03/22 | Connor Hattersley | *Review of data room uploads* | 1.0 | 9 |
| 02/04/22 | Jaspinder Kanwal | *Review court documents* | 1.0 | 9 |
| 02/04/22 | Kamil Abdullah | *Review court documents* | 1.0 | 9 |
| 02/06/22 | Leon Szlezinger | *Review court documents* | 1.5 | 9 |
| 02/07/22 | Kevin Murray | *Review court documents* | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/08/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 02/08/22 | Kevin Murray | *Review of mediator report* | 0.5 | 9 |
| 02/08/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 02/08/22 | Kamil Abdullah | *Review of mediator report* | 0.5 | 9 |
| 02/09/22 | Leon Szlezinger | *Review of mediator report* | 0.5 | 9 |
| 02/09/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 02/10/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 02/10/22 | Connor Hattersley | *Review of data room uploads* | 1.0 | 9 |
| 02/11/22 | Jaspinder Kanwal | *Review Purdue financial update* | 1.0 | 9 |
| 02/11/22 | Kevin Murray | *Review Purdue financial update* | 1.0 | 9 |
| 02/11/22 | Kamil Abdullah | *Review Purdue financial update* | 1.0 | 9 |
| 02/11/22 | Connor Hattersley | *Review of data room uploads* | 2.0 | 9 |
| 02/11/22 | Connor Hattersley | *Review financial update* | 1.0 | 9 |
| 02/13/22 | Leon Szlezinger | *Review Purdue financial update materials* | 0.5 | 9 |
| 02/13/22 | Kevin Sheridan | *Review financial update* | 0.5 | 9 |
| 02/16/22 | Jaspinder Kanwal | *Review court documents* | 2.5 | 9 |
| 02/16/22 | Kevin Murray | *Review court documents* | 2.0 | 9 |
| 02/16/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 02/16/22 | Kamil Abdullah | *Review court documents* | 1.5 | 9 |
| 02/16/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 02/17/22 | Leon Szlezinger | *Review court documents* | 1.0 | 9 |
| 02/17/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 02/17/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 02/17/22 | Connor Hattersley | *Review of data room uploads* | 1.5 | 9 |
| 02/18/22 | Leon Szlezinger | *Review court documents* | 1.0 | 9 |
| 02/18/22 | Jaspinder Kanwal | *Review of mediator report* | 0.5 | 9 |
| 02/18/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 02/18/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 02/20/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 02/20/22 | Kamil Abdullah | *Review PPLP data room uploads* | 2.0 | 9 |
| 02/20/22 | Connor Hattersley | *Review of data room uploads* | 2.0 | 9 |
| 02/22/22 | Jaspinder Kanwal | *Review court documents* | 1.0 | 9 |
| 02/22/22 | Kevin Murray | *Review court documents* | 1.0 | 9 |
| 02/22/22 | Kamil Abdullah | *Review court documents* | 1.0 | 9 |
| 02/22/22 | Leon Szlezinger | *Prepare for call with Debtors and other parties* | 1.5 | 9 |
| 02/22/22 | Jaspinder Kanwal | *Prepare for call with Debtors and other parties* | 1.5 | 9 |
| 02/23/22 | Leon Szlezinger | *Attend call with Debtors re go-forward case issues* | 1.5 | 9 |
| 02/23/22 | Kevin Sheridan | *Attend call with Debtors re go-forward case issues* | 1.5 | 9 |
| 02/23/22 | Jaspinder Kanwal | *Attend call with Debtors re go-forward case issues* | 1.5 | 9 |
| 02/23/22 | Leon Szlezinger | *Review court documents* | 1.0 | 9 |
| 02/28/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 02/28/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 02/28/22 | Connor Hattersley | *Review of data room uploads* | 1.5 | 9 |
| | **February 1, 2022 - February 28, 2022 Hours for Business Plan** | | **28.5** | |
| 02/02/22 | Jaspinder Kanwal | *Review of Rhodes Pipeline Analysis* | 0.5 | 10 |
| 02/02/22 | Kevin Murray | *Review of Rhodes Pipeline Analysis* | 1.5 | 10 |
| 02/02/22 | Kamil Abdullah | *Review of Rhodes Pipeline Analysis* | 1.5 | 10 |
| 02/02/22 | Connor Hattersley | *Review of Rhodes pipeline analysis* | 1.0 | 10 |
| 02/03/22 | Leon Szlezinger | *Review of Rhodes pipeline materials* | 0.5 | 10 |
| 02/03/22 | Kevin Sheridan | *Review of Rhodes pipeline analysis* | 0.5 | 10 |
| 02/03/22 | James Wiltshire | *Review of Rhodes pipeline analysis* | 1.0 | 10 |
| 02/03/22 | William Maselli | *Review of Rhodes pipeline analysis* | 1.5 | 10 |
| 02/17/22 | Jaspinder Kanwal | *Review business plan long-term model* | 0.5 | 10 |
| 02/17/22 | Kevin Murray | *Review business plan long-term model* | 1.0 | 10 |
| 02/17/22 | Kamil Abdullah | *Update business plan long-term model* | 2.5 | 10 |
| 02/18/22 | Leon Szlezinger | *Review business plan long-term materials* | 0.5 | 10 |
| 02/18/22 | Leon Szlezinger | *Attend call re Adhansia* | 1.0 | 10 |
| 02/18/22 | Kevin Sheridan | *Attend call re Adhansia* | 1.0 | 10 |
| 02/18/22 | Leon Szlezinger | *Review call issues* | 0.5 | 10 |
| 02/18/22 | Kevin Sheridan | *Review call issues* | 0.5 | 10 |
| 02/20/22 | Kevin Murray | *Update business plan long-term model* | 0.5 | 10 |
| 02/20/22 | Connor Hattersley | *Review business plan model outputs* | 1.0 | 10 |
| 02/21/22 | Kevin Sheridan | *Review business plan long-term materials* | 0.5 | 10 |
| 02/21/22 | William Maselli | *Review business plan model outputs* | 0.5 | 10 |
| 02/21/22 | Leon Szlezinger | *Internal call re HRT* | 0.5 | 10 |
| 02/21/22 | Kevin Sheridan | *Internal call re HRT* | 0.5 | 10 |
| 02/21/22 | Jaspinder Kanwal | *Internal call re HRT* | 0.5 | 10 |
| 02/21/22 | Leon Szlezinger | *Call with UCC advisors re HRT* | 0.5 | 10 |
| 02/21/22 | Kevin Sheridan | *Call with UCC advisors re HRT* | 0.5 | 10 |
| 02/24/22 | Leon Szlezinger | *Review HRT update deck* | 1.5 | 10 |
| 02/24/22 | Jaspinder Kanwal | *Review HRT update deck* | 1.5 | 10 |
| 02/24/22 | Kevin Murray | *Review HRT update deck* | 2.0 | 10 |
| 02/24/22 | Kamil Abdullah | *Review HRT update deck* | 1.0 | 10 |
| 02/24/22 | Connor Hattersley | *Review HRT update deck* | 0.5 | 10 |
| 02/25/22 | Kevin Sheridan | *Review HRT update deck* | 1.0 | 10 |
| 02/28/22 | Kevin Sheridan | *Review HRT update deck* | 0.5 | 10 |
| | **February 1, 2022 - February 28, 2022 Total Hours** | | **152.5** | |

**Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
| --- | --- | --- | --- | --- |
| Allen & Overy | $3,387.29 | 02/28/22 | Legal | Legal invoice from counsel |

ALLEN & OVERY

Jefferies LLC
520 Madison Avenue
New York, NY 10022

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

For the attention of Leon Szlezinger

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| U.S Taxpayer ID # | 1[redacted] |
| Invoice Date | March 9, 2022 |
| Due Date | April 8, 2022 |
| **Invoice Number** | **6001039805** |

**Subject** **Jefferies - Purdue**

Our reference 0113293-0000084/ROPS
Period Through 2/28/2022

| | **USD** |
|---|---|
| **Charges** | |
| Legal Services | 3,387.29 |
| **Total Professional Services** | **3,387.29** |
| **AMOUNT DUE** | **$3,387.29** |

We kindly request payment of USD 3,387.29 to the following bank account, quoting reference 6001039805/0113293-0000084. If the details below are different to those you currently hold, please contact our Finance team before making payment.

Citigroup
153 E 53 St
New York, NY 10043

Bank Account: [redacted]
SWIFT: [redacted]
ABA Routing Number [redacted]

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. t is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                                       **Invoice Number 6001039805**

**FEE DETAIL**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|---|---|---|---|
| 2/8/2022 | Jacob Herz | Coordinate with K. Heagney re: monthly fee statements in Purdue case. | 0.10 |
| 2/14/2022 | Kyle Heagney | Prepare Dec. 2021 monthly fee application. | 0.20 |
| 2/15/2022 | Kyle Heagney | Prepare draft of December 2021 Monthly Fee Application. | 0.50 |
| 2/15/2022 | Jacob Herz | Email Jefferies team concerning Dec. 2021 fee statement timing. | 0.10 |
| 2/17/2022 | Kyle Heagney | Review and revise draft of Nov. 2021 monthly fee app. | 0.50 |
| 2/17/2022 | Jacob Herz | Review revised draft of Nov. 2021 fee application. | 0.30 |
| 2/18/2022 | Kyle Heagney | Revise Nov. 2021 monthly fee edits; Attn to emails to R. Spigel and J. Herz regarding same. | 0.30 |
| 2/18/2022 | Kyle Heagney | Revise Dec. 2021 monthly fee application and email to Jefferies re: same. | 0.30 |
| 2/18/2022 | Jacob Herz | Review Nov. 21 fee statement (.1); review Dec. 21 fee statement (.1). | 0.20 |
| 2/18/2022 | Robin Spigel | Review November fee statement and emails with J. Herz and K. Heagney re same | 0.10 |
| 2/21/2022 | Robin Spigel | Email with J. Herz re Jefferies' fee application | 0.10 |
| 2/22/2022 | Kyle Heagney | Check for filed Nov. 2021 monthly fee app. and forward to Jefferies; Confirm Oct. 2021 monthly fee app. objection deadline passed; Attn to correspondence w/ K. Abdullah regarding same. | 0.40 |
| 2/22/2022 | Kyle Heagney | Attn to correspondence with K Abdullah at Jefferies (.1); Compare fee examiners 5th interim report against 5th interim application filing (.2); Revise Nov. 2021 monthly fee application for filing and send to Akin (.2). | 0.60 |
| 2/22/2022 | Jacob Herz | Review and finalize Nov. 21 monthly for filing. | 0.20 |
| 2/24/2022 | Kyle Heagney | Consolidate and forward Jefferies Nov. 2021 fee app and hours to Akin. | 0.30 |
| 2/28/2022 | Kyle Heagney | Attn to email to K. Abdullah following up on status of Dec. 2021 monthly fee statement. | 0.10 |
| | **Total - New York** | | **4.30** |

**LEGAL SERVICES**                                                                                                                          **4.30**

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                                              **Invoice Number 6001039805**

**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Kyle Heagney | 3.20 | 692.75 | 2,216.83 |
| Jacob Herz | 0.90 | 1,020.00 | 918.00 |
| Robin Spigel | 0.20 | 1,262.25 | 252.46 |
| **Total** | **4.30** | | **3,387.29** |
| **TOTAL FOR LEGAL SERVICES** | **4.30** | | **$3,387.29** |