In re: PURDUE PHARMA L.P., et al.  19-23649-shl    Doc 4758-1    Filed 05/09/22    Entered 05/09/22 21:38:35    Exhibit A- Pg 1 of 6    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
OCP Statement - March 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 18,913,199 | 675,165 | 826,299 | 797,163 | 803,001 | 715,005 | 842,736 | 827,613 | 826,323 | 789,976 | 756,270 | 756,744 | 677,807 | 585,468 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,049,880 | 176,183 | 174,144 | 191,355 | 184,438 | 195,788 | 186,272 | 174,142 | 168,768 | 162,200 | 157,769 | 144,620 | 123,876 | 89,317 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 371,603 | 15,898 | 14,377 | 14,333 | 6,175 | 3,843 | 3,292 | 3,701 | 3,430 | 4,671 | 4,277 | 4,455 | 2,266 | 1,441 |
| OCP Total | Total | | 32,000,000 | 25,334,682 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | | | | | | | | 29 | 29 | 29 | | 144 | 144 | 144 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 665,000 | 25,000 | 25,000 | 25,000 | 25,000 | 22,500 | 20,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 11,667 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 653 | 422 | 163 | 163 | 231 | 231 | 231 | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 8,851 | 9,328 | 9,635 | 3,011 | 792 | 614 | 576 | 758 | 1,560 | 1,512 | 1,085 | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | 57 | 1,643 | 2,029 | 2,097 | 3,441 | 4,583 | 5,093 | 2,163 | 635 | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 545 | 459 | 382 | 175 | 174 | 87 | 87 | | | | 446 | 446 | 446 |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | | | 607 | 2,144 | 3,183 | 3,933 | 2,396 | 1,357 | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,633 | | 100 | 100 | 100 | | | | 136 | 136 | 136 | | | 39 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 472 | 320 | 202 | 135 | 51 | 178 | 588 | 661 | 518 | 92 | 18 | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | 43 | 43 | 43 | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,510,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 51,634 | 2,685 | 1,057 | 1,140 | 239 | 222 | 139 | 384 | 1,112 | 1,195 | 811 | 83 | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 238,047 | 8,753 | 10,188 | 15,680 | 22,327 | 24,860 | 18,104 | 11,302 | 7,078 | 6,679 | 4,732 | 4,234 | 2,265 | 1,192 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | 112 | 130 | 130 | 17 | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 1,132 | 1,145 | 801 | 840 | 705 | 618 | 517 | 320 | 136 | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 175 | | | | | | | | 12 | 12 | 23 | 47 | 47 | 35 |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 1,030 | 1,077 | 1,018 | 864 | 616 | 722 | 462 | 343 | 36 | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | | | | 19 | 19 | 19 | | | 15 | 29 | 29 | 15 |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 220 | 41 | 64 | 42 | 48 | 198 | 178 | 178 | 7 | 7 | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | 192 | 301 | 469 | 369 | 435 | 176 | 176 | | 1,010 | 1,010 | 1,010 | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 143,693 | 4,652 | 4,828 | 7,175 | 6,813 | 6,399 | 6,778 | 7,278 | 7,818 | 7,507 | 5,144 | 5,311 | 3,723 | 3,544 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | | 166 | 166 | 166 | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 215,472 | 17,657 | 10,035 | 8,911 | 6,195 | 7,530 | 9,298 | 7,157 | 4,407 | 2,490 | 4,636 | 4,690 | 6,194 | 4,197 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 952,573 | 12,938 | 12,626 | 15,062 | 15,896 | 16,759 | 19,079 | 17,868 | 17,079 | 11,941 | 17,811 | 17,327 | 17,486 | 11,969 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 41,364 | 350 | | | | | | | 187 | 187 | 187 | 845 | 1,288 | 1,288 | 443 |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 618,666 | 13,310 | 17,315 | 16,036 | 22,187 | 24,352 | 27,387 | 20,817 | 15,594 | 11,710 | 10,305 | 8,688 | 10,132 | 7,225 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,102,482 | 32,457 | 31,373 | 26,592 | 31,401 | 29,105 | 25,536 | 21,102 | 18,538 | 30,859 | 32,241 | 31,925 | 20,026 | 19,449 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 124,730 | 2,936 | 2,604 | 2,541 | 2,214 | 3,056 | 5,048 | 4,549 | 6,243 | 7,751 | 10,189 | 11,537 | 9,716 | 7,408 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,300,000 | 4,410,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 113,807 | 1,087 | 2,559 | 2,937 | 3,368 | 2,079 | 2,381 | 2,287 | 3,165 | 10,468 | 11,232 | 10,401 | 3,489 | 2,086 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 389,106 | 27,454 | 28,913 | 28,163 | 13,518 | 17,407 | 16,925 | 25,072 | 25,156 | 30,322 | 22,290 | 15,966 | 7,021 | 1,004 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,158 | 256 | | | | | | | | | | 474 | 474 | 525 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 27,035 | | 295 | 295 | 329 | 1,048 | 2,012 | 2,796 | 1,782 | 2,241 | 5,815 | 5,815 | 4,391 | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 2,517 | 1,259 | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | 137 | 137 | 86 | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
March 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 75,000 | 1,500,000 | 754,417 | 29,892 | 40,499 | 36,080 | 36,469 | 36,562 | 47,321 | 55,112 | 57,433 | 48,550 | 41,332 | 36,368 | 45,767 | 53,464 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | 264 | | | | | | 250 | 1,153 | 1,153 | 903 | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 463,297 | 13,817 | 12,022 | 10,795 | 8,085 | 9,859 | 10,782 | 11,645 | 12,752 | 10,581 | 6,838 | 4,438 | 3,290 | 2,690 |
| Reed Smith, LLP[2] | OCP Tier 1 | 150,000 | 4,900,000 | 4,536,691 | 248,515 | 384,078 | 388,117 | 360,689 | 248,633 | 335,831 | 293,603 | 259,005 | 150,000 | 150,000 | 141,791 | 150,000 | 100,000 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 14,967 | | | | | | | | | | 889 | 902 | 902 | 14 |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 200,000 | 3,100,000 | 2,278,447 | 35,230 | 35,009 | 21,385 | 35,638 | 55,016 | 69,387 | 79,740 | 96,362 | 128,848 | 152,270 | 216,086 | 188,080 | 131,511 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 755,339 | 15,285 | 16,650 | 17,831 | 16,166 | 14,609 | 14,062 | 14,046 | 14,842 | 14,438 | 16,344 | 16,286 | 15,557 | 15,475 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 120,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 2,335 | 2,332 | 2,339 | 96 | 81 | 66 | 51 | 59 | 74 | 74 | 51 | 22 | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 470,660 | 9,834 | 7,272 | 9,384 | 8,292 | 7,104 | 6,745 | 6,083 | 8,270 | 7,677 | 10,477 | 12,204 | 15,947 | 12,222 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,177,934 | 68,474 | 68,608 | 56,723 | 78,587 | 88,475 | 104,229 | 119,590 | 136,265 | 176,469 | 128,999 | 80,255 | 19,081 | 8,599 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 118,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 430,181 | 25,782 | 19,545 | 24,410 | 26,242 | 31,865 | 20,328 | 14,322 | 10,131 | 9,354 | 10,760 | 5,556 | 2,626 | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 8,009 | 291 | 405 | 519 | 259 | 305 | 191 | 722 | 541 | 551 | 10 | 234 | 224 | 224 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,300,000 | 1,895,821 | 45,941 | 59,697 | 62,355 | 57,022 | 52,685 | 54,134 | 54,310 | 57,313 | 55,760 | 49,793 | 48,629 | 51,658 | 71,248 |

[1] Represents Fees since the Commencement Date
[2] Reed Smith: The total holdback amount for the September 2021 to February 2022 invoices is $285,393.00

In re: PURDUE PHARMA L.P., et al.    19-23649-shl    Doc 4758-1    Filed 05/09/22    Entered 05/09/22 21:38:35    Exhibit A-OCP Statement    Pg 3 of 6    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees
March 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 18,913,199 | 789,169 | 1,032,244 | 570,077 | 806,683 | 768,256 | 953,268 | 761,316 | 764,384 | 844,228 | 660,199 | 765,806 | 607,416 | 383,181 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,049,880 | 226,247 | 142,988 | 204,832 | 205,493 | 177,040 | 176,283 | 169,103 | 160,920 | 156,578 | 155,809 | 121,473 | 94,347 | 52,131 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 371,603 | 27,177 | 11,326 | 4,497 | 2,701 | 4,332 | 2,843 | 3,927 | 3,520 | 6,565 | 2,745 | 4,053 | | 270 |
| OCP Total | Total | | 32,000,000 | 25,334,682 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | | | | | | | 86 | | | | 432 | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 665,000 | 25,000 | 25,000 | 25,000 | 25,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | 490 | | | 694 | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 20,131 | 7,392 | 1,382 | 259 | 734 | 850 | 144 | 1,282 | 3,255 | | | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | 170 | 4,760 | 1,156 | 374 | 8,792 | 4,584 | 1,904 | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 620 | 264 | 261 | | 261 | | | | | | 1,338 | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | | | 1,822 | 4,610 | 3,116 | 4,072 | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,633 | | 299 | | | | | 409 | | | | | | 117 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 253 | 253 | 101 | 51 | | 485 | 1,280 | 220 | 55 | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | 128 | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,510,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 2 | 30,000 | 360,000 | 51,634 | 3,120 | 50 | 250 | 418 | | | 1,152 | 2,184 | 250 | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 238,047 | 9,523 | 10,147 | 27,371 | 29,464 | 17,744 | 7,104 | 9,059 | 5,073 | 5,907 | 3,218 | 3,577 | | |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | 337 | 52 | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 591 | 998 | 813 | 710 | 591 | 554 | 407 | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 175 | | | | | | | | | 35 | | 35 | 105 | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 1,350 | 1,101 | 604 | 888 | 355 | 924 | 107 | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | | | | 58 | | | | | 44 | 44 | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 124 | | 67 | 59 | 20 | 516 | | 20 | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | 301 | 328 | 779 | | 527 | | | | 3,030 | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 143,693 | 8,969 | 3,902 | 8,655 | 7,884 | 2,659 | 9,790 | 9,385 | 4,281 | 8,855 | 2,298 | 4,782 | 4,091 | 1,760 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | 497 | | | | | | | | |
| Kirkland & Ellis | OCP Tier 2 | 150,000 | 1,800,000 | 215,472 | 18,217 | 5,773 | 2,743 | 10,070 | 9,777 | 8,046 | 3,648 | 1,528 | 2,292 | 10,087 | 1,689 | 6,805 | 4,097 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 952,573 | 14,560 | 11,811 | 18,814 | 17,063 | 14,399 | 25,775 | 13,431 | 12,032 | 10,361 | 31,041 | 10,577 | 10,839 | 14,490 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 41,364 | | | | | | | | 560 | | | 2,535 | 1,330 | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 618,666 | 14,189 | 22,313 | 11,607 | 32,642 | 28,806 | 20,712 | 12,933 | 13,136 | 9,061 | 8,720 | 8,284 | 13,392 | |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,102,482 | 21,845 | 33,024 | 24,908 | 36,272 | 26,133 | 14,203 | 22,971 | 18,441 | 51,165 | 27,117 | 17,494 | 15,467 | 25,385 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 124,730 | 6,857 | 346 | 421 | 5,876 | 2,872 | 6,397 | 4,378 | 7,956 | 10,919 | 11,691 | 11,999 | 5,458 | 4,767 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,300,000 | 4,410,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 113,807 | 905 | 6,087 | 1,819 | 2,197 | 2,223 | 2,725 | 1,915 | 4,854 | 24,635 | 4,208 | 2,359 | 3,899 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 389,106 | 64,655 | 7,051 | 12,784 | 20,720 | 18,718 | 11,338 | 45,161 | 18,970 | 26,835 | 21,064 | | | 3,011 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,158 | | | | | | | | | | | 1,421 | | 154 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 27,035 | | | 884 | | 102 | 3,043 | 2,893 | 2,453 | | 4,270 | 13,174 | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | 258 | | | | | | | | | | | | |

| Name | Tier | Rolling Cap | Case Cap | Case Total | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 75,000 | 1,500,000 | 754,417 | 36,547 | 47,307 | 24,386 | 37,714 | 47,586 | 56,663 | 61,086 | 54,549 | 30,017 | 39,430 | 39,657 | 58,214 | 62,523 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | | | | 750 | 2,708 | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 463,297 | 18,570 | 6,627 | 7,187 | 10,440 | 11,949 | 9,957 | 13,029 | 15,271 | 3,444 | 1,798 | 8,071 | | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,536,691 | 358,966 | 589,966 | 215,419 | 276,684 | 253,796 | 477,014 | 150,000 | 150,000 | 150,000 | 150,000 | 125,374 | 174,626 | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 14,967 | | | | | | | | | | 2,666 | 42 | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 200,000 | 3,100,000 | 2,278,447 | 25,625 | 16,109 | 22,423 | 68,382 | 74,242 | 65,536 | 99,441 | 124,108 | 162,993 | 169,708 | 315,558 | 78,975 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 755,339 | 19,673 | 17,206 | 16,615 | 14,678 | 12,533 | 14,976 | 14,630 | 14,918 | 13,766 | 20,347 | 14,746 | 11,578 | 20,102 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 120,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 6,841 | 88 | 88 | 110 | 44 | 44 | 66 | 66 | 88 | 66 | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 470,660 | 8,039 | 8,897 | 11,216 | 4,762 | 5,334 | 10,140 | 2,775 | 11,894 | 8,362 | 11,176 | 17,075 | 19,591 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,177,934 | 62,189 | 73,936 | 34,043 | 127,781 | 103,601 | 81,306 | 173,862 | 153,628 | 201,918 | 31,449 | 7,398 | 18,397 | |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 118,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 430,181 | 16,181 | 11,316 | 45,734 | 21,675 | 28,187 | 11,121 | 3,659 | 15,613 | 8,790 | 7,878 | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 8,009 | 812 | 403 | 342 | 31 | 543 | | 1,623 | | 31 | | 672 | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,300,000 | 1,895,821 | 68,780 | 69,130 | 49,156 | 52,780 | 56,121 | 53,501 | 53,308 | 65,130 | 48,843 | 35,407 | 61,636 | 57,930 | 94,177 |

19-23649-shl    Doc 4758-1    Filed 05/09/22    Entered 05/09/22 21:38:35    Exhibit A-
OCP Statement    Pg 5 of 6

In re: PURDUE PHARMA L.P., et al.                                                          Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses
March 2022

| Name | Tier | Case Total[1] | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,092,677 | 19,037 | 26,537 | 24,875 | 24,163 | 26,217 | 26,719 | 28,543 | 15,546 | 22,547 | 22,380 | 11,099 | 3,856 | 6,280 |
| OCP Tier 2 Total | OCP Tier 2 | 999,429 | 15,930 | 35,867 | 11,305 | 38,368 | 11,329 | 45,549 | 13,406 | 57,146 | 40,053 | 134,170 | 55,026 | 8,901 | 12,624 |
| OCP Tier 3 Total | OCP Tier 3 | 3,843 | 92 | | 180 | 4 | 4 | 143 | | 1 | 66 | | | | |
| OCP Total | Total | 2,095,948 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 148 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 1,907 | 84 | | | | | | 108 | | 59 | | | | |
| Clement Rivers LLP | OCP Tier 2 | 62 | | | 0 | | | | 57 | 1 | 3 | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 28 | | | | | | | 28 | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 21,735 | | | | | | | | 1,006 | | | 2,696 | | 50 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 570 | | | 175 | | | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 63,008 | 1,500 | 1,578 | 1,900 | 20,510 | 5,353 | 1,155 | 3,504 | 5,746 | 1,900 | 1,300 | | | |
| Duke Scanlan | OCP Tier 3 | 4 | | | | | 2 | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 554 | 8 | | 5 | 4 | 1 | 35 | | 1 | | | | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 8 | | | | | | | | | 8 | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 55 | | | | | | 55 | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | 17 | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | | | 248 | | | | | 87 | | | | | |
| Larson & O'Brien | OCP Tier 2 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,240 | | | | | | | | | | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 261,809 | 1,690 | 9,390 | 2,362 | 4,193 | 1,981 | 4,136 | 1,200 | 13,617 | | 3,321 | | 1,480 | |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 892,620 | 18,588 | 25,323 | 19,339 | 23,934 | 25,964 | 23,859 | 27,739 | 8,341 | 15,817 | 22,193 | 10,924 | 3,597 | 6,280 |
| McCarter & English | OCP Tier 2 | 37,031 | 640 | 1,480 | 13 | 3,640 | | 2,880 | | 1,760 | 3,360 | 2,720 | 2,178 | 720 | 3,020 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 2 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 2,562 | 125 | 11 | 11 | | | | 8 | | 1,504 | 1 | | | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 168 | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 2 | 60 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | | |

OCP Payment Report - Monthly Expenses
March 2022

| Name | Tier | Case Total[1] | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 266,098 | | 4,000 | | | | 45 | 30,042 | 4,050 | 30,606 | 21,184 | 119,853 | 43,104 | 3,596 | 9,554 |
| Poyner Spruill LLP | OCP Tier 2 | 401 | | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 118,191 | 9,526 | 16,465 | 49 | 3,554 | 278 | 3,785 | 3,290 | 126 | 39 | 4,960 | 4 | | |
| Reed Smith, LLP | OCP Tier 1 | 31,118 | 431 | 1,155 | 5,340 | 206 | 253 | 2,786 | 82 | 6,551 | 6,538 | 122 | 122 | 162 | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | 1 | | 0 | 1 | | | | | | | | | |
| Skarzynski Black | OCP Tier 2 | 4,557 | | | | | | | | | 120 | | | | |
| Smith Anderson | OCP Tier 2 | 756 | | | | | | | | | | | | 504 | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 77,094 | 17 | 114 | 1,619 | | 1,840 | 2,090 | | | 5,870 | | 6,306 | 2,870 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 9,342 | | 50 | 195 | | | | 722 | 543 | 54 | 8 | | | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 125,944 | 2,432 | 2,829 | 5,102 | 6,471 | 1,777 | 1,369 | 267 | 5,169 | 6,196 | 2,014 | 234 | 234 | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 110,226 | | 10 | | 22 | | 74 | | 111 | 138 | 58 | 53 | 97 | |

[1] Represents Fees since the Commencement Date