Honorable Judge Robert D. Drain,

Due to the policy at Washington State penitentiary and covid-19 protocol, I am not able to attend the scheduled zoom hearing on May, 18 2022 at 10:00 A.M.

Thank you for your time concerning this matter.

*[signature]*

Nickolas Colbert #429409
Washington State Penitentiary
1313 N 13TH Ave
Walla Walla, WA 99362

Nickolas Col[...]
Washington State Penitentiary
1313 N 13TH Ave
Walla Walla WA, 99362

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.



SPOKANE WA 990
2 MAY 2022 PM 3 L

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601



10601-414000