ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PURDUE PHARMA L.P., et al.,[1] | ) Case No. 19-23649 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**THIRTY-SECOND MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | April 1, 2022 through April 30, 2022 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| **Total Compensation Incurred** | $55,975.89[2] |
| **Less 20% Holdback** | $11,195.18 |
| **Total Reimbursement Requested** | $1,808.20 |
| **Total Compensation and Reimbursement Requested in this Statement** | $46,588.91 |

**This is a(n):**    <u>X</u> Monthly Application    ___  Interim Application    ___  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2022 Through April 30, 2022* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $9,878.11 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from April 1, 2022, through and including April 30, 2022, is referred to herein as the "**Fee Period**."

$44,780.71 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $55,975.89) and (ii) payment of $1,808.20 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $55,975.89 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $44,780.71.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $957.82.[4]  The blended hourly billing rate of all paraprofessionals is $369.75.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $1,808.20 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.       Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.       A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $44,780.71, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $55,975.89) and (ii) payment of $1,808.20 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

May 11, 2022                              Respectfully submitted,


By:  _/s/ Rory Greiss_

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 4.00 | $4,187.95 |
| Project Spiny Monster | 0.70 | $743.75 |
| Retention and Fee Applications | 13.00 | $8,808.97 |
| General Patent Settlement | 3.10 | $3,293.75 |
| Government Contracts | 0.60 | $640.05 |
| Project Falcon | 4.50 | $4,150.12 |
| Project Hummingbird | 36.90 | $34,151.30 |
| **Total**[1] | **62.80** | **$55,975.89** |

---

[1]  This amount reflects a reduction in fees in the amount of $9,878.11 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 1.00 | $1,150.00 |
| Greiss, Rory | Partner | 1981 | 1,250.00 | 32.60 | $40,750.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 0.60 | $753.00 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 10.90 | $11,336.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 4.50 | $4,882.50 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 5.90 | $3,717.00 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 0.20 | $177.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 7.10 | $3,088.50 |
| **Total** | | | | **62.80** | **65,854.00** |
| Less 15% Discount | | | | | ($9,878.11) |
| **Discounted Total** | | | | | **$55,975.89** |
| Less 20% Holdback | | | | | ($11,195.18) |
| **Total Amount Requested Herein** | | | | | **$44,780.71** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Filing Fees | $16.20 |
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$1,808.20** |

## Exhibit D

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                    May 11, 2022
**Attn: Maria Barton**                              Invoice # 30142271
**General Counsel**                                    EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233


| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2022** | $ | **4,927.00** |
| Discount: | | -739.05 |
| **Fee Total** | | **4,187,95** |
| **Total Amount Due** | $ | **4,187.95** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 11, 2022                                                                 Invoice # 30142271

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 04/05/22 | 0.20 | Emails with Purdue team re: supply agreement. |
| Rory Greiss | 04/20/22 | 1.10 | Review, analyze comments to supply agreement (.8) correspondence with Purdue team re: changes (.3). |
| Rory Greiss | 04/22/22 | 1.20 | Review current status of comments on supply agreement (.8); correspondence with Purdue team re: open issues (.4). |
| Rory Greiss | 04/29/22 | 1.50 | Review, analyze correspondence from Purdue team re supply agreement (.7); review, analyze latest draft of supply agreement (.5); correspondence with E. Zausner re: revisions (.3). |
| **Total Hours** | | **4.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 3.80 | 1,250.00 | 4,750.00 |
| Ethan Zausner | 0.20 | 885.00 | 177.00 |
| **TOTAL** | **4.00** | | **4,927.00** |

**Total Current Amount Due**                                              **$4,187,95**

# Arnold&Porter

**Purdue Pharma L.P.**                                            May 11, 2022
**Attn: Edward G. Angelini**                            Invoice # 30142272
**Associate General Counsel**                               EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00129**

Project Spiny Monster

20180001843

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2022** | $ | 875.00 |
| Discount: | | -131.25 |
| **Fee Total** | | **743.75** |
| **Total Amount Due** | $ | **743.75** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**         Arnold & Porter Kaye Scholer LLP
                         P.O. Box 719451
                         Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 11, 2022                                                                 Invoice # 30142272

**(1049218.00129)**
**Project Spiny Monster**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/12/22 | 0.70 | Review, analyze shareholder resolutions (.5); correspondence with Purdue team re: same (.2). |
| **Total Hours** | | **0.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.70 | 1,250.00 | 875.00 |
| **TOTAL** | **0.70** | | **875.00** |

**Total Current Amount Due**                                              **$743.75**

# Arnold&Porter

**Purdue Pharma L.P.**                                              May 11, 2022
**Attn: Roxana Aleali**                                        Invoice # 30142273
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2022** | $ | 10,363.50 |
| Discount: | | -1,554.53 |
| **Fee Total** | | **8,808.97** |
| **Total Amount Due** | $ | **8,808.97** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                        Arnold & Porter Kaye Scholer LLP
                                        P.O. Box 719451
                                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 11, 2022                                                                      Invoice # 30142273

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/05/22 | 1.90 | Review, comment on monthly statement. |
| Darrell B. Reddix | 04/07/22 | 1.10 | Draft thirty-first monthly fee application. |
| Darrell B. Reddix | 04/12/22 | 0.90 | Prepare thirty-first monthly fee application. |
| Rory Greiss | 04/13/22 | 0.30 | Review, analyze fee examiner report on interim fee application (.2); correspond with A&P team re: same (.1). |
| Rory Greiss | 04/21/22 | 1.40 | Review, comment on March narratives (.8); correspondence with D. Reddix re: same (.3); correspondence with B. Buchholtz re: same (.3). |
| Rosa J. Evergreen | 04/21/22 | 0.30 | Correspond with R. Greiss re fee statement (.1); call with R. Greiss re same (.2). |
| Darrell B. Reddix | 04/21/22 | 2.40 | Prepare thirty-first monthly fee application. |
| Darrell B. Reddix | 04/22/22 | 1.60 | Prepare thirty-first monthly fee application. |
| Darrell B. Reddix | 04/25/22 | 0.30 | Prepare thirty-first monthly fee application. |
| Rory Greiss | 04/26/22 | 0.50 | Review, analyze proposed order re: interim fee application. |
| Rosa J. Evergreen | 04/26/22 | 0.20 | Review D. Consla email re order (.1); correspond with D. Reddix re same (.1). |
| Rory Greiss | 04/27/22 | 0.80 | Analyze schedules to interim fee order to compare with our billing records (.4); videoconference with R. Evergreen and D. Reddix to confirm amounts (.3) correspondence with DPW to sign off on draft order (.1). |
| Rosa J. Evergreen | 04/27/22 | 0.40 | Call with R. Greiss and D. Reddix re proposed order (.2); review statements relating to same (.2). |
| Darrell B. Reddix | 04/27/22 | 0.80 | Review, analyze draft fee application order (.5); video conference with R. Greiss and R. Evergreen re same (.3). |
| Rosa J. Evergreen | 04/29/22 | 0.10 | Review R. Greiss correspondence re fee statement. |

**Total Hours**                    **13.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 1.00 | 1,150.00 | 1,150.00 |
| Rory Greiss | 4.90 | 1,250.00 | 6,125.00 |
| Darrell B. Reddix | 7.10 | 435.00 | 3,088.50 |
| **TOTAL** | **13.00** | | **10,363.50** |

**Total Current Amount Due**                                    **$8,808.97**

# Arnold&Porter

**Purdue Pharma L.P.**                                          May 11, 2022
**Attn: Rachel Kreppel**                              Invoice # 30142274
**Associate General Counsel**                        EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2022** | $ | **3,875.00** |
| Discount: | | <u>-581.25</u> |
| **Fee Total** | | **3,293.75** |
| **Total Amount Due** | $ | **<u>3,293.75</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**               Arnold & Porter Kaye Scholer LLP
                              P.O. Box 719451
                              Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 11, 2022                                                                 Invoice # 30142274

## (1049218.00153)
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/05/22 | 1.60 | Call with Purdue team to discuss letter comments (.7); revise letter (.4); correspond with Purdue team re same (.1); further revise letter (.4). |
| Rory Greiss | 04/06/22 | 0.30 | Review letter sent to thrid party. |
| Rory Greiss | 04/07/22 | 0.90 | Review correspondence from Purdue team re: responses and questions from third party (.4); review and comment on proposed response (.5). |
| Rory Greiss | 04/08/22 | 0.30 | Review correspondence with third party and Purdue team. |

**Total Hours**              **3.10**

### Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 3.10 | 1,250.00 | 3,875.00 |
| **Subtotal:** | **3.10** | | **3,875.00** |
| **TOTAL** | **3.10** | | **3,875.00** |

**Total Current Amount Due**                                    **$3,293.75**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

May 11, 2022
Invoice # 30142275
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through April 30, 2022** | **753.00** |
| Discount: | <u>-112.95</u> |
| **Fee Total** | **640.05** |
| **Total Amount Due** | $    <u>**640.05**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 11, 2022                                                                      Invoice # 30142275

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 04/04/22 | 0.30 | Call with Purdue team re: VA matters. |
| Jeffrey L. Handwerker | 04/18/22 | 0.30 | Call with Purdue team re: novation. |
| **Total Hours** | | **0.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 0.60 | 1,255.00 | 753.00 |
| **Subtotal:** | **0.60** | | **753.00** |
| **TOTAL** | **0.60** | | **753.00** |

**Total Current Amount Due**                                                      **$640.05**

# Arnold&Porter

**Purdue Pharma L.P.**                                          May 11, 2022
**Attn: Rachel Kreppel**                                 Invoice # 30142276
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through April 30, 2022** | **4,882.50** |
| Discount: | <u>-732.38</u> |
| **Fee Total** | **4,150.12** |

**Disbursements Recorded through April 30, 2022**

| | | |
|---|---:|---:|
| eData: Relativity Services | 1,792.00 | |
| Filing Fees | 16.20 | |
| **Disbursements Total** | $ | **<u>1,808.20</u>** |
| **Total Amount Due** | $ | **<u>5,958.32</u>** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 11, 2022

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 04/04/22 | 0.60 | Correspond with Purdue team re data refresh (.1); correspond with Expert re same (.1); review, analyze data (.4). |
| Barbara H. Wootton | 04/05/22 | 0.40 | Review, analyze Expert comments (.2); correspond with Purdue team re data refresh follow up (.1); correspond with B. Marra re same (.1). |
| Barbara H. Wootton | 04/13/22 | 1.30 | Correspond with Purdue team re data refresh for agency (.1); conference with Purdue team and Experts re data analysis and information needs (.7); follow up correspondence with Purdue team re additional data and transfer (.2); correspond with Expert team re data transfer (.2); correspond with D. Feinstein re status (.1). |
| Barbara H. Wootton | 04/19/22 | 0.10 | Correspond with Purdue team re data updates for agency. |
| Barbara H. Wootton | 04/20/22 | 1.70 | Prepare data files for production to agency (1.1); correspond with D. Young re same (.1); draft certificate of compliance (.5). |
| Barbara H. Wootton | 04/21/22 | 0.10 | Correspond with D. Feinstein re status of data response. |
| Barbara H. Wootton | 04/25/22 | 0.20 | Correspond with Purdue team re updating data and certification to agency. |
| Barbara H. Wootton | 04/29/22 | 0.10 | Correspond with D. Feinstein and Purdue team re data updates. |

**Total Hours**      **4.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Barbara H. Wootton | 4.50 | 1,085.00 | 4,882.50 |
| **Subtotal:** | **4.50** | | **4,882.50** |
| **TOTAL** | **4.50** | | **4,882.50** |

**Total Current Amount Due**      **$5,958.32**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

May 11, 2022
Invoice # 30142277
EIN 53-0208605

**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190

| | |
|---|---:|
| **For Legal Services Rendered through April 30, 2022** | **40,178.00** |
| Discount: | -6,026.70 |
| **Fee Total** | **34,151.30** |
| **Total Amount Due**                          $ | **34,151.30** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**
Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 11, 2022                                                                                        Invoice # 30142277

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/01/22 | 1.80 | Review and comment on revised version of authorization agreement prepared by A. Krantz (1.5); correspondence with A. Krantz and E. Rothman re: revisions (.3). |
| Alexa D. Krantz | 04/01/22 | 0.90 | E-mail with R. Greiss and E. Rothman to discuss edits to Authorization Agreement and Amended and Restated Supply Agreement (.1); revise Amended and Restated Supply Agreement (.3); revise Authorization Agreement (.5). |
| Rory Greiss | 04/02/22 | 2.40 | Review, analyze revised version of authorization agreement (.6); review, comments on supply and distribution agreement (1.3); correspondence with A. Krantz and E. Rothman re: distributing drafts (.5). |
| Eric Rothman | 04/02/22 | 1.40 | Review and comment on draft A&R Supply Agreement. |
| Alexa D. Krantz | 04/02/22 | 0.60 | E-mail with R. Greiss and E. Rothman re edits to Amended and Restated Supply Agreement and Authorization Agreement (.1); revise Amended and Restated Supply Agreement (.4); revise Authorization Agreement (.1). |
| Alexa D. Krantz | 04/03/22 | 0.20 | E-mail with R. Greiss regarding sending out Amended and Restated Supply Agreement and Authorization Agreement to client (.1); e-mail with Purdue team to provide revised drafts of Amended and Restated Supply Agreement and Authorization Agreement (.1). |
| Rory Greiss | 04/05/22 | 0.30 | Correspondence with Purdue team, A. Krantz and E. Rothman re: meeting to discuss key points on agreements. |
| Alexa D. Krantz | 04/05/22 | 0.10 | E-mail with R. Greiss and E. Rothman to discuss scheduling meeting with Purdue team. |
| Rory Greiss | 04/06/22 | 1.60 | Prepare for videoconference with Purdue team to discuss Hummingbird mark-up of documents (.5); participate in videoconference with Purdue team, E. Rothman, and A. Krantz (.7); correspond with E. Rothman and A. Krantz re follow up (.4). |
| Eric Rothman | 04/06/22 | 1.10 | Teleconference to discuss Project Hummingbird (.7); correspond with R. Greiss and A. Krantz re same (.4). |
| Alexa D. Krantz | 04/06/22 | 0.60 | Call with Purdue team, R. Greiss, and E. Rothman to discuss revisions to Authorization Agreement and Amended and Restated Supply Agreement. |
| Rory Greiss | 04/19/22 | 4.10 | Review revised draft of amended and restated exclusive distribution and supply agreement (1.3); review comments on draft from E. Rothman (.5); revise agreement (.7); correspond E. Rothman and A. Krantz re same (.1); videoconference with E. Rothman and A. Krantz re revised draft (.5); review, revise further updated draft (1.0). |
| Eric Rothman | 04/19/22 | 2.50 | TC to discuss working draft of Project Hummingbird Agreement (1.1); review and comment on Project Hummingbird draft Agreement (1.4). |

May 11, 2022                                                                          Invoice # 30142277

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Alexa D. Krantz | 04/19/22 | 1.00 | Call with R. Greiss and E. Rothman to discuss opposing party's comments on Amended and Restated Supply Agreement (.4); review revised draft of Amended and Restated Supply Agreement provided by Purdue team (.2); revise Amended and Restated Supply Agreement based upon discussion with R. Greiss and E. Rothman (.2); e-mail with E. Rothman and R. Greiss regarding comments on Amended and Restated Supply Agreement (.1); e-mail with Purdue team regarding Arnold & Porter comments on Amended and Restated Supply Agreement (.1). |
| Rory Greiss | 04/20/22 | 2.30 | Review Hummingbird comments to authorization agreement (1.1); correspond with A. Krantz and E. Rothman to revise agreement for distribution to Purdue team (1.2). |
| Eric Rothman | 04/20/22 | 1.20 | Review and comment on Project Hummingbird Agreement. |
| Alexa D. Krantz | 04/20/22 | 0.40 | Review Purdue team's comments on Authorization Agreement (.1); revise Authorization Agreement to reflect comments from R. Greiss (.1); e-mail with R. Greiss and E. Rothman regarding Purdue team's comments on Authorization Agreement (.1); e-mail with Purdue team to provide A&P comments on Authorization Agreement (.1). |
| Rory Greiss | 04/24/22 | 2.20 | Review Hummingbird comments to distribution and supply agreement and authorization agreement (1.8) correspondence with Purdue team and internal team re: schedule to discuss comments (.4). |
| Alexa D. Krantz | 04/24/22 | 0.10 | E-mail with R. Greiss and E. Rothman regarding review of Authorization Agreement and Amended and Restated Supply Agreement comments from opposing party. |
| Rory Greiss | 04/25/22 | 2.70 | Prepare for videoconference regarding comment to authorization agreement and distribution and supply agreement (.8); videoconference with E. Rothman and A. Krantz to discuss comments (.8); videoconference with Purdue team regarding responses to be made to Hummingbird (1.1). |
| Eric Rothman | 04/25/22 | 1.90 | Teleconference with R. Greiss and A. Krantz to discuss Project Hummingbird drafts (.8); teleconference with client to discuss Project Hummingbird drafts (1.1). |
| Alexa D. Krantz | 04/25/22 | 2.00 | Call with E. Rothman and R. Greiss to discuss opposing party's comments on Authorization Agreement and Amended and Restated Supply Agreement (.7); review opposing party's comments on Authorization Agreement and Amended and Restated Supply Agreement (.3); call with R. Greiss, E. Rothman, and Purdue team to discuss opposing party's comments on Authorization Agreement and Amended and Restated Supply Agreement (1.0). |
| Rory Greiss | 04/28/22 | 1.20 | Review Hummingbird and Purdue team comments to latest draft of amended and restated distribution and supply agreement (.8) correspondence with Purdue team re: same (.4). |
| Eric Rothman | 04/28/22 | 1.60 | Review and comment on latest draft of Project Hummingbird Distribution Agreement. |
| Rory Greiss | 04/29/22 | 1.50 | Review Hummingbird notes and comments to latest draft of authorization agreement (.5); review correspondence from Purdue team regarding comments (.4); comment on draft (.6). |

Page 2

May 11, 2022                                                          Invoice # 30142277

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 04/29/22 | 1.20 | Draft Project Hummingbird Authorization Agreement. |
| **Total Hours** | | **36.90** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 20.10 | 1,250.00 | 25,125.00 |
| Eric Rothman | | 10.90 | 1,040.00 | 11,336.00 |
| | Subtotal: | **31.00** | | **36,461.00** |
| **Associate** | | | | |
| Alexa D. Krantz | | 5.90 | 630.00 | 3,717.00 |
| | Subtotal: | **5.90** | | **3,717.00** |
| **TOTAL** | | **36.90** | | **40,178.00** |

**Total Current Amount Due**                                    **$34,151.30**