PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Hugh M. McDonald
Andrew V. Alfano
31 West 52nd Street
New York, New York 10019

*Counsel to the Ad Hoc Group of Non-Consenting States*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P., *et al.*,**[1] | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF FILING OF EXHIBIT 2 TO THE NON-CONSENTING STATES' LIMITED OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING IMPLEMENTATION OF 2022 KEY EMPLOYEE INCENTIVE PLAN AND 2022 KEY EMPLOYEE RETENTION PLAN**

**PLEASE TAKE NOTICE** that attached hereto is Exhibit 2 to the *The Non-Consenting States' Limited Objection to Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan* [Docket No. 4766] (the "Objection"), which is already a public record but was inadvertently omitted from the Objection.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each of their federal tax identification number, as applicable, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143). UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' principal offices are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[*signature page to Notice of Filing of Exhibit 2*]

Dated: May 11, 2022  
New York, New York

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ Andrew M. Troop*  
      Andrew M. Troop  
      Hugh M. McDonald  
      Andrew V. Alfano  
      31 West 52nd Street  
      New York, NY 10019  
      (212) 858-1000  
      andrew.troop@pillsburylaw.com  
      hugh.mcdonald@pillsburylaw.com  
      andrew.alfano@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*