# **Exhibit 2**

| | |
|---|---|
| From: | Baker, Stuart D |
| To: | [redacted] |
| CC: | [redacted] |
| Sent: | 1/30/2018 9:26:48 PM |
| Subject: | Re: Opioid Sales |

Please do not respond to this email.
********************
Please consider the environment before printing this email.

----- Original Message -----
From: Ilene [mailto: [redacted]
Sent: Tuesday, January 30, 2018 04:16 PM Eastern Standard Time
To: Mortimer D. A. Sackler [redacted]
Cc: Dame Theresa Sackler [redacted]; Baker, Stuart D.
Subject: Opioid Sales

It seems to me, based on several things presented today, that promoting any opioids, in any way, in any country should be stopped immediately.

_____

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

_____

PUBLICLY FILED PER STIPULATION [ECF 2140]

OUTSIDE PROFESSIONALS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
FOIA/FOIL CONFIDENTIAL TREATMENT REQUESTED

MSF00470861