Objection Deadline: May 26, 2022 at 12:00 p.m. (Prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 |
| Debtors. [1] | (Jointly Administered) |

### NOTICE OF TWENTY-NINTH MONTHLY STATEMENT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al.* |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | February 1, 2022 through February 28, 2022 |
| Amount of Compensation Requested: | $219,466.98 |
| Less 20% Holdback: | $ 43,893.40 |
| Net of Holdback: | $175,573.58 |
| Amount of Expense Reimbursement Requested: | $ 0.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $175,573.58 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[2] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Twenty-Ninth monthly statement (the "**Twenty-Ninth Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from February 1, 2022 through February 28, 2022 (the "**Twenty-Ninth Monthly Period**"). By this Twenty-Ninth Monthly Statement, and after taking into account certain voluntary discounts and reductions,[3] Skadden seeks payment in the amount of $175,573.58 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Ninth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Twenty-Ninth Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    In addition to the volume discount, the total amount sought for fees and expenses ($219,466.98) reflects voluntary reductions for this period of $13,701.00 in fees and $1,082.27 in expenses, for an overall voluntary reduction of 5.90%.  Skadden reserves the right to request these amounts.

*(cont'd)*

billing rate of Skadden timekeepers during the Twenty-Ninth Monthly Period is approximately

$1,393.89.[4]

    2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Twenty-Ninth Monthly Period.

    3.      Attached hereto as **Exhibit C** is itemized time records of Skadden professionals

for the Twenty-Ninth Monthly Period and summary materials related thereto.

**NOTICE AND OBJECTION PROCEDURES**

    4.      Notice of this Twenty-Ninth Monthly Statement shall be given by hand or

overnight delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma

L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn.: Terrence Ronan, Email:

Terrence.Ronan@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450

Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan

Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com;

(iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park,

Bank of America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L.

Brauner, Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600

N. King Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N.

Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of

the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New

York, New York 10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

(collectively, the "**Notice Parties**").

---

[4]    The blended rate is comprised of all Skadden timekeepers who provided services during the Twenty-Ninth
Monthly Period.

5.      Objections to this Twenty-Ninth Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer Bragg, Email: Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606, Attn.: Patrick Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn.: Van Durrer, Email: Van.Durrer@skadden.com, and 525 University Avenue, Palo Alto, California, 94301, Attn.: Jennifer Madden, Email: Jennifer.Madden@skadden.com no later than May 26, 2022 at 12:00 p.m. (Prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Twenty-Ninth Monthly Statement are received by the Objection Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the expenses identified in this Twenty-Ninth Monthly Statement.

7.      To the extent that an objection to this Twenty-Ninth Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Ninth Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 12, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/  *Julie E. Cohen*
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Fax:  (212) 735-2000

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors*
*and Debtors in Possession*

## EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**
**FEBRUARY 1, 2022 – FEBRUARY 28, 2022**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer L. Bragg | 1996 | 1,650.00 | 56.10 | $ 92,565.00 |
| Patrick Fitzgerald | 1986 | 1,850.00 | 10.10 | 18,685.00 |
| Maya P. Florence | 2004 | 1,510.00 | 31.20 | 47,112.00 |
| William (Bill) McConagha | 1993 | 1,495.00 | 16.70 | 24,966.50 |
| William Ridgway | 2006 | 1,495.00 | 1.80 | 2,691.00 |
| | | | | |
| | **TOTAL PARTNER** | | **115.90** | **$186,019.50** |
| | | | | |
| **COUNSEL** | | | | |
| John Boyle | 1996 | 1,325.00 | 1.80 | $ 2,385.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **1.80** | **$ 2,385.00** |
| | | | | |
| **ASSOCIATE** | | | | |
| Amanda H. Chan | 2019 | 985.00 | 26.40 | $ 26,004.00 |
| Barri Dean | 2019 | 985.00 | 18.90 | 18,616.50 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **45.30** | **$ 44,620.50** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Rachel Redman | N/A | 470.00 | 6.30 | $ 2,961.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **6.30** | **$ 2,961.00** |
| | | | | |
| **TOTAL** | | | **169.30** | **$235,986.00** |
| **VOLUME DISCOUNT** | | | | **$ 16,519.02** |
| **TOTAL FEES** | | | | **$219,466.98** |
| | | | | |
| | | | | |
| **BLENDED HOURLY RATE** | **$1,393.89** | | | |

**<u>EXHIBIT B</u>**

**COMPENSATION BY PROJECT CATEGORY**
**(FEBRUARY 1, 2022 – FEBRUARY 28, 2022)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Emergence Process | 26.10 | $    32,899.00 |
| Bankruptcy Related Litigation and Regulation | 8.80 | 14,142.00 |
| Corporate/Transactional Matter | 13.70 | 13,902.50 |
| DOJ | 48.60 | 72,400.50 |
| General Advice | 57.60 | 90,992.00 |
| Retention/Fee Matter | 6.40 | 6,304.00 |
| Various Texas Actions | 8.10 | 5,346.00 |
| **TOTAL** | **169.30** | **$235,986.00** |
| **VOLUME DISCOUNT** | | **$  16,519.02** |
| **TOTAL FEES** | | **$219,466.98** |

## EXHIBIT C

## TIME DETAIL

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                          Bill Date: 05/06/22
Bankruptcy Emergence Process                               Bill Number: 1893968

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 02/24/22 | 0.50 | CONFER WITH CO-COUNSEL RE: STATE LICENSING ISSUES (0.5). |
| | | **0.50** | |
| FLORENCE MP | 02/02/22 | 0.80 | PARTICIPATE IN WEEKLY STATE LICENSING CALL (0.8). |
| FLORENCE MP | 02/07/22 | 0.70 | PARTICIPATE IN WEEKLY GOVERNMENT CONTRACT CALL (0.5); CONFER WITH B. DEAN RE: PROPOSED RULE (0.2). |
| FLORENCE MP | 02/09/22 | 0.80 | PARTICIPATE IN WEEKLY STATE LICENSING CALL (0.6); FOLLOW UP WITH SKADDEN TEAM RE: SAME (0.2). |
| FLORENCE MP | 02/10/22 | 0.50 | REVIEW AND EDIT DRAFT LETTER TO STATE LICENSING BOARDS (0.5). |
| FLORENCE MP | 02/11/22 | 0.70 | REVIEW ANALYSIS RE: PROPOSED 3PL RULE (0.7). |
| FLORENCE MP | 02/14/22 | 3.00 | PARTICIPATE IN WEEKLY GOVERNMENT CONTRACTS CALL (0.3); PREP FOR AND PARTICIPATE CALL WITH CONSULTANT AND W. MCCONAGHA RE: LICENSING REGULATIONS (0.9); CONFER WITH W. MCCONAGHA RE: SAME (0.4); REVIEW RESEARCH AND DRAFT EMAIL TO CLIENT RE: SAME (1.4). |
| FLORENCE MP | 02/15/22 | 0.80 | CORRESPOND WITH W. MCCONAGHA AND CLIENT RE: STATE LICENSING (0.8). |
| FLORENCE MP | 02/16/22 | 0.50 | CONFER WITH CLIENT RE: STATE LICENSING REVIEW (0.5). |
| FLORENCE MP | 02/16/22 | 0.40 | PARTICIPATE IN WEEKLY STATE LICENSING CALL (0.4). |
| FLORENCE MP | 02/22/22 | 0.70 | CONFER WITH CONSULTANT RE: LICENSING PROJECT (0.4); CORRESPOND WITH CLIENT RE: SAME (0.3). |
| FLORENCE MP | 02/23/22 | 2.20 | PARTICIPATE IN CALL WITH CLIENT RE: LICENSING PROCESS (0.8); FOLLOW UP RE: SAME (0.4); ATTEND WEEKLY CALL RE: SAME (1.0). |
| FLORENCE MP | 02/24/22 | 0.40 | CORRESPOND WITH CLIENT AND J. BRAGG RE: STATE APPLICATIONS (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 02/28/22 | 0.30 | CORRESPOND WITH CLIENT RE: GOVERNMENT CONTRACTS (0.3). |
| | | **11.80** | |
| MCCONAGHA W | 02/16/22 | 1.30 | REVIEW RESEARCH ON STATE REPORTING ISSUE; CORRESPOND WITH CO-COUNSEL ON SAME AND PROVIDE FEEDBACK TO CO-COUNSEL (1.3). |
| | | **1.30** | |
| **Total Partner** | | **13.60** | |
| DEAN B | 02/02/22 | 0.80 | PARTICIPATE ON STATE LICENSING CALL (0.8). |
| DEAN B | 02/07/22 | 0.70 | CALL WITH M. FLORENCE RE: PROPOSED FEDERAL REGULATION RE: 3PL (0.2); REVIEW FEDERAL REGULATION (0.5). |
| DEAN B | 02/09/22 | 1.80 | PARTICIPATE ON STATE LICENSING CALL (1.0); DRAFT SUMMARY AND SEND TO M. FLORENCE (0.8). |
| DEAN B | 02/09/22 | 3.00 | ANALYZE NEW FDA PROPOSED RULE (3.0). |
| DEAN B | 02/10/22 | 5.20 | ANALYSIS PROPOSED FDA RULE RE: LICENSURE (3.2); DRAFT SUMMARY TO SKADDEN TEAM RE: SAME (2.0). |
| DEAN B | 02/23/22 | 1.00 | PARTICIPATE ON STATE LICENSING CALL (1.0). |
| | | **12.50** | |
| **Total Associate** | | **12.50** | |
| **MATTER TOTAL** | | **26.10** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                                    **Bill Date: 05/06/22**
**Bankruptcy Related Litigation and Regulatory Issues**        **Bill Number: 1893969**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 02/24/22 | 0.80 | REVIEW AND ANALYZE REGULATORY MATERIALS (0.8). |
| BRAGG JL | 02/25/22 | 2.60 | REVIEW AND ANALYZE DOCUMENT REQUESTS (1.5) CONFER WITH CO-COUNSEL RE: SAME (0.7); CONFER WITH CO-COUNSEL RE: NEGOTIATIONS (0.4). |
| BRAGG JL | 02/26/22 | 0.80 | ANALYZE AND REVIEW NEGOTIATION RELATED DOCUMENTS (0.8). |
| BRAGG JL | 02/28/22 | 1.90 | REVIEW NEGOTIATION MATERIALS (0.9); CALL WITH CO-COUNSEL AND CLIENT RE: SAME (1.0). |
|  |  | **6.10** |  |
| FLORENCE MP | 02/02/22 | 0.40 | CORRESPOND WITH CLIENT RE: POTENTIAL CLAIMS (0.4). |
| FLORENCE MP | 02/08/22 | 0.20 | CONFER WITH P. FITZGERALD RE: POTENTIAL CLAIMS (0.2). |
| FLORENCE MP | 02/09/22 | 1.00 | REVIEW DRAFT APPEAL BRIEF (1.0). |
| FLORENCE MP | 02/11/22 | 1.10 | CONFER WITH SKADDEN TEAM RE: CLAIMS ANALYSIS (0.3); CONFER WITH OUTSIDE COUNSEL RE: SAME (0.5); CONFER WITH P. FITZGERALD RE: SAME (0.3). |
|  |  | **2.70** |  |
| **Total Partner** |  | **8.80** |  |
| **MATTER TOTAL** |  | **8.80** |  |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                     **Bill Date: 05/06/22**
**Corporate/Transactional Advice**                         **Bill Number: 1893965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MCCONAGHA W | 02/01/22 | 0.80 | RESPOND TO QUESTION ON TRANSACTIONAL MATERIAL (0.4); EMAILS ON SAME (0.4). |
| | | **0.80** | |
| **Total Partner** | | **0.80** | |
| CHAN AH | 02/01/22 | 0.70 | CONDUCT REGULATORY RESEARCH (0.7). |
| CHAN AH | 02/01/22 | 0.40 | CONFER ON SCOPE OF RESEARCH (0.4). |
| CHAN AH | 02/11/22 | 3.20 | REVIEW TRANSACTIONAL MATERIAL (3.2). |
| CHAN AH | 02/14/22 | 2.10 | REVISE TRANSACTIONAL MATERIAL (2.1). |
| CHAN AH | 02/16/22 | 0.20 | REVISE TRANSACTIONAL MATERIAL (0.2). |
| CHAN AH | 02/24/22 | 0.30 | REVIEW TRANSACTIONAL MATERIAL (0.3). |
| CHAN AH | 02/25/22 | 6.00 | REVISE TRANSACTIONAL MATERIAL (6.0). |
| | | **12.90** | |
| **Total Associate** | | **12.90** | |
| **MATTER TOTAL** | | **13.70** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                          Bill Date: 05/06/22
DOJ                                                        Bill Number: 1893963

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 02/01/22 | 1.70 | LISTEN TO HEARING (0.7); PRINCIPALS CALL (1.0). |
| BRAGG JL | 02/06/22 | 0.70 | CONFER WITH P. FITZGERALD RE: DOJ ISSUES (0.7). |
| BRAGG JL | 02/07/22 | 0.60 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.3); CONFER WITH CO-COUNSEL RE: PRIVILEGE ISSUES (0.3). |
| BRAGG JL | 02/08/22 | 1.30 | PRINCIPALS CALL (0.9); CONFER WITH CO-COUNSEL RE: DOJ DISCUSSIONS (0.4). |
| BRAGG JL | 02/09/22 | 0.40 | CONFER WITH CO-COUNSEL RE: DOJ OUTREACH (0.4). |
| BRAGG JL | 02/11/22 | 0.60 | CALL WITH CO-COUNSEL RE: DOJ MATTERS (0.6). |
| BRAGG JL | 02/15/22 | 0.80 | PRINCIPALS CALL (0.8). |
| BRAGG JL | 02/17/22 | 0.70 | ATTEND OMNIBUS HEARING (0.7). |
| BRAGG JL | 02/22/22 | 1.00 | PRINCIPALS CALL (1.0). |
| BRAGG JL | 02/25/22 | 1.70 | PREPARE FOR BOARD MEETING (0.4); ATTEND BOARD MEETING (1.0); CONFER WITH CO-COUNSEL RE: DOJ REQUEST (0.3). |
| BRAGG JL | 02/28/22 | 1.50 | STRATEGY MEETING WITH CO-COUNSEL (0.6); REVIEW DOJ MATERIALS (0.9). |
|  |  | **11.00** |  |
| FITZGERALD P | 02/01/22 | 4.10 | ATTENTION TO CLIENT INQUIRY (0.6); UPDATE WITH CO-COUNSEL (0.2); CALL WITH CO-COUNSEL (0.7); WEEKLY LITIGATION UPDATE (0.7); CALL WITH CO-COUNSEL AND OUTSIDE COUNSEL (1.2); UPDATE WITH CO-COUNSEL (0.4); REVIEW MATERIALS (0.3). |
| FITZGERALD P | 02/07/22 | 0.30 | GATHERING DOCUMENTS AT CLIENT REQUEST (0.3). |
| FITZGERALD P | 02/08/22 | 1.10 | UPDATE REGARDING DOJ (0.1); WEEKLY LITIGATION UPDATE (1.0). |
| FITZGERALD P | 02/09/22 | 0.80 | REVIEW DRAFT SUBMISSION (0.8). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 02/10/22 | 0.60 | REVIEW EDITS TO DRAFT (0.4); UPDATE WITH CO-COUNSEL (0.2). |
| FITZGERALD P | 02/11/22 | 0.90 | ATTENTION TO DOJ ISSUES (0.2); INTERNAL SKADDEN COORDINATION CALL (0.2); CALL WITH CO-COUNSEL AND M. FLORENCE REGARDING COORDINATION PROTOCOL (0.5). |
| FITZGERALD P | 02/15/22 | 0.80 | WEEKLY LITIGATION UPDATE (0.8). |
| FITZGERALD P | 02/16/22 | 0.10 | CONFER WITH M. FLORENCE (0.1). |
| FITZGERALD P | 02/22/22 | 0.60 | WEEKLY LITIGATION UPDATE (0.6). |
| FITZGERALD P | 02/23/22 | 0.30 | STATUS CALL WITH OUTSIDE COUNSEL AND CO-COUNSEL (0.3). |
| FITZGERALD P | 02/28/22 | 0.50 | UPDATE WITH SKADDEN TEAM (0.5). |
| | | **10.10** | |
| FLORENCE MP | 02/01/22 | 1.10 | CORRESPOND WITH TEAM RE: MATTER STRATEGY (0.4); CONFER WITH P. FITZGERALD RE: SAME (0.1); PARTICIPATE IN WEEKLY PRINCIPALS CALL (0.6). . |
| FLORENCE MP | 02/07/22 | 0.30 | CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ REQUEST (0.3). |
| FLORENCE MP | 02/08/22 | 1.70 | PARTICIPATE IN CALL WITH DOJ RE: DOCUMENT REQUESTS (0.5); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.2); ATTEND WEEKLY PRINCIPALS' CALL WITH CLIENT AND CO-COUNSEL (1.0). . |
| FLORENCE MP | 02/09/22 | 0.40 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.4). |
| FLORENCE MP | 02/10/22 | 0.70 | PARTICIPATE IN CALL WITH DOJ RE: DOCUMENT REQUESTS (0.4); FOLLOW UP WITH CO-COUNSEL RE: SAME (0.3). |
| FLORENCE MP | 02/11/22 | 0.50 | PARTICIPATE IN CALL WITH DOJ RE: DOCUMENT REQUESTS (0.5). |
| FLORENCE MP | 02/15/22 | 0.90 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.5); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: SAME (0.4). |
| FLORENCE MP | 02/17/22 | 0.70 | CORRESPOND WITH DOJ RE: DOCUMENT REQUESTS (0.7). |
| FLORENCE MP | 02/17/22 | 0.30 | PARTICIPATE IN CALL WITH DOJ RE: SAME (0.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 02/22/22 | 1.40 | CONFER WITH J. BRAGG RE: REGULATORY QUESTION (0.3); PARTICIPATE IN CALL WITH CLIENT RE: SAME (0.5); PARTICIPATE IN WEEKLY PRINCIPALS CALL WITH CLIENT AND CO-COUNSEL (0.6). |
| FLORENCE MP | 02/23/22 | 1.90 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.5); CORRESPOND RE: SAME (0.2); CONFER WITH J. BRAGG AND W. MCCONAGHA RE: REGULATORY QUESTION (1.2). |
| FLORENCE MP | 02/25/22 | 1.30 | PREPARE FOR BOARD MEETING; ATTEND BOARD MEETING (1.3). |
| FLORENCE MP | 02/28/22 | 3.20 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.9); CONFER WITH J. BRAGG RE: SAME (0.1); ANALYZE MATERIALS REGARDING DOJ REQUESTS (1.5); CORRESPOND WITH DOJ RE: SAME (0.1); CONFER WITH SKADDEN TEAM REGARDING DOJ MATTER STATUS (0.6). |
| | | **14.40** | |
| RIDGWAY W | 02/08/22 | 1.00 | PARTICIPATE IN WEEKLY PRINCIPALS MEETING (1.0). |
| RIDGWAY W | 02/11/22 | 0.20 | CONFER WITH SKADDEN TEAM RE: STRATEGY (0.2). |
| RIDGWAY W | 02/28/22 | 0.60 | CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.6). |
| | | **1.80** | |
| **Total Partner** | | **37.30** | |
| CHAN AH | 02/23/22 | 3.50 | CONDUCT LEGAL RESEARCH (3.5). |
| CHAN AH | 02/24/22 | 7.80 | CONDUCT LEGAL RESEARCH (7.8). |
| | | **11.30** | |
| **Total Associate** | | **11.30** | |
| **MATTER TOTAL** | | **48.60** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    Bill Date: 05/06/22
**General Advice**                                        Bill Number: 1893962

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 02/02/22 | 1.70 | MEDICAL MEETING (1.0); CONFER WITH M. FLORENCE RE: REGULATORY ISSUES (0.3); CONFER WITH CLIENT RE: REGULATORY ISSUES (0.4). |
| BRAGG JL | 02/03/22 | 1.10 | ANALYSIS OF REGULATORY MATERIALS (0.7); CONFER WITH CLIENT SAME (0.4). |
| BRAGG JL | 02/06/22 | 0.60 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.6). |
| BRAGG JL | 02/07/22 | 3.10 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.4). |
| BRAGG JL | 02/08/22 | 1.60 | ANALYZE MATERIALS (0.7); CONFER WITH CLIENT RE: LAUNCH ISSUES (0.9). |
| BRAGG JL | 02/09/22 | 0.90 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.4); REVIEW MATERIALS (0.5). |
| BRAGG JL | 02/11/22 | 1.40 | CONFER WITH CO-COUNSEL RE: DATA COLLECTION ISSUE (0.4); REVIEW DRAFT REPORTS (1.0). |
| BRAGG JL | 02/11/22 | 0.60 | REVIEW MATERIALS RE: REGULATORY ISSUES (0.6). |
| BRAGG JL | 02/12/22 | 1.80 | REVIEW AND ANALYZE COMPLIANCE REPORTS (1.1); CALL WITH CLIENT AND CO-COUNSEL RE: DATA ISSUES (0.7). |
| BRAGG JL | 02/15/22 | 2.80 | DEVELOP CONSTRUCT FOR COMPLIANCE ACTIVITIES (1.5); CONFER WITH CLIENT RE: SAME(1.3). |
| BRAGG JL | 02/16/22 | 4.20 | CALL WITH CLIENT RE: REGULATORY ISSUES (0.8); ANALYZE MEDICAL AFFAIRS MATERIALS (2.8); CALL WITH CLIENT RE: COMPLIANCE MATERIALS (0.6). |
| BRAGG JL | 02/17/22 | 6.10 | REVIEW COMPLIANCE EDITS (1.7); MEETING WITH CO-COUNSEL RE: LAUNCH ISSUES (1.2); ANALYZE FDA GUIDANCE (1.8); DRAFT COMPLIANCE MATERIALS RE: SAME (1.0); CONFER WITH CO-COUNSEL RE: SAME (0.4). |
| BRAGG JL | 02/18/22 | 2.00 | CONFER WITH CO-COUNSEL RE: LAUNCH EFFORTS (2.0). |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 02/22/22 | 1.60 | CONFER WITH CLIENT RE: COMPLIANCE ISSUES (0.9); DRAFT OUTLINE OF FACTUAL REVIEW (0.7). |
| BRAGG JL | 02/23/22 | 2.60 | REVIEW AND ANALYZE COMPLIANCE MATERIALS (1.0); CONFER WITH CLIENT RE: SAME(0.6); CONFER WITH CO-COUNSEL RE: COMPLIANCE QUESTIONS (1.0). |
| BRAGG JL | 02/24/22 | 2.00 | REVIEW POSSIBLE LEGAL ISSUES (0.6); CONFER WITH CLIENT RE: LABELING ISSUES (0.7); REVIEW COMPLIANCE MATERIALS RE: ISSUES (0.7). |
| BRAGG JL | 02/25/22 | 2.90 | CONFER WITH CO-COUNSEL RE: SCIENTIFIC MATERIALS (0.4); CONFER WITH CLIENT RE: SCIENTIFIC MATERIALS (0.9); REVIEW COMPLIANCE MATERIALS (0.6); CLIENT RE: SAME (1.0). |
| BRAGG JL | 02/26/22 | 1.50 | DEVELOP REVIEW PLAN (1.5). |
| | | **38.50** | |
| FLORENCE MP | 02/02/22 | 1.00 | PARTICIPATE IN CALL RE: POTENTIAL RESEARCH APPROACHES (1.0). |
| FLORENCE MP | 02/07/22 | 0.20 | CONFER WITH J. BRAGG RE: REGULATORY ADVICE (0.2). |
| FLORENCE MP | 02/12/22 | 0.90 | REVIEW DRAFT REPORT (0.4); PARTICIPATE IN CALL WITH J. BRAGG AND CLIENT RE: SAME (0.5). |
| FLORENCE MP | 02/16/22 | 0.20 | CONFER WITH J. BRAGG RE: REGULATORY ADVICE (0.2). |
| | | **2.30** | |
| MCCONAGHA W | 02/01/22 | 1.00 | PREPARE FOR CALL WITH COUNSEL ON REGULATORY ISSUES (0.5); PARTICIPATE IN CALL RE: SAME (0.5). |
| MCCONAGHA W | 02/11/22 | 1.30 | REVIEW RESEARCH RE: FDA RULE MAKING (0.8); DRAFT ANALYSIS ON SAME (0.5). |
| MCCONAGHA W | 02/14/22 | 2.80 | CALL WITH CONSULTANT REGARDING REGISTRATION REQUIREMENTS (0.5); REVISE DRAFT ANALYSIS FOR COUNSEL (0.8); WORK ON COMPLIANCE TEMPLATE (1.5). |
| MCCONAGHA W | 02/15/22 | 0.80 | ADDITIONAL RESEARCH ON REGULATORY RULE (0.6); REVISE EMAIL TO COUNSEL ON SAME (0.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MCCONAGHA W | 02/16/22 | 2.50 | REVISE TEMPLATE (1.5) AND DRAFT SUMMARY ANALYSIS FOR COUNSEL (1.0). |
| MCCONAGHA W | 02/17/22 | 0.90 | CALL WITH CO-COUNSEL ON REGULATORY ISSUE (0.5); CALL WITH CO-COUNSEL TO DISCUSS STRATEGY RE: SAME (0.4). |
| MCCONAGHA W | 02/22/22 | 1.00 | CALL WITH COUNSEL ON REGULATORY ISSUES (1.0). |
| MCCONAGHA W | 02/23/22 | 1.50 | CALL WITH CO-COUNSEL ON REGULATORY ISSUES (1.0);  LEGAL RESEARCH ON SAME (0.5). |
| MCCONAGHA W | 02/24/22 | 1.30 | REVISE ANALYSIS (1.0); EMAIL TO CO-COUNSEL ON SAME (0.3). |
| MCCONAGHA W | 02/25/22 | 0.50 | REVIEW UPDATED ANALYSIS AND FEEDBACK (0.2); CONNECT WITH CO-COUNSEL ON SAME (0.3). |
| MCCONAGHA W | 02/28/22 | 1.00 | REVIEW MATERIALS ON REGULATORY ISSUE (1.0). |
| | | 14.60 | |
| **Total Partner** | | 55.40 | |
| CHAN AH | 02/14/22 | 2.20 | CONDUCT REGULATORY RESEARCH (2.2). |
| | | 2.20 | |
| **Total Associate** | | 2.20 | |
| **MATTER TOTAL** | | <u>57.60</u> | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 05/06/22**
**Retention/Fee Matter**                                 **Bill Number: 1893964**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DEAN B | 02/01/22 | 0.30 | REVIEW FINAL NOVEMBER FEE APPLICATION IN PREPARATION FOR FILING (0.3). |
| DEAN B | 02/08/22 | 2.30 | REVISE FEE STATEMENT MATERIALS (2.3). |
| DEAN B | 02/15/22 | 0.80 | REVISE FEE APPLICATION MATERIALS (0.8). |
| DEAN B | 02/17/22 | 1.60 | REVISE FEE APPLICATION MATERIALS (1.6). |
| DEAN B | 02/18/22 | 0.50 | IMPLEMENT REVISIONS TO FEE APPLICATION MATERIALS (0.5). |
| DEAN B | 02/21/22 | 0.30 | IMPLEMENT ADDITIONAL EDITS TO THE FEE APPLICATION MATERIALS (0.3). |
| DEAN B | 02/23/22 | 0.60 | REVISE FEE APPLICATION MATERIALS (0.6). |
|  |  | **6.40** |  |
| **Total Associate** |  | **6.40** |  |
| **MATTER TOTAL** |  | **6.40** |  |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                          Bill Date: 05/06/22
Various Texas Actions                                       Bill Number: 1890722

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BOYLE J | 02/01/22 | 0.80 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (0.8). |
| BOYLE J | 02/22/22 | 0.80 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (0.8). |
| BOYLE J | 02/28/22 | 0.20 | REVIEW & ANALYZE RECENT TEXAS STATE MDL COURT FILINGS AND CORRESPONDENCE FOR POTENTIAL IMPACT ON PURDUE (0.2). |
| | | **1.80** | |
| **Total Counsel** | | **1.80** | |
| REDMAN R | 02/01/22 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 02/02/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 02/08/22 | 0.60 | UPDATE AND ORGANIZE FILINGS (0.6). |
| REDMAN R | 02/09/22 | 1.00 | ANALYZE AND DISTRIBUTE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS (0.6). |
| REDMAN R | 02/10/22 | 0.60 | ANALYZE AND DISTRIBUTE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS (0.4). |
| REDMAN R | 02/11/22 | 0.70 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.4). |
| REDMAN R | 02/15/22 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.3). |
| REDMAN R | 02/18/22 | 0.40 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.2). |
| REDMAN R | 02/22/22 | 0.30 | ANALYZE INCOMING FILINGS (0.1); UPDATE AND ORGANIZE PLEADINGS (0.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| REDMAN R | 02/25/22 | 0.40 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND CORRESPONDENCE (0.2). |
|----------|----------|------|-----|
|          |          | **6.30** |  |
| **Total Legal Assistant** |  | **6.30** |  |
| **MATTER TOTAL** |  | **<u>8.10</u>** |  |

D02