PULLMAN & COMLEY, LLC
Irve J. Goldman
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, Connecticut 06601-7006
Tel: (203) 330-2213
igoldman@pullcom.com

*Attorneys at various times for:*
*The State of CT*
*The States of CT, DE, RI, VT and WA*
*The States of CT, DE, RI, VT, OR and DC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |

**SECOND MONTHLY FEE**
**STATEMENT OF PULLMAN & COMLEY, LLC**
**FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS COUNSEL TO**
**(i) THE STATE OF CT, (ii) THE STATES OF CT, DE, RI, VT**
**and WA AND (iii) THE STATES OF CT, DE, RI, VT, OR and DC**

| | |
|---|---|
| Applicant: | Pullman & Comley, LLC |
| Retained to Provide Professional Services To: | **The State of CT** |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2022 through March 31, 2022 |
| Fees Incurred: | $5,510.50 |
| 20% Holdback: | $1,102.10 |
| Compensation Less 20% Holdback: | $4,408.40 |
| Expenses Incurred: | $0.00 |
| Fees and Expenses Requested: | $4,408.40 |

1

| | |
|---|---|
| Applicant: | Pullman & Comley, LLC |
| Retained to Provide Professional Services To: | **The States of CT, DE, RI, VT and WA[1]** |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2022 through March 31, 2022 |
| Fees Incurred: | $1,275.00 |
| 20% Holdback: | $255.00 |
| Compensation Less 20% Holdback: | $1,020.00 |
| Expenses Incurred: | $0.00 |
| Fees and Expenses Requested: | $1,020.00 |

| | |
|---|---|
| Applicant: | Pullman & Comley, LLC |
| Retained to Provide Professional Services To: | **The States of CT, DE, RI, VT, OR and DC** |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2022 through March 31, 2022 |
| Fees Incurred: | $61,853.00 |
| 20% Holdback: | $12,370.60 |
| Compensation Less 20% Holdback: | $49,482.40 |
| Expenses Incurred: | $0.00 |
| Fees and Expenses Requested: | $49,482.40 |

[1] Time recorded under this particular matter was mis-recorded and properly belongs under the immediately succeeding matter (The States of CT, DE, RI, VT, OR and DC)

<u>TOTAL FOR THE THREE PRECEDING MATTERS</u>

Applicant:                                                          Pullman & Comley, LLC

Retained to Provide Professional Services To:           **(i) The State of CT**
                                                   **(ii) The States of CT, DE, RI, VT and WA**
                                       **(iii) The States of CT, DE, RI, VT, OR and DC**

Period for Which Compensation and
Reimbursement is Sought:                    February 25, 2021 through February 28, 2022

Total Fees Incurred:                                                    $68,638.50

Total 20% Holdback:                                                  $13,727.70

Total Compensation Less 20% Holdback:                    $54,910.80

Total Monthly Expenses Incurred:                                  $0.00

Total Fees and Expenses Requested:                         $54,910.80


This is a __x__ monthly ____ interim ___ final application

Pullman & Comley, LLC ("P&C"), as counsel to (i) the State of Connecticut, (ii) the States

of CT, DE, RI, VT and WA regarding the Joint Representation in the Appeal of the Chapter 11

Confirmation Order matter, and (ii) the Joint Representation of the States of CT, DE, RI, VT, OR

and DC regarding the Post-Appeal matter (collectively referred to as the "States"), hereby submits

this second monthly statement of fees and disbursements (the "Second Monthly Fee Statement")

covering the period from March 1, 2022 through and including March 31, 2022 (the

"Compensation Period") in accordance with this Court's Order Pursuant to 11 U.S.C. §§ 105 and

363(b) Authorizing and Approving Settlement Term Sheet [ECF No. 4503],  Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals,

dated November 21, 2019 [ECF No. 529] and the Order Authorizing Appointment of Independent

Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures

for Certain Professionals Employed Pursuant to 11 U.S.C. § 327, dated April 8, 2020 [ECF No. 1023].

By the Second Monthly Fee Statement, P&C requests (a) interim allowance and payment of compensation in the amount of $54,910.80 (80% of $68,638.50) for fees on account of reasonable and necessary professional services rendered to the States by P&C and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by P&C during the Compensation Period.

## FEES FOR SERVICES RENDRED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each P&C professional and paraprofessional who provided services to the States during the Compensation Period. The rates changed by P&C for services rendered to the States are the same rates that P&C charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a complete itemization of tasks performed by P&C professionals and paraprofessionals who provided services to the States during the Compensation Period.[2]

## NOTICE AND OBJECTION PROCEDURES

Notice of this Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Christopher Robertson, Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office

---

[2] Certain time entries have been redacted, in part, to protect privileged or confidential information.

Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Paul K. Schwartzberg,

Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email:

Brian.Masumoto@usdoj.gove; and (iv) the independent fee examiner appointed in these chapter

11 cases, David M. Klauder, Esq., Bielli & Blauder, LLC, 1204 N. King Street, Wilmington, DE

19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Second Monthly Fee Statement, if any, must be filed with the Court and

served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern

Time) on May 30, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection

and the amount of fees or expenses at issue.

If no objections to this Second Monthly Fee Statement are filed and served as set forth

above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent

(100%) of the expenses identified herein.

If an objection to this Second Monthly Fee Statement is received on or before the Objection

Deadline, the Debtors shall withhold payment of that portion of this Second Monthly Fee

Statement to which the objection is directed and promptly pay the remainder of the fees and

disbursements in the percentages set forth above. To the extent such an objection is not resolved,

it shall be preserved and scheduled for consideration at the next interim fee application hearing to

be held by the Court.

Dated:  May 13, 2022
        Bridgeport, Connecticut

Respectfully submitted,

**PULLMAN & COMLEY, LLC**


By:    */s/Irve J. Goldman*
        Irve J. Goldman
        850 Main Street, 8th Floor
        PO Box 7006
        Bridgeport, CT 06601-7006
        (203) 330-2213
        igoldman@pullcom.com

*Attorneys at various times for:*

*The State of CT*
*The States of CT, DE, RI, VT and WA*
*The States of CT, DE, RI, VT, OR and DC*

6