# Exhibit A

**Combined Timekeeper Summary as Attorneys for
(i) the State of CT, (ii) the States of CT, DE, RI, VT and WA, and
(iii) the States of CT, DE, RI, VT, OR and DC**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 99.9 | $56,443.50 |
| Geoffrey F. Fay, Partner | $495 | 22.0 | 10,890.00 |
| Jonathan A. Kaplan, Partner | $425 | 3.0 | 1,275.00 |
| Dana M. Hrelic, Counsel | $300 | .1 | 30.00 |
| Total Hours | | 125.00 | |
| Total Fees | | | $68,638.50 |

**Timekeeper Summary as Attorneys for State of CT – Matter 81979.1**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 9.7 | $5,480.50 |
| Dana M. Hrelic, Counsel | $300 | .1 | 30.00 |
| | | | |
| Total Hours | | 9.8 | |
| Total Fees | | | $5,510.50 |

**Timekeeper Summary as Attorneys for States of CT, DE, RI, VT and WA – Matter 82754.1**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Jonathan A. Kaplan, Partner | $425 | 3.0 | $1,275.00 |
| Total Hours | | 3.0 | |
| Total | | | $1,275.00 |

**Timekeeper Summary as Attorneys for**
**The States of CT, DE, RI, VT, OR and DC – Matter 82754.3**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 90.20 | $50,963.00 |
| Geoffrey F. Fay, Partner | $495 | 22.00 | 10,890.00 |
| Total Hours | | 112.20 | |
| Total | | | $61,853.00 |