# Exhibit B

# PULLMAN &COMLEY
ATTORNEYS AT LAW

Office of the Attorney General  
Attn: Matthew Fitzsimmons, Esq.  
165 Capitol Avenue  
Hartford, CT 06106

April 29, 2022  
**Invoice #** 391931  
**Matter #** 081979.0001

**Re:   State of Connecticut Opioid Litigation**

For services rendered through March 31, 2022

| Date | Professional | | Hours | Amount |
|---|---|---|---|---|
| 03/01/22 | Goldman | Telephone conference with Clare Kindall re briefing logistics and thoughts on term sheet issues | 0.20 | 113.00 |
| 03/01/22 | Goldman | Work on Metromedia excerpt for appellate brief | 1.00 | 565.00 |
| 03/01/22 | Hrelic | E-mail correspondence with Mr. Skold re Second Circuit brief (.1) | 0.10 | 30.00 |
| 03/05/22 | Goldman | Gather pertinent briefs/pleadings at district court level for Teams meeting briefing discussion at 8:15 am and participate in Teams meeting with Clare Kindall, Mike Skold and Sara Nadim re Second Circuit briefing issues/logistics and locate/forward Fusion Connect case to Mike Skold | 1.50 | 847.50 |
| 03/07/22 | Goldman | Review of brief excerpt prepared by Mike Skold and make comments/suggestions | 2.50 | 1412.50 |
| 03/08/22 | Goldman | Finishing review of brief except and making comments | 1.00 | 565.00 |
| 03/08/22 | Goldman | Review final version of Second Circuit brief and make suggested revisions | 1.50 | 847.50 |
| 03/30/22 | Goldman | Review/revise consolidated monthly fee statement | 0.50 | 282.50 |
| 03/30/22 | Goldman | Review of monthly invoices and make necessary redactions for consolidated monthly fee statement | 1.50 | 847.50 |

**Fees**                                                                                                           **$5,510.50**

**Professional Summary**

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

State of Connecticut Opioid Litigation

Invoice No.: 391931
April 29, 2022
Page 2

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 9.70 | 565.00 | 5,480.50 |
| Dana M. Hrelic | Counsel | 0.10 | 300.00 | 30.00 |
| **Fees** | | | | **$5,510.50** |

**Total Fees**     $5,510.50
**Total Disbursements**     $0.00

# PULLMAN &COMLEY
ATTORNEYS AT LAW

State of Washington  
Consumer Protection Division  
Attn: Tad Robinson O'Neill, Asst. Attorney General  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104-3188  

April 21, 2022  
**Invoice #** 391597  
**Matter #** 082754.0001

**Re:** **Joint Representation in Appeal of Chapter 11 Confirmation Order in re: Purdue Pharma L.P., et al.**

For services rendered through March 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/22 | Kaplan | Attend hearing on motion to approve settlement | 3.00 | 425.00 | 1275.00 |
| | | **Fees** | | | **$1,275.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jonathan A. Kaplan | Partner | 3.00 | 425.00 | 1,275.00 |
| | **Fees** | | | **$1,275.00** |

| | |
|---|---|
| **Total Fees** | **$1,275.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$1,275.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com   Bridgeport   Hartford   Springfield   Stamford   Waterbury   Westport   White Plains

# PULLMAN & COMLEY
ATTORNEYS AT LAW

The Committee of Participating States  
c/o Office of the Attorney General, State of Connecticut  
Attn: Matthew Fitzsimmons, Esq., AAG  
165 Capitol Avenue  
Hartford, CT 06106

April 21, 2022  
**Invoice #** 391598  
**Matter #** 082754.0003

**Re:    Purdue Pharma Post-Appeal Matter**

For services rendered through March 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/22 | Goldman | Conference call with Eli Vonnegut and Matt Gold re signature pages and other open term sheet issues and telephone conference with Matt Gold re ideas for resolution | 0.40 | 565.00 | 226.00 |
| 03/01/22 | Goldman | Teams meeting and discussions throughout day beginning at 11 am re term sheet issues, telephone conference with Matt Gold re outcome of call with Marshall Huebner and conference call with Marshall Huebner, Eli Vonnegut, Jill Abrams and Matt Gold re status of term sheet issues; Teams meeting with States Group to report on outcome of call with Marshall, et al | 4.50 | 565.00 | 2542.50 |
| 03/02/22 | Goldman | Review of most recent term sheet (.3); conference call with Marshall Huebner, Eli Vonnegut and Matt Gold re signature issue (1.2); attend Purdue hearing (.3); receipt of review of Kathleen Konopka email re math on term sheet and do the math to identify the issue (.8); exchange of emails with Nick Ackers and others re find term sheet language to address signature issue (.5); exchange of emails/telephone conferences with Eli Vonnegut re term sheet language changes, telephone conferences and email re same with Matt Gold/Jill Abrams, Teams meeting with States Group re finalizing term sheet (2.5) | 5.60 | 565.00 | 3164.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

Purdue Pharma Post-Appeal Matter

Invoice No.: 391598
April 21, 2022
Page 2

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/22 | Goldman | Teams meeting with States Group and Judge Chapman re acceptance of term sheet and subsequent meeting with States Group re proceeding post-acceptance | 0.80 | 565.00 | 452.00 |
| 03/02/22 | Goldman | Telephone conference with Marshall Huebner and Matt Fitzsimmons re AG press conference and settlement consummation issues | 0.50 | 565.00 | 282.50 |
| 03/02/22 | Goldman | Review of Purdue motion for entry of approved order and telephone conference with Matt re ideas/issues for signature page issue and implementation steps going forward | 1.00 | 565.00 | 565.00 |
| 03/03/22 | Goldman | Telephone conference with Marshall Huebner and Matt Fitzsimmons re AG press conference and settlement consummation issues | 0.50 | 565.00 | 282.50 |
| 03/03/22 | Goldman | Review of Purdue motion for entry of approval order and proposed order and telephone conference with Matt re ideas/issues for signature page issue and implementation steps going forward | 1.00 | 565.00 | 565.00 |
| 03/04/22 | Goldman | Review Florida objection to motion for approval order (.6); locate/review applicable authority re unequal treatment under Section 1123(a)(4) (1.0); telephone conference with Matt Gold re settlement agreement issues, follow up objection and 12:30 status conference with Judge (.5); receipt and begin review of Direct Settlement Agreement, noting comments/questions (2.0); telephone conference with Bill Harrington re US Trustee position on settlement (.3); telephone conference with Matt Fitzsimmons re victim hearing (.3); status conference with Judge Drain re victim impact hearing (.7) | 5.00 | 565.00 | 2825.00 |
| 03/04/22 | Goldman | Teams meeting with Davis Polk team re Direct Settlement Agreement (1.3); Teams meeting with States' Group re next steps agenda/coordination (1.2) | 2.50 | 565.00 | 1412.50 |
| 03/05/22 | Goldman | Review Direct Settlement Agreement; compare to Term Sheet, make proposed revisions/comments to, and note areas of concern with Direct Settlement Agreement (7.0); telephone conference with Matt Gold re our respective comments to/concerns with the Direct Settlement Agreement (1.0) | 8.00 | 565.00 | 4520.00 |
| 03/06/22 | Goldman | Receipt/review of Delaware comments | 8.40 | 565.00 | 4746.00 |

Purdue Pharma Post-Appeal Matter

Invoice No.: 391598
April 21, 2022
Page 3

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to Direct Settlement Agreement and make additional comments/proposed revisions to Direct Settlement Agreement based on 3/5 call with Matt Gold (1.5); Teams meeting with States' Group and Judge Chapman and resume meeting with States' Group (2.7); draft changes/comments to DSA as discussed in Teams meeting and circulate, go through changes/comments with Matt Gold and add make additional comments from Nick Ackers re DSA and incorporate (.7); conference call with Davis Polk attorneys re comments to DSA (1.2) | | | |
| 03/06/22 | Fay | Review Settlement Agreement. | 5.20 | 495.00 | 2574.00 |
| 03/07/22 | Fay | Telephone conference with Attorney Matthew Gold to discuss overview of Settlement Agreement, Term Sheet and Inter creditor Agreement; Review Inter creditor Agreement and draft issues memo; Revise Inter creditor Agreement accordingly; Review Delaware AG's comments to Inter creditor Agreement and prepare consolidated revised draft with CT and DE comments. | 8.50 | 495.00 | 4207.50 |
| 03/07/22 | Goldman | Review intercreditor agreement and forward to Geoff Fay with explanatory email (.5); Teams meeting with Matt Gold and team re reply to objections to approval motion, confer with Jon Kaplan re preparing reply and forward applicable case authority (1.0); draft and transmit email to Jill Abrams capsulizing conference call with Davis Polk attorneys regarding DSA comments and exchange of email correspondence re preparing reply to objections (.7); Zoom meeting re muni issues (.5); Teams meeting with States' Group re open issues in DSA and issues/strategy in working out a settlement with objecting States (1.5); telephone conference with Jake at DP re confession of judgment provision/mechanics (.5) | 5.00 | 565.00 | 2825.00 |
| 03/07/22 | Goldman | Exchange of email correspondence with Matt Gold and Tim Lungren of CA re intercreditor of recent comments and forward marked agreement | 0.30 | 565.00 | 169.50 |
| 03/07/22 | Goldman | Teams meeting with Matt Gold and Tim Lungren re intercreditor agreement (.3); review Geoff Fay comments to intercreditor agreement and conference | 1.30 | 565.00 | 734.50 |

Purdue Pharma Post-Appeal Matter

Invoice No.: 391598
April 21, 2022
Page 4

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | call with Eli Vonnegut, Angela Libby, Jake Weiner, Matt Gold re intercreditor agreement (1.0) | | | |
| 03/08/22 | Goldman | Receipt/review of Sackler responsive DSA document with marked changes, discuss with Matt Gold and Teams meeting with States Group re approach (2.0); conference call with States Group and Marshall Huebner re approach for 3/9 hearing (.5); Teams meeting with Angela Libby, Eli Vonnegut and Matt Gold re Sackler responses to our revisions/comments to DSA (1.5); Zoom meeting with Sackler and Purdue teams re working through divisions on DSA (1.5); Teams meeting with intercreditor agreement team to work through comments to agreement (1.0) | 6.50 | 565.00 | 3672.50 |
| 03/08/22 | Goldman | Zoom meeting with Purdue/Sackler tax team, Nick Ackers and Matt Gold re resolution of Article IV of DSA (.5); review of latest draft of DSA circulated by DP and Teams meeting with States Group re open issues (1.0) | 1.50 | 565.00 | 847.50 |
| 03/08/22 | Fay | Lengthy conference call with Attorneys Owen Lefkon; Matthew GOld, Timothy Lundgren and Irve Goldman to discuss Inter creditor issues; Revise Inter creditor Agreement accordingly. | 4.20 | 495.00 | 2079.00 |
| 03/09/22 | Fay | Consult with Attorney Goldman regarding Inter Creditor issues and further review of Settlement Agreement and Inter Creditor Agreement. | 1.60 | 495.00 | 792.00 |
| 03/09/22 | Goldman | Go through revised, latest DSA, make comments/revisions and circulate (1.5); exchange of email correspondence re Sackler new proposal for remedy for non-delivery of releases and Teams meeting with States Group re DP latest version of DSA (1.0); Zoom meeting with DP and Sackler attorneys re open issues (.5); attend hearing on motion for approval order (4.5); Teams meeting with States Group to go through latest Sackler draft of DSA (2.0) | 7.50 | 565.00 | 4237.50 |
| 03/09/22 | Goldman | Telephone conference with Matt Gold re SOAF changes to Sackler version of DSA and make additional changes to DSA per group discussion (1.5); Teams meeting with DP and Sackler attorneys re proposed drafting changes (3.0); Teams meeting with Angela Libby, Eli Vonnegut and Jack Weiner re | 5.00 | 565.00 | 2825.00 |

Purdue Pharma Post-Appeal Matter

Invoice No.: 391598
April 21, 2022
Page 5

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | intercreditor agreement (.5) | | | |
| 03/10/22 | Goldman | Work throughout day and evening on negotiating/revising DSA with States Group, Davis Polk and Sackler family attorneys, including numerous Teams meetings with various participants in settlement process and drafting of revisions to portions of DSA | 13.00 | 565.00 | 7345.00 |
| 03/10/22 | Fay | Participate in conference call with Davis Polk attorneys to negotiate open issue involving Inter Creditor Agreement; further call with Attorneys Goldman and Gold to discuss status of same; draft open issues memo for client review. | 2.50 | 495.00 | 1237.50 |
| 03/11/22 | Goldman | Continuation of Teams meeting with States Group re DSA issues from 3/10 (1.5); review of disputed draft provisions circulated by DPW and pre-meeting discussion with States Group re same (1.0); Zoom meeting with States Group, DPW and Sackler family attorneys re provisions in dispute (1.5); Teams meeting with States group re revisions to DSA provisions still in dispute (1.0); review Sackler responses to States Group's proposed revisions to DSA, do read through with States Group and finalize DSA (1.0); conference call with Angela Libby re bottoming up ICA (.3); final review of finalized DSA, make and communicate two changes and follow through with delivery of signatures process (2.0) | 8.30 | 565.00 | 4689.50 |
| 03/15/22 | Goldman | Receipt/review email from Eric Hwang re final DSA and getting back to parties with nits, go through emails, consolidate nits and draft and transmit email to group re same; track down and forward 3/9 hearing transcript | 0.50 | 565.00 | 282.50 |
| 03/16/22 | Goldman | Double check DSA for correction of nits and email group re results and notifying DP and Sacklers' counsel | 0.40 | 565.00 | 226.00 |
| 03/18/22 | Goldman | Receipt/review of revised DSA and recommend acceptance to States Group | 0.20 | 565.00 | 113.00 |
| 03/21/22 | Goldman | Telephone conference with Matt Gold re getting fees for States approval pursuant to approved order and interim compensation order | 0.30 | 565.00 | 169.50 |
| 03/23/22 | Goldman | Review approval order and interim compensation procedures order for proper procedures for requesting allowance of compensation for State representation, obtain invoices and | 1.20 | 565.00 | 678.00 |

Purdue Pharma Post-Appeal Matter

Invoice No.: 391598
April 21, 2022
Page 6

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | instruct legal assistant re preparing consolidated monthly fee statement | | | |
| 03/30/22 | Goldman | Review/revise consolidated monthly fee statement | 0.50 | 565.00 | 282.50 |
| 03/30/22 | Goldman | Review of monthly invoices and make necessary redactions for consolidated monthly fee statement | 0.50 | 565.00 | 282.50 |
| | | **Fees** | | | **$61,853.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 22.00 | 495.00 | 10,890.00 |
| Irve J. Goldman | Partner | 90.20 | 565.00 | 50,963.00 |
| | **Fees** | | | **$61,853.00** |

| | |
|---|---|
| **Total Fees** | **$61,853.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$61,853.00** |