**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF TWENTY-EIGHTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | February 1, 2022 through February 28, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $290,912.78 |
| **Less 20% Holdback** | $58,182.56 |
| **Net of Holdback:** | $232,730.22 |
| **Amount of Expense Reimbursement Requested:** | $3,574.65 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $236,304.87 |
| **This is a** | X__ Monthly ____Interim ___ Final Fee Statement |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-eighth monthly fee statement (the "Twenty-Eighth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from February 1, 2022 through February 28, 2022 (the "Twenty-Eighth Monthly Fee Period"). By this Twenty-Eighth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $236,304.87 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Eighth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Eighth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $1,471.56 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $44,941.29 for the Twenty-Eighth Monthly Fee Period), for an overall voluntary reduction of approximately 13.4%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.4% reduction.

blended hourly billing rate of Jones Day timekeepers during the Twenty-Eighth Monthly Fee Period is approximately $659.37.[4]

2.          Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Eighth Monthly Fee Period.

3.          Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Eighth Monthly Fee Period.

4.          Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Eighth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.          Notice of this Twenty-Eighth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]          The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Eighth Monthly Fee Period.

[5]          The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-Eighth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than May 27, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Twenty-Eighth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Twenty-Eighth Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.     No prior request for the relief sought in this Twenty-Eighth Monthly Fee Statement

has been made to this or any other court.

Dated: May 13, 2022
     New York, NY

                                          /s/  Anna Kordas
JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:          jjnormile@jonesday.com
                  akordas@jonesday.com

     – and –

Chané Buck
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:     (858) 314-1158
Facsimile:     (844) 345-3178
Email:          cbuck@jonesday.com

*Special Counsel to the Debtors and
Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**FEBRUARY 1, 2022 – FEBRUARY 28, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 1.0 | $1,225.00 |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 55.1 | $57,855.00 |
| Guoping Da | 2009 | $825.00 | $717.75 | 40.7 | $33,577.50 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 4.5 | $5,400.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 57.4 | $77,490.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 5.2 | $6,110.00 |
| **TOTAL PARTNER:** | | | | **163.9** | **$181,657.50** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 4.4 | $3,190.00 |
| Chané Buck | 2017 | $645.00 | $561.15 | 1.5 | $967.50 |
| Liya He | 2019 | $375.00 | $326.25 | 1.3 | $487.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 85.5 | $68,400.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 36.0 | $26,280.00 |
| Shehla Wynne | 2015 | $810.00 | $704.70 | 3.5 | $2,835.00 |
| Joanna Xin | 2013 | $450.00 | $391.50 | 1.3 | $585.00 |
| **TOTAL ASSOCIATE:** | | | | **133.5** | **$102,745.00** |
| **PARALEGAL & STAFF** | | | | | |
| Riley Chen | N/A | $50.00 | $43.50 | 2.0 | $100.00 |
| Jason J. Darensbourg | N/A | $375.00 | $326.25 | 25.0 | $9,375.00 |
| Irene Karges | N/A | $350.00 | $304.50 | 5.3 | $1,855.00 |
| Karida Li | N/A | $50.00 | $43.50 | 2.5 | $125.00 |
| Timothy E. Solomon | N/A | $425.00 | $369.75 | 45.5 | $19,337.50 |
| Kirk Waag | N/A | $425.00 | $369.75 | 1.1 | $467.50 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 62.4 | $18,720.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **143.8** | **$49,980.00** |
| **TOTAL:** | | | | **441.2** | **$334,382.50** |

## <u>EXHIBIT B</u>

**COMPENSATION BY PROJECT CATEGORY**
**<u>FEBRUARY 1, 2022 – FEBRUARY 28, 2022</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 56.1 | $45,732.50 |
| Collegium 961 PGR | 30.9 | $27,270.00 |
| Retention Matters | 7.9 | $9,607.50 |
| Accord Healthcare Inc. | 150.5 | $110,890.00 |
| Confidential Matter I | 58.6 | $49,487.50 |
| Confidential Matter  II | 137.2 | $91,395.00 |
| **TOTAL** | **441.2** | **$334,382.50** |
| **13% DISCOUNT** | | **$43,469.73** |
| **TOTAL FEES** | | **$290,912.78** |

## EXHIBIT C

**EXPENSE SUMMARY**
**FEBRUARY 1, 2022 – FEBRUARY 28, 2022**

| Expense Category | Total Expenses |
|---|---|
| Courier | $3.66 |
| Consultant Fees | $1,500.00 |
| Printing Charges | $1,395.10 |
| Mailing Charges | 73.89 |
| Court Costs | $572.00 |
| Certified Document Charges | $30.00 |
| **TOTAL** | **$3,574.65** |

# **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022                                                                                    305158.000002
                                                                                          Invoice: 220903038

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2022:

| | | |
|---|---|---|
| ████████████████████████ | USD | 91,395.00 |
| Less 13% Fee Discount | | (11,881.35) |
| Total Billed Fees | USD | 79,513.65 |
| **TOTAL** | **USD** | **79,513.65** |

**JONES DAY**











# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

May 10, 2022

305158.000003
Invoice: 220903039

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through February 28, 2022:

| | | |
|---|---|---|
| ████████████████ | USD | 49,487.50 |
| Less 13% Discount | | (6,433.38) |
| Total Billed Fees | USD | 43,054.12 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Certified Document Charges | 30.00 | | |
| Courier Services | 3.66 | | |
| Miscellaneous Expenses | 72.00 | | |
| | | USD | 105.66 |
| **TOTAL** | | **USD** | **43,159.78** |

**JONES DAY**

305158.000003







# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.610005
Invoice: 220903040

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 45,732.50 |
| Less 13% Discount | | (5,945.23) |
| Total Billed Fees | USD | 39,787.27 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Court Costs | 500.00 | |
| United Parcel Service Charges | 52.57 | |
| | USD | 552.57 |
| **TOTAL** | **USD** | **40,339.84** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220903040 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220903040

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 3.00 | 1,200.00 | 3,600.00 |
| J J Normile | 12.10 | 1,350.00 | 16,335.00 |
| Associate | | | |
| K McCarthy | 20.00 | 800.00 | 16,000.00 |
| S Wynne | 3.50 | 810.00 | 2,835.00 |
| Paralegal | | | |
| J J Darensbourg | 9.50 | 375.00 | 3,562.50 |
| T E Solomon | 8.00 | 425.00 | 3,400.00 |
| **Total** | **56.10** | **USD** | **45,732.50** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/01/22 | J J Darensbourg | 3.30 |

Manage emails collected by B Koch for review by J. Normile.

| 02/01/22 | K McCarthy | 4.50 |
|---|---|---|

Review/analyze collected documents (3.5); draft/revise review summary and communicate internally regarding same (1.0).

| 02/01/22 | J J Normile | 0.50 |
|---|---|---|

██████████████████████████████████████████

| 02/01/22 | S Wynne | 0.80 |
|---|---|---|

██████████████████████████████████████████

| 02/02/22 | J J Darensbourg | 4.70 |
|---|---|---|

████████████████████████████████

| 02/02/22 | K McCarthy | 3.00 |
|---|---|---|

██████████████████████████████████ attention to case files and correspondence (0.5).

| 02/03/22 | J J Normile | 0.80 |
|---|---|---|

██████████████████████████████████

| 02/04/22 | K McCarthy | 1.50 |
|---|---|---|

██████████████████████ draft/revise stipulation amending schedule and communicate with opposing counsel regarding same (0.5).

| 02/04/22 | J J Normile | 1.50 |
|---|---|---|

Attention to draft stipulation extending litigation stay and related correspondence from O. Langer and K. McCarthy (.50); ██████████████████████

| 02/04/22 | T E Solomon | 1.00 |
|---|---|---|

Review and update case database with newly received correspondence and other materials for access and review by team members.

| 02/07/22 | G J Larosa | 0.50 |
|---|---|---|

████████████████████████████████████

# JONES DAY

305158.610005

Page: 4
May 10, 2022

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220903040

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/07/22 | K McCarthy | 1.50 |

Prepare for and participate in weekly outside counsel and client teleconferences regarding litigation status updates.

| 02/07/22 | J J Normile | 0.30 |
|---|---|---|

Attention to execution and filing of stipulation to extend litigation stay.

| 02/08/22 | K McCarthy | 1.00 |
|---|---|---|

Review/analyze collected documents and communicate internally regarding same (0.5); coordinate supplemental production of documents (0.5).

| 02/09/22 | J J Darensbourg | 0.40 |
|---|---|---|

Mange shared database for attorneys of correspondence and pleadings regarding Order Staying Litigation and Extending Deadlines.

| 02/09/22 | J J Normile | 0.80 |
|---|---|---|



| 02/12/22 | J J Normile | 1.00 |
|---|---|---|

| 02/14/22 | G J Larosa | 1.00 |
|---|---|---|

Communicate with team and with client regarding case status and strategy.

| 02/14/22 | K McCarthy | 2.00 |
|---|---|---|



| 02/14/22 | J J Normile | 2.60 |
|---|---|---|



| 02/16/22 | G J Larosa | 0.50 |
|---|---|---|

Attention to appeal.

| 02/16/22 | J J Normile | 0.80 |
|---|---|---|

Review of various correspondence regarding postponement of the 3/4/22 status conference including emails from C. Morrison and O. Langer.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/17/22 | K McCarthy | 2.00 |

███████████████████████████████

| 02/17/22 | T E Solomon | 6.00 |

Review and update case databases with expert materials and new correspondence with client, opposing counsel, and experts for access and review by team members per K. McCarthy's instructions.

| 02/18/22 | J J Darensbourg | 0.20 |

Manage shared database for attorneys of Notice of Rescheduling of Status Conference (.1); docket/calendar deadlines for Notice (.1).

| 02/18/22 | J J Normile | 1.00 |

Review of Judge Saylor's order regarding postponement of 3/4/22 status conference and related correspondence with C. Pinahs and P. Hendler.

| 02/18/22 | T E Solomon | 1.00 |

Review and update case database with new materials for access and review by team members.

| 02/20/22 | J J Normile | 1.00 |

███████████████████████████████

| 02/21/22 | G J Larosa | 1.00 |

Communicate with team and client regarding case status and strategy.

| 02/21/22 | S Wynne | 0.60 |

█████████████████████

| 02/22/22 | S Wynne | 1.00 |

████████████████████████████

| 02/23/22 | K McCarthy | 2.00 |

███████████████████████████████

| 02/24/22 | J J Darensbourg | 0.30 |

Manage shared database for attorneys of correspondence regarding teleconference prior to Court status conference.

| 02/24/22 | S Wynne | 0.80 |

███████████████████████████████

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/25/22 | J J Darensbourg | 0.60 |
| | ██████████████████████████████ | |
| 02/25/22 | K McCarthy | 2.50 |
| | ███████████████████████████████████ | |
| | attention to case correspondence and files (0.5). | |
| 02/25/22 | S Wynne | 0.30 |
| | ████████████████████████████████████ | |
| 02/28/22 | J J Normile | 1.80 |
| | ████████████████████████████████████ | |
| | **Total** | **56.10** |

# JONES DAY

305158.610005                                                               Page: 7
                                                                       May 10, 2022

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice: 220903040

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **COURT COSTS** | | | | |
| 02/24/22 | K McCarthy | NYC | 500.00 | |
| | Vendor: Kevin Mccarthy Invoice#: 4997478202241316 Date: 2/24/2022  - - Court costs Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, FEDERAL CIRCUIT | | | |
| **Court Costs Subtotal** | | | | **500.00** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 02/02/22 | W A Haley | NYC | 21.32 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 22000010445E062 Date: 2/5/2022  - -  Ship To: John Normile, Waive Signature Ship Dt: 02/02/22 Airbill: 1Z10445E0198418732 | | | |
| 02/02/22 | W A Haley | NYC | 5.40 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 22000010445E062 Date: 2/5/2022  - -  Ship To: SHEHLA WYNNE, WAIVE  SIGNATURE Ship Dt: 02/02/22 Airbill: 1Z10445E0198286143 | | | |
| 02/02/22 | W A Haley | NYC | 25.85 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 22000010445E062 Date: 2/5/2022  - -  Ship To: SHEHLA WYNNE, WAIVE  SIGNATURE Ship Dt: 02/02/22 Airbill: 1Z10445E0198286143 | | | |
| **United Parcel Service Charges Subtotal** | | | | **52.57** |
| **Total Disbursements and Charges** | | | **USD** | **552.57** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.610013
Invoice: 220903041

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2022:

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                USD                0.00

Disbursement & Charges Summary

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/220903041 WITH YOUR PAYMENT

**JONES DAY**

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Disbursement Detail



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.610022
Invoice: 220903042

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 27,270.00 |
| Less 13% Discount | | (3,545.10) |
| Total Billed Fees | USD | 23,724.90 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Document Reproduction Charges | 72.10 | | |
| | | USD | 72.10 |
| **TOTAL** | | **USD** | **23,797.00** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/220903042 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 2
May 10, 2022
Invoice: 220903042

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G A Castanias | 1.00 | 1,225.00 | 1,225.00 |
| G J Larosa | 0.50 | 1,200.00 | 600.00 |
| J J Normile | 6.90 | 1,350.00 | 9,315.00 |
| J L Swize | 5.20 | 1,175.00 | 6,110.00 |
| **Associate** | | | |
| J R Boule | 4.40 | 725.00 | 3,190.00 |
| K McCarthy | 5.00 | 800.00 | 4,000.00 |
| **Paralegal** | | | |
| J J Darensbourg | 2.60 | 375.00 | 975.00 |
| I M Karfes | 5.30 | 350.00 | 1,855.00 |
| **Total** | **30.90** | **USD** | **27,270.00** |

# JONES DAY

305158.610022

Page: 3
May 10, 2022
Invoice: 220903042

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/07/22 | G A Castanias | 0.50 |
| 02/07/22 | J J Darensbourg | 0.10 |
| | Manage shared database for attorneys of Order Denying Patent Owners' Request for Director Review. | |
| 02/07/22 | J J Normile | 0.80 |
| 02/07/22 | J L Swize | 0.20 |
| 02/08/22 | G A Castanias | 0.50 |
| 02/08/22 | J J Normile | 1.00 |
| 02/08/22 | J L Swize | 0.50 |
| 02/14/22 | J J Normile | 0.50 |
| 02/15/22 | I M Karfes | 0.30 |
| | Respond to J. Swize's request regarding Notice of Appeal. | |
| 02/15/22 | J L Swize | 0.70 |
| 02/16/22 | I M Karfes | 5.00 |
| 02/16/22 | K McCarthy | 5.00 |
| 02/16/22 | J J Normile | 2.00 |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 4
May 10, 2022
Invoice: 220903042



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/16/22 | J L Swize | 1.00 |
| 02/17/22 | J J Darensbourg | 0.60 |
| 02/17/22 | G J Larosa | 0.50 |
| 02/17/22 | J J Normile | 0.80 |
| 02/18/22 | J J Normile | 0.80 |
| 02/22/22 | J J Darensbourg | 1.10 |
| 02/23/22 | J J Darensbourg | 0.80 |
| 02/24/22 | J R Boule | 2.00 |
| 02/27/22 | J L Swize | 1.20 |
| 02/28/22 | J R Boule | 2.40 |
| 02/28/22 | J J Normile | 1.00 |
| 02/28/22 | J L Swize | 1.60 |
| **Total** | | **30.90** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 5
May 10, 2022
Invoice: 220903042

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 02/23/22 | J L Swize | WAS | 72.10 | |
| | Photocopying: Black & White (SDUP)-WA- Duplication Center - Xerox 4112  (2)-Feb 23 2022 10:59AM - 721 copies @ $0.10 each | | | |
| **Document Reproduction Charges Subtotal** | | | | **72.10** |
| **Total Disbursements and Charges** | | | **USD** | **72.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022                                                   305158.610028
                                                              Invoice: 220903043

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2022:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 110,890.00 |
| Less 13% Discount | | (14,415.70) |
| Total Billed Fees | USD | 96,474.30 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Document Reproduction Charges | 1,323.00 | |
| United Parcel Service Charges | 21.32 | |
| | USD | 1,344.32 |
| **TOTAL** | **USD** | **97,818.62** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220903043 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Page: 2
May 10, 2022
Invoice: 220903043

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.00 | 1,200.00 | 1,200.00 |
| J J Normile | 22.10 | 1,350.00 | 29,835.00 |
| Associate |  |  |  |
| K McCarthy | 41.00 | 800.00 | 32,800.00 |
| A M Nicolais | 36.00 | 730.00 | 26,280.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 12.90 | 375.00 | 4,837.50 |
| T E Solomon | 37.50 | 425.00 | 15,937.50 |
| **Total** | **150.50** | **USD** | **110,890.00** |

# JONES DAY

Accord Healthcare Inc.

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/01/22 | J J Darensbourg | 1.20 |

Plan and prepare for deposition of A. Pathak.



| 02/01/22 | K McCarthy | 1.00 |

| 02/01/22 | A M Nicolais | 5.00 |

| 02/01/22 | J J Normile | 1.30 |

Review of correspondence from A. Barkoff regarding Accord depositions

| 02/01/22 | T E Solomon | 1.00 |

Attend TSG Zoom Depo Demonstration with Nick Cushing (0.50); confer with team and TSG regarding arrangements for Pathak deposition (0.50).

| 02/02/22 | J J Darensbourg | 0.40 |

Plan and prepare for deposition of S. Nair.

| 02/02/22 | K McCarthy | 3.00 |

| 02/02/22 | A M Nicolais | 5.50 |

| 02/02/22 | T E Solomon | 7.00 |

| 02/03/22 | K McCarthy | 5.50 |

| 02/03/22 | A M Nicolais | 10.00 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| 02/03/22 | J J Normile | 1.00 |
|---|---|---|

| 02/03/22 | T E Solomon | 5.00 |
|---|---|---|

| 02/04/22 | K McCarthy | 3.50 |
|---|---|---|

| 02/04/22 | J J Normile | 0.30 |
|---|---|---|

Review of ECF entry regarding stipulation to extend discovery period.

| 02/04/22 | T E Solomon | 3.00 |
|---|---|---|

Confer with TSG and team regarding prep for upcoming Samita deposition (0.50); ( ) update case database with newly filed documents from the court docket and transcripts and exhibits from Pathak deposition for access and review by team members (1.50).

| 02/07/22 | J J Darensbourg | 0.70 |
|---|---|---|

| 02/07/22 | A M Nicolais | 3.50 |
|---|---|---|

| 02/07/22 | J J Normile | 1.80 |
|---|---|---|

| 02/07/22 | T E Solomon | 0.50 |
|---|---|---|

Confer with TSG regarding arrangements for upcoming S. Nair deposition.

| 02/08/22 | J J Darensbourg | 3.80 |
|---|---|---|

Manage/prepare exhibits for deposition of S. Nair.

| 02/08/22 | K McCarthy | 2.50 |
|---|---|---|

| 02/08/22 | A M Nicolais | 1.30 |
|---|---|---|

| 02/08/22 | T E Solomon | 5.00 |
|---|---|---|

**JONES DAY**



| Date | Timekeeper | Hours |
|---|---|---|
| 02/09/22 | K McCarthy | 7.00 |
| 02/09/22 | T E Solomon | 1.00 |
| 02/10/22 | K McCarthy | 1.00 |
| 02/10/22 | A M Nicolais | 2.30 |
| 02/10/22 | J J Normile | 2.00 |
| 02/10/22 | T E Solomon | 4.00 |

Review and update case database with new correspondence for access and review by team members (1.5); review and update case database with new materials related to Pathak and Nair depositions including transcripts and exhibits for access and review by team members (2.8).

| 02/11/22 | K McCarthy | 1.00 |

Draft/revise letter to Accord regarding depositions,

| 02/11/22 | J J Normile | 0.50 |
| 02/11/22 | T E Solomon | 2.50 |

Review and update case database with new correspondence between the parties and materials related to experts for access and review by team members.

| 02/14/22 | K McCarthy | 1.50 |

attention to case correspondence and materials concerning expert reports (0.5).

| 02/14/22 | A M Nicolais | 2.00 |
| 02/15/22 | K McCarthy | 1.50 |

# JONES DAY



| Date | Name | Hours |
|---|---|---|
| 02/15/22 | J J Normile | 0.30 |
| 02/16/22 | K McCarthy | 2.00 |
| 02/16/22 | J J Normile | 1.50 |

review and revise letter to A. Barkoff regarding scheduling of depositions (.50).

| 02/16/22 | T E Solomon | 1.50 |

Review and update case database with new correspondence between the parties and materials related to experts for access and review by team members.

| 02/17/22 | J J Darensbourg | 2.90 |

Manage shared database for attorneys of final deposition transcripts and video files for A. Pathak, correspondence regarding expert disclosures of S. Martin and L. Appel and deposition matters.

| 02/17/22 | K McCarthy | 3.00 |

ttention to case files and correspondence (0.5).

| 02/17/22 | A M Nicolais | 1.70 |
| 02/17/22 | J J Normile | 1.80 |
| 02/18/22 | J J Darensbourg | 1.60 |
| 02/18/22 | K McCarthy | 2.50 |
| 02/18/22 | J J Normile | 1.50 |

## JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 7
May 10, 2022
Invoice: 220903043



| 02/20/22 | J J Normile | 1.80 |

| 02/21/22 | K McCarthy | 1.00 |

| 02/21/22 | A M Nicolais | 0.90 |

| 02/21/22 | J J Normile | 2.80 |

| 02/22/22 | J J Normile | 1.00 |

| 02/23/22 | K McCarthy | 1.00 |

| 02/23/22 | A M Nicolais | 2.00 |

| 02/23/22 | J J Normile | 2.00 |

| 02/23/22 | T E Solomon | 1.00 |
Review and update case files with new materials related to Nair deposition.

| 02/24/22 | J J Darensbourg | 1.70 |
Plan and prepare for the deposition of Kirti Maheshwari (0.4); manage shared database for attorneys of correspondence regarding 30(b)(6) deposition testimony (0.4); manage video files from deposition of S. Nair (0.9).

| 02/24/22 | G J Larosa | 1.00 |

| 02/24/22 | K McCarthy | 1.50 |

**JONES DAY**

305158.610028

Page: 8
May 10, 2022

Accord Healthcare Inc.

Invoice: 220903043



| 02/24/22 | A M Nicolais | 0.70 |
|---|---|---|

| 02/24/22 | J J Normile | 1.50 |
|---|---|---|

| 02/25/22 | J J Darensbourg | 0.60 |
|---|---|---|

| 02/25/22 | K McCarthy | 0.50 |
|---|---|---|

02/25/22    T E Solomon    3.50
Confer with team and TSG, update arrangements and prepare materials for upcoming deposition of K. Maheshwari.

| 02/28/22 | K McCarthy | 2.00 |
|---|---|---|

| 02/28/22 | A M Nicolais | 1.10 |
|---|---|---|

| 02/28/22 | J J Normile | 1.00 |
|---|---|---|

02/28/22    T E Solomon    2.50
Confer with K. Click, P. Hendler and TSG and finalize arrangements and documents for K. Maheshwari deposition.

                                    Total    150.50

# JONES DAY

305158.610028                                                          Page: 9
                                                                 May 10, 2022

Accord Healthcare Inc.                                    Invoice: 220903043

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 02/28/22 | T E Solomon | NYC | 1,323.00 | |
| Color duplication charges - February 2022 - 2/2/22 - 2646 Copies at $0.50 per page | | | | |
| **Document Reproduction Charges Subtotal** | | | | **1,323.00** |
| | | | | |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 02/02/22 | T E Solomon | NYC | 21.32 | |
| Vendor: United Parcel Service, Inc. Invoice#: 22000010445E062 Date: 2/5/2022  -  -  Ship To: , Pablo Hendler Ship Dt: 02/02/22 Airbill: 1Z10445E0194137463 | | | | |
| **United Parcel Service Charges Subtotal** | | | | **21.32** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,344.32** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.999007
Invoice: 220903044

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2022:

| | | |
|---|---|---:|
| Retention Matters | USD | 9,607.50 |
| Less 13% Discount | | (1,248.98) |
| Total Billed Fees | USD | 8,358.52 |
| **TOTAL** | **USD** | **8,358.52** |

Please remit payment to:

<table>
<tr><td><strong>ACH Transfer (preferred)</strong></td><td><strong>Wire Transfer</strong></td></tr>
<tr><td>Citibank, N.A.</td><td>Citibank, N.A.</td></tr>
<tr><td>New York, NY</td><td>New York, NY</td></tr>
<tr><td>Account Name:  Jones Day</td><td>Account Name:  Jones Day</td></tr>
<tr><td>Account No:  37026407</td><td>Account No:  37026407</td></tr>
<tr><td>ABA No:  021000089</td><td>ABA No:  021000089</td></tr>
<tr><td></td><td>Swift Code:  CITIUS33</td></tr>
</table>

PLEASE REFERENCE 305158 999007/220903044 WITH YOUR PAYMENT

**JONES DAY**

305158.999007

Retention Matters

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 6.40 | 1,350.00 | 8,640.00 |
| Associate |  |  |  |
| C Buck | 1.50 | 645.00 | 967.50 |
| **Total** | **7.90** | **USD** | **9,607.50** |

# JONES DAY

305158.999007

Retention Matters

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/01/22 | J J Normile | 1.60 |
| | Participate in preliminary injunction extension hearing before Judge Drain | |
| 02/14/22 | J J Normile | 1.00 |
| 02/17/22 | J J Normile | 1.50 |
| | Participate in Bankruptcy Court February omnibus hearing | |
| 02/22/22 | J J Normile | 0.50 |
| 02/23/22 | C Buck | 1.50 |
| 02/23/22 | J J Normile | 0.80 |
| 02/24/22 | J J Normile | 1.00 |
| **Total** | | **7.90** |