**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF TWENTY-NINTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | March 1, 2022 through March 31, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $437,465.15 |
| **Less 20% Holdback** | $87,493.03 |
| **Net of Holdback**: | $349,972.12 |
| **Amount of Expense Reimbursement Requested:** | $18,875.44 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $368,847.56 |
| **This is a** | X  Monthly ____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-ninth monthly fee statement (the "Twenty-Ninth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from March 1, 2022 through March 31, 2022 (the "Twenty-Ninth Monthly Fee Period"). By this Twenty-Ninth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $368,847.56 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Ninth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Ninth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney.  The blended

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $1,216.39 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $66,584.75 for the Twenty-Ninth Monthly Fee Period), for an overall voluntary reduction of approximately 13.2%.  In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.2% reduction.

hourly billing rate of Jones Day timekeepers during the Twenty-Ninth Monthly Fee Period is approximately $717.04.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Ninth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Ninth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Ninth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Twenty-Ninth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Ninth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.     Objections to this Twenty-Ninth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than May 27, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.     If no objections to this Twenty-Ninth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Twenty-Ninth Monthly Fee Statement.

8.     To the extent that an objection to this Twenty-Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Twenty-Ninth Monthly Fee Statement

has been made to this or any other court.

Dated: May 13, 2022                          /s/  Anna Kordas
       New York, NY                    JONES DAY
                                       John J. Normile
                                       Anna Kordas
                                       250 Vesey Street
                                       New York, NY 10281
                                       Telephone:     (212) 326-3939
                                       Facsimile:     (212) 755-7306
                                       Email:         jjnormile@jonesday.com
                                                      akordas@jonesday.com

                                       – and –

                                       Chané Buck
                                       4655 Executive Drive, Suite 1500
                                       San Diego, CA 92121
                                       Telephone:     (858) 314-1158
                                       Facsimile:     (844) 345-3178
                                       Email:         cbuck@jonesday.com

                                       *Special Counsel to the Debtors and
                                       Debtors in Possession*

# **EXHIBIT A**

## **COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**MARCH 1, 2022 – MARCH 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 3.3 | $4,042.50 |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 56.5 | $59,325.00 |
| Guoping Da | 2009 | $825.00 | $717.75 | 60.8 | $50,160.00 |
| Matthew Johnson | 2007 | $900.00 | $783.00 | 1.2 | $1,080.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 10.5 | $12,600.00 |
| Christopher Morrison | 2002 | $1,100.00 | $957.00 | 1.1 | $1,210.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 85.6 | $115,560.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 40.4 | $47,470.00 |
| **TOTAL PARTNER:** | | | | **259.4** | **$291,447.50** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 151.9 | $110,127.50 |
| Chané Buck | 2017 | $645.00 | $561.15 | 9.5 | $6,127.50 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 5.7 | $5,101.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 60.0 | $48,000.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 9.4 | $6,862.00 |
| **TOTAL ASSOCIATE:** | | | | **236.5** | **$176,218.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $375.00 | $326.25 | 22.3 | $8,362.50 |
| Catherine Liu | N/A | $150.00 | $130.50 | 22.6 | $3,390.00 |
| Marguerite Melvin | N/A | $425.00 | $369.75 | 2.8 | $1,190.00 |
| Timothy E. Solomon | N/A | $425.00 | $369.75 | 18.2 | $7,735.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 48.3 | $14,490.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **114.2** | **$35,167.50** |
| **TOTAL:** | | | | **610.1** | **$502,833.50** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY PROJECT CATEGORY**
**<u>MARCH 1, 2022 – MARCH 31, 2022</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 47.5 | $51,622.50 |
| Intellipharmaceutics Corp. | .4 | $150.00 |
| Collegium 961 PGR | 237.8 | $201,412.50 |
| Strategic Corporate Advice | 3.0 | $2,400.00 |
| Retention Matters | 25.8 | $22,949.00 |
| Accord Healthcare Inc. | 83.8 | $70,849.50 |
| Confidential Matter I | 98.3 | $75,682.50 |
| Confidential Matter  II | 113.5 | $77,767.50 |
| **TOTAL** | **610.1** | **$502,833.50** |
| **13% DISCOUNT** | | **$65,368.35** |
| **TOTAL FEES** | | **$437,465.15** |

## EXHIBIT C

**EXPENSE SUMMARY**
**MARCH 1, 2022 – MARCH 31, 2022**

| Expense Category | Total Expenses |
|---|---|
| Courier | $174.53 |
| Court Costs | $18,639.35 |
| Publication Expenses | $61.59 |
| **TOTAL** | **$18,875.44** |

## EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.000002
Invoice: 220903045

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

| | | |
|---|---|---|
| ███████████████████████████ | USD | 77,767.50 |
| Less 13% Fee Discount | | (10,109.78) |
| Total Billed Fees | USD | 67,657.72 |
| **TOTAL** | **USD** | **67,657.72** |

**JONES DAY**

305158.000002                                                                 Page: 2











# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022                                                                                      305158.000003
                                                                                                  Invoice: 220903046

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

|  |  |  |
|---|---|---|
| ██████████████████████ | USD | 75,682.50 |
| Less 13% Discount | | (9,838.73) |
| Total Billed Fees | USD | 65,843.77 |
| **TOTAL** | **USD** | **65,843.77** |

**JONES DAY**

305158.000003                                                                 Page: 2









# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022                                                             305158.610005
                                                                        Invoice: 220903047

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 51,622.50 |
| Less 13% Discount | | (6,710.93) |
| Total Billed Fees | USD | 44,911.57 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Courier Services | 174.53 | |
| | USD | 174.53 |
| **TOTAL** | **USD** | **45,086.10** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                   Account No:  37026407
ABA No:  021000089                      ABA No:  021000089
                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220903047 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 2
May 10, 2022
Invoice: 220903047

### Timekeeper/Fee Earner Summary

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 3.00 | 1,200.00 | 3,600.00 |
| C M Morrison | 1.10 | 1,100.00 | 1,210.00 |
| J J Normile | 25.50 | 1,350.00 | 34,425.00 |
| Associate | | | |
| K McCarthy | 13.00 | 800.00 | 10,400.00 |
| Paralegal | | | |
| J J Darensbourg | 1.90 | 375.00 | 712.50 |
| T E Solomon | 3.00 | 425.00 | 1,275.00 |
| **Total** | **47.50** | **USD** | **51,622.50** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/01/22 | K McCarthy | 0.50 |

Prepare for and participate in meet and confer with opposing counsel (0.5)

| 03/01/22 | J J Normile | 0.80 |

Prepare for and participate in meet and confer with counsel for Collegium regarding upcoming status conference before Judge Saylor and various appeal issues.

| 03/04/22 | K McCarthy | 1.50 |

Prepare for and participate in meet and confer with opposing counsel (0.4); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attention to internal and opposing counsel correspondence regarding upcoming status conference (0.3).

| 03/04/22 | J J Normile | 1.50 |

Prepare for and participate in teleconference with counsel for Collegium regarding upcoming status conference before Judge Saylor and review of correspondence from O. Langer regarding same (.50); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 03/04/22 | T E Solomon | 1.00 |

Review and update case databases with new correspondence between the parties for access and review by team members.

| 03/05/22 | J J Normile | 1.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 03/06/22 | J J Normile | 1.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 03/07/22 | G J Larosa | 1.00 |

Communicate with team and client regarding case status and strategy.

| 03/07/22 | K McCarthy | 2.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 03/07/22 | J J Normile | 1.50 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 03/09/22 | J J Darensbourg | 0.40 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 03/09/22 | K McCarthy | 1.50 |
|---|---|---|

| 03/09/22 | J J Normile | 1.00 |
|---|---|---|

| 03/10/22 | J J Darensbourg | 0.60 |
|---|---|---|

| 03/10/22 | K McCarthy | 2.00 |
|---|---|---|

attention to case files (0.3).

| 03/10/22 | J J Normile | 1.00 |
|---|---|---|

| 03/12/22 | J J Normile | 1.00 |
|---|---|---|

| 03/13/22 | J J Normile | 2.00 |
|---|---|---|

| 03/14/22 | K McCarthy | 2.50 |
|---|---|---|

| 03/14/22 | J J Normile | 3.10 |
|---|---|---|

| 03/15/22 | K McCarthy | 1.50 |
|---|---|---|

Prepare for and participate in meet and confer with opposing counsel (0.4);

ttention to case files and correspondence (0.4).

| 03/15/22 | C M Morrison | 1.10 |
|---|---|---|

# JONES DAY



03/15/22          J J Normile                                         2.30
Prepare for and participate in meet and confer with counsel for Collegium relating to proposed case
management schedule (.80); prepare for and participate in status teleconference before Judge Saylor ▮

03/16/22          J J Darensbourg                                    0.30
Manage shared database for attorneys of correspondence regarding call with opposing counsel to discuss
Status Conference, ▮

03/16/22          J J Normile                                        0.80
▮

03/16/22          T E Solomon                                        1.00
Update case database with new court filings and correspondence for access and review by team members.

03/21/22          G J Larosa                                         1.00
▮

03/21/22          J J Normile                                        1.50
▮

03/23/22          J J Normile                                        0.80
▮

03/24/22          K McCarthy                                         1.50
▮

03/24/22          J J Normile                                        2.00
▮

03/28/22          G J Larosa                                         1.00
▮

03/28/22          J J Normile                                        2.40
▮

# JONES DAY

305158.610005

Page: 6
May 10, 2022
Invoice: 220903047

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 03/28/22 | T E Solomon | 1.00 |
|---|---|---|

Review and update case database with newly received correspondence for access and review by team members.

| 03/29/22 | J J Normile | 0.80 |
|---|---|---|

| 03/31/22 | J J Darensbourg | 0.60 |
|---|---|---|

Manage shared database for attorneys of correspondence regarding discovery matters and ▆▆▆▆▆▆ .

| 03/31/22 | J J Normile | 1.00 |
|---|---|---|

| | **Total** | **47.50** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220903047

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **COURIER SERVICES** | | | | |
| 03/04/22 | WAS Accounting | WAS | 174.53 | |
| | Vendor: Washington Express LLC; Invoice#: 200973; Date: 2/28/2022 J.CHLUDZINSKI JONES DAY | | | |
| | WASHINGTON TO US PATENTS/TRADEMARK OFFICE ALEX, VA 2-16-2022 3:12PM | | | |
| **Courier Services Subtotal** | | | | **174.53** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **174.53** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.610013
Invoice: 220903048

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 150.00 |
| Less Discount | | (19.50) |
| Total Billed Fees | USD | 130.50 |
| **TOTAL** | **USD** | **130.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610013/220903048 WITH YOUR PAYMENT

## JONES DAY

305158.610013

Page: 2
May 10, 2022
Invoice: 220903048

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Paralegal | | | |
| J J Darensbourg | 0.40 | 375.00 | 150.00 |
| **Total** | **0.40** | **USD** | **150.00** |

**JONES DAY**

305158.610013

Page: 3
May 10, 2022

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 220903048

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/15/22 | J J Darensbourg | 0.40 |
| | Manage document destruction plan for attorney review. | |
| | **Total** | **0.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.610022
Invoice: 220903049

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 201,412.50 |
| Less 13% Discount | | (26,183.63) |
| Total Billed Fees | USD | 175,228.87 |
| **TOTAL** | **USD** | **175,228.87** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610022/220903049 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G A Castanias | 3.30 | 1,225.00 | 4,042.50 |
| M W Johnson | 1.20 | 900.00 | 1,080.00 |
| G J Larosa | 6.50 | 1,200.00 | 7,800.00 |
| J J Normile | 15.80 | 1,350.00 | 21,330.00 |
| J L Swize | 40.40 | 1,175.00 | 47,470.00 |
| **Associate** | | | |
| J R Boule | 151.90 | 725.00 | 110,127.50 |
| K McCarthy | 6.00 | 800.00 | 4,800.00 |
| **Paralegal** | | | |
| J J Darensbourg | 12.70 | 375.00 | 4,762.50 |
| **Total** | **237.80** | **USD** | **201,412.50** |

# JONES DAY

305158.610022

Page: 3
May 10, 2022
Invoice: 220903049

Collegium 961 PGR

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/01/22 | J L Swize | 0.90 |
| 03/02/22 | J R Boule | 0.50 |
| 03/02/22 | M W Johnson | 1.20 |
| 03/02/22 | G J Larosa | 2.50 |
| 03/02/22 | K McCarthy | 2.50 |
| 03/02/22 | J J Normile | 3.30 |
| 03/02/22 | J L Swize | 5.50 |
| 03/03/22 | J R Boule | 6.30 |
| 03/03/22 | G J Larosa | 1.00 |
| 03/03/22 | K McCarthy | 2.00 |
| 03/03/22 | J J Normile | 1.50 |

attention to case correspondence (0.5).

## JONES DAY

305158.610022

Collegium 961 PGR

Invoice: 220903049



| Date | Name | Hours |
|------|------|-------|
| 03/03/22 | J L Swize | 0.50 |
| 03/04/22 | J J Normile | 0.80 |
| 03/04/22 | J L Swize | 5.40 |
| 03/05/22 | J R Boule | 1.00 |
| 03/05/22 | J L Swize | 1.50 |
| 03/06/22 | J R Boule | 1.50 |
| 03/06/22 | J L Swize | 3.40 |
| 03/07/22 | J R Boule | 3.20 |
| 03/07/22 | J J Normile | 1.50 |
| 03/07/22 | J L Swize | 0.10 |
| 03/08/22 | J R Boule | 5.10 |
| 03/08/22 | J J Darensbourg | 3.30 |

**JONES DAY**



| 03/09/22 | J R Boule | 9.50 |
| 03/09/22 | J L Swize | 1.50 |
| 03/10/22 | J R Boule | 8.10 |
| 03/10/22 | J J Darensbourg | 1.40 |

Manage/prepare Joint Appendix and accompanying documents for filing with Opening Brief.

| 03/10/22 | K McCarthy | 0.50 |
| 03/10/22 | J L Swize | 1.40 |
| 03/11/22 | J R Boule | 6.40 |
| 03/11/22 | J L Swize | 1.50 |
| 03/12/22 | J L Swize | 1.60 |
| 03/13/22 | J R Boule | 1.50 |
| 03/13/22 | J L Swize | 2.90 |
| 03/14/22 | J R Boule | 8.50 |
| 03/14/22 | J L Swize | 0.90 |
| 03/15/22 | J R Boule | 10.00 |

# JONES DAY



| Date | Name | Hours |
|------|------|-------|
| 03/15/22 | J L Swize | 0.40 |
| 03/16/22 | J R Boule | 4.20 |
| 03/16/22 | J L Swize | 0.40 |
| 03/17/22 | J R Boule | 8.60 |
| 03/17/22 | J L Swize | 4.70 |
| 03/18/22 | J R Boule | 7.20 |
| 03/18/22 | G A Castanias | 1.50 |
| 03/18/22 | K McCarthy | 0.50 |
| 03/18/22 | J J Normile | 2.00 |
| 03/18/22 | J L Swize | 1.30 |
| 03/19/22 | J R Boule | 3.20 |
| 03/19/22 | J J Normile | 1.50 |
| 03/20/22 | J R Boule | 2.40 |
| 03/21/22 | J R Boule | 7.10 |

**JONES DAY**

305158.610022

Collegium 961 PGR



| 03/21/22 | J J Darensbourg | 1.00 |
|---|---|---|
| | Manage/prepare Appendix documents for attorney review. | |
| 03/21/22 | J J Normile | 1.30 |
| 03/21/22 | J L Swize | 1.80 |
| 03/22/22 | J R Boule | 6.60 |
| 03/22/22 | G A Castanias | 1.50 |
| 03/22/22 | J J Darensbourg | 3.20 |
| | Manage/prepare appendix documents for Appeal Brief. | |
| 03/22/22 | G J Larosa | 2.00 |
| | Communicate with team regarding appeal and prepared for same. | |
| 03/22/22 | J J Normile | 2.60 |
| 03/22/22 | J L Swize | 1.70 |
| 03/23/22 | J R Boule | 4.20 |
| 03/23/22 | J J Darensbourg | 0.90 |
| | Manage/prepare appendix for Appeal Brief. | |
| 03/23/22 | K McCarthy | 0.50 |
| 03/23/22 | J L Swize | 2.90 |

**JONES DAY**

305158.610022

Collegium 961 PGR

Page: 8
May 10, 2022
Invoice: 220903049



| 03/24/22 | J R Boule | 5.30 |
| 03/24/22 | G A Castanias | 0.30 |
| 03/24/22 | J J Darensbourg | 2.60 |

Manage/prepare appendix documents to accompany filing of Brief.

| 03/25/22 | J R Boule | 3.40 |
| 03/25/22 | J J Normile | 0.50 |
| 03/26/22 | J J Normile | 0.80 |
| 03/28/22 | J R Boule | 7.90 |
| 03/28/22 | G J Larosa | 1.00 |
| 03/29/22 | J R Boule | 6.30 |
| 03/29/22 | J J Darensbourg | 0.30 |

Manage/revise documents for appendix.

| 03/29/22 | J L Swize | 0.10 |
| 03/30/22 | J R Boule | 8.90 |
| 03/31/22 | J R Boule | 6.70 |

**Total**                    **237.80**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022                                                    305158.610028
                                                               Invoice: 220903050

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 70,849.50 |
| Less 13% Discount | | (9,210.44) |
| Total Billed Fees | USD | 61,639.06 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Court Reporter Fees | 18,639.35 | |
| Document Reproduction Charges | 0.50 | |
| | USD | 18,639.85 |
| **TOTAL** | **USD** | **80,278.91** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220903050 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.00 | 1,200.00 | 1,200.00 |
| J J Normile | 23.40 | 1,350.00 | 31,590.00 |
| Associate |  |  |  |
| K McCarthy | 27.50 | 800.00 | 22,000.00 |
| A M Nicolais | 9.40 | 730.00 | 6,862.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 7.30 | 375.00 | 2,737.50 |
| T E Solomon | 15.20 | 425.00 | 6,460.00 |
| **Total** | **83.80** | **USD** | **70,849.50** |

# JONES DAY

305158.610028

Page: 3
May 10, 2022
Invoice: 220903050

Accord Healthcare Inc.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/01/22 | J J Normile | 0.80 |
| 03/01/22 | T E Solomon | 1.50 |
| 03/02/22 | K McCarthy | 3.00 |
| 03/02/22 | A M Nicolais | 1.00 |
| 03/02/22 | J J Normile | 1.00 |

03/02/22    T E Solomon    2.00
Review and update case databases with newly received correspondence and materials related to Maheshwari deposition.

| 03/03/22 | K McCarthy | 2.00 |
| 03/03/22 | J J Normile | 1.80 |

03/03/22    T E Solomon    1.50
Update case databases with new correspondence and materials related to experts for access and review by team members.

| 03/04/22 | K McCarthy | 2.50 |
| 03/04/22 | J J Normile | 0.80 |

03/04/22    T E Solomon    1.50
Update case databases with new correspondence and materials related to experts for access and review by team members (1.0);



**JONES DAY**

305158.610028

Accord Healthcare Inc.



| 03/07/22 | J J Darensbourg | 1.30 |
| 03/07/22 | K McCarthy | 3.00 |
| 03/07/22 | A M Nicolais | 2.10 |
| 03/07/22 | J J Normile | 2.40 |
| 03/08/22 | J J Normile | 1.50 |
| 03/09/22 | K McCarthy | 1.50 |
| 03/09/22 | A M Nicolais | 0.80 |
| 03/09/22 | J J Normile | 0.80 |
| 03/09/22 | T E Solomon | 1.00 |

03/09/22    T E Solomon    1.00
Update case database with Maheshwari deposition exhibits for access and review by team members.

03/10/22    K McCarthy    1.00
attention to case files and correspondence (0.4).

03/10/22    J J Normile    1.00

03/10/22    T E Solomon    1.50
Review and update case databases with new correspondence between the parties for access and review by team members.

# JONES DAY



| Date | Name | Hours |
|------|------|-------|
| 03/11/22 | K McCarthy | 2.50 |
| 03/11/22 | A M Nicolais | 0.60 |
| 03/11/22 | J J Normile | 1.00 |
| 03/11/22 | T E Solomon | 1.00 |

Review and update case database with newly filed documents on the court docket for access and review by team members.

| 03/14/22 | J J Darensbourg | 0.40 |
| 03/14/22 | G J Larosa | 1.00 |
| 03/14/22 | K McCarthy | 1.50 |
| 03/14/22 | A M Nicolais | 1.20 |
| 03/14/22 | J J Normile | 0.80 |
| 03/14/22 | T E Solomon | 1.00 |

Update case database with new materials related to Maheshwari deposition (video files).

| 03/15/22 | K McCarthy | 1.50 |
| 03/15/22 | A M Nicolais | 0.10 |
| 03/15/22 | J J Normile | 1.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 03/15/22 | T E Solomon | 1.20 |
| 03/16/22 | J J Darensbourg | 0.20 |
| 03/16/22 | K McCarthy | 0.50 |
| 03/16/22 | T E Solomon | 1.00 |

Review and update case database with new correspondence and materials related to experts for access and review by team members.

| 03/17/22 | K McCarthy | 1.00 |
| 03/17/22 | J J Normile | 1.00 |
| 03/18/22 | K McCarthy | 1.00 |

attention to case files and correspondence (0.5).

| 03/21/22 | A M Nicolais | 0.70 |
| 03/23/22 | J J Darensbourg | 0.40 |
| 03/23/22 | J J Normile | 0.50 |
| 03/24/22 | K McCarthy | 1.00 |
| 03/24/22 | J J Normile | 1.00 |
| 03/25/22 | K McCarthy | 2.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| Date | Name | Hours |
|------|------|-------|
| 03/25/22 | J J Normile | 3.50 |
| 03/25/22 | T E Solomon | 1.00 |
| 03/28/22 | J J Darensbourg | 1.80 |
| 03/28/22 | K McCarthy | 1.50 |

attention to case files and correspondence (0.5).

| Date | Name | Hours |
|------|------|-------|
| 03/28/22 | A M Nicolais | 1.10 |
| 03/28/22 | T E Solomon | 1.00 |

Review and update case database with newly received correspondence for access and review by team members.

| Date | Name | Hours |
|------|------|-------|
| 03/29/22 | J J Darensbourg | 0.40 |
| 03/29/22 | A M Nicolais | 0.10 |
| 03/30/22 | J J Darensbourg | 1.20 |
| 03/30/22 | K McCarthy | 1.00 |
| 03/30/22 | A M Nicolais | 0.60 |
| 03/30/22 | J J Normile | 2.50 |

## JONES DAY

| 03/31/22 | J J Darensbourg | 1.60 |
|---|---|---|

Plan and prepare for production of prior deposition and trial testimony, Normaco productions and other key documents to Defendants.



| 03/31/22 | K McCarthy | 1.00 |
|---|---|---|

| 03/31/22 | A M Nicolais | 1.10 |
|---|---|---|

| 03/31/22 | J J Normile | 2.00 |
|---|---|---|

| | **Total** | **83.80** |
|---|---|---|

# JONES DAY

305158.610028                                                                               Page: 9
                                                                                       May 10, 2022

Accord Healthcare Inc.                                                          Invoice: 220903050


### Disbursement Detail


| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **COURT REPORTER FEES** | | | | |
| 03/08/22 | J J Normile | NYC | 3,585.90 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2073167; Date: 2/17/2022 for professional services rendered on 2/4/2022: Original and 1 Certified transcript of Alpesh Pathak, Ph.D. | | | | |
| 03/08/22 | J J Normile | NYC | 1,350.00 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2073169; Date: 2/17/2022 for professional services rendered on 2/4/2022: Deposition of Alpesh Pathak, Ph.D | | | | |
| 03/08/22 | J J Normile | NYC | 1,610.00 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2073168; Date: 2/17/2022 for professional services rendered on 2/4/2022: Video deposition of Alpesh Pathak, Ph.D. | | | | |
| 03/10/22 | J J Normile | NYC | 4,397.45 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2073737; Date: 2/28/2022 for professional services rendered on 2/9/2022: Original and 1 certified transcript of Sabita Nair 30(b)(6) Accord Healthcare, Inc. | | | | |
| 03/10/22 | J J Normile | NYC | 1,125.00 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2073739; Date: 2/28/2022 for professional services rendered on 2/9/2022: Transcript of Sabita Nair 30 (b) (6) Accord Healthcare, Inc. | | | | |
| 03/10/22 | J J Normile | NYC | 1,685.00 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2073738; Date: 2/28/2022 for professional services rendered on 2/9/2022: Video transcript of Sabita Nair 30 (b) (6) Accord Healthcare Inc. | | | | |
| 03/15/22 | J J Normile | NYC | 900.00 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2075319; Date: 3/11/2022 for professional services rendered on 3/1/2022: Deposition of Kirti Maheshwari. | | | | |
| 03/15/22 | J J Normile | NYC | 1,368.75 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2075318; Date: 3/11/2022 for professional services rendered on 3/1/2022: Video deposition of Kirti Maheshwari. | | | | |
| 03/15/22 | J J Normile | NYC | 2,617.25 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2075317; Date: 3/11/2022 for professional services rendered on 3/1/2022: Original and 1 Certified transcript of Kirti Maheshwari. | | | | |
| **Court Reporter Fees Subtotal** | | | | **18,639.35** |
| | | | | |
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 03/28/22 | J J Darensbourg | NYC | 0.50 | |
| Photocopying: Color (SDUPC)-NY - 31 Duplicating - Xerox Fiery C60-Mar 28 2022  1:03PM - 1 copy @ $0.50 | | | | |
| **Document Reproduction Charges Subtotal** | | | | **0.50** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **18,639.85** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.640002
Invoice: 220903051

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 2,400.00 |
| Less 13% Discount | | (312.00) |
| Total Billed Fees | USD | 2,088.00 |
| **TOTAL** | **USD** | **2,088.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 640002/220903051 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Associate | | | |
| K McCarthy | 3.00 | 800.00 | 2,400.00 |
| **Total** | **3.00** | **USD** | **2,400.00** |

# JONES DAY

305158.640002

Page: 3
May 10, 2022
Invoice: 220903051

Strategic Corporate Advice

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/17/22 | K McCarthy | 3.00 |

Draft/revise Purdue's Seventh Interim Fee Application and communicate internally regarding edits to same.

|  | | |
|---|---|---|
| **Total** | | **3.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 10, 2022

305158.999007
Invoice: 220903052

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2022:

| | | |
|---|---|---:|
| Retention Matters | USD | 22,949.00 |
| Less 13% Discount | | (2,983.37) |
| Total Billed Fees | USD | 19,965.63 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Publication Expenses | 61.56 | |
| | USD | 61.56 |
| **TOTAL** | **USD** | **20,027.19** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/220903052 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 7.80 | 1,350.00 | 10,530.00 |
| Associate | | | |
| C Buck | 9.50 | 645.00 | 6,127.50 |
| A Kordas | 5.70 | 895.00 | 5,101.50 |
| Paralegal | | | |
| M M Melvin | 2.80 | 425.00 | 1,190.00 |
| **Total** | **25.80** | **USD** | **22,949.00** |

# JONES DAY

305158.999007                                                                    Page: 3
                                                                         May 10, 2022
Retention Matters                                                 Invoice: 220903052

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/02/22 | J J Normile | 0.80 |

Participate in preliminary injunction extension hearing before Judge Drain (██████████████)

| 03/05/22 | C Buck | 0.40 |

Update fee applications excel for December invoices.

| 03/07/22 | C Buck | 1.00 |

Draft 26th Monthly Fee Statement.

| 03/08/22 | A Kordas | 1.20 |

Draft/revise 26th monthly fee statement (.5); correspond with C. Buck regarding same (.1); draft/revise interim fee application (.6).

| 03/09/22 | J J Normile | 2.50 |

Participate in hearing before Judge Drain regarding motion to affirm Mediator Judge Chapman's negotiated term sheet.

| 03/10/22 | C Buck | 1.70 |

Redact December invoices (.3); finalize December Fee Statement for filing (.8); revise January invoices to comply with UST guidelines (.6).

| 03/10/22 | M M Melvin | 0.70 |

Assemble exhibits electronically to the twenty-sixth monthly fee statement (0.20); forward assembled document to C. Buck for approval to e-file (0.10); review and e-file the twenty-sixth monthly fee statement (0.20); serve the same by e-mail (0.20).

| 03/10/22 | J J Normile | 1.50 |

Participate in hearing before Judge Drain regarding various claimant statements.

| 03/15/22 | C Buck | 4.50 |

Draft 27th Fee statement (1.5); draft 7th interim fee application (3.0).

| 03/15/22 | A Kordas | 1.10 |

Draft/revise and coordinate filing of monthly fee statement.

| 03/15/22 | J J Normile | 1.00 |

████████████████████████████████████████████

| 03/16/22 | C Buck | 0.70 |

Finalize 27th Fee statement for filing (.4); redact January invoices (.3).

| 03/16/22 | A Kordas | 2.10 |

Draft/revise fee application.

| 03/16/22 | M M Melvin | 0.50 |

Review and e-file Jones Day's Twenty-Seventh Monthly Fee Statement (January, 2022) (0.30); serve the same by e-mail (0.20).

| 03/17/22 | C Buck | 1.20 |

Revise Seventh Interim Fee Application and finalize for filing.

# JONES DAY

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/17/22 | A Kordas | 1.30 |

Finalize seventh interim fee application and coordinate filing of same (1.0); call with JD team regarding same (.3).

| 03/17/22 | M M Melvin | 1.00 |
|---|---|---|

Gather Oct., Nov., Dec. and Jan. fee statements, extract the exhibits and assemble the exhibits with the seventh interim fee application (0.50); send the compiled fee application to C. Buck for review and filing approval (0.10); e-file the fee application (0.20); serve the seventh interim fee application by e-mail (0.20).

| 03/17/22 | J J Normile | 2.00 |
|---|---|---|

| 03/18/22 | M M Melvin | 0.50 |
|---|---|---|

Draft an Affidavit of Service for service of Jones Day's seventh interim fee application (0.30); forward the Affidavit of Service to C. Buck for review and approval to e-file (0.10); e-file the Affidavit of service (0.10).

| 03/22/22 | M M Melvin | 0.10 |
|---|---|---|

Deliver the original copy of the Affidavit of Service regarding Jones Day's 7th Interm Fee Application to the Records Department.

| **Total** | | **25.80** |
|---|---|---|

# JONES DAY

305158.999007

Retention Matters

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **PUBLICATION EXPENSES** | | | | |
| 03/24/22 | R E Kusmik | ZFI | 61.56 | |

Vendor: Rachel Kusmik Invoice#: 5057450203241316 Date: 3/24/2022  -  - Publication Expenses Vendor: PNC Bank N.A.; Invoice#: 02-28-2022; Date: 2/28/2022 - February 2022 PNC Visa Bill - OVID/LWW ONLINE JRNL- Purchase journal article for J. Normile.

| | | | |
|---|---|---|---|
| **Publication Expenses Subtotal** | | | **61.56** |

| | | | |
|---|---|---|---|
| **Total Disbursements and Charges** | | **USD** | **61.56** |