**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

### SUMMARY OF COMBINED MONTHLY AND FIFTH INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR (I) THE COMBINED MONTHLY PERIOD FROM MARCH 1, 2022 THROUGH APRIL 30, 2022 AND (II) THE INTERIM PERIOD FROM FEBRUARY 1, 2022 THROUGH APRIL 30, 2022

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC[2] |
| Authorized to Provide Services as: | Administrative Advisor |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Combined Monthly Period for Which Compensation and Reimbursement is Sought: | March 1, 2022 through April 30, 2022 (“**Combined Monthly Fee Period**”) |
| Amount of Compensation Sought as Actual, Reasonable and Necessary During the Monthly Period: | $849.08 |
| Amount of Expense Reimbursement Sought During the Monthly Period: | $0.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. There has not been any change in the company's leadership, ownership, or organizational structure.

| Interim Period for Which Compensation and Reimbursement is Sought: | February 1, 2022, through April 30, 2022 (**"Interim Fee Period"**) |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$3,744.15** |
| Amount of Expense Reimbursement Sought: | $0.00 |
| **Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | **$3,744.15** |
| **Total Amount Outstanding to Be Paid at This Time:** | **$3,744.15** |

This is an:  ___X___  monthly  ___X___  interim  _____  final application.

### Prior Interim Fee Applications

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 |
| 7/15/21; ECF No. 3196 | 2/1/21 – 5/31/21 | $173,227.97 | $70.00 | $173,227.97 | $70.00 |
| 11/15/21; ECF No. 4115 | 6/1/21 – 9/30/21 | $623,372.93 | $273.50 | $621,872.93 | $273.50 |
| 3/17/22; ECF No. 4545 | 10/1/21 – 1/31/22 | $21,592.80 | $0.00 | $21,592.80 | $0.00 |

### Prior Monthly Fee Statements Filed During the Interim Fee Period

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/28/22; ECF No. 4602 | 2/1/22-2/28/22 | $2,895.07 (payment of 80% or $2,316.05) | $0.00 | $2,316.05 (80% of $2,895.07) | $0.00 | $579.02 |

### Summary of Hours Billed by Kroll Employees During the Combined Monthly Fee Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Brunswick, Gabriel | Director | 3.10 | $225.60 | $699.36 |
| Vyskocil, Ryan J | Solicitation Consultant | 0.50 | $219.80 | $109.90 |

| | | | | |
|---|---|---|---|---|
| Gabriel, Ben | Consultant | 0.80 | $167.70 | $134.16 |
| | **TOTAL** | **4.40** | | **$943.42**[3] |
| | **BLENDED RATE** | | **$214.41** | |

### Summary of Hours Billed by Subject Matter During the Combined Monthly Fee Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 0.50 | $109.90 |
| Retention / Fee Application | 3.90 | $833.52 |
| **TOTAL** | **4.40** | **$943.42**[4] |

### Summary of Expenses Incurred During the Interim Fee Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

### Summary of Hours Billed by Kroll Employees During the Interim Fee Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Orchowski, Alex T | Director of Solicitation | 2.00 | $243.00 | $486.00 |
| Brunswick, Gabriel | Director | 4.00 | $225.60 | $902.40 |
| Vyskocil, Ryan J | Solicitation Consultant | 12.00 | $219.80 | $2,637.60 |
| Gabriel, Ben | Consultant | 0.80 | $167.70 | $134.16 |
| | **TOTAL** | **18.80** | | **$4,160.16**[5] |
| | **BLENDED RATE** | | **$221.29** | |

### Summary of Hours Billed by Subject Matter During the Interim Fee Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 0.50 | $109.90 |
| Retention / Fee Application | 4.80 | $1,036.56 |
| Solicitation | 13.50 | $3,013.70 |
| **TOTAL** | **18.80** | **$4,160.16**[6] |

### Summary of Expenses Incurred During the Interim Fee Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

---

[3, 4] This amount has been discounted to $849.08 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $192.97.

[5, 6] This amount has been discounted to $3,744.15 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $199.16.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | **(Jointly Administered)** |

---

## COMBINED MONTHLY AND FIFTH INTERIM FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR (I) THE COMBINED MONTHLY PERIOD FROM MARCH 1, 2022 THROUGH APRIL 30, 2022 AND (II) THE INTERIM PERIOD FROM FEBRUARY 1, 2022 THROUGH APRIL 30, 2022

Kroll Restructuring Administration LLC ("**Kroll**"),[2] administrative advisor to Purdue Pharma L.P. and certain of its affiliates as debtors and debtors in possession (collectively, the "**Debtors**"), files this combined monthly and fifth interim fee application (the "**Application**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules (the "**Local Bankruptcy Rules**") of the United States Bankruptcy Court for the Southern District of New York (the "**Court**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. There has not been any change in the company's leadership, ownership, or organizational structure.

529] (the "**Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for (a) the combined monthly period from March 1, 2022 through April 30, 2022 (the "**Combined Monthly Fee Period**") and (b) the interim period from February 1, 2022 through April 30, 2022 (the "**Interim Fee Period**").  In support of the Application, Kroll respectfully represents as follows:

### Jurisdiction

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1 and the Compensation Order.

### Background

3.      On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

## Retention of Kroll

4.        On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Kroll (under its former name, Prime Clerk LLC) as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

5.        By this Application, Kroll seeks allowance on an interim basis of compensation for professional services rendered to the Debtors during:  (a) the Combined Monthly Fee Period in the aggregate amount of $849.08  and for reimbursement of actual and necessary expenses incurred in connection with the rendering of such services in the aggregate amount of $0.00; and (b) the Interim Fee Period in the aggregate amount of $3,744.15, and for reimbursement of actual and necessary expenses incurred in connection with the rendering of such services in the aggregate amount of $0.00, for a total aggregate amount of $3,744.15 during the Interim Fee Period. Itemized invoices for the Interim Fee Period are attached hereto as **Exhibit A**.

## Monthly Compensation

6.        Pursuant to the Compensation Order, Kroll has previously submitted a description of the hours it spent rendering services to the Debtors during the Interim Fee Period and a request for allowance and payment of fees and expenses related to such services in its monthly fee statement filed at Docket Nos. 4602 (the "**Monthly Fee Statement**").  In addition, Kroll incurred fees during the Combined Monthly Fee Period in the amount of $849.08 on account of reasonable and necessary professional services rendered to or on behalf of the Debtors by Kroll and $0.00 of actual and necessary costs and expenses.

7.    All services for which compensation has been requested by Kroll during the Interim Fee Period were performed for or on behalf of the Debtors.  The fees and disbursements sought by this Application do not include any fees or disbursements that have been sought for services provided by Kroll under the Claims and Noticing Agent Retention Order,[3] which provides for separate procedures for the payment of such fees and disbursements.  Similarly, no fees or disbursements for services provided to the Debtors under the Claims and Noticing Agent Retention Order has been sought by the Monthly Fee Statement or is being sought hereby.

8.    Lastly, except to the extent of the advance paid to Kroll (as described in the Kroll Restructuring Administration LLC Engagement Letter between Kroll (under its former name) and the Debtors) and payment of the fees and disbursements sought in the Monthly Fee Statement, Kroll has neither sought nor received any payment or promises for payment from any source during the Interim Fee Period in connection with the matters described in this Application.  Also, there is no agreement or understanding between Kroll and any other person, other than the affiliates, partners, managers, directors and employees of Kroll, for sharing of the compensation to be received for services rendered to the Debtors in these chapter 11 cases.

**Summary of Professional Services Rendered**

9.    The professional services that Kroll rendered during the Interim Fee Period are grouped by subject matter and summarized as follows:

---

[3] The Claims and Noticing Agent Retention Order is that certain *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent for the Debtors*, entered by the Court on September 18, 2019 [Docket No. 60].

- ### Call Center / Credit Inquiry

Fees:  $109.90; Hours:  0.50

Call Center / Credit Inquiry services provided included responding to creditor inquiries related to solicitation.

- ### Retention / Fee Application

Fees:  $1,036.56; Hours:  4.80

Retention / Fee Application services provided included: (i) preparing, revising, and filing the Monthly Fee Statement; and (ii) preparing, revising, and filing Kroll's fourth interim fee application filed at Docket No. 4545, and telephonically attending the hearing thereon.

- ### Solicitation

Fees:  $3,013.70; Hours:  13.50

Solicitation services provided included reviewing and responding to inquiries from the Debtors' counsel regarding solicitation matters, including the preparation of customized reports regarding the voting results.

### Summary of Expenses Incurred

10.    In rendering the services described herein, Kroll did not incur any actual and necessary expenses during the Interim Fee Period (including the Combined Monthly Fee Period).

### Kroll's Requested Fees and
### Reimbursement of Expenses Should Be Allowed by this Court

11.    Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered … and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded … the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)    the time spent on such services;
>
> (b)    the rates charged for such services;
>
> (c)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (f)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

12.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by Kroll are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

13.    In addition, Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

14.    Lastly, Kroll maintains computerized records of the time spent by employees of Kroll in connection with its role as administrative agent to the Debtors.  **Exhibit A** hereto: (a) identifies the employee that rendered services in each task category; (b) describes each service

6

such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, lists the amount and type of expenses incurred.

### Allowance of Compensation and Reimbursement of Expenses

15.     Kroll requests that it be allowed, on an interim basis, compensation for professional services rendered and reasonable and necessary expenses incurred during the Interim Fee Period in the aggregate amount of $3,744.15 and $0.00, respectively, for a total aggregate amount of $3,744.15. It is possible that some time expended or expenses incurred during the Interim Fee Period are not reflected in this Application. Kroll reserves the right to include such amounts in future fee applications.

### Certification of Compliance and Waiver

16.     The undersigned has reviewed the requirements of Rule 2016-1 of the Local Rules and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-1, Kroll believes that such deviations are not material and respectfully requests that any such requirements be waived.

### Notice

17.     Pursuant to the Compensation Order, this Application will be served upon the Fee Notice Parties (as defined in the Compensation Order). Kroll submits, in light of the relief requested, no other or further notice is necessary.

### Conclusion

WHEREFORE, Kroll respectfully requests that the Court enter an order: (a) granting Kroll interim allowance of compensation for professional services rendered in the aggregate amount of

$3,744.15, which represents 100% of the total compensation for professional services rendered by Kroll during the Interim Fee Period; (b) granting Kroll reimbursement of $0.00 for 100% of the actual and necessary costs and expenses incurred by Kroll during the Interim Fee Period; (c) authorizing and directing the Debtors to pay Kroll $3,744.15 (less any amounts previously paid) for professional services rendered and for actual and necessary expenses; and (d) granting such other and further relief as is just and proper.

Dated:  May 13, 2022
      New York, New York

/s/ Shira D. Weiner
Shira D. Weiner
General Counsel
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com

*Administrative Advisor to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.¹ | **(Jointly Administered)** |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR
PROFESSIONALS IN RESPECT OF COMBINED MONTHLY AND FIFTH INTERIM
FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION
LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR (I) THE COMBINED
MONTHLY PERIOD FROM MARCH 1, 2022 THROUGH APRIL 30, 2022 AND
(II) THE INTERIM PERIOD FROM FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

I, Shira D. Weiner, hereby certify that:

1.      I am the General Counsel to Kroll Restructuring Administration LLC ("**Kroll**"),²

administrative advisor to Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors

in possession (collectively, the "**Debtors**").

2.      This certification is made in respect of Kroll's compliance with the Amended

Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases, effective as of February 5, 2013 (as adopted by General Order M-447) (the

"**Local Guidelines**"), and the U.S. Trustee Guidelines for Reviewing Applications for

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.
² Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. There has not been any change in the company's leadership, ownership, or organizational structure.

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 effective January 30, 1996 (the "**UST Guidelines**" together with the Local Guidelines, the "**Fee Guidelines**"), in connection with Kroll's interim fee application (the "**Application**") for allowance and approval of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for (a) the combined monthly period from March 1, 2022 through April 30, 2022 (the "**Combined Monthly Fee Period**") and (b) the interim period from February 1, 2022 through April 30, 2022 (the "**Interim Fee Period**").

3.     In respect of Section B.1 of the Local Guidelines, I certify that:

(a)     I have read the Application;

(b)     to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought fall within the Fee Guidelines;

(c)     the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kroll and generally accepted by Kroll's clients; and

(d)     in seeking the reimbursement of expenses described in the Application, Kroll did not make a profit on those services, whether performed by Kroll in-house or through a third party.

4.     In respect of Section B.2 of the Local Guidelines, I certify that Kroll has provided the U.S. Trustee, the Debtors and their attorneys, and counsel to the Official Committee of Unsecured Creditors (the "**Committee**") with a statement of Kroll's fees and expenses accrued during the Interim Fee Period.

5.      In respect of Section B.3 of the Local Guidelines, I certify that the Debtors, its attorneys, counsel to the Committee and the U.S. Trustee are each being provided with a copy of the Application.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 13, 2022
        New York, New York                      /s/ Shira D. Weiner
                                                Shira D. Weiner
                                                General Counsel
                                                Kroll Restructuring Administration LLC
                                                55 East 52nd Street, 17th Floor
                                                New York, NY 10055
                                                Phone: (212) 257-5450
                                                shira.weiner@kroll.com

                                                Administrative Advisor to the Debtors

**Exhibit A**



## Hourly Fees by Employee through February  2022

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| RJV | Vyskocil, Ryan J | SA  - Solicitation Consultant | 11.50 | $219.80 | $2,527.70 |
| GB | Brunswick, Gabriel | DI  - Director | 0.90 | $225.60 | $203.04 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 2.00 | $243.00 | $486.00 |
| | | **TOTAL:** | **14.40** | | **$3,216.74** |

## Hourly Fees by Task Code through February  2022

| Task Code | Task Code Description | Hours | Total |
|-----------|---------------------|-------|-------|
| RETN | Retention / Fee Application | 0.90 | $203.04 |
| SOLI | Solicitation | 13.50 | $3,013.70 |
| | **TOTAL:** | **14.40** | **$3,216.74** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 02/01/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes recieved through solicitation including preparation of customized reports | Solicitation | 2.00 |
| 02/02/22 | ATO | DS | Review responses to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.00 |
| 02/02/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received through solicitation including preparation of customized reports | Solicitation | 2.00 |
| 02/03/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to votes received through solicitation including preparation of customized reports | Solicitation | 3.50 |
| 02/04/22 | ATO | DS | Review responses to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.00 |
| 02/04/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received through solicitation | Solicitation | 1.40 |
| 02/07/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received through solicitation | Solicitation | 0.80 |
| 02/16/22 | GB | DI | Draft combined monthly fee statement | Retention / Fee Application | 0.90 |
| 02/17/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received through solicitation | Solicitation | 1.80 |

**Total Hours**     **14.40**



**Hourly Fees by Employee through March  2022**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|------:|-----:|------:|
| BG | Gabriel, Ben | CO - Consultant | 0.80 | $167.70 | $134.16 |
| GB | Brunswick, Gabriel | DI  - Director | 2.60 | $225.60 | $586.56 |
| | | **TOTAL:** | **3.40** | | **$720.72** |

**Hourly Fees by Task Code through March  2022**

| Task Code | Task Code Description | Hours | Total |
|-----------|---------------------|------:|------:|
| RETN | Retention / Fee Application | 3.40 | $720.72 |
| | **TOTAL:** | **3.40** | **$720.72** |

Purdue Pharma

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 03/03/22 | GB | DI | Draft interim fee application | Retention / Fee Application | 1.80 |
| 03/17/22 | GB | DI | Draft monthly fee application | Retention / Fee Application | 0.80 |
| 03/28/22 | BG | CO | Review and file monthly fee application | Retention / Fee Application | 0.80 |
| | | | | **Total Hours** | **3.40** |



### Hourly Fees by Employee through April  2022

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| RJV | Vyskocil, Ryan J | SA  - Solicitation Consultant | 0.50 | $219.80 | $109.90 |
| GB | Brunswick, Gabriel | DI  - Director | 0.50 | $225.60 | $112.80 |
| | | **TOTAL:** | **1.00** | | **$222.70** |

### Hourly Fees by Task Code through April  2022

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| INQR | Call Center / Credit Inquiry | 0.50 | $109.90 |
| RETN | Retention / Fee Application | 0.50 | $112.80 |
| | **TOTAL:** | **1.00** | **$222.70** |

Purdue Pharma                                                                                           Page 2

Invoice #: 18203

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 04/27/22 | GB | DI | Attend interim fee application hearing | Retention / Fee Application | 0.50 |
| 04/27/22 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| | | | | **Total Hours** | **1.00** |