KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### THIRD MONTHLY FEE STATEMENT OF
### KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO
### THE STATE OF WASHINGTON FOR COMPENSATION FOR
### SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED
### <u>FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022</u>

12229874.2 - 05/13/22

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | April 1, 2022 through April 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $115,591.60 |
| **Current Fee Request** | $92,473.28 (80% of $115,591.60) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $22.30 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $92,495.58 |
| **Total Fees and Expenses Inclusive of Holdback** | $115,613.90 |
| **This is a(n):**   X   Monthly Application        ___Interim Application        ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Third Monthly Fee Statement (the "Fee Statement") for the period of April 1, 2022 through and including April 30, 2022 (the "Statement Period").

## **Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $115,591.60 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $92,473.28.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $22.30  in connection with providing professional services prior to and during the Statement Period and a copy of the computer-generated list of expenses.

## Notice

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: May 13, 2022

Respectfully submitted,

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:  _/s/ Matthew J. Gold_
       Matthew J. Gold
       Robert M. Tuchman

       500 Fifth Avenue
       New York, New York 10110
       Tel:  (212) 986-6000
       Fax:  (212) 986-8866
       E-mail:     mgold@kkwc.com
                    rtuchman@kkwc.com

       *Attorneys for the State of Washington*

## EXHIBIT A

### SERVICES RENDERED BY

### KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
### COMMENCING APRIL 1, 2022 THROUGH APRIL 30, 2022

### Summary of Fees Task Code

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 97 | $104,658.60 |
| 004 Injunction Adversary Proceeding | 1.5 | $1,503.00 |
| 005 Fee Applications | 13 | $9,430.00 |
| **Total** | **111.50** | **$115,591.60** |
| | | |
| 20% Fee Holdback | | **$23,118.32** |
| 80% of Fees | | **$92,473.28** |
| Plus Expenses | | **$22.30** |
| Requested Amount | | **$92,495.58** |

Page **5**

**<u>EXHIBIT B</u>**

**SERVICES RENDERED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

**<u>COMMENCING APRIL 1, 2022 THROUGH APRIL 30, 2022</u>**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983<br>Bankruptcy | 2022: $1,060 | 81.2 | $86,072.00 |
| Robert L. Berman | Partner 1978<br>Securities and Corporate Finance | 2022: $1,176 | 24.1 | $28,341.60 |
| Juliet Remi | Paralegal<br>Litigation & Risk Management | 2022: $190 | 6.2 | $1,178.00 |
| **Total Fees Requested** | | | | **$115,591.60** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

**COMMENCING APRIL 1, 2022 THROUGH APRIL 30, 2022**

| EXPENSE | AMOUNT |
|---|---|
| Legal Research Services | $22.30 |
| **Total Expenses** | **$22.30** |

12229874.2 - 05/13/22

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| Invoice Date: | April 30, 2022 |
| Invoice Number: | 111686 |
| Matter Number: | 7263-0001 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Client:        State of Washington
Matter:        Purdue Pharma

*For professional services rendered through April 30, 2022*

Currency: USD

Costs                                                                4.20

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | *Citibank N.A.* |
| | *500 Fifth Avenue* | *ABA Number: 021000089* |
| | *New York, N.Y. 10110* | *Swift Code: CITIUS33 (International)* |
| | | *Account # 9987286692* |
| | | **(Please Reference Invoice Number)** |

| Client: State of Washington | Invoice Date: | April 30, 2022 |
|---|---|---|
| Matter: Purdue Pharma | Invoice Number: | 111686 |
| | Matter Number: | 7263-0001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/21/2022 | Pacer Service Center - Inv#3974096-Q12022 - 4/7/22 1/1/22-3/31/22 1stQtr 2022 | 1.00 | 1.20 |
| 04/21/2022 | Pacer Service Center - Inv#3974096-Q12022 - 4/7/22 1/1/22-3/31/22 1stQtr 2022 | 1.00 | 3.00 |
| **Total** | | | **$4.20** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

|  |  |
|---|---|
| Invoice Date: | April 30, 2022 |
| Invoice Number: | 111688 |
| Matter Number: | 7263-0004 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| Client: | State of Washington |
|---|---|
| Matter: | Injunction adversary proceeding |

*For professional services rendered through April 30, 2022*

Currency: USD

| Costs | 18.10 |
|---|---|

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
|  | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | *Citibank N.A.* |
|  | *500 Fifth Avenue* | *ABA Number: 021000089* |
|  | *New York, N.Y. 10110* | *Swift Code: CITIUS33 (International)* |
|  |  | *Account # 9987286692* |
|  |  | **(Please Reference Invoice Number)** |

| Client: State of Washington | Invoice Date: | April 30, 2022 |
| Matter: Injunction adversary proceeding | Invoice Number: | 111688 |
| | Matter Number: | 7263-0004 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 04/21/2022 | Pacer Service Center - Inv#3974096-Q12022 - 4/7/22 1/1/22-3/31/22 1stQtr 2022 | 1.00 | 18.10 |
| **Total** | | | **$18.10** |

## <u>EXHIBIT D</u>

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | April 30, 2022 |
| Invoice Number: | 111686 |
| Matter Number: | 7263-0001 |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through April 30, 2022*

Currency: USD

| | |
|---|---|
| Fees | 104,658.60 |
| Costs | 4.20 |
| **Total Due This Invoice** | **$104,662.80** |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | Kleinberg, Kaplan, Wolff & Cohen, P.C. | Citibank N.A. |
| | 500 Fifth Avenue | ABA Number: 021000089 |
| | New York, N.Y. 10110 | Swift Code: CITIUS33 (International) |
| | | Account # 9987286692 |
| | | **(Please Reference Invoice Number)** |

Client: State of Washington

Matter: Purdue Pharma

| | | |
|---|---|---|
| Invoice Date: | | April 30, 2022 |
| Invoice Number: | | 111686 |
| Matter Number: | | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/01/2022 | Matthew J. Gold | Conferring with J. Abrams regarding coordination with other States; revising outline of next steps; reviewing most recent comments and circulating email attaching same | 1.80 | 1,060.00 | 1,908.00 |
| 04/01/2022 | Robert Berman | Reviewing email and attachments regarding status of negotiations and open issues; conferring regarding issues on inter creditor agreement | 1.60 | 1,176.00 | 1,881.60 |
| 04/04/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/04/2022 | Matthew J. Gold | Reviewing Judge Drain's Approval Order decision; revising outline regarding same; revising outline of "to do" items | 3.80 | 1,060.00 | 4,028.00 |
| 04/04/2022 | Robert Berman | Conferring regarding issues and next steps | 0.80 | 1,176.00 | 940.80 |
| 04/05/2022 | Matthew J. Gold | Completing review of Judge Drain's Approval Order decision; revising outline regarding same; revising outline of "to do" items | 1.10 | 1,060.00 | 1,166.00 |
| 04/06/2022 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement draft; continuing review of filed briefs | 2.20 | 1,060.00 | 2,332.00 |
| 04/06/2022 | Robert Berman | Continuing analyzing potential issues and conferring | 1.60 | 1,176.00 | 1,881.60 |
| 04/07/2022 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement draft and ongoing matters; conferring with I. Goldman and G. Fay regarding same; participating in call with States regarding same; continuing review of filed briefs | 3.40 | 1,060.00 | 3,604.00 |
| 04/07/2022 | Robert Berman | Conferring; conference call with counsel for connecticut; preparation; continuing review of settlement agreements | 2.80 | 1,176.00 | 3,292.80 |

Client: State of Washington

Matter: Purdue Pharma

| | | Invoice Date: | April 30, 2022 |
| | | Invoice Number: | 111686 |
| | | Matter Number: | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/08/2022 | Matthew J. Gold | Conferring with B. Edmunds regarding Intercreditor Agreement and negotiations; exchanging emails with negotiation team regarding same; continuing review of appellate briefs | 4.40 | 1,060.00 | 4,664.00 |
| 04/08/2022 | Robert Berman | Conferring regarding intercreditor agreement issues, decision making for the SOAF and next steps in the process; reviewing emails from Pullman | 1.40 | 1,176.00 | 1,646.40 |
| 04/11/2022 | Matthew J. Gold | Continuing review of appellate briefs; exchanging emails with team regarding Intercreditor Agreement | 1.20 | 1,060.00 | 1,272.00 |
| 04/11/2022 | Robert Berman | Reviewing emails from T. Lundgren, i. Goldman and J. Weiner; conferring | 1.20 | 1,176.00 | 1,411.20 |
| 04/12/2022 | Matthew J. Gold | Continuing review of appellate briefs; exchanging emails with team and Davis Polk regarding Intercreditor Agreement negotiations | 2.20 | 1,060.00 | 2,332.00 |
| 04/12/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/12/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/12/2022 | Robert Berman | Reviewing emails and conferring regarding timing and issues | 1.40 | 1,176.00 | 1,646.40 |
| 04/13/2022 | Matthew J. Gold | Preparing outline of SOAF issues in settlement agreement and Intercreditor Agreement; exchanging emails with team and Davis Polk regarding scheduling of calls | 3.30 | 1,060.00 | 3,498.00 |
| 04/13/2022 | Robert Berman | Conferring and reviewing emails regarding ICA and next steps | 0.90 | 1,176.00 | 1,058.40 |
| 04/14/2022 | Matthew J. Gold | Revising outline of SOAF issues in settlement agreement and Intercreditor Agreement | 2.80 | 1,060.00 | 2,968.00 |
| 04/14/2022 | Robert Berman | Conferring regarding issues regarding the priority of payments and collateral; reviewing proposals | 1.50 | 1,176.00 | 1,764.00 |

Client: State of Washington

Matter: Purdue Pharma

Invoice Date: April 30, 2022

Invoice Number: 111686

Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/15/2022 | Matthew J. Gold | Revising outline of SOAF issues in settlement agreement and Intercreditor Agreement | 2.60 | 1,060.00 | 2,756.00 |
| 04/18/2022 | Matthew J. Gold | Revising outline of SOAF issues in settlement agreement and Intercreditor Agreement | 4.80 | 1,060.00 | 5,088.00 |
| 04/18/2022 | Juliet Remi | Circulating recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/18/2022 | Robert Berman | Conferring and reviewing issue list and provisions in Intercreditor Agreement; reviewing some provisions in MDT settlement agreement; preparation for calls | 2.70 | 1,176.00 | 3,175.20 |
| 04/19/2022 | Matthew J. Gold | Revising outline of SOAF issues in settlement agreement and Intercreditor Agreement; participating in calls with negotiation team and Davis Polk; exchanging emails with States regarding same | 5.50 | 1,060.00 | 5,830.00 |
| 04/19/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/19/2022 | Robert Berman | Conferring; conference calls with Pullman and California AG office; conference call with Pullman, California AG and Davis Polk regarding Intercreditor Agreement issues and next steps | 2.50 | 1,176.00 | 2,940.00 |
| 04/20/2022 | Matthew J. Gold | Revising outline of SOAF issues in settlement agreement and Intercreditor Agreement | 3.20 | 1,060.00 | 3,392.00 |
| 04/20/2022 | Robert Berman | Conferring regarding next steps | 1.40 | 1,176.00 | 1,646.40 |
| 04/21/2022 | Juliet Remi | Circulating recently filed documents; conferring regarding oral argument procedures | 0.20 | 190.00 | 38.00 |
| 04/21/2022 | Matthew J. Gold | Revising outline of SOAF issues in settlement agreement and Intercreditor Agreement; conferring regarding same | 5.40 | 1,060.00 | 5,724.00 |
| 04/21/2022 | Robert Berman | Conferring regarding next steps and additional intercreditor issues and preparation | 2.30 | 1,176.00 | 2,704.80 |

Client: State of Washington
Matter: Purdue Pharma

Invoice Date:                  April 30, 2022
Invoice Number:                      111686
Matter Number:                     7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/22/2022 | Matthew J. Gold | Revising and circulating outline of SOAF issues in settlement agreement and Intercreditor Agreement | 4.40 | 1,060.00 | 4,664.00 |
| 04/22/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/22/2022 | Robert Berman | Reviewing memo regarding intercreditor issues and conferring | 0.60 | 1,176.00 | 705.60 |
| 04/25/2022 | Matthew J. Gold | Exchanging emails with team regarding SOAF issues in settlement agreement and Intercreditor Agreement; preparing email to Purdue regarding same; participating in conference call with States regarding same | 4.60 | 1,060.00 | 4,876.00 |
| 04/25/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/25/2022 | Robert Berman | Reviewing emails and conferring | 0.90 | 1,176.00 | 1,058.40 |
| 04/26/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/26/2022 | Matthew J. Gold | Reviewing Warner-Lambert and Purdue state court orders as potential precedents | 1.60 | 1,060.00 | 1,696.00 |
| 04/27/2022 | Matthew J. Gold | Revising and circulating outline of SOAF issues in settlement agreement and Intercreditor Agreement; conferring regarding same | 3.60 | 1,060.00 | 3,816.00 |
| 04/27/2022 | Juliet Remi | Saving recently filed documents | 0.10 | 190.00 | 19.00 |
| 04/27/2022 | Robert Berman | Reviewing emails and conferring | 0.50 | 1,176.00 | 588.00 |
| 04/28/2022 | Matthew J. Gold | Revising summary of SOAF issues in settlement agreement and Intercreditor Agreement; reviewing motion regarding KERP and KEIP and preparing email to J. Rupert regarding same; reviewing arguments before Second Circuit | 5.10 | 1,060.00 | 5,406.00 |

| | | |
|---|---|---|
| Client: State of Washington | Invoice Date: | April 30, 2022 |
| Matter: Purdue Pharma | Invoice Number: | 111686 |
| | Matter Number: | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/2022 | Matthew J. Gold | Monitoring oral argument before Second Circuit; conferring with team regarding same; revising and circulating outline of SOAF issues in settlement agreement and Intercreditor Agreement | 4.80 | 1,060.00 | 5,088.00 |
| **Total** | | | **97.00** | | **$104,658.60** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Juliet Remi | 1.10 | 190.00 | 209.00 |
| Matthew J. Gold | 71.80 | 1,060.00 | 76,108.00 |
| Robert Berman | 24.10 | 1,176.00 | 28,341.60 |
| **Total** | **97.00** | | **$104,658.60** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/21/2022 | Pacer Service Center - Inv#3974096-Q12022 - 4/7/22 1/1/22-3/31/22 1stQtr 2022 | 1.00 | 1.20 |
| 04/21/2022 | Pacer Service Center - Inv#3974096-Q12022 - 4/7/22 1/1/22-3/31/22 1stQtr 2022 | 1.00 | 3.00 |
| **Total** | | | **$4.20** |

**Kleinberg Kaplan Wolff & Cohen P.C.**
500 Fifth Avenue
New York, NY 10110

|  |  |
|---|---|
| Invoice Date: | April 30, 2022 |
| Invoice Number: | 111687 |
| Matter Number: | 7263-0005 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Fee applications |

*For professional services rendered through April 30, 2022*

Currency: USD

| | |
|---|---|
| Fees | 9,430.00 |
| **Total Due This Invoice** | **$9,430.00** |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | *Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |

| Client: State of Washington | Invoice Date: | April 30, 2022 |
|---|---|---|
| Matter: Fee applications | Invoice Number: | 111687 |
| | Matter Number: | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/2022 | Juliet Remi | Updating calendar | 0.10 | 190.00 | 19.00 |
| 04/15/2022 | Juliet Remi | Reviewing docket for objections to fee application; conferring regarding same | 0.10 | 190.00 | 19.00 |
| 04/15/2022 | Matthew J. Gold | Conducting initial review of time records for monthly statement | 1.20 | 1,060.00 | 1,272.00 |
| 04/18/2022 | Matthew J. Gold | Exchanging emails regarding preparation of applications | 0.30 | 1,060.00 | 318.00 |
| 04/18/2022 | Juliet Remi | Conferring regarding objection deadline and payment schedule | 0.10 | 190.00 | 19.00 |
| 04/19/2022 | Matthew J. Gold | Conferring regarding preparation of applications | 0.30 | 1,060.00 | 318.00 |
| 04/19/2022 | Juliet Remi | Conferring regarding interim fee application and deadlines | 0.20 | 190.00 | 38.00 |
| 04/20/2022 | Matthew J. Gold | Exchanging emails regarding preparation of applications and reviewing same | 1.10 | 1,060.00 | 1,166.00 |
| 04/21/2022 | Juliet Remi | Compiling invoices in connection with second monthly fee statement; preparing draft of second monthly fee statement | 1.20 | 190.00 | 228.00 |
| 04/21/2022 | Matthew J. Gold | Conferring regarding preparation of applications and reviewing same | 0.80 | 1,060.00 | 848.00 |
| 04/22/2022 | Matthew J. Gold | Exchanging emails regarding fee applications and reviewing same | 0.90 | 1,060.00 | 954.00 |
| 04/22/2022 | Juliet Remi | Conferring regarding second monthly fee statement | 0.20 | 190.00 | 38.00 |
| 04/25/2022 | Matthew J. Gold | Exchanging emails with J. Rupert regarding preparation of applications; conferring regarding same | 0.70 | 1,060.00 | 742.00 |
| 04/25/2022 | Juliet Remi | Conferring regarding draft of second monthly fee application | 0.10 | 190.00 | 19.00 |
| 04/26/2022 | Juliet Remi | Revising draft of second monthly fee statement; conferring regarding same; working in connection with first interim fee application | 1.00 | 190.00 | 190.00 |

Client: State of Washington

Matter: Fee applications

| | | | | Invoice Date: | April 30, 2022 |
| | | | | Invoice Number: | 111687 |
| | | | | Matter Number: | 7263-0005 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/26/2022 | Matthew J. Gold | Reviewing draft Monthly Statement; conferring regarding preparation of applications and exhibits | 1.20 | 1,060.00 | 1,272.00 |
| 04/27/2022 | Matthew J. Gold | Reviewing draft Monthly Statement; conferring regarding preparation of applications and exhibits | 0.70 | 1,060.00 | 742.00 |
| 04/27/2022 | Juliet Remi | Revising second monthly fee application and exhibits thereto; conferring regarding same | 0.80 | 190.00 | 152.00 |
| 04/28/2022 | Matthew J. Gold | Conducting final review of draft Monthly Statement; conferring regarding same; exchanging emails with fee examiner | 0.80 | 1,060.00 | 848.00 |
| 04/28/2022 | Juliet Remi | Coordinating to finalize, file and serve second monthly fee application | 1.20 | 190.00 | 228.00 |
| **Total** | | | **13.00** | | **$9,430.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Juliet Remi | 5.00 | 190.00 | 950.00 |
| Matthew J. Gold | 8.00 | 1,060.00 | 8,480.00 |
| **Total** | **13.00** | | **$9,430.00** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

|  |  |
|---|---|
| Invoice Date: | April 30, 2022 |
| Invoice Number: | 111688 |
| Matter Number: | 7263-0004 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Injunction adversary proceeding |

*For professional services rendered through April 30, 2022*

Currency: USD

| | |
|---|---|
| Fees | 1,503.00 |
| Costs | 18.10 |
| **Total Due This Invoice** | **$1,521.10** |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | *Citibank N.A.* <br> *ABA Number: 021000089* <br> *Swift Code: CITIUS33 (International)* <br> *Account # 9987286692* <br> **(Please Reference Invoice Number)** |

| Client: State of Washington | Invoice Date: | April 30, 2022 |
|---|---|---|
| Matter: Injunction adversary proceeding | Invoice Number: | 111688 |
| | Matter Number: | 7263-0004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/2022 | Juliet Remi | Registering appearance for hearing | 0.10 | 190.00 | 19.00 |
| 04/26/2022 | Matthew J. Gold | Reviewing agenda for 4/27 hearing; exchanging emails regarding same | 0.20 | 1,060.00 | 212.00 |
| 04/27/2022 | Matthew J. Gold | Reviewing revised agenda for 4/27 hearing; attending hearing | 1.20 | 1,060.00 | 1,272.00 |
| **Total** | | | **1.50** | | **$1,503.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Juliet Remi | 0.10 | 190.00 | 19.00 |
| Matthew J. Gold | 1.40 | 1,060.00 | 1,484.00 |
| **Total** | **1.50** | | **$1,503.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/21/2022 | Pacer Service Center - Inv#3974096-Q12022 - 4/7/22 1/1/22-3/31/22 1stQtr 2022 | 1.00 | 18.10 |
| **Total** | | | **$18.10** |