*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Maria Ecke**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☒ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☒ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Denial of Claim for Estate of David Jonathan Ecke**

2. State the date on which the judgment, order, or decree was entered: **April 29, 2022**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Richard Ecke**    Attorney: **Pro Se**

2. Party: **Andrew Ecke**    Attorney: **Pro Se**

   Party: **Peter Sottile**    Attorney: **Pro Se**

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Maria Eike_
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: May 13, 2022

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Pro Se

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to Inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

__Maria Ecke__
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

CV __19-23649 (RDD)__
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

__Purdue Pharma et al__

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?   ☐ Yes   ☒ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☒ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: __$1669.00 Social Security__

   If "no," what was your last date of employment? __2006__

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability or worker's compensation payments ☐ Yes ☒ No
(e) Gifts or inheritances ☐ Yes ☒ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☒ Yes ☒ No   only
(g) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

Social Security

4. How much money do you have in cash or in a checking, savings, or inmate account?

not much - used for expenses

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

2 homes - I live in one and one with no tenants because a tenant destroyed my house during Covid

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

$177.19 - because the rest is gifted for mortgage, taxes, insurance, water, electricity, oil, gas
$2856 + $1866, $1200 $1500/year, $646, food

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

for 6 months

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

Credit cards - Discover, RCI, Bank of America
Best Buy $14.50/mo. I pay the above in full

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false monthly statement may result in a dismissal of my claims.

on my meager budget

May 13, 2022
Dated

Maria Ecke
Signature

MARIA ECKE
Name (Last, First, MI)

c/o the Office of Maria Ecke
8 Glenbrook Drive   West Simsbury,   CT   06092
Address                City                State   Zip Code

860-658-7745
Telephone Number          E-mail Address (if available)

IFP Application, page 2