BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured*
*Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**TWENTY-THIRD MONTHLY FEE STATEMENT OF**
**BEDELL CRISTIN JERSEY PARTNERSHIP**
**FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020 *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | March 1, 2022 through March 31, 2022 |
| Fees Incurred: | $36,261.00 |
| 20% Holdback: | $7,252.20 |
| Total Compensation Less 20% Holdback: | $29,008.80 |
| Monthly Expenses Incurred: | $20,151.01 |
| Total Fees and Expenses Requested: | **$56,412.01** |

This is a __x__ monthly _____interim _____final application


Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Twenty-Third Monthly Fee Statement") covering the period from March 1, 2022 through and including March 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

By this Twenty-Third Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $29,008.80 (80% of $36,261.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period and (b) reimbursement of actual and necessary costs and expenses in the amount of $20,151.01 incurred by Bedell Cristin during the Compensation Period.

**FEES FOR SERVICES RENDERED**
**DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.[2]

## NOTICE AND OBJECTION PROCEDURES

Notice of this Twenty-Third Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Twenty-Third Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) May 27, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

---

[2] Expense reports or invoices for such disbursements are included within Exhibit E.

If no objections to this Twenty-Third Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Twenty-Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey
May 13, 2022

Bedell Cristin Jersey Partnership

By:  */s/  Edward Drummond*
　　　26 New Street, St Helier, Jersey, JE2 3RA
　　　Telephone:  +44 (0) 1534 814621
　　　Edward.drummond@bedellcristin.com

　　　*Special Foreign Counsel to the Official
　　　Committee of Unsecured Creditors Purdue
　　　Pharma L.P.,* et al.

5

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 26.1 | 20,097.00 |
| Mrs L.C. Walmisley | Litigation | $770.00 | .2 | 154.00 |
| Mrs L. Hatfield | Litigation | $850.00 | 1.3 | 1,105.00 |
| Ms. J Verbiesen | Litigation | $850.00 | .5 | 425.00 |
| **Partner Total** | | | **28.1** | **21,781.00** |
| | | | | |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | Private Wealth | $565.00 | 14.8 | 8,362.00 |
| **Senior Associate Total** | | | **14.8** | **8,362.00** |
| | | | | |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $445.00 | 10.6 | 4,717.00 |
| Mr J Stroud | Litigation | $450.00 | .2 | 105.00 |
| **Associate Total** | | | **10.8** | **4,822.00** |
| | | | | |
| **Legal Staff** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Ms K. Le Blancq | Litigation | $240.00 | .6 | 144.00 |
| Mr M. G. E. Hill | Private Wealth | $345.00 | 1.6 | 552.00 |
| Ms J. Yarnall | Litigation | $300.00 | 2 | 600.00 |
| **Legal Staff Total** | | | **4.2** | **1,296.00** |
| | | | | |
| **Attorneys Total** | | | **53.7** | **34,965.00** |
| **Total Hours / Fees Requested** | | | **57.9** | **36,261.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | | 28.1 | 21,781.00 |
| Senior Associates | | 14.8 | 8,362.00 |
| Associates | | 10.8 | 4,822.00 |
| Legal Staff | | 4.2 | 1,296.00 |
| **Blended Attorney Rate** | **651.12** | | |
| **Blended Rate for All Timekeepers** | **626.27** | | |
| **Total Hours / Fees Requested:** | | **57.9** | **36,261.00** |

2

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Fees | 10.7 | 5,645.00 |
| 6 | Retention of Professionals | 2.9 | 1,081.50 |
| 13 | Prepetition Transactions | 44.3 | 29,534.50 |
| | **TOTAL:** | **57.9** | **36,261.00** |

3

**Exhibit C**

**Itemized Fees**

# B E D E L L
# C R I S T I N

**LEGAL SERVICES**

| | |
|---|---|
| Mitchell Hurley | **Our ref**   EBD/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No**   370818 |
| One Bryant Park | **Tax date**   12 April 2022 |
| Bank of America Tower | **GST No.**   0009162 |
| New York | **Tel:**   +44 (0) 1534 814814 |
| NY 10036 | |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/03/2022 to 31/03/2022 | 36,261.00 | 0.0% |
| | | |
| **Expenses** | | |
| LoopUp - conference call | 63.51 | 0.0% |
| **Third Party Charges** | | |
| Mr. Tom Smith QC professional fees from 1 March to 15 March 2022 | 11,110.00 | 0.0% |
| Mr. Andrew Shaw professional fees from 1 March to 14 March 2022 | 8,977.50 | 0.0% |
| Total excluding GST | US$ 56,412.01 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | **US$ 56,412.01** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

| | |
|---|---|
| Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE | Sort Code: 20-45-05 |
| Account Name: Bedell Group Services Offices  USD | Account Number: 62384922 |
| Swift Code: BARCGB22 | IBAN: GB88 BARC 2045 0562 3849 22 |

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**bedellcristin.com**

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30652964-3

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York
NY 10036

| | |
|---|---|
| **Our ref** | KLB/CCY/136744.0001 |
| **Invoice No** | 370818 |
| **Tax date** | 12 April 2022 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 01/03/22 | 0013 Claims - Trust assets - prep for call (0.4); call with BC team (1.0). Note for file (0.3). Call with AS counsel (0.7). | 2:24 | 1,848.00 |
| | 0013: Claims - Email exchange with counsel | 0:18 | 231.00 |
| 02/03/22 | 0013: Claim - review US law queries from AS (0.3); exchange correspondence (0.2); email to US team (0.2); email exchange with Akin Gump (0.1). | 0:48 | 616.00 |
| 03/03/22 | 0013: Claims - Call with counsel and Akin Gump. | 1:12 | 924.00 |
| | 0013: Claims – Internal email | 0:24 | 308.00 |
| | 0013: Claim - review memo from US Akin Gump | 0:12 | 154.00 |
| 04/03/22 | 0013: Claim - review memo from US Akin Gump (.4); email to counsel (.1) | 0:30 | 385.00 |
| | 0013: Claim - emails re next steps. | 1:00 | 770.00 |
| 07/03/22 | 0013: Claim - review legal documents (1.6); discuss ES (0.9); Review legal document (0.5); email to Akin (0.4). | 3:24 | 2,618.00 |
| 08/03/22 | 0013: Claim - Emails with Akin Gump and counsel | 0:24 | 308.00 |
| | 0013: Claim - Review email and spreadsheet from ES (0.6). Email to her (0.5). | 1:06 | 847.00 |
| | 0013: Claim - Reviewing legal document | 0:54 | 693.00 |
| | 0003 Fees - February invoices. | 0:18 | 231.00 |
| 09/03/22 | 0003 fees - review: Jan fee statement papers (0.2); interim fee application (0.3), Feb invoices for all offices (0.3). | 0:48 | 616.00 |
| | 0013: Claim - review legal document | 0:42 | 539.00 |
| 10/03/22 | 0013: Claim - Review of legal document | 1:54 | 1,463.00 |
| | 0013: Claim - Review legal document (0.6); email to counsel (0.4); email to Akin Gump (0.1). | 1:06 | 847.00 |
| 11/03/22 | 0013: Claim - detailed review of legal document (2.0); email to ES re: analysis (1.0); email exchange with Akin Gump (0.3). | 3:18 | 2,541.00 |
| | 0013: Claim - call with counsel (0.9). Emil to Akin Gump (0.1). Email to counsel re: timing (0.1). | 1:12 | 924.00 |
| 14/03/22 | 0013 Claim: Actions - Review email from Akin Gump (0.1). Email to Akin Gump re: next steps (0.9). | 1:06 | 847.00 |
| | 0013 Claims - Email from ES re: Plan (0.1). Research and email to CY (1.0). | 1:06 | 847.00 |
| 15/03/22 | 0013: Claim - Review revised legal document (0.2). email to counsel (0.1); amends to legal document (0.3). Email to Akin Gump (0.2). | 0:48 | 616.00 |
| | 0003 Fees - review amended counsel's narratives (0.1); review Feb fee application (0.1) | 0:12 | 154.00 |
| 17/03/22 | 0003 Fees - review comments from Akin Gump on draft interim fee application (0.2); speak CY (0.1); further emails (0.2). | 0:30 | 385.00 |
| 24/03/22 | 0013: Claims - email exchange with Akin Gump | 0:12 | 154.00 |
| 25/03/22 | 0003: Fees - review Akin Gump amendments | 0:06 | 77.00 |
| 28/03/22 | 0013: Claims - Review case report (0.1); email to CY and ES (0.1). | 0:12 | 154.00 |
| | **Mrs L.C. Walmisley** | | |
| 14/03/22 | 0003: Fees – Email re Fees | 0:12 | 154.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30652964-3

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 370818 |
| | | Tax date | 12 April 2022 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| 01/03/22 | 0013: Claim - internal call (1.) call with counsel (.8) emails to counsel (.1) | 1:54 | 845.50 |
| | 0003 - Fees - interim fee application (.6), email to team (.1) | 0:42 | 311.50 |
| 04/03/22 | 0003: Fees - amending monthly fee application and email to EL (.2), internal email to accounts for information for interim fee application (.1) | 0:18 | 133.50 |
| 07/03/22 | 0003: Fees - internal emails on interim fee application (.3), internal discussions with ED (.2), internal email on legal query (.1), monthly fee statements (1.0) | 1:36 | 712.00 |
| 08/03/22 | 0003: Fees - finalising interim fee application (.8), February monthly fee statement (.4) | 1:12 | 534.00 |
| 09/03/22 | 0003: Fees - Finalise and review Jan Monthly fee statements (.2), interim fee application (.3), internal email on February monthly fee statement (.1) | 0:36 | 267.00 |
| | 0013: Claim - review incoming emails from Akin Gump (.2), review legal draft document (.4) | 0:36 | 267.00 |
| 10/03/22 | 0013: Claim - Reviewing incoming correspondence | 0:12 | 89.00 |
| 11/03/22 | 0003: Fees - email to Akin Gump re fee applications | 0:06 | 44.50 |
| 14/03/22 | 0003: Fees - internal email to team on monthly fee statement | 0:06 | 44.50 |
| 15/03/22 | 0003: Fees - monthly fee statement and data fees (1.9), email to counsels (.2), internal fee query (.3) | 2:24 | 1,068.00 |
| 16/03/22 | 0003: Fees - email correspondence with Akin Gump re: Monthly fee statements (.2) | 0:12 | 89.00 |
| 17/03/22 | 0006: Retention - amend retention application for Bedell Office (.2) emails to Akin Gump (.2), consider further amendments (.3) | 0:42 | 311.50 |
| | **Ms K. Le Blancq** | | |
| 08/03/22 | 0003: Fees – preparation and collation of information for monthly fee statement | 0:36 | 144.00 |
| | **Mr M. G. E. Hill** | | |
| 08/03/22 | 0013: Claim - Preparation of document on groupings of trusts | 1:12 | 414.00 |
| 10/03/22 | 0013: Jersey Trust Issues - Review emails and attachments from ES re progression of matter | 0:24 | 138.00 |
| | **Mrs E. Shaw** | | |
| 01/03/22 | 0013: Jersey Trust Issues - internal calls (1.0) and considering communications (.5) | 1:30 | 847.50 |
| 02/03/22 | 0013: Jersey Trust Issues - internal communications | 0:30 | 282.50 |
| 03/03/22 | 0013: Jersey Trust Issues - internal exchanges | 1:24 | 791.00 |
| 04/03/22 | 0013: Jersey Trust Issues - reviewing and considering internal exchanges. | 0:30 | 282.50 |
| 07/03/22 | 0013: Jersey Trust issues - initial review of docs received (1.0); internal call to discuss (1.0); beginning review and consideration (1.5). | 3:30 | 1,977.50 |
| | 0013: Jersey Trust Issues - further review (1.1) and consideration of docs (.3) | 1:42 | 960.50 |
| 08/03/22 | 0013: Jersey Trust Issues - undertaking DD in respect of further info received (2.0); internal comms re findings (1.0) | 3:00 | 1,695.00 |
| 10/03/22 | 0013: Jersey Trust Issues: research (.8) and internal discussions (.4). | 1:12 | 678.00 |
| 11/03/22 | 0013: Jersey Trust Issues - review and consider internal emails (.4) and revert (.5). | 0:54 | 508.50 |
| 14/03/22 | 0013: Jersey Trust Issues - internal exchanges | 0:12 | 113.00 |
| 15/03/22 | 0013: Jersey Trust Issues - exchanges. | 0:24 | 226.00 |
| | **Mr J Stroud** | | |
| 14/03/22 | 0013: Claims - Considering email from CY (.1) and sending email in response (.1) | 0:12 | 105.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE      Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD      Account Number: 62384922
Swift Code: BARCGB22      IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,      **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA      A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30652964-3

# B E D E L L
# C R I S T I N

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | |
|---|---|---|
| Our ref | KLB/CCY/136744.0001 | |
| Invoice No | 370818 | |
| Tax date | 12 April 2022 | |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs L Hatfield** | | |
| 03/03/22 | 0013: Claim – email with ED | 0:48 | 680.00 |
| 09/03/22 | 0003: Fees - emails with ED re fees | 0:18 | 255.00 |
| 14/03/22 | 0003: Fees - email respond to CY with information re fees | 0:12 | 170.00 |
| | **Ms J Verbiesen** | | |
| 01/03/22 | 0003: Fees - Emails re fees | 0:18 | 255.00 |
| 07/03/22 | 0006: Retention - Reviewing conflict checks | 0:12 | 170.00 |
| | **Ms J. Yarnall** | | |
| 14/03/22 | 0006: Retention – Reviewing Conflict checks | 2:00 | 600.00 |
| | | | |
| | Total:- | 57:56 | 36,261.00 |
| | | | |
| | Advocate E. Drummond | 26:06 | 20,097.00 |
| | Mrs C. C. Young | 10:36 | 4,717.00 |
| | Ms K. Le Blancq | 0:36 | 144.00 |
| | Mrs. E Shaw | 14:48 | 8,362.00 |
| | Mr M. G. E. Hill | 1:36 | 552.00 |
| | Mrs L.C. Walmisley | 0:12 | 154.00 |
| | Mrs L. Hatfield | 1:18 | 1,105.00 |
| | Ms J Verbiesen | 0:30 | 425.00 |
| | Mr J Stroud | 0:12 | 105.00 |
| | Ms J Yarnall | 2:00 | 600.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

bedellcristin.com

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30652964-3

**Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---|
| Loopup Conference call | $63.51 |
| Consultant Fees | $20,087.50 |
| **TOTAL** | **$20,151.01** |

**<u>Exhibit E</u>**

**Itemized Disbursements**



3-4 South Square,
Gray's Inn,
London WC1R 5HP

T +44 (0)20 7696 9900
F +44 (0)20 7696 9911
LDE 338 Chancery Lane

practicemanagers
@southsquare.com
www.southsquare.com

Professional Fees of Mr Andrew Shaw

VAT Registration No: 192573189

| |
|---|
| Bedell Cristin |
| 26 New Street |
| St Helier |
| Jersey |
| JE2 3RA |

Solicitor Ref: Ed Drummond          Date: 1 April 2022          Case Ref No: 94401

**PURDUE PHARMA LP – MARCH 2022**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 525) |
|---|---|---|---|
| 1/3/22 | Call with Instructing Solicitors; call with TS QC; legal research on issues arising in the matter | 2.2h | USD1,155 |
| 2/3/22 | Legal research on issues arising in the matter; emails with TS QC and Instructing Solicitors | 1.5h | USD787.50 |
| 3/3/22 | Call with TS QC and Instructing Solicitors | 1.1h | USD577.50 |



| 4/3/22 | Drafting legal document as per instructions | 3.5h | USD1,837.50 |
|---|---|---|---|
| 5/3/22 | Drafting legal document as per instructions | 2.2h | USD1,155 |
| 6/3/22 | Drafting legal document as per instructions | 1.8h | USD945 |
| 7/3/22 | Amending legal document as per instructions | 2.7h | USD1,417.50 |
| 8/3/22 | Drafting legal document as per instructions reflect comments from TS QC | 0.8h | USD420 |
| 11/3/22 | Call with Instructing Solicitors re legal documents | 1h | USD525 |
| 14/3/22 | Amending legal document ; emails with TS QC and Instructing Solicitors | 0.3h | USD157.50 |
| **TOTAL TIMES AND FEES FOR MARCH 2022** | | **17.1h** | **USD 8977.50** |

**Payment by bank transfer:**



Andrew Shaw (Barclays) Sort Code: 20-41-41

Account: 23460304

Please forward a remittance advice detailing the case ref.

No. and amount to marcomalatesta@southsquare.com

Cheques are payable to: Mr Andrew Shaw

VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL
CORRESPONDENCE

South Square and it's members are regulated by the Bar Standards Board



3-4 South Square,         T +44 (0)20 7696 9900         practicemanagers
Gray's Inn,               F +44 (0)20 7696 9911         @southsquare.com
London WC1R 5HP           LDE 338 Chancery Lane         www.southsquare.com

Professional Fees of Mr Tom Smith QC

VAT Registration No: 761167236

| |
|---|
| Bedell Cristin |
| 26 New Street |
| St Helier |
| Jersey |
| JE2 3RA |

Solicitor Ref: Ed Drummond          Date: 1 April 2022          Case Ref No: 94401

**PURDUE PHARAM LP – MARCH 2022**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 1,100 |
|---|---|---|---|
| 1 March 2022 | Counsel only with AS | 0.8h | 880 |
| 2 March 2022 | Email of advise re: legal issues arising out of matter | 1h | 1,100 |
| 3 March 2022 | Advising by video consultation | 1.3h | 1,430 |
| 4 March 2022 | Reviewing incoming documents from US lawyers | 1h | 1,100 |
| 8 March 2022 | Reviewing and revising legal | 5h | 5,500 |



| | document as per instructions | | |
| --- | --- | --- | --- |
| 15 March 2022 | legal documents and draft email | 1h | 1,100 |
| **TOTAL TIMES AND FEES FOR MARCH 2022** | | **10.1 hours** | **11,110 USD** |

**Payment by bank transfer:**

**Tom Smith (HSBC PLC) Sort Code:40-11-58**

**Account:90335746**

**Please forward a remittance advice detailing the case ref.**

**No. and amount to dylanplayfoot@southsquare.com**

**Cheques are payable to: Mr Tom Smith QC**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**