**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: May 27, 2022 at 12:00pm (ET) |

**COVER SHEET OF TWENTY-NINTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | March 1, 2022 through March 31, 2022 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $12,843.56 |

This is a(n):   monthly  x   interim  __   final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**TWENTY-NINTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**March 1, 2022 through March 31, 2022**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 7.0 |
| 2 | Sale Process | 5.0 |
| 3 | Creditor Communication | 30.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 8.0 |
| 8 | Travel | - |
| 9 | Due Diligence | 38.0 |
| 10 | Business Plan | 49.5 |
| 11 | Case Strategy | - |
| | | **137.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 24.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 23.0 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 31.0 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 32.0 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 13.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 1.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 2.0 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 11.0 |
| | | **137.5** |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**March 1, 2022 through March 31, 2022**

| Category | March 2022 |
|---|---:|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 12,843.56 |
| General | - |
| **Total Expenses** | **$12,843.56** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

Jefferies LLC ("Jefferies"),[2] the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from March 1, 2022 through March 31, 2022 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Retention Application (as defined below).

Period in connection with its services to the Committee in the amount of $12,843.56. In support of this Fee Statement, Jefferies respectfully represents as follows:

**Jurisdiction and Venue**

1.　　This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.　　On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.　　On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.　　On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application"). A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.　　On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from March 1, 2022 through March 31, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $12,843.56.

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $12,843.56, including outside counsel fees as permitted under the Retention Order.

4

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from March 1, 2022 through March 31, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $12,843.56.

Dated: May 13, 2022  
       New York, New York

Respectfully submitted,

*/s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director and Joint Global Head of  
Debt Advisory & Restructuring  
JEFFERIES LLC

## Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **March 1, 2022 - March 31, 2022 Hours for Case Administration / General** | | **7.0** | |
| 03/01/22 | Leon Szlezinger | *Review December monthly fee app* | 0.5 | 1 |
| 03/01/22 | Kamil Abdullah | *Prepare 7th interim fee app* | 1.0 | 1 |
| 03/01/22 | Kamil Abdullah | *Update December fee app* | 0.5 | 1 |
| 03/03/22 | Kamil Abdullah | *Update December fee app* | 0.5 | 1 |
| 03/10/22 | Leon Szlezinger | *Revise January fee app* | 1.0 | 1 |
| 03/10/22 | Kevin Murray | *Review January fee app* | 0.5 | 1 |
| 03/10/22 | Kamil Abdullah | *Prepare January fee app* | 1.0 | 1 |
| 03/11/22 | Kamil Abdullah | *Revise 7th interim fee app* | 0.5 | 1 |
| 03/14/22 | Leon Szlezinger | *Review 7th interim fee app* | 0.5 | 1 |
| 03/14/22 | Kamil Abdullah | *Revise January fee app* | 0.5 | 1 |
| 03/14/22 | Kamil Abdullah | *Update 7th interim fee app* | 0.5 | 1 |
| | **March 1, 2022 - March 31, 2022 Hours for Sale Process** | | **5.0** | |
| 03/02/22 | Leon Szlezinger | *IAC sale process and business update call* | 1.0 | 2 |
| 03/02/22 | Jaspinder Kanwal | *Attend IAC update call* | 1.0 | 2 |
| 03/02/22 | Kevin Murray | *Attend IAC update call* | 1.0 | 2 |
| 03/02/22 | Kamil Abdullah | *Attend IAC update call* | 1.0 | 2 |
| 03/02/22 | Kevin Sheridan | *Attend IAC update call* | 1.0 | 2 |
| | **March 1, 2022 - March 31, 2022 Hours for Creditor Communication** | | **30.0** | |
| 03/03/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/03/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/03/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 03/03/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 03/03/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/07/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/07/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/07/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 03/07/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 03/07/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/17/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/17/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/17/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 03/17/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 03/17/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/24/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/24/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/24/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 03/24/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 03/24/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/28/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/28/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/28/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 03/28/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 03/28/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/31/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/31/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/31/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 03/31/22 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 03/31/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| | **March 1, 2022 - March 31, 2022 Hours for Plan of Reorganization** | | **8.0** | |
| 03/02/22 | Leon Szlezinger | *Telephonic attendance at court hearing* | 0.5 | 7 |
| 03/02/22 | Jaspinder Kanwal | *Attend Court hearing* | 0.5 | 7 |
| 03/02/22 | Kevin Murray | *Attend Court hearing* | 0.5 | 7 |
| 03/02/22 | Kamil Abdullah | *Attend Court hearing* | 0.5 | 7 |
| 03/09/22 | Leon Szlezinger | *Attend Court hearing* | 0.5 | 7 |
| 03/09/22 | Jaspinder Kanwal | *Attend Court hearing* | 0.5 | 7 |
| 03/09/22 | Kevin Murray | *Attend Court hearing* | 1.0 | 7 |
| 03/09/22 | Kamil Abdullah | *Attend Court hearing* | 1.0 | 7 |
| 03/10/22 | Leon Szlezinger | *Attend hearing* | 0.5 | 7 |
| 03/10/22 | Jaspinder Kanwal | *Attend hearing* | 0.5 | 7 |
| 03/10/22 | Kevin Murray | *Attend hearing* | 1.0 | 7 |
| 03/10/22 | Kamil Abdullah | *Attend hearing* | 1.0 | 7 |
| | **March 1, 2022 - March 31, 2022 Hours for Due Diligence** | | **38.0** | |
| 03/03/22 | Leon Szlezinger | *Review court documents* | 1.5 | 9 |
| 03/03/22 | Jaspinder Kanwal | *Review court documents* | 1.5 | 9 |
| 03/03/22 | Kevin Murray | *Review court documents* | 1.5 | 9 |
| 03/03/22 | Kamil Abdullah | *Review court documents* | 1.0 | 9 |
| 03/04/22 | Kevin Murray | *Review mediator report* | 1.5 | 9 |
| 03/04/22 | Kamil Abdullah | *Review various UCC memos / reports* | 1.0 | 9 |
| 03/05/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 03/06/22 | Kevin Murray | *Review various UCC memos / reports* | 1.0 | 9 |
| 03/06/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 03/07/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 | 9 |
| 03/07/22 | Jaspinder Kanwal | *Review various UCC memos / reports* | 1.0 | 9 |
| 03/07/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/07/22 | Connor Hattersley | *Review data room uploads* | 1.5 | 9 |
| 03/08/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 1.0 | 9 |
| 03/09/22 | Connor Hattersley | *Review data room uploads* | 1.0 | 9 |
| 03/12/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/12/22 | Connor Hattersley | *Review data room uploads* | 1.0 | 9 |
| 03/14/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/16/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/17/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/17/22 | Connor Hattersley | *Review data room uploads* | 1.0 | 9 |
| 03/18/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/18/22 | Connor Hattersley | *Review data room uploads* | 1.0 | 9 |
| 03/19/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/20/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 03/21/22 | Kevin Murray | *Review court documents* | 1.0 | 9 |
| 03/21/22 | Kamil Abdullah | *Review court documents* | 0.5 | 9 |
| 03/23/22 | Leon Szlezinger | *Review court documents* | 1.0 | 9 |
| 03/23/22 | Jaspinder Kanwal | *Review court documents* | 1.0 | 9 |
| 03/25/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/26/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 03/27/22 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 03/28/22 | Leon Szlezinger | *Review court documents* | 1.0 | 9 |
| 03/28/22 | Jaspinder Kanwal | *Review court documents* | 1.0 | 9 |
| 03/28/22 | Kevin Murray | *Review PPLP data room uploads* | 1.0 | 9 |
| 03/28/22 | Connor Hattersley | *Review data room uploads* | 1.0 | 9 |
| 03/31/22 | Connor Hattersley | *Review data room uploads* | 1.0 | 9 |
| | **March 1, 2022 - March 31, 2022 Hours for Business Plan** | | **49.5** | |
| 03/01/22 | Leon Szlezinger | *Advisors update call* | 1.0 | 10 |
| 03/01/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 | 10 |
| 03/01/22 | Kevin Murray | *Attend advisors update call* | 1.0 | 10 |
| 03/01/22 | Kamil Abdullah | *Attend advisors update call* | 1.0 | 10 |
| 03/01/22 | Kevin Sheridan | *Attend Advisors update call* | 1.0 | 10 |
| 03/01/22 | Leon Szlezinger | *Follow up to advisor call* | 1.0 | 10 |
| 03/01/22 | Jaspinder Kanwal | *Follow up to advisor call* | 1.0 | 10 |
| 03/15/22 | Leon Szlezinger | *Advisors update call* | 1.0 | 10 |
| 03/15/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 | 10 |
| 03/15/22 | Kevin Murray | *Attend advisors update call* | 1.0 | 10 |
| 03/15/22 | Kamil Abdullah | *Attend advisors update call* | 1.0 | 10 |
| 03/15/22 | Kevin Sheridan | *Attend Advisors update call* | 1.0 | 10 |
| 03/23/22 | Leon Szlezinger | *Telephonic attendance PHI update call* | 1.5 | 10 |
| 03/23/22 | Jaspinder Kanwal | *Review November business plan update* | 0.5 | 10 |
| 03/23/22 | Jaspinder Kanwal | *Attend PHI update call* | 1.5 | 10 |
| 03/23/22 | Kevin Murray | *Review November business plan update deck* | 1.0 | 10 |
| 03/23/22 | Kevin Murray | *Attend PHI update call* | 1.5 | 10 |
| 03/23/22 | Kamil Abdullah | *Review November business plan update deck* | 1.0 | 10 |
| 03/23/22 | Kamil Abdullah | *Attend PHI update call* | 1.5 | 10 |
| 03/23/22 | Kevin Sheridan | *Attend PHI update call* | 1.5 | 10 |
| 03/23/22 | Connor Hattersley | *Attend PHI update call* | 1.5 | 10 |
| 03/24/22 | Leon Szlezinger | *For-Profit Pipeline update call* | 1.0 | 10 |
| 03/24/22 | Jaspinder Kanwal | *Attend For-Profit Pipeline update call* | 1.0 | 10 |
| 03/24/22 | Kevin Murray | *Attend For-Profit Pipeline update call* | 1.0 | 10 |
| 03/24/22 | Kamil Abdullah | *Attend For-Profit Pipeline update call* | 1.0 | 10 |
| 03/24/22 | Kevin Sheridan | *Attend For-Profit Pipeline update call* | 1.0 | 10 |
| 03/24/22 | Connor Hattersley | *Attend For-Profit Pipeline update call* | 1.0 | 10 |
| 03/25/22 | Leon Szlezinger | *Review PHI update materials* | 1.0 | 10 |
| 03/25/22 | Leon Szlezinger | *Review For-Profit Pipeline update materials* | 1.0 | 10 |
| 03/25/22 | Jaspinder Kanwal | *Review PHI update deck* | 1.5 | 10 |
| 03/25/22 | Kevin Murray | *Review PHI update deck* | 1.5 | 10 |
| 03/25/22 | Kamil Abdullah | *Review PHI update deck* | 1.0 | 10 |
| 03/25/22 | Kamil Abdullah | *Review For-Profit Pipeline update deck* | 1.0 | 10 |
| 03/25/22 | Connor Hattersley | *Review PHI update deck* | 0.5 | 10 |
| 03/25/22 | Connor Hattersley | *Review For-Profit Pipeline update deck* | 0.5 | 10 |
| 03/26/22 | Kevin Murray | *Review For-Profit Pipeline update deck* | 1.5 | 10 |
| 03/27/22 | Jaspinder Kanwal | *Review For-Profit Pipeline update deck* | 1.5 | 10 |
| 03/28/22 | Kevin Sheridan | *Review PHI update materials* | 0.5 | 10 |
| 03/28/22 | Kevin Sheridan | *Review For-Profit Pipeline update materials* | 0.5 | 10 |
| 03/28/22 | James Wiltshire | *Review PHI update materials* | 0.5 | 10 |
| 03/28/22 | James Wiltshire | *Review For-Profit Pipeline update materials* | 0.5 | 10 |
| 03/28/22 | William Maselli | *Review PHI update materials* | 1.0 | 10 |
| 03/28/22 | William Maselli | *Review For-Profit Pipeline update materials* | 1.0 | 10 |
| 03/29/22 | Leon Szlezinger | *Advisors update call* | 1.0 | 10 |
| 03/29/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 | 10 |
| 03/29/22 | Kevin Murray | *Attend advisors update call* | 1.0 | 10 |
| 03/29/22 | Kamil Abdullah | *Attend advisors update call* | 1.0 | 10 |
| 03/29/22 | Kevin Sheridan | *Attend Advisors update call* | 1.0 | 10 |
| | **March 1, 2022 - March 31, 2022 Total Hours** | | **137.5** | |

**<u>Exhibit B</u>**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Allen & Overy | $12,843.56 | 03/31/22 | Legal | Legal invoice from counsel |

# ALLEN & OVERY

Jefferies LLC
520 Madison Avenue
New York, NY 10022

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

For the attention of Leon Szlezinger

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| U.S Taxpayer ID # | |
| Invoice Date | April 14, 2022 |
| Due Date | May 14, 2022 |
| **Invoice Number** | **6001040129** |

**Subject**          Jefferies - Purdue

Our reference     0113293-0000084/ROPS
Your reference    5173
Period            Through 3/31/2022

| | USD |
|---|---:|
| **Charges** | |
| Legal Services | 12,843.56 |
| **Total Professional Services** | 12,843.56 |
| **AMOUNT DUE** | **$12,843.56** |

We kindly request payment of USD 12,843.56 to the following bank account, quoting reference 6001040129/0113293-0000084. If the details below are different than those you currently hold, please contact our Finance team before making payment.



Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. t is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                              **Invoice Number 6001040129**

**FEE DETAIL**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|---|---|---|---|
| 3/1/2022 | Kyle Heagney | Prepare draft of seventh interim fee application (1.1); discuss preparation of sixth interim fee application w/ J. Herz (0.1); review and revise Dec. 2021 monthy fee app (0.8). | 2.00 |
| 3/1/2022 | Jacob Herz | Conference with K. Heagney re: seventh interim fee application | 0.10 |
| 3/2/2022 | Kyle Heagney | Email with J. Herz and R. Spigel re: December monthly fee app (0.4); Call with J. Herz and K. Abdullah (Jefferies) re: Dec. 2021 fee app (0.3); Discuss draft of Dec. 2021 monthly fee app. w/ R. Spigel and incorporate revisions (0.3); Prepare draft of January 2022 monthly fee app (0.7). | 1.70 |
| 3/2/2022 | Jacob Herz | Review Dec. 2021 fee statement (.2); call with K. Abdullah and K. Heagney concerning same (.1). | 0.30 |
| 3/2/2022 | Robin Spigel | Review December fee application; email with J. Herz re same | 0.20 |
| 3/3/2022 | Kyle Heagney | Review revised Dec. 2021 monthly fee app received from K. Abdullah (Jefferies) and forward same to L. Szlezinger for sign-off (0.5); Email to E. Lisovicz (Akin) re: Dec. 2021 monthly fee app (1.0); Email with K. Abdullah (Jefferies) re: December monthly fee app (0.2). | 0.80 |
| 3/4/2022 | Kyle Heagney | Follow up w/ Edan Lisovicz (Akin) regarding Dec. 2021 monthly (.1); prepare filing version of same (.2); review certificate of no objection re 14th (December) monthly fee app (0.1); finalize Dec. 2021 monthly fee application and email to E. Lisovicz (Akin) (0.3). | 0.70 |
| 3/8/2022 | Kyle Heagney | Correspondence w/ K. Abdullah regarding January monthly and 7th interim fee app (.1); review docket re: Nov. 2021 monthly fee app (.1); email to K. Abdullah re: same (.1); revise Seventh Interim fee app based on J. Herz's comments (.5). | 0.80 |
| 3/8/2022 | Jacob Herz | Review and revise seventh interim fee application. | 0.60 |
| 3/10/2022 | Kyle Heagney | Call and email w/ K. Abdullah re: Jan. 2022 time records and expenses (.1); discuss same w/ J. Herz; revise Jan. 2022 monthly fee app. (.2). | 0.30 |
| 3/10/2022 | Robin Spigel | Telephone conference with L. Szlezinger re fee applications. | 0.40 |
| 3/11/2022 | Joel Gomez | Reviewed and compiled spreadsheet for fee application consideration | 1.30 |
| 3/11/2022 | Kyle Heagney | Correspondence w/ J. Larson re: January fee statement (.2); call w/ J. Herz re: same (.2); review chart from J. Larson (.2); email to R. Spigel re: same (.1); email to K. Abdullah (Jefferies) regarding Jan. 2022 fee app (.1); email with R. Spigel re: Jan. 2022 monthly and Seventh interim fee applications (.1); correspondence w/ K. Abdullah (Jefferies) re: Jan. 2022 time records; revise Jan. 2022 monthly fee statement (.2); revise Seventh Interim fee app (.3); correspondence to R. Spigel and J. Herz re: revised Jan. 2022 monthly and Seventh Interim fee app (.3). | 1.70 |
| 3/11/2022 | Jacob Herz | Review and comment on updated version of Seventh Interim Fee Application | 0.30 |
| 3/11/2022 | Robin Spigel | Email with L. Szlezinger re fee app; review January fee app; review interim fee app exhibits (.1); review and revise 7th interim fee application (.5) | 0.60 |
| 3/12/2022 | Kyle Heagney | Revise Seventh Interim per R. Spigel's comments (.2); email to K. Abdullah (Jefferies) re: Jan. 2022 monthly and the Seventh Interim fee apps (.1). | 0.30 |
| 3/14/2022 | Kyle Heagney | Call and email w/ K. Abdullah (Jefferies) re: Jan. 2022 fee statement (.1); revise Jan. 2022 monthly fee app. (.1); emails to J. Herz regarding same (.3); review and revise Seventh Interim fee app. (.1) | 0.60 |
| 3/14/2022 | Jacob Herz | Revise Seventh Interim Application based on client's and R. Spigel's comments(.3); revise Jan. 2022 fee statement based on R. Spigel's comments (.1); email with R. Spigel concerning monthly and interim fee application (.1) | 0.50 |
| 3/15/2022 | Jacob Herz | Email Akin re. Jan. 2022 monthly fee application (.1); email client concerning finalizing seventh interim fee application (.1). | 0.20 |
| 3/16/2022 | Kyle Heagney | Revised Seventh Interim fee app and email to R. Spigel re: same (.1); email to L. Szlezinger (Jefferies) re: same and prepare filing version of Jan. 2022 monthly fee app. (.1); emails to R. Spigel and J. Herz re: same (.1); email to K. Abdullah (Jefferies) re: Jan fee app (.1); email to E. Liscovicz re: draft of Seventh Interim fee app (.1); email to E. Liscovicz (Akin) re: final version of Jan. 2022 | 0.60 |

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                                    **Invoice Number 6001040129**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | monthly (.1) | |
| 3/16/2022 | Jacob Herz | Final review of Jan. 2022 fee statement prior to filing. | 0.10 |
| 3/17/2022 | Kyle Heagney | Review of Seventh Interim to confirm final numbers (.2); prepare file ready version of Seventh Interim fee app. (.2); email to J. Herz re: same (.1); revise Seventh Interim per instructions from R. Spigel and J. Herz (.2); email to L. Szlezinger re: Seventh Interim fee app (.1); follow up re: same (.3); email to E. Liscoviz (Akin) re: Seventh Interim fee app. (.1). | 1.20 |
| 3/17/2022 | Jacob Herz | Final review of interim fee application before filing. | 0.40 |
| 3/18/2022 | Jacob Herz | Review notice of hearing for seventh interim fee application and email client concerning same (.1); email to client re: Dec. 2021 fee app (.1) | 0.20 |
| 3/22/2022 | Jacob Herz | Review and revise Eighth Supplemental Declaration based on comments from R. Spigel (.6) | 0.50 |
| 3/31/2022 | Kyle Heagney | Prepare draft of Feb. 2022 monthly fee statement (.2); email to J. Herz re: same (.1). | 0.30 |
| 3/31/2022 | Jacob Herz | Review February fee statement prepared by K. Heagney. | 0.10 |
| | **Total - New York** | | **16.80** |

**LEGAL SERVICES**                                                                                                       **16.80**

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084

Invoice Number 6001040129

**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Joel Gomez | 1.30 | 263.50 | 342.55 |
| Kyle Heagney | 11.00 | 692.76 | 7,620.31 |
| Jacob Herz | 3.30 | 1,020.00 | 3,366.00 |
| Robin Spigel | 1.20 | 1,262.25 | 1,514.70 |
| Total | 16.80 | | 12,843.56 |
| **TOTAL FOR LEGAL SERVICES** | 16.80 | | $12,843.56 |