**Objection Deadline: May 27, 2022 at 12:00 p.m. (Prevailing Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 |
| Debtors. [1] | (Jointly Administered) |

## NOTICE OF THIRTIETH MONTHLY STATEMENT OF
## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
## OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
## <u>FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022</u>

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al.* |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | March 1, 2022 through March 31, 2022 |
| Amount of Compensation Requested: | $422,501.32 |
| Less 20% Holdback: | $ 84,500.26 |
| Net of Holdback: | $338,001.06 |
| Amount of Expense Reimbursement Requested: | $ 65,000.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $403,001.06 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[2] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Thirtieth monthly statement (the "**Thirtieth Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from March 1, 2022 through March 31, 2022 (the "**Thirtieth Monthly Period**"). By this Thirtieth Monthly Statement, and after taking into account certain voluntary discounts and reductions,[3] Skadden seeks payment in the amount of $338,001.06 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirtieth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Thirtieth Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Skadden timekeepers during the Thirtieth Monthly Period is approximately $1,385.49.[4]

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     In addition to the volume discount, the total amount sought for fees and expenses ($487,501.32) reflects voluntary reductions for this period of $9,007.00 in fees and $0.00 in expenses, for an overall voluntary reduction of 1.70%. Skadden reserves the right to request these amounts.

[4]     The blended rate is comprised of all Skadden timekeepers who provided services during the Thirtieth Monthly Period.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Thirtieth Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Thirtieth Monthly Period.

4.      Attached hereto as **Exhibit D** is itemized time records of Skadden professionals

for the Thirtieth Monthly Period and summary materials related thereto.

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirtieth Monthly Statement shall be given by hand or overnight

delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma L.P., 201

Tresser Blvd, Stamford, CT 06901, Attn.: Terrence Ronan, Email:

Terrence.Ronan@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450

Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan

Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com;

(iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park,

Bank of America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L.

Brauner, Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600

N. King Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N.

Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of

the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New

York, New York 10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

(collectively, the "**Notice Parties**").

6.      Objections to this Thirtieth Monthly Statement, if any, must be served upon the

Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate, Meagher &

Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer Bragg, Email:

Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606, Attn.: Patrick

Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, One Rodney Square, 300 South Grand

Avenue, Suite 3400, Los Angeles, California 90071, Attn.: Van Durrer, Email:

Van.Durrer@skadden.com, and 525 University Avenue, Palo Alto, California, 94301, Attn.:

Jennifer Madden, Email: Jennifer.Madden@skadden.com no later than May 27, 2022 at 12:00

p.m. (Prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Thirtieth Monthly Statement are received by the Objection

Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the expenses

identified in this Thirtieth Monthly Statement.

8.      To the extent that an objection to this Thirtieth Monthly Statement is received on

or before the Objection Deadline, the Debtors shall withhold payment of that portion of this

Thirtieth Monthly Statement to which the objection is directed and promptly pay the remainder

of the fees and expenses in the percentages set forth above. To the extent such objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.

Dated: May 13, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/  *Julie E. Cohen*
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Fax:  (212) 735-2000

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors
and Debtors in Possession*

**EXHIBIT A**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**
**MARCH 1, 2022 – MARCH 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------------------|------|-------|--------|
| **PARTNER** | | | | |
| Jennifer L. Bragg | 1996 | 1,650.00 | 103.70 | $171,105.00 |
| Patrick Fitzgerald | 1986 | 1,850.00 | 9.20 | 17,020.00 |
| Maya P. Florence | 2004 | 1,510.00 | 69.80 | 105,398.00 |
| Marie L. Gibson | 1997 | 1,650.00 | 5.00 | 8,250.00 |
| William (Bill) McConagha | 1993 | 1,495.00 | 14.60 | 21,827.00 |
| Maria Raptis | 2003 | 1,495.00 | 1.90 | 2,840.50 |
| William Ridgway | 2006 | 1,495.00 | 2.60 | 3,887.00 |
| Carl T. Tullson | 2007 | 1,325.00 | 1.60 | 2,120.00 |
| David P. Wales | 1996 | 1,850.00 | 2.10 | 3,885.00 |
| | | | | |
| | **TOTAL PARTNER** | | **210.50** | **$336,332.50** |
| | | | | |
| **COUNSEL** | | | | |
| Avia M. Dunn | 2008 | 1,325.00 | 5.60 | $ 7,420.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **5.60** | **$ 7,420.00** |
| | | | | |
| **ASSOCIATE** | | | | |
| Pamela I. Amaechi | 2019 | 865.00 | 2.10 | $ 1,816.50 |
| Amanda H. Chan | 2019 | 985.00 | 73.20 | 72,102.00 |
| Barri Dean | 2019 | 985.00 | 11.90 | 11,721.50 |
| Jennifer Madden | 2010 | 1,180.00 | 18.80 | 22,184.00 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **106.00** | **$107,824.00** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Rachel Redman | N/A | 470.00 | 5.80 | $ 2,726.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **5.80** | **$ 2,726.00** |
| | | | | |
| **TOTAL** | | | **327.90** | **$454,302.50** |
| **VOLUME DISCOUNT** | | | | **$ 31,801.18** |
| **TOTAL FEES** | | | | **$422,501.32** |
| | | | | |
| **BLENDED HOURLY RATE** | **$1,385.49** | | | |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**(MARCH 1, 2022 – MARCH 31, 2022)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Emergence Process | 13.60 | $    19,132.50 |
| Bankruptcy Related Litigation and Regulation | 3.50 | 5,775.00 |
| Corporate/Transactional Matter | 1.90 | 2,204.00 |
| DOJ | 120.00 | 181,176.00 |
| General Advice | 135.90 | 182,002.00 |
| Magnet | 9.90 | 16,390.50 |
| Retention/Fee Matter | 33.40 | 38,699.50 |
| Rhodes Companies | 1.70 | 2,567.00 |
| Third-Party Litigation Support | 2.20 | 3,630.00 |
| Various Texas Actions | 5.80 | 2,726.00 |
| **TOTAL** | **327.90** | **$454,302.50** |
| **VOLUME DISCOUNT** | | **$  31,801.18** |
| **TOTAL FEES** | | **$422,501.32** |

## EXHIBIT C

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**EXPENSE SUMMARY**
**(MARCH 1, 2022 – MARCH 31, 2022)**

| Expense Category | Total Expenses |
|---|---|
| Secondment of Skadden Attorney | $ 65,000.00 |
| **TOTAL** | **$ 65,000.00** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                      Bill Date: 05/09/22
Bankruptcy Emergence Process                           Bill Number: 1894658

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FLORENCE MP | 03/01/22 | 1.10 | CORRESPOND WITH CLIENT RE: LICENSE APPLICATION (0.3); REVIEW AND EDIT DRAFT LETTER RE: GOVERNMENT CONTRACT (0.8). . |
| FLORENCE MP | 03/02/22 | 2.00 | CORRESPOND WITH CLIENT RE: LICENSE APPLICATIONS (0.6); CONFER WITH CO-COUNSEL RE: SAME (0.3); PARTICIPATE IN WEEKLY CALL RE: STATE LICENSES (0.6); CONFER WITH K. CORALLO AND A. DUNN RE: SAME (0.5). . |
| FLORENCE MP | 03/03/22 | 0.50 | CORRESPOND WITH CLIENT AND SKADDEN TEAM RE: DEA REGISTRATIONS (0.3); CORRESPOND WITH CLIENT AND W. MCCONAGHA RE: STATE LICENSE (0.2). |
| FLORENCE MP | 03/04/22 | 0.30 | CORRESPOND WITH CLIENT RE: LICENSE APPLICATION (0.3). |
| FLORENCE MP | 03/08/22 | 0.20 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.2). . |
| FLORENCE MP | 03/09/22 | 0.50 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: STATE LICENSES AND CERTIFICATIONS (0.5). . |
| FLORENCE MP | 03/10/22 | 0.50 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.5). |
| FLORENCE MP | 03/14/22 | 0.20 | PARTICIPATE IN WEEKLY CALL RE: GOVERNMENT CONTRACTS (0.2). . |
| FLORENCE MP | 03/15/22 | 0.40 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.4). . |
| FLORENCE MP | 03/16/22 | 0.30 | PARTICIPATE IN WEEKLY CALL RE: STATE LICENSES (0.3). |
| FLORENCE MP | 03/21/22 | 0.50 | ATTEND WEEKLY CALL RE: GOVERNMENT CONTRACTS (0.5). . |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 03/30/22 | 0.80 | PREPARE FOR CALL RE: STATE LICENSING (0.4); PARTICIPATE IN CALL RE: SAME (0.4). |
| | | **7.30** | |
| **Total Partner** | | **7.30** | |
| DUNN AM | 03/02/22 | 0.80 | PARTICIPATE ON CALL WITH K. CORALLO AND M. FLORENCE (0.8). |
| DUNN AM | 03/02/22 | 0.40 | DRAFT CALL NOTES (0.4). |
| DUNN AM | 03/02/22 | 0.60 | PARTICIPATE ON STANDING STATE LICENSING CALL (0.6). |
| DUNN AM | 03/09/22 | 0.50 | DRAFT NOTES FROM LICENSING CALL (0.5). |
| DUNN AM | 03/09/22 | 1.10 | PARTICIPATE ON STANDING STATE LICENSING CALL (1.1). |
| DUNN AM | 03/16/22 | 0.30 | PARTICIPATE ON STATE LICENSING CALL (0.3). |
| DUNN AM | 03/16/22 | 0.40 | REVISE MEETING NOTES (0.4). |
| DUNN AM | 03/24/22 | 0.70 | REVIEW CORRESPONDENCE RE: STATE LICENSING (0.7). |
| DUNN AM | 03/30/22 | 0.80 | PARTICIPATE ON STANDING CALL RE: STATE LICENSING (0.8). |
| | | **5.60** | |
| **Total Counsel** | | **5.60** | |
| DEAN B | 03/30/22 | 0.70 | PARTICIPATE ON STANDING STATE LICENSING CALL (0.7). |
| | | **0.70** | |
| **Total Associate** | | **0.70** | |
| **MATTER TOTAL** | | **13.60** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                                          **Bill Date: 05/09/22**
**Bankruptcy Related Litigation and Regulatory Issues**        **Bill Number: 1894659**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 03/02/22 | 0.90 | REVIEW AND ANALYZE PROPOSED LANGUAGE OF AGREEMENT (0.5); CONFER WITH CO-COUNSEL RE: DOCUMENT REQUESTS (0.4). |
| BRAGG JL | 03/03/22 | 0.50 | CONFER WITH CO-COUNSEL RE: DOCUMENT ISSUES (0.5). |
| BRAGG JL | 03/08/22 | 1.70 | CONFER WITH CO-COUNSEL RE: REQUESTS (0.7); REVIEW AND ANALYZE RELATED MATERIALS (1.0). |
| BRAGG JL | 03/09/22 | 0.40 | CONFER WITH CO-COUNSEL RE: BANKRUPTCY ISSUES (0.4). |
| | | 3.50 | |

**Total Partner**                      **3.50**

**MATTER TOTAL**                      **3.50**

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 05/09/22**
**Corporate/Transactional Advice**                         **Bill Number: 1894656**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GIBSON ML | 03/02/22 | 0.50 | CALL RE: POTENTIAL TRANSACTION AND STRUCTURING (0.5). |
|  |  | **0.50** |  |
| **Total Partner** |  | **0.50** |  |
| CHAN AH | 03/02/22 | 1.40 | REVIEW TRANSACTIONAL MATERIAL (1.4). |
|  |  | **1.40** |  |
| **Total Associate** |  | **1.40** |  |
| **MATTER TOTAL** |  | **1.90** |  |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                                    **Bill Date: 05/09/22**
**DOJ**                                                                   **Bill Number: 1894653**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 03/03/22 | 3.30 | CONFER WITH CO-COUNSEL RE: DOJ MATTERS (0.8); PREPARE FOR DOJ MEETING (0.6); REVIEW MATERIALS IN FOLLOW UP TO DOJ MEETING (0.6); CONFER WITH COUNSEL RE: DOJ INTERVIEWS (0.4); REVIEW MEDIATORS REPORT (0.9). |
| BRAGG JL | 03/08/22 | 3.30 | CONFER WITH CO-COUNSEL RE: REPRESENTATIONS (0.5); CONFER WITH CO-COUNSEL RE: DOJ STRATEGY (0.6) CONFER WITH CLIENT RE: DOJ STRATEGY (0.4); REVIEW REPRESENTATIONS MATERIALS (0.6); CONFER WITH CO-COUNSEL RE: WITNESS INTERVIEWS(0.4); PRINCIPALS CALL (0.8). |
| BRAGG JL | 03/09/22 | 2.00 | REVIEW SUBMISSION (0.5); LISTEN TO HEARING (1.5). |
| BRAGG JL | 03/10/22 | 1.30 | CONFER WITH CO-COUNSEL RE: DOJ DOCUMENT REQUESTS (0.4); CONFER WITH CO-COUNSEL RE: DOCUMENT REQUEST (0.5); CONFER WITH CO-COUNSEL RE: HEARING MATTERS (0.4). |
| BRAGG JL | 03/11/22 | 1.10 | CONFER WITH CO-COUNSEL RE: DOJ REQUEST (0.5); STRATEGY DISCUSSION WITH CO-COUNSEL RE: DOJ REQUEST (0.6). |
| BRAGG JL | 03/14/22 | 1.80 | CONFER WITH CO-COUNSEL RE: COUNSEL ISSUES (0.5); REVIEW AND ANALYZE COOPERATION REQUESTS (1.0); CONFER WITH DOJ RE: DOCUMENT REQUEST (0.3). |
| BRAGG JL | 03/15/22 | 2.00 | CONFER WITH CO-COUNSEL RE: DOJ INFORMATION REQUEST (1.0); PREPARE FOR CALL WITH DOJ RE: INFORMATION REQUEST (0.5); CALL WITH DOJ RE: INFORMATION REQUEST (0.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 03/17/22 | 1.90 | CONFER WITH CLIENT RE: PERSONNEL QUESTIONS ASSOCIATED WITH DOJ OUTREACH (0.3); CONFER WITH CO-COUNSEL RE: DOJ UPDATE (0.5); CONFER WITH CLIENT RE: DOJ UPDATE (0.5); CONFER WITH CO-COUNSEL RE: DOJ DOCUMENT REQUESTS AND STRATEGY (0.6). |
| BRAGG JL | 03/18/22 | 1.00 | PREPARE FOR DOJ CALL (0.5); CALL WITH DOJ (0.5). |
| BRAGG JL | 03/21/22 | 0.50 | CONFER WITH CO-COUNSEL RE: DOJ DOCUMENT REQUESTS (0.5). |
| BRAGG JL | 03/22/22 | 3.60 | ATTEND PRINCIPALS CALL (0.7); STRATEGY DISCUSSION WITH CLIENT RE: DOJ ISSUES (0.7); CALL WITH CO-COUNSEL RE: DOJ ISSUES (0.5) STRATEGY DISCUSSION WITH CO-COUNSEL RE: DOJ INFORMATION REQUESTS (0.5); REVIEW AND ANALYZE INFORMATION RE: DOJ ACTIVITY (1.2). |
| BRAGG JL | 03/23/22 | 3.50 | CALL WITH CO-COUNSEL RE: DOCUMENTS REQUEST ISSUES (0.4); ATTEND HEARING (0.5) REVIEW AND ANALYZE GOVERNMENT REQUESTS (0.6); CALL WITH DOJ (0.5); CONFER WITH CO-COUNSEL RE: SENTENCING ISSUES (0.4) CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.7); CONFER WITH CLIENT RE: DOJ ACTIVITY (0.4). |
| BRAGG JL | 03/24/22 | 0.90 | CONFER WITH CO-COUNSEL RE: DOJ INFORMATION REQUESTS (0.5); CONFER WITH CLIENT RE: SAVINGS CARDS (0.4). |
| BRAGG JL | 03/25/22 | 1.00 | CALL WITH CO-COUNSEL RE: DOJ MATTERS (0.6); CONFER WITH CO-COUNSEL RE: DOJ UPDATE (0.4). |
| BRAGG JL | 03/28/22 | 1.50 | CALL WITH CLIENT RE: DOJ REQUEST (1.0); CONFER WITH CO-COUNSEL RE: DOJ REQUEST (0.5). |
| BRAGG JL | 03/29/22 | 5.10 | CALLS WITH CO-COUNSEL RE: DOJ REQUESTS (2.5); CALL WITH CO-COUNSEL RE: DOCUMENT REVIEW AND ANALYSIS (0.6); PRINCIPALS CALL (0.8); REVIEW AND ANALYZE SAVINGS CARD DOCUMENTS (1.2). |

2

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 03/30/22 | 4.60 | REVIEW AND ANALYZE DOJ REQUESTS (2.9); CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (1.7). |
| BRAGG JL | 03/31/22 | 5.40 | PREPARE FOR BOARD MEETING (1.0); ATTEND BOARD MEETING (1.0); REVIEW AND ANALYZE DOJ DOCUMENTS (1.5); CALL WITH DOJ RE: REQUESTS (0.5); CALL WITH CO COUNSEL RE: DOJ REQUESTS (0.5); CALL WITH CO-COUNSEL REVIEW DOCUMENT REVIEW (0.5); CALL WITH CLIENT RE: DOJ MATTERS (0.4). |
| | | **43.80** | |
| FITZGERALD P | 03/03/22 | 0.30 | REVIEW MEDIATION REPORT (0.2); UPDATE WITH CO-COUNSEL (0.1). |
| FITZGERALD P | 03/08/22 | 0.90 | WEEKLY LITIGATION UPDATE (0.5); DOJ UPDATE (0.4). . |
| FITZGERALD P | 03/10/22 | 1.20 | REVIEW MATERIALS (0.1); UPDATE WITH M. FLORENCE (0.5); UPDATE CALL WITH CO-COUNSEL (0.6). |
| FITZGERALD P | 03/15/22 | 0.50 | REVIEW UPDATES (0.2); CALL WITH DOJ AND J. BRAGG AND M. FLORENCE (0.3). |
| FITZGERALD P | 03/17/22 | 0.20 | CALL WITH J. BRAGG AND M. FLORENCE REGARDING COOPERATION REQUEST (0.2). |
| FITZGERALD P | 03/18/22 | 0.70 | CALL WITH DOJ REGARDING COOPERATION REQUESTS (0.5); UPDATE WITH M. FLORENCE (0.2). |
| FITZGERALD P | 03/20/22 | 0.30 | REVIEW COURT FILING (0.3). |
| FITZGERALD P | 03/21/22 | 0.80 | ATTENTION TO COURT FILINGS (0.2); ATTENTION TO UPDATES ON DEVELOPMENTS (0.6). |
| FITZGERALD P | 03/22/22 | 2.70 | ATTENTION TO DOJ REQUEST ISSUE (0.2); UPDATE ON FACTUAL DEVELOPMENTS (0.8); WEEKLY LITIGATION CALL (0.6); UPDATE CALL WITH CO-COUNSEL (0.8); REVIEW DOCUMENT (0.3). |
| FITZGERALD P | 03/23/22 | 0.20 | ATTENTION TO FOLLOW-UP REGARDING DOJ REQUEST (0.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 03/28/22 | 0.80 | REVIEW UPDATE (0.1); UPDATE RECEIVED FROM COMMON INTEREST COUNSEL (0.4); PROVIDE UPDATE TO TEAM (0.3). |
| FITZGERALD P | 03/29/22 | 0.40 | UPDATE WITH CO-COUNSEL (0.4). |
| | | **9.00** | |
| FLORENCE MP | 03/01/22 | 2.00 | CONFER WITH DOJ RE: DOCUMENT REQUESTS (0.2); REVIEW AND ANALYZE MATERIALS RE: DOJ REQUESTS (1.1); CONFER WITH CO-COUNSEL RE: SAME (0.4); CONFER WITH CO-COUNSEL RE: SAME (0.3). |
| FLORENCE MP | 03/02/22 | 0.60 | ATTEND BANKRUPTCY HEARING (0.2); CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.4). |
| FLORENCE MP | 03/03/22 | 3.20 | PREPARE FOR CALL WITH DOJ (1.2); CONFER CO-COUNSEL RE: DOJ REQUESTS (0.3); PARTICIPATE IN CALL WITH DOJ (0.5); CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ CALL AND REQUESTS (1.2). . |
| FLORENCE MP | 03/04/22 | 0.70 | CORRESPOND WITH SKADDEN TEAM RE: DOJ REQUESTS (0.5); CORRESPOND WITH CO-COUNSEL RE: SAME (0.2). |
| FLORENCE MP | 03/07/22 | 0.40 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.2); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: MATTER STATUS (0.2). |
| FLORENCE MP | 03/08/22 | 1.60 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.4); CONFER WITH CO-COUNSEL RE: SAME (0.3); PREP FOR CALL WITH SKADDEN TEAM AND CLIENT RE: DOJ STATUS (0.4); ATTEND WEEKLY PRINCIPALS CALL (0.5). . |
| FLORENCE MP | 03/09/22 | 1.10 | CORRESPOND WITH CO-COUNSEL, SKADDEN TEAM AND CLIENT RE: DOJ REQUESTS (0.4); CORRESPOND WITH CLIENT AND SKADDEN TEAM RE: DOJ REQUESTS (0.7). . |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 03/10/22 | 4.80 | CONFER WITH DOJ RE: INFORMATION REQUESTS (0.2); ATTEND BANKRUPTCY HEARING (1.9); REVIEW DOJ REQUESTS (0.4); CORRESPOND WITH CO-COUNSEL AND CLIENT RE: SAME (0.8); CONFER WITH P. FITZGERALD RE: SENTENCING ISSUES (0.4); PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: SAME (1.1). . |
| FLORENCE MP | 03/11/22 | 1.80 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: DOJ REQUESTS (0.5); CONFER WITH CO-COUNSEL RE: SAME (0.5); PREPARE FOR AND PARTICIPATE IN CALL WITH SKADDEN TEAM RE: DOJ REQUEST (0.8). |
| FLORENCE MP | 03/12/22 | 0.30 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.3). |
| FLORENCE MP | 03/15/22 | 2.90 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.4); PARTICIPATE IN CALL WITH DOJ RE: SAME (0.3); FOLLOW UP WITH CO-COUNSEL RE: SAME (1.0); PREPARE FOR CALL WITH CO-COUNSEL AND J. BRAGG RE: SAME (0.5); PARTICIPATE IN CALL RE: SAME (0.7). |
| FLORENCE MP | 03/16/22 | 0.60 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.6). |
| FLORENCE MP | 03/17/22 | 3.10 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.6); FOLLOW UP WITH J. BRAGG AND CLIENT RE: SAME (0.6); REVIEW ANALYSIS RE: SAME (0.7); CONFER WITH J. BRAGG AND P. FITZGERALD RE: SAME (0.7); REVIEW DRAFT DOCUMENT (0.5). |
| FLORENCE MP | 03/18/22 | 1.30 | PREPARE FOR CALL WITH DOJ (0.2); PARTICIPATE IN CALL WITH DOJ (0.5); FOLLOW UP WITH P. FITZGERALD RE: SAME (0.2); FOLLOW UP WITH CO-COUNSEL RE: SAME (0.4). |
| FLORENCE MP | 03/19/22 | 0.20 | CORRESPOND RE: MATTER STATUS (0.2). |
| FLORENCE MP | 03/21/22 | 2.60 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.3); REVIEW DRAFT DOCUMENTS (2.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 03/22/22 | 3.20 | CORRESPOND WITH J. BRAGG RE: DOJ REQUESTS (0.2); FOLLOW UP RE: SAME (0.5); CONFER WITH J. BRAGG AND A. CHAN RE: FACTUAL DEVELOPMENT (0.2); PARTICIPATE IN CALL WITH DOJ (0.6); CONFER WITH INDIVIDUAL COUNSEL (0.3);  PARTICIPATE IN WEEKLY PRINCIPALS STRATEGY CALL (0.7); PARTICIPATE IN CALL WITH CO-COUNSEL AND SKADDEN TEAM RE: DOJ STRATEGY (0.7). |
| FLORENCE MP | 03/23/22 | 1.40 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.5); FOLLOW UP RE: SAME (0.4); CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.2); PARTICIPATE IN CALL WITH DOJ RE: DOCUMENT REQUESTS (0.3). |
| FLORENCE MP | 03/24/22 | 1.20 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (1.0); REVIEW FINAL DOCUMENT (0.2). |
| FLORENCE MP | 03/25/22 | 0.30 | CORRESPOND RE: DOJ REQUESTS (0.3). |
| FLORENCE MP | 03/28/22 | 3.90 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.4); PARTICIPATE IN CALL WITH CO-COUNSEL RE: SAME (1.0); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.7); CONFER WITH J. BRAGG RE: SAME (0.4); PREPARE FOR CALL WITH CLIENT RE: DOJ REQUESTS (0.4); PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: SAME (1.0). |
| FLORENCE MP | 03/29/22 | 2.70 | CONFER WITH SKADDEN TEAM RE: DOJ REQUESTS (0.6); CORRESPOND WITH CO-COUNSEL RE: SAME (0.9); CONFER WITH CLIENT AND J. BRAGG RE: SAME (0.7); DRAFT SUMMARY FOR CLIENT DISCUSSION (0.5). |
| FLORENCE MP | 03/30/22 | 3.70 | CONFER WITH J. BRAGG AND CLIENT RE: DOJ OUTREACH (0.6); DRAFT SUMMARY OF CLIENT CALL (1.4); CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.5); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.7); PARTICIPATE IN CALL RE: DOCUMENT REPOSITORY (0.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 03/31/22 | 4.00 | PREPARE FOR BOARD MEETING (0.2); ATTEND BOARD MEETING (0.8); PREPARE FOR AND PARTICIPATE IN CALL WITH DOJ (0.6); CONFER WITH SKADDEN TEAM RE: DOJ REQUESTS (0.4); FOLLOW UP RE: SAME (1.0); REVIEW AND ANALYZE MATERIALS RE: DOJ AREAS OF INTEREST (1.0). |
| | | **47.60** | |
| RIDGWAY W | 03/01/22 | 0.20 | CONFER WITH M. FLORENCE RE: DOJ STRATEGY (0.2). |
| RIDGWAY W | 03/11/22 | 0.50 | CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.5). |
| RIDGWAY W | 03/22/22 | 1.40 | PARTICIPATE IN PRINCIPAL'S MEETING (0.6); CONFER WITH CLIENT RE: DOJ STRATEGY (0.8). |
| RIDGWAY W | 03/23/22 | 0.50 | CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.5). |
| | | **2.60** | |
| **Total Partner** | | **103.00** | |
| AMAECHI PI | 03/31/22 | 0.40 | CALL WITH J. BRAGG AND M. FLORENCE RE: CASE STATUS AND BACKGROUND (0.4). |
| AMAECHI PI | 03/31/22 | 0.40 | CALL WITH A. CHAN RE: CASE STATUS AND BACKGROUND (0.4). |
| AMAECHI PI | 03/31/22 | 1.30 | REVIEW AND ANALYZE DOCUMENTS FOR PURPOSES OF RESPONDING TO DOJ REQUESTS (1.3). |
| | | **2.10** | |
| CHAN AH | 03/22/22 | 0.20 | CONFER ON DOCUMENT REVIEW (0.2). |
| CHAN AH | 03/22/22 | 1.30 | REVIEW DOCUMENTS RE: ISSUE OF INTEREST (1.3). |
| CHAN AH | 03/25/22 | 0.50 | REVIEW DOCUMENTS RE: ISSUE OF INTEREST (0.5). |
| CHAN AH | 03/29/22 | 4.50 | DRAFT SUMMARY OF DOCUMENTS RE: TOPIC OF INTEREST (4.5). |
| CHAN AH | 03/29/22 | 0.60 | CONFER ON SCOPE OF DOCUMENT REVIEW RE: DOJ TOPIC OF INTEREST (0.6). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| CHAN AH | 03/30/22 | 4.70 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (4.7). |
| CHAN AH | 03/30/22 | 0.30 | CONFER ON NEXT STEPS FOR DOCUMENT REVIEW RE: DOJ TOPIC OF INTEREST (0.3). |
| CHAN AH | 03/31/22 | 1.00 | CONFER ON DOCUMENT REVIEW PROCEDURE (1.0). |
| CHAN AH | 03/31/22 | 1.10 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (1.1). |
| | | **14.20** | |
| DEAN B | 03/29/22 | 0.50 | CALL WITH SKADDEN TEAM RE: RESPONDING TO DOJ REQUESTS (0.5). |
| DEAN B | 03/30/22 | 0.20 | CALL WITH A. CHAN RE: RESPONDING TO DOJ REQUESTS (0.2). |
| | | **0.70** | |
| **Total Associate** | | **17.00** | |
| **MATTER TOTAL** | | **120.00** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
Purdue Pharma L.P.                                    Bill Date: 05/09/22
General Advice                                        Bill Number: 1894654
```

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 03/01/22 | 5.30 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.6); CONFER WITH CO-COUNSEL RE: SAME (1.2); REVIEW AND ANALYZE REGULATORY MATERIALS (1.3); PREPARE FOR MEDICAL AFFAIRS DISCUSSION (1.2); CALL WITH CLIENT RE: MEDICAL AFFAIRS ISSUES (1.0). |
| BRAGG JL | 03/03/22 | 1.80 | CONFER WITH CO-COUNSEL RE: REGULATORY ISSUES (0.5); REVIEW AND ANALYZE ISSUES ASSOCIATED WITH SAME (1.3). |
| BRAGG JL | 03/04/22 | 1.00 | CONFER WITH CO-COUNSEL RE: REGULATORY ISSUES (1.0). |
| BRAGG JL | 03/05/22 | 2.20 | CONFER WITH K. CORALLO RE: REGULATORY ISSUES (1.3); REVIEW AND ANALYZE REGULATORY ISSUES (0.9). |
| BRAGG JL | 03/07/22 | 2.30 | CONFER WITH CO-COUNSEL RE: REGULATORY ISSUES (0.4); CONFER WITH CO-COUNSEL RE: SAME (0.7); REVIEW AND ANALYSIS OF REGULATORY ISSUES (1.2). |
| BRAGG JL | 03/08/22 | 2.10 | CONFER WITH CO-COUNSEL RE: PROMOTIONAL QUESTIONS (1.0); REVIEW AND ANALYZE PROMOTIONAL ISSUES (1.1). |
| BRAGG JL | 03/10/22 | 2.90 | REVIEW ANALYSIS OF REGULATORY MATTER (0.6); CONFER WITH CLIENT AND CO-COUNSEL RE: LAUNCH ISSUES (1.4) REVIEW AND ANALYZE MATERIALS RE: SAME (0.9). |
| BRAGG JL | 03/11/22 | 3.20 | REVIEW AND ANALYZE REGULATORY ISSUES (0.8); CONFER WITH CO-COUNSEL RE: REGULATORY ISSUES (0.5); REVIEW MATERIALS FROM COMPANY MEETING (0.6); REVIEW AND ANALYZE GUIDANCE FOR COMMERCIAL AND MEDICAL FUNCTIONS (1.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 03/12/22 | 4.40 | CONFER WITH CLIENT RE: REGULATORY MATTERS (1.2); REVIEW AND ANALYZE REGULATORY MATERIALS (1.7); REVIEW AND DEVELOP REGULATORY PLAN (1.5). |
| BRAGG JL | 03/13/22 | 1.50 | REVIEW AND ANALYZE REGULATORY PLAN (1.5). |
| BRAGG JL | 03/14/22 | 5.50 | REVIEW MATERIALS IN PREPARATION FOR CLIENT CALL (0.9); CALL WITH CLIENT RE: SAME (1.0); CALL WITH CLIENT RE: REGULATORY ISSUE (2.0); FOLLOW-UP RE: LAUNCH ISSUES (0.5); CONFER WITH CLIENT RE: REGULATORY MATTERS (0.3); REVIEW MATERIALS (0.8). |
| BRAGG JL | 03/16/22 | 4.70 | CLIENT MEETING TO DISCUSS REGULATORY ISSUE (1.0); FOLLOW-UP WORK RE: REGULATORY ANALYSIS (1.1); CONFER WITH CLIENT RE: LAUNCH ACTIVITIES (2.0); CONFER WITH CO-COUNSEL RE: LAUNCH ACTIVITIES (0.6). |
| BRAGG JL | 03/17/22 | 4.80 | CALL WITH CLIENT RE: REGULATORY ISSUES (1.0); CALL WITH CLIENT RE: COMMERCIAL LAUNCH ISSUES (2.0); REVIEW REGULATORY MATERIALS (1.5); CONFER WITH CLIENT RE: CORPORATE ISSUES (0.3). |
| BRAGG JL | 03/18/22 | 0.90 | REVIEW AND EDIT REGULATORY MATERIALS (0.9). |
| BRAGG JL | 03/21/22 | 0.30 | REVIEW CORRESPONDENCE RE: REGULATORY MATTERS (0.3). |
| BRAGG JL | 03/22/22 | 1.80 | REVIEW AND ANALYZE REGULATORY MATERIALS (0.8); WORKING SESSION WITH CO-COUNSEL RE: REGULATORY ISSUES (1.0). |
| BRAGG JL | 03/23/22 | 1.20 | REVIEW AND ANALYSIS OF AGREEMENTS (0.7); CALL WITH CLIENT RE: SAME (0.5). |
| BRAGG JL | 03/24/22 | 1.70 | WEEKLY WORKING REGULATORY CALL (1.0); REVIEW CREDITORS MATERIALS (0.7). |
| BRAGG JL | 03/28/22 | 1.00 | REVIEW CREDITOR DECKS (0.5); CONFER WITH CO-COUNSEL RE: SAME (0.5). |

2

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
BRAGG JL          03/29/22     0.90   REVIEW AND ANALYZE CREDITOR
                                      MATERIALS (0.6); CONFER WITH CLIENT
                                      RE: AD BOARDS (0.3).

BRAGG JL          03/30/22     1.70   REVIEW AND EDIT MEMO (1.7).

BRAGG JL          03/31/22     0.60   CONFER WITH CLIENT RE: REGULATORY
                                      ISSUES (0.6).

                              51.80

FLORENCE MP       03/01/22     2.20   REVIEW MATERIALS RE: LABELING
                                      QUESTION (0.5); CONFER WITH SKADDEN
                                      TEAM RE: SAME (1.1); REVISE MEMO RE:
                                      SAME (0.6).

FLORENCE MP       03/02/22     0.20   CONFER WITH J. BRAGG RE: LABELING
                                      ISSUE (0.2).

FLORENCE MP       03/03/22     0.20   REVIEW RESEARCH RE: REGULATORY
                                      MATTER (0.2).

FLORENCE MP       03/10/22     1.30   CONFER WITH K. CORALLO AND J. BRAGG
                                      RE: LAUNCH APPROACH (1.3).

FLORENCE MP       03/11/22     2.80   DRAFT FLOW CHART RE: POTENTIAL
                                      PRODUCT DISCUSSIONS (2.6); CONFER
                                      WITH J. BRAGG RE: SAME (0.2).

FLORENCE MP       03/12/22     0.70   REVIEW AND COMMENT ON MEMO (0.5);
                                      REVIEW AND EDIT FLOW CHART AND SLIDE
                                      DECK (0.2).

FLORENCE MP       03/14/22     0.30   REVIEW MATERIALS RE: REGULATORY
                                      MATTERS (0.3).

FLORENCE MP       03/15/22     0.40   REVIEW MATERIALS RE: REGULATORY
                                      MATTERS (0.4).

FLORENCE MP       03/17/22     0.90   PREPARE FOR CALL WITH J. BRAGG AND
                                      K. CORALLO RE: REGULATORY MATTERS
                                      (0.4); PARTICIPATE IN CALL RE: SAME
                                      (0.5).

FLORENCE MP       03/22/22     0.70   PARTICIPATE IN CALL WITH J. BRAGG
                                      AND A. CHAN RE: REGULATORY QUESTIONS
                                      (0.7).

FLORENCE MP       03/23/22     0.70   PARTICIPATE IN CALL WITH CO-COUNSEL
                                      AND CLIENT RE: REGULATORY MATTER
                                      (0.7).

FLORENCE MP       03/24/22     1.00   PARTICIPATE IN CALL WITH K. CORALLO
                                      AND J. BRAGG RE: REGULATORY MATTERS
                                      (1.0).
```

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 03/31/22 | 0.50 | CONFER WITH K. CORALLO AND J. BRAGG RE: REGULATORY MATTERS (0.5). |
| | | **11.90** | |
| MCCONAGHA W | 03/01/22 | 1.30 | PREPARE FOR CALL ON REGULATORY ISSUES; RESEARCH ON SAME (1.3). |
| MCCONAGHA W | 03/01/22 | 2.00 | REVIEW AND REVISE REGULATORY MATERIALS (2.0). |
| MCCONAGHA W | 03/02/22 | 1.30 | FINALIZE COMMENTS ON REGULATORY MATERIALS (0.8); AND CONFER WITH CO-COUNSEL ON SAME (0.5). |
| MCCONAGHA W | 03/03/22 | 1.00 | REVIEW ANALYSIS AND SOURCE MATERIALS (1.0). |
| MCCONAGHA W | 03/07/22 | 0.50 | REVIEW UPDATED EMAILS FROM COUNSEL AND OUTSIDE COUNSEL ON LABELING (0.5). |
| MCCONAGHA W | 03/13/22 | 1.20 | REVISE CCDS ANALYSIS (1.2). |
| MCCONAGHA W | 03/14/22 | 1.00 | CALL WITH CO-COUNSEL (1.0). |
| MCCONAGHA W | 03/16/22 | 2.50 | CALL WITH COUNSEL (1.0); CALL WITH OUTSIDE COUNSEL ON REGULATORY ISSUES (0.5); CONDUCTS RESEARCH RE: REGULATORY ISSUES (1.0). |
| MCCONAGHA W | 03/17/22 | 0.40 | CALL WITH CO-COUNSEL ON CCDS ISSUES (0.4). |
| MCCONAGHA W | 03/23/22 | 2.00 | CALL WITH COUNSEL ON REGULATORY ISSUE (0.5); CALL WITH SKADDEN CO-COUNSEL RE: SAME (0.5); RESEARCH ON REGULATORY MATTERS (1.0). |
| MCCONAGHA W | 03/25/22 | 0.60 | REVIEW RESEARCH REGULATORY ISSUE (0.6). |
| MCCONAGHA W | 03/31/22 | 0.80 | PREPARE FOR CALL WITH COUNSEL ON REGULATORY ISSUE (0.4); PARTICIPATE IN CALL RE: SAME (0.4). |
| | | **14.60** | |
| **Total Partner** | | **78.30** | |
| CHAN AH | 03/01/22 | 1.10 | CONFER ON NEXT STEPS RE: REGULATORY ISSUE (1.1). |
| CHAN AH | 03/01/22 | 2.00 | CONDUCT REGULATORY RESEARCH RE: REGULATORY ISSUE (2.0). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| CHAN AH | 03/02/22 | 7.40 | CONDUCT REGULATORY RESEARCH RE: REGULATORY ISSUE (7.4). |
| CHAN AH | 03/07/22 | 7.00 | REVISE MEMO RE: REGULATORY ISSUE (7.0). |
| CHAN AH | 03/10/22 | 5.00 | DRAFT MEMO RE: REGULATORY ISSUE (5.0). |
| CHAN AH | 03/15/22 | 2.30 | REVIEW MATERIALS RE: REGULATORY ISSUE (2.3). |
| CHAN AH | 03/16/22 | 4.20 | CONDUCT REGULATORY RESEARCH (4.2). |
| CHAN AH | 03/17/22 | 0.20 | REVIEW MATERIALS RE: REGULATORY ISSUE (0.2). |
| CHAN AH | 03/22/22 | 0.70 | CONFER ON NEXT STEPS RE: REGULATORY ISSUE (0.7). |
| CHAN AH | 03/22/22 | 5.20 | REVISE MEMO RE: REGULATORY ISSUE (5.2). |
| CHAN AH | 03/23/22 | 0.70 | CONFER ON BACKGROUND FOR MEMO (0.7). |
| CHAN AH | 03/23/22 | 0.40 | CONFER ON SCOPE OF RESEARCH (0.4). |
| CHAN AH | 03/23/22 | 7.00 | REVISE MEMO RE: REGULATORY ISSUE (7.0). |
| CHAN AH | 03/23/22 | 0.10 | REVIEW MATERIALS RE: REGULATORY ISSUE (0.1). |
| CHAN AH | 03/24/22 | 0.40 | REVIEW MATERIALS (0.4). |
| CHAN AH | 03/24/22 | 4.30 | CONDUCT REGULATORY RESEARCH (4.3). |
| CHAN AH | 03/25/22 | 2.40 | CONDUCT REGULATORY RESEARCH (2.4). |
| CHAN AH | 03/30/22 | 1.90 | REVISE MEMO RE: REGULATORY ISSUE(1.9). |
| CHAN AH | 03/30/22 | 0.30 | PREPARE FOR CALL RE: REGULATORY RESEARCH (0.3). |
| CHAN AH | 03/30/22 | 0.10 | CONFER ON RESEARCH FINDINGS (0.1). |
| CHAN AH | 03/31/22 | 4.90 | REVISE MEMO RE: REGULATORY ISSUE (4.9). |
| | | **57.60** | |

**Total Associate**          **57.60**

**MATTER TOTAL**          **135.90**

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          **Bill Date: 05/09/22**
**Magnet**                                                      **Bill Number: 1894695**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 03/14/22 | 1.10 | CONFER WITH CO-COUNSEL RE: TRANSACTION (0.5); REVIEW MATERIALS FROM CLIENT RE: TRANSACTION (0.6). |
| | | **1.10** | |
| FLORENCE MP | 03/14/22 | 0.50 | REVIEW BACKGROUND MATERIALS RE: TRANSACTION (0.3); CONFER WITH M. GIBSON AND J. BRAGG RE: SAME (0.2). |
| | | **0.50** | |
| GIBSON ML | 03/14/22 | 1.00 | REVIEW MATERIALS SENT BY CLIENT (0.2); INTERNAL DISCUSSIONS RE: SAME (0.3); PREPARE TALKING POINTS FOR CLIENT (0.5). |
| GIBSON ML | 03/15/22 | 1.40 | PRE CALL WITH ANTITRUST TEAM (0.4); CALL WITH CLIENT AND ANTITRUST TEAM (0.5); AND CALL WITH CLIENT (0.5). |
| GIBSON ML | 03/18/22 | 1.00 | PREP FOR VIDEO CALL WITH CLIENT, CONSULTANT AND CO-COUNSEL (0.5); PARTICIPATE ON CALL RE: SAME (0.5). |
| GIBSON ML | 03/23/22 | 0.90 | REVIEW TEAM MEMO (0.5); RELATED DISCUSSIONS AND CORRESPONDENCE (0.4). |
| | | **4.30** | |
| RAPTIS M | 03/18/22 | 1.00 | CALL WITH PROJECT MAGNET TEAM (1.0). |
| RAPTIS M | 03/23/22 | 0.70 | REVISE CLEAN TEAM MATERIALS (0.7). |
| RAPTIS M | 03/23/22 | 0.20 | CORRESPONDENCE WITH M. GIBSON RE: CLEAN TEAM MATERIALS (0.2). |
| | | **1.90** | |
| WALES DP | 03/18/22 | 1.10 | CALL WITH CO-COUNSEL AND CLIENT RE: TRANSACTIONAL ISSUES (1.1). |
| WALES DP | 03/18/22 | 0.50 | REVIEW POTENTIAL TRANSACTION STRUCTURE (0.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
WALES DP              03/22/22         0.50  REVISE AGREEMENT MEMO (0.5).

                                       2.10

Total Partner                          9.90

MATTER TOTAL                           9.90
```

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          **Bill Date: 05/09/22**
**Rhodes Companies**                                            **Bill Number: 1894657**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FLORENCE MP | 03/23/22 | 0.80 | REVIEW MATERIALS RE: DEA QUESTION (0.3); PARTICIPATE IN CALL WITH W. MCCONAGHA AND A. CHAN RE: SAME (0.5). |
| FLORENCE MP | 03/28/22 | 0.70 | REVIEW AND ANALYZE DEA QUESTION (0.7). |
| FLORENCE MP | 03/30/22 | 0.20 | PARTICIPATE IN CALL WITH CLIENT RE: DEA QUESTION (0.2). |
| | | **1.70** | |
| **Total Partner** | | **1.70** | |
| **MATTER TOTAL** | | **1.70** | |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                              **Bill Date: 05/09/22**
**Third-Party Litigation Support**                                 **Bill Number: 1894660**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 03/11/22 | 1.30 | CONFER WITH CO-COUNSEL RE: WITNESS INTERVIEW PREPARATIONS (0.7); CONFER WITH CO-COUNSEL RE: WITNESS ISSUES (0.6). |
| BRAGG JL | 03/29/22 | 0.90 | REVIEW AND ANALYZE DOCUMENTS PRODUCED (0.9). |
| | | **2.20** | |

**Total Partner**                      **2.20**

**MATTER TOTAL**                        **2.20**

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                              **Bill Date: 05/09/22**
**Various Texas Actions**                                           **Bill Number: 1891080**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| REDMAN R | 03/01/22 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.3). |
| REDMAN R | 03/02/22 | 0.40 | ANALYZE INCOMING FILLINGS (0.2); UPDATE AND ORGANIZE PLEADINGS (0.2). |
| REDMAN R | 03/04/22 | 0.70 | ANALYZE AND DISTRIBUTE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 03/07/22 | 0.70 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.4). |
| REDMAN R | 03/09/22 | 1.00 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS (0.6). |
| REDMAN R | 03/21/22 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.7). |
| REDMAN R | 03/23/22 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.3). |
| REDMAN R | 03/25/22 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 03/31/22 | 0.40 | ANALYZE AND DISTRIBUTE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS (0.2). |
| | | 5.80 | |

**Total Legal Assistant**                 5.80

**MATTER TOTAL**                           <u>5.80</u>

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
Purdue Pharma L.P.                                 Bill Date: 05/09/22
Retention/Fee Matter                               Bill Number: 1894655
```

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 03/11/22 | 1.30 | ANALYZE MATERIALS FOR SUBMISSION (1.3). |
| | | **1.30** | |
| FITZGERALD P | 03/16/22 | 0.20 | REVIEW FEE APPLICATION (0.2). |
| | | **0.20** | |
| FLORENCE MP | 03/16/22 | 0.80 | EDIT FEE APPLICATION (0.8). |
| | | **0.80** | |
| GIBSON ML | 03/16/22 | 0.20 | COMMENT ON FEE APPLICATION (0.2). |
| | | **0.20** | |
| TULLSON CT | 03/10/22 | 0.60 | REVIEW AND REVISE FEE STATEMENTS (0.5); COMMUNICATIONS WITH WORKING GROUP (0.1). |
| TULLSON CT | 03/16/22 | 1.00 | REVIEW AND REVISE FEE APPLICATION (0.8); COMMUNICATIONS WITH WORKING GROUP RE: SAME (0.2). |
| | | **1.60** | |
| **Total Partner** | | **4.10** | |
| DEAN B | 03/03/22 | 1.00 | DRAFT DECEMBER FEE STATEMENT (1.0). |
| DEAN B | 03/08/22 | 2.80 | REVISE FEE STATEMENT MATERIALS (2.8). |
| DEAN B | 03/09/22 | 1.20 | DRAFT INTERIM FEE APPLICATION (1.2). |
| DEAN B | 03/10/22 | 1.20 | DRAFT INTERIM FEE STATEMENT (1.2). |
| DEAN B | 03/11/22 | 3.90 | CONTINUE TO DRAFT INTERIM FEE APPLICATION (3.9). |
| DEAN B | 03/14/22 | 0.40 | IMPLEMENT REVISIONS TO INTERIM APPLICATION (0.4). |
| | | **10.50** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MADDEN J | 03/03/22 | 1.00 | CORRESPONDENCE WITH TEAM REGARDING FEE APPLICATION MATERIALS (1.0). |
| MADDEN J | 03/07/22 | 0.30 | CORRESPONDENCE WITH TEAM AND FEE EXAMINER RE: TIME MATERIALS (0.3). |
| MADDEN J | 03/08/22 | 0.50 | CORRESPONDENCE/ANALYSIS RE: FEE APPLICATION MATERIALS (0.5). |
| MADDEN J | 03/09/22 | 1.10 | CORRESPONDENCE AND ANALYSIS RE: FEE MATERIALS (1.1). |
| MADDEN J | 03/10/22 | 0.90 | CORRESPONDENCE RE: FEE MATERIALS (0.4) AND FOLLOW UP CALL RE: SAME (0.5). |
| MADDEN J | 03/11/22 | 4.70 | REVIEW/REVISE FEE APPLICATION MATERIALS (1.7); DRAFT CERTIFICATION AND RELATED MATERIALS (3.0). |
| MADDEN J | 03/14/22 | 1.10 | DRAFT/REVISE FEE APPLICATION MATERIALS (1.0) AND FOLLOW UP WITH SKADDEN TEAM RE: SAME (0.1). |
| MADDEN J | 03/15/22 | 1.00 | CONTINUE TO PREPARE FEE APPLICATION MATERIALS (0.6) AND CORRESPONDENCE WITH TEAM RE: SAME (0.4). |
| MADDEN J | 03/16/22 | 4.10 | FINALIZE FEE APPLICATION MATERIALS (4.1). |
| MADDEN J | 03/17/22 | 4.10 | FINALIZE FEE APPLICATION MATERIALS (4.1). |
| | | 18.80 | |

**Total Associate**          29.30

**MATTER TOTAL**          __33.40__

D02