Objection Deadline: May 27, 2022 at 12:00 p.m. (Prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF THIRTY-FIRST MONTHLY STATEMENT OF**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al.* |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | April 1, 2022 through April 30, 2022 |
| Amount of Compensation Requested: | $445,541.15 |
| Less 20% Holdback: | $  89,108.23 |
| Net of Holdback: | $356,432.92 |
| Amount of Expense Reimbursement Requested: | $  65,000.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $421,432.92 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[2] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Thirty-First monthly statement (the "**Thirty-First Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from April 1, 2022 through April 30, 2022 (the "**Thirty-First Monthly Period**"). By this Thirty-First Monthly Statement, and after taking into account certain voluntary discounts and reductions,[3] Skadden seeks payment in the amount of $421,432.92 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-First Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

### SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Thirty-First Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     In addition to the volume discount, the total amount sought for fees and expenses ($510,541.15) reflects voluntary reductions for this period of $2,609.00 in fees and $723.23 in expenses, for an overall voluntary reduction of 0.61%. Skadden reserves the right to request these amounts.

*(cont'd)*

billing rate of Skadden timekeepers during the Thirty-First Monthly Period is approximately

$1,212.85.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Thirty-First Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Thirty-First Monthly Period.

4.      Attached hereto as **Exhibit D** is itemized time records of Skadden professionals

for the Thirty-First Monthly Period and summary materials related thereto.

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-First Monthly Statement shall be given by hand or overnight

delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma L.P., 201

Tresser Blvd, Stamford, CT 06901, Attn.: Terrence Ronan, Email:

Terrence.Ronan@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450

Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan

Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com;

(iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park,

Bank of America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L.

Brauner, Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600

N. King Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N.

Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of

the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New

---

[4]      The blended rate is comprised of all Skadden timekeepers who provided services during the Thirty-First
Monthly Period.

York, New York 10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov. (collectively, the "**Notice Parties**").

6.      Objections to this Thirty-First Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer Bragg, Email: Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606, Attn.: Patrick Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn.: Van Durrer, Email: Van.Durrer@skadden.com, and 525 University Avenue, Palo Alto, California, 94301, Attn.: Jennifer Madden, Email: Jennifer.Madden@skadden.com no later than May 27, 2022 at 12:00 p.m. (Prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Thirty-First Monthly Statement are received by the Objection Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the expenses identified in this Thirty-First Monthly Statement.

8.      To the extent that an objection to this Thirty-First Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-First Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: May 13, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Julie E. Cohen*
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors
and Debtors in Possession*

## EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**

### APRIL 1, 2022 – APRIL 30, 2022

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer L. Bragg | 1996 | 1,650.00 | 94.00 | $155,100.00 |
| Avia M. Dunn | 2008 | 1,325.00 | 5.80 | 7,685.00 |
| Patrick Fitzgerald | 1986 | 1,850.00 | 1.80 | 3,330.00 |
| Maya P. Florence | 2004 | 1,510.00 | 56.60 | 85,466.00 |
| Marie L. Gibson | 1997 | 1,650.00 | 2.50 | 4,125.00 |
| Maria Raptis | 2003 | 1,495.00 | 1.60 | 2,392.00 |
| William Ridgway | 2006 | 1,495.00 | 4.20 | 6,279.00 |
| | | | | |
| | **TOTAL PARTNER** | | **166.50** | **$264,377.00** |
| | | | | |
| **ASSOCIATE** | | | | |
| Pamela I. Amaechi | 2019 | 865.00 | 56.40 | $ 48,786.00 |
| William A. Bejan | 2018 | 985.00 | 26.30 | 25,905.50 |
| Amanda H. Chan | 2019 | 985.00 | 91.80 | 90,423.00 |
| Barri Dean | 2019 | 985.00 | 47.00 | 46,295.00 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **221.50** | **$211,409.50** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| William R. Fieberg | N/A | 470.00 | 4.90 | $ 2,303.00 |
| Rachel Redman | N/A | 470.00 | 2.10 | 987.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **7.00** | **$ 3,290.00** |
| | | | | |
| **TOTAL** | | | **395.00** | **$479,076.50** |
| **VOLUME DISCOUNT** | | | | **$ 33,535.35** |
| **TOTAL FEES** | | | | **$445,541.15** |

**BLENDED HOURLY RATE    $1,212.85**

**<u>EXHIBIT B</u>**

**COMPENSATION BY PROJECT CATEGORY**
**(APRIL 1, 2022 – APRIL 30, 2022)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Emergence Process | 16.40 | $   24,319.00 |
| Bankruptcy Related Litigation and Regulation | 1.30 | 2,145.00 |
| DOJ | 308.30 | 359,266.50 |
| General Advice | 56.90 | 76,107.00 |
| Magnet | 4.10 | 6,517.00 |
| Third-Party Litigation Support | 5.90 | 9,735.00 |
| Various Texas Actions | 2.10 | 987.00 |
| **TOTAL** | **395.00** | **$479,076.50** |
| **VOLUME DISCOUNT** | | **$  33,535.35** |
| **TOTAL FEES** | | **$445,541.15** |

## EXHIBIT C

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**EXPENSE SUMMARY**
**(APRIL 1, 2022 – APRIL 30, 2022)**

| Expense Category | Total Expenses |
|---|---|
| Secondment of Skadden Attorney | $ 65,000.00 |
| **TOTAL** | **$ 65,000.00** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          **Bill Date: 05/10/22**
**Bankruptcy Emergence Process**                               **Bill Number: 1894717**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 04/18/22 | 1.20 | REVIEW AND ANALYZE LICENSING ISSUES (1.2). |
| BRAGG JL | 04/19/22 | 2.60 | CONFER WITH CLIENT RE: VARIOUS LICENSING ISSUES (1.6); REVIEW AND ANALYZE MATERIALS FOR ASSESSMENT OF LICENSING ISSUES (1.0). |
| BRAGG JL | 04/20/22 | 1.60 | CONFER WITH CLIENT RE: LICENSING QUESTIONS AND ISSUES (0.9); CONFER WITH CO-COUNSEL RE: LICENSING ISSUES AND ANALYSIS (0.7). |
| BRAGG JL | 04/22/22 | 0.70 | CONFER WITH CLIENT RE: LICENSING ISSUE (0.7). |
| BRAGG JL | 04/26/22 | 0.40 | CONFER WITH CO-COUNSEL RE: LICENSING QUESTION (0.4). |
| | | **6.50** | |
| DUNN AM | 04/06/22 | 0.80 | PARTICIPATE ON STANDING STATE LICENSING CALL (0.8). |
| DUNN AM | 04/20/22 | 0.70 | PARTICIPATE ON STANDING STATE LICENSING CALL (0.7). |
| DUNN AM | 04/20/22 | 0.30 | RESPOND TO QUESTIONS RE: STATE LICENSING ISSUES (0.3). |
| DUNN AM | 04/26/22 | 0.40 | REVIEW AND RESPOND TO STATE LICENSING QUESTIONS (0.4). |
| DUNN AM | 04/27/22 | 0.30 | PARTICIPATE ON STANDING LICENSING CALL (0.3). |
| | | **2.50** | |
| FLORENCE MP | 04/04/22 | 0.60 | PARTICIPATE IN WEEKLY GOVERNMENT CONTRACTS CALL (0.3); CONFER WITH CONSULTANT RE: STATE LICENSES (0.3). |
| FLORENCE MP | 04/05/22 | 0.40 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.4). |
| FLORENCE MP | 04/06/22 | 0.50 | CORRESPOND WITH CLIENT AND SKADDEN TEAM RE: STATE LICENSES (0.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 04/11/22 | 0.20 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.2). |
| FLORENCE MP | 04/12/22 | 1.10 | CORRESPOND WITH CLIENT RE: STATE LICENSES (1.1). |
| FLORENCE MP | 04/13/22 | 0.50 | ATTEND WEEKLY STATE LICENSING CALL (0.5). |
| FLORENCE MP | 04/15/22 | 0.30 | CORRESPOND WITH SKADDEN TEAM RE: STATE LICENSE (0.3). |
| FLORENCE MP | 04/17/22 | 0.10 | CORRESPOND WITH SKADDEN TEAM RE: STATE LICENSES (0.1). |
| FLORENCE MP | 04/18/22 | 0.20 | CORRESPOND WITH CLIENT AND SKADDEN TEAM RE: STATE LICENSE APPLICATIONS (0.2). |
| FLORENCE MP | 04/19/22 | 0.30 | CORRESPOND WITH SKADDEN TEAM RE: STATE LICENSE APPLICATIONS (0.3). |
| FLORENCE MP | 04/20/22 | 0.40 | CORRESPOND RE: STATE LICENSES (0.4). |
| FLORENCE MP | 04/25/22 | 0.20 | CORRESPOND WITH SKADDEN TEAM RE: STATE LICENSING QUESTIONS (0.2). |
| FLORENCE MP | 04/26/22 | 0.40 | CORRESPOND WITH CLIENT RE: STATE LICENSE REQUIREMENTS (0.4). |
| FLORENCE MP | 04/27/22 | 0.30 | ATTEND WEEKLY STATE LICENSING CALL (0.3). |
| FLORENCE MP | 04/28/22 | 0.20 | CORRESPOND WITH CLIENT RE: CUSTOMER QUESTIONNAIRE (0.2). |
| | | **5.70** | |
| **Total Partner** | | **14.70** | |
| DEAN B | 04/06/22 | 0.50 | WEEKLY LICENSING UPDATE CALL (0.5). |
| DEAN B | 04/20/22 | 1.00 | PARTICIPATE ON STANDING STATE LICENSING CALL (0.5); DRAFT SUMMARY RE: SAME (0.5). |
| DEAN B | 04/27/22 | 0.20 | PARTICIPATE ON STANDING STATE LICENSING CALL (0.2). |
| | | **1.70** | |
| **Total Associate** | | **1.70** | |
| **MATTER TOTAL** | | **16.40** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 05/10/22**
**Bankruptcy Related Litigation and Regulatory Issues**   **Bill Number: 1894718**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 04/07/22 | 0.80 | REVIEW AND ANALYZE MATERIAL IN PREPARATION FOR DISCUSSION RE: INTERROGATORIES (0.8). |
| BRAGG JL | 04/07/22 | 0.50 | CALL WITH CO-COUNSEL RE: MATERIALS AND INTERROGATORIES(0.5). |
| | | **1.30** | |
| **Total Partner** | | **1.30** | |
| **MATTER TOTAL** | | **1.30** | |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                           Bill Date: 05/10/22
DOJ                                                          Bill Number: 1894714

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 04/01/22 | 4.00 | CALL WITH CLIENT TO DISCUSS DOJ DOCUMENT REQUESTS (0.9); CONFER WITH CO-COUNSEL RE: VARIOUS WORKSTREAMS TO RESPOND TO DOJ COOPERATION REQUESTS (1.9); CONFER WITH CO-COUNSEL RE: DOJ TESTIMONY REQUEST (0.6); REVIEW AND ANALYZE TOPICS OF INTEREST (0.6). |
| BRAGG JL | 04/04/22 | 4.10 | CONFER WITH CO-COUNSEL RE: STRATEGY FOR ADDRESSING DOJ DATA REQUESTS (0.8); PREPARE FOR SPECIAL COMMITTEE MEETING (1.1); PREPARE FOR CALL WITH DOJ (0.4); CALL WITH DOJ (0.6); CALL WITH CO-COUNSEL RE: DOJ DOCUMENT REQUESTS (0.7); CALL WITH CO-COUNSEL RE: DOJ SUBPOENAS (0.5). |
| BRAGG JL | 04/05/22 | 4.10 | CONFER WITH CO-COUNSEL RE: DOJ DOCUMENT REQUESTS (1.0); PREPARE FOR SPECIAL COMMITTEE MEETING (0.9); ATTEND SPECIAL COMMITTEE MEETING (0.8); WEEKLY PRINCIPALS CALL (0.8); CALL WITH CLIENT RE: SPECIAL COMMITTEE MEETING (0.3); CALL WITH CO-COUNSEL RE: SPECIAL COMMITTEE MEETING (0.3). |
| BRAGG JL | 04/06/22 | 0.60 | CONFER WITH CO-COUNSEL RE: DOJ DOCUMENT REQUESTS (0.6). |
| BRAGG JL | 04/07/22 | 0.50 | CONFER WITH CO-COUNSEL RE: DOJ REQUESTS (0.5). |
| BRAGG JL | 04/07/22 | 0.40 | PREPARE FOR CALL WITH CO-COUNSEL RE: DOJ REQUESTS (0.4). |
| BRAGG JL | 04/07/22 | 0.40 | PREPARE FOR CALL WITH SPECIAL COMMITTEE (0.4). |
| BRAGG JL | 04/07/22 | 0.50 | CALL WITH SPECIAL COMMITTEE (0.5). |
| BRAGG JL | 04/08/22 | 0.40 | REVIEW MATERIALS IN ADVANCE OF CALL WITH CLIENT (0.4). |
| BRAGG JL | 04/08/22 | 1.00 | CALL WITH CLIENT RE: DOJ ISSUES (1.0). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 04/08/22 | 0.70 | REVIEW AND ANALYZE MATERIALS IN ADVANCE OF CALL WITH DOJ (0.7). |
| BRAGG JL | 04/08/22 | 1.00 | CALL WITH DOJ RE: DOCUMENT REQUESTS (1.0). |
| BRAGG JL | 04/11/22 | 1.20 | REVIEW AND ANALYZE DOJ MATTERS (1.2). |
| BRAGG JL | 04/11/22 | 1.00 | CALL WITH CLIENT RE: DOJ STRATEGY (1.0). |
| BRAGG JL | 04/11/22 | 0.50 | CONFER WITH CO-COUNSEL RE: PRIVILEGE ISSUES (0.5). |
| BRAGG JL | 04/11/22 | 0.50 | CALL WITH CO-COUNSEL RE: TIMING ISSUES (0.5). |
| BRAGG JL | 04/11/22 | 0.60 | CALL WITH CO-COUNSEL RE:TOPICS OF INTEREST ANALYSIS (0.6). |
| BRAGG JL | 04/12/22 | 0.30 | CONFER WITH CO-COUNSEL RE: DOJ INFORMATION REQUESTS (0.3). |
| BRAGG JL | 04/12/22 | 0.80 | CALL WITH PRINCIPLES (0.8). |
| BRAGG JL | 04/13/22 | 0.50 | CONFER WITH CLIENT RE: DOJ REQUESTS (0.5). |
| BRAGG JL | 04/13/22 | 0.40 | CONFER WITH CO-COUNSEL RE: DOJ WORK PRODUCT (0.4). |
| BRAGG JL | 04/13/22 | 1.10 | REVIEW AND EDIT DOJ WORK PRODUCT (1.1). |
| BRAGG JL | 04/14/22 | 0.50 | CONFER WITH CO-COUNSEL RE: DOJ MATTERS (0.5). |
| BRAGG JL | 04/15/22 | 1.60 | REVIEW AND ANALYZE DOJ SUBMISSION (1.6). |
| BRAGG JL | 04/15/22 | 0.50 | CALL WITH CLIENT AND CO-COUNSEL RE: DOJ MATTERS (0.5). |
| BRAGG JL | 04/15/22 | 0.40 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.4). |
| BRAGG JL | 04/18/22 | 1.50 | CONFER WITH CO-COUNSEL RE: DOJ ACTIVITIES (0.5); CONFER WITH COUNSEL RE: ADDITIONAL DOJ RESPONSE ISSUES (0.6); CONFER WITH CLIENT RE: DOJ PRODUCTION ISSUES (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 04/19/22 | 2.20 | CONFER WITH CO-COUNSEL RE: DOJ UPDATE (0.8); CONFER WITH CLIENT RE: DOJ UPDATE (0.4); CONFER WITH INDIVIDUAL COUNSEL RE: DOJ (0.5); CONFER WITH CLIENT RE: DOJ ACTIVITY (0.5). |
| BRAGG JL | 04/20/22 | 0.50 | CONFER WITH CLIENT RE: DOJ ISSUES (0.5). |
| BRAGG JL | 04/21/22 | 2.60 | REVIEW AND ANALYZE MATERIALS PERTAINING TO MARKETING ACTIVITIES (1.2); MEETING WITH CO-COUNSEL RE: DOJ MATTERS (1.0); CONFER WITH CO-COUNSEL RE: DOCUMENT REVIEW (0.4). |
| BRAGG JL | 04/22/22 | 1.50 | MEETING WITH CO-COUNSEL RE: DOJ MATTERS (0.7); REVIEW AND ANALYZE MATERIALS TO RESPOND TO DOJ INQUIRIES (0.8). |
| BRAGG JL | 04/25/22 | 2.60 | CONFER WITH CO-COUNSEL RE: DOJ MATTERS (0.6); REVIEW AND ANALYZE DOJ MATERIALS (0.7); CONFER WITH CLIENT RE: DOJ ACTIVITY (0.6); CONFER WITH INDIVIDUAL RE: DOJ ACTIVITY (0.7). |
| BRAGG JL | 04/26/22 | 0.70 | CONFER WITH CO-COUNSEL RE: FACTUAL ANALYSIS FOR DOJ (0.7). |
| BRAGG JL | 04/26/22 | 0.60 | REVIEW AND ANALYZE DOJ SUBMISSION (0.6). |
| BRAGG JL | 04/26/22 | 0.60 | REVIEW AND ANALYZE PRESCRIBING DATA (0.6). |
| BRAGG JL | 04/26/22 | 0.50 | CONFER WITH CLIENT RE: REPRESENTATION ISSUES (0.5). |
| BRAGG JL | 04/26/22 | 0.70 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.7). |
| BRAGG JL | 04/27/22 | 1.00 | MEETING WITH CO-COUNSEL RE: DOJ ISSUES (1.0). |
| BRAGG JL | 04/27/22 | 0.50 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.5). |
| BRAGG JL | 04/27/22 | 0.70 | ANALYSIS OF REPRESENTATION ISSUES FOR SPECIAL COMMITTEE SUBMISSION (0.7). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 04/27/22 | 0.70 | REVIEW AND EDIT WORK PRODUCT RE: DOJ REQUESTS (0.7). |
| BRAGG JL | 04/27/22 | 0.40 | CONFER WITH CO-COUNSEL RE: REPRESENTATION ISSUES (0.4). |
| BRAGG JL | 04/28/22 | 0.60 | CONFER WITH CO-COUNSEL RE: SPECIAL COMMITTEE DOJ ISSUES (0.6). |
| BRAGG JL | 04/28/22 | 0.80 | REVIEW AND ANALYZE DOJ ISSUES FOR SPECIAL COMMITTEE MEETING (0.8). |
| BRAGG JL | 04/28/22 | 0.60 | CONFER WITH CO-COUNSEL RE: DATA ANALYSIS FOR RESPONSE TO DOJ REQUEST (0.6). |
| BRAGG JL | 04/28/22 | 0.70 | CONFER WITH CO-COUNSEL RE: FORMER EMPLOYEE MATERIALS (0.7). |
| BRAGG JL | 04/28/22 | 0.80 | REVIEW AND ANALYZE DOJ SUBMISSION (0.8). |
| BRAGG JL | 04/29/22 | 5.60 | ATTEND APPELLATE ARGUMENT (1.5); ATTENTION TO INDIVIDUAL COUNSEL AND SPECIAL COMMITTEE ISSUE (2.0); REVIEW AND EDIT DOJ SUBMISSION (1.6); CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.5). |
| | | **54.00** | |
| FITZGERALD P | 04/06/22 | 0.10 | UPDATE WITH J. BRAGG (0.1). |
| FITZGERALD P | 04/11/22 | 1.10 | REVIEW AND EDIT CLIENT UPDATE NOTES (0.1); UPDATE CALL WITH CO-COUNSEL (1.0). |
| FITZGERALD P | 04/18/22 | 0.60 | UPDATE NOTE TO TEAM (0.3); DEBRIEF RE: RECENT DEVELOPMENTS (0.3). |
| | | **1.80** | |
| FLORENCE MP | 04/01/22 | 2.90 | CORRESPOND WITH DOJ RE: TOPICS OF INTEREST (0.7); CONFER WITH J. BRAGG AND CLIENT RE: SAME (0.5); CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: SAME (1.7). |
| FLORENCE MP | 04/04/22 | 2.20 | ANALYZE DOJ REQUESTS (0.6) AND CONFER WITH CO-COUNSEL RE: SAME (0.5); CONFER WITH DOJ RE: SAME (0.3); FOLLOW UP WITH J. BRAGG AND CO-COUNSEL RE: SAME (0.8). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| FLORENCE MP | 04/05/22 | 3.70 | PREPARE FOR AND ATTEND BOARD MEETING (1.3); CORRESPOND WITH SKADDEN TEAM RE: DOJ REQUESTS (0.4); CONFER WITH J. BRAGG RE: SAME (0.6); REVIEW ANALYSIS RE: DOJ TOPICS OF INTEREST (0.4); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: DOJ REQUESTS (0.5); PARTICIPATE IN WEEKLY PRINCIPALS CALL (0.5). |
|---|---|---|---|
| FLORENCE MP | 04/06/22 | 1.90 | CONFER WITH J. BRAGG AND CLIENT RE: DOJ REQUESTS (0.5); CONFER WITH J. BRAGG RE: DOJ REQUESTS AND MATTER STATUS (0.9); CORRESPOND WITH CO-COUNSEL RE: SAME (0.5). |
| FLORENCE MP | 04/07/22 | 1.90 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.5); CONFER WITH CO-COUNSEL AND J. BRAGG RE: SAME (0.4); CORRESPOND WITH DOJ RE: SAME (0.2); CONFER WITH CO-COUNSEL AND CONSULTANT RE: SAME (0.5); CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: SENTENCING ISSUES (0.2); CORRESPOND WITH CLIENT RE: SAME (0.1). |
| FLORENCE MP | 04/08/22 | 3.80 | CONFER WITH CLIENT AND CO-COUNSEL RE: TOPICS OF DOJ INTEREST (0.8); PREPARE FOR CALL WITH DOJ RE: SAME (0.5); PARTICIPATE IN CALL WITH DOJ RE: SAME (1.0); FOLLOW UP RE: SAME (1.5). |
| FLORENCE MP | 04/09/22 | 0.30 | CORRESPOND WITH CO-COUNSEL RE: SENTENCING ISSUES (0.3). |
| FLORENCE MP | 04/10/22 | 0.80 | REVIEW CHRONOLOGY RE: TOPICS OF DOJ INTEREST (0.8). |
| FLORENCE MP | 04/11/22 | 4.80 | PARTICIPATE IN CALL WITH CO-COUNSEL RE: SENTENCING ISSUES (0.5); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: TOPICS OF DOJ INTEREST (0.5); FOLLOW UP RE: SAME (0.4); FOLLOW UP RE: DOJ REQUESTS (0.5); CONFER WITH CO-COUNSEL RE: SAME (0.3); PREPARE FOR STRATEGY CALL WITH CLIENT AND CO-COUNSEL RE: SENTENCING ISSUES (1.6); PARTICIPATE IN STRATEGY CALL WITH CLIENT RE: SAME (1.0). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 04/12/22 | 2.10 | CONFER WITH CO-COUNSEL RE: DISCOVERY REQUEST (0.9); CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.5); PARTICIPATE IN WEEKLY PRINCIPALS CALL (0.4); CONFER WITH CLIENT RE: MATTER STATUS (0.3). |
| FLORENCE MP | 04/13/22 | 1.20 | CONFER WITH J. BRAGG RE: DOJ REQUESTS (0.3); CONFER J. BRAGG AND CLIENT RE: SAME (0.5); FOLLOW UP RE: SAME (0.4). |
| FLORENCE MP | 04/14/22 | 1.90 | REVIEW AND REVISE DRAFT MEMO RE: TOPICS OF DOJ INTEREST (1.5). |
| FLORENCE MP | 04/15/22 | 2.60 | PREPARE FOR CALL RE: TOPICS OF DOJ INTEREST (0.2); PARTICIPATE IN CALL RE: SAME (0.3); DRAFT AND REVISE MEMO RE: SAME (2.1). |
| FLORENCE MP | 04/18/22 | 0.20 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.2). |
| FLORENCE MP | 04/19/22 | 0.20 | REVIEW NOTES RE: TOPIC OF DOJ INTEREST (0.2). |
| FLORENCE MP | 04/25/22 | 1.50 | REVIEW CORRESPONDENCE RE: DOJ REQUESTS (0.9); CONFER WITH J. BRAGG RE: SAME (0.3); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3). |
| FLORENCE MP | 04/26/22 | 3.50 | CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ REQUESTS (1.5); PREPARE FOR CALL WITH CO-COUNSEL RE: SAME (0.5); PARTICIPATE IN CALL WITH CO-COUNSEL RE: SAME (0.5);CONFER WITH SKADDEN TEAM RE: TOPICS OF DOJ INTEREST (0.8); CONFER WITH J. BRAGG RE: DOJ REQUESTS (0.2). |
| FLORENCE MP | 04/27/22 | 6.20 | ATTEND BANKRUPTCY HEARING (1.0); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: INDEMNIFICATION REQUEST (0.5); REVIEW AND EDIT DRAFT MEMO RE: TOPICS OF DOJ INTEREST (4.3); CONFER WITH J. BRAGG RE: DOJ REQUESTS (0.4). |
| FLORENCE MP | 04/28/22 | 1.50 | CORRESPOND WITH SKADDEN TEAM RE: TOPICS OF DOJ INTEREST (0.8); CONFER WITH CO-COUNSEL AND J. BRAGG RE: SAME (0.3); CORRESPOND WITH CO-COUNSEL RE: SAME (0.2); CORRESPOND WITH J. BRAGG RE: INDEMNIFICATION REQUEST (0.2). |

D02

| | | | |
|---|---|---|---|
| FLORENCE MP | 04/29/22 | 2.70 | REVISE MEMO RE: TOPICS OF DOJ INTEREST (1.5); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: DOJ REQUESTS (0.7); ATTEND ORAL ARGUMENT (0.5). |
| | | **45.90** | |
| RIDGWAY W | 04/11/22 | 1.90 | CONFER WITH SKADDEN, CO-COUNSEL, OUTSIDE COUNSEL, AND CLIENT RE: DOJ AND BANKRUPTCY ISSUES (0.6); CONFER WITH SKADDEN TEAM AND CLIENT RE: DOJ STRATEGY (1.3). |
| RIDGWAY W | 04/12/22 | 0.40 | PARTICIPATE IN PRINCIPALS MEETING (0.4). |
| RIDGWAY W | 04/15/22 | 0.70 | REVIEW DOJ MATERIALS (0.7). |
| RIDGWAY W | 04/19/22 | 0.70 | CONFER WITH COUNSEL FOR OTHER INDIVIDUAL RE: LEGAL STRATEGY (0.7). |
| RIDGWAY W | 04/29/22 | 0.50 | REVIEW MATERIALS FOR DOJ (0.5). |
| | | **4.20** | |
| **Total Partner** | | **105.90** | |
| AMAECHI PI | 04/01/22 | 3.90 | REVIEW AND ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (3.9). |
| AMAECHI PI | 04/04/22 | 4.30 | REVIEW AND ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST(4.3). |
| AMAECHI PI | 04/05/22 | 0.30 | CALL WITH A. CHAN AND B. DEAN RE: DOCUMENT REVIEW IN CONNECTION WITH RE: TOPIC OF DOJ INTEREST (0.3). |
| AMAECHI PI | 04/06/22 | 5.90 | REVIEW AND ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST(4.6); DRAFT CHRONOLOGY RE: SAME (1.3). |
| AMAECHI PI | 04/07/22 | 8.20 | REVIEW AND ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST(3.2); DRAFT CHRONOLOGY RE: SAME (4.6); DRAFT LIST OF CONTACTS RE: SAME (0.4). |
| AMAECHI PI | 04/08/22 | 2.70 | REVIEW DOCUMENTS AND DRAFT LIST OF KEY DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (2.7). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| AMAECHI PI | 04/11/22 | 3.70 | REVIEW AND ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST(1.8); CALL WITH M. FLORENCE AND INTERNAL TEAM RE: SAME (0.5); CALL WITH A. CHAN AND INTERNAL TEAM RE: SAME (0.4). |
|---|---|---|---|
| AMAECHI PI | 04/13/22 | 3.20 | REVIEW DOCUMENTS AND DRAFT NARRATIVE FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (3.2). |
| AMAECHI PI | 04/15/22 | 0.90 | DRAFT NARRATIVE AND ASSEMBLE DOCUMENTS IN RE: TOPIC OF DOJ INTEREST (0.9). |
| AMAECHI PI | 04/22/22 | 0.20 | CALL WITH SKADDEN TEAM RE: DRAFTING RE: TOPIC OF DOJ INTEREST (0.2). |
| AMAECHI PI | 04/25/22 | 4.60 | REVIEW AND ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (4.6). |
| AMAECHI PI | 04/26/22 | 6.60 | DRAFT NARRATIVE AND COLLATE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (5.8); VIDEOCONFERENCE WITH J. BRAGG, M. FLORENCE, AND INTERNAL TEAM RE: SAME (0.8). |
| AMAECHI PI | 04/27/22 | 0.70 | REVISE DRAFT NARRATIVE AND COMPILE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (0.7). |
| AMAECHI PI | 04/28/22 | 1.40 | REVISE DRAFT NARRATIVE AND COMPILE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (1.4). |
| | | **46.60** | |
| BEJAN WA | 04/11/22 | 4.30 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (4.3). |
| BEJAN WA | 04/11/22 | 1.10 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (1.1). |
| BEJAN WA | 04/12/22 | 8.70 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (8.7). |
| BEJAN WA | 04/13/22 | 0.30 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.3). |
| BEJAN WA | 04/13/22 | 4.00 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (4.0). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BEJAN WA | 04/14/22 | 0.20 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.2). |
| BEJAN WA | 04/15/22 | 0.90 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.9). |
| BEJAN WA | 04/22/22 | 0.20 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.2). |
| BEJAN WA | 04/24/22 | 1.60 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (1.6). |
| BEJAN WA | 04/25/22 | 3.50 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (3.5). |
| BEJAN WA | 04/26/22 | 0.60 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.6). |
| BEJAN WA | 04/26/22 | 0.40 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.4). |
| BEJAN WA | 04/28/22 | 0.50 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.5). |
| | | **26.30** | |
| CHAN AH | 04/01/22 | 6.80 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (6.8). |
| CHAN AH | 04/04/22 | 6.20 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (6.2). |
| CHAN AH | 04/05/22 | 5.60 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (5.6). |
| CHAN AH | 04/06/22 | 7.10 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (7.1). |
| CHAN AH | 04/07/22 | 3.10 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (3.1). |
| CHAN AH | 04/08/22 | 1.30 | DRAFT SUMMARY RE: DOCUMENTS OF INTEREST (1.3). |
| CHAN AH | 04/11/22 | 1.00 | CONFER ON NEXT STEPS RE: DOCUMENT REVIEW (1.0). |
| CHAN AH | 04/11/22 | 4.10 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (4.1). |
| CHAN AH | 04/12/22 | 7.50 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (7.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| CHAN AH | 04/13/22 | 4.00 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (4.0). |
| CHAN AH | 04/13/22 | 0.30 | CONFER ON REVIEW RE: DOJ TOPIC OF INTEREST (0.3). |
| CHAN AH | 04/14/22 | 1.50 | REVISE WORK PRODUCT RE: DOJ TOPIC OF INTEREST (1.5). |
| CHAN AH | 04/15/22 | 2.20 | REVISE SUMMARY RE: DOJ TOPIC OF INTEREST (2.2). |
| CHAN AH | 04/19/22 | 0.50 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (0.5). |
| CHAN AH | 04/20/22 | 6.30 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (6.3). |
| CHAN AH | 04/22/22 | 0.20 | CONFER ON NEXT STEPS RE: DOJ TOPIC OF INTEREST (0.2). |
| CHAN AH | 04/25/22 | 0.70 | REVIEW DOCUMENTS RE: DOJ TOPIC OF INTEREST (0.7). |
| CHAN AH | 04/26/22 | 9.30 | DRAFT SUMMARY RE: DOJ TOPIC OF INTEREST (9.3). |
| CHAN AH | 04/26/22 | 0.60 | CONFER ON STATUS OF REVIEW RE: DOJ TOPIC OF INTEREST (0.6). |
| CHAN AH | 04/27/22 | 0.70 | REVISE NARRATIVES RE: DOJ TOPIC OF INTEREST (0.7). |
| CHAN AH | 04/28/22 | 7.60 | REVISE NARRATIVES RE: DOJ TOPIC OF INTEREST (7.6). |
| CHAN AH | 04/29/22 | 2.70 | REVISE NARRATIVES RE: DOJ TOPIC OF INTEREST (2.7). |
| | | **79.30** | |
| DEAN B | 04/06/22 | 4.20 | ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (4.2). |
| DEAN B | 04/07/22 | 5.00 | ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (5.0). |
| DEAN B | 04/08/22 | 0.50 | REVIEW DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (0.5). |
| DEAN B | 04/11/22 | 0.60 | CALL WITH TEAM RE: DOJ INTEREST (0.4); CALL WITH A. CHAN, P. AMAECHI, AND W. BEJAN RE: SAME (0.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| DEAN B | 04/12/22 | 4.30 | ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (4.3). |
| DEAN B | 04/13/22 | 1.60 | ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (0.6); REVIEW DRAFT RESPONSE RE: SAME (1.0). |
| DEAN B | 04/14/22 | 2.80 | CONTINUE TO REVIEW DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (2.8). |
| DEAN B | 04/15/22 | 1.00 | REVIEW DRAFT SUMMARY RE: DOJ INTEREST (1.0). |
| DEAN B | 04/20/22 | 1.00 | ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (1.0). |
| DEAN B | 04/22/22 | 0.20 | CALL WITH SKADDEN TEAM RE: RE: TOPIC OF DOJ INTEREST (0.2). |
| DEAN B | 04/25/22 | 6.70 | ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (6.7). |
| DEAN B | 04/26/22 | 8.80 | CONTINUE TO ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (4.8); DRAFT RESPONSE TO DOJ BASED ON SAME (4.0). |
| DEAN B | 04/26/22 | 0.60 | PARTICIPATE IN TEAM CALL RE: DOJ INTEREST (0.6). |
| DEAN B | 04/27/22 | 1.70 | REVIEW DOCUMENTS FOR PURPOSES OF RESPONDING TO DOJ INTEREST (0.5); REVISE RESPONSE TO DOJ INTEREST (1.2). |
| DEAN B | 04/28/22 | 0.20 | REVIEW KEY TERMS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (0.2). |
| DEAN B | 04/28/22 | 6.10 | ANALYZE DOCUMENTS FOR PURPOSES OF RE: TOPIC OF DOJ INTEREST (4.1); REVISE RESPONSE TO DOJ INTEREST (2.0). |
| | | **45.30** | |
| **Total Associate** | | **197.50** | |
| FIEBERG WR | 04/26/22 | 0.10 | ASSIST WITH DOJ SUBMISSION (0.1). |
| FIEBERG WR | 04/27/22 | 2.20 | ASSIST WITH DOJ SUBMISSION (2.2). |

D02

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
FIEBERG WR          04/29/22        2.60   ASSIST WITH DOJ SUBMISSION
                                           INCLUDING DATABASE SEARCHES AND
                                           UPLOADING DOCUMENTS TO FTP (2.6).


                                    4.90


Total Legal Assistant               4.90


MATTER TOTAL                      308.30
```

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          Bill Date: 05/10/22
**General Advice**                                              Bill Number: 1894715

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 04/01/22 | 1.20 | REVIEW AND ANALYSIS OF REGULATORY WORK PRODUCT (0.9); CONFER WITH CLIENT RE: SAME (0.3). |
| BRAGG JL | 04/04/22 | 1.40 | REVIEW AND ANALYZE REGULATORY ISSUES (1.4). |
| BRAGG JL | 04/05/22 | 1.50 | PREPARE FOR CALL WITH CO-COUNSEL RE: CIVIL ISSUES (0.6); CALL WITH CO-COUNSEL RE: CIVIL ISSUES (0.9). |
| BRAGG JL | 04/06/22 | 0.40 | REVIEW AND ANALYZE CIVIL ISSUES (0.4). |
| BRAGG JL | 04/06/22 | 0.60 | CONFER WITH CO COUNSEL RE: REGULATORY ISSUES (0.6). |
| BRAGG JL | 04/07/22 | 1.30 | REVIEW AND ANALYZE CORPORATE MATERIALS IN ADVANCE OF CLIENT CALL (1.3). |
| BRAGG JL | 04/07/22 | 1.00 | CALL WITH CLIENT RE: CORPORATE MATERIALS (1.0). |
| BRAGG JL | 04/07/22 | 1.20 | REVIEW AND ANALYZE CREDITOR MATERIALS (1.2). |
| BRAGG JL | 04/07/22 | 1.00 | CALL WITH CLIENT RE: CREDITOR MATERIALS (1.0). |
| BRAGG JL | 04/07/22 | 0.70 | REVIEW AND ANALYZE REGULATORY ISSUES (0.7). |
| BRAGG JL | 04/07/22 | 0.80 | CALL WITH CO-COUNSEL RE: REGULATORY ISSUES (0.8). |
| BRAGG JL | 04/11/22 | 0.60 | REVIEW AND ANALYZE REGULATORY ISSUES (0.6). |
| BRAGG JL | 04/12/22 | 0.60 | RE: CHANGE OF CONTROL -- CONFER WITH CLIENT AND CO-COUNSEL RE: LICENSING ISSUES (0.6). |
| BRAGG JL | 04/13/22 | 0.60 | RE: CHANGE OF CONTROL -- CONFER WITH CO-COUNSEL RE: STATE LICENSING ISSUES (0.6). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 04/19/22 | 2.60 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.7); REVIEW AND ANALYZE REGULATORY ISSUES (0.8); CONFER WITH CLIENT RE: SAME (0.6); CONFER WITH CLIENT RE: REGULATORY QUESTION RE: CLINICAL TRIALS (0.5). |
| BRAGG JL | 04/20/22 | 0.40 | CONFER WITH CO-COUNSEL RE: REGULATORY MATTER ANALYSIS (0.4). |
| BRAGG JL | 04/21/22 | 0.80 | CONFER WITH CLIENT RE: SALES AND MARKETING MATTERS AND RE: CLINICAL TRIAL ISSUES (0.8). |
| BRAGG JL | 04/21/22 | 0.30 | CONFER WITH CO-COUNSEL RE: CLINICAL TRIAL ISSUES (0.3). |
| BRAGG JL | 04/21/22 | 0.60 | CONFER WITH CO-COUNSEL RE: REGULATORY ISSUES (0.6). |
| BRAGG JL | 04/22/22 | 1.70 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.8); CONFER WITH CO-COUNSEL RE: REGULATORY ISSUES (0.9). |
| BRAGG JL | 04/25/22 | 2.30 | CONFER WITH CLIENT RE: BILLING AND CODING ADVICE ISSUES (0.7); DEVELOP WORK PRODUCT RE: BILLING AND CODING SUPPORT (1.6). |
| BRAGG JL | 04/26/22 | 0.50 | CONFER WITH CLIENT RE: REGULATORY ISSUES (0.5). |
| BRAGG JL | 04/26/22 | 1.40 | DEVELOP WORK PRODUCT ADDRESSING PROVISION OF REIMBURSEMENT INFORMATION (1.4). |
| BRAGG JL | 04/26/22 | 0.50 | CONFER WITH CO-COUNSEL RE: REGULATORY ANALYSIS (0.5). |
| BRAGG JL | 04/27/22 | 1.40 | REVIEW AND ANALYZE REGULATORY ISSUES (1.4). |
| BRAGG JL | 04/27/22 | 0.50 | MEETING WITH CO-COUNSEL RE: REGULATORY MATTER ANALYSIS (0.5). |
| BRAGG JL | 04/27/22 | 0.40 | CONFER WITH CO-COUNSEL RE: REGULATORY ANALYSIS (0.4). |
| | | **26.30** | |
| DUNN AM | 04/24/22 | 1.10 | PARTICIPATE ON CALLS WITH CO-COUNSEL (0.6); REVIEW MATERIALS RE: REGULATORY MATTER (0.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| DUNN AM | 04/25/22 | 1.10 | PARTICIPATE ON CALL WITH P. AMAECHI (0.5); REVIEW REGULATORY GUIDANCE (0.6). |
| DUNN AM | 04/27/22 | 1.10 | PARTICIPATE ON CALLS WITH CO-COUNSEL RE: REGULATORY MATTER (1.1). |
| | | **3.30** | |
| FLORENCE MP | 04/04/22 | 0.40 | CORRESPOND WITH SKADDEN TEAM RE: REGULATORY MATTERS (0.4). |
| FLORENCE MP | 04/05/22 | 0.80 | PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: REGULATORY MATTER (0.8). |
| FLORENCE MP | 04/06/22 | 0.40 | CORRESPOND WITH CO-COUNSEL RE: REGULATORY MATTER (0.4). |
| FLORENCE MP | 04/07/22 | 2.90 | CONFERENCE CALLS WITH K. CORALLO AND J. BRAGG RE: REGULATORY ADVICE (1.6);  PREPARE FOR CALLS (0.8); CALL WITH CO-COUNSEL AND SKADDEN TEAM RE: REGULATORY MATTERS (0.5). |
| FLORENCE MP | 04/25/22 | 0.50 | CONFER WITH J. BRAGG AND CLIENT RE: REGULATORY QUESTION (0.5). |
| | | **5.00** | |
| **Total Partner** | | **34.60** | |
| AMAECHI PI | 04/22/22 | 0.10 | CALL WITH A. DUNN RE: BACKGROUND (0.1). |
| AMAECHI PI | 04/25/22 | 0.30 | CALL WITH A. DUNN RE: REGULATORY MATTER (0.3). |
| AMAECHI PI | 04/26/22 | 4.60 | RESEARCH AND SUMMARIZE FDA AND OIG GUIDANCE RE: REGULATORY MATTER (4.6). |
| AMAECHI PI | 04/27/22 | 4.80 | RESEARCH AND SUMMARIZE FDA AND OIG GUIDANCE RE: REGULATORY MATTER (4.8). |
| | | **9.80** | |
| CHAN AH | 04/01/22 | 0.20 | REVISE MEMO RE: REGULATORY MATTER (0.2). |
| CHAN AH | 04/02/22 | 0.40 | REVISE LETTER RE: REGULATORY MATTER (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| CHAN AH | 04/05/22 | 0.80 | CONFER ON NEXT STEPS ON ANALYSIS RE: REGULATORY MATTER (0.8). |
| CHAN AH | 04/05/22 | 0.10 | REVIEW DOCUMENTS RE: REGULATORY MATTER (0.1). |
| CHAN AH | 04/07/22 | 0.60 | CONFER ON ANALYSIS RE: REGULATORY MATTER (0.6). |
| CHAN AH | 04/07/22 | 3.30 | REVISE MEMO RE: REGULATORY MATTER (3.3). |
| CHAN AH | 04/08/22 | 1.10 | REVISE MEMO RE: REGULATORY MATTER (1.1). |
| CHAN AH | 04/20/22 | 0.10 | REVISE MEMO RE: REGULATORY MATTER (0.1). |
| CHAN AH | 04/21/22 | 5.90 | CONDUCT REGULATORY RESEARCH (5.9). |
| | | **12.50** | |
| **Total Associate** | | **22.30** | |
| **MATTER TOTAL** | | **56.90** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          **Bill Date: 05/10/22**
**Magnet**                                                     **Bill Number: 1894721**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GIBSON ML | 04/20/22 | 1.00 | PREPARE FOR CALL WITH CO-COUNSEL, CONSULTANT AND CLIENT (0.3); FOLLOW UP (0.2). |
| GIBSON ML | 04/27/22 | 0.30 | CORRESPONDENCE WITH CLIENT AND INTERNAL TEAM (0.3). |
| GIBSON ML | 04/28/22 | 0.40 | CONFER WITH SKADDEN TEAM RE: AGREEMENT (0.4). |
| GIBSON ML | 04/29/22 | 0.80 | REVIEW AND COMMENT ON BOARD DECK AND RELATED CORRESPONDENCE (0.5); ADDRESS FINALIZING DRAFT AGREEMENT (0.3). |
| | | **2.50** | |
| RAPTIS M | 04/18/22 | 0.20 | ATTENTION TO PROJECT MAGNET (0.2). |
| RAPTIS M | 04/20/22 | 0.70 | CALL WITH CLIENT RE: POTENTIAL TRANSACTION WITH MAGNET (0.7). |
| RAPTIS M | 04/20/22 | 0.20 | REVIEW PROPOSED DILIGENCE LIST (0.2). |
| RAPTIS M | 04/20/22 | 0.10 | CORRESPONDENCE RE: PROJECT MAGNET (0.1). |
| RAPTIS M | 04/28/22 | 0.20 | ATTENTION TO COMPETITION ISSUES (0.2). |
| RAPTIS M | 04/29/22 | 0.20 | REVIEW TRANSACTION MATERIALS (0.2). |
| | | **1.60** | |
| **Total Partner** | | **4.10** | |
| **MATTER TOTAL** | | **4.10** | |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          **Bill Date: 05/10/22**
**Third-Party Litigation Support**                             **Bill Number: 1894719**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 04/12/22 | 0.50 | REVIEW INTERROGATORY REQUEST (0.5). |
| BRAGG JL | 04/12/22 | 0.90 | CONFER WITH CO-COUNSEL RE: RESPONSE TO INTERROGATORIES (0.9). |
| BRAGG JL | 04/13/22 | 0.50 | CONFER WITH CO-COUNSEL RE: DISCOVERY RESPONSES (0.5). |
| BRAGG JL | 04/18/22 | 1.90 | CONFER WITH CO-COUNSEL RE: DEPOSITION MATERIALS AND PREPARATION FOR SAME (1.2); REVIEW DISCOVERY RELATED MATTERS FOR DOJ ISSUES (0.7). |
| BRAGG JL | 04/21/22 | 0.60 | CONFER WITH CO-COUNSEL RE: 30(B)(6) MATTERS (0.6). |
| BRAGG JL | 04/25/22 | 1.50 | CONFER WITH CO-COUNSEL RE: PREPARING FOR DOJ ISSUES IN DEPOSITION (0.6); REVIEW MATERIALS IN PREPARATION FOR DEPOSITION PREP (0.9). |
|  |  | **5.90** |  |
| **Total Partner** |  | **5.90** |  |
| **MATTER TOTAL** |  | **5.90** |  |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 05/10/22**
**Various Texas Actions**                                 **Bill Number: 1894059**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| REDMAN R | 04/01/22 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.3). |
| REDMAN R | 04/22/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 04/25/22 | 0.80 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS (0.4). |
| | | **2.10** | |

**Total Legal Assistant**          **2.10**

**MATTER TOTAL**                    **2.10**

1

D02