**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF THIRTIETH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | April 1, 2022 through April 30, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $519,666.23 |
| **Less 20% Holdback** | $103,933.25 |
| **Net of Holdback**: | $415,732.98 |
| **Amount of Expense Reimbursement Requested:** | $5,302.61 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $421,035.59 |
| **This is a** | X__ Monthly _____Interim ___ Final Fee Statement |

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirtieth monthly fee statement (the "Thirtieth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from April 1, 2022 through April 30, 2022 (the "Thirtieth Monthly Fee Period"). By this Thirtieth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $421,035.59 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirtieth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirtieth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $2,179.50 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $79,830.78 for the Thirtieth Monthly Fee Period), for an overall voluntary reduction of approximately 13.3%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.3% reduction.

billing rate of Jones Day timekeepers during the Thirtieth Monthly Fee Period is approximately $696.98.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirtieth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirtieth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirtieth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirtieth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirtieth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,
Email: dklauder@bk-legal.com.

6.      Objections to this Thirtieth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than May 30, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Thirtieth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirtieth Monthly Fee Statement.

8.      To the extent that an objection to this Thirtieth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirtieth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.


*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.     No prior request for the relief sought in this Thirtieth Monthly Fee Statement has

been made to this or any other court.

Dated: May 16, 2022                           _/s/  Anna Kordas_____
      New York, NY                        JONES DAY
                                       John J. Normile
                                       Anna Kordas
                                       250 Vesey Street
                                       New York, NY 10281
                                       Telephone:     (212) 326-3939
                                       Facsimile:     (212) 755-7306
                                       Email:          jjnormile@jonesday.com
                                                 akordas@jonesday.com

                                   – and –

                                   Chané Buck
                                   4655 Executive Drive, Suite 1500
                                   San Diego, CA 92121
                                   Telephone:     (858) 314-1158
                                   Facsimile:     (844) 345-3178
                                   Email:          cbuck@jonesday.com

                                   *Special Counsel to the Debtors and*
                                   *Debtors in Possession*

## <u>EXHIBIT A</u>

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**APRIL 1, 2022 – APRIL 30, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 13.6 | $16,660.00 |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 66.4 | $69,720.00 |
| Guoping Da | 2009 | $825.00 | $717.75 | 56.8 | $46,860.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 20.5 | $24,600.00 |
| Christopher Morrison | 2002 | $1,100.00 | $957.00 | 0.5 | $550.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 85.4 | $115,290.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 44.8 | $52,640.00 |
| **TOTAL PARTNER:** | | | | **288** | **$326,320.00** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 142.9 | $103,602.50 |
| Chané Buck | 2017 | $645.00 | $561.15 | 2.9 | $1,870.50 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 3.1 | $2,774.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 107.3 | $85,840.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 45 | $32,850.00 |
| **TOTAL ASSOCIATE:** | | | | **301.2** | **$226,937.50** |
| **PARALEGAL & STAFF** | | | | | |
| Barbara M. Burke | N/A | $175.00 | $152.25 | 0.3 | $52.5 |
| Riley Cheng | N/A | $50.00 | $43.50 | 1.5 | $75.00 |
| Jason J. Darensbourg | N/A | $375.00 | $326.25 | 51.7 | $19,387.50 |
| Maria Garcia | N/A | $175.00 | $152.25 | 10 | $1,750.00 |
| Karida Li | N/A | $50.00 | $43.50 | 5.0 | $250.00 |
| Jason Liao | N/A | $300.00 | $261.00 | 1.6 | $480.00 |
| Catherine Liu | N/A | $150.00 | $130.50 | 25.5 | $3,825.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 60.8 | $18,240.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **156.4** | **$44,060.00** |
| **TOTAL:** | | | | **745.6** | **$597,317.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2022 – APRIL 30, 2022**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 12.1 | $11,511.00 |
| Intellipharmaceutics Corp. | 4.4 | $5,292.50 |
| Collegium 961 PGR | 226.6 | $192,810.00 |
| Retention Matters | 10.6 | $10,855.00 |
| Accord Healthcare Inc. | 252.5 | $212,864.00 |
| Confidential Matter I | 238.3 | $163,077.50 |
| Confidential Matter  II | 1.1 | $907.50 |
| **TOTAL** | **745.6** | **$597,317.50** |
| **13% DISCOUNT** | | **$77,651.28** |
| **TOTAL FEES** | | **$519,666.23** |

## EXHIBIT C

**EXPENSE SUMMARY**
**APRIL 1, 2022 – APRIL 30, 2022**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $4,750.00 |
| Printing Charges | $68.25 |
| Mailing Charges | $14.36 |
| Certified Document Charges | $470.00 |
| **TOTAL** | **$5,302.61** |

## **EXHIBIT D**

### **TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 13, 2022                                                                                       305158.000002
                                                                                                  Invoice: 220903145

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2022:

| | | |
|---|---|---:|
| ███████████████████ | USD | 907.50 |
| Less 13% Fee Discount | | (117.98) |
| Total Billed Fees | USD | 789.52 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Certified Document Charges | 235.00 | |
| United Parcel Service Charges | 14.36 | |
| | USD | 249.36 |
| **TOTAL** | **USD** | **1,038.88** |

**JONES DAY**

305158.000002

**JONES DAY**

305158.000002                                                                                    Page: 3





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 13, 2022

305158.000003
Invoice: 220903146

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2022:

|  |  |  |
|---|---|---|
| ████████████████████ | USD | 163,077.50 |
| Less 13% Discount | | (21,200.08) |
| Total Billed Fees | USD | 141,877.42 |

## Disbursement & Charges Summary

|  |  |  |  |
|---|---|---|---|
| Certified Document Charges | 235.00 | | |
| | | USD | 235.00 |
| **TOTAL** | | **USD** | **142,112.42** |

**JONES DAY**

305158.000003

















# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 13, 2022

305158.610005
Invoice: 220903147

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 11,511.00 |
| Less 13% Discount | | (1,496.43) |
| Total Billed Fees | USD | 10,014.57 |
| **TOTAL** | **USD** | **10,014.57** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220903147 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Page: 2
May 13, 2022
Invoice: 220903147

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 0.50 | 1,200.00 | 600.00 |
| C M Morrison | 0.50 | 1,100.00 | 550.00 |
| J J Normile | 4.10 | 1,350.00 | 5,535.00 |
| Associate |  |  |  |
| A M Nicolais | 6.20 | 730.00 | 4,526.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 0.80 | 375.00 | 300.00 |
| **Total** | **12.10** | **USD** | **11,511.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/01/22 | A M Nicolais | 0.30 |

Edits/revisions to stipulation amending schedule.

| 04/01/22 | J J Normile | 1.00 |
|---|---|---|

Review and revise draft stipulation regarding short-term case management schedule and review of related correspondence from O. Langer, K. McCarthy and A. Nicolais.

| 04/04/22 | G J Larosa | 0.50 |
|---|---|---|

Attention to draft correspondence and conferred in firm regarding same.

| 04/04/22 | C M Morrison | 0.50 |
|---|---|---|

Revise and file stipulation and confer with clerk to suggest rescheduling upcoming hearing.

| 04/04/22 | A M Nicolais | 1.50 |
|---|---|---|

| 04/04/22 | J J Normile | 0.80 |
|---|---|---|

| 04/05/22 | A M Nicolais | 0.50 |
|---|---|---|

| 04/05/22 | J J Normile | 1.00 |
|---|---|---|

Review of Judge Saylor's Order regarding the parties' stipulation to extend the case management order and scheduling a status conference for 5/11/22 and related teleconference (.50);

| 04/07/22 | J J Darensbourg | 0.80 |
|---|---|---|

Manage shared database for attorneys of correspondence and pleadings regarding Joint Stipulation to Amend Scheduling Order; update team calendar and docket.

| 04/07/22 | A M Nicolais | 0.30 |
|---|---|---|

| 04/07/22 | J J Normile | 0.80 |
|---|---|---|

| 04/11/22 | A M Nicolais | 1.50 |
|---|---|---|

# JONES DAY

305158.610005

Page: 4
May 13, 2022

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220903147

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/13/22 | A M Nicolais | 0.10 |
| 04/18/22 | A M Nicolais | 0.80 |
| 04/25/22 | A M Nicolais | 1.10 |
| 04/25/22 | J J Normile | 0.50 |
| 04/26/22 | A M Nicolais | 0.10 |
| | **Total** | **12.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 13, 2022

305158.610013
Invoice: 220903148

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2022:

| | | |
|---|---|---:|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 5,292.50 |
| Less Discount | | (688.03) |
| Total Billed Fees | USD | 4,604.47 |
| **TOTAL** | **USD** | **4,604.47** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610013/220903148 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 220903148

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 3.30 | 1,350.00 | 4,455.00 |
| Associate | | | |
| K McCarthy | 1.00 | 800.00 | 800.00 |
| Paralegal | | | |
| J J Darensbourg | 0.10 | 375.00 | 37.50 |
| **Total** | **4.40** | **USD** | **5,292.50** |

# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/21/22 | K McCarthy | 0.50 |
| 04/22/22 | J J Normile | 1.00 |
| 04/25/22 | K McCarthy | 0.50 |
| 04/25/22 | J J Normile | 1.50 |
| 04/26/22 | J J Darensbourg | 0.10 |
| | Manage shared database for attorneys of Stipulation regarding Document Destruction. | |
| 04/26/22 | J J Normile | 0.80 |
| **Total** | | **4.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 13, 2022                                                          305158.610022
                                                                Invoice: 220903149

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2022:

| | | |
|---|---|---:|
| Collegium 961 PGR | USD | 192,810.00 |
| Less 13% Discount | | (25,065.30) |
| Total Billed Fees | USD | 167,744.70 |

## Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Document Reproduction Charges | 68.25 | | |
| | | USD | 68.25 |
| **TOTAL** | | **USD** | **167,812.95** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/220903149 WITH YOUR PAYMENT

# JONES DAY

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 13.60 | 1,225.00 | 16,660.00 |
| G J Larosa | 4.00 | 1,200.00 | 4,800.00 |
| J J Normile | 11.50 | 1,350.00 | 15,525.00 |
| J L Swize | 41.60 | 1,175.00 | 48,880.00 |
| Associate |  |  |  |
| J R Boule | 142.90 | 725.00 | 103,602.50 |
| K McCarthy | 1.10 | 800.00 | 880.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 1.90 | 375.00 | 712.50 |
| Librarian |  |  |  |
| M P Garcia | 10.00 | 175.00 | 1,750.00 |
| **Total** | **226.60** | **USD** | **192,810.00** |

# JONES DAY

305158.610022

Page: 3
May 13, 2022
Invoice: 220903149

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/01/22 | J R Boule | 8.20 |
| 04/03/22 | J R Boule | 0.30 |
| 04/04/22 | J R Boule | 9.30 |
| 04/05/22 | J R Boule | 9.20 |
| 04/06/22 | J R Boule | 7.30 |
| 04/06/22 | J J Normile | 1.00 |
| 04/06/22 | J L Swize | 1.00 |
| 04/07/22 | J R Boule | 5.10 |
| 04/08/22 | J R Boule | 6.00 |
| 04/08/22 | G J Larosa | 3.00 |
| 04/08/22 | J L Swize | 0.50 |
| 04/11/22 | J R Boule | 2.40 |
| 04/11/22 | J J Normile | 0.50 |



Review of correspondence from C. Pinahs regarding Collegium's motion to dismiss appeal.

# JONES DAY

305158.610022

Collegium 961 PGR

| 04/12/22 | J R Boule | 3.00 |
|---|---|---|

| 04/12/22 | G A Castanias | 0.50 |
|---|---|---|

Communicate with opposing counsel regarding motion to dismiss.

| 04/12/22 | J J Normile | 0.80 |
|---|---|---|

| 04/13/22 | J R Boule | 7.20 |
|---|---|---|

| 04/13/22 | J J Darensbourg | 0.90 |
|---|---|---|

Manage key pleadings and case law documents from Opening Brief for review by J Swize..

| 04/14/22 | J R Boule | 8.10 |
|---|---|---|

| 04/14/22 | J L Swize | 3.80 |
|---|---|---|

| 04/15/22 | J R Boule | 3.60 |
|---|---|---|

| 04/15/22 | J L Swize | 4.50 |
|---|---|---|

| 04/16/22 | J R Boule | 1.60 |
|---|---|---|

| 04/16/22 | J J Normile | 1.00 |
|---|---|---|

| 04/16/22 | J L Swize | 1.80 |
|---|---|---|

| 04/17/22 | G A Castanias | 4.30 |
|---|---|---|

| 04/17/22 | J J Normile | 0.80 |
|---|---|---|



# JONES DAY

305158.610022

Collegium 961 PGR

Page: 5
May 13, 2022
Invoice: 220903149

| 04/17/22 | J L Swize | 0.20 |
|----------|-----------|------|

| 04/18/22 | J R Boule | 10.00 |
|----------|-----------|-------|

Correspond with opposing counsel concerning joint appendix (0.4);

| 04/18/22 | G A Castanias | 2.30 |
|----------|---------------|------|

| 04/18/22 | J J Normile | 1.60 |
|----------|-------------|------|

| 04/18/22 | J L Swize | 5.10 |
|----------|-----------|------|

| 04/19/22 | J R Boule | 4.70 |
|----------|-----------|------|

| 04/19/22 | J J Darensbourg | 0.30 |
|----------|-----------------|------|

Manage shared database for attorneys of Collegium's Entry of Appearance of E Tremblay, and Motion to Dismiss Appeal as Untimely with supporting Declaration.

| 04/19/22 | J L Swize | 7.90 |
|----------|-----------|------|

| 04/20/22 | J R Boule | 7.30 |
|----------|-----------|------|

coordinate service of joint appendix materials to Collegium (0.5).

| 04/20/22 | G A Castanias | 2.00 |
|----------|---------------|------|

| 04/20/22 | G J Larosa | 1.00 |
|----------|------------|------|

| 04/20/22 | K McCarthy | 0.50 |
|----------|------------|------|

| 04/20/22 | J J Normile | 2.00 |
|----------|-------------|------|

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 6
May 13, 2022
Invoice: 220903149

| 04/20/22 | J L Swize | 4.50 |
|---|---|---|

| 04/21/22 | J R Boule | 10.00 |
|---|---|---|

| 04/21/22 | G A Castanias | 1.00 |
|---|---|---|

04/21/22          J J Darensbourg                          0.40
Manage/serve Table of contents for the proposed Joint Appendix and the stamped appendix documents on
opposing counsel.

| 04/21/22 | J J Normile | 1.50 |
|---|---|---|

| 04/21/22 | J L Swize | 3.70 |
|---|---|---|

| 04/22/22 | J R Boule | 7.70 |
|---|---|---|

| 04/22/22 | G A Castanias | 2.50 |
|---|---|---|

| 04/22/22 | K McCarthy | 0.60 |
|---|---|---|

| 04/22/22 | J J Normile | 1.50 |
|---|---|---|

| 04/22/22 | J L Swize | 2.00 |
|---|---|---|

| 04/25/22 | J R Boule | 3.80 |
|---|---|---|

04/25/22          J J Darensbourg                          0.10
Manage shared database for attorneys of Purdue's Opposition to Motion to Dismiss Appeal as Untimely and
accompanying exhibits.

# JONES DAY

| | | |
|---|---|---|
| 04/25/22 | M P Garcia | 3.00 |
| 04/25/22 | J L Swize | 2.00 |
| 04/26/22 | J R Boule | 1.10 |
| 04/26/22 | G A Castanias | 1.00 |
| 04/26/22 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of Motion to Withdraw K McElveen as Counsel for Collegium.

| | | |
|---|---|---|
| 04/26/22 | M P Garcia | 5.00 |
| 04/26/22 | J J Normile | 0.80 |
| 04/26/22 | J L Swize | 2.90 |
| 04/27/22 | J R Boule | 7.50 |
| 04/27/22 | M P Garcia | 2.00 |
| 04/27/22 | J L Swize | 0.80 |
| 04/28/22 | J R Boule | 8.50 |
| 04/28/22 | J L Swize | 0.40 |

# JONES DAY

305158.610022                                                              Page: 8
                                                                      May 13, 2022
Collegium 961 PGR                                              Invoice: 220903149


| 04/29/22 | J R Boule | 6.70 |
|---|---|---|
| | ██████████████████████████████████ | |

| 04/29/22 | J J Darensbourg | 0.10 |
|---|---|---|

Manage shared database for attorneys of Order Granting Motion to Withdraw K McElveen as Counsel for Collegium.

| 04/29/22 | J L Swize | 0.50 |
|---|---|---|
| | ████████████████████████████████ | |

| 04/30/22 | J R Boule | ███ |
|---|---|---|
| | ████████████████ | |

|  | **Total** | **226.60** |
|---|---|---|

# JONES DAY

305158.610022                                                                                                    Page: 9
                                                                                                    May 13, 2022
Collegium 961 PGR                                                                           Invoice: 220903149

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 04/13/22 | J L Swize | WAS | 67.85 | |
| Photocopying: Black & White (SDUP)-WA - Duplication Center - Xerox WC Pro 265 (2)- 1,357 copies @$0.05 each - Apr 13 2022  7:47PM | | | | |
| 04/13/22 | J L Swize | WAS | 0.40 | |
| Photocopying: Black & White (SDUP)-WA - Duplication Center - Xerox Docucolor C60  (1)- 4 copies @ $0.10 each - Apr 13 2022  8:02PM | | | | |
| **Document Reproduction Charges Subtotal** | | | | **68.25** |
| **Total Disbursements and Charges** | | | **USD** | **68.25** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 13, 2022

305158.610028
Invoice: 220903150

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2022:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 212,864.00 |
| Less 13% Discount | | (27,672.32) |
| Total Billed Fees | USD | 185,191.68 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Consultants and Agents Fees | 4,750.00 | |
| | USD | 4,750.00 |
| **TOTAL** | **USD** | **189,941.68** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220903150 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Page: 2
May 13, 2022
Invoice: 220903150

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 16.00 | 1,200.00 | 19,200.00 |
| J J Normile | 49.00 | 1,350.00 | 66,150.00 |
| J L Swize | 3.20 | 1,175.00 | 3,760.00 |
| Associate | | | |
| K McCarthy | 96.30 | 800.00 | 77,040.00 |
| A M Nicolais | 38.80 | 730.00 | 28,324.00 |
| Paralegal | | | |
| J J Darensbourg | 48.90 | 375.00 | 18,337.50 |
| Librarian | | | |
| B M Burke | 0.30 | 175.00 | 52.50 |
| **Total** | **252.50** | **USD** | **212,864.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
May 13, 2022
Invoice: 220903150

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/01/22 | J J Darensbourg | 1.10 |

Plan and prepare prior litigation documents for production to Accord.



| 04/01/22 | J J Normile | 1.50 |

| 04/03/22 | J J Normile | 2.80 |

| 04/04/22 | J J Darensbourg | 1.20 |

Manage/prepare supplemental prior litigation document production to Defendant Accord.

| 04/04/22 | G J Larosa | 2.00 |

| 04/04/22 | K McCarthy | 1.00 |

Coordinate collection of documents for supplemental production and draft internal summary regarding same.

| 04/04/22 | J J Normile | 2.80 |

| 04/05/22 | J J Darensbourg | 1.60 |

Manage PEO Power Point documents from prior litigations for review by P. Hendler (0.2); review/analyze fact deposition and trial transcripts, prior litigation documents, expert reports and Noramco document production sets for attorney review prior to production to Defendant (1.4).

| 04/05/22 | G J Larosa | 1.00 |

| 04/05/22 | A M Nicolais | 0.40 |

| 04/05/22 | J J Normile | 1.50 |

| 04/06/22 | J J Darensbourg | 1.90 |

Manage/prepare pertinent fact and expert deposition and trial transcripts from current and past litigations,

# JONES DAY

305158.610028

Page: 4
May 13, 2022
Invoice: 220903150

Accord Healthcare Inc.

Wuest Rebuttal Expert reports, and Noramco productions for attorney review.



| 04/06/22 | G J Larosa | 1.00 |
|---|---|---|
| 04/06/22 | J J Normile | 0.80 |
| 04/07/22 | J J Darensbourg | 0.30 |
| 04/08/22 | K McCarthy | 1.00 |
| 04/09/22 | J J Normile | 1.00 |
| 04/10/22 | J J Normile | 1.00 |
| 04/11/22 | J J Darensbourg | 2.20 |

manage expert reports, deposition and trial transcripts, and other pertinent prior litigation documents for attorney review in anticipation of document production to Defendant (0.9).

| 04/11/22 | G J Larosa | 2.00 |
|---|---|---|
| 04/11/22 | K McCarthy | 6.50 |
| 04/11/22 | A M Nicolais | 0.60 |
| 04/11/22 | J J Normile | 2.40 |
| 04/12/22 | J J Darensbourg | 0.40 |

Manage/prepare exhibits to Igo Expert Report.

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/12/22 | K McCarthy | 2.50 |
| 04/12/22 | A M Nicolais | 0.20 |
| 04/12/22 | J J Normile | 1.50 |
| 04/13/22 | J J Darensbourg | 0.10 |
| 04/13/22 | G J Larosa | 3.00 |
| 04/13/22 | K McCarthy | 5.50 |
| 04/13/22 | A M Nicolais | 2.40 |
| 04/13/22 | J J Normile | 4.00 |
| 04/14/22 | K McCarthy | 2.00 |
| 04/14/22 | A M Nicolais | 1.60 |
| 04/14/22 | J J Normile | 1.80 |
| 04/15/22 | K McCarthy | 4.00 |

## JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 6
May 13, 2022
Invoice: 220903150



| Date | Name | Hours |
|------|------|-------|
| 04/15/22 | A M Nicolais | 1.00 |
| 04/15/22 | J J Normile | 2.50 |
| 04/16/22 | J J Normile | 0.50 |
| 04/18/22 | J J Darensbourg | 0.60 |
| 04/18/22 | G J Larosa | 1.00 |
| 04/18/22 | K McCarthy | 2.50 |
| 04/18/22 | A M Nicolais | 0.80 |
| 04/19/22 | J J Darensbourg | 1.90 |
| 04/19/22 | K McCarthy | 3.00 |
| 04/19/22 | A M Nicolais | 0.40 |
| 04/19/22 | J J Normile | 2.60 |
| 04/20/22 | B M Burke | 0.30 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Invoice: 220903150



| 04/20/22 | G J Larosa | 3.00 |
| 04/20/22 | K McCarthy | 3.50 |
| 04/20/22 | A M Nicolais | 2.90 |
| 04/21/22 | J J Darensbourg | 0.90 |
| 04/21/22 | K McCarthy | 7.50 |
| 04/21/22 | A M Nicolais | 1.60 |
| 04/21/22 | J J Normile | 2.00 |
| 04/22/22 | J J Darensbourg | 1.70 |
| | Manage/review prior production documents for inclusion in Rebuttal Expert Reports (1.0) | |
| 04/22/22 | K McCarthy | 4.50 |
| 04/22/22 | J J Normile | 2.60 |
| 04/23/22 | K McCarthy | 1.90 |
| 04/23/22 | J J Normile | 1.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| | | |
|---|---|---|
| 04/24/22 | K McCarthy | 5.10 |
| 04/24/22 | J J Normile | 2.00 |
| 04/24/22 | J L Swize | 0.50 |
| 04/25/22 | J J Darensbourg | 1.80 |
| 04/25/22 | G J Larosa | 3.00 |
| 04/25/22 | K McCarthy | 8.50 |
| 04/25/22 | A M Nicolais | 0.80 |
| 04/25/22 | J J Normile | 3.60 |
| 04/25/22 | J L Swize | 0.80 |
| 04/26/22 | J J Darensbourg | 4.90 |
| 04/26/22 | K McCarthy | 8.00 |
| 04/26/22 | A M Nicolais | 6.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 04/26/22 | J J Normile | 2.00 |
| 04/26/22 | J L Swize | 0.70 |
| 04/27/22 | J J Darensbourg | 8.90 |
| 04/27/22 | K McCarthy | 9.30 |
| 04/27/22 | A M Nicolais | 3.00 |
| 04/27/22 | J J Normile | 3.30 |
| 04/27/22 | J L Swize | 1.20 |
| 04/28/22 | J J Darensbourg | 9.40 |
| 04/28/22 | K McCarthy | 10.00 |
| 04/28/22 | A M Nicolais | 6.60 |
| 04/28/22 | J J Normile | 2.80 |
| 04/29/22 | J J Darensbourg | 10.00 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 10
May 13, 2022
Invoice: 220903150



| 04/29/22 | K McCarthy | 10.00 |
| 04/29/22 | A M Nicolais | 10.00 |
| 04/29/22 | J J Normile | 3.00 |
| | **Total** | **252.50** |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| | | | | |
| **Consultants and Agents Fees Subtotal** | | | | 4,750.00 |
| **Total Disbursements and Charges** | | | USD | 4,750.00 |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 13, 2022

305158.999007
Invoice: 220903151

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2022:

| | | |
|---|---|---:|
| Retention Matters | USD | 10,855.00 |
| Less 13% Discount | | (1,411.15) |
| Total Billed Fees | USD | 9,443.85 |
| **TOTAL** | **USD** | **9,443.85** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/220903151 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

Invoice: 220903151

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 4.60 | 1,350.00 | 6,210.00 |
| Associate |  |  |  |
| C Buck | 2.90 | 645.00 | 1,870.50 |
| A Kordas | 3.10 | 895.00 | 2,774.50 |
| **Total** | **10.60** | **USD** | **10,855.00** |

# JONES DAY

305158.999007

Retention Matters

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/13/22 | J J Normile | 1.50 |
| | ██████████████████ | |
| 04/18/22 | C Buck | 0.50 |
| | ████████████████████████ | |
| 04/18/22 | A Kordas | 0.50 |
| | ██████████████████████████████ | |
| 04/18/22 | J J Normile | 0.50 |
| | ████████████████████ | |
| 04/19/22 | C Buck | 2.40 |
| | Draft response to examiner letter. | |
| 04/19/22 | J J Normile | 0.80 |
| | ████████████████████████████ | |
| 04/21/22 | A Kordas | 1.00 |
| | Draft/revise response to fee examiner regarding interim fee application (.5); review records in connection with same (.3); correspond with C. Buck and J. Normile regarding same (.2). | |
| 04/23/22 | A Kordas | 0.40 |
| | Finalize correspondence with fee examiner (.2); ██████████████ | |
| 04/23/22 | J J Normile | 0.50 |
| | Review of Fee Examiner letter and related background materials. | |
| 04/27/22 | A Kordas | 1.00 |
| | Appearance at fee application hearing. | |
| 04/27/22 | J J Normile | 1.00 |
| | ██████████████████████ | |
| 04/29/22 | A Kordas | 0.20 |
| | Review compensation order; circulate same internally. | |
| 04/29/22 | J J Normile | 0.30 |
| | ██████████████████████ | |
| **Total** | | **10.60** |