UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
APRIL 1, 2022 THROUGH APRIL 30, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of April 1, 2022 through April 30, 2022 (the "Twenty-Eighth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twenty-Eighth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $132.93, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,132.93 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Twenty-Eighth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the

Twenty-Eighth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twenty-Eighth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Twenty-Eighth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Twenty-Eighth Compensation Period is outlined below:

| Twenty-Eighth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| April 1 – 30, 2022 | $225,000.00 | ($45,000.00) | $132.93 | **$180,132.93** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 174.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twenty-Eighth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | April 2022 |
|---|---|
| Jamie O'Connell | 7.5 |
| Rafael Schnitzler | 14.5 |
| Tom Melvin | 108.5 |
| Lukas Schwarzmann | 43.5 |
| **Total Hours** | **174.0** |

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $132.93, in each case earned or incurred during the Twenty-Eighth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT::

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 132.93 |
| **Total Amount Due** | **$180,132.93** |

Dated: May 16, 2022

PJT PARTNERS LP

By: */s/ John James O'Connell III*
   John James O'Connell III
   Partner
   280 Park Avenue
   New York, NY 10017
   (212) 364-7800

# APPENDIX A

**PJT Partners**

May 4, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | | |
|---|---|---|---|---|
| Monthly Fee for the period of April 1, 2022 through April 30, 2022: | | | $ | 225,000.00 |
| Less: Holdback @ 20% | | | | (45,000.00) |
| Out-of-pocket expenses processed through April 26, 2022:[1] | | | | |
| Ground Transportation | $ | 116.93 | | |
| Communications | | 16.00 | | 132.93 |
| **Total Amount Due** | | | **$** | **180,132.93** |

Invoice No. 10020965

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Apr-22 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 116.93 | $ 116.93 |
| Communications | 16.00 | 16.00 |
| **Total Expenses** | **$ 132.93** | **$ 132.93** |
|  |  |  |
| **Ground Transportation** |  | **$ 116.93** |
| **Communications** |  | **16.00** |
|  |  |  |
| **Total Expenses** |  | **$ 132.93** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through April 26, 2022**
**Invoice No. 10020965**

**Ground Transportation**

| | | | |
|---|---|---|---|
| Turner (taxi home from client offices in Stamford, CT) | 02/25/22 | 116.93 | |
| **Subtotal - Ground Transportation** | | **$** | **116.93** |

**Communications**

| | | | |
|---|---|---|---|
| Melvin (wi-fi access while traveling) | 12/27/21 | 8.00 | |
| Melvin (wi-fi access while traveling) | 01/23/22 | 8.00 | |
| **Subtotal - Communications** | | | **16.00** |
| **Total Expenses** | | **$** | **132.93** |

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 7.5 |
| Rafael Schnitzler | Managing Director | 14.5 |
| Tom Melvin | Vice President | 108.5 |
| Lukas Schwarzmann | Analyst | 43.5 |
| | **Total** | **174.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 04/01/22 | 0.5 | Call with T. Melvin to discuss various matters |
| Jamie O'Connell | 04/05/22 | 0.5 | Call with T. Melvin to discuss various matters |
| Jamie O'Connell | 04/05/22 | 0.5 | Special Committee call |
| Jamie O'Connell | 04/07/22 | 0.5 | Weekly update call with Company and advisors |
| Jamie O'Connell | 04/11/22 | 0.5 | Call with T. Melvin to discuss various matters |
| Jamie O'Connell | 04/14/22 | 0.5 | Weekly update call with Company and advisors |
| Jamie O'Connell | 04/19/22 | 0.5 | Meeting with PJT team regarding financial matter |
| Jamie O'Connell | 04/21/22 | 1.0 | Weekly update call with Company and advisors |
| Jamie O'Connell | 04/25/22 | 0.5 | Call with Company management to discuss various matters |
| Jamie O'Connell | 04/26/22 | 1.0 | Meeting with PJT team regarding financial matter |
| Jamie O'Connell | 04/26/22 | 1.0 | Call with Company management to discuss various matters |
| Jamie O'Connell | 04/28/22 | 0.5 | Call with DPW regarding various matters |
| | | **7.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 04/01/22 | 0.5 | Conference call with Company and AlixPartners regarding business matters |
| Rafael Schnitzler | 04/01/22 | 1.0 | Conference call with creditor financial advisors to discuss business development strategy |
| Rafael Schnitzler | 04/06/22 | 1.0 | Prepare materials requested by AlixPartners and DPW |
| Rafael Schnitzler | 04/07/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 04/08/22 | 0.5 | Conference call with Company management to discuss business development opportunity |
| Rafael Schnitzler | 04/11/22 | 1.0 | Prepare materials requested by AlixPartners and DPW |
| Rafael Schnitzler | 04/12/22 | 0.5 | Call with T. Melvin to discuss upcoming meeting |
| Rafael Schnitzler | 04/14/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 04/14/22 | 0.5 | Respond to questions from AlixPartners and DPW |
| Rafael Schnitzler | 04/18/22 | 0.5 | Conference call with AlixPartners to prepare for upcoming meetings |
| Rafael Schnitzler | 04/18/22 | 1.0 | Prepare materials requested by AlixPartners and Company management |
| Rafael Schnitzler | 04/19/22 | 0.5 | Internal team call to prepare for upcoming meeting |
| Rafael Schnitzler | 04/19/22 | 0.5 | Review and edit material requested by Company management |
| Rafael Schnitzler | 04/20/22 | 1.0 | Conference call with Company management and AlixPartners to discuss business development opportunity |
| Rafael Schnitzler | 04/21/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 04/26/22 | 0.5 | Meeting with internal team regarding business development opportunity |
| Rafael Schnitzler | 04/26/22 | 1.0 | Analyze certain business lines related to possible business development opportunities |
| Rafael Schnitzler | 04/28/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 04/28/22 | 0.5 | Prepare draft document requested by Company management |
| | | **14.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/01/22 | 0.5 | Call with Company management, DPW and AlixPartners regarding various strategic matters |
| Thomas Melvin | 04/01/22 | 1.0 | Call with AlixPartners and creditor financial advisors regarding certain business matters |
| Thomas Melvin | 04/01/22 | 0.5 | Call with internal team regarding various matters |
| Thomas Melvin | 04/01/22 | 0.5 | Call with AlixPartners regarding various matters |
| Thomas Melvin | 04/01/22 | 0.5 | Call with internal team regarding financial analysis |
| Thomas Melvin | 04/01/22 | 1.5 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 04/02/22 | 0.5 | E-mail correspondence with DPW regarding creditor advisor requests |
| Thomas Melvin | 04/04/22 | 2.0 | Review and respond to requests from creditor financial advisors |
| Thomas Melvin | 04/04/22 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 04/04/22 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 04/05/22 | 1.0 | Attended Board Special Committee meeting |
| Thomas Melvin | 04/05/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 04/05/22 | 2.0 | Prepare response to request from Company management |
| Thomas Melvin | 04/05/22 | 1.0 | Review materials prepared by AlixPartners |
| Thomas Melvin | 04/05/22 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 04/05/22 | 0.5 | E-mail correspondence with internal team related to various matters |
| Thomas Melvin | 04/06/22 | 0.5 | Call with Company management regarding business development opportunity |
| Thomas Melvin | 04/06/22 | 1.5 | Prepare response to request from Company management |
| Thomas Melvin | 04/06/22 | 3.0 | Review and respond to requests from creditor financial advisors |
| Thomas Melvin | 04/06/22 | 1.5 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 04/06/22 | 0.5 | Research related to diligence materials |
| Thomas Melvin | 04/06/22 | 0.5 | Prepare and review agenda for weekly update call |
| Thomas Melvin | 04/07/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 04/07/22 | 1.0 | Perform research related to business development opportunity |
| Thomas Melvin | 04/07/22 | 1.5 | E-mail correspondence with AlixPartners, Company management and DPW regarding various matters |
| Thomas Melvin | 04/07/22 | 1.5 | Review materials identified by AlixPartners in response to request from Company management |
| Thomas Melvin | 04/07/22 | 1.0 | Review and respond to requests from creditor financial advisors |
| Thomas Melvin | 04/07/22 | 0.5 | Call with Company management to discuss business development opportunity |
| Thomas Melvin | 04/08/22 | 0.5 | Call with Company management and AlixPartners regarding business strategy |
| Thomas Melvin | 04/08/22 | 1.0 | Review requests from creditor financial advisors |
| Thomas Melvin | 04/08/22 | 1.0 | E-mail correspondence with AlixPartners and creditor financial advisors regarding diligence materials |
| Thomas Melvin | 04/09/22 | 1.0 | E-mail correspondence with creditor financial advisors and AlixPartners regarding various matters |
| Thomas Melvin | 04/09/22 | 1.0 | Prepare materials requested by Company management |
| Thomas Melvin | 04/11/22 | 2.0 | Prepare materials requested by Company management |
| Thomas Melvin | 04/11/22 | 1.0 | Aggregate and review materials requested by creditor advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/11/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 04/11/22 | 0.5 | Call with internal team regarding various matters |
| Thomas Melvin | 04/11/22 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 04/12/22 | 1.0 | Weekly call with AlixPartners and creditor financial advisors |
| Thomas Melvin | 04/12/22 | 0.5 | Call with internal team member regarding upcoming meetings |
| Thomas Melvin | 04/12/22 | 1.0 | Prepare materials requested by Company management |
| Thomas Melvin | 04/12/22 | 1.0 | Review materials for upcoming meetings |
| Thomas Melvin | 04/12/22 | 1.0 | Prepare and review materials for creditor financial advisors |
| Thomas Melvin | 04/12/22 | 1.0 | E-mail correspondence with DPW, AlixPartners and Company management regarding various matters |
| Thomas Melvin | 04/13/22 | 1.0 | Call with AlixPartners and DPW regarding intellectual property |
| Thomas Melvin | 04/13/22 | 1.0 | Prepare materials requested by Company management |
| Thomas Melvin | 04/13/22 | 0.5 | Call with internal team regarding various analyses |
| Thomas Melvin | 04/13/22 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 04/13/22 | 0.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 04/14/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 04/14/22 | 1.5 | E-mail correspondence with AlixPartners, DPW and Company management regarding various matters |
| Thomas Melvin | 04/14/22 | 2.0 | Review materials from Company management related to business development activities |
| Thomas Melvin | 04/14/22 | 1.0 | Review and respond to questions from Company management and DPW |
| Thomas Melvin | 04/14/22 | 1.0 | Review requests from creditor financial advisors |
| Thomas Melvin | 04/15/22 | 0.5 | Call with internal team member to discuss various matters |
| Thomas Melvin | 04/15/22 | 1.5 | Review questions from creditor advisors |
| Thomas Melvin | 04/16/22 | 1.5 | Review materials from Company management related to business development activities |
| Thomas Melvin | 04/16/22 | 0.5 | E-mail correspondence with Company management regarding various matters |
| Thomas Melvin | 04/17/22 | 1.0 | Review materials from Company management related to business development activities |
| Thomas Melvin | 04/17/22 | 1.5 | E-mail correspondence with Company management related to upcoming meetings |
| Thomas Melvin | 04/18/22 | 0.5 | Call with AlixPartners to discuss business development opportunities |
| Thomas Melvin | 04/18/22 | 1.0 | Review materials from Company management related to business development activities |
| Thomas Melvin | 04/18/22 | 1.0 | E-mail correspondence with Company management and AlixPartners related to upcoming meetings |
| Thomas Melvin | 04/18/22 | 0.5 | E-mail correspondence with internal team related to various matters |
| Thomas Melvin | 04/18/22 | 1.5 | Prepare materials requested by Company management |
| Thomas Melvin | 04/18/22 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 04/19/22 | 0.5 | Call with internal team regarding business development opportunities |
| Thomas Melvin | 04/19/22 | 1.0 | Prepare and review materials requested by Company management |
| Thomas Melvin | 04/19/22 | 1.5 | Review questions from and responses to creditor advisors |
| Thomas Melvin | 04/19/22 | 1.5 | Review materials from AlixPartners |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/19/22 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 04/20/22 | 1.0 | Call with Company management and AlixPartners regarding business development opportunities |
| Thomas Melvin | 04/20/22 | 1.0 | Review materials from Company management related to business development activities |
| Thomas Melvin | 04/20/22 | 0.5 | Call with internal team regarding analysis |
| Thomas Melvin | 04/20/22 | 1.0 | Review materials prepared by AlixPartners |
| Thomas Melvin | 04/20/22 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding diligence requests |
| Thomas Melvin | 04/21/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 04/22/22 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 04/23/22 | 0.5 | E-mail correspondence with creditor financial advisors and AlixPartners regarding various matters |
| Thomas Melvin | 04/25/22 | 1.0 | Review materials prepared by AlixPartners |
| Thomas Melvin | 04/25/22 | 1.0 | Prepare and review materials requested by Company management related to business development |
| Thomas Melvin | 04/25/22 | 1.0 | E-mail correspondence with internal team and Company management related to upcoming meetings |
| Thomas Melvin | 04/26/22 | 0.5 | Call with internal team regarding business development opportunity |
| Thomas Melvin | 04/26/22 | 0.5 | Call with Company management and AlixPartners regarding public health initiative products |
| Thomas Melvin | 04/26/22 | 1.0 | Weekly call with AlixPartners and creditor financial advisors |
| Thomas Melvin | 04/26/22 | 1.5 | Review materials prepared by management related to public health initiative products |
| Thomas Melvin | 04/26/22 | 2.0 | Review materials prepared by AlixPartners related to upcoming hearings |
| Thomas Melvin | 04/26/22 | 1.0 | Prepare and review analysis related to upcoming meetings |
| Thomas Melvin | 04/26/22 | 1.5 | Prepare and review materials requested by Company management |
| Thomas Melvin | 04/27/22 | 3.0 | Dialed into court hearing |
| Thomas Melvin | 04/27/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 04/27/22 | 0.5 | Call with internal team to discuss analysis |
| Thomas Melvin | 04/27/22 | 1.0 | Review materials from Company management related to business development activities |
| Thomas Melvin | 04/27/22 | 1.5 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 04/28/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Thomas Melvin | 04/28/22 | 0.5 | Call with Company management regarding upcoming Board meeting |
| Thomas Melvin | 04/28/22 | 3.0 | Prepare slides for upcoming Board meeting |
| Thomas Melvin | 04/28/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 04/28/22 | 0.5 | Call with Company management regarding various matters |
| Thomas Melvin | 04/28/22 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 04/28/22 | 0.5 | E-mail correspondence with AlixPartners regarding various matters |
| Thomas Melvin | 04/29/22 | 2.0 | Dialed into 2nd circuit oral arguments |
| Thomas Melvin | 04/29/22 | 1.0 | E-mail correspondence with Company management related to upcoming meetings |
| Thomas Melvin | 04/29/22 | 1.0 | Review materials prepared by AlixPartners |
| Thomas Melvin | 04/29/22 | 1.0 | Prepare and review materials requested by Company management related to business development |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/29/22 | 1.0 | Review draft document prepared by Company management |
| | | **108.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 04/01/22 | 0.5 | Conference call with Company and AlixPartners regarding business matters |
| Lukas Schwarzmann | 04/01/22 | 1.0 | Conference call with creditor financial advisors to discuss business development strategy |
| Lukas Schwarzmann | 04/04/22 | 0.5 | Call with internal team to discuss various matters |
| Lukas Schwarzmann | 04/04/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 04/05/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 04/06/22 | 0.5 | Call with Company regarding business matters |
| Lukas Schwarzmann | 04/06/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 04/07/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Lukas Schwarzmann | 04/08/22 | 0.5 | Conference call with Company management to discuss business development opportunity |
| Lukas Schwarzmann | 04/09/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 04/11/22 | 0.5 | Call with internal team to discuss various matters |
| Lukas Schwarzmann | 04/11/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 04/12/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 04/13/22 | 0.5 | Call with internal team regarding various analyses |
| Lukas Schwarzmann | 04/13/22 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 04/14/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Lukas Schwarzmann | 04/15/22 | 0.5 | Call with internal team member to discuss various matters |
| Lukas Schwarzmann | 04/15/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 04/18/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 04/18/22 | 0.5 | Conference call with AlixPartners to prepare for upcoming meetings |
| Lukas Schwarzmann | 04/19/22 | 0.5 | Financial analysis |
| Lukas Schwarzmann | 04/20/22 | 1.0 | Conference call with Company management and AlixPartners to discuss business development opportunity |
| Lukas Schwarzmann | 04/20/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 04/20/22 | 0.5 | Call with internal team regarding analysis |
| Lukas Schwarzmann | 04/20/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 04/21/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Lukas Schwarzmann | 04/21/22 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 04/25/22 | 1.5 | Financial analysis |
| Lukas Schwarzmann | 04/26/22 | 0.5 | Meeting with internal team regarding business development opportunity |
| Lukas Schwarzmann | 04/26/22 | 0.5 | Call with internal team regarding analysis |
| Lukas Schwarzmann | 04/27/22 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 04/28/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Lukas Schwarzmann | 04/28/22 | 0.5 | Call with internal team to discuss various matters |
| Lukas Schwarzmann | 04/28/22 | 0.5 | Financial analysis |
| | | **43.5** | |