**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------------X | | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |
| | : | |
| ---------------------------------------------------------------- X | | |

**THIRTY-FIRST MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**<u>FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022</u>**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | April 1, 2022 through April 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $53,322.00 |
| **Current Fee Request** | $42,657.60 (80% of $53,322.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $736.35 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $43,393.95 |
| **Total Fees and Expenses Inclusive of Holdback** | $54,058.35 |
| **This is a(n):** ___X___ Monthly Application | ___Interim Application ___Final Application |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty-First Monthly Fee Statement (the "Fee Statement") for the period of April 1, 2022 through and including April 30, 2022 (the "Statement Period").

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $53,322.00 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $42,657.60.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,043.48.  The blended hourly rate of all paraprofessionals is $435.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $736.35 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "<u>Allocation Fees</u>").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  May 16, 2022

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801
E-mail: dmolton@brownrudnick.com
           spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

**COMMENCING APRIL 1, 2022 THROUGH APRIL 30, 2022**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 3.8 | $2,849.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 1.9 | $1,294.50 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 3.8 | $3,925.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 6.0 | $6,897.00 |
| 014 Plan and Disclosure Statement | 35.6 | $38,356.50 |
| **Total** | **51.1** | **$53,322.00** |
| | | |
| 20% Fee Holdback | | **$10,664.40** |
| 80% of Fees | | **$42,657.60** |
| Plus Expenses | | **$736.35** |
| Requested Amount | | **$54,058.35** |

**EXHIBIT B**

**SERVICES RENDERED BY BROWN RUDNICK LLP**

**COMMENCING APRIL 1, 2022 THROUGH APRIL 30, 2022**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | 2022 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983<br>Bankruptcy & Corporate Restructuring | $1,620.00 | 6.6 | $10,692.00 |
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,450.00 | 4.2 | $6,090.00 |
| Barbara J. Kelly | Counsel 1982<br>Corporate & Capital Markets | $1,170.00 | 0.6 | $702.00 |
| Nicole M. Bouchard | Partner 2005<br>Corporate & Capital Markets | $1,000.00 | 7.4 | $7,400.00 |
| Gerard T. Cicero | Associate 2015<br>Bankruptcy & Corporate Restructuring | $955.00 | 8.0 | $7,640.00 |
| Lisa Okragly | Associate 2018<br>Corporate & Capital Markets | $955.00 | 0.7 | $668.50 |
| Tia C. Wallach | Partner 2013<br>Corporate & Capital Markets | $955.00 | 19.4 | $17,557.00 |
| Jennifer I. Charles | Partner 2009<br>Corporate & Capital Markets | $905.00 | 0.7 | $630.00 |
| Blair M. Rinne | Associate 201<br>Litigation & Arbitration | $900.00 | 1.0 | $855.00 |
| Alexandra M. Deering | Paralegal<br>Bankruptcy & Corporate Restructuring | $855.00 | 2.5 | $1,087.50 |
| **Total Fees Requested** | | | **51.1** | **$53,322.00** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING APRIL 1, 2022 THROUGH APRIL 30, 2022

| EXPENSE | AMOUNT |
|---|---|
|  |  |
| Copies | $35.20 |
| eDiscovery Hosting | $553.90 |
| Lexis | $58.25 |
| Specialized Online Research Services | $89.00 |
| **Total Expenses** | **$736.35** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6939227 |
| ATTN: DAVID MOLTON | Date | May 10, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through April 30, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 736.35 | 736.35 |
| | **Total** | **0.00** | **736.35** | **736.35** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $736.35 |
| **Total Invoice** | **$736.35** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES    Invoice 6939227
RE: COSTS                                                  Page 2
May 10, 2022

## C O S T  D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 03/05/22 | LEXIS | 7.08 |
| 03/05/22 | LEXIS | 51.17 |
| 04/01/22 | EDISCOVERY HOSTING | 150.00 |
| 04/01/22 | EDISCOVERY HOSTING | 403.90 |
| 04/05/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 04/11/22 | COPIES | 2.90 |
| 04/11/22 | COPIES | 2.90 |
| 04/11/22 | COPIES | 0.50 |
| 04/11/22 | COPIES | 0.70 |
| 04/12/22 | COPIES | 0.80 |
| 04/12/22 | COPIES | 0.10 |
| 04/12/22 | COPIES | 0.30 |
| 04/13/22 | COPIES | 0.40 |
| 04/18/22 | COPIES | 1.60 |
| 04/18/22 | COPIES | 13.00 |
| 04/20/22 | COPIES | 0.60 |
| 04/20/22 | COPIES | 3.90 |
| 04/20/22 | COPIES | 1.70 |
| 04/20/22 | COPIES | 2.20 |
| 04/20/22 | COPIES | 2.30 |
| 04/20/22 | COPIES | 1.30 |
| | **Total Costs** | **736.35** |

## C O S T  S U M M A R Y

| Description | Value |
|-------------|-------|
| SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| LEXIS | 58.25 |
| EDISCOVERY HOSTING | 553.90 |
| COPIES | 35.20 |
| **Total Costs** | **736.35** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES<br>ATTN: DAVID MOLTON<br>BROWN RUDNICK<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice       6939227<br>Date       May 10, 2022<br>Client       035843 |

RE: COSTS



**Balance Due:  $736.35**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

## EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

64707177 v1

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6939228 |
| Date | May 10, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## INVOICE

For professional services rendered in connection with the above captioned matter
through April 30, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 2,849.00 | 0.00 | 2,849.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,294.50 | 0.00 | 1,294.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 3,925.00 | 0.00 | 3,925.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 6,897.00 | 0.00 | 6,897.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 38,356.50 | 0.00 | 38,356.50 |
| | **Total** | **53,322.00** | **0.00** | **53,322.00** |

| | |
|---|---:|
| Total Current Fees | $53,322.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$53,322.00** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6939228 |
| Date | May 10, 2022 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 2,849.00 | 0.00 | 2,849.00 |
| | **Total** | **2,849.00** | **0.00** | **2,849.00** |

| | |
|---|---|
| Total Current Fees | $2,849.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,849.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 10, 2022

Invoice 6939228
Page 3

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/06/22 | DEERING | REVIEW AND CIRCULATE CONFIRMATION BENCH ORDER | 0.40 | 174.00 |
| 04/21/22 | DEERING | UPDATE CASE CALENDAR | 0.30 | 130.50 |
| 04/26/22 | DEERING | COORDINATE TELEPHONIC APPEARANCE FOR G. CICERO FOR FEE HEARING | 0.20 | 87.00 |
| 04/27/22 | DEERING | CIRCULATE 7TH INTERIM FEE APPLICATION TO G. CICERO | 0.20 | 87.00 |
| 04/27/22 | DEERING | UPDATE CASE CALENDAR | 0.40 | 174.00 |
| 04/27/22 | CICERO | PARTICIPATE IN OMNIBUS HEARING ON RETENTION HEARINGS AND LATE CLAIMS | 2.30 | 2,196.50 |
| | **Total Hours and Fees** | | **3.80** | **2,849.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| GERARD T. CICERO | 2.30 | hours at | 955.00 | 2,196.50 |
| ALEXANDRA M. DEERING | 1.50 | hours at | 435.00 | 652.50 |
| **Total Fees** | | | | **2,849.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown**rudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6939228 |
| Date | May 10, 2022 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,294.50 | 0.00 | 1,294.50 |
| | **Total** | **1,294.50** | **0.00** | **1,294.50** |

| | |
|---|---|
| Total Current Fees | $1,294.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,294.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6939228
May 10, 2022                                                             Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/07/22 | CICERO | DRAFT AND REVISE MONTHLY STATEMENT | 0.90 | 859.50 |
| 04/29/22 | DEERING | FINALIZE AND FILE PURDUE MARCH MONTHLY FEE STATEMENT (.6); COORDINATE SERVICE OF SAME (.4) | 1.00 | 435.00 |
| | **Total Hours and Fees** | | **1.90** | **1,294.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| GERARD T. CICERO | 0.90 | hours at | 955.00 | 859.50 |
| ALEXANDRA M. DEERING | 1.00 | hours at | 435.00 | 435.00 |
| **Total Fees** | | | | **1,294.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6939228 |
| ATTN: DAVID MOLTON | Date May 10, 2022 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 3,925.00 | 0.00 | 3,925.00 |
| | **Total** | **3,925.00** | **0.00** | **3,925.00** |

| | |
|---|---|
| Total Current Fees | $3,925.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,925.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
May 10, 2022

Invoice 6939228
Page 7

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/22 | RINNE | CORRESPOND WITH CO-COUNSEL REGARDING PRIVILEGE LOG | 0.20 | 171.00 |
| 04/05/22 | RINNE | ANALYZE PRIVILEGED DOCUMENTS TO IDENTIFY ROLES OF INCLUDED PARTIES FOR PRIVILEGE LOG PER REQUEST FROM CO-COUNSEL (.5); STRATEGIZE WITH G. CICERO REGARDING SAME (.2); CORRESPOND WITH CO-COUNSEL REGARDING REQUESTED INFORMATION FOR PRIVILEGE LOG (.1) | 0.80 | 684.00 |
| 04/06/22 | POHL | REVIEW INSURANCE ADVERSARY PROCEDURE UPDATE | 0.10 | 145.00 |
| 04/27/22 | POHL | ATTEND OMNIBUS HEARING (INJUNCTION; FEE APPLICATIONS) | 0.70 | 1,015.00 |
| 04/29/22 | CICERO | ATTEND PURDUE ORAL ARGUMENT ON 2D CIR. APPEAL | 2.00 | 1,910.00 |
| | **Total Hours and Fees** | | **3.80** | **3,925.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 0.80 | hours at | 1,450.00 | 1,160.00 |
| BLAIR M. RINNE | 1.00 | hours at | 855.00 | 855.00 |
| GERARD T. CICERO | 2.00 | hours at | 955.00 | 1,910.00 |
| **Total Fees** | | | | **3,925.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6939228 |
| Date | May 10, 2022 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 6,897.00 | 0.00 | 6,897.00 |
| | **Total** | **6,897.00** | **0.00** | **6,897.00** |

| | |
|---|---|
| Total Current Fees | $6,897.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$6,897.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6939228
May 10, 2022                                                                                                                              Page 9

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/06/22 | KELLY | JOIN STATUS UPDATE CALL ON CASE MATTERS, FINANCIAL MATTERS | 0.60 | 702.00 |
| 04/06/22 | POHL | WEEKLY CLIENT GROUP (AHC) MEETING | 0.50 | 725.00 |
| 04/13/22 | POHL | WEEKLY CLIENT GROUP UPDATE CALL | 0.50 | 725.00 |
| 04/13/22 | CICERO | ATTEND PORTION OF FULL AHC CALL RE: CASE UPDATES AND STRATEGY | 0.50 | 477.50 |
| 04/13/22 | CHARLES | AHC MEETING | 0.30 | 270.00 |
| 04/14/22 | CICERO | EMAILS WITH COMMITTEE MEMBER RE: DISCOVERY RECEIVED AHEAD OF MEDIATION SESSION (.9); REVIEW DOCUMENTS RECEIVED FOR NON-POE MATERIALS TO SHARE WITH MEMBER (1.4) | 2.30 | 2,196.50 |
| 04/18/22 | POHL | REVIEW CLIENT UPDATE RE INSURANCE ADVERSARY PROCEEDING | 0.10 | 145.00 |
| 04/27/22 | CHARLES | AHC MEETING | 0.40 | 360.00 |
| 04/27/22 | MOLTON | PARTICIPATE IN WEEKLY AHC MEETING | 0.80 | 1,296.00 |
| | **Total Hours and Fees** | | **6.00** | **6,897.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| STEVEN POHL | 1.10 | hours at | 1,450.00 | 1,595.00 |
| DAVID J. MOLTON | 0.80 | hours at | 1,620.00 | 1,296.00 |
| BARBARA J. KELLY | 0.60 | hours at | 1,170.00 | 702.00 |
| JENNIFER I. CHARLES | 0.70 | hours at | 900.00 | 630.00 |
| GERARD T. CICERO | 2.80 | hours at | 955.00 | 2,674.00 |
| **Total Fees** | | | | **6,897.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6939228 |
| ATTN: DAVID MOLTON | Date | May 10, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through April 30, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 38,356.50 | 0.00 | 38,356.50 |
| | **Total** | **38,356.50** | **0.00** | **38,356.50** |

| | |
|---|---:|
| Total Current Fees | $38,356.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$38,356.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES           Invoice 6939228
May 10, 2022                                                                                    Page 11

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/04/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 1.20 | 1,200.00 |
| 04/05/22 | BOUCHARD | CONFERENCE WITH AHC AND UCC TAX TEAMS RE: SELECTED TAX MATTERS AGREEMENT (.6); REVIEW AND REVISE SAME (.8) | 1.40 | 1,400.00 |
| 04/07/22 | BOUCHARD | CONFERENCE WITH KRAMER LEVIN TAX RE: STATUS OF OPEN TAX MATTERS (.7); ANALYSIS OF TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (.6) | 1.30 | 1,300.00 |
| 04/11/22 | WALLACH | REVIEW REVISED SETTLEMENT AGREEMENT CHECKLIST | 1.20 | 1,086.00 |
| 04/12/22 | WALLACH | REVIEW COLLATERAL CHECKLIST (1.3); REVIEW B-SIDE IAC RESTRUCTURING SLIDES (1.0) | 2.30 | 2,081.50 |
| 04/13/22 | WALLACH | REVIEW A SIDE IAC RESTRUCTURING SLIDES | 1.00 | 905.00 |
| 04/13/22 | POHL | REVIEW SACKLER DEAL CLOSING DOCUMENTS, STRUCTURE AND TASKS UPDATES | 0.80 | 1,160.00 |
| 04/14/22 | WALLACH | STATUS CALL WITH SACKLERS, DEBTORS AND CREDITORS ON SETTLEMENT AGREEMENT CHECKLIST AND NEXT STEPS ON DOCUMENTATION | 1.40 | 1,267.00 |
| 04/14/22 | POHL | REVIEW RECENTLY FILED MOTION TO EXTEND INJUNCTION (.3); ALL HANDS CALL RE SACKLER  SETTLEMENT DOCS (.6) | 0.90 | 1,305.00 |
| 04/14/22 | BOUCHARD | CONFERENCE WITH DPW AND KL TAX RE: STATUS OF OPEN ISSUES (.6); LEGAL RESEARCH AND ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (1.1) | 1.70 | 1,700.00 |
| 04/18/22 | POHL | REVIEW UPDATED SACKLER SETTLEMENT AGREEMENT | 0.50 | 725.00 |
| 04/18/22 | WALLACH | REVIEW STATUS OF SETTLEMENT DOCUMENTS, LOCAL COUNSEL ISSUES AND OPEN ISSUES ON SECURITY DOCUMENTS | 3.20 | 2,896.00 |
| 04/19/22 | WALLACH | REVIEW ISSUES LIST STATUS ON COLLATERAL DOCUMENTS | 0.20 | 181.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES        Invoice 6939228
May 10, 2022                                                                                          Page 12

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/20/22 | WALLACH | REVIEW REVISED COMMENTS TO COLLATERAL TRUST AGREEMENT (.8); REVIEW SETTLEMENT AGREEMENT AND CONFERENCE WITH DPW REGARDING COMMENTS FROM SACKLER FAMILY REGARDING THE SAME (1.8); REVIEW STATUS OF SECURITY DOCUMENTS (.2) | 2.80 | 2,534.00 |
| 04/20/22 | MOLTON | PARTICIPATE IN CONFERENCE WITH APPELLATE COUNSEL RE SECOND CIRCUIT ARGUMENT | 0.80 | 1,296.00 |
| 04/21/22 | POHL | REVIEW APPEALS MATTERS | 0.10 | 145.00 |
| 04/21/22 | WALLACH | REVIEW DEBTOR COMMENTS TO COLLATERAL TRUST AGREEMENT | 1.80 | 1,629.00 |
| 04/25/22 | WALLACH | REVIEW REVISIONS TO SETTLEMENT AGREEMENT | 1.80 | 1,629.00 |
| 04/25/22 | OKRAGLY | LEGAL ANALYSIS: RE FEE LETTER | 0.70 | 668.50 |
| 04/26/22 | MOLTON | PREPARE FOR AND ATTEND MOOT COURT RE PREPARATION FOR SECOND CIRCUIT ORAL ARGUMENT | 2.50 | 4,050.00 |
| 04/26/22 | WALLACH | REVIEW SETTLEMENT AGREEMENT REVISIONS | 2.40 | 2,172.00 |
| 04/27/22 | BOUCHARD | CONFERENCE WITH SACKLER, UCC, AND DEBTOR COUNSEL REGARDING: TAX MATTER AGREEMENT (.8); REVIEW AND REVISE SAME (1.0) | 1.80 | 1,800.00 |
| 04/29/22 | MOLTON | ATTEND VIA AUDIO FEED SECOND CIRCUIT APPEAL | 2.50 | 4,050.00 |
| 04/29/22 | WALLACH | REVIEW SETTLEMENT AGREEMENT (.8); CORRESPONDENCE REGARDING CTA AND SOAF TRUST STRUCTURE (.5) | 1.30 | 1,176.50 |
| | **Total Hours and Fees** | | **35.60** | **38,356.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 2.30 | hours at | 1,450.00 | 3,335.00 |
| DAVID J. MOLTON | 5.80 | hours at | 1,620.00 | 9,396.00 |
| NICOLE M. BOUCHARD | 7.40 | hours at | 1,000.00 | 7,400.00 |
| TIA C. WALLACH | 19.40 | hours at | 905.00 | 17,557.00 |
| LISA OKRAGLY | 0.70 | hours at | 955.00 | 668.50 |
| | **Total Fees** | | | **38,356.50** |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6939228 |
| Date | May 10, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



**Balance Due:  $53,322.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.