UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) Case No. 19-23649 (RDD) |
| **Debtors.** | ) (Jointly Administered) |

### ORDER APPROVING FIRST INTERIM APPLICATION OF PULLMAN & COMLEY, LLC, FOR COMPENSATION FOR SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO (i) THE STATE OF CT, (ii) THE STATES OF CT, DE, RI, VT AND WA AND (iii) THE STATES OF CT, DE, RI, VT, OR AND DC, FOR THE PERIOD FROM FEBRUARY 25, 2021 THROUGH MARCH 31, 2022

Upon the *First Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred As Counsel to (i) The State of CT, (ii) the States of CT, DE, RI, VT and WA, and (iii) the States of CT, DE, RI, VT, OR and DC, for the Period From February 25, 2021 through March 31, 2022* (the "Application") [ECF No. ___] by Pullman & Comley, LLP (the "Applicant"), as counsel to, at various times, (i) the State of Connecticut, (ii) the States of Connecticut, Delaware, Rhode Island, Vermont and Washington, and (iii) the States of Connecticut, Delaware, Rhode Island, Vermont, Oregon and the District of Columbia (collectively, the "States")., in the jointly administered chapter 11 cases of Purdue Pharma, L.P. and its affiliates (the "Debtors"), and in accordance with this Court's Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet [ECF No. 4503], and there being due and sufficient notice of the relief requested and there being no objection, it is therefore

**ORDERED**, that the Application is hereby GRANTED, and the Applicant is awarded for the period from February 25, 2021 through March 31, 2022, interim compensation in the amount of $567,858.50 (the "Allowed Fees"), together with an award for reimbursement of all necessary and actual out-of-pocket expenses incurred by the Applicant on behalf of the States in the amount of $1,532.18 (the "Allowed Expenses"); and it is further

**ORDERED**, that the Debtors are authorized to pay any amounts allowed hereby that have not been paid pursuant to the First and Second Monthly Fee Statements filed by Applicant [ECF Nos. 4615 and 4776]; and it is further

**ORDERED**, that such awards of the Allowed Fees and the Allowed Expenses are hereby awarded on an interim basis pursuant to 11 U.S.C. § 331.