KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
PURDUE PHARMA L.P., *et al.*        :    Case No. 19-23649 (RDD)
                                    :
            Debtors.[1]             :    (Jointly Administered)
---------------------------------------------------------------x

**TWENTY-NINTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | April 1, 2022 through April 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $7,932.79 (80% of $9,915.99) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $19.61 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $7,952.40 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its twenty-ninth monthly fee statement (the "Monthly Fee Statement") for the period beginning April 1, 2022 through and including April 30, 2022 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $9,935.60.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $7,952.40, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on May 31, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: May 16, 2022
El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

    a)    I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

    b)    I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

    c)    I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: May 16, 2022
       El Segundo, California

                                              /s/ *Sarah Harbuck*

                                              Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | Consultant | 14.6 | $203.28 | $2,967.87 |
| CHD | Christopher Do | Senior Managing Consultant | 1.2 | $231.53 | $277.83 |
| CJC | Caitlin Corrie | Consultant | 1.3 | $125.24 | $162.79 |
| HBU | Hannah Bussey | Consultant | 0.5 | $200.86 | $100.44 |
| JBU | Joseph Bunning | Senior Consultant | 25.3 | $206.91 | $5,234.78 |
| JDG | Jennifer Grageda | Consultant | 0.1 | $149.44 | $14.94 |
| JUY | Justin Uy | Consultant | 0.3 | $125.24 | $37.56 |
| MDO | Matthew Orr | Consultant | 0.3 | $200.86 | $60.26 |
| SEB | Senayt Berhe | Consultant | 0.9 | $149.44 | $134.47 |
| SEW | Scott Ewing | Senior Consultant | 0.3 | $206.91 | $62.07 |
| STP | Stephanie Paul | Consultant | 1.2 | $125.24 | $150.26 |
| SYU | Susan Yu | Consultant | 3.3 | $203.28 | $670.84 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 0.2 | $209.40 | $41.88 |
| | | | | | |
| | **TOTALS** | | **49.5** | | **$9,915.99** |

## Exhibit B

## Summary of Expenses by Category

| Category | Units | Rate | Amount |
|---|---|---|---|
| PACER – Public Access Service Fees | | | $18.50 |
| Sales and Use Tax | | | $1.11 |
| | | | |
| **TOTAL** | | | **$19.61** |

**Exhibit C**

**Invoice**



May 5, 2022

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
          USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period April 1, 2022 to April 30, 2022 in the amount of $9,935.60 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC


Evan Gershbein
EVP Restructuring



Enclosures



May 5, 2022

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# Kurtzman Carson Consultants LLC

| Account Number | 70789FA | Invoice Date | May 5, 2022 |
|---|---|---|---|
| Invoice Number | US_KCC2271933 | Due Date | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**

*Summary*

| Description | Amount |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $9,915.99 |
| *Total of Hourly Fees* | $9,915.99 |
| **Expenses** | |
| Expenses | $18.50 |
| *Total Expenses* | $18.50 |
| *Invoice Subtotal* | $9,934.49 |
| Sales and Use Tax | 1.11 |
| *Total Invoice* | **$9,935.60** |

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 70789FA | **Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_KCC2271933 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $9,935.60 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

04/01/2022 - 04/30/2022

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | CON | 14.60 | $203.28 | $2,967.87 |
| CHD | Christopher Do | SMC | 1.20 | $231.53 | $277.83 |
| CJC | Caitlin Corrie | CON | 1.30 | $125.24 | $162.79 |
| HBU | Hannah Bussey | CON | 0.50 | $200.86 | $100.44 |
| JBU | Joseph Bunning | SC | 25.30 | $206.91 | $5,234.78 |
| JDG | Jennifer Grageda | CON | 0.10 | $149.44 | $14.94 |
| JUY | Justin Uy | CON | 0.30 | $125.24 | $37.56 |
| MDO | Matthew Orr | CON | 0.30 | $200.86 | $60.26 |
| SEB | Senayt Berhe | CON | 0.90 | $149.44 | $134.47 |
| SEW | Scott Ewing | SC | 0.30 | $206.91 | $62.07 |
| STP | Stephanie Paul | CON | 1.20 | $125.24 | $150.26 |
| SYU | Susan Yu | CON | 3.30 | $203.28 | $670.84 |
| VRQ | Vanessa Triana | SMC | 0.20 | $209.40 | $41.88 |
| | | | | *Total* | *$9,915.99* |

# *Kurtzman Carson Consultants LLC*

04/01/2022 - 04/30/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 4/1/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.10 |
| 4/1/2022 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 4/1/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 4/1/2022** | **2.10** |
| 4/4/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 4/4/2022 | SYU | Prepare and upload the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 4/4/2022 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement in Support of Supplemental Settlement [DN 4492] | SMC | Noticing | 0.40 |
| | | | | **Total for 4/4/2022** | **1.60** |
| 4/5/2022 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Fourth Supplemental Declaration of Drummond ISO Bedell Retention App [DN 4595] | CON | Noticing | 0.30 |
| 4/5/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.40 |
| 4/5/2022 | SYU | Review mail report for Fourth Supplemental Declaration of Drummond ISO Bedell Retention App [DN 4595] | CON | Noticing | 0.10 |
| 4/5/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 4/5/2022 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 4/5/2022 | CJC | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.20 |
| 4/5/2022 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4560-4561, 4563-4566] | SMC | Noticing | 0.40 |
| | | | | **Total for 4/5/2022** | **3.40** |
| 4/6/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.50 |
| 4/6/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/6/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.10 |
| 4/6/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 4/6/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 4/6/2022 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 4/6/2022 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Fourth Supplemental Declaration of Drummond ISO Bedell Retention App [DN 4595] | SMC | Noticing | 0.40 |

## Kurtzman Carson Consultants LLC

04/01/2022 - 04/30/2022

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | **Total for 4/6/2022** | | **2.70** |
| 4/7/2022 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 4/7/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.60 |
| 4/7/2022 | JUY | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/7/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 4/7/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| | | | **Total for 4/7/2022** | | **2.40** |
| 4/8/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.10 |
| 4/8/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 4/8/2022 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| | | | **Total for 4/8/2022** | | **2.40** |
| 4/11/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.10 |
| 4/11/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/11/2022 | SEB | Track undeliverable mail from Fourth Supplemental Declaration of Drummond ISO Bedell Retention App [DN 4595] | CON | Undeliverable Mail Processing | 0.10 |
| 4/11/2022 | CJC | Manage and review tracking of undeliverable mail re Fourth Supplemental Declaration of Drummond ISO Bedell Retention App [DN 4595] | CON | Undeliverable Mail Processing | 0.10 |
| 4/11/2022 | CJC | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.20 |
| 4/11/2022 | STP | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | **Total for 4/11/2022** | | **1.70** |
| 4/12/2022 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.20 |
| 4/12/2022 | SYU | Upload the updated case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 4/12/2022 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 4/12/2022 | SEB | Track undeliverable mail from Statement in Support of Supplemental Settlement [DN 4492] | CON | Undeliverable Mail Processing | 0.10 |
| 4/12/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/12/2022 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.70 |
| 4/12/2022 | CJC | Manage and review tracking of undeliverable mail re Statement in Support of Supplemental Settlement [DN 4492] | CON | Undeliverable Mail Processing | 0.10 |

## Kurtzman Carson Consultants LLC

### 04/01/2022 - 04/30/2022

#### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 4/12/2022 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 4/12/2022 | STP | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 4/12/2022** | **3.80** |
| 4/13/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 4/13/2022 | SYU | Review recent returned mail and changes of address for previous mailing; prepare updates to master spreadsheet and research updated addresses re same | CON | Noticing | 0.40 |
| 4/13/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.20 |
| 4/13/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 4/13/2022 | VRQ | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SMC | Noticing | 0.10 |
| | | | | **Total for 4/13/2022** | **2.50** |
| 4/14/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.50 |
| 4/14/2022 | CJC | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 4/14/2022** | **1.60** |
| 4/15/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| | | | | **Total for 4/15/2022** | **1.00** |
| 4/18/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.50 |
| 4/18/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 4/18/2022 | SYU | Update Master Service List per Notice of Withdrawal of Appearance | CON | Noticing | 0.20 |
| 4/18/2022 | CJC | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.20 |
| 4/18/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 4/18/2022** | **2.20** |
| 4/19/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.30 |
| 4/19/2022 | SYU | Update the updated case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 4/19/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.10 |
| 4/19/2022 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 4/19/2022 | SEW | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SC | Noticing | 0.20 |

## Kurtzman Carson Consultants LLC

04/01/2022 - 04/30/2022

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | *Total for 4/19/2022* | | **2.70** |
| 4/20/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 4/20/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/20/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.10 |
| 4/20/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 4/20/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 4/20/2022 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| | | | *Total for 4/20/2022* | | **2.50** |
| 4/21/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 4/21/2022 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 4/21/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 4/21/2022 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 4/21/2022 | CJC | Manage and review tracking of undeliverable mail re Fourth Supplemental Declaration of Drummond ISO Bedell Retention App [DN 4595] | CON | Undeliverable Mail Processing | 0.10 |
| 4/21/2022 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 4/21/2022 | STP | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 4/21/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/21/2022 | STP | Track undeliverable mail from Fourth Supplemental Declaration of Drummond ISO Bedell Retention App [DN 4595] | CON | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 4/21/2022* | | **3.20** |
| 4/22/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 4/22/2022 | SYU | Review the Master Service List for updates re Withdrawal of Appearance | CON | Noticing | 0.20 |
| 4/22/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| | | | *Total for 4/22/2022* | | **1.60** |
| 4/25/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 4/25/2022 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| | | | *Total for 4/25/2022* | | **1.30** |

## *Kurtzman Carson Consultants LLC*

04/01/2022 - 04/30/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 4/26/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.50 |
| 4/26/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 4/26/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| | | | *Total for 4/26/2022* | | *2.40* |
| 4/27/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 4/27/2022 | SYU | Review recent returned mail and changes of address for previous mailing; prepare updates to master spreadsheet and research updated addresses re same | CON | Noticing | 0.30 |
| 4/27/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 4/27/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.10 |
| 4/27/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 4/27/2022 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 4/27/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 4/27/2022 | VRQ | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SMC | Noticing | 0.10 |
| 4/27/2022 | SEW | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SC | Noticing | 0.10 |
| | | | *Total for 4/27/2022* | | *3.40* |
| 4/28/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 4/28/2022 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| | | | *Total for 4/28/2022* | | *2.00* |
| 4/29/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 4/29/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 4/29/2022 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 4/29/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| | | | *Total for 4/29/2022* | | *3.00* |
| | | | ***Total Hours*** | | ***49.50*** |

## *Kurtzman Carson Consultants LLC*

04/01/2022 - 04/30/2022

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| PACER - Public Access Service Fees | | | $18.50 |
| | | **Total Expenses** | ***$18.50*** |