KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-FIRST MONTHLY FEE STATEMENT**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP,**
**CO-COUNSEL TO THE AD HOC COMMITTEE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant | Kramer Levin Naftalis & Frankel LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | April 1, 2022 through and including April 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $408,313.50 |
| **Current Fee Request** | $326,650.80 (80% of $408,313.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $6,826.64 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $333,477.44 |
| **Total Fees and Expenses Inclusive of Holdback** | $415,140.14 |
| **This is a(n):** | _X_ monthly        ___interim application        ___final application |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
|---|---|---|---|---|---|---|
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $104,805.60 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $654,487.43 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-First Monthly Fee Statement (the "**Statement**") for the period of April 1, 2022 through and including April 30, 2022 (the "**Monthly Fee Period**").

## Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,387.36.[2]  The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

## Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $407,745.50 by the total hours of 293.90.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $3,648.00 by the total hours of 7.60.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $326,650.80, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $6,826.64.

Dated: New York, New York
     May 16, 2022

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
        rringer@kramerlevin.com
        cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|---|---|---|---|
| 00003 | Business Operations | 38.20 | $49,124.50 |
| 00004 | Case Administration | 0.40 | $339.00 |
| 00006 | Employment and Fee Applications | 9.70 | $8,245.50 |
| 00008 | Litigation | 168.30 | $240,584.50 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 28.50 | $36,565.00 |
| 00010 | Non-Working Travel | 4.00 | $6,160.00 |
| 00011 | Plan and Disclosure Statement | 52.40 | $70,375.00 |
| **Subtotal** | | 301.50 | $411,393.50 |
| **Less 50% Non-Working Travel** | | | ($3,080.00) |
| **TOTAL** | | 301.50 | **$408,313.50** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| John Bessonette | Partner | 1999 | Corporate | 1425 | 0.80 | $1,140.00 |
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 37.10 | $45,076.00 |
| Jonathan Caplan | Partner | 1993 | Intellectual Property | 1425 | 6.00 | $8,550.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 56.10 | $94,528.50 |
| Roy T. Englert, Jr. | Partner | 1981 | Litigation | 1540 | 76.10 | $117,194.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1580 | 16.20 | $25,596.00 |
| Todd E. Lenson | Partner | 1997 | Corporate | 1650 | 0.80 | $1,320.00 |
| Abraham Reshtick | Partner | 2003 | Tax | 1400 | 7.00 | $9,800.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1315 | 5.30 | $6,969.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 11.50 | $16,100.00 |
| Jonathan M. Wagner | Partner | 1984 | Litigation | 1500 | 1.90 | $2,850.00 |
| Marcus Colucci | Special Counsel | 2003 | Intellectual Property | 1215 | 11.30 | $13,729.50 |
| Joseph A. Shifer | Special Counsel | 2010 | Creditors' Rights | 1195 | 4.70 | $5,616.50 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1195 | 6.60 | $7,887.00 |
| Helayne O. Stoopack | Counsel | 1982 | Tax | 1240 | 2.90 | $3,596.00 |
| Lauren Cassady Andrews | Associate | 2017 | Litigation | 1040 | 1.90 | $1,976.00 |
| Zachary N. Ferguson | Associate | 2019 | Litigation | 965 | 1.90 | $1,833.50 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1110 | 15.40 | $17,094.00 |
| Mariya Khvatskaya | Associate | 2016 | Tax | 1140 | 7.90 | $9,006.00 |
| Declan Kelly | Associate | 2021 | Creditors' Rights | 785 | 12.80 | $10,048.00 |
| Sealtiel Ortega-Rodriguez | Associate | Not Yet Admitted | Intellectual Property | 785 | 7.60 | $5,966.00 |

| Carlos Tirado | Associate | 2020 | Intellectual Property | 890 | 2.10 | $1,869.00 |
|---|---|---|---|---|---|---|
| **Wendy Kane** | Paralegal | N/A | Creditors' Rights | 480 | 7.60 | $3,648.00 |
| **Subtotal** | | | | | 301.50 | $411,393.50 |
| **Less 50% Non-Working Travel** | | | | | | ($3,080.00) |
| TOTAL | | | | | **301.50** | **$408,313.50** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $25.19 |
| Data Hosting Charges | $2,100.69 |
| Photocopying | $146.90 |
| Printing & Binding | $4,236.06 |
| Telecommunication Charges | $88.94 |
| Transcript Fees | $121.20 |
| Westlaw Online Research | $107.66 |
| **TOTAL EXPENSES** | **$6,826.64** |

**EXHIBIT D**

# Kramer Levin



May 16, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 852302
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through April 30, 2022.**

| | |
|---|---:|
| Fees | $411,393.50 |
| Less 50% Discount on Non-Working Travel mtr | (3,080.00) |
| Fee Subtotal | 408,313.50 |
| Disbursements and Other Charges | 6,826.64 |
| **TOTAL BALANCE DUE** | **$415,140.14** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



May 16, 2022
Invoice #: 852302
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through April 30, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $6,826.64 | **$6,826.64** |
| 072952-00003 | Business Operations | 49,124.50 | 0.00 | **49,124.50** |
| 072952-00004 | Case Administration | 339.00 | 0.00 | **339.00** |
| 072952-00006 | Employment and Fee Applications | 8,245.50 | 0.00 | **8,245.50** |
| 072952-00008 | Litigation | 240,584.50 | 0.00 | **240,584.50** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 36,565.00 | 0.00 | **36,565.00** |
| 072952-00010 | Non-Working Travel | 6,160.00 | 0.00 | **6,160.00** |
| 072952-00011 | Plan and Disclosure Statement | 70,375.00 | 0.00 | **70,375.00** |
| **Subtotal** | | **411,393.50** | **6,826.64** | **418,220.14** |
| Less 50% Discount on Non-Working Travel matter | | | | **(3,080.00)** |
| **TOTAL CURRENT INVOICE** | | | | **$415,140.14** |



May 16, 2022
Invoice #: 852302
072952-00001
Page 3

**Asset Analysis and Recovery**

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $25.19 |
| Data Hosting Charges | 2,100.69 |
| Photocopying | 146.90 |
| Printing & Binding | 4,236.06 |
| Telecommunication Charges | 88.94 |
| Transcript Fees | 121.20 |
| Westlaw Online Research | 107.66 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$6,826.64** |

| TOTAL | $6,826.64 |
|---|---|



May 16, 2022
Invoice #: 852302
072952-00003
Page 4

**Business Operations**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Caplan, Jonathan S. | Partner | 3.60 | $5,130.00 |
| Eckstein, Kenneth H. | Partner | 2.00 | 3,370.00 |
| Fisher, David J. | Partner | 6.80 | 10,744.00 |
| Rosenbaum, Jordan M. | Partner | 2.80 | 3,920.00 |
| Colucci, Marcus | Spec Counsel | 11.30 | 13,729.50 |
| Taub, Jeffrey | Spec Counsel | 6.10 | 7,289.50 |
| Gange, Caroline | Associate | 1.00 | 1,110.00 |
| Kelly, Declan | Associate | 1.10 | 863.50 |
| Ortega-Rodriguez, Sealtiel | Associate | 1.40 | 1,099.00 |
| Tirado, Carlos J. | Associate | 2.10 | 1,869.00 |
| **TOTAL FEES** | | **38.20** | **$49,124.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2022 | Fisher, David J. | Correspondence with J. Rosenbaum regarding business issues (0.1); review emails and Settlement Agreement regarding same (0.5). | 0.60 | $948.00 |



May 16, 2022
Invoice #: 852302
072952-00003
Page 5

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/1/2022 | Eckstein, Kenneth H. | Call with company, UCC, AHC advisors and other Call with company, UCC, AHC advisors re business plan issues (1.0). | 1.00 | 1,685.00 |
| 4/1/2022 | Taub, Jeffrey | E-mail w/ J. Rosenbaum re business issues. | 0.20 | 239.00 |
| 4/4/2022 | Caplan, Jonathan S. | Review IP update and follow-up re same with M. Colucci. | 0.50 | 712.50 |
| 4/4/2022 | Eckstein, Kenneth H. | Call with HL re business plan (1.0). | 1.00 | 1,685.00 |
| 4/4/2022 | Taub, Jeffrey | Review settlement agreement, NewCo LLC Agreement and ancillary documents re business plan (1.5), draft summary of same (0.6); review workstream checklist and IP term sheets re same (0.5), call w/ M. Colucci re same (0.3). | 2.90 | 3,465.50 |
| 4/4/2022 | Colucci, Marcus | Review draft agreements related to business plan (3.8); review data room re same (0.7); call w/ J. Taub re same (0.3). | 4.80 | 5,832.00 |
| 4/4/2022 | Tirado, Carlos J. | Conduct research issuers business issues. | 2.10 | 1,869.00 |
| 4/5/2022 | Taub, Jeffrey | Correspondence w/ J. Rosenbaum re business issues, coordinate call w/ financial advisors re same. | 0.60 | 717.00 |
| 4/6/2022 | Fisher, David J. | Conference call with Houlihan Lokey and FTI to discuss business plan and review slide deck (0.8); follow up corporate workstream call with A. Resnick and J. Rosenbaum (0.3); review business plan (0.4). | 1.50 | 2,370.00 |



May 16, 2022
Invoice #: 852302
072952-00003
Page 6

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/6/2022 | Taub, Jeffrey | Call w/ J. Rosenbaum and D. Fisher re business plan (0.3); prepare for and attend call w/ KL Tax, Bankruptcy and Corporate teams re case status (0.6); prepare for, attend and follow up from call with KL, FTI and HL teams re business plan (0.7); follow-up call w/ KL Corporate and KL Tax teams re same (0.3). | 1.90 | 2,270.50 |
| 4/7/2022 | Rosenbaum, Jordan M. | Call with DPW re business plan. | 0.60 | 840.00 |
| 4/7/2022 | Fisher, David J. | Review Settlement Agreement and business issues in advance of call with Davis Polk (0.2); call with Davis Polk and J. Rosenbaum regarding re related issues and status (0.6). | 0.80 | 1,264.00 |
| 4/12/2022 | Rosenbaum, Jordan M. | Review of business plan. | 0.30 | 420.00 |
| 4/12/2022 | Fisher, David J. | Review materials for business issues (0.5). | 0.50 | 790.00 |
| 4/12/2022 | Ortega-Rodriguez, Sealtiel | Meet with IP review team re: assignments to review (0.5) and began reviewing assignment agreements (0.9). | 1.40 | 1,099.00 |
| 4/13/2022 | Rosenbaum, Jordan M. | Call with DPW, FTI, HL regarding IP matters. | 0.90 | 1,260.00 |
| 4/13/2022 | Caplan, Jonathan S. | Prepare for and participate in IP diligence call (0.5); follow-up with KL team re same, next steps (1.2). | 1.70 | 2,422.50 |



May 16, 2022
Invoice #: 852302
072952-00003
Page 7

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/13/2022 | Fisher, David J. | Review various checklists in preparation of conference call (0.5); review documents regarding business and IP issues; conference call with IP teams and Davis Polk regarding same; post call discussion of same with J. Rosenbaum and FTI (1.4). | 1.90 | 3,002.00 |
| 4/13/2022 | Colucci, Marcus | Analyze draft IP agreements (2.4); conference call with Davis Polk regarding draft IP agreements (0.5). | 2.90 | 3,523.50 |
| 4/14/2022 | Rosenbaum, Jordan M. | Call with FTI and HL re business issues (0.4); Attend call with DPW and Davis Polk (0.6). | 1.00 | 1,400.00 |
| 4/14/2022 | Caplan, Jonathan S. | Prepare for and conduct call with KL, HL and FTI team re IP issues (0.5); follow-up re same (0.9). | 1.40 | 1,995.00 |
| 4/14/2022 | Fisher, David J. | Follow up phone call with Houlihan Lokey and FTI regarding business issues (0.4); follow up correspondence with J. Rosenbaum re same (0.3). | 0.70 | 1,106.00 |
| 4/14/2022 | Taub, Jeffrey | Attend call w/ KL team, HL and FTI re business issues and next steps. | 0.50 | 597.50 |
| 4/14/2022 | Colucci, Marcus | Analyze license agreements and discuss IP rights with KL team. | 1.60 | 1,944.00 |
| 4/15/2022 | Fisher, David J. | Communications with FTI regarding business issues (0.8). | 0.80 | 1,264.00 |



May 16, 2022
Invoice #: 852302
072952-00003
Page 8

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/20/2022 | Colucci, Marcus | Draft summary and correspond with KL team regarding business plan rights (1.7); follow-up with Davis Polk regarding same (0.3). | 2.00 | 2,430.00 |
| 4/28/2022 | Kelly, Declan | Summarize KEIP/KERP Motion (1.1). | 1.10 | 863.50 |
| 4/28/2022 | Gange, Caroline | Review KEIP/KERP motion and prepare update re same. | 1.00 | 1,110.00 |
| **TOTAL** | | | **38.20** | **$49,124.50** |



May 16, 2022
Invoice #: 852302
072952-00004
Page 9

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.20 | $243.00 |
| Kane, Wendy | Paralegal | 0.20 | 96.00 |
| **TOTAL FEES** | | **0.40** | **$339.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/13/2022 | Blabey, David E. | Call and email with A. Preis re Robbins Russell re scheduling. | 0.20 | $243.00 |
| 4/26/2022 | Kane, Wendy | Register KL team for omnibus/PI hearing; email C. Gange re same. | 0.20 | 96.00 |
| **TOTAL** | | | **0.40** | **$339.00** |



May 16, 2022
Invoice #: 852302
072952-00006
Page 10

**Employment and Fee Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $394.50 |
| Gange, Caroline | Associate | 5.30 | 5,883.00 |
| Kane, Wendy | Paralegal | 4.10 | 1,968.00 |
| **TOTAL FEES** | | **9.70** | **$8,245.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2022 | Gange, Caroline | Edit and finalize February fee statement for filing. | 0.60 | $666.00 |
| 4/1/2022 | Kane, Wendy | Prepare KL February fee statement for filing; email C. Gange re same; file and serve fee statement. | 0.40 | 192.00 |
| 4/5/2022 | Gange, Caroline | Review and revise AHC professional fee statements and coordinate filing re same. | 0.50 | 555.00 |
| 4/7/2022 | Kane, Wendy | Review March fee statement for compliance with UST guidelines and local rules (1.9); file Gilbert fee statement and email P. Holland re same (0.3). | 2.20 | 1,056.00 |
| 4/8/2022 | Ringer, Rachael L. | Coordinate with K. Eckstein and D. Blabey re: review of fees (0.3). | 0.30 | 394.50 |
| 4/11/2022 | Kane, Wendy | Review revised fee statement and email C. Gange re same. | 0.40 | 192.00 |



May 16, 2022
Invoice #: 852302
072952-00006
Page 11

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/12/2022 | Kane, Wendy | File and serve FTI twenty-ninth monthly fee statement. | 0.20 | 96.00 |
| 4/19/2022 | Gange, Caroline | Review report and respond to fee examiner re 7th interim fee application. | 1.10 | 1,221.00 |
| 4/21/2022 | Gange, Caroline | Review/finalize fee examiner response and emails w/ fee examiner re same. | 0.80 | 888.00 |
| 4/25/2022 | Gange, Caroline | Review March fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.10 | 1,221.00 |
| 4/26/2022 | Gange, Caroline | Review March fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.20 | 1,332.00 |
| 4/27/2022 | Kane, Wendy | Revise fee statement per G. Gange comments. | 0.30 | 144.00 |
| 4/28/2022 | Kane, Wendy | Prepare March fee statement and exhibits. | 0.60 | 288.00 |
| **TOTAL** | | | **9.70** | **$8,245.50** |



May 16, 2022
Invoice #: 852302
072952-00008
Page 12

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 28.80 | $34,991.50 |
| Eckstein, Kenneth H. | Partner | 40.40 | 68,074.00 |
| Englert, Jr., Roy T. | Partner | 71.70 | 110,418.00 |
| Ringer, Rachael L. | Partner | 2.30 | 3,024.50 |
| Wagner, Jonathan M. | Partner | 1.90 | 2,850.00 |
| Shifer, Joseph A. | Spec Counsel | 4.70 | 5,616.50 |
| Andrews, Lauren Cassady | Associate | 1.90 | 1,976.00 |
| Ferguson, Zachary N. | Associate | 1.90 | 1,833.50 |
| Gange, Caroline | Associate | 3.90 | 4,329.00 |
| Kelly, Declan | Associate | 7.50 | 5,887.50 |
| Kane, Wendy | Paralegal | 3.30 | 1,584.00 |
| **TOTAL FEES** | | **168.30** | **$240,584.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/4/2022 | Englert, Jr., Roy T. | Conference call with Debtors' counsel and other appellant counsel to discuss oral argument (0.9), and call w/ K. Eckstein and D. Blabey re same (0.5). | 1.40 | $2,156.00 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 13

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/4/2022 | Blabey, David E. | Call with K. Eckstein and R. Englert re oral argument (0.5); review J. Shifer draft of tolling extension (0.1); emails re tolling agreement with co-defendant (0.4). | 1.00 | 1,215.00 |
| 4/4/2022 | Eckstein, Kenneth H. | Call with D. Blabey, R. Englert re oral argument (0.5); call with M. Huebner re same (0.7); call with C. Shore re oral argument (0.7); follow up correspondence w/ KL team re circuit argument (0.5); review case pleadings and materials (1.0). | 3.40 | 5,729.00 |
| 4/4/2022 | Shifer, Joseph A. | Draft co-defendant tolling stip (0.6), email D. Blabey re same (0.1). | 0.70 | 836.50 |
| 4/5/2022 | Eckstein, Kenneth H. | Call with M. Huebner, A. Preis re oral argument (0.5); call with appellants re oral argument (1.5); call with S. Gilbert re case issues (0.5). | 2.50 | 4,212.50 |
| 4/5/2022 | Blabey, David E. | Attend portion of call with co-appellants to discuss oral argument and division of labor/time (1.0); emails re tolling stip with co-defendant (0.2). | 1.20 | 1,458.00 |
| 4/5/2022 | Englert, Jr., Roy T. | Attend conference call among counsel for all appellants re oral argument. | 1.40 | 2,156.00 |
| 4/5/2022 | Shifer, Joseph A. | Emails with DPW/Akin re co-defendant tolling stip, (0.2); revisions to same (0.4). | 0.60 | 717.00 |
| 4/6/2022 | Blabey, David E. | Emails re tolling agreement with co-defendant. | 0.10 | 121.50 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 14

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/6/2022 | Eckstein, Kenneth H. | Call and correspond w/ KL and appellant counsel re appeal issues and allocation of argument (0.8). | 0.80 | 1,348.00 |
| 4/6/2022 | Shifer, Joseph A. | Emails with Kirkland, DPW, and Akin re co-defendant tolling (0.3), revisions to same (0.4). | 0.70 | 836.50 |
| 4/7/2022 | Eckstein, Kenneth H. | Review and edit oral argument outline (1.2). | 1.20 | 2,022.00 |
| 4/7/2022 | Blabey, David E. | Exchange emails w/ co-appellants re oral argument. | 0.20 | 243.00 |
| 4/7/2022 | Englert, Jr., Roy T. | Call with M. Tobak of Davis Polk re oral argument. | 0.50 | 770.00 |
| 4/7/2022 | Shifer, Joseph A. | Emails with D. Blabey, D. Gremling, Kirkland, DPW, and Akin re co-defendant tolling (0.2), revisions to same (0.3). | 0.50 | 597.50 |
| 4/8/2022 | Englert, Jr., Roy T. | Coordinate with KL associates to prepare for oral argument. | 1.00 | 1,540.00 |
| 4/8/2022 | Shifer, Joseph A. | Emails with Kirkland, DPW, and Akin re co-defendant tolling (0.3), revisions to same (0.5). | 0.80 | 956.00 |
| 4/8/2022 | Andrews, Lauren Cassady | Draft and review correspondence re oral argument preparation. | 0.10 | 104.00 |
| 4/10/2022 | Eckstein, Kenneth H. | Correspondence with R. Englert re argument (0.4). | 0.40 | 674.00 |
| 4/11/2022 | Blabey, David E. | Emails re extension of tolling agreement with co-defendant. | 0.10 | 121.50 |
| 4/12/2022 | Englert, Jr., Roy T. | Call with M. Kesselman re moot court and follow-up. | 0.90 | 1,386.00 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 15

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/12/2022 | Blabey, David E. | Call with K. Eckstein re oral argument (0.4) and email to R. Englert re same (0.4). | 0.80 | 972.00 |
| 4/12/2022 | Eckstein, Kenneth H. | Correspond w/ co-appellants re oral argument (0.4); call w/ D. Blabey re same (0.4); review injunction motion (0.4). | 1.20 | 2,022.00 |
| 4/12/2022 | Andrews, Lauren Cassady | Draft and review correspondence re oral argument preparation. | 0.60 | 624.00 |
| 4/13/2022 | Englert, Jr., Roy T. | Call w/ moot court participants re preparation (0.4); call w/ K. Eckstein and D. Blabey re same (0.3); review briefs in preparation for same (1.7). | 2.40 | 3,696.00 |
| 4/13/2022 | Blabey, David E. | Call with K. Eckstein and R. Englert re oral argument (0.3); review draft motion to extend preliminary injunction (0.4) and emails with C. Gange re same (0.2). | 0.90 | 1,093.00 |
| 4/13/2022 | Andrews, Lauren Cassady | Draft and review correspondence re oral argument preparation. Review briefs in preparation for R. Englert's oral argument. | 0.70 | 728.00 |
| 4/14/2022 | Eckstein, Kenneth H. | Call with D. Blabey re oral argument (0.3); correspond with M. Huebner re same (0.3); review briefs in prep for moot court (1.7). | 2.30 | 3,875.50 |
| 4/14/2022 | Blabey, David E. | Call with K. Eckstein re oral argument. | 0.30 | 364.50 |
| 4/15/2022 | Englert, Jr., Roy T. | Prepare for oral argument. | 5.00 | 7,700.00 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 16

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/15/2022 | Blabey, David E. | Emails with K. Eckstein, R. Englert, and DPW re oral argument. | 0.30 | 364.50 |
| 4/18/2022 | Englert, Jr., Roy T. | Oral argument preparation, including review of amicus briefs and brief of Canadian appellees. | 4.90 | 7,546.00 |
| 4/18/2022 | Blabey, David E. | Email to R. Englert re topics to be covered at oral argument (2.5); emails w/ KL team re preliminary injunction motion and AHC response (0.2). | 2.70 | 3,280.50 |
| 4/19/2022 | Englert, Jr., Roy T. | Oral argument preparation (8.4); call w/ K. Eckstein re same (0.6). | 9.00 | 13,860.00 |
| 4/19/2022 | Eckstein, Kenneth H. | Call with R. Englert re oral argument (0.6); review outline for argument (0.2); call w/ D. Blabey and R. Ringer re same (0.3). | 1.10 | 1,853.50 |
| 4/19/2022 | Blabey, David E. | Call with K. Eckstein and R. Ringer re oral argument (0.3); review Levitin article and email to R. Englert re same (0.8); review and comment on R. Englert script for oral argument (0.7). | 1.80 | 2,187.00 |
| 4/19/2022 | Ringer, Rachael L. | Attend call re: oral argument prep (0.3). | 0.30 | 394.50 |
| 4/19/2022 | Kelly, Declan | Review Canadian Creditors Second Circuit brief and respond to D. Blabey questions (0.3). | 0.30 | 235.50 |
| 4/20/2022 | Wagner, Jonathan M. | Review report concerning status of preliminary injunction motion, appeal. | 0.10 | 150.00 |
| 4/20/2022 | Eckstein, Kenneth H. | Correspond with DPW re argument, time allocation (0.5). | 0.50 | 842.50 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 17

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/20/2022 | Englert, Jr., Roy T. | Revise oral argument outline (1.9); prepare for oral argument including communications with Davis Polk necessary to allow filing of motion to reallocate time for oral argument (1.5). | 3.40 | 5,236.00 |
| 4/21/2022 | Eckstein, Kenneth H. | Review materials re oral argument/prep for moot court (1.4). | 1.40 | 2,359.00 |
| 4/21/2022 | Englert, Jr., Roy T. | Prepare for oral argument, including revising argument outline and reviewing Second Circuit panel assignment. | 7.90 | 12,166.00 |
| 4/21/2022 | Blabey, David E. | Multiple emails with K. Eckstein, R. Englert and C. Gange re Second Circuit panel assignment (0.6); review info and previous decisions by the three panelists (1.6). | 2.20 | 2,673.00 |
| 4/21/2022 | Gange, Caroline | Emails w/ KL team re oral argument panel. | 0.30 | 333.00 |
| 4/22/2022 | Englert, Jr., Roy T. | Prepare for oral argument. | 4.00 | 6,160.00 |
| 4/25/2022 | Englert, Jr., Roy T. | Prepare for oral argument (7.0); discussions w/ Davis Polk re same (1.1). | 8.10 | 12,474.00 |
| 4/25/2022 | Eckstein, Kenneth H. | Review and edit oral argument outline (3.5); call with A. Preis re argument (0.4); call with D. Blabey re moot court (0.5). | 4.40 | 7,414.00 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 18

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/25/2022 | Blabey, David E. | Review all Second Circuit briefs in prep for moot court and oral argument (6.1); call with K. Eckstein re prep for moot court (0.5); draft questions for moot court (1.3). | 7.90 | 9,598.50 |
| 4/25/2022 | Kelly, Declan | Research local rules, review acknowledgment of hearing statement (0.8); emails w/ W. Kane, D. Blabey re: filing hearing acknowledgment (0.2); review hearing acknowledgment form (0.2). | 1.20 | 942.00 |
| 4/25/2022 | Andrews, Lauren Cassady | Draft and review correspondence re oral argument preparation. | 0.20 | 208.00 |
| 4/25/2022 | Kane, Wendy | Emails w/ D. Kelly re notice of acknowledgment of hearing date and review docket re same (0.2); prepare notice with updated information (0.3); file and service of same (1.6). | 2.10 | 1,008.00 |
| 4/26/2022 | Englert, Jr., Roy T. | Attend moot court at Davis Polk (4.5) and follow-up preparation for oral argument (3.0). | 7.50 | 11,550.00 |
| 4/26/2022 | Eckstein, Kenneth H. | Attend omnibus hearing (2.0); prepare for oral argument (3.5). | 5.50 | 9,267.50 |
| 4/26/2022 | Blabey, David E. | Multiple emails and calls re script for Second Circuit argument (0.6); attend portions of moot court (3.6); emails with clients re script (0.2). | 4.40 | 5,346.00 |
| 4/26/2022 | Kelly, Declan | Draft electronic device request letter (0.8), emails w. S. Ford, W. Kane, D. Blabey re: same (0.7). | 1.50 | 1,177.50 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 19

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/26/2022 | Kane, Wendy | Emails w/ D. Kelly and S. Ford re electronic device letter (0.2); prepare same for filing (0.5). | 0.70 | 336.00 |
| 4/27/2022 | Englert, Jr., Roy T. | Prepare for oral argument. | 1.50 | 2,310.00 |
| 4/27/2022 | Blabey, David E. | Attend omnibus hearing re PI extension, fees, and other matters. | 2.00 | 2,430.00 |
| 4/27/2022 | Eckstein, Kenneth H. | Prepare for oral argument (5.5). | 5.50 | 9,267.50 |
| 4/27/2022 | Kelly, Declan | Attend portions of omnibus hearing (1.7); revise electronic request letter (0.4). | 2.10 | 1,648.50 |
| 4/27/2022 | Gange, Caroline | Attend portions of hearing re PI and fees. | 0.70 | 777.00 |
| 4/27/2022 | Gange, Caroline | Emails w/ D. Blabey re oral argument prep. | 0.30 | 333.00 |
| 4/27/2022 | Kane, Wendy | Prepare cert of service re electronic device letter; email S. Ford re same; file same. | 0.40 | 192.00 |
| 4/28/2022 | Englert, Jr., Roy T. | Prepare for oral argument. | 8.10 | 12,474.00 |
| 4/28/2022 | Blabey, David E. | Emails with K. Eckstein, R. Englert and C. Gange re prep for Second Circuit argument and comments to hearing notes. | 0.40 | 486.00 |
| 4/28/2022 | Eckstein, Kenneth H. | Calls and correspond/ co-appellant re oral argument (1.4), review materials and prep for argument (1.6). | 3.00 | 5,055.00 |
| 4/28/2022 | Andrews, Lauren Cassady | Draft and review correspondence with R. Englert re oral argument. | 0.30 | 312.00 |



May 16, 2022
Invoice #: 852302
072952-00008
Page 20

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/29/2022 | Wagner, Jonathan M. | Attend portions of oral argument. | 1.80 | 2,700.00 |
| 4/29/2022 | Ringer, Rachael L. | Attend portions of second circuit argument re: plan (2.0). | 2.00 | 2,630.00 |
| 4/29/2022 | Blabey, David E. | Attend Second Circuit oral argument (2.3); call with K. Eckstein to discuss argument (0.2). | 2.50 | 3,037.50 |
| 4/29/2022 | Eckstein, Kenneth H. | Attend Second Circuit hearing (5.0); follow up with R. Englert (0.8); review client memo, comment (0.6); calls w/ co-appellants re same (0.8). | 7.20 | 12,132.00 |
| 4/29/2022 | Englert, Jr., Roy T. | Final preparation and arguing case. Discuss case with co-counsel after argument. | 4.70 | 7,238.00 |
| 4/29/2022 | Shifer, Joseph A. | Monitor portions of second circuit argument. | 1.40 | 1,673.00 |
| 4/29/2022 | Ferguson, Zachary N. | Listen to portions of 2d Cir. oral argument. | 1.90 | 1,833.50 |
| 4/29/2022 | Kelly, Declan | Attend Second Circuit oral argument and take notes (2.4). | 2.40 | 1,884.00 |
| 4/29/2022 | Gange, Caroline | Attend oral argument (2.4); calls and emails w/ KL team and AHC professionals re same (0.2). | 2.60 | 2,886.00 |
| 4/29/2022 | Kane, Wendy | Obtain second circuit briefs and email C. Gange re same. | 0.10 | 48.00 |
| **TOTAL** | | | **168.30** | **$240,584.50** |



May 16, 2022
Invoice #: 852302
072952-00009
Page 21

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 8.10 | $9,841.50 |
| Eckstein, Kenneth H. | Partner | 7.00 | 11,795.00 |
| Englert, Jr., Roy T. | Partner | 0.40 | 616.00 |
| Fisher, David J. | Partner | 1.30 | 2,054.00 |
| Ringer, Rachael L. | Partner | 1.20 | 1,578.00 |
| Rosenbaum, Jordan M. | Partner | 1.20 | 1,680.00 |
| Taub, Jeffrey | Spec Counsel | 0.50 | 597.50 |
| Gange, Caroline | Associate | 4.60 | 5,106.00 |
| Kelly, Declan | Associate | 4.20 | 3,297.00 |
| **TOTAL FEES** | | **28.50** | **$36,565.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2022 | Eckstein, Kenneth H. | Call with certain AHC members re Pro Se mediation, NOAT issues (0.5). | 0.50 | $842.50 |
| 4/5/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,348.00 |
| 4/6/2022 | Rosenbaum, Jordan M. | Attend weekly call with AHC. | 0.50 | 700.00 |
| 4/6/2022 | Fisher, David J. | Attend weekly Ad Hoc Committee meeting. | 0.50 | 790.00 |



May 16, 2022
Invoice #: 852302
072952-00009
Page 22

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/6/2022 | Eckstein, Kenneth H. | Prep for (0.3) and lead AHC call (0.5). | 0.80 | 1,348.00 |
| 4/6/2022 | Taub, Jeffrey | Attend weekly Committee status call. | 0.50 | 597.50 |
| 4/6/2022 | Kelly, Declan | Prep for (0.1) and attend AHC call (0.5). | 0.60 | 471.00 |
| 4/6/2022 | Gange, Caroline | Prep for (0.1) and attend weekly AHC call (0.5); edit client update emails (0.6). | 1.20 | 1,332.00 |
| 4/7/2022 | Blabey, David E. | Attend portion of working group call. | 0.30 | 364.50 |
| 4/7/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.7). | 0.70 | 1,179.50 |
| 4/8/2022 | Blabey, David E. | Emails with client re UST brief. | 0.20 | 243.00 |
| 4/8/2022 | Gange, Caroline | Emails w/ AHC call re 2nd Circuit briefing. | 0.20 | 222.00 |
| 4/12/2022 | Ringer, Rachael L. | Attend working group call (0.5). | 0.50 | 657.50 |
| 4/12/2022 | Blabey, David E. | Attend working group call. | 0.50 | 607.50 |
| 4/12/2022 | Eckstein, Kenneth H. | Prep for (0.1) and attend Working Group call (0.5). | 0.60 | 1,011.00 |
| 4/13/2022 | Rosenbaum, Jordan M. | Attend portion of weekly call with AHC. | 0.30 | 420.00 |
| 4/13/2022 | Fisher, David J. | AHG weekly AHC meeting. | 0.40 | 632.00 |
| 4/13/2022 | Blabey, David E. | Attend portion of weekly AHC call (0.3); email to working group re oral argument (0.5). | 0.80 | 972.00 |
| 4/13/2022 | Gange, Caroline | Draft AHC update email re PI extension (0.3); attend weekly AHC call (0.4). | 0.70 | 777.00 |



May 16, 2022
Invoice #: 852302
072952-00009
Page 23

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/14/2022 | Englert, Jr., Roy T. | Attend portion of Working Group conference call. | 0.40 | 616.00 |
| 4/14/2022 | Blabey, David E. | Attend portions of working group call. | 0.30 | 364.50 |
| 4/14/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.7). | 0.70 | 1,179.50 |
| 4/14/2022 | Gange, Caroline | Review PI motion and draft/circulate AHC update email re same. | 0.50 | 555.00 |
| 4/19/2022 | Ringer, Rachael L. | Attend working group call (0.7). | 0.70 | 920.50 |
| 4/19/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.7). | 0.70 | 1,179.50 |
| 4/19/2022 | Blabey, David E. | Attend portions of working group call (0.2); multiple emails with clients and co-counsel re preliminary injunction extension (0.6); email to full AHC re recommendation on same (0.4); call with clients and R. Englert to prep for argument (0.7); draft update to full AHC re appeal issues (0.8). | 2.70 | 3,280.50 |
| 4/20/2022 | Eckstein, Kenneth H. | Attend call with Working Group re oral argument (1.0). | 1.00 | 1,685.00 |
| 4/26/2022 | Blabey, David E. | Attend portions of working group call. | 0.20 | 243.00 |
| 4/26/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.5). | 0.50 | 842.50 |
| 4/27/2022 | Rosenbaum, Jordan M. | Attend call with AHC. | 0.40 | 560.00 |
| 4/27/2022 | Fisher, David J. | Attend weekly AHC call. | 0.40 | 632.00 |
| 4/27/2022 | Blabey, David E. | Exchange emails with clients re Second Circuit argument notes. | 0.30 | 364.50 |



May 16, 2022
Invoice #: 852302
072952-00009
Page 24

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/27/2022 | Eckstein, Kenneth H. | Prep for (0.3) and attend AHC weekly call (0.4). | 0.70 | 1,179.50 |
| 4/27/2022 | Gange, Caroline | Draft AHC email re PI extension (0.2); attend weekly AHC call (0.4). | 0.60 | 666.00 |
| 4/27/2022 | Kelly, Declan | Attend AHC call (0.4). | 0.40 | 314.00 |
| 4/29/2022 | Blabey, David E. | Multiple emails with C. Gange and D. Kelly re summary of argument (0.5); emails with K. Eckstein and R. Englert re same (0.5); draft and edit summary update to clients (1.8). | 2.80 | 3,402.00 |
| 4/29/2022 | Gange, Caroline | Multiple calls/emails w/ AHC clients re oral argument (0.5); review/draft portions of/edit client summary re same (0.9). | 1.40 | 1,554.00 |
| 4/29/2022 | Kelly, Declan | Draft oral argument summary (2.3); review oral argument summary (0.5); call w/ D. Blabey re: oral argument summary (0.1); review final update, email to D. Blabey re: same (0.3). | 3.20 | 2,512.00 |
| **TOTAL** | | | **28.50** | **$36,565.00** |



May 16, 2022
Invoice #: 852302
072952-00010
Page 25

**Non-Working Travel**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Englert, Jr., Roy T. | Partner | 4.00 | $6,160.00 |
| **TOTAL FEES** | | **4.00** | **$6,160.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/29/2022 | Englert, Jr., Roy T. | Return travel from NY to DC after argument. | 4.00 | $6,160.00 |
| **TOTAL** | | | **4.00** | **$6,160.00** |



May 16, 2022
Invoice #: 852302
072952-00011
Page 26

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Bessonette, John | Partner | 0.80 | $1,140.00 |
| Caplan, Jonathan S. | Partner | 2.40 | 3,420.00 |
| Eckstein, Kenneth H. | Partner | 6.70 | 11,289.50 |
| Fisher, David J. | Partner | 8.10 | 12,798.00 |
| Lenson, Todd E. | Partner | 0.80 | 1,320.00 |
| Reshtick, Abraham | Partner | 7.00 | 9,800.00 |
| Ringer, Rachael L. | Partner | 1.50 | 1,972.50 |
| Rosenbaum, Jordan M. | Partner | 7.50 | 10,500.00 |
| Stoopack, Helayne O. | Counsel | 2.90 | 3,596.00 |
| Gange, Caroline | Associate | 0.60 | 666.00 |
| Khvatskaya, Mariya | Associate | 7.90 | 9,006.00 |
| Ortega-Rodriguez, Sealtiel | Associate | 6.20 | 4,867.00 |
| **TOTAL FEES** | | **52.40** | **$70,375.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2022 | Rosenbaum, Jordan M. | Call with HL and FTI re plan issues (0.4); review of plan documents (1.9). | 2.30 | $3,220.00 |



May 16, 2022
Invoice #: 852302
072952-00011
Page 27

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/1/2022 | Eckstein, Kenneth H. | Call with Judge Chapman re mediation issues (0.7); pre call with HL, and FTI re same (0.4); correspond with M. Huebner, A. Preis re oral argument and appeal issues, call re same (1.2). | 2.30 | 3,875.50 |
| 4/1/2022 | Reshtick, Abraham | Continue analysis of restructuring materials and related tax analysis. | 0.90 | 1,260.00 |
| 4/1/2022 | Stoopack, Helayne O. | Review of tax matters. | 0.50 | 620.00 |
| 4/1/2022 | Khvatskaya, Mariya | Review revisions to tax matters agreement. | 0.60 | 684.00 |
| 4/3/2022 | Eckstein, Kenneth H. | Review case and plan materials (1.0); correspond w/ KL team re same (0.5). | 1.50 | 2,527.50 |
| 4/4/2022 | Rosenbaum, Jordan M. | Review of plan documents regarding dispositions. | 1.00 | 1,400.00 |
| 4/4/2022 | Ringer, Rachael L. | Attend portions of call re tax issues w/ K. Eckstein, A. Reshtick, C. Gange, M. Khvatskayal (0.5). | 0.50 | 657.50 |
| 4/4/2022 | Eckstein, Kenneth H. | Call re tax issues for Knoa and MDT w/ A. Reshtick, R. Ringer, H. Stoopack, C. Gange, M. Khvatskaya (0.6). | 0.60 | 1,011.00 |
| 4/4/2022 | Stoopack, Helayne O. | Call with A. Reshtick, M. Khvatskaya, K. Eckstein, R. Ringer, C. Gange re: status and tax issues (0.6); review DPW comments on NOAT Tax Matters Agreement (0.8). | 1.40 | 1,736.00 |
| 4/4/2022 | Khvatskaya, Mariya | Call with bankruptcy team re: tax issues (0.6); discuss outstanding tax issues w/ A. Reshtick (0.4). | 1.00 | 1,140.00 |



May 16, 2022
Invoice #: 852302
072952-00011
Page 28

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/4/2022 | Gange, Caroline | Attend call w/ K. Eckstein, R. Ringer, A. Reshtick re tax issues and next steps. | 0.60 | 666.00 |
| 4/5/2022 | Rosenbaum, Jordan M. | Review of plan documents. | 0.20 | 280.00 |
| 4/5/2022 | Stoopack, Helayne O. | Call w/ Brown Rudnick, Akin, DPW tax re: NOAT tax matters agreement (0.5); review revisions to same (0.5). | 1.00 | 1,240.00 |
| 4/5/2022 | Khvatskaya, Mariya | Attend tax calls with corporate and bankruptcy teams. | 1.50 | 1,710.00 |
| 4/6/2022 | Rosenbaum, Jordan M. | Review of transaction documents (0.8); call with HL and FTI (0.5); call with K. Eckstein and A. Reshtick re same (0.4). | 1.70 | 2,380.00 |
| 4/6/2022 | Fisher, David J. | Conference call with tax team, K. Eckstein, J. Taub and J. Rosenbaum to discuss tax analysis and corporate structure work (0.6); follow up with J. Rosenbaum (0.1). | 0.70 | 1,106.00 |
| 4/6/2022 | Eckstein, Kenneth H. | Call with tax team re case issues (0.6); review FTI/HL materials, correspond with HL, FTI re business plan issues (0.7). | 1.30 | 2,190.50 |
| 4/6/2022 | Reshtick, Abraham | Continue review of restructuring materials and related tax analysis (1.5); participate in calls with restructuring and corporate teams (0.7); call w/ T. Lenson re tax issues (0.3). | 2.50 | 3,500.00 |
| 4/6/2022 | Lenson, Todd E. | Call with HL re plan (0.5), call with A. Reshtick re tax issues (0.3). | 0.80 | 1,320.00 |



May 16, 2022
Invoice #: 852302
072952-00011
Page 29

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/6/2022 | Bessonette, John | Call with KL team re status, structure and upcoming matters with respect to plan documents. | 0.80 | 1,140.00 |
| 4/6/2022 | Khvatskaya, Mariya | Call with corporate team re: current projects (0.8); review same (0.5). | 1.30 | 1,482.00 |
| 4/7/2022 | Ringer, Rachael L. | Call with B. Kelly, A. Reshtick re: tax/plan issues (1.0). | 1.00 | 1,315.00 |
| 4/7/2022 | Reshtick, Abraham | Continue review of restructuring materials and related tax analysis (1.0); call with tax co-counsel concerning case (0.5). | 1.50 | 2,100.00 |
| 4/7/2022 | Khvatskaya, Mariya | Call with DPW tax re: outstanding tax items (0.3); call with BR tax re: outstanding tax workstreams (0.9); review same (0.2). | 1.40 | 1,596.00 |
| 4/8/2022 | Rosenbaum, Jordan M. | Review of transaction documents. | 0.30 | 420.00 |
| 4/8/2022 | Caplan, Jonathan S. | Review and consider deal correspondence. | 0.50 | 712.50 |
| 4/10/2022 | Eckstein, Kenneth H. | Call with S. Gilbert re case/plan issues (0.6). | 0.60 | 1,011.00 |
| 4/11/2022 | Caplan, Jonathan S. | Review deal correspondence and additional materials from DPW. | 0.40 | 570.00 |
| 4/12/2022 | Fisher, David J. | Communications from Debevoise and materials regarding restructuring slides (0.3). | 0.30 | 474.00 |
| 4/12/2022 | Eckstein, Kenneth H. | Correspond with Judge Chapman re mediation; follow up re same (0.4). | 0.40 | 674.00 |



May 16, 2022
Invoice #: 852302
072952-00011
Page 30

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/13/2022 | Fisher, David J. | Communications with Davis Polk regarding status of Settlement Agreement (0.3). | 0.30 | 474.00 |
| 4/13/2022 | Ortega-Rodriguez, Sealtiel | Review IP assignment documents (5.3), prepare summary for internal team (0.9). | 6.20 | 4,867.00 |
| 4/14/2022 | Fisher, David J. | Preparation for closing checklist workstream telephone call; review closing checklists; attendance on telephone call (1.2); follow up communications with Akin Gump and Brown Rudnick regarding issues and IAC restructuring matters (0.3). | 1.50 | 2,370.00 |
| 4/14/2022 | Reshtick, Abraham | Participate in tax call with debtor's counsel (0.5); follow up on outstanding tax items (0.8). | 1.30 | 1,820.00 |
| 4/14/2022 | Khvatskaya, Mariya | Call with BR and DPW re: TMA and tax issues. | 0.70 | 798.00 |
| 4/15/2022 | Rosenbaum, Jordan M. | Review of transaction documents. | 0.20 | 280.00 |
| 4/15/2022 | Fisher, David J. | Communications with Debevoise regarding foreign issues (0.3). | 0.30 | 474.00 |
| 4/15/2022 | Reshtick, Abraham | Follow up on tax and structuring analysis. | 0.80 | 1,120.00 |
| 4/15/2022 | Khvatskaya, Mariya | Draft outstanding tax issues list. | 0.50 | 570.00 |
| 4/18/2022 | Rosenbaum, Jordan M. | Review of transaction documents. | 0.20 | 280.00 |



May 16, 2022
Invoice #: 852302
072952-00011
Page 31

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/18/2022 | Fisher, David J. | Preliminary review of Sackler comments to MDT Settlement Agreement and draft received from Davis Polk (0.5); communications with J. Rosenbaum (0.2). | 0.70 | 1,106.00 |
| 4/20/2022 | Rosenbaum, Jordan M. | Review of plan documents (0.8); call with DPW and BR and Akin re same (0.6). | 1.40 | 1,960.00 |
| 4/20/2022 | Fisher, David J. | Review Sackler comments to MDT Settlement Agreement in preparation for call with Davis Polk and creditors; communications with Akin Gump and Brown Rudnick regarding same (1.2); call with Davis Polk, Brown Rudnick, Akin Gump and KL team to discuss Sackler comments (0.8); preliminary review of mark up to Collateral and Intercreditor Agreement (0.4). | 2.40 | 3,792.00 |
| 4/20/2022 | Caplan, Jonathan S. | Review deal correspondence from KL Team. | 0.80 | 1,140.00 |
| 4/21/2022 | Caplan, Jonathan S. | Review updated deal correspondence. | 0.70 | 997.50 |
| 4/27/2022 | Khvatskaya, Mariya | Call with Sacklers' counsel re: NOAT TMA. | 0.90 | 1,026.00 |
| 4/28/2022 | Rosenbaum, Jordan M. | Review of transaction documents. | 0.20 | 280.00 |
| 4/28/2022 | Fisher, David J. | Review comments/ emails from Akin, DTP and BR as to settlement agreement and Security/Pledge Doc comments. | 0.60 | 948.00 |



May 16, 2022
Invoice #: 852302
072952-00011
Page 2

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/29/2022 | Fisher, David J. | Review SA (MDT), Intercreditor Agreement and email communications with Akin and Brown Rudnick regarding same. | 1.30 | 2,054.00 |
| **TOTAL** | | | **52.40** | **$70,375.00** |

# Kramer Levin



May 16, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 852302
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through April 30, 2022.**

       Disbursements and Other Charges              6,826.64

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



May 16, 2022
Invoice #: 852302
072952

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $25.19 |
| Data Hosting Charges | 2,100.69 |
| Photocopying | 146.90 |
| Printing & Binding | 4,236.06 |
| Telecommunication Charges | 88.94 |
| Transcript Fees | 121.20 |
| Westlaw Online Research | 107.66 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$6,826.64** |

## DISBURSEMENTS AND OTHER CHARGES DETAIL

**Courier Services**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/20/2022 | Barry Elaine | Fedex charges by Barry, Elaine on 04/20/2022 (#272240611898) | $25.19 |
| **Subtotal** | | | **$25.19** |



May 16, 2022
Invoice #: 852302
072952
Page 2

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/27/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**Photocopying**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/11/2022 | Caplan Jonathan S. | Photocopying Caplan, Jonathan S. | $146.90 |
| **Subtotal** | | | **$146.90** |

**Printing & Binding**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/31/2022 | Kane Wendy | Counsel Press LLC | $4,236.06 |
| **Subtotal** | | | **$4,236.06** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/28/2022 | Ringer Rachael L. | Telecommunication Charges by Rachael Ringer | $13.51 |
| 3/3/2022 | Taub Jeffrey | Telecommunication Charges by Jeffrey Taub | $14.91 |
| 3/4/2022 | Fisher David J. | Telecommunication Charges by David Fisher | $27.52 |
| 3/4/2022 | Ringer Rachael L. | Telecommunication Charges by Rachael Ringer | 8.78 |



May 16, 2022
Invoice #: 852302
072952
Page 3

| 3/7/2022 | Fisher David J. | Telecommunication Charges by David Fisher | $12.16 |
| 3/16/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $3.44 |
| 3/17/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $6.30 |
| 3/31/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $2.32 |
| **Subtotal** | | | **$88.94** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 4/27/2022 | Kane Wendy | Veritext New York Reporting Co., A Veritext Company | $121.20 |
| **Subtotal** | | | **$121.20** |

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 4/21/2022 | Blabey David E. | Westlaw Online Research | $107.66 |
| **Subtotal** | | | **$107.66** |
| **TOTAL** | | | **$6,826.64** |