UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**THIRTIETH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | March 1, 2022 through March 31, 2022 |
| Monthly Fees Incurred: | $267,504.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $44.03

Total Fees and Expenses Due: $267,548.03

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $144,952.40 | $8.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, and $6,000 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, and seventh interim period, respectively.

4

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., et al. (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from March 1, 2022 through and including March 31, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $267,504.00 |
   | Expenses | 44.03 |
   | **TOTAL** | **$267,548.03** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $214,003.20 |
   | Expenses at 100% | 44.03 |
   | **TOTAL** | **$214,047.23** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. A summary of expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "D".**

7. Detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "E".**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than May 30, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
May 16, 2022

        FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
      Matthew Diaz, Senior Managing Director
      1166 Avenue of the Americas, 15th Floor
      New York, New York 10036
      Telephone: (212) 499-3611
      Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 67.9 | $ 81,480.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,200 | 12.1 | 14,520.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 5.8 | 7,685.00 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 117.0 | 104,130.00 |
| Suric, Emil | Sr Director | Restructuring | 890 | 8.2 | 7,298.00 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 0.5 | 187.50 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 79.7 | 52,203.50 |
| **GRAND TOTAL** | | | | **291.2** | **$ 267,504.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 21.3 | $ 17,180.50 |
| 2 | Cash & Liquidity Analysis | 0.6 | 720.00 |
| 7 | Analysis of Domestic Business Plan | 71.4 | 63,085.50 |
| 9 | Analysis of Employee Comp Programs | 37.2 | 35,164.50 |
| 10 | Analysis of Tax Issues | 1.7 | 2,040.00 |
| 11 | Prepare for and Attend Court Hearings | 15.6 | 15,654.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 119.3 | 111,719.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 8.1 | 8,704.50 |
| 24 | Preparation of Fee Application | 8.9 | 6,810.50 |
| 26 | Analysis of Insurance Programs | 0.4 | 356.00 |
| 28 | Review of IAC Business Plan | 6.7 | 6,069.00 |
| | **GRAND TOTAL** | **291.2** | **$ 267,504.00** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/1/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/2/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/3/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/4/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/7/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/8/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/9/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/10/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/14/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/15/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/16/2022 | Diaz, Matthew | 0.6 | Review Debtors' current operating results. |
| 1 | 3/16/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/17/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/21/2022 | Diaz, Matthew | 1.3 | Review the December operating report. |
| 1 | 3/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/22/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/23/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/25/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/28/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 3/28/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/29/2022 | Bromberg, Brian | 1.1 | Review presentation re: update on business performance. |
| 1 | 3/29/2022 | Diaz, Matthew | 0.7 | Review Debtors' January financial update. |
| 1 | 3/29/2022 | Kurtz, Emma | 2.6 | Prepare presentation on Debtors' January financial performance. |
| 1 | 3/29/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/30/2022 | Bromberg, Brian | 0.4 | Review latest draft of January business performance update presentation. |
| 1 | 3/30/2022 | Bromberg, Brian | 0.7 | Provide further comments on January operating update presentation. |
| 1 | 3/30/2022 | Diaz, Matthew | 0.7 | Review draft presentation re: January operating report. |
| 1 | 3/30/2022 | Kurtz, Emma | 0.4 | Prepare revisions to January operating report update to reflect internal comments. |
| 1 | 3/30/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 3/31/2022 | Bromberg, Brian | 0.9 | Review January update presentation to provide comments. |
| 1 | 3/31/2022 | Bromberg, Brian | 0.9 | Review OTC performance for January 2022. |
| 1 | 3/31/2022 | Diaz, Matthew | 0.9 | Review presentation to the Committee on YTD actual results. |
| 1 | 3/31/2022 | Kurtz, Emma | 1.1 | Prepare revisions to report on January operating performance and draft accompanying summary email. |
| 1 | 3/31/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 Total | | | 21.3 | |
| 2 | 3/3/2022 | Diaz, Matthew | 0.6 | Review updated cash flow analysis. |
| 2 Total | | | 0.6 | |
| 7 | 3/1/2022 | Bromberg, Brian | 1.3 | Participate in financial advisor business plan call. |
| 7 | 3/1/2022 | Diaz, Matthew | 1.5 | Participate in call with the financial advisors to the Debtors and the UCC to discuss business plan. |
| 7 | 3/1/2022 | Diaz, Matthew | 1.4 | Prepare for call with the Debtors on open financial issues re: business plan. |
| 7 | 3/2/2022 | Bromberg, Brian | 0.6 | Compile prior forecast models and actual performance re: OxyContin sales. |
| 7 | 3/2/2022 | Kurtz, Emma | 1.2 | Prepare revisions to cost presentation per internal comments. |
| 7 | 3/2/2022 | Suric, Emil | 3.1 | Prepare updates to OxyContin scenario based projections. |
| 7 | 3/3/2022 | Kurtz, Emma | 2.2 | Prepare additional revisions to the cost analysis to include additional summary analyses. |
| 7 | 3/3/2022 | Kurtz, Emma | 1.8 | Continue to prepare summary analyses to include in draft cost report. |
| 7 | 3/3/2022 | Suric, Emil | 1.9 | Continue to prepare updates to OxyContin forecast model. |
| 7 | 3/4/2022 | Kurtz, Emma | 1.8 | Finalize revisions to cost analysis per internal comments. |
| 7 | 3/8/2022 | Bromberg, Brian | 2.9 | Review updated draft of the cost presentation. |
| 7 | 3/8/2022 | Diaz, Matthew | 1.1 | Review updated cost analysis and presentation. |
| 7 | 3/9/2022 | Bromberg, Brian | 0.6 | Review updates to cost report. |
| 7 | 3/9/2022 | Kurtz, Emma | 1.3 | Review updated draft of cost analysis to provide comments. |
| 7 | 3/10/2022 | Bromberg, Brian | 1.0 | Review OxyContin forecast for 2021. |
| 7 | 3/11/2022 | Bromberg, Brian | 0.3 | Review summary analysis of manufacturing plant options. |
| 7 | 3/14/2022 | Baron, Genevieve | 0.5 | Attend call with internal team to discuss Wilson manufacturing plant. |
| 7 | 3/14/2022 | Bromberg, Brian | 1.9 | Compare OxyContin model to prior years version. |
| 7 | 3/14/2022 | Bromberg, Brian | 1.1 | Review OxyContin sales models. |
| 7 | 3/14/2022 | Bromberg, Brian | 0.7 | Review analysis of manufacturing site to prepare for call. |
| 7 | 3/14/2022 | Bromberg, Brian | 0.5 | Participate in call with team on manufacturing site. |
| 7 | 3/14/2022 | Bromberg, Brian | 0.6 | Participate in call with team on Oxycontin sales forecast. |
| 7 | 3/14/2022 | Diaz, Matthew | 0.9 | Review next steps on the cost report. |
| 7 | 3/14/2022 | Diaz, Matthew | 0.9 | Review updated OxyContin forecast and related analysis. |
| 7 | 3/14/2022 | Kurtz, Emma | 2.1 | Prepare analysis of historical OxyContin budget to actual performance. |
| 7 | 3/14/2022 | Kurtz, Emma | 0.5 | Attend call with FTI team to discuss Wilson manufacturing options. |
| 7 | 3/14/2022 | Kurtz, Emma | 0.5 | Attend call with internal team to discuss OxyContin forecast analysis. |
| 7 | 3/14/2022 | Kurtz, Emma | 1.4 | Review OxyContin forecast models to understand drivers of net sales. |
| 7 | 3/14/2022 | Suric, Emil | 0.5 | Attend call with internal team to discuss updated OxyContin forecast model. |
| 7 | 3/15/2022 | Bromberg, Brian | 1.2 | Review OxyContin model comparison. |
| 7 | 3/15/2022 | Bromberg, Brian | 0.3 | Review business plan forecast for Rhodes. |
| 7 | 3/15/2022 | Bromberg, Brian | 0.3 | Review business plan forecast for branded. |
| 7 | 3/15/2022 | Diaz, Matthew | 1.2 | Review updated cost report to evaluate changes. |
| 7 | 3/15/2022 | Kurtz, Emma | 2.4 | Prepare comparison of 2021 OxyContin forecast model to actual 2021 results to identify drivers of out-performance. |
| 7 | 3/16/2022 | Bromberg, Brian | 1.3 | Review prior business plan forecasts to evaluate out-performance. |
| 7 | 3/16/2022 | Bromberg, Brian | 0.4 | Review pipeline materials related to latest business plan. |
| 7 | 3/21/2022 | Bromberg, Brian | 0.6 | Review Debtors' latest business plan. |
| 7 | 3/21/2022 | Diaz, Matthew | 0.7 | Review Debtors' 2021 PHI spend. |
| 7 | 3/22/2022 | Bromberg, Brian | 0.3 | Review sales forecast model. |
| 7 | 3/23/2022 | Bromberg, Brian | 1.7 | Review pipeline materials to prepare for pipeline meeting. |
| 7 | 3/23/2022 | Bromberg, Brian | 1.4 | Prepare summary of pipeline spend and identify certain issues. |
| 7 | 3/23/2022 | Bromberg, Brian | 1.3 | Participate in call with the Debtors and their advisors to discuss PHI pipeline. |
| 7 | 3/23/2022 | Bromberg, Brian | 0.7 | Review business plan PHI materials. |
| 7 | 3/23/2022 | Diaz, Matthew | 1.0 | Attend partial call with the Debtors re: PHI. |
| 7 | 3/23/2022 | Kurtz, Emma | 1.2 | Attend call with the Debtors and their advisors to discuss PHI. |
| 7 | 3/23/2022 | Suric, Emil | 1.2 | Attend call with the Debtors to discuss the PHI projections. |
| 7 | 3/24/2022 | Bromberg, Brian | 0.4 | Review PHI materials related to the latest business plan. |
| 7 | 3/24/2022 | Bromberg, Brian | 0.4 | Summarize issues related to projected pipeline spend. |
| 7 | 3/24/2022 | Bromberg, Brian | 1.0 | Participate in pipeline update call with the Debtors and their advisors. |
| 7 | 3/24/2022 | Diaz, Matthew | 0.9 | Attend partial call with the Debtors re: pipeline. |
| 7 | 3/24/2022 | Kurtz, Emma | 1.0 | Attend call with the Debtors and the Debtors' advisors to discuss the for profit pipeline. |
| 7 | 3/24/2022 | Suric, Emil | 1.0 | Attend call with the Debtors to discuss the economics of pipeline, both for profit and non-profit. |
| 7 | 3/25/2022 | Bromberg, Brian | 0.4 | Review OxyContin sales forecast model. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 3/25/2022 | Bromberg, Brian | 0.5 | Attend call with Province to discuss the for profit pipeline update. |
| 7 | 3/25/2022 | Bromberg, Brian | 1.1 | Prepare summary of pipeline issues. |
| 7 | 3/25/2022 | Diaz, Matthew | 0.6 | Participate in a call with Houlihan and the UCC financial advisors to discuss the pipeline and PHI products. |
| 7 | 3/25/2022 | Diaz, Matthew | 0.9 | Review updated pipeline products. |
| 7 | 3/25/2022 | Diaz, Matthew | 0.6 | Review updated PHI programs. |
| 7 | 3/25/2022 | Kurtz, Emma | 0.5 | Attend call with HL and Province to discuss potential response to PHI and pipeline updates from the Debtors. |
| 7 | 3/25/2022 | Suric, Emil | 0.5 | Attend call with HL and UCC advisors to discuss the Debtors' pipeline and PHI plans. |
| 7 | 3/28/2022 | Bromberg, Brian | 1.1 | Review additional pipeline materials provided by the Debtors. |
| 7 | 3/28/2022 | Bromberg, Brian | 0.5 | Participate on call with the Debtors advisors re: pipeline update. |
| 7 | 3/28/2022 | Bromberg, Brian | 0.6 | Prepare summary update re: pipeline and public health initiatives. |
| 7 | 3/28/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors' advisors on the pipeline. |
| 7 | 3/29/2022 | Bromberg, Brian | 0.6 | Review Debtors' PHI materials and analyses. |
| 7 | 3/29/2022 | Diaz, Matthew | 0.8 | Review Debtors' PHI analysis. |
| 7 | 3/29/2022 | Diaz, Matthew | 0.9 | Review Debtors' pipeline analysis. |
| 7 | 3/30/2022 | Bromberg, Brian | 0.6 | Review Debtors' business plan materials re: pipeline. |
| 7 | 3/31/2022 | Bromberg, Brian | 0.8 | Review updated draft cost report. |
| 7 | 3/31/2022 | Bromberg, Brian | 0.6 | Review updated cost presentation to provide comments to team. |
| 7 | 3/31/2022 | Kurtz, Emma | 1.3 | Prepare updates to cost analysis presentation to reflect latest information from Alix. |
| **7 Total** | | | **71.4** | |
| 9 | 3/3/2022 | Diaz, Matthew | 0.5 | Participate in call with Alix to discuss the KEIP/KERP. |
| 9 | 3/9/2022 | Bromberg, Brian | 0.5 | Discuss proposed 2022 KEIP scorecard with team. |
| 9 | 3/9/2022 | Bromberg, Brian | 0.6 | Review 2021 scorecard performance against metrics. |
| 9 | 3/9/2022 | Bromberg, Brian | 0.7 | Review proposed 2022 scorecard metrics. |
| 9 | 3/9/2022 | Bromberg, Brian | 0.4 | Review UCC comments on scorecard. |
| 9 | 3/10/2022 | Bromberg, Brian | 1.2 | Review scorecard metrics and evaluate changes. |
| 9 | 3/10/2022 | Bromberg, Brian | 0.6 | Attend call with HL to discuss the Debtors' proposed 2022 scorecard. |
| 9 | 3/10/2022 | Bromberg, Brian | 0.3 | Attend call with UCC advisors re: proposed 2022 scorecard. |
| 9 | 3/10/2022 | Bromberg, Brian | 1.2 | Compile comments on the scorecard. |
| 9 | 3/10/2022 | Bromberg, Brian | 0.3 | Review UCC comments on scorecard. |
| 9 | 3/10/2022 | Diaz, Matthew | 0.7 | Review of the proposed KEIP scorecard. |
| 9 | 3/10/2022 | Diaz, Matthew | 0.5 | Participate in call with Houlihan on the proposed KEIP scorecard. |
| 9 | 3/10/2022 | Kurtz, Emma | 1.4 | Evaluate 2021 KEIP scorecard results to validate scoring. |
| 9 | 3/10/2022 | Kurtz, Emma | 1.3 | Prepare analysis of proposed 2022 KEIP scorecard metrics. |
| 9 | 3/10/2022 | Kurtz, Emma | 0.6 | Attend call with HL to discuss 2021 KEIP scorecard results and proposed 2022 KEIP scorecard metrics. |
| 9 | 3/11/2022 | Bromberg, Brian | 0.9 | Review UCC comments on Debtors' proposed 2022 scorecard. |
| 9 | 3/11/2022 | Bromberg, Brian | 0.9 | Review scorecard comments. |
| 9 | 3/11/2022 | Bromberg, Brian | 0.6 | Attend call with internal team to discuss comments on 2022 scorecard with team. |
| 9 | 3/11/2022 | Bromberg, Brian | 1.3 | Combine comments on scorecard from advisors. |
| 9 | 3/11/2022 | Bromberg, Brian | 0.5 | Discuss scorecard comments with UCC advisors. |
| 9 | 3/11/2022 | Bromberg, Brian | 0.9 | Finalize comments on scorecard to share with Debtors. |
| 9 | 3/11/2022 | Diaz, Matthew | 0.6 | Review of the 2021 scorecard results. |
| 9 | 3/11/2022 | Diaz, Matthew | 0.9 | Review of the proposed 2022 scorecard. |
| 9 | 3/11/2022 | Diaz, Matthew | 1.3 | Review of the updated scorecard analysis. |
| 9 | 3/11/2022 | Diaz, Matthew | 0.4 | Participate in call with the UCC to discuss the proposed KEIP scorecard. |
| 9 | 3/11/2022 | Kurtz, Emma | 0.5 | Attend call with team to discuss 2021 and 2022 KEIP scorecards. |
| 9 | 3/11/2022 | Kurtz, Emma | 0.5 | Attend call with HL and Province to discuss responses to Debtors 2021 and 2022 KEIP scorecards. |
| 9 | 3/14/2022 | Diaz, Matthew | 0.5 | Participate in call with Alix to discuss the proposed scorecards. |
| 9 | 3/14/2022 | Diaz, Matthew | 0.7 | Review historical employee compensation plans. |
| 9 | 3/17/2022 | Bromberg, Brian | 1.7 | Review revised proposed 2022 scorecard and compare to prior scorecards. |
| 9 | 3/17/2022 | Diaz, Matthew | 0.8 | Review of employee incentive issues. |
| 9 | 3/18/2022 | Bromberg, Brian | 0.6 | Draft list of employee incentive issues. |
| 9 | 3/18/2022 | Bromberg, Brian | 0.4 | Attend call with the Debtors advisors to discuss the proposed 2022 scorecard. |
| 9 | 3/18/2022 | Bromberg, Brian | 0.4 | Prepare summary of scorecard discussion with the Debtors advisors. |
| 9 | 3/18/2022 | Bromberg, Brian | 0.9 | Review 2021 scorecard scoring. |
| 9 | 3/18/2022 | Bromberg, Brian | 0.4 | Review pipeline materials related to 2021 scorecard scoring. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 3/18/2022 | Diaz, Matthew | 0.5 | Participate in call with Alix to discuss employee performance scorecards. |
| 9 | 3/18/2022 | Diaz, Matthew | 0.9 | Review employee compensation issues and related next steps. |
| 9 | 3/21/2022 | Bromberg, Brian | 1.3 | Draft proposed response to the Debtors 2022 scorecard. |
| 9 | 3/21/2022 | Bromberg, Brian | 0.6 | Discuss 2022 scorecard proposal with UCC advisors. |
| 9 | 3/21/2022 | Diaz, Matthew | 0.6 | Participate in call with the Province and Houlihan to discuss the employee scorecards. |
| 9 | 3/22/2022 | Bromberg, Brian | 1.0 | Consult with counsel on scorecard proposal. |
| 9 | 3/22/2022 | Bromberg, Brian | 0.6 | Prepare revisions to AHC/UCC scorecard proposal. |
| 9 | 3/22/2022 | Diaz, Matthew | 0.6 | Review proposed changes to the 2022 scorecard. |
| 9 | 3/23/2022 | Diaz, Matthew | 0.4 | Draft correspondence on the employee incentive plan to counsel and related next steps. |
| 9 | 3/23/2022 | Diaz, Matthew | 0.6 | Review a certain employee's employment agreement. |
| 9 | 3/23/2022 | Kurtz, Emma | 0.8 | Prepare comparison of new CFO compensation package to prior CFO compensation under the KEIP. |
| 9 | 3/24/2022 | Bromberg, Brian | 0.9 | Revise 2022 scorecard counterproposal to share with the Debtors. |
| 9 | 3/24/2022 | Bromberg, Brian | 0.7 | Review executive compensation. |
| 9 | 3/28/2022 | Bromberg, Brian | 1.2 | Review Debtors' response to proposal on scorecard. |
| 9 Total | | | 37.2 | |
| 10 | 3/1/2022 | Joffe, Steven | 1.2 | Participate in weekly AHC call to discuss case updates, with a focus on potential tax issues. |
| 10 | 3/23/2022 | Joffe, Steven | 0.5 | Participate in weekly AHC call re: case updates, with a focus on potential tax issues. |
| 10 Total | | | 1.7 | |
| 11 | 3/2/2022 | Bromberg, Brian | 0.4 | Attend hearing re: preliminary injunction extension. |
| 11 | 3/9/2022 | Bromberg, Brian | 1.3 | Listen to settlement hearing. |
| 11 | 3/9/2022 | Bromberg, Brian | 1.1 | Continue to listen to settlement hearing. |
| 11 | 3/9/2022 | Diaz, Matthew | 2.4 | Attend partial settlement hearing. |
| 11 | 3/9/2022 | Joffe, Steven | 2.3 | Attend hearing re: settlement motion. |
| 11 | 3/9/2022 | Joffe, Steven | 2.1 | Continue to attend hearing re: settlement motion. |
| 11 | 3/9/2022 | Kurtz, Emma | 2.6 | Attend hearing re: settlement motion. |
| 11 | 3/9/2022 | Kurtz, Emma | 1.8 | Continue to attend hearing re: settlement motion. |
| 11 | 3/9/2022 | Simms, Steven | 1.6 | Listen to hearing on settlement agreement. |
| 11 Total | | | 15.6 | |
| 16 | 3/1/2022 | Bromberg, Brian | 2.3 | Prepare revisions to draft HRT slides. |
| 16 | 3/1/2022 | Bromberg, Brian | 0.7 | Participate in call re: HRT with counsel. |
| 16 | 3/1/2022 | Bromberg, Brian | 1.2 | Review past objections to HRT funding requests. |
| 16 | 3/1/2022 | Bromberg, Brian | 1.7 | Prepare further revisions to HRT presentation. |
| 16 | 3/1/2022 | Diaz, Matthew | 1.4 | Review draft slides re: HRT update and funding request. |
| 16 | 3/1/2022 | Kurtz, Emma | 1.3 | Attend call with HL and counsel to discuss proposed HRT funding. |
| 16 | 3/1/2022 | Kurtz, Emma | 1.4 | Prepare revisions to presentation re: HRT funding request and OTC naloxone update per internal comments. |
| 16 | 3/1/2022 | Kurtz, Emma | 1.5 | Attend bi-weekly call with all advisors to discuss case updates and emergence preparation. |
| 16 | 3/1/2022 | Kurtz, Emma | 0.9 | Prepare further revisions to HRT and OTC naloxone update presentation. |
| 16 | 3/2/2022 | Bromberg, Brian | 1.4 | Finalize HRT presentation. |
| 16 | 3/2/2022 | Bromberg, Brian | 1.3 | Prepare revisions to presentation re: HRT funding agreement. |
| 16 | 3/2/2022 | Bromberg, Brian | 0.7 | Review HRT reports from the Debtors. |
| 16 | 3/2/2022 | Diaz, Matthew | 1.2 | Review updated draft of the HRT committee presentation. |
| 16 | 3/2/2022 | Diaz, Matthew | 1.7 | Review HRT funding agreement and related motion. |
| 16 | 3/2/2022 | Diaz, Matthew | 0.4 | Review injunctive relief summary. |
| 16 | 3/2/2022 | Diaz, Matthew | 0.8 | Review mediation update from counsel. |
| 16 | 3/2/2022 | Kurtz, Emma | 1.1 | Review mediation update and draft settlement term sheet. |
| 16 | 3/2/2022 | Kurtz, Emma | 1.6 | Review HRT motion and proposed funding agreement. |
| 16 | 3/2/2022 | Simms, Steven | 0.4 | Review mediation update. |
| 16 | 3/3/2022 | Bromberg, Brian | 1.2 | Review Sackler asset coverage presentations. |
| 16 | 3/3/2022 | Bromberg, Brian | 1.9 | Review mediation term sheet. |
| 16 | 3/3/2022 | Bromberg, Brian | 0.7 | Analyze implications of additional settlement agreement on collateral. |
| 16 | 3/3/2022 | Bromberg, Brian | 1.7 | Review presentation re: Sackler asset coverage of additional settlement obligations. |
| 16 | 3/3/2022 | Bromberg, Brian | 0.9 | Review asset coverage assumptions. |
| 16 | 3/3/2022 | Bromberg, Brian | 0.6 | Attend call with internal team to discuss asset coverage ratios. |
| 16 | 3/3/2022 | Bromberg, Brian | 0.6 | Attend call with HL and counsel to discuss settlement obligation impact on asset coverage. |
| 16 | 3/3/2022 | Diaz, Matthew | 0.6 | Review extension of the preliminary injunction. |
| 16 | 3/3/2022 | Diaz, Matthew | 0.9 | Review settlement term sheet. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/3/2022 | Diaz, Matthew | 1.9 | Perform detailed review of the updated collateral analysis and related slides. |
| 16 | 3/3/2022 | Kurtz, Emma | 2.4 | Prepare analysis of Sackler asset settlement obligation coverage ratios to reflect additional payments contemplated in the mediation term sheet. |
| 16 | 3/3/2022 | Kurtz, Emma | 0.6 | Attend call with counsel and HL to discuss the IAC update and Sackler settlement obligation coverage ratios. |
| 16 | 3/3/2022 | Kurtz, Emma | 1.2 | Prepare presentation re: impact of mediation term sheet on asset coverage ratios. |
| 16 | 3/3/2022 | Kurtz, Emma | 1.3 | Prepare revisions to presentation re: impact of term sheet on settlement obligation coverage. |
| 16 | 3/3/2022 | Kurtz, Emma | 0.5 | Attend call with internal team to discuss comments on presentation re: mediation term sheet impact on asset coverage ratios. |
| 16 | 3/3/2022 | Kurtz, Emma | 1.4 | Prepare revisions to draft presentation re: term sheet coverage impact per comments from team. |
| 16 | 3/4/2022 | Bromberg, Brian | 1.4 | Review coverage presentation to provide comments to team. |
| 16 | 3/4/2022 | Bromberg, Brian | 0.6 | Participate in call with counsel and HL re: coverage ratios. |
| 16 | 3/4/2022 | Bromberg, Brian | 1.7 | Participate in weekly AHC call to discuss case updates re: mediation term sheet. |
| 16 | 3/4/2022 | Bromberg, Brian | 0.8 | Review objections to the additional Sackler settlement. |
| 16 | 3/4/2022 | Bromberg, Brian | 1.1 | Review terms of the additional settlement agreement. |
| 16 | 3/4/2022 | Diaz, Matthew | 1.6 | Review of the updated plan b analysis. |
| 16 | 3/4/2022 | Diaz, Matthew | 0.6 | Participate in call with counsel and Houlihan to discuss the updated settlement analysis. |
| 16 | 3/4/2022 | Kurtz, Emma | 1.7 | Prepare updates to term sheet coverage deck before call with HL and counsel. |
| 16 | 3/4/2022 | Kurtz, Emma | 0.6 | Attend call with HL and counsel to discuss impact of mediation term sheet on Sackler settlement obligation coverage ratios. |
| 16 | 3/7/2022 | Bromberg, Brian | 3.6 | Review updated draft settlement agreement. |
| 16 | 3/7/2022 | Bromberg, Brian | 1.4 | Review SOAF agreement. |
| 16 | 3/7/2022 | Bromberg, Brian | 1.1 | Attend AHC call to discuss proposed settlement and potential response. |
| 16 | 3/7/2022 | Bromberg, Brian | 1.2 | Review team questions on settlement agreement. |
| 16 | 3/7/2022 | Bromberg, Brian | 1.3 | Review IAC structure relative to settlement agreement. |
| 16 | 3/7/2022 | Diaz, Matthew | 1.1 | Participate in call with the AHC to discuss the proposed settlement. |
| 16 | 3/7/2022 | Diaz, Matthew | 0.6 | Review draft ad hoc committee objection to the settlement term sheet. |
| 16 | 3/7/2022 | Diaz, Matthew | 1.1 | Review mediator's 4th interim report. |
| 16 | 3/7/2022 | Diaz, Matthew | 0.6 | Review Debtors' motion to approve the term sheet. |
| 16 | 3/7/2022 | Diaz, Matthew | 1.9 | Review updated Sackler settlement agreement. |
| 16 | 3/7/2022 | Diaz, Matthew | 1.3 | Review SOAF settlement agreement. |
| 16 | 3/7/2022 | Joffe, Steven | 1.1 | Review objections to additional settlement. |
| 16 | 3/7/2022 | Kurtz, Emma | 1.4 | Review revised exhibit F to the shareholder settlement agreement to evaluate changes. |
| 16 | 3/7/2022 | Kurtz, Emma | 1.7 | Review redline of MDT agreement to understand changes. |
| 16 | 3/7/2022 | Kurtz, Emma | 1.4 | Review proposed SOAF agreement to evaluate terms. |
| 16 | 3/7/2022 | Kurtz, Emma | 1.3 | Prepare summary of changes to settlement agreements to incorporate additional Sackler settlement. |
| 16 | 3/7/2022 | Simms, Steven | 0.4 | Review update re: proposed settlement term sheet. |
| 16 | 3/8/2022 | Bromberg, Brian | 0.7 | Attend internal call to discuss revised settlement agreement and SOAF agreement with team. |
| 16 | 3/8/2022 | Bromberg, Brian | 1.4 | Review settlement agreement. |
| 16 | 3/8/2022 | Bromberg, Brian | 0.7 | Review AHC objection to settlement agreement. |
| 16 | 3/8/2022 | Bromberg, Brian | 0.5 | Review presentation on OTC naloxone. |
| 16 | 3/8/2022 | Bromberg, Brian | 0.6 | Review revised settlement agreement examples. |
| 16 | 3/8/2022 | Bromberg, Brian | 1.7 | Review settlement agreement mechanics to evaluate necessary updates. |
| 16 | 3/8/2022 | Diaz, Matthew | 0.6 | Review AHC objection to the settlement. |
| 16 | 3/8/2022 | Diaz, Matthew | 1.4 | Review updated settlement agreements. |
| 16 | 3/8/2022 | Kurtz, Emma | 0.6 | Discuss changes to settlement agreement and draft SOAF agreement with internal team. |
| 16 | 3/8/2022 | Kurtz, Emma | 1.2 | Prepare revisions to settlement agreement example files due to updated settlement. |
| 16 | 3/8/2022 | Kurtz, Emma | 1.2 | Review AHC objection to settlement agreement. |
| 16 | 3/9/2022 | Bromberg, Brian | 0.8 | Review materials to prepare for call with counsel re: settlement agreements. |
| 16 | 3/9/2022 | Bromberg, Brian | 0.5 | Participate in call with counsel on settlement agreements. |
| 16 | 3/9/2022 | Bromberg, Brian | 1.1 | Draft recommendation re: HRT funding request. |
| 16 | 3/9/2022 | Bromberg, Brian | 0.7 | Review draft slides re: OTC naloxone to provide comments. |
| 16 | 3/9/2022 | Diaz, Matthew | 0.6 | Review Debtors' proposed HRT agreement. |
| 16 | 3/9/2022 | Diaz, Matthew | 0.5 | Review UST objection to the settlement. |
| 16 | 3/9/2022 | Diaz, Matthew | 0.7 | Review Debtors' reply in support of the settlement. |
| 16 | 3/9/2022 | Joffe, Steven | 1.4 | Review statements in support of the settlement. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/9/2022 | Kurtz, Emma | 0.5 | Attend call with counsel to discuss changes to settlement agreement and draft SOAF agreement. |
| 16 | 3/10/2022 | Bromberg, Brian | 0.6 | Review settlement agreement. |
| 16 | 3/10/2022 | Diaz, Matthew | 0.6 | Review summaries of the settlement hearing. |
| 16 | 3/11/2022 | Diaz, Matthew | 1.6 | Review updated settlement agreement and related documents. |
| 16 | 3/14/2022 | Bromberg, Brian | 0.4 | Review potential issues with HRT funding agreement. |
| 16 | 3/14/2022 | Bromberg, Brian | 1.3 | Prepare summary on naloxone to answer questions from team. |
| 16 | 3/14/2022 | Diaz, Matthew | 0.6 | Review summaries of second circuit briefing on the appeal. |
| 16 | 3/15/2022 | Bromberg, Brian | 1.1 | Participate in biweekly call with Debtors to discuss status of business operations and preparations for emergence. |
| 16 | 3/15/2022 | Bromberg, Brian | 0.4 | Review agenda to prepare for biweekly professionals call with the Debtors. |
| 16 | 3/15/2022 | Diaz, Matthew | 1.0 | Participate in a call with Debtors' advisors to discuss current financial topics. |
| 16 | 3/15/2022 | Kurtz, Emma | 1.0 | Attend biweekly professionals call to discuss business operations and emergence preparation. |
| 16 | 3/15/2022 | Simms, Steven | 0.4 | Review update from team following bi-weekly professionals call. |
| 16 | 3/16/2022 | Bromberg, Brian | 0.6 | Draft potential responses to HRT funding motion. |
| 16 | 3/17/2022 | Bromberg, Brian | 0.9 | Attend call with UCC advisors to discuss naloxone funding motion. |
| 16 | 3/17/2022 | Bromberg, Brian | 0.8 | Research UCC advisors' questions on naloxone. |
| 16 | 3/17/2022 | Bromberg, Brian | 0.7 | Review historical financials for naloxone development spend with HRT. |
| 16 | 3/17/2022 | Diaz, Matthew | 0.4 | Review next steps related to the HRT funding request. |
| 16 | 3/18/2022 | Simms, Steven | 0.4 | Review case updates, with a focus on the Debtors' HRT funding motion. |
| 16 | 3/21/2022 | Diaz, Matthew | 0.9 | Review 2nd circuit draft brief. |
| 16 | 3/22/2022 | Diaz, Matthew | 0.9 | Review of select sections of the Purdue Amicus briefs. |
| 16 | 3/22/2022 | Joffe, Steven | 1.6 | Review of briefs filed in appeal. |
| 16 | 3/22/2022 | Simms, Steven | 0.6 | Review draft second circuit brief. |
| 16 | 3/23/2022 | Bromberg, Brian | 0.6 | Review case updates to prepare for AHC call. |
| 16 | 3/23/2022 | Diaz, Matthew | 0.3 | Review hearing summaries on the injunction and the HRT motion. |
| 16 | 3/23/2022 | Kurtz, Emma | 0.6 | Review briefs filed in the appeal. |
| 16 | 3/24/2022 | Diaz, Matthew | 1.4 | Review 2nd circuit reply brief. |
| 16 | 3/25/2022 | Bromberg, Brian | 0.8 | Participate in internal call to discuss case updates related to emergence. |
| 16 | 3/25/2022 | Bromberg, Brian | 0.4 | Review materials to prepare for meeting with team. |
| 16 | 3/25/2022 | Kurtz, Emma | 0.7 | Attend call with team to discuss case updates re: emergence. |
| 16 | 3/28/2022 | Diaz, Matthew | 0.7 | Review summary of the reply briefs. |
| 16 | 3/28/2022 | Simms, Steven | 0.4 | Review summary from Counsel re: appeal reply briefs. |
| 16 | 3/29/2022 | Bromberg, Brian | 0.4 | Prepare for call with Debtors' advisors re: case updates. |
| 16 | 3/29/2022 | Bromberg, Brian | 0.6 | Participate in call with the Debtors' advisors on business updates. |
| 16 | 3/29/2022 | Bromberg, Brian | 0.2 | Review mediation order. |
| 16 | 3/29/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors and UCC's advisers to discuss current financial topics. |
| 16 | 3/29/2022 | Kurtz, Emma | 0.7 | Attend bi-weekly call with the Debtors and other advisors to discuss case updates and business operations. |
| 16 | 3/29/2022 | Simms, Steven | 0.3 | Review mediation order. |
| 16 | 3/30/2022 | Bromberg, Brian | 0.6 | Review appellate briefs. |
| 16 | 3/30/2022 | Joffe, Steven | 1.9 | Review briefs filed in response to UST briefs. |
| **16 Total** | | | **119.3** | |
| 21 | 3/1/2022 | Bromberg, Brian | 1.0 | Participate in weekly AHC call re: mediation. |
| 21 | 3/1/2022 | Diaz, Matthew | 1.3 | Participate in AHC call to discuss the proposed settlement and related next steps. |
| 21 | 3/1/2022 | Simms, Steven | 0.7 | Attend weekly AHC call to discuss case status re: proposed settlement. |
| 21 | 3/2/2022 | Bromberg, Brian | 1.5 | Participate in weekly AHC call re: mediation updates. |
| 21 | 3/3/2022 | Diaz, Matthew | 0.5 | Participate in call with counsel to discuss Committee next steps. |
| 21 | 3/4/2022 | Diaz, Matthew | 0.7 | Participate in partial AHC call to discuss the proposed settlement. |
| 21 | 3/23/2022 | Bromberg, Brian | 1.3 | Participate in weekly AHC call to discuss case updates. |
| 21 | 3/23/2022 | Diaz, Matthew | 0.5 | Participate in the AHC call to discuss case status, with a focus on the appeal. |
| 21 | 3/23/2022 | Simms, Steven | 0.6 | Attend weekly AHC call to discuss case updates. |
| **21 Total** | | | **8.1** | |
| 24 | 3/8/2022 | Kurtz, Emma | 1.2 | Finalize draft of the seventh interim fee application per local rules. |
| 24 | 3/9/2022 | Diaz, Matthew | 1.1 | Review draft seventh interim fee application. |
| 24 | 3/10/2022 | Kurtz, Emma | 0.7 | Prepare revisions to seventh interim fee application. |
| 24 | 3/22/2022 | Kurtz, Emma | 3.1 | Begin to prepare February fee application per local rules. |
| 24 | 3/23/2022 | Kurtz, Emma | 1.4 | Continue to prepare draft February fee application per fee examiner guidelines. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 3/28/2022 | Diaz, Matthew | 0.7 | Review of the February fee statement. |
| 24 | 3/28/2022 | Kurtz, Emma | 0.7 | Prepare revisions to draft February fee statement. |
| **24 Total** | | | **8.9** | |
| 26 | 3/16/2022 | Bromberg, Brian | 0.4 | Review insurance discussion. |
| **26 Total** | | | **0.4** | |
| 28 | 3/1/2022 | Bromberg, Brian | 1.0 | Review prior IAC information provided on financial performance. |
| 28 | 3/2/2022 | Bromberg, Brian | 1.0 | Participate in call with IAC management to discuss sale process and financial update. |
| 28 | 3/2/2022 | Bromberg, Brian | 1.7 | Review IAC update re: sales process and operating performance. |
| 28 | 3/2/2022 | Diaz, Matthew | 1.1 | Review IAC update re: financial performance and sales process. |
| 28 | 3/2/2022 | Kurtz, Emma | 1.0 | Attend call with Debtors advisors to discuss update on IAC financial performance and sale process. |
| 28 | 3/3/2022 | Bromberg, Brian | 0.9 | Review IAC diligence questions. |
| **28 Total** | | | **6.7** | |
| **Grand Total** | | | **291.2** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

| **Expense Type** | **Amount** |
|---|---|
| Transportation | $ 24.03 |
| Working Meals | 20.00 |
| **Grand Total** | **$ 44.03** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 3/3/2022 | Kurtz, Emma | Transportation | Taxi - Emma Kurtz, Office - 1166 Avenue of Americas - Home. Uber home after working late in the office on Purdue Pharma case. | $ 24.03 |
| | | **Transportation Total** | | **$ 24.03** |
| 3/3/2022 | Kurtz, Emma | Working Meals | Dinner while working late on case. | 20.00 |
| | | **Working Meals Total** | | **$ 20.00** |
| | | **Grand Total** | | **$ 44.03** |