UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**THIRTY FIRST MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | April 1, 2022 through April 30, 2022 |
| Monthly Fees Incurred: | $175,704.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:             $0.00

Total Fees and Expenses Due:           $175,704.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $144,952.40 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $0.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, and $6,000 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, and seventh interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from April 1, 2022 through and including April 30, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $175,704.00 |
   | Expenses | 0.00 |
   | **TOTAL** | **$175,704.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $140,563.20 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$140,563.20** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than May 30, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        May 16, 2022

FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
1166 Avenue of the Americas, 15th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 49.0 | $ 58,800.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,200 | 2.9 | 3,480.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 2.3 | 3,047.50 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 73.9 | 65,771.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 68.1 | 44,605.50 |
| **GRAND TOTAL** | | | | **196.2** | **$ 175,704.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 10.0 | $ 7,803.50 |
| 2 | Cash & Liquidity Analysis | 1.8 | 2,160.00 |
| 7 | Analysis of Domestic Business Plan | 32.7 | 31,336.50 |
| 9 | Analysis of Employee Comp Programs | 62.7 | 58,687.50 |
| 10 | Analysis of Tax Issues | 1.2 | 1,440.00 |
| 11 | Prepare for and Attend Court Hearings | 7.6 | 7,324.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 66.7 | 54,726.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 6.5 | 7,423.00 |
| 24 | Preparation of Fee Application | 7.0 | 4,803.00 |
|  | **GRAND TOTAL** | **196.2** | **$ 175,704.00** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/1/2022 | Diaz, Matthew | 0.9 | Review year to date results. |
| 1 | 4/1/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/4/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/6/2022 | Diaz, Matthew | 0.6 | Review January operations results. |
| 1 | 4/6/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/7/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/8/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/12/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/13/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/14/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/15/2022 | Diaz, Matthew | 0.8 | Review YTD actual operating results. |
| 1 | 4/15/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/18/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/19/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/20/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/22/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/25/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/26/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/27/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/28/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/29/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **10.0** | |
| 2 | 4/5/2022 | Diaz, Matthew | 0.6 | Review updated cash reporting analysis from the Debtors. |
| 2 | 4/14/2022 | Diaz, Matthew | 0.6 | Review updated cash variance report from the Debtors. |
| 2 | 4/25/2022 | Diaz, Matthew | 0.6 | Review latest cash projections. |
| **2 Total** | | | **1.8** | |
| 7 | 4/1/2022 | Bromberg, Brian | 0.6 | Review draft cost report. |
| 7 | 4/1/2022 | Bromberg, Brian | 0.6 | Review prior business plan report. |
| 7 | 4/4/2022 | Kurtz, Emma | 2.2 | Prepare revisions to cost analysis to reflect comments from internal team. |
| 7 | 4/5/2022 | Bromberg, Brian | 0.4 | Review business plan materials provided by the Debtors. |
| 7 | 4/5/2022 | Bromberg, Brian | 0.6 | Review Rhodes materials provided by the Debtors. |
| 7 | 4/6/2022 | Bromberg, Brian | 2.1 | Review updated cost report to provide further comments to team. |
| 7 | 4/6/2022 | Diaz, Matthew | 2.4 | Detail review of the report to the committee on current operations, KEIP and savings analysis. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 4/6/2022 | Kurtz, Emma | 1.9 | Prepare edits to cost analysis to reflect comments from internal team. |
| 7 | 4/8/2022 | Diaz, Matthew | 1.4 | Review underlying agreements to certain Avrio products. |
| 7 | 4/11/2022 | Diaz, Matthew | 1.8 | Review Rhodes projections and alternatives. |
| 7 | 4/12/2022 | Bromberg, Brian | 0.7 | Review Rhodes financials. |
| 7 | 4/12/2022 | Diaz, Matthew | 1.1 | Participate in call with Alix to discuss the Rhodes' strategic plan. |
| 7 | 4/12/2022 | Kurtz, Emma | 1.8 | Prepare revisions to cost analysis and accompanying presentation to reflect internal comments. |
| 7 | 4/13/2022 | Diaz, Matthew | 1.0 | Participate in call with Purdue's IP team to discuss IP considerations. |
| 7 | 4/13/2022 | Diaz, Matthew | 1.8 | Conduct detailed review of the cost report. |
| 7 | 4/14/2022 | Diaz, Matthew | 1.2 | Conduct detailed review of the Avrio due diligence list. |
| 7 | 4/15/2022 | Diaz, Matthew | 0.6 | Review updated draft of the Avrio due diligence list. |
| 7 | 4/15/2022 | Diaz, Matthew | 0.6 | Review Avrio transactions with non-debtor related parties. |
| 7 | 4/19/2022 | Bromberg, Brian | 1.2 | Review business plan projection. |
| 7 | 4/22/2022 | Bromberg, Brian | 1.4 | Review Debtors' updated cost report. |
| 7 | 4/22/2022 | Diaz, Matthew | 1.1 | Review summaries of Avrio IP agreements. |
| 7 | 4/25/2022 | Bromberg, Brian | 1.7 | Review updated draft of cost analysis. |
| 7 | 4/25/2022 | Kurtz, Emma | 1.9 | Prepare analysis of Debtors' omega and slalom gold reports to conform cost analysis. |
| 7 | 4/25/2022 | Kurtz, Emma | 0.9 | Review cost analysis provided by the Debtors re: Project Omega and Project SlalomGold. |
| 7 | 4/26/2022 | Bromberg, Brian | 0.9 | Review latest draft cost analysis. |
| 7 | 4/26/2022 | Diaz, Matthew | 0.8 | Review responses to Avrio due diligence questions. |
| **7 Total** | | | **32.7** | |
| 9 | 4/1/2022 | Bromberg, Brian | 0.9 | Review 2021 scorecard calculations backup. |
| 9 | 4/1/2022 | Diaz, Matthew | 0.4 | Participate in call with Province to discuss the employee score card. |
| 9 | 4/4/2022 | Bromberg, Brian | 0.4 | Follow up with Debtors on open questions re: incentive plans. |
| 9 | 4/5/2022 | Diaz, Matthew | 0.8 | Review analysis of the 2022 proposed KEIP. |
| 9 | 4/6/2022 | Bromberg, Brian | 0.4 | Follow up with Debtors on open questions re: incentive plan proposal. |
| 9 | 4/6/2022 | Diaz, Matthew | 0.6 | Review updated proposed scorecard. |
| 9 | 4/8/2022 | Diaz, Matthew | 0.6 | Review proposed employee compensation plan. |
| 9 | 4/8/2022 | Diaz, Matthew | 1.4 | Review proposed slides on the employee compensation plans. |
| 9 | 4/8/2022 | Kurtz, Emma | 1.3 | Review Debtors' proposed 2022 KEIP and KERP. |
| 9 | 4/8/2022 | Kurtz, Emma | 2.4 | Prepare summary of Debtors' proposed KEIP and KERP to discuss internally. |
| 9 | 4/8/2022 | Kurtz, Emma | 3.2 | Prepare revisions to update presentation for the committee to include analysis of KEIP and KERP proposal. |
| 9 | 4/11/2022 | Diaz, Matthew | 0.6 | Participate on call on the proposed KEIP/KERP with the Company, UCC and AHC advisors. |
| 9 | 4/11/2022 | Diaz, Matthew | 1.1 | Review proposed KEIP/KERP. |
| 9 | 4/12/2022 | Bromberg, Brian | 1.6 | Review draft KEIP/KERP presentation. |
| 9 | 4/12/2022 | Diaz, Matthew | 1.9 | Perform detailed review of the employee compensation report. |
| 9 | 4/13/2022 | Bromberg, Brian | 1.4 | Draft proposed response to the Debtors' incentive plan proposal. |
| 9 | 4/13/2022 | Bromberg, Brian | 1.3 | Review KEIP reduction history. |
| 9 | 4/13/2022 | Bromberg, Brian | 0.8 | Finalize and send draft of KEIP/KERP presentation. |
| 9 | 4/13/2022 | Diaz, Matthew | 1.1 | Review proposed response to the Debtor's employee compensation. |
| 9 | 4/13/2022 | Kurtz, Emma | 1.6 | Prepare revisions to analysis of KEIP KERP proposal per internal comments. |
| 9 | 4/14/2022 | Bromberg, Brian | 0.6 | Prepare analysis on historical KEIP discounts. |
| 9 | 4/14/2022 | Bromberg, Brian | 0.5 | Attend call with Province and HL to discuss incentive plan response. |
| 9 | 4/14/2022 | Bromberg, Brian | 0.9 | Review KERP reductions. |
| 9 | 4/14/2022 | Bromberg, Brian | 0.6 | Edit proposal on revisions to the 2022 KERP. |
| 9 | 4/14/2022 | Bromberg, Brian | 0.6 | Finalize response to incentive plans and send to counsel. |
| 9 | 4/14/2022 | Bromberg, Brian | 0.3 | Review UCC edits to proposal re: KERP. |
| 9 | 4/14/2022 | Bromberg, Brian | 0.8 | Review presentation on 2022 KEIP and KERP. |
| 9 | 4/14/2022 | Diaz, Matthew | 2.8 | Conduct detailed review of the employee incentive plan and cost savings presentation. |
| 9 | 4/14/2022 | Diaz, Matthew | 0.5 | Participate in call with the UCC and Houlihan to discuss the proposed response on the KEIP. |
| 9 | 4/14/2022 | Kurtz, Emma | 0.5 | Attend call with the UCC to discuss proposed response to the Debtors' KEIP, KERP and scorecard proposal for 2022. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 4/14/2022 | Kurtz, Emma | 1.8 | Prepare revisions to KEIP KERP presentation per internal comments. |
| 9 | 4/14/2022 | Kurtz, Emma | 1.4 | Prepare revisions to KEIP KERP benchmarking analysis. |
| 9 | 4/15/2022 | Bromberg, Brian | 0.6 | Finalize incentive plan presentation to send to counsel. |
| 9 | 4/15/2022 | Diaz, Matthew | 1.2 | Review proposed KEIP changes and related presentation. |
| 9 | 4/18/2022 | Bromberg, Brian | 1.1 | Review 2022 KEIP and 2021 KEIP scoring. |
| 9 | 4/18/2022 | Bromberg, Brian | 0.7 | Discuss 2021 KEIP scoring with Debtors. |
| 9 | 4/18/2022 | Bromberg, Brian | 0.8 | Review scoring calculation for cash flow metric of 2021 KEIP. |
| 9 | 4/18/2022 | Bromberg, Brian | 0.6 | Continue to review 2021 scorecard scoring. |
| 9 | 4/20/2022 | Bromberg, Brian | 0.6 | Follow up with the Debtors on scorecard issues. |
| 9 | 4/20/2022 | Bromberg, Brian | 0.6 | Review KERP analysis with UCC. |
| 9 | 4/21/2022 | Bromberg, Brian | 2.1 | Review updated draft of KEIP deck to prepare revisions. |
| 9 | 4/22/2022 | Diaz, Matthew | 1.6 | Review updated draft of incentive plans presentation. |
| 9 | 4/25/2022 | Bromberg, Brian | 1.7 | Prepare counteroffer on 2022 KEIP. |
| 9 | 4/25/2022 | Bromberg, Brian | 1.4 | Finalize KEIP offer to reflect input from team. |
| 9 | 4/25/2022 | Bromberg, Brian | 0.6 | Update presentation on KEIP to reflect latest counteroffer. |
| 9 | 4/25/2022 | Bromberg, Brian | 0.9 | Review UCC suggestions re: response to incentive plan proposal. |
| 9 | 4/25/2022 | Diaz, Matthew | 1.8 | Review of the updated draft of the incentive plans and cost analysis presentation. |
| 9 | 4/25/2022 | Diaz, Matthew | 0.4 | Review correspondence to the committee on the KEIP/KERP proposal. |
| 9 | 4/26/2022 | Bromberg, Brian | 0.7 | Discuss KEIP KERP proposal with Debtors. |
| 9 | 4/26/2022 | Diaz, Matthew | 0.6 | Review proposed counter proposal on the KEIP and KERP. |
| 9 | 4/27/2022 | Bromberg, Brian | 1.8 | Review materials to prepare to present to the committee on KEIP. |
| 9 | 4/28/2022 | Bromberg, Brian | 0.5 | Discuss updated KEIP offer with UCC. |
| 9 | 4/28/2022 | Bromberg, Brian | 1.1 | Prepare updates to proposed response to the Debtors' KEIP offer. |
| 9 | 4/28/2022 | Diaz, Matthew | 1.2 | Review updated KEIP/KERP analysis. |
| 9 | 4/28/2022 | Kurtz, Emma | 1.6 | Review 2022 KEIP/KERP motion to compare to proposal from Debtors. |
| 9 | 4/28/2022 | Kurtz, Emma | 1.1 | Review accompanying Ronan and WTW declarations to the 2022 KEIP/KERP motion. |
| 9 | 4/29/2022 | Bromberg, Brian | 0.3 | Update and send KEIP counteroffer to the Debtors. |
| 9 | 4/29/2022 | Diaz, Matthew | 1.4 | Review filed employee compensation motion. |
| 9 | 4/29/2022 | Diaz, Matthew | 0.6 | Review proposed changes to the employee compensation motion. |
| **9 Total** | | | **62.7** | |
| 10 | 4/12/2022 | Joffe, Steven | 0.9 | Review tax work products from KPMG. |
| 10 | 4/27/2022 | Joffe, Steven | 0.3 | Attend weekly AHC call to discuss case updates, with a focus on potential tax issues. |
| **10 Total** | | | **1.2** | |
| 11 | 4/27/2022 | Bromberg, Brian | 0.4 | Attend fee hearing. |
| 11 | 4/27/2022 | Kurtz, Emma | 0.4 | Attend omnibus hearing re: injunction extension. |
| 11 | 4/29/2022 | Bromberg, Brian | 1.7 | Listen to appeal hearing. |
| 11 | 4/29/2022 | Diaz, Matthew | 1.7 | Attend hearing on the appeal of the plan. |
| 11 | 4/29/2022 | Joffe, Steven | 1.7 | Listen to appeal oral arguments. |
| 11 | 4/29/2022 | Kurtz, Emma | 1.7 | Listen to appeal arguments before second circuit. |
| **11 Total** | | | **7.6** | |
| 16 | 4/1/2022 | Bromberg, Brian | 0.7 | Participate in Avrio pre call with counsel. |
| 16 | 4/1/2022 | Bromberg, Brian | 0.9 | Participate in Avrio call with Debtors. |
| 16 | 4/1/2022 | Bromberg, Brian | 2.2 | Draft outline for presentation on business plan. |
| 16 | 4/1/2022 | Bromberg, Brian | 0.6 | Update presentation outline re: financial performance and scorecard. |
| 16 | 4/1/2022 | Bromberg, Brian | 0.8 | Review Debtors' cost reports. |
| 16 | 4/1/2022 | Diaz, Matthew | 0.6 | Participate in call with counsel and Houlihan to prepare for call with the company on operations. |
| 16 | 4/1/2022 | Diaz, Matthew | 1.1 | Participate in call with the Company on operations. |
| 16 | 4/1/2022 | Kurtz, Emma | 1.8 | Prepare draft update presentation for the committee re: business plan projections, 2022 performance scorecard, and ongoing business operations. |
| 16 | 4/4/2022 | Bromberg, Brian | 3.4 | Review and comment on presentation re: operating performance and incentive scorecard. |
| 16 | 4/4/2022 | Kurtz, Emma | 1.9 | Prepare additional slides re: business operations update and 2022 performance scorecard. |
| 16 | 4/4/2022 | Kurtz, Emma | 1.8 | Prepare revisions to update presentation to the committee to incorporate cost analysis. |
| 16 | 4/5/2022 | Bromberg, Brian | 0.4 | Review Avrio materials provided by the Debtors. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/6/2022 | Bromberg, Brian | 1.6 | Answer questions from team on operating results and incentive plan presentation. |
| 16 | 4/6/2022 | Bromberg, Brian | 2.8 | Review and comment on presentation re: business operations and incentive plans. |
| 16 | 4/6/2022 | Bromberg, Brian | 0.3 | Review agenda for AHC call to provide input. |
| 16 | 4/6/2022 | Bromberg, Brian | 0.6 | Attend call with counsel re: strategic alternatives. |
| 16 | 4/6/2022 | Bromberg, Brian | 0.4 | Draft and send Avrio questions to the Debtors. |
| 16 | 4/6/2022 | Diaz, Matthew | 0.6 | Participate in call with counsel to discuss possible strategic alternatives. |
| 16 | 4/6/2022 | Kurtz, Emma | 2.2 | Prepare revisions to presentation re: business results through January 2022. |
| 16 | 4/7/2022 | Kurtz, Emma | 2.1 | Prepare further revisions to update presentation for the committee to reflect internal comments. |
| 16 | 4/8/2022 | Kurtz, Emma | 0.8 | Review change of control provisions in OTC product licensing agreements. |
| 16 | 4/11/2022 | Simms, Steven | 0.3 | Review update from team re: status of case. |
| 16 | 4/12/2022 | Bromberg, Brian | 1.4 | Review Debtors' board briefing book. |
| 16 | 4/12/2022 | Bromberg, Brian | 1.6 | Review latest draft cost report. |
| 16 | 4/12/2022 | Bromberg, Brian | 1.0 | Attend bi-weekly professionals call to discuss board presentation from the Debtors. |
| 16 | 4/12/2022 | Kurtz, Emma | 1.3 | Review Project SlalomGold presentation from the Debtors. |
| 16 | 4/12/2022 | Kurtz, Emma | 1.1 | Attend bi-weekly professionals call to discuss Rhodes strategic analysis. |
| 16 | 4/12/2022 | Kurtz, Emma | 3.3 | Prepare revisions to business update and incentive plan presentation per internal comments. |
| 16 | 4/13/2022 | Bromberg, Brian | 2.1 | Review intellectual property schedules. |
| 16 | 4/13/2022 | Bromberg, Brian | 1.1 | Participate in call on intellectual property separation. |
| 16 | 4/13/2022 | Bromberg, Brian | 0.9 | Review Avrio materials related to IP separation. |
| 16 | 4/13/2022 | Kurtz, Emma | 1.4 | Review IP assignment and assumption documents to prepare for IP separation call. |
| 16 | 4/13/2022 | Kurtz, Emma | 0.8 | Attend IP separation call with the Debtors counsel. |
| 16 | 4/14/2022 | Bromberg, Brian | 0.7 | Discuss intellectual property and potential issues with counsel. |
| 16 | 4/14/2022 | Bromberg, Brian | 0.9 | Review and edit Avrio questions list. |
| 16 | 4/14/2022 | Bromberg, Brian | 0.6 | Discuss case issues with Debtors. |
| 16 | 4/14/2022 | Bromberg, Brian | 1.2 | Prepare outline of questions for the Debtors re: Avrio. |
| 16 | 4/14/2022 | Bromberg, Brian | 0.8 | Finalize Avrio questions list. |
| 16 | 4/14/2022 | Bromberg, Brian | 0.8 | Finalize presentation re: business and incentive plan update and send to Houlihan. |
| 16 | 4/14/2022 | Diaz, Matthew | 0.4 | Review preliminary injunction motion. |
| 16 | 4/14/2022 | Kurtz, Emma | 3.2 | Analyze Avrio relationship with Purdue, the Sacklers, and IACs, to draft question list for the Debtors re: potential issues related to separation. |
| 16 | 4/14/2022 | Kurtz, Emma | 0.6 | Prepare revisions to Avrio question list per internal comments. |
| 16 | 4/15/2022 | Bromberg, Brian | 0.5 | Prepare further revisions to Avrio question list per internal feedback. |
| 16 | 4/15/2022 | Kurtz, Emma | 0.4 | Prepare updated draft of Avrio question list. |
| 16 | 4/15/2022 | Kurtz, Emma | 1.2 | Prepare updates to presentation re: business operations and incentive plan proposals. |
| 16 | 4/18/2022 | Simms, Steven | 0.4 | Review update from team re: separation agreements. |
| 16 | 4/19/2022 | Bromberg, Brian | 0.6 | Review license agreements. |
| 16 | 4/20/2022 | Bromberg, Brian | 0.8 | Review royalty agreements. |
| 16 | 4/20/2022 | Bromberg, Brian | 0.6 | Discuss royalty agreements with Houlihan. |
| 16 | 4/21/2022 | Bromberg, Brian | 0.9 | Review Avrio IP and licensing agreements. |
| 16 | 4/21/2022 | Bromberg, Brian | 0.6 | Review summary from the Debtors re: IP agreements and separation provisions. |
| 16 | 4/21/2022 | Kurtz, Emma | 1.4 | Review presentation from the Debtors re: IP and royalty agreements. |
| 16 | 4/21/2022 | Simms, Steven | 0.4 | Review update from team on case and emergence preparation. |
| 16 | 4/25/2022 | Bromberg, Brian | 0.9 | Review royalty agreements. |
| 16 | 4/26/2022 | Diaz, Matthew | 0.9 | Participate in call with the Debtors and the UCC to discuss open financial topics. |
| 16 | 4/26/2022 | Kurtz, Emma | 1.4 | Review diligence responses from the Debtors re: Avrio. |
| 16 | 4/26/2022 | Kurtz, Emma | 1.0 | Attend bi-weekly professionals call to discuss case status and emergence preparation. |
| 16 | 4/27/2022 | Diaz, Matthew | 0.6 | Review injunction hearing summaries. |
| 16 | 4/27/2022 | Kurtz, Emma | 0.4 | Attend weekly AHC call to discuss case updates, with a focus on proposed incentive plans and appeal. |
| 16 | 4/29/2022 | Diaz, Matthew | 0.6 | Review counsel's analysis of the appeal hearing. |
| **16 Total** | | | **66.7** | |
| 21 | 4/6/2022 | Bromberg, Brian | 0.6 | Participate in weekly AHC call to discuss case updates. |
| 21 | 4/6/2022 | Diaz, Matthew | 0.6 | Participate in a call with AHC counsel to discuss the appeal and operations. |
| 21 | 4/6/2022 | Diaz, Matthew | 0.4 | Review materials to prepare for the AHC call. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 4/6/2022 | Diaz, Matthew | 0.5 | Participate in the weekly AHC call to discuss operations and the appeal. |
| 21 | 4/6/2022 | Simms, Steven | 0.4 | Attend AHC call to discuss case updates re: appeal. |
| 21 | 4/13/2022 | Bromberg, Brian | 0.5 | Participate in weekly Committee call to discuss Debtors' proposed 2022 incentive plans. |
| 21 | 4/13/2022 | Diaz, Matthew | 0.5 | Participate in weekly AHC call to discuss latest case updates. |
| 21 | 4/13/2022 | Simms, Steven | 0.4 | Participate on AHC call to understand case updates. |
| 21 | 4/27/2022 | Bromberg, Brian | 0.6 | Attend weekly AHC call to discuss incentive plan proposal and negotiations. |
| 21 | 4/27/2022 | Diaz, Matthew | 0.5 | Participate one the weekly AHC call to discuss the appeal. |
| 21 | 4/27/2022 | Diaz, Matthew | 1.1 | Review updated materials to prepare for the AHC call. |
| 21 | 4/27/2022 | Simms, Steven | 0.4 | Attend weekly AHC call to discuss upcoming appeal. |
| **21 Total** | | | **6.5** | |
| 24 | 4/12/2022 | Kurtz, Emma | 0.2 | Finalize February fee application to be filed. |
| 24 | 4/19/2022 | Kurtz, Emma | 2.4 | Prepare March fee application per fee examiner guidelines. |
| 24 | 4/20/2022 | Kurtz, Emma | 2.4 | Continue to prepare March fee application per local rules. |
| 24 | 4/22/2022 | Kurtz, Emma | 1.6 | Finalize draft of the March fee application. |
| 24 | 4/26/2022 | Diaz, Matthew | 0.4 | Review of the seventh interim order. |
| **24 Total** | | | **7.0** | |
| **Grand Total** | | | **196.2** | |