Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
|  | : |
| Debtors[1]. | : (Jointly Administered) |

------------------------------------------------------------- x

### THIRTIETH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF MARCH 1, 2022 THROUGH AND INCLUDING MARCH 31, 2022

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | March 1, 2022 – March 31, 2022 |
|---|---|
| Total Amount of Fees Incurred: | $93,608.00 |
| Total Fees Requested (80%): | $74,886.40 |
| Total Reimbursement of Expenses Incurred: | $1,129.95 |
| Total Reimbursement of Expenses Requested (100%): | $1,129.95 |
| Total compensation and Reimbursement Requested in this Statement: | $76,016.35 |
| This is Applicant's: | Thirtieth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirtieth Monthly Fee Statement (the "Fee Statement") for the period of March 1, 2022 through and including March 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $93,608.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $74,886.40.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,220.30[2]. The Blended hourly rate of all paraprofessionals is $345.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $1,220.30 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## **Notice**

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $74,886.40, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in

---

[2]      The blended hourly billing rate of $1,220.30 is derived by dividing the total fees for attorneys of $92,987.00 by the total hours of 76.2.

[3]      The Blended hourly billing rate of $345.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $621.00 by the total hours of 1.8.

6950951.1

connection with such services during the Statement Period (*i.e.*, $93,608.00) and (ii) payment of

$1,129.95 for actual, necessary expenses that Applicant incurred in connection with such

services during the Statement Period.

Dated: May 16, 2022
        New York, New York

OTTERBOURG P.C.

By:   */s/ Melanie L. Cyganowski*
      Melanie L. Cyganowski, Esq.
      Jennifer S. Feeney, Esq.
      230 Park Avenue
      New York, New York 10169
      Telephone:   (212) 661-9100
      Facsimile:   (212) 682-6104

      Co-*Counsel to the Ad Hoc Committee of
      Governmental and Other Contingent
      Litigation Claimants*

4

## EXHIBIT A

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU06 | Employment and Fee Applications | 6.9 | $5,474.50 |
| PU08 | Litigation: Contest Matters, Adversary | 1.1 | $1,299.00 |
| PU09 | Meetings and Communications w/ AHC | 14.0 | $17,506.00 |
| PU11 | Plan & Disclosure Statement | 56.0 | $69,328.50 |
| | **TOTALS:** | **78.0** | **$93,608.00** |

1

6950951.1

## EXHIBIT B

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 40.3 | $59,241.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 35.9 | $33,746.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | 1.8 | $621.00 |
| | **TOTAL** | | **78.0** | **$93,608.00** |

1

# EXHIBIT C

## Time Detail

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

April 28, 2022
BILL NO. 223201

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through March 31, 2022:

---

Phase: PU06                                    EMPLOYMENT & FEE APPLICATIONS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/09/22 JSF | Prepare Legal Papers<br>Preparation of Interim Fee Application | .70 | 658.00 |
| 03/10/22 JSF | Prepare Legal Papers<br>Prepare Seventh Interim Fee Application | 1.80 | 1,692.00 |
| 03/11/22 JSF | Prepare Legal Papers<br>Prepare Seventh Interim Fee Application | 1.10 | 1,034.00 |
| 03/11/22 JKH | Prepare Papers<br>Prepare fee application | .60 | 207.00 |
| 03/13/22 JSF | Examine Documents<br>Review of February Time Detail | .30 | 282.00 |
| 03/14/22 JSF | Prepare Legal Papers<br>Draft Interim Fee Application | .80 | 752.00 |
| 03/15/22 JSF | Examine Documents<br>Review of February Monthly Fee Statement | .20 | 188.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                         April 28, 2022
Page 2                                                              BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/15/22 JKH | Prepare Papers<br>Prepare draft monthly statement | .60 | 207.00 |
| 03/16/22 JKH | Prepare Papers<br>Edit and finalize fee application | .30 | 103.50 |
| 03/16/22 JKH | Prepare Papers<br>Finalize February statement | .20 | 69.00 |
| 03/17/22 JSF | Examine Documents<br>Review of Interim Fee Application for Filing | .30 | 282.00 |
| TOTAL PHASE PU06 | | 6.90 | $5,474.50 |

Phase: PU08                          LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/17/22 JSF | Correspondence<br>E-Mail with Gilbert Firm re: Document Production Inquiry | .20 | 188.00 |
| 03/23/22 JSF | Telephone Call(s)<br>Attend Omnibus Hearing re: Continuation of Injunction and Funding Agreement | .40 | 376.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    April 28, 2022
Page 3                                                          BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/29/22 MLC | Conference call(s) Conference call with insurance co-counsel | .50 | 735.00 |
| TOTAL PHASE PU08 | | 1.10 | $1,299.00 |

Phase: PU09                          MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/01/22 MLC | Conference call(s) Conference call with AHC and co-counsel | 1.20 | 1,764.00 |
| 03/02/22 JSF | Telephone Call(s) Attend via Zoom Weekly AHC Update Meeting | 1.50 | 1,410.00 |
| 03/02/22 MLC | Correspondence Correspondence with AHC leadership and co-counsel | .60 | 882.00 |
| 03/04/22 JSF | Telephone Call(s) Participate in Meeting with Working Group of States re: Settlement | .70 | 658.00 |
| 03/04/22 JSF | Telephone Call(s) Attend Zoom Meeting of AHC re: Settlement Term Sheet and AHC Response | 1.60 | 1,504.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:   20186/0002                      April 28, 2022
Page 4                                           BILL NO. 223201
```

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/04/22<br>MLC | Conference call(s)<br>AHC working group call | .80 | 1,176.00 |
| 03/07/22<br>JSF | Telephone Call(s)<br>Attend Zoom AHC Meeting to Discuss<br>Supplemental Settlement and AHC Position | 1.20 | 1,128.00 |
| 03/07/22<br>MLC | Conference call(s)<br>AHC meeting | 1.10 | 1,617.00 |
| 03/09/22<br>MLC | Telephone Call(s)<br>Co-counsel call with State Leadership to<br>prepare for hearing | 2.00 | 2,940.00 |
| 03/10/22<br>JSF | Telephone Call(s)<br>Attend Call with Co-Counsel and Certain<br>States re: Court Hearing and Next Steps | .30 | 282.00 |
| 03/10/22<br>MLC | Conference call(s)<br>Conference call with AHC co-counsel and<br>state leadership | .40 | 588.00 |
| 03/15/22<br>MLC | Conference call(s)<br>Conference call with States' leadership<br>and AHC co-counsel | .50 | 735.00 |
| 03/22/22<br>MLC | Conference call(s)<br>Conference call with state leadership on<br>AHC and counsel | .60 | 882.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          April 28, 2022
Page 5                                               BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/23/22 JSF | Telephone Call(s) Attend Weekly Update Meeting with AHC | .50 | 470.00 |
| 03/23/22 MLC | Conference call(s) Attended AHC meeting | .50 | 735.00 |
| 03/29/22 MLC | Conference call(s) Conference call with state leadership and co-counsel for AHC | .50 | 735.00 |
| TOTAL PHASE PU09 | | 14.00 | $17,506.00 |

| Phase: PU11 | PLAN & DISCLOSURE STATEMENT |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/01/22 MLC | Review Documents Review of draft motion re: mediation process | 1.40 | 2,058.00 |
| 03/02/22 JSF | Examine Documents Review of Terms of Settlement Proposal | .40 | 376.00 |
| 03/03/22 JSF | Examine Documents Review of Mediator's Report and Settlement Term Sheet | 1.10 | 1,034.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      April 28, 2022
Page 6                                                           BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/03/22 JSF | Telephone Call(s) Attend Co-Counsel and Executive Committee Call re: Settlement Updates | .70 | 658.00 |
| 03/03/22 JSF | Examine Documents Review of Florida's Objection to Settlement Term Sheet | .30 | 282.00 |
| 03/03/22 MLC | Review Documents Review of motion to approve settlement with nine states/DC and Sacklers | 1.80 | 2,646.00 |
| 03/03/22 MLC | Correspondence Correspondence with AHC State Leadership re: settlement | .80 | 1,176.00 |
| 03/03/22 MLC | Review Documents Review of summary of mediation term sheet | .90 | 1,323.00 |
| 03/04/22 JSF | Telephone Call(s) Participate in Status Conference re: Settlement Terms | .70 | 658.00 |
| 03/04/22 JSF | Examine Documents Review of Objections to Settlement Term Sheet | 1.10 | 1,034.00 |
| 03/04/22 MLC | Review Documents Review of Florida objection and joinders | 2.10 | 3,087.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    April 28, 2022
Page 7                                                         BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/06/22 JSF | Memo<br>Memo Summary of Supplemental Term Sheet | 1.80 | 1,692.00 |
| 03/06/22 JSF | Examine Documents<br>Review of Supplemental Settlement Term Sheet | 1.20 | 1,128.00 |
| 03/06/22 MLC | Review Documents<br>Review of draft AHC settlement objection memo | 1.10 | 1,617.00 |
| 03/07/22 JSF | Examine Documents<br>Review Draft of AHC Limited Objection to Supplemental Settlement | 1.10 | 1,034.00 |
| 03/07/22 JSF | Memo<br>Memo Summary of Supplemental Term Sheet | 1.30 | 1,222.00 |
| 03/07/22 JSF | Memo<br>Prepare Summary of Objections to Supplemental Term Sheet | 2.40 | 2,256.00 |
| 03/07/22 JSF | Examine Documents<br>Review of Additional Objections and Joinders to Term Sheet | .80 | 752.00 |
| 03/07/22 MLC | Telephone Call(s)<br>Telephone call with Ken Eckstein re: hearing | .50 | 735.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    April 28, 2022
Page 8                                                         BILL NO. 223201

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/07/22<br>MLC | Review Documents<br>Reviewed and revised draft of AHC limited<br>opposition to settlement | 1.10 | 1,617.00 |
| 03/07/22<br>MLC | Revision of Documents<br>Reviewed and revised draft of limited<br>opposition to settlement | 1.30 | 1,911.00 |
| 03/07/22<br>MLC | Review Documents<br>Reviewed opposition filed against<br>settlement by various parties | 1.20 | 1,764.00 |
| 03/08/22<br>JSF | Memo<br>Review and Summarize Further Objections to<br>Settlement Term Sheet, Including AHC<br>Objection | 3.60 | 3,384.00 |
| 03/08/22<br>JSF | Examine Documents<br>Review of Updates from Executive Committee<br>and Counsel re: Supplemental Term Sheet and<br>Objections in Advance of Hearing | .40 | 376.00 |
| 03/08/22<br>MLC | Correspondence<br>Correspondence with Ken Eckstein to<br>prepare for hearing | .60 | 882.00 |
| 03/08/22<br>MLC | Review Documents<br>Review of and analysis of opposition by<br>States to proposed settlement | 1.60 | 2,352.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                    April 28, 2022
Page 9                                                         BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/09/22 JSF | Telephone Call(s) Participate in Zoom with Co-Counsel and Lead States re: Preparation for Hearing | 1.70 | 1,598.00 |
| 03/09/22 JSF | Examine Documents Review of Debtor's and UCC's Responses to Objections to Supplemental Settlement with Nine | .50 | 470.00 |
| 03/09/22 JSF | Telephone Call(s) Attend Via Conference Hearing on Settlement Agreement with Nine (partial) | 3.20 | 3,008.00 |
| 03/09/22 MLC | Prepare for Argument Prepared for hearing | 1.70 | 2,499.00 |
| 03/09/22 MLC | Attendance at Court Hearing and decision | 4.90 | 7,203.00 |
| 03/13/22 JSF | Examine Documents Review of Summary of Appellee Briefs Filed in Second Circuit | .30 | 282.00 |
| 03/18/22 MLC | Correspondence Correspondence with Aaron Cahn re: recent court decision | .40 | 588.00 |
| 03/18/22 MLC | Review Documents Review of various filings before Second Circuit | .80 | 1,176.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          April 28, 2022
Page 10                                                               BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/21/22 MLC | Review Documents<br>Review of amicus briefs filed before the Second Circuit | 1.70 | 2,499.00 |
| 03/21/22 MLC | Review Documents<br>Review of various opposition briefs filed before the Second Circuit | 1.30 | 1,911.00 |
| 03/21/22 MLC | Revision of Documents<br>Reviewed and revised draft of proposed AHC filing before the Second Circuit | 1.40 | 2,058.00 |
| 03/22/22 MLC | Review Documents<br>Review of comments to draft AHC brief | .30 | 441.00 |
| 03/22/22 JKH | Diary & Docket<br>Review docket and calendar date for oral argument | .10 | 34.50 |
| 03/23/22 JSF | Examine Documents<br>Review of Amicus Briefs in Support of Appellees | .30 | 282.00 |
| 03/23/22 MLC | Attendance at Court<br>Hearing before court (by zoom) | .50 | 735.00 |
| 03/24/22 MLC | Review Documents<br>Review of draft of reply in Second Circuit | 1.40 | 2,058.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                 April 28, 2022
Page 11                                                     BILL NO. 223201

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/25/22 MLC | Correspondence<br>Correspondence with co-counsel and state leadership re: mediation by debtors with various parties | .60 | 882.00 |
| 03/28/22 JSF | Examine Documents<br>Review of Appellees' Briefs to Second Circuit | 1.40 | 1,316.00 |
| 03/28/22 MLC | Review Documents<br>Review of appellate papers filed with Second Circuit | 2.20 | 3,234.00 |
| TOTAL PHASE PU11 | | 56.00 | $69,328.50 |
| | TOTAL FOR SERVICES | | $93,608.00 |

**<u>EXHIBIT D</u>**

**Summary of Actual and Necessary Expenses**

6950951.1

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Litigation Services[1] | $1,129.95 |
| **TOTAL:** | **$1,129.95** |

---

[1]        These expenses were incurred in connection with the utilization of a third party vendor to assist Applicant with document discovery in the ongoing insurance litigation.

6950951.1

## <u>EXHIBIT E</u>

**Expense Detail**

6950951.1

## Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                    April 28, 2022
Page 12                                                        BILL NO. 223201

DISBURSEMENTS FOR YOUR ACCOUNT

    Litigation Support Vendors                                    1,129.95

                                                              _____

                            TOTAL DISBURSEMENTS                  1,129.95