Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:     (212) 661-9100
Facsimile:     (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

## THIRTY FIRST MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF APRIL 1, 2022 THROUGH AND INCLUDING APRIL 30, 2022

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | April 1, 2022 – April 30, 2022 |
| Total Amount of Fees Incurred: | $40,346.00 |
| Total Fees Requested (80%): | $32,276.80 |
| Total Reimbursement of Expenses Incurred: | $25.00 |
| Total Reimbursement of Expenses Requested (100%): | $25.00 |
| Total compensation and Reimbursement Requested in this Statement: | $32,301.80 |
| This is Applicant's: | Thirty First Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty First Monthly Fee Statement (the "Fee Statement") for the period of April 1, 2022 through and including April 30, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.    Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $40,346.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $32,276.80.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,384.10[2]. The Blended hourly rate of all paraprofessionals is $345.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $25.00 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

### **Notice**

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $32,276.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in

---

[2]      The blended hourly billing rate of $1,384.10 is derived by dividing the total fees for attorneys of $40,139.00 by the total hours of 29.0.

[3]      The Blended hourly billing rate of $345.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $207.00 by the total hours of .6.

6967209.1

connection with such services during the Statement Period (*i.e.*, $40,346.00) and (ii) payment of

$25.00 for actual, necessary expenses that Applicant incurred in connection with such services

during the Statement Period.

Dated: May 16, 2022
        New York, New York

                                    OTTERBOURG P.C.

                        By:    /s/ Melanie L. Cyganowski
                               Melanie L. Cyganowski, Esq.
                               Jennifer S. Feeney, Esq.
                               230 Park Avenue
                               New York, New York 10169
                               Telephone:    (212) 661-9100
                               Facsimile:    (212) 682-6104

                               Co-*Counsel to the Ad Hoc Committee of*
                               *Governmental and Other Contingent*
                               *Litigation Claimants*

6967209.1

## EXHIBIT A

**Fees By Project Category**

6967209.1

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU06 | Employment and Fee Applications | 2.0 | $1,523.00 |
| PU08 | Litigation: Contest Matters, Adversary | 2.4 | $3,263.00 |
| PU09 | Meetings and Communications w/ AHC | 5.3 | $7,367.00 |
| PU11 | Plan & Disclosure Statement | 19.9 | $28,193.00 |
| | **TOTALS:** | **29.6** | **$40,346.00** |

1

# **EXHIBIT B**

## **Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1470.00 | 24.3 | $35,721.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $940.00 | 4.7 | $4,418.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $345.00 | .6 | $207.00 |
|  | **TOTAL** |  | **29.6** | **$40,346.00** |

1

**<u>EXHIBIT C</u>**

**Time Detail**

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

May 10, 2022
BILL NO. 223445

```
Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL
```

For Services Rendered Through April 30, 2022:

---

Phase: PU06                                    EMPLOYMENT & FEE APPLICATIONS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/27/22 JSF | Telephone Call(s) Attend Omnibus Hearing re: Fee Applications | .80 | 752.00 |
| 04/28/22 JSF | Examine Documents Review of March Time Detail | .40 | 376.00 |
| 04/29/22 JSF | Examine Documents Review of March Monthly Fee Statement | .20 | 188.00 |
| 04/29/22 JKH | Prepare Papers Prepare monthly statement | .60 | 207.00 |
| TOTAL PHASE PU06 | | 2.00 | $1,523.00 |

---

Phase: PU08                        LITIGATION: CONTESTED MATTERS, ADVERSARY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

```
Client/Matter:  20186/0002                           May 10, 2022
Page 2                                               BILL NO. 223445
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/22 JSF | Examine Documents<br>Review of Summary Updates of Insurance Litigation | .30 | 282.00 |
| 04/14/22 JSF | Examine Documents<br>Debtor's Motion to Extend Injunction | .20 | 188.00 |
| 04/19/22 MLC | Correspondence<br>Correspondence with AHC counsel re extension of preliminary injunction order | .60 | 882.00 |
| 04/20/22 MLC | Correspondence<br>Update re second circuit argument and pending motion re KEIP/KERP | .80 | 1,176.00 |
| 04/27/22 MLC | Review Documents<br>Review of update of pending matters/appeal | .50 | 735.00 |
| **TOTAL PHASE PU08** | | **2.40** | **$3,263.00** |

| Phase: PU09 | MEETINGS & COMMUNICATIONS W/ AD HOC |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/22 JSF | Telephone Call(s)<br>Attend Weekly AHC Meeting | .50 | 470.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:  20186/0002                         May 10, 2022
Page 3                                             BILL NO. 223445
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/22 MLC | Review Documents Review of status report regarding motions for partial summary judgment on insurance issues | 1.30 | 1,911.00 |
| 04/07/22 MLC | Conference call(s) Conference call with State leadership | .40 | 588.00 |
| 04/14/22 MLC | Correspondence Conference call with state leadership and AHC co-counsel | .50 | 735.00 |
| 04/15/22 MLC | Correspondence Correspondence with co-counsel | .40 | 588.00 |
| 04/18/22 MLC | Correspondence Correspondence with States leadership re extension of preliminary injunction | .60 | 882.00 |
| 04/19/22 MLC | Conference call(s) Conference call with State leadership and AHC co-counsel to prepare for appellate argument | .50 | 735.00 |
| 04/20/22 MLC | Conference call(s) Conference call with AHC State Leadership and AHC co-counsel Re appeal preparation | .80 | 1,176.00 |
| 04/27/22 JSF | Telephone Call(s) Attend Status Update Meeeting of AHC | .30 | 282.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    May 10, 2022
Page 4                                                        BILL NO. 223445

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL PHASE PU09 | | 5.30 | $7,367.00 |

| Phase: PU11 | | PLAN & DISCLOSURE STATEMENT |
|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/22 MLC | Conference call(s)<br>Correspondence with co-counsel re: certain appellate issues | 1.10 | 1,617.00 |
| 04/04/22 MLC | Correspondence<br>Correspondence with co-counsel re: certain appellate issues and scheduling | .40 | 588.00 |
| 04/10/22 MLC | Correspondence<br>Correspondence with co-counsel with AHC re: appeal | .30 | 441.00 |
| 04/11/22 MLC | Correspondence<br>Correspondence with State Leadership and AHC co-counsel re: appellate arguments | .70 | 1,029.00 |
| 04/16/22 MLC | Review Documents<br>Review of proposed changes to NOAT | 1.50 | 2,205.00 |
| 04/20/22 MLC | Conference call(s)<br>Conference call with AHC co-counsel re preparation for second circuit appeal | 1.10 | 1,617.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    May 10, 2022
Page 5                                                         BILL NO. 223445


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/21/22 MLC | Correspondence<br>Correspondence re: preparation for oral arguments in Second Circuit | .60 | 882.00 |
| 04/21/22 MLC | Review Documents<br>Review of panel of judges for oral argument | .30 | 441.00 |
| 04/22/22 MLC | Correspondence<br>Correspondence re: scheduling of arguments for Second Circuit | .70 | 1,029.00 |
| 04/25/22 MLC | Review Documents<br>Review of papers filed in Second Circuit | .80 | 1,176.00 |
| 04/26/22 MLC | Conference call(s)<br>Participated in Purdue appellate preparation session | 3.30 | 4,851.00 |
| 04/26/22 MLC | Conference call(s)<br>Participated in preparation session for Purdue Pharma Second Circuit oral argument by zoom | 4.00 | 5,880.00 |
| 04/26/22 MLC | Correspondence<br>Correspondence with co-counsel for AHC and special appellate counsel re preparation for second circuit oral argument | 1.10 | 1,617.00 |
| 04/29/22 JSF | Telephone Call(s)<br>Listen to Second Circuit Argument of Appeal of District Court Order Overturning Plan | 2.00 | 1,880.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    May 10, 2022
Page 6                                                         BILL NO. 223445

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/29/22<br>MLC | Conference call(s)<br>Second Circuit Oral Argument | 2.00 | 2,940.00 |
| TOTAL PHASE PU11 | | 19.90 | $28,193.00 |
| | TOTAL FOR SERVICES | | $40,346.00 |

## EXHIBIT D

**Summary of Actual and Necessary Expenses**

**SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Electronic Research | $25.00 |
| **TOTAL:** | **$25.00** |

1

# **EXHIBIT E**

**Expense Detail**

6967209.1

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    May 10, 2022
Page 7                                                        BILL NO. 223445

DISBURSEMENTS FOR YOUR ACCOUNT

    Electronic Research                                          25.00
                                                        _____
                                    TOTAL DISBURSEMENTS           25.00