DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR MAY 18, 2022 HEARING

| | |
|---|---|
| Time and Date of Hearing: | May 18, 2022 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-646-518-9805, Meeting ID 962 7747 0122##, Passcode 791673. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

I. **UNCONTESTED MATTERS:**

1. ***Motion to Seal***. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4708]

    Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents: None

    Status: This matter is going forward on an uncontested basis.

2. ***KEIP/KERP Motion.*** Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4707]

    Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, with respect to whom the Objection Deadline was extended to May 13, 2022 at 11:59 p.m. (prevailing Eastern Time)).

    Responses Received:

    A. Statement of the United States Trustee in Response to the Debtors' Motion for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4742]

    Reply:

    A. Debtors' Statement in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4794]

    Related Documents:

    A. The Non-Consenting States' Limited Objection To Motion Of Debtors For Entry Of An Order Authorizing Implementation Of

  2022 Key Employee Incentive Plan And 2022 Key Employee Retention Plan [ECF No. 4766][2]

B. Notice Of Filing Of Exhibit 2 To The Non-Consenting States' Limited Objection To Motion Of Debtors For Entry Of An Order Authorizing Implementation Of 2022 Key Employee Incentive Plan And 2022 Key Employee Retention Plan [ECF No. 4768][3]

C. Notice of Partial Adjournment of Hearing on Debtors' Motion for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4795]

 Status: This matter is going forward on an uncontested basis with respect to the 2022 KERP, the 2022 Performance Metrics, and the 2022 KEIP as it pertains to the General Counsel.

3. **Reed Smith LLP Final Fee Application.** Final Application of Reed Smith LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of Tier 1 OCP Cap for the Period from September 1, 2021 through February 28, 2022 [ECF No. 4671]

 Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

 Responses Received: None

 Related Documents:

A. Notice of Hearing on Final Application of Reed Smith LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from September 1, 2021 through February 28, 2022 [ECF No. 4710]

B. Notice of Filing of Proposed Order Granting the Final Application of Reed Smith LLP as an Ordinary Course Professional for Compensation for Services Rendered in in Excess of Tier 1 OCP Cap for the Period from September 1, 2021 through February 28, 2022 [ECF No. 4774]

 Status: This matter is going forward on an uncontested basis.

4. **Glenn Dawson Late Claim Motion.** Motion to File Proof of Claim after Claims Bar Date filed by Glenn Dawson [ECF No. 4617]

 Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

---

[2] This objection applies only to the portion of the Motion that has been adjourned to June 15, 2022 at 10:00 a.m. (prevailing Eastern Time).
[3] *Id.*

3

       <u>Responses Received</u>: None

       <u>Related Documents</u>:

         A.  Notice of Hearing Regarding Late Claim Motion [ECF No. 4629]

         B.  Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4765]

       <u>Status</u>: This matter is going forward on an uncontested basis.

5. ***Tony Tector Callihan Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Tony Tector Callihan [ECF No. 4633]

       <u>Objection Deadline</u>: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

       <u>Responses Received</u>: None

       <u>Related Documents</u>:

         A.  Notice of Hearing Regarding Late Claim Motion [ECF No. 4647]

         B.  Supplemental Statement Regarding Late Claim Motion [ECF No. 4676]

         C.  Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4765]

       <u>Status</u>: This matter is going forward on an uncontested basis.

6. ***Tyler L. Ward Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Tyler L. Ward [ECF No. 4646]

       <u>Objection Deadline</u>: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

       <u>Responses Received</u>: None

       <u>Related Documents</u>:

         A.  Notice of Hearing Regarding Late Claim Motion [ECF No. 4650]

         B.  Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4765]

       <u>Status</u>: This matter is going forward on an uncontested basis.

7. ***Daniel Joseph Rudd Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Daniel Joseph Rudd [ECF No. 4653]

       <u>Objection Deadline</u>: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Related Documents:

    A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4669]

    B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4765]

Status: This matter is going forward on an uncontested basis.

## II. CONTESTED MATTERS:

8. ***Michael T. O'Brien Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Michael T. O'Brien [ECF No. 4580]

    Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Debtors' and the Official Committee of Unsecured Creditors' Joint Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4767]

    Related Documents:

        A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4597]

        B. Supplemental Statement Regarding Late Claim Motion [ECF No. 4651]

    Status: This matter is going forward on a contested basis.

9. ***Anthony Kristopher Olson Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Anthony Kristopher Olson [ECF No. 4583]

    Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Debtors' and the Official Committee of Unsecured Creditors' Joint Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4767]

    Related Documents:

        A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4597]

      B. Supplemental Statement Regarding Late Claim Motion [ECF No. 4652]

    <u>Status</u>: This matter is going forward on a contested basis.

10. ***James Roland Sprayberry Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by James Roland Sprayberry [ECF No. 4618]

    <u>Objection Deadline</u>: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

      A. Debtors' and the Official Committee of Unsecured Creditors' Joint Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4767]

    <u>Related Documents</u>:

      A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4629]

    <u>Status</u>: This matter is going forward on a contested basis.

11. ***Otis William Dahman Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Otis William Dahman [ECF No. 4619]

    <u>Objection Deadline</u>: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

      A. Debtors' and the Official Committee of Unsecured Creditors' Joint Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4767]

    <u>Related Documents</u>:

      A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4629]

      B. Supplemental Statement Regarding Late Claim Motion [ECF No. 4644]

    <u>Status</u>: This matter is going forward on a contested basis.

12. ***Christopher Allan Freeman Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Christopher Allan Freeman [ECF No. 4620]

    <u>Objection Deadline</u>: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

       A. Debtors' and the Official Committee of Unsecured Creditors' Joint Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4767]

    Related Documents:

       A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4629]

       B. Supplemental Statement Regarding Late Claim Motion [ECF No. 4643]

    Status: This matter is going forward on a contested basis.

13. ***Trever James Olsen Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Trever James Olsen [ECF No. 4645]

    Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

       A. Debtors' and the Official Committee of Unsecured Creditors' Joint Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4767]

    Related Documents:

       A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4650]

       B. Letter from Trever Olsen Regarding Inability to Attend Hearing Due to Penitentiary COVID Protocol [ECF No. 4702]

    Status: This matter is going forward on a contested basis.

14. ***Nickolas C. Colbert Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Nickolas C. Colbert [ECF No. 4678]

    Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

       A. Debtors' and the Official Committee of Unsecured Creditors' Joint Omnibus Objection to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4767]

    Related Documents:

       A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4685]

       B. Letter from Nickolas C. Colbert Regarding Inability to Attend Hearing Due to Penitentiary COVID Protocol [ECF No. 4761]

Status: This matter is going forward on a contested basis

### III. CONTINUED MATTER:

15. ***KEIP/KERP Motion.*** Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4707]

   Objection Deadline: May 11, 2022 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, with respect to whom the Objection Deadline was extended to May 13, 2022 at 11:59 p.m. (prevailing Eastern Time)).

   Responses Received:

   A. Statement of the United States Trustee in Response to the Debtors' Motion for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4742]

   B. The Non-Consenting States' Limited Objection To Motion Of Debtors For Entry Of An Order Authorizing Implementation Of 2022 Key Employee Incentive Plan And 2022 Key Employee Retention Plan [ECF No. 4766][4]

   C. Notice Of Filing Of Exhibit 2 To The Non-Consenting States' Limited Objection To Motion Of Debtors For Entry Of An Order Authorizing Implementation Of 2022 Key Employee Incentive Plan And 2022 Key Employee Retention Plan [ECF No. 4768][5]

   Related Documents:

   A. Notice of Partial Adjournment of Hearing on Debtors' Motion for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4795]

   Status: This matter has been adjourned to June 15, 2022 at 10:00 a.m. (prevailing Eastern Time), solely with respect to the CEO's participation in the 2022 KEIP.

---

[4] This objection applies only to the portion of the Motion that has been adjourned to June 15, 2022 at 10:00 a.m. (prevailing Eastern Time).

[5] *Id.*

Dated: May 16, 2022
       New York, New York

                DAVIS POLK & WARDWELL LLP

                By: */s/ Eli J. Vonnegut*
                      Eli J. Vonnegut

                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile: (212) 701-5800
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Eli J. Vonnegut
                Christopher S. Robertson

                *Counsel to the Debtors*
                *and Debtors in Possession*