UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### ORDER REGARDING EIGHTH INTERIM FEE HEARING

Upon the motion, by notice of presentment, dated May 5, 2022 (the "**Scheduling Motion**")[2] of Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in these cases (collectively, the "**Debtors**") for entry of an order scheduling the Eighth Interim Fee Hearing for the three-month period from February 1, 2022 through and including April 30, 2022 for June 15, 2022, or at such other time as the Bankruptcy Court may determine; and the Court having jurisdiction to consider the Scheduling Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Scheduling Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Scheduling Motion.

before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Scheduling Motion and the opportunity for a hearing thereon having been provided; and there being no objections to the requested relief; and no additional notice or a hearing being required; and the Court having authority pursuant to section 331 of the Bankruptcy Code to permit applications for compensation for services rendered more often than once every 120 days; and, after due deliberation, the Court having determined that good and sufficient cause exists for the relief granted herein; now, therefore,

**IT IS HEREBY ORDERED THAT**

1. The Eighth Interim Fee Hearing is scheduled for June 15, 2022.

2. Any professional requesting compensation and/or reimbursement of expenses on an interim basis pursuant to the Interim Compensation Order is authorized to seek such compensation and/or reimbursement for the period from February 1, 2022 (or the effective date of retention) through and including April 30, 2022 at the Eighth Interim Fee Hearing.

3. The contents of the Notice and the notice procedures set forth therein are good and sufficient notice and satisfy the applicable Bankruptcy Rules and Local Rules, and no other or further notice of the request or the entry of this Scheduling Order is required.

4. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Scheduling Order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Scheduling Order.

Dated: White Plains, New York
      May 18, 2022

*/s/Robert D. Drain*
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE