```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
PURDUE PHARMA L.P., et al.,                                  :    Case No. 19-23649 (RDD)
                                                             :
                                    Debtors.¹                :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x
```

### ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 327(e) AND 328(a) AUTHORIZING RETENTION AND EMPLOYMENT OF REED SMITH LLP AS SPECIAL INSURANCE COUNSEL, EFFECTIVE MARCH 1, 2022

Upon the application, dated April 19, 2022 (the "Application"),² of the Debtors for entry of an order, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Bankruptcy Rule 2014-1, authorizing the employment and retention of Reed Smith LLP ("Reed Smith") as special insurance counsel to the Debtors, effective March 1, 2022, pursuant to the terms set forth in the Application, and granting such other relief as is just and proper, all as more fully set forth in the Application; and upon the Kramer Declaration and the Kesselman Declaration; and after due and sufficient notice of the Application and the opportunity for a hearing thereon, there being no objections to the requested relief; and no additional notice or a hearing being required; and the Court being satisfied with the representations made in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Application, the Kramer Declaration, and the Kesselman Declaration that Reed Smith neither holds nor represents an adverse interest to the Debtors or their estates, that it is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the Debtors' estates; and due and sufficient notice of the Application having been given under the particular circumstances; and sufficient cause appearing therefor, it is hereby:

**ORDERED, that:**

1. The Application is granted to the extent set forth herein.

2. Pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Bankruptcy Rule 2014-1, the Debtors, as debtors and debtors in possession, are authorized to employ and retain Reed Smith, effective as of to March 1, 2022, to serve as the Debtors' special insurance counsel in accordance with the Application, and this Order.

3. Reed Smith will counsel the Debtors in connection with the Debtors' insurance recovery matters.

4. Reed Smith shall apply for compensation and reimbursement in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court governing professional compensation and reimbursement for services rendered and charges and disbursements incurred, including the requirement to file monthly fee statements per the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [D.I. 529], subject to the rate structure described in the Kramer Declaration.

5. Reed Smith shall file fee applications for interim and final allowance of

compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Bankruptcy Rules, any orders of this Court, and any procedures as may be fixed by order of this Court.

6. Before implementing any increases in its hourly rates in these cases beyond the rates set forth in the Application, Reed Smith shall provide at least ten days' notice of any such increases to the Debtors, the United States Trustee, any Creditors Committee appointed in these cases and will file such notice with the Court. Reed Smith shall file a supplemental affidavit with the Court that explains the basis for the rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and states whether the Debtors have received notice of, and approved, the proposed rate increase. All parties in interest retain all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code.

8. In the event of a conflict among the Application, and the terms of this Order, this Order shall govern.

9. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: White Plains, New York
      May 18, 2022

                                                /s/ Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE