UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER ON MOTION FOR PROTECTIVE ORDER

The Court has received an *ex parte* motion, dated April 19, 2022 (the "**Motion**") of Roy Howard Murry, *pro se*, in which Mr. Murry represents that he is presently incarcerated in the State of Washington and that, while the Washington Department of Corrections has a policy that "legal mail" to an inmate shall be opened in the presence of the inmate, notices from the claims and noticing agent in these cases, Prime Clerk, LLC, are not being recognized as "legal mail" despite the presence on the envelope of the designations "Legal Notice" and "Legal Mail/Open in the Presence of Inmate," and thus are separately opened before delivery to him. The Motion therefore seeks an order directing that "all communications with him regarding this case be allowed to be sent and received directly to/from the Clerk of the Court." The Court has jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

2

Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding under 28 U.S.C. § 157(b). No additional notice or a hearing on the Motion is required. After due deliberation, the Court has determined that the order appointing Prime Clerk, LLC as claims and noticing agent in these cases should be amended as set forth herein; and sufficient cause appearing therefor, it is hereby

ORDERED that, as to Mr. Murry (a) all documents intended to be filed by Mr. Murray in this Court in these cases may be sent by him to the Clerk's Office for filing on the docket, (b) notices that would be sent by Prime Clerk, LLC to Mr. Murry on behalf of the Clerk's Office shall instead be sent by Prime Clerk to the Clerk's Office with a request that, as provided in this Order, they then shall be sent by the Clerk's Office to Mr. Murray, and (c) all communications by Mr. Murray, including as to his claim, to the Debtors may be sent by him to counsel for the Debtors; and it is further

ORDERED that nothing in this Order shall be construed to alter or in any way derogate any policy of the State of Washington Department of Corrections or change any deadlines applicable in these cases under any Bankruptcy Rules or orders of this Court.

Dated: White Plains, New York
       May 18, 2022                      */s/Robert D. Drain*
                                       U.S. Bankruptcy Judge