LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

– and –

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Alistair K. Fatheazam

*Special Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | **(Jointly Administered)** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**FIRST MONTHLY FEE STATEMENT OF LATHAM & WATKINS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 13, 2022 THROUGH MARCH 31, 2022**

| | |
|---|---|
| **Name of Applicant** | Latham & Watkins LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | April 18, 2022 [Docket No. 4670] |
| **Period for which compensation and reimbursement is sought** | January 13, 2022 to March 31, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation requested in this statement** | **$391,677.84[2]** **(80% of $489,597.30)** |
| **Total reimbursement requested in this statement** | **$794.52** |
| **Total compensation and reimbursement requested in this statement** | **$392,472.36** |
| **This is a(n):** __X__ Monthly Application ___ Interim Application ___ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code
(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the
"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States
Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order
Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel for the
Debtors Effective as of January 13, 2022*, dated April 18, 2022 [Docket No. 4670] (the "**Retention
Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement
of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim**

---

[2] This amount reflects a reduction in fees in the amount of $54,399.70 on account of a 10% discount that L&W agreed
to provide to the Debtors.

Compensation Order"), Latham & Watkins LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this first monthly fee statement of services rendered and expenses incurred for the period from January 13, 2022 through March 31, 2022 (the "**Fee Period**") seeking (i) compensation in the amount of $391,677.84, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (i.e., $489,597.30) and (ii) payment of $794.52 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

## **Itemization of Services Rendered and Disbursements Incurred**

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by L&W professionals and paraprofessionals during the Fee Period with respect to each of the project categories L&W established in accordance with its internal billing procedures. As reflected in **Exhibit A**, L&W incurred $489,597.30 in fees during the Fee Period. Pursuant to this Fee Statement, L&W seeks reimbursement for 80% of such fees, totaling $391,677.84.

2.     Attached hereto as **Exhibit B** is a chart of the L&W professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,105.[3] The blended hourly billing rate of all paraprofessionals is $407.[4]

---

[3] The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $487,316.70 by the total hours of 441.

[4] The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,280.60 by the total hours of 5.6.

3.     Attached hereto as **Exhibit C** is a chart of expenses that L&W incurred or disbursed in the amount of $794.52 in connection with providing professional services to the Debtors during the Fee Period.

4.     Attached hereto as **Exhibit D** are the time records of L&W for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

### Notice

5.     The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, L&W, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $391,677.84, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (i.e., $489,597.30) and (ii) payment of $794.52 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

LATHAM & WATKINS LLP

Dated:    May 19, 2022                    By:    _/s/ Ted A. Dillman_____
          New York, New York

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

– and –

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Alistair K. Fatheazam

*Special Counsel to the Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Third Party Release | 327.7 | $414,497.50 |
| Retention and Fee Application | 118.9 | $129,499.50 |
| **TOTAL** | | **$543,997.00** |
| **(Less 10% Discount)** | | **($54,399.70)** |
| **GRAND TOTAL** | **446.6** | **$489,597.30** |

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Garre, Gregory | Partner; joined firm in 2009; admitted in District of Columbia 1994, admitted in Illinois 1991 | $1,720 | 89.3 | $153,596.00 |
| Dillman, Ted | Partner; joined firm in 2008; admitted in California 2008 | $1,540 | 9.8 | $15,092.00 |
| Goldberg, Adam | Partner; joined firm in 2006; admitted in New York 2007 | $1,540 | 1.2 | $1,848.00 |
| Dameron, Charles | Associate; joined firm in 2018; admitted in District of Columbia 2017, admitted in Texas 2016 | $1,165 | 57.0 | $66,405.00 |
| Hansen, Shawn | Associate; joined firm in 2015; admitted in California 2015 | $1,165 | 36.3 | $42,289.50 |
| Konopka, Eric | Associate; joined firm in 2018; admitted in District of Columbia 2019, admitted in New York 2017 | $1,165 | 91.3 | $106,364.50 |
| Drain, Cherish | Associate; joined firm in 2020; admitted in District of Columbia 2019, admitted in Pennsylvania 2016 | $1,100 | 24.3 | $26,730.00 |
| Craddock, Josh | Associate; joined firm in 2019; admitted in Colorado 2019, admitted in District of Columbia 2020 | $990 | 61.2 | $60,588.00 |
| Fatheazam, Alistair | Associate; joined firm in 2020; admitted in New York 2019 | $990 | 53.8 | $53,262.00 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; admitted in Illinois 2009, admitted in California 2019 | $910 | 16.8 | $15,288.00 |
| Baeza, Olga | Senior Paralegal; joined firm in 1997 | $530 | .1 | $53.00 |
| Coffin, Rachel | Research Librarian; joined firm in 2019 | $470 | .5 | $235.0 |
| Montgomery, Quiana | Litigation Services Attorney; joined firm in 2018; admitted in District of Columbia 2019 | $470 | 3.8 | $1,786.00 |
| Baier, Matthew | Litigation Services Senior Coordinator; joined firm in 2011 | $410 | .4 | $164.00 |
| Crowley, Kelsey | Litigation Services Assistant; joined firm in 2022 | $370 | .8 | $296.00 |

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **TOTAL** | | | | **$543,997.00** |
| **(Less 10% Discount)** | | | | **($54,399.70)** |
| **GRAND TOTAL** | | | **446.6** | **$489,597.30** |

**<u>Exhibit C</u>**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Research | Docket | **$124.70** |
| Document Processing | Williams Lea LLC | **$30.00** |
| Messenger | Washington Express LLC | **$426.06** |
| Laser Copy | N/A | **$179.60** |
| Legal Research | Chapter 11 Dockets | **$27.92** |
| Postage | N/A | **$6.24** |
| **TOTAL** | | **$794.52** |

Exhibit C - 2

## **Exhibit D**

**Detailed Time Records**

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

May 18, 2022

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Philip C. Strassburger

E-Billing Vendor: Collaborati
E-Billing Accountant: Hamilton, Diahanna
Client-Internal Matter #: 20220003218

Please identify your payment with the following:

Invoice No. 2200304744
Matter Number 059646-0003

Tax Identification No.: 95-2018373

**Remittance Instructions**

WIRE TRANSFERS IN USD:          CHECKS:
        REDACTED

For professional services rendered through March 31, 2022

**Re:    Third Party Release**

| | |
|---|---:|
| Fees | $ 414,497.50 |
| Monthly Discount | (41,449.75) |
| **Total Due** | **$ 373,047.75** |



**LATHAM & WATKINS** LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/22 | GGG | 2.30 | Review district court decision |
| 01/13/22 | JJC | .30 | Confer with G. Garre regarding Second Circuit appeal |
| 01/14/22 | GGG | 1.00 | Continue to review district court decision |
| 01/14/22 | EJK | .50 | Confer with G. Garre regarding Second Circuit appeal (0.3); review motion for interlocutory appeal, order authorizing interlocutory appeal and district court docket (0.2) |
| 01/15/22 | JJC | 2.30 | Review and analyze circuit court precedent (2.0); review and analyze Purdue Pharma application for interlocutory appeal of the non-consensual third-party release issue (0.3) |
| 01/17/22 | GGG | .50 | Review 1292(b) petition (0.3); email correspondence with team regarding same (0.2) |
| 01/17/22 | JJC | 2.30 | Review and analyze bankruptcy court and district court decisions (1.3); review and analyze Second Circuit precedent (1.0) |
| 01/18/22 | GGG | .50 | Call with team regarding issues attendant to appeal |
| 01/18/22 | EJK | 1.50 | Discuss appeal with G. Garre, C. Dameron, and J. Craddock (0.5); begin to draft opening brief (1.0) |
| 01/18/22 | JJC | 1.30 | Call with team regarding arguments on appeal (0.5); review and analyze circuit court precedent (0.8) |
| 01/20/22 | CSD | 3.20 | Review and analyze district court order and district court appeal briefing |
| 01/20/22 | EJK | 2.70 | Review and analyze district court's decision on appeal and briefing |
| 01/20/22 | JJC | 3.90 | Review and analyze case law and treatises related to appeal arguments (0.9); draft outline of arguments supporting non-consensual third-party release (3.0) |
| 01/21/22 | CSD | 4.30 | Review district court order and district court appeal briefing (3.8); discuss outline of opening brief with J. Craddock, E. Konopka, and C. Drain (0.5) |
| 01/21/22 | CAD | 4.10 | Review underlying materials in preparation for drafting brief (3.6); call with team regarding opening brief (0.5) |
| 01/21/22 | EJK | 3.00 | Confer with C. Dameron, C. Drain and J. Craddock regarding next steps in case (0.5); review case materials and precedent (2.5) |
| 01/21/22 | JJC | 1.60 | Research regarding non-consensual third-party release |
| 01/22/22 | CSD | .20 | Correspond with C. Drain regarding plan for appellate |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | briefing |
| 01/22/22 | CAD | 4.50 | Analyze prior case law from the Second Circuit and other Circuits on third-party releases |
| 01/22/22 | EJK | .20 | Follow-up with C. Drain regarding briefing in case (0.1); review docket (0.1) |
| 01/23/22 | EJK | .90 | Draft Second Circuit appeal brief |
| 01/24/22 | GGG | .50 | Review background materials |
| 01/24/22 | CSD | 3.70 | Discuss plan for appellate briefing with C. Drain, E. Konopka, and J. Craddock (0.8); revise outline of opening brief (2.9) |
| 01/24/22 | CAD | 4.10 | Conference with C. Dameron, E. Konopka, and J. Craddock regarding strategy (0.8); analyze and draft argument regarding Second Circuit precedent for opening brief (3.3) |
| 01/24/22 | EJK | 1.30 | Discuss appeal with C. Dameron, C. Drain, and J. Craddock (0.8); revise outline (0.1); review legislative history (0.2); draft statement of case (0.2) |
| 01/24/22 | JJC | 3.00 | Confer with Latham team regarding strategy and outline of opening brief (0.8); draft statutory argument outline (2.2) |
| 01/25/22 | CSD | 4.70 | Draft and revise outline of opening brief |
| 01/25/22 | CAD | 5.00 | Review appellate materials for use in opening brief (0.3); continue analyzing and preparing argument regarding prior precedent and district court decision (4.7) |
| 01/25/22 | EJK | 1.40 | Review bankruptcy court and district court decisions (1.1); review case law on non-consensual third-party releases (0.3) |
| 01/25/22 | JJC | 1.20 | Draft outline of statutory arguments (0.5); review legislative history (0.7) |
| 01/25/22 | RC | .50 | Research and obtain older briefs requested by C. Drain |
| 01/26/22 | CSD | 1.70 | Draft and revise outline of opening brief |
| 01/26/22 | CAD | 1.10 | Prepare and analyze arguments for opening brief |
| 01/26/22 | EJK | 2.20 | Review and analyze bankruptcy court order and relevant case law |
| 01/26/22 | JJC | .30 | Review and analyze legislative history materials |
| 01/27/22 | GGG | 1.00 | Review background materials and case law and statement of issues (0.7); call with E. Konopka regarding statement of issues (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/27/22 | EJK | .80 | Review bankruptcy court decision confirming plan of reorganization (0.4); confer with G. Garre regarding statement of issues on appeal (0.3); review Second Circuit order authorizing interlocutory appeal (0.1) |
| 01/27/22 | JJC | .40 | Review and analyze order granting leave to appeal (0.2); review and revise questions presented in opening brief on appeal (0.2) |
| 01/28/22 | GGG | 2.30 | Review background materials and case law (2.0); email correspondence with team regarding same (0.3) |
| 01/28/22 | EJK | .60 | Review drafts of Second Circuit filings (0.4); confer with G. Garre regarding statement of issues (0.1); confer with G. Garre regarding scope of issues on appeal (0.1) |
| 01/28/22 | JJC | .30 | Revise statement of issues presented on appeal |
| 01/29/22 | GGG | 1.50 | Review statutory authority cases |
| 01/29/22 | EJK | .60 | Review cases on statutory and constitutional issues (0.5); respond to G. Garre regarding constitutional issue on appeal (0.1) |
| 01/29/22 | JJC | .10 | Review and analyze constitutional issues raised in the appeal |
| 01/30/22 | GGG | .30 | Call with client regarding issues attendant to case |
| 01/31/22 | GGG | .30 | Email correspondence with team regarding issues attendant to case |
| 01/31/22 | CSD | 4.70 | Provide comments on outline of opening brief |
| 01/31/22 | EJK | 1.20 | Review and edit draft outline of opening brief |
| 01/31/22 | JJC | .30 | Review and analyze outline of opening brief |
| 02/01/22 | GGG | 5.50 | Review and revise outline for brief (2.5); call with client regarding outline (1.0); call with client regarding potential amici (0.3); email correspondence with E. Konopka, C. Dameron, and J. Craddock regarding outline (0.2); review case law and briefs (1.5) |
| 02/01/22 | CSD | 2.40 | Comment on outline of opening brief |
| 02/01/22 | CAD | 1.40 | Review outline for opening brief and provide comments |
| 02/01/22 | EJK | 1.60 | Review and comment on outline of opening brief |
| 02/01/22 | JJC | .60 | Review draft outline of arguments in the appellate brief and provide comments |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/01/22 | OB | .10 | Review briefing schedule |
| 02/02/22 | GGG | 4.30 | Review draft outline for brief (1.7); call with E. Konopka, C. Dameron, and J. Craddock regarding same (1.0); call with opposing counsel regarding appeal (0.5); call with client regarding outline and related issues (0.3); email correspondence with E. Konopka, C. Dameron, and J. Craddock regarding outline (0.5); call with Davis Polk regarding outline (0.3) |
| 02/02/22 | CSD | 2.40 | Draft comments on outline of opening brief (1.4); call with LW team regarding opening brief (1.0) |
| 02/02/22 | EJK | 2.60 | Confer with G. Garre, C. Dameron, and J. Craddock regarding outline of opening brief and arguments on key issues in the case (1.0); review and revise outline of opening brief (1.3); participate in conference call with client, G. Garre, and co-counsel regarding opening brief (0.3) |
| 02/02/22 | JJC | 1.90 | Meeting with G. Garre, C. Dameron, and E. Konopka regarding the outline of the brief and possible arguments (1.0); draft bullet points addressing high level comments on the outline (0.2); analyze relevant statutory provisions (0.4); review and analyze comments from client regarding the outline (0.3) |
| 02/03/22 | GGG | 5.30 | Review draft brief (2.7); call with client regarding same (0.3); review background materials (1.5); call with client regarding issues attendant to brief (0.5); email correspondence with E. Konopka, C. Dameron, and J. Craddock regarding same (0.3) |
| 02/03/22 | EJK | 3.30 | Confer with G. Garre, C. Dameron, and J. Craddock regarding arguments in brief (0.3); review draft opening brief (3.0) |
| 02/03/22 | JJC | .90 | Review and analyze draft of appellate merits brief |
| 02/04/22 | GGG | 5.80 | Review draft brief (1.4); call with E. Konopka, C. Dameron, and J. Craddock regarding same (1.0); call with client regarding same (0.5); review comments on brief (0.4); review lower court decisions (2.5) |
| 02/04/22 | CSD | 2.90 | Review draft of opening brief in Second Circuit (1.9); discuss same with G. Garre, E. Konopka, and J. Craddock (1.0) |
| 02/04/22 | CAD | 3.90 | Review and revise draft of opening brief |
| 02/04/22 | EJK | 6.00 | Confer with G. Garre, C. Dameron, and J. Craddock regarding opening brief (1.0); revise opening brief, with particular emphasis on statement of the case (5.0) |
| 02/04/22 | JJC | 5.30 | Review and analyze precedent (0.3); confer with G. Garre, |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

LATHAM&WATKINS LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | C. Dameron, and E. Konopka regarding the draft appellate brief and proposed revisions (1.0); review and analyze draft brief (0.8); draft and revise statutory argument (3.2) |
| 02/05/22 | GGG | .30 | Email correspondence with E. Konopka, C. Dameron, and J. Craddock regarding appeal issue |
| 02/05/22 | EJK | 5.20 | Revise draft opening brief, with particular emphasis on statement of the case |
| 02/05/22 | JJC | 4.70 | Draft and revise appellate opening brief |
| 02/06/22 | GGG | 4.80 | Review and revise brief |
| 02/06/22 | CSD | 6.40 | Revise and edit Second Circuit brief |
| 02/06/22 | CAD | .20 | Review revisions to portion of opening brief |
| 02/06/22 | EJK | 10.20 | Revise draft opening brief, with particular emphasis on statement of the case (5.1); review and revise other sections of the brief (3.2); proofread brief (1.9) |
| 02/06/22 | JJC | 2.60 | Draft and revise section of the brief (1.6); review district court opinion and draft email to G. Garre regarding same (0.4); review and revise brief (0.6) |
| 02/07/22 | GGG | 5.80 | Review and revise brief (5.2); call with C. Dameron, E. Konopka and J. Craddock regarding brief (0.4); email correspondence with C. Dameron, E. Konopka and J. Craddock regarding brief (0.2) |
| 02/07/22 | CSD | 3.90 | Draft and revise introduction of Second Circuit brief (3.5); discuss briefing with G. Garre, E. Konopka, and J. Craddock (0.4) |
| 02/07/22 | EJK | 3.30 | Participate in conference call with G. Garre, C. Dameron, and J. Craddock regarding opening brief (0.4); draft opening brief (2.4); revise opening brief in light of changes from G. Garre and client (0.5) |
| 02/07/22 | JJC | .90 | Revise appellant brief in response to comments from G. Garre (0.5); confer with G. Garre, C. Dameron, and E. Konopka regarding revisions to the brief (0.4) |
| 02/08/22 | EJK | .30 | Review latest draft of opening brief |
| 02/08/22 | JJC | .40 | Review and analyze comments and revisions to the draft brief from client |
| 02/09/22 | GGG | 4.80 | Review and revise brief (3.5); meeting with C. Dameron, E. Konopka, and J. Craddock regarding same (0.5); call with Davis Polk regarding brief (0.1); email correspondence with Davis Polk regarding brief (0.7) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/09/22 | CSD | .90 | Revise Second Circuit brief (0.4); call with G. Garre, E. Konopka and J. Craddock regarding same (0.5) |
| 02/09/22 | EJK | 5.20 | Confer with G. Garre, C. Dameron, and J. Craddock regarding opening brief (0.5); draft summary of argument (1.2); review and revise opening brief (3.5) |
| 02/09/22 | JJC | 3.30 | Confer with G. Garre, C. Dameron, and E. Konopka about revisions to the opening brief (0.5); revise draft brief in response to comments from Davis Polk team and client (2.8) |
| 02/10/22 | GGG | 4.00 | Review and revise brief (2.3); email correspondence with E. Konopka regarding same (0.2); email correspondence with E. Konopka, C. Dameron and J. Craddock regarding same (0.5); call with client and Davis Polk regarding brief (1.0) |
| 02/10/22 | CSD | 1.00 | Revise summary of argument in Second Circuit opening brief (0.7); correspond with G. Garre regarding same (0.3) |
| 02/10/22 | EJK | 6.80 | Revise draft opening brief (2.1); research case law related to same (4.7) |
| 02/10/22 | JJC | .90 | Research the Second Circuit case law |
| 02/11/22 | GGG | 2.00 | Review and revise brief (1.0); call with E. Konopka regarding brief (0.4); review comments on brief (0.2); email correspondence with Davis Polk regarding brief (0.2); email correspondence with E. Konopka and J. Craddock regarding brief (0.2) |
| 02/11/22 | EJK | 2.20 | Discuss jurisdiction with G. Garre (0.4); review final changes to opening brief (1.4); work with DC Litigation Services on notices of appearance (0.4) |
| 02/11/22 | JJC | 2.70 | Finalize brief for filing in response to comments from G. Garre (1.3); review and analyze appellate brief of the Ad Hoc Group of Individual Victims (0.7); review and analyze appellate briefs of the Sackler families (0.7) |
| 02/11/22 | QAM | 3.80 | Research court procedure in order to draft, finalize, and electronically file notices of appearance for G. Garre, C. Dameron, J. Craddock, and E. Konopka |
| 02/14/22 | EJK | .50 | Work with DC Litigation Services to file notices of appearance (0.2); correspond with D. Chittaranjan regarding opening briefs (0.3) |
| 02/15/22 | JJC | .70 | Review and analyze Multi-State Governmental Entities Group brief |
| 02/19/22 | GGG | .30 | Review amicus briefs |
| 02/23/22 | MJB | .40 | Review applicable rules to calculate and calendar deadlines |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/03/22 | GGG | .30 | Review materials regarding settlement and email correspondence with team regarding same |
| 03/03/22 | KC | .80 | Review and pull the docket and amicus briefs |
| 03/04/22 | GGG | 5.00 | Review opening briefs and related materials |
| 03/04/22 | JJC | .60 | Prepare amicus briefs for G. Garre |
| 03/05/22 | GGG | .50 | Review opening briefs |
| 03/06/22 | GGG | .50 | Review amicus briefs |
| 03/07/22 | GGG | 1.00 | Review amicus briefs |
| 03/07/22 | CSD | 2.00 | Revise summary of argument in Second Circuit opening brief (1.8); correspond with G. Garre regarding same (0.2) |
| 03/07/22 | JJC | .80 | Review and analyze materials related to appeal |
| 03/09/22 | GGG | .30 | Call with client regarding issues attendant to appeal |
| 03/10/22 | GGG | .30 | Call with Davis Polk team regarding reply brief |
| 03/11/22 | GGG | .30 | Email correspondence with C. Dameron, E. Konopka, and J. Craddock regarding reply brief |
| 03/11/22 | EJK | .10 | Review response briefs |
| 03/11/22 | JJC | .20 | Confer with G. Garre regarding reply brief strategy |
| 03/12/22 | GGG | 2.80 | Review US Trustee brief (2.3); email correspondence with team regarding same (0.5) |
| 03/12/22 | EJK | .30 | Review opposition brief from the US Trustee |
| 03/12/22 | JJC | 2.50 | Review and analyze appellee brief from the U.S. Trustee (1.8); review and analyze Canadian Creditors brief (0.7) |
| 03/13/22 | GGG | 2.80 | Continue to review US Trustee brief (2.3); email correspondence with team regarding same (0.5) |
| 03/13/22 | EJK | .50 | Review opposition briefs filed in the Second Circuit |
| 03/13/22 | JJC | .40 | Review case law relied upon by the U.S. Trustee |
| 03/14/22 | GGG | 2.00 | Call with C. Dameron, E. Konopka, and J. Craddock regarding reply brief (0.8); meeting with client regarding same (0.2); call with Davis Polk team regarding same and follow up (0.7); review case law (0.3) |
| 03/14/22 | CSD | 3.30 | Discuss reply brief with G. Garre, E. Konopka, and J. Craddock (0.8); discuss reply brief points with Davis Polk team (0.7); review case law relating to U.S. Trustee's brief |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | (1.8) |
| 03/14/22 | EJK | 1.80 | Review answering briefs (0.3); confer with G. Garre, C. Dameron, and J. Craddock regarding reply brief (0.8); confer with co-counsel regarding reply brief (0.7) |
| 03/14/22 | JJC | 2.50 | Confer with co-counsel regarding reply brief strategy (0.7); review and analyze precedent cited by the U.S. Trustee (1.0); call with G. Garre, C. Dameron and E. Konopka regarding reply brief (0.8) |
| 03/18/22 | GGG | 2.50 | Review draft reply brief |
| 03/18/22 | EJK | 1.80 | Revise draft reply brief |
| 03/18/22 | JJC | 1.10 | Review and revise reply brief arguments |
| 03/19/22 | GGG | 1.80 | Review draft reply brief (0.5); call with C. Dameron, E. Konopka, and J. Craddock regarding same (1.3) |
| 03/19/22 | CSD | 2.00 | Review and analyze reply brief draft (0.7); discuss same with G. Garre, E. Konopka, and J. Craddock (1.3) |
| 03/19/22 | EJK | 1.90 | Confer with G. Garre, C. Dameron, and J. Craddock regarding reply brief (1.3); review draft reply brief (0.3); edit draft reply brief (0.3) |
| 03/19/22 | JJC | 2.10 | Confer with G. Garre, C. Dameron, and E. Konopka regarding revisions to the reply brief (1.3); revise section of reply brief (0.8) |
| 03/20/22 | GGG | .80 | Draft outline for reply |
| 03/20/22 | EJK | 7.90 | Revise draft reply brief |
| 03/20/22 | JJC | 3.20 | Review and revise reply brief arguments |
| 03/21/22 | GGG | 5.50 | Review and revise reply brief (5.2); email correspondence with team regarding same (0.3) |
| 03/21/22 | CSD | 5.30 | Revise Second Circuit reply brief |
| 03/21/22 | EJK | 6.00 | Revise Second Circuit reply brief |
| 03/21/22 | JJC | .70 | Revise reply brief in response to comments from G. Garre and Latham team |
| 03/22/22 | GGG | 2.50 | Review and revise reply brief |
| 03/22/22 | CSD | 1.10 | Revise Second Circuit reply brief |
| 03/22/22 | EJK | 1.30 | Revise draft Second Circuit reply brief in light of changes from G. Garre and co-counsel |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

9

**LATHAM&WATKINS**LLP

Invoice No. 2200304744
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/22/22 | JJC | 2.90 | Revise reply brief in response to comments from G. Garre and client |
| 03/23/22 | GGG | 3.50 | Review and revise reply brief (2.3); calls with Davis Polk regarding reply brief (0.5); email correspondence with team regarding reply brief and review materials regarding same (0.7) |
| 03/23/22 | CSD | .90 | Discuss revisions to reply brief with Davis Polk team (0.4); review and analyze revisions to reply brief (0.5) |
| 03/23/22 | EJK | 4.20 | Revise Second Circuit reply brief in light of changes from G. Garre and co-counsel |
| 03/23/22 | JJC | .90 | Review and respond to additional revisions to the reply brief from the broader litigation team |
| 03/24/22 | GGG | 2.20 | Call with Davis Polk regarding reply brief (0.1); review and revise reply brief (2.0); call with client regarding issues attendant to case (0.1) |
| 03/24/22 | EJK | 1.40 | Review amicus briefs (0.7); respond to G. Garre regarding issues raised in amicus briefs (0.3); review final draft of reply brief (0.4) |
| 03/24/22 | JJC | 1.00 | Review and analyze reply briefs from other appellants and parties |
| 03/29/22 | GGG | .30 | Email correspondence with team regarding oral argument |
| 03/30/22 | GGG | .30 | Call with Davis Polk regarding oral argument |
| 03/30/22 | JJC | .10 | Confer with G. Garre regarding oral argument preparation |

**Attorney:**

| | | | | |
|------|------|------|------|------|
| G G Garre | 88.30 | Hrs. @ | $ 1,720.00/hr. | $ 151,876.00 |
| C S Dameron | 57.00 | Hrs. @ | $ 1,165.00/hr. | $ 66,405.00 |
| E J Konopka | 91.30 | Hrs. @ | $ 1,165.00/hr. | $ 106,364.50 |
| C A Drain | 24.30 | Hrs. @ | $ 1,100.00/hr. | $ 26,730.00 |
| J J Craddock | 61.20 | Hrs. @ | $ 990.00/hr. | $ 60,588.00 |
| Q A Montgomery | 3.80 | Hrs. @ | $ 470.00/hr. | $ 1,786.00 |
| | 325.90 | | | $ 413,749.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

10

**LATHAM & WATKINS** LLP

Invoice No. 2200304744
May 18, 2022

---

**Other:**

| | | | | |
|---|---|---|---|---|
| O Baeza | .10 | Hrs. @ | $ 530.00/hr. | $ 53.00 |
| R Coffin | .50 | Hrs. @ | $ 470.00/hr. | $ 235.00 |
| M J Baier | .40 | Hrs. @ | $ 410.00/hr. | $ 164.00 |
| K Crowley | .80 | Hrs. @ | $ 370.00/hr. | $ 296.00 |
| | 1.80 | | | $ 748.00 |

**GRAND TOTAL:**   **327.70**                **$ 414,497.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304744 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

11

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

## INVOICE

May 18, 2022

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Philip C. Strassburger

E-Billing Vendor: Collaborati
E-Billing Accountant: Hamilton, Diahanna
Client-Internal Matter #: 20190002705

**Please identify your payment with the following:**

Invoice No. 2200304745
Matter Number 059646-0004

Tax Identification No.: 95-2018373

### Remittance Instructions

**WIRE TRANSFERS IN USD:**          **CHECKS:**
REDACTED

---

For professional services rendered through March 31, 2022

**Re:**    **Retention and Fee Application**

| | |
|---|---:|
| Fees | $ 129,499.50 |
| Monthly Discount | (12,949.95) |
| **Total Due** | **$ 116,549.55** |



**LATHAM&WATKINS**LLP

Invoice No. 2200304745
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/21/22 | TAD | .70 | Review retention application form (0.2); call with S. Hansen and A. Fatheazam regarding same (0.5) |
| 01/21/22 | SPH | 1.20 | Discuss retention application with T. Dillman and A. Fatheazam (0.5); review various correspondence related to engagement (0.4); research issues regarding same (0.3) |
| 01/21/22 | AKF | 3.20 | Telephone conference with T. Dillman and S. Hansen regarding retention application (0.5); review precedent retention applications (1.0); draft retention application (1.5); review correspondence regarding same (0.2) |
| 01/23/22 | SPH | .30 | Correspondence with G. Garre regarding engagement letter (0.1); correspondence with A. Fatheazam regarding retention application (0.2) |
| 01/24/22 | SPH | .20 | Correspondence with conflicts team regarding retention application |
| 01/24/22 | AKF | .40 | Correspond with Davis Polk regarding retention application (0.1); review retention application (0.3) |
| 01/27/22 | SPH | .70 | Discuss conflicts related items with R. Menjivar (0.4); correspondence with T. Dillman regarding conflicts analysis (0.3) |
| 01/28/22 | SPH | .20 | Correspondence with G. Garre regarding retention |
| 01/28/22 | AKF | 1.50 | Draft retention application (0.8); review engagement letter and related correspondence (0.3); review precedent regarding same (0.4) |
| 01/31/22 | TAD | .50 | Correspondence with G. Garre and S. Hansen regarding retention application |
| 01/31/22 | SPH | 1.40 | Research retention issues (0.8); correspondence with T. Dillman and A. Fatheazam regarding same (0.3); discuss same with T. Dillman (0.2); correspondence with L. Hilton regarding conflicts items (0.1) |
| 01/31/22 | AKF | 1.10 | Draft retention application (0.9); review engagement letter regarding same (0.2) |
| 02/01/22 | SPH | 1.70 | Review retention application and declaration (1.0); review case law related to same (0.5); correspondence with L. Hilton regarding retention matters (0.2) |
| 02/01/22 | AKF | 3.30 | Draft retention application |
| 02/02/22 | SPH | 1.60 | Review revisions to retention application (0.5); review revisions to declaration (0.5); review case docket (0.6) |
| 02/02/22 | AKF | 2.80 | Revise retention application (2.5); correspond with S. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304745 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

Invoice No. 2200304745
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Hansen and T. Dillman regarding same (0.3) |
| 02/03/22 | TAD | 1.20 | Review retention application (1.0); correspondence with S. Hansen and A. Fatheazam regarding same (0.2) |
| 02/03/22 | SPH | .50 | Review draft of retention application and declarations |
| 02/03/22 | AKF | 4.10 | Review and revise retention application (3.6); correspond with S. Hansen and T. Dillman regarding same (0.5) |
| 02/04/22 | TAD | .70 | Call with S. Hansen and A. Fatheazam regarding retention application |
| 02/04/22 | SPH | 1.30 | Discuss retention application with T. Dillman and A. Fatheazam (0.7); review revisions to same (0.4); discuss retention items with conflicts team (0.2) |
| 02/04/22 | AKF | 5.80 | Telephone conference with S. Hansen and T. Dillman regarding retention application (0.7); revise retention application and related declarations and exhibits (3.9); review Purdue docket, local rules and UST guidelines regarding same (1.2) |
| 02/05/22 | TAD | .80 | Review retention application (0.4); call with S. Hansen regarding same (0.4) |
| 02/05/22 | SPH | 4.70 | Review legal requirements related to retention (1.0); review conflicts information (0.5); draft portion of retention application (1.0); review docket (0.4); review and revise declarations (1.4); discuss documents with T. Dillman (0.4) |
| 02/05/22 | AKF | 4.20 | Review and revise retention application (0.9); draft retention declaration (1.4); review precedent and Purdue docket regarding same (1.3); correspond with S. Hansen and T. Dillman regarding same (0.6) |
| 02/06/22 | TAD | 1.00 | Review and revise retention application and related documents (0.8); correspondence with S. Hansen regarding same (0.2) |
| 02/06/22 | SPH | 2.30 | Review and revise declaration and retention application (1.0); correspondence with G. Garre regarding bankruptcy items (0.8); review company declaration (0.5) |
| 02/06/22 | AKF | 3.10 | Review and revise retention application (0.9); review and revise related declarations (0.8); review precedent, Purdue docket, local rules and UST guidelines regarding same (1.4) |
| 02/07/22 | GGG | .20 | Email correspondence with S. Hansen regarding retention application |
| 02/07/22 | AKF | 1.50 | Revise retention application (0.8); review conflicts reports regarding same (0.7) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304745 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM & WATKINS**LLP

Invoice No. 2200304745
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/08/22 | AKF | 1.80 | Revise retention application (0.9); review conflicts reports regarding same (0.9) |
| 02/09/22 | SPH | .50 | Prepare for (0.1) and discuss retention declaration and application with A. Fatheazam (0.4) |
| 02/09/22 | AKF | 2.40 | Telephone conference with S. Hansen regarding retention application (0.4); revise retention application and correspond with conflicts team regarding same (2.0) |
| 02/10/22 | SPH | .90 | Review retention items and revise declaration (0.7); correspondence with A. Fatheazam regarding same (0.2) |
| 02/10/22 | AKF | 3.30 | Revise retention application (0.9); revise related declarations (1.6); correspond with LW attorneys regarding disinterestedness disclosures (0.4); correspond with conflicts team regarding same (0.4) |
| 02/11/22 | SPH | .20 | Correspondence with A. Fatheazam regarding retention items |
| 02/11/22 | AKF | 2.60 | Revise retention application (0.9); revise related declarations (1.7) |
| 02/12/22 | SPH | 1.50 | Review case law related to retention standard (0.4); correspondence with T. Dillman regarding retention items (0.2); correspondence with various attorneys regarding retention and related items (0.4); review and revise declaration (0.5) |
| 02/12/22 | AKF | .40 | Correspond with S. Hansen regarding retention items |
| 02/13/22 | AKF | .40 | Correspond with S. Hansen regarding retention application (0.1); revise retention declaration (0.3) |
| 02/14/22 | SPH | .50 | Various correspondence regarding retention items (0.3); review analysis regarding same (0.2) |
| 02/14/22 | AKF | 1.30 | Correspond with LW attorneys regarding retention items (1.0); review application and declarations (0.3) |
| 02/15/22 | GGG | .80 | Review and revise retention application |
| 02/15/22 | SPH | .30 | Correspond with T. Dillman regarding retention documents |
| 02/16/22 | SPH | .70 | Discuss retention items with A. Davis (0.4); correspondence with G. Garre regarding retention (0.3) |
| 02/16/22 | AKF | .50 | Revise retention declaration (0.3); review correspondence regarding same (0.2) |
| 02/16/22 | ACD | .70 | Call with S. Hansen regarding LW retention application (0.4); review materials and research related to same (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304745 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2200304745
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/17/22 | SPH | 1.90 | Discuss retention materials with A. Davis (0.3); review various revisions to retention application (0.4); revise application and related declarations (0.9); correspondence regarding disclosures (0.3) |
| 02/17/22 | ACD | 2.70 | Review and edit LW retention application (1.6); review and analyze materials related to same (0.6); correspond with S. Hansen regarding LW retention application (0.2); call with S. Hansen regarding same (0.3) |
| 02/18/22 | TAD | 1.20 | Review retention application (0.3); correspondence (0.2) and call (0.7) with S. Hansen, A. Davis and A. Fatheazam regarding same |
| 02/18/22 | SPH | 1.30 | Attend telephone conference with T. Dillman, A. Davis and A. Fatheazam regarding retention application (0.7); review and revise retention application (0.5); correspondence with DPW regarding same (0.1) |
| 02/18/22 | AKF | 7.00 | Telephone conference with T. Dillman, S. Hansen and A. Davis regarding retention application (0.7); legal research regarding retention standards (3.4); review and revise retention application and declarations (2.9) |
| 02/18/22 | ACD | 2.40 | Review revised version of LW retention application (0.2); correspond with S. Hansen regarding same and related matters (0.3); review and analyze materials related to LW retention (0.7); prepare for (0.2) and participate in call with T. Dillman, S. Hansen, and A. Fatheazam regarding LW retention application (0.7); correspond with S. Hansen and A. Fatheazam regarding revisions to LW retention application (0.3) |
| 02/19/22 | AKF | .50 | Revise retention declaration (0.3); review correspondence and materials regarding same (0.2) |
| 02/21/22 | SPH | .50 | Telephone conference with DPW regarding retention |
| 02/22/22 | SPH | .30 | Discuss retention items with R. Menjivar (0.2); correspondence with T. Dillman regarding same (0.1) |
| 02/22/22 | ACD | .20 | Review and analyze correspondence regarding LW retention application and related matters |
| 02/23/22 | SPH | .50 | Discuss LW retention with DPW (0.3); correspondence with L. Hilton regarding retention (0.2) |
| 02/24/22 | TAD | .20 | Meet with S. Hansen regarding retention application |
| 02/24/22 | SPH | .90 | Discuss retention matters with T. Dillman (0.2); review DPW revisions to retention application (0.3); revise draft (0.4) |
| 02/24/22 | AKF | .80 | Revise retention application |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304745 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2200304745
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/24/22 | ACD | .20 | Review revised draft of LW retention application and correspondence related to same |
| 02/25/22 | TAD | 1.20 | Review revised retention application (0.7); correspondence with S. Hansen regarding same (0.1); call with same regarding same (0.4) |
| 02/25/22 | SPH | .40 | Discuss retention items with T. Dillman |
| 02/25/22 | ACD | .20 | Correspond with LW team regarding LW retention application |
| 02/28/22 | SPH | .80 | Revise declaration per comments from T. Dillman (0.6); correspondence with A. Davis regarding same (0.2) |
| 02/28/22 | ACD | 1.60 | Review and comment on draft LW retention application (1.0); research and review precedent related to same (0.4); correspond with T. Dillman and S. Hansen regarding same (0.2) |
| 03/01/22 | SPH | .20 | Correspondence with A. Davis regarding LW retention |
| 03/01/22 | ACD | .70 | Revise and edit LW retention application (0.6); correspond with S. Hansen regarding same (0.1) |
| 03/02/22 | TAD | .50 | Review revised retention application (0.4); correspondence with S. Hansen regarding same (0.1) |
| 03/02/22 | SPH | .70 | Discuss retention items with conflicts team (0.2); correspondence with T. Dillman regarding same (0.2); review draft (0.3) |
| 03/03/22 | SPH | .60 | Review and revise LW retention application and declaration regarding additional comments from T. Dillman |
| 03/04/22 | TAD | .20 | Correspondence with S. Hansen regarding retention application |
| 03/04/22 | AJG | 1.00 | Review and revise retention application (0.8); correspondence with Latham team regarding same (0.2) |
| 03/04/22 | SPH | .30 | Various correspondence regarding retention materials with conflicts team |
| 03/04/22 | ACD | .30 | Correspond with LW team regarding LW retention application and related matters |
| 03/05/22 | TAD | .20 | Review retention application comments (0.1); correspondence with S. Hansen regarding same (0.1) |
| 03/05/22 | SPH | .50 | Revise retention documents (0.3); correspondence with DPW regarding same (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304745 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2200304745
May 18, 2022

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/06/22 | SPH | .20 | Correspondence with A. Davis regarding disclosure items |
| 03/06/22 | ACD | 3.60 | Review and analyze LW connections to parties in interest (1.0); revise and update LW retention application based on same (2.5); correspond with LW team regarding same (0.1) |
| 03/07/22 | AJG | .20 | Correspondence with Latham team regarding retention application |
| 03/07/22 | SPH | 1.00 | Discuss retention item with A. Davis (0.5); correspondence with T. Dillman regarding same (0.2); correspondence with G. Garre regarding same (0.2); correspondence with conflicts team regarding same (0.1) |
| 03/07/22 | ACD | 1.30 | Prepare for (0.2) and participate in call with S. Hansen regarding LW retention application (0.5); correspond with S. Hansen regarding same (0.2); correspond with LW conflicts analysts regarding same (0.2); review revised draft of LW retention application (0.2) |
| 03/10/22 | SPH | .40 | Correspondence with DPW regarding retention items (0.2); revise retention application (0.2) |
| 03/10/22 | AKF | 1.80 | Review latest draft of retention application and related declarations |
| 03/11/22 | SPH | .50 | Correspondence with G. Garre regarding retention materials (0.2); review same (0.1); correspondence with DPW regarding update of review (0.2) |
| 03/15/22 | SPH | .30 | Revise draft of retention materials (0.2); correspondence with DPW regarding same (0.1) |
| 03/15/22 | ACD | .20 | Review and comment on revised draft of L&W retention application |
| 03/17/22 | SPH | .20 | Correspondence with DPW regarding retention (0.1); correspondence with G. Garre regarding same (0.1) |
| 03/21/22 | TAD | .20 | Correspondence with S. Hansen regarding retention application comments from client |
| 03/21/22 | SPH | .30 | Correspondence with Davis Polk regarding fee application |
| 03/22/22 | SPH | .20 | Correspondence with Davis Polk regarding UST outreach |
| 03/23/22 | TAD | .20 | Correspondence with S. Hansen regarding retention and UST comments |
| 03/23/22 | SPH | 1.90 | Discuss US Trustee comments with Davis Polk (0.7); correspondence with A. Davis and T. Dillman regarding same (0.6); review and revise retention materials per US Trustee comments (0.6) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304745 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2200304745
May 18, 2022

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/23/22 | ACD | 2.10 | Review comments from US Trustee regarding LW retention application and analyze materials related to same (1.2); draft and revise proposed response to US Trustee (0.5); correspond with S. Hansen and T. Dillman regarding same (0.4) |
| 03/24/22 | TAD | .60 | Call with S. Hansen regarding UST comments on retention application (0.4); correspondence with S. Hansen and A. Davis regarding same (0.2) |
| 03/24/22 | SPH | 1.20 | Telephone conference with T. Dillman regarding retention matters (0.4); various correspondence with G. Garre regarding retention items (0.4); review and revise declaration (0.4) |
| 03/24/22 | ACD | .40 | Correspond with LW team regarding LW retention application and US Trustee comments on same (0.3); review correspondence from DPW regarding same (0.1) |
| 03/25/22 | TAD | .40 | Correspondence with S. Hansen regarding retention application |
| 03/25/22 | SPH | .50 | Various correspondence with T. Dillman regarding retention documents (0.3); revise same (0.2) |
| 03/25/22 | ACD | .20 | Correspond with LW team regarding retention application (0.1); review correspondence with DPW regarding same (0.1) |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G G Garre | 1.00 | Hrs. @ | $ 1,720.00/hr. | $ 1,720.00 |
| T A Dillman | 9.80 | Hrs. @ | $ 1,540.00/hr. | $ 15,092.00 |
| A J Goldberg | 1.20 | Hrs. @ | $ 1,540.00/hr. | $ 1,848.00 |
| S P Hansen | 36.30 | Hrs. @ | $ 1,165.00/hr. | $ 42,289.50 |
| A K Fatheazam | 53.80 | Hrs. @ | $ 990.00/hr. | $ 53,262.00 |
| | 102.10 | | | $ 114,211.50 |

**Other:**

| | | | | |
|---|---|---|---|---|
| A C Davis | 16.80 | Hrs. @ | $ 910.00/hr. | $ 15,288.00 |
| | 16.80 | | | $ 15,288.00 |

**GRAND TOTAL:**    **118.90**                **$ 129,499.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304745 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8