LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

– and –

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Alistair K. Fatheazam

*Special Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | **(Jointly Administered)** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**SECOND MONTHLY FEE STATEMENT OF LATHAM & WATKINS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| **Name of Applicant** | Latham & Watkins LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | April 18, 2022 [Docket No. 4670] |
| **Period for which compensation and reimbursement is sought** | April 1, 2022 to April 30, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation requested in this statement** | **$89,522.64[2]** **(80% of $111,903.30)** |
| **Total reimbursement requested in this statement** | **$1,362.18** |
| **Total compensation and reimbursement requested in this statement** | **$90,884.82** |
| **This is a(n):    X  Monthly Application ___ Interim Application ___ Final Application** | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel for the Debtors Effective as of January 13, 2022*, dated April 18, 2022 [Docket No. 4670] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim**

---

[2] This amount reflects a reduction in fees in the amount of $12,433.70 on account of a 10% discount that L&W agreed to provide to the Debtors.

Compensation Order"), Latham & Watkins LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this second monthly fee statement of services rendered and expenses incurred for the period from April 1, 2022 through April 30, 2022 (the "**Fee Period**") seeking (i) compensation in the amount of $89,522.64, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (i.e., $111,903.30) and (ii) payment of $1,362.18 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by L&W professionals and paraprofessionals during the Fee Period with respect to each of the project categories L&W established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, L&W incurred $111,903.30 in fees during the Fee Period.  Pursuant to this Fee Statement, L&W seeks reimbursement for 80% of such fees, totaling $89,522.64.

2.      Attached hereto as **Exhibit B** is a chart of the L&W professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,239.[3]  The blended hourly billing rate of all paraprofessionals is $418.[4]

---

[3] The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $111,150.90 by the total hours of 89.7.

[4] The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $752.40 by the total hours of 1.8.

3.      Attached hereto as **Exhibit C** is a chart of expenses that L&W incurred or disbursed in the amount of $1,362.18 in connection with providing professional services to the Debtors during the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of L&W for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

## **Notice**

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, L&W, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $89,522.64, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (i.e., $111,903.30) and (ii) payment of $1,362.18 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

<div align="center">LATHAM & WATKINS LLP</div>

Dated:    May 20, 2022                    By:    */s/ Ted A. Dillman*
          New York, New York

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

– and –

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Alistair K. Fatheazam

*Special Counsel to the Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Third Party Release | 82.6 | $116,623.00 |
| Retention and Fee Application | 8.9 | $7,714.00 |
| **TOTAL** | | **$124,337.00** |
| **(Less 10% Discount)** | | **($12,433.70)** |
| **GRAND TOTAL** | **91.5** | **$111,903.30** |

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Garre, Gregory | Partner; joined firm in 2009; admitted in District of Columbia 1994, admitted in Illinois 1991 | $1,720 | 35.7 | $61,404.00 |
| Sherry, Melissa | Partner; joined firm in 2014; admitted in District of Columbia 2006 | $1,295 | 13.8 | $17,871.00 |
| Dameron, Charles | Associate; joined firm in 2018; admitted in District of Columbia 2017, admitted in Texas 2016 | $1,165 | 8.7 | $10,135.50 |
| Hansen, Shawn | Associate; joined firm in 2015; admitted in California 2015 | $1,165 | 1.0 | $1,165.00 |
| Konopka, Eric | Associate; joined firm in 2018; admitted in District of Columbia 2019, admitted in New York 2017 | $1,165 | 18.3 | $21,319.50 |
| Craddock, Josh | Associate; joined firm in 2019; admitted in Colorado 2019, admitted in District of Columbia 2020 | $990 | 6.3 | $6,237.00 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; admitted in Illinois 2009, admitted in California 2019 | $910 | 5.9 | $5,369.00 |
| Meyer, Jennifer | Litigation Services Managing Attorney; joined firm in 2018; admitted in New York 2001 | $470 | 1.7 | $799 |
| Crowley, Kelsey | Litigation Services Assistant; joined firm in 2022 | $370 | 0.1 | $37.00 |
| **TOTAL** | | | | **$124,337.00** |
| **(Less 10% Discount)** | | | | **($12,433.70)** |
| **GRAND TOTAL** | | | **91.5** | **$111,903.30** |

## Exhibit C

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Research | Docket | $115.10 |
| Messenger | Washington Express LLC | $19.98 |
| Filing Fees | N/A | $600.00 |
| Laser Copy | N/A | $30.10 |
| Travel Expenses | *See Travel Detail Below* | $597.00 |
| **TOTAL** | | **$1,362.18** |

Exhibit C - 2

| TRAVEL DETAIL | | | |
|---|---|---|---|
| **Date** | **Person Traveling** | **Description** | **Amount** |
| 4/25/22 | G. Garre | Train fare to and from New York for oral argument preparation session | $573.00 |
| 4/26/22 | M. Sherry | Parking while attending oral argument preparation session in New York | $24.00 |
| **TOTAL** | | | **$597.00** |

Exhibit C - 3

**<u>Exhibit D</u>**

**Detailed Time Records**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

May 19, 2022

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Philip C. Strassburger

E-Billing Vendor: Collaborati
E-Billing Accountant: Hamilton, Diahanna
Client-Internal Matter #: 20220003218

**Please identify your payment with the following:**

Invoice No. 2200304776
Matter Number 059646-0003

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

WIRE TRANSFERS IN USD:          CHECKS:

REDACTED

For professional services rendered through April 30, 2022

**Re:**    **Third Party Release**

| | |
|---|---|
| Fees | $ 116,623.00 |
| Monthly Discount | (11,662.30) |
| **Total Due** | **$ 104,960.70** |

**LATHAM & WATKINS** LLP

Invoice No. 2200304776
May 19, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/04/22 | GGG | 1.00 | Call with Davis Polk regarding oral argument (0.2); call with Akin Gump team regarding same (0.8) |
| 04/04/22 | CSD | 1.00 | Call with Davis Polk team and counsel for unsecured creditors' committee regarding oral argument (0.8); prepare for same (0.2) |
| 04/06/22 | GGG | .30 | Email correspondence with E. Konopka and C. Dameron regarding oral argument preparation |
| 04/06/22 | CSD | .40 | Discuss preparation of oral argument materials with E. Konopka and G. Garre |
| 04/06/22 | EJK | .60 | Confer with G. Garre and C. Dameron regarding oral argument questions and modules |
| 04/08/22 | EJK | 3.10 | Draft list of questions for oral argument |
| 04/11/22 | GGG | .30 | Email correspondence with Davis Polk regarding issues attendant to case |
| 04/11/22 | EJK | .90 | Develop responses to arguments presented in amicus brief of Prof. Brubaker |
| 04/12/22 | GGG | .30 | Call with client regarding issues attendant to case |
| 04/12/22 | CSD | .90 | Discuss preparation of oral argument materials with E. Konopka and G. Garre |
| 04/12/22 | EJK | 2.90 | Develop modules for arguments in amicus brief of Professor Brubaker |
| 04/13/22 | GGG | 1.00 | Prepare for oral argument preparation session (0.5); call with M. Sherry regarding oral argument (0.3); email correspondence with team regarding moot court (0.2) |
| 04/13/22 | JJC | .70 | Review and analyze Brubaker amicus brief to develop responses for oral argument |
| 04/14/22 | GGG | 3.50 | Participate in oral argument preparation session (2.7); email correspondence with E. Konopka regarding same (0.3); call with client regarding same (0.2); call with Davis Polk regarding same (0.3) |
| 04/14/22 | EJK | 2.70 | Participate in oral argument preparation session with G. Garre, co-counsel, and client |
| 04/15/22 | GGG | .30 | Call with client regarding issues attendant to case |
| 04/15/22 | JJC | 1.80 | Review and analyze Levitin amicus brief (0.6); draft responses to Levitin's arguments in preparation for oral argument (1.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304776 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2200304776
May 19, 2022

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/16/22 | CSD | 2.30 | Prepare oral-argument responses regarding certain arguments raised by amici |
| 04/17/22 | GGG | .30 | Review amicus pods and email correspondence with Davis Polk regarding same |
| 04/18/22 | EJK | 1.40 | Compile and review materials for oral argument preparation session (1.2); confer with M. Sherry regarding same (0.2) |
| 04/19/22 | EJK | .20 | Prepare materials for oral argument preparation |
| 04/21/22 | GGG | .30 | Review and revise memorandum on jurisdictional issue |
| 04/21/22 | CSD | .40 | Prepare oral-argument responses regarding amicus briefs and arguments |
| 04/21/22 | EJK | .90 | Confer with G. Garre and C. Dameron regarding oral argument panel and due process module for oral argument (0.3); review module regarding appellate jurisdiction (0.6) |
| 04/21/22 | JJC | .30 | Confer with G. Garre regarding oral argument |
| 04/22/22 | GGG | .30 | Review and revise due process memorandum |
| 04/22/22 | CSD | 1.60 | Prepare oral argument responses regarding amicus briefs and arguments |
| 04/23/22 | GGG | .30 | Review and revise due process memorandum |
| 04/24/22 | GGG | 3.80 | Prepare for oral argument preparation session (3.0); call with Davis Polk regarding oral argument (0.8) |
| 04/24/22 | EJK | .70 | Confer with G. Garre regarding case law and research |
| 04/25/22 | GGG | 6.50 | Participate in oral argument preparation session (2.8); listen to oral argument and email correspondence with team regarding issues (0.5); review cases and email correspondence with team regarding issues (2.8); email correspondence with team regarding issues attendant to case (0.2) |
| 04/25/22 | MAS | 4.00 | Review materials in preparation for oral argument preparation session |
| 04/25/22 | EJK | 1.70 | Review case law on appellate issues (1.0); respond to questions from G. Garre regarding case law in preparation for oral argument (0.7) |
| 04/25/22 | JJC | 1.00 | Review and analyze circuit court decisions in preparation for oral argument |
| 04/26/22 | GGG | 8.00 | Prepare for and participate in oral argument preparation session (6.2); follow up regarding same (1.0); email |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304776 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2200304776
May 19, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | correspondence with team regarding same (0.8) |
| 04/26/22 | MAS | 9.50 | Review materials in preparation for oral argument preparation session (5.0); participate in same (4.5) |
| 04/27/22 | GGG | 4.00 | Call with client and email correspondence with team regarding case law (1.0); prepare for oral argument preparation session (1.3); review draft argument and related materials and email correspondence with team regarding same (1.7) |
| 04/27/22 | EJK | .80 | Review case law (0.5); correspond with G. Garre regarding same (0.3) |
| 04/28/22 | GGG | 2.00 | Meeting with Davis Polk and team regarding oral argument (1.0); prepare for moot court session (1.0) |
| 04/28/22 | MAS | .30 | Review questions for oral argument |
| 04/29/22 | GGG | 3.30 | Attend oral argument (2.2); follow up regarding same (1.1) |
| 04/29/22 | CSD | 2.10 | Attend oral argument |
| 04/29/22 | EJK | 2.40 | Attend oral argument (2.2) correspond with G. Garre, C. Dameron, and J. Craddock regarding same (0.2) |
| 04/29/22 | JJC | 2.50 | Prepare for and attend oral argument |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G G Garre | 35.50 | Hrs. @ | $ 1,720.00/hr. | $ 61,060.00 |
| M A Sherry | 13.80 | Hrs. @ | $ 1,295.00/hr. | $ 17,871.00 |
| C S Dameron | 8.70 | Hrs. @ | $ 1,165.00/hr. | $ 10,135.50 |
| E J Konopka | 18.30 | Hrs. @ | $ 1,165.00/hr. | $ 21,319.50 |
| J J Craddock | 6.30 | Hrs. @ | $ 990.00/hr. | $ 6,237.00 |
| | 82.60 | | | $ 116,623.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304776 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4



**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

May 19, 2022

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Philip C. Strassburger

E-Billing Vendor: Collaborati
E-Billing Accountant: Hamilton, Diahanna
Client-Internal Matter #: 20190002705

<div style="color:white">

Please identify your payment with the following:

Invoice No. 2200304777
Matter Number 059646-0004

Tax Identification No.: 95-2018373

**Remittance Instructions**

WIRE TRANSFERS IN USD:          CHECKS:
                    REDACTED

</div>

For professional services rendered through April 30, 2022

**Re:**   **Retention and Fee Application**

| | |
|---|---|
| Fees | $ 7,714.00 |
| Monthly Discount | (771.40) |
| **Total Due** | **$ 6,942.60** |

LATHAM&WATKINS LLP

Invoice No. 2200304777
May 19, 2022

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/01/22 | ACD | .40 | Review LW retention papers prior to filing (0.3); correspond with S. Hansen regarding same (0.1) |
| 04/06/22 | JCM | .70 | Review/revise PHV applications for T. Dillman, G. Garre, and S. Hansen (0.5); emails to S. Hansen regarding same (0.2) |
| 04/07/22 | SPH | .70 | Review fee application materials (0.2); discuss same with A. Davis (0.5) |
| 04/07/22 | KC | .10 | Obtain DC COGS for G. Garre |
| 04/07/22 | ACD | 1.10 | Call with S. Hansen regarding preparation of LW fee applications (0.5); correspond with LW staff regarding same (0.2); brief review of precedent related to same (0.2); review local rules regarding same (0.2) |
| 04/07/22 | JCM | 1.00 | Apply for e-filing credentials for G. Garre and S. Hansen (0.4); finalize and file PHV applications for T. Dillman, G. Garre, and S. Hansen (0.6) |
| 04/08/22 | ACD | .40 | Review local rules for fee applications (0.2); correspond with LW team regarding related matters (0.2) |
| 04/11/22 | ACD | .20 | Correspond with LW team regarding fee application matters |
| 04/12/22 | SPH | .30 | Correspondence with Davis Polk regarding retention matters |
| 04/14/22 | ACD | .20 | Correspond with LW team regarding fee application process |
| 04/20/22 | ACD | 2.00 | Review LW invoices for compliance with local rules and US Trustee guidelines (1.9); correspond with S. Hansen regarding same (0.1) |
| 04/25/22 | GGG | .20 | Call with S. Hansen regarding issues attendant to case |
| 04/26/22 | ACD | .20 | Correspond with C. Wright regarding LW fee application and related matters |
| 04/27/22 | ACD | .80 | Review LW invoice for compliance with local rules and US Trustee guidelines (0.7); correspond with C. Wright regarding same (0.1) |
| 04/28/22 | ACD | .40 | Review LW invoice for compliance with local rules and US Trustee guidelines |
| 04/29/22 | ACD | .20 | Correspond with LW team regarding first monthly fee application and related matters |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304777 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2200304777
May 19, 2022

---

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G G Garre | .20 | Hrs. @ | $ 1,720.00/hr. | $ 344.00 |
| S P Hansen | 1.00 | Hrs. @ | $ 1,165.00/hr. | $ 1,165.00 |
| J C Meyer | 1.70 | Hrs. @ | $ 470.00/hr. | $ 799.00 |
| | 2.90 | | | $ 2,308.00 |

**Other:**

| | | | | |
|---|---|---|---|---|
| A C Davis | 5.90 | Hrs. @ | $ 910.00/hr. | $ 5,369.00 |
| K Crowley | .10 | Hrs. @ | $ 370.00/hr. | $ 37.00 |
| | 6.00 | | | $ 5,406.00 |

**GRAND TOTAL:**    **8.90**                **$ 7,714.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200304777 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3