UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER DENYING LATE CLAIM MOTIONS

Upon the motions of Michael T. O'Brien [Dkt. Nos. 4580, 4651], James Roland Sprayberry [Dkt. No. 4618], Otis William Dahman [Dkt. Nos. 4619, 4644], Christopher Allan Freeman [Dkt. Nos. 4620, 4643], Anthony Kristopher Olson [Dkt. Nos. 4583, 4652], Trever James Olsen [Dkt. No. 4645], and Nickolas Colbert [Dkt. No. 4678] (collectively, the "**Movants**" and each, a "**Movant**") seeking leave to file proofs of claim after the extended general bar date for claims to be filed in these chapter 11 cases (the "**Late Claim Motions**" and each, a "**Late Claim Motion**"); and the Court having jurisdiction to consider the matters raised in the Late Claim Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Late Claim Motions and the relief requested therein being a core proceeding under 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

§ 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' and Official Committee of Unsecured Creditors' objection [Dkt. No. 4767] to the Late Claim Motions; and upon the record of the hearing held by the Court on the Late Claim Motions on May 18, 2022 (the "**Hearing**"); and, after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, the Court having determined that each Movant has not established sufficient cause under Federal Rule of Bankruptcy Procedure 9006(b)(1) for the relief requested in his Late Claim Motion based on the information provided in such Late Claim Motion and the record before the Court; now, therefore, it is hereby

ORDERED that each Late Claim Motion is denied, without prejudice to the Movants' rights to file new motions that materially supplement the information provided in the Late Claim Motions; and it is further

ORDERED that this Order is deemed to be a separate order with respect to each Late Claim Motion.

Dated:   May 20, 2022
         White Plains, New York

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE