# United States Bankruptcy Court

## For the Southern District of New York

In re Purdue Pharma L.p. , Case No. 19-23649

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CRG Financial LLC                                      Movilitas Consulting Llc
Name of Transferee                                     NAME of Transferor

Name and Address where notices to transferee          Court Claim# (if known):   76
should be sent:

                                                       Amount of Claim:
CRG Financial LLC                                      Scheduled:         $30,508.50- Purdue Pharma L.P.
100 Union Ave                                          Proofs of Claim:   $36,600.39- Purdue Pharma L.P.
Cresskill, NJ 07626                                    Date Claim Filed:  11/20/2019

Phone:  (201) 266-6988                                 Phone:
Last Four Digits of Acct#:_____                 Last Four Digits of Acct#:_____

Name and Address where Transferee payments
should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Allison R. Axenrod_____    Date: 05/24/2022

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

## For the Southern District of New York

In re Purdue Pharma L.p. , Case No. 19-23649

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 76 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/24/2022.

| | |
|---|---|
| CRG Financial LLC | Movilitas Consulting Llc |
| Name of Alleged Transferee | Name of Transferor |
| - | - |
| 100 Union Avenue, Cresskill, NJ 07626 | 8675 Solutions Ctr , , Chicago , IL 60677-8006 |
| Address of Alleged Transferee | Address of Transferor |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Movilitas Consulting Llc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 100 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Assignment between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim or Claims, including any amounts owed as a cure with respect to a contract assumption, against Purdue Pharma L.p. or any of its co-debtor subsidiaries or affiliates (the "Debtor"),pending against Debtor in the United States Bankruptcy Court, for the Southern District of New York, jointly administered as Case No. 19-23649.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 04/21/2022.

By:  /s/ Olga Whitlatch
     Signature

   Olga Whitlatch
  Print Name/Title
  Movilitas Consulting Llc

IN WITNESS WHEREOF, Purchaser has signed below as of Monday, May 23, 2022.

By: /s/ Robert Axenrod
CRG Financial LLC