COMMONWEALTH OF MASSACHUSETTS
Office of the Attorney General
Sydenham B. Alexander III
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2353
sandy.alexander@mass.gov

*Counsel to the Commonwealth of Massachusetts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.*,[1] | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

## WITHDRAWAL OF APPEARANCE

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

The undersigned attorney, Sydenham B. Alexander III, hereby withdraws his appearance as counsel for the Commonwealth of Massachusetts in the above-captioned Chapter 11 cases, because he will conclude his service as an Assistant Attorney General on May 26, 2022. The Commonwealth will continue to be represented by Assistant Attorneys General Gillian Feiner and Eric Gold.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each of their federal tax identification number, as applicable, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143). UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' principal offices are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: May 25, 2022

Respectfully submitted,

/s/ Sydenham B. Alexander III
Sydenham B. Alexander III
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2353
sandy.alexander@mass.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 25, 2022, a true and correct copy of this document was served by electronic mail through the Court's CM/ECF system to all parties who are deemed to have consented to electronic service.

/s/ Sydenham B. Alexander III
Sydenham B. Alexander III
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2353
sandy.alexander@mass.gov