**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT COURT**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,* | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ORDER WITH RESPECT TO THE NAS CHILDREN AD HOC COMMITTEE'S MOTION TO COMPEL DEBTORS TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9006**

Upon the *Motion of the NAS Children Ad Hoc Committee* ("**NASG**") *to Compel Debtors to Produce Documents* [Dkt. No ___] (the "**Motion**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no other or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

further notice of the Motion being required; and after due deliberation, it is hereby **ORDERED** that:

1.  Debtors shall produce to NASG the full contents of all documents contained within the indexed database known as "PKDM", in native format and with associated metadata, including but not limited to all Preclinical Toxicology Studies, including reproductive toxicology, mutagenicity, genotoxicity, chromosomal, dose-ranging, exploratory, investigative or non-GLP studies regarding opioids in the possession of the Debtor(s).

2.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated:**                                                   _____
      White Plains, New York                      The Honorable Robert D. Drain
                                                                               United States Bankruptcy Judge