## Exhibit C - Proposed Requests in Relation to NASAHC's Motion To Compel Debtors to Produce Documents.

Please Produce in their original, unaltered, and complete form:

1) The full contents of, and all documents contained within, the indexed database known as "PKDM", in native format and with associated metadata, including not limited to all Preclinical Toxicology Studies, including reproductive toxicology, mutagenicity, genotoxicity, chromosomal, dose-ranging, exploratory, investigative or non-GLP studies regarding opioids in the possession of the Debtor(s). An excerpt of the PKDM index, from Buprenorphine worksheet rows 143-154, is attached here for exemplary purposes.

EXCERPT FROM PKDM INDEX- BUPRENOPHINE WORKSHEET- ROWS 143-153

