

Will Kovalchik <willkoval@thompsonbarneylaw.com>

## FW: RE: 19-23649 (RDD) Purdue NAS o/s Requests for Production FRIENDLY REMINDER

**donald@creadorelawfirm.com** <donald@creadorelawfirm.com>                Mon, May 23, 2022 at 3:02 PM
To: Will Kovalchik <willkoval@thompsonbarneylaw.com>, Kevin Thompson <kwthompsonwv@thompsonbarneylaw.com>,
Sarah Surber <ssurber@thompsonbarneylaw.com>
Cc: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>, "khr@khrlawoffices.com" <khr@khrlawoffices.com>

see message below
don

-----Original Message-----
From: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>
Sent: Monday, May 23, 2022 10:11am
To: "Hoff, Robert" <RHoff@wiggin.com>, "james.mcclammy@davispolk.com" <james.mcclammy@davispolk.com>,
"jacquelyn.swanner@davispolk.com" <jacquelyn.swanner@davispolk.com>, "esther.townes@davispolk.com"
<esther.townes@davispolk.com>, "Hayden Coleman - Dechert LLP (hayden.coleman@dechert.com)"
<hayden.coleman@dechert.com>, "Danielle Gentin Stock" <danielle.gentinstock@dechert.com>
Cc: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>, "khr@khrlawoffices.com"
<khr@khrlawoffices.com>, "Scott R. Bickford" <srb@mbfirm.com>, "Scott Markowitz"
<smarkowitz@tarterkrinsky.com>
Subject: RE: 19-23649 (RDD) Purdue NAS o/s Requests for Production FRIENDLY REMINDER

Rob-
Having not received any report on your end concerning the production of the PKDM and Veeva Vault, on our end we
extend the professional courtesy of writing to advise that the NASG will be seeking relief from the court in the form of
a motion to compel to be filed without further notice and intended to be scheduled for the June Omnibus Hearing.
Many thanks,
Don
o/b/o NAS Children Ad Hoc

Donald E. Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - Suite 1408
New York, New York 10123
(O) 212.355.7200
(C) 917.226.1881
donald@creadorelawfirm.com

-----Original Message-----
From: "Hoff, Robert" <RHoff@wiggin.com>
Sent: Wednesday, April 13, 2022 5:49pm
To: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>, "james.mcclammy@davispolk.com"
<james.mcclammy@davispolk.com>, "jacquelyn.swanner@davispolk.com" <jacquelyn.swanner@davispolk.com>,
"esther.townes@davispolk.com" <esther.townes@davispolk.com>, "Hayden Coleman - Dechert LLP

Thompson Barney Mail - 4 word (TG-23649 (RDD) Purdue NAS o/s Requests for Production FRIENDLY REMINDER    19-23649-shl    Doc 4871-4    Filed 05/25/22    Entered 05/25/22 22:04:19    Exhibit

EXHIBIT D    Pg 2 of 4    5/23/22, 5:10 PM

(hayden.coleman@dechert.com)" <hayden.coleman@dechert.com>, "Danielle Gentin Stock"
<danielle.gentinstock@dechert.com>
Cc: "khr@khrlawoffices.com" <khr@khrlawoffices.com>, "srb@mbfirm.com" <srb@mbfirm.com>
Subject: RE: 19-23649 (RDD) Purdue NAS o/s Requests for Production FRIENDLY REMINDER

Don:

Please let us know some dates and times next week that work for your team to follow up on this, and we'll coordinate
on our end.

Rob

**Robert S. Hoff**
Direct: 203.363.7626 | Cell: 203.273.6169 | rhoff@wiggin.com | v-Card
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

---

**From:** donald@creadorelawfirm.com <donald@creadorelawfirm.com>
**Sent:** Tuesday, April 12, 2022 5:44 PM
**To:** Hoff, Robert <RHoff@wiggin.com>; james.mcclammy@davispolk.com; jacquelyn.swanner@davispolk.com;
esther.townes@davispolk.com
**Cc:** khr@khrlawoffices.com; srb@mbfirm.com; donald@creadorelawfirm.com
**Subject:** RE: 19-23649 (RDD) Purdue NAS o/s Requests for Production FRIENDLY REMINDER

Hi Robert-
This is a friendly reminder to furnish us with a response to the subjects raised during last week's meet and confer and
described in the email below.
Many thanks,
Don
o/b/o NAS Children Ad Hoc

-----Original Message-----
From: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>
Sent: Monday, April 4, 2022 9:20am
To: "Hoff, Robert" <RHoff@wiggin.com>, "McClammy, James I." <james.mcclammy@davispolk.com>,
"jacquelyn.swanner@davispolk.com" <jacquelyn.swanner@davispolk.com>, "esther.townes@davispolk.com"
<esther.townes@davispolk.com>
Cc: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>, "Ken Robbin Law Offices"
<khr@khrlawoffices.com>, "Scott R. Bickford" <srb@mbfirm.com>
Subject: 19-23649 (RDD)
Purdue NAS o/s Requests for Production

Robert-
We have reviewed what has been produced as an exemplar.

We are requesting a meet and confer this week regarding production of the entirety of the contents of both (1) the Veeva vault and (2) the PKDM database, including but not limited to a complete set of the studies.

Many thanks,

Don

o/b/o NAS Children Ad Hoc


-----Original Message-----
From: "Hoff, Robert" <RHoff@wiggin.com>
Sent: Friday, March 11, 2022 3:23pm
To: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>,
"khr@khrlawoffices.com" <khr@khrlawoffices.com>, "srb@mbfirm.com" <srb@mbfirm.com>,
"cmehri@findjustice.com" <cmehri@findjustice.com>
Cc: "McClammy, James I." <james.mcclammy@davispolk.com>,
"jacquelyn.swanner@davispolk.com" <jacquelyn.swanner@davispolk.com>,
"esther.townes@davispolk.com" <esther.townes@davispolk.com>, "Ginger Asbill"
<g_asbill@tcdi.com>
Subject: Purdue NAS Production Today

Counsel:

In addition to the email that Jacquelyn sent a short time ago regarding confidentiality, I want to let you know that we plan to produce the NAS documents via FTP from our vendor, TCDI.  You will receive an email from Ginger Asbill from TCDI with an invitation to sign up to access the FTP, so please keep an eye out for that.

Rob

**Robert S. Hoff**
Wiggin and Dana LLP
Two Stamford Plaza, 281 Tresser Boulevard
Stamford, Connecticut 06901
Direct: 203.363.7626 | Cell: 203.273.6169 | rhoff@wiggin.com | v-Card
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents

(including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

WD03262012

CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 212-355-7200 and return the original message to us.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you. DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.