**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 19.5 | $5,865.00 |
| Case Assessment, Development & Strategy | 171.9 | $123,599.50 |
| Plan & Disclosure Statement Matters | 2.6 | $3,393.00 |
| Pre-Trial Pleadings & Motion Practice | 79.5 | $86,742.00 |
| Discovery | 220.9 | $192,780.00 |
| Retention & Fee Application Matters | 72.3 | $59,341.00 |
| **TOTAL** | | **$471,720 .50** |
| **(Less Discount)** | | **$61,323.67** |
| **GRAND TOTAL** | **566.70** | **$410,396.83** |