## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kramer | Partner; joined firm in 2008; admitted in New York 1985 | $1,305 | 40.50 | $52,852.50 |
| Aaron Javian | Partner; joined firm in 2018; admitted in New York 2006 | $1,215 | 9.20 | $11,178.00 |
| Lisa Szymanski | Partner; joined firm in 2010; admitted in New Jersey and Pennsylvania 2009 | $850 | 103.50 | $87,975.00 |
| Anthony Crawford | Partner; joined firm in 2012; admitted in New York 2017 | $715 | 90.70 | $64,850.50 |
| Paul Breene | Counsel; joined firm in 2008; admitted in New York 1984 | $1,290 | 128.30 | $165,507.00 |
| Shaun Lee | Associate; joined firm in 2021; admitted in New York 2017 | $700 | 56.50 | $39,550.00 |
| Adrienne Kitchen | Associate; joined firm in 2017; admitted in Illinois 2015 | $660 | 23.20 | $15,312.00 |
| Shikendra Rhea | Senior Paralegal; joined firm in 2019; N/A | $315 | 3.70 | $1,165.50 |
| Lianna Simmonds | Paralegal; joined firm in 2019; N/A | $300 | 111.10 | $33,330.00 |
| **TOTAL** | | | | **$471,720.50** |
| **(Less Discount)** | | | | **($61,323.67)** |
| **GRAND TOTAL** | | | **566.70** | **$410,396.83** |

Exhibit C - 2