**Exhibit C**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Data Hosting Fee | Gravity Stack LLC (database hosting service, provided by a wholly owned subsidiary of Reed Smith) | $164.02 |
| Access to Court Records (Monthly Subscription Fee) | Utah XChange, Administrative Office of the Court | $80.00 |
| **TOTAL** | | **$244.02** |

Exhibit C - 2