**Hearing Date and Time: June 15, 2022, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Date and Time: June 8, 2022, at 4:00 p.m. (prevailing Eastern Time)**
**Reply Date and Time: June 13, 2022, at 11:59 a.m. (prevailing Eastern Time)**

**TARTER KRINSKY & DROGIN**
*Counsel for NAS Children Ad Hoc Committee*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

### REVISED NOTICE OF THE NAS AD HOC COMMITTEE'S MOTION TO COMPEL PRODUCTION BY DEBTORS

**PLEASE TAKE NOTICE THAT**, on May 25, 2022, the NAS Ad Hoc Committee of (the **"NASG"**) filed a *Motion to Compel Debtors To Produce Documents* (the "**Motion**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

1

**PLEASE TAKE FURTHER NOTICE THAT**, a telephonic hearing on the Motion (the "**Hearing**") will be held on June 15, 2022 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), 300 Quarropas Street, Courtroom No.118, White Plains, New York 10601, or at such other time as the Court may determine.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to participate in the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by calling the following muted, listen-only number: 1 646 -558-8656, Meeting ID 918 33729693##, Passcode 858709.telephonically.[2]

**PLEASE TAKE FURTHER NOTICE THAT** any responses or objections that may be filed in response to Motion shall be received no later than **June 8, 2022 at 4:00 p.m**. (prevailing Eastern Time) and any reply in support of the Motion shall be filed by **June 13, 2022 at 11:59 a.m**. (prevailing Eastern Time). Such responses and objections shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Court and served in accordance with the *Second*

---

[2] A copy of General Order M-543 can be obtained by visiting:
http://www.nysb.uscourts.gov/news/courtoperationsunder- exigent-circumstances-created-covid-19.

2

*Amended Order Establishing Certain Notice, Case Management, and Administra1ive Procedures,* dated November 18, 2019 [ECF No. 498].

**PLEASE TAKE FURTHER NOTICE THAT**, any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default, *provided* that objecting parties shall attend the Hearing telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE THAT**, if no objections are timely filed and served with respect to the Motion, the NASG may, on or after the Objection Deadline, submit to the Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE THAT**, copies of the Motion may be obtained free of charge by visiting the website of http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

**PLEASE TAKE FURTHER NOTICE THAT**, the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

Dated: June 2, 2022
      New York, New York

                                         **TARTER KRINSKY & DROGIN LLP**
                                         Counsel for NAS Children Ad Hoc Committee

                                         By:   /s/ Scott Markowitz
                                                Scott S. Markowitz, Esq.

Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
Tel: (212) 216-8000
Email: smarkowitz@tarterkrinsky.com

4