UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll")[2] , the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

|  |  |
|---|---|
| Dated: June 1, 2022 | _/s/ Andrew Chan_<br>Andrew Chan |

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 1, 2022, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_/s/ Cindy C. Hosein-Mohan_
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4657 | Racher Press Inc.<br>Attn: Jennifer Donneruno<br>126 Fifth Ave 12th Fl<br>New York, NY 10011 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |
| 4658 | GCI Health New York<br>Attn: Allison Moody<br>200 Fifth Avenue<br>New York, NY 10010<br><br>GCI Health New York<br>P.O. Box 101890<br>Atlanta, GA 30392<br><br>GCI Health New York<br>Attn: Jesse B Schneider<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, NY 10019 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4659 | Dannemann Siemsen Advogados<br>Attn: Gustavo de Freitas Morais<br>Rua Marques Se Olinda 70 Parte<br>Rio De Janeiro 22251-040<br>Brazil<br><br>Dannemann Siemsen Advogados<br>Av. Rodolfo Amoedo, 300<br>Barra De Tijuca<br>Rio De Janeiro, RJ 22620-350<br>Brazil | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |
| 4660 | Watson Marlow Inc<br>Attn: Nancy Clifford<br>PO Box 536825<br>Pittsburgh, PA 15253-5904<br><br>Watson Marlow Inc<br>37 Upton Technology Drive<br>Wilmington, MA 01887 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |
| 4661 | NNE Us Inc. nka NNE, Inc.<br>1101 Slater Rd Ste 120<br>Durham, NC 27703 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4662 | Integreon Managed Solutions Inc<br>200 Regency Executive Park Drive<br>Suite 100<br>Charlotte, NC 28217 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |
| 4663 | Roda Creative Services<br>Attn: Marie Yeager, President<br>272 Brookwood Dr S<br>York, PA 17403<br><br>Roda Creative Services<br>1381 W Poplar St Ste 200<br>York, PA 17404 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |
| 4664 | University Of South Florida<br>Attn: Research Projects Receivables<br>PO Box 864568<br>Orlando, FL 32886-4568<br><br>University of South Florida<br>4019 E. Fowler Ave., Suite 100<br>Tampa, FL 33617-2008 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 4665 | Leverage Global Consulting, LLC<br>95 Clemence Street<br>Providence, RI 02903<br><br>Leverage Global Consulting, LLC<br>37 Bay View Dr<br>Jamestown, RI 02835 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |
| 4667 | Frazer Greene Upchruch & Baker LLC<br>Attn: Patty Rishe<br>PO Box 1686<br>Mobile, AL 36633<br><br>Frazer, Greene, Upchurch & Baker, L.L.C.<br>Attn: Blair Graffeo Mattei<br>104 Saint Francis Street, Suite 800<br>Mobile, AZ 36602 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 22, 2022 |