Judge Robert D. Drain
Name: Seung Han          D.O.C. # ~~[redacted]~~
D.O.B. July 29, 1988     Last 4 of Social Security: [redacted]

I am writing this letter to ask that you please honor my claims forms in this lawsuit against Purdue Pharma. Due to COVID 19, I have had no access to the law library, Internet Access, and visits during my incarceration since January 2017. The Pandemic has made it impossible to meet the bardate. My incarceration has been an ongoing thing through necessary time to file on time. So I am respectfully requesting a Hearing. Thank you for your time in this matter.

S. [signature]

Seung Han                    Phone # (253) 202-1064
Hope House
6247 Puget Sound Avenue South
Tacoma, WA 98409

FILED U.S. BANKRUPTCY COURT 2022 MAY 31 P 1:54 S.D. OF N.Y.

Seung Han
Hope House
6247 Puget Sound Avenue South
Tacoma, WA 98409

TACOMA WA 983
OLYMPIA WA
27 MAY 2022 PM 2 L

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

10601-414000


USMWP
SDNY