**SPEARS & IMES LLP**
Linda Imes
Christopher W. Dysard
Reed M. Keefe
Spears & Imes LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 213-6996
Facsimile: (212) 213-0849

*Attorneys for Dr. Craig Landau*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                                                                    :
*In re:*                                                            :
                                                                    :   Chapter 11
Purdue Pharma, L.P., et al.,                                        :
                                                                    :   Case No. 19-23649 (RDD)
                                           Debtors.                 :
                                                                    :   (Jointly Administered)
                                                                    :
------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, who are authorized to practice in this Court, hereby appear in the above-captioned cases as counsel to Dr. Craig Landau, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, and hereby request that all notices given or required to be given in connection with the above-captioned cases, and all papers served or required to be served in connection therewith, be given and served upon:

> Linda Imes
> Christopher W. Dysard
> Reed M. Keefe
> SPEARS & IMES LLP
> 51 Madison Avenue
> New York, New York 10010
> Telephone: (212) 213-6996
> Facsimile: (212) 213-0849

Email:   limes@spearsimes.com
cdysard@spearsimes.com
rkeefe@spearsimes.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the above-captioned cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the filing of this appearance shall not waive any defenses or arguments that may be available to Dr. Landau.  Any and all defenses and/or arguments available to Dr. Landau are hereby expressly preserved.

Dated:  New York, New York
June 13, 2022

By:   /s/ *Linda Imes*
Linda Imes (limes@spearsimes.com)
Christopher W. Dysard (cdysard@spearsimes.com)
Reed M. Keefe (rkeefe@spearsimes.com)
SPEARS & IMES LLP
51 Madison Avenue
New York, New York  10010
Telephone: (212) 213-6996
Facsimile:  (212) 213-0849

*Attorneys for Dr. Craig Landau*