# EXHIBIT 5

**To:** Mallin, William
**From:** Landau, Dr. Craig
**Sent:** Tue 4/28/2009 7:32:42 AM
**Subject:** RE: Minutes for REMS agenda item

Bill,

In typing the minutes, I missed a bit on the schedule for the Board call. Mind ringing me on my cell when you have a moment?

Thanks-
Craig

*Craig Landau, MD*
*Chief Medical Officer*
*VP Clinical, Medical and Regulatory Affairs*
*Purdue Pharma LLP*
*Stamford, CT 06901-3431*
*Cell*
*Office*
*Email:*

---

**From:** Mallin, William
**Sent:** Tuesday, April 28, 2009 8:19 AM
**To:** Landau, Dr. Craig
**Subject:** Re: Minutes for REMS agenda item

Bless you

---

**From:** Landau, Dr. Craig
**To:** Mallin, William
**Sent:** Tue Apr 28 08:09:52 2009
**Subject:** Minutes for REMS agenda item

Craig Landau and Burt Rosen gave a brief update on class REMS related activities. Purdue continues its involvement and maintains a lead role in the Industry Working Group (IWG) and Pain Care Forum – REMS Task Force. The recommendations supported by Purdue and introduced into the IWG and PCF discussions include: 1) expand scope of REMS to include IR products, 2) utilize the DEA as a certification body to ensure that all providers and dispensers have had the appropriate education and training related to prescribing and dispensing of controlled substances, and that 3) no patient registry should be introduced as it is almost certain to be ineffective at addressing abuse in non-patients and will serve to reduce access to legitimate patients. The IWG is meeting next on May 13th to discuss REMS content and plan for its involvement in FDA's recently announced public meeting scheduled for May 27-28. Follow-up on this important work stream will be communicated to the Ex Ops group as it is made.

*Craig Landau, MD*
*Chief Medical Officer*
*VP Clinical, Medical and Regulatory Affairs*
*Purdue Pharma LLP*
*Stamford, CT 06901-3431*


Cell
Office
Email:

CONFIDENTIAL

PPLPC020000241210