# EXHIBIT 8



**National Association of Attorneys General**

PRESIDENT
Douglas F. Gansler
Maryland Attorney General

PRESIDENT-ELECT
J.B. Van Hollen
Wisconsin Attorney General

VICE PRESIDENT
Jim Hood
Mississippi Attorney General

PAST PRESIDENT
Roy Cooper
North Carolina Attorney General

EXECUTIVE DIRECTOR
James McPherson

March 11, 2013

Margaret A. Hamburg, M.D.
Commissioner of Food and Drugs
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

Dear Dr. Hamburg:

Relief from pain is important to millions of individuals who suffer from chronic illness, and prescription drugs such as opioids have proven useful. However, the abuse of prescription drugs is a significant danger and has reached epidemic levels in many of our states.

Against this background, the development of tamper-resistant drugs provides an opportunity. Adding new physical and chemical features to prescription opioids to deter abuse could reduce misuse of these drugs and the sometimes deadly consequences. These products can be part of a comprehensive approach which should include prevention, interdiction, prosecution and substance-abuse treatment.

In our states, nonmedical users are shifting away from the new tamper-resistant formulations to non-tamper-resistant formulations of other opioids as well as to illegal drugs. There is great concern in our law enforcement community that many non-tamper-resistant products are available for abuse when only a few products have been formulated with tamper-resistant features.

As a specific example, we are concerned with the possibility that generic versions of extended-release opioid prescription drugs and other non-tamper-resistant products may reach the market. We applaud the FDA for expeditiously proposing guidelines establishing clear standards for manufacturers who develop and market tamper- and abuse-resistant opioid products while considering incentives for undertaking the research and development necessary to bring such products to market. Most importantly, we encourage the FDA to assure that generic versions of such products are designed with similar features.

Sincerely,

*Luther Strange*
Luther Strange
Alabama Attorney General

*Pamela Jo Bondi*
Pam Bondi
Florida Attorney General

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

Jack Conway
Kentucky Attorney General

Michael Geraghty
Alaska Attorney General

Dustin McDaniel
Arkansas Attorney General

John Suthers
Colorado Attorney General

Sam Olens
Georgia Attorney General

David Louie
Hawaii Attorney General

Lisa Madigan
Illinois Attorney General

Derek Schmidt
Kansas Attorney General

Janet Mills
Maine Attorney General

Roy Cooper
North Carolina Attorney General

Tom Horne
Arizona Attorney General

Kamala Harris
California Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Lenny Rapadas
Guam Attorney General

Lawrence Wasden
Idaho Attorney General

Tom Miller
Iowa Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

Douglas F. Gansler
Maryland Attorney General

Martha Coakley
Massachusetts Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Chris Koster
Missouri Attorney General

Tim Fox
Montana Attorney General

Jon Bruning
Nebraska Attorney General

Catherine Cortez Masto
Nevada Attorney General

Michael Delaney
New Hampshire Attorney General

Jeffrey Chiesa
New Jersey Attorney General

Gary King
New Mexico Attorney General

Eric Schneiderman
New York Attorney General

Wayne Stenehjem
North Dakota Attorney General

Mike DeWine
Ohio Attorney General

Scott Pruitt
Oklahoma Attorney General

Ellen Rosenblum
Oregon Attorney General

Kathleen Kane
Pennsylvania Attorney General

Luis Sánchez Betances
Puerto Rico Attorney General

Peter Kilmartin
Rhode Island Attorney General

Alan Wilson
South Carolina Attorney General

Robert E. Cooper, Jr.
Tennessee Attorney General

John Swallow
Utah Attorney General

Bob Ferguson
Washington Attorney General

J.B. Van Hollen
Wisconsin Attorney General

Marty J. Jackley
South Dakota Attorney General

Greg Abbot
Texas Attorney General

William H. Sorrell
Vermont Attorney General

Patrick Morrisey
West Virginia Attorney General

Greg Phillips
Wyoming Attorney General