# EXHIBIT 9

**UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER**

**Chu, Jennifer L.**

**Subject:** FW: Craig's diagnostic and forward plan for the Sackler Pharma Enterprise

Begin forwarded message:

**From:** Landau, Dr. Craig
**Date:** May 5, 2017 at 4:37:43 PM EDT
**To:** Mortimer Sackler
**Cc:** Landau, Dr. Craig
**Subject: Craig's diagnostic and forward plan for the Sackler Pharma Enterprise**

Dear Mortimer,

Per your request, I've attached a document outlining my thoughts on the issues facing the global enterprise, and what should be done to address them.  I'm really pleased that you and Dr. Kathe reached out and are planning to put a proposal forward to the Board.  Not sure of your plan, but please feel free to share with other Board members and reach out to me with any questions or clarifications you may need.

A couple of important things to note:

- I drew on files / data I had available to me from previous board meetings as I didn't wish to involve or engage others on this effort with requests for additional data. For this reason, while everything is directionally correct, certain individual stats may need to be updated.
- Much of the information and perspective written into the document is highly sensitive, and if available to my peers or their subordinates, could be very damaging. I'm certain you understand this and will ensure the document stays at the board level (I'm just a bit nervous).
- Lastly, I didn't "sugar coat" anything. While I like to be diplomatic, this is no time to mince words or be anything but direct. Hope it doesn't offend you or anyone on the Board. I wrote the document, including the proposed solutions as if it were **my** business.

Happy to hear of any feedback you may have whenever you have time.

Regards and enjoy the weekend.

-Craig

1

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests         PWG004670879
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL DOCUMENT

# Sackler Pharma Enterprise

DIAGNOSTIC AND FORWARD PLAN

Craig Landau, MD

## I. SITUATION

- The global Sackler pharmaceutical enterprise is at an inflection point with significant challenges to its cash flow, stability, and future.
- The U.S. Purdue organization, once a growth engine and primary funding source for the group is declining precipitously, faces intensifying headwinds and requires immediate stabilization.
- The expectation is that the <u>current</u> revenue decline in the US business will be offset by significant <u>future</u> revenue growth from **LAM** (consumer /OTC) and **Rhodes** (generics) where profit margins are low, there is limited intellectual property and significant business risk and complexity.
- Given the urgency of the issues laid out below, a fundamental reassessment of our operating model and strategy along with immediate change is needed in order to prevent further business decline and ensure a sustainable, growth-oriented business going forward.
- Maintaining the status quo should be considered an active decision and in my view, will likely lead to further deterioration of the business from which recovery is uncertain.

## II. THE ISSUES FACING OUR BUSINESS

- **Our current global investment strategy does <u>NOT</u> serve the best interest of the global enterprise or the shareholders.**
  - Three distinct business types (branded Rx/Biosimilars, consumer/OTC, generics) are being run through four separate regions (five if Rhodes is included), with the Board of Directors serving as the "de-facto" CEO.
  - The resultant global product mix has produced lower gross margins, high operating costs to net sales (39% U.S., 36% EU, 82% LAM, 30% Canada) vs. benchmark (25%-30% for similar sized pharma), elevated complexity, inefficiency, lack of focus and alignment, and as a result, heightened business risk.
  - The current business consists of over 70 different products across 49 different countries, with > 90% of profit for the global enterprise generated from only

1

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests    PWG004670880
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

**UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER**

- 12 countries, with the remaining countries in loss positions or generating minimal profit.
- Investments (infrastructure, R&D and BD) remain mostly non-strategic, short-term oriented with long payback periods, and given funding limitations, carry significant opportunity costs. In addition, there is inconsistency in how financials are reviewed with some countries using 10 year NPVs, some 15 year NPVs, and others ascribing large terminal values.
- Collectively, the IACs are pursuing too many therapeutic areas, and with the exception of opioid analgesics, we lack the focus, scale and necessary depth and breadth of expertise to invest and compete effectively in many regions. Despite many efforts across all regions, we have failed to establish a meaningful presence (i.e. a #1-2 position) in any other TA beyond pain.

■ **The US business is in a state of decline and will soon be unable to fund either/both investments or distributions going forward**

- Despite 20 years of success, the US business remains heavily reliant on OxyContin, a declining brand; appropriate investments have not been made to diversify the business and ensure a sustainable future.
- In spite of significant efforts, the recent BD-driven approach to re-growing the US business has not delivered on its promise. Further, there's been a reluctance to pursue smaller, "digestible" on- or near-market opportunities.
- There is a high rate of employee turnover, with many directors and executives having left the organization, and certain key employees at high flight risk.
- With an increasingly turbulent external environment and a business driven almost exclusively by opioid sales, the exodus of critical personnel and their experience <u>leaves the organization highly vulnerable to external threats</u> (FDA/regulatory, competitors, critics).
  □ Valuable organizational history (facts and nuances) has been lost, creating gaps in knowledge required to defend our position in a variety of legal settings.
  □ The essential and industry-leading opioid risk management / epidemiology function built through 2012 has been reduced to a "skeleton crew."
  □ While once strong, collaborative and respectful, our relationship and credibility with FDA has deteriorated over the past 3 years (e.g. failed

2

**PUBLICLY FILED PER ORDER [ECF 2404]**

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

PWG004670881

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

ADF/OxyIR Advisory Committee, Epidemiology sNDA defense, Phase IV ADF commitment submissions).

- The de-emphasis (by plan) of R&D has left the organization unable to innovate, create value internally, or effectively manage external R&D-driven opportunities (e.g. lemborexant, timeline and budget overruns).
  - Outsource Management, Clinical Development and Clinical Trial Operations functions have been downsized to a level inadequate to appropriately engage, manage, and/or oversee external clinical development projects in parallel to our partners and Contract Research Organizations.
  - Importantly, the R&D talent gap has also impaired our due diligence capabilities and ability to execute appropriately informed BD transactions with third parties.

- **Management incentives have been focused on top-line growth, with little to no focus on profitability.**
  - With U.S. Purdue financing severely limited, the LAM region is using debt to purchase expensive on-market genericized products in attempts to leverage the investment in recently built infrastructure.  Utilizing debt to fund operating costs is a high stakes gamble, not sustainable and should be a source of concern (i.e. Valeant model).
  - Over $1B US has been invested to date in emerging markets, with limited intellectual property, a high level of sovereign risk and increased business complexity.  Almost $6B in additional investments are required over the next 10-years to drive further growth in this region with only $2B in expected profit to be returned to the business.
  - While growth in certain consumer products ▮▮▮▮▮▮ is being established, the expansion of product offerings is too diverse, the margins too low, and business complexity too high.
  - The focus has been on expansion across countries with limited consideration for price, margins or infrastructure > leading to lack of profitability in many territories now and in the foreseeable future.
  - Certain products are currently being sold below fully loaded cost in some markets, as local management is shielded from true cost of goods and incented exclusively on sales.

3

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

PWG004670882

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER



**SUMMARY**

In the face of significant market pressures, our current investment strategy, a weak organic innovation pipeline, limited success in BD and limited resources for external assets, <u>the global business as it stands is not sustainable</u>.

PUBLICLY FILED PER ORDER [ECF 2404]
Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

PWG004670883

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

## III.  SOLUTIONS

### Guiding Principles and Strategic Overview

A true sense of urgency and a series of decisive actions are needed, and are outlined on the pages that follow.

One potential and significant change would be to appoint a global CEO and consolidate all regional businesses as one, multinational company. While doing so may in the long run provide substantial benefit, certain internal considerations may prevent this from occurring. Further, globalizing the business will introduce new challenges, complexities and risks that may be too great to endure at this critical time.

<u>However, there is reason to be optimistic</u>. The most significant issues negatively impacting the global enterprise (leadership, leadership incentives, investment strategy, lack of R&D, and heightened business complexity) can be addressed <u>without</u> full globalization, as the requisite understanding of the issues, necessary changes, and leadership <u>already exist</u> within the business.

The following principles **upon which the company was founded** should be followed on a global basis:

- Entrepreneurial, market-driven
- Delivery of innovative medicines that provide value to patients
- Restore a passion for the <u>development</u> of these innovative products
- Reliance on leadership with deep organizational experience and loyalty to the shareholders

We will adopt a strategy to re-trench, simplify the business and develop a pipeline and product portfolio that enables a sustainable future for the global enterprise. This strategy and the following steps (if taken immediately) are "no-regret moves" and will advance the business, <u>regardless</u> of potential future changes to regional or global structure:

- Stop the bleeding now (stop spending money on non-profitable products and territories)
- Drive immediate returns to the business (financial and qualitative)
- Install a focus on profitability, not top-line growth
- Implement leadership changes that leverage existing strengths, retain key talent and provide development opportunities and successors for the future
- Incur as little business disruption as possible

5

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

PWG004670884

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

The plan to achieve the above strategy requires pursuit and/or changes to the following four (4) elements:

1) Retain regional commercial centers with strong leadership and a clear vision

2) Create a global portfolio mgmt function to drive intelligent BD/R&D investments

3) Re-boot & globalize R&D to improve focus, save money, and enhance yield of new innovative products

4) Expand the remit of global operations to simplify operations and reduce COGs

| Retain Regional Commercial Centers | Create a Global Portfolio Management Function |
|---|---|
| Re-boot and Globalize R&D | Expand remit of Global Operations |

1. **Regional Commercial Centers**

Re-focus the business towards Regional Commercial Centers with accountability directly to the Board with each leader (below) responsible for their full end-to-end commercial P&L, excluding R&D expenses.   Regions will have responsibly for Sales & Marketing, Medical Affairs, Market Access, HR, Finance, Legal, Customer Service and some local presence for Regulatory, IT, Supply Chain and Distribution.

**Proposed leadership**:

    Europe +/- Australia (Antony Mattessich)

    U.S./Canada (Craig Landau)

    LAM +/- Australia (Raman Singh)

6

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

PWG004670885

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

Through active management by each **Regional Commercial Center**, the following actions should be taken in the immediate-, mid-, or long-term:

– Implement structural / leadership changes at Executive and Director levels to stabilize each business (**immediate**):
  □ Ensure retention of critical personnel
  □ Signal immediate change and revitalize organization with trusted leadership who has direct experience and credibility (internally and externally)
  □ Lay out regional and global priorities and dedication to a "one-for-all" approach to the global enterprise and shareholders

– Reduce Operating Costs (**immediate**):
  □ Cease operations in countries that are not profitable (both in LAM and EU), sell off country rights to products where sales are material enough to warrant.
  □ Reduce S&P / overheads, primarily in the LAM and US regions
    - LAM region accounts for approx. 28% of the global S&P overheads with expenses outpacing net sales growth and business losses through to 2019
    - In the U.S., immediately reduce S&P and overheads by ~$150M through across the board headcount reductions, with a disproportionate amount from the field force and a full zero-based discretionary spend review with a focus on analgesic marketing programs; S&P/overheads are currently at roughly $500M/yr, and while projected to decline, this decline is not fast enough in the face of further sales erosion.



7

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests    PWG004670886
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER



- <u>Undertake a comprehensive portfolio rationalization exercise</u> to determine which additional products to divest or out-license in select territories.

- <u>Clean up product profiles with SKU rationalization</u> in both developed and emerging markets.

- <u>Consider condensing the three **Rhodes** businesses into a single entity:</u>
  - Install focus on API manufacturing and unique, strategic opportunities that play on our Intellectual Property position and manufacturing capability.
  - Reduce infrastructure costs ensure proper management personnel and expertise is retained or recruited.



- <u>Drive growth by exploiting our position in opioids</u> to become the global leader in pain and adjacent therapies (**immediate**):
  - Restore appropriate focus on the patient, patient access and the proper practice of pain management across the global organization.

8

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests    PWG004670887
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

- □ Deploy Purdue Canada's guidelines-based "Patient First" program in the U.S. and other regions as a <u>global commitment and standard-setting approach</u> for pharmaceutical companies in the opioid space.
- □ Curtail traditional opioid product detailing by sales representatives and leverage Medical Science Liaisons, physician support and e-detailing/technology approaches that are more appropriate given the nature of the external environment, and far less expensive.
- □ Pursue a multi-health authority (global) initiative to align on opioid benefit-risk and measures to ensure appropriate patient access, labelling and risk mitigation measures.
- □ In the U.S., revive epidemiology / ADF strategy and re-engage FDA with constructive data acquisition plan and steps to ensure appropriate prescribing and physician engagement.
- □ Pursue opioid consolidation strategy as other companies abandon the space, creating a company focused entirely on abuse deterrent opioid and non-opioid analgesic therapeutics.
- □ More aggressively pursue a broader non-opioid Pain franchise including related CNS and Addiction opportunities.

– <u>Leverage Canada's progressive and leading position in the global Cannabis sector</u> by creating a distinct (separate) Canada-based, non-prescription **Medical Cannabis business** and **Center of Excellence** (**near term**):
- □ Leverages the unique local opportunity to shape the market and become a near term, credible leader in the space within Canada
- □ Will serve as the foundation for growth in other markets as continued regulatory and policy evolution creates business opportunities
- □ Capitalize on this rapidly growing global opportunity and associated market "frothiness" to generate near-term financial gain through a potential public offering of the business
- □ Create an innovation-driven R&D pipeline and associated IP estate to create and protect products that will benefit patients within and outside of Canada; these products can be deployed within the IAC framework to accommodating territories or out-licensed interested 3rd parties

9

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests    PWG004670888
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

## 2. Create a Global Portfolio Management Function

Absent a global CEO and unifying strategy, the **Global Portfolio Management** function would ensure that each region follow an appropriate and integrated BD/R&D investment strategy, where each investment is "worked up" with consistent standards, and is appropriately constructed to leverage our presence in multiple markets. The function would be comprised of three core representatives from BD, Finance and R&D, plus an "acting" Global CMO to provide clinical perspective:



CORE MEMBERS →

Business development (Paul Medeiros - EU)

Finance (Kelly Martin - Canada)

R&D (Julie Ducharme – U.S.)

-------------------------------------------------

(Acting) Global CMO (Craig Landau)

The Global Portfolio Management function would report to **Antony Mattessich**, to leverage his demonstrated commercial experience and strategic vision.

Through the active management of the **Global Portfolio Management** function, the following actions should be taken **immediately**:

- Lead the creation of an **Investment and Therapeutic Area Framework** to produce a focused, balanced and appropriate R&D pipeline and portfolio of marketed products.
  - ▫ The framework will guide BD / R&D investments with a decided TA focus and provide clarity for "off-target" investments on a regional or multi-regional basis.
  - ▫ At present, the TA focus for the Rx business should include pain, medical cannabis and other opportunities (e.g. better chemotherapy) that leverage our existing infrastructure and capabilities (commercial, R&D, market access).
  - ▫ Ensure continued adherence to the framework within and across regions.
  - ▫ The framework would also be instrumental in deciding on which non-core assets and franchises should be divested.

10

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests    PWG004670889
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

### 3. Re-Boot and Globalize R&D

Long-term, sustainable growth must be achieved through the development and commercialization of innovative, patent-protected medicines that bring recognized value and differentiation to patients and their physicians. Going forward, R&D and Clinical colleagues must have a more prominent voice in portfolio management as well as in determining overall business strategy for the IACs.

In addition, to be successful and cost effective, we must consolidate R&D under one leader with direct accountability to one of the Regional Commercial Leaders. All functions (e.g. pharmaceutics, analytics, virtual discovery, toxicology, clinical research and pharmacology, clinical trial operations, outsource management, pharmacovigilance, biostatistics, data management, regulatory affairs) will be integrated and managed more effectively and efficiently on a global basis.

Head of Global R&D to be **Julie Ducharme**, leveraging her excellent basic science experience, drug development, research network, administrative and clear communication skills.

Global R&D reports to **Craig Landau** to leverage his clinical experience and success and experience in drug development, regulatory strategy and health policy outcomes.

Through the active management of the **Global R&D** function, the following actions should be taken **immediately and in the mid-term**:

- <u>Perform a thorough review and analysis of all existing R&D programs</u>, regardless of source to decide whether to kill or continue with each project (**immediate**).
    - The review will be fearless and data-driven. Only pipeline projects with a clear and supportive business case will be funded. All others will be either divested, killed of shelved.
    - Programs that will be specifically challenged include lemborexant, VAN (V120083), TKA (VM902A), Sigma-1 and MR502 Triple (ICS/LABA/LAMA)

- <u>Implement additional restructure</u> within global R&D (**immediate**)
    - Adopt a more fully outsourced / variable pricing model with strategic partnerships with 2 or 3 global CROs and an appropriate number of boutique CROs offering repeated services within TAs of focus (e.g. pain, cannabis research, oncology, etc).

11

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests    PWG004670890
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

- Pursue staged investments in multiple, external, early stage projects and technologies (academia, biotech) (**mid-term**):
    - Provide downstream access to known programs and potential later stage R&D assets for acquisition, in-licensing or with an established equity position, returns driven through out-licensing or sale of assets to third parties.
    - Examples include Purdue Canada investments in:
        - Theracaine (lipophilic salt delivery platform for local anesthetics)
        - Amorchem (mucoadhesive nanoparticle platform for ophthalmology and other uses)

- Consider installing an external development engine (**mid-term**):
    - Invest and/or partner with one or two select (i.e. appropriately focused) VCs to access promising development stage assets for long term, and potentially joint-value creation where Purdue/Mundipharma could be the commercial outlet for products developed through the partnership, or participate financially through sale or out-license to a 3rd party.

### 4. Expand Remit of Global Operations

Continue to consolidate all API production, manufacturing, quality and supply chain operations across the globe, leveraging select manufacturing plants to provide lower cost of goods, an objective already under pursuit by the current head (David Lundie).

- Capacity optimization and plant closures to align with the product portfolio – now and in the future (i.e. Germany, Pickering, Treyburn)…following portfolio rationalization (secondary to portfolio management activity)
- Optimize production of API for both Purdue and 3rd parties (i.e. Rhodes Tech)

Head of Global Operations (**David Lundie** – no change from present)

Reporting to (**Antony Mattessich**) – no change from present)

12

PUBLICLY FILED PER ORDER [ECF 2404]

Produced by Purdue Pharma L.P., pursuant to Multistate Work Group Requests
Subject to the Confidentiality Agreement dated February 16, 2017
Confidential Treatment Requested

PWG004670891