SIMPSON THACHER & BARTLETT LLP
Jacob Waschak
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Tel: (310) 407-7500
Fax: (310) 407-7502
jacob.waschak@stblaw.com

*Attorney for Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-07005 (RDD) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jacob Waschak, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company in the above-referenced action. I certify that I am a member in good standing of the bar in the State of California. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Los Angeles, California
       June 13, 2022

                                    SIMPSON THACHER & BARTLETT LLP

                                    /s/ *Jacob Waschak*
                                    Jacob Waschak
                                    1999 Avenue of the Stars, 29th Floor
                                    Los Angeles, CA 90067
                                    Tel: (310) 407-7500
                                    Fax: (310) 407-7502
                                    jacob.waschak@stblaw.com

                                    *Attorney for Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company*