**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-07005 (RDD) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Jacob Waschak to be admitted, ***pro hac vice***, to represent Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ORDERED**, that Jacob Waschak, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced adversary proceeding to represent Defendants Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company, in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

Dated: June 13, 2022
      White Plains, New York

                                          **/s/ Robert D. Drain**
                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE