Hearing Date: June 15, 2022 at 10 a.m. EDT

KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

------------------------------------------x

**SUPPLEMENT TO THE FIRST INTERIM FEE APPLICATION OF
KLEINBERG, KAPLAN, WOLFF & COHEN P.C. AS COUNSEL TO THE
STATE OF WASHINGTON AND OTHER STATES FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 16, 2019
THROUGH AND INCLUDING APRIL 30, 2022**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* dated November 21, 2019 (Dkt. # 529) (the "Interim Compensation Order") and the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* dated March 10, 2022 (Dkt. # 4503) (the "Settlement Approval Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan" or the "Firm"), counsel to the State of Washington and, at times, to the States of Connecticut, Delaware, Oregon, Rhode Island, Vermont and the District of Columbia, submitted the *First Interim Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 16, 2019 through and including April 30, 2022* on May 16, 2022 (Dkt. # 4799) (the "The First Interim Fee Application").

Kleinberg Kaplan hereby submits this supplement to The First Interim Fee Application to attach copies of three invoices that were inadvertently omitted from Exhibit E of The First Interim Fee Application. The amounts reflected in these invoices do not constitute an increase in the amounts sought by Kleinberg Kaplan in The First Interim Fee Application, as those amounts were included in the amounts sought in The First Interim Fee Application. Kleinberg Kaplan will furnish a complete set of all invoices for the period of September 16, 2019 through and including April 30, 2022 to any party in interest upon request.[1]

**WHEREFORE**, as stated in The First Interim Fee Application, Kleinberg Kaplan respectfully requests (i) interim allowance of compensation for professional services rendered as counsel for Washington and the States in the amount of $2,434,808.70 in fees for the time period September 16, 2019 through and including April 30, 2022, and (ii) interim allowance of reimbursement of actual and necessary disbursements incurred and recorded by Kleinberg Kaplan in the amount of $89,448.01.

Dated: June 13, 2022

        Respectfully submitted,

        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

        By:  */s/ Matthew J. Gold*
             Matthew J. Gold
             Robert M. Tuchman

        500 Fifth Avenue
        New York, New York 10110
        Tel:  (212) 986-6000
        Fax:  (212) 986-8866
        E-mail:   mgold@kkwc.com
                       rtuchman@kkwc.com

        *Attorneys for the State of Washington*

---

[1] The amounts reflected in these invoices was previously supplied to the Fee Examiner for its review of the amounts sought.

2

12246731.1 - 06/13/22

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, New York 10110

June 12, 2020

Bill Number  91224
File Number  007263-00001

State of Washington
SAAG Administrator
Email:  SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Attn: Laura K. Clinton, Managing AAG

**FOR PROFESSIONAL SERVICES**

Thru May 31, 2020

Re: Purdue Pharma
    AGO #19-45. SWV# SWV0257876-00

**DISBURSEMENTS**

Outside Services - Litigation

| | | |
|---|---|---|
| 05/31/20 | Pacer Service Center - Inv# 5809194 -Q12020 04/06/20  - pd.06/10/20 ck#E010273 | 3.70 |
| | | $3.70 |
| | TOTAL DISBURSEMENTS | $3.70 |
| | TOTAL THIS BILL | $3.70 |

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, New York 10110

June 30, 2020

Bill Number  91764
File Number  007263-00001

State of Washington
SAAG Administrator
Email:  SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Attn: Laura K. Clinton, Managing AAG

**FOR PROFESSIONAL SERVICES**

Thru June 30, 2020

Re: Purdue Pharma
    AGO #19-45. SWV# SWV0257876-00

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/20 | MJG | Exchanging emails with T. O'Neill regarding proof of claim issues; conducting preliminary review of bar orders and notices | 1.10 Hrs | 890/hr | $979.00 |
| 06/10/20 | MJG | Exchanging emails with T. O'Neill regarding strategy conference call | 0.20 Hrs | 890/hr | $178.00 |
| 06/12/20 | MJG | Reviewing bar orders and notices and claims; conferring with T. O'Neill and M. Rodriguez regarding Washington proof of claim; reviewing transcript of 1/24 hearing regarding bar order | 2.80 Hrs | 890/hr | $2,492.00 |
| 06/15/20 | MJG | Reviewing transcript of hearing on bar date | 0.40 Hrs | 890/hr | $356.00 |
| 06/17/20 | MJG | Reviewing materials relating to collective proof of claim for states; preparing email to T. O'Neill regarding same | 2.20 Hrs | 890/hr | $1,958.00 |
| 06/18/20 | MJG | Revising email to T. O'Neill regarding proof of claim options | 0.40 Hrs | 890/hr | $356.00 |
| 06/25/20 | MJG | Reviewing T. O'Neill email regarding proof of claim issues | 0.20 Hrs | 890/hr | $178.00 |
| 06/26/20 | MJG | Preparing email to T. O'Neill regarding proof of claim issues | 0.40 Hrs | 890/hr | $356.00 |

State of Washington

|  |  | TOTAL LEGAL SERVICES | $6,853.00 |

**LEGAL SERVICES SUMMARY**

| Matthew J. Gold | 7.70 Hrs | 890/hr | $6,853.00 |
|---|---|---|---|
|  | 7.70 Hrs |  | $6,853.00 |

|  | TOTAL THIS BILL | $6,853.00 |

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, New York 10110

August 21, 2020

Bill Number   93472
File Number   007263-00001

State of Washington
SAAG Administrator
Email:  SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Attn: Laura K. Clinton, Managing AAG

**FOR PROFESSIONAL SERVICES**

Thru July 31, 2020

Re: Purdue Pharma
    AGO #19-45. SWV# SWV0257876-00

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/20 | MJG | Exchanging emails with T. O'Neill regarding bar date and proposed state joint claim; reviewing bar order and draft attachment regarding same | 0.80 Hrs | 890/hr | $712.00 |
| 07/07/20 | MJG | Reviewing T. O'Neill email regarding bar date issues | 0.20 Hrs | 890/hr | $178.00 |
| | | TOTAL LEGAL SERVICES | | | $890.00 |

**LEGAL SERVICES SUMMARY**

| | Hours | Rate | Amount |
|---|---|---|---|
| Matthew J. Gold | 1.00 Hrs | 890/hr | $890.00 |
| | 1.00 Hrs | | $890.00 |

**DISBURSEMENTS**

Lexis/Research Expense

| Date | Description | Amount |
|---|---|---|
| 06/30/20 | Bloomberg Law - Inv#120200601 05/01/20-05/31/20 (BNA) | 76.23 |
| 06/30/20 | Bloomberg Law - Inv#120200501 04/01/20-04/30/20 (BNA) | 27.43 |
| | | $103.66 |

Outside Services - Litigation

State of Washington

Re: Purdue Pharma
    AGO #19-45. SWV# SWV0257876-00

**DISBURSEMENTS**

Outside Services - Litigation

| | | | |
|---|---|---|---|
| 07/31/20 | Pacer Service Center - Inv#3974096-Q22020 7/7/20 - pd.07/21/20 ck#E010349 | 0.30 | |
| | | $0.30 | |
| | TOTAL DISBURSEMENTS | | $103.96 |
| | TOTAL THIS BILL | | $993.96 |