**TARTER KRINSKY & DROGIN**
*Counsel for NAS Children Ad Hoc Committee*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### NOTICE OF WITHDRAWAL OF THE NAS CHILDREN AD HOC COMMITTEE'S MOTION TO COMPEL DEBTORS TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004

**PLEASE TAKE NOTICE**, the NAS Children Ad Hoc Committee ("**NAS Committee**")

hereby withdraws without prejudice the motion to compel Debtors to produce documents pursuant

to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018) (the "**Motion To Compel**"), filed on

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors shall include their affiliates and other entities under their control. The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

May 25, 2022 under ECF Docket 4871.

Dated: June 14, 2022
       New York, New York

**TARTER KRINSKY & DROGIN LLP**
*Counsel for NAS Children Ad Hoc Committee*


By: /s/ Scott S. Markowitz
    Scott S. Markowitz, Esq.
    Rocco A. Cavaliere, Esq.
    Michael Z. Brownstein, Esq.
    1350 Broadway, 11th Floor
    New York, NY 10018
    Tel: (212) 216-8000
    Email: smarkowitz@tarterkrinsky.com
    Email: rcavaliere@tarterkrinsky.com
    Email: mbrownstein@tarterkrinsky.com

    **MARTZELL, BICKFORD & CENTOLA**
    Scott R. Bickford, Esq. (LA 1165)
    Spencer R. Doody, Esq. (LA 27795)
    338 Lafayette Street
    New Orleans, LA 70130
    Telephone: 504-581-9065
    Facsimile: 504-581-7635
    sbickford@mbfirm.com
    srd@mbfirm.com
    usdcndoh@mbfirm.com

    **CREADORE LAW FIRM PC**
    450 Seventh Avenue, 14th Floor
    New York, NY 10123
    Telephone: 212.355.7200
    Donald Creadore, Esq. (NY 2090702)
    donald@creadorelawfirm.com

    **LAW OFFICES OF KENT HARRISON
    ROBBINS, P.A.**
    242 Northeast 27th Street
    Miami, Florida 33137
    Telephone: (305) 532-0500
    Facsimile: (305) 531-0150
    Email: khr@khrlawoffices.com