**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., et al.,<br><br>Debtors.[1] | Chapter 11<br>Case Nos. 19-23649 (RDD)<br>Administratively Consolidated<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR EXPRESS SCRIPTS, INC., ESI MAIL PHARMACY SERVICE, INC., EVERNORTH HEALTH INC., EXPRESS SCRIPTS PHARMACY, INC., AND CURASCRIPT, INC.** |

It is hereby stipulated that Peter D. St. Phillip, Lowey Dannenberg, P.C., 44 South Broadway, Suite 1100, White Plains, NY 10601, be substituted as attorney of record for Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Evernorth Health Inc. (f/k/a Express Scripts Holding Company), Express Scripts Pharmacy, Inc., and CuraScript, Inc., in place and instead of the undersigned attorneys as of the date hereof.

All future pleadings and court filings should be served upon:

Peter D. St. Phillip
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
PStPhillip@lowey.com

[*Signature page follows*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| Withdrawing Attorneys: | Substitute Attorneys: |
|---|---|
| By: */s/ Daniel J. Saval* <br> Daniel J. Saval <br> **KOBRE & KIM LLP** <br> 800 Third Avenue <br> New York, NY 10022 <br> Tel: (212) 488-1200 <br> Email: daniel.saval@kobrekim.com | By: */s/ Peter D. St. Phillip* <br> Peter D. St. Phillip <br> **LOWEY DANNENBERG, P.C.** <br> 44 South Broadway, Suite 1100 <br> White Plains, NY 10601 <br> Tel: (914) 997-0500 <br> Email: PStPhillip@lowey.com |
| Dated: June 14, 2022 | Dated: June 14, 2022 |