DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
James I. McClammy
Eli J. Vonnegut
Darren S. Klein
Dylan A. Consla

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

### NOTICE OF FILING OF REVISED PROPOSED SUPPLEMENTAL ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT 2022 KEY EMPLOYEE INCENTIVE PLAN

**PLEASE TAKE NOTICE** that on April 27, 2022, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan* [ECF No. 4707] (the "**Motion**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that on June 13, 2022, the Debtors filed the *Debtors' Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan* [ECF No. 4894], including the proposed *Supplemental Order Authorizing the Debtors to Implement 2022 Key Employee Incentive Plan* (the "**Proposed Supplemental Order**") attached as Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised proposed *Supplemental Order Authorizing the Debtors to Implement 2022 Key Employee Incentive Plan* (the "**Revised Proposed Supplemental Order**"). The Revised Proposed Supplemental Order is attached hereto as **Exhibit A**. A blackline of the Revised Proposed Supplemental Order reflecting changes from the Proposed Supplemental Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Revised Proposed Supplemental Order resolve *The Non-Consenting States' Limited Objection To Motion Of Debtors For Entry Of An Order Authorizing Implementation Of 2022 Key Employee Incentive Plan And 2022 Key Employee Retention Plan* [ECF No. 4766], and there are no outstanding unresolved objections to the relief sought in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Revised Proposed Supplemental Order and all related papers may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 14, 2022
       New York, New York

                          DAVIS POLK & WARDWELL LLP

                          By: */s/ Marshall S. Huebner*

                          450 Lexington Avenue
                          New York, New York 10017
                          Telephone: (212) 450-4000
                          Facsimile:  (212) 701-5800
                          Marshall S. Huebner
                          James I. McClammy
                          Eli J. Vonnegut
                          Darren S. Klein
                          Dylan A. Consla

                          *Counsel to the Debtors*
                          *and Debtors in Possession*

# Exhibit A

**Revised Proposed Supplemental Order**

**<u>Exhibit B</u>**

**Blackline**