DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AMENDED AGENDA[2] FOR JUNE 15, 2022 HEARING

| | |
|---|---|
| Time and Date of Hearing: | June 15, 2022 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text**.

|  |  |
|---|---|
|  | **in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1 646-558-8656, Meeting ID 935 6178 3117 ##, Passcode 016489. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. |

I.  **UNCONTESTED MATTERS:**

1. *Interim Fee Applications.* Notice of Eighth Interim Hearing [ECF No. 4844]

    Objection Deadline: June 8, 2022 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    A.    Interim Fee Applications of the following applicants:

    **Debtors' Professionals**

    A. Dechert LLP [ECF No. 4815]
    B. Arnold & Porter Kaye Scholer LLP [ECF No. 4800]
    C. King & Spalding LLP [ECF No. 4827]
    D. Davis Polk & Wardwell LLP [ECF No. 4793]
    E. Jones Day [ECF No. 4553]
    F. Ernst & Young LLP [ECF No. 4780]
    G. AlixPartners, LLP [ECF No. 4831]
    H. Kroll Restructuring LLC [ECF No. 4781]
    I. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 4842]
    J. PJT Partners LP [ECF No. 4798]
    K. Grant Thornton [ECF No. 4804]
    L. Latham & Watkins [ECF No. 4864]

    **Official Committee of Unsecured Creditors' Professionals**

    A. Jefferies LLC [ECF No. 4822]
    B. Cole Schotz P.C. [ECF No. 4817]
    C. Province, Inc. [ECF No. 4825]
    D. Akin Gump Strauss Hauer & Feld LLP [ECF No. 4816]
    E. Kurtzman Carson Consultants LLC [ECF No. 4828]
    F. Bedell Cristin Jersey Partnership [ECF No. 4821]

    **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

    A. Brown Rudnick LLP [ECF No. 4829]

      B. FTI Consulting [ECF No. 4840]
      C. Otterbourg, P.C. [ECF No. 4839]
      D. Gilbert LLP [ECF No. 4836,4838]
      E. Kramer Levin Naftalis & Frankel LLP [ECF No. 4841]
      F. Houlihan Lokey Capital, Inc. [ECF No. 4837]

**Multi-State Governmental Entities**

      G. Caplin & Drysdale, Chartered [ECF No. 4749]

**The Nine's Professionals**

      H. Kleinberg Kaplan, Wolff & Cohen P.C. [ECF No. 4799, **4899**]
      I. Pullman & Comley, LLC [ECF No. 4809]

**Fee Examiner**

      J. Bielli & Klauder, LLC [ECF No. 4802]

    B. Supplemental Notice of Eighth Interim Fee Hearing [ECF No. 4866]

Status: This matter is going forward on an uncontested basis.

2. ***Jeffrey Karl Driver Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Jeffrey Karl Driver [ECF No. 4711]

    Objection Deadline: June 8, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

      A. Debtors' and The Official Committee of Unsecured Creditors' Joint Response to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4886]

    Related Documents:

      A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4720]

    Status: This matter is going forward on an uncontested basis.

3. ***Douglas Gallup Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date, filed by Douglas Gallup [ECF No. 4728]

    Objection Deadline: June 8, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' and The Official Committee of Unsecured Creditors' Joint Response to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 4886]

Related Documents:

    A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4739]

Status: This matter is going forward on an uncontested basis.

4. **KEIP/KERP Motion.** Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4707][3]

    Objection Deadline: May 11, 2022 at 12:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, with respect to whom the Objection Deadline was extended to June 9, 2022 at 12:00 pm and 11:59 p.m. (prevailing Eastern Time), respectively).

    Responses Received:

    A. Statement of the United States Trustee in Response to the Debtors' Motion for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4742]

    B. The Non-Consenting States' Limited Objection To Motion Of Debtors For Entry Of An Order Authorizing Implementation Of 2022 Key Employee Incentive Plan And 2022 Key Employee Retention Plan [ECF No. 4766]

    C. Notice Of Filing Of Exhibit 2 To The Non-Consenting States' Limited Objection To Motion Of Debtors For Entry Of An Order Authorizing Implementation Of 2022 Key Employee Incentive Plan And 2022 Key Employee Retention Plan [ECF No. 4768]

    Reply Deadline: June 13, 2022 at 12:00 p.m. (prevailing Eastern Time)

    Reply:

    A. Debtors' Statement in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4794]

---

[3] Solely with respect to the portion of the relief sought that was adjourned from the hearing held on May 18, 2022 at 10:00 a.m. (prevailing Eastern Time).

    B. **The Official Committee of Unsecured Creditors' Statement in Respect of Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan [ECF No. 4890]**

    C. Debtors' Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4894]

Related Documents:

    A. Notice of Partial Adjournment of Hearing on Debtors' Motion for Entry of an Order Authorizing Implementation of 2022 Key Employee Incentive Plan and 2022 Key Employee Retention Plan [ECF No. 4795]

    B. Letter in Response to Non-Consenting States' Limited Objection of May 11, 2022 [ECF No. 4893]

    C. **Notice of Filing of Revised Proposed Supplemental Order Authorizing the Debtors to Implement 2022 Key Employee Incentive Plan [ECF No. 4905]**

Status: This matter is going forward on an uncontested basis with respect to the 2022 KEIP as it pertains to the Chief Executive Officer.

    *[Remainder of page intentionally left blank]*

Dated: June 15, 2022
       New York, New York

                      DAVIS POLK & WARDWELL LLP

                      By: */s/ Eli J. Vonnegut*
                            Eli J. Vonnegut

                      450 Lexington Avenue
                      New York, New York 10017
                      Telephone: (212) 450-4000
                      Facsimile:  (212) 701-5800
                      Marshall S. Huebner
                      Benjamin S. Kaminetzky
                      Eli J. Vonnegut
                      Christopher S. Robertson

                      *Counsel to the Debtors*
                      *and Debtors in Possession*