## **Exhibit C**

**Declaration of Sudhakar Vidiyala**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                              | Chapter 11                    |
|                                     |                               |
| PURDUE PHARMA L.P., *et al.*,       | Case No. 19-23649 (RDD)       |
|                                     |                               |
|                     Debtors.[1]     | (Jointly Administered)        |

**DECLARATION OF SUDHAKAR VIDIYALA IN SUPPORT OF MOTION OF ASCENT PHARMACEUTICALS, INC. FOR LEAVE TO FILE LATE PROOFS OF CLAIM**

I, Sudhakar Vidiyala, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. Purdue Pharma L.P. ("Purdue"), Purdue Pharmaceuticals L.P., Rhodes Technologies, P.F. Laboratories, Inc., and Purdue Pharma Technologies Inc. (collectively, the "Purdue Entities") and Ascent Pharmaceuticals, Inc. ("Ascent") were parties to two actions (the "Patent Litigation"), filed in 2018 in the United States District Court for the District of Delaware, concerning the validity and enforceability of certain patents held by the Purdue Entities, and whether Ascent infringed on the Purdue Entities' patents by seeking approval from the United States Food and Drug Administration (the "FDA") for its own oxycodone products (the "Ascent Products").

---

[1] The debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. On March 27, 2019, to resolve the Patent Litigation, Ascent and the Purdue Entities entered into three related and integrated agreements: ▮

3. ▮

4. ▮

5. On January 14, 2022, Purdue asserted that Ascent failed to provide written notice of ▮ prior to October 1, 2021. Thus, according to Purdue, by its terms, the ▮ terminated on December 31, 2021. Ascent responded by letter on January 17, 2022 disputing Purdue's position.

6. On February 3, 2022, the Purdue Entities reiterated that Ascent breached the ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████ Purdue then cited the purported ████████████████████ breach as grounds to terminate the ████████████████████████████████████.

7. On February 28, 2022, Ascent provided the Purdue Entities with ██████ ████████████████████████ following the February 3, 2022 letter.

8. On April 6, 2022, Purdue allegedly terminated the ████████████ ████████ by letter based on Ascent's alleged failure to ████████████████ ████████. Purdue also purportedly terminated the ████████████████ based on Ascent's alleged breach of the ████████████████████ and the alleged failure to cure such breach. Purdue maintains that the ████████████ remains in full force and effect.

9. Ascent planned to ██████████████████████████████████ ████████████████████ but cannot do so without the rights conveyed to it under the Agreements.

10. As more fully explained in the adversary complaint that Ascent plans to file imminently, the above-referenced conduct of the Purdue Entities damaged Ascent in an amount to be proven at trial.

Dated: June 15, 2022

*[signature]*

Sudhakar Vidiyala