**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
Bruce G. Paulsen
Robert J. Gayda
Catherine V. LoTempio
Paul B. Koepp

*Counsel to Ascent Pharmaceuticals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 19-23649 (RDD)** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| | **(Jointly Administered)** |
| Debtors.[1] | |
| **ASCENT PHARMACEUTICALS, INC.** | |
| Plaintiff, | **Adv. Pro. No. -\_\_\_\_\_** |
| v. | |
| **PURDUE PHARMA L.P., P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., PURDUE PHARMA TECHNOLOGIES, INC., and RHODES TECHNOLOGIES,** | |
| Defendants. | |

---

[1] The debtors in the related chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SK 37894 0001 9556818

- 2 -

## COMPLAINT

**[Submitted to Chambers pursuant to Judge Robert D. Drain's Chambers' Rules pending determination on Plaintiff's Motion for Entry of Order Pursuant to 11 U.S.C. § 105(A), 107(B), and Fed. R. Bankr. P. 9018 Authorizing Filing of Complaint under Seal]**

SK 37894 0001 9556818