United States Bankruptcy Court

Southern District of New York

In re: Purdue Pharma L.P.                                             Chapter 11

Case No. 19-23649

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

　　　　PLEASE TAKE NOTICE that Indoet Ltd., a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Indoet Ltd.
401 Park Ave South
New York NY, 10016

Additional Former Address
Indoet Ltd.
12 Benedict Road
Cold Spring, NY 10516

New Address
Indoet Ltd.
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for Indoet Ltd.

By: _Jeffrey Silverstein_

Name: Jeffrey Silverstein

Title: Owner

Date: Jun 20 2022 09:24 EDT