*CONFIDENTIAL*                                                      03/08/2022

To:  Honorable Judge Robert D. Drain and
     Honorable Judge Shelley C. Chapman
     United States Bankruptcy Court
     Southern District of New York
     300 Quarropas Street, Room 248
     White Plains, NY  10601

Cc: Davis, Polk, & Wardwell, LLP
    Debtor's Counsel
    450 Lexington Avenue
    New York, NY 10017

In re:  PURDUE PHARMA L.P., et al., Debtors
        Chapter 11 Bankruptcy
        Case No. 19-23649 (RDD) (Jointly Administered)

From: 

-Motion to Reclassify Claim # ▮▮▮▮ to Priority Unsecured Claim


    Your Honors Judge Robert Drain and Judge Shelley Chapman,

I am ▮▮▮▮▮▮▮, the proud daughter and the Executor of the Estate of

▮▮▮▮▮▮▮, for which I have timely filed a claim against Purdue Pharma, L. P.

and it's associated Debtors on my deceased Father's behalf, due to his severe addiction

spanning over ten years to opioid pain medications that included the abuse of Oxycontin.

    Your Honors, I do believe that my asserted claim # ▮▮▮▮ should be reclassified

as a Priority Unsecured Claim in order to receive proper restitution due to Purdue Pharma LP's criminal actions, and should not be classified as a General Unsecured Claim.

"Purdue Pharma, the maker of OxyContin, has agreed to plead guilty to criminal charges related to its marketing of the addictive painkiller, and faces penalties of roughly $8.3 billion, the Justice Department announced on Wednesday. In a statement issued after the announcement of the deal, Steve Miller, chairman of the company board, said: "Purdue deeply regrets and accepts responsibility for the misconduct detailed by the Department of Justice in the agreed statement of facts." Source; The New York Times, article By Jan Hoffman and Katie Benner Published Oct. 21, 2020, Updated Sept. 1, 2021.

The Burden of Proof against Purdue Pharma, L.P. and it's Debtors for Priority Unsecured Claim status has been met by me, through the preponderance of evidence of clear and convincing evidence found in the evidentiary documents that I submitted when I initially filed the Proof Of Claim Form on behalf of my deceased Father with the United States Bankruptcy Court, Southern District of New York.

I ███████████████, implore both of your Honors to closely examine all aspects and recorded evidenciary documents of my asserted Proof of Claim and in doing so, I ask that you rule in my favor to reclassify claim # ██████ as a Priority Unsecured Claim.

Thank you,

███████████████████

Daughter and Executor of the Estate of ███████████████.

*This letter and it's contents are marked CONFIDENTIAL and the documents contained should not be made known to the general public or be published on Prime Clerk's website without receiving the proper permission to do so.