**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF PROFESSIONAL FEE HOURLY RATES

**PLEASE TAKE NOTICE** that effective July 1, 2022, the hourly rates of Province, LLC, Financial Advisor to the Official Committee of Unsecured Creditors, were modified as follows:[2]

| Professional Level | Per Hour (USD) |
|---|---|
| Managing Directors and Principals | $860-$1,180 |
| Vice Presidents, Directors, and Senior Directors | $580-$860 |
| Analysts, Associates, and Senior Associates | $300-$580 |
| Paraprofessionals | $220-$300 |

Date: June 23, 2022

**PROVINCE, LLC**

*/s/ Michael Atkinson*
Michael Atkinson
2360 Corporate Circle, Suite 340
Henderson, NV 89074
(702) 685-5555; Fax: (702) 685-5556

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province periodically adjusts its hourly rates to reflect the rising cost of living, among other factors.