ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTY-THIRD MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | May 1, 2022 through May 31, 2022 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $61,219.10[2] |
| Less 20% Holdback | $12,243.82 |
| Total Reimbursement Requested | $1,792.00 |
| Total Compensation and Reimbursement Requested in this Statement | $50,767.28 |

| This is a(n):   X Monthly Application      __  Interim Application    __  Final Application |
| --- |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2022 Through May 31, 2022* (this "**Fee Statement**").[3]  By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $10,803.40 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from May 1, 2022, through and including May 31, 2022, is referred to herein as the "**Fee Period.**"

$48,975.28 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $61,219.10) and (ii) payment of $1,792.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $61,219.10 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $48,975.28.

2.      Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $911.19.[4]  The blended hourly billing rate of all paraprofessionals is $358.59.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $1,792.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $48,975.28, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $61,219.10) and (ii) payment of $1,792.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

June 23, 2022                                        Respectfully submitted,


By:  /s/ Rory Greiss
    **ARNOLD & PORTER KAYE SCHOLER LLP**
    Rory Greiss
    250 West 55th Street
    New York, New York 10019
    rory.greiss@arnoldporter.com

    **-AND-**

    Rosa J. Evergreen
    601 Massachusetts Ave, NW
    Washington, DC 2001-3743
    rosa.evergreen@arnoldporter.com

    ***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 13.60 | $10,683.22 |
| Regulatory Advice | 0.30 | $320.02 |
| Retention and Fee Applications | 33.60 | $21,494.37 |
| General Patent Settlement | 5.90 | $5,833.97 |
| Government Contracts | 2.80 | $1,966.05 |
| Project Falcon | 4.80 | $3,425.50 |
| Project Hummingbird | 18.80 | $17,495.97 |
| **Total[1]** | **79.80** | **$61,219.10** |

---

[1]  This amount reflects a reduction in fees in the amount of $10,803.40 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 8.20 | $9,430.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 0.20 | $292.00 |
| Gleklen, Jonathan I. | Partner | 1993 | 1,315.00 | 0.70 | $920.50 |
| Greiss, Rory | Partner | 1981 | 1,250.00 | 22.60 | $28,250.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 0.80 | $1,004.00 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 6.80 | $7,072.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 6.30 | $6,835.50 |
| Gwinn, Michael | Associate | 2019 | 710.00 | 2.00 | $1,420.00 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 8.10 | $5,103.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 0.30 | $265.50 |
| Young, Dylan | Associate | 2016 | 885.00 | 0.30 | $265.50 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 2.70 | $2,389.50 |
| Feighery, Finn | Legal Assistant | | 225.00 | 1.30 | $292.50 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 19.50 | $8,482.50 |
| **Total** | | | | **79.80** | **72,022.50** |
| Less 15% Discount | | | | | ($10,803.40) |
| **Discounted Total** | | | | | **$61,219.10** |
| Less 20% Holdback | | | | | ($12,243.82) |
| **Total Amount Requested Herein** | | | | | **$48,975.28** |

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$1,792.00** |

**Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                                      June 15, 2022
**Attn: Maria Barton**                                                Invoice # 30143694
**General Counsel**                                                      EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---:|
| **For Legal Services Rendered through May 31, 2022** | $ | **12,568.50** |
| Discount: | | <u>-1,885.28</u> |
| **Fee Total** | | **10,638.22** |
| **Total Amount Due** | $ | **<u>10,638.22</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 719451
                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 15, 2022                                                                                    Invoice # 30143694

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/02/22 | 1.10 | Review and comment on revised version of supply agreement prepared by E. Zausner. |
| Ethan Zausner | 05/02/22 | 1.50 | Review, revise draft of supply agreement. |
| Rory Greiss | 05/05/22 | 1.20 | Review, analyze revised draft of supply agreement (.5); correspondence with E. Zausner and Purdue team re: changes and exhibits (.7). |
| Ethan Zausner | 05/05/22 | 1.20 | Further revise supply agreement (.7); correspond with R. Greiss re same (.5). |
| Eric Rothman | 05/16/22 | 1.10 | Teleconference with Purdue team to discuss API contract. |
| Alexa D. Krantz | 05/16/22 | 0.90 | Call with client to discuss supply agreement and product schedule for API. |
| Alexa D. Krantz | 05/17/22 | 1.60 | Review, analyze API supply agreement comments from opposing counsel (.3); revise API supply agreement to reflect comments from opposing counsel and client call (1.3). |
| Eric Rothman | 05/23/22 | 1.30 | Draft API Supply Agreement. |
| Alexa D. Krantz | 05/23/22 | 0.10 | E-mail with E. Rothman regarding discussion of nalmefene API supply agreement. |
| Eric Rothman | 05/24/22 | 2.20 | Teleconference to discuss API Supply Agreement (.6); revise API Supply Agreement (1.6). |
| Alexa D. Krantz | 05/24/22 | 1.00 | Call with E. Rothman to discuss supply agreement for API (.4); revise API supply agreement to reflect comments from call with client (.5); e-mail with E. Rothman to provide revised API supply agreement (.1). |
| Alexa D. Krantz | 05/31/22 | 0.40 | Correspond with E. Rothman to discuss revisions on supply agreement (.1); revise supply agreement for API (.2); E-mail with Purdue team to provide revised supply agreement for nalmefene API (.1). |

**Total Hours**                        **13.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 4.60 | 1,040.00 | 4,784.00 |
| Rory Greiss | 2.30 | 1,250.00 | 2,875.00 |
| Alexa D. Krantz | 4.00 | 630.00 | 2,520.00 |
| Ethan Zausner | 2.70 | 885.00 | 2,389.50 |
| **TOTAL** | **13.60** | | **12,568.50** |

**Total Current Amount Due**                                              **$10,638.22**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

June 15, 2022
Invoice # 30143695
EIN 53-0208605

**Client/Matter # 1049218.00118**

Regulatory Advice
20170001134

20170001134

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2022** | $ | **376.50** |
| Discount: | | -56.48 |
| **Fee Total** | | **320.02** |
| **Total Amount Due** | $ | **320.02** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:** Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 15, 2022

Invoice # 30143695

**(1049218.00118)**
**Regulatory Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 05/02/22 | 0.30 | Call with K. McCarthy and R. Aleali re: FSS status. |
| **Total Hours** | | **0.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Jeffrey L. Handwerker | 0.30 | 1,255.00 | 376.50 |
| **TOTAL** | **0.30** | | **376.50** |

**Total Current Amount Due**                                                    **$320.02**

# Arnold&Porter

**Purdue Pharma L.P.**                                          June 15, 2022
**Attn: Roxana Aleali**                                   Invoice # 30143696
**Associate General Counsel**                                EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2022** | $ | 25,287.50 |
| Discount: | | -3,793.13 |
| **Fee Total** | | **21,494.37** |
| **Total Amount Due** | $ | **21,494.37** |


**Wire Transfer Instructions:**

|  | Account Name: | Arnold & Porter Kaye Scholer LLP |
|---|---|---|
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 (ACH and wires) |
| | Swift Code: | WFBIUS6S |
| **Or Remit To:** | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 719451 |
| | | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/02/22 | 0.60 | Review and sign off on March monthly statement (.4); Correspondence with D. Reddix and R. Evergreen re: same (.2). |
| Rosa J. Evergreen | 05/02/22 | 0.30 | Review and comment on fee statement. |
| Darrell B. Reddix | 05/02/22 | 1.70 | Prepare Thirty-First monthly fee report. |
| Rory Greiss | 05/03/22 | 1.20 | Review, revise April narratives and time entries. |
| Rosa J. Evergreen | 05/03/22 | 0.20 | Correspond with D. Reddix re monthly application (.1); review filing (.1). |
| Darrell B. Reddix | 05/03/22 | 0.50 | Finalize Thirty-First monthly fee report (.3); file and serve same (.2). |
| Rory Greiss | 05/04/22 | 0.60 | Review correspondence from DPW re: timing on next interim fee application (.2); review and respond to questions from D. Reddix re: April narratives (.4). |
| Rosa J. Evergreen | 05/04/22 | 0.50 | Review correspondence re fee deadlines (.1); review April statement (.2); correspond with R. Greiss re same (.2). |
| Darrell B. Reddix | 05/04/22 | 1.60 | Prepare Thirty-Second monthly fee report. |
| Rory Greiss | 05/09/22 | 0.50 | Review draft of monthly statement for April (.3); correspondence with D. Reddix and R. Evergreen re: same (.2). |
| Rosa J. Evergreen | 05/09/22 | 0.30 | Review fee application (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 05/09/22 | 1.30 | Prepare Thirty-Second monthly fee report. |
| Rosa J. Evergreen | 05/10/22 | 0.40 | Correspond with D. Reddix re fee application (.2); review materials for same (.2). |
| Rory Greiss | 05/11/22 | 0.50 | Review and sign off on final draft of April Statement. |
| Rosa J. Evergreen | 05/11/22 | 1.50 | Review and comment on monthly statement (.4); correspond with D. Reddix re same (.1); review, comment on Eighth interim fee application (.8); correspond with D. Reddix re same (.2). |
| Darrell B. Reddix | 05/11/22 | 3.80 | Finalize Thirty-Second monthly fee report (.4); draft Eighth interim Fee Application (3.2); correspond with R. Evergreen re same (.2). |
| Rory Greiss | 05/12/22 | 0.30 | Correspond with A&P team re questions regarding preparation of interim fee application. |
| Rosa J. Evergreen | 05/12/22 | 2.00 | Review and revise fee application (.9); review of materials for same (.4); correspond with D. Reddix re same (.4); call with D. Reddix re same (.3). |
| Darrell B. Reddix | 05/12/22 | 4.60 | Draft Eighth Interim Fee Application (4.2); call with R. Evergreen re same (.4). |
| Rory Greiss | 05/13/22 | 0.50 | Review, analyze initial draft of interim fee application (.4); correspondence with D. Reddix and R. Evergreen re: same (.1). |
| Rosa J. Evergreen | 05/13/22 | 1.60 | Review, revise interim fee application (.5); correspond with D. Reddix re same (.2); call with D. Reddix re same (.4); further revisions to application (.3); correspond with R. Greiss re fee application (.2). |
| Darrell B. Reddix | 05/13/22 | 2.60 | Draft Eighth Interim Fee Application (2.2); call with R. Evergreen re same (.4). |

June 15, 2022                                                                 Invoice # 30143696

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 05/15/22 | 0.20 | Correspond with R. Greiss and D. Reddix re interim application. |
| Rory Greiss | 05/16/22 | 0.50 | Review final version of Interim Fee Application and sign off for filing. |
| Rosa J. Evergreen | 05/16/22 | 0.50 | Review fee application (.2); call with D. Reddix re same (.1); review revise application (.1) correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 05/16/22 | 2.70 | Finalize and file Eighth Interim Fee Application (2.4); call with R. Evergreen re same (.1); correspond with R. Evergreen and R. Greiss re same (.2). |
| Rosa J. Evergreen | 05/19/22 | 0.10 | Correspond with R. Greiss re objection deadline for application. |
| Rory Greiss | 05/31/22 | 1.20 | Review Fee Examiner's report on Eighth Interim Fee Application (.4); contact timekeepers to provide additional details on "vague" time narratives and respond to questions (.3); gather data re: economic analysis firm (.2); review initial revisions to narratives (.3). |
| Rosa J. Evergreen | 05/31/22 | 0.60 | Review interim report (.3); correspond with R. Greiss re same (.2); call with R. Greiss re same (.1). |
| Darrell B. Reddix | 05/31/22 | 0.70 | Review, analyze Fee Examiner's report (.3); review, analyze materials in preparation for response to Fee Examiner's questions (.4). |

**Total Hours**                     **33.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 8.20 | 1,150.00 | 9,430.00 |
| Rory Greiss | 5.90 | 1,250.00 | 7,375.00 |
| Darrell B. Reddix | 19.50 | 435.00 | 8,482.50 |
| **TOTAL** | **33.60** | | **25,287.50** |

**Total Current Amount Due**                              **$21,494.37**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

June 15, 2022
Invoice # 30143697
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2022** | $ | **6,863.50** |
| Discount: | | -1,029.53 |
| **Fee Total** | | **5,833.97** |
| **Total Amount Due** | $ | **5,833.97** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**     Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 15, 2022                                                                        Invoice # 30143697

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 05/26/22 | 0.40 | Correspond with D. Feinstein and S. Morgenstern (.2); research same (.4). |
| Rory Greiss | 05/31/22 | 2.80 | Review Purdue team comments to draft term sheet in preparation for videoconference (.5); videoconference with Purdue team to discuss term sheet and issues (.6); revise term sheet (1.6); correspond with Purdue team and other advisors re same (.1). |
| Barbara H. Wootton | 05/31/22 | 2.70 | Research, review, analyze NY state assembly and senate bills, status, and commentary re same (1.7); draft summary re same  (1.0). |

**Total Hours**                                **5.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Rory Greiss | 2.80 | 1,250.00 | 3,500.00 |
| Barbara H. Wootton | 3.10 | 1,085.00 | 3,363.50 |
| **Subtotal:** | **5.90** | | **6,863.50** |
| **TOTAL** | **5.90** | | **6,863.50** |

**Total Current Amount Due**                                            $5,833.97

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                          June 15, 2022
**Attn: Roxana Aleali**                                    Invoice # 30143698
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


| | |
|---|---:|
| **For Legal Services Rendered through May 31, 2022** | **2,313.00** |
| Discount: | <u>-346.95</u> |
| **Fee Total** | **1,966.05** |
| **Total Amount Due**                          $ | <u>**1,966.05**</u> |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                 Arnold & Porter Kaye Scholer LLP
                               P.O. Box 719451
                               Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 15, 2022                                                                    Invoice # 30143698

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael T. Gwinn | 05/02/22 | 0.40 | Participate in client conference call regarding government contracting issues (.3); prepare for same (.1). |
| Thomas A. Pettit | 05/02/22 | 0.30 | Teleconference with client and Arnold & Porter team regarding government contracting issues. |
| Jeffrey L. Handwerker | 05/23/22 | 0.50 | Call with team re: novation next steps (.4); review status chart re: same (.1). |
| Michael T. Gwinn | 05/23/22 | 1.60 | Conduct client conference call re novation (.4); prepare for same (.1); correspond with R. Aleali and A. Graziano to provide summary documents and context for post-emergence tasks (1.1). |

**Total Hours**                          **2.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 0.50 | 1,255.00 | 627.50 |
| **Subtotal:** | **0.50** | | **627.50** |
| **Associate** | | | |
| Michael T. Gwinn | 2.00 | 710.00 | 1,420.00 |
| Thomas A. Pettit | 0.30 | 885.00 | 265.50 |
| **Subtotal:** | **2.30** | | **1,685.50** |
| **TOTAL** | **2.80** | | **2,313.00** |

**Total Current Amount Due**                                            **$1,966.05**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

June 15, 2022
Invoice # 30143699
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2022** | | **4,030.00** |
| Discount: | | -604.50 |
| **Fee Total** | | **3,425.50** |
| **Disbursements Recorded through May 31, 2022** | | |
| eData: Relativity Services | 1,792.00 | |
| **Disbursements Total** | $ | **1,792.00** |
| **Total Amount Due** | $ | **5,217.50** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 15, 2022                                                                                    Invoice # 30143699

**(1049218.00157)**
**Project Falcon**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 05/03/22 | 0.10 | Correspond with Purdue team re outstanding data requests. |
| Barbara H. Wootton | 05/06/22 | 0.10 | Correspond with D. Feinstein and Purdue team re data refresh for agency. |
| Barbara H. Wootton | 05/11/22 | 0.30 | Telephone call with Purdue team re compliance status and strategy (.2); draft email to Arnold & Porter team re same and status (.1). |
| Barbara H. Wootton | 05/16/22 | 1.20 | Review, analyze refresh data for Specifications (.3); correspond with Experts re same (.1); correspond with Purdue team re follow up questions (.2); draft transmittal letter to agency (.5); prepare certificate of compliance (.1). |
| Finn Feighery | 05/17/22 | 1.30 | Scrub meta data from files and convert to password protected zip file to be sent. |
| Barbara H. Wootton | 05/17/22 | 1.50 | Prepare refresh data files for production (.5); correspond with F. Feighery and D. Young re same (.2);  revise and finalize  transmittal letter to agency (.3); revise and finalize certification (.1); correspond with D. Feinstein and B. Marra re status (.1); correspond with agency re production and certification and upload files (.2); correspond with Purdue team re same (.1). |
| Dylan S. Young | 05/17/22 | 0.30 | Prepare data for refresh production. |
| **Total Hours** | | **4.80** | |

Page 1

June 15, 2022                                                                          Invoice # 30143699

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Counsel** | | | | |
| Barbara H. Wootton | | 3.20 | 1,085.00 | 3,472.00 |
| | **Subtotal:** | **3.20** | | **3,472.00** |
| **Associate** | | | | |
| Dylan S. Young | | 0.30 | 885.00 | 265.50 |
| | **Subtotal:** | **0.30** | | **265.50** |
| **Legal Assistant** | | | | |
| Finn Feighery | | 1.30 | 225.00 | 292.50 |
| | **Subtotal:** | **1.30** | | **292.50** |
| | | | | |
| **TOTAL** | | **4.80** | | **4,030.00** |

**Total Current Amount Due**                                                            **$5,217.50**

# Arnold&Porter

**Purdue Pharma L.P.**                                         June 15, 2022
**Attn: Roxana Aleali**                                    Invoice # 30143700
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190

**For Legal Services Rendered through May 31, 2022**                      **20,583.50**

Discount:                                                              -3,087.53

**Fee Total**                                                          **17,495.97**

**Total Amount Due**                                          $          **17,495.97**

**Wire Transfer Instructions:**

|                     |                                       |
|---------------------|---------------------------------------|
| Account Name:       | Arnold & Porter Kaye Scholer LLP      |
| Bank Info:          | Wells Fargo Bank NA                   |
|                     | 420 Montgomery Street                 |
|                     | San Francisco, CA  94104              |
| Account Number:     | 4127865475                            |
| ABA Number:         | 121000248 (ACH and wires)             |
| Swift Code:         | WFBIUS6S                              |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 15, 2022

Invoice # 30143700

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/03/22 | 1.30 | Review correspondence from Purdue team regarding latest comments from Hummingbird (.3); review Hummingbird comments to authorization agreement and distribution and supply agreement (.7); correspond with E. Rothman re comments (.3). |
| Alexa D. Krantz | 05/03/22 | 0.30 | Review revised Supply Agreement and Authorization Agreement provided by Purdue team (.2); schedule call to discuss Supply Agreement and Authorization Agreement with client (.1). |
| Rory Greiss | 05/04/22 | 2.10 | Review latest comments from Hummingbird and Purdue team (1.1); videoconference with Purdue team, E. Rothman and A. Krantz re: comments and next steps (.7); correspondence with Purdue team and DPW re: transfer and security interest issue (.3). |
| Eric Rothman | 05/04/22 | 1.10 | Video conference with Purdue team to discuss Project Hummingbird (.8); correspond with R. Greiss re same (.3). |
| Alexa D. Krantz | 05/04/22 | 0.90 | Review revised drafts of Authorization Agreement and Supply Agreement from J. Doyle (.2); call with Purdue team, R. Greiss, and E. Rothman to discuss revised Authorization Agreement and Supply Agreement (.7). |
| Alexa D. Krantz | 05/21/22 | 0.10 | E-mail with Purdue team to schedule a call to discuss authorization agreement and supply agreement. |
| Rory Greiss | 05/23/22 | 0.70 | Review Hummingbird mark-up of Authorization Agreement and Exclusive Supply and Distribution Agreement. |
| Alexa D. Krantz | 05/23/22 | 0.40 | Prepare redlines of authorization agreement and supply agreement (.1); e-mail with R. Greiss to provide redlines of authorization agreement and supply agreement (.1); review revised draft of authorization agreement (.1); review revised draft of supply agreement (.1). |
| Rory Greiss | 05/24/22 | 2.40 | Prepare for videoconference with Purdue team and DPW team re: need for Board and/or Court approval of proposed agreements with Hummingbird (.8); participate in videoconference (.6); draft email to Purdue team regarding H's proposed changes to agreements (1.0). |
| Eric Rothman | 05/24/22 | 1.10 | Participate in video conference with client and R. Greiss to discuss Project Hummingbird agreements (.7); correspond with R. Greiss re same (.4). |
| Deborah L. Feinstein | 05/24/22 | 0.20 | Review Hummingbird agreements. |
| Jonathan I. Gleklen | 05/24/22 | 0.70 | Review overview of Hummingbird agreements, supply agreement, and authorization agreement (.5); correspond with D. Feinstein re antitrust analysis (.2). |
| Alexa D. Krantz | 05/24/22 | 0.60 | Call with client to discuss right of first refusal in authorization agreement (.5); review redlines of authorization agreement and supply agreement (.1). |
| Rory Greiss | 05/25/22 | 1.20 | Review correspondence from Purdue team regarding open issues on agreements (.9); correspond with Purdue team with proposals for revisions (.3). |

June 15, 2022                                                                                                      Invoice # 30143700

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Alexa D. Krantz | 05/25/22 | 0.10 | E-mail with R. Greiss regarding revisions on authorization agreement. |
| Rory Greiss | 05/26/22 | 2.60 | Correspondence with Purdue team regarding revising Hummingbird agreements (.4); review revised distribution agreement and authorization agreement (1.8); correspondence with A. Krantz regarding revisions (.4). |
| Alexa D. Krantz | 05/26/22 | 1.00 | Revise authorization agreement per R. Greiss comments (.5); revise amended and restated supply agreement per R. Greiss comments (.3); e-mail with R. Greiss to discuss revised drafts of authorization agreement and supply agreement (.1); e-mail with J. Doyle and working group to provide revised drafts of authorization agreement and supply agreement (.1). |
| Rory Greiss | 05/31/22 | 1.30 | Review and revise power point for portfolio committee presentation (.9); correspondence with A. Krantz re: her comments on power point (.2); correspondence with Purdue team re: revised power point (.2). |
| Alexa D. Krantz | 05/31/22 | 0.70 | E-mail with R. Greiss regarding review of portfolio committee deck (.1); review portfolio committee deck (.5); e-mail with R. Greiss regarding revisions to portfolio committee deck (.1). |

**Total Hours**                                18.80

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 0.20 | 1,460.00 | 292.00 |
| Jonathan I. Gleklen | 0.70 | 1,315.00 | 920.50 |
| Rory Greiss | 3.40 | 1,250.00 | 4,250.00 |
| Eric Rothman | 2.20 | 1,040.00 | 2,288.00 |
| Subtotal: | **6.50** | | **7,750.50** |
| **Counsel** | | | |
| Rory Greiss | 8.20 | 1,250.00 | 10,250.00 |
| Subtotal: | **8.20** | | **10,250.00** |
| **Associate** | | | |
| Alexa D. Krantz | 4.10 | 630.00 | 2,583.00 |
| Subtotal: | **4.10** | | **2,583.00** |
| **TOTAL** | **18.80** | | **20,583.50** |

**Total Current Amount Due**                                                              $17,495.97