## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 3.0 | $783.00 |
| Case Assessment, Development & Strategy | 223.5 | $161,956.25 |
| Plan & Disclosure Statement Matters | 0.7 | $794.74 |
| Pre-Trial Pleadings & Motion Practice | 0.5 | $567.67 |
| Discovery | 211.6 | $148,855.60 |
| Retention & Fee Application Matters | 41.8 | $27,785.19 |
| **TOTAL** | | **$340,742.45** |
| **(Less Discount)** | | **$68,148.49** |
| **GRAND TOTAL** | **481.1** | **$272,593.96** |