## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kramer | Partner; joined firm in 2008; admitted in New York 1985 | $1,305 | 32.1 | $36,444.62 |
| Aaron Javian | Partner; joined firm in 2018; admitted in New York 2006 | $1,215 | 3.6 | $3,805.36 |
| Lisa Szymanski | Partner; joined firm in 2010; admitted in New Jersey and Pennsylvania 2009 | $850 | 109.50 | $80,975.25 |
| Anthony Crawford | Partner; joined firm in 2012; admitted in New York 2017 | $715 | 72.5 | $45,098.52 |
| Paul Breene | Counsel; joined firm in 2008; admitted in New York 1984 | $1,290 | 60.4 | $67,787.18 |
| John Berringer | Counsel; joined firm in 2008; admitted in New York 1981 | $1,205 | 25.5 | $26,732.89 |
| Shaun Lee | Associate; joined firm in 2021; admitted in New York 2017 | $700 | 34.7 | $21,132.33 |
| Adrienne Kitchen | Associate; joined firm in 2017; admitted in Illinois 2015 | $660 | 65.6 | $37,667.52 |
| Jessica Kraus | Associate; joined firm in 2021; admitted in Pennsylvania 2021 | $550 | 1.0 | $478.50 |
| Nora Sooy | Senior Paralegal; joined firm in 2008; N/A | $405 | 4.7 | $1,656.04 |
| Shikendra Rhea | Senior Paralegal; joined firm in 2019; N/A | $315 | 23.2 | $6,357.94 |

Exhibit C - 2

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lianna Simmonds | Paralegal; joined firm in 2019; N/A | $300 | 48.3 | $12,606.30 |
| | TOTAL | | | $340,742.45 |
| | (Less Discount) | | | ($68,148.49) |
| | GRAND TOTAL | | 481.1 | $272,593.96 |

Exhibit C - 3