## Exhibit C

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Data Hosting Fee | Gravity Stack LLC (database hosting service, provided by a wholly owned subsidiary of Reed Smith) | $82.01 |
| **TOTAL** | | **$82.01** |

Exhibit C - 2