UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
PURDUE PHARMA L.P., *et al.*,                   :    Case No. 19-23649 (RDD)
                                                :
                           Debtors.[1]          :    (Jointly Administered)
                                                :
------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
MAY 1, 2022 THROUGH MAY 31, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of May 1, 2022 through May 31, 2022 (the "Twenty-Ninth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twenty-Ninth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of monthly fees earned by PJT during the Twenty-Ninth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Twenty-Ninth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in

2

connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twenty-Ninth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Twenty-Ninth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Twenty-Ninth Compensation Period is outlined below:

| Twenty-Ninth Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| May 1 – 31, 2022 | $225,000.00 | ($45,000.00) | $180,000.00 |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 174.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twenty-Ninth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | May 2022 |
|---|---|
| Jamie O'Connell | 11.0 |
| George South | 5.0 |
| Rafael Schnitzler | 15.5 |
| Tom Melvin | 87.5 |
| Lukas Schwarzmann | 55.0 |
| **Total Hours** | **174.0** |

3

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's monthly fees in the amount of $225,000.00 earned during the Twenty-Ninth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: June 29, 2022

PJT PARTNERS LP

By: */s/ John James O'Connell*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

# APPENDIX A

**PJT Partners** 

June 26, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of May 1, 2022 through May 31, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due**[1] | **$** | **180,000.00** |

**Invoice No. 10021345**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 11.0 |
| George South | Managing Director | 5.0 |
| Rafael Schnitzler | Managing Director | 15.5 |
| Tom Melvin | Vice President | 87.5 |
| Lukas Schwarzmann | Analyst | 55.0 |
| | **Total** | **174.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 05/03/22 | 0.5 | Internal discussions regarding various matters |
| Jamie O'Connell | 05/04/22 | 5.5 | Board Meeting |
| Jamie O'Connell | 05/09/22 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 05/12/22 | 0.5 | Internal discussions regarding various matters |
| Jamie O'Connell | 05/16/22 | 0.5 | Internal discussions regarding various matters |
| Jamie O'Connell | 05/16/22 | 0.5 | Review draft fee statement and fee application |
| Jamie O'Connell | 05/19/22 | 0.5 | Weekly update call |
| Jamie O'Connell | 05/23/22 | 1.0 | Internal meeting regarding various matters |
| Jamie O'Connell | 05/23/22 | 0.5 | Call with fee examiner |
| Jamie O'Connell | 05/26/22 | 0.5 | Weekly update call |
| Jamie O'Connell | 05/26/22 | 0.5 | Call regarding financial matter |
| | | **11.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| George South | 05/03/22 | 0.5 | Reviewed transcript of April 27 fee hearing and related emails |
| George South | 05/05/22 | 0.5 | Emails w/PJT team re timing of fee applications and related issues |
| George South | 05/09/22 | 0.5 | Emails w/PJT team re fee application and related issues |
| George South | 05/16/22 | 0.5 | Emails w/PJT team and related review re financial matters |
| George South | 05/17/22 | 0.5 | Emails with DPW and fee examiner re scheduling call |
| George South | 05/19/22 | 1.0 | Emails and discussion w/PJT re issues concerning financial matters |
| George South | 05/23/22 | 1.0 | Review of analysis and related emails and discussions w/PJT team |
| George South | 05/23/22 | 0.5 | Call with DPW and fee examiner re fee application and related matters |
| | | **5.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 05/04/22 | 3.0 | Board meeting |
| Rafael Schnitzler | 05/04/22 | 0.5 | Call with 3rd party regarding financial matter |
| Rafael Schnitzler | 05/11/22 | 0.5 | Call with internal team member regarding various work streams |
| Rafael Schnitzler | 05/16/22 | 1.0 | Call with Company management and AlixPartners regarding PHI product development |
| Rafael Schnitzler | 05/16/22 | 1.0 | Review of materials related to legal matter |
| Rafael Schnitzler | 05/16/22 | 2.0 | Prepare and review materials related to financial work stream |
| Rafael Schnitzler | 05/17/22 | 1.0 | Board Special Committee meeting |
| Rafael Schnitzler | 05/17/22 | 1.0 | Prepare and review materials related to financial work stream |
| Rafael Schnitzler | 05/19/22 | 0.5 | Weekly update call with Company management and advisors |
| Rafael Schnitzler | 05/19/22 | 0.5 | Call with Company management to discuss various work streams |
| Rafael Schnitzler | 05/19/22 | 0.5 | Internal team meeting to discuss various work streams |
| Rafael Schnitzler | 05/19/22 | 1.0 | Weekly update call with Company management and advisors |
| Rafael Schnitzler | 05/23/22 | 1.0 | Meeting with internal team regarding various work streams |
| Rafael Schnitzler | 05/26/22 | 1.0 | Review analysis related to business development work stream |
| Rafael Schnitzler | 05/31/22 | 1.0 | Review analysis related to business development work stream |
| | | **15.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/01/22 | 1.0 | Calls with internal team member regarding upcoming work streams and other matters |
| Thomas Melvin | 05/02/22 | 0.5 | Call with internal team member regarding financial analysis |
| Thomas Melvin | 05/03/22 | 0.5 | Internal team call regarding various matters |
| Thomas Melvin | 05/03/22 | 0.5 | Call with AlixPartners regarding various work streams |
| Thomas Melvin | 05/03/22 | 0.5 | Review materials and agenda for upcoming Board meeting |
| Thomas Melvin | 05/03/22 | 1.0 | Review hearing transcript |
| Thomas Melvin | 05/03/22 | 0.5 | E-mail correspondence with DPW regarding various legal matters |
| Thomas Melvin | 05/03/22 | 0.5 | E-mail correspondence with Company management regarding upcoming meetings |
| Thomas Melvin | 05/03/22 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 05/04/22 | 6.0 | Board meeting |
| Thomas Melvin | 05/09/22 | 0.5 | Call with creditor advisors regarding upcoming hearings |
| Thomas Melvin | 05/10/22 | 1.0 | Biweekly update call with creditor financial advisors |
| Thomas Melvin | 05/10/22 | 1.5 | Review communications from management related to business development |
| Thomas Melvin | 05/11/22 | 0.5 | Call with internal team members to discuss work streams |
| Thomas Melvin | 05/11/22 | 1.5 | Calls with internal team members to discuss upcoming meetings |
| Thomas Melvin | 05/11/22 | 1.0 | E-mail correspondence with internal team regarding upcoming meetings and other matters |
| Thomas Melvin | 05/12/22 | 0.5 | Call with DPW to discuss various legal matters |
| Thomas Melvin | 05/12/22 | 0.5 | Internal team meeting to discuss various work streams |
| Thomas Melvin | 05/12/22 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 05/12/22 | 0.5 | E-mail correspondence with Company management regarding various matters |
| Thomas Melvin | 05/13/22 | 1.0 | Call with internal team member regarding financial analysis |
| Thomas Melvin | 05/14/22 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 05/15/22 | 1.5 | Calls with internal team members to discuss analysis and upcoming meetings |
| Thomas Melvin | 05/16/22 | 1.0 | Call with Company management and AlixPartners regarding PHI product development |
| Thomas Melvin | 05/16/22 | 0.5 | Internal team meeting to discuss various work streams |
| Thomas Melvin | 05/16/22 | 2.0 | Prepare and review analysis related to business development work stream |
| Thomas Melvin | 05/16/22 | 2.5 | Review of materials for upcoming meetings |
| Thomas Melvin | 05/16/22 | 1.0 | E-mail correspondence with internal team related to upcoming meetings |
| Thomas Melvin | 05/16/22 | 0.5 | E-mail correspondence with DPW regarding various legal matters |
| Thomas Melvin | 05/17/22 | 1.0 | Board Special Committee meeting |
| Thomas Melvin | 05/17/22 | 2.5 | Prepare and review materials related to business development work stream |
| Thomas Melvin | 05/18/22 | 2.0 | Dialed into court hearing |
| Thomas Melvin | 05/18/22 | 3.5 | Review annual financial reports |
| Thomas Melvin | 05/18/22 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 05/18/22 | 1.0 | Review annual financial reports |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/18/22 | 0.5 | Review request from creditor financial advisors |
| Thomas Melvin | 05/19/22 | 0.5 | Weekly update call with Company management and advisors |
| Thomas Melvin | 05/19/22 | 0.5 | Call with Company management to discuss various work streams |
| Thomas Melvin | 05/19/22 | 0.5 | Internal team meeting to discuss various work streams |
| Thomas Melvin | 05/19/22 | 2.0 | Review annual financial reports |
| Thomas Melvin | 05/20/22 | 1.5 | Review annual financial reports |
| Thomas Melvin | 05/20/22 | 0.5 | Call with internal team member regarding financial analysis |
| Thomas Melvin | 05/21/22 | 0.5 | Call with Company management regarding business development opportunities |
| Thomas Melvin | 05/21/22 | 2.0 | Review AlixPartners analysis related to annual financial reports |
| Thomas Melvin | 05/21/22 | 0.5 | E-mail correspondence with AlixPartners team regarding financial analysis |
| Thomas Melvin | 05/22/22 | 2.0 | Review AlixPartners analysis related to annual financial reports |
| Thomas Melvin | 05/22/22 | 1.0 | Review annual financial reports |
| Thomas Melvin | 05/22/22 | 0.5 | E-mail correspondence with AlixPartners team regarding financial analysis |
| Thomas Melvin | 05/22/22 | 0.5 | Call with internal team member regarding financial analysis |
| Thomas Melvin | 05/23/22 | 1.0 | Internal team meeting to discuss various work streams |
| Thomas Melvin | 05/23/22 | 0.5 | Call with DPW and fee examiner |
| Thomas Melvin | 05/23/22 | 3.0 | Review AlixPartners analysis related to annual financial reports |
| Thomas Melvin | 05/23/22 | 2.0 | Review analysis related to upcoming hearing |
| Thomas Melvin | 05/23/22 | 0.5 | Review request from creditor financial advisors |
| Thomas Melvin | 05/23/22 | 1.0 | Prepare response to inquiry from creditor financial advisors |
| Thomas Melvin | 05/23/22 | 1.0 | Meeting with Company management regarding various matters |
| Thomas Melvin | 05/23/22 | 1.0 | E-mail correspondence with internal team, AlixPartners and Company management regarding various matters |
| Thomas Melvin | 05/24/22 | 1.0 | Biweekly update call with creditor financial advisors |
| Thomas Melvin | 05/24/22 | 0.5 | Call with AlixPartners regarding various work streams |
| Thomas Melvin | 05/24/22 | 3.5 | Prepare and review materials related to business development work stream |
| Thomas Melvin | 05/24/22 | 2.0 | Review AlixPartners analysis related to annual financial reports |
| Thomas Melvin | 05/24/22 | 1.5 | E-mail correspondence with Company management regarding business development work stream |
| Thomas Melvin | 05/25/22 | 1.5 | Review AlixPartners analysis related to annual financial reports |
| Thomas Melvin | 05/25/22 | 1.5 | Prepare and review materials related to business development work stream |
| Thomas Melvin | 05/26/22 | 1.5 | Review responses to diligence questions from creditor financial advisors |
| Thomas Melvin | 05/26/22 | 3.0 | Prepare and review analysis related to business development work stream |
| Thomas Melvin | 05/26/22 | 1.0 | E-mail correspondence with internal team and AlixPartners regarding various analyses |
| Thomas Melvin | 05/26/22 | 1.0 | Weekly update call with Company management and advisors |
| Thomas Melvin | 05/26/22 | 1.0 | Prepare and review materials related to business development work stream |
| Thomas Melvin | 05/27/22 | 2.0 | Prepare and review analysis related to business development work stream |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/27/22 | 2.0 | Prepare and review materials related to business development work stream |
| Thomas Melvin | 05/31/22 | 0.5 | Calls with internal team member regarding upcoming work streams and other matters |
| | | **87.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 05/01/22 | 1.0 | Internal discussion |
| Lukas Schwarzmann | 05/02/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 05/03/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 05/04/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 05/09/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/10/22 | 1.0 | Call with operational consultants |
| Lukas Schwarzmann | 05/12/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 05/16/22 | 1.0 | Call with management |
| Lukas Schwarzmann | 05/16/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 05/17/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/18/22 | 4.5 | Financial analysis |
| Lukas Schwarzmann | 05/19/22 | 1.0 | Internal discussion |
| Lukas Schwarzmann | 05/19/22 | 0.5 | Call with management |
| Lukas Schwarzmann | 05/19/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 05/20/22 | 3.5 | Financial analysis |
| Lukas Schwarzmann | 05/23/22 | 1.0 | Call with operational consultants |
| Lukas Schwarzmann | 05/23/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 05/23/22 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 05/24/22 | 1.0 | Call with operational consultants |
| Lukas Schwarzmann | 05/25/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 05/26/22 | 1.0 | Biweekly catch up call |
| Lukas Schwarzmann | 05/26/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 05/27/22 | 3.5 | Financial analysis |
| Lukas Schwarzmann | 05/31/22 | 3.0 | Financial analysis |
| | | **55.0** | |