**SPEARS & IMES LLP**
Linda Imes
Christopher W. Dysard
Reed M. Keefe
767 Third Avenue
New York, New York  10017
Telephone:  (212) 213-6996
Facsimile:  (212) 213-0849

*Attorneys for Dr. Craig Landau*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                   :
*In re:*                                                           :
                                                                   :        Chapter 11
Purdue Pharma, L.P., et al.,                                       :
                                                                   :        Case No. 19-23649 (RDD)
                                    Debtors.                       :
                                                                   :        (Jointly Administered)
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## <u>NOTICE OF CHANGE OF ADDRESS</u>

**PLEASE TAKE NOTICE** that Spears & Imes LLP, which represents Dr. Craig Landau

in the above-captioned cases, has relocated its office.  The new address is:

> Spears & Imes LLP
> 767 Third Avenue
> New York, New York  10017

Telephone numbers, the fax number, and all email addresses remain the same.

Copies of any mailed notices and other documents should be delivered to the firm's new

address.

Dated:  New York, New York
       June 30, 2022

By:    <u>/s/ *Linda Imes*</u>
      Linda Imes (limes@spearsimes.com)
      Christopher W. Dysard (cdysard@spearsimes.com)
      Reed M. Keefe (rkeefe@spearsimes.com)
      SPEARS & IMES LLP
      767 Third Avenue
      New York, New York  10017
      Telephone:  (212) 213-6996
      Facsimile:  (212) 213-0849

      *Attorneys for Dr. Craig Landau*