DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**STATEMENT OF AMOUNTS PAID BY THE DEBTORS TO ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* [ECF No. 548] (the "**OCP Order**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby submit their twenty-eighth statement, annexed hereto as **Exhibit A** (the "**OCP Statement**"), of fees paid to certain professionals utilized in the ordinary

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

course of business (each, an "**OCP**"). The OCP Statement provides: (a) the name of each OCP and (b) for each monthly period, the aggregate amounts paid as compensation for services rendered and as reimbursement of expenses incurred by each OCP.

**PLEASE TAKE FURTHER NOTICE** that the OCP Order requires the Debtors to file and serve OCP Statements at monthly intervals, certifying the Debtors' compliance with the terms of the relief granted in the OCP Order and setting forth: (a) the name of each OCP and (b) for each monthly period, the aggregate amounts paid as compensation for services rendered and as reimbursement of expenses incurred by each OCP.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby certify compliance with the terms of the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the OCP Statement may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  June 30, 2022
        New York, New York

        DAVIS POLK & WARDWELL LLP

        By: /s/ *Eli J. Vonnegut*

        450 Lexington Avenue
        New York, New York 10017
        Telephone: (212) 450-4000
        Facsimile: (212) 701-5800
        Marshall S. Huebner
        Benjamin S. Kaminetzky
        Timothy Graulich
        Eli J. Vonnegut
        Christopher S. Robertson

        *Counsel to the Debtors*
        *and Debtors in Possession*

**Exhibit A**

**OCP Statement**