In re: PURDUE PHARMA L.P., et al.                                                    Case No.: 19-23649 (RDD)

**OCP Payment Report - Three Month Fee Average**
**May 2022**

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 20,100,105 | 797,195 | 803,033 | 714,991 | 842,721 | 831,920 | 850,860 | 852,384 | 826,214 | 812,512 | 718,407 | 657,284 | 572,780 | 420,337 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,310,607 | 191,355 | 184,438 | 195,788 | 186,272 | 174,142 | 168,768 | 162,200 | 157,737 | 146,203 | 131,392 | 117,611 | 104,314 | 96,773 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 372,657 | 14,333 | 6,175 | 3,843 | 3,292 | 3,701 | 3,430 | 4,671 | 4,277 | 4,455 | 2,278 | 1,500 | 406 | 430 |
| OCP Total | Total | | 32,000,000 | 26,783,368 | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | | | | | | 29 | 29 | 29 | | 144 | 144 | 144 | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 682,500 | 25,000 | 25,000 | 22,500 | 20,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 11,667 | 5,833 | 5,833 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 163 | 163 | 231 | 231 | 231 | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 9,635 | 3,011 | 792 | 614 | 576 | 758 | 1,560 | 1,512 | 1,085 | | | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | 1,643 | 2,029 | 2,097 | 3,441 | 4,583 | 5,093 | 2,163 | 635 | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 382 | 175 | 174 | 87 | 87 | | | | 446 | 446 | 446 | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | 607 | 2,144 | 3,183 | 3,933 | 2,396 | 1,357 | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,633 | 100 | 100 | | | 136 | 136 | 136 | | | | 39 | 39 | 39 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 202 | 135 | 51 | 178 | 588 | 661 | 518 | 92 | 18 | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | 43 | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,560,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 33,333 | 33,333 | 33,333 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 51,634 | 1,140 | 239 | 222 | 139 | 384 | 1,112 | 1,195 | 811 | 83 | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 254,010 | 15,680 | 22,327 | 24,860 | 18,104 | 11,302 | 7,078 | 6,679 | 4,732 | 4,234 | 4,527 | 4,513 | 5,321 | 3,059 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | 112 | 130 | 130 | 17 | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 801 | 840 | 705 | 618 | 517 | 320 | 136 | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 455 | | | | | | | 12 | 12 | 23 | 47 | 58 | 93 | 58 | 82 |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 1,018 | 864 | 616 | 722 | 462 | 343 | 36 | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | 19 | 19 | 19 | | | 15 | 29 | 29 | 15 | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 64 | 42 | 48 | 198 | 178 | 178 | 7 | 7 | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | 469 | 369 | 435 | 176 | 176 | | 1,010 | 1,010 | 1,010 | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 158,380 | 7,175 | 6,813 | 6,399 | 6,778 | 7,278 | 7,818 | 7,507 | 5,144 | 5,311 | 3,723 | 5,882 | 4,860 | 5,482 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | 166 | 166 | 166 | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 232,621 | 8,911 | 6,195 | 7,530 | 9,298 | 7,157 | 4,407 | 2,490 | 4,636 | 4,690 | 6,194 | 4,197 | 8,658 | 7,082 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 977,546 | 15,062 | 15,896 | 16,759 | 19,079 | 17,868 | 17,079 | 11,941 | 17,811 | 17,327 | 17,486 | 11,776 | 12,115 | 13,154 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 43,772 | | | | | | 187 | 187 | 187 | 845 | 1,288 | 1,312 | 1,246 | 803 | 778 |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 677,107 | 16,036 | 22,187 | 24,352 | 27,387 | 20,817 | 15,594 | 11,710 | 10,305 | 8,688 | 10,132 | 12,665 | 17,661 | 19,480 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,135,926 | 26,624 | 31,433 | 29,090 | 25,521 | 21,088 | 18,538 | 30,859 | 32,241 | 31,925 | 20,026 | 19,421 | 18,627 | 19,593 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 128,695 | 2,541 | 2,214 | 3,056 | 5,048 | 4,549 | 6,243 | 7,751 | 10,189 | 11,537 | 9,490 | 6,178 | 3,491 | 3,137 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,300,000 | 4,557,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 98,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 114,180 | 2,937 | 3,368 | 2,079 | 2,381 | 2,287 | 3,165 | 10,468 | 11,232 | 10,401 | 3,463 | 2,192 | 1,424 | 150 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 389,731 | 28,163 | 13,518 | 17,407 | 16,925 | 25,072 | 25,156 | 30,322 | 22,290 | 15,966 | 7,021 | 1,045 | 1,212 | 1,212 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,389 | | | | | | | | | 474 | 474 | 525 | 128 | 128 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 27,035 | 295 | 295 | 329 | 1,048 | 2,012 | 2,796 | 1,782 | 2,241 | 5,815 | 5,815 | 4,391 | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | 2,517 | 1,259 | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | 86 | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.　　19-23649-shl　Doc 4935-1　Filed 06/30/22　Entered 06/30/22 18:25:19　Exhibit A- Ordinary Course Professionals Statement　Pg 2 of 6　Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
May 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,500,000 | 882,394 | 36,080 | 36,469 | 36,562 | 47,321 | 55,112 | 57,433 | 48,550 | 41,332 | 36,368 | 45,767 | 53,464 | 75,745 | 63,500 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | | 250 | 1,153 | 1,153 | 903 | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 487,034 | 10,795 | 8,085 | 9,859 | 10,782 | 11,645 | 12,752 | 10,581 | 6,838 | 4,438 | 6,276 | 10,603 | 7,912 | 4,927 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 388,117 | 360,689 | 248,633 | 335,831 | 297,924 | 283,542 | 212,406 | 229,041 | 200,616 | 181,446 | 110,489 | 68,698 | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 14,967 | | | | | | | | 889 | 902 | 902 | 14 | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,100,000 | 2,545,880 | 21,385 | 35,638 | 55,016 | 69,387 | 79,740 | 96,362 | 128,848 | 143,170 | 208,880 | 197,048 | 198,003 | 122,676 | 80,176 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 781,317 | 17,831 | 16,166 | 14,609 | 14,062 | 14,046 | 14,842 | 14,438 | 16,344 | 16,286 | 15,634 | 15,552 | 14,957 | 15,283 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 128,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 2,339 | 96 | 81 | 66 | 51 | 59 | 74 | 74 | 51 | 22 | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 488,560 | 9,384 | 8,292 | 7,104 | 6,745 | 6,083 | 8,270 | 7,677 | 10,445 | 12,077 | 15,080 | 15,561 | 12,625 | 6,834 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,294,870 | 56,723 | 78,587 | 88,475 | 104,229 | 119,590 | 136,265 | 176,472 | 129,001 | 84,405 | 19,269 | 20,127 | 24,874 | 38,789 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 3 | 75,000 | 900,000 | 126,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 468,357 | 24,410 | 26,242 | 31,865 | 20,328 | 14,322 | 10,131 | 9,354 | 10,760 | 7,266 | 5,913 | 6,341 | 8,100 | 9,441 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 8,553 | 519 | 259 | 305 | 191 | 722 | 541 | 551 | 10 | 234 | 224 | 224 | 181 | 181 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,300,000 | 2,041,235 | 62,355 | 57,022 | 52,685 | 54,134 | 54,310 | 57,313 | 55,760 | 49,793 | 48,629 | 51,658 | 71,248 | 73,169 | 79,864 |

[1] Represents Fees since the Commencement Date

In re: PURDUE PHARMA L.P., et al.  19-23649-shl    Doc 4935-1    Filed 06/30/22    Entered 06/30/22 18:25:19    Exhibit A-    Case No.: 19-23649 (RDD)
Ordinary Course Professionals Statement    Pg 3 of 6

OCP Payment Report - Monthly Fees
May 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 20,100,105 | 570,077 | 806,681 | 768,213 | 953,268 | 774,279 | 825,032 | 957,841 | 695,769 | 783,924 | 675,528 | 512,399 | 530,414 | 218,198 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,310,607 | 204,832 | 205,493 | 177,040 | 176,283 | 169,103 | 160,920 | 156,578 | 155,713 | 126,318 | 112,145 | 114,370 | 86,428 | 89,522 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 372,657 | 4,497 | 2,701 | 4,332 | 2,843 | 3,927 | 3,520 | 6,565 | 2,745 | 4,053 | 35 | 410 | 774 | 105 |
| OCP Total | Total | | 32,000,000 | 26,783,368 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | | | | | 86 | | | | 432 | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 682,500 | 25,000 | 25,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | | | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | | 694 | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 1,382 | 259 | 734 | 850 | 144 | 1,282 | 3,255 | | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | 4,760 | 1,156 | 374 | 8,792 | 4,584 | 1,904 | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 261 | | 261 | | | | | | 1,338 | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | 1,822 | 4,610 | 3,116 | 4,072 | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,633 | | | | | 409 | | | | | | 117 | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 101 | 51 | | 485 | 1,280 | 220 | 55 | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,560,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 51,634 | 250 | 418 | | | 1,152 | 2,184 | 250 | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 254,010 | 27,371 | 29,464 | 17,744 | 7,104 | 9,059 | 5,073 | 5,907 | 3,218 | 3,577 | 6,785 | 3,177 | 6,001 | |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | 337 | 52 | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 813 | 710 | 591 | 554 | 407 | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 455 | | | | | | 35 | | 35 | 105 | 35 | 140 | | 105 |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 604 | 888 | 355 | 924 | 107 | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | | 58 | | | | 44 | 44 | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 67 | 59 | 20 | 516 | | 20 | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | 779 | | 527 | | | | | 3,030 | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 158,380 | 8,655 | 7,884 | 2,659 | 9,790 | 9,385 | 4,281 | 8,855 | 2,298 | 4,782 | 4,091 | 8,775 | 1,716 | 5,957 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | 497 | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 232,621 | 2,743 | 10,070 | 9,777 | 8,046 | 3,648 | 1,528 | 2,292 | 10,087 | 1,689 | 6,805 | 4,097 | 15,073 | 2,076 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 977,546 | 18,814 | 17,063 | 14,399 | 25,775 | 13,431 | 12,032 | 10,361 | 31,041 | 10,577 | 10,839 | 13,910 | 11,595 | 13,958 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 43,772 | | | | | 560 | | | | 2,535 | 1,330 | 73 | 2,335 | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 677,107 | 11,607 | 32,642 | 28,806 | 20,712 | 12,933 | 13,136 | 9,061 | 8,720 | 8,284 | 13,392 | 16,321 | 23,271 | 18,849 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,135,926 | 24,908 | 36,270 | 26,090 | 14,203 | 22,971 | 18,441 | 51,165 | 27,117 | 17,492 | 15,467 | 25,304 | 15,110 | 18,365 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 128,695 | 421 | 5,876 | 2,872 | 6,397 | 4,378 | 7,956 | 10,919 | 11,691 | 11,999 | 4,778 | 1,758 | 3,936 | 3,718 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,300,000 | 4,557,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 114,180 | 1,819 | 2,197 | 2,223 | 2,725 | 1,915 | 4,854 | 24,635 | 4,208 | 2,359 | 3,821 | 395 | 56 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 389,731 | 12,784 | 20,720 | 18,718 | 11,338 | 45,161 | 18,970 | 26,835 | 21,064 | | | 3,134 | 501 | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,389 | | | | | | | | | 1,421 | | 154 | 230 | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 27,035 | 884 | | 102 | 3,043 | 2,893 | 2,453 | | 4,270 | 13,174 | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.

19-23649-shl    Doc 4935-1    Filed 06/30/22    Entered 06/30/22 18:25:19    Exhibit A-
Ordinary Course Professionals Statement    Pg 4 of 6

OCP Payment Report - Monthly Fees
May 2022

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,500,000 | 882,394 | 24,386 | 37,714 | 47,586 | 56,663 | 61,086 | 54,549 | 30,017 | 39,430 | 39,657 | 58,214 | 62,523 | 106,498 | 21,478 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | | 750 | 2,708 | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 487,034 | 7,187 | 10,440 | 11,949 | 9,957 | 13,029 | 15,271 | 3,444 | 1,798 | 8,071 | 8,958 | 14,780 | | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 215,419 | 276,684 | 253,796 | 477,014 | 162,963 | 210,648 | 263,606 | 212,869 | 125,374 | 206,094 | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 14,967 | | | | | | | | | 2,666 | 42 | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,100,000 | 2,545,880 | 22,423 | 68,382 | 74,242 | 65,536 | 99,441 | 124,108 | 162,993 | 142,410 | 321,236 | 127,499 | 145,275 | 95,254 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 781,317 | 16,615 | 14,678 | 12,533 | 14,976 | 14,630 | 14,918 | 13,766 | 20,347 | 14,746 | 11,808 | 20,102 | 12,960 | 12,787 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 128,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 88 | 110 | 44 | 44 | 66 | 66 | 88 | 66 | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 488,560 | 11,216 | 4,762 | 5,334 | 10,140 | 2,775 | 11,894 | 8,362 | 11,080 | 16,789 | 17,371 | 12,523 | 7,980 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,294,870 | 34,043 | 127,781 | 103,601 | 81,306 | 173,862 | 153,628 | 201,925 | 31,449 | 19,840 | 6,518 | 34,024 | 34,079 | 48,264 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 126,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 468,357 | 45,734 | 21,675 | 28,187 | 11,121 | 3,659 | 15,613 | 8,790 | 7,878 | 5,132 | 4,731 | 9,160 | 10,410 | 8,754 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 8,553 | 342 | 31 | 543 | | 1,623 | | 31 | | 672 | | | 543 | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,300,000 | 2,041,235 | 49,156 | 52,780 | 56,121 | 53,501 | 53,308 | 65,130 | 48,843 | 35,407 | 61,636 | 57,930 | 94,177 | 67,400 | 78,014 |

In re: PURDUE PHARMA L.P., et al.  19-23649-shl    Doc 4935-1    Filed 06/30/22    Entered 06/30/22 18:25:19    Exhibit A-  Case No.: 19-23649 (RDD)
Ordinary Course Professionals' Statement    Pg 5 of 6

OCP Payment Report - Monthly Expenses
May 2022

| Name | Tier | Case Total[1] | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,591,827 | 27,205 | 26,902 | 28,967 | 58,668 | 34,870 | 46,746 | 44,830 | 142,952 | 54,552 | 7,548 | 15,804 | 120,185 | 33,956 |
| OCP Tier 2 Total | OCP Tier 2 | 771,556 | 11,305 | 38,368 | 11,478 | 15,508 | 9,356 | 26,540 | 18,869 | 14,317 | 16,829 | 7,434 | 14,806 | 11,337 | 7,890 |
| OCP Tier 3 Total | OCP Tier 3 | 3,843 | 180 | 4 | 4 | 143 | | 1 | 66 | | | | | | |
| OCP Total | Total | 2,367,225 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 180 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 1,907 | | | | | 108 | | | 59 | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 62 | 0 | | | | 57 | 1 | 3 | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 28 | | | | | 28 | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 3 | 315 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 21,735 | | | | | | 1,006 | | | | 2,696 | 50 | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 570 | 175 | | | | | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 66,282 | 1,900 | 20,510 | 5,353 | 1,155 | 3,504 | 5,746 | 1,900 | 1,300 | | 1,449 | 1,825 | | |
| Duke Scanlan | OCP Tier 3 | 4 | | | 2 | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 554 | 5 | 4 | 1 | 35 | | 1 | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 8 | | | | | | | | 8 | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 55 | | | | 55 | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | 248 | | | | 87 | | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,410 | | | | | | | | | | | 170 | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 272,255 | 2,362 | 4,193 | 1,981 | 4,136 | 1,200 | 13,617 | | 3,321 | | 1,480 | 4,026 | 4,200 | 2,220 |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 1,011,058 | 21,666 | 26,673 | 28,668 | 25,766 | 29,994 | 8,933 | 16,915 | 22,911 | 11,273 | 3,692 | 6,250 | 9,942 | 29,100 |
| McCarter & English | OCP Tier 2 | 39,691 | 13 | 3,640 | | 2,880 | | 1,760 | 3,360 | 2,720 | 2,178 | 720 | 3,020 | 2,400 | 260 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 2,563 | 11 | | | 8 | | | 1,504 | 1 | | | | 1 | |
| Morrison & Foerster LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 168 | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | | |

19-23649-shl    Doc 4935-1    Filed 06/30/22    Entered 06/30/22 18:25:19    Exhibit A-
Ordinary Course Professionals Statement    Pg 6 of 6

In re: PURDUE PHARMA L.P., et al.                                                                                                                           Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses
May 2022

| Name | Tier | Case Total[1] | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 380,992 | | | 45 | 30,042 | 4,050 | 30,606 | 21,184 | 119,853 | 43,104 | 3,596 | 9,554 | 110,115 | 4,779 |
| Poyner Spruill LLP | OCP Tier 2 | 401 | | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 124,061 | 49 | 3,554 | 473 | 3,785 | 3,290 | 126 | 39 | 4,960 | 4 | 681 | 34 | | 4,960 |
| Reed Smith, LLP | OCP Tier 1 | 31,118 | 5,340 | 206 | 253 | 2,786 | 82 | 6,551 | 6,538 | 122 | 122 | 162 | | | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | 0 | 1 | | | | | | | | | | | |
| Skarzynski Black | OCP Tier 2 | 4,557 | | | | | | 120 | | | | | | | |
| Smith Anderson | OCP Tier 2 | 756 | | | | | | | | | | 504 | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 81,574 | 1,619 | | 1,840 | 2,090 | | | 5,870 | | 6,306 | 2,870 | 1,480 | 3,000 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 8,876 | 199 | | | | 744 | 545 | 55 | 8 | | | | 5 | 13 |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 137,235 | 5,102 | 6,471 | 1,777 | 1,369 | 267 | 5,169 | 6,196 | 2,014 | 5,141 | 234 | 4,201 | 1,735 | 450 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 110,414 | | 22 | | 74 | | 111 | 138 | 58 | 53 | 97 | | 124 | 63 |

[1]Represents Fees since the Commencement Date