# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 7/1/2022 |
| Case: 19−23649−shl | Form ID: 144 | Total: 246 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 7625167 | Al Marino, Inc. |
| 7624303 | Attorney for Creditor, Ryan Hampton |
| 7707453 | BR Holding Associates Inc. |
| 7707454 | BR Holdings Associates L.P. |
| 7598583 | Community Health Systems, Inc., et al |
| 7597039 | Notice of Appearance and Request for Service of Pa |
| 7707456 | PLP Associates Holdings Inc. |
| 7707457 | PLP Associates Holdings L.P. |
| 7841634 | Peter Jackson |
| 7707455 | Pharmaceutical Research Associates L.P. |
| 7624477 | The State of Vermont, by and through Attorney Gene |
| 7625166 | William Stock |
| 7625165 | William Taylor |

TOTAL: 13

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Ann Kramer | akramer@reedsmith.com |
| aty | Anna Kordas | akordas@jonesday.com |
| aty | Anthony D. Boccanfuso | Anthony.Boccanfuso@apks.com |
| aty | Benjamin S. Kaminetzky | kaminet@dpw.com |
| aty | Brian S. Masumoto | nysbnotice@gmail.com |
| aty | Chane Buck | cbuck@jonesday.com |
| aty | Darren S. Klein | darren.klein@dpw.com |
| aty | Eli J. Vonnegut | eli.vonnegut@davispolk.com |
| aty | George W. Shuster, Jr. | george.shuster@wilmerhale.com |
| aty | James I. McClammy | james.mcclammy@davispolk.com |
| aty | Jeffrey R. Gleit | jeffrey.gleit@afslaw.com |
| aty | Julie Elizabeth Cohen | julie.cohen@skadden.com |
| aty | Linda Riffkin | linda.riffkin@usdoj.gov |
| aty | Marc Joseph Tobak | mtobak@dpw.com |
| aty | Marshall Scott Huebner | marshall.huebner@davispolk.com |
| aty | Paul E. Breene | pbreene@reedsmith.com |
| aty | Paul M. Singer | psinger@reedsmith.com |
| aty | Scott I. Davidson | sdavidson@kslaw.com |
| aty | Timothy E. Graulich | timothy.graulich@davispolk.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Purdue Pharma L.P.     One Stamford Forum     201 Tresser Boulevard     Stamford, CT 06901 | | |
| smg | United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007 | | |
| smg | Westchester County Sheriff's Dept.     Room L 217     110 Dr. Martin Luther King Blvd.     White Plains, NY 10601−2519 | | |
| smg | N.Y. State Dept. Of Taxation And Finance     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300 | | |
| smg | New York City Department of Finance     Office of Legal Affairs     375 Pearl Street, 30th Floor     New York, NY 10038 | | |
| smg | Parking Violations Bureau     210 Joralemon Avenue     Brooklyn, NY 11201 | | |
| smg | Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346 | | |
| smg | N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−0551 | | |
| smg | New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300 | | |
| smg | United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007 | | |
| 7608290 | AKIN GUMP STRAUSS HAUER & FELD LLP     Counsel to the Official Committee     of Unsecured Creditors     One Bryant Park     New York, New York 10036 | | |
| 7598644 | ALSTON & BIRD LLP     Counsel for OptumRX, Inc.     1201 West Peachtree Street     Atlanta, GA 30309−3424 | | |
| 7598645 | ALSTON & BIRD LLP     Counsel for OptumRX, Inc.     90 Park Avenue     New York, NY 10016−1387 | | |
| 7624302 | ANDREWS & THORNTON     Attorneys for Ryan Hampton     4701 Von Karman Ave., Suite 300     Newport Beach, CA 92660 | | |
| 7628695 | ASK LLP     Counsel to the Ad Hoc Group     of Individual Victims     151 West 46th Street, 4th Floor     New York, NY 10036 | | |
| 7656851 | ATTORNEY GENERAL OF WASHINGTON     Robert W. Ferguson, Attorney General     Counsel for Washington State     Department of Revenue     800 Fifth Avenue, Suite 2000     Seattle, WA 98104 | | |

| | | | | | |
|---|---|---|---|---|---|
| 7857009 | Aaron Ryerson | 17262 Lark Avenue | Mason City, Iowa 50401 | | |
| 7596263 | Agentis PLLC | Attorneys for State of Florida | c/o Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, FL 33134 |
| 7857354 | Alissa M. Nann | Foley & Lardner LLP | 90 Park Avenue | New York, NY 10016 | |
| 7860357 | Altergon Italia s.r.l. | c/o Nathan Q. Rugg | Barack Ferrazzano Kirschbaum & Nagelberg | 200 West Madison Street, Suite 3900 | Chicago, IL 60606 |
| 7909828 | Attorneys for the Commonwealth of Kentucky | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909791 | Attorneys for the State of Alaska | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909823 | Attorneys for the State of Arizona | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909794 | Attorneys for the State of Arkansas | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909830 | Attorneys for the State of Georgia | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909818 | Attorneys for the State of Kansas | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909685 | Attorneys for the State of Louisiana | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909792 | Attorneys for the State of Montana | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909740 | Attorneys for the State of Nebraska | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909793 | Attorneys for the State of North Dakota | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909743 | Attorneys for the State of Ohio | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909795 | Attorneys for the State of South Carolina | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7909852 | Attorneys for the State of Utah | AGENTIS PLLC | Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | Coral Gables, Florida 33134 |
| 7598845 | BARRETT LAW GROUP, P.A. | P.O. Box 927 | 404 Court Square | Lexington, MS 39095 | |
| 7598609 | BMC Group, Inc | Attn: T Feil | 3732 W. 120th Street | Hawthorne, CA 90250 | |
| 7617955 | BRACEWELL LLP | 1251 Avenue of the Americas, 49th Floor | New York, New York 10020−1100 | | |
| 7639145 | BROWN & CONNERY, LLP | Donald K. Ludman, Esquire | 6 North Broad Street, Suite 100 | Woodbury, NJ 08096 | |
| 7607080 | BROWN RUDNICK LLP | 7 Times Square | New York, NY 10036 | | |
| 7643212 | Ballard Spahr, LLP | Attorneys for DuPont de Nemours, Inc. | 919 N. Market Street, 11th Floor | Wilmington, DE 19801 | |
| 7652248 | Banc of America Leasing & Capital, LLC | c/o Nicola G. Suglia, Esquire | Fleischer, Fleischer & Suglia, P.C. | Four Greentree Centre | 601 Route 73 N, Suite 305   Marlton, NJ 08053 |
| 7629495 | Bentley & Bruning P.A. | Attorneys for SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT | 783 South Orange Avenue, Third Floor | Sarasota, Florida 34236 | |
| 7598782 | Bialson, Bergen & Schwab | Attorneys for United Parcel Service, Inc. | 633 Menlo Ave., Suite 100 | Menlo Park, CA 94025 | |
| 7710098 | Bielli & Klauder, LLC | Counsel David M. Klauder, Esquire | 1500 Walnut Street, Suite 900 | Philadelphia, PA 19103 | |
| 7623582 | Blue Cross Blue Shield Association | 225 North Michigan Ave. | Chicago, IL 60601 | | |
| 7879307 | Blue Cross and Blue Shield Association | 1310 G Street NW | Attn: Brendan Stuhan | Assistant General Counsel | Washington, DC 20005 |
| 7606042 | Buchalter, a Professional Corporation | Attorneys for McKesson Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612−0514 | |
| 7630986 | Buchalter, a Professional Corporation | Attorneys for Oracle America, Inc. | 55 2nd St., 17th Fl. | San Francisco, CA 94105 | |
| 7602027 | CAPLIN & DRYSDALE, CHARTERED | Counsel for the Multi−State Governmental Entities Group | One Thomas Circle, NW, Suite 1100 | Washington, DC 20005 | |
| 7608189 | CARTER LEDYARD & MILBURN LLP | Attorneys for State of West Virginia | 2 Wall Street | New York, New York 10005 | |
| 7598619 | CONSOVOY MCCARTHY PLLC | Attorneys for the State of Arizona | 1600 Wilson Boulevard, Suite 700 | Arlington, Virginia 22201 | |
| 7645712 | CREADORE LAW FIRM PC | Counsel for NAS Ad Hoc Committee | 450 Seventh Avenue, 14th Floor | New York, NY 10123 | |
| 7598844 | CUNEO GILBERT & LADUCA, LLP | 16 Court Street, Suite 1012 | Brooklyn, New York 11241 | | |
| 7598843 | CUNEO GILBERT & LADUCA, LLP | 4725 Wisconsin Avenue, NW, Suite 200 | Washington, DC 20016 | | |
| 7879305 | CVS Caremark Part D Services L.L.C. and CaremarkPCS Health, L.L.C. | 2211 Sanders Road, NBT−9 | Attn: Andrea Zollett, Sr Legal Counsel | Northbrook, IL 60062 | |
| 7605017 | Carol E. Momjian | Senior Deputy Attorney General | Office of Attorney General | The Phoenix Building | 1600 Arch Street, Suite 300   Philadelphia, PA 19103 |
| 7733941 | Casey David Nadloski | c/o Sahn Ward Coschignano, PLLC | The Omni Building | 333 Earle Ovington Blvd #601 | Uniondale, NY 11553 |
| 7879310 | Cheryl Juaire | No Address | | | |
| 7739609 | City of Blue Springs, Missouri | 903 W. Main St. | c/o City Attorney | Blue Springs, MO 64015 | |
| 7740419 | City of Moorhead, Minnesota | City Manager | 500 Center Avenue | Moorhead, MN 56561−0779 | |
| 7629903 | City of Seattle | c/o Ben Harrington | Hagens Berman Sobol Shapiro LLP | 715 Hearst Ave., Suite 202 | Berkeley, CA 94710 |

| | | | | |
|---|---|---|---|---|
| 7740499 | City of Warren, Andrea L. Stapleford–City Solicitor | 600 Market Street | Warren, PA 16365 | Warren, PA 16365–1636 |
| 7596642 | Commonwealth of Massachusetts | Office of the Attorney General | 1 Ashburton Place | Boston, MA 02108 |
| 7605260 | Commonwealth of Pennsylvania   Attn: Carol E. Momjian | The Phoenix Building | 1600 Arch Street, Suite 300 | Philadelphia, PA 19103 |
| 7622034 | Commonwealth of Pennsylvania   Department of Revenue | Bureau of Compliance | P O Box 280946 | Harrisburg, PA 17128–0946 |
| 7608560 | Commonwealth of Pennsylvania   Office of Attorney General | 15th Floor, Strawberry Square | Harrisburg, PA 17120 | |
| 7865581 | Conexus Solutions Inc | 1060 State Road, Suite 102 | Princeton, NJ 08540 | |
| 7670951 | Cooper Law Firm, LLC   Attorneys for Kara Trainor Brucato | 1525 Religious Street | New Orleans, Louisiana 70130 | |
| 7854450 | Customer Marketing Group, Inc. | 3601 S. Congress Ave. Suite Dl02 | Austin, TX 78704 | |
| 7804698 | Daniel R. Brice, Esq.   Blitman & King LLP | 443 North Franklin Street | Syracuse, NY 13204 | |
| 7617839 | Daniel S. Connolly   Robert G. Burns   Bracewell LLP | 1251 Avenue of the Americas, 49th Flr. | New York, NY 10020 | |
| 7918493 | Dannemann Siemsen Advogados | Rua Marques De Olinda 70 Parte | Rio De Janeiro , 22251040 | |
| 7905883 | David Mullen   # 730826   Washington State Penitentiary | 1313 N. 13th Avenue | Walla Walla, WA 99362 | |
| 7842645 | Davidson Davidson & Kappel LLC | 589 8th Ave 16th Fl | New York, NY 10018 | |
| 7913451 | Devin A Pratt   #92579   Northern State Correctional Facility | 2559 Glenn Rd. | Newport, Vermont 05855 | |
| 7645408 | Donald Creadore, Esq.   CREADORE LAW FIRM PC | 450 Seventh Avenue Suite 1408 | New York, New York 10123   Email: donald@creadorelawfirm.com | |
| 7646267 | Doster, Ullom & Boyle, LLC   Attorneys for State of Missouri | 16090 Swingley Ridge Road | Suite 620 | St. Louis, Missouri 63017 |
| 7608293 | EGLET ADAMS   Counsel to Nevada Counties   and Municipalities | 400 South 7th Street, Suite 400 | Las Vegas, Nevada 89101 | |
| 7905881 | Eddie Ray Hall   #82664 | 1100 W Mallon Avenue | Spokane County Jail | Spokane, WA 99260 |
| 7905884 | Eddie Ray Hall   #82664 | 1100 W Mallon Avenue | Spokane County Jail | Spokane, WA 99260 |
| 7719304 | Eisenberg & Baum, LLP   Attorneys for Ad Hoc Committee   on Accountability | 24 Union Square East, Fourth Floor | New York, New York 10003 | |
| 7810153 | Elizabeth A. Citrin | 28311 North Main Street   Suite B–103 | Daphne, AL 36526 | |
| 7827322 | FLW Southeast Inc | 4451 Canton Rd   Marietta, GA 30066 | | |
| 7598704 | FOLEY & LARDNER LLP | 321 N. Clark Street, Suite 2800 | Chicago, IL 60654–5313 | |
| 7597760 | FOLEY & LARDNER LLP | 90 Park Avenue   New York, New York 10016–1314 | | |
| 7618016 | FOX SWIBEL LEVIN & CARROLL LLP   Attorneys for Old Republic   Insurance Company | 200 W. Madison Street, Suite 3000 | Chicago, Illinois 60606 | |
| 7607458 | FRANKGECKER LLP | 1327 W. Washington Blvd.   Suite 5 G–H | Chicago, Illinois 60607 | |
| 7739610 | Fetzko Law Offices, P.C. | 12 Evergreen Drive   Suite 102 | Middletown, NY 10940 | |
| 7939102 | Frazer Greene Upchurch & Baker LLC | Po Box 1686   Mobile, AL 36633 | | |
| 7918494 | GCI Health New York | 200 Fifth Avenue   New York, NY 10010 | | |
| 7598614 | GODFREY & KAHN, S.C. | One East Main Street, Suite 500 | Madison, WI 53703 | |
| 7598707 | GOODWIN PROCTER LLP   The New York Times Building | 620 Eighth Avenue | New York, New York 10018 | |
| 7857883 | Guardian Law Group LLP   on behalf of certain Canadian Creditors   c/o Allen J. Underwood II, Esq.   Lite DePalma Greenberg & Afanador, LLC | 570 Broad Street, Suite 1201 | Newark, New Jersey 07102 | |
| 7625201 | HAGENS BERMAN SOBOL SHAPIRO LLP   Counsel for Blue Cross Blue   Shield Assoc. | 55 Cambridge Parkway, Suite 301 | Cambridge, MA 02142 | |
| 7707458 | HAUG PARTNERS LLP   One Post Office Square, 31st Floor | Boston, Massachusetts 02109 | | |
| 7606694 | HUSCH BLACKWELL LLP | 190 Carondelet Plaza, Suite 600 | St. Louis, MO 63105–3433 | |
| 7630743 | Hagens Berman Sobol Shapiro LLP   Counsel for City of Seattle | 715 Hearst Ave., Suite 202 | Berkeley, CA 94710 | |
| 7737042 | Hunt Kinnaird | 3855 Blair Mill Road, Apt. 219C | Horsham, PA 19044 | |
| 7737041 | Hunt Kinnaird   c/o Fetzko Law Offices, P.C. | 12 Evergreen Drive, Suite 102 | Middletown, NY 10940 | |
| 7952546 | INDOET LTD | 12 Benedict Road   Cold Spring, NY 10516 | | |
| 7918496 | Integreon Managed Solutions Inc | 2011 Crystal Dr Ste 200   Arlington, VA 22202 | | |
| 7608296 | JOSEPH HAGE AARONSON LLC | 485 Lexington Avenue   30th Floor | New York, New York 10017 | |
| 7754213 | James Harry Rand   United State Penitentiary | P.O. Box 33 (E–2) | Terre Haute, IN 47808 | |
| 7605360 | Jeffrey K. Garfinkle, Esq.   Daniel H. Slate, Esq.   Buchalter, a Professional Corporation | 18400 Von Karman Avenue, Suite 800 | Irvine, CA 92612–0514 | |
| 7739611 | Joan E. Vasko, Administratrix | 155 Old Murphy Road   Zebulon, NC 27597 | | |
| 7598618 | KELLER LENKNER LLC   Attorneys for the State of Arizona | 150 N. Riverside Plaza, Suite 4270 | Chicago, Illinois 60606 | |
| 7604082 | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.   Counsel for State of Washington | 551 Fifth Avenue, 18th Floor | New York, NY 10176 | |
| 7607078 | KRAMER LEVIN NAFTALIS & FRANKEL LLP | 1177 Avenue of the Americas | New York, New York 10036 | |
| 7879309 | Kara Trainor   No Address | | | |
| 7619809 | Kasen & Kasen, P.C.   Attn: Jenny Kasen, Esq. | Society Hill Office Park | 1874 E. Marlton Pike, Suite 3 | Cherry Hill, NJ 08003 |

| | | | | |
|---|---|---|---|---|
| 7619888 | Kasen & Kasen, P.C.   Attorneys for Fredrick Hill   Society Hill Office Park   1874 E. Marlton Pike, Suite 3   Cherry Hill, NJ 08003 |
| 7641816 | Katherine M. McCraw   Assistant Attorney General   N.C. Department of Justice   Post Office Box 629   Raleigh, North Carolina 27602–0629 |
| 7740418 | Katie J. Bertsch   444 Sheyenne Street   Suite 102   P.O. Box 458   West Fargo, ND 58078–0458 |
| 7845077 | LPW TRAINING SERVICES LLC   1938 WASHINGTON VALLEY RD 2ND FL   MARTINSVILLE, NJ 08836 |
| 7845076 | LPW Training Services LLC   90 East Main Street   Suite 302   Somerville, NJ 08876 |
| 7879306 | LTS Lohmann Therapy Systems Corporation   21 Henderson Drive   Attn: Stephanie Satz, General Counsel   West Caldwell, NJ 07006 |
| 7618017 | LUSKIN, STERN & EISLER LLP   Attorneys for Old Republic   Insurance Company   Eleven Times Square   New York, New York 10036 |
| 7617928 | Lara J. Fogel   Office of the New Jersey State Attorney   124 Halsey Street, 5th Floor   P.O. Box 45029–5029   Newark, New Jersey 07101 |
| 7905882 | Larry Dale Evjene   # 731468–W–A–113   Washington State Penitentiary   1313 N. 13th Avenue   Walla Walla, WA 99362 |
| 7863242 | Lawrence R. Reich   for Jane Redwood   235 Main Street, Suite 450   White Plains NY 10601 |
| 7918491 | Leverage Global Consulting LLC   37 Bay View Dr   Jamestown, RI 02835 |
| 7608198 | Loeb & Loeb LLP   Attorneys for Nevada Counties   and Municipalities   345 Park Avenue   New York NY 10154 |
| 7598706 | Louis J. Testa, Esq.   Assistant Attorney General   The Capitol   Albany, New York 12224–0341 |
| 7622419 | MARCUS & SHAPIRA LLP   Attorneys for Giant Eagle, Inc.   One Oxford Centre   301 Grant Street, 35th Floor   Pittsburgh, PA 15219 |
| 7598673 | MCELROY, DEUTSCH,MULVANEY & CARPENTER, LLP   Counsel to Westchester Fire   Insurance Company   1617 John F. Kennedy Blvd., Ste. 1500   Philadelphia, PA 19103 |
| 7608295 | MILBANK LLP   55 Hudson Yards   New York, New York 10001 |
| 7603810 | MOTION INDUSTRIES   1605 ALTON ROAD   BIRMINGHAM, AL 35210 |
| 7705848 | MOTLEY RICE LLC   Counsel for Tucson Medical Center   777 Third Ave., 27th Floor   New York, NY 10017 |
| 7737026 | Malcolm B. & Justine Kinnaird   c/o Fetzko Law Offices, P.C.   12 Evergreen Drive, Suite 102   Middletown, NY 10940 |
| 7905627 | Maria Ecke   8 Glenbrook Drive   West Simsbury, CT 06092 |
| 7836318 | Mark Walker   Western Illinois Correctional Center   #M10655   2500 Route 99S   Mt Sterling, IL 62353 |
| 7838695 | Messagebank Llc   260 Madison Ave 17th Fl   New York, NY 10016 |
| 7776417 | Michelle Decarlo   2119 S. 11th Street   Philadelphia, PA 19148 |
| 7608299 | Missouri Department of Revenue   Bankruptcy Unit   PO Box 475   Jefferson City MO, 65109–0475 |
| 7625209 | Morgan & Morgan   201 North Franklin Street, 7th Floor   Tampa, Florida 33602 |
| 7625208 | Morgan & Morgan   485 Madison Avenue, 20th Floor   New York, New York 10022 |
| 7598611 | Morgan & Morgan   76 South Laura Street, Suite 1100   Jacksonville, Florida 32202 |
| 7947065 | Movilitas Consulting LLC   8675 Solutions Ctr   Chicago, IL 60677–8006 |
| 7608540 | Muhammad Umair Khan   28 Liberty Street   New York, NY 10005 |
| 7617925 | Muhammad Umair Khan   Senior Advisor and Special Counsel   Executive Division   Office of the New York State Attorney Ge   28 Liberty Street   New York, New York 10005 |
| 7918492 | NNE Us Inc. nka NNE, Inc.   1101 Slater Rd Ste 120   Durham, NC 27703 |
| 7830057 | New Frontier Mktg Assoc LLC   44 Main Street, Suite 5   Millburn, NJ 07041 |
| 7602026 | New York State Department of Financial Services   One State Street   New York, NY 10004 |
| 7913073 | New York State Department of Taxation and Finance   Office of NYS Attorney General   Attention: Leo V. Gagion   28 Liberty Street, 17th Floor   NY, NY 10005 |
| 7767956 | Noramco Coventry LLC   KIRKLAND & ELLIS LLP   300 North LaSalle Street   Chicago, Illinois 60654   Attn: James A. Stempel |
| 7767955 | Noramco Coventry LLC   KIRKLAND & ELLIS LLP   601 Lexington Avenue   New York, New York 10022   Attn: Anne G. Wallice |
| 7598702 | OTTERBOURG P.C.   230 Park Avenue   New York, New York 10169 |
| 7608294 | Office of the New Jersey State Attorney General   124 Halsey Street, 5th Floor   P.O. Box 45029–5029   Newark, New Jersey 07101 |
| 7604080 | Office of the New York State Attorney General   28 Liberty Street   New York, New York 10005 |
| 7607605 | Office of the South Carolina Attorney General   P.O. Box 11549   Columbia, South Carolina 29211–1549 |
| 7707778 | POTTER ANDERSON & CORROON LLP   Counsel to Walmart, Inc.   and its Subsidiaries   1313 North Market Street, Sixth Floor   P.O. Box 951   Wilmington, DE 19801 |
| 7902585 | Paris Gyparakis, Esq.   747 Third Avenue   New York, NY 10017 |
| 7879308 | Pension Benefit Guaranty Corporation   1200 K Street, NW   Attn: Adi Berger, Director   Washington, DC 20005 |
| 7643172 | People of the State of California   California Department of Justice   300 S. Spring Street, Suite 1702   Los Angeles, CA 90013 |
| 7637874 | People of the State of California   California Department of Justice   300 South Spring Street, Suite 1702   Los Angeles, California 90013 |
| 7598459 | People of the State of New York   Office of the New York State Attorney Ge   28 Liberty Street   New York, New York 10005 |
| 7608291 | People of the State of New York   The Capitol   Albany, New York 12224–0341 |
| 7621563 | Pillsbury Winthrop Shaw Pittman LLP   Attorneys for Ad Hoc Group of   Non–Consenting States   2 Houston Center   909 Fannin, Suite 2000   Houston, TX 77010 |
| 7621323 | Pillsbury Winthrop Shaw Pittman LLP   Attorneys for Ad Hoc Group of   Non–Consenting States   31 West 52nd Street   New York, NY 10019 |

| ID | Name | Details |
|---|---|---|
| 7625202 | RAWLINGS & ASSOCIATES | Counsel for Blue Cross Blue Shield Assoc.    1 Eden Parkway    La Grange, KY 40031 |
| 7880892 | RDC Liquidating Trust as Successor–in–Interest to | Pachulski Stang Ziehl & Jones LLP    10100 Santa Monica Blvd., Ste 1300    Los Angeles, CA 90067 |
| 7604083 | REED SMITH LLP | Counsel for AmerisourceBergen Drug    Corporation    599 Lexington Avenue    New York, NY 10022–7650 |
| 7604084 | REED SMITH LLP | Counsel for AmerisourceBergen Drug    Corporation    Three Logan Square    1717 Arch Street, Suite 3100    Philadelphia, PA 19103 |
| 7671142 | RONALD GEORGE DANDAR K07780 | c/o LEGAL MAIL DEPARTMENT    50 OVERLOOK DRIVE    LABELLE, PA 15450 |
| 7868560 | ROSEN & ASSOCIATES, P.C. | Counsel to Jeffrey Bryan Pierce    747 Third Avenue    New York, NY 10017–2803    Attn: Paris Gyparakis, Esq. |
| 7918489 | Racher Press Inc | 126 Fifth Ave 12th Fl    New York, NY 10001 |
| 7608199 | Robert M. Adams | Eglet Adams    400 South &th Street, Suite 400    Las Vegas, NV 89101 |
| 7918488 | Roda Creative Services | 1381WPoplar St Ste 200    York, PA 17404 |
| 7668479 | Ronald George Dandar | c/o Legal Mail Department    50 Overlook Drive    LaBelle, PA 15450 |
| 7798215 | Ruby Thomas | 150 Lady Mary Lane    Rockingham, NC 28379 |
| 7650994 | SCHULTE ROTH & ZABEL LLP | Counsel to the Ad Hoc Group of Hospitals    919 Third Avenue    New York, NY 10022 |
| 7602025 | SCOTT+SCOTT ATTORNEYS AT LAW LLP | The Helmsley Building    230 Park Avenue, 17th Floor    New York, NY 10169 |
| 7651693 | SIMPSON THACHER & BARTLETT LLP | Counsel for PJT Partners LP    425 Lexington Avenue    New York, NY 10017 |
| 7604434 | STATE OF OHIO | DAVE YOST, ATTORNEY GENERAL    615 West Superior Avenue, 11th Floor    Cleveland, Ohio 44113 |
| 7619317 | STUTZMAN, BROMBERG, ESSERMAN & | PLIFKA, A Professional Corporation    2323 Bryan Street, Suite 2200    Dallas, TX 75201 |
| 7794291 | Shane C. Peterson | Attn: # 1723514410    St. Johns Co. Det. Center    3955 Lewis Speedway    St. Augustine, Fl 32084 |
| 7794290 | Shane Christian Peterson | 30 South Leonardi Street    Saint Augustine, FL 32084 |
| 7654826 | Shipman & Goodwin LLP | Attorneys for United HealthCare    Services, Inc.    One Constitution Plaza    Hartford, CT 06103 |
| 7596661 | State of Arizona ex rel. Mark Brnovich | Attorney General    2005 N Central Avenue    Phoenix, AZ 85004 |
| 7617954 | State of Connecticut | Office of Attorney General    55 Elm Street, P.O. Box 120    Hartford, CT 06141–0120 |
| 7607061 | State of Idaho through | Attorney General Lawrence G. Wasden    P. O. Box 83720    Boise, ID 83720–0010 |
| 7608091 | State of North Carolina | C/O Walderep LLP    101 S. Stratford Rd., Suite 210    Winston Salem, NC 27104 |
| 7608088 | State of North Carolina | C/O Waldrep LLP    101 S. Stratford Rd., Suite 210    Winston Salem, NC 27104 |
| 7625206 | State of Vermont | Attn: Jill S. Abrams    109 State Street    Montpelier, Vermont 05403 |
| 7598612 | Stevens & Lee, P.C. | 485 Madison Avenue, 20th Floor    New York, New York 10022 |
| 7625168 | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon, Esq.    485 Madison Ave., 20th Floor    New York, NY 10022 |
| 7625809 | TARTER KRINSKY & DROGIN LLP | Attorneys for Ad Hoc Committee    of NAS Babies    1350 Broadway, 11th Floor    New York, New York 10018 |
| 7598846 | TEITELBAUM LAW GROUP, LLC | 1 Barker Avenue, 3rd Floor    White Plains, New York 10601 |
| 7845073 | TRC Master Fund LLC | PO Box 633    Woodmere, Ny 11598 |
| 7604081 | TUCKER ARENSBERG, P.C. | Counsel to Thermo Fisher Scientific    1500 One PPG Place    Pittsburgh, Pennsylvania 15222 |
| 7598584 | Teitelbaum Law Group LLC | Jay Teitelbaum    1 Barker Avenue White Plains NY 10601    jteitelbaum@tblawllp.com; jkelly@cuneola |
| 7596450 | Tennessee Attorney Generals Office | Attn: Marvin Clements, Bankruptcy Divisi    P.O. Box 20207    Nashville, TN 37202–0207 |
| 7910022 | The Commonwealth of Puerto Rico | c/o Christopher B. Spuches, Esq.    Agentis PLLC    55 Alhambra Plaza, Suite 800    Coral Gables, FL. 33134 |
| 7608194 | The Official Committee of Unsecured Creditors | of Purdue Pharma L.P., et al.    c/o Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, NY 10036 |
| 7620113 | The People of the State of California | 600 West Broadway, Suite 1800    San Diego, CA 92101 |
| 7596637 | The People of the State of California | Attn: SDAG Bernard A. Eskandari    California Department of Justice    300 South Spring Street, Suite 1702    Los Angeles, CA 90013 |
| 7909888 | The State of Mississippi | c/o Christopher B. Spuches    Agentis PLLC    55 Alhambra Plaza, Suite 800    Coral Gables, FL. 33134 |
| 7909977 | The State of Missouri | c/o Christopher B. Spuches, Esq.    Agentis PLLC    55 Alhambra Plaza, Suite 800    Coral Gables, FL. 33134 |
| 7910029 | The Territory of American Samoa | Agentis PLLC    c/o Christopher B. Spuches, Esq.    55 Alhambra Plaza, Suite 800    Coral Gables, Florida 33134 |
| 7603317 | Thermo Fisher Scientific | c/o Jordan S. Blask, Esq.    Tucker Arensberg, P.C.    1500 One PPG Place    Pittsburgh, PA 15222 |
| 7705631 | Tucson Medical Center | 5301 E. Grant Road    Tucson, Arizona 85712 |
| 7918495 | University Of South Florida | PO Box 864568    Orlando, FL 328864568 |
| 7607992 | Waldrep LLP | Attorneys for State of North Carolina    101 S. Stratford Rd., Suite 210    Winston–Salem, NC 27104 |
| 7879311 | Walter Lee Salmons | No Address |
| 7742711 | Waste Industries | c/o RMS    PO Box 19253    Minneapolis, MN 55419 |
| 7918490 | Watson Marlow Inc | Po Box 536825    Pittsburgh, PA 152535904 |

| | | | | |
|---|---|---|---|---|
| 7618548 | Wells Fargo Vendor Financial Services, LLC | fka GE Capital Inf. Technology Solutions | c/o A Ricoh USA Program   f/d/b/a IKON Financial Serv. | P.O. Box 13708   Macon, GA 31208–3708 |
| 7879301 | West Boca Medical Center | 21644 Florida Highway | Attn: Paige Kesman, Asst General Counsel | Boca Raton, FL 33428 |
| 7707132 | White & Case LLP | 1221 Avenue of the Americas | New York, New York 10020 | |
| 7707133 | White & Case LLP | Southeast Financial Center | Suite 4900   200 South Biscayne Boulevard | Miami, FL 33131 |
| 7602404 | Wilk Auslander LLP | Attorneys for State of Alabama | 1515 Broadway, 43d Floor | New York, New York 10036 |
| 7598701 | William R. Pearson | Attorney for the State of Iowa | Hoover Building, 2nd Floor | 1305 E. Walnut Street   Des Moines, IA 50312 |
| 7652431 | Williams Scotsman Inc | 901 S Bond Street | Suite 600/ Bankruptcy | Baltimore, MD 21231 |
| 7857249 | c/o Jill L. Nicholson, Esq. | FOLEY & LARDNER LLP | 90 Park Avenue | New York, New York 10016 |

TOTAL: 213