# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19−23649−shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06−1307484 | CHAPTER:  11 |

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:

Purdue Pharma L.P.

    Debtor

Case No. 19-23649-shl

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 50 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 199 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Purdue Pharma L.P., One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901-3432 |
| 7608290 | + | AKIN GUMP STRAUSS HAUER & FELD LLP, Counsel to the Official Committee, of Unsecured Creditors, One Bryant Park, New York, New York 10036-6728 |
| 7598645 | | ALSTON & BIRD LLP, Counsel for OptumRX, Inc., 90 Park Avenue, New York, NY 10016-1387 |
| 7598644 | | ALSTON & BIRD LLP, Counsel for OptumRX, Inc., 1201 West Peachtree Street, Atlanta, GA 30309-3424 |
| 7624302 | + | ANDREWS & THORNTON, Attorneys for Ryan Hampton, 4701 Von Karman Ave., Suite 300, Newport Beach, CA 92660-2193 |
| 7628695 | + | ASK LLP, Counsel to the Ad Hoc Group, of Individual Victims, 151 West 46th Street, 4th Floor, New York, NY 10036-8512 |
| 7656851 | + | ATTORNEY GENERAL OF WASHINGTON, Robert W. Ferguson, Attorney General, Counsel for Washington State, Department of Revenue, 800 Fifth Avenue, Suite 2000 Seattle, WA 98104-3188 |
| 7857009 | + | Aaron Ryerson, 17262 Lark Avenue, Mason City, Iowa 50401-8940 |
| 7596263 | + | Agentis PLLC, Attorneys for State of Florida, c/o Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| 7857354 | + | Alissa M. Nann, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7860357 | + | Altergon Italia s.r.l., c/o Nathan Q. Rugg, Barack Ferrazzano Kirschbaum & Nagelberg, 200 West Madison Street, Suite 3900, Chicago, IL 60606-3465 |
| 7909828 | + | Attorneys for the Commonwealth of Kentucky, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909791 | + | Attorneys for the State of Alaska, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909823 | + | Attorneys for the State of Arizona, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909794 | + | Attorneys for the State of Arkansas, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909830 | + | Attorneys for the State of Georgia, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909818 | + | Attorneys for the State of Kansas, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909685 | + | Attorneys for the State of Louisiana, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909792 | + | Attorneys for the State of Montana, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909740 | + | Attorneys for the State of Nebraska, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909793 | + | Attorneys for the State of North Dakota, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909743 | + | Attorneys for the State of Ohio, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909795 | + | Attorneys for the State of South Carolina, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7909852 | + | Attorneys for the State of Utah, AGENTIS PLLC, Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7598845 | + | BARRETT LAW GROUP, P.A., P.O. Box 927, 404 Court Square, Lexington, MS 39095-3632 |
| 7598609 | + | BMC Group, Inc, Attn: T Feil, 3732 W. 120th Street, Hawthorne, CA 90250-3202 |
| 7617955 | | BRACEWELL LLP, 1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100 |
| 7639145 | + | BROWN & CONNERY, LLP, Donald K. Ludman, Esquire, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| 7607080 | + | BROWN RUDNICK LLP, 7 Times Square, New York, NY 10036-6548 |
| 7643212 | + | Ballard Spahr, LLP, Attorneys for DuPont de Nemours, Inc., 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| 7652248 | + | Banc of America Leasing & Capital, LLC, c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 N, Suite 305 Marlton, NJ 08053-3475 |

District/off: 0208-7                                     User: admin                                     Page 2 of 50
Date Rcvd: Jul 01, 2022                                 Form ID: 144                                  Total Noticed: 199

| | | |
|---|---|---|
| 7629495 | + | Bentley & Bruning P.A., Attorneys for SARASOTA COUNTY PUBLIC, HOSPITAL DISTRICT, 783 South Orange Avenue, Third Floor, Sarasota, Florida 34236-4702 |
| 7598782 | + | Bialson, Bergen & Schwab, Attorneys for United Parcel, Service, Inc., 633 Menlo Ave., Suite 100, Menlo Park, CA 94025-4711 |
| 7710098 | + | Bielli & Klauder, LLC, Counsel David M. Klauder, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 7623582 | + | Blue Cross Blue Shield Association, 225 North Michigan Ave., Chicago, IL 60601-6026 |
| 7879307 | + | Blue Cross and Blue Shield Association, 1310 G Street NW, Attn: Brendan Stuhan, Assistant General Counsel, Washington, DC 20005-3000 |
| 7606042 | | Buchalter, a Professional Corporation, Attorneys for McKesson Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| 7630986 | + | Buchalter, a Professional Corporation, Attorneys for Oracle America, Inc., 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 7602027 | + | CAPLIN & DRYSDALE, CHARTERED, Counsel for the Multi-State Governmental, Entities Group, One Thomas Circle, NW, Suite 1100, Washington, DC 20005-5812 |
| 7608189 | + | CARTER LEDYARD & MILBURN LLP, Attorneys for State of West Virginia, 2 Wall Street, New York, New York 10005-2072 |
| 7598619 | + | CONSOVOY MCCARTHY PLLC, Attorneys for the State of Arizona, 1600 Wilson Boulevard, Suite 700, Arlington, Virginia 22209-2510 |
| 7645712 | + | CREADORE LAW FIRM PC, Counsel for NAS Ad Hoc Committee, 450 Seventh Avenue, 14th Floor, New York, NY 10123-0101 |
| 7598843 | + | CUNEO GILBERT & LADUCA, LLP, 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016-4664 |
| 7598844 | + | CUNEO GILBERT & LADUCA, LLP, 16 Court Street, Suite 1012, Brooklyn, New York 11241-1010 |
| 7879305 | + | CVS Caremark Part D Services L.L.C. and, CaremarkPCS Health, L.L.C., 2211 Sanders Road, NBT-9, Attn: Andrea Zollett, Sr Legal Counsel, Northbrook, IL 60062-6150 |
| 7605017 | + | Carol E. Momjian, Senior Deputy Attorney General, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 7733941 | + | Casey David Nadloski, c/o Sahn Ward Coschignano, PLLC, The Omni Building, 333 Earle Ovington Blvd #601, Uniondale, NY 11553-3645 |
| 7739609 | + | City of Blue Springs, Missouri, 903 W. Main St., c/o City Attorney, Blue Springs, MO 64015-3709 |
| 7740419 | + | City of Moorhead, Minnesota, City Manager, 500 Center Avenue, Moorhead, MN 56560-1922 |
| 7629903 | + | City of Seattle, c/o Ben Harrington, Hagens Berman Sobol Shapiro LLP, 715 Hearst Ave., Suite 202, Berkeley, CA 94710-1948 |
| 7740499 | + | City of Warren,Andrea L. Stapleford-City Solicitor, 600 Market Street, Warren, PA 16365, Warren, PA 16365-1326 |
| 7622034 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 7605260 | + | Commonwealth of Pennsylvania, Attn: Carol E. Momjian, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 7608560 | + | Commonwealth of Pennsylvania, Office of Attorney General, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 7865581 | + | Conexus Solutions Inc, 1060 State Road, Suite 102, Princeton, NJ 08540-1447 |
| 7670951 | + | Cooper Law Firm, LLC, Attorneys for Kara Trainor Brucato, 1525 Religious Street, New Orleans, Louisiana 70130-4523 |
| 7854450 | + | Customer Marketing Group, Inc., 3601 S. Congress Ave. Suite Dl02, Austin, TX 78704-7224 |
| 7804698 | + | Daniel R. Brice, Esq., Blitman & King LLP, 443 North Franklin Street, Syracuse, NY 13204-5412 |
| 7617839 | + | Daniel S. Connolly, Robert G. Burns, Bracewell LLP, 1251 Avenue of the Americas, 49th Flr., New York, NY 10020-1100 |
| 7905883 | + | David Mullen, # 730826, Washington State Penitentiary, 1313 N. 13th Avenue, Walla Walla, WA 99362-8817 |
| 7913451 | + | Devin A Pratt, #92579, Northern State Correctional Facility, 2559 Glen Road, Newport, Vermont 05855-9758 |
| 7645408 | + | Donald Creadore,Esq., CREADORE LAW FIRM PC, 450 Seventh Avenue Suite 1408, New York, New York 10123, Email: donald@creadorelawfirm.com 10123-1408 |
| 7608293 | + | EGLET ADAMS, Counsel to Nevada Counties, and Municipalities, 400 South 7th Street, Suite 400, Las Vegas, Nevada 89101-6941 |
| 7905881 | + | Eddie Ray Hall, #82664, 1100 W Mallon Avenue, Spokane County Jail, Spokane, WA 99260-0320 |
| 7719304 | + | Eisenberg & Baum, LLP, Attorneys for Ad Hoc Committee, on Accountability, 24 Union Square East, Fourth Floor, New York, New York 10003-3201 |
| 7810153 | + | Elizabeth A. Citrin, 28311 North Main Street, Suite B-103, Daphne, AL 36526-7061 |
| 7827322 | + | FLW Southeast Inc, 4451 Canton Rd, Marietta, GA 30066-1011 |
| 7597760 | + | FOLEY & LARDNER LLP, 90 Park Avenue, New York, New York 10016-1301 |
| 7618016 | + | FOX SWIBEL LEVIN & CARROLL LLP, Attorneys for Old Republic, Insurance Company, 200 W. Madison Street, Suite 3000, Chicago, Illinois 60606-3417 |
| 7739610 | + | Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 7939102 | + | Frazer Greene Upchurch & Baker LLC, Po Box 1686, Mobile, AL 36633-1686 |
| 7598614 | + | GODFREY & KAHN, S.C., One East Main Street, Suite 500, Madison, WI 53703-3300 |
| 7598707 | + | GOODWIN PROCTER LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018-1618 |
| 7857883 | + | Guardian Law Group LLP, on behalf of certain Canadian Creditors, c/o Allen J. Underwood II, Esq., Lite DePalma Greenberg & Afanador, LLC, 570 Broad Street, Suite 1201 Newark, New Jersey 07102-4532 |
| 7625201 | + | HAGENS BERMAN SOBOL SHAPIRO LLP, Counsel for Blue Cross Blue, Shield Assoc., 55 Cambridge Parkway, Suite 301, Cambridge, MA 02142-1263 |
| 7707458 | + | HAUG PARTNERS LLP, One Post Office Square, 31st Floor, Boston, Massachusetts 02109-2106 |
| 7606694 | | HUSCH BLACKWELL LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105-3433 |
| 7630743 | + | Hagens Berman Sobol Shapiro LLP, Counsel for City of Seattle, 715 Hearst Ave., Suite 202, Berkeley, CA 94710-1948 |
| 7737042 | + | Hunt Kinnaird, 3855 Blair Mill Road, Apt. 219C, Horsham, PA 19044-2920 |
| 7737041 | + | Hunt Kinnaird, c/o Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 7952546 | + | INDOET LTD, 12 Benedict Road, Cold Spring, NY 10516-2915 |
| 7608296 | + | JOSEPH HAGE AARONSON LLC, 485 Lexington Avenue, 30th Floor, New York, New York 10017-2635 |
| 7754213 | + | James Harry Rand, United State Penitentiary, P.O. Box 33 (E-2), Terre Haute, IN 47808-0033 |
| 7605360 | | Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq., Buchalter, a Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA |

District/off: 0208-7                          User: admin                                    Page 3 of 50
Date Rcvd: Jul 01, 2022                       Form ID: 144                                    Total Noticed: 199

|         |   |                                                                                                                                                                          |
|---------|---|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |   | 92612-0514                                                                                                                                                                |
| 7739611 | + | Joan E. Vasko, Administratrix, 155 Old Murphy Road, Zebulon, NC 27597-7447                                                                                                |
| 7598618 | + | KELLER LENKNER LLC, Attorneys for the State of Arizona, 150 N. Riverside Plaza, Suite 4270, Chicago, Illinois 60606-1665                                                   |
| 7604082 | + | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C., Counsel for State of Washington, 551 Fifth Avenue, 18th Floor, New York, NY 10176-1899                                             |
| 7607078 | + | KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas, New York, New York 10036-2714                                                                            |
| 7619888 | + | Kasen & Kasen, P.C., Attorneys for Fredrick Hill, Society Hill Office Park, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003-2038                                      |
| 7619809 | + | Kasen & Kasen, P.C., Attn: Jenny Kasen, Esq., Society Hill Office Park, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003-2038                                          |
| 7641816 |   | Katherine M. McCraw, Assistant Attorney General, N.C. Department of Justice, Post Office Box 629, Raleigh, North Carolina 27602-0629                                       |
| 7740418 |   | Katie J. Bertsch, 444 Sheyenne Street, Suite 102, P.O. Box 458, West Fargo, ND 58078-0458                                                                                 |
| 7845076 | + | LPW Training Services LLC, 90 East Main Street, Suite 302, Somerville, NJ 08876-2312                                                                                       |
| 7879306 | + | LTS Lohmann Therapy Systems Corporation, 21 Henderson Drive, Attn: Stephanie Satz, General Counsel, West Caldwell, NJ 07006-6607                                           |
| 7618017 | + | LUSKIN, STERN & EISLER LLP, Attorneys for Old Republic, Insurance Company, Eleven Times Square, New York, New York 10036-6600                                              |
| 7617928 | + | Lara J. Fogel, Office of the New Jersey State Attorney, 124 Halsey Street, 5th Floor, P.O. Box 45029-5029, Newark, New Jersey 07102-3017                                   |
| 7905882 | + | Larry Dale Evjene, # 731468-W-A-113, Washington State Penitentiary, 1313 N. 13th Avenue, Walla Walla, WA 99362-8817                                                        |
| 7863242 | + | Lawrence R. Reich, for Jane Redwood, 235 Main Street, Suite 450, White Plains NY 10601-2421                                                                                |
| 7918491 | + | Leverage Global Consulting LLC, 37 Bay View Dr, Jamestown, RI 02835-1505                                                                                                   |
| 7608198 | + | Loeb & Loeb LLP, Attorneys for Nevada Counties, and Municipalities, 345 Park Avenue, New York NY 10154-0004                                                                |
| 7598706 |   | Louis J. Testa, Esq., Assistant Attorney General, The Capitol, Albany, New York 12224-0341                                                                                |
| 7622419 | + | MARCUS & SHAPIRA LLP, Attorneys for Giant Eagle, Inc., One Oxford Centre, 301 Grant Street, 35th Floor, Pittsburgh, PA 15219-1407                                          |
| 7598673 | + | MCELROY, DEUTSCH,MULVANEY & CARPENTER, LLP, Counsel to Westchester Fire, Insurance Company, 1617 John F. Kennedy Blvd., Ste. 1500, Philadelphia, PA 19103-1815            |
| 7608295 | + | MILBANK LLP, 55 Hudson Yards, New York, New York 10001-2163                                                                                                               |
| 7603810 | + | MOTION INDUSTRIES, 1605 ALTON ROAD, BIRMINGHAM, AL 35210-3770                                                                                                             |
| 7705848 | + | MOTLEY RICE LLC, Counsel for Tucson Medical Center, 777 Third Ave., 27th Floor, New York, NY 10017-1423                                                                    |
| 7737026 | + | Malcolm B. & Justine Kinnaird, c/o Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320                                                      |
| 7905627 | + | Maria Ecke, 8 Glenbrook Drive, West Simsbury, CT 06092-2505                                                                                                               |
| 7836318 | + | Mark Walker, Western Illinois Correctional Center, #M10655, 2500 Route 99S, Mt Sterling, IL 62353-1462                                                                     |
| 7838695 | + | Messagebank Llc, 260 Madison Ave 17th Fl, New York, NY 10016-2410                                                                                                         |
| 7776417 | + | Michelle Decarlo, 2119 S. 11th Street, Philadelphia, PA 19148-3040                                                                                                        |
| 7608299 |   | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, Jefferson City MO, 65109-0475                                                                                 |
| 7598611 | + | Morgan & Morgan, 76 South Laura Street, Suite 1100, Jacksonville, Florida 32202-5413                                                                                       |
| 7625208 | + | Morgan & Morgan, 485 Madison Avenue, 20th Floor, New York, New York 10022-5813                                                                                            |
| 7625209 | + | Morgan & Morgan, 201 North Franklin Street, 7th Floor, Tampa, Florida 33602-5157                                                                                          |
| 7947065 |   | Movilitas Consulting LLC, 8675 Solutions Ctr, Chicago, IL 60677-8006                                                                                                      |
| 7608540 | + | Muhammad Umair Khan, 28 Liberty Street, New York, NY 10005-1400                                                                                                           |
| 7617925 | + | Muhammad Umair Khan, Senior Advisor and Special Counsel, Executive Division, Office of the New York State Attorney Ge, 28 Liberty Street New York, New York 10005-1496     |
| 7918492 | + | NNE Us Inc. nka NNE, Inc., 1101 Slater Rd Ste 120, Durham, NC 27703-8447                                                                                                  |
| 7830057 | + | New Frontier Mktg Assoc LLC, 44 Main Street, Suite 5, Millburn, NJ 07041-1339                                                                                             |
| 7602026 | + | New York State Department of Financial Services, One State Street, New York, NY 10004-1561                                                                                 |
| 7913073 | + | New York State Department of Taxation and Finance, Office of NYS Attorney General, Attention: Leo V. Gagion, 28 Liberty Street, 17th Floor, NY, NY 10005-1495              |
| 7767955 | + | Noramco Coventry LLC, KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, New York 10022-4643, Attn: Anne G. Wallice                                                     |
| 7767956 | + | Noramco Coventry LLC, KIRKLAND & ELLIS LLP, 300 North LaSalle Street, Chicago, Illinois 60654-5412, Attn: James A. Stempel                                                 |
| 7598702 | + | OTTERBOURG P.C., 230 Park Avenue, New York, New York 10169-2900                                                                                                           |
| 7608294 | + | Office of the New Jersey State Attorney General, 124 Halsey Street, 5th Floor, P.O. Box 45029-5029, Newark, New Jersey 07102-3017                                          |
| 7604080 | + | Office of the New York State Attorney General, 28 Liberty Street, New York, New York 10005-1496                                                                            |
| 7607605 |   | Office of the South Carolina Attorney General, P.O. Box 11549, Columbia, South Carolina 29211-1549                                                                        |
| 7707778 | + | POTTER ANDERSON & CORROON LLP, Counsel to Walmart, Inc., and its Subsidiaries, 1313 North Market Street, Sixth Floor, P.O. Box 951 Wilmington, DE 19899-0951              |
| 7902585 | + | Paris Gyparakis, Esq., 747 Third Avenue, New York, NY 10017-2803                                                                                                          |
| 7643172 | + | People of the State of California, California Department of Justice, 300 S. Spring Street, Suite 1702, Los Angeles, CA 90013-1256                                          |
| 7637874 | + | People of the State of California, California Department of Justice, 300 South Spring Street, Suite 1702, Los Angeles, California 90013-1256                               |
| 7598459 | + | People of the State of New York, Office of the New York State Attorney Ge, 28 Liberty Street, New York, New York 10005-1496                                                |
| 7608291 |   | People of the State of New York, The Capitol, Albany, New York 12224-0341                                                                                                 |
| 7621563 | + | Pillsbury Winthrop Shaw Pittman LLP, Attorneys for Ad Hoc Group of, Non-Consenting States, 2 Houston Center, 909 Fannin, Suite 2000 Houston, TX 77010-1028                 |
| 7621323 | + | Pillsbury Winthrop Shaw Pittman LLP, Attorneys for Ad Hoc Group of, Non-Consenting States, 31 West 52nd Street, New York, NY 10019-6118                                    |
| 7625202 | + | RAWLINGS & ASSOCIATES, Counsel for Blue Cross Blue, Shield Assoc., 1 Eden Parkway, La Grange, KY 40031-8100                                                                |

District/off: 0208-7 | User: admin | Page 4 of 50
Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 199

| | | |
|---|---|---|
| 7880892 | + | RDC Liquidating Trust as Successor-in-Interest to, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Ste 1300, Los Angeles, CA 90067-4114 |
| 7604083 | + | REED SMITH LLP, Counsel for AmerisourceBergen Drug, Corporation, 599 Lexington Avenue, New York, NY 10022-6030 |
| 7604084 | + | REED SMITH LLP, Counsel for AmerisourceBergen Drug, Corporation, Three Logan Square, 1717 Arch Street, Suite 3100 Philadelphia, PA 19103-2762 |
| 7671142 | + | RONALD GEORGE DANDAR K07780, c/o LEGAL MAIL DEPARTMENT, 50 OVERLOOK DRIVE, LABELLE, PA 15450-1050 |
| 7868560 | | ROSEN & ASSOCIATES, P.C., Counsel to Jeffrey Bryan Pierce, 747 Third Avenue, New York, NY 10017-2803, Attn: Paris Gyparakis, Esq. |
| 7918489 | + | Racher Press Inc, 126 Fifth Ave 12th Fl, New York, NY 10011-5621 |
| 7608199 | | Robert M. Adams, Eglet Adams, 400 South &th Street, Suite 400, Las Vegas, NV 89101 |
| 7918488 | + | Roda Creative Services, 1381WPoplar St Ste 200, York, PA 17404-3437 |
| 7668479 | + | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, LaBelle, PA 15450-1050 |
| 7798215 | + | Ruby Thomas, 150 Lady Mary Lane, Rockingham, NC 28379-5086 |
| 7650994 | + | SCHULTE ROTH & ZABEL LLP, Counsel to the Ad Hoc Group of Hospitals, 919 Third Avenue, New York, NY 10022-3902 |
| 7602025 | + | SCOTT+SCOTT ATTORNEYS AT LAW LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169-1820 |
| 7651693 | + | SIMPSON THACHER & BARTLETT LLP, Counsel for PJT Partners LP, 425 Lexington Avenue, New York, NY 10017-3903 |
| 7604434 | + | STATE OF OHIO, DAVE YOST, ATTORNEY GENERAL, 615 West Superior Avenue, 11th Floor, Cleveland, Ohio 44113-1899 |
| 7619317 | + | STUTZMAN, BROMBERG, ESSERMAN &, PLIFKA, A Professional Corporation, 2323 Bryan Street, Suite 2200, Dallas, TX 75201-2655 |
| 7794291 | | Shane C. Peterson, Attn: # 1723514410, St. Johns Co. Det. Center, 3955 Lewis Speedway, St. Augustine, Fl 32084-8628 |
| 7794290 | | Shane Christian Peterson, 30 South Leonardi Street, Saint Augustine, FL 32084-0484 |
| 7654826 | + | Shipman & Goodwin LLP, Attorneys for United HealthCare, Services, Inc., One Constitution Plaza, Hartford, CT 06103-1803 |
| 7596661 | + | State of Arizona ex rel. Mark Brnovich, Attorney General, 2005 N Central Avenue, Phoenix, AZ 85004-1592 |
| 7617954 | | State of Connecticut, Office of Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120 |
| 7607061 | | State of Idaho through, Attorney General Lawrence G. Wasden, P. O. Box 83720, Boise, ID 83720-0010 |
| 7608091 | + | State of North Carolina, C/O Walderep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104-4224 |
| 7608088 | + | State of North Carolina, C/O Waldrep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104-4224 |
| 7625206 | + | State of Vermont, Attn: Jill S. Abrams, 109 State Street, Montpelier, Vermont 05602-2720 |
| 7598612 | + | Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022-5813 |
| 7625168 | + | Stevens & Lee, P.C., Attn: Nicholas F. Kajon, Esq., 485 Madison Ave., 20th Floor, New York, NY 10022-5813 |
| 7625809 | + | TARTER KRINSKY & DROGIN LLP, Attorneys for Ad Hoc Committee, of NAS Babies, 1350 Broadway, 11th Floor, New York, New York 10018-0947 |
| 7604081 | + | TUCKER ARENSBERG, P.C., Counsel to Thermo Fisher Scientific, 1500 One PPG Place, Pittsburgh, Pennsylvania 15222-5416 |
| 7598584 | | Teitelbaum Law Group LLC, Jay Teitelbaum, 1 Barker Avenue White Plains NY 10601, jteitelbaum@tblawllp.com; jkelly@cuneola |
| 7910022 | + | The Commonwealth of Puerto Rico, c/o Christopher B. Spuches, Esq., Agentis PLLC, 55 Alhambra Plaza, Suite 800, Coral Gables, FL. 33134-5254 |
| 7608194 | + | The Official Committee of Unsecured Creditors, of Purdue Pharma L.P., et al., c/o Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6728 |
| 7596637 | + | The People of the State of California, Attn: SDAG Bernard A. Eskandari, California Department of Justice, 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1256 |
| 7620113 | + | The People of the State of California, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375 |
| 7909888 | + | The State of Mississippi, c/o Christopher B. Spuches, Agentis PLLC, 55 Alhambra Plaza, Suite 800, Coral Gables, FL. 33134-5254 |
| 7909977 | + | The State of Missouri, c/o Christopher B. Spuches, Esq., Agentis PLLC, 55 Alhambra Plaza, Suite 800, Coral Gables, FL. 33134-5254 |
| 7910029 | + | The Territory of American Samoa, Agentis PLLC, c/o Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134-5254 |
| 7603317 | + | Thermo Fisher Scientific, c/o Jordan S. Blask, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 7918495 | | University Of South Florida, PO Box 864568, Orlando, FL 328864568 |
| 7742711 | + | Waste Industries, c/o RMS, PO Box 19253, Minneapolis, MN 55419-0253 |
| 7918490 | + | Watson Marlow Inc, Po Box 536825, Pittsburgh, PA 15253-6800 |
| 7618548 | | Wells Fargo Vendor Financial Services, LLC, fka GE Capital Inf. Technology Solutions, c/o A Ricoh USA Program, f/d/b/a IKON Financial Serv., P.O. Box 13708 Macon, GA 31208-3708 |
| 7879301 | | West Boca Medical Center, 21644 Florida Highway, Attn: Paige Kesman, Asst General Counsel, Boca Raton, FL 33428 |
| 7707132 | + | White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7707133 | + | White & Case LLP, Southeast Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, FL 33131-2346 |
| 7602404 | + | Wilk Auslander LLP, Attorneys for State of Alabama, 1515 Broadway, 43d Floor, New York, New York 10036-8901 |
| 7598701 | + | William R. Pearson, Attorney for the State of Iowa, Hoover Building, 2nd Floor, 1305 E. Walnut Street, Des Moines, IA 50319-0106 |
| 7857249 | + | c/o Jill L. Nicholson, Esq., FOLEY & LARDNER LLP, 90 Park Avenue, New York, New York 10016-1301 |

TOTAL: 184

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 01 2022 19:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0208-7 | User: admin | Page 5 of 50
Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 199

| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 01 2022 19:48:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 01 2022 19:48:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Jul 01 2022 19:49:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| 7596642 | + | Email/Text: OSA.Bankruptcy@massmail.state.ma.us | Jul 01 2022 19:51:00 | Commonwealth of Massachusetts, Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108-1598 |
| 7607458 | | Email/Text: csucic@fgllp.com | Jul 01 2022 19:48:00 | FRANKGECKER LLP, 1327 W. Washington Blvd., Suite 5 G-H, Chicago, Illinois 60607 |
| 7879308 | + | Email/Text: bncctnotifications@pbgc.gov | Jul 01 2022 19:48:00 | Pension Benefit Guaranty Corporation, 1200 K Street, NW, Attn: Adi Berger, Director, Washington, DC 20005-4026 |
| 7845073 | + | Email/Text: tross@trcmllc.com | Jul 01 2022 19:50:00 | TRC Master Fund LLC, PO Box 633, Woodmere, Ny 11598-0633 |
| 7596450 | + | Email/Text: AGBankAGO@ag.tn.gov | Jul 01 2022 19:49:00 | Tennessee Attorney Generals Office, Attn: Marvin Clements, Bankruptcy Divisi, P.O. Box 20207, Nashville, TN 37202-4015 |
| 7705631 | + | Email/Text: bankruptcyNotification@tmcaz.com | Jul 01 2022 19:49:00 | Tucson Medical Center, 5301 E. Grant Road, Tucson, Arizona 85712-2874 |
| 7652431 | | Email/Text: bankruptcies@willscot.com | Jul 01 2022 19:47:00 | Williams Scotsman Inc, 901 S Bond Street, Suite 600/ Bankruptcy, Baltimore, MD 21231 |
| 7618548 | | Email/PDF: BankruptcyNoticesDFVendor@wellsfargo.com | Jul 01 2022 20:04:23 | Wells Fargo Vendor Financial Services, LLC, fka GE Capital Inf. Technology Solutions, c/o A Ricoh USA Program, f/d/b/a IKON Financial Serv., P.O. Box 13708, Macon, GA 31208-3708 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7625167 | | Al Marino, Inc. |
| 7624303 | | Attorney for Creditor, Ryan Hampton |
| 7707453 | | BR Holding Associates Inc. |
| 7707454 | | BR Holdings Associates L.P. |
| 7879310 | | Cheryl Juaire, No Address |
| 7598583 | | Community Health Systems, Inc., et al |
| 7918493 | | Dannemann Siemsen Advogados, Rua Marques De Olinda 70 Parte, Rio De Janeiro , 22251000 |
| 7879309 | | Kara Trainor, No Address |
| 7597039 | | Notice of Appearance and Request for Service of Pa |

| | | |
|---|---|---|
| 7707456 | | PLP Associates Holdings Inc. |
| 7707457 | | PLP Associates Holdings L.P. |
| 7841634 | | Peter Jackson |
| 7707455 | | Pharmaceutical Research Associates L.P. |
| 7624477 | | The State of Vermont, by and through Attorney Gene |
| 7879311 | | Walter Lee Salmons, No Address |
| 7625166 | | William Stock |
| 7625165 | | William Taylor |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7905884 | *+ | Eddie Ray Hall, #82664, 1100 W Mallon Avenue, Spokane County Jail, Spokane, WA 99260-0320 |
| 7842645 | ##+ | Davidson Davidson & Kappel LLC, 589 8th Ave 16th Fl, New York, NY 10018-3079 |
| 7646267 | ##+ | Doster, Ullom & Boyle, LLC, Attorneys for State of Missouri, 16090 Swingley Ridge Road, Suite 620, St. Louis, Missouri 63017-2053 |
| 7598704 | ## | FOLEY & LARDNER LLP, 321 N. Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 7918494 | ##+ | GCI Health New York, 200 Fifth Avenue, New York, NY 10010-3307 |
| 7918496 | ##+ | Integreon Managed Solutions Inc, 2011 Crystal Dr Ste 200, Arlington, VA 22202-3779 |
| 7845077 | ##+ | LPW TRAINING SERVICES LLC, 1938 WASHINGTON VALLEY RD 2ND FL, MARTINSVILLE, NJ 08836-2044 |
| 7598846 | ##+ | TEITELBAUM LAW GROUP, LLC, 1 Barker Avenue, 3rd Floor, White Plains, New York 10601-1523 |
| 7607992 | ##+ | Waldrep LLP, Attorneys for State of North Carolina, 101 S. Stratford Rd., Suite 210, Winston-Salem, NC 27104-4224 |

TOTAL: 17 Undeliverable, 2 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | |
| | on behalf of Interested Party Walmart  Inc. astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| Aaron R. Cahn | |
| | on behalf of Unknown The State of West Virginia  ex el. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | |
| | on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | |
| | on behalf of Defendant State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Adam P. Haberkorn | |
| | on behalf of Interested Party Janssen Ortho LLC ahaberkorn@omm.com |
| Adam P. Haberkorn | |
| | on behalf of Interested Party Alza Corporation ahaberkorn@omm.com |
| Adam P. Haberkorn | |
| | on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc. ahaberkorn@omm.com |

Adam P. Haberkorn
                on behalf of Interested Party Johnson & Johnson ahaberkorn@omm.com

Adam P. Haberkorn
                on behalf of Interested Party Janssen Pharmaceuticals  Inc. ahaberkorn@omm.com

Adam P. Haberkorn
                on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ahaberkorn@omm.com

Aisha Rich
                on behalf of Creditor Board of Chicago School District No. 299 arich@findjustice.com

Alexander Berk
                on behalf of Interested Party Shopper's Drug Mart  Inc. aberk@mayerbrown.com, courtnotification@mayerbrown.com

Alexander Berk
                on behalf of Interested Party Loblaw Companies Ltd. aberk@mayerbrown.com  courtnotification@mayerbrown.com

Alexander Berk
                on behalf of Interested Party Sanis Health Inc. aberk@mayerbrown.com  courtnotification@mayerbrown.com

Alexander Lees
                on behalf of Interested Party Raymond Sackler Family alees@milbank.com
                alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Alexander Gary Rheaume
                on behalf of Creditor Silicon Valley Bank arheaume@mofo.com

Alexander M Gormley
                on behalf of Attorney Alexander Michael Gormley agormley@williamsmullen.com  ssavitsky@slevinhart.com

Alison Archer
                on behalf of Creditor Ohio Attorney General alison.archer@ohioattorneygeneral.gov

Alison Gaske
                on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
                gaskea@gilbertlegal.com

Alison Gaske
                on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants gaskea@gilbertlegal.com

Alissa K. Piccione
                on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. apiccione@reedsmith.com  Brett.Goodman@troutman.com

Alissa K. Piccione
                on behalf of Interested Party Sun Pharmaceuticals Canada Inc. apiccione@reedsmith.com  Brett.Goodman@troutman.com

Alissa K. Piccione
                on behalf of Interested Party Sun Pharmaceutical Industries  Inc. apiccione@reedsmith.com, Brett.Goodman@troutman.com

Alissa M. Nann
                on behalf of Creditor Omnicare Pharmacy of the Midwest  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor Missouri CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor CVS Health Solutions LLC anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor CVS Orlando  FL Distribution, L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor Omnicare Distribution Center  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor CaremarkPCS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor Maryland CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor CVS Pharmacy  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor Longs Drug Stores California  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor New Jersey CVS Pharmacy  LLC anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
                on behalf of Creditor Pennsylvania CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Montana CVS Pharmacy  LLC anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Arizona CVS Stores  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Kentucky CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor West Virginia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Georgia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Tennessee CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Coram Healthcare Corporation of Greater New York anann@foley.com
alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Home Care Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Louisiana CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Vero Florida Distribution  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Ohio CVS Stores  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Puerto Rico CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Health Welfare Benefit Plan anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Holiday CVS L.L.C. anann@foley.com  alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Repack  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor South Carolina CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare of New York  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Rx  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Indiana  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Alabama CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Texas Mail Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Caremark Part D Services  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Rx Services  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor German Dobson CVS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Woodward Detroit CVS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Mississippi CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 9 of 50
Total Noticed: 199

on behalf of Creditor Interlock Pharmacy Systems L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS RS Arizona L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Virginia CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Oklahoma CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Health Corporation anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CaremarkPCS Health L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS TN Distribution L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Albany L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor NeighborCare Pharmacy Services Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Arkansas CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS PA Distribution L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Highland Park CVS L.L.C. anann@foley.com alissa-nann-1605@ecf.pacerpro.com

Alistair Fatheazam

on behalf of Spec. Counsel Special Counsel alistair.fatheazam@lw.com alistair-fatheazam-6163@ecf.pacerpro.com

Allen Joseph Underwood, II

on behalf of Creditor Certain Canadian First Nation and Metis People aunderwood@litedepalma.com grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Creditor Certain Canadian Municipality Creditors and Canadian First Nation Creditors aunderwood@litedepalma.com grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Unknown Guardian Law Group LLP on behalf of certain Canadian Creditors aunderwood@litedepalma.com grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Creditor Certain Canadian Municipalities aunderwood@litedepalma.com grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Unknown Certain Canadian Municipality Creditors and Canadian First Nation Creditors aunderwood@litedepalma.com grodriguez@litedepalma.com

Amanda Peterson

on behalf of Creditor Barbour County apeterson@lawpartnersllp.com

Amanda Quick

on behalf of Creditor State of Indiana aquick@lewis-kappes.com marie.baker@atg.in.gov

Amanda Quick

on behalf of Defendant State of Indiana aquick@lewis-kappes.com marie.baker@atg.in.gov

Ambria Mahomes

on behalf of Defendant Steadfast Insurance Company amahomes@rshc-law.com

Andrea Law

on behalf of Unknown State of Illinois alaw@atg.state.il.us

Andrew Owen

on behalf of Creditor Amneal Pharmaceuticals of New York LLC aowen@ulmer.com

Andrew Owen

on behalf of Creditor Amneal Pharmaceuticals LLC aowen@ulmer.com

Andrew Owen

on behalf of Creditor Impax Laboratories LLC aowen@ulmer.com

Andrew Owen
on behalf of Creditor Impax Laboratories  Inc. aowen@ulmer.com

Andrew M. Troop
on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.troop@pillsburylaw.com

Andrew Vincent Alfano
on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.alfano@pillsburylaw.com

Angela K. Herring
on behalf of Interested Party Cardinal Health  Inc. akherring@wlrk.com, calert@wlrk.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Avrio Health L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Rhodes Technologies akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma of Puerto Rico akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma Inc. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Transdermal Technologies L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Spec. Counsel Reed Smith LLP akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Debtor Purdue Pharma L.P. akramer@reedsmith.com

Anna Kordas
on behalf of Debtor Purdue Pharma L.P. akordas@jonesday.com  cbuck@jonesday.com

Anne Andrews
on behalf of Creditor Ryan Hampton aandrews@andrewsthornton.com

Anne Gilbert Wallice
on behalf of Interested Party Noramco Coventry LLC anne.wallice@kirkland.com

Annemarie Belanger Mathews
on behalf of Creditor State of South Carolina  by and through Attorney General Alan Wilson abm@columbia13.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma of Puerto Rico acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Transdermal Technologies L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma Inc. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Avrio Health L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Rhodes Technologies acrawford@reedsmith.com

Anthony D. Boccanfuso
on behalf of Debtor Purdue Pharma L.P. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP Anthony.Boccanfuso@apks.com
ecf-b9841d808f73@ecf.pacerpro.com

Arthur J Liederman
on behalf of Defendant HDI Global SE (f/k/a Gerling-Konzern General Insurance Company) aliederman@morrisonmahoney.com

Ashley Crawford
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
avcrawford@akingump.com

Ashley Keller
on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General ack@kellerpostman.com

Barbara M. Almeida
on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) barbara.almeida@clydeco.us
shane.calendar@clydeco.us

Barry Z. Bazian
on behalf of Creditor Teva Pharmaceuticals USA  Inc. bbazian@goodwinlaw.com, acunningham@goodwinlaw.com

Ben Harrington
on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma Inc. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Debtor Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Avrio Health L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Transdermal Technologies L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Rhodes Technologies kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma of Puerto Rico kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Bernard Ardavan Eskandari
on behalf of Defendant The People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari
on behalf of Creditor People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari
on behalf of Creditor The People of the State of California bernard.eskandari@doj.ca.gov

Beth Kaswan
on behalf of Defendant City of Middletown bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor City of Framingham bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Haverhill bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant Town of Wethersfield bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Framingham bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant Town of Natick bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor City of Chicopee bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant Town of Enfield bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant Town of Springfield bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor Town of Natick bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Cambridge bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Norwich bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor City of Springfield  Mass. bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Chicopee bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Salem bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Trenton bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City Of Paterson  New Jersey bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor City of Salem bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant Town of Canton bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Portsmouth bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor City of Cambridge bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Defendant City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor City of Worcester bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor Town of Canton bkaswan@scott-scott.com

Beth Kaswan
                          on behalf of Creditor City of Haverhill bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant City of Worcester bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant Town of Wakefield bkaswan@scott-scott.com

Brady C. Williamson
on behalf of Creditor Arkansas Plaintiffs bwilliamson@gklaw.com

Brady C. Williamson
on behalf of Creditor Tennessee Plaintiffs bwilliamson@gklaw.com

Brandan Montminy
on behalf of Creditor Henry Schein  Inc. brandan.montminy@lockelord.com

Brandan Montminy
on behalf of Creditor Insource  Inc. brandan.montminy@lockelord.com

Brandan Montminy
on behalf of Creditor Henry Schein Medical Systems  Inc. brandan.montminy@lockelord.com

Brandan Montminy
on behalf of Creditor General Injectables & Vaccines  Inc. brandan.montminy@lockelord.com

Brendan O'Neil
on behalf of Creditor State of Maine brendan.oneil@maine.gov

Brett T DeLange
on behalf of Defendant State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brett T DeLange
on behalf of Creditor State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brian Edmunds
on behalf of Creditor State Of Maryland bedmunds@oag.state.md.us

Brian S. Masumoto
on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com

Bruce G. Paulsen
on behalf of Plaintiff Ascent Pharmaceuticals  Inc. Paulsen@sewkis.com

Bryce L. Friedman
on behalf of Creditor St. Paul Fire and Marine Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

Bryce L. Friedman
on behalf of Defendant St. Paul Fire and Marine Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

Bryce L. Friedman
on behalf of Creditor Gulf Underwriters Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

Bryce L. Friedman
on behalf of Defendant Gulf Underwriters Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

CRG Financial LLC
on behalf of Creditor CRG Financial  LLC as Assignee of Fike Corporation notices/CRGfinancial.com

CRG Financial LLC
on behalf of Creditor CRG Financial LLC notices/CRGfinancial.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

Catherine Steege
on behalf of Creditor McKesson Corporation csteege@jenner.com  jeffrey_cross@discovery.com

Catherine V. LoTempio
on behalf of Plaintiff Ascent Pharmaceuticals  Inc. lotempio@sewkis.com

Catherine V. LoTempio
on behalf of Creditor Ascent Pharmaceuticals  Inc. lotempio@sewkis.com

Celeste Brustowicz
on behalf of Unknown Kara Trainor Brucato cbrustowicz@sch-llc.com  lrichardson@clfnola.com

Chane Buck
on behalf of Debtor Purdue Pharma L.P. cbuck@jonesday.com

Charles Wysong
on behalf of Creditor Board of Chicago School District No. 299 cwysong@hsplegal.com

Chiung-Hui Huang

on behalf of Creditor Board of Chicago School District No. 299 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of East Aurora School District 131 chuang@hslawyers.com

Christopher Graver

on behalf of Creditor Saint Regis Mohawk Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Burlington cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Brighton cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Lincoln County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Mount Vernon cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor The Makah Indian Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Olympia cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Adams County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Boulder County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Franklin County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Sheridan cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Greeley cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Hopi Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Jefferson County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Eureka cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Mount Vernon School District cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Whitman County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Commerce City cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Lakewood cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Clallam County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Anacortes cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City and County of Broomfield cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Santa Barbara County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Tri-County Health Department cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Northglenn cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Nez Perce Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Walla Walla County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Teller County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Thornton cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Kittitas County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Mesa County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Chelan County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Pierce County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Island County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arapahoe County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor La Conner School District cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Kent cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Clark County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Maricopa County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Lummi Tribe of the Lummi Reservation cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Yuma County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor San Juan County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City and County of Denver cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Black Hawk cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Bainbridge cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Vancouver cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Aurora cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Ada County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor King County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Northwest Arizona Employee Benefit Trust cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Sedro-Woolley cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Mohave County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Westminster cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Missoula County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Kirkland cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Thurston County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Spokane County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Kitsap County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Spokane cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arizona Municipal Risk Retention Pool cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Sedro-Woolley School District cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arizona School Alliance for Workers' Compensation cgraver@kellerrohrback.com

Christopher Graver

on behalf of Unknown City of Federal Heights cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arizona Counties Insurance Pool cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Larimer County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Cochise County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Fremont County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Town of Hudson cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Tacoma cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Kingman cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Humboldt County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Skagit County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Whatcom County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Navajo County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Tulalip Tribes cgraver@kellerrohrback.com

Christopher A. Lynch

on behalf of Creditor AmerisourceBergen Drug Corporation clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher B Spuches

on behalf of Creditor The State of North Dakota cbs@ecclegal.com

|  |  |
|---|---|
| | bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Louisiana cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Arkansas cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The Commonwealth of Kentucky cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Alaska cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Mississippi cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of South Carolina cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Montana cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Unknown State of Utah cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor State of Arizona cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor Ohio Attorney General cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Kansas cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Defendant State of Florida  Office of the Attorney General, Department of Legal Affairs cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Nebraska cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The State of Georgia cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor Attorney General  State of Florida cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The Commonwealth of Puerto Rico cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Creditor The Territory of American Samoa cbs@ecclegal.com bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Clayton Matheson, I | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. cmatheson@akingump.com |
| Colleen P Sorensen | |
| | on behalf of Defendant Navigators Specialty Insurance Company csorensen@hww-law.com  jhansen@hww-law.com |
| Colleen P Sorensen | |
| | on behalf of Unknown Navigators Specialty Insurance Company csorensen@hww-law.com  jhansen@hww-law.com |

Constantine Dean Pourakis

on behalf of Creditor Eric Hestrup  et al. cp@stevenslee.com

Corey Moll

on behalf of Creditor Northwestern Band of the Shoshone Nation cmoll@phjlaw.com

Corey Moll

on behalf of Creditor Parish of DeSoto cmoll@phjlaw.com

Corey Moll

on behalf of Creditor City of Covington  Louisiana cmoll@phjlaw.com

Corey Moll

on behalf of Creditor Dr. Gregory Fernandez in his Official Capacity as the Coroner of St. Bernard Parish cmoll@phjlaw.com

Corey Moll

on behalf of Creditor Four Winds Tribe Louisiana Cherokee cmoll@phjlaw.com

Corey Moll

on behalf of Creditor City of Chillicothe  Ohio cmoll@phjlaw.com

Corey Moll

on behalf of Creditor Carpenter Health Network cmoll@phjlaw.com

Corey Moll

on behalf of Creditor Bridge House Corporation cmoll@phjlaw.com

Corey William Roush

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
croush@akingump.com

Cyrus Mehri

on behalf of Creditor Board of Chicago School District No. 299 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of East Aurora School District 131 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Public School Districts cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor La Rue County School District  Kentucky cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of Thornton Township High School District 205 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Bullitt County School District  Kentucky cmehri@findjustice.com

Dan D Kohane

on behalf of Defendant Swiss Re Corporate Solutions Elite Insurance Corporation ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Interested Party North American Elite Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant Aspen American Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Interested Party Aspen American Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
ddk@hurwitzfine.com  donnab@hurwitzfine.com;kathik@hurwitzfine.com

District/off: 0208-7                          User: admin                                    Page 19 of 50
Date Rcvd: Jul 01, 2022                     Form ID: 144                               Total Noticed: 199

Dan D Kohane
on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Daniel Walfish
on behalf of Unknown Bankruptcy Professors as Amici Curiae dwalfish@walfishfissell.com

Daniel Ari Horowitz
on behalf of Unknown United Food and Commercial Workers Local 152 Health and Welfare Plan dhorowitz@obbblaw.com
jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com

Daniel H. Slate
on behalf of Creditor McKesson Corporation dslate@buchalter.com

Daniel Joseph Saval
on behalf of Creditor CuraScript  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor Express Scripts  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor Express Scripts Pharmacy  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor ESI Mail Pharmacy Services  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor Express Scripts Holding Company daniel.saval@kobrekim.com

Daniel R Brice
on behalf of Creditor Plumbers & Steamfitters Local 267 Insurance Fund drbrice@bklawyers.com

Daniel S. Connolly
on behalf of Unknown David Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
on behalf of Unknown Jonathan Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
on behalf of Unknown Beverly Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
on behalf of Unknown Richard Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Darlene M. Nowak
on behalf of Creditor Giant Eagle  Inc. nowak@marcus-shapira.com

David Zwally
on behalf of Interested Party RSJ Company L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The Seven Hundred Realty Corporation dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Biopharma L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Connecticut Avenue Realty Co.  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Avrio Health Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party PLP Associates Holdings L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party TXP Services  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Essential Raw Materials dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Rhodes Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharma Associates Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Caas Leasing  Inc. dzwally@haugpartners.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 20 of 50
Total Noticed: 199

David Zwally
on behalf of Interested Party Midvale Chemical Company dzwally@haugpartners.com

David Zwally
on behalf of Interested Party PRA Holdings  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Hospice Provident LLC dzwally@haugpartners.com

David Zwally
on behalf of Interested Party E.R.G. Realty  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Healthcare Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharmaceutical Research Associates  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharmaceutical Research Associates L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Vitamerican Chemicals  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party IAF Corporation dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Coventry Technologies L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The Purdue Frederick Company Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party BR Holdings Associates Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharma Associates L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Biopharma Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party PLP Associates Holding Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Sawwood Land Corporation dzwally@haugpartners.com

David Zwally
on behalf of Interested Party BR Holdings Associates L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The P.F. Laboratories  Inc dzwally@haugpartners.com

David Zwally
on behalf of Interested Party New Suffolk Holdings LLP dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Healthcare Technologies L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party One Stamford Land Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party One Stamford Realty L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Vitamerican Corporation dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The Terramar Foundation  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Nappwood Land Corporation dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Rhodes Pharmaceuticals Inc. dzwally@haugpartners.com

David Zylberberg
on behalf of Defendant St. Paul Fire and Marine Insurance Company david.zylberberg@stblaw.com

District/off: 0208-7          User: admin          Page 21 of 50
Date Rcvd: Jul 01, 2022          Form ID: 144          Total Noticed: 199

David Zylberberg
on behalf of Creditor Gulf Underwriters Insurance Company david.zylberberg@stblaw.com

David Zylberberg
on behalf of Creditor St. Paul Fire and Marine Insurance Company david.zylberberg@stblaw.com

David Zylberberg
on behalf of Defendant Gulf Underwriters Insurance Company david.zylberberg@stblaw.com

David Edward Schoenfeld
on behalf of Defendant Steadfast Insurance Company dschoenfeld@shb.com

David Edward Schoenfeld
on behalf of Defendant American Guarantee and Liability Insurance Company dschoenfeld@shb.com

David Eli Nachman
on behalf of Creditor People of the State of New York david.nachman@ag.ny.gov

David Eli Nachman
on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
david.nachman@ag.ny.gov

Dawn Stewart
on behalf of Creditor Board of Chicago School District No. 299 dstewart@thestewartlawfirm.com

Denise Mondell
on behalf of Creditor State of Connecticut denise.mondell@ct.gov

Dennis Windscheffel
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
dwindscheffel@akingump.com

Dina L. Yunker Frank
on behalf of Interested Party Washington State Department of Revenue bcuyunker@atg.wa.gov

Donald Creadore
on behalf of Creditor Ad Hoc Committee of NAS Babies donald@creadorelawfirm.com

Donald K. Ludman
on behalf of Unknown SAP America  Inc. dludman@brownconnery.com

Dorothy White-Coleman
on behalf of Unknown City of Bellefontaine Neighbors  Missouri whitecoleman@whitecoleman.net

Douglas Wolfe
on behalf of Creditor ASM Capital X ASM Capital X LLC asm@asmcapital.com

Douglas Kirk Mayer
on behalf of Interested Party Cardinal Health  Inc. dkmayer@wlrk.com, calert@wlrk.com

Edward E. Neiger
on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eleanor M. Mullen
on behalf of Creditor State of Connecticut eleanor.mullen@ct.gov

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Avrio Health L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Associates L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Greenfield BioVentures L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Seven Seas Hill Corp. eli.vonnegut@davispolk.com

ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor SVC Pharma LP eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Technologies eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Ophir Green Corp. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor UDF LP eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Adlon Therapeutics L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Neuroscience Company eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Rhodes Technologies eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Interested Party PJT Partners LP eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Button Land L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor SVC Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Paul Land Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Avrio Health L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 23 of 50
Total Noticed: 199

on behalf of Plaintiff Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Quidnick Land L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Elisha D. Graff

on behalf of Interested Party PJT Partners LP egraff@stblaw.com

Elizabeth Scott

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P. et al.
edscott@akingump.com

Elizabeth A Citrin

on behalf of Creditor Buffalow et al. elizabeth@elizabethcitrin.com

Emily Brown

on behalf of Creditor Board of Chicago School District No. 299 ebrown@hsplegal.com

Eric Fisher

on behalf of Creditor Board of Education of Miami-Dade County Public Schools efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Baltimore City Board of School Commissioners efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 efisher@binderschwartz.com
 docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Board of Chicago School District No. 299 efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Board of Education of East Aurora School District 131 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher

on behalf of Creditor Board of Education of Thornton Township High School District 205 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Goldstein

on behalf of Interested Party United HealthCare Services  Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric J. Snyder

on behalf of Creditor State of Alabama esnyder@wilkauslander.com  jstauder@wilkauslander.com

Eric John Maloney

on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison eric.maloney@ag.state.mn.us

Eric John Maloney

on behalf of Creditor State of Minnesota eric.maloney@ag.state.mn.us

Eric M. Gold

on behalf of Creditor Commonwealth of Massachusetts eric.gold@state.ma.us

Eric M. Gold

on behalf of Defendant Commonwealth of Massachusetts eric.gold@state.ma.us

Erin West
    on behalf of Creditor Tennessee Plaintiffs ewest@gklaw.com kboucher@gklaw.com;elewerenz@gklaw.com

Erin West
    on behalf of Creditor Arkansas Plaintiffs ewest@gklaw.com kboucher@gklaw.com;elewerenz@gklaw.com

Evan Romanoff
    on behalf of Creditor State of Minnesota evan.romanoff@ag.state.mn.us

Evan M. Jones
    on behalf of Interested Party Janssen Pharmaceuticals Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
    on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
    on behalf of Interested Party Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
    on behalf of Interested Party Johnson & Johnson ejones@omm.com evan-jones-5677@ecf.pacerpro.com

Frederick E. Schmidt
    on behalf of Defendant Liberty Mutual Insurance Company eschmidt@cozen.com frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
    on behalf of Defendant Liberty Insurance Corporation eschmidt@cozen.com frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
    on behalf of Defendant Liberty Mutual Fire Insurance Company eschmidt@cozen.com
frederick-schmidt-4035@ecf.pacerpro.com

Garrett S. Ledgerwood
    on behalf of Creditor AndersonBrecon Inc d/b/a PCI Pharma Service garrett.ledgerwood@millernash.com

Gary A. Gotto
    on behalf of Creditor City of Lakewood ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Westminster ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Mesa County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Hopi Tribe ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Arizona Counties Insurance Pool ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Boulder County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Santa Barbara County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Unknown City of Federal Heights ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Lummi Tribe of the Lummi Reservation ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Ada County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Missoula County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Sedro-Woolley School District ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Olympia ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Northwest Arizona Employee Benefit Trust ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Tri-County Health Department ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Spokane ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Kitsap County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Tacoma ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Vancouver ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Aurora ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor La Conner School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Sedro-Woolley ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Tulalip Tribes ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor King County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whitman County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Kent ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Northglenn ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Kingman ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Lincoln County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Nez Perce Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Saint Regis Mohawk Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Pierce County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor The Makah Indian Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clark County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Yuma County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Maricopa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Eureka ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Cochise County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whatcom County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mount Vernon School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona School Alliance for Workers' Compensation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Broomfield ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Franklin County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Town of Hudson ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Adams County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Chelan County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Fremont County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Teller County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Commerce City ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Clallam County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Walla Walla County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Navajo County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Greeley ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Bainbridge ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Arizona Municipal Risk Retention Pool ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Larimer County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Black Hawk ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Kirkland ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Anacortes ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Sheridan ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Mohave County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Skagit County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Arapahoe County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Spokane County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Jefferson County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Island County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Kittitas County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Thurston County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor Humboldt County ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Thornton ggotto@kellerrohrback.com

Gary A. Gotto

      on behalf of Creditor City of Brighton ggotto@kellerrohrback.com

Gary A. Gotto
                     on behalf of Creditor City of Burlington ggotto@kellerrohrback.com

Gary A. Gotto
                     on behalf of Creditor City of Mount Vernon ggotto@kellerrohrback.com

Gary A. Gotto
                     on behalf of Creditor San Juan County ggotto@kellerrohrback.com

Gary A. Gotto
                     on behalf of Creditor City and County of Denver ggotto@kellerrohrback.com

Gary D. Bressler
                     on behalf of Creditor Westchester Fire Insurance Company gbressler@mdmc-law.com
                     scarney@mdmc-law.com;nleonard@mdmc-law.com

Geoffrey T. Raicht
                     on behalf of Defendant Evanston Insurance Company graicht@raichtlawpc.com
                     jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com

George Calhoun
                     on behalf of Defendant Ironshore Specialty Insurance Company (f/k/a TIG Specialty Insurance Company) george@ifrahlaw

George Calhoun
                     on behalf of Unknown Ironshore Specialty Insurance Company george@ifrahlaw.com

George Calhoun
                     on behalf of Defendant Allied World Assurance Company  Ltd. george@ifrahlaw.com

George Robert Gage, Jr
                     on behalf of Unknown Allergan Finance LLC grgage@gagespencer.com

George W. Shuster, Jr.
                     on behalf of Debtor Purdue Pharma L.P. george.shuster@wilmerhale.com
                     WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Uzzi
                     on behalf of Unknown Dr. Richard Sackler  Jonathan Sackler, David Sackler, and Beverly Sackler guzzi@milbank.com,
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gerard Uzzi
                     on behalf of Interested Party The Raymond Sackler Family guzzi@milbank.com
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gerard Uzzi
                     on behalf of Interested Party Raymond Sackler Family guzzi@milbank.com
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gerard Uzzi
                     on behalf of Unknown Richard Sackler guzzi@milbank.com
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gerard Uzzi
                     on behalf of Unknown Jonathan Sackler guzzi@milbank.com
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gerard Uzzi
                     on behalf of Unknown Jonathan Sackler guzzi@milbank.com
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gerard Uzzi
                     on behalf of Unknown Beverly Sackler guzzi@milbank.com
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gerard Uzzi
                     on behalf of Unknown David Sackler guzzi@milbank.com
                     jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.co
                     m

Gillian Feiner
                     on behalf of Defendant Commonwealth of Massachusetts gillian.feiner@mass.gov

Gillian Feiner
                     on behalf of Creditor Commonwealth of Massachusetts gillian.feiner@mass.gov

Gregory Dale Willard

on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt gwillard@dubllc.com

Gregory G. Garre

on behalf of Spec. Counsel Special Counsel gregory.garre@lw.com

Gregory P. Joseph

on behalf of Unknown Beverly Sackler gjoseph@jhany.com

Gregory P. Joseph

on behalf of Unknown Richard Sackler gjoseph@jhany.com

Gregory P. Joseph

on behalf of Unknown David Sackler gjoseph@jhany.com

Gregory P. Joseph

on behalf of Unknown Jonathan Sackler gjoseph@jhany.com

Harold D. Israel

on behalf of Interested Party Walter Lee Simmons hisrael@lplegal.com
ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com

Harold D. Israel

on behalf of Creditor Ad Hoc Committee of NAS Babies hisrael@lplegal.com
ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com

Harris Wiener

on behalf of Defendant Arch Reinsurance Ltd. harris.wiener@clydeco.us

Harris Wiener

on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) harris.wiener@clydeco.us

Heather M Crockett

on behalf of Defendant State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett

on behalf of Creditor State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Henry Jaffe

on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe

on behalf of Interested Party Sun Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe

on behalf of Interested Party Sun Pharmaceutical Industries  Inc. Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Hunter J. Shkolnik

on behalf of Creditor Tyler County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Unknown Trumbull County Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Unknown Nassau County Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Doddridge County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Hancock County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Uphur County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Ohio County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Marshall County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Randolph County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Monongalia County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Wetzel County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Unknown Lake County Hunter@nsprlaw.com

Hunter J. Shkolnik
                      on behalf of Creditor Lewis County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik
                      on behalf of Creditor Brooke County Commission Hunter@nsprlaw.com

Hunter J. Shkolnik
                      on behalf of Creditor Marion County Commission Hunter@nsprlaw.com

Ilan D. Scharf
                      on behalf of Creditor RDC Liquidating Trust as Successor-in-Interest to Rochester Drug Co-Operative  Inc. ischarf@pszjlaw.com,
                      lcanty@pszjlaw.com

Ilana Volkov
                      on behalf of Creditor Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com

Ira Burnim
                      on behalf of Unknown Kennedy Forum and other national organizations irabster@gmail.com

Ira S. Dizengoff
                      on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
                      idizengoff@akingump.com,
                      apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;
                      pdublin@akingump.com

Irve J. Goldman
                      on behalf of Defendant State of Washington igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com

Irve J. Goldman
                      on behalf of Defendant State of Connecticut igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com

Irve J. Goldman
                      on behalf of Creditor State of Connecticut igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com

Isley Markman Gostin
                      on behalf of Defendant Navigators Specialty Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
                      on behalf of Unknown American Guarantee and Liability Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
                      on behalf of Unknown Steadfast Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
                      on behalf of Unknown Navigators Specialty Insurance Company isley.gostin@wilmerhale.com

J. Christopher Shore
                      on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. cshore@whitecase.com
                      jdisanti@whitecase.com;mcosbny@whitecase.com

Jacob Waschak
                      on behalf of Creditor Gulf Underwriters Insurance Company jacob.waschak@stblaw.com

Jacob Waschak
                      on behalf of Creditor St. Paul Fire and Marine Insurance Company jacob.waschak@stblaw.com

Jake Holdreith
                      on behalf of Unknown Collegium Pharmaceutical  Inc. jholdreith@robinskaplan.com,
                      bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com;olanger@robinskaplan.com;cpinahs@robinskap
                      lan.com

James Franklin Ozment, I
                      on behalf of Creditor Stacey Bridges frankozmentlaw@gmail.com

James Franklin Ozment, I
                      on behalf of Plaintiff Creighton Bloyd frankozmentlaw@gmail.com

James Franklin Ozment, I
                      on behalf of Plaintiff Stacey Bridges frankozmentlaw@gmail.com

James Franklin Ozment, I
                      on behalf of Unknown Creighton Bloyd frankozmentlaw@gmail.com

James Franklin Ozment, I
                      on behalf of Plaintiff Charles Fitch frankozmentlaw@gmail.com

James Franklin Ozment, I
                      on behalf of Unknown Charles Fitch frankozmentlaw@gmail.com

James I. McClammy
                      on behalf of Plaintiff Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharma Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Transdermal Technologies L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Rhodes Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharma Manufacturing L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Avrio Health L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Rhodes Technologies james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharma of Puerto Rico james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharmaceutical Products L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Debtor Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James P. Wehner, Jr.
             on behalf of Unknown Multi-State Governmental Entities Group jwehner@capdale.com
             cecilia-guerrero-caplin-6140@ecf.pacerpro.com

James T. Boffetti
             on behalf of Creditor State of New Hampshire james.boffetti@doj.nh.gov  janet.demers@doj.nh.gov

Jamie Fell
             on behalf of Interested Party PJT Partners LP jamie.fell@stblaw.com

Jasmine Ball
             on behalf of Unknown Beacon Company jball@debevoise.com  cponeal@debevoise.com

Jason Rubinstein
             on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
             rubinsteinj@gilbertlegal.com

Jason Rubinstein
             on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
             rubinsteinj@gilbertlegal.com

Jason Scheiderer
             on behalf of Defendant XL Insurance America  Inc. jason.scheiderer@dentons.com

Jay Teitelbaum
             on behalf of Unknown Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
             jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum
             on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
             jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jeff Payne
             on behalf of Interested Party State of Oregon jeff.j.payne@doj.state.or.us

Jeffrey Garfinkle
             on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
             on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com,
             dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey R. Gleit
             on behalf of Debtor Purdue Pharma L.P. jeffrey.gleit@afslaw.com  lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jeffrey S. Swyers
             on behalf of Unknown MM&P Health & Benefit Plan jswyers@slevinhart.com  courtalerts@slevinhart.com

Jenna A Hudson
             on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
             hudsonj@gilbertlegal.com  johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com

Jenna A Hudson

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants hudsonj@gilbertlegal.com
johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com

Jennifer B Lyday
on behalf of Creditor State of North Carolina notice@waldrepwall.com  8836221420@filings.docketbird.com

Jeremy Pearlman
on behalf of Creditor State of Connecticut jeremy.pearlman@ct.gov

Jeremy C. Kleinman
on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jkleinman@fgllp.com
csucic@fgllp.com

Jessica Ortiz
on behalf of Creditor The Cherokee Nation jortiz@mololamken.com

Jill Abrams
on behalf of Unknown State of Vermont jill.abrams@vermont.gov

Jill Abrams
on behalf of Creditor The State of Vermont  by and through Attorney General Thomas J. Donovan Jr. jill.abrams@vermont.gov

Jill L. Nicholson
on behalf of Interested Party Apotex Corp. jnicholson@foley.com  mstockl@foley.com

Jill L. Nicholson
on behalf of Interested Party Aveva Drug Delivery Systems  Inc. jnicholson@foley.com, mstockl@foley.com

Jillian Lazar
on behalf of Creditor State of Delaware jillian.lazar@delaware.gov

Joanna Lydgate
on behalf of Creditor Commonwealth of Massachusetts joanna.lydgate@mass.gov

Joel Shafferman
on behalf of Creditor Casey David Nadolski shaffermanjoel@gmail.com

John A. Boyle
on behalf of Creditor John H. Stewart jboyle@khmarino.com  docketing@khmarino.com

John Michael Connolly
on behalf of Creditor Attorney General  State of Arizona mike@consovoymccarthy.com

John P McDonald
on behalf of Creditor Henry Schein  Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor Insource  Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor Henry Schein Medical Systems  Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor General Injectables & Vaccines  Inc. jpmcdonald@lockelord.com

John R. Knapp, Jr.
on behalf of Creditor AndersonBrecon  Inc d/b/a PCI Pharma Service john.knapp@millernash.com,
edgar.rosales@millernash.com

John Wayne Hogan
on behalf of Creditor Board of Chicago School District No. 299 hogan@terrellhogan.com

Jonathan Watson Cuneo
on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jonc@cuneolaw.com

Jordan S. Blask
on behalf of Creditor Thermo Fisher Scientific jblask@fbtlaw.com  agilbert@tuckerlaw.com

Joseph D. Frank
on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jfrank@fgllp.com
csucic@fgllp.com;csmith@fgllp.com

Joseph G. Davis
on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA jdavis@willkie.com, maodc1@willkie.com

Joseph G. Davis
on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  PA jdavis@willkie.com,
maodc1@willkie.com

Joseph L Mulvey
on behalf of Creditor Lou Ann Marocco Trustee for the Bankruptcy Estate of Kevin D. Sullivan joseph@mulveylawllc.com

Joshua Karsh

on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com

Joshua Polster

on behalf of Defendant St. Paul Fire and Marine Insurance Company joshua.polster@stblaw.com

Joshua Polster

on behalf of Defendant Gulf Underwriters Insurance Company joshua.polster@stblaw.com

Judith Aurora Yosepha Fiorentini

on behalf of Creditor The People of the State of California judith.fiorentini@doj.ca.gov

Julie Elizabeth Cohen

on behalf of Debtor Purdue Pharma L.P. julie.cohen@skadden.com

Justin M Ellis

on behalf of Creditor The Cherokee Nation jellis@mololamken.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 jpetrarca@edlawyer.com emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Township High School District 205 jpetrarca@edlawyer.com emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of East Aurora School District 131 jpetrarca@edlawyer.com emcnulty@edlawyer.com

Katherine Galle

on behalf of Interested Party PRA  LP (and other two-way entities) kngalle@mintz.com

Katherine McCraw

on behalf of Creditor NC Dept. of Health and Human Services kmccraw@ncdoj.gov kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Katherine Stadler

on behalf of Defendant Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Creditor Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Creditor Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Defendant Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Kathryn Blake

on behalf of Creditor People of the State of New York kathryn.blake@ag.ny.gov

Kathryn Blake

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York kathryn.blake@ag.ny.gov

KatieLynn B Townsend

on behalf of Intervenor Dow Jones & Company  Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. ktownsend@rcfp.org

Kelly Tsai

on behalf of Defendant American Guarantee and Liability Insurance Company ktsai@crowell.com kelly-tsai-7669@ecf.pacerpro.com

Kelly Tsai

on behalf of Defendant Steadfast Insurance Company ktsai@crowell.com  kelly-tsai-7669@ecf.pacerpro.com

Kelly Tsai

on behalf of Unknown American Guarantee and Liability Insurance Company ktsai@crowell.com kelly-tsai-7669@ecf.pacerpro.com

Kelly Tsai

on behalf of Unknown Steadfast Insurance Company ktsai@crowell.com  kelly-tsai-7669@ecf.pacerpro.com

Kenneth H. Eckstein

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kevin C. Maclay

on behalf of Unknown Multi-State Governmental Entities Group cecilia-guerrero-caplin-6140@ecf.pacerpro.com
jgiglio@capdale.com

Kevin H. Marino

on behalf of Creditor John H. Stewart kmarino@khmarino.com

Kimberly P. Massicotte

on behalf of Creditor State of Connecticut kimberly.massicotte@ct.gov

L Kenneth Chotiner

on behalf of Creditor Paul Hartman lkc@thechotinerfirm.com

Lara J Fogel

on behalf of Creditor State of New Jersey lfogel@levinelee.com

Lara J Fogel

on behalf of Defendant State of New Jersey lfogel@levinelee.com

Laura Femino

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. laura.femino@whitecase.com

Laura McFarlane

on behalf of Interested Party State of Wisconsin mcfarlanele@doj.state.wi.us

Laurel D. Roglen

on behalf of Creditor DuPont de Nemours  Inc. roglenl@ballardspahr.com

Lauren Guth Barnes

on behalf of Creditor Blue Cross Blue Shield Association lauren@hbsslaw.com  purduebankruptcy@hbsslaw.com

Laurie Rubinow

on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans lrubinow@millershah.com  pleadings@millershah.com

Lawrence Fogelman

on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence J. Kotler

on behalf of Creditor Chubb Insurance USA ljkotler@duanemorris.com

Lawrence L. Tong

on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General lawrence.l.tong@hawaii.gov,
mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Lawrence R. Reich

on behalf of Creditor Jane Redwood reichlaw@reichpc.com

Leah M. Eisenberg

on behalf of Creditor CVS Pharmacy  Inc. leisenberg@mayerbrown.com

Leah M. Eisenberg

on behalf of Creditor CaremarkPCS Health  L.L.C. leisenberg@mayerbrown.com

Leah M. Eisenberg

on behalf of Creditor CVS Caremark Part D Services  L.L.C. leisenberg@mayerbrown.com

Lee Scott Siegel

on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) lss@hurwitzfine.com
kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) lss@hurwitzfine.com
kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Aspen American Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Swiss Re Corporate Solutions Elite Insurance Corporation lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) lss@hurwitzfine.com
kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) lss@hurwitzfine.com
kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Interested Party North American Elite Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Leo V Gagion

on behalf of Creditor New York State Department Of Taxation and Finance Leo.Gagion@ag.ny.gov  enid.stuart@ag.ny.gov

Leslie A. Eaton

on behalf of Creditor Colorado Department of Law leslie.eaton@coag.gov

Leslie A. Eaton

on behalf of Creditor Colorado Attorney General leslie.eaton@coag.gov

Leslie A. Goller

on behalf of Creditor Board of Chicago School District No. 299 lgoller@terrellhogan.com

Linda Riffkin

on behalf of U.S. Trustee United States Trustee linda.riffkin@usdoj.gov

Linda Singer

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants lsinger@motleyrice.com

Linda Singer

on behalf of Unknown State of Utah lsinger@motleyrice.com

Linda C. Imes

on behalf of Interested Party Craig Landau limes@spearsimes.com

Linda C. Imes

on behalf of Unknown Craig Landau limes@spearsimes.com

Linda J Conti

on behalf of Creditor State of Maine linda.conti@maine.gov

Lisa A Szymanski

on behalf of Plaintiff Purdue Transdermal Technologies L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Rhodes Technologies lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Avrio Health L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma Inc. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma of Puerto Rico lszymanski@reedsmith.com

Lori A. Butler

on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Louis J. Testa

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
louis.testa@ag.ny.gov

Louis J. Testa

on behalf of Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson

on behalf of Creditor Anne Alexander  et al. lowellwfinson@gmail.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022
User: admin
Form ID: 144
Page 35 of 50
Total Noticed: 199

Lucian Murley
on behalf of Creditor Cigna Health and Life Insurance Company luke.murley@saul.com  robyn.warren@saul.com

Lynn Hagman Murray
on behalf of Defendant Steadfast Insurance Company lhmurray@shb.com  docket@shb.com

Lynn Hagman Murray
on behalf of Unknown Steadfast Insurance Company lhmurray@shb.com  docket@shb.com

Lynn Hagman Murray
on behalf of Defendant American Guarantee and Liability Insurance Company lhmurray@shb.com  docket@shb.com

Lynn Hagman Murray
on behalf of Unknown American Guarantee and Liability Insurance Company lhmurray@shb.com  docket@shb.com

Mai Lan G. Rodgers
on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma Inc. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Rhodes Technologies mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Avrio Health L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Transdermal Technologies L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Debtor Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Defendant Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma of Puerto Rico mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharmaceuticals L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc P Gertz
on behalf of Creditor Northeast Ohio School Board Group mpgertz@gertzrosen.com

Margaret Truesdale
on behalf of Creditor Board of Chicago School District No. 299 mtruesdale@hsplegal.com

Marion Quirk
on behalf of Creditor State of Delaware marion.quirk@delaware.gov

Mark Krueger
on behalf of Creditor State of Nevada mkrueger@ag.nv.gov  dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Mark Stein
on behalf of Creditor Bridge House Corporation mstein@lowestein.com

Mark Tate
on behalf of Creditor Village of Lloyd Harbor  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Village of Old Westbury  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Port Washington Water District  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Iron Workers Local 580 Health & Benefit Fund tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Painting Industry Insurance Fund tlgservice@tatelawgroup.com

District/off: 0208-7                          User: admin                                    Page 36 of 50
Date Rcvd: Jul 01, 2022                       Form ID: 144                              Total Noticed: 199

Mark Tate
                    on behalf of Creditor Miller Place Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor United Crafts Benefit Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Shamrock Materials  LLC tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Friendship Engine and Hose Company  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor UFCW Local 342 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Town of Ramapo  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Melville Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Lawrence  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Bacon County Hospital  Georgia tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Bellport  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Lynbrook  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor UFCW Local 342 Healthcare Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Ridge Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor LNO  Inc. tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of West Haverstraw  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Iron Workers Local 40 Health Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Millertown  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Rockville Centre Public Library  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Metal Polishers Local 8A-28A Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Local 381 Group Insurance Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Hauppauge Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of West Hampton Dunes  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Gordon L. Seaman  Inc. tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor International Intimates  Inc. tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Teamsters Local 445 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Village of Suffern  New York tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor Corbett Aggregates Companies  LLC tlgservice@tatelawgroup.com

Mark Tate
                    on behalf of Creditor City of Long Beach  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Habersham County Hospital  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Hudson Regional Hospital tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Brighton Health Plan Solutions d/b/a MagnaCare Administrative Services tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Medford Volunteer Ambulance  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor International Constructions  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor CWA Local 1181 Health Plan tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Structural Steel Local 806 Health Plan tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Lake Grove  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Iron Workers Local 417 Health Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Advanced C4 Solutions  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Borough of Paramus  New Jersey tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Chatham County Hospital Authority  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Haverstraw  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor United Wire  Metal & Machine Local 820 Health tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Laborers Local 235 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Allied Security Health and Benefit Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Jamaica Hospital and Medical Center tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Wappinger  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Dade County  Georgia tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Southhold  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor City of Elizabeth  New Jersey tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of North Hempstead  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Uniformed Fire Officers Association Benefits Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Brighton Health Plan Solutions d/b/a MagnaCare Administrative Services and MagnaCare  LLC
tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Great Neck  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Riverhead  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Poquott  New York tlgservice@tatelawgroup.com

Mark Tate

District/off: 0208-7                          User: admin                                  Page 38 of 50
Date Rcvd: Jul 01, 2022                  Form ID: 144                                Total Noticed: 199

Mark Tate
                on behalf of Creditor Village of Hempstead New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Lindenhurst  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Barnes  Iaccarino & Shepherd, LLP tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Oyster Bay  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor North Merrick Fire  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Clarkstown  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Chatham County  Georgia tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Cedar International Services  LLC tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Islip Terrance Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Hempstead  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Bellmore Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Amalgamated Union Local 450-A Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Redwood Contracting Corp. tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Islip  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Building Service Local 2 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Cardoza Plumbing Corporation tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor North Patchogue Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Levittown Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor City of Blackshear  Georgia tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor UOPW Local 175 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Roslyn Water District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Stony Brook Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Town of Stony Point  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Brer-Four Transportation Corporation tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Hicksville Water District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor South Farmingdale Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Black Prince Distillery  Inc. tlgservice@tatelawgroup.com

Mark Tate
                on behalf of Creditor Village of Stewart Manor  New York tlgservice@tatelawgroup.com

District/off: 0208-7
Date Rcvd: Jul 01, 2022

User: admin
Form ID: 144

Page 39 of 50
Total Noticed: 199

Mark Tate
on behalf of Creditor City of Brunswick  Georgia tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Brookhaven Ambulance  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Centereach Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor City of Alma  GA tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Town of Southampton  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Smithtown Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Town of Orangetown  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Phillip Fyman and Alexander Weingarten  M.D. PC tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Villlage of Nissequogue  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Centerport Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Kaya Associates  Inc. tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Thomas F. Corbett Associates  LLC tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Metallic Lathers and Reinforcing Iron Workers Local 46 Health & Benefit Fund
tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Local 342 United Marine Division Insurance Trust tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor City of Pooler  Georgia tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Merrick Library  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Village of Northport  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Plainview-Old Bethpage Library  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor City of Clifton  New Jersey tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Village of Village of the Branch  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Village of Island Park  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor UFCW Local 1500 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Village of Westbury  New York tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Laborers Local 1298 of Nassau & Suffolk Counties tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor City of Richmond Hill  Georgia tlgservice@tatelawgroup.com

Mark Tate
on behalf of Attorney Village of Amityville  NY, et al. tlgservice@tatelawgroup.com

Mark Tate
on behalf of Creditor Village of Farmingdale  New York tlgservice@tatelawgroup.com

Mark Tate

Mark Tate
        on behalf of Creditor Bacon County  Georgia tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor St. John's Riverside Hospital tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor AFL-CIO Local 475 Health & Welfare Fund tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of Babylon  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of Massapequa Park  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Drywall Tapers Insurance Fund tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Iron Workers 361 Health Fund tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Flushing Hospital Medical Center tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of East Hampton  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Town of Clinton  New Jersey tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of Saltaire  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor CWA Local 1182 & 1183 Health & Welfare Funds tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Pierce County  Georgia tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Nesconset Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Aboffs  Inc. tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of Greenport  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of New Hyde Park  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor IBEW Local 25 Health & Benefit Fund tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of Valley Stream  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor City of Demorest  Georgia tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor City of Bayonne  New Jersey tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Town of Babylon  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Town of Huntington  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor St. James Fire District  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor The Par Group tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Austin & Williams  Inc. tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Village of Islandia  New York tlgservice@tatelawgroup.com

Mark Tate
        on behalf of Creditor Westchester Heavy Construction Laborers Local 60 Health & Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Garden City  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of East Rockaway  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Patchogue  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Teamsters Local 456 Welfare Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor John Martinez d/b/a John Martinez Trucking tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor IUOE Local 138 Health Benefit Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor International Brotherhood of Trade Unions Local 713 Health Plan tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Roofers Local 8 WBPA Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Smithtown  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Transitions Recovery Program tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Port Washington North  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Uniondale Fire District  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Mill Neck  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor NOITU Insurance Trust Fund tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Alure Home Improvements  Inc. tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Floral Park  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Town of Brookhaven  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Mount Sinai Fire District  NY tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Amityville  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor Village of Wappingers Falls  New York tlgservice@tatelawgroup.com

Mark Tate

on behalf of Creditor West Hempstead Public Library  New York tlgservice@tatelawgroup.com

Mark D. Plevin

on behalf of Unknown American Guarantee and Liability Insurance Company mplevin@crowell.com

Marshall C. Turner

on behalf of Creditor Ascent Health Services marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts  Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts Senior Care Holdings  Inc. marshall.turner@husch.com,
marshall-turner-8668@ecf.pacerpro.com

Martin S. Rapaport

on behalf of Creditor Peter Jackson manhatoffice@yahoo.com

Marvin E. Clements, Jr.

on behalf of Creditor Tennessee Attorney General's Office agbanknewyork@ag.tn.gov

Marvin E. Clements, Jr.

on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Matthew J. Gold
    on behalf of Defendant State of Washington mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold
    on behalf of Unknown Kleinberg  Kaplan, Wolff & Cohen, P.C. mgold@kkwc.com, jremi@kkwc.com

Matthew J. Gold
    on behalf of Interested Party State of Oregon mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold
    on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS mgold@kkwc.com
jremi@kkwc.com

Matthew J. Gold
    on behalf of Interested Party State of Washington mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold
    on behalf of Interested Party District of Columbia mgold@kkwc.com  jremi@kkwc.com

Matthew J. Piers
    on behalf of Creditor La Rue County School District  Kentucky mpiers@hsplegal.com,
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor Board of Education of Miami-Dade County Public Schools mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor Bullitt County School District  Kentucky mpiers@hsplegal.com,
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor The Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor The Board of Education of East Aurora School District 131 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor Baltimore City Board of School Commissioners mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor Board of Chicago School District No. 299 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor Board of Education of East Aurora School District 131 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
    on behalf of Creditor Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Mawerdi Hamid
    on behalf of Creditor State of Minnesota mawerdi.hamid@ag.state.mn.us

Megan Paris Rundlet
    on behalf of Defendant State of Colorado megan.rundlet@coag.gov

Megan Paris Rundlet
    on behalf of Creditor Colorado Attorney General megan.rundlet@coag.gov

Melanie L. Cyganowski
    on behalf of Creditor State of Texas  acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
    on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
     on behalf of Creditor The State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melissa L. Van Eck
     on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck
     on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Merrida Coxwell
     on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com

Michael Goldstein
     on behalf of Creditor Teva Canada Limited mgoldstein@goodwinlaw.com

Michael Goldstein
     on behalf of Creditor Anda  Inc. mgoldstein@goodwinlaw.com

Michael Goldstein
     on behalf of Creditor Teva Pharmaceuticals USA  Inc. mgoldstein@goodwinlaw.com

Michael Gorelick
     on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
mgorelick@agfjlaw.com

Michael Luskin
     on behalf of Creditor Gulf Underwriters Insurance Company luskin@lsellp.com

Michael Luskin
     on behalf of Creditor St. Paul Fire and Marine Insurance Company luskin@lsellp.com

Michael Luskin
     on behalf of Interested Party Old Republic Insurance Company luskin@lsellp.com

Michael B. Rush
     on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
rushm@gotofirm.com

Michael B. Rush
     on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants rushm@gotofirm.com

Michael D McMahan
     on behalf of Creditor Alaska Native Tribal Health Consortium mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Indian Health Council  Inc. mmcmahan@hobbsstraus.com,
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Norton Sound Health Corporation mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Seldovia Village Tribe mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Bristol Bay Area Health Corporation mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Port Gamble S'Klallam Tribe mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Pala Band of Mission Indians mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Kodiak Area Native Association mmcmahan@hobbsstraus.com
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Aleutian Pribilof Islands Association  Inc. mmcmahan@hobbsstraus.com,
cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
     on behalf of Creditor Cheesh'na Tribe mmcmahan@hobbsstraus.com  cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
　　　　on behalf of Creditor Jamestown S'Klallam Tribe mmcmahan@hobbsstraus.com
　　　　cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
　　　　on behalf of Creditor Southeast Alaska Regional Health Consortium mmcmahan@hobbsstraus.com
　　　　cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
　　　　on behalf of Creditor Suquamish Tribe mmcmahan@hobbsstraus.com  cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
　　　　on behalf of Creditor Council of Athabascan Tribal Governments mmcmahan@hobbsstraus.com
　　　　cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael G Louis
　　　　on behalf of Unknown Joan E. Vasko mlouis@macelree.com

Michael Geoffrey Abelow
　　　　on behalf of Creditor Certain Hospital Creditors mabelow@sherrardroe.com  neads@sherrardroe.com

Michael I. Baird
　　　　on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael J Kasen
　　　　on behalf of Creditor Fredrick Hill mkasen@kasenlaw.com

Michael Morris Buchman
　　　　on behalf of Creditor Tucson Medical Center mbuchman@motleyrice.com

Michael Patrick O'Neil
　　　　on behalf of Creditor Ad Hoc Group of Hospitals moneil@taftlaw.com

Michael S. Kimm
　　　　on behalf of Creditor Jung U. Kim msk@kimmlaw.com  law@kimmlaw.com;proh@kimmlaw.com

Michele Puiggari
　　　　on behalf of Attorney michele Ann puiggari michele@mpuiggari.com

Michiyo Michelle Burkart
　　　　on behalf of Defendant The People of the State of California michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart
　　　　on behalf of Creditor The People of the State of California michelle.burkart@doj.ca.gov

Mimi Liu
　　　　on behalf of Creditor Ad Hoc Group of Non-Consenting States mliu@motleyrice.com

Mimi Liu
　　　　on behalf of Unknown State of Utah mliu@motleyrice.com

Mitchell Jay Auslander
　　　　on behalf of Defendant AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company)
　　　　maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
　　　　on behalf of Defendant American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International
　　　　Limited) maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
　　　　on behalf of Defendant New Hampshire Insurance Company maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
　　　　on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA maosbny@willkie.com,
　　　　mauslander@willkie.com

Morgan R Bentley
　　　　on behalf of Attorney Sarasota County Public Hospital District mbentley@bentleyandbruning.com

Morton R. Branzburg
　　　　on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Muhammad Umair Khan
　　　　on behalf of Creditor People of the State of New York umair.khan@ag.ny.gov

Nathan Quinn Rugg
　　　　on behalf of Creditor Altergon Italia s.r.l. nathan.rugg@bfkn.com  jean.montgomery@bfkn.com

Neil Francis Xavier Kelly
　　　　on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS nkelly@riag.ri.gov
　　　　mdifonzo@riag.ri.gov

Neil L Henrichsen

on behalf of Unknown Board of Chicago School District No. 299 nhenrichsen@hslawyers.com

Nicholas F. Kajon
            on behalf of Creditor Amel Eiland nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor MSI Corporation nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Heather Enders nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Kevin Wilk nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor William Taylor nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Kimberly Brand nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Eli Medina nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Edward Grace nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Michael Lopez nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Jason Reynolds nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Marketing Services of Indiana  Inc. nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Glenn Golden nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Lou Sardella nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Dora Lawrence nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor W. Andrew Fox nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Michael Klodzinski nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Michael Konig nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Michael Christy nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Jordan Chu nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Deborah Green-Kuchta nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Nadja Streiter nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Eric Hestrup  et al. nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor William Stock nfk@stevenslee.com

Nicholas F. Kajon
            on behalf of Creditor Gretta Golden nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Darcy Sherman nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Al Marino  Inc. nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Attorney General  State of Arizona nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Barbara Rivers nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Debra Dawsey nfk@stevenslee.com

Nicklas Arnold Akers
                    on behalf of Creditor The People of the State of California nicklas.akers@doj.ca.gov

Nicklas Arnold Akers
                    on behalf of Defendant The People of the State of California nicklas.akers@doj.ca.gov

Nickolas Karavolas
                    on behalf of Interested Party Her Majesty in Right of the Province of British Columbia nkaravolas@phillipslytle.com
                    ddrons@phillipslytle.com

Nicolas G. Keller
                    on behalf of Unknown New York State Department of Financial Services nicolas.keller@dfs.ny.gov

Nicole A Leonard
                    on behalf of Creditor Westchester Fire Insurance Company nleonard@mdmc-law.com  sshidner@mdmc-law.com

Norma E. Ortiz
                    on behalf of Unknown The National Association for the Advancement of Colored People email@ortizandortiz.com
                    bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Paris Gyparakis
                    on behalf of Creditor Jeffrey Bryan Pierce pgyparakis@rosenpc.com  gyparakispr81087@notify.bestcase.com

Patrick Morrisey
                    on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General patrick.j.morrisey@wvago.gov

Patrick Francis McTernan
                    on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General pmcternan@croninfried.com,
                    cfskf@croninfried.com

Patrick Francis McTernan
                    on behalf of Defendant State of Hawaii  ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com,
                    cfskf@croninfried.com

Paul A. Rachmuth
                    on behalf of Creditor Ad Hoc Committee on Accountability paul@paresq.com

Paul Benjamin Koepp
                    on behalf of Plaintiff Ascent Pharmaceuticals  Inc. koepp@sewkis.com

Paul E. Breene
                    on behalf of Plaintiff Purdue Pharma Manufacturing L.P. pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Plaintiff Purdue Pharmaceutical Products L.P. pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Other Prof. Reed Smith LLP pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Plaintiff Avrio Health L.P. pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Debtor Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Plaintiff Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Plaintiff Purdue Pharma of Puerto Rico pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Plaintiff Purdue Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
                    on behalf of Plaintiff Rhodes Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene

|  |  |
|---|---|
| | on behalf of Plaintiff Rhodes Technologies pbreene@reedsmith.com |
| Paul E. Breene | |
| | on behalf of Plaintiff Purdue Pharma Inc. pbreene@reedsmith.com |
| Paul E. Breene | |
| | on behalf of Plaintiff Purdue Transdermal Technologies L.P. pbreene@reedsmith.com |
| Paul M. Singer | |
| | on behalf of Debtor Purdue Pharma L.P. psinger@reedsmith.com gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Paul R Koepff | |
| | on behalf of Defendant Arch Reinsurance Ltd. paul.koepff@clydeco.us  meisee.hon@clydeco.us |
| Paul S Rothstein | |
| | on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com |
| Paul S Rothstein | |
| | on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com |
| Pearl Shah | |
| | on behalf of Creditor Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com |
| Pearl Shah | |
| | on behalf of Creditor Hospital Claimants pshah@mcgrailbensinger.com |
| Peter D'Apice | |
| | on behalf of Unknown Tribal Leadership Committee dapice@sbep-law.com |
| Peter D'Apice | |
| | on behalf of Creditor Tiffany Dunford dapice@sbep-law.com |
| Peter D'Apice | |
| | on behalf of Creditor Certain Native American Tribes and Others dapice@sbep-law.com |
| Peter D. St Phillip, Jr | |
| | on behalf of Creditor Express Scripts Holding Company pstphillip@lowey.com |
| Peter D. St Phillip, Jr | |
| | on behalf of Creditor Express Scripts  Inc. pstphillip@lowey.com |
| Peter D. St Phillip, Jr | |
| | on behalf of Creditor ESI Mail Pharmacy Services  Inc. pstphillip@lowey.com |
| Peter D. St Phillip, Jr | |
| | on behalf of Creditor CuraScript  Inc. pstphillip@lowey.com |
| Peter D. St Phillip, Jr | |
| | on behalf of Creditor Express Scripts Pharmacy  Inc. pstphillip@lowey.com |
| Peter Francis O'Neill | |
| | on behalf of Defendant American Guarantee and Liability Insurance Company pfoneill@shb.com  docket@shb.com |
| Peter Francis O'Neill | |
| | on behalf of Defendant Steadfast Insurance Company pfoneill@shb.com  docket@shb.com |
| Peter H Weinberger | |
| | on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com |
| Peter J. Roberts | |
| | on behalf of Interested Party Liberty Insurance Corporation proberts@cozen.com peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com |
| Peter J. Roberts | |
| | on behalf of Interested Party Liberty Mutual Insurance Company proberts@cozen.com peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com |
| Peter J. Roberts | |
| | on behalf of Interested Party Liberty Mutual Fire Insurance Company proberts@cozen.com peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com |
| Philip D. Anker | |
| | on behalf of Defendant Navigators Specialty Insurance Company philip.anker@wilmerhale.com yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com |
| Philip D. Anker | |
| | on behalf of Unknown Navigators Specialty Insurance Company philip.anker@wilmerhale.com yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com |
| Rachel R Obaldo | |
| | on behalf of Creditor The State of Texas  acting by and through the Attorney General of Texas, Ken Paxton bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov |

Reuel D. Ash
on behalf of Creditor Amneal Pharmaceuticals LLC rash@ulmer.com  sbenoit@ulmer.com

Reuel D. Ash
on behalf of Creditor Impax Laboratories  Inc. rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash
on behalf of Creditor Amneal Pharmaceuticals of New York  LLC rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash
on behalf of Creditor Impax Laboratories  LLC rash@ulmer.com, sbenoit@ulmer.com

Richard B. Levin
on behalf of Creditor McKesson Corporation rlevin@jenner.com

Richard Daniel Shore
on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants shorer@gilbertlegal.com

Richard Daniel Shore
on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants shorer@gilbertlegal.com

Richard James Leveridge
on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants leveridger@gilbertlegal.com

Richard Joseph Geddes
on behalf of Defendant XL Bermuda Ltd. richard.geddes@kennedyslaw.com

Richard R Gan
on behalf of Attorney Richard R Gan richlaw1@comcast.net

Riley Caroline Mendoza
on behalf of Defendant American Guarantee and Liability Insurance Company rmendoza@shb.com

Riley Caroline Mendoza
on behalf of Defendant Steadfast Insurance Company rmendoza@shb.com

Robert Gayda
on behalf of Plaintiff Ascent Pharmaceuticals  Inc. gayda@sewkis.com

Robert Padjen
on behalf of Creditor Colorado Department of Law robert.padjen@coag.gov

Robert Padjen
on behalf of Defendant State of Colorado robert.padjen@coag.gov

Robert P. Charbonneau
on behalf of Creditor Attorney General  State of Florida rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Samuel Mitchell
on behalf of Creditor Tucson Medical Center sam@mitchellspeights.com

Sara Tonnesen
on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us

Sara Tonnesen
on behalf of Creditor State Of Maryland stonnesen@oag.state.md.us

Sarah Sraders
on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants sraderss@gilbertlegal.com

Sarah Sraders
on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants sraderss@gilbertlegal.com

Scott F. Gautier
on behalf of Unknown Collegium Pharmaceutical  Inc. scott.gautier@faegredrinker.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com

Scott I. Davidson
on behalf of Debtor Purdue Pharma L.P. sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott I. Davidson
on behalf of Spec. Counsel KING & SPALDING LLP sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott S. Markowitz
on behalf of Creditor Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com

Sean A. O'Neal
on behalf of Interested Party Norton Rose Fulbright US LLP soneal@cgsh.com  maofiling@cgsh.com

Seth Adam Meyer
on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General sam@kellerpostman.com,
docket@kellerlenkner.com

Seth Adam Meyer
on behalf of Creditor Attorney General  State of Arizona sam@kellerpostman.com, docket@kellerlenkner.com

Seth Adam Meyer
on behalf of Creditor State of Arizona sam@kellerpostman.com  docket@kellerlenkner.com

Shannon M McNulty
on behalf of Creditor Ad Hoc Group of Hospitals smm@cliffordlaw.com  jmreasor@cliffordlaw.com

Shawn Hansen
on behalf of Spec. Counsel Special Counsel shawn.hansen@lw.com  shawn-hansen-4402@ecf.pacerpro.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Vasser
on behalf of Attorney Dechert LLP shmuel.vasser@dechert.com  nycmanagingclerks@dechert.com,brett.stone@dechert.com

Stephen D. Lerner
on behalf of Examiner The Examiner stephen.lerner@squirepb.com
sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Steven A Skalet
on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Steven A Skalet
on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com

Steven A Skalet
on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Steven A Skalet
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Steven A. Ginther
on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven Francis Molo
on behalf of Creditor The Cherokee Nation smolo@mololamken.com

Steven P Ordaz
on behalf of Unknown BMC Group  Inc sordaz@bmcgroup.com

Susan Ellis
on behalf of Unknown State of Illinois sellis@atg.state.il.us

Sydenham B. Alexander, III
on behalf of Creditor Commonwealth of Massachusetts sandy.alexander@mass.gov

Sydenham B. Alexander, III
on behalf of Defendant Commonwealth of Massachusetts sandy.alexander@mass.gov

Tancred V. Schiavoni
on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) tschiavoni@omm.com
jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com

Ted A. Dillman
on behalf of Spec. Counsel Special Counsel ted.dillman@lw.com  ted-dillman-0492@ecf.pacerpro.com

Thomas Lauria
on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com

Thomas Maeglin
on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
tmaeglin@agfjlaw.com

Thomas D. Bielli
on behalf of Attorney Bielli & Klauder  LLC tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas D. Bielli
on behalf of Examiner David M. Klauder tbielli@bk-legal.com  dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas Moultrie Beshere, III
on behalf of Creditor Commonwealth of Virginia  ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us

Thomas S. Kiriakos
on behalf of Interested Party Loblaw Companies Ltd. tkiriakos@mayerbrown.com  cnotification@mayerbrown.com

Thomas S. Kiriakos

District/off: 0208-7 | User: admin | Page 50 of 50
Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 199

| | on behalf of Interested Party Shopper's Drug Mart  Inc. tkiriakos@mayerbrown.com, cnotification@mayerbrown.com |
| Thomas S. Kiriakos | |
| | on behalf of Interested Party Sanis Health Inc. tkiriakos@mayerbrown.com  cnotification@mayerbrown.com |
| Timothy Lundgren | |
| | on behalf of Creditor The People of the State of California timothy.lundgren@doj.ca.gov |
| Timothy E. Graulich | |
| | on behalf of Debtor Purdue Pharma L.P. ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com;ecf.inform@davispolk.com |
| Todd E. Phillips | |
| | on behalf of Unknown Multi-State Governmental Entities Group tphillips@capdale.com cecilia-guerrero-caplin-6140@ecf.pacerpro.com |
| Trish Lazich | |
| | on behalf of Creditor Ohio Attorney General trish.lazich@ohioattorneygeneral.gov |
| United States Trustee | |
| | USTPRegion02.NYECF@USDOJ.GOV |
| Vadim J. Rubinstein | |
| | on behalf of Creditor Nevada Counties and Municipalities vrubinstein@loeb.com vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com |
| Vadim J. Rubinstein | |
| | on behalf of Defendant Nevada Counties and Municipalities vrubinstein@loeb.com vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com |
| Valerie A. Hamilton | |
| | on behalf of Creditor State of New Jersey Valerie.Hamilton@law.njoag.gov |
| Warren A. Usatine | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors wusatine@coleschotz.com  fpisano@coleschotz.com |
| Wendy Tien | |
| | on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison wendy.tien@ag.state.mn.us |
| Wendy M. Simkulak | |
| | on behalf of Creditor Chubb Insurance USA wmsimkulak@duanemorris.com |
| William Hao | |
| | on behalf of Creditor OptumRX  Inc. william.hao@alston.com, leslie.salcedo@alston.com |
| William J. Brennan | |
| | on behalf of Defendant XL Bermuda Ltd. (f/k/a XL Insurance Company  Ltd.) william.brennan@kennedyslaw.com |
| William J. Brennan | |
| | on behalf of Defendant XL Bermuda Ltd. william.brennan@kennedyslaw.com |
| William P. Weintraub | |
| | on behalf of Creditor Anda  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com |
| William P. Weintraub | |
| | on behalf of Creditor Teva Canada Limited wweintraub@goodwinlaw.com  gfox@goodwinprocter.com |
| William P. Weintraub | |
| | on behalf of Creditor Teva Pharmaceuticals USA  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com |
| William R Pearson | |
| | on behalf of Defendant State of Iowa  Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov |
| William R Pearson | |
| | on behalf of Creditor State of Iowa  Ex Rel william.pearson@ag.iowa.gov |
| William S Consovoy | |
| | on behalf of Creditor Attorney General  State of Arizona will@consovoymccarthy.com |
| William T. Russell, Jr. | |
| | on behalf of Creditor Gulf Underwriters Insurance Company wrussell@stblaw.com |
| William T. Russell, Jr. | |
| | on behalf of Defendant St. Paul Fire and Marine Insurance Company wrussell@stblaw.com |
| William T. Russell, Jr. | |
| | on behalf of Defendant Gulf Underwriters Insurance Company wrussell@stblaw.com |
| William T. Russell, Jr. | |
| | on behalf of Creditor St. Paul Fire and Marine Insurance Company wrussell@stblaw.com |

TOTAL: 1158