June 30. 2022

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of the Court
300 Quarropas Street
White Plains, NY 10601

RE: Request to merge personal injury claims 628551/628672;
In re Purdue Pharma L.P., et al., Ch. 11, Case No: 19-23649 (RDD)

Dear Sir or Ma'am,

    For reasons not relevant here, I unintentionally filed two wholly redundant personal injury claims in the above action. I think it would be appropriate to merge them or withdraw one. The claims are #628551 (11/15/2021) and #628672 (12/06/2021).

    If you have the authority to merge the claims or dismiss the 11/15/2021 one, would you please do so (keeping #628672 active)? If not, please let me know and I will research how to make this request by motion.

    I will be submitting an amended claim soon under #628672.

    Thank you in advance for any assistance you can offer.

Respectfully

*[signature]*

Address:
Roy Murry #396387
WB 109
Washington State Penitentiary
1313 N. 13th Ave.
Walla Walla, WA 99362