**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re**                                                     :
                                                              :  Chapter 11
**PURDUE PHARMA L.P.,** *et al.*,                             :
                                                              :  Case No. 19-23649 (SHL)
                         **Debtors.**                         :
                                                              :  (Jointly Administered)
---------------------------------------------------------------x
                                                              :
**PURDUE PHARMA, L.P.,** *et al.*,                            :
                                                              :  Adv. Pro. No. 19-08289 (SHL)
         **Plaintiffs,**                                      :
                                                              :
         **v.**                                               :
**COMMONWEALTH OF MASSACHUSETTS,**                            :  **NOTICE OF WITHDRAWAL**
*et al.*,                                                     :  **OF APPEARANCE**
                                                              :
         **Defendants,**                                      :
---------------------------------------------------------------x

TO:    CLERK OF THE ABOVE NAMED COURT AND ALL PARTIES OF RECORD.

Pursuant to Local Rule 2090-1(e), the undersigned attorney hereby notifies the Court and counsel that Assistant Attorney General Mawerdi Hamid withdraws as counsel to the State of Minnesota in the above-captioned cases. Kindly remove Assistant Attorney General Mawerdi Hamid from all applicable service lists maintained in the above-captioned cases, including the Court's CM/ECF electronic notification list.

Dated: July 7, 2022                         s/ Mawerdi Hamid
                                            MAWERDI HAMID
                                            Assistant Attorney General
                                            Atty. Reg. No. 0393130
                                            445 Minnesota Street, Suite 900
                                            St. Paul, Minnesota 55101-2127
                                            (651) 757-1452 (Voice)
                                            (651) 297-8265 (Fax)
                                            Mawerdi.hamid@ag.state.mn.us

|#5271614-v1