**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
|  |  |
| --- | --- |
| | : |
| In re: | : Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| | : |
| Debtors[1]. | : (Jointly Administered) |
| | : |
---------------------------------------------------------------X

**THIRTY-SECOND MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | May 1, 2022 through May 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $44,085.50 |
| **Current Fee Request** | $35,268.40 (80% of $44,085.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $560.54 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $35,828.94 |
| **Total Fees and Expenses Inclusive of Holdback** | $44,646.04 |
| **This is a(n):**   _X_ Monthly Application    ___Interim Application    ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty-Second Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2022 through and including May 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $44,085.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $35,268.40.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,018.89.  The blended hourly rate of all paraprofessionals is $435.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $560.54 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  July 11, 2022                    Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

## COMMENCING MAY 1, 2022 THROUGH MAY 31, 2022

### Summary of Fees Task Code

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 0.6 | $261.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 10.1 | $4,393.50 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 16.0 | $15,245.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 0.5 | $725.00 |
| 014 Plan and Disclosure Statement | 22.2 | $23,460.50 |
| **Total** | **49.4** | **$44,085.50** |
| | | |
| 20% Fee Holdback | | **$8,817.10** |
| 80% of Fees | | **$35,268.40** |
| Plus Expenses | | **$560.54** |
| Requested Amount | | **$44,646.04** |

## EXHIBIT B

### SERVICES RENDERED BY BROWN RUDNICK LLP

### COMMENCING MAY 1, 2022 THROUGH MAY 31, 2022

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | 2022 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,620.00 | 0.8 | $1,296.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,450.00 | 1.7 | $2,465.00 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $1,170.00 | 8.9 | $10,413.00 |
| Nicole M. Bouchard | Partner 2005 Corporate & Capital Markets | $1,000.00 | 2.9 | $2,900.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $955.00 | 10.3 | $9,836.50 |
| Tia C. Wallach | Partner 2013 Corporate & Capital Markets | $955.00 | 9.3 | $8,416.50 |
| Blair M. Rinne | Associate 201 Litigation & Arbitration | $900.00 | 4.8 | $4,104.00 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $855.00 | 10.7 | $4,654.50 |
| **Total Fees Requested** | | | **49.4** | **$44,085.50** |

## EXHIBIT C

### ACTUAL AND NECESSARY COSTS INCURRED BY
### BROWN RUDNICK LLP

### COMMENCING MAY 1, 2022 THROUGH MAY 31, 2022

| EXPENSE | AMOUNT |
|---------|--------|
| | |
| eDiscovery Hosting | $553.90 |
| Teleconferencing | $6.64 |
| **Total Expenses** | **$560.54** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6941277 |
| ATTN: DAVID MOLTON | Date | Jun 15, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through May 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 560.54 | 560.54 |
| | **Total** | **0.00** | **560.54** | **560.54** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $560.54 |
| **Total Invoice** | **$560.54** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES        Invoice 6941277
RE: COSTS                                                     Page 2
June 15, 2022

## COST DETAIL

| Date | Description | Value |
|------|-------------|-------|
| 04/21/22 | TELECONFERENCING | 6.64 |
| 05/01/22 | EDISCOVERY HOSTING | 150.00 |
| 05/01/22 | EDISCOVERY HOSTING | 403.90 |
| | **Total Costs** | **560.54** |

## COST SUMMARY

| Description | Value |
|-------------|-------|
| TELECONFERENCING | 6.64 |
| EDISCOVERY HOSTING | 553.90 |
| **Total Costs** | **560.54** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6941277 |
| ATTN: DAVID MOLTON | Date | Jun 15, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

**Balance Due:  $560.54**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

64754893 v1

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6941278 |
| Date | Jun 15, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 261.00 | 0.00 | 261.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 4,393.50 | 0.00 | 4,393.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 15,245.50 | 0.00 | 15,245.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 725.00 | 0.00 | 725.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 23,460.50 | 0.00 | 23,460.50 |
| | **Total** | **44,085.50** | **0.00** | **44,085.50** |

| | |
|---|---|
| Total Current Fees | $44,085.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$44,085.50** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6941278 |
| Date | Jun 15, 2022 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 261.00 | 0.00 | 261.00 |
| | **Total** | **261.00** | **0.00** | **261.00** |

| | |
|---|---|
| Total Current Fees | $261.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$261.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 15, 2022

Invoice 6941278
Page 3

RE: CASE ADMINISTRATION

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/19/22 | DEERING | UPDATE CASE CALENDAR | 0.60 | 261.00 |
| | **Total Hours and Fees** | | **0.60** | **261.00** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 0.60 | hours at | 435.00 | 261.00 |
| **Total Fees** | | | | **261.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6941278 |
| Date | Jun 15, 2022 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 4,393.50 | 0.00 | 4,393.50 |
| | **Total** | **4,393.50** | **0.00** | **4,393.50** |

| | |
|---|---|
| Total Current Fees | $4,393.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,393.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6941278
June 15, 2022                                                                                                       Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/12/22 | DEERING | DRAFT APRIL MONTHLY FEE STATEMENT | 1.50 | 652.50 |
| 05/12/22 | DEERING | DRAFT 8TH INTERIM FEE APPLICATION | 1.40 | 609.00 |
| 05/13/22 | DEERING | CONTINUE DRAFTING 8TH INTERIM FEE APPLICATION | 2.70 | 1,174.50 |
| 05/13/22 | DEERING | DRAFT EXHIBITS: BUDGET AND STAFFING REPORT FOR 8TH INTERIM FEE APPLICATION | 1.70 | 739.50 |
| 05/13/22 | DEERING | FINALIZE APRIL MONTHLY FEE STATEMENT FOR CLIENT APPROVAL | 0.70 | 304.50 |
| 05/16/22 | DEERING | FINALIZE AND FILE 31ST MONTHLY FEE STATEMENT (.6); SERVICE OF SAME (.2) | 0.80 | 348.00 |
| 05/16/22 | DEERING | FINALIZE AND FILE 8TH INTERIM FEE APPLICATION (1.1); AND SERVICE OF SAME (.2) | 1.30 | 565.50 |
| | **Total Hours and Fees** | | **10.10** | **4,393.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| ALEXANDRA M. DEERING | 10.10 | hours at | 435.00 | 4,393.50 |
| **Total Fees** | | | | **4,393.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6941278 |
| Date | Jun 15, 2022 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 15,245.50 | 0.00 | 15,245.50 |
| | **Total** | **15,245.50** | **0.00** | **15,245.50** |

| | |
|---|---|
| Total Current Fees | $15,245.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$15,245.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6941278
June 15, 2022                                                                                                Page 7

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/03/22 | RINNE | ANALYZE DOCUMENT REQUEST RE: INSURANCE ADVERSARY PROCEEDING FROM CO-COUNSE | 0.10 | 85.50 |
| 05/04/22 | RINNE | CORRESPOND WITH CO-COUNSEL AND G. CICERO REGARDING PRIVILEGE LOG FOR INSURANCE ADVERSARY PROCEEDING | 0.20 | 171.00 |
| 05/10/22 | RINNE | IN CONNECTION WITH INSURANCE ADVERSARY PROCEEDING, STRATEGIZE WITH G. CICERO REGARDING MEDIATION PRIVILEGED DOCUMENTS (.2); COMPILING MEDIATION PRIVILEGED EMAILS FOR FURTHER REVIEW (.4) | 0.60 | 513.00 |
| 05/11/22 | RINNE | IN CONNECTION WITH INSURANCE ADVERSARY PROCEEDING, CORRESPOND AND STRATEGIZE WITH CO-COUNSEL AND G. CICERO REGARDING PRIVILEGE LOG (.4); ANALYZE COLLECTED EMAILS AND COMPILING INFORMATION FOR PRIVILEGE LOG (.5) | 0.90 | 769.50 |
| 05/11/22 | CICERO | CONDUCT DOCUMENT REVIEW FOR INSURANCE ADVERSARY PROCEEDING PRODUCTION | 5.50 | 5,252.50 |
| 05/12/22 | RINNE | CORRESPOND WITH CO-COUNSEL REGARDING PRIVILEGE LOG AND MEETING REGARDING INSURANCE ADVERSARY PROCEEDING | 0.20 | 171.00 |
| 05/13/22 | RINNE | CALL WITH CO-COUNSEL REGARDING PRIVILEGE LOG IN CONNECTION WITH INSURANCE ADVERSARY PROCEEDING | 0.50 | 427.50 |
| 05/13/22 | CICERO | PARTICIPATE IN CALL RE: DISCOVERY RELATED TO ADV. PROCEEDING (.5); REVIEW DOCUMENTS RE: SAME (.3) | 0.80 | 764.00 |
| 05/17/22 | RINNE | IN CONNECTION WITH ADVERSARY PROCEEDING, COMPILE AND ANALYZE PRIVILEGED DOCUMENTS IN RESPONSE TO INQUIRIES FROM CO-COUNSEL (.8); STRATEGIZE  WITH G. CICERO REGARDING PRIVILEGE (.3); COMPILE UPDATED PRIVILEGE LOG INFORMATION AND CORRESPOND WITH CO-COUNSEL REGARDING SAME (.8) | 1.90 | 1,624.50 |
| 05/18/22 | RINNE | IN CONNECTION WITH INSURANCE ADVERSARY PROCEEDING, CORRESPOND WITH CO-COUNSEL REGARDING PRIVILEGE LOG (.2); CORRESPOND WITH G. CICERO REGARDING SAME (.2) | 0.40 | 342.00 |
| 05/18/22 | POHL | ATTEND OMNIBUS HEARING | 0.90 | 1,305.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 15, 2022

Invoice 6941278
Page 8

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 05/18/22 | CICERO | PREPARE FOR AND ATTEND OMNIBUS HEARING ON KEIP / KERP AND LATE CLAIMS ISSUES | 1.00 | 955.00 |
| 05/24/22 | CICERO | PARTICIPATE IN HEARING RE: TCC RETENTIONS AND 9019 ISSUES | 3.00 | 2,865.00 |
| | **Total Hours and Fees** | | **16.00** | **15,245.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| STEVEN POHL | 0.90 | hours at | 1,450.00 | 1,305.00 |
| BLAIR M. RINNE | 4.80 | hours at | 855.00 | 4,104.00 |
| GERARD T. CICERO | 10.30 | hours at | 955.00 | 9,836.50 |
| **Total Fees** | | | | **15,245.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6941278 |
| Date | Jun 15, 2022 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

# INVOICE

For professional services rendered in connection with the above captioned matter
through May 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 725.00 | 0.00 | 725.00 |
| | **Total** | **725.00** | **0.00** | **725.00** |

| | |
|---|---|
| Total Current Fees | $725.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$725.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 15, 2022

Invoice 6941278
Page 10

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/11/22 | POHL | WEEKLY AHC CLIENT GROUP UPDATE | 0.50 | 725.00 |
| | **Total Hours and Fees** | | **0.50** | **725.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.50 | hours at | 1,450.00 | 725.00 |
| **Total Fees** | | | | **725.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6941278 |
| Date | Jun 15, 2022 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 23,460.50 | 0.00 | 23,460.50 |
| | **Total** | **23,460.50** | **0.00** | **23,460.50** |

| | |
|---|---:|
| Total Current Fees | $23,460.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$23,460.50** |



RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 04/29/22 | KELLY | CALL WITH AON RE TRUSTS' STATUS FOR EFFECTIVE DATE (.2); WORK ON NOAT II TRUST AGREEMENT REVIEW AND EDITS (1.1); WORK ON TAFT II BOARD BOOK AND EMAILS REGARDING SAME (1.3); ATTENTION TO FINANCIAL, ACCOUNTING AND ADMINISTRATIVE MATTERS TO BE READY FOR EFFECTIVE DATE FOR MDT II, NOAT II AND TAFT II (4.8); ATTENTION TO WEBSITE READINESS FOR MDT II, NOAT II AND TAFT II FOR CONTENT AND EMAILS (.3); CREVIEW COUNSEL COMMENTS RE DST (.5); ALL WITH NICK ADAMS OF WT REGARDING COMMENTS FOR DELAWARE STATUTORY TRUSTEE (.2) | 8.40 | 9,828.00 |
| 05/02/22 | WALLACH | REVIEW AND REVISE CREDITORS' MARK-UP TO THE US IAC PLEDGE AGREEMENT | 3.10 | 2,805.50 |
| 05/02/22 | MOLTON | RESEARCH ISSUES FOLLOWING PURDUE SECOND CIRCUIT ARGUMENT | 0.80 | 1,296.00 |
| 05/03/22 | WALLACH | VARIOUS CORRESPONDENCE REGARDING IAC PLEDGE AGREEMENT; REVIEW CORRESPONDENCE AND PROPOSAL REGARDING IAC RESTRUCTURING | 1.60 | 1,448.00 |
| 05/03/22 | POHL | REVIEW CLOSING MATERIALS | 0.10 | 145.00 |
| 05/06/22 | WALLACH | CONFERENCE WITH KL AND AG ON REVISIONS TO SETTLEMENT AGREEMENT, IAC PLEDGE AGREEMENT AND COLLATERAL TRUST AGREEMENT | 1.50 | 1,357.50 |
| 05/12/22 | BOUCHARD | CONFERENCE WITH KL AND DPW TAX TEAMS RE: TAX MATTERS AGREEMENT (.3); LEGAL RESEARCH AND ANALYSIS RE: US TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (1.8) | 2.10 | 2,100.00 |
| 05/12/22 | KELLY | PREPARE FOR AND JOIN CALL WITH BOUCHARD TO ANALYZE TAX MATTERS FOR TAX MATTERS AGREEMENT | 0.50 | 585.00 |
| 05/18/22 | BOUCHARD | LEGAL ANALYSIS RE: TAX MATTERS AGREEMENT WITH PAYOR PARTIES | 0.80 | 800.00 |
| 05/23/22 | WALLACH | CONFERENCE WITH AKIN AND KL ON PURDUE SETTLEMENT AGREEMENT AND COLLATERAL TRUST AGREEMENT | 2.10 | 1,900.50 |
| 05/24/22 | WALLACH | REVIEW AND REVISE QUESTIONS ON COMMETNS TO SETTLEMENT AGREEMNET | 0.80 | 724.00 |
| 05/25/22 | WALLACH | REVIEW LIST OF QUESTIONS ON REVISED SETTLEMENT DOCUMENTS | 0.20 | 181.00 |
| 05/25/22 | POHL | REVIEW CLOSING UPDATE MATTERS | 0.20 | 290.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 15, 2022

Invoice 6941278
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| | **Total Hours and Fees** | | **22.20** | **23,460.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| STEVEN POHL | 0.30 | hours at | 1,450.00 | 435.00 |
| DAVID J. MOLTON | 0.80 | hours at | 1,620.00 | 1,296.00 |
| NICOLE M. BOUCHARD | 2.90 | hours at | 1,000.00 | 2,900.00 |
| BARBARA J. KELLY | 8.90 | hours at | 1,170.00 | 10,413.00 |
| TIA C. WALLACH | 9.30 | hours at | 905.00 | 8,416.50 |
| **Total Fees** | | | | **23,460.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6941278 |
| Date | Jun 15, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $44,085.50**

To ensure proper credit to your account, please include this page with your payment.

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067