UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> PURDUE PHARMA L.P., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-23649 (RDD) <br><br> (Jointly Administered) |

**THIRTY SECOND MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | May 1, 2022 through May 31, 2022 |
| Monthly Fees Incurred: | $98,099.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:            $0.00

Total Fees and Expenses Due:            $98,099.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, and $6,929 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, and eighth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., et al. (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from May 1, 2022 through and including May 31, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---:|
   | Professional Fees | $98,099.50 |
   | Expenses | 0.00 |
   | **TOTAL** | **$98,099.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---:|
   | Professional Fees at 80% | $78,479.60 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$78,479.60** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 26, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        July 12, 2022

FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of
Governmental and Other Contingent Litigation
Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
1166 Avenue of the Americas, 15th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 18.3 | $ 21,960.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,200 | 0.5 | 600.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 3.3 | 4,372.50 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 46.6 | 41,474.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 44.6 | 29,213.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 300 | 1.6 | 480.00 |
| **GRAND TOTAL** | | | | **114.9** | **$ 98,099.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 18.7 | $ 14,783.00 |
| 2 | Cash & Liquidity Analysis | 1.5 | 1,800.00 |
| 7 | Analysis of Domestic Business Plan | 2.8 | 3,050.00 |
| 9 | Analysis of Employee Comp Programs | 33.0 | 30,490.00 |
| 11 | Prepare for and Attend Court Hearings | 1.8 | 1,390.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 41.0 | 33,902.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 3.0 | 3,309.00 |
| 24 | Preparation of Fee Application | 13.1 | 9,375.00 |
|  | **GRAND TOTAL** | **114.9** | **$ 98,099.50** |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 5/2/2022 | Kurtz, Emma | 0.9 | Review recently uploaded dataroom documents re: transfers of value to share with team. |
| 1 | 5/2/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/3/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/4/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/6/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/9/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/10/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/12/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/13/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/16/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/17/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/18/2022 | Kurtz, Emma | 0.4 | Review recently uploaded dataroom documents to share with team re: reporting. |
| 1 | 5/18/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/19/2022 | Bromberg, Brian | 0.6 | Review financial update presentation re: March results to provide comments. |
| 1 | 5/19/2022 | Diaz, Matthew | 0.6 | Review Debtors' March financial results. |
| 1 | 5/19/2022 | Diaz, Matthew | 0.6 | Review presentation re: Debtors' March operating results. |
| 1 | 5/19/2022 | Kurtz, Emma | 2.2 | Prepare presentation re: March financial update. |
| 1 | 5/19/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/20/2022 | Kurtz, Emma | 1.4 | Prepare updates to analysis of March YTD results to include comparison to prior year results. |
| 1 | 5/20/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/22/2022 | Diaz, Matthew | 0.7 | Review updated draft presentation re: March operating report to provide comments. |
| 1 | 5/22/2022 | Diaz, Matthew | 0.4 | Review summary of the Monitor's 9th report. |
| 1 | 5/23/2022 | Bromberg, Brian | 1.2 | Review updated draft financial update to provide additional comments. |
| 1 | 5/23/2022 | Bromberg, Brian | 0.7 | Finalize and send operating report update to counsel. |
| 1 | 5/23/2022 | Bromberg, Brian | 0.4 | Review PEO information in March operating report presentation. |
| 1 | 5/23/2022 | Kurtz, Emma | 0.7 | Prepare revisions to March operating report update per internal comments. |
| 1 | 5/23/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/25/2022 | Diaz, Matthew | 0.6 | Review Debtors' Q1 results and related due diligence responses. |
| 1 | 5/25/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/26/2022 | Diaz, Matthew | 0.5 | Review operating report update re: sales. |
| 1 | 5/26/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **18.7** | |
| 2 | 5/4/2022 | Diaz, Matthew | 0.9 | Review Debtors' latest cash flow projections. |
| 2 | 5/6/2022 | Diaz, Matthew | 0.6 | Review updating cash reporting re: budget to actual variance. |
| **2 Total** | | | **1.5** | |
| 7 | 5/4/2022 | Diaz, Matthew | 1.2 | Review Avrio business plan materials from the Debtors. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 5/11/2022 | Bromberg, Brian | 1.0 | Review updates to Debtors cost analysis. |
| 7 | 5/22/2022 | Diaz, Matthew | 0.6 | Review updates to the Company's cost analysis. |
| **7 Total** | | | **2.8** | |
| 9 | 5/6/2022 | Bromberg, Brian | 1.6 | Review KEIP counteroffer from the Debtors' advisors. |
| 9 | 5/6/2022 | Diaz, Matthew | 0.9 | Review Debtors' proposed changes to the KERP. |
| 9 | 5/6/2022 | Kurtz, Emma | 0.6 | Evaluate Debtors' response to the AHC/UCC's incentive plan counterproposal. |
| 9 | 5/9/2022 | Bromberg, Brian | 1.4 | Review Debtors' proposed KEIP counter offer. |
| 9 | 5/9/2022 | Bromberg, Brian | 1.7 | Review updated metrics re: KEIP scorecard. |
| 9 | 5/9/2022 | Bromberg, Brian | 0.6 | Attend call with Counsel to discuss the Debtors KEIP counteroffer. |
| 9 | 5/9/2022 | Bromberg, Brian | 0.6 | Attend call with the Debtors to discuss the KEIP proposal. |
| 9 | 5/9/2022 | Bromberg, Brian | 0.6 | Review materials to prepare to discuss KEIP with Debtors. |
| 9 | 5/9/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors to discuss the proposed KEIP/KERP plans. |
| 9 | 5/9/2022 | Kurtz, Emma | 0.5 | Attend call with counsel re: KEIP KERP responses. |
| 9 | 5/9/2022 | Kurtz, Emma | 0.6 | Prepare analysis of KEIP/KERP motion and timing for 2020 and 2021. |
| 9 | 5/9/2022 | Kurtz, Emma | 0.5 | Attend call with the Debtors on KEIP counter proposal. |
| 9 | 5/9/2022 | Simms, Steven | 0.4 | Review status of 2022 incentive plan negotiations. |
| 9 | 5/10/2022 | Bromberg, Brian | 0.6 | Discuss KEIP KERP proposals with Debtors. |
| 9 | 5/10/2022 | Bromberg, Brian | 1.1 | Prepare summary of outstanding issues with the KEIP. |
| 9 | 5/10/2022 | Bromberg, Brian | 1.3 | Prepare comparison slides of incentive plan negotiations. |
| 9 | 5/10/2022 | Diaz, Matthew | 0.5 | Participate in call with counsel to discuss the employee incentive plans. |
| 9 | 5/10/2022 | Diaz, Matthew | 0.4 | Participate in call with the UCC re: employee compensation plans. |
| 9 | 5/10/2022 | Kurtz, Emma | 1.1 | Prepare updates to side by side comparison of 2022 incentive plan iterations. |
| 9 | 5/11/2022 | Bromberg, Brian | 1.6 | Review updated draft of incentive plan comparison slides. |
| 9 | 5/11/2022 | Bromberg, Brian | 2.4 | Review files on KEIP scorecard metrics. |
| 9 | 5/11/2022 | Bromberg, Brian | 1.6 | Compile questions list for the Debtors re: incentive plans. |
| 9 | 5/11/2022 | Diaz, Matthew | 1.2 | Review of updated presentation on incentive plan negotiations to provide comments. |
| 9 | 5/11/2022 | Diaz, Matthew | 0.9 | Review objections filed against the KEIP/KERP. |
| 9 | 5/11/2022 | Kurtz, Emma | 1.4 | Prepare revisions to presentation re: KEIP KERP negotiations. |
| 9 | 5/11/2022 | Kurtz, Emma | 0.7 | Review comments from team re: presentation on incentive plan updates. |
| 9 | 5/12/2022 | Bromberg, Brian | 0.4 | Review comments on KEIP KERP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.5 | Participate in call with the UCC to discuss the KEIP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors to discuss the KEIP/KERP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.6 | Review Debtors' proposed changes to the KEIP/KERP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.3 | Participate in call with counsel re: 2022 KEIP. |
| 9 | 5/12/2022 | Kurtz, Emma | 0.6 | Review KEIP KERP diligence responses from Alix. |
| 9 | 5/13/2022 | Bromberg, Brian | 0.4 | Review KEIP KERP mark up from the Debtors. |
| 9 | 5/15/2022 | Bromberg, Brian | 0.9 | Review further changes to the proposed KEIP. |
| 9 | 5/15/2022 | Bromberg, Brian | 0.3 | Draft update for committee on KEIP. |
| 9 | 5/15/2022 | Diaz, Matthew | 0.9 | Review of updated KEIP order and related statement. |
| 9 | 5/16/2022 | Bromberg, Brian | 0.4 | Review revised changes to KEIP. |
| 9 | 5/16/2022 | Bromberg, Brian | 0.6 | Review filed KEIP statement. |
| 9 | 5/17/2022 | Bromberg, Brian | 0.9 | Finalize and send memo on KEIP to Committee. |
| 9 | 5/17/2022 | Diaz, Matthew | 0.4 | Review KEIP negotiation summary to share with the Committee. |
| **9 Total** | | | **33.0** | |
| 11 | 5/18/2022 | Bromberg, Brian | 0.9 | Attend hearing re: 202 KEIP KERP. |
| 11 | 5/18/2022 | Kurtz, Emma | 0.9 | Listen to KEIP/KERP hearing. |
| **11 Total** | | | **1.8** | |
| 16 | 5/2/2022 | Simms, Steven | 0.4 | Review case update from team re: appeal status. |
| 16 | 5/4/2022 | Kurtz, Emma | 0.6 | Prepare updates to MDT board book per team comments. |
| 16 | 5/10/2022 | Bromberg, Brian | 2.4 | Review latest draft of the MDT deck. |
| 16 | 5/10/2022 | Bromberg, Brian | 0.9 | Review SOAF agreement. |
| 16 | 5/10/2022 | Bromberg, Brian | 1.9 | Review markup of MDT agreement. |
| 16 | 5/10/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors to discuss open financial and company issues. |
| 16 | 5/10/2022 | Kurtz, Emma | 0.5 | Attend bi-weekly professionals call to discuss case updates and emergence preparations. |
| 16 | 5/11/2022 | Kurtz, Emma | 1.3 | Draft initial changes to MDT book to reflect latest information. |
| 16 | 5/11/2022 | Simms, Steven | 0.6 | Review update from team re: open financial and company issues. |
| 16 | 5/12/2022 | Bromberg, Brian | 2.2 | Review MDT presentation to evaluate necessary updates. |
| 16 | 5/12/2022 | Bromberg, Brian | 1.9 | Review SOAF and MDT mark ups. |
| 16 | 5/12/2022 | Kurtz, Emma | 2.3 | Review draft MDT book to prepare updates to reflect additional Sackler settlement. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 5/12/2022 | Kurtz, Emma | 2.1 | Prepare revisions to analysis of Sackler settlement agreement in MDT board book to reflect additional settlement. |
| 16 | 5/17/2022 | Bromberg, Brian | 1.2 | Review additional SOAF and MDT mark ups. |
| 16 | 5/17/2022 | Bromberg, Brian | 0.8 | Review MDT presentation to evaluate updates. |
| 16 | 5/17/2022 | Kurtz, Emma | 2.2 | Prepare updates to MDT board book to reflect additional Sackler settlement. |
| 16 | 5/17/2022 | Kurtz, Emma | 1.8 | Continue to prepare updates to MDT board book to reflect additional Sackler settlement. |
| 16 | 5/17/2022 | Simms, Steven | 0.8 | Review update from team re: case issues, including appeal. |
| 16 | 5/18/2022 | Kurtz, Emma | 2.7 | Prepare updates to IAC overview slides for MDT board book. |
| 16 | 5/18/2022 | Simms, Steven | 0.4 | Review summary of KEIP/KERP hearing. |
| 16 | 5/19/2022 | Bromberg, Brian | 0.4 | Review summary for counsel re: Debtors' financial results. |
| 16 | 5/19/2022 | Kurtz, Emma | 1.2 | Begin to prepare updates to payment mechanics section of MDT board book to reflect additional Sackler settlement. |
| 16 | 5/20/2022 | Bromberg, Brian | 0.3 | Follow up on potential counter-party list. |
| 16 | 5/23/2022 | Simms, Steven | 0.3 | Review updates from team re: business operations and appeal. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.3 | Review materials to prepare for call with Debtors' advisors. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.6 | Participate in call with Debtors' advisors on business updates. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.6 | Summarize issues for team re: business updates. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.6 | Review updates to MDT briefing book. |
| 16 | 5/24/2022 | Kurtz, Emma | 1.6 | Prepare revisions to draft MDT book to share questions with team. |
| 16 | 5/25/2022 | Bromberg, Brian | 2.9 | Review updated MDT briefing book to provide comments to team. |
| 16 | 5/25/2022 | Bromberg, Brian | 0.7 | Review mark up of MDT agreement exhibits. |
| 16 | 5/26/2022 | Bromberg, Brian | 1.2 | Review MDT briefing book to ensure compliance with MDT agreement. |
| 16 | 5/26/2022 | Bromberg, Brian | 0.6 | Review MDT agreement to evaluate further updates to MDT board book. |
| 16 | 5/31/2022 | Bromberg, Brian | 0.9 | Review potential issues with MDT board book. |
| 16 | 5/31/2022 | Bromberg, Brian | 0.7 | Review cash accounts and collateral order. |
| 16 | 5/31/2022 | Bromberg, Brian | 0.6 | Review updates to plan documents. |
| **16 Total** | | | **41.0** | |
| 21 | 5/4/2022 | Bromberg, Brian | 0.6 | Participate in weekly AHC call to discuss updates on the KEIP/KERP proposal. |
| 21 | 5/4/2022 | Diaz, Matthew | 0.5 | Participate in weekly AHC call to discuss the appeal and other topics. |
| 21 | 5/4/2022 | Joffe, Steven | 0.5 | Attend weekly AHC call to discuss updates, including the appeal. |
| 21 | 5/4/2022 | Simms, Steven | 0.4 | Attend weekly AHC call to discuss case updates related to the appeal. |
| 21 | 5/11/2022 | Bromberg, Brian | 0.5 | Participate in weekly AHC call to provide update on the 2022 incentive plans. |
| 21 | 5/11/2022 | Diaz, Matthew | 0.5 | Attend weekly AHC meeting to discuss the appeal and the KEIP/KERP. |
| **21 Total** | | | **3.0** | |
| 24 | 5/3/2022 | Diaz, Matthew | 0.9 | Review draft March fee application. |
| 24 | 5/4/2022 | Kurtz, Emma | 0.3 | Prepare revisions to March fee application. |
| 24 | 5/6/2022 | Diaz, Matthew | 0.8 | Review Purdue April fee application. |
| 24 | 5/6/2022 | Hellmund-Mora, Marili | 0.4 | Update and finalize the March fee application. |
| 24 | 5/6/2022 | Kurtz, Emma | 3.4 | Prepare draft April fee application per local rules. |
| 24 | 5/9/2022 | Kurtz, Emma | 0.6 | Finalize draft April fee application to send to Counsel. |
| 24 | 5/9/2022 | Kurtz, Emma | 2.3 | Begin to prepare 8th interim fee application per local rules. |
| 24 | 5/10/2022 | Kurtz, Emma | 1.4 | Continue to prepare draft 8th interim fee application. |
| 24 | 5/11/2022 | Diaz, Matthew | 0.8 | Review draft 8th interim fee application. |
| 24 | 5/11/2022 | Kurtz, Emma | 0.4 | Prepare revisions to draft 8th interim fee application. |
| 24 | 5/16/2022 | Kurtz, Emma | 0.6 | Finalize March, April, and 8th interim fee application to file. |
| 24 | 5/17/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize the March fee application. |
| 24 | 5/17/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize the April fee application. |
| **24 Total** | | | **13.1** | |
| **Grand Total** | | | **114.9** | |