Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:   (212) 661-9100
Facsimile:   (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re                                            :   Chapter 11
                                                 :
PURDUE PHARMA L.P., *et al.*,                    :   Case No. 19-23649 (RDD)
                                                 :
         Debtors[1].                             :   (Jointly Administered)
---------------------------------------------------------- x

**THIRTY SECOND MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF <u>MAY 1, 2022 THROUGH AND INCLUDING MAY 31, 2022</u>**

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

7030152.1

| | |
|---|---|
| Period for Which Compensation is Sought: | May 1, 2022 – May 31, 2022 |
| Total Amount of Fees Incurred: | $18,054.50 |
| Total Fees Requested (80%): | $14,443.60 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $14,443.60 |
| This is Applicant's: | Thirty Second Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty Second Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2022 through and including May 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.   Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $18,054.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $14,443.60.

2

7030152.1

2.  Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,124.70[2]. The Blended hourly rate of all paraprofessionals is $345.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.  Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

### Notice

4.  Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $14,443.60, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $18,054.50).

---

[2]  The blended hourly billing rate of $1,124.70 is derived by dividing the total fees for attorneys of $14,846.00 by the total hours of 13.2.

[3]  The Blended hourly billing rate of $345.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $3,208.50 by the total hours of 9.3.

7030152.1

Dated: July 12, 2022
    New York, New York

                              OTTERBOURG P.C.

By:   */s/ Melanie L. Cyganowski*
      Melanie L. Cyganowski, Esq.
      Jennifer S. Feeney, Esq.
      230 Park Avenue
      New York, New York 10169
      Telephone:   (212) 661-9100
      Facsimile:    (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

7030152.1

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 4.2 | $5,147.50 |
| PU06 | Employment and Fee Applications | 15.3 | $9,027.00 |
| PU09 | Meetings and Communications w/ AHC | 2.1 | $2,557.00 |
| PU11 | Plan & Disclosure Statement | .9 | $1,323.00 |
|  | **TOTALS:** | **22.5** | **$18,054.50** |

7030152.1

# EXHIBIT B

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1470.00 | 4.6 | $6,762.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $940.00 | 8.6 | $8,084.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $345.00 | 9.3 | $3,208.50 |
|  | **TOTAL** |  | **22.5** | **$18,054.50** |

7030152.1

# EXHIBIT C

## Time Detail

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

June 28, 2022
Client/Matter No.: 20186/0002  BILL NO. 224206
Matter Name: CHAPTER 11
Billing Partner: RL STEHL

For Services Rendered Through May 31, 2022:

Phase: PU04                                                              CASE ADMINISTRATION

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/03/22<br>JKH | Diary & Docket<br>Review docket and calendar upcoming hearings | .30 | 103.50 |
| 05/11/22<br>JSF | Examine Documents<br>Review of Analysis of KEIP Proposal and NCSG Objection Thereto | .50 | 470.00 |
| 05/13/22<br>MLC | Review Documents<br>Review of memo re: outstanding issues | .60 | 882.00 |
| 05/17/22<br>MLC | Prep. Selling S.H. Doc.(inc. Rule 144)<br>Review of memo re: KEIP and KERP | .40 | 588.00 |
| 05/18/22<br>JSF | Telephone Call(s)<br>Attend Telephonically Omnibus Hearing re: KEIP/KERP and Claims Motions | .80 | 752.00 |
| 05/18/22<br>MLC | Attendance at Court<br>Attended court hearing | .40 | 588.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                                      June 28, 2022
Page 2                                                                          BILL NO. 224206

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/20/22 MLC | Review Documents<br>Review of memo re KEIP and KERP decision | .40 | 588.00 |
| 05/20/22 MLC | Review Documents<br>Review of report by Monitor | .80 | 1,176.00 |
| **TOTAL PHASE PU04** | | **4.20** | **$5,147.50** |

Phase: PU06                                              EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/06/22 JKH | Prepare Papers<br>Prepare fee application | 3.80 | 1,311.00 |
| 05/09/22 JKH | Prepare Papers<br>Prepare fee application | 2.60 | 897.00 |
| 05/10/22 JSF | Examine Documents<br>Review of Monthly Fee Statement for April 2022 | 1.20 | 1,128.00 |
| 05/11/22 JSF | Prepare Legal Papers<br>Prepare Eighth Interim Fee Application | 2.20 | 2,068.00 |
| 05/12/22 JSF | Prepare Legal Papers<br>Prepare Interim Fee Application | 1.70 | 1,598.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter: 20186/0002                                                           June 28, 2022
Page 3                                                                              BILL NO. 224206

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/12/22<br>JKH | Prepare Papers<br>Edit narrative and exhibits and prepare final draft for circulation | 1.60 | 552.00 |
| 05/13/22<br>JKH | Prepare Papers<br>Finalize monthly statements for filing | .30 | 103.50 |
| 05/16/22<br>JSF | Examine Documents<br>Review of Interim Fee Application for Filing | 1.20 | 1,128.00 |
| 05/16/22<br>JKH | Prepare Papers<br>Finalize fee application and exhibits for filing | .70 | 241.50 |

TOTAL PHASE PU06                                                       15.30           $9,027.00

Phase: PU09                                       MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/03/22<br>MLC | Conference call(s)<br>Conference call with AHC counsel and state leadership | .40 | 588.00 |
| 05/04/22<br>JSF | Telephone Call(s)<br>Attend Status Meeting with AHC via Zoom | .50 | 470.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                                June 28, 2022
Page 4                                                                                     BILL NO. 224206

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/11/22<br>JSF | Telephone Call(s)<br>Attend Weekly Zoom Conference with AHC re: Updates | .50 | 470.00 |
| 05/17/22<br>MLC | Conference call(s)<br>Conference call with State leadership and AHC co-counsel | .40 | 588.00 |
| 05/31/22<br>MLC | Correspondence<br>Conference call with State leadership and AHC co-counsel re status of pending matters | .30 | 441.00 |

TOTAL PHASE PU09                                                                  2.10          $2,557.00

Phase: PU11                                                          PLAN & DISCLOSURE STATEMENT

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/05/22<br>MLC | Correspondence<br>Correspondence with state leadership re: certain appellate issues | .60 | 882.00 |
| 05/24/22<br>MLC | Correspondence<br>Correspondence re: status of certain pending appellate issues | .30 | 441.00 |

TOTAL PHASE PU11                                                                    .90          $1,323.00

                                                       TOTAL FOR SERVICES        $18,054.50

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002                                         June 28, 2022
Page 5                                                            BILL NO. 224206

                                    TOTAL THIS STATEMENT         $18,054.50