UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re:                                                  : Chapter 11
                                                        :
PURDUE PHARMA L.P., *et al.*,                           : Bankruptcy Case No. 19-23649 (SHL)
                                                        :
            Debtors.[1]                                 : (Jointly Administered)
---------------------------------------------------------X

**MOTION TO WITHDRAW AS *PRO HAC VICE* ATTORNEY**

Under Local Bankruptcy Rule 2090-1(e), the undersigned counsel, Jenna A. Hudson, respectfully asks this Court for leave to withdraw her appearance as a *pro hac vice* attorney for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Ms. Hudson is leaving Gilbert LLP, will no longer be involved in this action, and will not be performing any acts in connection with this action. Such a withdrawal will not cause any disruption in this matter because the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants will continue to be represented by Gilbert LLP attorneys who remain admitted in this action.

WHEREFORE, it is respectfully requested that the Court authorize the withdrawal of Counsel and instruct the Clerk of the Court to remove Counsel from any applicable service list in the above-captioned case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

|  |  |
|---|---|
| Dated: July 15, 2022 | **GILBERT LLP** |
|  | */s/ Jenna A. Hudson* |
|  | Jenna A. Hudson (*pro hac vice*) |
|  | 700 Pennsylvania Avenue, SE, Suite 400 |
|  | Washington, DC 20003 |
|  | (202) 772-2200 |
|  | hudsonj@gilbertlegal.com |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's Case Management/Electronic Case Filing System (CM/ECF). Parties may access this filing through the Court's system.

*/s/ Jenna A. Hudson*
Jenna A. Hudson (*pro hac vice*)