**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Bankruptcy Case No. 19-23649 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------X

**ORDER GRANTING JENNA A. HUDSON'S MOTION TO WITHDRAW AS**
***PRO HAC VICE* ATTORNEY FOR THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**

Upon Motion to Withdraw as a *pro hac vice* attorney for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, consistent with Local Bankruptcy Rule 2090-1(e), filed by Jenna A. Hudson of Gilbert LLP, and for good cause shown therein, it is hereby

ORDERED that Jenna A. Hudson is withdrawn as *pro hac vice* attorney of record on behalf of the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants; and it is further

ORDERED that Jenna A. Hudson shall no longer receive electronic notices from the Court's CM/ECF system in these cases or this adversary proceeding.

Dated: _____, 2022
White Plains, New York

_____
Hon. Sean H. Lane
United States Bankruptcy Judge