# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

        Purdue Pharma L.P., *et al.*,

                            Debtors.

Case No.:  19-23649

(SHL) (Chapter 11)

(Jointly Administered)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
### PURSUANT TO LOCAL BANKRPUTCY RULE 2090-1(e)

Notice is hereby given that the New York State Department of Financial Services

("DFS") substitutes Linda Donahue, Deputy General Counsel for Litigation at DFS, as its

counsel of record in place of Nicolas G. Keller, Assistant Deputy Superintendent at DFS.

Contact information for new counsel, who is admitted to practice before this court, is as

follows:

| | |
|---|---|
| Name: | Linda Donahue |
| Employer: | New York State Department of Financial Services |
| Address: | 1 State Street, New York, NY 10004 |
| Telephone: | 212-709-1641 |
| E-mail: | linda.donahue@dfs.ny.gov |

DFS consents to the above substitution.

Dated: July 14, 2022
     New York, New York

NEW YORK STATE
DEPARTMENT OF FINANCIAL SERVICES

By: _____

Kevin R. Puvalowski
Acting Executive Deputy Superintendent
Consumer Protection and Financial Enforcement
One State Street
New York, NY 10004
(212) 709-7156
kevin.puvalowski@dfs.ny.gov

I (the outgoing attorney) consent to being substituted.

Dated: July  14 , 2022                         /s/ Nicolas G. Keller
      New York, New York               Nicolas G. Keller
                                     Assistant Deputy Superintendent
                                     Consumer Protection and Financial Enforcement
                                     New York State Department of Financial Services
                                     One State Street
                                     New York, NY 10004
                                     (212) 480-4668
                                     nicolas.keller@dfs.ny.gov

I (the incoming attorney) consent to the above substitution.

Dated: July  14 , 2022
      New York, New York               Linda Donahue
                                     Deputy General Counsel for Litigation
                                     Office of General Counsel
                                     New York State Department of Financial Services
                                     One State Street
                                     New York, NY 10004
                                     (212) 709-1641
                                     linda.donahue@dfs.ny.gov

The substitution of attorney is hereby approved and SO ORDERED.

Date:
                                     Honorable Sean H. Lane
                                     U.S. Bankruptcy Court Judge