Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-SECOND MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING APRIL 1, 2022, THROUGH APRIL 30, 2022**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | April 1, 2022, through April 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $273,560.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $8,936.95 |
| **Total compensation requested in this statement:** | $218,848.40 (80% of $273,560.50) |
| **Total expenses requested in this statement:** | $8,936.95 |
| **Total compensation and expenses requested in this statement:** | $227,785.35 |

**This is a:**     _X_ monthly                 ___ interim              ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Thirty-Second Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing April 1, 2022, through April 30, 2022 (the "**Fee Period**").

## Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 383.3 hours of professional services during the Fee Period, resulting in fees totaling $273,560.50. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $218,848.40.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $769.41. The blended hourly rate of all paraprofessionals is $405.00. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $8,936.95 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**<u>Notice</u>**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 19, 2022

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State
Governmental Entities Group*

# EXHIBIT A

## <u>SUMMARY OF SERVICES BY CATEGORY</u>

**APRIL 1, 2022, THROUGH APRIL 30, 2022**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 1.3 | $526.50 |
| .07 | Fee Applications-Self | 9.6 | $5,961.00 |
| .11 | Plan & Disclosure Statement | 333.3 | $250,147.50 |
| .15 | MSGE Group Meetings/Conferences | 8.5 | $4,892.50 |
| .16 | Travel | 15.0 | $5,715.00 |
| .17 | Docket Review & File Maintenance | 15.6 | $6,318.00 |
| **TOTAL** | | **383.3** | **$273,560.50** |

# EXHIBIT B

## <u>SUMMARY OF HOURS AND FEES BY PROFESSIONAL</u>

### APRIL 1, 2022, THROUGH APRIL 30, 2022

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,175.00 | 48.3 | $56,752.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $915.00 | 2.0 | $1,830.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $975.00 | 103.7 | $101,107.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $487.50 | 7.9 | $3,851.25 |
| Kevin M. Davis | Member / 2010 / Bankruptcy | $685.00 | 19.0 | $13,015.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $525.00 | 130.7 | $68,617.50 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $262.50 | 7.1 | $1,863.75 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $465.00 | 6.0 | $2,790.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $405.00 | 6.0 | $2,430.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $405.00 | 52.6 | $21,303.00 |
| **TOTAL** | | | **383.3** | **$273,560.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

**APRIL 1, 2022, THROUGH APRIL 30, 2022**

| Category | Amount |
|---|---|
| Air & Train | $517.00 |
| Court Reporter Transcript Services | $260.40 |
| Database Research | $5,930.63 |
| Outside Deliveries | $161.00 |
| Outside Duplication | $1,680.81 |
| Travel Expenses - Hotel Charges | $278.66 |
| Travel Expenses - Meals | $108.45 |
| **TOTAL** | **$8,936.95** |

# EXHIBIT D



**A T T O R N E Y S**

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:        341387
Page:                    1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through April 30, 2022

| | |
|---|---|
| Total Services | $273,560.50 |
| Total Disbursements | $8,936.95 |
| Total Current Charges | $282,497.45 |

---

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000                    Federal Tax I.D. No.: 52-1226629                    Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

May 20, 2022
Invoice #:      341387
Page:           1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  April 30, 2022

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 4/12/2022 | JAG | Review docket and update calendar. | 0.3 | $405.00 | $121.50 |
| 4/18/2022 | JAG | Review docket and update calendar. | 0.2 | $405.00 | $81.00 |
| 4/19/2022 | JAG | Confer w/ Second Circuit Clerk re hearing logistics. | 0.3 | $405.00 | $121.50 |
| 4/21/2022 | JAG | Review docket and update calendar. | 0.2 | $405.00 | $81.00 |
| 4/27/2022 | JAG | Review docket and update calendar. | 0.3 | $405.00 | $121.50 |
| | | **Total** | **1.30** | | **$526.50** |
| **.07** | **Fee Applications-Self** | | | | |
| 4/2/2022 | KCM | Review/edit January fee application (.6); review/edit February fee application (.8). | 1.4 | $1,175.00 | $1,645.00 |
| 4/4/2022 | TEP | Communications w/ CG and JAG re monthly fee application. | 0.1 | $915.00 | $91.50 |
| 4/12/2022 | TEP | Confer w/ CG re fee issues. | 0.1 | $915.00 | $91.50 |
| 4/12/2022 | CG | Communications w/ C. MacDonald re invoicing issues (.2); communications w/ Accounting re same (.1); update fee materials re same (.7); confer w/ TEP re same (.1). | 1.1 | $405.00 | $445.50 |
| 4/18/2022 | KCM | Confer w/ TEP re monthly fee application. | 0.1 | $1,175.00 | $117.50 |
| 4/18/2022 | TEP | Confer w/ CG re monthly fee application (.2); confer w/ JAG re same (multiple) (.3); confer w/ KCM re same (.1). | 0.6 | $915.00 | $549.00 |
| 4/18/2022 | JAG | Conferences w/ TEP re monthly fee application. | 0.3 | $405.00 | $121.50 |
| 4/19/2022 | TEP | Confer w/ CG re monthly fee application. | 0.1 | $915.00 | $91.50 |
| 4/19/2022 | CG | Confer w/ TEP re monthly fee application. | 0.1 | $405.00 | $40.50 |

May 20, 2022
Invoice #:        341387

Page:        2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.07** | **Fee Applications-Self** | | | | |
| 4/20/2022 | CG | Review and revise March fee application. | 4.8 | $405.00 | $1,944.00 |
| 4/21/2022 | TEP | Review and edit monthly fee application (.6); communications w/ KCM and CG re same (.3). | 0.9 | $915.00 | $823.50 |
| | | **Total** | **9.60** | | **$5,961.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/1/2022 | JAL | Review and analyze materials for oral argument. | 5.8 | $975.00 | $5,655.00 |
| 4/1/2022 | GMO | Review and analyze Canadian municipalities appellate brief and cited cases. | 1.8 | $465.00 | $837.00 |
| 4/1/2022 | LHS1 | Research re oral argument issues (4.3); draft memo re same (3.1). | 7.4 | $525.00 | $3,885.00 |
| 4/1/2022 | JAG | Prepare materials re second circuit oral argument. | 6.7 | $405.00 | $2,713.50 |
| 4/2/2022 | JAG | Prepare materials re second circuit oral argument. | 8.2 | $405.00 | $3,321.00 |
| 4/3/2022 | JAG | Prepare materials re second circuit oral argument (7.4); communications w/ LHS re same (.2). | 7.6 | $405.00 | $3,078.00 |
| 4/4/2022 | JAL | Teleconference w/ M. Huebner re Second Circuit oral argument. | 0.3 | $975.00 | $292.50 |
| 4/4/2022 | JAL | Review and analyze materials re oral argument preparation. | 2.9 | $975.00 | $2,827.50 |
| 4/4/2022 | LHS1 | Fact research re third party releases (4.3); draft additional questions re same (4.1). | 8.4 | $525.00 | $4,410.00 |
| 4/5/2022 | JAL | Teleconference w/ M. Huebner, M. Tobak, A. Preis, M. Hurley, J. Chen, K. Eckstein, R. Englert, C. Shore, and LHS re oral argument preparation and next steps (1.0); teleconference w/ LHS re same (.3); communications w/ M. Tobak and M. Huebner re same (.1); review and analyze materials re oral argument (5.6); teleconference w/ KCM re same (.3). | 7.3 | $975.00 | $7,117.50 |
| 4/5/2022 | KCM | Review/analyze materials re oral argument issues. | 1.4 | $1,175.00 | $1,645.00 |
| 4/5/2022 | KCM | Teleconference and communicate w/ JAL re oral argument. | 0.3 | $1,175.00 | $352.50 |
| 4/5/2022 | KCM | Teleconference and communicate w/ LHS re oral argument. | 0.3 | $1,175.00 | $352.50 |
| 4/5/2022 | LHS1 | Research re oral argument issues (3.8); confer w/ JAL re same (.3); draft memo re same (4.8); confer w/ KCM re same (.3); teleconference w/ M. Huebner, M. Tobak, A. Preis, M. Hurley, J. Chen, K. Eckstein, R. Englert, C. Shore, and JAL re oral argument preparation and next steps (1.0). | 10.2 | $525.00 | $5,355.00 |
| 4/6/2022 | JAL | Review and analyze materials re oral argument issues. | 6.4 | $975.00 | $6,240.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/6/2022 | GMO | Research re plan issues (1.2); draft memo re same (1.1). | 2.3 | $465.00 | $1,069.50 |
| 4/6/2022 | LHS1 | Draft memo re oral argument and Second Circuit precedent case law. | 7.9 | $525.00 | $4,147.50 |
| 4/7/2022 | JAL | Teleconference w/ LHS re next steps in preparing for Second Circuit oral argument. | 0.1 | $975.00 | $97.50 |
| 4/7/2022 | LHS1 | Research re oral argument (6.2); draft memo re same (1.8); confer w/ JAL re same (.1). | 8.1 | $525.00 | $4,252.50 |
| 4/8/2022 | JAL | Review and analyze materials for oral argument. | 0.8 | $975.00 | $780.00 |
| 4/8/2022 | LHS1 | Draft oral argument outline. | 9.1 | $525.00 | $4,777.50 |
| 4/9/2022 | LHS1 | Draft oral argument outline. | 3.6 | $525.00 | $1,890.00 |
| 4/10/2022 | JAL | Review and comment on oral argument outline and email to LHS re same. | 0.4 | $975.00 | $390.00 |
| 4/10/2022 | LHS1 | Research re Canadian Appellant claims (1.6); draft oral argument outline (3.5). | 5.1 | $525.00 | $2,677.50 |
| 4/11/2022 | LHS1 | Draft oral argument outline. | 2.4 | $525.00 | $1,260.00 |
| 4/13/2022 | JAL | Review of draft motion to extend duration of PI and email to KCM and LHS re same. | 0.3 | $975.00 | $292.50 |
| 4/14/2022 | JAL | Review memo re oral argument preparation. | 0.2 | $975.00 | $195.00 |
| 4/14/2022 | KCM | Review/analyze materials re appeal issues and plan/prepare next steps. | 2.6 | $1,175.00 | $3,055.00 |
| 4/14/2022 | LHS1 | Draft oral argument outline. | 3.4 | $525.00 | $1,785.00 |
| 4/15/2022 | JAL | Teleconference w/ M. Huebner re allocation of oral argument topics (.1); communications w/ KCM re same (.1). | 0.2 | $975.00 | $195.00 |
| 4/15/2022 | KCM | Review/analyze materials re appeal issues and plan/prepare next steps. | 1.9 | $1,175.00 | $2,232.50 |
| 4/17/2022 | JAL | Review draft motion re oral argument (.2); communications w/ KCM and LHS re same (.1). | 0.3 | $975.00 | $292.50 |
| 4/18/2022 | KCM | Review/analyze materials re appeal and plan issues and plan/prepare next steps. | 2.8 | $1,175.00 | $3,290.00 |
| 4/19/2022 | JAL | Communications w/ LHS re oral argument preparation (.2); review and analyze materials for oral argument (4.3). | 4.5 | $975.00 | $4,387.50 |
| 4/19/2022 | TEP | Confer w/ LHS and GMO re appeal and case status. | 0.1 | $915.00 | $91.50 |
| 4/19/2022 | GMO | Confer w/ TEP and LHS re appeal status. | 0.1 | $465.00 | $46.50 |
| 4/19/2022 | LHS1 | Review and analyze materials for oral argument. | 1.6 | $525.00 | $840.00 |
| 4/19/2022 | LHS1 | Confer w/ TEP and GMO re appeal and case status. | 0.1 | $525.00 | $52.50 |
| 4/20/2022 | JAL | Review and analyze materials for oral argument (7.7); teleconference w/ LHS re same (1.4). | 9.1 | $975.00 | $8,872.50 |
| 4/20/2022 | KCM | Teleconference w/ KMD re trust issues. | 0.8 | $1,175.00 | $940.00 |

May 20, 2022
Invoice #:      341387

Page:      4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/20/2022 | KCM | Review/analyze materials re trust issues and next steps. | 2.4 | $1,175.00 | $2,820.00 |
| 4/20/2022 | KCM | Review/analyze materials re appeal issues. | 0.7 | $1,175.00 | $822.50 |
| 4/20/2022 | KMD | Review draft revised NOAT materials from AHC (.9); discuss same w/ KCM (.8); research re same (1.4). | 3.1 | $685.00 | $2,123.50 |
| 4/20/2022 | LHS1 | Confer w/ JAL re oral argument outline (1.4); research re same (4.1); draft and edit outline re same (1.1). | 6.6 | $525.00 | $3,465.00 |
| 4/20/2022 | JAG | Second Circuit hearing preparation. | 4.2 | $405.00 | $1,701.00 |
| 4/21/2022 | JAL | Review and analyze materials for oral argument. | 9.8 | $975.00 | $9,555.00 |
| 4/21/2022 | KCM | Review/analyze materials re trust and post-confirmation issues and plan/prepare next steps. | 1.8 | $1,175.00 | $2,115.00 |
| 4/21/2022 | KCM | Meet w/ KMD re trust issues. | 0.9 | $1,175.00 | $1,057.50 |
| 4/21/2022 | KMD | Review draft revised NOAT materials from AHC and related materials (2.4); draft memo re same (1.8); discuss same w/ KCM (multiple) (.9); research re same (1.1). | 6.2 | $685.00 | $4,247.00 |
| 4/21/2022 | LHS1 | Review, edit and revise oral argument outline (6.2); review and analyze record re oral argument outline (3.8); review panel assignment and key cases (.9). | 10.9 | $525.00 | $5,722.50 |
| 4/22/2022 | JAL | Review and analyze materials re Second Circuit oral argument. | 2.9 | $975.00 | $2,827.50 |
| 4/22/2022 | KCM | Teleconferences w/ KMD re trust issues. | 0.3 | $1,175.00 | $352.50 |
| 4/22/2022 | KCM | Review/analyze materials re appeal issues and plan/prepare next steps. | 2.7 | $1,175.00 | $3,172.50 |
| 4/22/2022 | KMD | Review draft revised NOAT materials from AHC and related materials (1.5); draft memo re same (.7); discuss same w/ KCM (multiple) (.3); discuss status of same w/ M. Wasson (.1). | 2.6 | $685.00 | $1,781.00 |
| 4/22/2022 | LHS1 | Research re oral argument (4.9); draft memo re same (3.3). | 8.2 | $525.00 | $4,305.00 |
| 4/23/2022 | JAL | Review and analyze materials for oral argument. | 3.6 | $975.00 | $3,510.00 |
| 4/23/2022 | LHS1 | Research re oral argument issues (4.4); edit outline re same (1.2). | 5.6 | $525.00 | $2,940.00 |
| 4/23/2022 | JAG | Prepare materials for Second Circuit hearing. | 1.2 | $405.00 | $486.00 |
| 4/24/2022 | JAL | Review and analyze materials for oral argument (2.2); revise and edit prepared statement for oral argument (2.4). | 4.6 | $975.00 | $4,485.00 |
| 4/24/2022 | LHS1 | Fact research re oral argument preparation. | 2.3 | $525.00 | $1,207.50 |
| 4/25/2022 | JAL | Revise and edit prepared statement for Second Circuit oral argument (6.2); review and analyze materials for oral argument (2.1). | 8.3 | $975.00 | $8,092.50 |

May 20, 2022
Invoice #:        341387

Page:                5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/25/2022 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.1 | $1,175.00 | $117.50 |
| 4/25/2022 | KCM | Review/analyze materials re appeal and post-confirmation issues and plan/prepare next steps. | 3.6 | $1,175.00 | $4,230.00 |
| 4/25/2022 | KCM | Teleconference w/ D. Consla re KEIP/KERP issues. | 0.3 | $1,175.00 | $352.50 |
| 4/25/2022 | KCM | Teleconference w/ KMD re trust issues. | 0.1 | $1,175.00 | $117.50 |
| 4/25/2022 | KMD | Review materials re proposed revisions to NOAT TDP (1.3); discuss same w/ KCM (.1). | 1.4 | $685.00 | $959.00 |
| 4/25/2022 | LHS1 | Research re oral argument issues (.9); review and analyze modified bench ruling to prepare for oral argument (.9); review and analyze district court opinion to prepare for oral argument (1.1). | 2.9 | $525.00 | $1,522.50 |
| 4/26/2022 | JAL | Review and analyze materials for oral argument (4.6); review and edit memo re Second Circuit oral argument issues (4.8). | 9.4 | $975.00 | $9,165.00 |
| 4/26/2022 | KCM | Review/analyze materials re appeal issues and plan/prepare re oral argument. | 3.3 | $1,175.00 | $3,877.50 |
| 4/26/2022 | KMD | Review materials re proposed revisions to NOAT TDP. | 0.9 | $685.00 | $616.50 |
| 4/26/2022 | LHS1 | Review and analyze UST Second Circuit Briefs re oral argument preparation (1.3); draft memorandum re same (1.4); review and analyze materials re hearing in the bankruptcy court (1.2); review and analyze Debtors' Second Circuit briefs re oral argument preparation (1.2). | 5.1 | $525.00 | $2,677.50 |
| 4/26/2022 | JAG | Hearing preparation (Judge Drain). | 0.9 | $405.00 | $364.50 |
| 4/27/2022 | JAL | Prepare for hearing on motions related to PI extension, late-filed claims, and fee applications (.8); attend same (1.9). | 2.7 | $975.00 | $2,632.50 |
| 4/27/2022 | JAL | Review memo re issues on appeal (.4); review and analyze materials for oral argument (4.0); revise and edit prepared statement for Second Circuit oral argument (1.9); draft memo re issues on appeal (.4); draft and revise memo re oral argument issues (2.3); teleconferences w/ KCM re oral argument preparation and presentation (1.1). | 10.1 | $975.00 | $9,847.50 |
| 4/27/2022 | KCM | Review/edit oral argument outline and review/analyze related drafts, memos and materials. | 5.7 | $1,175.00 | $6,697.50 |
| 4/27/2022 | KCM | Teleconference w/ M. Tobak re oral argument and case issues. | 0.7 | $1,175.00 | $822.50 |
| 4/27/2022 | KCM | Teleconferences w/ JAL re oral argument issues. | 1.1 | $1,175.00 | $1,292.50 |
| 4/27/2022 | KCM | Teleconference w/ KMD re trust issues. | 0.1 | $1,175.00 | $117.50 |
| 4/27/2022 | KCM | Confer w/ LHS re hearing. | 0.1 | $1,175.00 | $117.50 |

May 20, 2022
Invoice #:        341387

Page:                6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/27/2022 | KMD | Attend hearing (1.9); review materials re proposed revisions to NOAT TDP (.8); discuss same w/ KCM (.1). | 2.8 | $685.00 | $1,918.00 |
| 4/27/2022 | LHS1 | Attend hearing in Bankruptcy Court (1.9); confer w/ KCM re same (.1); draft summary re same (.2); review updated oral argument outline (.1); confer w/ JAG re materials for hearing (.2); review authorities cited by parties in briefs for any updated authorities (1.9). | 4.4 | $525.00 | $2,310.00 |
| 4/27/2022 | JAG | Confer w/ LHS re materials for Second Circuit oral argument (.2); prepare materials re same (.9). | 1.9 | $405.00 | $769.50 |
| 4/28/2022 | JAL | Review and analyze materials for oral argument (6.2); teleconference w/ M. Tobak and LHS re oral argument preparation (.1); review and revise oral argument outline (1.4); teleconference w/ KCM regarding oral argument preparation (.3). | 8.0 | $975.00 | $7,800.00 |
| 4/28/2022 | KCM | Review/analyze outlines and related materials re oral argument. | 4.3 | $1,175.00 | $5,052.50 |
| 4/28/2022 | KCM | Teleconference w/ JAL re oral argument. | 0.3 | $1,175.00 | $352.50 |
| 4/28/2022 | KCM | Teleconference w/ LHS re oral argument. | 0.1 | $1,175.00 | $117.50 |
| 4/28/2022 | KCM | Teleconference w/ KMD re trust issues. | 0.2 | $1,175.00 | $235.00 |
| 4/28/2022 | KMD | Review materials re proposed revisions to NOAT TDP (.7); discuss same w/ KCM (.2). | 0.9 | $685.00 | $616.50 |
| 4/28/2022 | LHS1 | Review all citations of cases for any updates (4.9); draft email to JAL re updates (.4); review Debtors' draft oral argument outline (.7); review AHC draft oral argument outline (.2); review UCC draft oral argument outline (.2); confer w/ M. Toback re oral argument outline (.1); confer w/ KCM re same (.1); confer w/ M. Toback and JAL re same (.1); prepare materials for oral argument (.9); edit oral argument outline (.2); review record materials for oral argument (2.8). | 10.6 | $525.00 | $5,565.00 |
| 4/29/2022 | JAL | Prepare for hearing (.8); appearance and argument before Second Circuit panel (3.7); confer w/ LHS re oral argument and developments (.3); teleconference w/ KCM and LHS re oral argument and developments (.3); teleconference w/ LHS re UCC meeting and developments (.1). | 5.2 | $975.00 | $5,070.00 |
| 4/29/2022 | KCM | Teleconference w/ JAL and LHS re hearing. | 0.3 | $1,175.00 | $352.50 |
| 4/29/2022 | KCM | Teleconference w/ UCC and LHS re hearing. | 0.7 | $1,175.00 | $822.50 |
| 4/29/2022 | KCM | Teleconference w/ M. Tobak re hearing. | 0.2 | $1,175.00 | $235.00 |
| 4/29/2022 | KCM | Plan/prepare re ruling, post-confirmation issues and next steps and review/analyze related materials. | 5.3 | $1,175.00 | $6,227.50 |

May 20, 2022
Invoice #:    341387

Page:    7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/29/2022 | KCM | Teleconference w/ KMD re trust issues. | 0.1 | $1,175.00 | $117.50 |
| 4/29/2022 | KMD | Review materials re proposed revisions to NOAT TDP (.8); discuss same w/ KCM (.1). | 0.9 | $685.00 | $616.50 |
| 4/29/2022 | TEP | Review LHS memorandum re appeal oral argument. | 0.1 | $915.00 | $91.50 |
| 4/29/2022 | LHS1 | Attend Second Circuit oral argument (4.3); confer w/ JAL and KCM re oral argument (.3); confer w/ JAL re oral argument (.3); attend UCC meeting w/ A. Pries, KCM (.7); confer w/ JAL re same (.1); draft memo re oral argument (1.1). | 6.8 | $525.00 | $3,570.00 |
| | | **Total** | **333.30** | | **$250,147.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 4/5/2022 | KCM | Teleconference w/ JAG re constituent inquiry. | 0.1 | $1,175.00 | $117.50 |
| 4/5/2022 | JAG | Confer w/ KCM re constituent inquiry (.1); fact research re same (2.8); communications w/ KCM re same (.2). | 3.1 | $405.00 | $1,255.50 |
| 4/6/2022 | JAL | Attend MSGE Group meeting w/ KCM and KMD. | 0.2 | $975.00 | $195.00 |
| 4/6/2022 | KCM | Plan/prepare for MSGE Group call. | 0.4 | $1,175.00 | $470.00 |
| 4/6/2022 | KCM | Attend MSGE Group call w/ JAL and KMD. | 0.2 | $1,175.00 | $235.00 |
| 4/6/2022 | KMD | Attend MSGE Group call w/ KCM and JAL. | 0.2 | $685.00 | $137.00 |
| 4/11/2022 | JAL | Review and analyze LHS memo re constituent inquiry. | 0.3 | $975.00 | $292.50 |
| 4/11/2022 | JAG | Fact research re constituent inquiry (.6); communications w/ KCM re same (.1). | 0.7 | $405.00 | $283.50 |
| 4/13/2022 | JAG | Fact research re constituent inquiry (.8); communications w/ KCM re same (.1). | 0.9 | $405.00 | $364.50 |
| 4/20/2022 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status. | 0.4 | $1,175.00 | $470.00 |
| 4/20/2022 | KCM | Attend MSGE Group meeting. | 0.1 | $1,175.00 | $117.50 |
| 4/20/2022 | GMO | Draft memo re constituent inquiry. | 1.8 | $465.00 | $837.00 |
| 4/27/2022 | KCM | Teleconference w/ J. Simon re case status. | 0.1 | $1,175.00 | $117.50 |
| | | **Total** | **8.50** | | **$4,892.50** |
| **.16** | **Travel** | | | | |
| 4/28/2022 | JAL | Travel to NYC for Second Circuit oral argument. | 2.5 | $487.50 | $1,218.75 |
| 4/28/2022 | LHS1 | Travel to NY re Second Circuit Hearing. | 1.7 | $262.50 | $446.25 |
| 4/29/2022 | JAL | Travel to DC from Second Circuit argument. | 5.4 | $487.50 | $2,632.50 |
| 4/30/2022 | LHS1 | Return travel to DC re Second Circuit Hearing. | 5.4 | $262.50 | $1,417.50 |
| | | **Total** | **15.00** | | **$5,715.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 4/6/2022 | JAG | Review dockets and update pleadings files. | 1.6 | $405.00 | $648.00 |

May 20, 2022
Invoice #:        341387

Page:        8

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| .17 | **Docket Review & File Maintenance** | | | | |
| 4/10/2022 | JAG | Update files from financial advisor. | 1.6 | $405.00 | $648.00 |
| 4/11/2022 | JAG | Update files from financial advisor. | 4.1 | $405.00 | $1,660.50 |
| 4/14/2022 | JAG | Review dockets and update pleadings files. | 2.3 | $405.00 | $931.50 |
| 4/16/2022 | JAG | Update files from financial advisor. | 0.3 | $405.00 | $121.50 |
| 4/19/2022 | JAG | Review docket and update pleadings files. | 1.9 | $405.00 | $769.50 |
| 4/23/2022 | JAG | Review docket and update pleadings files re same. | 2.2 | $405.00 | $891.00 |
| 4/28/2022 | JAG | Review docket and update pleadings files. | 1.6 | $405.00 | $648.00 |
| | | **Total** | **15.60** | | **$6,318.00** |
| | | Total Professional Services | 383.3 | | $273,560.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| KMD | Kevin M. Davis | Member | 19.0 | $685.00 | $13,015.00 |
| JAL | Jeffrey A. Liesemer | Member | 103.7 | $975.00 | $101,107.50 |
| JAL | Jeffrey A. Liesemer | Member | 7.9 | $487.50 | $3,851.25 |
| KCM | Kevin C. Maclay | Member | 48.3 | $1,175.00 | $56,752.50 |
| TEP | Todd E. Phillips | Member | 2.0 | $915.00 | $1,830.00 |
| GMO | George M. O'Connor | Associate | 6.0 | $465.00 | $2,790.00 |
| LHS1 | Lucas H. Self | Associate | 130.7 | $525.00 | $68,617.50 |
| LHS1 | Lucas H. Self | Associate | 7.1 | $262.50 | $1,863.75 |
| JAG | Jessica A. Giglio | Paralegal | 52.6 | $405.00 | $21,303.00 |
| CG | Cecilia Guerrero | Paralegal | 6.0 | $405.00 | $2,430.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 04/01/2022 | Database Research - Lexis - LHS1 - 03/23/2022 [.11] | $195.45 |
| 04/01/2022 | Database Research - Westlaw - GMO - 03/06-03/08/2022 [.11] | $1,206.77 |
| 04/01/2022 | Database Research - Westlaw - JAL - 03/08-03/30/2022 [.11] | $380.67 |
| 04/01/2022 | Database Research - Westlaw - JPW - 03/17-03/24/2022 [.11] | $4,147.74 |
| 04/05/2022 | Outside Local Deliveries - 02//22/2022 JAL [.11] | $161.00 |
| 04/11/2022 | Outside Duplication Service - service of briefs 2nd Circuit and pro se parties [.11] | $233.08 |
| 04/11/2022 | Court Reporting/Transcript Service - 3/9/22 Hr'g Tr. [.11] | $260.40 |

May 20, 2022
Invoice #:        341387

Page:            9

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 04/11/2022 | Outside Duplication Service - service of briefs 2nd Circuit and pro se parties [.11] | $480.59 |
| 04/11/2022 | Outside Duplication Service - Hr'g prep [.11] | $159.01 |
| 04/11/2022 | Outside Duplication Service - Hr'g prep [.11] | $230.83 |
| 04/11/2022 | Outside Duplication Service - Hr'g prep [.11] | $550.70 |
| 04/28/2022 | NOVA OFFICE STRATEGIES, INC.- Outside Duplication Service- Outside duplication services - Second Circuit Hr'g Prep [.11] | $26.60 |
| 04/28/2022 | LUCAS H. SELF- Air & Train- Round trip train ticket to NY  [.16] | $517.00 |
| 04/28/2022 | LUCAS H. SELF- Trvl Exp - Hotel- Hotel lodging charges [.16] | $278.66 |
| 04/29/2022 | LUCAS H. SELF- Trvl Exp - Meals- Meal for JAL and LHS [.16] | $108.45 |

| | Total Disbursements | $8,936.95 |
|--|---------------------|-----------|
| | Total Services | $273,560.50 |
| | Total Disbursements | $8,936.95 |
| | Total Current Charges | $282,497.45 |

May 20, 2022
Invoice #:        341387

Page:             10

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .04 | 1.30 | $526.50 |
| .07 | 9.60 | $5,961.00 |
| .11 | 333.30 | $250,147.50 |
| .15 | 8.50 | $4,892.50 |
| .16 | 15.00 | $5,715.00 |
| .17 | 15.60 | $6,318.00 |
| | 383.30 | $273,560.50 |

### Disbursements

| Category | Amount |
|---|---:|
| .11 | $8,032.84 |
| .16 | $904.11 |
| | $8,936.95 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| JAG | Jessica A. Giglio | .04 | 1.30 | $405.00 | $526.50 |
| KCM | Kevin C. Maclay | .07 | 1.50 | $1,175.00 | $1,762.50 |
| TEP | Todd E. Phillips | .07 | 1.80 | $915.00 | $1,647.00 |
| JAG | Jessica A. Giglio | .07 | 0.30 | $405.00 | $121.50 |
| CG | Cecilia Guerrero | .07 | 6.00 | $405.00 | $2,430.00 |
| KMD | Kevin M. Davis | .11 | 18.80 | $685.00 | $12,878.00 |
| JAL | Jeffrey A. Liesemer | .11 | 103.20 | $975.00 | $100,620.00 |
| KCM | Kevin C. Maclay | .11 | 45.50 | $1,175.00 | $53,462.50 |
| TEP | Todd E. Phillips | .11 | 0.20 | $915.00 | $183.00 |
| GMO | George M. O'Connor | .11 | 4.20 | $465.00 | $1,953.00 |
| LHS1 | Lucas H. Self | .11 | 130.70 | $525.00 | $68,617.50 |
| JAG | Jessica A. Giglio | .11 | 30.70 | $405.00 | $12,433.50 |
| KMD | Kevin M. Davis | .15 | 0.20 | $685.00 | $137.00 |
| JAL | Jeffrey A. Liesemer | .15 | 0.50 | $975.00 | $487.50 |
| KCM | Kevin C. Maclay | .15 | 1.30 | $1,175.00 | $1,527.50 |
| GMO | George M. O'Connor | .15 | 1.80 | $465.00 | $837.00 |
| JAG | Jessica A. Giglio | .15 | 4.70 | $405.00 | $1,903.50 |
| JAL | Jeffrey A. Liesemer | .16 | 7.90 | $487.50 | $3,851.25 |
| LHS1 | Lucas H. Self | .16 | 7.10 | $262.50 | $1,863.75 |
| JAG | Jessica A. Giglio | .17 | 15.60 | $405.00 | $6,318.00 |

May 20, 2022
Invoice #:       341387

Page:            11

## BREAKDOWN BY PERSON

| Person | Category | Hours | Rate | Amount |
|--------|----------|-------|------|--------|
|        |          |       | 383.30 | $273,560.50 |