**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)**<br>**Objection Deadline: August 2, 2022 at 5:00 p.m. ET** |

### THIRTY-THIRD MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022

| | |
|---|---|
| Name of Applicant: | Dechert LLP |
| Authorized to Provide Professional Services to: | Purdue Debtors and Debtors in Possession |
| Effective Date of Retention: | November 21, 2019 Nunc Pro Tunc to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | May 1, 2022 through May 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | **$171,607.95**[2] |
| Eighty percent of actual, reasonable and necessary compensation: | **$137,286.36** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$342.11** |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    This amount reflects a reduction in fees in the amount of $19,067.55 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

1

This is a(n):    _X_ Monthly    _____ Interim    _____ Final application.

Is this the first monthly application?    ___ Yes    _X_ No

This application includes 56.3 hours with a discounted value of $34,300.80 incurred in connection with the preparation of Fee Applications for the Debtors.

### Compensation by Individual for Debtors for Litigation Services

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate (Including Changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Sheila L Birnbaum | Partner | 1965 | 1,575.00 | 26.50 | 41,737.50 |
| Hayden A. Coleman | Partner | 1985 | 1,105.00 | 21.80 | 24,089.00 |
| Paul A. LaFata | Partner | 2007 | 1,025.00 | 12.60 | 12,915.00 |
| Shmuel Vasser | Partner | 1988 | 1,315.00 | 12.50 | 16,437.50 |
| Christopher R. Boisvert | Counsel | 2009 | 1,025.00 | 0.50 | 512.50 |
| Danielle Gentin Stock | Counsel | 1999 | 1,025.00 | 50.40 | 51,660.00 |
| Noah Becker | Associate | 2019 | 770.00 | 9.20 | 7,084.00 |
| Daniel Goldberg-Gradess | Associate | 2018 | 870.00 | 30.00 | 26,100.00 |
| Antonella Capobianco-Ranallo | Paralegal | N/A | 300.00 | 0.70 | 210.00 |
| Matthew B. Stone | Paralegal | N/A | 300.00 | 33.10 | 9,930.00 |
| **Total** | | | | **197.30** | **$190,675.50** |
| **10% Volume Discount** | | | | | **($19,067.55)** |
| **Discounted Total** | | | | | **$171,607.95** |
| **Total Amount Requested Herein** | | | | | **$137,286.36** |

The blended hourly billing rate of professionals for all services provided during the Fee Period is $869.78.

---

[3]    As described in the Notice of Increased Litigation Fees, these billing rates reflect voluntary discounts of 4.5% to 12.3% for senior partners, 11.6% to 14.6% for partners, 6.8% for counsel, and 4.1% to 6.7% for associates.

**Compensation by Project Category for Debtors**

| Code | Project Category | Total Hours | Total Fees | Discounted Total |
|---|---|---|---|---|
| B110 | Case Administration | 0.20 | 60.00 | 54.00 |
| B160 | Fee/Employment Applications | 56.30 | 38,112.00 | 34,300.80 |
| B260 | Board of Directors Matters | 3.60 | 5,065.00 | 4,558.50 |
| L120 | Analysis/Strategy | 34.20 | 32,812.50 | 29,531.25 |
| L130 | Experts/Consultants | 1.30 | 1,436.50 | 1,292.85 |
| L160 | Settlement/Non-Binding ADR | 1.40 | 2,095.00 | 1,885.50 |
| L220 | Preliminary Injunctions/Provisional Remedies | 67.50 | 77,632.00 | 69,868.80 |
| L230 | Court Mandated Conferences | 2.10 | 2,782.50 | 2,504.25 |
| L310 | Written Discovery | 7.30 | 7,482.50 | 6,734.25 |
| L320 | Document Production | 4.40 | 4,710.00 | 4,239.00 |
| L330 | Depositions | 13.30 | 11,587.50 | 10,428.75 |
| L390 | Other Discovery | 2.20 | 2,322.50 | 2,090.25 |
| L440 | Other Trial Preparation and Support | 0.50 | 512.50 | 461.25 |
| L530 | Oral Argument | 3.00 | 4,065.00 | 3,658.50 |
| **Totals** | | **197.30** | **$190,675.50[4]** | **$171,607.95[5]** |

---

[4]   This amount reflects the discounted billing rates but not the discounts for aggregate fees.

[5]   This amount reflects the discounted billing rates and discounts for aggregate fees.

**Expense Summary for Debtors**

| Expenses Category | Total Expenses |
|---|---|
| Courier/Messenger Services | 15.99 |
| Document Storage/Retrieval | 120.00 |
| Lexis/Legal Research | 129.76 |
| Pacer Research Fees | 27.20 |
| Westlaw Search Fees | 49.16 |
| | |
| **Total** | **$342.11** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)**<br>**Objection Deadline: August 2, 2022**<br>**at 5:00 p.m. ET** |

### THIRTY-THIRD MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM <u>MAY 1, 2022 THROUGH MAY 31, 2022</u>

By this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Dechert LLP ("**Dechert**") hereby moves this Court for discounted reasonable compensation for professional legal services rendered as attorneys to the Debtors in the amount of **$137,286.36** together with reimbursement for actual and necessary expenses incurred in the amount of **$342.11**, for the period commencing May 1, 2022 through and including May 31, 2022 (the "**Fee Period**"). In support of the Application, Dechert respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.     Dechert was employed under a general retainer to represent the Debtors as

bankruptcy counsel in connection with these chapter 11 cases pursuant to an order entered by

this Court on November 21, 2019 [Docket No. 525] (the "**Retention Order**").  The Retention

Order authorized Dechert to be compensated on an hourly basis and to be reimbursed for actual

and necessary out-of-pocket expenses.

2.     All services for which compensation is requested by Dechert were

performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.     Attached hereto as **Exhibit A** is a detailed statement of fees incurred

during the Fee Period showing the amount of $171,607.95,[2] of which $137,286.36 is requested

for fees in this Application.  **Exhibit B** is a detailed statement of expenses paid during the Fee

Period showing the amount of $342.11 for reimbursement of expenses.

4.     The services rendered by Dechert during the Fee Period are grouped into

the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services

relating to each category are identified, along with the number of hours for each individual and

the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.     Dechert has incurred out-of-pocket disbursements during the Fee Period in

the amount of $342.11.  This disbursement sum is broken down into categories of charges,

including, among other things, document hosting and management, temporary employee

---

[2]   This amount reflects a reduction in fees in the amount of $19,067.55 on account of voluntary discounts for
aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services*
[Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase
in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

expenses, expert consulting charges, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Dechert to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, and transcription costs.

6.      A complete review of the expenses incurred for the Fee Period may be found in the attachments hereto as **Exhibit B**.  To the extent such itemization is insufficient to satisfy the requirements of Rule 2016-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), Dechert respectfully requests that the Court waive strict compliance with such rule.

7.      Costs incurred for computer assisted research are not included in Dechert's normal hourly billing rates and, therefore, are itemized and included in Dechert's disbursements.  Pursuant to Local Rule 2016-1, Dechert represents that its rate for duplication is $.10 per page, there is no charge for incoming or outgoing telecopier transmissions, and there is no surcharge for computerized research.

## **VALUATION OF SERVICES**

8.      Attorneys and paraprofessionals of Dechert have expended a total of 307.4 hours in connection with the Debtors' chapter 11 cases during the Fee Period.

9.      The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in detail in **Exhibit A**.  These are Dechert's discounted hourly rates for compensation in this case, as reflected in the Retention Application. The Discounted value of the services rendered by Dechert for the Fee Period as counsel for the

Debtors in these cases under chapter 11 is $171,607.95, of which $137,286.36 is requested for fees in this Application.

10.     Dechert believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-1.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.     This Application covers the period of May 1, 2022 through and including May 31, 2022 with respect to the Debtors.  Dechert has and will continue to perform additional necessary services for the Debtors subsequent to May 31, 2022, for which Dechert will file subsequent fee applications.

*[Remainder of page left intentionally blank]*

## CONCLUSION

WHEREFORE, Dechert respectfully requests that (a) allowance be made to it in the sum of $137,286.36 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $342.11 for reimbursement of actual necessary costs and expenses incurred during the Fee Period, (b) such other further relief as this Court may deem just and proper.

Dated: July 19, 2022

Respectfully submitted,

*/s/ Shmuel Vasser*
Shmuel Vasser
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## VERIFICATION OF SHMUEL VASSER

I, Shmuel Vasser, Esquire, hereby declare the following under penalty of perjury:

1.      I am a Partner in the applicant firm, Dechert LLP, and have been admitted to the bar of New York since 1991.

2.      I have personally performed some of the legal services rendered by Dechert LLP as counsel for the Debtors, and I am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*[Remainder of page left intentionally blank]*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

18132495

4.      I hereby certify under 28 U.S.C. § 1746 that the foregoing is true and

correct to the best of my knowledge, information, and belief.


Dated: July 19, 2022                    Respectfully submitted,

                                        _/s/ Shmuel Vasser_____
                                        Shmuel Vasser
                                        DECHERT LLP
                                        1095 Avenue of the Americas
                                        New York, New York 10036
                                        Telephone:  (212) 698-3500
                                        Facsimile:  (212) 698-3599
                                        shmuel.vasser@dechert.com

                                        *Attorneys for Debtors and Debtors in Possession*

## **EXHIBIT A**

**Description of Legal Services**

18132495



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.
201 Tresser Blvd.
Stamford, CT 06901

July 18, 2022
Invoice Number 1010064631

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through May 31, 2022

### VALUES ON THIS INVOICE ARE BILLED IN USD

TOTAL FEES FOR THIS INVOICE ................................................................................................. 152,563.50

Less 10% Discount ................................................................................................................ (15,256.35)

NET TOTAL FEES FOR THIS INVOICE .......................................................................................... 137,307.15

TOTAL DISBURSEMENTS THIS INVOICE ........................................................................................ 342.11

**TOTAL AMOUNT DUE FOR THIS INVOICE ...................................................................USD 137,649.26**

| Payment by Wire or ACH |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772 \| ABA #: 021272655 \| Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.                                                                    Invoice 1010064631
Firm Matter Number: 399631.178405                                                                  Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B110 – Case Administration** | | | | | |
| 05/16/22 | Matthew Stone | 0.10 | B110 | A105 | 30.00 |
| | Email with S. Birnbaum and H. Coleman regarding May 18 hearing agenda. | | | | |
| 05/20/22 | Matthew Stone | 0.10 | B110 | A103 | 30.00 |
| | Calendar omnibus hearing for attorneys. | | | | |
| **B110 SUBTOTAL HOURS AND FEES:** | | **0.20** | | | **60.00** |
| | | | | | |
| **B260 – Board of Directors Matters** | | | | | |
| 05/04/22 | Sheila Birnbaum | 1.50 | B260 | A109 | 2,362.50 |
| | Attend Board Meeting. | | | | |
| 05/19/22 | Sheila Birnbaum | 1.00 | B260 | A109 | 1,575.00 |
| | Attend Board Meeting with the Monitor. | | | | |
| 05/19/22 | Danielle Gentin Stock | 1.10 | B260 | A109 | 1,127.50 |
| | Attend Board meeting regarding compliance with the Voluntary Injunction. | | | | |
| **B260 SUBTOTAL HOURS AND FEES:** | | **3.60** | | | **5,065.00** |
| | | | | | |
| **L120 – Analysis/Strategy** | | | | | |
| 05/02/22 | Danielle Gentin Stock | 0.20 | L120 | A104 | 205.00 |
| | Review and analyze materials related to regulatory inquiry from client. | | | | |
| 05/03/22 | Sheila Birnbaum | 0.80 | L120 | A105 | 1,260.00 |
| | Telephone conference with Purdue team regarding strategy and litigation. | | | | |
| 05/03/22 | Hayden Coleman | 0.80 | L120 | A104 | 884.00 |
| | Review and revise memorandum regarding revisions to company core data sheet. | | | | |
| 05/03/22 | Danielle Gentin Stock | 1.20 | L120 | A106 | 1,230.00 |
| | Confer with client regarding indemnification requests from former Purdue employees (.3); participate on weekly client update call (.9). | | | | |
| 05/03/22 | Danielle Gentin Stock | 0.20 | L120 | A105 | 205.00 |
| | Confer internally regarding regulatory inquiry and litigation risk assessment. | | | | |
| 05/04/22 | Danielle Gentin Stock | 0.40 | L120 | A106 | 410.00 |
| | Confer with client and correspond internally regarding regulatory query and litigation risk assessment. | | | | |
| 05/05/22 | Danielle Gentin Stock | 0.10 | L120 | A105 | 102.50 |
| | Correspond internally regarding client request for information on new state court filing. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010064631

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| 05/06/22 | **Hayden Coleman** | **1.40** | **L120** | **A104** | **1,547.00** |
| | Review and analyze indemnification agreements in vendor contracts. | | | | |
| 05/06/22 | **Danielle Gentin Stock** | **0.20** | **L120** | **A105** | **205.00** |
| | Correspond internally and with client regarding state court filing requested by client. | | | | |
| 05/09/22 | **Antonella Capobianco-Ranallo** | **0.30** | **L120** | **A102** | **90.00** |
| | Identify and locate documents and related materials regarding certain Purdue current and former employees. | | | | |
| 05/10/22 | **Sheila Birnbaum** | **0.50** | **L120** | **A106** | **787.50** |
| | Telephone conference with Purdue lawyers regarding case status and litigation. | | | | |
| 05/10/22 | **Hayden Coleman** | **0.40** | **L120** | **A107** | **442.00** |
| | Emails to/from Skadden regarding analysis of manufacturing contracts. | | | | |
| 05/10/22 | **Hayden Coleman** | **0.70** | **L120** | **A101** | **773.50** |
| | Plan for and participate in litigation update and strategy call with client and co-counsel. | | | | |
| 05/10/22 | **Danielle Gentin Stock** | **0.70** | **L120** | **A106** | **717.50** |
| | Participate on weekly client update call (0.5); correspond with client and internally regarding query on state court case (0.2). | | | | |
| 05/10/22 | **Danielle Gentin Stock** | **1.20** | **L120** | **A104** | **1,230.00** |
| | Review and summarize materials in response to client request for information related to indemnification requests from former employees (.8); correspond with client and contact-counsel regarding the same (.4). | | | | |
| 05/10/22 | **Antonella Capobianco-Ranallo** | **0.40** | **L120** | **A102** | **120.00** |
| | Identify and locate documents and related materials regarding certain Purdue current and former employees. | | | | |
| 05/11/22 | **Danielle Gentin Stock** | **0.30** | **L120** | **A104** | **307.50** |
| | Review and analyze materials related to regulatory query by client and litigation risk assessment. | | | | |
| 05/16/22 | **Hayden Coleman** | **0.80** | **L120** | **A107** | **884.00** |
| | Email with Davis Polk regarding summaries of prior personal injury cases. | | | | |
| 05/16/22 | **Hayden Coleman** | **0.60** | **L120** | **A107** | **663.00** |
| | Conference call with Davis Polk regarding prior lawsuits against Sacklers. | | | | |
| 05/16/22 | **Danielle Gentin Stock** | **0.70** | **L120** | **A107** | **717.50** |
| | Confer with co-counsel regarding historic litigation questions. | | | | |
| 05/16/22 | **Danielle Gentin Stock** | **0.30** | **L120** | **A102** | **307.50** |
| | Research and share historic litigation resources with co-counsel. | | | | |
| 05/18/22 | **Noah Becker** | **1.10** | **L120** | **A103** | **847.00** |
| | Discussion with P. LaFata regarding insurer deposition request (0.4); analysis and drafting of letter and attachments related to same (0.7). | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010064631
Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/19/22 | **Hayden Coleman** | **1.00** | L120 | A107 | **1,105.00** |
| | Respond to Skadden's request for information regarding privilege waivers for discussion with DOJ (0.5); respond to request by Davis Polk for information on claims asserted against the Sacklers prior to commencement of bankruptcy action (0.5). | | | | |
| 05/19/22 | **Noah Becker** | **4.00** | L120 | A103 | **3,080.00** |
| | Participate in call with document oversight board regarding vendor access (0.5); Revise and circulate notes from the call (0.5); draft proposed outreach to DOB vendors (0.8); draft outreach to parties in other litigations regarding insurer requests for documents (2.2). | | | | |
| 05/20/22 | **Hayden Coleman** | **0.70** | L120 | A106 | **773.50** |
| | Conference calls with client regarding potential liability issues. | | | | |
| 05/20/22 | **Daniel Goldberg-Gradess** | **0.30** | L120 | A105 | **261.00** |
| | Conference with H. Coleman and D. Gentin Stock regarding litigation risk assessment. | | | | |
| 05/20/22 | **Danielle Gentin Stock** | **0.60** | L120 | A105 | **615.00** |
| | Confer internally and correspond regarding regulatory query from client and litigation risk assessment. | | | | |
| 05/23/22 | **Hayden Coleman** | **0.40** | L120 | A105 | **442.00** |
| | Emails and conference calls with Dechert team regarding finalizing memorandum regarding potential liability issues. | | | | |
| 05/23/22 | **Daniel Goldberg-Gradess** | **0.30** | L120 | A102 | **261.00** |
| | Perform legal research to support litigation risk assessment. | | | | |
| 05/24/22 | **Hayden Coleman** | **0.50** | L120 | A106 | **552.50** |
| | Video conference regarding legal research on potential liability issues. | | | | |
| 05/24/22 | **Noah Becker** | **0.20** | L120 | A103 | **154.00** |
| | Revise communications for document oversight board vendors (0.2). | | | | |
| 05/24/22 | **Daniel Goldberg-Gradess** | **2.30** | L120 | A102 | **2,001.00** |
| | Perform research for litigation risk assessment (2.0); conference with D. Gentin Stock and H. Coleman regarding same (0.3). | | | | |
| 05/24/22 | **Christopher Boisvert** | **0.50** | L120 | A103 | **512.50** |
| | Revise report to Pennsylvania AG in response to inquiry about the status of the bankruptcy proceeding and the state case against Purdue. | | | | |
| 05/25/22 | **Noah Becker** | **0.20** | L120 | A103 | **154.00** |
| | Revise letter for co-parties in response to insurer's request in adversary proceeding (0.2). | | | | |
| 05/27/22 | **Daniel Goldberg-Gradess** | **0.40** | L120 | A102 | **348.00** |
| | Perform research into potential litigation risk. | | | | |
| 05/31/22 | **Sheila Birnbaum** | **0.50** | L120 | A105 | **787.50** |
| | Attend meeting of Purdue and team regarding litigation and case update. | | | | |

Client Name: Purdue Pharma L.P.

Invoice 1010064631

Firm Matter Number: 399631.178405

Page 5

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/31/22 | **Daniel Goldberg-Gradess** | **9.00** | L120 | A102 | 7,830.00 |
| | Perform legal research into potential litigation risk (8.4); email with H. Coleman regarding same (.6). | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **34.20** | | | **32,812.50** |

| | **L130 – Experts/Consultants** | | | | |
|------|-----------|-------|------|----------|--------|
| 05/06/22 | **Hayden Coleman** | **0.70** | L130 | A106 | 773.50 |
| | Emails to/from client and co-counsel regarding possible experts in insurance adversary proceeding. | | | | |
| 05/23/22 | **Hayden Coleman** | **0.60** | L130 | A107 | 663.00 |
| | Coordinate with insurance counsel regarding expert reports submitted in underlying litigations by states and municipalities. | | | | |
| **L130 SUBTOTAL HOURS AND FEES:** | | **1.30** | | | **1,436.50** |

| | **L160 – Settlement/Non-Binding ADR** | | | | |
|------|-----------|-------|------|----------|--------|
| 05/02/22 | **Sheila Birnbaum** | **0.50** | L160 | A106 | 787.50 |
| | Telephone conference with M. Kesselman regarding settlement issues. | | | | |
| 05/02/22 | **Sheila Birnbaum** | **0.70** | L160 | A107 | 1,102.50 |
| | Telephone conference with AG representatives of Texas and Tennessee regarding settlement issues. | | | | |
| 05/12/22 | **Danielle Gentin Stock** | **0.20** | L160 | A106 | 205.00 |
| | Research and respond to client's settlement question. | | | | |
| **L160 SUBTOTAL HOURS AND FEES:** | | **1.40** | | | **2,095.00** |

| | **L220 – Preliminary Injunctions/Provisional Remedies** | | | | |
|------|-----------|-------|------|----------|--------|
| 05/01/22 | **Daniel Goldberg-Gradess** | **0.10** | L220 | A110 | 87.00 |
| | Revise chart tracking information provided to court-appointed monitor. | | | | |
| 05/02/22 | **Sheila Birnbaum** | **0.50** | L220 | A106 | 787.50 |
| | Telephone conference with R. Silbert regarding Monitor issues. | | | | |
| 05/02/22 | **Daniel Goldberg-Gradess** | **1.60** | L220 | A104 | 1,392.00 |
| | Review documents from client responsive to information requests from court-appointed monitor (1.2); conference with D. Gentin Stock regarding same (0.4). | | | | |
| 05/02/22 | **Danielle Gentin Stock** | **0.20** | L220 | A106 | 205.00 |
| | Correspond internally and with client regarding materials for the court-appointed Monitor. | | | | |
| 05/03/22 | **Daniel Goldberg-Gradess** | **0.40** | L220 | A106 | 348.00 |
| | Conference with client regarding responding to information requests from court-appointed monitor. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010064631
Page 6

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/03/22 | **Danielle Gentin Stock** | **1.50** | **L220** | **A106** | **1,537.50** |
| | Confer with client on various calls regarding submissions for the court-appointed Monitor (1.2); correspond with client regarding follow-up to court-appointed Monitor inquiry (.3). | | | | |
| 05/04/22 | **Daniel Goldberg-Gradess** | **0.30** | **L220** | **A104** | **261.00** |
| | Prepare documents for delivery to court-appointed monitor. | | | | |
| 05/04/22 | **Danielle Gentin Stock** | **1.40** | **L220** | **A106** | **1,435.00** |
| | Provide Voluntary Injunction training to Board (0.9); confer with client regarding information requested by court-appointed Monitor and Voluntary Injunction query (0.5). | | | | |
| 05/05/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A106** | **205.00** |
| | Correspond internally and with client regarding Standard Operating Procedures requested by court-appointed Monitor. | | | | |
| 05/06/22 | **Daniel Goldberg-Gradess** | **2.00** | **L220** | **A103** | **1,740.00** |
| | Revise draft Standard Operating Procedures for delivery to court-appointed monitor for comment (1.4); conference with client and D. Gentin Stock regarding same (.6). | | | | |
| 05/06/22 | **Danielle Gentin Stock** | **0.90** | **L220** | **A105** | **922.50** |
| | Confer with client and internally to gather and produce information requested by the court-appointed Monitor (0.6); confer with client regarding information requested by court-appointed Monitor relating to pricing inquiry (0.3). | | | | |
| 05/09/22 | **Daniel Goldberg-Gradess** | **0.70** | **L220** | **A110** | **609.00** |
| | Prepare documents for delivery to court-appointed monitor in response to information requests. | | | | |
| 05/09/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A105** | **205.00** |
| | Correspond internally and with client regarding Standard Operating Procedures requested by court-appointed Monitor. | | | | |
| 05/09/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A106** | **205.00** |
| | Correspond with client regarding completion of productions to court-appointed Monitor. | | | | |
| 05/10/22 | **Daniel Goldberg-Gradess** | **0.70** | **L220** | **A105** | **609.00** |
| | Conference with client regarding gathering material responsive to document requests from court-appointed monitor. | | | | |
| 05/10/22 | **Danielle Gentin Stock** | **0.60** | **L220** | **A105** | **615.00** |
| | Correspond internally and with client to gather outstanding information for the court-appointed Monitor. | | | | |
| 05/10/22 | **Danielle Gentin Stock** | **0.30** | **L220** | **A106** | **307.50** |
| | Confer with client regarding completion of productions to the court-appointed Monitor. | | | | |
| 05/11/22 | **Daniel Goldberg-Gradess** | **0.10** | **L220** | **A106** | **87.00** |
| | Conference with client regarding responding to information requests from court-appointed monitor. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010064631
Page 7

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/11/22 | **Danielle Gentin Stock** | **0.90** | **L220** | **A104** | **922.50** |
| | Annotate court-appointed Monitor findings (0.5); draft summary of proposed recommendations from court-appointed Monitor (0.4). | | | | |
| 05/11/22 | **Danielle Gentin Stock** | **0.70** | **L220** | **A106** | **717.50** |
| | Confer and correspond with client regarding court-appointed Monitor findings. | | | | |
| 05/12/22 | **Sheila Birnbaum** | **1.00** | **L220** | **A106** | **1,575.00** |
| | Telephone conference with Purdue regarding monitor's report. | | | | |
| 05/12/22 | **Sheila Birnbaum** | **1.00** | **L220** | **A104** | **1,575.00** |
| | Review monitor report and emails. | | | | |
| 05/12/22 | **Daniel Goldberg-Gradess** | **0.30** | **L220** | **A105** | **261.00** |
| | Prepare files for delivery to court-appointed monitor in response to information requests. | | | | |
| 05/12/22 | **Daniel Goldberg-Gradess** | **1.20** | **L220** | **A110** | **1,044.00** |
| | Collect and prepare files for delivery to court-appointed monitor in response to information requests (0.9); conference with client regarding same (0.3). | | | | |
| 05/12/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A106** | **205.00** |
| | Correspond with client regarding information for court-appointed Monitor. | | | | |
| 05/12/22 | **Danielle Gentin Stock** | **2.30** | **L220** | **A105** | **2,357.50** |
| | Confer with client on multiple calls regarding court-appointed Monitor's findings of fact. | | | | |
| 05/13/22 | **Sheila Birnbaum** | **0.80** | **L220** | **A106** | **1,260.00** |
| | Telephone conference with client regarding Monitor's report. | | | | |
| 05/13/22 | **Sheila Birnbaum** | **2.20** | **L220** | **A104** | **3,465.00** |
| | Review monitor's report and changes. | | | | |
| 05/13/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A106** | **205.00** |
| | Confer with client regarding review of court-appointed Monitor's findings of fact and next steps. | | | | |
| 05/13/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A105** | **205.00** |
| | Correspond internally and with court-appointed Monitor regarding production of Standard Operating Procedure revisions. | | | | |
| 05/14/22 | **Sheila Birnbaum** | **1.70** | **L220** | **A104** | **2,677.50** |
| | Review monitor's report and comments. | | | | |
| 05/14/22 | **Danielle Gentin Stock** | **0.80** | **L220** | **A106** | **820.00** |
| | Confer with client regarding court-appointed Monitor's factual findings. | | | | |
| 05/15/22 | **Danielle Gentin Stock** | **1.00** | **L220** | **A104** | **1,025.00** |
| | Review and analyze court-appointed Monitor's factual findings and client responses (.7); comment on factual summaries (.3). | | | | |
| 05/15/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A106** | **205.00** |
| | Correspond with client regarding court-appointed Monitor's factual findings. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010064631
Page 8

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/16/22 | **Sheila Birnbaum** | **0.80** | L220 | A105 | **1,260.00** |
| | Telephone conference with Purdue team regarding Monitor's report. | | | | |
| 05/16/22 | **Sheila Birnbaum** | **2.00** | L220 | A104 | **3,150.00** |
| | Review materials requested by the Monitor and for Monitor's report. | | | | |
| 05/16/22 | **Daniel Goldberg-Gradess** | **0.80** | L220 | A105 | **696.00** |
| | Conference with D. Gentin Stock regarding responding to information requests from court-appointed monitor. | | | | |
| 05/16/22 | **Danielle Gentin Stock** | **0.60** | L220 | A105 | **615.00** |
| | Correspond internally regarding productions to court-appointed Monitor. | | | | |
| 05/16/22 | **Danielle Gentin Stock** | **1.00** | L220 | A106 | **1,025.00** |
| | Confer and correspond with client regarding comments to court-appointed Monitor's findings. | | | | |
| 05/16/22 | **Danielle Gentin Stock** | **3.00** | L220 | A104 | **3,075.00** |
| | Review court-appointed Monitor's findings (1.8); review and summarize client comments (.5); create talking points and chart of comments (.7). | | | | |
| 05/17/22 | **Sheila Birnbaum** | **1.30** | L220 | A104 | **2,047.50** |
| | Review and respond to emails regarding Monitor's report (0.8); further review of emails regarding Monitor's report (0.5). | | | | |
| 05/17/22 | **Daniel Goldberg-Gradess** | **0.50** | L220 | A104 | **435.00** |
| | Review draft report of court-appointed monitor (0.4); conference with D. Gentin Stock regarding same (0.1). | | | | |
| 05/17/22 | **Danielle Gentin Stock** | **4.70** | L220 | A104 | **4,817.50** |
| | Review client and co-counsel comments to court-appointed Monitor findings (2.3); create master document regarding same (1.6); confer with client on multiple calls regarding the same (.6); correspond with court-appointed Monitor (.2). | | | | |
| 05/18/22 | **Sheila Birnbaum** | **1.00** | L220 | A104 | **1,575.00** |
| | Review emails regarding Monitor's Report (0.3); review memorandum and emails regarding Monitor's Report (0.7). | | | | |
| 05/18/22 | **Daniel Goldberg-Gradess** | **0.30** | L220 | A110 | **261.00** |
| | Update chart tracking materials sent to court-appointed monitor (0.2); conference with D. Gentin Stock regarding same (0.1). | | | | |
| 05/18/22 | **Danielle Gentin Stock** | **2.60** | L220 | A104 | **2,665.00** |
| | Review client comments to court-appointed Monitor's factual findings and new round of questions (.7); draft responses to court-appointed Monitor's factual findings and new round of questions (1.9). | | | | |
| 05/18/22 | **Danielle Gentin Stock** | **2.20** | L220 | A106 | **2,255.00** |
| | Correspond with client and court-appointed Monitor regarding comments to his factual findings (0.8); confer with client on multiple calls to gather responses to court-appointed Monitor's new round of questions and to respond to his factual findings (1.4). | | | | |

Client Name: Purdue Pharma L.P.                                    Invoice 1010064631
Firm Matter Number: 399631.178405                                          Page 9

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/19/22 | **Sheila Birnbaum** | **0.60** | L220 | A106 | **945.00** |
| | Telephone conference with D. Stock and R. Silbert regarding Monitor's report (0.3); telephone conference with M. Kesselman regarding Monitor's issues (0.3). | | | | |
| 05/19/22 | **Sheila Birnbaum** | **1.00** | L220 | A105 | **1,575.00** |
| | Telephone conference with Purdue team regarding Monitor's report. | | | | |
| 05/19/22 | **Danielle Gentin Stock** | **0.80** | L220 | A104 | **820.00** |
| | Review and follow up with client on materials for the court-appointed Monitor. | | | | |
| 05/19/22 | **Danielle Gentin Stock** | **0.20** | L220 | A107 | **205.00** |
| | Participate on call with the court-appointed Monitor regarding forthcoming report. | | | | |
| 05/19/22 | **Danielle Gentin Stock** | **3.00** | L220 | A106 | **3,075.00** |
| | Present voluntary injunction training to client (1.0); confer with client regarding additional questions from court-appointed Monitor (2.0). | | | | |
| 05/20/22 | **Sheila Birnbaum** | **0.30** | L220 | A106 | **472.50** |
| | Telephone conference with Purdue and D. Stock regarding Monitor's Ninth Report. | | | | |
| 05/20/22 | **Sheila Birnbaum** | **1.60** | L220 | A104 | **2,520.00** |
| | Review Monitor's Ninth Report (1.3); review emails regarding same (0.3). | | | | |
| 05/20/22 | **Daniel Goldberg-Gradess** | **1.00** | L220 | A105 | **870.00** |
| | Conference with D. Gentin Stock regarding responding to information requests from court-appointed monitor (0.8); conference with client regarding same (0.2). | | | | |
| 05/20/22 | **Danielle Gentin Stock** | **1.00** | L220 | A106 | **1,025.00** |
| | Confer with client regarding court-appointed Monitor report (0.5); correspond with client, co-counsel and the court-appointed Monitor regarding filing of his report (0.5). | | | | |
| 05/23/22 | **Daniel Goldberg-Gradess** | **0.10** | L220 | A107 | **87.00** |
| | Conference with co-counsel regarding replying to information requests from court-appointed monitor. | | | | |
| 05/23/22 | **Danielle Gentin Stock** | **1.00** | L220 | A104 | **1,025.00** |
| | Review, analyze and revise Injunction training deck provided by client. | | | | |
| 05/23/22 | **Danielle Gentin Stock** | **2.00** | L220 | A106 | **2,050.00** |
| | Confer and correspond with client regarding Injunction training and next steps relating to court-appointed Monitor recommendations (1.1); correspond with client regarding query concerning scientific publications (0.1); provide Voluntary Injunction training to executive committee of client (0.8). | | | | |
| 05/24/22 | **Sheila Birnbaum** | **0.50** | L220 | A106 | **787.50** |
| | Telephone conference with R. Silbert and D. Stock regarding Monitor's report. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010064631

Page 10

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **05/24/22** | **Sheila Birnbaum** | **0.50** | L220 | A104 | **787.50** |
| | Review Monitor's report. | | | | |
| **05/24/22** | **Danielle Gentin Stock** | **0.50** | L220 | A106 | **512.50** |
| | Correspond and confer with client regarding follow up items from court-appointed Monitor's report. | | | | |
| **05/24/22** | **Danielle Gentin Stock** | **0.50** | L220 | A104 | **512.50** |
| | Review and edit slides for online Injunction training (0.3); review information regarding scientific publications (0.2). | | | | |
| **05/24/22** | **Danielle Gentin Stock** | **0.30** | L220 | A105 | **307.50** |
| | Confer internally regarding litigation/regulatory query from client relating to Injunction. | | | | |
| **05/25/22** | **Danielle Gentin Stock** | **1.90** | L220 | A106 | **1,947.50** |
| | Confer with client regarding obtaining unblinded 867 data. | | | | |
| **05/26/22** | **Sheila Birnbaum** | **0.40** | L220 | A106 | **630.00** |
| | Telephone conference with Purdue and D. Stock regarding Monitor issue. | | | | |
| **05/26/22** | **Sheila Birnbaum** | **0.50** | L220 | A104 | **787.50** |
| | Review emails and responses regarding Monitor's recommendations. | | | | |
| **05/26/22** | **Danielle Gentin Stock** | **1.10** | L220 | A106 | **1,127.50** |
| | Confer with client regarding follow-up to court-appointed Monitor's recommendations on SOM data (0.5); confer with client regarding follow-up items for court-appointed Monitor and next steps (0.6). | | | | |
| **05/26/22** | **Danielle Gentin Stock** | **0.70** | L220 | A104 | **717.50** |
| | Review and comment on draft correspondence related to court-appointed Monitor's recommendations. | | | | |
| **05/27/22** | **Sheila Birnbaum** | **0.50** | L220 | A104 | **787.50** |
| | Review and emails regarding follow-up to Monitor's requests. | | | | |
| **05/27/22** | **Danielle Gentin Stock** | **0.10** | L220 | A106 | **102.50** |
| | Correspond with client regarding Public Health Initiative query. | | | | |
| **L220 SUBTOTAL HOURS AND FEES:** | | **67.50** | | | **77,632.00** |

| **L230 – Court Mandated Conferences** | | | | | |
|------|-----------|-------|------|----------|--------|
| **05/18/22** | **Sheila Birnbaum** | **1.00** | L230 | A109 | **1,575.00** |
| | Attend omnibus hearing. | | | | |
| **05/18/22** | **Hayden Coleman** | **1.00** | L230 | A109 | **1,105.00** |
| | Attend omnibus hearing. | | | | |
| **05/18/22** | **Danielle Gentin Stock** | **0.10** | L230 | A105 | **102.50** |
| | Correspond internally regarding agenda for omnibus hearing before the Bankruptcy Court. | | | | |
| **L230 SUBTOTAL HOURS AND FEES:** | | **2.10** | | | **2,782.50** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010064631

Page 11

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L310 – Written Discovery** | | | | | |
| **05/02/22** | **Paul LaFata** | **0.20** | **L310** | **A107** | **205.00** |
| | For insurance cases, confer with client and outside counsel regarding response to written discovery. | | | | |
| **05/03/22** | **Paul LaFata** | **1.60** | **L310** | **A103** | **1,640.00** |
| | Draft revisions to discovery production in response to request for third-party discovery in underlying litigation (1.4); confer internally regarding same (0.2) (WA). | | | | |
| **05/03/22** | **Paul LaFata** | **0.30** | **L310** | **A104** | **307.50** |
| | Analyze research results in support of responses to discovery requests in insurance cases. | | | | |
| **05/04/22** | **Paul LaFata** | **0.30** | **L310** | **A106** | **307.50** |
| | Confer with client and co-defense counsel regarding research results in support of responses to discovery requests in insurance cases. | | | | |
| **05/04/22** | **Paul LaFata** | **0.20** | **L310** | **A105** | **205.00** |
| | Confer internally regarding production of materials in response to third-party discovery demand from underlying litigation (WA). | | | | |
| **05/06/22** | **Paul LaFata** | **0.20** | **L310** | **A103** | **205.00** |
| | Analyze and draft revisions to declaration regarding certification of discovery from underlying proceedings (San Francisco). | | | | |
| **05/10/22** | **Paul LaFata** | **0.20** | **L310** | **A106** | **205.00** |
| | Confer with client and co-counsel regarding response to inquiry regarding objections and responses to insurance discovery from underlying litigation. | | | | |
| **05/12/22** | **Paul LaFata** | **0.30** | **L310** | **A107** | **307.50** |
| | Confer with Wiggin regarding responses to insurance discovery requests from underlying litigation. | | | | |
| **05/16/22** | **Paul LaFata** | **0.70** | **L310** | **A106** | **717.50** |
| | Analyze discovery demand by defendant in Mass. AG insurance matter (0.2); confer with client, DPW, and Wiggin regarding strategy in response to same (0.5). | | | | |
| **05/18/22** | **Paul LaFata** | **0.40** | **L310** | **A105** | **410.00** |
| | Confer internally regarding insurance research in support of response to discovery demand in insurance litigation from underlying cases. | | | | |
| **05/19/22** | **Paul LaFata** | **0.60** | **L310** | **A107** | **615.00** |
| | Confer internally and with Wiggin regarding research in support of response to insurance discovery demand. | | | | |
| **05/23/22** | **Paul LaFata** | **0.30** | **L310** | **A103** | **307.50** |
| | Draft report regarding document repository to client regarding meet and confer with disclosure oversight board. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010064631

Page 12

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/24/22 | **Paul LaFata** | **0.90** | L310 | A106 | **922.50** |
| | Confer with client, Reed Smith, Wiggin, and Davis Polk regarding potential response to discovery demands related to documents from underlying litigation (0.6); draft revisions to letter to co-defendants regarding discovery from underlying cases (0.3). | | | | |
| 05/24/22 | **Paul LaFata** | **0.20** | L310 | A107 | **205.00** |
| | Confer with non-party counsel regarding response to discovery demand in underlying litigation under protective order. | | | | |
| 05/24/22 | **Paul LaFata** | **0.30** | L310 | A103 | **307.50** |
| | Draft proposed letter to document repository vendors regarding document access. | | | | |
| 05/25/22 | **Paul LaFata** | **0.40** | L310 | A107 | **410.00** |
| | Confer with non-party counsel regarding renewal of information license and production of documents and information related to underlying cases. | | | | |
| 05/31/22 | **Paul LaFata** | **0.20** | L310 | A107 | **205.00** |
| | Confer with co-defense counsel and internally regarding response to discovery demand of non-party documents. | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **7.30** | | | **7,482.50** |

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L320 − Document Production** | | | | | |
| 05/02/22 | **Paul LaFata** | **0.20** | L320 | A107 | **205.00** |
| | Confer with counsel for data vendor regarding discovery demand. | | | | |
| 05/13/22 | **Hayden Coleman** | **0.70** | L320 | A107 | **773.50** |
| | Emails to/from MA AG and co-counsel regarding document repository negotiations. | | | | |
| 05/16/22 | **Paul LaFata** | **0.20** | L320 | A104 | **205.00** |
| | For document repository, analyze correspondence from plaintiff regarding document disclosure. | | | | |
| 05/19/22 | **Hayden Coleman** | **1.10** | L320 | A104 | **1,215.50** |
| | Review agreements form repository vendors regarding access to repository documents. | | | | |
| 05/19/22 | **Hayden Coleman** | **0.70** | L320 | A107 | **773.50** |
| | Prepare for and participate in call with MA AG and co-counsel regarding document repository. | | | | |
| 05/19/22 | **Paul LaFata** | **1.50** | L320 | A107 | **1,537.50** |
| | Analyze signed agreements and related papers in support of supplemental access agreement for document repository (0.2); confer with client regarding same (0.2); confer with disclosure oversight board regarding document repository (0.5); confer with Wiggin and internally regarding same (0.6). | | | | |
| **L320 SUBTOTAL HOURS AND FEES:** | | **4.40** | | | **4,710.00** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010064631

Page 13

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L330 – Depositions** | | | | | |
| 05/02/22 | **Noah Becker** | **2.60** | **L330** | **A104** | **2,002.00** |
| | Redact Washington state expert depositions and reports pursuant to confidentiality assessment. | | | | |
| 05/02/22 | **Daniel Goldberg-Gradess** | **0.70** | **L330** | **A102** | **609.00** |
| | Perform factual research to assist with 30(b)(6) deposition in insurance litigation. | | | | |
| 05/03/22 | **Paul LaFata** | **0.90** | **L330** | **A104** | **922.50** |
| | Research and analyze work product from underlying cases in support of 30(b)(6) witness preparation in insurance cases (0.6); confer internally regarding same (0.3). | | | | |
| 05/03/22 | **Noah Becker** | **0.30** | **L330** | **A106** | **231.00** |
| | Call with T. Morrissey regarding locating documents pursuant to San Francisco requests and related follow-up. | | | | |
| 05/03/22 | **Daniel Goldberg-Gradess** | **0.10** | **L330** | **A102** | **87.00** |
| | Email with P. LaFata regarding research to support 30(b)(6) deposition preparation in insurance litigation. | | | | |
| 05/04/22 | **Noah Becker** | **0.50** | **L330** | **A104** | **385.00** |
| | Complete analysis of Washington state expert documents. | | | | |
| 05/05/22 | **Daniel Goldberg-Gradess** | **2.30** | **L330** | **A102** | **2,001.00** |
| | Perform factual research to support 30(b)(6) deposition in insurance litigation (2.1); email with P. LaFata regarding same (.2). | | | | |
| 05/06/22 | **Daniel Goldberg-Gradess** | **1.70** | **L330** | **A102** | **1,479.00** |
| | Conduct factual research to support 30(b)(6) deposition preparation in insurance litigation (1.4); conference with P. LaFata regarding same (.3). | | | | |
| 05/09/22 | **Daniel Goldberg-Gradess** | **0.30** | **L330** | **A102** | **261.00** |
| | Perform factual research to support 30(b)(6) deposition in insurance litigation. | | | | |
| 05/12/22 | **Daniel Goldberg-Gradess** | **1.90** | **L330** | **A102** | **1,653.00** |
| | Conduct factual research to support 30(b)(6) deposition preparation in insurance litigation. | | | | |
| 05/16/22 | **Daniel Goldberg-Gradess** | **0.20** | **L330** | **A102** | **174.00** |
| | Complete factual research to support 30(b)(6) deposition preparation (.1); conference with P. LaFata regarding same (.1). | | | | |
| 05/23/22 | **Paul LaFata** | **0.60** | **L330** | **A104** | **615.00** |
| | In support of deposition preparation of 30(b)(6) insurance witnesses, analyze and cull research results of work product from underlying cases and prior 30(b)(6) depositions (0.5); confer with Wiggin and Reed Smith regarding same (0.1). | | | | |
| 05/25/22 | **Daniel Goldberg-Gradess** | **0.40** | **L330** | **A102** | **348.00** |
| | Finalize research in support of 30(b)(6) deposition in insurance litigation. | | | | |

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/25/22 | **Danielle Gentin Stock** | **0.80** | L330 | A104 | **820.00** |
| | Review materials and correspond with client regarding scientific publications under the Injunction. | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **13.30** | | | **11,587.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L390 – Other Discovery** | | | | | |
| 05/06/22 | **Noah Becker** | **0.30** | L390 | A103 | **231.00** |
| | Revise letter for certification of historical videos produced | | | | |
| | by certain pain prevention forums responsive to feedback from others (0.3). | | | | |
| 05/16/22 | **Hayden Coleman** | **0.70** | L390 | A107 | **773.50** |
| | Conference call with client and co-counsel regarding third party document request in MA v. Publicis. | | | | |
| 05/24/22 | **Hayden Coleman** | **0.80** | L390 | A104 | **884.00** |
| | Review emails and draft brief from NAS group seeking additional discovery. | | | | |
| 05/24/22 | **Hayden Coleman** | **0.30** | L390 | A106 | **331.50** |
| | Emails to/from client and Davis Polk regarding NAS group's motion seeking additional discovery. | | | | |
| 05/25/22 | **Danielle Gentin Stock** | **0.10** | L390 | A104 | **102.50** |
| | Review and analyze correspondence regarding NAS Claimants' Motion to Compel. | | | | |
| **L390 SUBTOTAL HOURS AND FEES:** | | **2.20** | | | **2,322.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L440 – Other Trial Preparation and Support** | | | | | |
| 05/03/22 | **Paul LaFata** | **0.30** | L440 | A105 | **307.50** |
| | Confer internally regarding client research into trial stipulation for documents from underlying litigation (San Francisco). | | | | |
| 05/09/22 | **Paul LaFata** | **0.20** | L440 | A105 | **205.00** |
| | San Francisco trial: confer internally regarding document certification for discovery from underlying cases. | | | | |
| **L440 SUBTOTAL HOURS AND FEES:** | | **0.50** | | | **512.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L530 – Oral Argument** | | | | | |
| 05/02/22 | **Sheila Birnbaum** | **0.80** | L530 | A104 | **1,260.00** |
| | Review summary of argument in Second Circuit. | | | | |
| 05/02/22 | **Paul LaFata** | **1.20** | L530 | A109 | **1,230.00** |
| | Analyze portions of appellate oral argument regarding handling of non-party claims from underlying tort cases (0.8); confer internally regarding same (0.4). | | | | |
| 05/03/22 | **Sheila Birnbaum** | **1.00** | L530 | A104 | **1,575.00** |
| | Review transcript of 2nd Circuit oral argument. | | | | |

Client Name: Purdue Pharma L.P.                                                      Invoice 1010064631
Firm Matter Number: 399631.178405                                                    Page 15

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L530 SUBTOTAL HOURS AND FEES:** | | **3.00** | | | **4,065.00** |
| | | | | | |
| **TOTAL HOURS AND FEES** | | **141.00** | | | **USD 152,563.50** |

| TIMEKEEPER SUMMARY: | | | | |
|---------------------|-------|------|-------|--------|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Birnbaum | Partner | 1,575.00 | 26.50 | 41,737.50 |
| H. Coleman | Partner | 1,105.00 | 13.90 | 15,359.50 |
| P. LaFata | Partner | 1,025.00 | 12.40 | 12,710.00 |
| D. Goldberg-Gradess | Associate | 870.00 | 30.00 | 26,100.00 |
| N. Becker | Associate | 770.00 | 9.20 | 7,084.00 |
| C. Boisvert | Counsel | 1,025.00 | 0.50 | 512.50 |
| D. Gentin Stock | Counsel | 1,025.00 | 47.60 | 48,790.00 |
| A. Capobianco-Ranallo | Legal Assistant | 300.00 | 0.70 | 210.00 |
| M. Stone | Legal Assistant | 300.00 | 0.20 | 60.00 |
| **TOTALS** | | | **141.00** | **USD 152,563.50** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.
201 Tresser Blvd.
Stamford, CT 06901

July 18, 2022
Invoice Number
1010064631

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through May 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ........................................................................................USD 137,649.26

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010064631) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                    July 18, 2022
201 Tresser Blvd.                                        Invoice Number 1010064632
Stamford, CT 06901

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through May 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE.................................................................................................38,112.00

Less 10% Discount ......................................................................................................(3,811.20)

NET TOTAL FEES FOR THIS INVOICE ............................................................... 34,300.80

**TOTAL AMOUNT DUE FOR THIS INVOICE .......................................................USD 34,300.80**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.                                                        Invoice 1010064632
Firm Matter Number: 399631.178406                                                      Page 2

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### Professional Services Rendered:

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| **B160 – Fee/Employment Applications** | | | | | |
| 05/03/22 | Matthew Stone | 2.30 | B160 | A103 | 690.00 |
| | Revise March fee statement. | | | | |
| 05/04/22 | Shmuel Vasser | 4.10 | B160 | A104 | 5,391.50 |
| | Review draft March IP bills (0.5); review drafts of all other March bills (3.6). | | | | |
| 05/04/22 | Matthew Stone | 0.20 | B160 | A105 | 60.00 |
| | Email with H. Coleman and S. Vasser regarding monthly fee statements. | | | | |
| 05/04/22 | Matthew Stone | 6.40 | B160 | A103 | 1,920.00 |
| | Revise March fee statement (1.1); revise April fee statement (5.3). | | | | |
| 05/05/22 | Matthew Stone | 0.20 | B160 | A105 | 60.00 |
| | Email with D. Golberg-Gradess regarding April fee statement. | | | | |
| 05/05/22 | Matthew Stone | 4.40 | B160 | A103 | 1,320.00 |
| | Revise April fee statement. | | | | |
| 05/06/22 | Shmuel Vasser | 3.90 | B160 | A104 | 5,128.50 |
| | Review April invoices. | | | | |
| 05/06/22 | Matthew Stone | 2.00 | B160 | A103 | 600.00 |
| | Revise April fee statement. | | | | |
| 05/06/22 | Matthew Stone | 0.20 | B160 | A105 | 60.00 |
| | Email with H. Coleman and S. Vasser regarding April fee statement. | | | | |
| 05/09/22 | Hayden Coleman | 1.40 | B160 | A105 | 1,547.00 |
| | Emails to/from Dechert team regarding time interim fee application. | | | | |
| 05/09/22 | Hayden Coleman | 2.50 | B160 | A104 | 2,762.50 |
| | Review and revise March and April invoices. | | | | |
| 05/09/22 | Paul LaFata | 0.20 | B160 | A103 | 205.00 |
| | Revise interim fee application. | | | | |
| 05/09/22 | Shmuel Vasser | 1.00 | B160 | A104 | 1,315.00 |
| | Review issues regarding March bills. | | | | |
| 05/09/22 | Matthew Stone | 1.40 | B160 | A103 | 420.00 |
| | Revise March fee statement. | | | | |
| 05/09/22 | Matthew Stone | 0.30 | B160 | A105 | 90.00 |
| | Email with H. Coleman regarding March fee statement (.1); email with N. Becker regarding March and April fee statements (.2). | | | | |
| 05/10/22 | Hayden Coleman | 0.90 | B160 | A104 | 994.50 |
| | Review and comment on annual audited financial statement. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178406

Invoice 1010064632

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 05/10/22 | **Shmuel Vasser** | **0.60** | B160 | A104 | **789.00** |
| | Review draft March fee statement. | | | | |
| 05/10/22 | **Matthew Stone** | **0.40** | B160 | A103 | **120.00** |
| | Email with S. Vasser regarding March fee statement (.2); email with fee examiner regarding February and March LEDES files (.2). | | | | |
| 05/10/22 | **Matthew Stone** | **2.50** | B160 | A103 | **750.00** |
| | Revise March fee statement (.4); file (.2) and serve (.2) March fee statement; revise April fee statement (1.7). | | | | |
| 05/11/22 | **Shmuel Vasser** | **0.60** | B160 | A104 | **789.00** |
| | Review April fee statement. | | | | |
| 05/11/22 | **Matthew Stone** | **5.80** | B160 | A103 | **1,740.00** |
| | Revise April fee statement (1.5); file (.2) and serve (.2) April fee statement; prepare interim fee application (3.9). | | | | |
| 05/11/22 | **Matthew Stone** | **0.50** | B160 | A103 | **150.00** |
| | Email with H. Coleman regarding interim fee application (.1); email with S. Vasser regarding April fee statement (.2); email with financial services regarding April fee statement (.2). | | | | |
| 05/12/22 | **Danielle Gentin Stock** | **1.80** | B160 | A104 | **1,845.00** |
| | Draft matter descriptions for Interim Fee Application. | | | | |
| 05/12/22 | **Matthew Stone** | **1.10** | B160 | A103 | **330.00** |
| | Prepare interim fee application. | | | | |
| 05/12/22 | **Matthew Stone** | **0.10** | B160 | A103 | **30.00** |
| | Email with H. Coleman and D. Gentin-Stock regarding interim fee application (.1). | | | | |
| 05/13/22 | **Danielle Gentin Stock** | **0.30** | B160 | A104 | **307.50** |
| | Correspond internally regarding Interim Fee Application. | | | | |
| 05/15/22 | **Hayden Coleman** | **1.90** | B160 | A104 | **2,099.50** |
| | Review and revise fee application. | | | | |
| 05/15/22 | **Danielle Gentin Stock** | **0.50** | B160 | A104 | **512.50** |
| | Revise Interim Fee Application. | | | | |
| 05/16/22 | **Hayden Coleman** | **1.20** | B160 | A104 | **1,326.00** |
| | Review and approve revisions to Eighth Interim Fee Application. | | | | |
| 05/16/22 | **Shmuel Vasser** | **2.30** | B160 | A104 | **3,024.50** |
| | Review, revise draft interim fee application. | | | | |
| 05/16/22 | **Danielle Gentin Stock** | **0.20** | B160 | A104 | **205.00** |
| | Final review of Interim Fee Application. | | | | |
| 05/16/22 | **Matthew Stone** | **4.00** | B160 | A103 | **1,200.00** |
| | Revise interim fee application (3.7); file interim fee application (.2); serve same (.1). | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178406

Invoice 1010064632
Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **05/16/22** | **Matthew Stone** | **0.70** | **B160** | **A105** | **210.00** |
| | Email with H. Coleman regarding interim fee application (.1); email with financial services regarding same (.2); email with S. Warren regarding same (.1); email with S. Vasser regarding same (.2); call with S. Vasser regarding same (.1). | | | | |
| **05/19/22** | **Matthew Stone** | **0.20** | **B160** | **A108** | **60.00** |
| | Email with fee examiner regarding Dechert LEDES files. | | | | |
| **05/24/22** | **Matthew Stone** | **0.10** | **B160** | **A105** | **30.00** |
| | Email with I. Campos regarding March fee statement. | | | | |
| **05/25/22** | **Matthew Stone** | **0.10** | **B160** | **A105** | **30.00** |
| | Email with I. Campos regarding April fee statement. | | | | |
| **B160 SUBTOTAL HOURS AND FEES:** | | **56.30** | | | **38,112.00** |

| **TOTAL HOURS AND FEES** | **56.30** | **USD 38,112.00** |
|---|---|---|

| **TIMEKEEPER SUMMARY:** | | | | |
|---|---|---|---|---|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Vasser | Partner | 1,315.00 | 12.50 | 16,437.50 |
| H. Coleman | Partner | 1,105.00 | 7.90 | 8,729.50 |
| P. LaFata | Partner | 1,025.00 | 0.20 | 205.00 |
| D. Gentin Stock | Counsel | 1,025.00 | 2.80 | 2,870.00 |
| M. Stone | Legal Assistant | 300.00 | 32.90 | 9,870.00 |
| **TOTALS** | | | **56.30** | **USD 38,112.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                         July 18, 2022
201 Tresser Blvd.                                     Invoice Number
Stamford, CT 06901                                        1010064632

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through May 31, 2022

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ...........................................................................................USD 34,300.80

| REMITTANCE INSTRUCTIONS |
| :---: |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010064632) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |

## EXHIBIT B

**Expenses**

18132495

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010064631

Page 16

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**DISBURSEMENTS:**

| DESCRIPTION | AMOUNT |
|---|---|
| **Document Storage/Retrieval** | |
| Vendor: Case Anywhere LLC; Invoice#: 242284; Date: 1/5/2022  -  System Access Fee | 120.00 |
| | **120.00** |
| **Courier/Messenger Services** | |
| Courier/Messenger Services | 15.99 |
| | **15.99** |
| **Westlaw Search Fees** | |
| Westlaw Search Fees | 49.16 |
| | **49.16** |
| **Pacer Research Fees** | |
| Pacer Research Fees | 27.20 |
| | **27.20** |
| **Lexis/Legal Research** | |
| Lexis/Legal Research | 129.76 |
| | **129.76** |
| | |
| **TOTAL DISBURSEMENTS** | **USD 342.11** |