| | |
|---|---|
| **From:** | kristinusf@aol.com |
| **Sent:** | Sunday, July 10, 2022 7:59 PM |
| **To:** | NYSBdb_SHL |

**CAUTION - EXTERNAL:**

Emergency motion,
I was never properly noticed in the case of purdue pharma, 19-23649
I am alleging improper venue and violations of the ADA act as a disabled veteran.
Among other violations of my rights.
In the spirit of Jesus,
Kristin Beery Hahn

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.