KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**FIFTH MONTHLY FEE STATEMENT OF**
**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO**
**THE STATE OF WASHINGTON FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JUNE 1, 2022 THROUGH JUNE 30, 2022**

Page **1**

12257646.1 - 07/21/22

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | June 1, 2022 through June 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $97,920.60 |
| **Current Fee Request** | $78,336.48 (80% of $97,920.60) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $78,336.48 |
| **Total Fees and Expenses Inclusive of Holdback** | $97,920.60 |
| **This is a(n):**   X  Monthly Application       ___Interim Application       ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Fifth Monthly Fee Statement (the "Fee Statement") for the period of June 1, 2022 through and including June 30, 2022 (the "Statement Period").

Page **2**

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $97,920.60 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $78,336.48.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit C**.

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 21, 2022

                Respectfully submitted,

                KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

        By:  */s/ Matthew J. Gold*
                Matthew J. Gold
                Robert M. Tuchman

                500 Fifth Avenue
                New York, New York 10110
                Tel: (212) 986-6000
                Fax: (212) 986-8866
                E-mail:  mgold@kkwc.com
                              rtuchman@kkwc.com

                *Attorneys for the State of Washington*

# EXHIBIT A
## SERVICES RENDERED BY
## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
## COMMENCING JUNE 1, 2022 THROUGH JUNE 30, 2022

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 79.9 | $86,938.60 |
| 005 Fee Applications | 14.3 | $10,982.00 |
| **Total** | **94.2** | **$97,920.60** |
| | | |
| 20% Fee Holdback | | $19,584.12 |
| 80% of Fees | | $78,336.48 |
| Plus Expenses | | $0.00 |
| Requested Amount | | $78,336.48 |

12257646.1 - 07/21/22

# EXHIBIT B

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING JUNE 1, 2022 THROUGH JUNE 30, 2022

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,060 | 69.2 | $73,352.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,176 | 20.1 | $23,637.60 |
| Juliet Remi | Paralegal Litigation & Risk Management | $190 | 4.9 | $931.00 |
| **Total Fees Requested** | | | **94.2** | **$97,920.60** |

# EXHIBIT C

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: June 30, 2022 |
| SAAG Administrator | Invoice Number: 112929 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:     State of Washington
Matter:    Purdue Pharma

*For professional services rendered through June 30, 2022*

Currency: USD

| | |
|---|---|
| Fees | 86,938.60 |
| **Total Due This Invoice** | **$86,938.60** |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | June 30, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 112929 |
| | | | Matter Number: | | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2022 | Matthew J. Gold | Conferring regarding case status; revising draft emails regarding same and next steps | 5.10 | 1,060.00 | 5,406.00 |
| 06/01/2022 | Robert Berman | Reviewing emails regarding meeting and conferring; reviewing proposed email to Davis Polk and relevant provisions of settlement agreements and commenting on proposed email | 2.10 | 1,176.00 | 2,469.60 |
| 06/02/2022 | Matthew J. Gold | Reviewing email regarding open transactional issues; revising draft email to Davis Polk regarding same | 5.30 | 1,060.00 | 5,618.00 |
| 06/02/2022 | Robert Berman | Reviewing emails and conferring | 0.90 | 1,176.00 | 1,058.40 |
| 06/03/2022 | Matthew J. Gold | Revising outline of SOAF issues | 3.40 | 1,060.00 | 3,604.00 |
| 06/03/2022 | Robert Berman | Reviewing email to Davis Polk regarding structure and next steps; conferring; reviewing proposed model for states to act as a committee | 1.60 | 1,176.00 | 1,881.60 |
| 06/06/2022 | Matthew J. Gold | Conferring with J. Rupert and B. Eskandari regarding SOAF issues; revising SOAF outline; exchanging emails with I. Goldman regarding same | 5.60 | 1,060.00 | 5,936.00 |
| 06/06/2022 | Robert Berman | Reviewing draft email to the states and emails from I. Goldman; conferring | 0.60 | 1,176.00 | 705.60 |
| 06/07/2022 | Matthew J. Gold | Conferring with I. Goldman regarding SOAF issues; conferring regarding same; revising and circulating email to Team regarding same | 4.40 | 1,060.00 | 4,664.00 |
| 06/07/2022 | Robert Berman | Reviewing emails; conferring; reviewing article on criminal case | 1.90 | 1,176.00 | 2,234.40 |
| 06/08/2022 | Matthew J. Gold | Conferring with I. Goldman regarding SOAF issues; reviewing email exchanges with A. Libby; preparing outline for call with states; participating in call with states; conferring regarding same | 3.20 | 1,060.00 | 3,392.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | June 30, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 112929 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/2022 | Robert Berman | Conference call with the states; conferring before and after call; preparation; refreshing on open issues | 2.20 | 1,176.00 | 2,587.20 |
| 06/09/2022 | Matthew J. Gold | Preparing outline for email to debtors regarding SOAF issues | 1.20 | 1,060.00 | 1,272.00 |
| 06/09/2022 | Robert Berman | Conferrring | 0.20 | 1,176.00 | 235.20 |
| 06/10/2022 | Matthew J. Gold | Preparing draft email to debtors regarding SOAF issues; exchanging emails with negotiation team regarding same; reviewing filings regarding NAS Baby discovery stipulation and bonus request | 4.30 | 1,060.00 | 4,558.00 |
| 06/10/2022 | Robert Berman | Reviewing emails regarding open issues and conferring | 1.50 | 1,176.00 | 1,764.00 |
| 06/13/2022 | Matthew J. Gold | Finalizing email to debtors regarding SOAF issues; exchanging emails with negotiation team regarding same; reviewing emails from J. Weiner regarding continuing negotiations; reviewing filings regarding NAS Baby discovery stipulation and bonus request | 3.10 | 1,060.00 | 3,286.00 |
| 06/13/2022 | Robert Berman | Reviewing emails; begin reviewing draft closing list for security documents | 1.10 | 1,176.00 | 1,293.60 |
| 06/14/2022 | Matthew J. Gold | Reviewing filings in advance of hearing | 2.20 | 1,060.00 | 2,332.00 |
| 06/14/2022 | Robert Berman | Reviewing emails | 0.10 | 1,176.00 | 117.60 |
| 06/15/2022 | Matthew J. Gold | Monitoring omnibus hearing | 0.70 | 1,060.00 | 742.00 |
| 06/16/2022 | Matthew J. Gold | Preparing outline of responses to J. Weiner email | 3.20 | 1,060.00 | 3,392.00 |
| 06/17/2022 | Matthew J. Gold | Exchanging emails with J. Abrams regarding States' meeting; revising outline regarding response to J. Weiner email | 2.40 | 1,060.00 | 2,544.00 |
| 06/21/2022 | Matthew J. Gold | Revising outline regarding response to J. Weiner email | 2.20 | 1,060.00 | 2,332.00 |
| 06/21/2022 | Robert Berman | Responding to emails; reviewing opinion issues | 1.40 | 1,176.00 | 1,646.40 |
| 06/22/2022 | Matthew J. Gold | Revising outline regarding response to J. Weiner email; reviewing closing checklist and conferring regarding same | 4.40 | 1,060.00 | 4,664.00 |

Client: State of Washington
Matter: Purdue Pharma

Invoice Date: June 30, 2022
Invoice Number: 112929
Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/22/2022 | Robert Berman | Conferring regarding closing list, opinions and issues regarding counsel; reviewing open issues and checking provisions in settlement and draft intercreditor agreement; reviewing emails | 2.60 | 1,176.00 | 3,057.60 |
| 06/23/2022 | Matthew J. Gold | Exchanging emails with Team regarding response to J. Weiner email; reviewing closing checklist and conferring regarding same | 3.30 | 1,060.00 | 3,498.00 |
| 06/23/2022 | Robert Berman | Reviewing emails regarding conference call; conferring regarding response to Davis Polk | 0.70 | 1,176.00 | 823.20 |
| 06/24/2022 | Matthew J. Gold | Conferring with I. Goldman regarding response to J. Weiner email and closing checklist; revising and circulating response to J. Weiner email; exchanging emails with team regarding SOAF negotiations; exchanging emails with J. Rupert regarding various pending matters | 3.70 | 1,060.00 | 3,922.00 |
| 06/24/2022 | Robert Berman | Conference call with the Pullman; conferring regarding response to Purdue and closing list | 1.60 | 1,176.00 | 1,881.60 |
| 06/27/2022 | Matthew J. Gold | Conferring with B. Eskandari and T. Lundgren regarding SOAF negotiations; participating in team conference call; preparing summary email to J. Rupert | 1.30 | 1,060.00 | 1,378.00 |
| 06/27/2022 | Juliet Remi | Circulating recently filed documents | 0.10 | 190.00 | 19.00 |
| 06/27/2022 | Robert Berman | Conference call with the States; conferring and preparing | 1.30 | 1,176.00 | 1,528.80 |
| 06/28/2022 | Matthew J. Gold | Circulating email to team regarding closing checklist; exchanging emails with J. Weiner regarding SOAF issues | 0.70 | 1,060.00 | 742.00 |
| 06/28/2022 | Robert Berman | Reviewing scheduling emails and conferring | 0.30 | 1,176.00 | 352.80 |
| **Total** | | | **79.90** | | **$86,938.60** |

| Client: State of Washington | Invoice Date: | June 30, 2022 |
| Matter: Purdue Pharma | Invoice Number: | 112929 |
| | Matter Number: | 7263-0001 |

## Timekeeper Summary

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Juliet Remi | 0.10 | 190.00 | 19.00 |
| Matthew J. Gold | 59.70 | 1,060.00 | 63,282.00 |
| Robert Berman | 20.10 | 1,176.00 | 23,637.60 |
| **Total** | **79.90** | | **$86,938.60** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: June 30, 2022 |
| SAAG Administrator | Invoice Number: 112928 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0005 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:   State of Washington
Matter:   Fee applications

*For professional services rendered through June 30, 2022*

Currency: USD

| | |
|---|---:|
| Fees | 10,982.00 |
| **Total Due This Invoice** | **$10,982.00** |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | June 30, 2022 |
| Matter: Fee applications | | | Invoice Number: | | 112928 |
| | | | Matter Number: | | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/2022 | Matthew J. Gold | Reviewing C. MacDonald email and attachments; conferring regarding same | 0.40 | 1,060.00 | 424.00 |
| 06/10/2022 | Juliet Remi | Working in connection with reconciliation chart from debtors; reviewing all invoices; calling to discuss same | 1.50 | 190.00 | 285.00 |
| 06/13/2022 | Matthew J. Gold | Preparing response to C. MacDonald email; reviewing draft supplement to interim fee application; conferring regarding same | 2.10 | 1,060.00 | 2,226.00 |
| 06/13/2022 | Juliet Remi | Conferring regarding reconciliation of fees and expenses; drafting supplement to interim fee application; coordinating to finalize and e-file same | 0.90 | 190.00 | 171.00 |
| 06/14/2022 | Matthew J. Gold | Reviewing proposed order; conferring regarding same | 0.40 | 1,060.00 | 424.00 |
| 06/15/2022 | Matthew J. Gold | Participating in hearing on interim fee applications; conferring with J. Rupert and D. Consla regarding fee reimbursement | 1.70 | 1,060.00 | 1,802.00 |
| 06/16/2022 | Matthew J. Gold | Exchanging correspondence with J. Rupert and D. Consla regarding reimbursement payment | 0.80 | 1,060.00 | 848.00 |
| 06/16/2022 | Juliet Remi | Conferring regarding contact information in connection with letter to Purdue | 0.20 | 190.00 | 38.00 |
| 06/21/2022 | Matthew J. Gold | Reviewing time entries for reimbursement; exchanging emails regarding same | 1.30 | 1,060.00 | 1,378.00 |
| 06/23/2022 | Matthew J. Gold | Exchanging emails with D. Consla and J. Ruppert regarding payment of allowed fees | 0.40 | 1,060.00 | 424.00 |
| 06/23/2022 | Juliet Remi | Conferring regarding invoices to include on fifth monthly fee statement | 0.10 | 190.00 | 19.00 |
| 06/24/2022 | Matthew J. Gold | Exchanging emails regarding monthly fee statement and spreadsheet for fee examiner; reviewing monthly fee statement | 1.20 | 1,060.00 | 1,272.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | June 30, 2022 |
| Matter: Fee applications | | | Invoice Number: | | 112928 |
| | | | Matter Number: | | 7263-0005 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/2022 | Juliet Remi | Preparing draft of fourth monthly fee statement with exhibits; conferring regarding same; working in connection with fee examiner statement | 1.40 | 190.00 | 266.00 |
| 06/27/2022 | Juliet Remi | Preparing fourth monthly fee statement; coordinating to e-file and serve same | 0.50 | 190.00 | 95.00 |
| 06/28/2022 | Matthew J. Gold | Exchanging emails with D. Consla and J. Rupert regarding reimbursement payments; reviewing fee orders and applications regarding same | 1.20 | 1,060.00 | 1,272.00 |
| 06/29/2022 | Juliet Remi | Conferring regarding procedure for serving monthly fee statements | 0.20 | 190.00 | 38.00 |
| **Total** | | | **14.30** | | **$10,982.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Juliet Remi | 4.80 | 190.00 | 912.00 |
| Matthew J. Gold | 9.50 | 1,060.00 | 10,070.00 |
| **Total** | **14.30** | | **$10,982.00** |