KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| **In re:** | : |
|  | : Chapter 11 |
| **PURDUE PHARMA L.P,** *et al.,* | : |
|  | : **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | : |
|  | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-SECOND MONTHLY FEE STATEMENT**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP,**
**CO-COUNSEL TO THE AD HOC COMMITTEE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | May 1, 2022 through and including May 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $76,927.00 |
| **Current Fee Request** | $61,541.60 (80% of $76,927.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $8,816.90 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $70,358.50 |
| **Total Fees and Expenses Inclusive of Holdback** | $85,743.90 |
| **This is a(n):**   <u>X</u> monthly   ___interim application   ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Requested in Fee Statements | | Total Unpaid |
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
|---|---|---|---|---|---|---|
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022-4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Second Monthly Fee Statement (the "**Statement**") for the period of May 1, 2022 through and including May 31, 2022 (the "**Monthly Fee Period**").

## **Itemization of Services Rendered by Applicant**

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,419.70.[2]  The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

## **Notice**

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $71,695.00 by the total hours of 50.50.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $5,232.00 by the total hours of 10.90.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $61,541.60, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $8,816.90.

Dated: New York, New York
     July 21, 2022

Respectfully submitted,

By:  */s/ Kenneth H. Eckstein*

Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
      rringer@kramerlevin.com
      cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00003 | Business Operations | 10.80 | 16,573.50 |
| 00006 | Employment and Fee Applications | 20.30 | 14,704.50 |
| 00008 | Litigation | 2.70 | 4,319.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 9.80 | 14,120.00 |
| 00011 | Plan and Disclosure Statement | 17.80 | 27,210.00 |
| **TOTAL** | | **61.40** | **$76,927.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 1.70 | $2,065.50 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 16.50 | $27,802.50 |
| Roy T. Englert, Jr. | Partner | 1981 | Litigation | 1540 | 1.10 | $1,694.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1580 | 12.10 | $19,118.00 |
| Marissa J. Holob | Partner | 2001 | Employee Benefits | 1315 | 0.80 | $1,052.00 |
| Todd E. Lenson | Partner | 1997 | Corporate | 1650 | 0.50 | $825.00 |
| Abraham Reshtick | Partner | 2003 | Tax | 1400 | 1.20 | $1,680.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1315 | 0.70 | $920.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 2.00 | $2,800.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1195 | 0.50 | $597.50 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1110 | 7.30 | $8,103.00 |
| Mariya Khvatskaya | Associate | 2016 | Tax | 1140 | 0.70 | $798.00 |
| Declan Kelly | Associate | 2021 | Creditors' Rights | 785 | 5.40 | $4,239.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 10.20 | $4,896.00 |
| Jacqueline Kindler | Paralegal | N/A | Creditors' Rights | 480 | 0.70 | $336.00 |
| TOTAL | | | | | 61.40 | 76,927.00 |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Lexis Online Research | 283.30 |
| Local Transportation | 242.49 |
| Out-of-Town Travel | 2,209.45 |
| Pacer Online Research | 204.70 |
| Photocopying | 171.80 |
| Printing & Binding (External) | 3,372.29 |
| Telecommunication Charges | 71.73 |
| Transcript Fees | 80.40 |
| Westlaw Online Research | 80.05 |
| **TOTAL EXPENSES** | **$8,816.90** |

**EXHIBIT D**

# Kramer Levin



July 7, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 857894
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through May 31, 2022.**

| | |
|---|---:|
| Fees | $76,927.00 |
| Disbursements and Other Charges | 8,816.90 |
| **TOTAL BALANCE DUE** | **$85,743.90** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T 212.715.9100 F 212.715.8000



July 7, 2022
Invoice #: 857894
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through May 31, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|--------|-------------|------|-------|-------|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $8,816.90 | **$8,816.90** |
| 072952-00003 | Business Operations | 16,573.50 | 0.00 | **16,573.50** |
| 072952-00006 | Employment and Fee Applications | 14,704.50 | 0.00 | **14,704.50** |
| 072952-00008 | Litigation | 4,319.00 | 0.00 | **4,319.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 14,120.00 | 0.00 | **14,120.00** |
| 072952-00011 | Plan and Disclosure Statement | 27,210.00 | 0.00 | **27,210.00** |
| **Subtotal** | | **76,927.00** | **8,816.90** | **85,743.90** |
| **TOTAL CURRENT INVOICE** | | | | **$85,743.90** |



July 7, 2022
Invoice #: 857894
072952-00001
Page 3

**Asset Analysis and Recovery**

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Lexis Online Research | 283.30 |
| Local Transportation | 242.49 |
| Out-of-Town Travel | 2,209.45 |
| Pacer Online Research | 204.70 |
| Photocopying | 171.80 |
| Printing & Binding (External) | 3,372.29 |
| Telecommunication Charges | 71.73 |
| Transcript Fees | 80.40 |
| Westlaw Online Research | 80.05 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8,816.90** |



July 7, 2022
Invoice #: 857894
072952-00003
Page 4

**Business Operations**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.60 | $729.00 |
| Eckstein, Kenneth H. | Partner | 8.30 | 13,985.50 |
| Taub, Jeffrey | Spec Counsel | 0.50 | 597.50 |
| Gange, Caroline | Associate | 0.50 | 555.00 |
| Kelly, Declan | Associate | 0.90 | 706.50 |
| **TOTAL FEES** | | **10.80** | **$16,573.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/9/2022 | Eckstein, Kenneth H. | Call with FTI/HL re KEIP/KERP (0.8); review issues re same, calls and correspond w/ AHC counsel re same (0.7). | 1.50 | $2,527.50 |
| 5/10/2022 | Eckstein, Kenneth H. | Call with A Pries, FTI, Provence re KEIP (0.8). | 0.80 | 1,348.00 |
| 5/10/2022 | Gange, Caroline | Emails w/ DPW re KEIP/KERP. | 0.20 | 222.00 |
| 5/11/2022 | Eckstein, Kenneth H. | Correspond w/ DPW re KEIP (0.7). | 0.70 | 1,179.50 |
| 5/12/2022 | Eckstein, Kenneth H. | Call with DPW, Akin re KEIP/KERP issues (1.0); call with FTI re same (0.5). | 1.50 | 2,527.50 |
| 5/13/2022 | Eckstein, Kenneth H. | Calls w/ Debtor and FTI re KEIP/KERP (0.8). | 0.80 | 1,348.00 |



July 7, 2022
Invoice #: 857894
072952-00003
Page 5

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/16/2022 | Eckstein, Kenneth H. | Call with A. Preis, M. Diaz re KEIP (0.8). | 0.80 | 1,348.00 |
| 5/16/2022 | Taub, Jeffrey | Attend update call with prospective Knoa board. | 0.50 | 597.50 |
| 5/17/2022 | Eckstein, Kenneth H. | Review materials re KEIP, correspond re same with FTI, D. Blabey (0.7). | 0.70 | 1,179.50 |
| 5/18/2022 | Eckstein, Kenneth H. | Attend omnibus hearing re KEIP/KERP (1.2); correspond report/ AHC professionals re same (0.3). | 1.50 | 2,527.50 |
| 5/18/2022 | Blabey, David E. | Attend portion of omnibus hearing, including KEIP/KERP. | 0.60 | 729.00 |
| 5/18/2022 | Gange, Caroline | Attend portions of KEIP/KERP hearing. | 0.30 | 333.00 |
| 5/18/2022 | Kelly, Declan | Attend omnibus, email to C. Gange re: update (0.9). | 0.90 | 706.50 |
| **TOTAL** | | | **10.80** | **$16,573.50** |



July 7, 2022
Invoice #: 857894
072952-00006
Page 6

**Employment and Fee Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.70 | $920.50 |
| Gange, Caroline | Associate | 5.30 | 5,883.00 |
| Kelly, Declan | Associate | 3.40 | 2,669.00 |
| Kane, Wendy | Paralegal | 10.20 | 4,896.00 |
| Kindler, Jacqueline | Paralegal | 0.70 | 336.00 |
| **TOTAL FEES** | | **20.30** | **$14,704.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/3/2022 | Gange, Caroline | Review/edit March fee application and finalize for filing. | 1.60 | $1,776.00 |
| 5/3/2022 | Kane, Wendy | Revise March fee statement and exhibits (0.6); emails w/ C. Gange and F. Arias re same (0.1); prepare same for filing (0.1); file and serve same (0.2). | 1.00 | 480.00 |
| 5/5/2022 | Kane, Wendy | Emails w/ F. Arias and C. Gange re fee application and outstanding fees. | 0.20 | 96.00 |
| 5/6/2022 | Kane, Wendy | Review April fee statement for compliance with US Trustee guidelines and local rules. | 1.60 | 768.00 |
| 5/9/2022 | Gange, Caroline | Review April fee statement and draft Eighth Interim Fee Application. | 1.20 | 1,332.00 |



July 7, 2022
Invoice #: 857894
072952-00006
Page 7

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/9/2022 | Kane, Wendy | Email F. Arias re payment and fee order and email C. Gange re April fee statement (0.2); revise fee application and exhibits (0.7); further review April fee statement (0.4). | 1.30 | 624.00 |
| 5/10/2022 | Gange, Caroline | Review April fee applications for privilege/confidentiality and compliance with UST guidelines. | 1.10 | 1,221.00 |
| 5/11/2022 | Kane, Wendy | Review April fee statement for compliance w/ UST guidelines and local rules (1.6); emails w/ C. Gange re same (0.1). | 1.70 | 816.00 |
| 5/12/2022 | Gange, Caroline | Further review and edit April fee statement for privilege/confidentiality and compliance with UST guidelines. | 0.60 | 666.00 |
| 5/13/2022 | Kelly, Declan | Emails w/ AHC firms re: fee applications (0.3), draft email to AHC re: fee applications (0.3). | 0.60 | 471.00 |
| 5/13/2022 | Kane, Wendy | Prepare April fee statement and exhibits (0.8); revise fee application and exhibits (1.4); emails w/ C. Gange re same (0.1); prepare zip file of professionals' fee applications and email D. Kelly re same (0.2). | 2.50 | 1,200.00 |
| 5/16/2022 | Ringer, Rachael L. | Review fee application, comment on same (0.7). | 0.70 | 920.50 |
| 5/16/2022 | Gange, Caroline | Review and finalize AHC professional fee applications for filing and emails w/ KL team re same. | 0.80 | 888.00 |



July 7, 2022
Invoice #: 857894
072952-00006
Page 8

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/16/2022 | Kelly, Declan | Review fee application, monthly statements prior to filing (1.3); revise in accordance w. comments from R. Ringer (1.2); emails to R. Ringer, K. Eckstein re: filing (0.1); emails w/ J. Kindler, W. Kane re: edits (0.1); calls w. J. Kindler re: edits (0.1). | 2.80 | 2,198.00 |
| 5/16/2022 | Kane, Wendy | Prepare KL fee application and April fee statement for filing and file same (0.4); correspondence w/ D. Kelly and J. Kindler re same (0.2); file fee statements and fee applications for other professionals (1.3). | 1.90 | 912.00 |
| 5/16/2022 | Kindler, Jacqueline | Correspondence w/ D. Kelly and W. Kane re fee application (0.2); review same (0.5). | 0.70 | 336.00 |
| TOTAL | | | 20.30 | $14,704.50 |



July 7, 2022
Invoice #: 857894
072952-00008
Page 9

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 2.00 | $3,370.00 |
| Englert, Jr., Roy T. | Partner | 0.40 | 616.00 |
| Gange, Caroline | Associate | 0.30 | 333.00 |
| **TOTAL FEES** | | **2.70** | **$4,319.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/3/2022 | Gange, Caroline | Emails w/ Gilbert re adversary proceeding doc review. | 0.30 | $333.00 |
| 5/4/2022 | Eckstein, Kenneth H. | Correspond with R. Englert, D. Blabey re appeal issues (0.7). | 0.70 | 1,179.50 |
| 5/9/2022 | Eckstein, Kenneth H. | Call with potential board member re appeal and case status (0.7); correspond re appeal and operating issues and timing (0.6). | 1.30 | 2,190.50 |
| 5/9/2022 | Englert, Jr., Roy T. | Communicate with Debtors' counsel re next steps following Second Circuit appeal. | 0.40 | 616.00 |
| **TOTAL** | | | **2.70** | **$4,319.00** |



July 7, 2022
Invoice #: 857894
072952-00009
Page 10

**Meetings and Communications with Ad-Hoc Committee & Creditors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 1.10 | $1,336.50 |
| Eckstein, Kenneth H. | Partner | 4.80 | 8,088.00 |
| Englert, Jr., Roy T. | Partner | 0.70 | 1,078.00 |
| Fisher, David J. | Partner | 0.90 | 1,422.00 |
| Gange, Caroline | Associate | 1.20 | 1,332.00 |
| Kelly, Declan | Associate | 1.10 | 863.50 |
| **TOTAL FEES** | | **9.80** | **$14,120.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/3/2022 | Blabey, David E. | Attend working group call. | 0.60 | $729.00 |
| 5/4/2022 | Fisher, David J. | Attend weekly Ad Hoc Committee meeting. | 0.40 | 632.00 |
| 5/4/2022 | Blabey, David E. | Attend weekly AHC call. | 0.50 | 607.50 |
| 5/4/2022 | Englert, Jr., Roy T. | Prep for (0.1) and participate in call with Ad Hoc Committee to discuss Second Circuit argument (0.6). | 0.70 | 1,078.00 |
| 5/4/2022 | Eckstein, Kenneth H. | Prep for and attend AHC call (0.6). | 0.60 | 1,011.00 |
| 5/4/2022 | Kelly, Declan | Attend AHC call (0.6). | 0.60 | 471.00 |
| 5/4/2022 | Gange, Caroline | Attend weekly AHC Call. | 0.60 | 666.00 |



July 7, 2022
Invoice #: 857894
072952-00009
Page 11

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/10/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,685.00 |
| 5/11/2022 | Fisher, David J. | Attend weekly Ad Hoc Committee call. | 0.50 | 790.00 |
| 5/11/2022 | Eckstein, Kenneth H. | Prep for (0.3) and attend AHC call (0.5). | 0.80 | 1,348.00 |
| 5/11/2022 | Gange, Caroline | Attend weekly AHC call. | 0.50 | 555.00 |
| 5/11/2022 | Kelly, Declan | Attend AHC call (0.5). | 0.50 | 392.50 |
| 5/17/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.5). | 0.50 | 842.50 |
| 5/18/2022 | Gange, Caroline | Email to AHC re KEIP/KERP. | 0.10 | 111.00 |
| 5/26/2022 | Eckstein, Kenneth H. | Calls and correspond with clients re settlement issues (0.8). | 0.80 | 1,348.00 |
| 5/31/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.6); review correspondence re same (0.5). | 1.10 | 1,853.50 |
| **TOTAL** | | | **9.80** | **$14,120.00** |



July 7, 2022
Invoice #: 857894
072952-00011
Page 12

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---:|---:|
| Eckstein, Kenneth H. | Partner | 1.40 | $2,359.00 |
| Fisher, David J. | Partner | 11.20 | 17,696.00 |
| Holob, Marissa J. | Partner | 0.80 | 1,052.00 |
| Lenson, Todd E. | Partner | 0.50 | 825.00 |
| Reshtick, Abraham | Partner | 1.20 | 1,680.00 |
| Rosenbaum, Jordan M. | Partner | 2.00 | 2,800.00 |
| Khvatskaya, Mariya | Associate | 0.70 | 798.00 |
| **TOTAL FEES** | | **17.80** | **$27,210.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 5/3/2022 | Fisher, David J. | Review IAC issues and restructuring (0.3); communications with Brown Rudnick and Akin Gump regarding same (0.3); review of documents regarding Settlement and proposed changes to Pledge Agreement (0.8). | 1.40 | $2,212.00 |
| 5/4/2022 | Fisher, David J. | Review IAC restructuring issues; communications with Akin Gump and Brown Rudnick regarding same (0.4); review mark ups to Settlement Agreement documents and suggested revisions (0.8). | 1.20 | 1,896.00 |



July 7, 2022
Invoice #: 857894
072952-00011
Page 13

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/6/2022 | Rosenbaum, Jordan M. | Call with Akin and BR re settlement agreement. | 1.00 | 1,400.00 |
| 5/6/2022 | Fisher, David J. | Review markups of and comments to IAC Pledge Agreement, ICA and MDT Settlement Agreement (2.2); conference call with Akin Gump and Brown Rudnick to discuss same and follow up regarding markup to DPW (1.4). | 3.60 | 5,688.00 |
| 5/11/2022 | Eckstein, Kenneth H. | Call with M. Kesselman re case issues (0.8); call with Gilbert (0.6). | 1.40 | 2,359.00 |
| 5/12/2022 | Reshtick, Abraham | Follow up on tax and structuring analysis. | 0.80 | 1,120.00 |
| 5/12/2022 | Khvatskaya, Mariya | Call with BR and DPW tax re: NOAT TMA. | 0.40 | 456.00 |
| 5/16/2022 | Rosenbaum, Jordan M. | Call with potential board members. | 0.50 | 700.00 |
| 5/16/2022 | Fisher, David J. | Review IAC Pledge markup; communications with Davis Polk, Brown Rudnick and Akin Gump regarding same. | 0.40 | 632.00 |
| 5/16/2022 | Lenson, Todd E. | Call with potential Board Members. | 0.50 | 825.00 |
| 5/19/2022 | Reshtick, Abraham | Participate in call w/ Sacklers concerning NOAT TMA. | 0.40 | 560.00 |
| 5/19/2022 | Khvatskaya, Mariya | Call with family counsel re: NOAT TMA. | 0.30 | 342.00 |



July 7, 2022
Invoice #: 857894
072952-00011
Page 14

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/20/2022 | Fisher, David J. | Communications with Brown Rudnick, Akin Gump and Davis Polk regarding review and comments to Settlement documents. | 0.40 | 632.00 |
| 5/22/2022 | Holob, Marissa J. | Review MIP and related correspondence. | 0.80 | 1,052.00 |
| 5/23/2022 | Rosenbaum, Jordan M. | Attend portion of call with Akin and BR re settlement agreement. | 0.50 | 700.00 |
| 5/23/2022 | Fisher, David J. | Review mark ups to Settlement Agreement and Intercreditor Agreement in advance of conference call (0.8); conference call with Brown Rudnick, Akin Gump and KL team to discuss comments (1.4); follow up communications with Davis Polk (0.3). | 2.50 | 3,950.00 |
| 5/24/2022 | Fisher, David J. | Review issues list regarding Settlement Agreement and ICA; communications with Brown Rudnick and Akin Gump. | 0.50 | 790.00 |
| 5/25/2022 | Fisher, David J. | Review mark ups and issues list regarding Settlement documents (0.4); communications with Akin Gump and Brown Rudnick regarding same (0.3); communications with Davis Polk regarding same (0.2). | 0.90 | 1,422.00 |
| 5/31/2022 | Fisher, David J. | Review comments from Milbank re MDT Settlement Agreement markup. | 0.30 | 474.00 |
| **TOTAL** | | | **17.80** | **$27,210.00** |

# Kramer Levin



July 7, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 857894
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through May 31, 2022.**

    Disbursements and Other Charges                8,816.90

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



July 7, 2022
Invoice #: 857894
072952

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Lexis Online Research | 283.30 |
| Local Transportation | 242.49 |
| Out-of-Town Travel | 2,209.45 |
| Pacer Online Research | 204.70 |
| Photocopying | 171.80 |
| Printing & Binding (External) | 3,372.29 |
| Telecommunication Charges | 71.73 |
| Transcript Fees | 80.40 |
| Westlaw Online Research | 80.05 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8,816.90** |

## DISBURSEMENTS AND OTHER CHARGES DETAIL

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/27/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

Re: Purdue - Ad Hoc Committee (. Cred. Rgts.)



July 7, 2022
Invoice #: 857894
072952
Page 2

**Lexis Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 5/5/2022 | Blabey David E. | Lexis Online Research | $141.65 |
| 5/12/2022 | Blabey David E. | Lexis Online Research | $141.65 |
| **Subtotal** | | | **$283.30** |

**Local Transportation**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 4/29/2022 | Englert, Jr. Roy T. | Taxi / Car Service | $242.49 |
| **Subtotal** | | | **$242.49** |

**Out-of-Town Travel**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 4/15/2022 | Englert, Jr. Roy T. | United Airlines from San Juan, PR (SJU) to New York/Newark, NJ (EWR) | $247.40 |
| 4/20/2022 | Englert, Jr. Roy T. | Train / Rail: Expense Date: 04/20/22, Merchant: Amtrak | $229.00 |
| 4/24/2022 | Englert, Jr. Roy T. | Hotel - Lodging | $346.61 |
| 4/25/2022 | Englert, Jr. Roy T. | Hotel - Lodging | $346.61 |
| 4/26/2022 | Englert, Jr. Roy T. | Hotel - Lodging | $346.61 |
| 4/27/2022 | Englert, Jr. Roy T. | Hotel - Lodging | $346.61 |
| 4/28/2022 | Englert, Jr. Roy T. | Hotel - Lodging | $346.61 |



July 7, 2022
Invoice #: 857894
072952
Page 3

| Subtotal | $2,209.45 |
|---|---|

**Pacer Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/8/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $6.20 |
| 4/12/2022 | Amidon Tara L. | Pacer Online Research Amidon, Tara | $27.20 |
| 4/13/2022 | Amidon Tara L. | Pacer Online Research Amidon, Tara | $125.00 |
| 4/21/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $3.20 |
| 4/25/2022 | Kane Wendy | Pacer Online Research Kane, Wendy | $7.40 |
| 4/25/2022 | Andrews Lauren Cassady | Pacer Online Research Andrews, Lauren Cassady | 3.60 |
| 4/25/2022 | Amidon Tara L. | Pacer Online Research Amidon, Tara | 21.40 |
| 4/27/2022 | Kane Wendy | Pacer Online Research Kane, Wendy | $0.40 |
| 4/29/2022 | Andrews Lauren Cassady | Pacer Online Research Andrews, Lauren Cassady | $3.50 |
| 5/3/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $6.80 |
| **Subtotal** | | | **$204.70** |

**Photocopying**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/13/2022 | Robbins Lawrence S. | Print Letter | $52.80 |
| 4/14/2022 | Robbins Lawrence S. | Print Letter | $119.00 |



July 7, 2022
Invoice #: 857894
072952
Page 4

| | |
|---|---|
| **Subtotal** | **$171.80** |

**Printing & Binding (External)**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/22/2022 | Kane Wendy | Counsel Press LLC | $3,372.29 |
| **Subtotal** | | | **$3,372.29** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/4/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $9.52 |
| 4/6/2022 | Taub Jeffrey | Telecommunication Charges by Jeffrey Taub | $18.01 |
| 4/6/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | 12.01 |
| 4/7/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $11.92 |
| 4/14/2022 | Taub Jeffrey | Telecommunication Charges by Jeffrey Taub | $13.35 |
| 4/14/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | 6.92 |
| **Subtotal** | | | **$71.73** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/18/2022 | Kane Wendy | Veritext New York Reporting Co., A Veritext Company | $80.40 |



July 7, 2022
Invoice #: 857894
072952
Page 5

| Subtotal | $80.40 |
|---|---|

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/19/2022 | Englert, Jr. Roy T. | Westlaw Online Research | $24.57 |
| 4/21/2022 | Englert, Jr. Roy T. | Westlaw Online Research | $23.68 |
| 5/18/2022 | Gange Caroline | Westlaw Online Research | $31.80 |
| Subtotal | | | $80.05 |
| TOTAL | | | $8,816.90 |