DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR JULY 26, 2022 HEARING

| | |
|---|---|
| Time and Date of Hearing: | July 26, 2022 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 588 8656, Meeting ID 926 3771 8763 ##, Passcode 854486 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

        http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

## I. CASE STATUS:

1. ***Case Status Report***. Case Status Report filed by Debtors providing brief overview of these Chapter 11 Cases and a high-level summary of active matters [ECF No. 4970]

## II. ADJOURNED MATTERS:

2. ***Ascent Late Claims Motion.*** Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4909]

    <u>Objection Deadline</u>: July 19, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

    A. Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4966]

    <u>Related Documents</u>:

    A. Notice of Hearing Regarding Late Claims Motion [ECF No. 4946]

    B. Motion for Entry of Order Pursuant To 11 U.S.C. §§ 105(a), 107(b), and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4908]

    C. Order Pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and LBR 9018-1 Directing the Filing of Certain Information under Seal in Connection with the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim and for Related Relief [ECF No. 4930]

    D. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4967]

    E. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Certain Information and Exhibits [ECF No. 4968]

2

<u>Status</u>: This matter has been adjourned to August 17, 2022 at 11:00 a.m. (prevailing Eastern Time).

Dated: July 25, 2022
       New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Eli J. Vonnegut*
     Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*