REED SMITH LLP
599 Lexington Avenue
New York, New York, 10022
(212) 521-5400
Ann V. Kramer

*Special Insurance Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

| | |
|---|---|
| **Name of Applicant** | Reed Smith LLP |
| **Applicant's Role in Case** | Special Insurance Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | May 18, 2022 [Docket No. 4850] |
| **Period for which compensation and reimbursement is sought** | June 1, 2022 to June 30, 2022 |
| **Summary of Total Fees and Expenses Requested** | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Total compensation requested in this statement | $244,692.36[2]<br><br>(80% of $305,865.45) |
|---|---|
| Total reimbursement requested in this statement | $523.26 |
| Total compensation and reimbursement requested in this statement | $245,215.62 |
| This is a(n):        X Monthly Application _____ Interim Application _ Final Application | |

Pursuant to sections 327(e) and 328(a) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to Bankruptcy Code Sections 327(e) and 328(a) Authorizing the Retention and Employment of Reed Smith LLP as Special Insurance Counsel, Nunc Pro Tunc To March 1, 2022*, dated May 18, 2022 [Docket No. 4850], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Reed Smith LLP ("**Reed Smith**"), special counsel for the above- captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this third monthly fee statement of services rendered and expenses incurred for the period from June 1, 2022 through June 30, 2022 (the "**Fee Period**") seeking (i) compensation in the amount of $244,692.36, which is equal to 80% of the total amount of

---

[2] This amount reflects a reduction in fees in the amount of $45,704.05 on account of a previously agreed upon discount, as described in *Debtors' Application for Entry of an Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Retention and Employment of Reed Smith LLP as Special Insurance Counsel, Nunc Pro Tunc to March 1, 2022* [Docket No. 4674], that Reed Smith agreed to provide to the Debtors.

reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $305,865.45) and (ii) payment of $523.26 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Reed Smith professionals and paraprofessionals during the Fee Period with respect to each of the project categories Reed Smith established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Reed Smith incurred $305,865.45 in fees during the Fee Period. Pursuant to this Fee Statement, Reed Smith seeks reimbursement for 80% of such fees, totaling $244,692.36.

2.     Attached hereto as **Exhibit B** is a chart of the Reed Smith professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $883.51.[3] The blended hourly billing rate of all paraprofessionals is $300.59.[4]

3.     Attached hereto as **Exhibit C** is a chart of expenses that Reed Smith incurred or disbursed in the amount of $523.26 in connection with providing professional services to the Debtors during the Fee Period.

---

[3] The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $331,580.50 by the total hours of 375.30.
[4] The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $19,989.00 by the total hours of 66.50.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Reed Smith for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

<u>**Notice**</u>

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Reed Smith, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $244,692.36, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $305,865.45) and (ii) payment of $523.26 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

Dated:    July 26, 2022
          New York, New York

                                              */s/ Ann V. Kramer*
                                              Ann V. Kramer
                                              Reed Smith LLP

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.90 | $1,273.50 |
| Case Assessment, Development & Strategy | 178.20 | $125,666.50 |
| Plan & Disclosure Statement Matters | 7.50 | $6,210.00 |
| Pre-Trial Pleadings & Motion Practice | 232.40 | $200,562.00 |
| Discovery | 0.80 | $964.00 |
| Retention & Fee Application Matters | 21.00 | $16,893.50 |
| **TOTAL** | | **$351,569.50** |
| **(Less Discount)** | | **$45,704.05** |
| **GRAND TOTAL** | **441.80** | **$305,865.45** |

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kramer | Partner; joined firm in 2008; admitted in New York 1985 | $1,305 | 41.50 | $54,157.50 |
| Aaron Javian | Partner; joined firm in 2018; admitted in New York 2006 | $1,215 | 0.70 | $850.50 |
| Lisa Szymanski | Partner; joined firm in 2010; admitted in New Jersey and Pennsylvania 2009 | $850 | 122.30 | $103,955.00 |
| Anthony Crawford | Partner; joined firm in 2012; admitted in New York 2017 | $715 | 52.90 | $37,823.50 |
| Paul Breene | Counsel; joined firm in 2008; admitted in New York 1984 | $1,290 | 26.00 | $33,540.00 |
| John Berringer | Counsel; joined firm in 2016; admitted in New York 1981 | $1,205 | 29.00 | $34,945.00 |
| Shaun Lee | Associate; joined firm in 2021; admitted in New York 2017 | $700 | 11.30 | $7,910.00 |
| Adrienne Kitchen | Associate; joined firm in 2017; admitted in Illinois 2015 | $660 | 72.90 | $48,114.00 |
| Jessica Kraus | Associate; joined firm in 2021; admitted in Pennsylvania 2021 | $550 | 18.70 | $10,285.00 |
| Shikendra Rhea | Senior Paralegal; joined firm in 2019; N/A | $315 | 2.60 | $819.00 |
| Lianna Simmonds | Paralegal; joined firm in 2019; N/A | $300 | 63.90 | $19,170.00 |
| **TOTAL** | | | | **$351,569.50** |
| **(Less Discount)** | | | | **($45,704.05)** |

Exhibit C - 2

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **GRAND TOTAL** | | | **441.80** | **$305,865.45** |

Exhibit C - 3

## **Exhibit C**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Data Hosting Fee | Gravity Stack LLC (database hosting service, provided by a wholly owned subsidiary of Reed Smith) | $82.01 |
| User Fee | Relativity database – Purdue litigation | $75.00 |
| Rail Travel Expense | | $227.00 |
| Taxi Expense | Uber | $99.25 |
| Monthly Subscription Fee | Administrative Office of the Courts | $40.00 |
| **TOTAL** | | **$523.26** |

Exhibit C - 2

**<u>Exhibit D</u>**

**Detailed Time Records**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | | |
|---|---|---|
| Purdue Pharma L.P. | Invoice Number: | **3523520** |
| One Stamford Forum | Invoice Date: | **7/21/2022** |
| 201 Tresser Boulevard | Client Number: | **395187** |
| Stamford, CT 06901 | Matter Number: | **395187.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: D&O Insurance**
Client File No.: 20190002679

---

| | | |
|---|---|---:|
| Fees................................................................................ | $ | 430.50 |
| Less 13% Fee Discount.................................................... | $ | (55.97) |
| Total Current Fees........................................................... | $ | 374.53 |
| Total Current Expenses and Other Charges ..................... | $ | 40.00 |
| **Total Due This Invoice:** | **$** | **414.53** |

Please Remit to:

***Mail To:***
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | Invoice Number:      **3523520** |
| One Stamford Forum | Invoice Date:        **7/21/2022** |
| 201 Tresser Boulevard | Client Number:       **395187** |
| Stamford, CT 06901 | Matter Number:   **395187.60001** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/<br>Credits | Balance |
|---|---|---:|---:|---:|
| 06/23/22 | 3515252 | 182.70 | 0.00 | 182.70 |
| **Total Unpaid Balance Previously Billed** | | | $ | 182.70 |

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3523520** |
| Invoice Date: | **7/21/2022** |
| Client Number: | **395187** |
| Matter Number: | **395187.60001** |

**RE: D&O Insurance**
Client File No.: 20190002679

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees............................................................................................... | $ | 430.50 |
| Less 13% Fee Discount..................................................................... | $ | (55.97) |
| Total Current Fees........................................................................... | $ | 374.53 |
| Total Current Expenses and Other Charges ...................................... | $ | 40.00 |
| **Total Due This Invoice:** | **$** | **414.53** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3523520** |
| Invoice Date: | **7/21/2022** |
| Client Number: | **395187** |
| Matter Number: | **395187.60001** |

Client File No.: 20190002679

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/22 | L. E. Simmonds | Communicate with Dechert re: ███████ | 0.50 | 300.00 | 150.00 |
| 06/28/22 | A. Kramer | E-mail exchange with L. Simmonds re ████ | 0.10 | 1,305.00 | 130.50 |
| 06/30/22 | L. E. Simmonds | Assist with ███████ | 0.50 | 300.00 | 150.00 |
| **Totals** | | | **1.10** | | **430.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 0.10 hrs @ $ | 1,305.00 / hr | 130.50 |
| Lianna E. Simmonds | 1.00 hrs @ $ | 300.00 / hr | 300.00 |
| **Total Professional Services** | | | **430.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 06/01/2022 | ADMINISTRATIVE OFFICE OF THE COURTS - GENERAL EXPENSE Monthly Subscription Fee; May 2022 | 40.00 |
| | **Total Expenses and Other Charges** | **40.00** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 430.50 |
| Less 13% Fee Discount | $ | (55.97) |
| Total Fees | $ | 374.53 |
| Total Expenses and Other Charges | $ | 40.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **414.53** |
| **Total Amount Due** | **$** | **414.53** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | Invoice Number:    **3523526** |
| One Stamford Forum | Invoice Date:    **7/21/2022** |
| 201 Tresser Boulevard | Client Number:    **395187** |
| Stamford, CT 06901 | Matter Number:    **395187.60003** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Insurance Placement/Captive**

---

| | | |
|---|---|---|
| Fees | $ | 2,088.00 |
| Less 13% Fee Discount | $ | (271.44) |
| Total Current Fees | $ | 1,816.56 |
| **Total Due This Invoice:** | **$** | **1,816.56** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:** 3523526 |
| One Stamford Forum | **Invoice Date:** 7/21/2022 |
| 201 Tresser Boulevard | **Client Number:** 395187 |
| Stamford, CT 06901 | **Matter Number:** 395187.60003 |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 05/24/22 | 3506881 | 2,043.63 | 0.00 | 2,043.63 |

**Total Unpaid Balance Previously Billed** $ 2,043.63

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| Purdue Pharma L.P. | Invoice Number: | **3523526** |
| One Stamford Forum | Invoice Date: | **7/21/2022** |
| 201 Tresser Boulevard | Client Number: | **395187** |
| Stamford, CT 06901 | Matter Number: | **395187.60003** |

**RE: Insurance Placement/Captive**

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees.................................................................................. | $ | 2,088.00 |
| Less 13% Fee Discount...................................................... | $ | (271.44) |
| Total Current Fees............................................................. | $ | 1,816.56 |
| **Total Due This Invoice:** | **$** | **1,816.56** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | **Invoice Number:** 3523526<br>**Invoice Date:** 7/21/2022<br>**Client Number:** 395187<br>**Matter Number:** 395187.60003 |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/14/22 | A. Kramer | Review/revise draft ███████ ██████████ | 0.30 | 1,305.00 | 391.50 |
| 06/15/22 | A. Kramer | Research/review ███████ ████████████ | 1.30 | 1,305.00 | 1,696.50 |
| **Totals** | | | **1.60** | | **2,088.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Ann V. Kramer | 1.60 hrs @ $ | 1,305.00 / hr | 2,088.00 |
| **Total Professional Services** | | | **2,088.00** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 2,088.00 |
| Less 13% Fee Discount | $ | (271.44) |
| Total Fees | $ | 1,816.56 |

| | | |
|---|---|---|
| **TOTAL CURRENT INVOICE DUE** | **$** | **1,816.56** |

| | | |
|---|---|---|
| **Total Amount Due** | **$** | **1,816.56** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:** 3523866 |
| One Stamford Forum | **Invoice Date:** 7/22/2022 |
| 201 Tresser Boulevard | **Client Number:** 395187 |
| Stamford, CT 06901 | **Matter Number:** 395187.60004 |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: General Insurance**
Client File No.: 20190002676

---

| | | |
|---|---|---:|
| Fees | $ | 16,893.50 |
| Less 13% Fee Discount | $ | (2,196.16) |
| Total Current Fees | $ | 14,697.34 |
| Total Current Expenses and Other Charges | $ | 157.01 |
| **Total Due This Invoice:** | **$** | **14,854.35** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:** **3523866** |
| One Stamford Forum | **Invoice Date:** **7/22/2022** |
| 201 Tresser Boulevard | **Client Number:** **395187** |
| Stamford, CT 06901 | **Matter Number:** **395187.60004** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/Credits | Balance |
|---|---|---|---|---|
| 03/22/22 | 3487928 | 46,391.44 | 44,999.70 | 1,391.74 |
| 05/25/22 | 3507521 | 59,347.03 | 47,526.43 | 11,820.60 |
| 06/23/22 | 3515251 | 28,661.94 | 0.00 | 28,661.94 |

**Total Unpaid Balance Previously Billed**      $      41,874.28

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:** 3523866 |
| One Stamford Forum | **Invoice Date:** 7/22/2022 |
| 201 Tresser Boulevard | **Client Number:** 395187 |
| Stamford, CT 06901 | **Matter Number:** 395187.60004 |

**RE: General Insurance**
Client File No.: 20190002676

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 16,893.50 |
| Less 13% Fee Discount | $ | (2,196.16) |
| Total Current Fees | $ | 14,697.34 |
| Total Current Expenses and Other Charges | $ | 157.01 |
| **Total Due This Invoice:** | **$** | **14,854.35** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3523866** |
| Invoice Date: | **7/22/2022** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

Client File No.: 20190002676

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/22 | S. B. Rhea | Finalize and submit First Monthly Fee Statement of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses incurred as Special Insurance Counsel to the Debtors for the Period from March 1, 2022 to April 30, 2022 in accordance with local rules. | 0.40 | 315.00 | 126.00 |
| 06/01/22 | S. C. Lee | review and revise ███████ ████ (1.0); call with Aaron Javian regarding ██████ (0.3); prepare ███████ (1.3) | 2.60 | 700.00 | 1,820.00 |
| 06/02/22 | S. C. Lee | Attention to ██████ (0.1); attention to ██████ (0.2) | 0.30 | 700.00 | 210.00 |
| 06/13/22 | S. C. Lee | Attention to ██████ (0.1); | 0.10 | 700.00 | 70.00 |
| 06/15/22 | S. C. Lee | Review and revise ██████ (0.9); | 0.90 | 700.00 | 630.00 |
| 06/16/22 | S. C. Lee | Attention to ██████ | 0.30 | 700.00 | 210.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ███ (0.3) | | | |
| 06/16/22 | A. Javian | Attention to correspondence w. A Kramer re: ███ | 0.50 | 1,215.00 | 607.50 |
| 06/17/22 | A. Kramer | Review/revise ███ | 4.80 | 1,305.00 | 6,264.00 |
| 06/17/22 | S. C. Lee | Attention to questions concerning ███ (0.2) | 0.20 | 700.00 | 140.00 |
| 06/22/22 | S. C. Lee | Attention to ███ (0.1) | 0.10 | 700.00 | 70.00 |
| 06/23/22 | L. E. Simmonds | Analyze and input ███ | 0.70 | 300.00 | 210.00 |
| 06/23/22 | A. Kramer | Review/edit/approve ███ | 0.60 | 1,305.00 | 783.00 |
| 06/23/22 | S. C. Lee | Review and revise ███ (1.2) | 1.20 | 700.00 | 840.00 |
| 06/24/22 | A. Javian | Attention to ███ | 0.20 | 1,215.00 | 243.00 |
| 06/24/22 | L. E. Simmonds | Complete ███ | 0.50 | 300.00 | 150.00 |
| 06/24/22 | S. C. Lee | Prepare and file ███ (5.1); Attention to ███ (0.5) | 5.60 | 700.00 | 3,920.00 |
| 06/24/22 | L. E. Simmonds | Edit, make final, and file Second Monthly Fee Statement of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Insurance Counsel to the Debtors for the Period from May 1, 2022 through | 2.00 | 300.00 | 600.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | May 31, 2022. | | | |
| **Totals** | | | **21.00** | | **16,893.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Ann V. Kramer | 5.40 hrs @ $ | 1,305.00 / hr | 7,047.00 |
| Aaron Javian | 0.70 hrs @ $ | 1,215.00 / hr | 850.50 |
| Shaun C. Lee | 11.30 hrs @ $ | 700.00 / hr | 7,910.00 |
| Shikendra B. Rhea | 0.40 hrs @ $ | 315.00 / hr | 126.00 |
| Lianna E. Simmonds | 3.20 hrs @ $ | 300.00 / hr | 960.00 |
| **Total Professional Services** | | | **16,893.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | Data Hosting Fee | 82.01 |
| | User Fee | 75.00 |
| | **Total Expenses and Other Charges** | **157.01** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 16,893.50 |
| Less 13% Fee Discount | $ | (2,196.16) |
| Total Fees | $ | 14,697.34 |
| | | |
| Total Expenses and Other Charges | $ | 157.01 |
| | | |
| **TOTAL CURRENT INVOICE DUE** | **$** | **14,854.35** |
| | | |
| **Total Amount Due** | **$** | **14,854.35** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:**      **3523865** |
| One Stamford Forum | **Invoice Date:**      **7/22/2022** |
| 201 Tresser Boulevard | **Client Number:**      **395187** |
| Stamford, CT 06901 | **Matter Number:**      **395187.60005** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Insurance Adversary Proceeding**
Client File No.: 20210003077

---

| | | |
|---|---|---:|
| Fees | $ | 307,543.00 |
| Less 13% Fee Discount | $ | (39,980.59) |
| Total Current Fees | $ | 267,562.41 |
| Total Current Expenses and Other Charges | $ | 326.25 |
| **Total Due This Invoice:** | **$** | **267,888.66** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Purdue Pharma L.P.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | Invoice Number: **3523865**<br>Invoice Date: **7/22/2022**<br>Client Number: **395187**<br>Matter Number: **395187.60005** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/<br>Credits | Balance |
|---|---|---|---|---|
| 10/31/21 | 3445086 | 120,754.80 | 117,521.04 | 3,233.76 |
| 11/13/21 | 3452306 | 174,217.53 | 170,998.95 | 3,218.58 |
| 12/10/21 | 3460269 | 138,777.39 | 138,212.49 | 564.90 |
| 01/18/22 | 3469358 | 187,133.60 | 183,405.66 | 3,727.94 |
| 03/21/22 | 3487932 | 160,476.47 | 152,886.76 | 7,589.71 |
| 05/24/22 | 3506882 | 349,250.19 | 279,400.15 | 69,850.04 |
| 06/23/22 | 3515250 | 311,979.82 | 0.00 | 311,979.82 |

**Total Unpaid Balance Previously Billed**          $          400,164.75

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3523865** |
| Invoice Date: | **7/22/2022** |
| Client Number: | **395187** |
| Matter Number: | **395187.60005** |

**RE: Insurance Adversary Proceeding**
Client File No.: 20210003077

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 307,543.00 |
| Less 13% Fee Discount | $ | (39,980.59) |
| Total Current Fees | $ | 267,562.41 |
| Total Current Expenses and Other Charges | $ | 326.25 |
| **Total Due This Invoice:** | **$** | **267,888.66** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3523865** |
| Invoice Date: | **7/22/2022** |
| Client Number: | **395187** |
| Matter Number: | **395187.60005** |

Client File No.: 20210003077

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/22 | A. Crawford | Draft correspondence to Court regarding ███████ | 3.00 | 715.00 | 2,145.00 |
| 06/01/22 | L.A. Szymanski | Research re: ███████ | 1.70 | 850.00 | 1,445.00 |
| 06/01/22 | L.A. Szymanski | Communications w/ P. Breene, L. Simmonds & R. Hoff re: ███████ | 0.20 | 850.00 | 170.00 |
| 06/01/22 | A. Crawford | Review documents ███████ | 1.20 | 715.00 | 858.00 |
| 06/01/22 | L.A. Szymanski | Review/respond to questions ███████ | 0.70 | 850.00 | 595.00 |
| 06/01/22 | L.A. Szymanski | Communications w/ R. Hoff re: ███████ | 0.20 | 850.00 | 170.00 |
| 06/01/22 | L.A. Szymanski | Email communications w/ RS team re: ███████ | 0.40 | 850.00 | 340.00 |
| 06/01/22 | L.A. Szymanski | Communications w/ P. Breene re: ███████ | 0.20 | 850.00 | 170.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/01/22 | L.A. Szymanski | Communications w/ UCC re: | 0.20 | 850.00 | 170.00 |
| 06/01/22 | A. N. Kitchen | Continued deep dive into (5.2); researched, analyzed and summarized (1.7). | 6.90 | 660.00 | 4,554.00 |
| 06/01/22 | L. E. Simmonds | Retrieve and transmit | 0.50 | 300.00 | 150.00 |
| 06/01/22 | L. E. Simmonds | Review | 1.00 | 300.00 | 300.00 |
| 06/01/22 | A. Kramer | Review/revise/research re | 1.30 | 1,305.00 | 1,696.50 |
| 06/01/22 | A. Kramer | Review/revise draft response to J. Drain re | 1.20 | 1,305.00 | 1,566.00 |
| 06/02/22 | A. Crawford | Prepare for and participate in calls regarding | 2.30 | 715.00 | 1,644.50 |
| 06/02/22 | A. Crawford | Review and analyze documents | 2.70 | 715.00 | 1,930.50 |
| 06/02/22 | L.A. Szymanski | Attention to documents | 3.60 | 850.00 | 3,060.00 |
| 06/02/22 | L.A. Szymanski | Participate in conference call w/ all Plaintiffs | 1.50 | 850.00 | 1,275.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/02/22 | L.A. Szymanski | Participate in conference w/ all plaintiffs re: | 0.60 | 850.00 | 510.00 |
| 06/02/22 | L.A. Szymanski | Review email from A. Kitchen re: (.20); draft email to RS team re: same (.20). | 0.40 | 850.00 | 340.00 |
| 06/02/22 | L.A. Szymanski | Email communications w/ all counsel re: | 0.40 | 850.00 | 340.00 |
| 06/02/22 | L.A. Szymanski | Communications w/ P. Breene, L. Simmonds & Committees re: | 0.50 | 850.00 | 425.00 |
| 06/02/22 | A. N. Kitchen | Continued reviewing and analyzing | 3.10 | 660.00 | 2,046.00 |
| 06/02/22 | J.B. Berringer | Review materials for call with UCC counsel re (1.40); review of materials re (1.30);t/c P. Breene re (.60); t/c UCC counsel re (1.80); t/c UCC counsel re (1.10). | 6.20 | 1,205.00 | 7,471.00 |
| 06/02/22 | L. E. Simmonds | Conference with Lisa Szymanski re: | 1.00 | 300.00 | 300.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | (.20) Analyze ... (.80). | | | |
| 06/02/22 | P.E. Breene | Call with Gilbert, UCC, RS Team, | 1.00 | 1,290.00 | 1,290.00 |
| 06/02/22 | P.E. Breene | Call with Lisa S. | 0.20 | 1,290.00 | 258.00 |
| 06/02/22 | L.A. Szymanski | Communications w/ R. Hoff & P. Breene re: | 0.30 | 850.00 | 255.00 |
| 06/02/22 | L. E. Simmonds | Review/analyze ... Update | 0.20 | 300.00 | 60.00 |
| 06/02/22 | L. E. Simmonds | Calendar objection and compliance date | 0.20 | 300.00 | 60.00 |
| 06/02/22 | L. E. Simmonds | Review/confirm | 0.20 | 300.00 | 60.00 |
| 06/02/22 | P.E. Breene | Work o | 2.50 | 1,290.00 | 3,225.00 |
| 06/02/22 | P.E. Breene | Continuation of call with Gilbert, UCC, RS Team, | 0.50 | 1,290.00 | 645.00 |
| 06/02/22 | P.E. Breene | Call with Gilbert, UCC, RS Team re | 1.00 | 1,290.00 | 1,290.00 |
| 06/02/22 | P.E. Breene | Call with Berringer re | 0.50 | 1,290.00 | 645.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/02/22 | A. Kramer | Review/revise/research re ▮▮▮▮ | 2.80 | 1,305.00 | 3,654.00 |
| 06/02/22 | A. Kramer | Conference call with Committees and RS Team re ▮▮▮▮ | 1.30 | 1,305.00 | 1,696.50 |
| 06/03/22 | A. Crawford | Prepare for and participate in discovery meet and confer and draft ▮▮▮▮ | 2.00 | 715.00 | 1,430.00 |
| 06/03/22 | A. Crawford | Revise draft ▮▮▮▮ | 3.30 | 715.00 | 2,359.50 |
| 06/03/22 | L.A. Szymanski | Communications w/ C. Ricarte & RS team re: ▮▮▮▮ | 0.40 | 850.00 | 340.00 |
| 06/03/22 | L.A. Szymanski | Communications w/ all Plaintiffs re: ▮▮▮▮ | 0.30 | 850.00 | 255.00 |
| 06/03/22 | L.A. Szymanski | Attention to question from R. Hoff re: ▮▮▮▮ and communications w/ A. Crawford & L. Simmonds re: same | 0.30 | 850.00 | 255.00 |
| 06/03/22 | L.A. Szymanski | Communications w/ COBRA team re: ▮▮▮▮ | 0.10 | 850.00 | 85.00 |
| 06/03/22 | J.B. Berringer | Prep. for t/c insurers' counsel re ▮▮▮▮ (.80); attendance on meet and confer (.40); review ▮▮▮▮ (.20); review emails ▮▮▮▮ (.20); review | 2.00 | 1,205.00 | 2,410.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| | | (.40). | | | |
| 06/03/22 | A. N. Kitchen | Continued reviewing and analyzing | 7.00 | 660.00 | 4,620.00 |
| 06/03/22 | L. E. Simmonds | Research re | 0.70 | 300.00 | 210.00 |
| 06/03/22 | L. E. Simmonds | Analyze all productions re: | 1.00 | 300.00 | 300.00 |
| 06/03/22 | L. E. Simmonds | Edit/finalize | 0.50 | 300.00 | 150.00 |
| 06/03/22 | L. E. Simmonds | Analyze file re: | 0.70 | 300.00 | 210.00 |
| 06/03/22 | L.A. Szymanski | Participate in conference call w/ M. Rush & J. Rubenstein re: | 0.30 | 850.00 | 255.00 |
| 06/03/22 | L.A. Szymanski | Communications w/ Marsh's counsel | 0.50 | 850.00 | 425.00 |
| 06/03/22 | L.A. Szymanski | Participate in conference call w/ all Plaintiffs & Bates Carey team re: deposition meet and confer | 0.50 | 850.00 | 425.00 |
| 06/03/22 | L.A. Szymanski | Communications w/ R. Hoff & RS Team re: | 0.30 | 850.00 | 255.00 |
| 06/03/22 | L.A. Szymanski | Communications w/ R. Hoff & C. Sorensen (Navigators) re: | 0.30 | 850.00 | 255.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/22 | L.A. Szymanski | Attention to document ████ and communications re: same w/ RS team | 0.30 | 850.00 | 255.00 |
| 06/03/22 | P.E. Breene | Meet and confer call with defendants and committees re 30b6 deposition. | 0.50 | 1,290.00 | 645.00 |
| 06/04/22 | L.A. Szymanski | Review and respond to questions from COBRA review team ████ | 0.60 | 850.00 | 510.00 |
| 06/05/22 | A. Crawford | Review and analyze ████ | 1.60 | 715.00 | 1,144.00 |
| 06/05/22 | L.A. Szymanski | Continue drafting ████ | 3.60 | 850.00 | 3,060.00 |
| 06/06/22 | A. Kramer | Review ████ | 1.30 | 1,305.00 | 1,696.50 |
| 06/06/22 | A. Kramer | email exchange with Breene and Szymanski re ████ | 0.20 | 1,305.00 | 261.00 |
| 06/06/22 | A. Kramer | email exchange with Breene, Szymanski and Crawford re ████ | 0.30 | 1,305.00 | 391.50 |
| 06/06/22 | A. Kramer | Review ████ | 0.90 | 1,305.00 | 1,174.50 |
| 06/06/22 | A. Kramer | email exchange with RS Team re ████ | 0.10 | 1,305.00 | 130.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/22 | L. E. Simmonds | Research re ▮▮▮▮ | 0.80 | 300.00 | 240.00 |
| 06/06/22 | L. E. Simmonds | Analyze ▮▮▮▮ | 0.60 | 300.00 | 180.00 |
| 06/06/22 | L. E. Simmonds | Analyze ▮▮▮▮ | 0.60 | 300.00 | 180.00 |
| 06/06/22 | J.B. Berringer | Review emails and respond re ▮▮▮▮ (.30); review and respond to L. Syzmanski email re ▮▮▮▮ (.30); review emails re ▮▮▮▮ (.20) | 0.80 | 1,205.00 | 964.00 |
| 06/06/22 | A. N. Kitchen | Continued reviewing and analyzing ▮▮▮▮ | 6.00 | 660.00 | 3,960.00 |
| 06/06/22 | L. E. Simmonds | Analyze ▮▮▮▮ | 2.00 | 300.00 | 600.00 |
| 06/06/22 | L.A. Szymanski | Communications w/ Marsh's counsel re: ▮▮▮▮ (.5) | 0.50 | 850.00 | 425.00 |
| 06/06/22 | L.A. Szymanski | Communications w/ RS team & Committees re: ▮▮▮▮ (.5) | 0.50 | 850.00 | 425.00 |
| 06/06/22 | L.A. Szymanski | Review ▮▮▮▮ | 1.60 | 850.00 | 1,360.00 |
| 06/06/22 | P.E. Breene | Call with Kramer, Hoff and | 0.20 | 1,290.00 | 258.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Shook Hardy Counsel for IQUVIA re ███ ████ | | | |
| 06/06/22 | P.E. Breene | Call with Kramer re ███ ████ | 0.20 | 1,290.00 | 258.00 |
| 06/06/22 | P.E. Breene | ████ e-mail ████. | 0.10 | 1,290.00 | 129.00 |
| 06/06/22 | L.A. Szymanski | Participate in conference call w/ COBRA team re: ████ ████ | 0.50 | 850.00 | 425.00 |
| 06/06/22 | L.A. Szymanski | Communications w/ L. Simmonds, RS team & C. Ricarte re: ████ ████ | 0.50 | 850.00 | 425.00 |
| 06/07/22 | J.B. Berringer | Review emails re ████ (.50); email L. Szymanski re ████ (.10) ; emails Szymanski re ████ (.40) | 1.00 | 1,205.00 | 1,205.00 |
| 06/07/22 | L. E. Simmonds | Organize/prepare ████ . | 4.00 | 300.00 | 1,200.00 |
| 06/07/22 | L. E. Simmonds | Analyze Cobra and TCDI re: ████ ████ . | 1.00 | 300.00 | 300.00 |
| 06/07/22 | L.A. Szymanski | Communications w/ Marsh's counsel & Gilbert re: ████ | 0.40 | 850.00 | 340.00 |
| 06/07/22 | L.A. Szymanski | Continue drafting ████ | 4.30 | 850.00 | 3,655.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 06/07/22 | L.A. Szymanski | Communications w/ L. Simmonds re: ███ | 0.20 | 850.00 | 170.00 |
| 06/07/22 | L.A. Szymanski | Communications w/ L. Simmonds & COBRA team re: ███ | 0.50 | 850.00 | 425.00 |
| 06/07/22 | L.A. Szymanski | Communications w/ R. Hoff re: ███ | 0.30 | 850.00 | 255.00 |
| 06/07/22 | L.A. Szymanski | Communications w/ COBRA team re: ███ | 0.20 | 850.00 | 170.00 |
| 06/08/22 | A. Kramer | Respond to questions re ███ | 0.20 | 1,305.00 | 261.00 |
| 06/08/22 | A. Kramer | E-mail exchange with Ricarte, Hoff, Clendenen and RS team re ███ | 0.40 | 1,305.00 | 522.00 |
| 06/08/22 | P.E. Breene | Work on ███. | 2.00 | 1,290.00 | 2,580.00 |
| 06/08/22 | J.B. Berringer | Review emails re ███ (.40); review ███ (1.80); email L. Szymanski re ███ (.40) | 2.60 | 1,205.00 | 3,133.00 |
| 06/08/22 | L. E. Simmonds | Analyze ███. | 2.50 | 300.00 | 750.00 |
| 06/08/22 | L. E. Simmonds | Analyze Cobra and TCDI databases re: ███ | 0.50 | 300.00 | 150.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/08/22 | L. E. Simmonds | Begin analyzing ▮ | 1.50 | 300.00 | 450.00 |
| 06/08/22 | A. Crawford | Participate in ▮ | 2.00 | 715.00 | 1,430.00 |
| 06/08/22 | A. Crawford | Revise draft ▮. | 1.20 | 715.00 | 858.00 |
| 06/08/22 | L.A. Szymanski | Participate in conference call ▮ re: ▮ | 2.00 | 850.00 | 1,700.00 |
| 06/08/22 | L.A. Szymanski | Communications w/ L. Simmonds re: ▮ | 0.20 | 850.00 | 170.00 |
| 06/08/22 | L.A. Szymanski | Communications w/ COBRA team re: ▮ | 1.00 | 850.00 | 850.00 |
| 06/08/22 | L.A. Szymanski | Communications w/ S. Rhea re: ▮ | 0.50 | 850.00 | 425.00 |
| 06/08/22 | L.A. Szymanski | Communications w/ C. Ricarte & RS team re: ▮ | 1.00 | 850.00 | 850.00 |
| 06/08/22 | L.A. Szymanski | Communications w/ Gilbert & A. Crawford re: ▮ | 0.30 | 850.00 | 255.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/08/22 | L.A. Szymanski | Communications w/ RS team & Committees re: ▮ | 0.50 | 850.00 | 425.00 |
| 06/08/22 | L.A. Szymanski | Review ▮ | 3.60 | 850.00 | 3,060.00 |
| 06/09/22 | A. Kramer | email exchange with RS Team re ▮ | 0.20 | 1,305.00 | 261.00 |
| 06/09/22 | A. Kramer | Conference call with Hoff and RS Team re ▮ | 1.20 | 1,305.00 | 1,566.00 |
| 06/09/22 | A. N. Kitchen | Continued reviewing ▮ | 0.80 | 660.00 | 528.00 |
| 06/09/22 | J.B. Berringer | Revisions to ▮ (.80); review of ▮ (.80); review materials re ▮ (.20); attendance on c/c re ▮ (1.20); email to team re ▮ (.10). | 3.10 | 1,205.00 | 3,735.50 |
| 06/09/22 | P.E. Breene | Call with RS Team and Hoff re ▮. | 1.30 | 1,290.00 | 1,677.00 |
| 06/09/22 | L. E. Simmonds | Continue analyzing ▮. | 2.90 | 300.00 | 870.00 |
| 06/09/22 | L. E. Simmonds | Draft ▮. | 0.30 | 300.00 | 90.00 |
| 06/09/22 | A. Crawford | Prepare for and participate in call regarding ▮. | 1.20 | 715.00 | 858.00 |
| 06/09/22 | A. Crawford | Revise draft ▮ | 2.90 | 715.00 | 2,073.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/09/22 | A. Crawford | Review and analyze | 1.50 | 715.00 | 1,072.50 |
| 06/09/22 | L.A. Szymanski | Participate in conference call re: | 0.40 | 850.00 | 340.00 |
| 06/09/22 | L.A. Szymanski | Communications w/ paralegal L. Simmonds re: | 0.20 | 850.00 | 170.00 |
| 06/09/22 | L.A. Szymanski | Review | 2.00 | 850.00 | 1,700.00 |
| 06/09/22 | L.A. Szymanski | Communications w/ Gilbert team re: | 0.40 | 850.00 | 340.00 |
| 06/09/22 | L.A. Szymanski | Communications w/ Gilbert & re: | 1.00 | 850.00 | 850.00 |
| 06/09/22 | L.A. Szymanski | Participate in conference call w/ RS team & R. Hoff re: | 1.20 | 850.00 | 1,020.00 |
| 06/09/22 | L.A. Szymanski | Communications w/ RS paralegals re: | 0.40 | 850.00 | 340.00 |
| 06/09/22 | S. B. Rhea | Finalize and submit | 0.40 | 315.00 | 126.00 |
| 06/09/22 | J. E. Kraus | Researched | 3.20 | 550.00 | 1,760.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/09/22 | L.A. Szymanski | Revise █████ | 1.40 | 850.00 | 1,190.00 |
| 06/09/22 | L.A. Szymanski | Communications w/ Navigators' counsel re: O'Connor deposition | 0.40 | 850.00 | 340.00 |
| 06/10/22 | A. Kramer | Review/analyze/revise ████ | 4.70 | 1,305.00 | 6,133.50 |
| 06/10/22 | P.E. Breene | Call with Committees re ██████ | 1.00 | 1,290.00 | 1,290.00 |
| 06/10/22 | P.E. Breene | Further revision ██████ | 1.00 | 1,290.00 | 1,290.00 |
| 06/10/22 | A. Kramer | email exchange with Ricarte, Hoff and RS Team re ████ | 0.20 | 1,305.00 | 261.00 |
| 06/10/22 | A. N. Kitchen | Continued reviewing ██████ | 0.80 | 660.00 | 528.00 |
| 06/10/22 | L. E. Simmonds | revise █████ (.5) Update privilege log information re: ████ ████ (.3) | 0.80 | 300.00 | 240.00 |
| 06/10/22 | L. E. Simmonds | Continue analyzing ██████ | 1.50 | 300.00 | 450.00 |
| 06/10/22 | A. Crawford | Prepare for and participate in conference with UCC and AHC regarding ████ | 1.10 | 715.00 | 786.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/10/22 | A. Crawford | Finalize and send | 0.80 | 715.00 | 572.00 |
| 06/10/22 | A. Crawford | Revise correspondence | 1.90 | 715.00 | 1,358.50 |
| 06/10/22 | L.A. Szymanski | Communications w/ Navigators counsel re: | 0.50 | 850.00 | 425.00 |
| 06/10/22 | L.A. Szymanski | Revise | 2.00 | 850.00 | 1,700.00 |
| 06/10/22 | L.A. Szymanski | Review and analyze | 1.00 | 850.00 | 850.00 |
| 06/10/22 | L.A. Szymanski | Communications w/ client re: | 0.40 | 850.00 | 340.00 |
| 06/10/22 | L.A. Szymanski | Communications w/ S. Rhea re: | 0.40 | 850.00 | 340.00 |
| 06/10/22 | J.B. Berringer | Review emails LSzymanski, P. Breene re ____ (.40); review Szymanski email re ____ reply to email (.30). | 0.70 | 1,205.00 | 843.50 |
| 06/10/22 | J. E. Kraus | Researched | 4.70 | 550.00 | 2,585.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/10/22 | L.A. Szymanski | Participate in conference call w/ RS team & Committees re: ███████ | 1.00 | 850.00 | 850.00 |
| 06/10/22 | L.A. Szymanski | Participate in conference call w/ A. Crawford & Committees re: ███████ and communications w/ COBRA team re: ██ | 0.50 | 850.00 | 425.00 |
| 06/11/22 | L. E. Simmonds | Complete analyzing ███████ | 2.70 | 300.00 | 810.00 |
| 06/12/22 | L.A. Szymanski | Review & analyze ███████ | 0.50 | 850.00 | 425.00 |
| 06/12/22 | A. N. Kitchen | Conferred with L. Szymanski and J. Kraus re ███████ | 0.10 | 660.00 | 66.00 |
| 06/13/22 | L.A. Szymanski | Participate in conference call w/ COBRA team & Gilbert team re: ███████ | 0.50 | 850.00 | 425.00 |
| 06/13/22 | L.A. Szymanski | Email w/ RS team re: ███████ | 0.20 | 850.00 | 170.00 |
| 06/13/22 | L.A. Szymanski | Communications w/ COBRA re: ███████ | 0.20 | 850.00 | 170.00 |
| 06/13/22 | L.A. Szymanski | Communications w/ Gilbert re: ███████ | 0.10 | 850.00 | 85.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/22 | L.A. Szymanski | Communications w/ RS team re: | 0.60 | 850.00 | 510.00 |
| 06/13/22 | L.A. Szymanski | Communications w/ S. Rhea re: & communications w/ rest of RS team re: | 0.50 | 850.00 | 425.00 |
| 06/13/22 | L.A. Szymanski | Revise | 0.50 | 850.00 | 425.00 |
| 06/13/22 | L.A. Szymanski | Communications w/ A. DeLeo re: | 0.20 | 850.00 | 170.00 |
| 06/13/22 | L.A. Szymanski | Participate in prep call w/ | 0.70 | 850.00 | 595.00 |
| 06/13/22 | L.A. Szymanski | Participate in conference call w/ S. Rhea & A. Crawford re: | 0.40 | 850.00 | 340.00 |
| 06/13/22 | L.A. Szymanski | Participate in weekly team call re: w/ RS team, C. Ricarte & R. Hoff | 0.40 | 850.00 | 340.00 |
| 06/13/22 | L.A. Szymanski | Communications w/ L. Simmonds re: | 0.50 | 850.00 | 425.00 |
| 06/13/22 | L.A. Szymanski | Attention to research done re: and communications w/ A. Kitchen & J. Kraus re: | 0.50 | 850.00 | 425.00 |
| 06/13/22 | L.A. Szymanski | Attention to documents | 0.80 | 850.00 | 680.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/22 | A. Kramer | Conference call with Ricarte, Hoff, Breene, Szymanski and Crawford re ██████████. | 0.60 | 1,305.00 | 783.00 |
| 06/13/22 | A. Crawford | Prepare for and participate in weekly ██████ call. | 0.60 | 715.00 | 429.00 |
| 06/13/22 | A. Crawford | Prepare/participate in ██████ call. | 0.30 | 715.00 | 214.50 |
| 06/13/22 | A. N. Kitchen | Continued reviewing and analyzing ██████████ | 7.70 | 660.00 | 5,082.00 |
| 06/13/22 | J.B. Berringer | Review L. Szymanski emails re ██████████ (.20); t/c ████ re ██████ (.50); review ██████████ (.90); review Szymanski email, research re ██████████ (.80) | 2.40 | 1,205.00 | 2,892.00 |
| 06/13/22 | L. E. Simmonds | Analyze TCDI and Cobra databases re: ██████████ | 1.50 | 300.00 | 450.00 |
| 06/13/22 | A. Crawford | Prepare/participate in ██████████ call. | 1.20 | 715.00 | 858.00 |
| 06/13/22 | A. Crawford | Prepare/participate in ██████████ call. | 1.30 | 715.00 | 929.50 |
| 06/13/22 | A. Crawford | Begin draft ██████████ | 1.60 | 715.00 | 1,144.00 |
| 06/13/22 | L. E. Simmonds | Analyze ██████████ | 1.00 | 300.00 | 300.00 |
| 06/13/22 | P.E. Breene | Regular Monday ██████ call. | 0.50 | 1,290.00 | 645.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/22 | P.E. Breene | Review ███████. | 2.00 | 1,290.00 | 2,580.00 |
| 06/13/22 | S. B. Rhea | Review ████████ ████████. | 1.80 | 315.00 | 567.00 |
| 06/14/22 | A. Kramer | Analyze ██████ | 2.70 | 1,305.00 | 3,523.50 |
| 06/14/22 | J.B. Berringer | Attendance ████████ | 2.10 | 1,205.00 | 2,530.50 |
| 06/14/22 | A. N. Kitchen | Continued reviewing and analyzing case law on number of occurrences. | 1.80 | 660.00 | 1,188.00 |
| 06/14/22 | L.A. Szymanski | Prepare for and attend/participate in deposition of Ryan O'Connor (Marsh). | 8.00 | 850.00 | 6,800.00 |
| 06/14/22 | L. E. Simmonds | Update ██████████ ██████ Download ████. Create and file ████████ | 1.00 | 300.00 | 300.00 |
| 06/14/22 | L. E. Simmonds | Analyze Cobra database re: ████████. | 0.50 | 300.00 | 150.00 |
| 06/14/22 | L. E. Simmonds | Begin to analyze █████ ███ and compile ███████. | 0.70 | 300.00 | 210.00 |
| 06/14/22 | A. Crawford | Prepare for and attend Marsh deposition. | 7.80 | 715.00 | 5,577.00 |
| 06/15/22 | L.A. Szymanski | Draft ████████████ | 1.60 | 850.00 | 1,360.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/15/22 | L.A. Szymanski | Communications w/ COBRA team re: | 0.50 | 850.00 | 425.00 |
| 06/15/22 | L.A. Szymanski | Review | 0.50 | 850.00 | 425.00 |
| 06/15/22 | A. Crawford | Revise draft | 2.40 | 715.00 | 1,716.00 |
| 06/15/22 | L.A. Szymanski | Email communications w/ R. Hoff & RS team re: | 0.20 | 850.00 | 170.00 |
| 06/15/22 | L.A. Szymanski | Email communications w/ Gilbert team re: | 0.20 | 850.00 | 170.00 |
| 06/15/22 | L.A. Szymanski | Email communications w/ A. Kramer, P. Breene & C. Ricarte re: | 0.60 | 850.00 | 510.00 |
| 06/15/22 | L.A. Szymanski | Revise letter | 0.20 | 850.00 | 170.00 |
| 06/15/22 | L.A. Szymanski | Attention to email from Gilbert re: | 0.50 | 850.00 | 425.00 |
| 06/15/22 | L.A. Szymanski | Email communications w/ J. Beeber (Marsh) re: | 0.10 | 850.00 | 85.00 |
| 06/15/22 | A. Kramer | email exchange with Breene and Szymanski re | 0.20 | 1,305.00 | 261.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/15/22 | P.E. Breene | Draft and revise ██████ | 1.00 | 1,290.00 | 1,290.00 |
| 06/15/22 | L. E. Simmonds | Begin to analyze ██████ ████ and create ██████ | 1.50 | 300.00 | 450.00 |
| 06/15/22 | L. E. Simmonds | Analyze ██████████ | 1.70 | 300.00 | 510.00 |
| 06/15/22 | L. E. Simmonds | Analyze ██████ | 0.50 | 300.00 | 150.00 |
| 06/15/22 | J.B. Berringer | Review ██████ (.60); review email re ██████ (.60); review ██████ (.80); t/c team, witness (.50) | 2.50 | 1,205.00 | 3,012.50 |
| 06/15/22 | J. E. Kraus | Researched ██████ | 2.40 | 550.00 | 1,320.00 |
| 06/16/22 | L.A. Szymanski | Participate in conference call w/ A. Kitchen & J. Kraus re: ██████ | 0.40 | 850.00 | 340.00 |
| 06/16/22 | L.A. Szymanski | Prepare for and participate in conference call w/ Committees & RS team re: ██████ | 1.00 | 850.00 | 850.00 |
| 06/16/22 | L.A. Szymanski | Communications w/ J. Beeber (Marsh's counsel) re: ██████ (.2). | 0.20 | 850.00 | 170.00 |
| 06/16/22 | L.A. Szymanski | Communications w/ R. Hoff re: ██████ | 0.20 | 850.00 | 170.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 06/16/22 | L.A. Szymanski | Communications w/ L. Simmonds & COBRA team re: ███████ | 0.40 | 850.00 | 340.00 |
| 06/16/22 | A. Crawford | Prepare/participate in call regarding ███████ | 1.00 | 715.00 | 715.00 |
| 06/16/22 | A. Kramer | Zoom call with Shook Hardy, Hoff and RS Team re ███ | 0.20 | 1,305.00 | 261.00 |
| 06/16/22 | A. Kramer | Research/respond to ███████ | 0.40 | 1,305.00 | 522.00 |
| 06/16/22 | A. Kramer | Analyze ███████ | 1.80 | 1,305.00 | 2,349.00 |
| 06/16/22 | A. Kramer | Telephone conversations with Breene re ███████ | 0.20 | 1,305.00 | 261.00 |
| 06/16/22 | A. Kramer | Conference call with RS Team and committee counsel re ███████ | 0.80 | 1,305.00 | 1,044.00 |
| 06/16/22 | A. Crawford | Revise ███████ | 2.00 | 715.00 | 1,430.00 |
| 06/16/22 | L.A. Szymanski | Research re: ███████ | 2.00 | 850.00 | 1,700.00 |
| 06/16/22 | L.A. Szymanski | Communications w/ RS team re: ███████ | 0.50 | 850.00 | 425.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/16/22 | L.A. Szymanski | Communications w/ Committees re: | 0.30 | 850.00 | 255.00 |
| 06/16/22 | J. E. Kraus | Call with Lisa Szymanski and Adrienne Kitchen | 0.40 | 550.00 | 220.00 |
| 06/16/22 | A. N. Kitchen | call re | 0.40 | 660.00 | 264.00 |
| 06/16/22 | L. E. Simmonds | Complete analysis | 2.00 | 300.00 | 600.00 |
| 06/16/22 | L. E. Simmonds | Analyze TCDI database re: | 0.50 | 300.00 | 150.00 |
| 06/16/22 | L. E. Simmonds | Analyze Cobra database re: | 0.80 | 300.00 | 240.00 |
| 06/16/22 | J.B. Berringer | Review emails re | 0.50 | 1,205.00 | 602.50 |
| 06/17/22 | L.A. Szymanski | Communications w/ J. Beeber (Marsh) re: | 0.50 | 850.00 | 425.00 |
| 06/17/22 | L.A. Szymanski | Participate in conference call w/ Gilbert & UCC & RS team re: | 1.00 | 850.00 | 850.00 |
| 06/17/22 | L.A. Szymanski | Communications w/ M. Rush (Gilbert) & COBRA team re: | 0.50 | 850.00 | 425.00 |
| 06/17/22 | L.A. Szymanski | Communications w/ L. | 0.20 | 850.00 | 170.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Simmonds & Committees re: ██████ | | | |
| 06/17/22 | L.A. Szymanski | Communications w/ R. Hoff & RS team re: ██████ | 0.30 | 850.00 | 255.00 |
| 06/17/22 | L.A. Szymanski | Communications w/ RS team & R. Hoff re: ██████ | 0.20 | 850.00 | 170.00 |
| 06/17/22 | L.A. Szymanski | Communications w/ A. Crawford & COBRA team re: ██████ | 0.30 | 850.00 | 255.00 |
| 06/17/22 | L.A. Szymanski | Attention ██████ | 0.50 | 850.00 | 425.00 |
| 06/17/22 | A. Kramer | Analyze ██████ | 1.70 | 1,305.00 | 2,218.50 |
| 06/17/22 | A. Kramer | Conference call with co-plaintiffs counsel re ██████ | 1.00 | 1,305.00 | 1,305.00 |
| 06/17/22 | A. Kramer | draft ██████ | 0.30 | 1,305.00 | 391.50 |
| 06/17/22 | J.B. Berringer | Prep for, attendance on call with team and UCC counsel re ██████ (1.00); review ██████, ██████ (.50) | 1.50 | 1,205.00 | 1,807.50 |
| 06/17/22 | A. N. Kitchen | Continued researching and | 4.00 | 660.00 | 2,640.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | analyzing ▓▓▓▓ ▓. | | | |
| 06/18/22 | L.A. Szymanski | Attention to research ▓▓ ▓▓▓▓▓▓▓ | 1.80 | 850.00 | 1,530.00 |
| 06/19/22 | L.A. Szymanski | Attention to research ▓ ▓▓▓▓▓▓▓ | 1.40 | 850.00 | 1,190.00 |
| 06/20/22 | L.A. Szymanski | Expand ▓▓▓▓ | 5.70 | 850.00 | 4,845.00 |
| 06/20/22 | L.A. Szymanski | Phone call w/ Marsh's counsel re: ▓▓▓▓ | 0.20 | 850.00 | 170.00 |
| 06/20/22 | L.A. Szymanski | Email communications w/ RS team re: ▓▓▓▓ | 0.20 | 850.00 | 170.00 |
| 06/20/22 | L.A. Szymanski | Participate in weekly team conference call re: ▓▓▓ w/ RS team, C. Ricarte & R. Hoff | 0.70 | 850.00 | 595.00 |
| 06/20/22 | L.A. Szymanski | Communications w/ R. Hoff re: ▓▓▓ | 0.30 | 850.00 | 255.00 |
| 06/20/22 | L.A. Szymanski | Communications w/ UCC re: ▓▓▓ | 0.30 | 850.00 | 255.00 |
| 06/20/22 | L.A. Szymanski | Communications w/ Gilbert & A. Crawford re: ▓▓▓ | 0.30 | 850.00 | 255.00 |
| 06/20/22 | J.B. Berringer | Email L. Szymanski re ▓▓▓ (.40); attendance on team conference call | 1.50 | 1,205.00 | 1,807.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: +1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | (.70);review emails re ▮ ▮ (.40) | | | |
| 06/20/22 | A. Kramer | Weekly ▮ call with Ricarte, Doyle, Hoff, Breene, Szymanski and Crawford re ▮ | 0.70 | 1,305.00 | 913.50 |
| 06/20/22 | A. Kramer | Email exchange with Szymanski et al re ▮ | 0.20 | 1,305.00 | 261.00 |
| 06/20/22 | A. Crawford | Prepare/participate in weekly ▮ call. | 0.70 | 715.00 | 500.50 |
| 06/20/22 | A. Crawford | Finalize correspondence ▮ | 1.60 | 715.00 | 1,144.00 |
| 06/21/22 | J.B. Berringer | Review emails re ▮ | 0.40 | 1,205.00 | 482.00 |
| 06/21/22 | L. E. Simmonds | Analyze TCDI database re: ▮ . | 1.00 | 300.00 | 300.00 |
| 06/21/22 | L. E. Simmonds | Complete analysis ▮ | 1.50 | 300.00 | 450.00 |
| 06/21/22 | L. E. Simmonds | Complete analysis ▮ | 1.30 | 300.00 | 390.00 |
| 06/21/22 | L.A. Szymanski | Attention to request from A. Crawford (UCC) re: ▮ | 0.60 | 850.00 | 510.00 |
| 06/21/22 | A. Kramer | work on ▮ with Szymanski and Breene, ▮ | 0.80 | 1,305.00 | 1,044.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 06/21/22 | A. Crawford | Prepare/participate in call regarding | 0.90 | 715.00 | 643.50 |
| 06/21/22 | A. Crawford | Review correspondence regarding | 0.40 | 715.00 | 286.00 |
| 06/21/22 | L.A. Szymanski | Prepare for and participate in conference call between RS and Gilbert teams re: | 0.60 | 850.00 | 510.00 |
| 06/21/22 | L.A. Szymanski | Participate in conference call w/ Committees & RS Team re: | 1.00 | 850.00 | 850.00 |
| 06/21/22 | L.A. Szymanski | Communications w/ COBRA & Gilbert teams re: | 0.40 | 850.00 | 340.00 |
| 06/21/22 | L.A. Szymanski | Communications w/ J. Rubenstein (Gilbert) re: | 0.20 | 850.00 | 170.00 |
| 06/21/22 | L.A. Szymanski | Communications w/ paralegal L. Simmonds & A. Kramer, P. Breene re: | 0.30 | 850.00 | 255.00 |
| 06/21/22 | L.A. Szymanski | Communications w/ S. Rhea & L. Simmonds re: | 0.40 | 850.00 | 340.00 |
| 06/21/22 | L.A. Szymanski | Email communications w/ Dechert re: | 0.60 | 850.00 | 510.00 |
| 06/21/22 | L.A. Szymanski | Attention to request from Gilbert re: | 2.50 | 850.00 | 2,125.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ▋▋▋ and communications w/ L. Simmonds & A. Kramer re: ▋▋ | | | |
| 06/22/22 | L.A. Szymanski | Communications w/ Gilbert re:▋▋ | 0.40 | 850.00 | 340.00 |
| 06/22/22 | L.A. Szymanski | Communications w/ R. Hoff re:▋▋ | 0.20 | 850.00 | 170.00 |
| 06/22/22 | L.A. Szymanski | Email communications w/ A. Kramer, R. Hoff & P. Breene re:▋▋ | 0.30 | 850.00 | 255.00 |
| 06/22/22 | J. E. Kraus | Researched ▋▋ | 2.10 | 550.00 | 1,155.00 |
| 06/22/22 | A. N. Kitchen | Continued reviewing and analyzing ▋▋ (6.10) and conferred with L. Szymanski, J. Kraus re same (.20). | 6.30 | 660.00 | 4,158.00 |
| 06/22/22 | L.A. Szymanski | Participate in conference call w/ M. Rush & COBRA re:▋▋ | 0.50 | 850.00 | 425.00 |
| 06/22/22 | L.A. Szymanski | Communications w/ RS team re:▋▋ | 0.20 | 850.00 | 170.00 |
| 06/22/22 | L.A. Szymanski | Email communications w/ A. Kramer, P. Breene & J. Berringer re:▋▋ | 0.30 | 850.00 | 255.00 |
| 06/22/22 | L.A. Szymanski | Revise/expand memo re: | 3.70 | 850.00 | 3,145.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/22/22 | L.A. Szymanski | Email communications w/ A. Kitchen & J. Kraus re: ███ | 0.20 | 850.00 | 170.00 |
| 06/22/22 | L.A. Szymanski | Review ███ | 0.50 | 850.00 | 425.00 |
| 06/22/22 | A. Kramer | Review ███ | 0.70 | 1,305.00 | 913.50 |
| 06/22/22 | A. Kramer | Review ███ | 0.50 | 1,305.00 | 652.50 |
| 06/22/22 | A. Kramer | revise/finalize ███ | 0.30 | 1,305.00 | 391.50 |
| 06/22/22 | A. Kramer | email exchanges with RS Team re ███ | 0.30 | 1,305.00 | 391.50 |
| 06/22/22 | A. Kramer | Review ███ | 0.10 | 1,305.00 | 130.50 |
| 06/22/22 | A. Kramer | email exchanges with ███ | 0.10 | 1,305.00 | 130.50 |
| 06/23/22 | A. N. Kitchen | Continued reviewing and analyzing ███ (3.60) and reviewed ███ (3.0). | 6.60 | 660.00 | 4,356.00 |
| 06/23/22 | L. E. Simmonds | Analyze COBRA/TCDI databases re: ███ | 1.10 | 300.00 | 330.00 |
| 06/23/22 | L. E. Simmonds | Analyze all documents provided by Gilbert re: ███. Edit ███. | 1.00 | 300.00 | 300.00 |
| 06/23/22 | L. E. Simmonds | Analyze ███ | 0.90 | 300.00 | 270.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ▮ | | | |
| 06/23/22 | P.E. Breene | Call with Kramer and Lisa S. re ▮ | 1.00 | 1,290.00 | 1,290.00 |
| 06/23/22 | L.A. Szymanski | Communications w/ S. Rhea re: ▮ | 0.20 | 850.00 | 170.00 |
| 06/23/22 | L.A. Szymanski | Communications w/ L. Simmonds re: ▮ | 0.80 | 850.00 | 680.00 |
| 06/23/22 | L.A. Szymanski | Communications w/ UCC re: ▮ | 0.20 | 850.00 | 170.00 |
| 06/23/22 | L.A. Szymanski | Attention to ▮ | 0.50 | 850.00 | 425.00 |
| 06/23/22 | L.A. Szymanski | Communications w/ R. Hoff re: ▮ | 0.20 | 850.00 | 170.00 |
| 06/23/22 | L.A. Szymanski | Communications w/ Dechert re: ▮ | 0.10 | 850.00 | 85.00 |
| 06/23/22 | L.A. Szymanski | Communications with J. Beeber re: ▮ | 0.20 | 850.00 | 170.00 |
| 06/23/22 | L.A. Szymanski | Communications w/ paralegal L. Simmonds & Gilbert team re: ▮ | 0.40 | 850.00 | 340.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 06/23/22 | A. Kramer | Conference call with RS Team re | 1.00 | 1,305.00 | 1,305.00 |
| 06/23/22 | L.A. Szymanski | Participate in conference call w/ P. Breene & A. Kramer re: | 1.00 | 850.00 | 850.00 |
| 06/23/22 | J. E. Kraus | Researched | 0.80 | 550.00 | 440.00 |
| 06/24/22 | A. N. Kitchen | Participated in ▇▇ call with L. Szymanski, J. Kraus (.5); continued ▇▇ (6.0). | 6.50 | 660.00 | 4,290.00 |
| 06/24/22 | L.A. Szymanski | Review | 0.20 | 850.00 | 170.00 |
| 06/24/22 | L.A. Szymanski | Communications w/ Committees & RS team re: | 0.20 | 850.00 | 170.00 |
| 06/24/22 | L.A. Szymanski | Attention to | 0.10 | 850.00 | 85.00 |
| 06/24/22 | L.A. Szymanski | Participate in conference call re: | 0.50 | 850.00 | 425.00 |
| 06/24/22 | L.A. Szymanski | Draft email to J. Kraus & A. Kitchen | 0.50 | 850.00 | 425.00 |
| 06/24/22 | L.A. Szymanski | Review | 0.20 | 850.00 | 170.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/24/22 | L.A. Szymanski | Participate in conference call w | 0.30 | 850.00 | 255.00 |
| 06/24/22 | L.A. Szymanski | Communications w/ RS team & Gilbert re: | 0.20 | 850.00 | 170.00 |
| 06/24/22 | L.A. Szymanski | Revise | 3.30 | 850.00 | 2,805.00 |
| 06/24/22 | A. Kramer | Review/revise | 0.40 | 1,305.00 | 522.00 |
| 06/24/22 | L. E. Simmonds | Analyze | 1.00 | 300.00 | 300.00 |
| 06/24/22 | J. E. Kraus | Call with Lisa Szymanski and Adrienne Kitchen | 0.50 | 550.00 | 275.00 |
| 06/27/22 | A. Crawford | Review and analyze | 1.00 | 715.00 | 715.00 |
| 06/27/22 | J.B. Berringer | Review and reply to P. Breene email re | 0.50 | 1,205.00 | 602.50 |
| 06/27/22 | L.A. Szymanski | Email communications w/ M. Rush (Gilbert), R. Hoff & A. Crawford re: | 0.40 | 850.00 | 340.00 |
| 06/27/22 | L.A. Szymanski | Email communications w/ UCC & Dechert re: | 0.20 | 850.00 | 170.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/27/22 | L.A. Szymanski | Review email communications from Richard Shore (Gilbert) re: ███ | 0.20 | 850.00 | 170.00 |
| 06/27/22 | A. N. Kitchen | Continued research and analysis ███ | 4.20 | 660.00 | 2,772.00 |
| 06/28/22 | A. Kramer | Review ███ | 0.20 | 1,305.00 | 261.00 |
| 06/28/22 | L. E. Simmonds | Receive ███ | 1.80 | 300.00 | 540.00 |
| 06/28/22 | L. E. Simmonds | Receive and transmit ███ | 0.80 | 300.00 | 240.00 |
| 06/28/22 | J.B. Berringer | Review ███, email P. Breene, A. Crawford re same | 0.60 | 1,205.00 | 723.00 |
| 06/28/22 | A. N. Kitchen | Continued research and analysis ███ | 1.90 | 660.00 | 1,254.00 |
| 06/28/22 | L.A. Szymanski | Communications w/ UCC re: ███ | 0.20 | 850.00 | 170.00 |
| 06/29/22 | A. Kramer | Draft and revise ███ | 0.70 | 1,305.00 | 913.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 06/29/22 | L.A. Szymanski | Communications w/ paralegal L. Simmonds re: | 0.20 | 850.00 | 170.00 |
| 06/29/22 | L.A. Szymanski | Communications w/ paralegal L. Simmonds & R. Hoff re: | 0.30 | 850.00 | 255.00 |
| 06/29/22 | L.A. Szymanski | Communications w/ re: | 0.10 | 850.00 | 85.00 |
| 06/29/22 | J. E. Kraus | Researched | 4.60 | 550.00 | 2,530.00 |
| 06/29/22 | L. E. Simmonds | Complete | 0.50 | 300.00 | 150.00 |
| 06/29/22 | L. E. Simmonds | Analyze all Purdue Productions re: | 1.50 | 300.00 | 450.00 |
| 06/29/22 | L. E. Simmonds | Download all documentation. Begin to analyze | 2.50 | 300.00 | 750.00 |
| 06/29/22 | A. N. Kitchen | Continued | 3.90 | 660.00 | 2,574.00 |
| 06/30/22 | J.B. Berringer | Review/respond to email re (.40); | 0.60 | 1,205.00 | 723.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | review | | | |
| | | (.20) | | | |
| 06/30/22 | A. Crawford | Revise draft | 1.40 | 715.00 | 1,001.00 |
| 06/30/22 | A. Kramer | email exchanges with DPW and Committee counsel re | 0.30 | 1,305.00 | 391.50 |
| 06/30/22 | A. N. Kitchen | Continued reviewing and analyzing | 4.90 | 660.00 | 3,234.00 |
| 06/30/22 | L.A. Szymanski | Communications w/ Marsh's counsel re: | 0.10 | 850.00 | 85.00 |
| 06/30/22 | L. E. Simmonds | Receive, download, and transmit . Update | 0.80 | 300.00 | 240.00 |
| **Totals** | | | **392.10** | | **307,543.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 32.50 hrs @ $ | 1,305.00 / hr | 42,412.50 |
| Paul E. Breene | 16.50 hrs @ $ | 1,290.00 / hr | 21,285.00 |
| John B. Berringer | 29.00 hrs @ $ | 1,205.00 / hr | 34,945.00 |
| Lisa A. Szymanski | 112.30 hrs @ $ | 850.00 / hr | 95,455.00 |
| Anthony Crawford | 52.90 hrs @ $ | 715.00 / hr | 37,823.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Adrienne N. Kitchen | 72.90 hrs @ $ | 660.00 / hr | 48,114.00 |
| Jessica E. Kraus | 18.70 hrs @ $ | 550.00 / hr | 10,285.00 |
| Shikendra B. Rhea | 2.20 hrs @ $ | 315.00 / hr | 693.00 |
| Lianna E. Simmonds | 55.10 hrs @ $ | 300.00 / hr | 16,530.00 |
| **Total Professional Services** | | | **307,543.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 06/10/2022 | LISA SZYMANSKI - Rail - VENDOR: Lisa Szymanski, Jun 10, 2022, travel agent fee for train ride to NY | 41.00 |
| 06/10/2022 | LISA SZYMANSKI - Rail - VENDOR: Lisa Szymanski, Jun 10, 2022, fee for train ride to NY | 100.00 |
| 06/14/2022 | LISA SZYMANSKI - Uber - VENDOR: Lisa Szymanski, Jun 14, 2022, Uber from home to 30th St. Station | 48.54 |
| 06/14/2022 | LISA SZYMANSKI - Uber - VENDOR: Lisa Szymanski, Jun 14, 2022, Uber from Penn Station to deposition | 50.71 |
| 06/14/2022 | LISA SZYMANSKI - Rail - VENDOR: Lisa Szymanski, Jun 14, 2022, Train ride home from NY | 86.00 |
| | **Total Expenses and Other Charges** | **326.25** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 307,543.00 |
| Less 13% Fee Discount | $ | (39,980.59) |
| Total Fees | $ | 267,562.41 |
| Total Expenses and Other Charges | $ | 326.25 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **267,888.66** |
| **Total Amount Due** | **$** | **267,888.66** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:** **3523521** |
| One Stamford Forum | **Invoice Date:** **7/21/2022** |
| 201 Tresser Boulevard | **Client Number:** **395187** |
| Stamford, CT 06901 | **Matter Number:** **395187.60006** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Ins Adv Purdue Witness Representations**

---

| | | |
|---|---|---:|
| Fees......................................................................................................... | $ | 24,614.50 |
| Less 13% Fee Discount........................................................................ | $ | (3,199.89) |
| Total Current Fees............................................................................... | $ | 21,414.61 |
| **Total Due This Invoice:** | **$** | **21,414.61** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3523521** |
| Invoice Date: | **7/21/2022** |
| Client Number: | **395187** |
| Matter Number: | **395187.60006** |

**RE: Ins Adv Purdue Witness Representations**

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees................................................................................ | $ | 24,614.50 |
| Less 13% Fee Discount..................................................... | $ | (3,199.89) |
| Total Current Fees........................................................... | $ | 21,414.61 |
| **Total Due This Invoice:** | **$** | **21,414.61** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: IRVTUS3N (International)*
*Account #2-022-986*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: +1 212 521 5400
Fax: +1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | **Invoice Number:** 3523521<br>**Invoice Date:** 7/21/2022<br>**Client Number:** 395187<br>**Matter Number:** 395187.60006 |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/22 | P.E. Breene | Work on ███ | 2.50 | 1,290.00 | 3,225.00 |
| 06/03/22 | P.E. Breene | Work on ███ | 2.00 | 1,290.00 | 2,580.00 |
| 06/07/22 | P.E. Breene | Work on ███ | 1.50 | 1,290.00 | 1,935.00 |
| 06/14/22 | P.E. Breene | Work on ███ | 2.50 | 1,290.00 | 3,225.00 |
| 06/15/22 | A. Kramer | ███ call re ███ Breene, Berringer and Szymanski | 0.60 | 1,305.00 | 783.00 |
| 06/15/22 | A. Kramer | Telephone conversation with C. Ricarte re ███ | 1.00 | 1,305.00 | 1,305.00 |
| 06/15/22 | L.A. Szymanski | Participate in conference call ███ | 0.50 | 850.00 | 425.00 |
| 06/16/22 | L.A. Szymanski | Communications w/ L. Simmonds re: ███ | 0.20 | 850.00 | 170.00 |
| 06/16/22 | L. E. Simmonds | Communicate with Cobra Re: ███ | 0.30 | 300.00 | 90.00 |
| 06/16/22 | L. E. Simmonds | Analyze documents re: ███ | 1.00 | 300.00 | 300.00 |
| 06/16/22 | L.A. Szymanski | Review ███ documents | 2.00 | 850.00 | 1,700.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ███████ (2.0). | | | |
| 06/16/22 | P.E. Breene | Work on ██████████ ████. | 1.00 | 1,290.00 | 1,290.00 |
| 06/21/22 | L.A. Szymanski | Email communications w/ COBRA team re: ████████ | 0.20 | 850.00 | 170.00 |
| 06/22/22 | A. Kramer | email exchanges with Ricarte and RS Team re ████ | 0.30 | 1,305.00 | 391.50 |
| 06/22/22 | L.A. Szymanski | Draft ████████ | 0.30 | 850.00 | 255.00 |
| 06/27/22 | L.A. Szymanski | Review documents ████████ | 3.40 | 850.00 | 2,890.00 |
| 06/28/22 | L.A. Szymanski | Review ██████████ | 3.40 | 850.00 | 2,890.00 |
| 06/30/22 | L. E. Simmonds | Complete analysis ████████ ████. Transmit the same. | 3.30 | 300.00 | 990.00 |
| **Totals** | | | **26.00** | | **24,614.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 1.90 hrs @ $ | 1,305.00 / hr | 2,479.50 |
| Paul E. Breene | 9.50 hrs @ $ | 1,290.00 / hr | 12,255.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lisa A. Szymanski | 10.00 hrs @ $ | 850.00 / hr | 8,500.00 |
| Lianna E. Simmonds | 4.60 hrs @ $ | 300.00 / hr | 1,380.00 |
| **Total Professional Services** | | | **24,614.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Fees | $ | 24,614.50 |
| Less 13% Fee Discount | $ | (3,199.89) |
| Total Fees | $ | 21,414.61 |

| | | |
|---|---|---|
| **TOTAL CURRENT INVOICE DUE** | **$** | **21,414.61** |
| **Total Amount Due** | **$** | **21,414.61** |