UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 19-23649 (RDD) |
| PURDUE PHARMA, L.P. et al. | |
| Debtors. | |

------------------------------------------------------------------X

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE,** that the firm of Carter Ledyard & Milburn LLP (the "Firm") hereby notifies the Court and all parties of a change of address and requests that all future pleadings, distributions, notices and/or correspondence in this case be sent to the following address, effective July 25, 2022:

> Carter Ledyard & Milburn LLP
> 28 Liberty Street – 41st Floor
> New York, New York 10005

**PLEASE TAKE FURTHER NOTICE**, that the Firm's telephone and fax numbers and all e-mail addresses remain unchanged.

Dated: July 27, 2022

> CARTER LEDYARD & MILBURN LLP
>
> By:   /s/ Aaron R. Cahn
>         Aaron R. Cahn
> 28 Liberty Street – 41st Floor
> New York, New York 10005
> Tel. 212.732.3200
> Fax. 212.732.3232
> *Attorneys for the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General*

11088068.1