Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | May 1, 2022 through May 31, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

**This is a(n):**   <u>X</u> Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Fifth Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2022 through May 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from May 1, 2022 through and including May 31, 2022, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: July 27, 2022

**BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

**Exhibit A**

**Project Categories**

| Project Category | Total Hours |
|---|---|
| Case Administration | 0.90 |
| BK Retention and Fee Applications | 8.40 |
| Fee/Employment Applications- Retained Professionals | 87.60 |
| **Total** | **96.90** |

## Exhibit B

### Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 14.20 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 19.20 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 28.60 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 32.80 |
| Melissa Hartlipp | Law Clerk; joined B&K in 2020 | $175.00 | 2.10 |

**Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for May 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1389
**DATE** 05/31/2022
**DUE DATE** 05/31/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - May 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

**$24,250.00**

## **Exhibit D**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

July 19, 2022

Purdue Pharma, L.P.

**Invoice Number: 2573**
Invoice Period: 05-01-2022 - 05-31-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-02-2022 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Correspond with Debtor's counsel with respect to June interim fee hearing | | | |
| 05-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with debtor's counsel re: 8th interim fee apps and discuss schedule with T. Bielli | | | |
| 05-03-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to BK monthly fee apps | | | |
| 05-03-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Reed Smith review with T. Bielli | | | |
| 05-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review and edit interim report for Reed Smith | | | |
| 05-04-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Review monthly fee apps, discuss with T. Bielli | | | |
| 05-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Continued Review of Reed Smith's Final Fee Application | | | |
| 05-04-2022 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise, edit and file February Fee Statement | | | |
| 05-04-2022 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise, edit and file March Fee Statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-04-2022 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise, edit and file April Fee Statement | | | |
| 05-04-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 125.00 | 87.50 |
| | | redo Reed Smith interim letter | | | |
| 05-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Reed Smith final fee analysis and discuss with T. Bielli | | | |
| 05-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 125.00 | 100.00 |
| | | Review Reed Smith budgeting | | | |
| 05-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 125.00 | 212.50 |
| | | Draft February, March, April fee applications | | | |
| 05-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Draft Reed Smith third interim letter | | | |
| 05-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Create list with total number of hours billed in each month and interim | | | |
| 05-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Review prior monthlies with T. Bielli | | | |
| 05-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | Review Reed Smith professionals | | | |
| 05-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | Review March time entries for fee app | | | |
| 05-04-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 175.00 | 17.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; circulate as filed fee statements | | | |
| 05-05-2022 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 175.00 | 70.00 |
| | | [ALL] Case Administration; file maintenance of filing docs | | | |
| 05-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review of interim hearing transcript; email correspondence with Legal Decoder re: incorporation of additional rules in spend analysis engine; email correspondence with Kleinberg Kaplan re: data submission | | | |
| 05-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Receipt of Kleinberg Kaplan's 2nd monthly fee statement; email correspondence with Latham Watkins re: data submission; email correspondence with Legal Decoder re: E&Y data processing and Grant Thornton's 6th monthly data issues; Receipt of King & Spalding's 31st monthly fee statement and corresponding data; Receipt of PJT's 27th monthly fee statement | | | |
| 05-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Email correspondence with Legal Decoder re: published data and shortened time frame for analysis; Receipt of Arnold & Porter's 31st monthly fee statement and corresponding data | | | |
| 05-05-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails with BK team re: fee review | | | |
| 05-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Reed Smith response to interim report and discuss with T. Bielli | | | |
| 05-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Reed Smith's Response to Fee Examiner Review | | | |
| 05-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Kleinberg, Kaplan and team regarding fee review | | | |
| 05-07-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Email correspondence with Legal Decoder re: interim publishing schedule and rules changes around budgeting per Judge Drain's order; email correspondence with Sklar regarding Grant Thornton data issues; Receipt of Caplin's Third Interim Fee application and corresponding data; Email correspondence with Kaplan attorneys relating to data fields required for review; Receipt and review of email from Latham Watkins re: status of data submission; Receipt of Caplin's 29-31 monthly fee statements; Receipt of Grant Thornton's 7th monthly fee statement | | | |
| 05-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with team with respect to Reed Smith resolution | | | |
| 05-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Reed Smith response to interim report and reply accordingly | | | |
| 05-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: Reed Smith fee app resolution | | | |
| 05-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review UCC February fee statements | | | |
| 05-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with team with respect to Reed Smith resolution and next steps on interims | | | |
| 05-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Attention to Reed Smith Fee Application and resolution of same; correspond with Fee Examiner regarding presentation of reductions and presentment of interim scheduling order | | | |
| 05-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Voicemail and emails with King & Spalding re: expense guidelines | | | |
| 05-14-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Trouble shoot issues with incomplete data from Grant Thornton and email correspondence with Sklar re: missing tax service data; Receipt of UCC professionals' February monthly statements and corresponding data | | | |
| 05-14-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Dechert's February and March data; Receipt of Arnold Porter's 32nd monthly fee statement and corresponding data; Receipt of Grant Thornton's 8th monthly fee statement and corresponding data; email correspondence with Legal Decoder re: data for analysis; review of task assignment log | | | |
| 05-14-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Skadden's 29-31 monthly fee statements; Receipt of UCC professional's March fee statements; Receipt of Akin Gump's 30th monthly fee statement; Receipt of Kleinberg Kaplan's 3rd monthly fee statement; Receipt of Kroll's 5th monthly fee statement | | | |
| 05-14-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Receipt of E&Y's 12th monthly fee statement and 7th Interim Fee Application; Receipt of Jones Day's 28th and 29th monthly fee statements; Receipt of Pullman & Comley's 1st and 2nd monthly fee statements and correspondence to Davis Polk requesting contact information for same; Receipt of Davis Polk's 31st & 32nd monthly fee statements; Receipt of Dechert's 31st and 32nd monthly fee statements | | | |
| 05-14-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Review of Arnold & Porter's 30th &31st month data | | | |
| 05-14-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Begin review of Davis Polk's 30th month data | | | |
| 05-16-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.40 | 125.00 | 175.00 |
| | | Draft 7th interim fee app | | | |
| 05-16-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 350.00 | 525.00 |
| | | Review, revise and edit draft BK Interim Fee Application; compile exhibits; electronically file and serve same; correspond with Krull and DPW regarding service of same | | | |
| 05-16-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | | Attention to interim application for comp including review and sign off of same | | | |
| 05-16-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review various interim fee app filings | | | |
| 05-17-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Discuss next interim fee hearing and fee review with T. Bielli | | | |
| 05-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspond with Debtors counsel and PJT with respect to conference call regarding Fee Examiner's Review | | | |
| 05-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Notice of Hearing of Fee Applications; correspond with team regarding same | | | |
| 05-17-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Notice of Presentment and Proposed Order; correspond with team with respect to time line related to same | | | |
| 05-17-2022 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |
| | | Review agenda for 5/18 hearing | | | |
| 05-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Debtors' counsel regarding Latham & Watkins | | | |
| 05-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Davis Polk re: Latham interim fee app | | | |
| 05-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review notice of hearing for 8th interim fee app | | | |
| 05-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Reed Smith fee app and issues raised in prep for hearing | | | |
| 05-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attend hearing on Reed Smith final fee app | | | |
| 05-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for Reed Smith Final Fee Application | | | |
| 05-18-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attend hearing on Reed Smith Final Fee Application | | | |
| 05-18-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 175.00 | 280.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; update BK information excel, confirm discount amounts | | | |
| 05-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to interim fee app issues/review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Debtors' counsel regarding Latham & Watkins | | | |
| 05-20-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Organization and preparation of tracking software | | | |
| 05-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with team with respect to distribution of review data because of revised timing of period and expedited hearing | | | |
| 05-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee app review, discuss same with T. Bielli | | | |
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence to Pullman & Comley re: data instructions; Email correspondence with Sklar Kirsh re: Grant Thornton data instructions; Receipt of Arnold & Porter's 8th Interim Fee Application; Receipt of Kroll's fifth interim data; Receipt of King & Spalding's 8th Interim Fee Application | | | |
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Receipt of FTI's 30th and 31st month data; Receipt of E&Y's Seventh Interim data; Receipt of Otterbourg's 29-31st monthly fee statement, 8th Interim Fee Application, and corresponding data; Receipt of Gilbert's 30th & 31st month fee statement and corresponding data; Receipt of Gilbert's 8th Interim Fee Application; Receipt of UCC professionals' March data | | | |
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of UCC Professionals' April fee statements and corresponding data; email correspondence with B-K team re: interim hearing date; email correspondence with Latham & Watkins re: contacts for case; Receipt of Jones Day's 8th interim fee data; Receipt of Dechert's 32nd month data | | | |
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Latham Watkins 1st & 2nd monthly fee statement and 1st interim fee application; Receipt of Skadden's 8th Interim Fee application; email correspondence to Legal Decoder re: status of data published to LSA; correspondence with I. Bielli re: re-assignment of professionals and timeline; Receipt of Kramer Levin's 30th & 31st monthly fee statements and 8th interim fee application; email correspondence to Kramer Levin requesting interim data | | | |
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of FTI's 30th & 31st monthly fee statements and 8th interim fee application; Receipt of Houlihan's 26-28th monthly fee statements and 7th interim fee application; email correspondence to Houlihan requesting data; Receipt of Alix Partners' 31st & 32nd monthly fee statements and 8th interim fee application; correspondence to Alix requesting data | | | |
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Brown Rudnick's 29-31 monthly fee statements and 8th interim fee application; correspondence to Brown Rudnick requesting data; Receipt of KCC's 8th interim fee application; Receipt of Province's 8th interim fee application; Receipt of Bedell Cristin's Seventh Interim Fee Application; Receipt of Cole Schotz's Seventh Interim Fee Application; Receipt of Akin Gump's Eighth Interim Fee Application; Receipt of Dechert's Eighth | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Interim Fee Application | | | |
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |

Receipt of Pullman & Comley's First Interim Fee Application; correspondence to same re: discrepancy in fee amount requested; Receipt of Grant Thornton's 3rd Interim Fee Application; Receipt of Jones Day's 8th interim fee application and email correspondence re: fee discrepancy and voluntary reductions

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Receipt of Kleinberg Kaplan's 1st Interim Fee Application; correspondence to same requesting data; Receipt of PJT's 27th monthly fee statement and 8th interim fee application; correspondence to same requesting data; Receipt of Davis Polk's 8th interim fee application; correspondence to same requesting data; Review of Assignment Log to ensure all interim filings were captured

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-21-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |

email correspondence with T. Bielli re: re-assignment of reviews

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |

Receipt of Skadden's February and March data; Receipt of Latham Watkins' first interim data; email correspondence with Fee Examiner re: re-assignments; email correspondence with Legal Decoder re: status of published analyses

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 225.00 | 405.00 |

Complete review of Davis Polk's 30th month fee and expense data

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Review of Gilbert's 29th month data

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |

Review of King & Spalding's interim fee data

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Preparation of King & Spalding's Eighth Interim Review Report

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Email correspondence from Legal Decoder re: published analyses; Review of Arnold & Porter's April fee and expense data

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |

Preparation of Arnold & Porter's Eighth Interim Review Report

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |

Email correspondence with Legal Decoder re: Skadden's 29th month data; correspondence with I. Bielli re: FTI interim review; review and update assignment log with completed reviews; prepare status report for Fee Examiner

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 05-22-2022 | Isabel Bielli | [ALL] Case Administration | 0.50 | 125.00 | 62.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Talk with Tracey regarding plan for reviews | | | |
| 05-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review E&Y 7th interim fee data, app, and updated retention order | | | |
| 05-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Draft E&Y review report and send to Tracey | | | |
| 05-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | Review FTI interim data | | | |
| 05-22-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 125.00 | 250.00 |
| | | Draft fee report letters for 12 professionals | | | |
| 05-22-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review E&Y for FE review | | | |
| 05-23-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Prepare for call with PJT and David Polk regarding interim fees, flat fees and Judge's comments | | | |
| 05-23-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Conference call with PJT and David Polk regarding interim fees, flat fees and Judge's comments | | | |
| 05-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review initial interim fee app analysis | | | |
| 05-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review flat fee professional interim fee apps | | | |
| 05-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Phone call with PJT re: interim fee app and services provided | | | |
| 05-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss PJT interim fee app with T. Bielli | | | |
| 05-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review assignment log for interim fee apps and discuss with T. Bielli | | | |
| 05-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review report on Arnold & Porter interim fee app and discuss with T. Bielli | | | |
| 05-24-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Conference call with FE re PJT | | | |
| 05-24-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review reviewers report, supporting documents and applications with respect to Arnold & Porter | | | |
| 05-24-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review Arnold Porter time entries | | | |
| 05-25-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | Look into arnold porter 8th interim fee data | | | |
| 05-25-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Arnold & Porter report | | | |
| 05-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Ernst & Young interim fee app | | | |
| 05-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review various interim fee apps | | | |
| 05-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Bedell Cristin interim fee app | | | |
| 05-27-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review and finalize Arnold & Porter Examiner Report | | | |
| 05-28-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Akin Gump | | | |
| 05-28-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 125.00 | 150.00 |
| | | Review Dechert data | | | |
| 05-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 225.00 | 675.00 |
| | | Review of Caplin's third interim data | | | |
| 05-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 225.00 | 337.50 |
| | | Preparation of Caplin's Third Interim Review Report | | | |
| 05-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Email correspondence with Alix Partners and Legal Decoder re: format of data sent; Receipt of Brown Rudnick's 8th interim data; Receipt of Kleinberg's 1st interim data; Receipt of Davis Polk's March and April | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | data; Receipt of PJT's 8th interim data; Receipt of Kramer Levin's 8th interim data; email correspondence with legal decoder re: Bedell Cristin's data issues; Receipt of Houlihan's 7th interim data; email correspondence with Legal Decoder re: status of analyses; correspondence with I. Bielli re: published analyses | | | |
| 05-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 225.00 | 315.00 |
| | | Review of Skadden Arps' 8th interim data | | | |
| 05-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Preparation of Eighth Interim review report | | | |
| 05-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Review King and Spalding professionals | | | |
| 05-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Review Dechert 8th interim data | | | |
| 05-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 125.00 | 250.00 |
| | | Draft review report for Dechert 8th interim | | | |
| 05-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Review Dechert expenses | | | |
| 05-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Finalize arnold porter letter | | | |
| 05-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 125.00 | 262.50 |
| | | Review Akin Gump data | | | |
| 05-29-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Further review of Arnold & Porter Fee Review | | | |
| 05-29-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review King & Splading Fee Request and Interim Review | | | |
| 05-29-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Arnold & Porter interim report | | | |
| 05-30-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to various interim reports, including Arnold & Porter and King & Spalding | | | |
| 05-30-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prepare interim report for Bedell | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 05-30-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 125.00 | 212.50 |
| | | Review Akin Gump expenses | | | |
| 05-30-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 125.00 | 375.00 |
| | | Finish Akin Gump expenses review, draft Akin Gump review report | | | |
| 05-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Preparation of Jones Day's Eighth Interim Review Report | | | |
| 05-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Email correspondence with Legal Decoder re: data published; correspondence with I. Bielli re: same; preparation of Latham Watkins data for review | | | |
| 05-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Review Cole Schotz's 7th Interim data | | | |
| 05-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Preparation of review report for Cole Schotz's Seventh Interim Fee Application | | | |
| 05-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 225.00 | 337.50 |
| | | Review of Jones Days' 8th interim fee and expense data | | | |
| 05-30-2022 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 0.30 | 225.00 | 67.50 |
| | | Email correspondence to Fee Examiner with completed reviews and status update | | | |
| 05-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Finish drafting fee examiner letters for 8th interim | | | |
| 05-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 125.00 | 212.50 |
| | | Draft 8th interim fee examiner letters | | | |
| 05-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | Work on Arnold Porter final letter | | | |
| 05-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 125.00 | 225.00 |
| | | Review Province 8th interim data | | | |
| 05-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 125.00 | 87.50 |
| | | Review Province 8th interim data | | | |
| 05-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 125.00 | 262.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review Kleinberg Kaplan data | | | |
| 05-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Pull Arnold Porter cornerstone data | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Akin Gump interim fee app and analysis | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review Dechert interim fee app and analysis | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Follow up emails with Arnold & Porter on interim report and revise report accordingly | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Final review and send Arnold & Porter interim report | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review emails with various interim fee analysis | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Final edits to Bedell Cristin interim report and send out same | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Final review of King & Spalding interim report letter and send out same | | | |
| 05-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Cole Schotz interim fee analysis | | | |
| 05-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Record and track Arnold & Porter Fee Examiner report | | | |
| 05-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Record and track Bedell Cristin Fee Examiner report | | | |
| 05-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Record and track King & Spalding Fee Examiner report | | | |