Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | June 1, 2022 through June 30, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**   _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Sixth Monthly Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2022 through June 30, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from June 1, 2022 through and including June 30, 2022, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

**<u>Notice</u>**

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: July 27, 2022

**BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 0.50 |
| BK Retention and Fee Applications | 0.50 |
| Hearings | 0.50 |
| Fee/Employment Applications- Retained Professionals | 110.80 |
| Non-BK Retention and Fee Applications | 0.10 |
| **Total** | **112.40** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 27.90 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 51.10 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 13.80 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 19.60 |

## **Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for June 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**                                          **INVOICE #** 1395
Bielli & Klauder LLC                                 **DATE** 06/30/2022
1500 Walnut Street, Suite 900                        **DUE DATE** 06/30/2022
Philadelphia, PA  19102                              **TERMS** Due on receipt
United States

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - June 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:                    BALANCE DUE              **$24,250.00**
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

July 19, 2022

Purdue Pharma, L.P.

**Invoice Number: 2574**
Invoice Period: 06-01-2022 - 06-30-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 06-01-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with team regarding timing | | | |
| 06-01-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Arnold Porter response to interim report | | | |
| 06-01-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 125.00 | 250.00 |
| | | Review Kramer Levin 8th interim data | | | |
| 06-02-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Draft Province review report | | | |
| 06-02-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 125.00 | 100.00 |
| | | Format spreadsheets for final letters | | | |
| 06-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Prepare Cole Schotz interim report | | | |
| 06-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review email re: Reed Smith and discuss with T. Bielli | | | |
| 06-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 375.00 | 675.00 |
| | | Prepare Akin Gump interim report | | | |
| 06-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 375.00 | 487.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review Caplin Drysdale interim fee app and prepare interim report | | | |
| 06-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review Dechert interim fee app, prepare interim report | | | |
| 06-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Otterbourg interim fee app and discuss with T. Bielli | | | |
| 06-02-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Otterbourg Fee Application; conference with Fee Examiner regarding questions | | | |
| 06-02-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Reed Smith Leedes | | | |
| 06-03-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspondence with Cole Shotz with respect to Fee Review | | | |
| 06-03-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Otterbourg with T. Bielli and email re: same | | | |
| 06-03-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Revise Cole Schotz interim report and send out same | | | |
| 06-03-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Edit Akin Gump interim report | | | |
| 06-03-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Edit Dechert interim report | | | |
| 06-03-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Edit Caplin Drysdale interim report and send out same | | | |
| 06-03-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Draft Kramer Levin Review Report | | | |
| 06-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review Jones day professionals | | | |
| 06-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 125.00 | 162.50 |
| | | Draft Kleinberg Kaplan review report | | | |
| 06-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained | 0.50 | 125.00 | 62.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Work on Kleinberg Kaplan review report | | | |
| 06-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | Finalize Kramer Levin review report | | | |
| 06-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Work on Kleinberg Kaplan review report | | | |
| 06-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Review FTI data | | | |
| 06-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | Review Skadden Professionals | | | |
| 06-04-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 225.00 | 337.50 |
| | | Preparation of Latham Watkins First interim Review Report | | | |
| 06-04-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 225.00 | 427.50 |
| | | Review of Latham Watkins First interim data and expenses | | | |
| 06-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Finalize Akin Gump interim report | | | |
| 06-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edit Dechert interim report | | | |
| 06-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review status of interim fee app review | | | |
| 06-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails to Jefferies and Houlian re: interim fee app questions | | | |
| 06-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Otterbourg re Fee Examiner Review | | | |
| 06-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Cole Shotz re Fee Examiner Review | | | |
| 06-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Caplin Dreysdale re Fee Examiner Review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 06-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Review of Skadden's Fee Application and review report; prepare draft letter with recommended reductions | | | |
| 06-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Review of Jones Day's Fee Application and review report; prepare draft letter with recommended reductions | | | |
| 06-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Kramer Levin Fee Review | | | |
| 06-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Krull//Prime Clerk Fee Review | | | |
| 06-05-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review Grant Thornton Interim Request; correspond with Fee Examiner regarding same | | | |
| 06-05-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review Brown Rudnick Interim Request; correspond with Fee Examiner regarding same | | | |
| 06-05-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Pullman Comley Fee Application and lack of response for fee data | | | |
| 06-05-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Conference with Fee Examiner with respect to Brown Rudnick | | | |
| 06-05-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review Pullman Comley Fee Application | | | |
| 06-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Email correspondence with Legal Decoder re: published analyses; correspondence with I. Bielli re: published data; email correspondence with Legal Decoder re: issues with Kramer Levin Feb data; phone call with I. Bielli re: questions on Kleinberg expenses | | | |
| 06-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 225.00 | 450.00 |
| | | Begin review of Davis Polk's March and April data | | | |
| 06-05-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Attention to various interim reports, review of same, various discussions with T. Bielli re: same | | | |
| 06-05-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Pullman fee app with T. Bielli | | | |
| 06-05-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained | 1.80 | 125.00 | 225.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |
| | Review Kleinberg expesnes | | | | |
| 06-05-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | Draft FTI review report | | | | |
| 06-05-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | Review Kleinberg and FTI review report | | | | |
| 06-06-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | Download formatted spreadsheets | | | | |
| 06-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 225.00 | 360.00 |
| | Review of Alix Partners' 8th interim fee and expense data | | | | |
| 06-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | Preparation of Alix Partners' 8th interim Review Report | | | | |
| 06-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | Email correspondence to Fee Examiner with completed reports and status of balance; Pull data for Gilbert review | | | | |
| 06-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | Attention to various interim reports, finalizing and sending same | | | | |
| 06-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | Draft FTI interim report | | | | |
| 06-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | Review status of interim fee app review and discuss with T. Bielli | | | | |
| 06-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | Initial review of various responses to interim reports | | | | |
| 06-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | Emails/discussions re: fee review of counsel for states | | | | |
| 06-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | Discuss Arnold Porter response with T. Bielli and emails re: same | | | | |
| 06-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | Emails with Dechert re: resolution of interim report | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |

Attention to Grant Thornton Fee Application; correspondence with Fee Examiner with respect to same

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

Attention to revised fee examiner report

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

Confer with Fee Examiner with respect to FTI

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

Confer with Fee Examiner with respect to Kleinberg

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

Review Arnold & Porter's response to Fee Examiner's Report; conference with Fee Examiner with respect to Cornerstone Expense

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

Conference with team regarding timing

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

Review correspondence to Akin Gump; input tracking information into software

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

Review correspondence to Jones Day; input tracking information i

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |

Review correspondence to Dechert; input tracking information i

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

Conference with Jefferies regarding flat fee

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

Conference with HL regarding flat fee

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

Review correspondence to Skadden

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |

Attention to Pullman correspondence

| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.40 | 350.00 | 140.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Correspondence with Fee Examiner and DPW regarding Pullman Comley | | | |
| 06-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to Dechert; input tracking information i | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence to/from Dechert with respect to Fee Examiner's review and reductions; input information regarding same | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response by Arnold & Porter with respect to Cornerstone expenses; conference with Fee Examiner regarding same | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Pullman Comley Fee Application and communication with respect to same | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence from Cole Shotz with respect to Fee Examiner negoaition | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Internal discussions re Pullman & Comley Fee Application | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Pullman & Comley's fee data | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Province report and open issues with respect to same | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Meeting with Fee Examiner regarding open professionals | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from FTI with respect to Fee Examiner's review and reductions; input information regarding same | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to Skadden with respect to Fee Examiner's review and reductions; input information regarding same | | | |
| 06-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Fee Examiner re Latham and Alix | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Cole Schotz response to interim report, discuss with T. Bielli and reply accordingly | | | |
| 06-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Conference call with T. Bielli re: interim fee review status and issues | | | |
| 06-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review debtor counsel response re: counsel for status | | | |
| 06-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Interim fee app review, prepare interim report | | | |
| 06-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails with parties re: interim fee review | | | |
| 06-07-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Create final spreadsheet for Alix Partners | | | |
| 06-07-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Finalize Province report | | | |
| 06-08-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Finish Kramer Levin Review | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Finalize AlixPartners interim report and send out same | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review Province interim fee app, handle interim report | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review response by Bedell Cristin and response accordingly | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to Brown Rudnick interim fee review | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to Grant Thornton interim fee review | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discuss Latham interim fee app with T. Bielli and review analysis | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review fee apps of Kleinberg Kaplan and Pullman | | | |
| 06-08-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to Latham & Watkins with respect to Fee Examiner's review; enter same intro tracking software | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Davis Polk interim fee app, begin prep of interim report | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Edit interim report for Latham & Watkins and send out same | | | |
| 06-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Arnold & Porter interim fee app issues, including call with them and follow up emails | | | |
| 06-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Preparation of Davis Polk's Eighth Interim Review Report | | | |
| 06-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review Gilbert's March and April fee and expense data | | | |
| 06-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| 06-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 225.00 | 495.00 |
| | | Finish review of Davis Polk's 8th interim fee and expense data | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Fee Examiner Report for Latham & Watkins | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response from Bedell; correspond with Fee Examiner with respect to same | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response from Arnold & Porter; correspond with Fee Examiner with respect to same | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspondence with Fee Examiner and Debtors counsel Kleinberg Kaplan and Pullman Conley | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review correspondence to Province with respect to Fee Examiner's review; enter same intro tracking software | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to Brown Rudnick with respect to Fee Examiner's review; enter same intro tracking software | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Arnold & Porter with respect to Fee Examiner's review; enter same intro tracking software | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from E&Y with respect to Fee Examiner's review and reductions; input information regarding same | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Alix with respect to Fee Examiner's review and reductions; input information regarding same | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit Grant Thornton's Fee Examiner Latter | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit Brown Rudnick's Fee Examiner Latter | | | |
| 06-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review KCC Fee Applications; correspond with Fee Examiner with respect to same | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Kramer Levin Fee Examiner Report; correspondence with team regarding same | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspondence and review with team regarding Gilbert Fee Application | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Prepare for HL conference call | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attend HL conference call | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review Gilbert Fee Examiner Review; prepare Fee Report | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Review preliminary Davis Polk Report and conference with Fee Examiner regarding same | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review Kramer Levin Fee Examiner Review; prepare Fee Report | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review substantive response from Bedell regarding Fee Examiner's Report' conference with Fee Examiner regarding same; include information in tracking software | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Kurtzman with respect to fee examiner's review and input same into spreadsheet for DPW | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Fee Examiner report with respect to DPW; correspond with Fee Examiner regarding same; input same into tracking software | | | |
| 06-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review substantive response from Akin Gump regarding Fee Examiner's Report' conference with Fee Examiner regarding same; include information in tracking software | | | |
| 06-09-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Preparation of Gilbert's 8th interim review report | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review and send out letter re: KCC interim fee app review | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 375.00 | 675.00 |
| | | Davis Polk interim fee app review and prepare interim report | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Phone call with Houlihan re: interim fee app | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Phone call with Akin Gump re: interim report | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Kramer Levin interim report and emails/discussions re: same | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss status of interim fee review with T. Bielli | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review Gilbert interim fee app analysis and discuss issues with T. Bielli | | | |
| 06-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Edit report letter to Gilbert and send out | | | |
| 06-09-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Review Fee Examiner's Report regarding Kramer Levin; include information in tracking software | | | |
| 06-09-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Work on Gilbert professionals and First Year | | | |
| 06-09-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Make formatted spreadsheets for Davis Polk | | | |
| 06-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss status of interim fee review with T. Bielli | | | |
| 06-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to Latham Watkins interim fee review including discussion with T. Bielli and emails with L&W | | | |
| 06-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Caplin interim report and phone call with them to discuss issues | | | |
| 06-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Call with Province re: interim fee review | | | |
| 06-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for conference call regarding Latham's Fee request and Examiner report | | | |
| 06-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Conference call regarding Latham's Fee request and Examiner report | | | |
| 06-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with DPW re Fee Examiner's report and colloquy with respect to same | | | |
| 06-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with Alix re Fee Examiner's report and colloquy with respect to same | | | |
| 06-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to Caplin Drysdale interim report and responses thereto | | | |
| 06-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.40 | 375.00 | 150.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review AlixPartners response to interim report and respond accordingly | | | |
| 06-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Davis Polk interim review and phone call and emails with them re: same | | | |
| 06-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Jefferies interim fee app, including call with Jefferies to discuss services and fee structure | | | |
| 06-13-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review explanation and response by DPW regarding Fee Examiner issues raised | | | |
| 06-13-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review supplemental fee app from Kleinberg | | | |
| 06-13-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Caplin Drysdale regarding Fee Reduction | | | |
| 06-13-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence to/from Alix Partners regarding Fee Reduction | | | |
| 06-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence to/from Skadden regarding resolution of fee issue | | | |
| 06-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with DPW with respect to Brown Rudnick reduction | | | |
| 06-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | QC and prepare Fee Order insert for DPW | | | |
| 06-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Skadden regarding open fee application issue | | | |
| 06-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response from Skadden; conference with Fee Examiner regarding same | | | |
| 06-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Skadden interim fee app review, various emails re: same | | | |
| 06-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Brown Rudnick re: interim fee app review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 06-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review status of various interim fee apps, discuss with T. Bielli | | | |
| 06-14-2022 | Isabel Bielli | [ALL] Case Administration | 0.20 | 125.00 | 25.00 |
| | | Download court hearing documents, upload, send to Dave and Tom | | | |
| 06-14-2022 | Isabel Bielli | [ALL] Case Administration | 0.20 | 125.00 | 25.00 |
| | | Download court hearing documents, upload, send to Dave and Tom | | | |
| 06-14-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | download Skadden professional times | | | |
| 06-15-2022 | David Klauder | B245 - Hearings | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee hearing issues, discuss same with T. Bielli | | | |
| 06-15-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with DPW with respect to Final Fee Order | | | |
| 06-15-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for Fee Hearing | | | |
| 06-15-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attend Fee Hearing | | | |
| 06-15-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Conference call with Fee Examiner regarding hearing | | | |
| 06-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspondence with Reed Smith regarding Monthly Fee Statements; correspond with Debtors counsel with respect to same | | | |
| 06-18-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt of Reed Smith's First Monthly Fee Statement and corresponding data; Receipt of King & Spalding's Thirty-Second Monthly Fee Statement and corresponding data; Receipt of Pullman & Comley's First Interim fee data | | | |
| 06-18-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt and review of email correspondence with Legal Decoder and I. Bielli re: Kramer Levin's data issues and trouble shoot same; Correspondence to Kramer Levin requesting correct data set | | | |
| 06-18-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Receipt of Skadden Arps' Thirty-Second Monthly Fee Statement; Receipt of Davis Polk's Thirty-Third Monthly Fee Statement; Email correspondence to Skadden and Davis Polk requesting data; correspondence to Legal Decoder re: data uploads | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 06-21-2022 | Thomas Bielli | [ALL] Non-BK Retention and Fee Applications | 0.10 | 350.00 | 35.00 |
| | | Review file with respect to May Fee Application | | | |
| 06-24-2022 | Thomas Bielli | [ALL] Case Administration | 0.10 | 350.00 | 35.00 |
| | | Review recall notice | | | |
| 06-25-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence from Reed Smith with respect to Fee Statement | | | |

We appreciate your business