ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTY-FOURTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | June 1, 2022 through June 30, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $41,481.26[2] |
| Less 20% Holdback | $8,296.25 |
| Total Reimbursement Requested | $1,792.00 |
| Total Compensation and Reimbursement Requested in this Statement | $34,977.01 |

| | |
|---|---|
| **This is a(n):**   <u>X</u> Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2022 Through June 30, 2022* (this "**Fee Statement**").[3] By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $7,320.24 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from June 1, 2022, through and including June 30, 2022, is referred to herein as the "**Fee Period**."

$33,185.01 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $41,481.26) and (ii) payment of $1,792.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $41,481.26 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $33,185.01.

2.      Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,148.01.[4]  The blended hourly billing rate of all paraprofessionals is $412.59.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $1,792.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

## <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $33,185.01, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $41,481.26) and (ii) payment of $1,792.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

July 28, 2022                                                   Respectfully submitted,


By:    /s/ Rory Greiss

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

*Special Counsel to the Debtors*

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 4.10 | $3,727.25 |
| Retention and Fee Applications | 16.10 | $10,413.35 |
| General Patent Settlement | 4.30 | $4,524.12 |
| Government Contracts | 0.50 | $533.37 |
| Project Falcon | 2.10 | $896.32 |
| Project Hummingbird | 22.20 | $21,386.85 |
| **Total[1]** | **49.30** | **$41,481.26** |

---

[1] This amount reflects a reduction in fees in the amount of $7,320.24 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 3.10 | $3,565.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 0.30 | $438.00 |
| Greiss, Rory | Partner | 1981 | 1,250.00 | 26.00 | $32,500.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 0.50 | $627.50 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 2.90 | $3,016.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 1.00 | $1,085.00 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 4.20 | $2,646.00 |
| Blank, Joshua | Senior Attorney | 2007 | 960.00 | 0.40 | $384.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 555.00 | 0.30 | $166.50 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 8.60 | $3,741.00 |
| McClendon, Wendy K. | Sr Litigation Systems Specialist | | 375.00 | 1.50 | $562.50 |
| Champagne, Louis | Docket Clerk | | 140.00 | 0.50 | $70.00 |
| **Total** | | | | **49.30** | **$48,801.50** |
| Less 15% Discount | | | | | ($7,320.24) |
| **Discounted Total** | | | | | **$41,481.26** |
| Less 20% Holdback | | | | | ($8,296.25) |
| **Total Amount Requested Herein** | | | | | **$33,185.01** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$1,792.00** |

## Exhibit D

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                          July 26, 2022
**Attn: Maria Barton**                               Invoice # 30145234
**General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2022** | **$** | **4,385.00** |
| Discount: | | -657.75 |
| **Fee Total** | | **3,727.25** |
| **Total Amount Due** | **$** | **3,727.25** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 719451
                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 26, 2022                                                                                    Invoice # 30145234

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Alexa D. Krantz | 06/14/22 | 0.50 | Revise supply agreement. |
| Eric Rothman | 06/16/22 | 1.20 | Revise draft Supply Agreement. |
| Alexa D. Krantz | 06/16/22 | 0.10 | Revise supply agreement. |
| Rory Greiss | 06/28/22 | 1.50 | Correspondence with Purdue team re: internet advertising agreement and re: transportation services agreements (.5); correspondence with T. Magnani and J. Blank re: internet agreements (.6); correspondence with P. Garroussi re: transportation services agreements (.4). |
| Rory Greiss | 06/29/22 | 0.40 | Correspondence with J. Blank re: internet sales assignment. |
| Joshua Blank | 06/29/22 | 0.40 | Audio conference with S. Cho RE: applicability of IAB terms to product sample giveaway advertising plans. |

**Total Hours**                          **4.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Eric Rothman | 1.20 | 1,040.00 | 1,248.00 |
| Rory Greiss | 1.90 | 1,250.00 | 2,375.00 |
| Joshua Blank | 0.40 | 960.00 | 384.00 |
| Alexa D. Krantz | 0.60 | 630.00 | 378.00 |
| **TOTAL** | **4.10** | | **4,385.00** |

**Total Current Amount Due**                                                          **$3,727.25**

# Arnold&Porter

**Purdue Pharma L.P.**                                              July 26, 2022
**Attn: Roxana Aleali**                                      Invoice # 30145235
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2022** | $ | **12,251.00** |
| Discount: | | <u>-1,837.65</u> |
| **Fee Total** | | **10,413.35** |
| **Total Amount Due** | $ | **<u>10,413.35</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**           Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 719451
                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 26, 2022                                                                                    Invoice # 30145235

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 06/01/22 | 0.40 | Review examiner report and correspond with R. Greiss re response to same (.2); review materials related to same (.2). |
| Darrell B. Reddix | 06/01/22 | 0.60 | Prepare work product for response to Fee Examiner's questions. |
| Rory Greiss | 06/06/22 | 0.50 | Review, analyze May statement (.3); correspondence with R. Evergreen and D. Reddix re: same (.2). |
| Rosa J. Evergreen | 06/06/22 | 0.50 | Review, analyze May statement (.3); correspond with D. Reddix and R. Greiss re same (.2). |
| Darrell B. Reddix | 06/06/22 | 2.60 | Prepare May monthly fee report. |
| Darrell B. Reddix | 06/07/22 | 0.90 | Prepare May monthly fee report. |
| Darrell B. Reddix | 06/08/22 | 1.00 | Prepare May monthly fee report. |
| Rory Greiss | 06/09/22 | 0.30 | Correspondence with D. Reddix re: finalizing May statement. |
| Darrell B. Reddix | 06/09/22 | 1.20 | Prepare May monthly fee report. |
| Rory Greiss | 06/14/22 | 1.20 | Correspondence with DPW re: court hearing on Wednesday and re: resolutions with fee examiner (.5); Review proposed order and correspondence with DPW re: same (.7). |
| Rosa J. Evergreen | 06/14/22 | 0.30 | Review D. Consla correspondence re hearing (.1); correspond with R. Greiss re same (.1); review proposed order (.1). |
| Rory Greiss | 06/15/22 | 1.10 | Attend Purdue bankruptcy court hearing regarding interim fee applications and other matters. |
| Rosa J. Evergreen | 06/15/22 | 0.10 | Correspond with R. Greiss re hearing and order. |
| Rory Greiss | 06/22/22 | 0.50 | Review monthly statement for May (.2); correspondence with D. Reddix, R. Evergreen and B. Buchholtz re: same (.3). |
| Rosa J. Evergreen | 06/22/22 | 0.40 | Review and comment on fee application (.2); correspond with R. Greiss and D. Reddix re same (.2). |
| Darrell B. Reddix | 06/22/22 | 1.10 | Prepare May monthly fee report. |
| Rory Greiss | 06/23/22 | 0.30 | Correspondence with D. Reddix re: filing of fee statement for May. |
| Rosa J. Evergreen | 06/23/22 | 0.40 | Correspond with R. Greiss re May statement (.1); review final draft (.2); correspond with D. Reddix re filing of same (.1). |
| Darrell B. Reddix | 06/23/22 | 1.20 | Prepare May monthly fee report (1.0) ; file and serve same (.2). |
| Louis Champagne | 06/23/22 | 0.50 | Review and file documents electronically with the USBC - SDNY Court. |
| Rosa J. Evergreen | 06/25/22 | 1.00 | Correspond with R. Greiss re monthly statement. |

**Total Hours**                          **16.10**

July 26, 2022

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 3.10 | 1,150.00 | 3,565.00 |
| Rory Greiss | 3.90 | 1,250.00 | 4,875.00 |
| Louis Champagne | 0.50 | 140.00 | 70.00 |
| Darrell B. Reddix | 8.60 | 435.00 | 3,741.00 |
| **TOTAL** | **16.10** | | **12,251.00** |

**Total Current Amount Due**      **$10,413.35**

# Arnold&Porter

**Purdue Pharma L.P.**                                                 July 26, 2022
**Attn: Rachel Kreppel**                                          Invoice # 30145236
**Associate General Counsel**                                      EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2022** | $ | **5,322.50** |
| Discount: | | <u>-798.38</u> |
| **Fee Total** | | **4,524.12** |
| **Total Amount Due** | $ | **<u>4,524.12</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                               P.O. Box 719451
                               Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 26, 2022                                                                    Invoice # 30145236

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 06/01/22 | 0.30 | Review agreement. |
| Barbara H. Wootton | 06/01/22 | 0.30 | Draft summary, status and commentary. |
| Barbara H. Wootton | 06/02/22 | 0.40 | Revising, finalizing summary |
| Rory Greiss | 06/03/22 | 0.80 | Revise draft to incorporate latest Purdue team comments and recirculate to Purdue team. |
| Rory Greiss | 06/13/22 | 0.70 | Telephone conference with Purdue team and discuss drafting letter. |
| Rory Greiss | 06/14/22 | 1.80 | Draft letter and send letter to Purdue team for review. |

**Total Hours**                        **4.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 0.30 | 1,460.00 | 438.00 |
| **Subtotal:** | **0.30** | | **438.00** |
| **Counsel** | | | |
| Rory Greiss | 3.30 | 1,250.00 | 4,125.00 |
| Barbara H. Wootton | 0.70 | 1,085.00 | 759.50 |
| **Subtotal:** | **4.00** | | **4,884.50** |
| **TOTAL** | **4.30** | | **5,322.50** |

**Total Current Amount Due**                                          **$4,524.12**

# Arnold&Porter

**Purdue Pharma L.P.**                                                  July 26, 2022
**Attn: Roxana Aleali**                                          Invoice # 30145237
**Associate General Counsel**                                      EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


**For Legal Services Rendered through June 30, 2022**                    **627.50**


Discount:                                                             -94.13

**Fee Total**                                                          **533.37**


**Total Amount Due**                                    $              **533.37**


**Wire Transfer Instructions:**

|                   |                                   |
|-------------------|-----------------------------------|
| Account Name:     | Arnold & Porter Kaye Scholer LLP  |
| Bank Info:        | Wells Fargo Bank NA               |
|                   | 420 Montgomery Street             |
|                   | San Francisco, CA  94104          |
| Account Number:   | 4127865475                        |
| ABA Number:       | 121000248 (ACH and wires)         |
| Swift Code:       | WFBIUS6S                           |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 26, 2022

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 06/13/22 | 0.50 | Prepare for and participate in call with Purdue team re: FSS matter. |
| **Total Hours** | | **0.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 0.50 | 1,255.00 | 627.50 |
| **Subtotal:** | **0.50** | | **627.50** |
| **TOTAL** | **0.50** | | **627.50** |

**Total Current Amount Due** $533.37

# Arnold&Porter

**Purdue Pharma L.P.**                                       July 26, 2022
**Attn: Rachel Kreppel**                             Invoice # 30145238
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through June 30, 2022** | **1,054.50** |
| Discount: | -158.18 |
| **Fee Total** | **896.32** |

**Disbursements Recorded through June 30, 2022**

| | | |
|---|---:|---:|
| eData: Relativity Services | 1,792.00 | |
| **Disbursements Total** | $ | **1,792.00** |
| **Total Amount Due** | $ | **2,688.32** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                Arnold & Porter Kaye Scholer LLP
                               P.O. Box 719451
                               Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 26, 2022                                                                                 Invoice # 30145238

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Warlesha Ryan | 06/09/22 | 0.10 | Email to B. Marra regarding near lining Arnold and Porter's Relativity workspace. |
| Warlesha Ryan | 06/10/22 | 0.20 | Work order to near line the workspace. |
| Wendy K. McClendon | 06/14/22 | 1.00 | EData services for W. Ryan: Prepare active Relativity data for nearline storage at client request. |
| Wendy K. McClendon | 06/15/22 | 0.50 | EData services for W. Ryan: Migrate data to nearline storage at request of legal team. |
| Barbara H. Wootton | 06/27/22 | 0.30 | Review, analyze experts updated analysis incorporating additional data. |

**Total Hours**                                  **2.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Counsel** | | | |
| Barbara H. Wootton | 0.30 | 1,085.00 | 325.50 |
| **Subtotal:** | **0.30** | | **325.50** |
| **Staff Attorney** | | | |
| Warlesha Ryan | 0.30 | 555.00 | 166.50 |
| **Subtotal:** | **0.30** | | **166.50** |
| **eData Services** | | | |
| Wendy K. McClendon | 1.50 | 375.00 | 562.50 |
| **Subtotal:** | **1.50** | | **562.50** |
| **TOTAL** | **2.10** | | **1,054.50** |

**Total Current Amount Due**                                                    $2,688.32

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

July 26, 2022
Invoice # 30145239
EIN 53-0208605

**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190

| | |
|---|---:|
| **For Legal Services Rendered through June 30, 2022** | **25,161.00** |
| Discount: | <u>-3,774.15</u> |
| **Fee Total** | **21,386.85** |
| **Total Amount Due**    $ | **<u>21,386.85</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**   Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **<u>Invoice@arnoldporter.com</u>**

July 26, 2022                                                                 Invoice # 30145239

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Alexa D. Krantz | 06/02/22 | 0.20 | Review revised drafts of authorization agreement (.1) and supply agreement (.1). |
| Rory Greiss | 06/03/22 | 1.70 | Correspondence re: provisions of authorization agreement with Purdue team and A. Krantz (.6); review and comment on revisions to right of first refusal proposed by Purdue team (.6); further correspondence with Purdue team re: revised provision (.5). |
| Alexa D. Krantz | 06/03/22 | 0.20 | Review Purdue team's revisions to authorization agreement. |
| Rory Greiss | 06/09/22 | 1.20 | Review revisions to agreement made by Hummingbird (.9); correspondence with Purdue team and A. Krantz re same (.3). |
| Alexa D. Krantz | 06/09/22 | 0.30 | Review revised authorization agreement and supply agreement. |
| Rory Greiss | 06/10/22 | 3.50 | Review, analyze agreements (.5); correspondence with Purdue team re same (.2); videoconference with Purdue team and A. Krantz re: provisions of agreements (.6); review and revision of provisions (1.2) further correspondence with Purdue team regarding proposed revisions (1.0). |
| Alexa D. Krantz | 06/10/22 | 1.00 | Call with Purdue team and R. Greiss to discuss authorization and supply agreement (.5); call with R. Greiss to discuss authorization agreement (.1); revise authorization agreement (.3); E-mail with Purdue team to provide authorization agreement (.1). |
| Rory Greiss | 06/15/22 | 0.90 | Review, analyze comments from Hummingbird on agreements (.5); review correspondence from Purdue team re: revisions (.4). |
| Alexa D. Krantz | 06/15/22 | 0.40 | Review revised drafts of supply agreement and authorization agreement. |
| Rory Greiss | 06/16/22 | 3.20 | Review, analyze correspondence from Hummingbird re: remaining open issues on Authorization Agreement (.5); correspondence with Purdue team re: open issues (.7); revise provisions of Authorization Agreement with A. Krantz and E. Rothman (1.3); further correspondence with Purdue team re same (.7). |
| Eric Rothman | 06/16/22 | 1.70 | Review and comment on Project Hummingbird draft. |
| Alexa D. Krantz | 06/16/22 | 0.90 | Review, revise draft of authorization agreement (.3); review redlines of authorization agreement (.6). |
| Rory Greiss | 06/17/22 | 1.20 | Correspondence with Purdue team regarding revised provisions in Authorization Agreement and timing for call with Hummingbird. |
| Alexa D. Krantz | 06/17/22 | 0.20 | Review Hummingbird comments to Authorization Agreement. |
| Rory Greiss | 06/21/22 | 1.80 | Prepare for call with Hummingbird and review pre-call correspondence between Purdue team and Hummingbird (.5); participate in call with Purdue team and Hummingbird re: final open issues on agreements (1.0); post-call correspondence with A. Krantz and E. Rothman (.3). |
| Alexa D. Krantz | 06/21/22 | 0.20 | Review revised authorization agreement. |

July 26, 2022                                                                                        Invoice # 30145239

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/23/22 | 2.20 | Review, analyze correspondence from Hummingbird (.3); review revised drafts of authorization agreement and exclusive supply agreement prepared by Hummingbird (1.2); correspondence with Purdue team re: revisions (.7). |
| Alexa D. Krantz | 06/23/22 | 0.20 | Review edits in authorization agreement and supply agreement. |
| Rory Greiss | 06/28/22 | 1.20 | Correspondence with Purdue team regarding Hummingbird revisions and their significance. |
| **Total Hours** | | **22.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Eric Rothman | | 1.70 | 1,040.00 | 1,768.00 |
| | **Subtotal:** | **1.70** | | **1,768.00** |
| **Counsel** | | | | |
| Rory Greiss | | 16.90 | 1,250.00 | 21,125.00 |
| | **Subtotal:** | **16.90** | | **21,125.00** |
| **Associate** | | | | |
| Alexa D. Krantz | | 3.60 | 630.00 | 2,268.00 |
| | **Subtotal:** | **3.60** | | **2,268.00** |
| | **TOTAL** | **22.20** | | **25,161.00** |

**Total Current Amount Due**                                                                    **$21,386.85**