UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :      Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :      Case No. 19-23649 (RDD)
                                                    :
                                    Debtors.[1]     :      (Jointly Administered)
                                                    :
------------------------------------------------------------ x

### STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF JUNE 1, 2022 THROUGH JUNE 30, 2022

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of June 1, 2022 through June 30, 2022 (the "Thirtieth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Thirtieth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of monthly fees earned by PJT during the Thirtieth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Thirtieth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the

2

accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirtieth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Thirtieth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirtieth Compensation Period is outlined below:

| Thirtieth Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| June 1 – 30, 2022 | $225,000.00 | ($45,000.00) | **$180,000.00** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 234.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirtieth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | June 2022 |
|---|---|
| Jamie O'Connell | 16.5 |
| George South | 3.0 |
| Rafael Schnitzler | 19.0 |
| Tom Melvin | 87.0 |
| Jin Park | 4.5 |
| May Li | 24.5 |
| Lukas Schwarzmann | 38.0 |
| Christopher Fletcher | 13.5 |
| Joanna Lu | 17.5 |
| Arnold Jia | 10.5 |
| **Total Hours** | **234.0** |

## III. Requested Relief

8.  Pursuant to the Retention Order and the Procedures Order, with respect to PJT's monthly fees in the amount of $225,000.00 earned during the Thirtieth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: July 28, 2022

PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

# APPENDIX A

**PJT Partners** 

July 25, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of June 1, 2022 through June 30, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due**[1] | **$** | **180,000.00** |

**Invoice No. 10021680**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 16.5 |
| George South | Managing Director | 3.0 |
| Rafael Schnitzler | Managing Director | 19.0 |
| Tom Melvin | Vice President | 87.0 |
| Jin Park | Vice President | 4.5 |
| May Li | Associate | 24.5 |
| Lukas Schwarzmann | Analyst | 38.0 |
| Christopher Fletcher | Analyst | 13.5 |
| Joanna Lu | Analyst | 17.5 |
| Arnold Jia | Analyst | 10.5 |
| | **Total** | **234.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 06/01/22 | 1.0 | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 06/02/22 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/02/22 | 2.5 | Financial analysis |
| Jamie O'Connell | 06/03/22 | 0.5 | Financial analysis |
| Jamie O'Connell | 06/04/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 06/09/22 | 2.5 | Board meeting |
| Jamie O'Connell | 06/10/22 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 06/14/22 | 0.5 | Call regarding fee application |
| Jamie O'Connell | 06/15/22 | 0.5 | Call with T. Melvin regarding fee application |
| Jamie O'Connell | 06/15/22 | 1.0 | Dialed into court hearing |
| Jamie O'Connell | 06/15/22 | 0.5 | Review and comment on draft presentation |
| Jamie O'Connell | 06/16/22 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/20/22 | 0.5 | Call with T. Melvin regarding financial matter |
| Jamie O'Connell | 06/20/22 | 0.5 | Call with counsel regarding financial matter |
| Jamie O'Connell | 06/21/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 06/21/22 | 1.5 | Presentation to creditors and advisors |
| Jamie O'Connell | 06/23/22 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/23/22 | 0.5 | Call with T. Melvin regarding financial matter |
| Jamie O'Connell | 06/28/22 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 06/28/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 06/28/22 | 0.5 | Review and comment on draft fee statement |
| | | **16.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| George South | 06/14/22 | 0.5 | Calls and emails with J. O'Connell and T. Melvin re upcoming fee hearing |
| George South | 06/14/22 | 0.5 | Call with DPW and T. Melvin re fee hearing |
| George South | 06/14/22 | 0.5 | Reviewed draft fee order and related emails |
| George South | 06/15/22 | 1.0 | Attended court hearing via Zoom |
| George South | 06/15/22 | 0.5 | Related follow-up emails to fee hearing |
| | | **3.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 06/01/22 | 0.5 | Call with internal team regarding business development analysis |
| Rafael Schnitzler | 06/01/22 | 1.0 | Review analysis related to business development activities |
| Rafael Schnitzler | 06/02/22 | 0.5 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 06/03/22 | 0.5 | Review analysis related to business development activities |
| Rafael Schnitzler | 06/06/22 | 1.0 | Call with Company management and AlixPartners regarding business development analysis |
| Rafael Schnitzler | 06/06/22 | 0.5 | Call with internal team member to discuss upcoming meetings |
| Rafael Schnitzler | 06/06/22 | 1.0 | Review analysis related to business development activities |
| Rafael Schnitzler | 06/09/22 | 3.0 | Board meeting |
| Rafael Schnitzler | 06/10/22 | 0.5 | Call with internal team regarding analysis |
| Rafael Schnitzler | 06/13/22 | 0.5 | Call with Company management, DPW and AlixPartners to prepare for upcoming meeting |
| Rafael Schnitzler | 06/16/22 | 0.5 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 06/20/22 | 0.5 | Call with internal team member to discuss upcoming meetings |
| Rafael Schnitzler | 06/20/22 | 1.0 | Review materials for upcoming meeting |
| Rafael Schnitzler | 06/21/22 | 1.5 | Update call with Company management, debtor advisors and creditor advisors and clients |
| Rafael Schnitzler | 06/22/22 | 1.0 | Review materials for upcoming meeting |
| Rafael Schnitzler | 06/23/22 | 0.5 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 06/23/22 | 1.0 | Update call with Company management, debtor advisors and creditor advisors and clients |
| Rafael Schnitzler | 06/27/22 | 1.0 | Prepare and review materials related to strategic initiatives |
| Rafael Schnitzler | 06/28/22 | 0.5 | Meeting with internal team regarding various analyses |
| Rafael Schnitzler | 06/28/22 | 0.5 | E-mail correspondence with Company management related to various matters |
| Rafael Schnitzler | 06/28/22 | 1.0 | Preparation for meetings related to strategic initiatives |
| Rafael Schnitzler | 06/29/22 | 1.0 | Preparation for meetings related to strategic initiatives |
| | | **19.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 06/01/22 | 1.0 | Call with internal team regarding business development analysis |
| Tom Melvin | 06/01/22 | 2.5 | Prepare and review financial analysis related to business development activities |
| Tom Melvin | 06/01/22 | 1.0 | Review documents from Company management related to various analyses |
| Tom Melvin | 06/01/22 | 0.5 | E-mail correspondence with Company management related to upcoming meetings |
| Tom Melvin | 06/02/22 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 06/02/22 | 0.5 | Call with Company management regarding diligence materials |
| Tom Melvin | 06/02/22 | 0.5 | Call with internal team member related to various analyses |
| Tom Melvin | 06/02/22 | 3.5 | Prepare and review financial analysis related to business development activities |
| Tom Melvin | 06/02/22 | 0.5 | E-mail correspondence with Company management related to upcoming meetings |
| Tom Melvin | 06/03/22 | 0.5 | Call with internal team member related to various analyses |
| Tom Melvin | 06/03/22 | 3.0 | Prepare and review financial analysis related to business development activities |
| Tom Melvin | 06/03/22 | 1.0 | Review documents from Company management related to various analyses |
| Tom Melvin | 06/03/22 | 0.5 | E-mail correspondence with internal team related to analysis |
| Tom Melvin | 06/06/22 | 1.0 | Call with Company management and AlixPartners regarding business development analysis |
| Tom Melvin | 06/06/22 | 0.5 | Call with internal team member to discuss upcoming meetings |
| Tom Melvin | 06/06/22 | 3.0 | Prepare and review financial analysis related to upcoming meetings |
| Tom Melvin | 06/06/22 | 0.5 | Review materials for management related to business development |
| Tom Melvin | 06/07/22 | 1.0 | Weekly catch up call with creditor financial advisors |
| Tom Melvin | 06/07/22 | 1.5 | Prepare and review financial analysis related to upcoming meetings |
| Tom Melvin | 06/08/22 | 0.5 | Call with Company management regarding various matters |
| Tom Melvin | 06/08/22 | 1.0 | Review AlixPartners analysis related to possible business development activities |
| Tom Melvin | 06/08/22 | 0.5 | Review agenda for upcoming meeting |
| Tom Melvin | 06/08/22 | 0.5 | E-mail correspondence with internal team related to upcoming meetings |
| Tom Melvin | 06/09/22 | 3.5 | Board meeting |
| Tom Melvin | 06/09/22 | 1.5 | E-mail correspondence with Company management, AlixPartners and DPW regarding various matters |
| Tom Melvin | 06/10/22 | 0.5 | Call with internal team regarding analysis |
| Tom Melvin | 06/10/22 | 0.5 | Call with AlixPartners to discuss upcoming meetings |
| Tom Melvin | 06/10/22 | 0.5 | Review materials from management related to strategic initiatives |
| Tom Melvin | 06/10/22 | 1.0 | E-mail correspondence with Company management related to upcoming meetings |
| Tom Melvin | 06/10/22 | 1.0 | Prepare and review materials for upcoming meeting |
| Tom Melvin | 06/13/22 | 0.5 | Call with Company management, DPW and AlixPartners to discuss business development opportunity |
| Tom Melvin | 06/13/22 | 0.5 | Call with Company management, DPW and AlixPartners to prepare for upcoming meeting |
| Tom Melvin | 06/13/22 | 0.5 | Call with AlixPartners to discuss upcoming meetings |
| Tom Melvin | 06/14/22 | 0.5 | Call with internal team members to discuss various matters |
| Tom Melvin | 06/14/22 | 0.5 | Call with DPW regarding legal matter |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 06/14/22 | 2.0 | Prepare and review strategy and agenda for upcoming meeting |
| Tom Melvin | 06/14/22 | 1.0 | Review materials and updates from Company management related to strategic initiatives |
| Tom Melvin | 06/14/22 | 0.5 | E-mail correspondence with Company management and AlixPartners related to upcoming meetings |
| Tom Melvin | 06/15/22 | 1.0 | June omnibus court hearing |
| Tom Melvin | 06/15/22 | 0.5 | Call with AlixPartners to discuss upcoming meetings |
| Tom Melvin | 06/15/22 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/15/22 | 0.5 | Prepare and review of weekly update call agenda |
| Tom Melvin | 06/15/22 | 1.5 | Prepare and review materials for upcoming meeting |
| Tom Melvin | 06/16/22 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 06/16/22 | 2.0 | Review AlixPartners analysis related to Plan cash flows |
| Tom Melvin | 06/16/22 | 2.0 | Prepare and review materials for upcoming meeting |
| Tom Melvin | 06/16/22 | 0.5 | Prepare and review strategy and agenda for upcoming meeting |
| Tom Melvin | 06/16/22 | 1.0 | E-mail correspondence with Company management and AlixPartners related to upcoming meetings |
| Tom Melvin | 06/17/22 | 2.5 | Prepare and review materials for upcoming meeting |
| Tom Melvin | 06/17/22 | 2.5 | Review AlixPartners analysis related to Plan cash flows |
| Tom Melvin | 06/17/22 | 1.0 | E-mail correspondence with Company management and AlixPartners related to upcoming meetings |
| Tom Melvin | 06/18/22 | 0.5 | E-mail correspondence with internal team and Company management related to various matters |
| Tom Melvin | 06/18/22 | 1.5 | Prepare and review materials for upcoming meeting |
| Tom Melvin | 06/20/22 | 0.5 | Call with internal team member to discuss upcoming meetings |
| Tom Melvin | 06/20/22 | 0.5 | Call with internal team member to discuss analysis |
| Tom Melvin | 06/20/22 | 2.0 | Review materials for upcoming meeting |
| Tom Melvin | 06/20/22 | 1.0 | Review edits to and revise materials for upcoming meeting |
| Tom Melvin | 06/21/22 | 0.5 | Call with Company management, DPW and AlixPartners to prepare for upcoming meeting |
| Tom Melvin | 06/21/22 | 1.5 | Review edits to and revise materials for upcoming meeting |
| Tom Melvin | 06/21/22 | 0.5 | Update and review agenda for upcoming meeting |
| Tom Melvin | 06/21/22 | 1.0 | E-mail correspondence with Company management, AlixPartners and DPW related to upcoming meetings |
| Tom Melvin | 06/21/22 | 1.5 | Update call with Company management, debtor advisors and creditor advisors and clients |
| Tom Melvin | 06/22/22 | 0.5 | Call with Company management regarding various matters |
| Tom Melvin | 06/22/22 | 1.5 | Review edits to and revise materials for meetings |
| Tom Melvin | 06/22/22 | 1.0 | E-mail correspondence with AlixPartners, Company management and DPW related to various matters |
| Tom Melvin | 06/23/22 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 06/23/22 | 1.5 | Review final materials for upcoming meeting |
| Tom Melvin | 06/23/22 | 1.0 | Update call with Company management, debtor advisors and creditor advisors and clients |
| Tom Melvin | 06/23/22 | 0.5 | Call with internal team member to discuss upcoming meetings |
| Tom Melvin | 06/24/22 | 2.0 | Review research and analysis related to Company management request |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 06/24/22 | 0.5 | E-mail correspondence with AlixPartners related to analysis |
| Tom Melvin | 06/27/22 | 1.5 | Review research and analysis related to Board request |
| Tom Melvin | 06/27/22 | 1.0 | Review material provided by AlixPartners related to Board request |
| Tom Melvin | 06/28/22 | 0.5 | Meeting with internal team regarding various analyses |
| Tom Melvin | 06/28/22 | 1.0 | Review materials from AlixPartners related to strategic initiatives |
| Tom Melvin | 06/28/22 | 1.0 | E-mail correspondence with AlixPartners related to analysis |
| Tom Melvin | 06/28/22 | 1.0 | Review materials from AlixPartners related to strategic initiatives |
| Tom Melvin | 06/29/22 | 0.5 | Meeting with internal team regarding ongoing research and analysis |
| Tom Melvin | 06/29/22 | 1.5 | Review research and analysis related to request from Board |
| Tom Melvin | 06/29/22 | 1.0 | E-mail correspondence with Company management related to strategic initiatives |
| Tom Melvin | 06/29/22 | 1.0 | Review AlixPartners analyses related to various matters |
| Tom Melvin | 06/30/22 | 1.0 | Review research and analysis related to request from Board |
| | | **87.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Park | 06/24/22 | 1.0 | Financial analysis |
| Jin Park | 06/27/22 | 0.5 | Internal discussion |
| Jin Park | 06/27/22 | 1.0 | Preparing materials related to strategic initiatives |
| Jin Park | 06/28/22 | 1.0 | Preparing materials related to strategic initiatives |
| Jin Park | 06/29/22 | 1.0 | Preparing materials related to strategic initiatives |
| | | **4.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| May Li | 06/21/22 | 0.5 | New project catch up |
| May Li | 06/21/22 | 1.0 | Creditor update meeting |
| May Li | 06/22/22 | 2.0 | Review existing materials |
| May Li | 06/23/22 | 2.0 | Review existing materials |
| May Li | 06/23/22 | 0.5 | Junior team internal discussion |
| May Li | 06/24/22 | 3.0 | Financial analysis |
| May Li | 06/27/22 | 2.0 | Financial analysis |
| May Li | 06/27/22 | 0.5 | Internal discussion |
| May Li | 06/27/22 | 2.5 | Prepare materials related to strategic initiatives |
| May Li | 06/28/22 | 1.0 | Internal discussion |
| May Li | 06/28/22 | 2.5 | Prepare materials related to strategic initiatives |
| May Li | 06/29/22 | 3.0 | Prepare materials related to strategic initiatives |
| May Li | 06/30/22 | 3.0 | Prepare materials related to strategic initiatives |
| May Li | 06/30/22 | 1.0 | Org. materials |
| | | **24.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 06/01/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 06/01/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/02/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/02/22 | 1.0 | Biweekly catch-up |
| Lukas Schwarzmann | 06/02/22 | 0.5 | Call with management |
| Lukas Schwarzmann | 06/03/22 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 06/06/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 06/06/22 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 06/07/22 | 1.0 | Call with operational consultants |
| Lukas Schwarzmann | 06/07/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 06/08/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/09/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/10/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 06/13/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/14/22 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 06/15/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/16/22 | 1.0 | Biweekly catch-up |
| Lukas Schwarzmann | 06/21/22 | 1.0 | Call with operational consultants |
| Lukas Schwarzmann | 06/23/22 | 1.0 | Biweekly catch-up |
| Lukas Schwarzmann | 06/30/22 | 1.0 | Biweekly catch-up |
| | | **38.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 06/10/22 | 1.0 | Financial analysis / Internal discussion |
| Christopher Fletcher | 06/21/22 | 1.0 | Internal discussion |
| Christopher Fletcher | 06/21/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 06/22/22 | 1.5 | Financial analysis |
| Christopher Fletcher | 06/23/22 | 1.0 | Biweekly catch-up |
| Christopher Fletcher | 06/24/22 | 4.0 | Financial Analysis |
| Christopher Fletcher | 06/28/22 | 0.5 | Internal discussion |
| Christopher Fletcher | 06/29/22 | 3.0 | Internal discussion and due-diligence |
| Christopher Fletcher | 06/29/22 | 0.5 | Call with operational consultants |
| | | **13.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joanna Lu | 06/24/22 | 3.0 | Financial modeling analysis |
| Joanna Lu | 06/27/22 | 0.5 | Internal discussion |
| Joanna Lu | 06/27/22 | 2.0 | Financial modeling discussion |
| Joanna Lu | 06/27/22 | 2.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 06/28/22 | 1.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 06/28/22 | 2.0 | Discussion related to materials preparation |
| Joanna Lu | 06/28/22 | 2.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 06/29/22 | 5.0 | Prepare materials related to strategic initiatives |
| | | **17.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Arnold Jia | 06/28/22 | 0.5 | Internal meeting |
| Arnold Jia | 06/29/22 | 3.0 | Internal meeting and due diligence |
| Arnold Jia | 06/30/22 | 7.0 | Market due diligence |
| | | **10.5** | |