# Exhibit A

## Timekeeper Summary as Attorneys for
## the States of CT, DE, RI, VT, OR and DC

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 15.1 | $8,531.50 |
| Geoffrey F. Fay, Partner | $495 | 7.6 | $3,762.00 |
| Jonathan A. Kaplan, Partner | $425 | 10.5 | $4,462.00 |
| Total Hours | | 33.20 | |
| Total Fees | | | $16,756.00 |