# Exhibit B

PULLMAN
& COMLEY

ATTORNEYS AT LAW

The Committee of Participating States
c/o Office of the Attorney General, State of Connecticut
Attn: Matthew Fitzsimmons, Esq., AAG
165 Capitol Avenue
Hartford, CT 06106

May 16, 2022
**Invoice #** 392494
**Matter #** 082754.0003

**Re: Purdue Pharma Post-Appeal Matter**

For services rendered through April 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/22 | Kaplan | Telephone conference with Mr. Goldman, review debtor's motion to approve settlement term sheet, review objections to term sheet and joinders filed by various states, pro se and municipalities; conference call with Mr. Gold, et al; research issues raised in objections including divestiture rule, advisory opinion and 11 USC 1123(a)(4) | 6.00 | 425.00 | 2550.00 |
| 03/08/22 | Kaplan | Review additional objections to motion to approve term sheet and continue to analyze, research and draft responses to objections (3.7); conference call with Debtor's counsel/Attorney General counsel (0.6); additional email exchange regarding decision not to file written reply (0.2) | 4.50 | 425.00 | 1912.50 |
| 04/07/22 | Fay | Review current draft of Inter-creditor Agreement; Review open issues following previous discussion with Davis Polk; Participate in call with Attorneys Gold and Goldman to discuss strategy for future negotiations with Davis Polk; and participate in conference call with representatives of the NINE regarding foregoing. | 1.50 | 495.00 | 742.50 |
| 04/07/22 | Goldman | Teams meeting re next steps | 0.50 | 565.00 | 282.50 |
| 04/19/22 | Fay | Conference call with Attorneys Gold and Goldman to prepare for call with Attorneys for the Nine to discuss status of Inter-creditor Agreement negotiations | 0.90 | 495.00 | 445.50 |

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and conference call with Attorneys for the Nine regarding same. | | | |
| 04/19/22 | Goldman | Teams meeting with Matt Gold, Robert Berman, Tim Lungren and Geoff Fay re pre-call for 3 pm conference call with Davis Polk re intercreditor agreement (.4); conference with Angela Libby and Jacob Weiner of Davis Polk, Matt Gold, Robert Berman and Geoff Fay re intercreditor agreement and collateral documents issues (.6) | 1.00 | 565.00 | 565.00 |
| 04/25/22 | Goldman | Teams meeting with States Group re SOAF/intercreditor | 0.70 | 565.00 | 395.50 |
| 04/25/22 | Fay | Review Attorney Gold's memo with additional comments/issues with David Polk's draft of the Inter creditor Agreement; participate in conference call with client team to discuss form of SOAF committee and inter-creditor agreement. | 1.40 | 495.00 | 693.00 |
| | | **Fees** | | | **$7,586.50** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 3.80 | 495.00 | 1,881.00 |
| Irve J. Goldman | Partner | 2.20 | 565.00 | 1,243.00 |
| Jonathan A. Kaplan | Partner | 10.50 | 425.00 | 4,462.50 |
| | **Fees** | | | **$7,586.50** |
| | **Total Fees** | | | **$7,586.50** |
| | **Total Disbursements** | | | **$0.00** |
| | **Total Due This Invoice** | | | **$7,586.50** |

PULLMAN & COMLEY

ATTORNEYS AT LAW

The Committee of Participating States
c/o Office of the Attorney General, State of Connecticut
Attn: Matthew Fitzsimmons, Esq., AAG
165 Capitol Avenue
Hartford, CT 06106

June 17, 2022
**Invoice #** 394014
**Matter #** 082754.0003

**Re: Purdue Pharma Post-Appeal Matter**

For services rendered through May 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/22 | Fay | Review Attorney Gold's memo to Davis Polk with issues relative to Inter-creditor agreement. | 0.50 | 495.00 | 247.50 |
| 05/10/22 | Goldman | Telephone conference with Marion Quirk re objection to bonus motion and whether it is precluded by Direct Settlement Agreement; review of Direct Settlement Agreement and get back to Marion Quirk | 1.00 | 565.00 | 565.00 |
| 05/13/22 | Goldman | Review of invoices for February and prepare second monthly fee statement | 1.00 | 565.00 | 565.00 |
| 05/16/22 | Goldman | Allocated time to prepare first interim fee application for P&C to get reimbursed for fees incurred for States' representation | 3.00 | 565.00 | 1695.00 |
| 05/20/22 | Fay | Review several client team e-mails with proposed requests to Davis Polk regarding revisions to inter-creditor agreement and form of SOAF. | 0.50 | 495.00 | 247.50 |
| | | **Fees** | | | **$3,320.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 1.00 | 495.00 | 495.00 |
| Irve J. Goldman | Partner | 5.00 | 565.00 | 2,825.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

| | |
|---|---|
| **Fees** | **$3,320.00** |
| **Total Fees** | **$3,320.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$3,320.00** |
| **Unpaid Balance from Previous Invoices** | **$69,439.50** |
| **Total Due** | **$72,759.50** |

PULLMAN
& COMLEY

ATTORNEYS AT LAW

The Committee of Participating States
c/o Office of the Attorney General, State of Connecticut
Attn: Matthew Fitzsimmons, Esq., AAG
165 Capitol Avenue
Hartford, CT 06106

June 17, 2022
Invoice # 394014
Matter # 082754.0003

Re: Purdue Pharma Post-Appeal Matter

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$3,320.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$3,320.00** |
| **Unpaid Balance from Previous Invoices** | **$72,759.50** |
| **Total Due** | **$72,759.50** |

REMITTANCE

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

PULLMAN
& COMLEY
ATTORNEYS AT LAW

The Committee of Participating States
c/o Office of the Attorney General, State of Connecticut
Attn: Matthew Fitzsimmons, Esq., AAG
165 Capitol Avenue
Hartford, CT 06106

July 12, 2022
**Invoice #** 394666
**Matter #** 082754.0003

**Re: Purdue Pharma Post-Appeal Matter**

For services rendered through June 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/22 | Goldman | Receipt/review of email from Matt Gold to Angela Libby re intercreditor issues and review of exchange of emails with Davis Polk transactional attorneys to re-focus existing issues on intercreditor agreement | 0.70 | 565.00 | 395.50 |
| 06/07/22 | Fay | Review Attorney Gold's proposed memo to Davis Polk regarding Inter-creditor Agreement open issues. | 0.40 | 495.00 | 198.00 |
| 06/07/22 | Goldman | Review Matt Gold draft email re intercreditor agreement and telephone conference with Matt Gold re same | 0.50 | 565.00 | 282.50 |
| 06/08/22 | Goldman | Telephone conference with Matt Gold re intercreditor and fee issues | 0.40 | 565.00 | 226.00 |
| 06/08/22 | Goldman | Review of latest draft of and emails re intercreditor agreement in preparation for 4 pm Teams meeting (2.0); confer with Geoff Fay re intercreditor issues (.2); Teams meeting with States group re status of intercreditor Agreement issues (.5) | 2.70 | 565.00 | 1525.50 |
| 06/08/22 | Fay | Telephone conference with Attorney Goldman to discuss open issues with respect to Inter-creditor Agreement; participate in conference call with client team to discuss foregoing issues. | 0.90 | 495.00 | 445.50 |
| 06/13/22 | Goldman | Allocated time to locate/review notice of fee application hearing and register for 6/15 Zoom hearing | 0.20 | 565.00 | 113.00 |
| 06/13/22 | Goldman | Review of draft of Matt Gold email to Angela Libby and draft proposed | 0.30 | 565.00 | 169.50 |

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | revisions | | | |
| 06/14/22 | Goldman | Allocate time for review and responding to Davis Polk email re proposed interim fee order for P&C first interim fee order | 0.20 | 565.00 | 113.00 |
| 06/15/22 | Goldman | Allocated time for attending hearing on first interim fee application | 0.60 | 565.00 | 339.00 |
| 06/24/22 | Goldman | Teams meeting with Matt Gold and Robert Berman re intercreditor and Davis Polk checklist issues | 1.00 | 565.00 | 565.00 |
| 06/27/22 | Goldman | Review collateral document checklist and confer with Geoff Fay in preparation for 4 pm Teams meeting (.4); participate in Teams meeting (.4) | 0.80 | 565.00 | 452.00 |
| 06/27/22 | Goldman | Review of emails/notes in preparation for 4 pm call | 0.50 | 565.00 | 282.50 |
| 06/27/22 | Fay | Preliminary review of collateral document checklist; conference with Attorney Goldman regarding opinions needed as to lien perfection; conference call with committee of participating states to discuss SOAF structure and inter-creditor agreement issues. | 1.50 | 495.00 | 742.50 |
| | | **Fees** | | | **$5,849.50** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 2.80 | 495.00 | 1,386.00 |
| Irve J. Goldman | Partner | 7.90 | 565.00 | 4,463.50 |
| | **Fees** | | | **$5,849.50** |

| | |
|---|---|
| **Total Fees** | **$5,849.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$5,849.50** |
| **Unpaid Balance from Previous Invoices** | **$72,759.50** |
| **Total Due** | **$78,609.00** |

PULLMAN
& COMLEY

ATTORNEYS AT LAW

The Committee of Participating States
c/o Office of the Attorney General, State of Connecticut
Attn: Matthew Fitzsimmons, Esq., AAG
165 Capitol Avenue
Hartford, CT 06106

July 12, 2022
Invoice # 394666
Matter # 082754.0003

Re: Purdue Pharma Post-Appeal Matter

**Kindly reference this invoice number on your check and return this page with your payment.**

| | |
|---|---|
| **Total Fees** | **$5,849.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$5,849.50** |
| **Unpaid Balance from Previous Invoices** | **$72,759.50** |
| **Total Due** | **$78,609.00** |

REMITTANCE

Remittance Address:

850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone (203) 330-2000

Federal Tax ID: 06-0662400

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.