July 21, 2022



Case: *Purdue Pharma L.P. (nysb-7:2019-bk-23649)*

Court: Southern District of New York (Bankruptcy)

To the Judge,

I find it a disgrace that the attorneys keep filing motions for payments to handle these proceedings especially for the amount of time it is taking to get a plan set in place. It's been years so far and at this rate there is no end in sight. These attorneys are getting paid and depleting funds that are set aside for those who actually suffered through chemical dependency and addiction in the hands of these culprits.

As a result of the length of time it is taking the court to make it right for those who actually suffered through the damages and injures that were **INTENTIONALLY** casted upon them by these GREEDY, SELFISH, MONEY HUNGRY CONGLOMERANTS we will be nickeled and dimed for every penny that is awarded and most likely will receive much less than what the attorneys collected in payments over the years. When the only ones that should be getting restitution is those who are and have suffered through chemical dependency and addiction as a result of their intentional greedy actions.

My son, myself and our family have suffered for 14 years but our suffering will go unnoticed and our recovery will be pennies in comparison to our actual damages, suffering and what we deserve to recover for their intentional actions that constitutes a conspiracy. So once again, we lose and big pharma wins.

Your honor you will never know what a person, a parent and a family go through during years of chemical dependency and addiction unless you have experienced it yourself or with someone in your family. THE ISSUES LAST FOR YEARS AND FOR MANY NEVER END. If you have personal experience then you know why I wrote this letter.

After 14 years our monetary damages alone will never be recovered especially from these proceeding. This court will never consider the physical and mental pain and anguish a person, a parent and a family go through that is associated with this disease. A disease that was created by the greed of BIG PHARMA AND THE MANUFACTURES NAMED IN THESE PROCEEDINGS.

This court has the power to make it right. The question is, will this court take it to level it needs to go to make it right FOR THOSE WHO SUFFERED AS A RESULT OF THEIR INTENTIONAL ACTIONS AND CONSPIRACY and holds these criminals accountable civilly and criminally.

1 | P a g e

WHEN DOES THE WAITING END AND THE RESTITUTIOM START?

WHEN THERE IS NO MORE MONEY LEFT FOR THOSE, THEY HURT?

Laureen Ferrante

718-710-9480