Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re                                                                  :    Chapter 11
                                                                          :
PURDUE PHARMA L.P., *et al.*,                        :    Case No. 19-23649 (RDD)
                                                                          :
                                        Debtors[1].       :    (Jointly Administered)
-------------------------------------------------------- x

### THIRTY THIRD MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF <u>JUNE 1, 2022 THROUGH AND INCLUDING JUNE 30, 2022</u>

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | June 1, 2022 – June 30, 2022 |
| Total Amount of Fees Incurred: | $11,035.00 |
| Total Fees Requested (80%): | $8,828.00 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $8,828.00 |
| This is Applicant's: | Thirty Third Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty Third Monthly Fee Statement (the "Fee Statement") for the period of June 1, 2022 through and including June 30, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $11,035.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $8,828.00

7071132.1

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,244.59[2]. The Blended hourly rate of all paraprofessionals is $345.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

### Notice

4.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $8,828.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $11,035.00).

---

[2]      The blended hourly billing rate of $1,244.60 is derived by dividing the total fees for attorneys of $10,828.00 by the total hours of 8.7

[3]      The Blended hourly billing rate of $345.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $207.00 by the total hours of .6.

7071132.1

Dated: August 4, 2022
      New York, New York

OTTERBOURG P.C.

By:     */s/ Melanie L. Cyganowski*
         Melanie L. Cyganowski, Esq.
         Jennifer S. Feeney, Esq.
         230 Park Avenue
         New York, New York 10169
         Telephone:     (212) 661-9100
         Facsimile:     (212) 682-6104

         *Co-Counsel to the Ad Hoc Committee of*
         *Governmental and Other Contingent*
         *Litigation Claimants*

7071132.1

**<u>EXHIBIT A</u>**

**Fees By Project Category**

7071132.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU03 | Business Operations | 1.2 | $1,658.00 |
| PU04 | Case Administration | 3.8 | $4,844.00 |
| PU06 | Employment and Fee Applications | 2.4 | $1,899.00 |
| PU09 | Meetings and Communications w/ AHC | .8 | $1,017.00 |
| PU11 | Plan & Disclosure Statement | 1.1 | $1,617.00 |
| | **TOTALS:** | **9.3** | **$11,035.00** |

1

7071132.1

# EXHIBIT B

**Professional and Paraprofessional Fees**

7071132.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS**
**FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1470.00 | 5.0 | $7,350.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $940.00 | 3.7 | $3,478.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $345.00 | .6 | $207.00 |
| | **TOTAL** | | **9.3** | **$11,035.00** |

1

7071132.1

**<u>EXHIBIT C</u>**

**Time Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

July 27, 2022
BILL NO. 224568

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through June 30, 2022:

| Phase: PU03 | | | BUSINESS OPERATIONS |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 06/08/22 JSF | Examine Documents Review of Financial Analysis of KEIP | .20 | 188.00 |
| 06/14/22 MLC | Review Documents Review of memorandum summarizing settlement of KEIP motion | .60 | 882.00 |
| 06/27/22 MLC | Review Documents Review of supplemental order authorizing KERP | .40 | 588.00 |
| TOTAL PHASE PU03 | | 1.20 | $1,658.00 |

| Phase: PU04 | | | CASE ADMINISTRATION |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 06/01/22 MLC | Review Documents Review of KL memo providing update on McKinsey | .30 | 441.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 27, 2022
Page 2                                                      BILL NO. 224568

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/15/22 JSF | Telephone Call(s) Participate in Omnibus Hearing | 1.20 | 1,128.00 |
| 06/15/22 MLC | Attendance at Court Attended court hearing re: fee applications and other matters (KEIP) | 1.30 | 1,911.00 |
| 06/22/22 MLC | Review Documents Review of summary concerning sealed complaint filed by Ascent Pharmaceuticals against debtor | .80 | 1,176.00 |
| 06/29/22 JSF | Examine Documents Review of Monitor's Report | .20 | 188.00 |
| TOTAL PHASE PU04 | | 3.80 | $4,844.00 |

Phase: PU06                          EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/14/22 JSF | Examine Documents Review of Proposed Interim Fee Order | .20 | 188.00 |
| 06/28/22 JSF | Prepare Legal Papers Review of Time for May Monthly Fee Statement | .80 | 752.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    July 27, 2022
Page 3                                                        BILL NO. 224568

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/28/22 JSF | Prepare Legal Papers Preparation of May Monthly Fee Statement | .60 | 564.00 |
| 06/29/22 JSF | Examine Documents Review of May Monthly Fee Statement | .20 | 188.00 |
| 06/29/22 JKH | Prepare Papers Prepare draft monthly statement | .60 | 207.00 |
| TOTAL PHASE PU06 | | 2.40 | $1,899.00 |

Phase: PU09                        MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/08/22 JSF | Telephone Call(s) Attend Zoom Meeting of AHC re: Updates and KEIP | .30 | 282.00 |
| 06/28/22 MLC | Conference call(s) Conference call with AHC co-counsel and state working group | .50 | 735.00 |
| TOTAL PHASE PU09 | | .80 | $1,017.00 |

Phase: PU11                        PLAN & DISCLOSURE STATEMENT

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                           July 27, 2022
Page 4                                                                BILL NO. 224568

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/30/22 MLC | Review Documents<br>Review and revision to draft of KL memo re: options | 1.10 | 1,617.00 |
| TOTAL PHASE PU11 | | 1.10 | $1,617.00 |
| | TOTAL FOR SERVICES | | $11,035.00 |
| | TOTAL THIS STATEMENT | | $11,035.00 |