August 2, 2022

Carrie McGaha

███████
███████

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**
**300 Quarropas Street**
**White Plains, NY 10601-4140**

    **RE: Purdue Pharma Case #19-23649, EO 13985**

**Dear Judge Lane,**

Please find the enclosed submission I made via email in the Purdue Pharma bankruptcy case. I anticipate a hearing date to be given so that my concerns can be addressed by the court and will provide Notice to the Debtors and US Trustee when I am provided a date.

Sincerely,

*Carrie McGaha* (signature)
Carrie McGaha
Enc.

August 2, 2022

Dear Honorable Judge Lane,

The purpose of this letter is to request relief from having the Department of Recovery, which I understand will receive funding resulting from the plan confirmed in this case, require GRANTEES to comply with the current administration's <u>Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government (EO 13985)</u>. Obviously, all persons should be treated equally and NO ONE should be discriminated against. For the Court to severely limit compensation to INDIVIDUALS damaged by opiates and then allow the government to filter the remaining debt through a specific policy agenda is objectionable to me. Please see the attached SHUT THE FRONT DOOR! message written to express my frustration with the status quo.

I understand this bankruptcy is about generating Profit in order to fund abatement of the opiate crisis. Since this plan is going to seriously limit justice for INDIVIDUAL men and women claimants, I implore you to at least ensure that the funds will NOT be filtered through an anti-God agenda since God is the ONLY power that can Heal broken people and save this nation. I would gladly not take a penny if I thought it wouldn't be wasted by a bureaucratic monopoly ignoring voices of Truth.

Future GRANTEES should not have to pass evolving "'IDEOLOGY Tests" just to get funding for Recovery programs, or any programs for that matter. Reality should not be such a slippery slope. I could never be involved with a program which is trying to normalize immoral behavior and present it to vulnerable people as some type of healthy solution. It's like the opiate crisis all over again! Eventually there will be people who underwent "transition" suing the very doctors who castrated them.

I appreciate your willingness to consider my request and I realize my memory and organization issues are lacking but my failures are a result of the Debtor's products so I pray Mercy upon the Court. I was informed by one of your Deputy Clerks that they would assist me in submitting this request but I am unable to contact them for some reason so I also ask that if this needs to be amended that they contact me so that I may properly address the court.

Sincerely,
Carrie McGaha

*Carrie McGaha* (signature)

August 2, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

  Purdue Pharma L.P., et al.,     Case No.: 19-23649

                   Chapter 11

  Debtors

---

Comes now Pro Se Claimant, Carrie McGaha, in the above-mentioned case and requests the court to make a ruling that the funds generated from this case, disseminated through the newly formed DEPARTMENT OF RECOVERY, shall NOT require GRANTEES to abide by EXECUTIVE ORDERS which prioritize evolving man-made groups over the needs of INDIVIDUALS needing Recovery Services or groups rooted in Truth who treat them. Obviously, ALL persons should be treated EQUALLY as the EEOA has always stated.

## MOTION TO REQUIRE THAT AGENCIES RECEIVING FUNDS GENERATED FROM THIS CASE SHALL NOT BE REQUIRED TO FOLLOW the <u>Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government</u> (EO 13985)

Whereas the court has capped the amount of compensation INDIVIDUALS, damaged by opiates, may be compensated and is basically transferring the balance of their Claims to the states and federal government through the Department of Recovery; the FEDERAL and STATE governments should not then use those funds to promote partisan policies by way of the ever-changing Executive Orders of various administrations. The <u>Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government (EO 13985)</u> is detrimental to the overall health and wellness of vulnerable populations because it forces those who would be in positions to help them to participate in a false belief system, namely the LGBTQ+ agenda. It is highly divisive, anti-God, and not based on truth or the reality that there are only two sexes, outside of genetic anomaly. It is clearly being driven by the desire to destroy what God has created. Obviously, there are only a small number of people with these issues but this whole cultural shift is relatively new in the grand scheme of human history so it should not be propagated by the government in this manner. This country was founded on a belief in God and Freedom of religion. This Executive Order impinges upon those basic principles.

Whereas persons in Recovery have usually been through difficult traumas and suffer from the negative mental health effects of a life lived in a chemical soup, they are vulnerable to suggestion and mental

health professionals should not encourage them to deny reality. Obviously, NO ONE should ever be discriminated against but the REALITY of TRUTH should be a BASELINE in any healthcare setting.

Whereas the most successful RECOVERY programs have God at the center of them and are closely affiliated with churches; NONE of the OPIATE FUNDS should be tied to an ANTI-GOD agenda. Obviously, NO ONE should be discriminated against but individuals, groups, and organizations holding to the TRUTH will be shut out if they don't agree to participate in an alternate reality to receive funding.

Whereas the Agents of Recovery Services are primarily focused on managing the illegal drug problem rather than on also reducing the overuse of pharmaceutical drugs in an effort to protect the Profits needed to maintain the new bureaucracy being created; it would be beneficial if Survivors with lived experience consuming prescription opiates, outside of the criminal justice system, were included in policy decisions at the state and local level if they choose to make their concerns known.

## RELIEF REQUESTED

It is therefore requested that the Court make a ruling that AGENCIES RECEIVING FUNDS GENERATED FROM THIS PLAN SHALL NOT PRIORITIZE THE DISSEMINATION OF FUNDING TO GROUPS BASED ON EVOLVING CULTURAL DIFFERENCES AND SHALL NOT BE REQUIRED TO FOLLOW the Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government (EO 13985) or ANY OTHER EXECUTIVE ORDER NOT BASED ON THE REALITY OF TRUTH.

It is also therefore requested that the Court make a ruling that INDIVIDUAL Claimants in this case will be offered the opportunity to EFFECTIVELY participate in state and local policy decisions regarding the dissemination of funding received as a result of this plan. This would be to compensate for the prioritization of every entity other than the INDIVIDUALS damaged by prescription opiates in this plan. Suppression of Survivor's voices should never happen, especially since the Court is transferring the balance of their Claims to the states without any requirement that their concerns be considered.

*Carrie McGaha*
Carrie McGaha
Pro Se Claimant

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

      Purdue Pharma L.P., et al.,           Case No.: 19-23649

                                                Chapter 11

            Debtors

---

AGENCIES RECEIVING FUNDS GENERATED FROM THIS CASE SHALL NOT PRIORITIZE THE DISEMINATION OF THOSE FUNDS TO GROUPS BASED ON EVOLVING CULTURAL DIFFERENCES AND THEY SHALL NOT BE REQUIRED TO FOLLOW the Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government (EO 13985) or ANY OTHER EXECUTIVE ORDER NOT BASED ON REALITY OR TRUTH.

This ORDER to strike EO 13985 from being used by the Department of Recovery is hereby approved.

Date: _____                        _____
                                                                       Honorable Sean H. Lane
                                                                       U.S. Bankruptcy Court Judge

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

    Purdue Pharma L.P., et al.,       Case No.: 19-23649

                                    Chapter 11

    Debtors

---

**ORDER TO REQUIRE STATES AND ENTITIES RECEIVING FUNDS GENERATED FROM THIS PLAN TO OFFER SURVIVORS OF PRESCRIPTION OPIATE USE, IN THIS CASE, THE OPPORTUNITY TO EFFECTIVELY PARTICIPATE IN THE POLICIES WHICH WILL GOVERN DISSEMINATION OF THOSE FUNDS.**

It is hereby APPROVED that the FEDERAL, STATE AND LOCAL governments receiving funds generated from this plan SHALL ensure that Survivors of Prescription Opiate use, in this case, have genuine opportunities to effectively participate in policy decisions made in the dissemination of those funds to prevent waste, fraud and abuse.

Date:                                                     _____
                                                      Honorable Sean H. Lane
                                                      U.S. Bankruptcy Court Judge

## REFERENCES

The following are links to a recent funding opportunity through the Department of Recovery and SAMHSA which requires following Executive Order 13985.

HHS Announces Its First-Ever Behavioral Health Recovery Innovation Challenge | SAMHSA

https://www.challenge.gov/?challenge=recovery

The following is my SHUT THE FRONT DOOR! message.

https://arky4jesus.wixsite.com/website/post/shut-the-front-door

## SHUT THE FRONT DOOR!

My "lived experience" of being trapped within the Pain Management System for over fifteen years has given me a different view of the drug problem in this country than the one you usually hear about. I have very little lived experience with illegal drugs but I have a lot within the healthcare system as a patient and former healthcare worker. I experimented with a few drugs and used marijuana in high school and college but never moved on to harder drugs and I managed to be fairly functional in my life despite the childhood trauma I endured. I was a great pretender until I met Jesus after climbing out of the lowest point in my life. The reason I am sharing this is because I truly want to help people and I must share that the Healing Power of Jesus Christ is available to all who believe and people can TRUST Him for their Healing and be warned of the use of "Pharmedical" induced DECEPTION.

Much of the STIGMA surrounding the use of Opiates is due to the fact that "Recovery" has become synonymous with overcoming illegal drug use because of the almost exclusive Focus on the Back Door to the drug problem in this country; while at the same time ignoring the WIDE-OPEN Front Door to the House of Dysfunction, Destruction and Despair. People enter in for help to ease their suffering; but, too often, it's like Hotel California and your only escape is through the basement and a Guarded, Locked, Back Door.

I was able to escape, by the Grace of God, because I had His Light Source to keep me from entering into the Darkest, Boarded-up rooms but I was trapped there for over fifteen years. The constant flow of chemicals kept me satiated in the Haze and the only glimmer of Hope was the Flicker of Light in my soul from the Love of Jesus. He never left me and He is the only reason I survived the Bondage. He guided me out as my Keepers protested my refusal to remain, and I just kept walking...

And where did Jesus lead me?

To the Highway of Health and Wellness; which led me on a journey through time, where I claimed my Spiritual Inheritance, for such a time as this. I am here to say, SHUT THE FRONT DOOR! and open up the neighborhood to the Light of Truth.

Denial of basic facts in nature to gain honor amongst the Purveyors of Profit will put people squarely in the opposite corner of God. Examine the wisdom of our ancestors and do not be distracted by the messenger or the falsehoods spread by those who would sabotage one of God's anointed for their own personal gain.

The people who profit off of the inhabitants in the House of D's want to primarily build a bigger house, rather than Shut the Front Door and remove the boarded-up windows so everyone can receive the Healing provided in the Light of TRUTH. They have created for themselves the means to maintain a never-ending supply of occupants to control and increase their own wealth. Through the indoctrination of our educational system, Big Pharma funded programs of study and many other ways, we have all been blinded by our trust in those who claim to have our best interests at heart.

The overgrown Healthcare System is the source of much of the drugging of America and no one seems to want to address that simple truth. It's not just narcotics! The over-prescribing of Psychotropic and other drugs used to treat mental illness, anxiety, chronic pain, learning disorders and almost everything has created a public completely bonded to their doctor, because many of the "cures" just maintain a status of dependent illness, which generates larger profit margins for those who are heavily invested in the overgrown healthcare economy. It's either Drugs or Shrugs and most people just want a quick fix to ease their pain and suffering while many providers are happy to oblige as they build their own Houses of Comfort. Hurting people are vulnerable and highly suggestable to those who are charged with helping them.

As an example, a young man of 23 went to a local clinic because his hair was falling out. He was prescribed Prozac. Thankfully he only took one, because it made him dizzy and he had a dangerous job. He actually told the provider he was pulling some of his hair out because his boss was bipolar and abusive. No one should have to be belittled and berated on the job! It totally blows my mind how gingerly it was handed out to a young man with no realization of the side-effects. He didn't even have a well-established relationship with the clinic and it was a quick appointment. His family advised him to seek a different job which is what he successfully did. Obviously, serious mental illness, such as bipolar disorder is not what I am talking about and those people need help maintaining drug stability to manage their illness.

I have no doubt that many would like for me to just go away. The Lord knows the truth and I have His Perfect Peace. I survived for a reason and sharing this is part of it.

There is a Spirit of Competition and Tribalism within the country. Different groups are competing against one another for the same money rather than actually working together. Certain people refuse to work with certain other people, even those with Lived Experience! Leaders exclude and manipulate. So much for unity...! It's like the Mean Girls took over control of everything and won't let anyone else's ideas be heard. I am a weakened and damaged vessel but please know that I've already been through fires untold and I'm still walking by the Grace of God. So long as I have His Holy Spirit leading and guiding me, I am at peace. People may call me names in their ignorance but I speak the TRUTH.

If something is not done to Shut the Front Door on one of the major, underlying drivers of faulty attitudes towards drugs in this country, a never-ending supply of victims will be generated to sustain the new Department of Recovery recently created by the federal government, which will siphon off the top and filter the rest through an endless parade of evolving anti-God Executive Orders.

Build a Bigger House!
Build Many, and bring Healing through Jesus Christ to those inside!
Open the Boarded-up Windows and let the Light of TRUTH Shine for Everyone!

But please, SHUT THE FRONT DOOR...!

## Certificate of Service

I, Carrie McGaha, Pro Se Claimant certify that the above-mentioned MOTION and associated documents were presented to the following:

Date: August 2, 2022

Carrie McGaha

## Debtors' Counsel

- ***Davis Polk & Wardwell LLP***

    450 Lexington Avenue
    New York, NY   10017
    https://www.davispolk.com/
    Phone: 212.450.4000
    Fax: 212.701.5800

    Marshall S. Huebner
    Timothy Graulich
    Eli J. Vonnegut

- ***United States Trustee***

    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, NY   10014
    https://www.justice.gov/ust-regions-r02
    Phone: 212.510.0500
    Fax: 212.668.2255

    Paul Schwartzberg

- ***United States Bankruptcy Court***

    Southern District of New York
    300 Quarropas Street
    White Plains, NY   10601-4140
    http://www.nysb.uscourts.gov