UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**THIRTY THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | June 1, 2022 through June 30, 2022 |
| Monthly Fees Incurred: | $53,624.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $53,624.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $78,479.60 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, and $6,929 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, and eighth interim period, respectively.

4

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from June 1, 2022 through and including June 30, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $53,624.00 |
   | Expenses | 0.00 |
   | **TOTAL** | **$53,624.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $42,899.20 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$42,899.20** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than August 22, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
August 8, 2022

                    FTI CONSULTING, INC.
                    Financial Advisors to the Ad Hoc Committee of
                    Governmental and Other Contingent Litigation
                    Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
         Matthew Diaz, Senior Managing Director
         1166 Avenue of the Americas, 15th Floor
         New York, New York 10036
         Telephone: (212) 499-3611
         Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 14.9 | $ 17,880.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 1.7 | 2,252.50 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 19.6 | 17,444.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 24.5 | 16,047.50 |
| **GRAND TOTAL** | | | | **60.7** | **$ 53,624.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 11.4 | $ 9,374.50 |
| 2 | Cash & Liquidity Analysis | 1.8 | 2,160.00 |
| 7 | Analysis of Domestic Business Plan | 1.0 | 890.00 |
| 9 | Analysis of Employee Comp Programs | 8.0 | 7,021.00 |
| 11 | Prepare for and Attend Court Hearings | 1.5 | 1,123.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 30.8 | 28,283.50 |
| 24 | Preparation of Fee Application | 4.8 | 3,525.50 |
| 26 | Analysis of Insurance Programs | 1.2 | 1,068.00 |
| 28 | Review of IAC Business Plan | 0.2 | 178.00 |
| | **GRAND TOTAL** | **60.7** | **$ 53,624.00** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/1/2022 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/2/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/3/2022 | Diaz, Matthew | 0.6 | Review of news articles and related case information. |
| 1 | 6/3/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/6/2022 | Diaz, Matthew | 1.1 | Review of Debtors' latest monthly operating results. |
| 1 | 6/6/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/7/2022 | Diaz, Matthew | 0.4 | Continue to review diligence on Debtors' latest operating results. |
| 1 | 6/7/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/13/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 6/13/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/14/2022 | Diaz, Matthew | 0.9 | Review Debtors' latest sales and cash reporting. |
| 1 | 6/14/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/15/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/16/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/17/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/20/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/20/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 6/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/22/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/23/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/24/2022 | Diaz, Matthew | 0.5 | Review Debtors' latest monthly operating results. |
| 1 | 6/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/27/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/28/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/29/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/30/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **11.4** | |
| 2 | 6/2/2022 | Diaz, Matthew | 0.8 | Review Debtors' cash reporting. |
| 2 | 6/7/2022 | Diaz, Matthew | 0.4 | Review Debtors' updated 13-week cash flow forecast. |
| 2 | 6/22/2022 | Diaz, Matthew | 0.6 | Review Debtors' latest budget to actual cash variance results. |
| **2 Total** | | | **1.8** | |
| 7 | 6/24/2022 | Bromberg, Brian | 1.0 | Review 2022 business plan provided by the Debtors. |
| **7 Total** | | | **1.0** | |
| 9 | 6/7/2022 | Bromberg, Brian | 1.1 | Review historical CEO KEIP info. |
| 9 | 6/7/2022 | Bromberg, Brian | 0.6 | Review slides on KEIP re: proposed CEO compensation. |
| 9 | 6/7/2022 | Bromberg, Brian | 0.4 | Review update for committee re: KEIP proposal to prepare changes. |
| 9 | 6/7/2022 | Bromberg, Brian | 0.6 | Review objections to proposed 2020 and 2021 KEIPs. |
| 9 | 6/7/2022 | Diaz, Matthew | 0.4 | Review draft KEIP slides for the committee. |
| 9 | 6/7/2022 | Kurtz, Emma | 1.6 | Prepare analysis of Purdue CEO compensation re: historical and proposed 2022 compensation. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 6/7/2022 | Kurtz, Emma | 0.8 | Prepare revisions to slides on CEO comp per internal comments. |
| 9 | 6/8/2022 | Bromberg, Brian | 0.6 | Participate in weekly committee call to discuss KEIP proposal. |
| 9 | 6/8/2022 | Bromberg, Brian | 0.8 | Prepare to present KEIP proposal analysis on committee call. |
| 9 | 6/8/2022 | Diaz, Matthew | 0.6 | Draft correspondence to the working group on the KEIP. |
| 9 | 6/8/2022 | Diaz, Matthew | 0.5 | Review analysis of proposed 2022 KEIP and comparison to prior KEIPs. |
| **9 Total** | | | **8.0** | |
| 11 | 6/15/2022 | Bromberg, Brian | 0.6 | Listen to KEIP hearing. |
| 11 | 6/15/2022 | Kurtz, Emma | 0.9 | Attend hearing re: CEO 2022 KEIP and interim fee applications. |
| **11 Total** | | | **1.5** | |
| 16 | 6/1/2022 | Bromberg, Brian | 0.7 | Prepare update for team re: strategic considerations. |
| 16 | 6/1/2022 | Bromberg, Brian | 0.9 | Review potential counterparty issues. |
| 16 | 6/1/2022 | Kurtz, Emma | 1.6 | Continue to prepare revisions to analysis of additional Sackler settlement agreement. |
| 16 | 6/1/2022 | Simms, Steven | 0.4 | Review updates from team re: strategic considerations. |
| 16 | 6/2/2022 | Bromberg, Brian | 0.5 | Discuss company strategic initiatives with Houlihan. |
| 16 | 6/2/2022 | Bromberg, Brian | 0.6 | Discuss company strategic initiatives with Debtors' advisors. |
| 16 | 6/2/2022 | Bromberg, Brian | 1.6 | Review updates to analysis of Sackler settlement agreement payments and related payment mechanics and examples. |
| 16 | 6/2/2022 | Bromberg, Brian | 0.6 | Summarize issues for team re: strategic initiatives. |
| 16 | 6/2/2022 | Diaz, Matthew | 0.5 | Review of next steps for certain strategic considerations. |
| 16 | 6/2/2022 | Kurtz, Emma | 2.6 | Prepare updates to analysis of payment mechanics reflecting additional Sackler settlement. |
| 16 | 6/2/2022 | Kurtz, Emma | 2.8 | Prepare updates to illustrative examples to include additional Sackler settlement. |
| 16 | 6/3/2022 | Bromberg, Brian | 0.7 | Review counterparties issues. |
| 16 | 6/3/2022 | Diaz, Matthew | 0.6 | Review of next steps on certain strategic considerations. |
| 16 | 6/7/2022 | Bromberg, Brian | 0.3 | Prepare notes on call with Debtors and other advisors. |
| 16 | 6/7/2022 | Bromberg, Brian | 0.6 | Participate in financial advisor call to discuss business operations. |
| 16 | 6/7/2022 | Bromberg, Brian | 0.4 | Discuss financial update from the Debtors with Houlihan. |
| 16 | 6/7/2022 | Bromberg, Brian | 0.7 | Summarize financial update for counsel. |
| 16 | 6/7/2022 | Diaz, Matthew | 0.5 | Review materials to prepare for call with the Debtors re: financial performance and emergence. |
| 16 | 6/7/2022 | Diaz, Matthew | 0.6 | Participate in call with the Debtors to discuss current financial items. |
| 16 | 6/7/2022 | Kurtz, Emma | 0.5 | Attend bi-weekly update call with the Debtors advisors. |
| 16 | 6/7/2022 | Simms, Steven | 0.4 | Review update from team re: call with the Debtors. |
| 16 | 6/8/2022 | Simms, Steven | 0.5 | Review status of case workstreams and emergence preparation. |
| 16 | 6/9/2022 | Diaz, Matthew | 0.6 | Review current open items and related next steps. |
| 16 | 6/9/2022 | Diaz, Matthew | 0.4 | Draft correspondence and coordination with the working group and company on certain issues. |
| 16 | 6/16/2022 | Diaz, Matthew | 0.5 | Participate in call with Alix to discuss the agenda for next week's meeting with the AHC and the Company. |
| 16 | 6/17/2022 | Bromberg, Brian | 0.2 | Review agenda for call with Debtors' management. |
| 16 | 6/20/2022 | Bromberg, Brian | 0.6 | Review Debtors' 2022 business plan to prepare for call with the Debtors. |
| 16 | 6/20/2022 | Bromberg, Brian | 0.6 | Review MDT agreement to prepare for call with the Debtors. |
| 16 | 6/21/2022 | Bromberg, Brian | 1.3 | Participate in call with the Committee and the Debtors re: financial results and projections and emergence preparation. |
| 16 | 6/21/2022 | Diaz, Matthew | 1.2 | Participate in call with the Company and Committee on the company operating results and emergence. |
| 16 | 6/21/2022 | Diaz, Matthew | 0.7 | Prepare for call on the Company's operating results. |
| 16 | 6/21/2022 | Kurtz, Emma | 1.3 | Attend call with the working group, Debtors and their advisors to discuss financial results and emergence preparations. |
| 16 | 6/21/2022 | Simms, Steven | 0.4 | Review update from team re: Debtors financial performance and emergence preparation. |
| 16 | 6/22/2022 | Bromberg, Brian | 0.5 | Discuss emergence issues with counsel. |
| 16 | 6/22/2022 | Bromberg, Brian | 0.6 | Follow up with Debtors on open questions. |
| 16 | 6/22/2022 | Bromberg, Brian | 0.4 | Review follow up materials from the Debtors. |
| 16 | 6/22/2022 | Diaz, Matthew | 0.5 | Review next steps to emerge, subject to the appeal. |
| 16 | 6/22/2022 | Kurtz, Emma | 0.4 | Attend call with Counsel and Houlihan to discuss emergence preparation and regulatory issues. |
| 16 | 6/23/2022 | Diaz, Matthew | 1.3 | Review summary of potential emergence issues. |
| 16 | 6/28/2022 | Bromberg, Brian | 0.7 | Review follow up materials re: emergence preparation. |
| **16 Total** | | | **30.8** | |
| 24 | 6/17/2022 | Kurtz, Emma | 2.8 | Prepare draft May fee application per fee examiner guidelines. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 6/20/2022 | Kurtz, Emma | 1.3 | Finalize draft May fee application per local rules. |
| 24 | 6/24/2022 | Diaz, Matthew | 0.7 | Review of the May bill. |
| **24 Total** | | | **4.8** | |
| 26 | 6/21/2022 | Bromberg, Brian | 0.7 | Review D&O insurance response from Debtors. |
| 26 | 6/24/2022 | Bromberg, Brian | 0.5 | Review follow-up D&O insurance response from Debtors. |
| **26 Total** | | | **1.2** | |
| 28 | 6/28/2022 | Bromberg, Brian | 0.2 | Review IAC diligence questions. |
| **28 Total** | | | **0.2** | |
| **Grand Total** | | | **60.7** | |