**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF THIRTY-FIRST MONTHLY FEE STATEMENT OF JONES DAY FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | May 1, 2022 through May 31, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $265,222.55 |
| **Less 20% Holdback** | $53,044.51 |
| **Net of Holdback**: | $212,178.04 |
| **Amount of Expense Reimbursement Requested:** | $22,651.82 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $234,829.86 |
| **This is a** | X__ Monthly _____Interim ___ Final Fee Statement |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-first monthly fee statement (the "Thirty-First Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from May 1, 2022 through May 31, 2022 (the "Thirty-First Monthly Fee Period"). By this Thirty-First Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $234,829.86 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-First Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-First Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $15.23 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $40,209.45 for the Thirty-First Monthly Fee Period), for an overall voluntary reduction of approximately 13%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction. The fees sought also include a reduction in the amount of $3,871.50 due to an adjustment of A. Chen's billable rate.

hourly billing rate of Jones Day timekeepers during the Thirty-First Monthly Fee Period is approximately $763.67.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-First Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-First Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-First Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-First Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-First Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Thirty-First Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than August 24, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Thirty-First Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirty-First Monthly Fee Statement.

8.      To the extent that an objection to this Thirty-First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Thirty-First Monthly Fee Statement

has been made to this or any other court.

Dated: August 10, 2022                          _/s/ Anna Kordas_____
   New York, NY                          JONES DAY
              John J. Normile
              Anna Kordas
              250 Vesey Street
              New York, NY 10281
              Telephone: (212) 326-3939
              Facsimile: (212) 755-7306
              Email:  jjnormile@jonesday.com
                  akordas@jonesday.com

              *Special Counsel to the Debtors and*
              *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

# JONES DAY
## PROFESSIONAL PERSON SUMMARY
### MAY 1, 2022 – MAY 31, 2022

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|------|-------------------|------|-------------------|-------|--------|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 12 | $14,700.00 |
| Anthony C. Chen | 1993 | $1,025.00 | $913.50 | 11.2 | $11,480.00 |
| Guoping Da | 2009 | $825.00 | $717.75 | 19.5 | $16,087.50 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 10.5 | $12,600.00 |
| Christopher Morrison | 2002 | $1,100.00 | $957.00 | 0.4 | $440.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 60 | $81,000.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 44.8 | $52,640.00 |
| **TOTAL PARTNER:** | | | | **158.4** | **$188,947.50** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 70 | $50,750.00 |
| Chané Buck | 2017 | $645.00 | $561.15 | 11.9 | $7,675.50 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 6.3 | $5,638.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 42.6 | $34,080.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 11.4 | $8,322.00 |
| **TOTAL ASSOCIATE:** | | | | **142.2** | **$106,466.00** |
| **LAW CLERK** | | | | | |
| Cherry Wang | N/A | $375.00 | $326.25 | 0.9 | $337.50 |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $375.00 | $326.25 | 10.5 | $3,937.50 |
| Brendan Keenan | N/A | $175.00 | $152.25 | 0.3 | $75.00 |
| Catherine Liu | N/A | $150.00 | $130.50 | 5.0 | $750.00 |
| Marguerite Melvin | N/A | $425.00 | $369.75 | 2.0 | $850.00 |
| Julie Harbay Spaulding | N/A | $250.00 | $217.50 | 9.2 | $2,300.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 18.8 | $5,640.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **45.8** | **$13,552.50** |
| **TOTAL:** | | | | **347.3** | **$309,303.50** |

## <u>EXHIBIT B</u>

**COMPENSATION BY PROJECT CATEGORY**
**<u>MAY 1, 2022 – MAY 31, 2022</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 37.7 | $34,526.50 |
| Intellipharmaceutics Corp. | 9.5 | $11,060.00 |
| Collegium 961 PGR | 155.5 | $145,395.00 |
| Retention Matters | 30.1 | $26,154.00 |
| Accord Healthcare Inc. | 41.1 | $37,423.00 |
| Confidential Matter I | 73.4 | $54,745.00 |
| **TOTAL** | **347.3** | **$309,303.50** |
| **13% DISCOUNT** | | **($40,209.46)** |
| **Billable Rate Adjustment** | | **($3,871.50)** |
| **TOTAL FEES** | | **$265,222.55** |

## EXHIBIT C

**EXPENSE SUMMARY**
**MAY 1, 2022 – MAY 31, 2022**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $22,622.66 |
| Mailing Charges | $29.16 |
| **TOTAL** | **$22,651.82** |

## **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 28, 2022                                                     305158.000003
                                                        Invoice: 220904630

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2022:

| | | |
|---|---|---|
| ███████████████ | USD | 54,745.00 |
| Less 13% Discount | | (7,116.85) |
| Less Adjustment for Anthony Chen's Rate | | (3,871.50) |
| Total Billed Fees | USD | 43,756.65 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 22,622.66 | | |
| United Parcel Service Charges | 29.16 | | |
| | | USD | 22,651.82 |
| **TOTAL** | | **USD** | **66,408.47** |









# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 28, 2022                                                                            305158.610005
                                                                                      Invoice: 220904631

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 34,526.50 |
| Less 13% Discount | | (4,488.45) |
| Total Billed Fees | USD | 30,038.05 |
| **TOTAL** | **USD** | **30,038.05** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610005/220904631 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.00 | 1,200.00 | 1,200.00 |
| J J Normile | 9.60 | 1,350.00 | 12,960.00 |
| Associate |  |  |  |
| K McCarthy | 20.00 | 800.00 | 16,000.00 |
| A M Nicolais | 4.80 | 730.00 | 3,504.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 2.30 | 375.00 | 862.50 |
| **Total** | **37.70** | **USD** | **34,526.50** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
June 28, 2022
Invoice: 220904631

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/02/22 | K McCarthy | 1.00 |
| 05/05/22 | K McCarthy | 1.00 |
| 05/06/22 | J J Normile | 1.50 |
| 05/09/22 | K McCarthy | 2.00 |
| 05/09/22 | J J Normile | 2.50 |
| 05/10/22 | K McCarthy | 1.00 |
| 05/10/22 | J J Normile | 1.00 |
| 05/11/22 | J J Darensbourg | 0.30 |

Manage shared database for attorneys of correspondence regarding status conference and Nalas updates.

| 05/11/22 | K McCarthy | 0.70 |
| 05/11/22 | J J Normile | 1.30 |



# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 4
June 28, 2022
Invoice: 220904631

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/13/22 | J J Darensbourg | 0.20 |

Manage docket/calendar/shared database for attorneys of Text Order regarding status conference.

| 05/13/22 | K McCarthy | 1.30 |

███████████████████████████████████████████████

| 05/13/22 | J J Normile | 1.50 |

███████████████████████████████████████

| 05/16/22 | J J Darensbourg | 1.80 |

Manage/cite check discovery response letter to opposing counsel (0.8); manage key pleadings and correspondence files for attorney review (1.0).

| 05/16/22 | G J Larosa | 1.00 |

██████████████████████████████

| 05/16/22 | K McCarthy | 4.50 |

███████████████████████████████████████████████
███████████████████████████████████████████████

| 05/16/22 | A M Nicolais | 2.00 |

██████████████████████████████

| 05/18/22 | A M Nicolais | 1.80 |

██████████████████████████████

| 05/19/22 | A M Nicolais | 0.40 |

████████████████████████████████████

| 05/23/22 | K McCarthy | 2.50 |

███████████████████████████████████████████████
███████████████████████████████████████████████

| 05/25/22 | K McCarthy | 3.00 |

███████████████████████████████████████████████
███████████████████████████████████████████████

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/25/22 | A M Nicolais | 0.60 |
| 05/25/22 | J J Normile | 1.00 |
| 05/26/22 | K McCarthy | 0.50 |
| 05/26/22 | J J Normile | 0.80 |
| | Review and revise draft Patheon protective order stipulation. | |
| 05/31/22 | K McCarthy | 2.50 |



| | | |
|---|---|---|
| | **Total** | **37.70** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 28, 2022

305158.610013
Invoice: 220904632

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 11,060.00 |
| Less 13% Discount | | (1,437.80) |
| Total Billed Fees | USD | 9,622.20 |
| **TOTAL** | **USD** | **9,622.20** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/220904632 WITH YOUR PAYMENT

# JONES DAY

305158.610013

June 28, 2022

*Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.*

Invoice: 220904632

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
|   J J Normile | 6.60 | 1,350.00 | 8,910.00 |
| Associate |  |  |  |
|   K McCarthy | 2.50 | 800.00 | 2,000.00 |
| Paralegal |  |  |  |
|   J J Darensbourg | 0.40 | 375.00 | 150.00 |
| **Total** | **9.50** | **USD** | **11,060.00** |

# JONES DAY

305158.610013

Page: 3
June 28, 2022
Invoice: 220904632

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/01/22 | J J Normile | 1.00 |
| 05/02/22 | J J Normile | 1.00 |
| 05/03/22 | K McCarthy | 0.50 |
| 05/03/22 | J J Normile | 1.50 |
| 05/18/22 | J J Normile | 0.80 |
| 05/19/22 | J J Normile | 1.00 |
| 05/20/22 | K McCarthy | 0.50 |
| 05/20/22 | J J Normile | 0.50 |
| 05/23/22 | K McCarthy | 0.50 |
| | Draft/revise stipulation regarding protective order deadlines | |
| 05/24/22 | K McCarthy | 0.50 |
| | Draft/revise stipulation regarding protective order deadlines | |
| 05/25/22 | K McCarthy | 0.50 |
| | Revise stipulation regarding protective order deadlines | |



# JONES DAY

305158.610013

Page: 4
June 28, 2022
Invoice: 220904632

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/25/22 | J J Normile | 0.50 |
| 05/26/22 | J J Darensbourg | 0.40 |
| | Manage shared database for attorneys of correspondence and pleadings regarding destruction of Defendant's confidential materials. | |
| 05/26/22 | J J Normile | 0.30 |
| | **Total** | **9.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 28, 2022

305158.610022
Invoice: 220904633

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2022:

| | | |
|---|---|---:|
| Collegium 961 PGR | USD | 145,395.00 |
| Less 13% Discount | | (18,901.35) |
| Total Billed Fees | USD | 126,493.65 |
| **TOTAL** | **USD** | **126,493.65** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610022/220904633 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Page: 2
June 28, 2022
Invoice: 220904633

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 12.00 | 1,225.00 | 14,700.00 |
| G J Larosa | 7.50 | 1,200.00 | 9,000.00 |
| J J Normile | 11.80 | 1,350.00 | 15,930.00 |
| J L Swize | 44.80 | 1,175.00 | 52,640.00 |
| Associate |  |  |  |
| J R Boule | 70.00 | 725.00 | 50,750.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 0.20 | 375.00 | 75.00 |
| Librarian |  |  |  |
| J A Harbay Spaulding | 9.20 | 250.00 | 2,300.00 |
| **Total** | **155.50** | **USD** | **145,395.00** |

# JONES DAY

305158.610022                                                          Page: 3
                                                                  June 28, 2022

Collegium 961 PGR                                          Invoice: 220904633

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/25/22 | J A Harbay Spaulding | 2.50 |
| 04/26/22 | J A Harbay Spaulding | 6.50 |
| 04/27/22 | J A Harbay Spaulding | 0.10 |
| 04/28/22 | J A Harbay Spaulding | 0.10 |
| 05/01/22 | J L Swize | 1.30 |
| 05/02/22 | J R Boule | 3.00 |
| 05/02/22 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of Collegium's Reply in Support of Motion to Dismiss Appeal as Untimely.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/02/22 | J L Swize | 3.00 |
| 05/03/22 | J R Boule | 0.20 |
| 05/03/22 | J L Swize | 3.30 |
| 05/04/22 | J R Boule | 0.20 |
| 05/05/22 | J R Boule | 3.30 |
| 05/05/22 | J J Normile | 0.50 |
| 05/05/22 | J L Swize | 2.70 |

# JONES DAY

305158.610022

Collegium 961 PGR

| | | |
|---|---|---|
| 05/06/22 | J R Boule | 4.40 |
| 05/06/22 | J L Swize | 4.30 |
| 05/07/22 | J R Boule | 2.00 |
| 05/07/22 | J L Swize | 4.20 |
| 05/08/22 | J R Boule | 4.70 |
| 05/09/22 | J R Boule | 6.40 |
| 05/09/22 | G A Castanias | 4.50 |
| 05/09/22 | G J Larosa | 3.00 |
| 05/09/22 | J L Swize | 1.60 |
| 05/10/22 | J R Boule | 1.80 |
| 05/10/22 | J L Swize | 2.90 |
| 05/11/22 | J R Boule | 3.90 |
| 05/12/22 | J R Boule | 4.80 |
| 05/12/22 | J J Normile | 2.00 |



**JONES DAY**

305158.610022

Collegium 961 PGR

Invoice: 220904633

| 05/12/22 | J L Swize | 1.60 |
| 05/13/22 | J R Boule | 5.10 |
| 05/13/22 | J L Swize | 2.40 |
| 05/16/22 | J R Boule | 2.70 |
| 05/16/22 | G A Castanias | 3.00 |
| 05/16/22 | J J Normile | 1.80 |
| 05/16/22 | J L Swize | 0.40 |
| 05/18/22 | J R Boule | 5.00 |
| 05/18/22 | G J Larosa | 2.50 |
| 05/19/22 | J R Boule | 2.60 |
| 05/19/22 | J J Normile | 1.50 |
| 05/19/22 | J L Swize | 2.80 |
| 05/20/22 | J R Boule | 3.50 |
| 05/20/22 | G A Castanias | 1.00 |

# JONES DAY

305158.610022

Collegium 961 PGR

| Date | Name | | Hours |
|------|------|---|-------|
| 05/20/22 | G J Larosa | ██████████████████████████ | 1.00 |
| 05/20/22 | J J Normile | █████████████████████████████████████████████ | 2.00 |
| 05/20/22 | J L Swize | █████████████████████████████████████████████ | 1.00 |
| 05/23/22 | J R Boule | █████████████████████████████████████████████ | 5.50 |
| 05/23/22 | J J Darensbourg | Manage shared database for attorneys of Order Denying Collegium's Motion to Dismiss Appeal. | 0.10 |
| 05/23/22 | J J Normile | ███████████████████████████████████████ | 1.00 |
| 05/23/22 | J L Swize | ████████████████████████████████████████ | 2.40 |
| 05/24/22 | J R Boule | ██████████ | 1.90 |
| 05/24/22 | J J Normile | ██████████████████████████████████ | 1.50 |
| 05/24/22 | J L Swize | ███████████████████████████████████████████████ | 2.10 |
| 05/25/22 | J R Boule | ██████████ | 1.00 |
| 05/25/22 | G A Castanias | █████████████████ | 3.50 |
| 05/25/22 | J L Swize | ████████████ | 0.40 |
| 05/26/22 | J R Boule | ██████████ | 3.80 |

# JONES DAY

305158.610022

Collegium 961 PGR



| 05/26/22 | J J Normile | 1.50 |
| 05/26/22 | J L Swize | 3.30 |
| 05/27/22 | J R Boule | 2.80 |
| 05/27/22 | J L Swize | 3.70 |
| 05/31/22 | J R Boule | 1.40 |
| 05/31/22 | G J Larosa | 1.00 |
| 05/31/22 | J L Swize | 1.40 |

**Total** **155.50**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 28, 2022                                                              305158.610028
                                                                          Invoice: 220904634

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2022:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 37,423.00 |
| Less 13% Discount | | (4,864.99) |
| Total Billed Fees | USD | 32,558.01 |
| **TOTAL** | **USD** | **32,558.01** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220904634 WITH YOUR PAYMENT

# JONES DAY

305158.610028

June 28, 2022

Accord Healthcare Inc.

Invoice: 220904634

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
|   G J Larosa | 2.00 | 1,200.00 | 2,400.00 |
|   C M Morrison | 0.40 | 1,100.00 | 440.00 |
|   J J Normile | 13.60 | 1,350.00 | 18,360.00 |
| Associate |  |  |  |
|   K McCarthy | 10.60 | 800.00 | 8,480.00 |
|   A M Nicolais | 6.60 | 730.00 | 4,818.00 |
| Paralegal |  |  |  |
|   J J Darensbourg | 7.60 | 375.00 | 2,850.00 |
| Librarian |  |  |  |
|   B Y Keenan | 0.30 | 250.00 | 75.00 |
| **Total** | **41.10** | **USD** | **37,423.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
June 28, 2022
Invoice: 220904634

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/28/22 | B Y Keenan | 0.30 |

Research and retrieve document for K. McCarthy.

| 05/02/22 | J J Darensbourg | 4.20 |
|---|---|---|

Manage shared database for attorneys of correspondence regarding preparation and service of Rebuttal Expert Reports (2.6); manage documents considered in Wuest Rebuttal Report (2.6).

| 05/02/22 | K McCarthy | 0.50 |
|---|---|---|

Review internal and discovery vendor correspondence regarding document discovery.

| 05/02/22 | A M Nicolais | 1.00 |
|---|---|---|

| 05/02/22 | J J Normile | 2.00 |
|---|---|---|

| 05/03/22 | K McCarthy | 1.00 |
|---|---|---|

Prepare redacted copy of Purdue expert reports (0.5);

| 05/04/22 | J J Darensbourg | 1.30 |
|---|---|---|

Manage Rebuttal Experts, accompanying exhibits, materials considered and document production files for review by P Hendler; prepare redacted version of Bley Rebuttal Report for attorney review.

| 05/04/22 | K McCarthy | 1.50 |
|---|---|---|

Prepare redacted versions of Purdue rebuttal expert reports

| 05/06/22 | J J Darensbourg | 0.70 |
|---|---|---|

Manage prior trial transcripts and exhibits for review by P Hendler.

| 05/06/22 | K McCarthy | 1.60 |
|---|---|---|

Review client and expert correspondence and related litigation testing results (1.1); (

| 05/09/22 | G J Larosa | 1.00 |
|---|---|---|

| 05/09/22 | K McCarthy | 1.00 |
|---|---|---|

# JONES DAY

305158.610028                                                              Page: 4
                                                                      June 28, 2022
Accord Healthcare Inc.                                         Invoice: 220904634



| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 05/09/22 | A M Nicolais | 1.20 | |
| 05/09/22 | J J Normile | 1.50 | Attention to various outstanding fact and expert witness discovery issues. |
| 05/10/22 | K McCarthy | 1.50 | |
| 05/11/22 | J J Darensbourg | 0.30 | Manage shared database for attorneys of correspondence regarding redacted expert reports. |
| 05/11/22 | C M Morrison | 0.40 | |
| 05/12/22 | K McCarthy | 0.50 | |
| 05/13/22 | J J Darensbourg | 0.20 | Manage shared database for attorneys of correspondence regarding expert disclosure of I Hofmann. |
| 05/13/22 | A M Nicolais | 0.10 | |
| 05/13/22 | J J Normile | 1.00 | Review of correspondence from Accord regarding disclosure of expert witnesses |
| 05/16/22 | J J Darensbourg | 0.90 | Manage shared database for attorneys of correspondence regarding expert disclosure of I. Hofmann (0.1); plan and prepare for expert depositions (0.8). |
| 05/16/22 | K McCarthy | 1.50 | |
| 05/16/22 | A M Nicolais | 1.40 | |
| 05/16/22 | J J Normile | 2.10 | |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
June 28, 2022
Invoice: 220904634

| Date | Name | Hours |
|------|------|-------|
| 05/17/22 | J J Normile | 1.00 |

Review of various correspondence from opposing counsel regarding request for extension of time relating to submission of expert reports and deadline for expert discovery ████████████████████████████████



| 05/18/22 | A M Nicolais | 0.30 |
| 05/19/22 | J J Normile | 1.00 |
| 05/23/22 | G J Larosa | 1.00 |
| 05/23/22 | K McCarthy | 0.50 |
| 05/23/22 | A M Nicolais | 1.40 |
| 05/23/22 | J J Normile | 1.60 |
| 05/25/22 | A M Nicolais | 0.10 |
| 05/31/22 | K McCarthy | 1.00 |
| 05/31/22 | A M Nicolais | 1.10 |
| 05/31/22 | J J Normile | 3.40 |

|  | **Total** | **41.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 28, 2022                                                      305158.999007
                                                                  Invoice: 220904635

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2022:

| | | |
|---|---|---|
| Retention Matters | USD | 26,154.00 |
| Less 13% Discount | | (3,400.02) |
| Total Billed Fees | USD | 22,753.98 |
| **TOTAL** | **USD** | **22,753.98** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/220904635 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

Invoice: 220904635

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| J J Normile | 7.40 | 1,350.00 | 9,990.00 |
| **Associate** |  |  |  |
| C Buck | 11.90 | 645.00 | 7,675.50 |
| A Kordas | 6.30 | 895.00 | 5,638.50 |
| K McCarthy | 2.50 | 800.00 | 2,000.00 |
| **Paralegal** |  |  |  |
| M M Melvin | 2.00 | 425.00 | 850.00 |
| **Total** | **30.10** | **USD** | **26,154.00** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
June 28, 2022
Invoice: 220904635

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/04/22 | C Buck | 1.00 |
| | Revise February, March, and April invoices to comply with UST guidelines. | |
| 05/04/22 | J J Normile | 1.00 |
| 05/05/22 | J J Normile | 0.80 |
| 05/09/22 | A Kordas | 0.30 |
| 05/10/22 | C Buck | 1.40 |
| | Draft February monthly fee statement. | |
| 05/10/22 | A Kordas | 0.60 |
| 05/10/22 | K McCarthy | 0.50 |
| | Draft/revise Eighth Interim Fee Application | |
| 05/11/22 | C Buck | 1.80 |
| | Revise February Fee statement (.3); draft March Fee statement (1.5). | |
| 05/13/22 | C Buck | 0.90 |
| | Finalize twenty-ninth and twenty-eighth monthly fee statements for filing (.5); | |
| 05/13/22 | M M Melvin | 0.90 |
| 05/14/22 | C Buck | 3.50 |
| | Draft thirtieth fee statement (1.5); draft interim fee application (2.0). | |
| 05/14/22 | A Kordas | 1.50 |
| | Draft/revise 30th monthly fee statement (.5); draft/revise fee application (1.0). | |
| 05/14/22 | J J Normile | 1.00 |
| 05/15/22 | C Buck | 1.00 |
| | Revise interim fee application. | |
| 05/15/22 | A Kordas | 2.30 |
| | Draft/revise interim fee application (1.8); | |
| 05/15/22 | J J Normile | 1.00 |

# JONES DAY



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/16/22 | C Buck | 2.30 |
| | Finalize April Fee statement for filing (.8); ███████████ finalize interim fee statement for filing (1.1). | |
| 05/16/22 | A Kordas | 1.60 |
| | Finalize monthly fee statement and fee application and coordinate filing and service of same (1.3); (██████ | |
| 05/16/22 | K McCarthy | 2.00 |
| | Draft/revise Eighth Interim Fee Application █████████ | |
| 05/16/22 | M M Melvin | 1.10 |
| 05/16/22 | J J Normile | 1.00 |
| 05/23/22 | J J Normile | 0.30 |
| 05/25/22 | J J Normile | 1.00 |
| 05/26/22 | J J Normile | 0.80 |
| 05/31/22 | J J Normile | 0.50 |
| **Total** | | **30.10** |