**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF THIRTY-SECOND MONTHLY FEE STATEMENT OF JONES DAY FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | June 1, 2022 through June 30, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $296,412.92 |
| **Less 20% Holdback** | $59,282.58 |
| **Net of Holdback**: | $237,130.33 |
| **Amount of Expense Reimbursement Requested:** | $146,594.86 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $383,725.19 |
| **This is a** | X  Monthly ____Interim ___ Final Fee Statement |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-second monthly fee statement (the "Thirty-Second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from June 1, 2022 through June 30, 2022 (the "Thirty-Second Monthly Fee Period"). By this Thirty-Second Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $383,725.19 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Second Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Second Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney.  The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $924.81 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $44,291.59 for the Thirty-Second Monthly Fee Period), for an overall voluntary reduction of approximately 13.24%.  In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.24% reduction.

hourly billing rate of Jones Day timekeepers during the Thirty-Second Monthly Fee Period is

approximately $744.57.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Thirty-Second Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Thirty-Second Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-

Second Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Second Monthly Fee Statement shall be given to the

following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd,

Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the

Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017,

Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com,

dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer &

Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik

Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and

(b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn:

Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee,

U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn:

Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Second Monthly Fee Period.

[5]     The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Thirty-Second Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than August 24, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Thirty-Second Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirty-Second Monthly Fee Statement.

8.      To the extent that an objection to this Thirty-Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Thirty-Second Monthly Fee Statement

has been made to this or any other court.

Dated: August 10, 2022                              _/s/  Anna Kordas_____
       New York, NY                                JONES DAY
                                                   John J. Normile
                                                   Anna Kordas
                                                   250 Vesey Street
                                                   New York, NY 10281
                                                   Telephone:    (212) 326-3939
                                                   Facsimile:    (212) 755-7306
                                                   Email:        jjnormile@jonesday.com
                                                                 akordas@jonesday.com

                                                   *Special Counsel to the Debtors and
                                                   Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JUNE 1, 2022 – JUNE 30, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 3.0 | $3,675.00 |
| Anthony C. Chen | 1993 | $1,025.00 | $913.50 | 28.5 | $29,212.50 |
| Guoping Da | 2009 | $825.00 | $717.75 | 16.4 | $13,530.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 47.5 | $57,000.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 66.9 | $90,315.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 9.1 | $10,692.50 |
| **TOTAL PARTNER:** | | | | **171.4** | **$204,425.00** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 26.1 | $18,922.50 |
| Chané Buck | 2017 | $645.00 | $561.15 | 0.6 | $387.00 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 1.3 | $1,163.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 73.6 | $58,880.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 36.3 | $26,499.00 |
| **TOTAL ASSOCIATE:** | | | | **137.9** | **$105,852.00** |
| **LAW CLERK** | | | | | |
| Cherry Wang | N/A | $375.00 | $326.25 | 0.1 | $37.50 |
| **PARALEGAL & STAFF** | | | | | |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 25.6 | $7,680.00 |
| Catherine Liu | N/A | $150.00 | $130.50 | 5.5 | $825.00 |
| Jacob Chludzinski | N/A | $350.00 | $304.50 | 4.0 | $1,400.00 |
| Janis Treanor | N/A | $450.00 | $391.50 | 2.8 | $1,260.00 |
| Julie Harbay Spaulding | N/A | $250.00 | $217.50 | 2.8 | $700.00 |
| Riley Cheng | N/A | $50.00 | $43.50 | 2.0 | $100.00 |
| Marguerite Melvin | N/A | $425.00 | $369.75 | 0.2 | $85.00 |
| Timothy Solomon | N/A | $425.00 | $369.75 | 42.8 | $18,190.00 |
| Karida Li | N/A | $50.00 | $43.50 | 3.0 | $150.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **88.7** | **$30,390.00** |
| **TOTAL:** | | | | **398.1** | **$340,704.50** |

## EXHIBIT B

### COMPENSATION BY PROJECT CATEGORY
### JUNE 1, 2022 – JUNE 30, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 14.3 | $11,855.00 |
| Collegium 961 PGR | 43.5 | $33,767.50 |
| Retention Matters | 12.5 | $12,880.50 |
| Accord Healthcare Inc. | 232.7 | $212,646.50 |
| Confidential Matter I | 38.2 | $41,735.00 |
| Confidential Matter  II | 56.9 | $27,820.00 |
| **TOTAL** | **398.1** | **$340,704.50** |
| **13% DISCOUNT** | | **($44,291.59)** |
| **TOTAL FEES** | | **$296,412.92** |

## EXHIBIT C

**EXPENSE SUMMARY**
**JUNE 1, 2022 – JUNE 30, 2022**

| Expense Category | Total Expenses |
|---|---|
| Courier Fees | $3.49 |
| Consultant Fees | $145,298.76 |
| Printing Charges | $625.50 |
| Mailing Charges | $96.83 |
| Certified Document Charges | $570.28 |
| **TOTAL** | **$146,594.86** |

# EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2022                                                    305158.000002
                                                          Invoice: 220905950

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2022:

| | | | |
|---|---|---|---:|
| ██████████████████████ | | USD | 27,820.00 |
| Less 13% Fee Discount | | | (3,616.60) |
| Total Billed Fees | | USD | 24,203.40 |

## Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Consultants and Agents Fees | 36,480.45 | | |
| Miscellaneous Expenses | 285.14 | | |
| | | USD | 36,765.59 |
| **TOTAL** | | **USD** | **60,968.99** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2022                                                         305158.000003
                                                                     Invoice: 220905951

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2022:

|                           |        | USD | 41,735.00   |
|---------------------------|--------|-----|-------------|
| Less 13% Discount         |        |     | (5,425.55)  |
| Total Billed Fees         |        | USD | 36,309.45   |

### Disbursement & Charges Summary

| Consultants and Agents Fees | 106,483.08 |     |             |
|-----------------------------|------------|-----|-------------|
| Courier Services            | 3.49       |     |             |
| Foreign Debit Note          | 2,335.23   |     |             |
| Miscellaneous Expenses      | 285.14     |     |             |
|                             |            | USD | 109,106.94  |
| **TOTAL**                   |            | **USD** | **145,416.39** |







# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2022

305158.610005
Invoice: 220905952

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 11,855.00 |
| Less 13% Discount | | (1,541.15) |
| Total Billed Fees | USD | 10,313.85 |
| **TOTAL** | **USD** | **10,313.85** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610005/220905952 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220905952

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 2.80 | 1,350.00 | 3,780.00 |
| Associate | | | |
| K McCarthy | 8.50 | 800.00 | 6,800.00 |
| Paralegal | | | |
| T E Solomon | 3.00 | 425.00 | 1,275.00 |
| **Total** | **14.30** | **USD** | **11,855.00** |

# JONES DAY

305158.610005

Page: 3
July 31, 2022
Invoice: 220905952

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/01/22 | K McCarthy | 0.50 |
| 06/01/22 | J J Normile | 1.50 |
| 06/01/22 | T E Solomon | 3.00 |

Update case database with correspondence for access and review by team members (1.5); confer with J. Darensbourg, TCDI and case team regarding transfer of cases and review databases in preparation for transition (1.5).

| | | |
|---|---|---|
| 06/02/22 | K McCarthy | 1.00 |
| 06/02/22 | J J Normile | 0.50 |
| 06/07/22 | K McCarthy | 1.50 |

review case files and respond to case correspondence (0.4).

| | | |
|---|---|---|
| 06/14/22 | K McCarthy | 3.50 |
| 06/21/22 | K McCarthy | 2.00 |
| 06/21/22 | J J Normile | 0.80 |
| **Total** | | **14.30** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2022

305158.610022
Invoice: 220905953

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 33,767.50 |
| Less 13% Discount | | (4,389.78) |
| Total Billed Fees | USD | 29,377.72 |
| **TOTAL** | **USD** | **29,377.72** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407                Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                                  Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/220905953 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G A Castanias | 3.00 | 1,225.00 | 3,675.00 |
| J J Normile | 0.80 | 1,350.00 | 1,080.00 |
| J L Swize | 6.80 | 1,175.00 | 7,990.00 |
| **Associate** | | | |
| J R Boule | 26.10 | 725.00 | 18,922.50 |
| **Project Assistant** | | | |
| J Chludzinski | 4.00 | 350.00 | 1,400.00 |
| **Librarian** | | | |
| J A Harbay Spaulding | 2.80 | 250.00 | 700.00 |
| **Total** | **43.50** | **USD** | **33,767.50** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 3
July 31, 2022
Invoice: 220905953

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/01/22 | J R Boule | 4.30 |
| 06/01/22 | J L Swize | 1.80 |
| 06/02/22 | J R Boule | 0.60 |
| 06/02/22 | J Chludzinski | 4.00 |
| 06/02/22 | J J Normile | 0.80 |
| 06/03/22 | J R Boule | 4.70 |
| 06/03/22 | J L Swize | 0.40 |
| 06/04/22 | J R Boule | 0.80 |
| 06/06/22 | J R Boule | 0.60 |
| 06/06/22 | J L Swize | 1.40 |
| 06/07/22 | J R Boule | 0.30 |
| 06/08/22 | J R Boule | 0.50 |
| 06/09/22 | J L Swize | 0.90 |
| 06/10/22 | J R Boule | 0.90 |

# JONES DAY

305158.610022

Collegium 961 PGR

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/10/22 | G A Castanias | 3.00 |
| 06/10/22 | J L Swize | 2.00 |
| 06/11/22 | J R Boule | 0.20 |
| 06/16/22 | J R Boule | 2.30 |
| 06/16/22 | J A Harbay Spaulding | 2.80 |
| 06/21/22 | J R Boule | 5.40 |
| 06/22/22 | J R Boule | 5.00 |
| 06/29/22 | J R Boule | 0.50 |
| 06/29/22 | J L Swize | 0.30 |
| | **Total** | **43.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


July 31, 2022                                                      305158.610028
                                                                   Invoice: 220905954

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America


For legal services rendered for the period through June 30, 2022:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 212,646.50 |
| Less 13% Discount | | (27,644.05) |
| Total Billed Fees | USD | 185,002.45 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Document Reproduction Charges | 625.50 | |
| United Parcel Service Charges | 67.45 | |
| | USD | 692.95 |
| **TOTAL** | **USD** | **185,695.40** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220905954 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 47.50 | 1,200.00 | 57,000.00 |
| J J Normile | 43.80 | 1,350.00 | 59,130.00 |
| J L Swize | 2.30 | 1,175.00 | 2,702.50 |
| Associate |  |  |  |
| K McCarthy | 63.00 | 800.00 | 50,400.00 |
| A M Nicolais | 36.30 | 730.00 | 26,499.00 |
| Paralegal |  |  |  |
| T E Solomon | 39.80 | 425.00 | 16,915.00 |
| **Total** | **232.70** | **USD** | **212,646.50** |

# JONES DAY

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|



06/01/22     K McCarthy     2.00

06/01/22     A M Nicolais     0.80

06/01/22     J J Normile     3.30

06/01/22     T E Solomon     1.50
Review and update case databases with newly received correspondence for access and review by team members (1.00); update case database and Docket with newly filed documents and deadlines (0.50).

06/02/22     K McCarthy     1.50

06/02/22     J J Normile     1.00

06/03/22     G J Larosa     3.00

06/03/22     K McCarthy     4.00

06/03/22     T E Solomon     0.60
Retrieve Accord's Reply Reports and supporting materials, update case databases and circulate to team for their review.

06/06/22     G J Larosa     3.00

06/06/22     K McCarthy     4.00

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
July 31, 2022
Invoice: 220905954



| 06/06/22 | A M Nicolais | 3.10 |
| 06/06/22 | J J Normile | 3.10 |
| 06/06/22 | T E Solomon | 2.50 |

Forward Martin and Hofmann Expert Reply Report materials to P. Hendler and Dr. Wuest and A. Sharma for their review per instructions (2.00); update and circulate Expert Depo Calendar per K. McCarthy's instructions (0.50).

| 06/07/22 | K McCarthy | 2.50 |
| 06/07/22 | A M Nicolais | 8.90 |
| 06/07/22 | J J Normile | 1.50 |
| 06/07/22 | T E Solomon | 1.50 |

review production log and production database on Relativity and respond to query from P. Hendler regarding prior expert materials produced to Accord (1.00)

| 06/08/22 | K McCarthy | 2.50 |
| 06/08/22 | A M Nicolais | 8.60 |

# JONES DAY

| Date | Timekeeper | Hours |
|---|---|---|
| 06/08/22 | J J Normile | 2.80 |



| | | |
|---|---|---|
| 06/08/22 | T E Solomon | 0.50 |

Review and update case databases with newly filed court documents for access and review by team members.

| | | |
|---|---|---|
| 06/09/22 | G J Larosa | 3.00 |
| 06/09/22 | K McCarthy | 3.50 |
| 06/09/22 | A M Nicolais | 8.00 |
| 06/09/22 | J J Normile | 3.30 |
| 06/09/22 | T E Solomon | 2.00 |

Update case databases with newly received correspondence related to experts for access and review by team members (1.40); review correspondence and update and circulate expert deposition calendar to team for their review (0.60).

| | | |
|---|---|---|
| 06/10/22 | G J Larosa | 2.00 |
| 06/10/22 | K McCarthy | 4.00 |
| 06/10/22 | J J Normile | 4.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 6
July 31, 2022
Invoice: 220905954



| 06/10/22 | T E Solomon | 0.50 |
|---|---|---|

Assemble expert materials for review by J. Normile per K. McCarthy's instructions.

| 06/10/22 | J L Swize | 0.30 |
|---|---|---|

| 06/12/22 | J L Swize | 0.40 |
|---|---|---|

| 06/13/22 | G J Larosa | 2.00 |
|---|---|---|

| 06/13/22 | K McCarthy | 3.00 |
|---|---|---|

| 06/13/22 | A M Nicolais | 0.70 |
|---|---|---|

| 06/13/22 | J J Normile | 3.30 |
|---|---|---|

| 06/13/22 | T E Solomon | 4.80 |
|---|---|---|

Assemble binders of expert reports and exhibits fro review by J. Normile per K. McCarthy's instructions (2.40); retrieve production from Defendant, upload to case database for access and review by team and forward to TCDI for uploading to production database on Relativity (1.70); update production log (0.30); review correspondence and update and circulate expert deposition calendar per A. Nicolais's instructions (0.40).

| 06/14/22 | G J Larosa | 3.00 |
|---|---|---|

| 06/14/22 | J J Normile | 1.00 |
|---|---|---|

| 06/14/22 | T E Solomon | 1.00 |
|---|---|---|

Update case databases with new correspondence related to experts with client and opposing counsel for access and review by team members.

| 06/14/22 | J L Swize | 1.10 |
|---|---|---|

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 06/15/22 | G J Larosa | 1.00 |
|---|---|---|

| 06/15/22 | K McCarthy | 1.50 |
|---|---|---|

| 06/15/22 | A M Nicolais | 0.20 |
|---|---|---|

| 06/15/22 | J J Normile | 1.50 |
|---|---|---|

| 06/15/22 | T E Solomon | 1.00 |
|---|---|---|

Update case databases with newly filed pleadings (0.50); review correspondence and update and circulate expert deposition calendar (0.50).

| 06/16/22 | G J Larosa | 2.00 |
|---|---|---|

| 06/16/22 | K McCarthy | 4.50 |
|---|---|---|

| 06/16/22 | J J Normile | 1.00 |
|---|---|---|

| 06/16/22 | T E Solomon | 1.50 |
|---|---|---|

Review correspondence and update and circulate expert deposition calendar (0.20); confer with team and TSG and make arrangements for upcoming Appel and Hofmann depositions (1.00); update case database with new correspondence for access and review by team members (0.30).

| 06/17/22 | G J Larosa | 2.50 |
|---|---|---|

| 06/17/22 | K McCarthy | 4.00 |
|---|---|---|

# JONES DAY

305158.610028

Page: 8
July 31, 2022
Invoice: 220905954

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 06/17/22 | A M Nicolais | 0.80 |
| 06/17/22 | J J Normile | 1.50 |
| 06/17/22 | T E Solomon | 0.70 |

Update case databases with new correspondence with experts and opposing counsel regarding upcoming depositions for access and review by team members.

| Date | Name | Hours |
|------|------|-------|
| 06/18/22 | J J Normile | 1.00 |
| 06/20/22 | J J Normile | 1.80 |
| 06/21/22 | G J Larosa | 1.00 |
| 06/21/22 | K McCarthy | 2.00 |
| 06/21/22 | A M Nicolais | 1.60 |
| 06/21/22 | J J Normile | 3.10 |
| 06/21/22 | T E Solomon | 4.00 |

Update case databases with new correspondence with experts and between the parties regarding depositions (1.00); confer with team, update and circulate deposition calendar (0.80) and make arrangements with for upcoming prep and depositions per instructions (2.20)

| Date | Name | Hours |
|------|------|-------|
| 06/22/22 | G J Larosa | 1.00 |
| 06/22/22 | K McCarthy | 2.50 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| 06/22/22 | A M Nicolais | 0.50 |

| 06/22/22 | J J Normile | 2.00 |

| 06/22/22 | T E Solomon | 2.00 |

Update case databases with new correspondence with experts and between the parties regarding depositions (1.00); confer with team and make arrangements for upcoming depositions per instructions (1.00).

| 06/23/22 | G J Larosa | 1.00 |

| 06/23/22 | A M Nicolais | 1.30 |

| 06/23/22 | J J Normile | 2.50 |

| 06/23/22 | T E Solomon | 3.50 |

Make arrangements for upcoming Martin deposition with vendor per instructions (0.70); assemble deposition prep binder of Martin materials for review by G. LaRosa (2.00); update case database with new correspondence related to expert depositions for access and review by team members (0.80).

| 06/24/22 | G J Larosa | 5.00 |

| 06/24/22 | J J Normile | 1.50 |

| 06/24/22 | T E Solomon | 3.50 |

Update case databases with correspondence and Appel deposition transcripts for access and review by team members (0.50); assemble materials to be used as exhibits at Martin deposition and send to Chicago per G. LaRosa's instructions (3.00).

| 06/26/22 | J L Swize | 0.50 |

| 06/27/22 | G J Larosa | 7.00 |

| 06/27/22 | K McCarthy | 6.00 |

**JONES DAY**

Accord Healthcare Inc.



| 06/27/22 | A M Nicolais | 1.10 |
|---|---|---|

| 06/27/22 | J J Normile | 1.60 |
|---|---|---|

| 06/27/22 | T E Solomon | 2.00 |
|---|---|---|

Assemble deposition prep binders of Shirtcliff materials per K. McCarthy's instructions (1.50); update case database with new correspondence related to expert depositions for access and review by team members (0.50).

| 06/28/22 | G J Larosa | 9.00 |
|---|---|---|

| 06/28/22 | K McCarthy | 2.00 |
|---|---|---|

| 06/28/22 | T E Solomon | 1.70 |
|---|---|---|

Attention to arrangements for Shirtcliff deposition prep and deposition per K. McCarthy's instructions (0.50); update cases databases with newly filed pleadings and deposition transcripts (1.00); forward pleadings to Docket for processing (0.20).

| 06/29/22 | G J Larosa | 1.00 |
|---|---|---|

| 06/29/22 | K McCarthy | 6.50 |
|---|---|---|

| 06/29/22 | A M Nicolais | 0.50 |
|---|---|---|

| 06/29/22 | J J Normile | 1.50 |
|---|---|---|

## JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 11
July 31, 2022
Invoice: 220905954

| 06/29/22 | T E Solomon | 3.00 |
|---|---|---|

Attention to expert depositions arrangements (0.70); draft expert deposition notice per A. Nicolais's instructions (1.30); retrieve exhibits marked at Martin and Appel depositions and update case databases for access and review by team members (1.00)

| 06/30/22 | G J Larosa | 1.00 |
|---|---|---|



| 06/30/22 | K McCarthy | 7.00 |
|---|---|---|

| 06/30/22 | A M Nicolais | 0.20 |
|---|---|---|

| 06/30/22 | J J Normile | 1.00 |
|---|---|---|

| 06/30/22 | T E Solomon | 2.00 |
|---|---|---|

Update cases databases with new correspondence, court filings and deposition transcripts from vendor (1.40); review new court filing and update Docket with new deadlines per instructions (0.60).

**Total** **232.70**

# JONES DAY

305158.610028

Accord Healthcare Inc.

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 06/30/22 | T E Solomon | NYC | 625.50 | |
| | Color duplication charges - June 2022 - 6/27/22 - 1251 copies at $0.50 per page | | | |
| **Document Reproduction Charges Subtotal** | | | | **625.50** |
| | | | | |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 06/23/22 | T E Solomon | NYC | 23.14 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 22000010445E262 Date: 6/25/2022  -  -  Ship To: Gasper LaRosa, WAIVE SIGNATURE Ship Dt: 06/23/22 Airbill: 1Z10445E0199607928 | | | |
| 06/24/22 | T E Solomon | NYC | 44.31 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 22000010445E272 Date: 7/2/2022  -  -  Ship To: Gasper LaRosa, Palmer House Ship Dt: 06/24/22 Airbill: 1Z10445E0191874396 | | | |
| **United Parcel Service Charges Subtotal** | | | | **67.45** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **692.95** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2022                                                    305158.999007
                                                          Invoice: 220905955

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2022:

| | | | |
|---|---|---|---|
| Retention Matters | | USD | 12,880.50 |
| Less 13% Discount | | | (1,674.47) |
| Total Billed Fees | | USD | 11,206.03 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| United Parcel Service Charges | 29.38 | | |
| | | USD | 29.38 |
| **TOTAL** | | **USD** | **11,235.41** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/220905955 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| J J Normile | 7.10 | 1,350.00 | 9,585.00 |
| **Associate** | | | |
| C Buck | 0.60 | 645.00 | 387.00 |
| A Kordas | 1.30 | 895.00 | 1,163.50 |
| K McCarthy | 0.50 | 800.00 | 400.00 |
| **Paralegal** | | | |
| M M Melvin | 0.20 | 425.00 | 85.00 |
| J E Treanor | 2.80 | 450.00 | 1,260.00 |
| **Total** | **12.50** | **USD** | **12,880.50** |

# JONES DAY

305158.999007

Retention Matters

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/02/22 | J J Normile | 0.30 |
| 06/06/22 | J J Normile | 0.50 |
| 06/10/22 | M M Melvin | 0.20 |
| | Register A. Kordas with the SDNY eCourt Appearances site for the Purdue Hearing set for June 15 at 10:00 a.m. (Eastern). | |
| 06/15/22 | A Kordas | 1.30 |
| | Appearance at the hearing on the fee applications. | |
| 06/15/22 | J E Treanor | 0.50 |
| | Attention to audit letter response. | |
| 06/16/22 | J J Normile | 0.50 |
| 06/20/22 | J J Normile | 1.80 |
| 06/21/22 | J J Normile | 0.80 |
| 06/21/22 | J E Treanor | 0.80 |
| | Attention to audit letter response. | |
| 06/22/22 | J J Normile | 1.60 |
| 06/22/22 | J E Treanor | 1.00 |
| | Attention to audit letter response. | |
| 06/23/22 | J J Normile | 0.80 |
| 06/23/22 | J E Treanor | 0.50 |
| | Attention to audit letter response. | |
| 06/27/22 | C Buck | 0.60 |
| 06/27/22 | J J Normile | 0.80 |
| 06/30/22 | K McCarthy | 0.50 |

# JONES DAY

305158.999007

Retention Matters

Invoice: 220905955

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | | |
| **Total** | | **12.50** |

# JONES DAY

305158.999007

Retention Matters

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 06/22/22 | J E Treanor | NYC | 14.69 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 22000010445E262 Date: 6/25/2022  -  -  Ship To: Amelia Caporale, Ernst & Young LLP Ship Dt: 06/22/22 Airbill: 1Z10445E0196755265 | | | |
| 06/22/22 | J E Treanor | NYC | 14.69 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 22000010445E262 Date: 6/25/2022  -  -  Ship To: Terrence  Ronan, Purdue Pharma Ship Dt: 06/22/22 Airbill: 1Z10445E0199878878 | | | |
| **United Parcel Service Charges Subtotal** | | | | **29.38** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **29.38** |