**From:** kirchotra@aol.com,
**To:** kirchotra@aol.com,
**Subject:** Fast Notepad
**Date:** Tue, Jul 26, 2022 4:14 pm

Case # 19-23649

Hi Robert

My name is Carl kirchoff  I have been waiting on perdue to offer a settlement on my case but now that everything has gotten overturned I guess it don't look like there's any offer gonna be made on my case and I've been on oxy for 15 years I can't even get a advancement to what information they should have because produce hasn't made an offer or it an offer or because everything is taken forever to do some I just wonder if you have a time line or some daylight at the end of this tunnel?  Or are you able to make your own, saying I'm a settlement per case cause I talked to my Attorney and you're waiting on to hear what goes on in bankruptcy court.

Thanks
Carl kirchoff
Email blackdodgediesel01@gmail.com
608 339 1520

Sent from the all new AOL app for Android


RECEIVED AUG 0 1 2022 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK