**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (SHL) |
| Debtors. ) | |
| ) | (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES
FOR THE DEBTORS FOR THE PERIOD FROM
JULY 1, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2022 through July 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $33,500.00 |
| Less 20% Holdback: | $6,700.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Total Fees and Expenses Due: | $26,800.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: August 11, 2022

                                              */s/Amelia M. Caporale*
                                              Amelia M. Caporale
                                              Partner, Ernst & Young LLP
                                              20 Church Street
                                              Hartford, CT  06103

**EXHIBIT A**
**SUMMARY BY PROFESSIONAL**

*2021 Employee Benefit Plans*

| Last Name | First Name | Rank | Time |
|---|---|---|---|
| Collette | Peter | Executive Director | 2.0 |
| Christodoulakis | Sophia | Senior Manager | 5.0 |
| Dicker | Sid Eli | Intern | 4.0 |
| Martin | Christina | Senior | 17.5 |
| Ondayko | Kyle | Intern | 49.5 |
| Rikhi | Chemmattira | Senior | 12.0 |
| | | **Total** | **90.0** |

**EXHIBIT B**
**SUMMARY BY CATEGORY**

*2021 Employee Benefit Plans*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Employee Benefit Plan Audit | This category includes activities associated with employee benefit plan (Pension and 401(k)) audits | 90.0 |
| | **Total** | **90.0** |

# EXHIBIT C
# SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*2021 Employee Benefit Plans*

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Rikhi Chemmattira | Senior | 01 Jul 2022 | Employee Benefit Plan Audit | 4.0 | Rollforward of audit planning documents. |
| Rikhi Chemmattira | Senior | 04 Jul 2022 | Employee Benefit Plan Audit | 4.0 | Rollforward of audit planning documents. |
| Rikhi Chemmattira | Senior | 08 Jul 2022 | Employee Benefit Plan Audit | 4.0 | Download of Fidelity reports and prepare client request list. |
| Christodoulakis,Sophia Alexis | Senior Manager | 11 Jul 2022 | Employee Benefit Plan Audit | 0.5 | Discussion with C. Martin to discuss upcoming engagement |
| Martin,Christina Marie | Senior | 11 Jul 2022 | Employee Benefit Plan Audit | 0.5 | Discussion with S. Christodoulakis to discuss upcoming engagement |
| Dicker,Sid Eli | Intern | 12 Jul 2022 | Employee Benefit Plan Audit | 4.0 | Documentation of planning procedures |
| Christodoulakis,Sophia Alexis | Senior Manager | 12 Jul 2022 | Employee Benefit Plan Audit | 0.5 | Discussion with C. Martin to discuss upcoming engagement |
| Martin,Christina Marie | Senior | 12 Jul 2022 | Employee Benefit Plan Audit | 0.5 | Discussion with S. Christodoulakis to discuss upcoming engagement |
| Ondayko,Kyle | Intern | 13 Jul 2022 | Employee Benefit Plan Audit | 8.0 | Documentation of planning procedures cont |
| Ondayko,Kyle | Intern | 14 Jul 2022 | Employee Benefit Plan Audit | 8.0 | Making selections for participant data testing & discussion with C. Martin on the same |
| Martin,Christina Marie | Senior | 14 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Discussion with K. Ondayko on participant data testing selections |
| Martin,Christina Marie | Senior | 15 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Discussion with S. Christodoulakis to discuss engagement status |
| Christodoulakis,Sophia Alexis | Senior Manager | 15 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Discussion with C. Martin to discuss engagement status |
| Ondayko,Kyle | Intern | 15 Jul 2022 | Employee Benefit Plan Audit | 8.0 | Documentation of planning procedures cont |
| Ondayko,Kyle | Intern | 18 Jul 2022 | Employee Benefit Plan Audit | 8.0 | Documentation of planning procedures cont & discussion with C. Martin on the same |
| Martin,Christina Marie | Senior | 18 Jul 2022 | Employee Benefit Plan Audit | 0.5 | Discussion with K. Ondayko on planning tasks |
| Martin,Christina Marie | Senior | 19 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Discussion with K. Ondayko on testing requests |
| Ondayko,Kyle | Intern | 19 Jul 2022 | Employee Benefit Plan Audit | 6.0 | Drafting testing requests for various procedures and discussion with C. Martin on the same |
| Ondayko,Kyle | Intern | 20 Jul 2022 | Employee Benefit Plan Audit | 5.0 | Drafting testing requests for various procedures cont. |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Senior Manager | 20 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Meeting with Christina Martin and Pete Collette to discuss sample sizes for testing and significant accounts. |
| Martin,Christina Marie | Senior | 20 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Meeting with Sophia Christodoulakis and Pete Collette to discuss sample sizes for testing and significant accounts. |
| Collette,Peter | Executive Director | 20 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Meeting with Sophia Christodoulakis and Christina Martin to discuss sample sizes for testing and significant accounts. |
| Christodoulakis,Sophia Alexis | Senior Manager | 21 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Review of statements to determine and approve sampling methodology |
| Ondayko,Kyle | Intern | 21 Jul 2022 | Employee Benefit Plan Audit | 2.0 | Drafting testing requests for defined benefit pension testing and discussion with C. Martin on the same |
| Martin,Christina Marie | Senior | 21 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Discussion with K. Ondayko on testing sample sizes |
| Ondayko,Kyle | Intern | 22 Jul 2022 | Employee Benefit Plan Audit | 4.0 | Drafting testing requests for defined contribution testing |
| Martin,Christina Marie | Senior | 25 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Review significant accounts and planning documents prepared by intern. |
| Collette,Peter | Executive Director | 26 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Client Kick-Off Meeting with C. Martin, S. Christodoulakis (EY) & Lynn Kusinski, Jennifer Annunziata (Purdue) |
| Ondayko,Kyle | Intern | 25 Jul 2022 | Employee Benefit Plan Audit | 0.5 | Drafting summary of outstanding items email to C. Martin |
| Martin,Christina Marie | Senior | 26 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Client Kick-Off Meeting with Pete Collette, Sophie Christodoulakis (EY) & Lynn Kusinski, Jennifer Annunziata (Purdue) |
| Martin,Christina Marie | Senior | 26 Jul 2022 | Employee Benefit Plan Audit | 7.0 | Selections review and updates made to client request list in advance of kick off meeting |
| Christodoulakis,Sophia Alexis | Senior Manager | 26 Jul 2022 | Employee Benefit Plan Audit | 1.0 | Prepare for kick off call and call with J. Annunziata, L. Kusinski, P. Collette, and C. Martin. |
| Martin,Christina Marie | Senior | 27 Jul 2022 | Employee Benefit Plan Audit | 2.0 | Disclosure checklist review |
| | | | **Total** | **90.0** | |

**Total Fixed Fees Sought for 2021 Employee Benefit Plan Audit Services During the Fee Period: $33,500.00**