# THE PERAZZO LAW FIRM, P.A.

August 9, 2022



**VIA CERTIFIED MAIL:**

Southern District of New York
Attention: Clerk of the Court
One Bowling Green
New York, NY 10004

       **Case Style:**    **Purdue Pharma Et Al. V. Commonwealth of Massachusetts Et Al.**
       **Case Number:** **19-23649**
       **RE:**            **Request to remove The Perazzo Law Firm from service list**

Dear Sir/Madam:

    I am writing to request that my name, physical address and service email addresses removed from any and all service notices for the case referenced above, effective immediately.

The physical address to be removed is:

                The Perazzo Law Firm, P.A.
                16666 NE 19th Ave #110
                North Miami Beach, FL 33162

Furthermore, the email addresses receiving service for this case are listed as follows: jp@perazzolaw.com, pleadings@perazzolaw.com and pip@perazzolaw.com.

    As we have advised Prime Clerk, several times, this Law firm no longer represents Bridget Mogan Should this request not be deemed sufficient for removing the addresses listed above, I request your kind cooperation to notify me at your earliest convenience of any other procedures that need to be followed in order to remove same. I can be reached at the address listed above, at phone number: 305.815.4305, or via email at jp@perazzolaw.com.

    Thanking you, in advance, for your attention to this matter.

                                          Sincerely,

                                          *Jonathan Perazzo*

                                          JONATHAN PERAZZO, ESQ.

JP/crr

---

16666 NE 19th Ave. Ste. 110 · North Miami Beach, FL 33162 · Ph: 305-815-4305 · Fax: 305-892-9693