UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

-----------------------------------------------------------x

## ORDER GRANTING REDACTION OF PERSONAL IDENTIFIABLE INFORMATION

Before the Court is Ms. Carrie McGaha's *Motion to Redact Personally Identifiable Information from Case Submissions* [ECF No. 4973] (the "Motion") that seeks to redact personal identifiers from documents that she previously filed with the Court in this case [ECF Nos. 2921, 2950, 3559, 3737, 4394, 4405, and 4406] (the "Documents"). Pursuant to Local Rule 9037-1 and Rule 9037 of the Federal Rules of Bankruptcy Procedure, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Clerk of the Court shall restrict public access to the Documents and, upon entry of this Order, attach the correctly redacted documents (filed as exhibits to the Motion) to their corresponding docket numbers, effectively replacing the Documents with the correctly redacted versions; and it is further

**ORDERED**, that Ms. McGaha shall follow Local Rule 9037-1(b) in all of her future filings with this Court. That Rule explains that the responsibility for redacting personal data identifiers (as defined in Bankruptcy Rule 9037) in any filing rests solely with the party who is

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

making the filing (counsel, parties in interest and non-parties) and that the Clerk, or claims agent, does not review each document for compliance with this Rule.

White Plains, New York
Dated:  August 12, 2022

>    **_/s/ Sean H. Lane_**
>    HONORABLE SEAN H. LANE
>    UNITED STATES BANKRUPTCY JUDGE