DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| **Plaintiffs**, | **Adv. Pro. No. 19-08289 (SHL)** |
| **v.** | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| **Defendants.** | |

## AGENDA FOR AUGUST 17, 2022 HEARING

Time and Date of Hearing:   August 17, 2022 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 646-558-8656, Meeting ID 933 6737 7367, Passcode 860744.

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

## I.    CONTESTED MATTERS:

1. ***Seung Han Late Claims Motion***. Motion to File Proof of Claim after Claims Bar Date filed by Seung Han [ECF No. 4888]

    Objection Deadline: August 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' and The Official Committee of Unsecured Creditors' Joint Response to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 5010]

    Related Documents:

    A. Notice of Hearing Regarding Late Claims Motion [Han & Murry] [ECF No. 4942]

2. ***Roy Howard Murry Late Claims Motion***. Motion to File Proof of Claim after Claims Bar Date filed by Howard Murry [ECF No. 4889]

    Objection Deadline: August 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' and The Official Committee of Unsecured Creditors' Joint Response to Motions to File Proofs of Claim after Claims Bar Date [ECF No. 5010]

Related Documents:

    A.  Notice of Hearing Regarding Late Claims Motion [Han & Murry] [ECF No. 4942]

3.  ***Motion to Reclassify Claims.***  Motion to Reclassify Claim Filed by Personal Injury Claimant [ECF No. 4916]

Objection Deadline:  August 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A.  Debtors' Objection to Motion to Reclassify Claim [ECF No. 5011]

Reply:

    A.  Movant Rebuttal to Objection Document #5011 filed on 08/10/2022 by James I. McClammy on behalf of Purdue Pharma LP. to Motion to Reclassify Claim filed by Movant J.O. Executor of the Estate of G.B., Pro Se [ECF No. 5018]

Related Documents:

    A.  Notice of Hearing Regarding Motion to Reclassify Claims [ECF No. 4917]

    B.  Notice of Hearing Regarding Motion to Reclassify Claims [ECF No. 4943]

Status: This matter is going forward on a contested basis.

## II.   MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:

4.  ***Motion to Terminate Temporary Injunction***. Letter/Motion to Terminate Temporary Injunction Filed by Fredrick Hill [ECF No. 365]; Motion to Terminate Temporary Injunction Against The Purdue Frederick Company [ECF No. 369]; Motion to Terminate Temporary Injunction Against The Purdue Frederick Company (Related to Doc. 369) filed by Fredrick Hill [ECF No. 370]

Objection Deadline: August 12, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A.  Debtors' Opposition to Fredrick Hill's Motions to Terminate the Preliminary Injunction [ECF No. 372]

B. The Official Committee of Unsecured Creditors' Joinder to Debtors' Opposition to Frederick Hill's Motions to Terminate the Preliminary Injunction [ECF No. 375]

C. Response of the Ad Hoc Group of Individual Victims to Motions by Fredrick Hill to Terminate Preliminary Injunction [ECF No. 374]

Reply Deadline: August 16, 2022 at 12:00 p.m.

Reply:

A. Answer of Fredrick Hill to Debtor's Opposition to the Motion of Frederick Hill to Terminate Preliminary Injunction [ECF No. 377]

Related Documents:

A. Notice of Hearing Regarding Motion to Terminate Preliminary Injunction [ECF No. 366]

B. Notice of Hearing Regarding Motions to Terminate Preliminary Injunction filed by Debtors [ECF No. 375]

Status: This matter is going forward on a contested basis.

III.    **ADJOURNED MATTERS:**

5. ***Ascent Late Claims Motion.*** Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4909]

Objection Deadline: July 19, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4966]

Related Documents:

A. Notice of Hearing Regarding Late Claims Motion [ECF No. 4946]

B. Motion for Entry of Order Pursuant To 11 U.S.C. §§ 105(a), 107(b), and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4908]

    C. Order Pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and LBR 9018-1 Directing the Filing of Certain Information under Seal in Connection with the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim and for Related Relief [ECF No. 4930]

    D. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4967]

    E. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Certain Information and Exhibits  [ECF No. 4968]

Status: This matter has been adjourned to a date to be determined.

6. ***Debtors' Motion to Seal.*** Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4967]

Objection Deadline: July 19, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Related Documents:

    A. Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4966]

    B. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Certain Information and Exhibits  [ECF No. 4968]

    C. Motion for Entry of Order Pursuant To 11 U.S.C. §§ 105(a), 107(b), and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim [ECF No. 4908]

    D. Notice of Hearing Regarding Late Claims Motion [ECF No. 4946]

    E. Order Pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and LBR 9018-1 Directing the Filing of Certain Information under Seal in Connection with the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim and for Related Relief [ECF No. 4930]

<u>Status</u>: This matter has been adjourned to a date to be determined.

Dated:    August 16, 2022
          New York, New York

DAVIS POLK & WARDWELL LLP

By:    */s/ Eli J. Vonnegut*
          Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*