**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
Robert J. Gayda
Bruce G. Paulsen
Catherine V. LoTempio
Paul B. Koepp

*Counsel to Ascent Pharmaceuticals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## STIPULATION OF ADJOURNMENT WITHOUT PREJUDICE

**WHEREAS**, on June 16, 2022, Ascent Pharmaceuticals, Inc. ("Ascent") filed the *Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim* [Dkt. No. 4909] (the "Motion") seeking an order granting leave to file late proofs of claim (the "Claims") against Purdue Pharma L.P. and certain of its corporate affiliates (collectively, the "Purdue Entities");

**WHEREAS**, the deadline to file any responses or objections to the Motion was July 19, 2022 at 4:00 p.m. (ET) (the "Objection Deadline");

---

[1] The debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**WHEREAS**, on July 19, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim* [Dkt. No. 4966] (the "Objection") seeking denial of the Motion or, alternatively, adjournment of the Motion until final resolution of the related adversary proceeding pending at Adv. Proc. Case No. 22-07029 (SHL) *Ascent Pharmaceuticals, Inc. v. Purdue Pharma L.P., et al.* (the "Adversary Proceeding");

**WHEREAS**, no other formal or informal responses or objections to the Motion were filed to the docket or received by Ascent prior to the Objection Deadline;

**WHEREAS**, the hearing on the Motion is presently scheduled for August 17, 2022 at 11:00 a.m. (ET) (the "Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court");

**WHEREAS**, counsel for Ascent and the Debtors (collectively, the "Parties") have conferred regarding the Motion and the Hearing and have agreed to stipulate to an adjournment and to certain terms to reserve all rights with respect to the Motion and the relief sought therein (this "Stipulation");

**WHEREAS**, the Parties desire to maintain the current status quo with respect to the Motion and the relief sought therein until such time as the Adversary Proceeding is resolved on a final basis, whether via a decision on the merits, through settlement, or otherwise (the "Resolution");

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties that:

1. The preceding recitals are incorporated into this Stipulation by reference.

2. The Hearing on the Motion is adjourned from July 26, 2022 to a date and time to be determined by Ascent, on 14 or more days' notice and in accordance with the *Second Amended*

2

*Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Dkt. No. 498], after the occurrence of the Resolution (the "Adjournment Date").

3.  In determining the Motion, the allowance of the Claims, or any defense or objection thereto, (i) the period from June 16, 2022 through and including the Adjournment Date shall be excluded in calculating elapsed time; (ii) the Debtors will not object to the Motion on the basis of prejudice to their estates resulting from any event occurring due to the incremental delay from June 16, 2022 through and including the Adjournment Date; and (iii) for the avoidance of doubt, the occurrence of the Effective Date of the *Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [Dkt. No. 3726] (as further supplemented or modified, the "Plan") or any distribution(s) occurring under the Plan, will not be construed as prejudicing the relief requested in the Motion, the allowance of the Claims or any rights, claims, releases or defenses or objections with respect thereto in any way.

4.  Except as expressly set forth in this Stipulation, this Stipulation is without prejudice to the Parties' rights to assert or enforce all rights, claims, releases, and defenses and objections which they possess; *provided however* that nothing in this Stipulation shall toll or enlarge the Objection Deadline.

5.  The Bankruptcy Court shall retain jurisdiction to interpret and enforce this Stipulation.

Dated: New York, NY
August 15, 2022

| SEWARD & KISSEL LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: /s/ Robert J. Gayda<br>Robert J. Gayda<br>Bruce G. Paulsen<br>Catherine V. LoTempio<br>Paul B. Koepp<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel.: (212) 574-1215<br>Fax: (212) 480-8421<br><br>*Counsel to Ascent Pharmaceuticals, Inc.* | By: /s/ James I. McClammy<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone:    (212) 450-4000<br>Facsimile:    (212) 701-5800<br>Marshall S. Huebner<br>Benjamin S. Kaminetzky<br>James I. McClammy<br>Eli J. Vonnegut<br>Christopher S. Robertson<br><br>*Counsel to the Debtors<br>and Debtors in Possession* |

**SO ORDERED.**

Dated: August 16, 2022
New York, New York

/s/ Sean H. Lane
THE HONORABLE SEAN LANE
UNITED STATES BANKRUPTCY JUDGE

4