KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

**SIXTH MONTHLY FEE STATEMENT OF
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO
THE STATE OF WASHINGTON FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JULY 1, 2022 THROUGH JULY 31, 2022**

Page **1**

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | July 1, 2022 through July 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $92,059.00 |
| **Current Fee Request** | $73,647.20  (80% of $) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $73,647.20 |
| **Total Fees and Expenses Inclusive of Holdback** | $92,059.00 |
| **This is a(n):**   X   Monthly Application         ___Interim Application         ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Sixth Monthly Fee Statement (the "Fee Statement") for the period of July 1, 2022 through and including July 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $92,059 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $73,647.20.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit C**.

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: August 19, 2022

                                          Respectfully submitted,

                                          KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

                                          By:  */s/ Matthew J. Gold*
                                                Matthew J. Gold
                                                Robert M. Tuchman

                                                500 Fifth Avenue
                                                New York, New York 10110
                                                Tel:  (212) 986-6000
                                                Fax:  (212) 986-8866
                                                E-mail:   mgold@kkwc.com
                                                                rtuchman@kkwc.com

                                          *Attorneys for the State of Washington*

# EXHIBIT A
## SERVICES RENDERED BY
## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
## COMMENCING JULY 1, 2022 THROUGH JULY 31, 2022

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 78.8 | $85,993.00 |
| 005 Fee Applications | 10.0 | $6,066.00 |
| **Total** | **88.8** | **$92,059** |
| | | |
| 20% Fee Holdback | | **$18,411.80** |
| 80% of Fees | | **$73,647.20** |
| Plus Expenses | | **$0.00** |
| Requested Amount | | **$73,647.20** |

# EXHIBIT B

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING JULY 1, 2022 THROUGH JULY 31, 2022

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,060 | 51.3 | $54,378.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,176 | 31.0 | $36,456.00 |
| Juliet Remi | Paralegal Litigation & Risk Management | $190 | 4.5 | $855.00 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $185 | 2.0 | $370.00 |
| **Total Fees Requested** | | | | **$92,059.00** |

12268997.1 - 08/19/22

# EXHIBIT C

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: August 18, 2022 |
| SAAG Administrator | Invoice Number: 113798 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:    State of Washington
Matter:    Purdue Pharma

*For professional services rendered through July 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 85,993.00 |
| **Total Due This Invoice** | **$85,993.00** |

| Please Remit to: | **Mail To:** | **Wire Instructions:** |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | Citibank N.A. |
| | *500 Fifth Avenue* | ABA Number: 021000089 |
| | *New York, N.Y. 10110* | Swift Code: CITIUS33 (International) |
| | | Account # 9987286692 |
| | | **(Please Reference Invoice Number)** |

19-23649-shl    Doc 5027    Filed 08/19/22    Entered 08/19/22 17:05:23    Main Document
Pg 9 of 15

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | August 18, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 113798 |
| | | | Matter Number: | | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/05/2022 | Juliet Remi | Updating calendar; registering appearances for omnibus hearings | 0.10 | 190.00 | 19.00 |
| 07/05/2022 | Robert Berman | Reviewing emails and conferring | 0.50 | 1,176.00 | 588.00 |
| 07/06/2022 | Robert Berman | Reviewing emails and documents and filings that will be necessary to close | 0.80 | 1,176.00 | 940.80 |
| 07/07/2022 | Matthew J. Gold | Exchanging emails with team regarding status of discussions | 0.30 | 1,060.00 | 318.00 |
| 07/07/2022 | Robert Berman | Reviewing emails regarding status and conferring; discussing timing | 0.70 | 1,176.00 | 823.20 |
| 07/08/2022 | Matthew J. Gold | Revising outline for discussion regarding SOAF issues | 2.10 | 1,060.00 | 2,226.00 |
| 07/11/2022 | Matthew J. Gold | Reviewing draft SOAF committee agreement and outline of SOAF matters for discussion regarding SOAF issues | 3.80 | 1,060.00 | 4,028.00 |
| 07/11/2022 | Robert Berman | Reviewing email from T. Lundgren and draft SOAF agreement; conferring and thinking about issues | 1.70 | 1,176.00 | 1,999.20 |
| 07/12/2022 | Matthew J. Gold | Conferring regarding SOAF issues; exchanging emails with team regarding same; revising outline regarding same | 3.60 | 1,060.00 | 3,816.00 |
| 07/12/2022 | Robert Berman | Conferring regarding draft SOAF agreement from California; reviewing payment spreadsheets and tying back to draft agreement; reviewing email from J. Abrams | 2.20 | 1,176.00 | 2,587.20 |
| 07/13/2022 | Matthew J. Gold | Conferring with J. Rupert regarding SOAF issues; preparing email regarding same; exchanging emails with team regarding next calls | 4.80 | 1,060.00 | 5,088.00 |
| 07/13/2022 | Robert Berman | Reviewing emails regarding calls; reviewing updated spreadsheets and conferring | 1.80 | 1,176.00 | 2,116.80 |
| 07/14/2022 | Matthew J. Gold | Revising email regarding SOAF issues | 0.70 | 1,060.00 | 742.00 |
| 07/14/2022 | Robert Berman | Conferring regarding next steps; reviewing emails | 0.50 | 1,176.00 | 588.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | August 18, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 113798 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/15/2022 | Matthew J. Gold | Revising email to J. Rupert regarding SOAF issues; preparing outline regarding same | 3.20 | 1,060.00 | 3,392.00 |
| 07/15/2022 | Robert Berman | Reviewing emails regarding SOAF structure and thinking about proposed draft; conferring | 0.80 | 1,176.00 | 940.80 |
| 07/18/2022 | Matthew J. Gold | Exchanging emails with J. Rupert regarding SOAF issues; conferring with I. Goldman regarding same; preparing comments to draft SOAF agreement; conferring regarding care monitoring | 2.60 | 1,060.00 | 2,756.00 |
| 07/18/2022 | Juliet Remi | Drafting and transmitting email regarding status of case and organization of e-file; participating in call regarding same | 1.20 | 190.00 | 228.00 |
| 07/18/2022 | Robert Berman | Working group call; preparing and conferring regarding various voting issues; reviewing payments spreadsheet; reviewing Kramer Levin memo regarding next steps | 3.20 | 1,176.00 | 3,763.20 |
| 07/19/2022 | Matthew J. Gold | Conferring with I. Goldman regarding SOAF issues; preparing comments to draft SOAF agreement; circulating comments to team; participating in team conference call; exchanging emails with working group regarding call with Purdue | 3.30 | 1,060.00 | 3,498.00 |
| 07/19/2022 | Robert Berman | Group call; reviewing revised SOAF agreement and conferring; reviewing and conferring regarding proposed response on SOAF Agreement | 2.30 | 1,176.00 | 2,704.80 |
| 07/20/2022 | Matthew J. Gold | Preparing outline for call with Purdue; conferring with Purdue regarding SOAF issues and settlement transaction; conferring with working group regarding same | 2.70 | 1,060.00 | 2,862.00 |
| 07/20/2022 | Robert Berman | Calls with working group and call with Davis Polk; conferring and preparing for calls | 2.40 | 1,176.00 | 2,822.40 |

| | | Client: State of Washington | Invoice Date: | | August 18, 2022 |
| | | Matter: Purdue Pharma | Invoice Number: | | 113798 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/2022 | Matthew J. Gold | Preparing outline for call with Purdue; conferring with Purdue regarding SOAF issues and settlement transaction; conferring with working group regarding same | 3.60 | 1,060.00 | 3,816.00 |
| 07/21/2022 | Robert Berman | Conferring regarding SOAF agreement; reviewing customary voting provisions in credit agreements and indentures | 2.30 | 1,176.00 | 2,704.80 |
| 07/22/2022 | Matthew J. Gold | Revising outline regarding SOAF issues and settlement transaction | 1.40 | 1,060.00 | 1,484.00 |
| 07/22/2022 | Robert Berman | Conferring regarding SOAF Agreement and spreadsheet | 0.90 | 1,176.00 | 1,058.40 |
| 07/25/2022 | Matthew J. Gold | Reviewing draft insert to SOAF agreement | 0.30 | 1,060.00 | 318.00 |
| 07/25/2022 | Robert Berman | Drafting and revising alternative voting provisions and other provisions in SOAF Agreement in light of payment schedule and prior comments; making additional comments; conferring | 2.60 | 1,176.00 | 3,057.60 |
| 07/26/2022 | Matthew J. Gold | Preparing for omnibus hearing; participating in omnibus case hearing; preparing outline for call with Nine; conferring with Nine regarding SOAF issues and settlement transaction | 3.40 | 1,060.00 | 3,604.00 |
| 07/26/2022 | Robert Berman | Conferring regarding draft SOAF Agreement; working group call with the States | 2.80 | 1,176.00 | 3,292.80 |
| 07/27/2022 | Matthew J. Gold | Exchanging emails and conferring regarding SOAF issues; preparing chart regarding SOAF payments; drafting inserts to SOAF agreement; exchanging emails with J. Rupert regarding same | 4.40 | 1,060.00 | 4,664.00 |
| 07/27/2022 | Robert Berman | Reviewing revised spreadsheet regarding payment schedule and conferring regarding spreadsheet and draft SOAF Agreement; conferring regarding call to discuss with J. Rupert | 2.60 | 1,176.00 | 3,057.60 |

| | | Invoice Date: | August 18, 2022 |
|---|---|---|---|
| Client: State of Washington | | Invoice Number: | 113798 |
| Matter: Purdue Pharma | | Matter Number: | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/28/2022 | Matthew J. Gold | Exchanging emails and conferring regarding SOAF issues; revising draft inserts to SOAF agreement; exchanging emails and conferring with J. Rupert regarding same | 3.60 | 1,060.00 | 3,816.00 |
| 07/28/2022 | Robert Berman | Call with J. Rupert; conferring regarding revised SOAF agreement and preparation for call | 2.90 | 1,176.00 | 3,410.40 |
| 07/29/2022 | Matthew J. Gold | Revising outline of SOAF issues | 2.70 | 1,060.00 | 2,862.00 |
| **Total** | | | **78.80** | | **$85,993.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Juliet Remi | 1.30 | 190.00 | 247.00 |
| Matthew J. Gold | 46.50 | 1,060.00 | 49,290.00 |
| Robert Berman | 31.00 | 1,176.00 | 36,456.00 |
| **Total** | **78.80** | | **$85,993.00** |

Kleinberg Kaplan Wolff & Cohen P.C.  
500 Fifth Avenue  
New York, NY 10110

| | |
|---|---|
| State of Washington<br>SAAG Administrator<br>Email: SAAG@atg.wa.gov<br>cc: Washington State Attorney General's Office<br>Complex Litigation Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | Invoice Date:      August 18, 2022<br>Invoice Number:             113799<br>Matter Number:          7263-0005 |

Client:     State of Washington  
Matter:    Fee applications

*For professional services rendered through July 31, 2022*

                                                            Currency: USD

    Fees                                                                           6,066.00

**Total Due This Invoice**                                              **$6,066.00**

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | *Wire Instructions:*<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | August 18, 2022 |
| Matter: Fee applications | | | Invoice Number: | | 113799 |
| | | | Matter Number: | | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/2022 | Matthew J. Gold | Exchanging emails with J. Rupert regarding reimbursement payment; finalizing and circulating statement of most recent amounts to be reimbursed | 0.60 | 1,060.00 | 636.00 |
| 07/12/2022 | Juliet Remi | Preparing draft of email to Purdue regarding fourth monthly fee statement and objection period | 0.20 | 190.00 | 38.00 |
| 07/13/2022 | Juliet Remi | Conferring regarding status of payments from debtors | 0.20 | 190.00 | 38.00 |
| 07/15/2022 | Juliet Remi | Conferring regarding deadline for interim fee application | 0.10 | 190.00 | 19.00 |
| 07/18/2022 | Juliet Remi | Following up regarding status of invoices from appellate printer | 0.10 | 190.00 | 19.00 |
| 07/18/2022 | Juliet Remi | Participating in call to discuss procedure for preparing and filing fee applications; following up with accounting regarding status of time entries in connection with fifth monthly fee statement | 0.50 | 190.00 | 95.00 |
| 07/18/2022 | Ellie Taylor | Conferring regarding case status and updates, reviewing fee application procedure | 0.80 | 185.00 | 148.00 |
| 07/18/2022 | Ellie Taylor | Conferring regarding case status and updates, reviewing fee application procedure | 0.20 | 185.00 | 37.00 |
| 07/19/2022 | Ellie Taylor | Preparing fifth monthly fee statement | 0.70 | 185.00 | 129.50 |
| 07/19/2022 | Juliet Remi | Preparing draft of fifth monthly fee statement and exhibits thereto; conferring regarding same; finalizing fee examiner spreadsheet | 1.30 | 190.00 | 247.00 |
| 07/21/2022 | Matthew J. Gold | Reviewing draft monthly statement; exchanging emails regarding same | 0.40 | 1,060.00 | 424.00 |
| 07/21/2022 | Juliet Remi | Finalizing fifth monthly fee statement and exhibits thereto; coordinating to e-file and serve same | 0.60 | 190.00 | 114.00 |
| 07/21/2022 | Ellie Taylor | Filing and circulating Fifth Monthly KKWC Fee Application | 0.30 | 185.00 | 55.50 |

- Page 2 -

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | August 18, 2022 |
| Matter: Fee applications | | | Invoice Number: | | 113799 |
| | | | Matter Number: | | 7263-0005 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/27/2022 | Matthew J. Gold | Reviewing reimbursement amounts and exchanging emails regarding same | 0.80 | 1,060.00 | 848.00 |
| 07/28/2022 | Matthew J. Gold | Reviewing reimbursement amounts and exchanging emails regarding same | 1.20 | 1,060.00 | 1,272.00 |
| 07/28/2022 | Juliet Remi | Conferring regarding status of payment from Purdue; preparing chart summarizing monthly fee statements; conferring regarding objection period | 0.20 | 190.00 | 38.00 |
| 07/29/2022 | Matthew J. Gold | Reviewing and revising chart regarding reimbursement amounts; exchanging emails with J. Rupert regarding same | 1.80 | 1,060.00 | 1,908.00 |
| **Total** | | | **10.00** | | **$6,066.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 2.00 | 185.00 | 370.00 |
| Juliet Remi | 3.20 | 190.00 | 608.00 |
| Matthew J. Gold | 4.80 | 1,060.00 | 5,088.00 |
| **Total** | **10.00** | | **$6,066.00** |