**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING MOTION TO RECLASSIFY

Upon the motion of a *pro se* personal injury claimant (the "**Movant**") seeking to reclassify their general unsecured claim as a priority unsecured claim [Dkt. No. 4916] (the "**Motion**"); and the Court having jurisdiction to consider the matters raised in the Late Claim Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Motion; and upon the objection of the Debtors [Dkt. No. 5011]; and, after due deliberation and for the reasons set forth on the record of the hearing on the Motion held on August 17, 2022, the Court having construed the Motion as one seeking to assert a new proof of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

claim against the Debtors after the July 30, 2020 extended general bar date in these chapter 11 cases and determined pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) that the Movant has not established sufficient cause for the relief requested in the Motion based on the information provided in the Motion, it is hereby

ORDERED that the Motion is denied.

Dated:    August 22, 2022
          White Plains, New York

*/s/ Sean H. Lane*

_____

THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE