UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:**

    **Purdue Pharma L.P.,** *et al.*,

                **Debtors.**

Case No.: 19-23649 (RDD)

**(Chapter 11)**

**(Jointly Administered)**

---

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice of Appearance and Request For Service of Notices and Pleadings on behalf of the People of the State of New York[2], a party in interest is the above captioned bankruptcy case ("Case"), and does hereby request that all notices required to be given under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et seq. or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon:

    Martin A. Mooney, Esq.
    Assistant Attorney General
    Office of the New York State Attorney General
    Civil Recoveries Bureau, Bankruptcy Litigation Unit
    The Capitol
    Albany, New York 12224-0341

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.
[2] Does not include New York State Agencies, municipalities and quasi-governmental units.

and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Case.

Dated:  August 24, 2022
       Albany, New York

                    Respectfully submitted,
                    Letitia James
                    Attorney General of the State of New York

                    By:/s/ Martin A. Mooney
                    Assistant Attorney General
                    Civil Recoveries Bureau
                    Bankruptcy Litigation Unit
                    The Capitol
                    Albany, New York 12224-0341
                    Telephone: (518) 776-2528
                     Email: Martin.Mooney@ag.ny.gov

# **CERTIFICATE OF SERVICE**

I, Martin A. Mooney of the NYS Office of the Attorney General, hereby certify that on the 24th day of August, 2022, I electronically filed the annexed Notice of Appearance and Request for Service of Notices and Pleadings ("Notice") with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system.

Dated: August 24, 2022
      Albany, New York

                                                                      /s/Martin A. Mooney
                                                                       Martin A. Mooney