KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*,[1] | **Case No. 19-23649 (SHL)** |
| **Debtors.** | **(Jointly Administered)** |

**THIRTY-FIFTH MONTHLY FEE STATEMENT OF KING &
SPALDING LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JULY 1, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] <br> August 18, 2021 [Docket No. 3596] |
| **Period for Which Compensation and Reimbursement is Sought** | July 1, 2022 through July 31, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $152,127.80 (80% of $190,159.75) |
| **Total Reimbursement Requested in this Statement** | $8,955.30 |
| **Total Compensation and Reimbursement Requested in this Statement** | $161,083.10 |
| **This is a(n):**  **X**  Monthly Application    __  Interim Application    __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July 7, 2021*, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

2

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2022 Through July 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $152,127.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $190,159.75) and (ii) payment of $8,955.30, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $190,159.75 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $152,127.80.

2. Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]  The period from July 1, 2022 through and including July 31, 2022 is referred to herein as the "**Fee Period**."

[3]  K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $377.67.[4]  The blended hourly billing rate of all paraprofessionals is $329.03.[5]

3.  Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed in the amount of $8,955.30 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover K&S's direct operating costs, which costs are not incorporated into K&S's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.  Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.  K&S will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during the Fee Period, respectfully requests (i) compensation in the amount of $152,127.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $190,159.75) and

---

[4]  The blended hourly rate of $377.67 for attorneys is derived by dividing the total fees for attorneys of $186,079.75 by the total hours of 492.7.

[5]  The blended hourly rate of $329.03 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $4,080.00 by the total hours of 12.4.

4

(ii) payment of $8,955.30 for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

Dated:  August 26, 2022
        New York, New York

**KING & SPALDING LLP**

*/s/ Scott Davidson*
Scott Davidson
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

*Special Counsel to the Debtors and Debtors in Possession*