# Exhibit A

## Fees by Project Category[6]

---

[6] The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 26.2 | $27,062.74 |
| Document/File Management | 24.4 | $12,204.00 |
| Document Production (Defense) | 434.0 | $145,310.48 |
| Depositions (Defense) | 3.2 | $768.00 |
| Written Discovery (Defense) | 4.8 | $4,844.16 |
| Retention and Fee Applications | 12.5 | $13,424.54 |
| **TOTALS** | **505.1** | **$203,613.92** |