# Exhibit B

**Professional & Paraprofessional Fees**[7]

---

[7] The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Virginia 1995, Washington, D.C. 1996 | $1,295.00 | 13.8 | $17,871.00 |
| Mark Jensen | Partner; joined K&S 2000; admitted to Illinois 1998, Washington, D.C. 1999 | $1,390.00 | 7.2 | $10,008.00 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $540.00 | 24.2 | $13,068.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,365.00 | 9.3 | $12,694.50 |
| Taylor Lankford | Counsel; joined K&S 2011; admitted to Virginia 2010, Washington, D.C. 2011 | $1,160.00 | 25.6 | $29,696.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $855.00 | 3.2 | $2,736.00 |
| **Discovery Counsel** | | | | |
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $375.00 | 56.4 | $21,150.00 |
| **Privilege Review Attorneys** | | | | |
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $250.00 | 74.8 | $18,700.00 |
| Shannon Ziliak | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $250.00 | 131.2 | $32,800.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $250.00 | 147.0 | $36,750.00 |
| **Paralegals** | | | | |
| Ernest Clements | Paralegal; joined K&S 1998 | $360.00 | 4.6 | $1,656.00 |
| Dan Handley | Paralegal; joined K&S 1993 | $240.00 | 3.2 | $768.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeanine Schroer | Paralegal; joined K&S 2000 | $360.00 | 4.6 | $1,656.00 |