# Exhibit C

## Summary of Actual and Necessary Expenses

| Expense Category | Total Expenses |
|---|---:|
| Litigation Support Vendor – Adam M. Hunter / Precise Legal Services | $8,955.30 |
| **TOTAL** | **$8,955.30** |