## Exhibit D

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10549732 |
| Invoice Date | 08/25/22 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 07/31/22:

| | | |
|---|---|---|
| Fees | $ | 12,820.50 |
| Less Courtesy Fee Discount (13.0%) | | -1,666.66 |
| **Total this Invoice** | **$** | **11,153.84** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                                          Invoice No. 10549732
158001     DOJ Opioid Marketing Investigations                                                    Page 2
08/25/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/01/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Bragg, M. Florence regarding DOJ issues | 0.4 |
| 07/04/22 | J Bucholtz | L120 | A105 | Confer with H. Coleman, team regarding litigation issues | 0.2 |
| 07/05/22 | J Bucholtz | L120 | A107 | Confer with J. Bragg, M. Florence, R. Hoff regarding DOJ issues | 0.3 |
| 07/08/22 | J Bucholtz | L120 | A107 | Confer with J. Adams, P. Fitzgerald, M. Florence, J. Bragg regarding DOJ issues | 0.3 |
| 07/09/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, J. Bragg regarding DOJ issues (0.5); review materials regarding same (0.3) | 0.8 |
| 07/10/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, J. Bragg, M. Florence regarding DOJ issues (1.6); review materials regarding same (0.5) | 2.1 |
| 07/11/22 | J Bucholtz | L120 | A107 | Confer with K. Somers, J. Bragg, team regarding DOJ and bankruptcy issues (0.2); review materials regarding same (0.3) | 0.5 |
| 07/12/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, M. Florence, C. Robertson, team regarding bankruptcy and DOJ issues | 1.2 |
| 07/13/22 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ issues | 0.2 |
| 07/14/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, team regarding DOJ issues | 0.6 |
| 07/15/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ issues | 0.3 |
| 07/17/22 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ issues | 0.2 |
| 07/18/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, J. Bragg, M. Florence regarding DOJ and bankruptcy issues | 1.2 |
| 07/19/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, J. Bragg, team regarding bankruptcy and DOJ issues | 0.9 |
| 07/20/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Florence, team regarding DOJ issues | 0.3 |

08714    Purdue Pharma LP
158001    DOJ Opioid Marketing Investigations
08/25/22

Invoice No. 10549732
Page 3

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/21/22 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ issues | 0.2 |
| 07/22/22 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ issues | 0.2 |
| | | | | | 9.9 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 9.9 | 1295.00 | 12,820.50 |
| Total | | 9.9 | | $12,820.50 |

08714      Purdue Pharma LP                                                    Invoice No. 10549732
158001     DOJ Opioid Marketing Investigations                                                Page 4
08/25/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L120 | Analysis/Strategy | 9.9 | 11,153.84 |
| | Total Fees | 9.9 | 11,153.84 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10549733 |
| Invoice Date | 08/25/22 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 07/31/22:

| | | |
|---|---|---|
| Fees | $ | 15,430.50 |
| Less Courtesy Fee Discount (13.0%) | | -2,005.96 |
| **Total this Invoice** | **$** | **13,424.54** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | | | Invoice No. 10549733 |
|---|---|---|---|---|---|
| 240001 | Retention And Fee Application | | | | Page 2 |
| 08/25/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 07/01/22 | S Davidson | L110 | A104 | Review draft of May Monthly Fee Statement and revise (0.8); finalize Monthly Fee Statement for filing (0.4); coordinate filing and service of Monthly Fee Statement (0.4); e-mail to team regarding same and request LEDES data (0.2); e-mails regarding LEDES data (0.2); circulate same to Fee Examiner (0.1) | 2.1 |
| 07/01/22 | L Shermohammed | L210 | A103 | Draft and finalize May fee application | 3.2 |
| 07/07/22 | S Davidson | L110 | A104 | Review e-mail regarding new associate and disclosure (0.2); prepare supplemental declaration regarding same (0.7); e-mails with J. Bucholtz regarding same (0.3) | 1.2 |
| 07/08/22 | S Davidson | L120 | A105 | E-mails with J. Bucholtz regarding supplemental declaration (0.3); e-mails with C. Robertson regarding same (0.3) | 0.6 |
| 07/11/22 | S Davidson | L120 | A103 | E-mails with J. Bucholtz regarding supplemental declaration (0.3); finalize same and coordinate filing and service (0.5); circulate as filed supplemental declaration (0.2) | 1.0 |
| 07/25/22 | S Davidson | L120 | A103 | Begin to prepare June Monthly Fee Statement | 1.8 |
| 07/26/22 | S Davidson | L120 | A103 | Continue preparing June Monthly Fee Statement (1.7); finalize June Monthly Fee Statement and coordinate filing of same (0.6); coordinate service of June Monthly Fee Statement (0.2); circulate June Monthly Fee Statement and LEDES data to Fee Examiner (0.1) | 2.6 |
| | | | | | 12.5 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Scott Davidson | Counsel | 9.3 | 1365.00 | 12,694.50 |
| Leia Shermohammed | Associate | 3.2 | 855.00 | 2,736.00 |
| Total | | 12.5 | | $15,430.50 |

08714      Purdue Pharma LP                                          Invoice No. 10549733
240001     Retention And Fee Application                                          Page 3
08/25/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L110 | Fact Investigation/Development | 3.3 | 3,918.92 |
| L120 | Analysis/Strategy | 6.0 | 7,125.30 |
| L210 | Pleadings | 3.2 | 2,380.32 |
| | Total Fees | 12.5 | 13,424.54 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10549734 |
| Invoice Date | 08/25/22 |
| Client No. | 08714 |
| Matter No. | 240003 |

RE: Insurance Dispute Subpoenas
Client Matter Reference: 20220003245

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 07/31/22:

| | | |
|---|---|---:|
| Fees | $ | 39,704.00 |
| Less Courtesy Fee Discount (13.0%) | | -5,161.52 |
| **Total this Invoice** | **$** | **34,542.48** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                                    Invoice No. 10549734
240003     Insurance Dispute Subpoenas                                                        Page 2
08/25/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 06/06/22 | T Lankford | L310 | A104 | Analysis regarding subpoena response (2.2); draft correspondence regarding discovery approach (1.1) | 3.1 |
| 06/08/22 | T Lankford | L310 | A103 | Revise correspondence regarding subpoena response (0.6); analysis regarding subpoena matters (0.8) | 1.4 |
| 07/01/22 | T Lankford | L320 | A104 | Analysis regarding document production in response to subpoenas | 0.8 |
| 07/07/22 | M Jensen | L120 | A104 | Review materials from T. Lankford and work on same regarding subpoena matters | 0.5 |
| 07/07/22 | T Lankford | L320 | A104 | Analysis regarding document production | 2.6 |
| 07/08/22 | M Jensen | L120 | A104 | Confer with T. Lankford regarding subpoena matters (0.3); review materials (0.8); client communications regarding subpoena issues (0.4) | 1.5 |
| 07/08/22 | T Lankford | L320 | A106 | Conference with P. Fenn regarding document production issues | 0.3 |
| 07/08/22 | T Lankford | L320 | A104 | Analysis regarding document production issues | 0.9 |
| 07/08/22 | T Lankford | L310 | A105 | Confer with M. Jensen regarding subpoena issues | 0.3 |
| 07/12/22 | M Jensen | L120 | A104 | Review materials from T. Lankford regarding subpoena | 0.3 |
| 07/12/22 | T Lankford | L320 | A104 | Analysis regarding production of documents to insurers | 4.6 |
| 07/21/22 | T Lankford | L320 | A104 | Analysis regarding document production in response to subpoenas | 1.1 |
| 07/27/22 | M Jensen | L120 | A104 | Review materials from T. Lankford and follow-up on same (.8); review documents and client communications regarding same (1.0) | 1.8 |
| 07/27/22 | T Lankford | L320 | A104 | Analyze documents for production in response to insurers' subpoenas | 4.1 |
| 07/28/22 | M Jensen | L120 | A106 | Communications with client regarding subpoena matters | 0.9 |
| 07/28/22 | M Jensen | L120 | A104 | Review materials regarding subpoena response | 1.5 |
| 07/28/22 | T Lankford | L320 | A104 | Analysis regarding production of documents in response to insurers's subpoenas | 2.7 |

08714    Purdue Pharma LP                                                          Invoice No. 10549734
240003    Insurance Dispute Subpoenas                                                              Page 3
08/25/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 07/29/22 | M Jensen | L120 | A106 | Client communications regarding subpoena issues (0.4); address subpoena issues (0.3) | 0.7 |
| 07/29/22 | T Lankford | L320 | A104 | Analysis regarding production of documents in response to insurers' subpoenas | 3.7 |
| | | | | | 32.8 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Mark Jensen | Partner | 7.2 | 1390.00 | 10,008.00 |
| Taylor Lankford | Counsel | 25.6 | 1160.00 | 29,696.00 |
| Total | | 32.8 | | $39,704.00 |

08714       Purdue Pharma LP                                                Invoice No. 10549734
240003      Insurance Dispute Subpoenas                                                Page 4
08/25/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|-------|-------|
| L120 | Analysis/Strategy | 7.2 | 8,706.96 |
| L310 | Written Discovery (Defense) | 4.8 | 4,844.16 |
| L320 | Document Production (Defense) | 20.8 | 20,991.36 |
| | Total Fees | 32.8 | 34,542.48 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10549735 |
| Invoice Date | 08/25/22 |
| Client No. | 08714 |
| Matter No. | 240002 |

RE: Appeal Regarding Confirmation Order
Client Matter Reference: 20220003244

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 07/31/22:

| | | |
|---|---|---|
| Fees | $ | 5,050.50 |
| Less Courtesy Fee Discount (13.0%) | | -656.56 |
| **Total this Invoice** | **$** | **4,393.94** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                                    Invoice No. 10549735
240002     Appeal Regarding Confirmation Order                                               Page 2
08/25/22

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/06/22 | J Bucholtz | L120 | A105 | Confer with G. Garre, J. Adams regarding appeal issues | 0.5 |
| 07/11/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Garre regarding appeal issues (0.2); review and edit materials regarding same (0.7) | 0.9 |
| 07/12/22 | J Bucholtz | L120 | A105 | Confer with G. Garre, B. Kaminetzky regarding appeal issues, review materials regarding same | 0.5 |
| 07/13/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Garre, B. Kaminetzky, S. Birnbaum regarding appeal issues | 0.8 |
| 07/14/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Garre regarding appeal issues | 0.2 |
| 07/18/22 | J Bucholtz | L120 | A105 | Confer with G. Garre, team regarding appeal issues (0.2), edit materials regarding same (0.3) | 0.5 |
| 07/21/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, G. Garre, B. Kaminetzky, team regarding appeal issues (0.2); review materials regarding same (0.3) | 0.5 |
| | | | | | 3.9 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 3.9 | 1295.00 | 5,050.50 |
| Total | | 3.9 | | $5,050.50 |

08714      Purdue Pharma LP                                                    Invoice No. 10549735
240002     Appeal Regarding Confirmation Order                                            Page 3
08/25/22


**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 3.9 | 4,393.94 |
| | Total Fees | 3.9 | 4,393.94 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10546265 |
| Invoice Date | 08/11/22 |
| Client No. | 44444 |
| Matter No. | 795002 |

RE: Bankruptcy Insurance Matter
Client Matter Reference: 20210003073

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 07/31/22:

| | | |
|---|---|---|
| Fees | $ | 72,930.50 |
| Less Tiered Discount | | -5,105.13 |
| **Total this Invoice** | **$** | **67,825.37** |

*Payment is Due Upon Receipt*

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10546265
795002     Bankruptcy Insurance Matter                                                          Page 2
08/11/22


**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.3 |
| 07/01/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.1 |
| 07/05/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 07/05/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.3 |
| 07/06/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.6 |
| 07/06/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.1 |
| 07/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 07/07/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.9 |
| 07/07/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 07/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.8 |
| 07/08/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10546265
795002     Bankruptcy Insurance Matter                                             Page 3
08/11/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/08/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 07/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 07/11/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 07/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 07/12/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 8.1 |
| 07/12/22 | D Handley | L330 | A104 | Prepare documents for attorney review | 1.2 |
| 07/12/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.9 |
| 07/12/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.8 |
| 07/13/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 07/13/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 0.6 |
| 07/13/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.6 |
| 07/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.3 |
| 07/14/22 | M Douglas | L320 | A104 | Coordinate document review and | 0.8 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10546265 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 4 |
| 08/11/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | production workflows in response to ongoing case team and discovery request | |
| 07/14/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.2 |
| 07/14/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.8 |
| 07/15/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 8.3 |
| 07/15/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.4 |
| 07/15/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 5.1 |
| 07/16/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.6 |
| 07/17/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.3 |
| 07/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 07/18/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 8.3 |
| 07/18/22 | D Handley | L330 | A104 | Prepare documents for attorney review | 0.6 |
| 07/18/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.9 |
| 07/18/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to | 2.9 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10546265
795002     Bankruptcy Insurance Matter                                                              Page 5
08/11/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | ongoing case team and discovery requests | |
| 07/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 07/19/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 7.6 |
| 07/19/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 07/19/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.1 |
| 07/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 07/20/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.9 |
| 07/21/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.2 |
| 07/22/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 07/22/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.6 |
| 07/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 07/25/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.2 |

44444   Purdue Pharma, LP (Document Matters)                                                    Invoice No. 10546265
795002   Bankruptcy Insurance Matter                                                                           Page 6
08/11/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/26/22 | E Clements | L140 | A110 | Prepare deposition transcripts at client request | 2.8 |
| 07/26/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 4.7 |
| 07/26/22 | D Handley | L330 | A104 | Prepare documents for attorney review | 1.4 |
| 07/26/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.1 |
| 07/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 07/27/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 5.6 |
| 07/27/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.6 |
| 07/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 07/28/22 | E Clements | L140 | A110 | Prepare records for client review | 1.8 |
| 07/28/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 5.6 |
| 07/28/22 | R Jones | L140 | A110 | Prepare documents for production | 1.4 |
| 07/28/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.1 |
| 07/29/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 07/29/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery request | 7.1 |
| 07/29/22 | K Lynch | L320 | A104 | Coordinate document review and | 7.6 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10546265 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 7 |
| 08/11/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 07/29/22 | J Schroer | L140 | A110 | Prepare FTP site and user accounts for document exchange | 0.8 |
| | | | | | 274.6 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 1.4 | 540.00 | 756.00 |
| Kassi Burns | Discovery Counsel | 26.5 | 375.00 | 9,937.50 |
| Michael Douglas | Privilege Review Attorney | 56.7 | 250.00 | 14,175.00 |
| Shannon Ziliak | Privilege Review Attorney | 34.4 | 250.00 | 8,600.00 |
| Kathleen Lynch | Privilege Review Attorney | 147.0 | 250.00 | 36,750.00 |
| Dan Handley | Paralegal | 3.2 | 240.00 | 768.00 |
| Ernest Clements | Litigation Technology Specialist | 4.6 | 360.00 | 1,656.00 |
| Jeanine Schroer | Litigation Technology Specialist | 0.8 | 360.00 | 288.00 |
| Total | | 274.6 | | 72,930.50 |

44444      Purdue Pharma, LP (Document Matters)                              Invoice No. 10546265
795002     Bankruptcy Insurance Matter                                                      Page 8
08/11/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L140 | Document/File Management | 6.8 | 2,700.00 |
| L320 | Document Production (Defense) | 264.6 | 69,462.50 |
| L330 | Depositions (Defense) | 3.2 | 768.00 |
| | Total Fees | 274.6 | 72,930.50 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10546267 |
| Invoice Date | 08/11/22 |
| Client No. | 44444 |
| Matter No. | 190001 |

RE: Fleishman Hillard
Client Matter Reference: 20190002369

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 07/31/22:

| | | |
|---|---|---|
| Fees | $ | 4,525.00 |
| Less Tiered Discount | | -316.75 |
| Expenses | | 8,955.30 |
| **Total this Invoice** | **$** | **13,163.55** |

*Payment is Due Upon Receipt*

44444    Purdue Pharma, LP (Document Matters)                                    Invoice No. 10546267
190001    Fleishman Hillard                                                                Page 2
08/11/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/01/22 | M Douglas | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 12.4 |
| 07/05/22 | M Douglas | L320 | A103 | Prepare document production and privilege log | 5.7 |
| | | | | | 18.1 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Michael Douglas | Privilege Review Attorney | 18.1 | 250.00 | 4,525.00 |
| Total | | 18.1 | | 4,525.00 |

## Expenses Incurred

| | | |
|---|---|---|
| 06/28/22 | Litigation Support Vendors - Adam M. Hunter/Precise Legal Services; Heavy Imaging and Scanning; OCR; Oversize B&W; Internally Produced Coding | 6,737.31 |
| 06/30/22 | Litigation Support Vendors - Adam M. Hunter /Precise Legal Services; Tech Time; Case Review - Hosting Storage; Case Review - User Licensing | 2,217.99 |
| | Total Expenses | 8,955.30 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10546262 |
| Invoice Date | 08/11/22 |
| Client No. | 44444 |
| Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 07/31/22:

| | | |
|---|---|---|
| Fees | $ | 49,092.50 |
| Less Tiered Discount | | -3,436.47 |
| **Total this Invoice** | **$** | **45,656.03** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | Invoice No. 10546262 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | Page 2 |
| 08/11/22 | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 07/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 07/01/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.6 |
| 07/02/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.8 |
| 07/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.3 |
| 07/05/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 07/05/22 | R Jones | L140 | A110 | Prepare documents for production | 0.7 |
| 07/05/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.7 |
| 07/06/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 07/06/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 0.8 |
| 07/06/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 07/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 07/07/22 | R Jones | L140 | A110 | Prepare documents for production | 1.3 |
| 07/07/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery | 9.6 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10546262 |
|---|---|---|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 3 |
| 08/11/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | requests | |
| 07/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.7 |
| 07/08/22 | R Jones | L120 | A104 | Direct third-party subpoena review | 0.7 |
| 07/08/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.9 |
| 07/09/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 07/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 07/10/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 5.9 |
| 07/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 07/11/22 | R Jones | L120 | A104 | Direct third-party subpoena review | 1.6 |
| 07/11/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 11.2 |
| 07/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.8 |
| 07/12/22 | R Jones | L140 | A110 | Prepare documents for production | 0.8 |
| 07/12/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.4 |
| 07/13/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.8 |
| 07/13/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 1.2 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10546262 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 4 |

08/11/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 07/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 07/14/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 1.6 |
| 07/14/22 | J Schroer | L320 | A110 | Prepare data attorney review in coordination with K. Burns | 3.8 |
| 07/14/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.1 |
| 07/15/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 1.1 |
| 07/15/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.3 |
| 07/16/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 07/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 07/18/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 1.3 |
| 07/18/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.2 |
| 07/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.2 |
| 07/19/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 1.7 |
| 07/19/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 5.2 |
| 07/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.6 |
| 07/20/22 | R Jones | L140 | A110 | Prepare documents for production | 1.6 |
| 07/20/22 | S Ziliak | L320 | A104 | Coordinate document review and | 8.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10546262 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 5 |

08/11/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 07/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 07/21/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 0.2 |
| 07/21/22 | R Jones | L140 | A110 | Advise on Third Party Review | 0.9 |
| 07/21/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 07/22/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 07/22/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 1.4 |
| 07/22/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.2 |
| 07/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 07/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| 07/25/22 | R Jones | L120 | A104 | Direct third-party subpoena review | 1.6 |
| 07/26/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 07/26/22 | R Jones | L120 | A104 | Direct third-party subpoena review | 1.3 |
| 07/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 07/27/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 0.8 |
| 07/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery | 0.6 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10546262 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 6 |
| 08/11/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | requests | |
| 07/28/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 0.6 |
| 07/28/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 07/29/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 07/29/22 | R Jones | L140 | A110 | Prepare documents for production | 1.6 |
| | | | | | 153.3 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 22.8 | 540.00 | 12,312.00 |
| Kassi Burns | Discovery Counsel | 29.9 | 375.00 | 11,212.50 |
| Shannon Ziliak | Privilege Review Attorney | 96.8 | 250.00 | 24,200.00 |
| Jeanine Schroer | Litigation Technology Specialist | 3.8 | 360.00 | 1,368.00 |
| Total | | 153.3 | | 49,092.50 |

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10546262 |
|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | Page 7 |
| 08/11/22 | | |

**Task Summary - Fees**

| Task | | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 5.2 | 2,808.00 |
| L140 | Document/File Management | 17.6 | 9,504.00 |
| L320 | Document Production (Defense) | 130.5 | 36,780.50 |
| | Total Fees | 153.3 | 49,092.50 |