REED SMITH LLP
Alissa K. Piccione
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: apiccione@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA, L.P., *et al*. | Case No.: 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010(b) and 11 U.S.C. § 1109(b), the undersigned hereby appears in the above-captioned cases as counsel for AmerisourceBergen Drug Corporation and hereby requests that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or in any proceeding therein, be served upon counsel at the following address, which shall be added to any master mailing list:

Alissa K. Piccione
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: apiccione@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding relating hereto; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity, all of which rights claims, actions defenses, setoffs, and recoupments are expressly reserved.

Dated: August 26, 2022
      New York, New York

REED SMITH LLP

/s/ *Alissa K. Piccione*
Alissa K. Piccione
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: apiccione@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CMF/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record.

*/s/ Alissa K. Piccione*
Alissa K. Piccione