REED SMITH LLP
Christopher A. Lynch, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: clynch@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
PURDUE PHARMA, L.P., *et al.*               :    Case No. 19-23649 (SHL)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE AND ALL SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws its appearance as counsel for AmerisourceBergen Drug Corporation in this case, and requests that service upon of all notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and requests that counsel be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.

|  |  |
|---|---|
| Dated: August 29, 2022<br>New York, New York | Respectfully submitted,<br><br>REED SMITH LLP<br><br>*/s/ Christopher A. Lynch*<br>Christopher A. Lynch, Esq.<br>599 Lexington Avenue<br>New York, NY 10222<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>Email: clynch@reedsmith.com<br><br>*Counsel for AmerisourceBergen Drug Corporation* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2022, the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was filed electronically through the Court's CM/ECF system, which caused a true and correct copy of said Notice to be served by electronic means on all parties or counsel registered to receive such notice.

/s/ Christopher A. Lynch
Christopher A. Lynch