COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P.*, et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| | Re: ECF No. 1013 |

**NOTICE OF INCREASE OF HOURLY RATES OF**
**COLE SCHOTZ'S PROFESSIONALS**

**PLEASE TAKE NOTICE** that Cole Schotz P.C. ("Cole Schotz") is hereby providing notice of the increase of the hourly rate of certain of its professionals. Pursuant to its internal operating procedures, Cole Schotz revisits, and potentially adjusts, the rates of its professionals annually. The following table reflects the hourly rate increases for the professionals identified in the **Alberto Declaration** attached as Exhibit B to the **Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Cole Schotz P.C. as Efficiency Counsel,** *Nunc Pro Tunc* **to February 24, 2020** [ECF No. 1013].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the rates of Cole Schotz members, special counsel, associates and special counsel, staff attorneys, law clerks, paralegals, and litigation support specialists are as follows:

| Professional | Rates |
|---|---|
| Members | $485.00 to $1,200.00 per hour |
| Associates and Special Counsel | $325.00 to $730.00 per hour |
| Staff Attorneys | $450.00 to $525.00 per hour |
| Law Clerks | $325.00 to $350 per hour |
| Paralegals | $245.00 to $410.00 per hour |
| Litigation Support Specialists | $380.00 to $405.00 per hour |

The foregoing rates will be effective on September 1, 2022.

Dated: August 29, 2022

**COLE SCHOTZ P.C.**

/s/ *Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Efficiency Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.*, et al.

2