UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :    Case No. 19-23649 (RDD)
                                                    :
                              Debtors.[1]           :    (Jointly Administered)
                                                    :
---------------------------------------------------------- x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
JULY 1, 2022 THROUGH JULY 31, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of July 1, 2022 through July 31, 2022 (the "Thirty-First Compensation Period"), in accordance with the Procedures Order (as hereinafter defined).  In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Thirty-First Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of monthly fees earned by PJT during the Thirty-First Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Thirty-First Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the

accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-First Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Thirty-First Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirty-First Compensation Period is outlined below:

| Thirty-First Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| July 1 – 31, 2022 | $225,000.00 | ($45,000.00) | **$180,000.00** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 288.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-First Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| **Professional** | **July 2022** |
|---|---|
| Jamie O'Connell | 16.5 |
| Rafael Schnitzler | 33.0 |
| Tom Melvin | 70.5 |
| Jin Park | 18.0 |
| May Li | 33.0 |
| Christopher Fletcher | 26.5 |
| Joanna Lu | 34.5 |
| Arnold Jia | 56.0 |
| **Total Hours** | **288.0** |

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's monthly fees in the amount of $225,000.00 earned during the Thirty-First Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: August 30, 2022

PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

4

# APPENDIX A

**PJT Partners**

**PJT**

August 30, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of July 1, 2022 through July 31, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due**[1] | **$** | **180,000.00** |

**Invoice No. 10021942**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**PJT Partners**

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 16.5 |
| Rafael Schnitzler | Managing Director | 33.0 |
| Tom Melvin | Vice President | 70.5 |
| Jin Park | Vice President | 18.0 |
| May Li | Associate | 33.0 |
| Christopher Fletcher | Analyst | 26.5 |
| Joanna Lu | Analyst | 34.5 |
| Arnold Jia | Analyst | 56.0 |
| | **Total** | **288.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 07/03/22 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 07/05/22 | 0.5 | Call with R. Schnitzler regarding financial matters |
| Jamie O'Connell | 07/05/22 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 07/06/22 | 1.0 | Review of materials and call regarding financial matter |
| Jamie O'Connell | 07/11/22 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 07/13/22 | 0.5 | Call with management and advisors regarding various matters |
| Jamie O'Connell | 07/13/22 | 0.5 | Call with management regarding various matters |
| Jamie O'Connell | 07/14/22 | 0.5 | Call regarding financial matter |
| Jamie O'Connell | 07/15/22 | 0.5 | Call regarding financial matter |
| Jamie O'Connell | 07/18/22 | 0.5 | Meeting with T. Melvin regarding various matters |
| Jamie O'Connell | 07/18/22 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 07/19/22 | 0.5 | Call regarding financial matter |
| Jamie O'Connell | 07/20/22 | 6.5 | Board meeting |
| Jamie O'Connell | 07/22/22 | 0.5 | Follow-up regarding financial matter |
| Jamie O'Connell | 07/25/22 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 07/26/22 | 0.5 | Calls and correspondences regarding financial matter |
| Jamie O'Connell | 07/28/22 | 1.0 | Call with management and counsel regarding financial matter |
| Jamie O'Connell | 07/28/22 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 07/28/22 | 0.5 | Meeting with R. Schnitzler regarding various matters |
| | | **16.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 07/01/22 | 0.5 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/05/22 | 0.5 | Call with internal team member regarding financial matters |
| Rafael Schnitzler | 07/05/22 | 1.0 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/05/22 | 0.5 | Review and respond to various emails |
| Rafael Schnitzler | 07/06/22 | 2.0 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/06/22 | 0.5 | Call with Purdue to discuss various matters |
| Rafael Schnitzler | 07/07/22 | 0.5 | Call with third party to discuss potential business development opportunity |
| Rafael Schnitzler | 07/11/22 | 1.0 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/11/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 07/12/22 | 0.5 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/13/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 07/14/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 07/15/22 | 3.0 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/18/22 | 2.0 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/18/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 07/19/22 | 2.5 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/19/22 | 0.5 | Review and respond to various emails |
| Rafael Schnitzler | 07/20/22 | 0.5 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/20/22 | 4.0 | Board meeting |
| Rafael Schnitzler | 07/21/22 | 5.0 | Meeting with Company management to discuss strategic initiatives workstreams |
| Rafael Schnitzler | 07/22/22 | 1.0 | Review and respond to various emails |
| Rafael Schnitzler | 07/25/22 | 1.0 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/26/22 | 0.5 | Meeting with Company management to discuss strategic initiatives workstreams |
| Rafael Schnitzler | 07/26/22 | 0.5 | Call with internal team member regarding financial matters |
| Rafael Schnitzler | 07/28/22 | 0.5 | Review and respond to various emails |
| Rafael Schnitzler | 07/28/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 07/29/22 | 2.0 | Review presentation regarding financial matters |
| Rafael Schnitzler | 07/29/22 | 0.5 | Call with Company management to discuss various matters |
| | | **33.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 07/05/22 | 1.0 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 07/05/22 | 1.0 | Biweekly update call with creditor financial advisors |
| Tom Melvin | 07/05/22 | 0.5 | E-mail correspondences with AlixPartners team regarding upcoming meeting |
| Tom Melvin | 07/05/22 | 1.0 | E-mail correspondences with internal team related to various workstreams |
| Tom Melvin | 07/06/22 | 1.0 | Internal meeting - market research |
| Tom Melvin | 07/06/22 | 0.5 | Call with internal team member regarding upcoming meetings |
| Tom Melvin | 07/06/22 | 0.5 | Preparation for upcoming weekly update call |
| Tom Melvin | 07/06/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 07/06/22 | 1.0 | Review materials from AlixPartners related to business development workstreams |
| Tom Melvin | 07/06/22 | 1.0 | Prepare materials for upcoming meeting |
| Tom Melvin | 07/07/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 07/07/22 | 0.5 | Call with third party to discuss potential business development opportunity |
| Tom Melvin | 07/07/22 | 1.0 | Review materials from AlixPartners related to business development workstreams |
| Tom Melvin | 07/07/22 | 2.0 | Review financial forecast drafts from Company management |
| Tom Melvin | 07/07/22 | 0.5 | E-mail correspondences with internal team and AlixPartners related to various matters |
| Tom Melvin | 07/08/22 | 2.0 | Review market research analysis requested by Company |
| Tom Melvin | 07/08/22 | 1.0 | E-mail correspondence with internal team regarding analysis |
| Tom Melvin | 07/09/22 | 1.0 | Review market research analysis requested by Company |
| Tom Melvin | 07/10/22 | 1.0 | Review market research analysis requested by Company |
| Tom Melvin | 07/11/22 | 0.5 | Internal team meeting to discuss various matters |
| Tom Melvin | 07/11/22 | 1.0 | E-mail correspondence with internal team and Company management regarding various matters |
| Tom Melvin | 07/12/22 | 1.0 | Special Committee meeting |
| Tom Melvin | 07/12/22 | 1.5 | E-mail correspondence with DPW, AlixPartners and Company management regarding various matters |
| Tom Melvin | 07/12/22 | 2.0 | Review market research analysis requested by Company |
| Tom Melvin | 07/13/22 | 1.0 | Internal meeting - market research |
| Tom Melvin | 07/13/22 | 0.5 | Call with DPW and Company management to discuss various matters |
| Tom Melvin | 07/13/22 | 1.0 | Review analysis requested by creditor financial advisors |
| Tom Melvin | 07/13/22 | 0.5 | E-mail correspondence with internal team regarding upcoming meetings |
| Tom Melvin | 07/14/22 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Tom Melvin | 07/14/22 | 1.0 | Review AlixPartners analysis |
| Tom Melvin | 07/15/22 | 1.5 | Research related to strategic initiatives workstreams |
| Tom Melvin | 07/17/22 | 2.0 | Review upcoming meeting materials and agenda |
| Tom Melvin | 07/18/22 | 1.0 | Internal meeting - market research |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 07/18/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 07/18/22 | 0.5 | Meeting with internal team member regarding various matters |
| Tom Melvin | 07/18/22 | 1.0 | Research related to strategic initiatives workstreams |
| Tom Melvin | 07/18/22 | 1.5 | Review market research analysis requested by Company |
| Tom Melvin | 07/19/22 | 1.0 | Biweekly update call with creditor financial advisors |
| Tom Melvin | 07/19/22 | 0.5 | E-mail correspondence with internal team and AlixPartners related to various matters |
| Tom Melvin | 07/19/22 | 2.0 | Review materials related to strategic initiatives workstreams |
| Tom Melvin | 07/20/22 | 6.5 | Board meeting |
| Tom Melvin | 07/21/22 | 4.0 | Meeting with management to discuss new workstreams |
| Tom Melvin | 07/21/22 | 1.0 | Review material related to strategic initiatives workstreams |
| Tom Melvin | 07/22/22 | 1.0 | E-mail correspondence with internal team and AlixPartners related to various matters |
| Tom Melvin | 07/25/22 | 1.0 | Call with Company management and AlixPartners to discuss business development workstreams |
| Tom Melvin | 07/25/22 | 1.0 | E-mail correspondence with Company management regarding upcoming meetings |
| Tom Melvin | 07/26/22 | 2.0 | Dialed into court hearing |
| Tom Melvin | 07/26/22 | 0.5 | Call with Company management to discuss new workstreams |
| Tom Melvin | 07/26/22 | 1.0 | E-mail correspondence with Company management and internal team regarding strategic initiatives |
| Tom Melvin | 07/27/22 | 1.5 | E-mail correspondence with Company management and AlixPartners related to upcoming meetings |
| Tom Melvin | 07/28/22 | 1.0 | Internal meeting regarding various matters |
| Tom Melvin | 07/28/22 | 1.0 | Review materials related to strategic initiatives workstreams |
| Tom Melvin | 07/28/22 | 1.0 | Prepare and review materials requested by Company management |
| Tom Melvin | 07/29/22 | 2.0 | Prepare and review materials requested by Company management |
| Tom Melvin | 07/29/22 | 1.0 | Review materials for upcoming meeting |
| Tom Melvin | 07/30/22 | 3.0 | Prepare and review materials requested by Company management |
| Tom Melvin | 07/31/22 | 1.5 | Prepare and review materials requested by Company management |
| | | **70.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Park | 07/07/22 | 0.5 | Internal meeting |
| Jin Park | 07/08/22 | 1.0 | Internal kick-off meeting related to strategic initiatives |
| Jin Park | 07/11/22 | 0.5 | Internal catch up meeting |
| Jin Park | 07/13/22 | 0.5 | Internal catch up meeting |
| Jin Park | 07/14/22 | 0.5 | Internal catch up meeting |
| Jin Park | 07/18/22 | 0.5 | Internal catch up meeting |
| Jin Park | 07/18/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Park | 07/19/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Park | 07/20/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Park | 07/20/22 | 3.0 | Board meeting |
| Jin Park | 07/21/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Park | 07/21/22 | 3.0 | Internal meeting |
| Jin Park | 07/26/22 | 0.5 | Internal meeting |
| | | **18.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| May Li | 07/07/22 | 0.5 | Internal meeting |
| May Li | 07/08/22 | 1.0 | Internal kick-off meeting related to strategic initiatives |
| May Li | 07/11/22 | 3.0 | Financial analysis |
| May Li | 07/11/22 | 0.5 | Internal catch up meeting |
| May Li | 07/12/22 | 0.5 | Financial analysis |
| May Li | 07/12/22 | 2.0 | Prepare materials related to strategic initiatives |
| May Li | 07/13/22 | 0.5 | Internal catch up meeting |
| May Li | 07/13/22 | 2.5 | Prepare materials related to strategic initiatives |
| May Li | 07/14/22 | 0.5 | Internal catch up meeting |
| May Li | 07/14/22 | 2.0 | Prepare materials related to strategic initiatives |
| May Li | 07/17/22 | 1.0 | Prepare materials related to strategic initiatives |
| May Li | 07/18/22 | 0.5 | Internal catch up meeting |
| May Li | 07/18/22 | 2.0 | Prepare materials related to strategic initiatives |
| May Li | 07/18/22 | 2.0 | Prepare materials related to strategic initiatives |
| May Li | 07/19/22 | 1.0 | Bi-weekly update meeting |
| May Li | 07/20/22 | 0.5 | Prepare materials related to strategic initiatives |
| May Li | 07/21/22 | 2.0 | Financial analysis |
| May Li | 07/21/22 | 3.0 | Internal meeting |
| May Li | 07/22/22 | 1.0 | Preparing / Drafting emails |
| May Li | 07/26/22 | 1.0 | Internal meetings |
| May Li | 07/26/22 | 2.0 | Financial Analysis |
| May Li | 07/27/22 | 2.0 | Prepare materials related to strategic initiatives |
| May Li | 07/29/22 | 1.0 | Meetings |
| May Li | 07/29/22 | 1.0 | Financial Analysis |
| | | **33.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 07/05/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 07/05/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 07/06/22 | 1.0 | Internal meeting to discuss market research workstream |
| Christopher Fletcher | 07/06/22 | 0.5 | Market research |
| Christopher Fletcher | 07/06/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 07/13/22 | 1.0 | Internal meeting to discuss market research workstream |
| Christopher Fletcher | 07/15/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 07/18/22 | 1.0 | Internal meeting to discuss market research workstream |
| Christopher Fletcher | 07/19/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 07/19/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 07/21/22 | 4.0 | Meeting with management |
| Christopher Fletcher | 07/21/22 | 1.0 | Internal meeting |
| Christopher Fletcher | 07/22/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 07/25/22 | 0.5 | Internal meeting |
| Christopher Fletcher | 07/28/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 07/29/22 | 0.5 | Internal meeting |
| Christopher Fletcher | 07/29/22 | 4.0 | Financial analysis |
| Christopher Fletcher | 07/30/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 07/31/22 | 2.0 | Financial analysis |
| | | **26.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joanna Lu | 07/07/22 | 0.5 | Internal meeting |
| Joanna Lu | 07/08/22 | 1.0 | Internal kick-off meeting related to strategic initiatives |
| Joanna Lu | 07/11/22 | 0.5 | Internal catch up meeting |
| Joanna Lu | 07/12/22 | 1.0 | Financial analysis |
| Joanna Lu | 07/12/22 | 2.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 07/13/22 | 3.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 07/14/22 | 0.5 | Internal catch up meeting |
| Joanna Lu | 07/14/22 | 1.0 | Financial analysis |
| Joanna Lu | 07/14/22 | 2.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 07/15/22 | 2.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 07/15/22 | 0.5 | Prepare materials related to strategic initiatives |
| Joanna Lu | 07/18/22 | 0.5 | Internal catch up meeting |
| Joanna Lu | 07/20/22 | 4.0 | Prepare materials related to strategic initiatives |
| Joanna Lu | 07/21/22 | 2.0 | Financial analysis |
| Joanna Lu | 07/21/22 | 3.0 | Internal meeting |
| Joanna Lu | 07/22/22 | 3.0 | Financial analysis |
| Joanna Lu | 07/26/22 | 0.5 | Internal meeting |
| Joanna Lu | 07/26/22 | 0.5 | Internal meeting |
| Joanna Lu | 07/26/22 | 2.0 | Financial analysis |
| Joanna Lu | 07/27/22 | 5.0 | Financial analysis |
| | | **34.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Arnold Jia | 07/01/22 | 8.0 | Market research |
| Arnold Jia | 07/02/22 | 1.0 | Market research and preparation of presentation materials |
| Arnold Jia | 07/05/22 | 8.0 | Market research and financial analysis |
| Arnold Jia | 07/06/22 | 4.0 | Market research and financial analysis |
| Arnold Jia | 07/06/22 | 1.0 | Internal meeting regarding market research |
| Arnold Jia | 07/07/22 | 10.0 | Market research |
| Arnold Jia | 07/08/22 | 10.0 | Market research and financial analysis |
| Arnold Jia | 07/12/22 | 3.0 | Market research and preparation of presentation materials |
| Arnold Jia | 07/13/22 | 1.0 | Internal meeting regarding market research |
| Arnold Jia | 07/18/22 | 1.0 | Internal meeting regarding market research |
| Arnold Jia | 07/28/22 | 1.0 | Internal meeting regarding various matters |
| Arnold Jia | 07/28/22 | 3.0 | Prepare update materials |
| Arnold Jia | 07/29/22 | 1.5 | Internal meeting regarding update materials |
| Arnold Jia | 07/29/22 | 2.0 | Prepare update materials |
| Arnold Jia | 07/30/22 | 1.5 | Prepare update materials |
| | | **56.0** | |