ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTY-FIFTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | July 1, 2022 through July 31, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $48,398.99[2] |
| Less 20% Holdback | $9,679.80 |
| Total Reimbursement Requested | $2,059.40 |
| Total Compensation and Reimbursement Requested in this Statement | $40,778.59 |

**This is a(n):**  __X__ Monthly Application  ____  Interim Application  ____  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2022 Through July 31, 2022* (this "**Fee Statement**").[3] By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]  This amount reflects a reduction in fees in the amount of $8,541.01 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]  The period from July 1, 2022, through and including July 31, 2022, is referred to herein as the "**Fee Period**."

$38,719.19 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $48,398.99) and (ii) payment of $2,059.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.       Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $48,398.99 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $38,719.19.

2.       Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $ 1,135.10.[4]  The blended hourly billing rate of all paraprofessionals is $435.00.[5]

3.       Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $2,059.40 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $38,719.19, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $48,398.99) and (ii) payment of $2,059.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

August 31, 2022                                    Respectfully submitted,


By:  */s/* Rory Greiss
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 29.70 | $27,916.12 |
| Amendment to Shionogi Collaboration | 3.90 | $3,768.90 |
| Retention and Fee Applications | 8.90 | $6,074.10 |
| General Patent Settlement | 0.50 | $531.25 |
| Project Falcon | 0.80 | $669.80 |
| Project Hummingbird | 1.20 | $1,169.60 |
| Project Amelia | 8.00 | $8,269.22 |
| **Total**[1] | **53.00** | **$48,398.99** |

---

[1]  This amount reflects a reduction in fees in the amount of $8,541.01 on account of voluntary discounts as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 2.30 | $2,645.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 0.50 | $730.00 |
| Kracov, Daniel | Partner | 1995 | 1,285.00 | 0.30 | $385.50 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 9.90 | $10,296.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,250.00 | 25.80 | $32,250.00 |
| Pantea Garroussi | Counsel | 1993 | 945.00 | 4.80 | $4,536.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 0.90 | $976.50 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 1.30 | $819.00 |
| Young, Dylan | Associate | 2016 | 885.00 | 0.40 | $354.00 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 2.20 | $1,947.00 |
| Reddix, Darrell | Legal Assistant | N/A | 435.00 | 4.60 | $2,001.00 |
| **Total** | | | | **53.00** | **56,940.00** |
| Less 15% Discount | | | | | ($8,541.01) |
| **Discounted Total** | | | | | **$48,398.99** |
| Less 20% Holdback | | | | | ($9,679.80) |
| **Total Amount Requested Herein** | | | | | **$38,719.19** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| eData: Near-Line Storage | $267.40 |
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$2,059.40** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

August 26, 2022
Invoice # 30146282
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2022** | $ | 32,842.50 |
| Discount: | | -4,926.38 |
| **Fee Total** | | 27,916.12 |
| **Total Amount Due** | $ | 27,916.12 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                Arnold & Porter Kaye Scholer LLP
                                P.O. Box 719451
                                Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 26, 2022

Invoice # 30146282

**(1049218.00117)**
**Commercial Contracts Advice**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Pantea Garroussi | 07/01/22 | 3.50 | Review, analyze draft transportation agreement (1.2); revise draft agreement (1.8); draft follow up comments and questions for consideration on draft agreement and addenda (.5). |
| Rory Greiss | 07/03/22 | 1.50 | Review, comment on transportation services agreement (1.2); correspondence with P. Garroussi re: revisions (.3). |
| Rory Greiss | 07/05/22 | 0.80 | Review revised transportation service agreement (.5); correspond with Purdue team re same (.3). |
| Pantea Garroussi | 07/05/22 | 0.80 | Review, analyze comments to transportation agreement (.4); further revise transportation agreement (.4). |
| Rory Greiss | 07/06/22 | 1.50 | Videoconference with Purdue team and P. Garroussi re: transportation services agreement and addenda (.4); prepare for same (1.1). |
| Pantea Garroussi | 07/06/22 | 0.50 | Review revised transportation agreement to prepare for meeting with client (.1); Meet with client to discuss comments and questions in transportation agreement (.4). |
| Rory Greiss | 07/15/22 | 1.30 | Analyze provisions of license agreement (.9); correspondence with Purdue team re: analysis (.4). |
| Eric Rothman | 07/18/22 | 1.10 | Telephone conference with Purdue team and A. Krantz to discuss supply agreement. |
| Alexa D. Krantz | 07/18/22 | 1.10 | Call with client to discuss opposing party's comments to supply agreement. |
| Ethan Zausner | 07/21/22 | 0.20 | Correspondence with Purdue team re: supply agreement. |
| Rory Greiss | 07/22/22 | 2.80 | Review comments on supply agreement from counterparty (.6); review current draft of supply agreement (.7); draft responses to comments for consideration by Purdue team (1.0); review further correspondence from Purdue team re: comments and responses (.5). |
| Rory Greiss | 07/25/22 | 2.70 | Review correspondence from Purdue team re: Purdue's rights under license agreement with third-party licensee (.5); review license agreement (1.0); correspondence with E. Rothman re issues under agreement  (.4); correspondence with D. Kracov, J. Fuisz, A. Gardner and E. Rothman re: issues (.8). |
| Eric Rothman | 07/25/22 | 2.20 | Review, comment on license agreement. |
| Daniel Kracov | 07/25/22 | 0.30 | Correspond with R. Greiss, J. Fuisz, A. Gardner and E. Rothman re: issues under license agreement. |
| Rory Greiss | 07/26/22 | 1.50 | Review asset purchase agreement (.7); videoconference with E. Rothman and Purdue team to discuss issues involved in potential dispute (.8). |
| Eric Rothman | 07/26/22 | 0.60 | Telephone conference with client to discuss contractual terms. |
| Rory Greiss | 07/28/22 | 2.20 | Videoconference re: outstanding issues on supply agreement with Purdue team and E. Zausner (.5); prepare for same (.2); draft letter re: potential dispute with counterparty to agreement (.9); review E. Rothman's comments to letter (.3); revise letter (.2); correspond with Purdue team re same (.1). |

August 26, 2022

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 07/28/22 | 1.20 | Review and comment on documents related to potential dispute with contract counterparty. |
| Ethan Zausner | 07/28/22 | 2.00 | Call with client re: open issues in supply agreement (.5); review supply agreement (.5); draft email response to Mundipharma re same (1.0). |
| Rory Greiss | 07/29/22 | 0.60 | Review, revise draft letter re: potential contract dispute. |
| Eric Rothman | 07/29/22 | 1.30 | Revise letter agreement re: potential dispute. |
| **Total Hours** | | **29.70** | |

## Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Daniel Kracov | 0.30 | 1,285.00 | 385.50 |
| Eric Rothman | 6.40 | 1,040.00 | 6,656.00 |
| Rory Greiss | 14.90 | 1,250.00 | 18,625.00 |
| Pantea Garroussi | 4.80 | 945.00 | 4,536.00 |
| Alexa D. Krantz | 1.10 | 630.00 | 693.00 |
| Ethan Zausner | 2.20 | 885.00 | 1,947.00 |
| **TOTAL** | **29.70** | | **32,842.50** |

**Total Current Amount Due**          **$27,916.12**

# Arnold&Porter

**Purdue Pharma L.P.**                                           August 26, 2022
**Attn: Roxana Aleali**                                      Invoice # 30146286
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00144**

Amendment to Shionogi Collaboration

20190002605

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2022** | $ | **4,434.00** |
| Discount: | | <u>-665.10</u> |
| **Fee Total** | | **3,768.90** |
| **Total Amount Due** | $ | <u>**3,768.90**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 26, 2022

Invoice # 30146286

**(1049218.00144)**
**Amendment to Shionogi Collaboration**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/12/22 | 1.80 | Review correspondence from Purdue team re: questions about royalties and milestones for certain circumstances (.5); review license agreement and amendments (.8); correspondence with E. Rothman re same (.5). |
| Eric Rothman | 07/12/22 | 2.10 | Review Shionogi file (1.5); correspond with client re payment obligations for certain products (.6). |

**Total Hours**     **3.90**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Eric Rothman | | 2.10 | 1,040.00 | 2,184.00 |
| | **Subtotal:** | **2.10** | | **2,184.00** |
| **Counsel** | | | | |
| Rory Greiss | | 1.80 | 1,250.00 | 2,250.00 |
| | **Subtotal:** | **1.80** | | **2,250.00** |
| | **TOTAL** | **3.90** | | **4,434.00** |

**Total Current Amount Due**     $3,768.90

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

August 26, 2022
Invoice # 30146285
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2022** | $ | 7,146.00 |
| Discount: | | -1,071.90 |
| **Fee Total** | | 6,074.10 |
| **Total Amount Due** | $ | 6,074.10 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
|  | P.O. Box 719451 |
|  | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 26, 2022

Invoice # 30146285

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/05/22 | 0.50 | Review, revise June statement. |
| Rosa J. Evergreen | 07/06/22 | 0.20 | Review R. Greiss correspondence re fee statement. |
| Rory Greiss | 07/11/22 | 0.60 | Review, revise initial draft of monthly statement (.3); Correspondence with D. Reddix and R. Evergreen re: same (.3). |
| Rosa J. Evergreen | 07/11/22 | 0.70 | Review and comment on June statement (.5); correspond with R. Greiss and D. Reddix re same (.2). |
| Darrell B. Reddix | 07/11/22 | 1.20 | Prepare June monthly fee report. |
| Darrell B. Reddix | 07/12/22 | 0.80 | Prepare June monthly fee report. |
| Rosa J. Evergreen | 07/25/22 | 0.20 | Correspond with D. Reddix re monthly statement. |
| Rosa J. Evergreen | 07/26/22 | 0.50 | Review and comment on fee statement (.3); correspond with D. Reddix and R. Greiss re same (.2). |
| Darrell B. Reddix | 07/26/22 | 1.80 | Prepare June monthly fee report. |
| Rory Greiss | 07/27/22 | 0.60 | Review and comment on draft monthly statement for June (.4); Correspondence with R. Evergreen and D. Reddix re: same (.2). |
| Rosa J. Evergreen | 07/27/22 | 0.70 | Review and comment on fee application (.3); review R. Greiss correspondence re same (.2); review revised application (.2). |
| Darrell B. Reddix | 07/27/22 | 0.40 | Prepare  June monthly fee report. |
| Rory Greiss | 07/28/22 | 0.30 | Review final draft of monthly statement and sign off on filing of statement. |
| Darrell B. Reddix | 07/28/22 | 0.40 | Finalize June monthly fee report (.2); file and serve same (.2). |

**Total Hours**                         **8.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 2.30 | 1,150.00 | 2,645.00 |
| Rory Greiss | 2.00 | 1,250.00 | 2,500.00 |
| Darrell B. Reddix | 4.60 | 435.00 | 2,001.00 |
| **TOTAL** | **8.90** | | **7,146.00** |

**Total Current Amount Due**                                      **$6,074.10**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

August 26, 2022
Invoice # 30146287
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2022** | $ | **625.00** |
| Discount: | | <u>-93.75</u> |
| **Fee Total** | | **531.25** |
| **Total Amount Due** | $ | **<u>531.25</u>** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                 Arnold & Porter Kaye Scholer LLP
                 P.O. Box 719451
                 Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 26, 2022

Invoice # 30146287

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/07/22 | 0.50 | Correspondence with Purdue team re: dispute with settlement party (.2); correspondence with Purdue team re documents, including royalty certificate (.3). |

**Total Hours**        **0.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Rory Greiss | 0.50 | 1,250.00 | 625.00 |
| **Subtotal:** | **0.50** | | **625.00** |
| **TOTAL** | **0.50** | | **625.00** |

**Total Current Amount Due**        **$531.25**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

August 26, 2022
Invoice # 30146288
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through July 31, 2022** | **788.00** |
| Discount: | <u>-118.20</u> |
| **Fee Total** | **669.80** |

**Disbursements Recorded through July 31, 2022**

| | | |
|---|---:|---:|
| eData: Near-Line Storage | 267.40 | |
| eData: Relativity Services | 1,792.00 | |
| **Disbursements Total** | $ | **<u>2,059.40</u>** |
| **Total Amount Due** | $ | **<u>2,729.20</u>** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**  Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 26, 2022

Invoice # 30146288

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 07/18/22 | 0.40 | Review, analyze materials re agency data production question (.3); correspond with D. Young and agency re data submission (.1). |
| Dylan S. Young | 07/18/22 | 0.40 | Finalize and produce replacement file. |
| **Total Hours** | | **0.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Barbara H. Wootton | 0.40 | 1,085.00 | 434.00 |
| **Subtotal:** | **0.40** | | **434.00** |
| **Associate** | | | |
| Dylan S. Young | 0.40 | 885.00 | 354.00 |
| **Subtotal:** | **0.40** | | **354.00** |
| **TOTAL** | **0.80** | | **788.00** |

**Total Current Amount Due**                                    **$2,729.20**

# Arnold&Porter

**Purdue Pharma L.P.**                                             August 26, 2022
**Attn: Roxana Aleali**                                      Invoice # 30146283
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190


**For Legal Services Rendered through July 31, 2022**                     1,376.00


Discount:                                                              -206.40

**Fee Total**                                                          1,169.60


**Total Amount Due**                                    $          **1,169.60**


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 26, 2022

Invoice # 30146283

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 07/01/22 | 1.00 | Review of final version of Authorization Agreement and Supply Agreement (.7); correspondence with Purdue team and A. Krantz re: same (.3). |
| Alexa D. Krantz | 07/01/22 | 0.20 | Review final versions of authorization agreement and supply agreement. |

**Total Hours** **1.20**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Counsel** | | | |
| Rory Greiss | 1.00 | 1,250.00 | 1,250.00 |
| **Subtotal:** | **1.00** | | **1,250.00** |
| **Associate** | | | |
| Alexa D. Krantz | 0.20 | 630.00 | 126.00 |
| **Subtotal:** | **0.20** | | **126.00** |
| **TOTAL** | **1.20** | | **1,376.00** |

**Total Current Amount Due** **$1,169.60**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

August 26, 2022
Invoice # 30146284
EIN 53-0208605

**Client/Matter # 1049218.00162**

Project Amelia

20220003207

| | |
|---|---:|
| **For Legal Services Rendered through July 31, 2022** | **9,728.50** |
| Discount: | -1,459.28 |
| **Fee Total** | **8,269.22** |
| **Total Amount Due**        $ | **8,269.22** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                      Arnold & Porter Kaye Scholer LLP
                                       P.O. Box 719451
                                       Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 26, 2022

Invoice # 30146284

**(1049218.00162)**
**Project Amelia**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/11/22 | 0.70 | Correspondence with D. Feinstein (.3); correspondence with D. Feinstein providing relevant documents re same (.4). |
| Deborah L. Feinstein | 07/14/22 | 0.50 | Call re: questions with Purdue team and B. Wootton. |
| Barbara H. Wootton | 07/14/22 | 0.50 | Video conference with Purdue team and D. Feinsten. |
| Rory Greiss | 07/28/22 | 2.80 | Prepare draft term sheet, including terms outlined by Purdue team. |
| Eric Rothman | 07/28/22 | 1.40 | Review and comment on Amelia term sheet. |
| Rory Greiss | 07/29/22 | 2.10 | Revise term sheet-in accordance with Purdue team comments (1.5) and correspondence with Purdue team re: revisions (.6). |

**Total Hours**                    **8.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 0.50 | 1,460.00 | 730.00 |
| Eric Rothman | 1.40 | 1,040.00 | 1,456.00 |
| Subtotal: | **1.90** | | **2,186.00** |
| **Counsel** | | | |
| Rory Greiss | 5.60 | 1,250.00 | 7,000.00 |
| Barbara H. Wootton | 0.50 | 1,085.00 | 542.50 |
| Subtotal: | **6.10** | | **7,542.50** |
| **TOTAL** | **8.00** | | **9,728.50** |

**Total Current Amount Due**                                    **$8,269.22**