Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:     (212) 661-9100
Facsimile:      (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re                                                              : Chapter 11
                                                                       :
PURDUE PHARMA L.P., *et al.*,                        : Case No. 19-23649 (RDD)
                                                                       :
                           Debtors[1].                          : (Jointly Administered)
---------------------------------------------------------- x

**THIRTY FOURTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF <u>JULY 1, 2022 THROUGH AND INCLUDING JULY 31, 2022</u>**

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

7111490.1

| | |
|---|---|
| Period for Which Compensation is Sought: | July 1, 2022 – July 31, 2022 |
| Total Amount of Fees Incurred: | $11,188.00 |
| Total Fees Requested (80%): | $8,950.40 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $8,950.40 |
| This is Applicant's: | Thirty Fourth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty Fourth Monthly Fee Statement (the "Fee Statement") for the period of July 1, 2022 through and including July 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.  Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $11,188.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $8,950.40.

2

7111490.1

2. Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,318.57[2]. The Blended hourly rate of all paraprofessionals is $345.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3. Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

4. Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $8,950.40, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $11,188.00).

---

[2] The blended hourly billing rate of $1,318.57 is derived by dividing the total fees for attorneys of $10,153.00 by the total hours of 7.7

[3] The Blended hourly billing rate of $345.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $1,035.00 by the total hours of 3.0.

3

7111490.1

Dated: August 31, 2022
    New York, New York

OTTERBOURG P.C.

By: */s/ Melanie L. Cyganowski*
Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

4

7111490.1

# EXHIBIT A

**Fees By Project Category**

7111490.1

## SUMMARY OF COMPENSATION BY PROJECT CODE
## FOR THE STATEMENT PERIOD

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 6.5 | $6,656.00 |
| PU06 | Employment and Fee Applications | 1.0 | $464.00 |
| PU09 | Meetings and Communications w/ AHC | 2.5 | $3,410.00 |
| PU11 | Plan & Disclosure Statement | .7 | $658.00 |
| | **TOTALS:** | **10.7** | **$11,188.00** |

1

7111490.1

# EXHIBIT B

**Professional and Paraprofessional Fees**

7111490.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1470.00 | 5.5 | $8,085.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $940.00 | 2.2 | $2,068.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $345.00 | 3.0 | $1,035.00 |
|  | **TOTAL** |  | **10.7** | **$11,188.00** |

1

7111490.1

# **EXHIBIT C**

**Time Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

August 26, 2022
Client/Matter No.:    20186/0002                                BILL NO. 225270
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through July 31, 2022:

---

Phase: PU04                                                     CASE ADMINISTRATION

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/19/22<br>MLC | Review Documents<br>Review of motions filed to shorten time and object to late filed claim of Ascent Pharmaceuticals | .80 | 1,176.00 |
| 07/20/22<br>MLC | Review Documents<br>Review of status report for Court | .90 | 1,323.00 |
| 07/21/22<br>JSF | Examine Documents<br>Review of Debtors' Status Report to the Court | .80 | 752.00 |
| 07/25/22<br>MLC | Review Documents<br>Review of summaries of court hearing before Judge Lane | 1.10 | 1,617.00 |
| 07/25/22<br>JKH | Review Documents<br>Review status report in preparation for status hearing | .60 | 207.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:   20186/0002                                        August 26, 2022
Page 2                                                             BILL NO. 225270
```

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/26/22<br>JKH | Attendance at Hearing<br>Listen-in on hearing re: status of case and prepare brief summary of same | 1.60 | 552.00 |
| 07/29/22<br>MLC | Review Documents<br>Review of presentment of order extending time to object to dischargeability | .70 | 1,029.00 |
| **TOTAL PHASE PU04** | | **6.50** | **$6,656.00** |

Phase: PU06                                       EMPLOYMENT & FEE APPLICATIONS

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/12/22<br>JKH | Prepare Papers<br>Finalize monthly statement for filing | .20 | 69.00 |
| 07/27/22<br>JSF | Examine Documents<br>Review of June Monthly Fee Statement | .20 | 188.00 |
| 07/27/22<br>JKH | Prepare Papers<br>Prepare June monthly statement | .60 | 207.00 |
| **TOTAL PHASE PU06** | | **1.00** | **$464.00** |

Phase: PU09                                       MEETINGS & COMMUNICATIONS W/ AD HOC

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          August 26, 2022
Page 3                                                               BILL NO. 225270

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/05/22<br>MLC | Conference call(s)<br>Conference call with AHC co-counsel and state subgroup | .60 | 882.00 |
| 07/06/22<br>JSF | Telephone Call(s)<br>Attend AHC Meeting re: Updates and Possible Next Steps | .50 | 470.00 |
| 07/06/22<br>MLC | Conference call(s)<br>Regular meeting of the AHC | .50 | 735.00 |
| 07/06/22<br>MLC | Prepare for Meeting<br>Prepared for meeting of AHC | .40 | 588.00 |
| 07/07/22<br>MLC | Correspondence<br>Correspondence re: coordination of call with AHC subgroup | .20 | 294.00 |
| 07/13/22<br>MLC | Correspondence<br>Correspondence with co-counsel re next steps | .30 | 441.00 |

TOTAL PHASE PU09                                              2.50           $3,410.00

Phase: PU11                                          PLAN & DISCLOSURE STATEMENT

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                              August 26, 2022
Page 4                                                                   BILL NO. 225270

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 07/05/22<br>JSF | Examine Documents<br>Review of Memo to AHC re: Appellate Scenarios and Timeline | .70 | 658.00 |
| TOTAL PHASE PU11 | | .70 | $658.00 |
| | TOTAL FOR SERVICES | | $11,188.00 |
| | TOTAL THIS STATEMENT | | $11,188.00 |