UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**THIRTY FOURTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | July 1, 2022 through July 31, 2022 |
| Monthly Fees Incurred: | $53,023.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                   $0.00

Total Fees and Expenses Due:                 $53,023.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $78,479.60 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $42,899.20 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, and $6,929 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, and eighth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from July 1, 2022 through and including July 31, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $53,023.00 |
   | Expenses | 0.00 |
   | **TOTAL** | **$53,023.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $42,418.40 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$42,418.40** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than September 14, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        August 31, 2022

FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
1166 Avenue of the Americas, 15th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2022 TO JULY 31, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 13.4 | $ 16,080.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 1.0 | 1,325.00 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 21.6 | 19,224.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 24.8 | 16,244.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 300 | 0.5 | 150.00 |
| **GRAND TOTAL** | | | | **61.3** | **$ 53,023.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2022 TO JULY 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 13.3 | $ 11,327.50 |
| 2 | Cash & Liquidity Analysis | 1.7 | 2,040.00 |
| 11 | Prepare for and Attend Court Hearings | 1.5 | 1,123.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 39.2 | 34,597.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 0.5 | 445.00 |
| 24 | Preparation of Fee Application | 5.1 | 3,490.00 |
| | **GRAND TOTAL** | **61.3** | **$ 53,023.00** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2022 TO JULY 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 7/1/2022 | Diaz, Matthew | 0.3 | Review 10th monitor report. |
| 1 | 7/1/2022 | Diaz, Matthew | 1.3 | Review Debtors' business update report. |
| 1 | 7/6/2022 | Diaz, Matthew | 0.6 | Review monthly current operating results. |
| 1 | 7/6/2022 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/7/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/11/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 7/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/12/2022 | Diaz, Matthew | 1.1 | Review Debtors' current operating results. |
| 1 | 7/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/13/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/14/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/15/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/18/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/19/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/20/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/21/2022 | Diaz, Matthew | 1.1 | Review of the Debtors' case status report. |
| 1 | 7/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/22/2022 | Kurtz, Emma | 1.3 | Review case status report from Debtors. |
| 1 | 7/22/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/25/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/26/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents to share with team. |
| 1 | 7/26/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/27/2022 | Diaz, Matthew | 0.4 | Review summary of the status conference hearing. |
| 1 | 7/27/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/28/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/29/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **13.3** | |
| 2 | 7/12/2022 | Diaz, Matthew | 0.6 | Review Debtors' updated cash flow analysis. |
| 2 | 7/17/2022 | Diaz, Matthew | 0.4 | Review Debtors' latest cash flow reporting. |
| 2 | 7/27/2022 | Diaz, Matthew | 0.7 | Review Debtors' updated 13 week cash flow reporting. |
| **2 Total** | | | **1.7** | |
| 11 | 7/26/2022 | Kurtz, Emma | 0.9 | Attend hearing re: status conference and next steps. |
| 11 | 7/26/2022 | Bromberg, Brian | 0.6 | Listen to (partial) bankruptcy hearing. |
| **11 Total** | | | **1.5** | |
| 16 | 7/1/2022 | Diaz, Matthew | 0.7 | Review PJT strategic considerations report. |
| 16 | 7/5/2022 | Simms, Steven | 0.4 | Review case updates re: emergence. |
| 16 | 7/5/2022 | Diaz, Matthew | 0.6 | Participate in biweekly advisors case update call with the Debtors. |
| 16 | 7/5/2022 | Bromberg, Brian | 0.6 | Participate in business update call with Committee and Debtors. |
| 16 | 7/6/2022 | Simms, Steven | 0.6 | Review case status update re: emergence timing. |
| 16 | 7/6/2022 | Bromberg, Brian | 0.3 | Review memo on case timing from counsel. |
| 16 | 7/6/2022 | Bromberg, Brian | 0.2 | Summarize memo re: case timing for team. |
| 16 | 7/7/2022 | Diaz, Matthew | 1.7 | Review of plan alternatives post appeal. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2022 TO JULY 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/11/2022 | Diaz, Matthew | 0.5 | Review of next steps in connection with emergence. |
| 16 | 7/11/2022 | Bromberg, Brian | 0.7 | Review plan of reorganization to evaluate timing impacts. |
| 16 | 7/11/2022 | Bromberg, Brian | 0.4 | Review disclosure statement to evaluate timing impacts. |
| 16 | 7/12/2022 | Bromberg, Brian | 0.6 | Review memo on case timing. |
| 16 | 7/14/2022 | Bromberg, Brian | 1.9 | Review latest distributable value numbers. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.9 | Review plan timing impact on distributions. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.7 | Review latest settlement documents. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.5 | Review latest settlement discussions. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.4 | Discuss distributable value with Houlihan. |
| 16 | 7/15/2022 | Diaz, Matthew | 0.6 | Review updates to the settlement agreement. |
| 16 | 7/15/2022 | Kurtz, Emma | 2.4 | Prepare updates to illustrative distributable value analysis to reflect updated assumptions. |
| 16 | 7/15/2022 | Kurtz, Emma | 2.3 | Review plan and settlement agreement to evaluate payment timing. |
| 16 | 7/15/2022 | Bromberg, Brian | 0.7 | Review impact of emergence on plan payment timing. |
| 16 | 7/15/2022 | Bromberg, Brian | 1.4 | Review updated distributable value analysis to provide comments to team. |
| 16 | 7/15/2022 | Bromberg, Brian | 0.8 | Review latest settlement agreement to evaluate updates to distributable value analysis. |
| 16 | 7/18/2022 | Kurtz, Emma | 0.9 | Attend call with internal team to discuss distributable value refresh. |
| 16 | 7/18/2022 | Kurtz, Emma | 2.4 | Prepare revisions to distributable value refresh per comments from team and accompanying slides. |
| 16 | 7/18/2022 | Bromberg, Brian | 2.4 | Review distributable value analysis to provide additional comments. |
| 16 | 7/18/2022 | Bromberg, Brian | 0.9 | Discuss distributable value refresh with team. |
| 16 | 7/18/2022 | Bromberg, Brian | 1.3 | Review draft presentation re: distributable value refresh. |
| 16 | 7/18/2022 | Bromberg, Brian | 0.9 | Review settlement agreement and plan. |
| 16 | 7/19/2022 | Diaz, Matthew | 0.9 | Review presentation re: updated distributable value analysis. |
| 16 | 7/19/2022 | Diaz, Matthew | 0.6 | Participate in biweekly call with the Debtors advisors to discuss case developments. |
| 16 | 7/19/2022 | Kurtz, Emma | 0.5 | Attend bi-weekly professionals call to discuss emergence preparation. |
| 16 | 7/19/2022 | Kurtz, Emma | 2.2 | Prepare revisions to analysis of distributable value and payment timing and distribution dates per comments from team. |
| 16 | 7/19/2022 | Bromberg, Brian | 1.7 | Review updated distributable value analysis to provide comments. |
| 16 | 7/19/2022 | Bromberg, Brian | 0.6 | Review current status of case issues to prepare for call with Debtors advisors. |
| 16 | 7/19/2022 | Bromberg, Brian | 0.5 | Attend biweekly call to discuss case updates with Debtor advisors. |
| 16 | 7/20/2022 | Kurtz, Emma | 0.3 | Draft summary of distributable value analysis updates. |
| 16 | 7/20/2022 | Bromberg, Brian | 0.9 | Draft update for counsel on Plan B issues. |
| 16 | 7/20/2022 | Bromberg, Brian | 0.4 | Review counsel responses on distributable value updates. |
| 16 | 7/21/2022 | Bromberg, Brian | 0.3 | Discuss distributable value with counsel. |
| 16 | 7/22/2022 | Diaz, Matthew | 0.7 | Review analysis prepared by the Debtors on possible strategic considerations. |
| 16 | 7/22/2022 | Kurtz, Emma | 0.4 | Draft response to HL questions re: distributable value analysis updates. |
| 16 | 7/22/2022 | Bromberg, Brian | 0.5 | Review distributable value updates. |
| **16 Total** | | | **39.2** | |
| 21 | 7/6/2022 | Bromberg, Brian | 0.5 | Participate in weekly Committee call to discuss case updates. |
| **21 Total** | | | **0.5** | |
| 24 | 7/12/2022 | Kurtz, Emma | 0.3 | Finalize May fee application to be filed. |
| 24 | 7/13/2022 | Kurtz, Emma | 1.2 | Begin to prepare June fee application. |
| 24 | 7/19/2022 | Kurtz, Emma | 2.1 | Finalize draft June fee application. |
| 24 | 7/20/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the May fee application. |
| 24 | 7/21/2022 | Diaz, Matthew | 0.6 | Review June fee application. |
| 24 | 7/21/2022 | Kurtz, Emma | 0.4 | Prepare revisions to June fee application. |
| **24 Total** | | | **5.1** | |
| **Grand Total** | | | **61.3** | |