AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
|  | : |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al*., | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |
------------------------------------------------------------

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MAY 1, 2022 THROUGH MAY 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | May 1, 2022 – May 31, 2022 |
| **Total Fees Incurred** | $135,725.00 |
| **Voluntary Fee Reduction (10%)[2]** | $13,572.50 |
| **Total Fees Requested (Total Fees – Voluntary Fee Reduction)** | $122,152.50 |
| **20% Holdback** | $24,430.50 |
| **Total Fees Requested Less 20% Holdback** | $97,722.00 |
| **Total Expenses Incurred** | $157.13 |
| **Total Fees and Expenses Requested** | $122,309.63 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Twenty-Seventh Monthly Fee Statement") covering the period from May 1, 2022 through and including May 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Twenty-Seventh Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $122,152.50 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $157.13 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.    **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period.  The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2.    **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.    **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.    **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.    **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2021, consistent with its customary practice and as disclosed in Cole Schotz's retention application.  *See* ECF No. 1013.  Cole Schotz filed a notice of such rate increase on August 27, 2021.  *See* ECF No. 3692.

## **NOTICE**

6.      Notice of this Twenty-Seventh Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.      Objections to this Twenty-Seventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than September 14, 2022 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Twenty-Seventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.  If an objection to this Twenty-Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such

an objection is not resolved, it shall be preserved and scheduled for consideration at the next

interim fee application hearing to be heard by the Court.

Dated: August 31, 2022
New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/      *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**EXHIBIT A**

**COMPENSATION BY TIMEKEEPER**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $685.00 | 41.3 | $28,290.50 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $675.00 | 33.3 | $22,477.50 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $610.00 | 129.0 | $78,690.00 |
| Peter Strom | 2021 | Associate (Bankruptcy) (since 2020) | $300.00 | 1.3 | $390.00 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $300.00 | 6.3 | $1,890.00 |
| Michael Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $300.00 | 0.2 | $60.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $330.00 | 11.9 | $3,927.00 |
| **TOTAL** | | | | **223.3** | **$135,725.00** |
| **Less Voluntary Reduction (10%)** | | | | | **($13,572.50)** |
| **Total Requested** | | | | | **$122,152.50** |

---

[1] On August 27, 2021 Cole Schotz filed Notice of Increase of Hourly Rates of Cole Schotz's Professionals [ECF No. 3714] which adjusted hourly rates effective September 1, 2021.

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2022 THROUGH MAY 31, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.2 | $66.00 |
| Claims Analysis, Administration and Objections | 0.1 | $61.00 |
| Committee Matters and Creditor Meetings | 8.2 | $5,330.50 |
| Creditor Inquiries | 3.4 | $2,276.50 |
| Fee Application Matters/Objections | 25.1 | $10,209.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 184.0 | $116,273.50 |
| Preparation for and Attendance at Hearings | 1.3 | $823.00 |
| Prepare for and Conduct Interview and Depositions | 1.0 | $685.00 |
| **TOTAL** | **223.3** | **$135,725.00** |
| **Less Voluntary Reduction (10%)** | | **($13,572.50)** |
| **Total Requested** | | **$122,152.50** |

## EXHIBIT C

### Invoice

# COLE SCHOTZ P.C.

500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

**FEDERAL ID# 22-2113414**

New Jersey — New York — Maryland — Texas  — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | June 15, 2022 |
| Invoice Number: | 921342 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2022

| **CASE ADMINISTRATION** | | | **0.20** | **66.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/27/22 | LSM | MONITOR BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 66.00 |

| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **0.10** | **61.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/02/22 | ADL | REVIEW CLAIMS ORDERS | 0.10 | 61.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **8.20** | **5,330.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/02/22 | PJR | PARTICIPATE IN COMMITTEE CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.50 | 337.50 |
| 05/02/22 | PJR | REVIEW COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.20 | 135.00 |
| 05/02/22 | ADL | ATTEND STANDING UCC CALL | 0.50 | 305.00 |
| 05/02/22 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.50 | 305.00 |
| 05/02/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.50 | 342.50 |
| 05/05/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 05/05/22 | PJR | PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS | 0.40 | 270.00 |
| 05/05/22 | ADL | ATTEND STANDING UCC CALL | 0.40 | 244.00 |
| 05/05/22 | JRA | UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.40 | 274.00 |
| 05/06/22 | ADL | CALL WITH M. FITZPATRICK RE: DAILY DOCKET REPORT AND STATUS CHART UPDATES | 0.10 | 61.00 |
| 05/06/22 | JRA | REVIEW A. PREIS UCC UPDATE | 0.10 | 68.50 |
| 05/09/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.10 | 67.50 |
| 05/09/22 | ADL | REVIEW UCC UPDATE | 0.10 | 61.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  921342
         Client/Matter No. 60810-0001                                          June 15, 2022
                                                                                    Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/12/22 | PJR | PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS AND UPDATE | 0.50 | 337.50 |
| 05/12/22 | ADL | ATTEND STANDING UCC CALL | 0.50 | 305.00 |
| 05/12/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.60 | 411.00 |
| 05/12/22 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS THERETO | 0.70 | 427.00 |
| 05/12/22 | PJR | REVIEW EMAIL FROM A. PREIS AND RELATED COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.30 | 202.50 |
| 05/13/22 | JRA | REVIEW A. PREIS UCC UPDATE | 0.20 | 137.00 |
| 05/15/22 | ADL | REVIEW UCC UPDATE | 0.10 | 61.00 |
| 05/15/22 | JRA | REVIEW UCC UPDATE MATERIALS (.2) AND EMAILS WITH A. PREIS RE SAME (.1) | 0.30 | 205.50 |
| 05/16/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.10 | 67.50 |
| 05/17/22 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.30 | 183.00 |
| 05/17/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE UPDATE | 0.10 | 67.50 |
| 05/18/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 05/19/22 | PJR | REVIEW EMAILS FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.20 | 135.00 |
| 05/19/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 05/23/22 | JRA | EMAILS WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 68.50 |
| 05/30/22 | JRA | EMAILS WITH A. PREIS RE UCC CALL | 0.10 | 68.50 |

**CREDITOR INQUIRIES**                                                       **3.40**     **2,276.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/02/22 | JRA | RETURN CREDITOR INQUIRIES RE SETTLEMENT ISSUES AND PLAN STATUS | 0.80 | 548.00 |
| 05/03/22 | ADL | RETURN CREDITOR CALL | 0.10 | 61.00 |
| 05/12/22 | JRA | EMAILS WITH A. DE LEO RE CREDITOR INQUIRY | 0.10 | 68.50 |
| 05/16/22 | JRA | EMAILS WITH A. DE LEO RE OPIOID CREDITOR INQUIRY | 0.10 | 68.50 |
| 05/17/22 | ADL | RETURN CREDITOR CALL | 0.10 | 61.00 |
| 05/17/22 | JRA | RETURN ADDITIONAL CREDITOR INQUIRIES | 0.80 | 548.00 |
| 05/18/22 | JRA | EMAILS WITH A. DE LEO RE CREDITOR INQUIRIES | 0.30 | 205.50 |
| 05/18/22 | ADL | RETURN CREDITOR CALL | 0.20 | 122.00 |
| 05/19/22 | JRA | EMAILS WITH A. DE LEO RE CREDITOR INQUIRIES AND RETURN OF SAME | 0.30 | 205.50 |
| 05/19/22 | ADL | RETURN CREDITOR INQUIRY | 0.10 | 61.00 |
| 05/26/22 | ADL | RETURN CREDITOR CALLS | 0.20 | 122.00 |
| 05/26/22 | JRA | EMAILS WITH A. DE LEO RE CREDITOR INQUIRIES | 0.30 | 205.50 |

**FEE APPLICATION MATTERS/OBJECTIONS**                                       **25.10**    **10,209.50**

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS              Invoice Number  921342
     Client/Matter No. 60810-0001                                            June 15, 2022
                                                                                    Page 3

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/04/22 | LSM | REVIEW FEBRUARY, MARCH AND APRIL 2022 MONTHLY FEE APPLICATION FOR INTERIM FEE APPLICATION DRAFT PREPARATIONS | 0.60 | 198.00 |
| 05/06/22 | LSM | REVIEW EXHIBITS TO TWENTY-SIXTH MONTHLY FEE APPLICATION FOR APRIL 2022 | 0.40 | 132.00 |
| 05/09/22 | LSM | EMAILS WITH J. DOUGHERTY REGARDING COLE SCHOTZ MONTHLY FEE APPLICATION FOR APRIL, 2022 | 0.20 | 66.00 |
| 05/09/22 | JZD | EMIAL ACCOUNTING DEPARTMENT RE: FINALIZED APRIL INVOICE | 0.10 | 30.00 |
| 05/09/22 | JZD | EMAILS W/ A. DE LEO AND L. MORTON RE: PREPARE MARCH AND APRIL FEE STATEMENTS | 0.20 | 60.00 |
| 05/09/22 | JRA | REVISE FEE APP | 0.70 | 479.50 |
| 05/10/22 | JZD | FOLLOW UP EMAIL TO ACCOUNTING RE: APRIL INVOICE RE: DRAFT APRIL FEE STATEMENT | 0.10 | 30.00 |
| 05/10/22 | JZD | EMAIL TO L. MORTON RE: PREPARE DRAFT APRIL FEE STATEMENT | 0.10 | 30.00 |
| 05/10/22 | LSM | DRAFT TWENTY-SIXTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ FOR APRIL, 2022 FEES/EXPENSES AND FORWARD SAME TO J. DOUGHERTY WITH COMMENTS | 3.60 | 1,188.00 |
| 05/10/22 | ADL | REVIEW AND COMMENT ON CS MARCH FEE APPLICATION | 0.60 | 366.00 |
| 05/10/22 | ADL | INITIAL PREPARATION RE: APRIL FEE APPLICATION | 0.80 | 488.00 |
| 05/10/22 | JRA | EMAILS WITH E. LISOVICZ AND A. DE LEO RE FEE APPS | 0.20 | 137.00 |
| 05/11/22 | JRA | EMAILS WITH A. DE LEO AND E. LISOVICZ RE FEE APPS | 0.20 | 137.00 |
| 05/11/22 | JZD | REVIEW/REVISE DRAFT COLE SCHOTZ 26TH MONTHLY FEE STATEMENT (.5); EMAIL TO A. DE LEO RE: SAME (.1). | 0.60 | 180.00 |
| 05/12/22 | JRA | EMAILS WITH A. DE LEO AND E. LISOVICZ RE FEE APPS | 0.20 | 137.00 |
| 05/12/22 | JZD | REVIEW AND REVISE L. MORTON DRAFT OF CS 7TH INTERIM FEE STATEMENT | 2.20 | 660.00 |
| 05/12/22 | ADL | REVIEW CS APRIL FEE APPLICATION | 0.60 | 366.00 |
| 05/12/22 | LSM | EMAILS WITH ACCOUNTING DEPARTMENT REGARDING EDITS TO EXHIBITS TO TWENTY-SIXTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ APRIL 2022 FEES/EXPENSES | 0.30 | 99.00 |
| 05/12/22 | ADL | CALLS WITH J. DOUGHERTY RE: CS FEE APPLICATION ISSUES | 0.10 | 61.00 |
| 05/12/22 | LSM | DRAFT SEVENTH INTERIM FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 3.80 | 1,254.00 |
| 05/12/22 | JZD | EMAILS W/ L. MORTON AND A. DE LEO RE: DRAFT INTERIM FEE STATEMENT | 0.50 | 150.00 |
| 05/12/22 | ADL | EMAIL CS TEAM RE: INTEIM FEE APPLICATION | 0.10 | 61.00 |
| 05/12/22 | JZD | ADDITIONAL EMAILS W/ ACCOUNTING DEPARTMENT RE: PREPARE INTERIM FEE STATEMENT | 0.30 | 90.00 |
| 05/13/22 | JRA | EMAILS WITH E. LISOVICZ AND A. DE LEO RE FEE APPS | 0.40 | 274.00 |
| 05/13/22 | ADL | EMAIL CS TEAM AND E. LISOVICZ RE: CS FEE APPLICATIONS | 0.30 | 183.00 |
| 05/13/22 | LSM | REVIEW AND UPDATE SEVENTH INTERIM FEE APPLICATION FOR COLE SCHOTZ. | 0.80 | 264.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  921342
Client/Matter No. 60810-0001                                                              June 15, 2022
                                                                                                              Page 4

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/13/22 | LSM | REVISE EXHIBITS TO TWENTY-SIXTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 132.00 |
| 05/13/22 | JZD | REVISE MARCH FEE STATEMENT (.1); EMAIL TO A. DE LEO RE: SAME (.1). | 0.20 | 60.00 |
| 05/13/22 | ADL | REVIEW AND REVISE CS INTERIM FEE APPLICATION | 2.60 | 1,586.00 |
| 05/13/22 | JZD | EMAIL E. LISOVICZ RE: MARCH FEE STATEMENT | 0.10 | 30.00 |
| 05/13/22 | JZD | REVIEW REVISED MARCH FEE APPLICATION AND INVOICE | 0.30 | 90.00 |
| 05/13/22 | ADL | CALL WITH J. DOUGHERTY RE: CS INTERIM FEE APPLICATION | 0.30 | 183.00 |
| 05/13/22 | JZD | FINALIZE APRIL INVOICE (.2) AND EMAILS W/ A. DE LEO RE: SAME (.1). | 0.30 | 90.00 |
| 05/13/22 | JZD | CALLS W/ A. DE LEO RE: 7TH INTERIM FEE APP REVISIONS | 0.30 | 90.00 |
| 05/13/22 | JZD | REVISE APRIL INVOICE | 0.50 | 150.00 |
| 05/13/22 | JZD | REVISE MARCH INVOICE | 0.50 | 150.00 |
| 05/16/22 | LSM | REVIEW AND UPDATE MONTHLY AND INTERIM FEE APPLICATIONS FOR COLE SCHOTZ | 0.50 | 165.00 |
| 05/17/22 | LSM | COMPILE, REVIEW AND FORWARD TO A. DE LEO THE LEDES FILE FOR MARCH AND APRIL 2022 FEES/EXPENSES | 0.40 | 132.00 |
| 05/24/22 | LSM | REVIEW EMAILS REGARDING FILING STATUS FOR MONTHLY FEE APPLICATIONS FOR MARCH AND APRIL 2022 | 0.30 | 99.00 |
| 05/27/22 | LSM | REVIEW ALL MONTHLY FEE APPLICATIONS FOR INTERIM FEE APPLICATION PREPARATIONS | 0.40 | 132.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                    **184.00    116,273.50**

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/02/22 | JRA | EMAILS WITH A. CRAWFORD, A. DE LEO, GILBERT AND M. HURLEY RE INSURANCE ISSUES | 1.00 | 685.00 |
| 05/02/22 | JRA | FURTHER RESEARCH REGARDING INSURANCE ADVERSARY ISSUE AND DISCOVERY | 1.20 | 822.00 |
| 05/02/22 | PJR | REVIEW SUMMARY OF APPELLATE ARGUMENT | 0.20 | 135.00 |
| 05/02/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIM ISSUES | 0.40 | 270.00 |
| 05/02/22 | ADL | EMAIL PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/02/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 5.80 | 3,538.00 |
| 05/02/22 | ADL | REVIEW EMAILS FROM INSURERS AND PLAINTIFFS RE: MEET AND CONFER ISSUES | 0.10 | 61.00 |
| 05/02/22 | ADL | EMAIL PLAINTIFFS' COUNSEL RE: DOCUMENT PRODUCTIONS IN INSURANCE LITIGATION | 0.10 | 61.00 |
| 05/02/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/02/22 | JRA | REVIEW AND COMMENT ON DRAFT DISCOVERY RESPONSES | 0.50 | 342.50 |

COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  921342 |
| | Client/Matter No. 60810-0001 | June 15, 2022 |
| | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/22 | ADL | REVIEW AND COMMENT ON DRAFT RESPONSE TO NAVIGATORS REQUEST FOR ADMISSION/INTERROGATORIES | 1.00 | 610.00 |
| 05/03/22 | ADL | CALL WITH S. USATINE RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.30 | 183.00 |
| 05/03/22 | JRA | FURTHER EMAILS WITH A. DE LEO RE INSURANCE DISCOVERY | 0.70 | 479.50 |
| 05/03/22 | JRA | CONTINUED RESEARCH RE DISCOVERY AND INSURANCE ADVERSARY | 2.40 | 1,644.00 |
| 05/03/22 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.80 | 2,318.00 |
| 05/03/22 | ADL | EMAIL PLAINTIFFS' TEAM RE: RESPONSE TO NAVIGATORS RFAS | 0.10 | 61.00 |
| 05/03/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.70 | 1,647.00 |
| 05/04/22 | PTS | CALL WITH J. ALBERTO, A. DE LEO, AKIN TEAM, AND GILBERT/REED SMITH RE INSURANCE LITIGATION DISCOVERY ISSUES | 0.70 | 210.00 |
| 05/04/22 | JRA | COMMENT ON ADDITIONAL REVISIONS TO LETTER | 0.30 | 205.50 |
| 05/04/22 | JRA | FURTHER EMAILS WITH A. DE LEO AND A. CRAWFORD RE INSURANCE DISCOVERY | 0.30 | 205.50 |
| 05/04/22 | JRA | T/C WITH A. DE LEO AND A. CRAWFORD RE PRIVILEGE LOG ISSUES | 0.60 | 411.00 |
| 05/04/22 | PTS | CALL WITH J. ALBERTO, A. DE LEO AND AKIN TEAM RE INSURANCE LITIGATION DISCOVERY ISSUES | 0.50 | 150.00 |
| 05/04/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.20 | 122.00 |
| 05/04/22 | ADL | REVIEW AND COMMENT ON REVISED DRAFT LETTER | 1.80 | 1,098.00 |
| 05/04/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 4.10 | 2,501.00 |
| 05/04/22 | ADL | CALL WITH PLAINTIFFS TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.70 | 427.00 |
| 05/04/22 | ADL | EMAILS WITH PLAINTIFFS TEAMS RE: INSURANCE DISCOVERY ISSUES | 0.30 | 183.00 |
| 05/04/22 | ADL | CALL WITH UCC TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.60 | 366.00 |
| 05/04/22 | JRA | T/C WITH A. DE LEO RE DOCUMENT PRODUCTION | 0.20 | 137.00 |
| 05/04/22 | JRA | FURTHER T/C'S WITH A. DE LEO, M. HURLEY AND A. CRAWFORD RE INSURANCE DISCOVERY | 0.80 | 548.00 |
| 05/04/22 | JRA | REVIEW ADDITIONAL INSURANCE DISCOVERY RESEARCH | 0.50 | 342.50 |
| 05/05/22 | JRA | T/C'S (.4) AND EMAILS (.3) WITH A. DE LEO AND A. CRAWFORD RE INSURANCE DISCOVERY ISSUES | 0.70 | 479.50 |
| 05/05/22 | ADL | PRELIMINARY REVIEW OF REVISIONS TO RESPONSE RE: ALLEGED INSURANCE LITIGATION DISCOVERY DEFICIENCIES | 0.70 | 427.00 |
| 05/05/22 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |

**COLE SCHOTZ P.C.**

| | |
|---|---|
| Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  921342 |
| Client/Matter No. 60810-0001 | June 15, 2022 |
| | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/22 | ADL | REVIEW DOCUMENTS RE: INSURANCE DISCOVERY ISSUES (.3); EMAIL J. ALBERTO RE: SAME (.3) | 0.60 | 366.00 |
| 05/05/22 | JRA | REVIEW ADDITTIONAL RESEARCH RESULTS RE PRIVILEGE LOG | 0.30 | 205.50 |
| 05/05/22 | JRA | EMAILS WITH INSURERS AND A. DE LEO RE SUBPOENA AND OTHER DISCOVERY ISSUES | 0.20 | 137.00 |
| 05/06/22 | ADL | REVIEW AND ANALYZE PLAN RE: INSURANCE LITIGATION ISSUES | 1.10 | 671.00 |
| 05/06/22 | ADL | CONTINUE TO REVIEW AND ANALYZE REVISED DRAFT OF RESPONSE TO INSURANCE DISCOVERY DEFICIENCY LETTER | 1.30 | 793.00 |
| 05/06/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.70 | 1,037.00 |
| 05/06/22 | JRA | FURTHER EMAILS WITH A. DE LEO RE POTENTIAL ESTATE CLAIM AND INSURANCE DISCOVERY | 0.50 | 342.50 |
| 05/06/22 | ADL | CALL WITH UCC TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.50 | 305.00 |
| 05/06/22 | JRA | EMAILS WITH A. DE LEO RE INSURANCE DISOCVERY | 0.40 | 274.00 |
| 05/06/22 | JRA | REVIEW INSURANCE RESEARCH RESULTS | 0.60 | 411.00 |
| 05/06/22 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.40 | 1,464.00 |
| 05/06/22 | ADL | CALL WITH P. STROM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.20 | 122.00 |
| 05/06/22 | JRA | REVIEW MINTZ DISCOVERY LETTER RESPONSE | 0.20 | 137.00 |
| 05/06/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.70 | 427.00 |
| 05/06/22 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/09/22 | JRA | ANALYZE DISCOVERY ISSUE IN INSURANCE AP | 1.10 | 753.50 |
| 05/09/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 5.60 | 3,416.00 |
| 05/09/22 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 0.90 | 549.00 |
| 05/09/22 | ADL | REVIEW EMAILS FROM PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/10/22 | ADL | REVIEW FEDERATION OF STATE MEDICAL BOARDS SUBPOENA | 0.20 | 122.00 |
| 05/10/22 | ADL | REVIEW REVISED XL INTERROGATORY RESPONSES | 0.10 | 61.00 |
| 05/10/22 | ADL | REVIEW EMAILS FROM PLAINTIFFS' TEAMS RE: MARSH DEPOSITION | 0.10 | 61.00 |
| 05/10/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIM ISSUES | 0.60 | 405.00 |
| 05/10/22 | ADL | REVIEW DRAFT LETTER TO JUDGE DRAIN RE: INSURANCE LITIGATION DISCOVERY DISPUTES | 0.70 | 427.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  921342
       Client/Matter No. 60810-0001                                      June 15, 2022
                                                                              Page 7

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/10/22 | JRA | EMAILS (1.1) AND T/C'S (.6) WITH A. DE LEO, A. CRAWFORD, AND GILBERT RE INSURANCE AP STRATEGY; ADDITIONAL RESEARCH RE SAME (1.0) | 2.70 | 1,849.50 |
| 05/10/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERASRY PROCEEDING | 4.10 | 2,501.00 |
| 05/10/22 | JRA | EMAILS WITH R. LEVERIDGE, A. DE LEO, A. CRAWFORD AND K. PORTER RE COMMITTEE PRODUCTION | 0.50 | 342.50 |
| 05/10/22 | ADL | REVIEW AND COMMENT ON REVISED DRAFT OF RESPONSE TO NAVIGTORS REQUESTS FOR ADMISSION (.6); EMAIL UCC TEAM RE: SAME (.1) | 0.70 | 427.00 |
| 05/11/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIMS | 2.70 | 1,822.50 |
| 05/11/22 | JRA | RESEARCH RE DISCOVERY LETTER ISSUE | 0.60 | 411.00 |
| 05/11/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: RESPONSE TO DEFICIENCY LETTER IN INSURANCE LITIGATION | 0.40 | 244.00 |
| 05/11/22 | ADL | FOLLOW UP CALL WITH J. ALBERTO RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/11/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 5.90 | 3,599.00 |
| 05/11/22 | ADL | REVIEW REVISED DRAFT OF RESPONSE TO DEFICIENCY LETTER | 0.50 | 305.00 |
| 05/11/22 | JRA | T/C'S WITH A. DE LEO, A. PREIS AND A. CRAWFORD RE DISCOVERY LETTERS | 0.60 | 411.00 |
| 05/11/22 | JRA | T/C WITH R. LEVERIDGE AND A. DE LEO RE RFA'S (PARTIAL) | 0.50 | 342.50 |
| 05/11/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.60 | 366.00 |
| 05/11/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIMS | 1.80 | 1,215.00 |
| 05/11/22 | ADL | CALLS WITH J. ALBERTO RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.20 | 122.00 |
| 05/11/22 | ADL | EMAIL UCC TEAM RE: INSURANCE DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/11/22 | JRA | T/C WITH GILBERT, R. LEVERIDGE AND A. CRAWFORD RE DISCOVERY | 0.50 | 342.50 |
| 05/12/22 | JRA | EMAILS WITH A. DE LEO, M. HURLEY AND K. PORTER RE POTENTIAL ESTATE CLAIM AND FOLLOW UP ON SAME | 0.70 | 479.50 |
| 05/12/22 | JRA | EMAILS WITH A. CRAWFORD, A. DE LEO AND L. SZYMANSKI RE DRAFT RESPOSES TO RFA'S | 0.40 | 274.00 |
| 05/12/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 2.80 | 1,890.00 |
| 05/12/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.90 | 1,769.00 |
| 05/12/22 | ADL | REVIEW AMENDED ANSWERS IN INSURANCE ADVERSARY PROCEEDING | 2.20 | 1,342.00 |
| 05/12/22 | ADL | EMAILS WITH UCC TEAM RE: ESTATE CLAIM ISSUES | 0.10 | 61.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 921342 |
| | Client/Matter No. 60810-0001 | | | June 15, 2022 |
| | | | | Page 8 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/12/22 | ADL | EMAILS WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.20 | 122.00 |
| 05/13/22 | ADL | REVIEW MARK UP OF RESPONSE TO NAVIGATORS REQUESTS FOR ADMISSION | 0.10 | 61.00 |
| 05/13/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 1.70 | 1,147.50 |
| 05/13/22 | JRA | REVIEW AND COMMENT ON DRAFT DISCOVERY RESPONSE LETTER | 0.50 | 342.50 |
| 05/13/22 | JRA | EMAILS WITH A. DE LEO, M. HURLEY AND K. PORTER RE POTENTIAL ESTATE CLAIM | 0.60 | 411.00 |
| 05/13/22 | ADL | EMAIL UCC TEAM RE: ESTATE CLAIM ISSUES | 0.10 | 61.00 |
| 05/13/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 2.40 | 1,620.00 |
| 05/13/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.70 | 1,647.00 |
| 05/13/22 | JRA | EMAILS WITH A. CRAWFORD, J. RUBINSTEIN AND A. DE LEO RE RFA'S | 0.30 | 205.50 |
| 05/15/22 | JRA | EMAILS WITH M. HURLEY AND A. DE LEO RE POTENTIAL ESTATE CLAIM AND SOL RE SAME | 0.20 | 137.00 |
| 05/16/22 | ADL | REVIEW DRAFT RESPONSE TO NAE DISCOVERY REQUEST | 0.10 | 61.00 |
| 05/16/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIMS | 1.40 | 945.00 |
| 05/16/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIMS | 2.80 | 1,890.00 |
| 05/16/22 | JRA | FURTHER EMAILS WITH A. DE LEO RE DISCOVERY RESPONSES | 0.50 | 342.50 |
| 05/16/22 | JRA | FURTHER EMAILS WITH A. DE LEO (.6) AND RESEARCH RE SOL ISSUE | 1.30 | 890.50 |
| 05/16/22 | PJR | CONFERENCE WITH I. DE LEO RE: TOLLING AND THIRD PARTY CLAIM ISSUES | 0.20 | 135.00 |
| 05/16/22 | ADL | CALL WITH P. REILLEY RE: ESTATE CLAIM ISSUES | 0.30 | 183.00 |
| 05/16/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 5.60 | 3,416.00 |
| 05/16/22 | JRA | T/C'S WITH A. DE LEO, A. PREIS AND M. ATKINSON RE EXIT UPDATE AND LITIGATION ISSUE | 0.80 | 548.00 |
| 05/16/22 | ADL | REVIEW DRAFT RESPONSES TO NAVIGATORS DISCOVERY REQUESTS AND ELLEGED DEFENSES (.2); EMAILS WITH PLANTIFFS' TEAMS RE: SAME (.2) | 0.40 | 244.00 |
| 05/16/22 | JRA | REVIEW DISCOVERY LETTERS (.1); EMAILS WITH A. DE LEO AND A. CRAWFORD RE SAME | 0.50 | 342.50 |
| 05/17/22 | ADL | RESEARCH RE: INSURANCE DISCOVERY ISSUES | 2.20 | 1,342.00 |
| 05/17/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIMS | 2.60 | 1,755.00 |
| 05/17/22 | ADL | REVIEW INSURANCE CLAIMS RESEARCH | 0.90 | 549.00 |

COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 921342 |
|-----|-------------------------------------------|-----------------------|
|     | Client/Matter No. 60810-0001              | June 15, 2022 |
|     |                                           | Page 9 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/17/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIMS | 1.10 | 742.50 |
| 05/17/22 | ADL | REVIEW COMMENT TO REVISED DRAFT OF INSURANCE DEFICIENCY LETTER | 0.60 | 366.00 |
| 05/17/22 | ADL | REVIEW COMMENTS TO DRAFT RESPONSE REL AIG DISCOVERY REQUESTS | 0.10 | 61.00 |
| 05/17/22 | ADL | REVIEW AND COMMENT ON REVISED RESPONSE TO INSURER DEFICIENCY LETTER | 1.30 | 793.00 |
| 05/17/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 4.20 | 2,562.00 |
| 05/17/22 | JRA | ADDITIONAL EMAILS WITH GILBERT AND A. DE LEO RE INSURANCE DISCOVERY | 0.60 | 411.00 |
| 05/17/22 | ADL | REVIEW DRAFT LETTER TO NAE RE: MISREPRESENTATION DEFENSES | 0.20 | 122.00 |
| 05/17/22 | ADL | REVIEW INSURER EMAIL RE: DEPOSITION SCHEDULING | 0.30 | 183.00 |
| 05/18/22 | ADL | REVIEW AND COMMENT ON FURTHER REVISED RESPONSE T INSURER DEFICIENCY LETTER | 1.30 | 793.00 |
| 05/18/22 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE LITIGATION | 2.30 | 1,403.00 |
| 05/18/22 | PJR | REVIEW AND ANALYSIS OF DOCUMENTS RE: THIRD PARTY CLAIMS | 2.10 | 1,417.50 |
| 05/18/22 | JRA | EMAILS WITH A. DE LEO AND GILBERT RE INSURANCE ADVERSARY AND AFFIRMATIVE DEFENSES LETTER | 0.10 | 68.50 |
| 05/18/22 | ADL | EMAIL PLAINTIFFS' TEAMS RE: NAE DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/18/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INUSRANCE ADVERSARY PROCEEDING | 4.00 | 2,440.00 |
| 05/18/22 | JRA | FURTHER EMAILS WITH E. SCOTT, A. DE LEO AND GILBERT RE INSURANCE DISCOVERY LETTER | 0.40 | 274.00 |
| 05/18/22 | JRA | REVIEW REED SMITH LETTER | 0.10 | 68.50 |
| 05/18/22 | ADL | REVIEW DEA SUBPOENA | 0.10 | 61.00 |
| 05/19/22 | ADL | REVIEW INSURER EMAIL RE: DISCOVERY DISPUTE | 0.10 | 61.00 |
| 05/19/22 | ADL | REVIEW MARKUP OF REVISED RESPONSE TO INSURER DEFICIENCY LETTER | 0.50 | 305.00 |
| 05/19/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 4.90 | 2,989.00 |
| 05/19/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 1.60 | 1,080.00 |
| 05/23/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 5.80 | 3,538.00 |
| 05/23/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 1.30 | 877.50 |
| 05/23/22 | ADL | EMAILS WITH PLAINTIFFS' TEAMS AND INSURER COUNSEL RE: INSURANCE DICOVERY ISSUES | 0.40 | 244.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number 921342
      Client/Matter No. 60810-0001                                        June 15, 2022
                                                                            Page 10

| <u>DATE</u> | <u>INITIALS</u> | <u>Description</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/23/22 | JRA | EMAILS WITH LEGVERIDGE AND A. DE LEO RE DISCOVERY RESPONSE | 0.30 | 205.50 |
| 05/23/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 1.80 | 1,215.00 |
| 05/24/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 1.40 | 945.00 |
| 05/24/22 | ADL | CALL WITH K. PORTER RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.30 | 183.00 |
| 05/24/22 | ADL | REVIEW DRAFT RESPONSE TO NAE 30(B)(6) DEPOSITION NOTICE | 1.20 | 732.00 |
| 05/24/22 | MEF | EMAIL W/ COMMENTS TO REED SMITH AND GILBERT RE: LETTER IN RESPONSE TO 30(B)(6) DEPOSITION NOTICE | 0.10 | 30.00 |
| 05/24/22 | JRA | EMAILS WITH A. DE LEO RE CONFIDENTIALITY STIP ISSUES AND PRODUCTION OF CLAIMS | 0.20 | 137.00 |
| 05/24/22 | JRA | FURTHER EMAILS WITH A. DE LEO AND A. PREIS RE CONFIDENTIALITY ISSUES | 0.40 | 274.00 |
| 05/24/22 | ADL | REVIEW AND ANALYZE STIPULATION RE: INSURANCE LITIGATION DISCOVERY ISSUES (.2); EMAIL UCC TEAM RE: SAME (.2) | 0.40 | 244.00 |
| 05/24/22 | JRA | EMAILS WITH M. HURLEY, A. DE LEO AND K. PORTER RE 2004 | 0.60 | 411.00 |
| 05/24/22 | JRA | REVIEW AND COMMENT ON REVISED LETTER RE DISCOVERY RESPONSES | 0.30 | 205.50 |
| 05/24/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.10 | 1,891.00 |
| 05/24/22 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION DISOVERY ISSUES | 0.10 | 61.00 |
| 05/24/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 0.80 | 540.00 |
| 05/25/22 | ADL | EMAIL THIRD PARTY COUNSEL RE: ESTATE CLAIMS ISSUE | 0.10 | 61.00 |
| 05/25/22 | ADL | REVIEW AND COMMENT ON AMENDMENT TO TOLLING AGREEMENT RE: ESTATE CLAIMS | 0.20 | 122.00 |
| 05/25/22 | JRA | FURTHER EMAILS WITH A. DE LEO AND R. LEVERIDGE RE CONFIDENTIALITY ISSUES | 0.30 | 205.50 |
| 05/25/22 | ADL | CALL WITH J. ALBERTO RE: ESTATE CLAIM ISSUES (.1); EMAIL UCC TEAM RE: SAME (.1) | 0.20 | 122.00 |
| 05/25/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 1.20 | 810.00 |
| 05/25/22 | ADL | FOLLOW UP EMAILS WITH UCC TEAM RE: INSURANCE DISCOVERY ISSUES | 0.20 | 122.00 |
| 05/25/22 | JRA | EMAILS (.1) AND T/C (.2) WITH A. DE LEO RE TOLLING AGREEMENT | 0.30 | 205.50 |
| 05/25/22 | JRA | EMAILS WITH A. DE LEO RE CONFIDENTIALITY ISSUES | 0.30 | 205.50 |
| 05/25/22 | JRA | T/C WITH M. HURLEY, K. PORTER AND A. DE LEO RE POTENTIALY ESTATE CLAIM ISSUE | 0.50 | 342.50 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  921342 |
| | Client/Matter No. 60810-0001 | June 15, 2022 |
| | | Page 11 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/26/22 | ADL | EMAILS WITH UCC TEAM RE: ESTATE CLAIM ISSUES AND INSURANCE LITIGATION DISCOVERY ISSUES | 0.60 | 366.00 |
| 05/26/22 | JRA | SEVERAL EMAILS WITH K. PORTER, M. HURLEY, A. PREIS AND A. DE LEO RE INSURANCE ADVERSARY STRATEGY ISSUES | 0.70 | 479.50 |
| 05/26/22 | MEF | EDIT DRAFT OF INSURER EMAIL RE: PEO ISSUES FOR A. DE LEO AND EMAIL W/ A. DE LEO RE SAME | 0.10 | 30.00 |
| 05/26/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.20 | 732.00 |
| 05/26/22 | ADL | CALL WITH THIRD PARTY COUNSEL RE: ESTATE CLAIM ISSUES | 0.10 | 61.00 |
| 05/26/22 | ADL | EMAIL PLAINTIFFS' TEAMS RE: INSURANCE LIIGATION DISCOVERY ISSUES | 0.40 | 244.00 |
| 05/26/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE DISCOVERY ISSUES | 0.60 | 366.00 |
| 05/26/22 | ADL | CALL WITH A. CRAWFORD RE: INSURANCE PROTECTIVE ORDER ISSUES | 0.50 | 305.00 |
| 05/26/22 | ADL | CALL WITH K. PORTER RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 05/26/22 | ADL | DRAFT EMAIL TO INSURERS COUNSEL RE: INSURANCE DISCOVERY ISSUES | 1.20 | 732.00 |
| 05/26/22 | JRA | T/C (.4) WITH A. DE LEO, M. HURLEY AND K. PORTER RRE TOLLING ISSUE; EMAILS WITH SAME RE SAME (.4) | 0.80 | 548.00 |
| 05/27/22 | JRA | REVIEW DRAFT DISCOVERY LETTER (.3); EMAILS WITH A. DE LEO RE SAME (.1) | 0.40 | 274.00 |
| 05/27/22 | JRA | REVIEW UPDATED PRIVILEGE LOG | 0.20 | 137.00 |
| 05/27/22 | ADL | EMAILS AND CALL WITH INSURER COUNSEL RE: DISCOVERY ISSUES | 0.20 | 122.00 |
| 05/27/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: 30(B)(6) DISCOVERY ISSUES | 1.00 | 610.00 |
| 05/27/22 | ADL | EMAILS WITH UCC TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.30 | 183.00 |
| 05/27/22 | JRA | FURTHER EMAILS WITH A. DE LEO RE PROOF OF CLAIM CONFIDENTIALITY ISSUES | 0.30 | 205.50 |
| 05/27/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.40 | 2,074.00 |
| 05/27/22 | ADL | CALL WITH DEBTORS' COUNSEL RE: ESTATE CLAIM ISSUES | 0.30 | 183.00 |
| 05/27/22 | JRA | FURTHER EMAILS WITH A. DE LEO AND M. HURLEY RE INSURANCE RE INSURANCE ADVERSARY DISCOVERY | 0.40 | 274.00 |
| 05/27/22 | ADL | DRAFT REVISED EMAIL TO INSURER COUNSEL RE: PROTECTIVE ORDER ISSUES | 0.50 | 305.00 |
| 05/27/22 | JRA | T/C WITH A. CRAWFORD, A. DE LEO, L. SZYMANSKI AND R. LEVERIDGE RE CONFIDENTIALITY AND DISCOVERY ISSUES | 1.00 | 685.00 |
| 05/31/22 | PTS | CALL WITH INSURANCE COUNSEL RE EXPERTS | 0.10 | 30.00 |
| 05/31/22 | JRA | FURTHER EMAILS WTH A. DE LEO RE INSURANCE LITIGATION | 0.40 | 274.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  921342
       Client/Matter No. 60810-0001                                              June 15, 2022
                                                                                     Page 12

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/31/22 | JRA | EMAILS WITH P BREENE AND R. LEVERIDGE RE DISCOVERY | 0.30 | 205.50 |
| 05/31/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION STRATEGY ISSUES | 0.10 | 61.00 |
| 05/31/22 | ADL | REVIEW EMAILS PRODUCED IN INSURANCE LITIGATION | 5.50 | 3,355.00 |
| 05/31/22 | ADL | EMAILS WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.30 | 183.00 |
| 05/31/22 | ADL | REVIEW AND COMMENT ON ESTATE CLAIMS TOLLING AGREEMENT | 0.20 | 122.00 |
| 05/31/22 | ADL | REVIEW EMAILS RE: INSURANCE LITIGATION DEPOSITIONS | 0.20 | 122.00 |
| 05/31/22 | JRA | REVIEW AND COMMENT ON DRAFT DISCOVERY RESPONSES (.3) AND FURTHER EMAILS WITH A. DE LEO RE SAME (.3) | 0.60 | 411.00 |
| 05/31/22 | ADL | REVIEW AND COMMENT ON MEET AND CONFER LETTER RE: 30(B)(6) DEPOSITION | 0.40 | 244.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**                    **1.30**    **823.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/18/22 | JRA | EMAILS WITH A. DE LEO AND A. PREIS RE TODAY'S HEARING | 0.30 | 205.50 |
| 05/18/22 | ADL | ATTEND 5-18-2022 HEARING | 0.90 | 549.00 |
| 05/19/22 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE YESTERDAY'S HEARING | 0.10 | 68.50 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS**             **1.00**    **685.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/01/22 | JRA | EMAILS WITH A. PREIS AND A. DE LEO RE DEPOSITIONS | 0.20 | 137.00 |
| 05/09/22 | JRA | EMAILS WITH A. DE LEO, J. RUBINSTEIN AND A. CRAWFORD RE DEPOSITIONS | 0.30 | 205.50 |
| 05/13/22 | JRA | EMAIL WITH K.. NOLLEY RE DEPOSITIONS | 0.10 | 68.50 |
| 05/29/22 | JRA | EMAIL WITH K. NOLLEY RE DEPOSITION | 0.10 | 68.50 |
| 05/30/22 | JRA | EMAILS WITH A. PREIS AND A. CRAWFORD RE INSURANCE DEP | 0.20 | 137.00 |
| 05/31/22 | JRA | EMAILS WITH A. DE LEO RE DEPOSITION | 0.10 | 68.50 |

                                               TOTAL HOURS    223.30

PROFESSIONAL SERVICES:                                              $135,725.00
COURTESY DISCOUNT:                                                 $(13,572.50)
ADJUSTED PROFESSIONAL SERVICES:                                    $122,152.50

**COLE SCHOTZ P.C.**

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  921342
           Client/Matter No. 60810-0001                                              June 15, 2022
           _____        Page 13

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Alberto, Justin | Member | 41.30 | 685.00 | 28,290.50 |
| De Leo, Anthony | Associate | 129.00 | 610.00 | 78,690.00 |
| Dougherty, Jack | Associate | 6.30 | 300.00 | 1,890.00 |
| Fitzpatrick, Michael | Associate | 0.20 | 300.00 | 60.00 |
| Morton, Larry | Paralegal | 11.90 | 330.00 | 3,927.00 |
| Patrick J. Reilley | Member | 33.30 | 675.00 | 22,477.50 |
| Peter Strom | Associate | 1.30 | 300.00 | 390.00 |
| **Total** | | **223.30** | | **$135,725.00** |

**EXHIBIT D**

**EXPENSE SUMMARY**
**MAY 1, 2022 THROUGH MAY 31, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | Court Solutions | $87.71 |
| Online Research | WestLaw | $67.12 |
| Photocopy/Printing/Scanning | | $2.30 |
| **TOTAL** | | **$157.13** |

**EXHIBIT E**

**Expense Detail**

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 921342 |
| | Client/Matter No. 60810-0001 | June 15, 2022 |
| | | Page 14 |

## COST DETAIL

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 04/21/22 | CONFERENCE CALL | 168.00 | 9.44 |
| 04/25/22 | CONFERENCE CALL | 448.00 | 25.14 |
| 04/28/22 | CONFERENCE CALL | 412.00 | 23.11 |
| 04/29/22 | CONFERENCE CALL | 113.00 | 6.34 |
| 04/29/22 | CONFERENCE CALL | 74.00 | 4.16 |
| 05/01/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/04/22 | CONFERENCE CALL | 216.00 | 12.12 |
| 05/06/22 | CONFERENCE CALL | 132.00 | 7.40 |
| 05/12/22 | ONLINE RESEARCH | 11.00 | 1.10 |
| 05/12/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/12/22 | ONLINE RESEARCH | 11.00 | 1.10 |
| 05/12/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/12/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/12/22 | ONLINE RESEARCH | 3.00 | 0.30 |
| 05/12/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/12/22 | ONLINE RESEARCH | 4.00 | 0.40 |
| 05/12/22 | ONLINE RESEARCH | 12.00 | 1.20 |
| 05/12/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/17/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/17/22 | PHOTOCOPY /PRINTING/SCANNING | 12.00 | 1.20 |
| 05/17/22 | ONLINE RESEARCH | 12.00 | 1.20 |
| 05/17/22 | PHOTOCOPY /PRINTING/SCANNING | 11.00 | 1.10 |
| 05/17/22 | ONLINE RESEARCH | 1.00 | 28.42 |
| 05/18/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/18/22 | ONLINE RESEARCH | 6.00 | 0.60 |
| 05/18/22 | ONLINE RESEARCH | 4.00 | 0.40 |
| 05/24/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/24/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/24/22 | ONLINE RESEARCH | 7.00 | 0.70 |
| 05/25/22 | ONLINE RESEARCH | 17.00 | 1.70 |

**Total**      **$157.13**

**COLE SCHOTZ P.C.**

TOTAL SERVICES AND COSTS:                                    $        122,309.63