KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                              :

In re:                          :          Chapter 11
                              :

PURDUE PHARMA L.P., *et al.*    :          Case No. 19-23649 (RDD)
                              :

          Debtors.[1]        :          (Jointly Administered)

------------------------------------------------------------x

**THIRTIETH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**<u>FOR THE PERIOD MAY 1, 2022 THROUGH MAY 31, 2022</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | May 1, 2022 through May 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $9,423.93 (80% of $11,779.91) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $2,978.48 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $12,402.41 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its thirtieth monthly fee statement (the "Monthly Fee Statement") for the period beginning May 1, 2022 through and including May 31, 2022 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $14,758.39.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $12,402.41, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

    a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

    b. **Exhibit B**.  A schedule of expenses incurred by category.

    c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on September 14, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  August 31, 2022
           El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  August 31, 2022
      El Segundo, California

                                            /s/ *Sarah Harbuck*

                                          Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| CCE | Cerene Credo | Consultant | 0.8 | $149.44 | $119.54 |
| CET | Christopher Estes | Consultant | 11.3 | $203.28 | $2,297.05 |
| CHD | Christopher Do | Senior Managing Consultant | 0.3 | $231.53 | $69.46 |
| CJC | Caitlin Corrie | Consultant | 0.2 | $125.24 | $25.04 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.49 | $46.65 |
| EJG | Evan Gershbein | Senior Managing Consultant | 2 | $231.53 | $463.05 |
| HBU | Hannah Bussey | Consultant | 0.2 | $200.86 | $40.18 |
| HEF | Heather Fellows | Consultant | 0.1 | $149.44 | $14.94 |
| ICO | Ignacio Corona | Clerk | 1.9 | $53.85 | $102.32 |
| JBU | Joseph Bunning | Senior Consultant | 25.7 | $206.91 | $5,317.54 |
| JDG | Jennifer Grageda | Consultant | 0.2 | $149.44 | $29.88 |
| JUY | Justin Uy | Consultant | 0.1 | $125.24 | $12.52 |
| KDT | Keith Taylor | Clerk | 2.3 | $53.85 | $123.86 |
| MAP | Manuel Pastor | Consultant | 1.8 | $200.86 | $361.55 |
| MDO | Matthew Orr | Consultant | 0.9 | $200.86 | $180.78 |
| SEB | Senayt Berhe | Consultant | 0.5 | $149.44 | $74.70 |
| SEW | Scott Ewing | Senior Consultant | 1.1 | $206.91 | $227.59 |
| STP | Stephanie Paul | Consultant | 0.8 | $125.24 | $100.17 |
| SYU | Susan Yu | Consultant | 9.5 | $203.28 | $1,931.20 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 0.1 | $209.40 | $20.94 |
| VTM | Vien Marquez | Consultant | 1.1 | $200.86 | $220.95 |
| | | | | | |
| | **TOTALS** | | **61.2** | | **$11,779.91** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $752.95 |
| Printing and Mailing Expenses | | | $2,136.08 |
| Sales and Use Tax | | | $89.45 |
| | | | |
| **TOTAL** | | | **$2,978.48** |

**Exhibit C**

**Invoice**



June 23, 2022

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

          Re: Purdue Pharma L.P. (Creditors' Committee)
                USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period May 1, 2022 to May 31, 2022 in the amount of $14,758.39 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC


Evan Gershbein
EVP Restructuring




Enclosures



June 23, 2022

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | June 23, 2022 |
|---|---|---|---|
| Invoice Number | US_KCC2290398 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $11,779.91 |
| ***Total of Hourly Fees*** | $11,779.91 |
| | |
| **Expenses** | |
| Expenses | $2,889.03 |
| ***Total Expenses*** | $2,889.03 |
| | |
| ***Invoice Subtotal*** | **$14,668.94** |
| Sales and Use Tax | 89.45 |
| ***Total Invoice*** | **$14,758.39** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| Account Number | 70789FA | **Check Payments to:** | **Wire Payments to:** |
| Invoice Number | US_KCC2290398 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $14,758.39 | Dept CH 16639 | HSBC Bank, NA |
| Amount Paid | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# Kurtzman Carson Consultants LLC

05/01/2022 - 05/31/2022

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| CCE | Cerene Credo | CON | 0.80 | $149.44 | $119.54 |
| CET | Christopher Estes | CON | 11.30 | $203.28 | $2,297.05 |
| CHD | Christopher Do | SMC | 0.30 | $231.53 | $69.46 |
| CJC | Caitlin Corrie | CON | 0.20 | $125.24 | $25.04 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.49 | $46.65 |
| EJG | Evan Gershbein | SMC | 2.00 | $231.53 | $463.05 |
| HBU | Hannah Bussey | CON | 0.20 | $200.86 | $40.18 |
| HEF | Heather Fellows | CON | 0.10 | $149.44 | $14.94 |
| ICO | Ignacio Corona | CL | 1.90 | $53.85 | $102.32 |
| JBU | Joseph Bunning | SC | 25.70 | $206.91 | $5,317.54 |
| JDG | Jennifer Grageda | CON | 0.20 | $149.44 | $29.88 |
| JUY | Justin Uy | CON | 0.10 | $125.24 | $12.52 |
| KDT | Keith Taylor | CL | 2.30 | $53.85 | $123.86 |
| MAP | Manuel Pastor | CON | 1.80 | $200.86 | $361.55 |
| MDO | Matthew Orr | CON | 0.90 | $200.86 | $180.78 |
| SEB | Senayt Berhe | CON | 0.50 | $149.44 | $74.70 |
| SEW | Scott Ewing | SC | 1.10 | $206.91 | $227.59 |
| STP | Stephanie Paul | CON | 0.80 | $125.24 | $100.17 |
| SYU | Susan Yu | CON | 9.50 | $203.28 | $1,931.20 |
| VRQ | Vanessa Triana | SMC | 0.10 | $209.40 | $20.94 |
| VTM | Vien Marquez | CON | 1.10 | $200.86 | $220.95 |

*Total*        **$11,779.91**

# *Kurtzman Carson Consultants LLC*

### 05/01/2022 - 05/31/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/2/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.50 |
| 5/2/2022 | SYU | Upload the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 5/2/2022 | CJC | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.10 |
| | | | *Total for 5/2/2022* | | *1.90* |
| 5/3/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 5/3/2022 | SYU | Review the Master Service List re Motion to Withdraw as Attorney | CON | Noticing | 0.20 |
| 5/3/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| | | | *Total for 5/3/2022* | | *1.90* |
| 5/4/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 5/4/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.10 |
| 5/4/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 5/4/2022 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 5/4/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| | | | *Total for 5/4/2022* | | *2.20* |
| 5/5/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 5/5/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 5/5/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/5/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | *Total for 5/5/2022* | | *1.80* |
| 5/6/2022 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 5/6/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 5/6/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 5/6/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | *Total for 5/6/2022* | | *2.10* |
| 5/9/2022 | EJG | Attention to Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4752-4757] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 5/9/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.50 |

# *Kurtzman Carson Consultants LLC*

05/01/2022 - 05/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/9/2022 | CCE | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/9/2022 | SYU | Update the Master Service List per Notice of Withdrawal | CON | Noticing | 0.20 |
| 5/9/2022 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements | CON | Noticing | 0.10 |
| 5/9/2022 | SYU | Coordinate and generate Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4752-4757] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 5/9/2022 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 5/9/2022 | SEW | Quality control review of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4752-4757] mailing | SC | Noticing | 0.20 |
| | | | | **Total for 5/9/2022** | **4.10** |
| 5/10/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 5/10/2022 | CCE | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 5/10/2022** | **1.20** |
| 5/11/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.50 |
| 5/11/2022 | CCE | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.20 |
| 5/11/2022 | SYU | Prepare Certificate of Service re Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4752-4757] mailing | CON | Noticing | 0.60 |
| 5/11/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 5/11/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 5/11/2022 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| | | | | **Total for 5/11/2022** | **3.70** |
| 5/12/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.30 |
| 5/12/2022 | CCE | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/12/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 5/12/2022** | **1.70** |
| 5/13/2022 | EJG | Attention to Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4785-4790] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 5/13/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 5/13/2022 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements | CON | Noticing | 0.10 |
| 5/13/2022 | SYU | Coordinate and generate Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4785-4790] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |

# *Kurtzman Carson Consultants LLC*

05/01/2022 - 05/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/13/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 5/13/2022 | SEW | Quality control review of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4785-4790] mailing | SC | Noticing | 0.20 |
| | | | *Total for 5/13/2022* | | *3.30* |
| 5/16/2022 | EJG | Attention to Jefferies, Akin Gump, Cole Schotz, Bedell, Province & KCC Fee Statements [DNs 4805-4807, 4810-4812] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 5/16/2022 | EJG | Attention to Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 5/16/2022 | KDT | Assist with Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 2.30 |
| 5/16/2022 | VTM | Assist with Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 5/16/2022 | MDO | Assist with Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 5/16/2022 | DAK | Assist with Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 5/16/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/16/2022 | MAP | Assist with Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.50 |
| 5/16/2022 | ICO | Assist with Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 1.90 |
| 5/16/2022 | SYU | Correspond with counsel re service of Jefferies, Akin Gump, Cole Schotz, Bedell, Province & KCC Fee Statements | CON | Noticing | 0.10 |
| 5/16/2022 | SYU | Coordinate and generate Jefferies, Akin Gump, Cole Schotz, Bedell, Province & KCC Fee Statements [DNs 4805-4807, 4810-4812] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 5/16/2022 | SYU | Coordinate and generate Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 5/16/2022 | SYU | Correspond with counsel re service of Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps | CON | Noticing | 0.10 |
| 5/16/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 5/16/2022 | SYU | Prepare Certificate of Service re Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4785-4790] mailing | CON | Noticing | 0.70 |
| 5/16/2022 | SYU | Reach out to creditor for an alternate email re returned email service | CON | Noticing | 0.20 |
| 5/16/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/16/2022 | SEW | Quality control review of Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing | SC | Noticing | 0.40 |

# Kurtzman Carson Consultants LLC

05/01/2022 - 05/31/2022

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/16/2022 | SEW | Quality control review of Jefferies, Akin Gump, Cole Schotz, Bedell, Province & KCC Fee Statements [DNs 4805-4807, 4810-4812] mailing | SC | Noticing | 0.20 |
| 5/16/2022 | CHD | Assist with Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | *Total for 5/16/2022* | | *13.20* |
| 5/17/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.30 |
| 5/17/2022 | SYU | Upload the updated case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 5/17/2022 | SEB | Manage and review tracking of undeliverable mail re Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | CON | Undeliverable Mail Processing | 0.10 |
| 5/17/2022 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| | | | *Total for 5/17/2022* | | *2.60* |
| 5/18/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 5/18/2022 | SYU | Prepare Certificate of Service re Jefferies, Akin Gump, Cole Schotz, Bedell, Province & KCC Fee Statements [DNs 4805-4807, 4810-4812] mailing | CON | Noticing | 0.50 |
| 5/18/2022 | SYU | Prepare Certificate of Service re Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] mailing | CON | Noticing | 0.70 |
| 5/18/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 5/18/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/18/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| | | | *Total for 5/18/2022* | | *2.90* |
| 5/19/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 5/19/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| | | | *Total for 5/19/2022* | | *1.60* |
| 5/20/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 5/20/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 5/20/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 5/20/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | *Total for 5/20/2022* | | *2.00* |
| 5/23/2022 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

05/01/2022 - 05/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/23/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.30 |
| 5/23/2022 | CCE | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| 5/23/2022 | JUY | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 5/23/2022 | SEB | Manage and review tracking of undeliverable mail re Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | CON | Undeliverable Mail Processing | 0.10 |
| 5/23/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/23/2022 | STP | Track undeliverable mail from Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | CON | Undeliverable Mail Processing | 0.10 |
| 5/23/2022 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/23/2022 | STP | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 5/23/2022** | **2.40** |
| 5/24/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 5/24/2022 | SYU | Review public access website to ensure important dates and documents are posted | CON | Maintenance of Public Access Website | 0.60 |
| 5/24/2022 | SYU | Upload the updated calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 5/24/2022 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| | | | | **Total for 5/24/2022** | **2.90** |
| 5/25/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 5/25/2022 | SYU | Review the Master Service List for updates re Withdrawal of Appearance | CON | Noticing | 0.20 |
| 5/25/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| | | | | **Total for 5/25/2022** | **2.00** |
| 5/26/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 5/26/2022 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | CON | Noticing | 0.30 |
| 5/26/2022 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/26/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| | | | | **Total for 5/26/2022** | **2.10** |

## *Kurtzman Carson Consultants LLC*

05/01/2022 - 05/31/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 5/27/2022 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | CON | Noticing | 0.30 |
| 5/27/2022 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | CON | Noticing | 0.30 |
| 5/27/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 5/27/2022 | SYU | Review recent returned mail and changes of address for previous mailing; prepare updates to master spreadsheet and research updated addresses re same | CON | Noticing | 0.30 |
| 5/27/2022 | SYU | Review mail report for Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | CON | Noticing | 0.10 |
| 5/27/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.10 |
| 5/27/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 5/27/2022 | VRQ | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SMC | Noticing | 0.10 |
| 5/27/2022 | SEW | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SC | Noticing | 0.10 |
| | | | | *Total for 5/27/2022* | *2.90* |
| 5/31/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 5/31/2022 | CCE | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/31/2022 | SYU | Upload case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 5/31/2022 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/31/2022 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| | | | | *Total for 5/31/2022* | *2.70* |
| | | | | *Total Hours* | *61.20* |

# *Kurtzman Carson Consultants LLC*

*05/01/2022 - 05/31/2022*

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $752.95 |
| Printing and Mailing Expenses (See Exhibit) | | | $2,136.08 |
| | | ***Total Expenses*** | ***$2,889.03*** |

## *Kurtzman Carson Consultants LLC*

05/01/2022 - 05/31/2022

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 5/9/2022 | Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4752-4757] | 6 | Email Parties | $0.00 | $100.00 |
| 5/13/2022 | Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4785-4790] | 6 | Email Parties | $0.00 | $100.00 |
| 5/16/2022 | Jefferies, Akin Gump, Cole Schotz, Bedell, Province & KCC Fee Statements [DNs 4805-4807, 4810-4812] | 6 | Email Parties | $0.00 | $100.00 |
| 5/16/2022 | Akin Gump, Cole Schotz, Bedell, Jefferies, Province & KCC Interim Fee Apps [DNs 4816-4817, 4821-4822, 4825, 4828] | 200 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 200 Email Parties | $250.00 | $250.00 |
| | | 54 | First Class Mail | | |
| | | 13,284 | Image notice printing for 6 documents, including Purdue DN 4816 - Akin Gump Eighth Interim Fee Application Feb-Apr 2022, Purdue DN 4817 - Cole Schotz Seventh Interim Fee Application Feb-Apr 2022, Purdue DN 4821 - Bedell Seventh Interim Fee Application Feb-Apr 2022, Purdue DN 4822 - Jefferies Eighth Interim Fee Application Feb-Apr 2022, Purdue DN 4825 - Province Eighth Interim Fee Application Feb-Apr 2022, Purdue DN 4828 - KCC Eighth Interim Fee Application Feb-Apr 2022 | $0.11 | $1,461.24 |
| | | 54 | Non-Standard Envelopes | $0.46 | $24.84 |

### *Total Printing and Mailing Expenses*                    *$2,136.08*