In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Three Month Fee Average
July 2022

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 21,418,897 | 803,065 | 714,991 | 842,721 | 831,920 | 850,860 | 852,384 | 826,214 | 812,552 | 718,428 | 684,173 | 619,113 | 548,178 | 520,639 | 465,165 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,592,532 | 184,438 | 195,788 | 186,272 | 174,142 | 168,768 | 162,709 | 158,245 | 146,711 | 132,542 | 125,837 | 121,996 | 132,810 | 127,386 | 105,626 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 373,780 | 6,175 | 3,843 | 3,292 | 3,701 | 3,430 | 4,671 | 4,277 | 4,455 | 2,278 | 1,500 | 406 | 430 | 609 | 409 |
| OCP Total | Total | | 32,000,000 | 28,385,209 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | | | | 29 | 29 | 29 | | | 144 | 144 | 144 | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 752,500 | 25,000 | 22,500 | 20,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 163 | 231 | 231 | 231 | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 2 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 3,011 | 792 | 614 | 576 | 758 | 1,560 | 1,512 | 1,085 | | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | 2,029 | 2,097 | 3,441 | 4,583 | 5,093 | 2,163 | 635 | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 175 | 174 | 87 | 87 | | | | | 446 | 446 | 446 | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | 607 | 2,144 | 3,183 | 3,933 | 2,396 | 1,357 | | | | | | | |
| Crowe & Dunlevy | OCP Tier 2 | 20,000 | 240,000 | 4,983 | 100 | | | 136 | 136 | 136 | | | | | 39 | 39 | 39 | 117 | 117 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 135 | 51 | 178 | 588 | 661 | 518 | 92 | 18 | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,710,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 51,634 | 239 | 222 | 139 | 384 | 1,112 | 1,195 | 811 | 83 | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 271,141 | 22,327 | 24,860 | 18,104 | 11,302 | 7,078 | 6,679 | 4,732 | 4,234 | 5,617 | 6,499 | 8,105 | 6,805 | 5,724 | 2,926 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | 112 | 130 | 130 | 17 | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 5,000 | 60,000 | 2,474 | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 840 | 705 | 618 | 517 | 320 | 136 | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 630 | | | | | 12 | 12 | 23 | 47 | 58 | 93 | 58 | 82 | 35 | 93 |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 864 | 616 | 722 | 462 | 343 | 36 | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | 19 | 19 | 19 | | | 15 | 29 | 29 | 15 | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 42 | 48 | 198 | 178 | 178 | 7 | 7 | | | | | | | |
| Hepler Broom LLC | OCP Tier 2 | 75,000 | 900,000 | 2,037 | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | 369 | 435 | 176 | 176 | | 1,010 | 1,010 | 1,010 | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 177,790 | 6,813 | 6,399 | 6,778 | 7,278 | 7,818 | 7,507 | 5,144 | 5,311 | 3,738 | 6,094 | 5,102 | 5,753 | 5,248 | 8,214 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | 166 | 166 | 166 | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 232,621 | 6,195 | 7,530 | 9,298 | 7,157 | 4,407 | 2,490 | 4,636 | 4,690 | 6,194 | 4,197 | 8,658 | 7,082 | 5,716 | 692 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 985,946 | 15,896 | 16,759 | 19,079 | 17,868 | 17,079 | 11,941 | 17,811 | 17,327 | 17,486 | 11,776 | 12,115 | 12,968 | 11,317 | 7,452 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 46,042 | | | | | 187 | 187 | 187 | 845 | 1,288 | 1,312 | 1,246 | 803 | 1,477 | 698 | 757 |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | | | | | | 508 | 508 | 508 | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 712,431 | 22,187 | 24,352 | 27,387 | 20,817 | 15,594 | 11,710 | 10,305 | 8,688 | 10,132 | 12,665 | 17,661 | 26,878 | 25,815 | 18,058 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,228,717 | 31,465 | 29,090 | 25,521 | 21,088 | 18,538 | 30,859 | 32,241 | 31,965 | 20,066 | 27,129 | 30,873 | 38,143 | 29,335 | 24,734 |
| McCarter & English | OCP Tier 2 | 150,000 | 1,800,000 | 136,096 | 2,214 | 3,056 | 5,048 | 4,549 | 6,243 | 7,751 | 10,189 | 11,537 | 9,490 | 6,178 | 3,761 | 3,371 | 4,505 | 3,436 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,300,000 | 4,998,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 119,314 | 3,368 | 2,079 | 2,381 | 2,287 | 3,165 | 10,468 | 11,232 | 10,401 | 3,507 | 2,390 | 1,622 | 720 | 1,532 | 1,514 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 391,013 | 13,518 | 17,407 | 16,925 | 25,072 | 25,156 | 30,322 | 22,290 | 15,966 | 7,021 | 1,045 | 1,212 | 1,212 | 594 | 427 |
| Neal & Harwell | OCP Tier 2 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,389 | | | | | | | | | 474 | 474 | 525 | 128 | 128 | 77 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| O'Neil & Borges | OCP Tier 2 | 75,000 | 900,000 | 27,035 | 295 | 329 | 1,048 | 2,012 | 2,796 | 1,782 | 2,241 | 5,815 | 5,815 | 4,391 | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 2,517 | 1,259 | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Three Month Fee Average
July 2022

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | 1,019,114 | 36,469 | 36,562 | 47,321 | 55,112 | 57,433 | 48,550 | 41,332 | 36,368 | 45,767 | 53,464 | 75,745 | 63,500 | 67,606 | 52,733 |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,500,000 | | | | | | | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | 250 | 1,153 | 1,153 | 903 | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 515,080 | 8,085 | 9,859 | 10,782 | 11,645 | 12,752 | 10,581 | 6,838 | 4,438 | 6,276 | 10,603 | 10,419 | 9,949 | 9,348 | 6,842 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 360,689 | 248,633 | 335,831 | 297,924 | 283,542 | 212,406 | 229,041 | 200,616 | 181,446 | 110,489 | 68,698 | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 14,967 | | | | | | | 889 | 902 | 902 | 14 | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,100,000 | 2,741,862 | 35,638 | 55,016 | 69,387 | 79,740 | 96,362 | 128,848 | 143,170 | 208,880 | 197,048 | 200,716 | 140,354 | 124,138 | 94,366 | 47,649 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 803,263 | 16,166 | 14,609 | 14,062 | 14,046 | 14,842 | 14,438 | 16,344 | 16,286 | 15,634 | 15,552 | 14,957 | 15,283 | 12,173 | 11,578 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 136,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 96 | 81 | 66 | 51 | 59 | 74 | 74 | 51 | 22 | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 526,213 | 8,292 | 7,104 | 6,745 | 6,083 | 8,270 | 7,677 | 10,445 | 12,077 | 15,080 | 15,557 | 12,567 | 11,860 | 15,215 | 12,609 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,403,183 | 78,587 | 88,475 | 104,229 | 119,590 | 136,265 | 176,472 | 129,001 | 84,405 | 19,249 | 19,928 | 24,615 | 38,451 | 46,064 | 52,451 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 134,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 478,762 | 26,242 | 31,865 | 20,328 | 14,322 | 10,131 | 9,354 | 10,760 | 7,266 | 5,913 | 6,341 | 8,172 | 11,036 | 9,715 | 6,314 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 9,151 | 259 | 305 | 191 | 722 | 541 | 551 | 10 | 234 | 224 | 224 | 181 | 181 | 380 | 199 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,300,000 | 2,235,221 | 57,022 | 52,685 | 54,134 | 54,310 | 57,313 | 55,760 | 49,793 | 48,629 | 51,658 | 71,248 | 73,169 | 79,864 | 80,552 | 89,907 |

[1] Represents Fees since the Commencement Date

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Monthly Fees
July 2022

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 21,418,897 | 768,213 | 953,268 | 774,279 | 825,032 | 957,841 | 695,769 | 784,046 | 675,468 | 593,004 | 588,867 | 462,664 | 510,386 | 422,445 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,592,532 | 177,040 | 176,283 | 169,103 | 160,920 | 158,104 | 155,713 | 126,318 | 115,596 | 135,596 | 114,796 | 148,040 | 119,323 | 49,516 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 373,780 | 4,332 | 2,843 | 3,927 | 3,520 | 6,565 | 2,745 | 4,053 | 35 | 410 | 774 | 105 | 948 | 175 |
| OCP Total | Total | | 32,000,000 | 28,385,209 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 2 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | | | 86 | | | | | 432 | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 752,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 694 | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 2 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 734 | 850 | 144 | 1,282 | 3,255 | | | | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | 374 | 8,792 | 4,584 | 1,904 | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 261 | | | | | | | 1,338 | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | 1,822 | 4,610 | 3,116 | 4,072 | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 2 | 20,000 | 240,000 | 4,983 | | | 409 | | | | | | 117 | | | 350 | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | | | 485 | 1,280 | 220 | 55 | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,710,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 51,634 | | | 1,152 | 2,184 | 250 | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 271,141 | 17,744 | 7,104 | 9,059 | 5,073 | 5,907 | 3,218 | 3,577 | 10,058 | 5,864 | 8,395 | 6,156 | 2,623 | |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | 52 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 3 | 5,000 | 60,000 | 421 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 591 | 554 | 407 | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 630 | | | | | 35 | | 35 | 105 | 35 | 140 | | 105 | 175 |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 355 | 924 | 107 | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | 58 | | | | | | 44 | 44 | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 20 | 516 | | 20 | | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | 527 | | | | | 3,030 | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 177,790 | 2,659 | 9,790 | 9,385 | 4,281 | 8,855 | 2,298 | 4,782 | 4,136 | 9,363 | 1,807 | 6,089 | 7,849 | 10,704 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | 497 | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 232,621 | 9,777 | 8,046 | 3,648 | 1,528 | 2,292 | 10,087 | 1,689 | 6,805 | 4,097 | 15,073 | 2,076 | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 1 | 150,000 | 1,800,000 | 985,946 | 14,399 | 25,775 | 13,431 | 12,032 | 10,361 | 31,041 | 10,577 | 10,839 | 13,910 | 11,595 | 13,400 | 8,958 | |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 46,042 | | | 560 | | | | 2,535 | 1,330 | 73 | 2,335 | | 2,095 | 175 |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | | | | | 1,525 | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 712,431 | 28,806 | 20,712 | 12,933 | 13,136 | 9,061 | 8,720 | 8,284 | 13,392 | 16,321 | 23,271 | 41,041 | 13,132 | |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,228,717 | 26,090 | 14,203 | 22,971 | 18,441 | 51,165 | 27,117 | 17,614 | 15,467 | 48,307 | 28,845 | 37,278 | 21,883 | 15,039 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 136,096 | 2,872 | 6,397 | 4,378 | 7,956 | 10,919 | 11,691 | 11,999 | 4,778 | 1,758 | 4,748 | 3,606 | 5,160 | 1,541 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,300,000 | 4,998,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 119,314 | 2,223 | 2,725 | 1,915 | 4,854 | 24,635 | 4,208 | 2,359 | 3,954 | 856 | 56 | 1,248 | 3,294 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 391,013 | 18,718 | 11,338 | 45,161 | 18,970 | 26,835 | 21,064 | | | 3,134 | 501 | | 1,282 | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,389 | | | | | | | | 1,421 | | | 154 | 230 | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 27,035 | 102 | 3,043 | 2,893 | 2,453 | | 4,270 | 13,174 | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.  19-23649-shl  Doc 5064-1  Filed 09/06/22  Entered 09/06/22 14:46:57  Exhibit A-  Ordinary Course Professionals Statement  Pg 4 of 6  Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees
July 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,500,000 | 1,019,114 | 47,586 | 56,663 | 61,086 | 54,549 | 30,017 | 39,430 | 39,657 | 58,214 | 62,523 | 106,498 | 21,478 | 74,841 | 61,880 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | 750 | 2,708 | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 515,080 | 11,949 | 9,957 | 13,029 | 15,271 | 3,444 | 1,798 | 8,071 | 8,958 | 14,780 | 7,519 | 7,548 | 12,978 | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 253,796 | 477,014 | 162,963 | 210,648 | 263,606 | 212,869 | 125,374 | 206,094 | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 14,967 | | | | | | | 2,666 | 42 | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,100,000 | 2,741,862 | 74,242 | 65,536 | 99,441 | 124,108 | 162,993 | 142,410 | 321,236 | 127,499 | 153,413 | 140,150 | 78,852 | 64,096 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 803,263 | 12,533 | 14,976 | 14,630 | 14,918 | 13,766 | 20,347 | 14,746 | 11,808 | 20,102 | 12,960 | 12,787 | 10,771 | 11,174 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 136,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 44 | 44 | 66 | 66 | 88 | 66 | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 526,213 | 5,334 | 10,140 | 2,775 | 11,894 | 8,362 | 11,080 | 16,789 | 17,371 | 12,512 | 7,818 | 15,249 | 22,578 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,403,183 | 103,601 | 81,306 | 173,862 | 153,628 | 201,925 | 31,449 | 19,840 | 6,459 | 33,487 | 33,900 | 47,967 | 56,325 | 53,060 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 134,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 478,762 | 28,187 | 11,121 | 3,659 | 15,613 | 8,790 | 7,878 | 5,132 | 4,731 | 9,160 | 10,625 | 13,321 | 5,200 | 422 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 9,151 | 543 | | 1,623 | | 31 | | 672 | | | 543 | | 598 | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,300,000 | 2,235,221 | 56,121 | 53,501 | 53,308 | 65,130 | 48,843 | 35,407 | 61,636 | 57,930 | 94,177 | 67,400 | 78,014 | 96,241 | 95,466 |

19-23649-shl   Doc 5064-1   Filed 09/06/22   Entered 09/06/22 14:46:57   Exhibit A-

In re: PURDUE PHARMA L.P., et al.   Ordinary Course Professionals Statement   Pg 5 of 6   Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses
July 2022

| Name | Tier | Case Total¹ | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,759,162 | 28,967 | 58,668 | 34,870 | 46,746 | 44,830 | 142,952 | 54,578 | 7,548 | 21,485 | 129,220 | 60,436 | 92,280 | 29,634 |
| OCP Tier 2 Total | OCP Tier 2 | 817,949 | 11,478 | 15,508 | 9,356 | 26,540 | 18,923 | 14,317 | 16,829 | 7,434 | 28,143 | 11,960 | 24,042 | 13,436 | 2,791 |
| OCP Tier 3 Total | OCP Tier 3 | 4,063 | 4 | 143 | | 1 | 66 | | | | | | 221 | | |
| OCP Total | Total | 2,581,175 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 3 | 180 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 3 | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 2,128 | | 108 | | | 59 | | | | | | | 221 | |
| Clement Rivers LLP | OCP Tier 2 | 62 | | 57 | 1 | 3 | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 28 | | 28 | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 21,735 | | | 1,006 | | | | 2,696 | | 50 | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 570 | | | | | | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 83,877 | 5,353 | 1,155 | 3,504 | 5,746 | 1,900 | 1,300 | | 1,449 | 15,162 | 25 | 2,999 | 1,234 | |
| Duke Scanlan | OCP Tier 3 | 4 | 2 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 554 | 1 | 35 | | 1 | | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 8 | | | | | 8 | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 55 | 55 | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | | | 87 | | | | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,580 | | | | | | | | | 170 | | 170 | | |
| Lenz & Staehelin | OCP Tier 2 | 53 | | | | | 53 | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 279,361 | 1,981 | 4,136 | 1,200 | 13,617 | | 3,321 | | 1,480 | 4,026 | 4,200 | 7,027 | 2,300 | |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 1,074,873 | 28,668 | 25,766 | 29,994 | 8,933 | 16,915 | 22,911 | 11,300 | 3,692 | 11,931 | 18,979 | 55,581 | 9,747 | 12,592 |
| McCarter & English | OCP Tier 2 | 41,607 | | 2,880 | | 1,760 | 3,360 | 2,720 | 2,178 | 720 | 3,020 | 2,400 | 260 | 716 | 1,200 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 2,563 | | 8 | | | 1,504 | 1 | | | | 1 | | | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 168 | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.    OCP Payment Report - Monthly Expenses    Case No.: 19-23649 (RDD)
July 2022

| Name | Tier | Case Total[1] | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 480,143 | 45 | 30,042 | 4,050 | 30,606 | 21,184 | 119,853 | 43,104 | 3,596 | 9,554 | 110,115 | 4,779 | 82,495 | 16,656 |
| Poyner Spruill LLP | OCP Tier 2 | 401 | | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 130,911 | 473 | 3,785 | 3,290 | 126 | 39 | 4,960 | 4 | 681 | 34 | 598 | 5,064 | 6,148 | |
| Reed Smith, LLP | OCP Tier 1 | 31,118 | 253 | 2,786 | 82 | 6,551 | 6,538 | 122 | 122 | 162 | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | | | | | | | | | | | | | |
| Skarzynski Black | OCP Tier 2 | 4,557 | | | | 120 | | | | | | | | | |
| Smith Anderson | OCP Tier 2 | 756 | | | | | | | 504 | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 92,347 | 1,840 | 2,090 | | | 5,870 | | 6,306 | 2,870 | 1,480 | 3,000 | 8,073 | 2,700 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 8,913 | | | 744 | 545 | 55 | 8 | | | | 2 | 13 | 39 | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 139,165 | 1,777 | 1,369 | 267 | 5,169 | 6,196 | 2,014 | 5,141 | 234 | 4,201 | 1,735 | 450 | 338 | 1,591 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 114,746 | | 74 | | 111 | 138 | 58 | 53 | 97 | | 124 | 63 | | 385 |

[1]Represents Fees since the Commencement Date