# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (SHL) |
| Debtors. ) | |
| _____ ) | (Jointly Administered) |

## FOURTEENTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES FOR THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019) |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2022 through August 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $33,500.00 |
| Less 20% Holdback: | $6,700.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Total Fees and Expenses Due: | $26,800.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: September 14, 2022

*/s/Amelia M. Caporale*
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A
# SUMMARY BY PROFESSIONAL

*2021 Employee Benefit Plans*

| Last Name | First Name | Rank | Time |
|---|---|---|---|
| Collette | Peter | Managing Director | 0.8 |
| Christodoulakis | Sophia | Senior Manager | 9.8 |
| Desio | Amelia | Senior | 4.5 |
| Furtado | Justin V | Manager | 1.0 |
| Kane | Collin John | Manager | 4.6 |
| Klahr | Sara | Senior | 5.2 |
| Martin | Christina | Senior | 31.1 |
| Zee | Ena | Executive Director | 1.2 |
| | | **Total** | **58.2** |

# EXHIBIT B
# SUMMARY BY CATEGORY

*2021 Employee Benefit Plans*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Employee Benefit Plan Audit | This category includes activities associated with employee benefit plan (Pension and 401(k)) audits | 58.2 |
| | **Total** | **58.2** |

# EXHIBIT C
# SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*2021 Employee Benefit Plans*

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Senior Manager | 01 Aug 2022 | Employee Benefit Plan Audit | 2.0 | Preliminary review and discussion with J. Furtado (departed meeting early, 1 of 2 hours) and C. Martin regarding the corporate procedures competed. |
| Furtado,Justin V | Manager | 01 Aug 2022 | Employee Benefit Plan Audit | 1.0 | Discussion of core audit procedures for benefit plan audit with C. Martin, S. Christodoloukais; departed meeting early (1 of 2 hours) |
| Martin,Christina Marie | Senior | 01 Aug 2022 | Employee Benefit Plan Audit | 2.0 | Meeting with Sophia Christodoulakis and Justin Furtado (departed meeting early, 1 of 2 hours) to discuss corporate testing of control environment, Census review with Sophia Christodoulakis, audit planning. |
| Christodoulakis,Sophia Alexis | Senior Manager | 02 Aug 2022 | Employee Benefit Plan Audit | 1.0 | Download of hours and creation of invoice and supporting backup. |
| Christodoulakis,Sophia Alexis | Senior Manager | 04 Aug 2022 | Employee Benefit Plan Audit | 0.8 | Meeting with P. Collette and C. Martin to discuss the testing support needed based on corporate procedures and testing approach for defined benefit plan benefit payment testing. |
| Collette,Peter | Executive Director | 04 Aug 2022 | Employee Benefit Plan Audit | 0.8 | Meeting with C. Martin and S. Christodoulakis to discuss the testing support needed based on corporate procedures and testing approach for defined benefit plan benefit payment testing. |
| Martin,Christina Marie | Senior | 04 Aug 2022 | Employee Benefit Plan Audit | 0.8 | Meeting with P. Collette and S. Christodoulakis to discuss the testing support needed based on corporate procedures and testing approach for defined benefit plan benefit payment testing. |
| Martin,Christina Marie | Senior | 08 Aug 2022 | Employee Benefit Plan Audit | 2.0 | Review of pension testing support received and updating outstanding client request list |
| Martin,Christina Marie | Senior | 09 Aug 2022 | Employee Benefit Plan Audit | 1.0 | Review census file for selections and create request listing |
| Martin,Christina Marie | Senior | 15 Aug 2022 | Employee Benefit Plan Audit | 1.0 | Review of actuarial testing support and updating of client request lists |

4

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Martin,Christina Marie | Senior | 16 Aug 2022 | Employee Benefit Plan Audit | 5.0 | Review of pension census and testing procedures |
| Klahr,Sara | Senior | 23 Aug 2022 | Employee Benefit Plan Audit | 2.0 | Drafting of actuarial analyses and testing procedures |
| Martin,Christina Marie | Senior | 24 Aug 2022 | Employee Benefit Plan Audit | 0.8 | Review of updated 401k financial statements |
| Kane,Collin John | Manager | 25 Aug 2022 | Employee Benefit Plan Audit | 2.3 | Actuarial assumptions review for benefit obligation testing |
| Kane,Collin John | Manager | 26 Aug 2022 | Employee Benefit Plan Audit | 0.5 | Actuarial assumptions review for benefit obligation testing cont. |
| Klahr,Sara | Senior | 26 Aug 2022 | Employee Benefit Plan Audit | 1.5 | Actuarial assumptions review for benefit obligation testing cont. |
| Zee,Ena | Executive Director | 26 Aug 2022 | Employee Benefit Plan Audit | 1.2 | Actuarial assumptions review for benefit obligation testing cont. |
| Christodoulakis,Sophia Alexis | Senior Manager | 29 Aug 2022 | Employee Benefit Plan Audit | 1.0 | Status update and email with engagement team. |
| Kane,Collin John | Manager | 29 Aug 2022 | Employee Benefit Plan Audit | 0.5 | Actuarial assumptions review for benefit obligation testing cont. |
| Klahr,Sara | Senior | 29 Aug 2022 | Employee Benefit Plan Audit | 0.9 | Actuarial assumptions review for benefit obligation testing cont. |
| Christodoulakis,Sophia Alexis | Senior Manager | 30 Aug 2022 | Employee Benefit Plan Audit | 1.0 | Invoicing and engagement economics. |
| Desio,Amelia | Senior | 30 Aug 2022 | Employee Benefit Plan Audit | 4.5 | Financial statement tie out |
| Kane,Collin John | Manager | 30 Aug 2022 | Employee Benefit Plan Audit | 1.3 | Review of actuarial testing memo |
| Klahr,Sara | Senior | 30 Aug 2022 | Employee Benefit Plan Audit | 0.8 | Drafting of actuarial review memo |
| Martin,Christina Marie | Senior | 30 Aug 2022 | Employee Benefit Plan Audit | 12.0 | Completion of internal reporting forms and engagement wide procedures |
| Christodoulakis,Sophia Alexis | Senior Manager | 31 Aug 2022 | Employee Benefit Plan Audit | 4.0 | Discussion with C. Martin regarding open questions on planning documents |
| Martin,Christina Marie | Senior | 31 Aug 2022 | Employee Benefit Plan Audit | 4.0 | Discussion with S. Christodoulakis regarding open questions on planning documents |
| Martin,Christina Marie | Senior | 31 Aug 2022 | Employee Benefit Plan Audit | 2.5 | Detailed review of pension plan testing procedures |
| | | | **Total** | **58.2** | |

**Total Fixed Fees Sought for 2021 Employee Benefit Plan Audit Services During the Fee Period: $33,500.00**