KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
David E. Blabey Jr.
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **PURDUE PHARMA L.P,** *et al.*, | : | **Case No. 19-23649 (RDD)** |
| | : | |
| **Debtors.**[1] | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-THIRD MONTHLY FEE STATEMENT**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP,**
**CO-COUNSEL TO THE AD HOC COMMITTEE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant | Kramer Levin Naftalis & Frankel LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | June 1, 2022 through and including June 30, 2022[2] |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $208,743.50 |
| **Current Fee Request** | $166,994.80 (80% of $208,743.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $249,634.78 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $416,629.58 |
| **Total Fees and Expenses Inclusive of Holdback** | $458,378.28 |
| **This is a(n):**    _X_ monthly       ___interim application       ___final application | |

---

[2] Includes fees incurred by the firm formerly known as Robbins Russell (which has since been acquired by Kramer Levin) for earlier periods dating back to December 2021, as discussed further below.

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|
| **Date Filed/ Docket No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees and Expenses** |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| 9/9/2021 3746 | 6/1/2021- 6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
|---|---|---|---|---|---|---|
| 9/15/2021 3768 | 7/1/2021- 7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021- 8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021- 9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021- 10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021- 11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021- 12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022- 1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022- 2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022- 3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022- 4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022- 5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $85,743.90 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Third Monthly Fee Statement (the "**Statement**") for the period of June 1, 2022 through and including June 30, 2022 (the "**Monthly Fee Period**").

## Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,400.64.[3]  The blended hourly billing rate of all paraprofessionals is $480.00.[4]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Exhibit C includes $245,053.81 of fees in connection with appellate consulting services.  In December 2021, the Ad Hoc Committee retained appellate specialists, Robbins, Russell, Englert, Orseck & Untereiner LLP ("Robbins Russell"), to assist the Ad Hoc Committee in all aspects of the appeal before the Second Circuit.  Among other things, Robbins Russell assisted the Ad Hoc Committee in evaluating the District Court's order vacating the Bankruptcy Court's confirmation order and in drafting its appellant opening brief and reply brief in the Second Court.  On April 1, 2022, Kramer Levin acquired Robbins Russell.  Robbins Russell's fees in this Thirty-Third Monthly Fee Statement reflect fees incurred prior to the merger.

---

[3] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $208,359.50 by the total hours of 148.76.

[4] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $384.00 by the total hours of 0.80.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

### Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $166,994.80, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $249,634.78.

Dated: New York, New York
      September 15, 2022

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*
                                                              

Kenneth H. Eckstein
Rachael Ringer
David E. Blabey Jr.
Caroline F. Gange
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
             rringer@kramerlevin.com
             dblabey@kramerlevin.com
             cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**EXHIBIT A**

**SUMMARY OF FEES BY PROJECT CATEGORY**

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00003 | Business Operations | 20.80 | $30,208.00 |
| 00004 | Case Administration | 0.20 | $96.00 |
| 00006 | Employment and Fee Applications | 1.30 | $1,147.00 |
| 00007 | Emergency Financing | 1.10 | $1,853.50 |
| 00008 | Litigation | 55.80 | $70,911.50 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 13.30 | $18,849.00 |
| 00011 | Plan and Disclosure Statement | 57.30 | $85,678.50 |
| **TOTAL** | | **149.80** | **$208,743.50** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 35.10 | $42,646.50 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 37.50 | $63,187.50 |
| Roy T. Englert, Jr. | Partner | 1981 | Litigation | 1540 | 4.60 | $7,084.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1580 | 24.70 | $39,026.00 |
| Todd E. Lenson | Partner | 1997 | Corporate | 1650 | 1.60 | $2,640.00 |
| Abraham Reshtick | Partner | 2003 | Tax | 1400 | 1.60 | $2,240.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1315 | 6.60 | $8,679.00 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 8.360 | $12,040.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1195 | 5.20 | $6,214.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1110 | 17.30 | $19,203.00 |
| Mariya Khvatskaya | Associate | 2016 | Tax | 1140 | 1.50 | $1,710.00 |
| Declan Kelly | Associate | 2021 | Creditors' Rights | 785 | 4.70 | $3,689.50 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 0.60 | $288.00 |
| James McNamara | Paralegal | N/A | Creditors' Rights | 480 | 0.20 | $96.00 |
| TOTAL | | | | | 149.56 | $208,743.50 |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $91.89 |
| Data Hosting Charges | 2,100.69 |
| Pacer Online Research | 134.30 |
| Postage | 21.50 |
| Professional Consulting Fees (detail provided below) | 245,053.81 |
| Telecommunication Charges | 33.46 |
| Transcript Fees | 92.40 |
| Westlaw Online Research | 2,106.73 |
| **TOTAL EXPENSES** | **$249,634.78** |

### Robbins Russell Pre-Merger Fees

| Timekeeper | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Lauren C. Andrews | 595 | 24.50 | $14,577.50 |
| | 645 | 44.70 | $28,831.50 |
| Roy T. Englert, Jr. | 1,155 | 19.10 | $22,060.50 |
| | 1,215 | 97.20 | $118,098.00 |
| Zachary N. Ferguson | 615 | 49.90 | $30,688.50 |
| | 780 | 0.20 | $156.00 |
| Joanna Lee | 290 | 1.20 | $348.00 |
| Kate R. Miller | 305 | 0.50 | 152.50 |
| Lawrence S. Robbins | 1,295 | 5.50 | $7,122.50 |
| | 1,360 | 14.30 | $19,448.00 |
| **Total** | | **257.10** | **$241,483.00** |

**Robbins Russell Pre-Merger Expenses**

| DESCRIPTION | AMOUNT |
|---|---:|
| In-House Copying Charges | $38.55 |
| Postage | 2.65 |
| Long Distance Telephone | 13.16 |
| Computer Research Charges | 3,516.45 |
| **TOTAL EXPENSES** | **$3,570.81** |

**EXHIBIT D**

# Kramer Levin



August 15, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 860215
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through June 30, 2022.**

| | |
|---|---:|
| Fees | $208,743.50 |
| Disbursements and Other Charges | 249,634.78 |
| **TOTAL BALANCE DUE** | **$458,378.28** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



August 15, 2022
Invoice #: 860215
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through June 30, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|--------|-------------|------|-------|-------|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $249,634.78 | **$249,634.78** |
| 072952-00003 | Business Operations | 30,208.00 | 0.00 | **30,208.00** |
| 072952-00004 | Case Administration | 96.00 | 0.00 | **96.00** |
| 072952-00006 | Employment and Fee Applications | 1,147.00 | 0.00 | **1,147.00** |
| 072952-00007 | Emergency Financing | 1,853.50 | 0.00 | **1,853.50** |
| 072952-00008 | Litigation | 70,911.50 | 0.00 | **70,911.50** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 18,849.00 | 0.00 | **18,849.00** |
| 072952-00011 | Plan and Disclosure Statement | 85,678.50 | 0.00 | **85,678.50** |
| **Subtotal** | | **208,743.50** | **249,634.78** | **458,378.28** |
| **TOTAL CURRENT INVOICE** | | | | **$458,378.28** |



August 15, 2022
Invoice #: 860215
072952-00001
Page 3

**Asset Analysis and Recovery**

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $91.89 |
| Data Hosting Charges | 2,100.69 |
| Pacer Online Research | 134.30 |
| Postage | 21.50 |
| Professional and Consulting Fee | 245,053.81 |
| Telecommunication Charges | 33.46 |
| Transcript Fees | 92.40 |
| Westlaw Online Research | 2,106.73 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$249,634.78** |



August 15, 2022
Invoice #: 860215
072952-00003
Page 4

**Business Operations**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 2.30 | $2,794.50 |
| Eckstein, Kenneth H. | Partner | 10.90 | 18,366.50 |
| Fisher, David J. | Partner | 0.50 | 790.00 |
| Ringer, Rachael L. | Partner | 1.50 | 1,972.50 |
| Rosenbaum, Jordan M. | Partner | 1.20 | 1,680.00 |
| Taub, Jeffrey | Spec Counsel | 1.30 | 1,553.50 |
| Gange, Caroline | Associate | 1.90 | 2,109.00 |
| Kelly, Declan | Associate | 1.20 | 942.00 |
| **TOTAL FEES** | | **20.80** | **$30,208.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/2/2022 | Eckstein, Kenneth H. | Call w/ Debtors re KEIP (0.2) and discussions with FTI re same (0.5). | 0.70 | $1,179.50 |
| 6/7/2022 | Blabey, David E. | Discuss KEIP motion with K. Eckstein (0.2) and review related pleadings (0.9). | 1.10 | 1,336.50 |
| 6/7/2022 | Eckstein, Kenneth H. | Call with M. Diaz re KEIP (0.4); review KEIP materials (0.3) and call with D. Blabey re same (0.2). | 0.90 | 1,516.50 |
| 6/8/2022 | Eckstein, Kenneth H. | Correspond w/ FTI re KEIP and review FTI materials re same (1.2). | 1.20 | 2,022.00 |



August 15, 2022
Invoice #: 860215
072952-00003
Page 5

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/9/2022 | Eckstein, Kenneth H. | Call with FTI re KEIP (0.3); call with M. Huebner re same (0.4). | 0.70 | 1,179.50 |
| 6/12/2022 | Eckstein, Kenneth H. | Call with M. Huebner re KEIP negotiations (0.7); review pleadings re same (0.5). | 1.20 | 2,022.00 |
| 6/13/2022 | Eckstein, Kenneth H. | Call with M. Huebner re KEIP (0.2); review materials re KEIP (0.6). | 0.80 | 1,348.00 |
| 6/14/2022 | Eckstein, Kenneth H. | Call with M. Huebner re KEIP (0.8). | 0.80 | 1,348.00 |
| 6/15/2022 | Eckstein, Kenneth H. | Prep for (1.3) and attend omnibus hearing re KEIP and other agenda items (1.2). | 2.50 | 4,212.50 |
| 6/15/2022 | Blabey, David E. | Attend omnibus hearing re KEIP (1.2). | 1.20 | 1,458.00 |
| 6/15/2022 | Gange, Caroline | Attend portions of hearing re KEIP. | 0.60 | 666.00 |
| 6/15/2022 | Kelly, Declan | Attend KEIP hearing (1.2). | 1.20 | 942.00 |
| 6/16/2022 | Eckstein, Kenneth H. | Call with M. Diaz re company meeting (0.4). | 0.40 | 674.00 |
| 6/21/2022 | Rosenbaum, Jordan M. | Call with Debtors, FTI and DPW re business plan. | 1.20 | 1,680.00 |
| 6/21/2022 | Ringer, Rachael L. | Call with Company re: business ops update (1.3), correspondence with KL team re: same (0.2). | 1.50 | 1,972.50 |
| 6/21/2022 | Eckstein, Kenneth H. | Call with M. Diaz re status call (0.4); call with company re status update (1.3). | 1.70 | 2,864.50 |
| 6/21/2022 | Fisher, David J. | Attend portion of call with Company re business update (0.5). | 0.50 | 790.00 |



August 15, 2022
Invoice #: 860215
072952-00003
Page 6

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/21/2022 | Taub, Jeffrey | Attend company/management business update presentation. | 1.30 | 1,553.50 |
| 6/21/2022 | Gange, Caroline | Attend call w/ Company re business update. | 1.30 | 1,443.00 |
| **TOTAL** | | | **20.80** | **$30,208.00** |



August 15, 2022
Invoice #: 860215
072952-00004
Page 7

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 0.20 | $96.00 |
| **TOTAL FEES** | | **0.20** | **$96.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/14/2022 | McNamara, James | Register KL team for hearing and email C. Gange re same (0.2). | 0.20 | $96.00 |
| **TOTAL** | | | **0.20** | **$96.00** |



August 15, 2022
Invoice #: 860215
072952-00006
Page 8

**Employment and Fee Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.40 | $526.00 |
| Gange, Caroline | Associate | 0.30 | 333.00 |
| Kane, Wendy | Paralegal | 0.60 | 288.00 |
| **TOTAL FEES** | | **1.30** | **$1,147.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/9/2022 | Ringer, Rachael L. | Attend fee examiner call re: Houlihan (0.4). | 0.40 | $526.00 |
| 6/14/2022 | Gange, Caroline | Review 8th Interim Fee Order and emails w/ AHC professionals re same. | 0.30 | 333.00 |
| 6/27/2022 | Kane, Wendy | Review May fee statement for compliance with UST guidelines and local rules (0.6). | 0.60 | 288.00 |
| **TOTAL** | | | **1.30** | **$1,147.00** |



August 15, 2022
Invoice #: 860215
072952-00007
Page 9

**Emergency Financing**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 1.10 | $1,853.50 |
| **TOTAL FEES** | | **1.10** | **$1,853.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/9/2022 | Eckstein, Kenneth H. | Call with Houlihan re HL fee review and projections (0.7); call with S. Burian re same (0.4). | 1.10 | $1,853.50 |
| **TOTAL** | | | **1.10** | **$1,853.50** |



August 15, 2022
Invoice #: 860215
072952-00008
Page 10

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 26.80 | $32,562.00 |
| Eckstein, Kenneth H. | Partner | 9.90 | 16,681.50 |
| Englert, Jr., Roy T. | Partner | 3.00 | 4,620.00 |
| Ringer, Rachael L. | Partner | 0.90 | 1,183.50 |
| Gange, Caroline | Associate | 12.10 | 13,431.00 |
| Kelly, Declan | Associate | 3.10 | 2,433.50 |
| **TOTAL FEES** | | **55.80** | **$70,911.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/2/2022 | Eckstein, Kenneth H. | Calls w/ Debtors re appeal issues and next steps (0.5). | 0.50 | $842.50 |
| 6/9/2022 | Blabey, David E. | Emails w/ K. Eckstein re Second Circuit next steps memo. | 0.30 | 364.50 |
| 6/9/2022 | Gange, Caroline | Legal research re appellate issues and next steps with Second Circuit ruling. | 2.50 | 2,775.00 |
| 6/15/2022 | Gange, Caroline | Research re next steps on Second Circuit appeal for client memo (2.6); emails w/ D. Blabey re same (0.3); review related issues re same (3.3). | 6.20 | 6,882.00 |



August 15, 2022
Invoice #: 860215
072952-00008
Page 11

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/16/2022 | Eckstein, Kenneth H. | Correspond w/ KL team re appeal and litigation strategy issues (0.8). | 0.80 | 1,348.00 |
| 6/16/2022 | Blabey, David E. | Emails with D. Kelly, C. Gange and K. Eckstein re next steps memo (1.5); call with K. Eckstein re same (0.3); draft next steps memo (2.5). | 4.30 | 5,224.50 |
| 6/16/2022 | Gange, Caroline | Follow-up research re Second Circuit issues. | 1.30 | 1,443.00 |
| 6/16/2022 | Kelly, Declan | Research re: en banc appeals (2.8), emails to D. Blabey re: same (0.3). | 3.10 | 2,433.50 |
| 6/17/2022 | Gange, Caroline | Emails w/ DPW re Ascent lawsuit. | 0.20 | 222.00 |
| 6/20/2022 | Blabey, David E. | Work on outline of Second Circuit next steps memo. | 2.50 | 3,037.50 |
| 6/21/2022 | Eckstein, Kenneth H. | Edit client memo re Second Circuit (0.7). | 0.70 | 1,179.50 |
| 6/21/2022 | Blabey, David E. | Draft memo on next steps post-Second Circuit ruling (5.2). | 5.20 | 6,318.00 |
| 6/21/2022 | Ringer, Rachael L. | Call with DPW and KL team re: redacted complaint (0.6), follow-up emails with KL team re: same (0.1), review summary re: same (0.2). | 0.90 | 1,183.50 |
| 6/21/2022 | Blabey, David E. | Call with DPW re Ascent complaint (0.5). | 0.50 | 607.50 |
| 6/21/2022 | Gange, Caroline | Attend call w/ DPW re Ascent Pharmaceuticals lawsuit (0.6); draft update email re same (0.8). | 1.40 | 1,554.00 |



August 15, 2022
Invoice #: 860215
072952-00008
Page 12

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/22/2022 | Eckstein, Kenneth H. | Review and revise memo re Second Circuit issues (1.3), emails w/ D. Blabey re same (0.2). | 1.50 | 2,527.50 |
| 6/23/2022 | Blabey, David E. | Edit Second Circuit next steps memo (2.7); review timelines in comparable cases (0.4). | 3.10 | 3,766.50 |
| 6/27/2022 | Blabey, David E. | Edit memo on post-Second Circuit next steps. | 2.20 | 2,673.00 |
| 6/27/2022 | Englert, Jr., Roy T. | Correspond with D. Blabey re client memo (0.2); related research (0.8). | 1.00 | 1,540.00 |
| 6/28/2022 | Englert, Jr., Roy T. | Edit "next steps" memo. | 2.00 | 3,080.00 |
| 6/28/2022 | Blabey, David E. | Review R. Englert edits to next steps memo (0.1); edits to next steps memo (2.8). | 2.90 | 3,523.50 |
| 6/28/2022 | Eckstein, Kenneth H. | Revise and comment on next steps memo (1.4). | 1.40 | 2,359.00 |
| 6/29/2022 | Blabey, David E. | Edit post-Second Circuit next steps memo. | 1.60 | 1,944.00 |
| 6/29/2022 | Eckstein, Kenneth H. | Review and revise next steps memo (1.3); call with S. Gilbert re same (0.8); review correspondence re same (0.5). | 2.60 | 4,381.00 |
| 6/29/2022 | Gange, Caroline | Emails w/ DPW re Ascent Pharmaceuticals litigation. | 0.50 | 555.00 |
| 6/30/2022 | Blabey, David E. | Revise next steps memo to reflect comments (3.8); call w/ K. Eckstein re same (0.4). | 4.20 | 5,103.00 |



August 15, 2022
Invoice #: 860215
072952-00008
Page 13

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/30/2022 | Eckstein, Kenneth H. | Review and revise appellate options and next steps memo (1.1); review and revise timeline charts (0.3), call w/ D. Blabey re same (0.4); call with S. Gilbert re same (0.4); correspondence w/ R. Ringer re same (0.2). | 2.40 | 4,044.00 |
| **TOTAL** | | | **55.80** | **$70,911.50** |



August 15, 2022
Invoice #: 860215
072952-00009
Page 14

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 1.50 | $1,822.50 |
| Eckstein, Kenneth H. | Partner | 6.10 | 10,278.50 |
| Fisher, David J. | Partner | 0.30 | 474.00 |
| Ringer, Rachael L. | Partner | 2.00 | 2,630.00 |
| Gange, Caroline | Associate | 3.00 | 3,330.00 |
| Kelly, Declan | Associate | 0.40 | 314.00 |
| **TOTAL FEES** | | **13.30** | **$18,849.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/1/2022 | Gange, Caroline | Draft email to AHC re updates/status. | 0.20 | $222.00 |
| 6/7/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.5). | 0.50 | 842.50 |
| 6/7/2022 | Gange, Caroline | Review KEIP update for circulation to AHC. | 0.40 | 444.00 |
| 6/8/2022 | Eckstein, Kenneth H. | Attend AHC call (0.3); calls with R. Ringer re same (0.5). | 0.80 | 1,348.00 |
| 6/8/2022 | Ringer, Rachael L. | Attend AHC call (0.3), discussions with K. Eckstein re: same (0.5), follow-up re: same (0.2). | 1.00 | 1,315.00 |
| 6/8/2022 | Blabey, David E. | Attend weekly Ad Hoc Committee call. | 0.30 | 364.50 |



August 15, 2022
Invoice #: 860215
072952-00009
Page 15

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/8/2022 | Gange, Caroline | Review KEIP materials for AHC call (0.4) and attend call (0.3). | 0.70 | 777.00 |
| 6/9/2022 | Eckstein, Kenneth H. | Attend Working Group meeting (0.6). | 0.60 | 1,011.00 |
| 6/13/2022 | Gange, Caroline | Summarize C. Landau KEIP letter and circulate to AHC. | 0.80 | 888.00 |
| 6/14/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,685.00 |
| 6/14/2022 | Gange, Caroline | Review settlement re KEIP and circulate email to AHC. | 0.40 | 444.00 |
| 6/15/2022 | Eckstein, Kenneth H. | Review correspondence to AHC (0.6). | 0.60 | 1,011.00 |
| 6/15/2022 | Kelly, Declan | Summarize KEIP hearing for update (0.4). | 0.40 | 314.00 |
| 6/16/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.5). | 0.50 | 842.50 |
| 6/21/2022 | Ringer, Rachael L. | Attend working group call re: case updates (0.5). | 0.50 | 657.50 |
| 6/21/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.7). | 0.70 | 1,179.50 |
| 6/21/2022 | Blabey, David E. | Attend Working group call (0.2). | 0.20 | 243.00 |
| 6/22/2022 | Gange, Caroline | Emails w/ certain AHC members re plan; email to AHC re Ascent Pharmaceuticals. | 0.50 | 555.00 |
| 6/28/2022 | Ringer, Rachael L. | Prep for (0.1) and attend working group call re case updates/next steps (0.4). | 0.50 | 657.50 |
| 6/28/2022 | Fisher, David J. | Attend working group call (0.3). | 0.30 | 474.00 |
| 6/28/2022 | Blabey, David E. | Attend working group call (0.4). | 0.40 | 486.00 |



August 15, 2022
Invoice #: 860215
072952-00009
Page 16

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/28/2022 | Eckstein, Kenneth H. | Prep for (0.2) and attend Working Group call (0.4). | 0.60 | 1,011.00 |
| 6/30/2022 | Blabey, David E. | Attend portion of working group call on post-Second Circuit ruling next steps (0.6). | 0.60 | 729.00 |
| 6/30/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,348.00 |
| **TOTAL** | | | **13.30** | **$18,849.00** |



August 15, 2022
Invoice #: 860215
072952-00011
Page 17

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 4.50 | $5,467.50 |
| Eckstein, Kenneth H. | Partner | 9.50 | 16,007.50 |
| Englert, Jr., Roy T. | Partner | 1.60 | 2,464.00 |
| Fisher, David J. | Partner | 23.90 | 37,762.00 |
| Lenson, Todd E. | Partner | 1.60 | 2,640.00 |
| Reshtick, Abraham | Partner | 1.60 | 2,240.00 |
| Ringer, Rachael L. | Partner | 1.80 | 2,367.00 |
| Rosenbaum, Jordan M. | Partner | 7.40 | 10,360.00 |
| Taub, Jeffrey | Spec Counsel | 3.90 | 4,660.50 |
| Khvatskaya, Mariya | Associate | 1.50 | 1,710.00 |
| **TOTAL FEES** | | **57.30** | **$85,678.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/2/2022 | Fisher, David J. | Review emails from Davis Polk regarding Settlement Agreement and ancillary document issues and status. | 0.30 | $474.00 |
| 6/7/2022 | Eckstein, Kenneth H. | Call with M. Huebner re settlement and plan issues (0.2); call with D. Klein re same (0.3); call with A. Pries re same (0.4). | 0.90 | 1,516.50 |



August 15, 2022
Invoice #: 860215
072952-00011
Page 18

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/8/2022 | Reshtick, Abraham | Review revisions to NOAT TMA. | 0.50 | 700.00 |
| 6/9/2022 | Ringer, Rachael L. | Call with K. Eckstein re: next steps re: plan workstreams (0.4). | 0.40 | 526.00 |
| 6/9/2022 | Eckstein, Kenneth H. | Call with Houlihan re HL fee review and projections (0.7); call with S. Burian re same (0.4); call with R. Ringer re next steps re: plan workstreams (0.4); emails w/ D. Blabey re same (0.2); memo to lit and corporate team re same (0.3). call with FTI re KEIP (0.3); call with M. Huebner re discussions with NCSG on same (0.4). | 2.70 | 4,549.50 |
| 6/9/2022 | Taub, Jeffrey | E-mail and call w/ J. Rosenbaum re emergence deliverables. | 0.30 | 358.50 |
| 6/10/2022 | Rosenbaum, Jordan M. | Review of plan documents. | 0.20 | 280.00 |
| 6/13/2022 | Rosenbaum, Jordan M. | Review of plan documents. | 0.50 | 700.00 |
| 6/13/2022 | Fisher, David J. | Review Settlement Agreement mark ups and prepare for workstreams conference call with Davis Polk, Debevoise, Milbank, KLNF, Brown Rudnick and Akin Gump. | 1.30 | 2,054.00 |
| 6/13/2022 | Eckstein, Kenneth H. | Review materials re corporate workstreams in prep for call with Debtors, Sacklers, UCC (0.7). | 0.70 | 1,179.50 |
| 6/13/2022 | Lenson, Todd E. | Review of plan documents. | 0.50 | 825.00 |
| 6/14/2022 | Rosenbaum, Jordan M. | Review of plan documents (0.2); call with Akin, BR, DPW re same (0.5). | 0.70 | 980.00 |



August 15, 2022
Invoice #: 860215
072952-00011
Page 19

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/14/2022 | Eckstein, Kenneth H. | Call with Akin, BR, DPW re corporate transactions (0.5); follow up review of plan documents re same (0.8). | 1.30 | 2,190.50 |
| 6/14/2022 | Fisher, David J. | Attend all hands workstreams call (0.5); review updated checklists (0.5); communications with K. Eckstein and J. Rosenbaum regarding status (0.2); review and comment on agenda for meeting with K. Eckstein (0.6); review Settlement Agreement documents and comments from Akin Gump and Brown Rudnick (0.5). | 2.30 | 3,634.00 |
| 6/14/2022 | Taub, Jeffrey | Review governing documents and checklists (0.6), draft and circulate agenda for internal KL call based on same (0.4); attend all hands settlement agreement call (0.5); further revisions to KL call meeting agenda (0.2). | 1.70 | 2,031.50 |
| 6/15/2022 | Rosenbaum, Jordan M. | Review of plan documents and status. | 2.40 | 3,360.00 |
| 6/15/2022 | Fisher, David J. | Review mark ups of Settlement Agreement and CTA; email exchanges with Brown Rudnick and Akin Gump regarding discussion of comments and preparation of mark up back to Davis Polk (2.4); conference with KL team regarding transaction, next steps for closing and discussion of status and workstreams (1.3). | 3.70 | 5,846.00 |



August 15, 2022
Invoice #: 860215
072952-00011
Page 20

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/15/2022 | Eckstein, Kenneth H. | Call with KL corporate re Sackler, Knoa next steps and status (1.3); call with M Diaz re same (0.6). | 1.90 | 3,201.50 |
| 6/15/2022 | Ringer, Rachael L. | Call with KL team re: plan issues and next steps (1.2), follow-up with KL team re: same (0.2). | 1.40 | 1,841.00 |
| 6/15/2022 | Englert, Jr., Roy T. | Review and comment on next steps memo (1.3); emails w/ D. Blabey re same (0.3). | 1.60 | 2,464.00 |
| 6/15/2022 | Blabey, David E. | Call with K. Eckstein, R. Ringer and corporate team re next steps (1.2); multiple emails with C. Gange, D. Kelly, R. Englert and K. Eckstein re next steps memo (0.3) and draft same (1.8). | 3.30 | 4,009.50 |
| 6/15/2022 | Taub, Jeffrey | Attend call w/ KL Bankruptcy and KL Corporate teams re emergence prep. | 1.20 | 1,434.00 |
| 6/16/2022 | Fisher, David J. | Review IAC Pledge Agreement mark up received from Milbank (0.3); review workstream list and tasks; communications with J. Taub (0.3); review SOAF, MDT CTA and MDT SA and comments (0.5). | 1.10 | 1,738.00 |
| 6/16/2022 | Khvatskaya, Mariya | Call with DPW tax re: TMA. | 0.30 | 342.00 |
| 6/17/2022 | Fisher, David J. | Communications with Brown Rudnick and Akin re comments/ markup  of IAC Pledge Agreement/ CTA comments/ markup  and status of same (1.3); review workstreams/ checklists (MDT and Collateral) (0.4). | 1.70 | 2,686.00 |



August 15, 2022
Invoice #: 860215
072952-00011
Page 21

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 6/17/2022 | Khvatskaya, Mariya | Discuss TMA and next steps with A. Reshtick. | 0.40 | 456.00 |
| 6/20/2022 | Fisher, David J. | Review markup of IAC Pledge Agreement from Milbank/ Deb and review of prior creditor comments and IAC restructuring steps (1.3); review CTA and prior drafts/ Creditor comments markup and communications with BR re same (0.7); review of MDT markup / prep for weekly call (0.3). | 2.30 | 3,634.00 |
| 6/21/2022 | Fisher, David J. | Review MDT SA, SOAF SA, Pledge and collateral documents (0.4). | 0.40 | 632.00 |
| 6/21/2022 | Lenson, Todd E. | Review issues re potential emergence. | 0.70 | 1,155.00 |
| 6/22/2022 | Rosenbaum, Jordan M. | Call with FTI and HL re plan (0.3); correspondence with K. Eckstein and R. Ringer re Knoa/settlement (0.4); review of documents re same (0.2). | 0.90 | 1,260.00 |
| 6/22/2022 | Fisher, David J. | Review IAC Pledge Agreement, CTA mark up; preparation for phone calls with Akin Gump and Brown Rudnick regarding same. | 1.20 | 1,896.00 |
| 6/22/2022 | Lenson, Todd E. | Call with KL corporate and bankruptcy teams re status. | 0.40 | 660.00 |
| 6/22/2022 | Blabey, David E. | Edits to next steps memo (0.8); call with KL corporate team re emergence (0.4). | 1.20 | 1,458.00 |
| 6/22/2022 | Eckstein, Kenneth H. | Call with corporate team re Knoa and Sackler settlement issues (0.4); follow up emails re same (0.4). | 0.80 | 1,348.00 |



August 15, 2022
Invoice #: 860215
072952-00011
Page 22

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/22/2022 | Taub, Jeffrey | Attend call w/ KL corporate and bankruptcy teams re Knoa and next steps (0.4), follow-up call w/ FTI and HL teams re emergence issues (0.3). | 0.70 | 836.50 |
| 6/23/2022 | Rosenbaum, Jordan M. | Call with Akin and BR re corporate documents. | 1.10 | 1,540.00 |
| 6/23/2022 | Fisher, David J. | Review mark ups to CTA and Pledge (0.4); discuss same with Brown Rudnick and Akin Gump (1.1); review Settlement Agreements in connection with comments (0.3). | 1.80 | 2,844.00 |
| 6/23/2022 | Eckstein, Kenneth H. | Review and revise memo re Second Circuit issues (0.8); calls w/ AHC professionals re same (0.4). | 1.20 | 2,022.00 |
| 6/23/2022 | Reshtick, Abraham | Participate in tax call concerning NOAT TMA and follow up tax related communications. | 0.70 | 980.00 |
| 6/23/2022 | Khvatskaya, Mariya | Call with DPW and BR tax re: TMA (0.4); discuss same with A. Reshtick (0.2); coordinate corporate comments on TMA (0.2). | 0.80 | 912.00 |
| 6/24/2022 | Rosenbaum, Jordan M. | Call with DPW re corporate issues. | 0.60 | 840.00 |
| 6/24/2022 | Fisher, David J. | Prepare for conference call with Brown Rudnick and Akin Gump; review comments and mark ups (0.8); conference call with Davis Polk, Brown Rudnick and Akin gump regarding comments; discussion of mark ups and comments (0.7). | 1.50 | 2,370.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS



August 15, 2022
Invoice #: 860215
072952-00011
Page 23

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/27/2022 | Fisher, David J. | Review revised mark up to MDT Settlement Agreement and comments (0.5); communications with Brown Rudnick and Akin Gump regarding same (0.3); review IAC Pledge comments in preparation for negotiations in connection with same (0.5); conference call with Davis Polk, Brown Rudnick and Akin Gump regarding comments on MDT Settlement Agreement (0.4); review draft distributed to Sacklers (0.4); review and discuss issues on CTA mark up with Davis Polk, Akin Gump and Brown Rudnick and follow up regarding same (0.7). | 2.80 | 4,424.00 |
| 6/28/2022 | Fisher, David J. | Prepare for phone call with Sackler regarding Pledge; review mark up and Creditor comments (0.8). | 0.80 | 1,264.00 |
| 6/29/2022 | Rosenbaum, Jordan M. | Call with DPW and Debovoise and Milbank. | 1.00 | 1,400.00 |
| 6/29/2022 | Fisher, David J. | Review IAC Pledge in preparation for all hands conference call (0.4); conference call and negotiations with Sacklers, Brown Rudnick, Akin Gump and debtor regarding comments on Pledge (1.3); post-call follow up with Akin Gump and Brown Rudnick (0.6). | 2.30 | 3,634.00 |
| 6/30/2022 | Reshtick, Abraham | Review revisions to NOAT TMA. | 0.40 | 560.00 |
| 6/30/2022 | Fisher, David J. | Communications with Akin Gump and Brown Rudnick regarding IAC Pledge. | 0.40 | 632.00 |



August 15, 2022
Invoice #: 860215
072952-00011
Page 24

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| TOTAL | | | 57.30 | $85,678.50 |

# Kramer Levin



August 15, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 860215
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through June 30, 2022.**

       Disbursements and Other Charges              249,634.78

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



August 15, 2022
Invoice #: 860215
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $91.89 |
| Data Hosting Charges | 2,100.69 |
| Pacer Online Research | 134.30 |
| Postage | 21.50 |
| Professional and Consulting Fee | 245,053.81 |
| Telecommunication Charges | 33.46 |
| Transcript Fees | 92.40 |
| Westlaw Online Research | 2,106.73 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$249,634.78** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Courier Services**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/17/2022 | Moran Jessica | Fedex charges by Moran, Jessica on 06/17/2022 (#274467184530) | $52.43 |
| 6/29/2022 | Barry Elaine | Fedex charges by Barry, Elaine on 06/29/2022 (#274940651312) | $39.46 |
| **Subtotal** | | | **$91.89** |



July 29, 2022
Invoice #: 860215
072952
Page 2

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 6/27/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**Pacer Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 6/1/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 6/2/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/3/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 6/4/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/5/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 6/6/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 6/7/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/8/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/9/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/10/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/11/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |



July 29, 2022
Invoice #: 860215
072952
Page 3

| 6/12/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
|---|---|---|---|
| 6/13/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/14/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/15/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/16/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/16/2022 | Feuer Michael | Pacer Online Research Feuer, Michael | 14.30 |
| 6/17/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/18/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/19/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/20/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/21/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 6/22/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 6/23/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/24/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/25/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/26/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |



July 29, 2022
Invoice #: 860215
072952
Page 4

| | | | |
|---|---|---|---|
| 6/27/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/28/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 6/29/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 6/30/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| **Subtotal** | | | **$134.30** |

**Postage**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/30/2022 | Eckstein Kenneth H. | First Class Mail | $21.50 |
| **Subtotal** | | | **$21.50** |

**Professional and Consulting Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/15/2022 | Gange Caroline | Appellate Consulting | $245,053.81 |
| **Subtotal** | | | **$245,053.81** |



July 29, 2022
Invoice #: 860215
072952
Page 5

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/12/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $3.10 |
| 6/16/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $2.36 |
| 6/21/2022 | Gange Caroline | Telecommunication Charges by Caroline Gange | $8.35 |
| 6/22/2022 | Taub Jeffrey | Telecommunication Charges by Jeffrey Taub | $9.22 |
| 6/23/2022 | Khvatskaya Mariya | Telecommunication Charges by Mariya Khvatskaya | $10.43 |
| **Subtotal** | | | **$33.46** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/15/2022 | Kane Wendy | Veritext New York Reporting Co., A Veritext Company | $92.40 |
| **Subtotal** | | | **$92.40** |

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/15/2022 | Blabey David E. | Westlaw Online Research | $1,170.41 |
| 6/16/2022 | Blabey David E. | Westlaw Online Research | $936.32 |
| **Subtotal** | | | **$2,106.73** |
| **TOTAL** | | | **$249,634.78** |