KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** [1] | **Case No. 19-23649 (SHL)** |
| **Debtors.** | **(Jointly Administered)** |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF KING &
SPALDING LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] <br> August 18, 2021 [Docket No. 3596] |
| **Period for Which Compensation and Reimbursement is Sought** | August 1, 2022 through August 31, 2022 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $145,012.30 (80% of $181,265.38) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $145,012.30 |
| **This is a(n):   X  Monthly Application   __  Interim Application   __  Final Application** | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July 7, 2021*, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

2

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from August 1, 2022 Through August 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $145,012.30, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $181,265.38) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $181,265.38 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $145,012.30.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]     The period from August 1, 2022 through and including August 31, 2022 is referred to herein as the "**Fee Period**."

[3]     K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $297.29.[4]  The

blended hourly billing rate of all paraprofessionals is $354.53.[5]

3.    Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.    Attached hereto as **<u>Exhibit D</u>** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

### <u>Notice</u>

5.    K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $145,012.30, which is

equal to 80% of the total amount of reasonable compensation for actual, necessary legal services

that K&S incurred in connection with such services during the Fee Period (*i.e.*, $181,265.38) and

(ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]    The blended hourly rate of $297.29 for attorneys is derived by dividing the total fees for attorneys of $169,601.38 by the total hours of 570.5.

[5]    The blended hourly rate of $354.53 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $11,664.00 by the total hours of 32.9.

Dated:    September 16, 2022
          New York, New York

                              **KING & SPALDING LLP**

                              */s/ Scott Davidson*

                              Scott Davidson
                              1185 Avenue of the Americas
                              New York, New York  10036-2601
                              Telephone: (212) 556-2100
                              Facsimile:  (212) 556-2222

                              *Special Counsel to the Debtors and Debtors in*
                              *Possession*

**Exhibit A**

**Fees by Project Category**[6]

---

[6]    The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 26.1 | $25,891.50 |
| Document/File Management | 12.3 | $6,642.00 |
| Document Production (Defense) | 553.9 | $146,379.10 |
| Retention and Fee Applications | 11.1 | $15,046.50 |
| **TOTALS** | **603.4** | **$193,959.10** |

**Exhibit B**

**Professional & Paraprofessional Fees**[7]

---

[7] The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Virginia 1995, Washington, D.C. 1996 | $1,295.00 | 19.1 | $24,734.50 |
| Mark Jensen | Partner; joined K&S 2000; admitted to Illinois 1998, Washington, D.C. 1999 | $1,390.00 | 2.2 | $3,058.00 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $540.00 | 18.6 | $10,044.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,365.00 | 9.6 | $13,104.50 |
| Taylor Lankford | Counsel; joined K&S 2011; admitted to Virginia 2010, Washington, D.C. 2011 | $1,160.00 | 3.0 | $3,480.00 |
| **Associate** | | | | |
| N/A | | | | |
| **Discovery Counsel** | | | | |
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $375.00 | 17.5 | $6,562.50 |
| **Privilege Review Attorneys** | | | | |
| Shannon Ziliak | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $250.00 | 174.1 | $43,525.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $250.00 | 107.2 | $26,800 |
| Susie Sacks | Privilege review attorney; joined K&S 2008; admitted to Georgia 2002 | $250.00 | 45.3 | $11,325.00 |
| Janine Burke | Privilege review attorney; joined K&S 2021; admitted to Georgia 2012 | $250.00 | 86.7 | $21,675.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert Casey | Privilege review attorney; joined K&S 2021; admitted to Georgia 2002 | $250.00 | 87.2 | $21,800.00 |
| **Paralegals** | | | | |
| Ernest Clements | Paralegal; joined K&S 1998 | $360.00 | 31.4 | $11,304.00 |
| Dan Handley | Paralegal; joined K&S 1993 | $240.00 | 1.5 | $360.00 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
|  |  |
| **TOTAL** | **$0.00** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10556304 |
| Invoice Date | 09/16/22 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 08/31/22:

| | | |
|---|---|---|
| Fees | $ | 22,792.00 |
| Less Courtesy Fee Discount (13.0%) | | -2,962.96 |
| **Total this Invoice** | **$** | **19,829.04** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                                    Invoice No. 10556304
158001     DOJ Opioid Marketing Investigations                                          Page 2
09/16/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/02/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald regarding DOJ issues | 0.2 |
| 08/04/22 | J Bucholtz | L120 | A107 | Confer with M. Florence regarding DOJ and bankruptcy issues | 0.2 |
| 08/05/22 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ and bankruptcy issues (0.7), review and edit materials regarding same (0.8) | 1.5 |
| 08/09/22 | J Bucholtz | L120 | A107 | Confer with M. Florence regarding DOJ issues | 0.4 |
| 08/10/22 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ issues | 0.3 |
| 08/11/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Florence, team regarding DOJ issues (0.6); review materials regarding same (1.2) | 1.8 |
| 08/12/22 | J Bucholtz | L120 | A107 | Confer with J. Adams, P. Fitzgerald, J. Bragg, M. Florence regarding DOJ issues (1.5); review materials regarding same (1.3) | 2.8 |
| 08/15/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, J. Bragg regarding DOJ issues (0.7); review materials regarding same (0.5) | 1.2 |
| 08/16/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ issues | 0.8 |
| 08/17/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues | 0.5 |
| 08/18/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ issues (0.3); review materials regarding same (0.9) | 1.2 |
| 08/19/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, J. Bragg, M. Florence, G. Garre regarding DOJ and bankruptcy issues (0.9); review materials regarding same (1.4) | 2.3 |
| 08/22/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ issues | 0.2 |
| 08/24/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman regarding DOJ issues | 0.4 |
| 08/25/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, M. Florence, Board, team regarding DOJ and | 1.4 |

| 08714 | Purdue Pharma LP | | | | Invoice No. 10556304 |
|---|---|---|---|---|---|
| 158001 | DOJ Opioid Marketing Investigations | | | | Page 3 |
| 09/16/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | bankruptcy issues | |
| 08/26/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ issues | 0.2 |
| 08/30/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, J. Bragg, M. Florence regarding DOJ issues | 1.1 |
| 08/31/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence regarding DOJ issues (0.3); review materials regarding bankruptcy and DOJ issues (0.8) | 1.1 |
| | | | | | 17.6 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Jeffrey Bucholtz | Partner | 17.6 | 1295.00 | 22,792.00 |
| Total | | 17.6 | | $22,792.00 |

08714    Purdue Pharma LP                                    Invoice No. 10556304
158001    DOJ Opioid Marketing Investigations                              Page 4
09/16/22

## Task Summary - Fees

| Task | | Hours | Value |
|------|-----|-------|-------|
| L120 | Analysis/Strategy | 17.6 | 19,829.04 |
|      | Total Fees | 17.6 | 19,829.04 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10556306 |
| Invoice Date | 09/16/22 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 08/31/22:

| | | |
|---|---|---|
| Fees | $ | 15,046.50 |
| Less Courtesy Fee Discount (13.0%) | | -1,956.04 |
| **Total this Invoice** | **$** | **13,090.46** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | Invoice No. 10556306 |
|---|---|---|
| 240001 | Retention And Fee Application | Page 2 |
| 09/16/22 | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 08/15/22 | J Bucholtz | L120 | A105 | Confer with P. Brumbaugh, P. Kapoor, S .Davidson regarding supplemental declaration | 0.4 |
| 08/15/22 | S Davidson | L110 | A104 | E-mails with J. Bucholtz regarding additional supplemental declaration (0.4); prepare sixth supplemental declaration (0.5); review draft and circulate to J. Bucholtz (0.3) | 1.2 |
| 08/19/22 | J Bucholtz | L120 | A105 | Confer with P. Brumbaugh, S. Davidson regarding supplemental declaration | 0.2 |
| 08/19/22 | S Davidson | L120 | A103 | E-mails with J. Bucholtz regarding additional disclosures (0.2); revise supplemental declaration to incorporate additional disclosure (0.3); e-mails with J. Bucholtz regarding same (0.3); review additional revisions to supplemental declaration (0.1) | 0.9 |
| 08/23/22 | J Bucholtz | L120 | A105 | Confer with P. Brumbaugh, S. Davidson regarding supplemental declaration | 0.6 |
| 08/23/22 | S Davidson | L120 | A103 | E-mails with J. Bucholtz and P. Brumbaugh regarding additional disclosures (0.5); begin to prepare July Monthly Fee Statement (1.2) | 1.7 |
| 08/25/22 | J Bucholtz | L120 | A105 | Confer with P. Brumbaugh, S. Davidson regarding supplemental declaration | 0.2 |
| 08/25/22 | S Davidson | L120 | A103 | E-mails with J. Bucholtz, P. Brumbaugh and Davis Polk regarding supplemental declaration (0.6); revision to supplemental declaration (0.1); continue to work on July Monthly Fee Statement (1.6) | 2.3 |
| 08/26/22 | S Davidson | L110 | A104 | E-mails with J. Bucholtz, P. Brumbaugh and Davis Polk regarding supplemental declaration (0.3); work on July Monthly Fee Statement (0.7); review, revise and finalize July Monthly Fee Statement (0.6); coordinate filing and service of July Monthly Fee Statement (0.6); e-mails regarding LEDES data and circulate same to Fee Examiner (0.2) | 2.4 |

08714        Purdue Pharma LP                                          Invoice No. 10556306
240001       Retention And Fee Application                                          Page 3
09/16/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/29/22 | J Bucholtz | L120 | A105 | Confer with P. Brumbaugh, S. Davidson regarding supplemental declaration | 0.1 |
| 08/29/22 | S Davidson | L110 | A104 | E-mails with J. Bucholtz, P. Brumbaugh regarding status of supplemental declaration (0.4); finalize supplemental declaration (0.2); coordinate filing and service of supplemental declaration (0.5) | 1.1 |
| | | | | | 11.1 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 1.5 | 1295.00 | 1,942.50 |
| Scott Davidson | Counsel | 9.6 | 1365.00 | 13,104.00 |
| Total | | 11.1 | | $15,046.50 |

| 08714 | Purdue Pharma LP | Invoice No. 10556306 |
|---|---|---|
| 240001 | Retention And Fee Application | Page 4 |
| 09/16/22 | | |

**Task Summary - Fees**

| Task | | Hours | Value |
|---|---|---:|---:|
| L110 | Fact Investigation/Development | 4.7 | 5,581.49 |
| L120 | Analysis/Strategy | 6.4 | 7,508.97 |
| | Total Fees | 11.1 | 13,090.46 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10556305 |
| Invoice Date | 09/16/22 |
| Client No. | 08714 |
| Matter No. | 240003 |

RE: Insurance Dispute Subpoenas
Client Matter Reference: 20220003245

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 08/31/22:

| | | |
|---|---|---|
| Fees | $ | 6,538.00 |
| Less Courtesy Fee Discount (13.0%) | | -849.94 |
| **Total this Invoice** | **$** | **5,688.06** |

*Payment is Due Upon Receipt*

08714    Purdue Pharma LP                                             Invoice No. 10556305
240003    Insurance Dispute Subpoenas                                              Page 2
09/16/22

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/03/22 | T Lankford | L320 | A104 | Analyze documents in connection with insurers's subpoenas | 1.0 |
| 08/04/22 | M Jensen | L120 | A104 | Review and respond to communications regarding documents and next steps | 0.3 |
| 08/04/22 | T Lankford | L320 | A104 | Analysis regarding documents in connection with insurers' subpoenas | 1.2 |
| 08/08/22 | M Jensen | L120 | A104 | Work on materials regarding subpoena | 0.4 |
| 08/08/22 | T Lankford | L320 | A104 | Analysis regarding documents in connection with insurers' subpoena | 0.8 |
| 08/11/22 | M Jensen | L120 | A104 | Review materials from T. Lankford and follow-up on subpoena matters | 0.6 |
| 08/12/22 | M Jensen | L120 | A104 | Review materials regarding subpoena response (0.5); emails to insurance counsel regarding same (0.2) | 0.7 |
| 08/19/22 | M Jensen | L120 | A104 | Follow-up on insurer inquiry | 0.2 |
| | | | | | 5.2 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Mark Jensen | Partner | 2.2 | 1390.00 | 3,058.00 |
| Taylor Lankford | Counsel | 3.0 | 1160.00 | 3,480.00 |
| Total | | 5.2 | | $6,538.00 |

| 08714 | Purdue Pharma LP | Invoice No. 10556305 |
|---|---|---|
| 240003 | Insurance Dispute Subpoenas | Page 3 |
| 09/16/22 | | |

## Task Summary - Fees

| Task | | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.2 | 2,660.46 |
| L320 | Document Production (Defense) | 3.0 | 3,027.60 |
| | Total Fees | 5.2 | 5,688.06 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10555299 |
| Invoice Date | 09/06/22 |
| Client No. | 44444 |
| Matter No. | 795002 |

RE: Bankruptcy Insurance Matter
Client Matter Reference: 20210003073

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 08/31/22:

| | | |
|---|---|---|
| Fees | $ | 42,079.00 |
| Less Tiered Discount | | -2,945.53 |
| **Total this Invoice** | **$** | **39,133.47** |

*Payment is Due Upon Receipt*

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10555299
795002     Bankruptcy Insurance Matter                                                          Page 2
09/06/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/01/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 08/02/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 08/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/03/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.1 |
| 08/03/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 08/04/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.6 |
| 08/05/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.5 |
| 08/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/08/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.3 |
| 08/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10555299 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 3 |
| 09/06/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 08/09/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.3 |
| 08/09/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.1 |
| 08/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/10/22 | E Clements | L320 | A110 | Prepare records for production | 1.6 |
| 08/10/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.5 |
| 08/10/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.3 |
| 08/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 08/11/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 08/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 08/12/22 | E Clements | L320 | A110 | Prepare records for production | 1.2 |
| 08/12/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 08/12/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 08/15/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10555299 |
|---|---|---|---|---|---|
| 795002 | Bankruptcy Insurance Matter | | | | Page 4 |
| 09/06/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 08/15/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/16/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/17/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 08/17/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/18/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 08/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 08/19/22 | E Clements | L320 | A110 | Prepare production records access | 0.6 |
| 08/19/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.1 |
| 08/22/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.1 |
| 08/23/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.9 |
| 08/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/24/22 | E Clements | L320 | A110 | Prepare production records for review | 5.3 |
| 08/24/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.6 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10555299
795002     Bankruptcy Insurance Matter                                                        Page 5
09/06/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/25/22 | E Clements | L320 | A110 | Prepare production records for review | 3.8 |
| 08/25/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.1 |
| 08/26/22 | E Clements | L320 | A110 | Prepare production records for review | 8.7 |
| 08/26/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.3 |
| 08/28/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 08/29/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 08/29/22 | E Clements | L320 | A110 | Prepare production records for review | 5.3 |
| 08/29/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.6 |
| 08/30/22 | E Clements | L320 | A110 | Prepare production records for review | 3.2 |
| 08/30/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/31/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/31/22 | E Clements | L320 | A110 | Prepare production records for review | 1.7 |
| 08/31/22 | K Lynch | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.8 |

152.4

44444    Purdue Pharma, LP (Document Matters)                                    Invoice No. 10555299
795002    Bankruptcy Insurance Matter                                                        Page 6
09/06/22

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Kassi Burns | Discovery Counsel | 4.2 | 375.00 | 1,575.00 |
| Shannon Ziliak | Privilege Review Attorney | 9.6 | 250.00 | 2,400.00 |
| Kathleen Lynch | Privilege Review Attorney | 107.2 | 250.00 | 26,800.00 |
| Ernest Clements | Litigation Technology Specialist | 31.4 | 360.00 | 11,304.00 |
| Total | | 152.4 | | 42,079.00 |

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10555299
795002      Bankruptcy Insurance Matter                                                              Page 7
09/06/22


**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L320 | Document Production (Defense) | 152.4 | 42,079.00 |
| | Total Fees | 152.4 | 42,079.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10555300 |
| Invoice Date | 09/06/22 |
| Client No. | 44444 |
| Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 08/31/22:

| | | |
|---|---|---|
| Fees | $ | 111,316.50 |
| Less Tiered Discount | | -7,792.15 |
| **Total this Invoice** | **$** | **103,524.35** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | | Invoice No. 10555300 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | | Page 2 |
| 09/06/22 | | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/01/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.6 |
| 08/01/22 | R Jones | L120 | A104 | Third party subpoena review | 1.3 |
| 08/02/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/02/22 | R Jones | L140 | A110 | Prepare documents for production | 0.8 |
| 08/02/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.4 |
| 08/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 08/03/22 | R Jones | L140 | A110 | Third party subpoena review | 1.2 |
| 08/03/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 08/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/04/22 | R Jones | L120 | A104 | Third party subpoena review | 0.7 |
| 08/04/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.3 |
| 08/05/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/05/22 | R Jones | L140 | A110 | Third party subpoena review | 0.8 |
| 08/05/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 08/06/22 | S Ziliak | L320 | A104 | Coordinate document review and | 2.2 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10555300 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 3 |
| 09/06/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 08/07/22 | R Jones | L120 | A104 | Third party subpoena review | 0.3 |
| 08/08/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 08/08/22 | R Jones | L140 | A110 | Third party subpoena review | 0.7 |
| 08/08/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.9 |
| 08/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 08/09/22 | R Jones | L120 | A104 | Third party subpoena review | 0.9 |
| 08/09/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.2 |
| 08/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/10/22 | R Jones | L140 | A110 | Prepare documents for production | 1.1 |
| 08/10/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 5.6 |
| 08/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 08/11/22 | R Jones | L140 | A110 | Third party subpoena review | 0.7 |
| 08/11/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.6 |
| 08/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |

44444      Purdue Pharma, LP (Document Matters)                                        Invoice No. 10555300
795001     3rd Party Subpoena Response-Document/Discovery                                        Page 4
           Services
09/06/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/12/22 | R Jones | L140 | A110 | Third party subpoena review | 0.4 |
| 08/12/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 6.1 |
| 08/14/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 08/15/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 08/15/22 | R Jones | L140 | A110 | Prepare documents for production | 1.1 |
| 08/15/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 08/16/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 08/16/22 | R Jones | L140 | A110 | Direct third-party subpoena review | 1.4 |
| 08/16/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 08/17/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/17/22 | R Jones | L120 | A104 | Third party subpoena review | 1.2 |
| 08/17/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.4 |
| 08/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 08/18/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the 3rd Party Subpoena | 0.3 |
| 08/18/22 | R Jones | L120 | A104 | Third party subpoena review | 0.8 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10555300 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 5 |
| 09/06/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 08/18/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.2 |
| 08/19/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 8.9 |
| 08/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/19/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.6 |
| 08/19/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the 3rd Party Subpoena | 0.2 |
| 08/19/22 | R Jones | L120 | A104 | Third party subpoena review | 1.1 |
| 08/19/22 | S Sacks | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 1.2 |
| 08/19/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.6 |
| 08/20/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 7.8 |
| 08/20/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.6 |
| 08/20/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.1 |
| 08/21/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 10.1 |
| 08/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 08/21/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 10.1 |

44444     Purdue Pharma, LP (Document Matters)                                   Invoice No. 10555300

795001    3rd Party Subpoena Response-Document/Discovery                  Page 6
            Services

09/06/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 08/21/22 | S Sacks | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 7.2 |
| 08/21/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 08/22/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.9 |
| 08/22/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 08/22/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 10.0 |
| 08/22/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the 3rd Party Subpoena | 0.2 |
| 08/22/22 | R Jones | L140 | A110 | Advise on Third Party Review | 0.8 |
| 08/22/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.2 |
| 08/23/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.3 |
| 08/23/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/23/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.2 |
| 08/23/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the 3rd Party Subpoena | 0.2 |
| 08/23/22 | S Sacks | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 10.1 |
| 08/23/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.3 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10555300 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 7 |
| 09/06/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 08/24/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.9 |
| 08/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 08/24/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 10.0 |
| 08/24/22 | R Jones | L140 | A110 | Third party subpoena review | 0.9 |
| 08/24/22 | S Sacks | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 9.9 |
| 08/24/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 08/25/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.9 |
| 08/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 08/25/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.9 |
| 08/25/22 | R Jones | L140 | A110 | Third party subpoena review | 0.4 |
| 08/25/22 | S Sacks | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 9.1 |
| 08/25/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.1 |
| 08/26/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.9 |
| 08/26/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/26/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents | 9.8 |

| | | | | |
|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | Invoice No. 10555300 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | Page 8 |
| 09/06/22 | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | relating to recent production requests | |
| 08/26/22 | S Sacks | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 4.1 |
| 08/26/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| 08/27/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 9.8 |
| 08/27/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 5.2 |
| 08/27/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 08/28/22 | J Burke | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 1.2 |
| 08/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/28/22 | R Casey | L320 | A104 | Quality control for privilege in connection with custodial documents relating to recent production requests | 3.8 |
| 08/28/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the 3rd Party Subpoena | 0.4 |
| 08/28/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| 08/29/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 08/29/22 | R Jones | L140 | A110 | Third party subpoena review | 0.6 |
| 08/29/22 | S Sacks | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ subpoena review | 3.7 |
| 08/29/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to | 6.7 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10555300 |
|---|---|---|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 9 |
| 09/06/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | ongoing case team and discovery requests | |
| 08/30/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the 3rd Party Subpoena | 0.2 |
| 08/30/22 | R Jones | L140 | A110 | Third party subpoena review | 0.6 |
| 08/30/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.6 |
| 08/31/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 08/31/22 | R Jones | L140 | A110 | Third party subpoena review | 0.8 |
| 08/31/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.1 |
| | | | | | 417.1 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 18.6 | 540.00 | 10,044.00 |
| Kassi Burns | Discovery Counsel | 13.3 | 375.00 | 4,987.50 |
| Susie Sacks | Privilege Review Attorney | 45.3 | 250.00 | 11,325.00 |
| Shannon Ziliak | Privilege Review Attorney | 164.5 | 250.00 | 41,125.00 |
| Janine Burke | Privilege Review Attorney | 86.7 | 250.00 | 21,675.00 |
| Robert Casey | Privilege Review Attorney | 87.2 | 250.00 | 21,800.00 |
| Dan Handley | Paralegal | 1.5 | 240.00 | 360.00 |
| Total | | 417.1 | | 111,316.50 |

44444      Purdue Pharma, LP (Document Matters)      Invoice No. 10555300
795001     3rd Party Subpoena Response-Document/Discovery     Page 10
            Services
09/06/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 6.3 | 3,402.00 |
| L140 | Document/File Management | 12.3 | 6,642.00 |
| L320 | Document Production (Defense) | 398.5 | 101,272.50 |
| | Total Fees | 417.1 | 111,316.50 |