**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF THIRTY-THIRD MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | July 1, 2022 through July 31, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $243,956.70 |
| **Less 20% Holdback** | $48,791.34 |
| **Net of Holdback**: | $195,165.36 |
| **Amount of Expense Reimbursement Requested:** | $5,990.35 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $201,155.71 |
| **This is a** | __X__ Monthly _____Interim ____ Final Fee Statement |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-third monthly fee statement (the "Thirty-Third Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from July 1, 2022 through July 31, 2022 (the "Thirty-Third Monthly Fee Period"). By this Thirty-Third Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $201,155.71 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Third Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Third Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $3,845.41 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $36,453.30 for the Thirty-Third Monthly Fee Period), for an overall voluntary reduction of approximately 14.18%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 14.18% reduction.

hourly billing rate of Jones Day timekeepers during the Thirty-Third Monthly Fee Period is approximately $739.71.[4]

2.        Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-Third Monthly Fee Period.

3.        Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-Third Monthly Fee Period.

4.        Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-Third Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.        Notice of this Thirty-Third Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]        The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Third Monthly Fee Period.

[5]        The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.       Objections to this Thirty-Third Monthly Fee Statement, if any, must be served via

electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas

(akordas@jonesday.com) no later than September 30, 2022 at 12:00 p.m. (prevailing Eastern

Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific

amount of fees at issue.

7.       If no objections to this Thirty-Third Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Thirty-Third Monthly Fee Statement.

8.       To the extent that an objection to this Thirty-Third Monthly Fee Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Thirty-Third Monthly Fee Statement to which the objection is directed and promptly pay

the remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Thirty-Third Monthly Fee Statement

has been made to this or any other court.

Dated: September 16, 2022                         _/s/  Anna Kordas_____
        New York, NY                              JONES DAY
                                                  John J. Normile
                                                  Anna Kordas
                                                  250 Vesey Street
                                                  New York, NY 10281
                                                  Telephone:    (212) 326-3939
                                                  Facsimile:    (212) 755-7306
                                                  Email:        jjnormile@jonesday.com
                                                                akordas@jonesday.com

                                                  *Special Counsel to the Debtors and
                                                  Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JULY 1, 2022 – JULY 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 5.5 | $6,737.50 |
| Anthony C. Chen | 1993 | $1,025.00 | $913.50 | 8.2 | $8,405.00 |
| Guoping Da | 2009 | $825.00 | $717.75 | 4.2 | $3,465.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 20.0 | $24,000.00 |
| Christopher Morrison | 2002 | $1,100.00 | $957.00 | 0.6 | $660.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 49.6 | $66,960.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 19.2 | $22,560.00 |
| **TOTAL PARTNER:** | | | | **107.3** | **$132,787.50** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 22.7 | $16,457.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 92.0 | $73,600.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 40.5 | $29,565.00 |
| **TOTAL ASSOCIATE:** | | | | **155.2** | **$119,622.50** |
| **PARALEGAL & STAFF** | | | | | |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 2.0 | $600.00 |
| Jacob Chludzinski | N/A | $350.00 | $304.50 | 3.5 | $1,225.00 |
| Elizabeth Pratt | N/A | $350.00 | $304.50 | 1.2 | $420.00 |
| Timothy Solomon | N/A | $425.00 | $369.75 | 60.6 | $25,755.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **67.3** | **$28,000.00** |
| **TOTAL:** | | | | **329.8** | **$280,410.00** |

## EXHIBIT B

### COMPENSATION BY PROJECT CATEGORY
### JULY 1, 2022 – JULY 31, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 11.1 | $9,435.00 |
| Collegium 961 PGR | 42.5 | $36,017.50 |
| Retention Matters | 2.1 | $2,560.00 |
| Accord Healthcare Inc. | 255.8 | $215,102.50 |
| Confidential Matter I | 18.3 | $17,295.00 |
| **TOTAL** | **329.8** | **$280,410.00** |
| **13% DISCOUNT** | | **($36,453.30)** |
| **TOTAL FEES** | | **$243,956.70** |

## EXHIBIT C

**EXPENSE SUMMARY**
**JULY 1, 2022 – JULY 31, 2022**

| Expense Category | Total Expenses |
|---|---|
| Courier Fees | $3.46 |
| Printing Charges | $78.45 |
| Travel – Food | $84.78 |
| Travel – Hotel | $735.05 |
| Travel – Taxi | $495.55 |
| Travel – Air | $993.04 |
| Mailing Charges | $87.72 |
| Court Costs | $3,512.30 |
| **TOTAL** | **$5,990.35** |

# EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 30, 2022

305158.000003
Invoice: 220906633

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through July 31, 2022:

|  |  |  |
|---|---|---|
| ███████████████████ | USD | 17,295.00 |
| Less 13% Discount | | (2,248.35) |
| Total Billed Fees | USD | 15,046.65 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Courier Services | 3.46 | | |
| | | USD | 3.46 |
| **TOTAL** | | **USD** | **15,050.11** |









# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


August 30, 2022                                                                   305158.610005
                                                                                 Invoice: 220906634

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America


For legal services rendered for the period through July 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 9,435.00 |
| Less 13% Discount | | (1,226.55) |
| Total Billed Fees | USD | 8,208.45 |
| **TOTAL** | **USD** | **8,208.45** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day               Account Name:  Jones Day
Account No:  37026407                  Account No:  37026407
ABA No:  021000089                     ABA No:  021000089
                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220906634 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 1.00 | 1,200.00 | 1,200.00 |
| C M Morrison | 0.60 | 1,100.00 | 660.00 |
| J J Normile | 2.30 | 1,350.00 | 3,105.00 |
| Associate | | | |
| K McCarthy | 4.00 | 800.00 | 3,200.00 |
| Paralegal | | | |
| T E Solomon | 2.00 | 425.00 | 850.00 |
| Project Manager | | | |
| E Pratt | 1.20 | 350.00 | 420.00 |
| **Total** | **11.10** | **USD** | **9,435.00** |

## JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
August 30, 2022
Invoice: 220906634

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/05/22 | K McCarthy | 0.50 |

Review case files and respond to case correspondence regarding upcoming status conference.

| 07/05/22 | J J Normile | 1.00 |



| 07/05/22 | E Pratt | 1.20 |

Prepare documents for production and service (.6); communicate with A Nicolais regarding same (.4); service of production ZIP file to counsel (.2).

| 07/06/22 | K McCarthy | 0.50 |

| 07/06/22 | C M Morrison | 0.30 |

email to clerk regarding same (0.1).

| 07/06/22 | J J Normile | 0.50 |

| 07/07/22 | J J Normile | 0.80 |

| 07/08/22 | C M Morrison | 0.30 |

Phone call with clerk and docket clerk regarding upcoming hearing.

| 07/08/22 | T E Solomon | 1.00 |

Update case database and Docket with newly filed pleadings for access and review by team members.

| 07/18/22 | G J Larosa | 1.00 |

| 07/18/22 | K McCarthy | 2.50 |

| 07/20/22 | K McCarthy | 0.50 |

# JONES DAY

305158.610005

Page: 4
August 30, 2022

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220906634

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/20/22 | T E Solomon | 0.50 |
| | Update case databases with newly received correspondence for access and review by team members. | |
| 07/29/22 | T E Solomon | 0.50 |
| | Update case databases with newly received correspondence for access and review by team members. | |
| **Total** | | **11.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 30, 2022

305158.610022
Invoice: 220906635

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through July 31, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 36,017.50 |
| Less 13% Discount | | (4,682.28) |
| Total Billed Fees | USD | 31,335.22 |
| **TOTAL** | **USD** | **31,335.22** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407                Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                                  Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/220906635 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 5.50 | 1,225.00 | 6,737.50 |
| G J Larosa | 2.00 | 1,200.00 | 2,400.00 |
| J J Normile | 2.30 | 1,350.00 | 3,105.00 |
| J L Swize | 5.60 | 1,175.00 | 6,580.00 |
| Associate |  |  |  |
| J R Boule | 19.80 | 725.00 | 14,355.00 |
| Paralegal |  |  |  |
| J Chludzinski | 3.50 | 350.00 | 1,225.00 |
| T E Solomon | 3.80 | 425.00 | 1,615.00 |
| **Total** | **42.50** | **USD** | **36,017.50** |

# JONES DAY

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/01/22 | J R Boule | 1.70 |
| 07/05/22 | J R Boule | 5.90 |
| 07/05/22 | J L Swize | 2.00 |
| 07/11/22 | J R Boule | 0.80 |
| 07/11/22 | G A Castanias | 2.00 |
| 07/11/22 | G J Larosa | 2.00 |
| 07/11/22 | J J Normile | 1.00 |
| 07/11/22 | J L Swize | 0.30 |
| 07/13/22 | J R Boule | 0.50 |
| 07/14/22 | J R Boule | 4.40 |
| 07/15/22 | J R Boule | 0.30 |
| 07/15/22 | J Chludzinski | 0.50 |
| | Complete cite-check of new sections. | |
| 07/16/22 | J R Boule | 0.10 |
| 07/18/22 | J R Boule | 2.40 |



# JONES DAY

305158.610022

Collegium 961 PGR



| | | |
|---|---|---|
| 07/18/22 | G A Castanias | 3.50 |
| 07/18/22 | J Chludzinski | 1.50 |
| Review brief and add tables to brief. | | |
| 07/19/22 | J R Boule | 3.20 |
| 07/19/22 | J Chludzinski | 1.50 |
| Edit, review, finalize, and file opening brief with addendum. | | |
| 07/19/22 | J L Swize | 3.10 |
| 07/20/22 | T E Solomon | 1.00 |
| Update case databases and Docket with newly filed materials with the Court for access and review by team members. | | |
| 07/22/22 | J J Normile | 0.50 |
| 07/23/22 | J J Normile | 0.80 |
| 07/25/22 | J L Swize | 0.20 |
| 07/26/22 | J R Boule | 0.20 |
| 07/26/22 | T E Solomon | 1.00 |
| Update case databases and Docket with new appellate court filings for access and review by team members. | | |
| 07/27/22 | T E Solomon | 0.80 |
| Update case databases and Docket with new appellate court filings and deadlines for access and review by team members. | | |
| 07/28/22 | J R Boule | 0.30 |
| 07/28/22 | T E Solomon | 1.00 |
| Confer with J. Boule and update Docket with new filing deadlines for access and review by team members (0.5); update case databases and Docket with new court filings and deadlines in the Accord II matter for access | | |

**JONES DAY**

305158.610022

Collegium 961 PGR

Page: 5
August 30, 2022
Invoice: 220906635

and review by team members (0.5).

| | |
|---|---|
| **Total** | **42.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 30, 2022

305158.610028
Invoice: 220906636

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through July 31, 2022:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 215,102.50 |
| Less 13% Discount | | (27,963.33) |
| Total Billed Fees | USD | 187,139.17 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Court Reporter Fees | 3,512.30 | |
| Document Reproduction Charges | 78.45 | |
| Travel - Air Fare | 993.04 | |
| Travel - Food and Beverage Expenses | 84.78 | |
| Travel - Hotel Charges | 735.05 | |
| Travel - Taxi Charges | 495.55 | |
| United Parcel Service Charges | 87.72 | |
| | USD | 5,986.89  ** |
| **TOTAL** | **USD** | **193,126.06** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                  Citibank, N.A.
New York, NY                                  New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                    Account No:  37026407
ABA No:  021000089                       ABA No:  021000089
                                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/220906636 WITH YOUR PAYMENT

** = Food, beverage and entertainment expense in accordance with I R C  Sect  274(e)3, included in this amount is USD84 78

# JONES DAY

305158.610028

Page: 2
August 30, 2022
Invoice: 220906636

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 17.00 | 1,200.00 | 20,400.00 |
| J J Normile | 40.30 | 1,350.00 | 54,405.00 |
| J L Swize | 13.60 | 1,175.00 | 15,980.00 |
| **Associate** | | | |
| J R Boule | 2.90 | 725.00 | 2,102.50 |
| K McCarthy | 86.70 | 800.00 | 69,360.00 |
| A M Nicolais | 40.50 | 730.00 | 29,565.00 |
| **Summer Associate** | | | |
| M Kohn | 0.00 | 575.00 | N/C |
| T Werblowsky | 0.00 | 600.00 | N/C |
| **Paralegal** | | | |
| T E Solomon | 54.80 | 425.00 | 23,290.00 |
| **Total** | **255.80** | **USD** | **215,102.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
August 30, 2022
Invoice: 220906636

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/01/22 | G J Larosa | 2.00 |
| 07/01/22 | K McCarthy | 2.40 |
| 07/01/22 | A M Nicolais | 1.50 |
| 07/01/22 | T E Solomon | 1.00 |

Retrieve deposition transcripts and exhibits from TSG repository and update case database for access and review by team members.

| 07/04/22 | A M Nicolais | 0.30 |
| 07/05/22 | K McCarthy | 4.80 |
| 07/05/22 | A M Nicolais | 1.20 |

collection and coordination of exhibits for production re same (.3).

| 07/05/22 | J J Normile | 1.50 |
| 07/05/22 | T E Solomon | 7.00 |

Prepare and produce documents to Accord per A. Nicolais's instructions (1.00); confer with team and TSG regarding deposition arrangements (0.60); prepare documents to be used as exhibits at Hofmann deposition and send to Chicago per instructions (4.70); update and send Hofmann deposition notice to local counsel for service and filing (0.70).

| 07/06/22 | K McCarthy | 5.50 |
| 07/06/22 | A M Nicolais | 1.70 |
| 07/06/22 | J J Normile | 2.60 |

## JONES DAY

305158.610028

Accord Healthcare Inc.



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/06/22 | T E Solomon | 3.00 |

Attend to arrangements for Hofmann deposition with TSG (0.50); update case databases and Docket with newly filed pleadings (1.00); update case databases with newly received correspondence for access and review by team members (1.50).

| 07/07/22 | K McCarthy | 6.50 |

| 07/07/22 | A M Nicolais | 10.00 |

| 07/07/22 | J J Normile | 2.50 |

| 07/07/22 | T E Solomon | 1.00 |

Retrieve deposition transcripts and exhibits from TSG repository and update case database for access and review by team members.

| 07/08/22 | K McCarthy | 7.00 |

| 07/08/22 | J J Normile | 1.50 |

| 07/08/22 | T E Solomon | 4.00 |

Retrieve deposition transcripts, exhibits and video files from TSG repository and update case database for access and review by team members (1.50); create exhibit tracker (2.50).

| 07/08/22 | J L Swize | 0.50 |

| 07/09/22 | K McCarthy | 2.50 |

| 07/10/22 | K McCarthy | 6.50 |

| 07/10/22 | J J Normile | 0.50 |

| 07/11/22 | G J Larosa | 2.00 |

| 07/11/22 | K McCarthy | 9.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
August 30, 2022
Invoice: 220906636



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | | |
| 07/11/22 | A M Nicolais | 3.50 |
| | | |
| 07/11/22 | J J Normile | 2.30 |
| | | |
| 07/11/22 | T E Solomon | 7.00 |

Update case databases and Docket with pleadings in Accord II matter and (2.00); prepare waivers of service forms for Accord II matter (22-913) ▇▇▇▇▇▇ update case databases with newly received correspondence and deposition materials including transcripts and exhibits and attend to deposition arrangements (1.50); prepare and send production documents to TCDI for processing (1.00); run searches in ORF II production database for documents requested by P. Hendler per K. McCarthy's instructions (0.50); continue to review deposition exhibits and update exhibit tracker for access and review by team members (1.50).

| | | |
|---|---|---|
| 07/11/22 | T Werblowsky | N/C |
| | | |
| 07/12/22 | K McCarthy | 7.50 |
| | | |
| 07/12/22 | A M Nicolais | 4.30 |
| | | |
| 07/12/22 | J J Normile | 2.90 |
| | | |
| 07/12/22 | T E Solomon | 4.00 |

Update cases databases with new deposition materials including deposition exhibits, video files and invoices (1.50); confer with TCDI regarding production documents (0.50); continue to update exhibit tracker (2.00).

| | | |
|---|---|---|
| 07/12/22 | T Werblowsky | N/C |
| 07/13/22 | M Kohn | N/C |
| | | |
| 07/13/22 | G J Larosa | 1.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 6
August 30, 2022
Invoice: 220906636

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/13/22 | K McCarthy | 4.00 |
| 07/13/22 | A M Nicolais | 6.00 |
| 07/13/22 | J J Normile | 2.00 |
| 07/13/22 | T Werblowsky | N/C |
| 07/14/22 | K McCarthy | 1.00 |
| 07/14/22 | J J Normile | 1.60 |

| 07/14/22 | T E Solomon | 6.00 |

Update case databases and Docket with new court filings for access and review by team members (1.00); update case databases with new deposition materials including transcripts and invoices (1.50); review deposition exhibits and update exhibit tracker (2.50); update case databases and Docket with pleadings in Accord II matter for access and review by team members (1.00).

| 07/15/22 | M Kohn | N/C |
| 07/15/22 | G J Larosa | 1.00 |

| 07/15/22 | T E Solomon | 6.00 |

Update case databases with new deposition materials including transcripts and exhibits (1.50); review deposition exhibits and update exhibit tracker (4.50).

| 07/15/22 | J L Swize | 2.80 |
| 07/16/22 | J L Swize | 3.00 |
| 07/17/22 | J L Swize | 1.80 |
| 07/18/22 | G J Larosa | 2.00 |
| 07/18/22 | K McCarthy | 4.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/18/22 | A M Nicolais | 1.40 |
| 07/18/22 | J J Normile | 2.80 |
| 07/18/22 | T E Solomon | 3.00 |

Continue to review deposition exhibits and update exhibit tracker for access and review by team members.

| | | |
|---|---|---|
| 07/19/22 | G J Larosa | 1.00 |
| 07/19/22 | K McCarthy | 2.50 |
| 07/19/22 | J J Normile | 0.20 |
| 07/19/22 | T E Solomon | 3.50 |

Update case databases with new deposition materials including transcripts and exhibits (1.00); review deposition exhibits and update exhibit tracker (2.50).

| | | |
|---|---|---|
| 07/19/22 | J L Swize | 0.90 |
| 07/20/22 | G J Larosa | 1.00 |
| 07/20/22 | K McCarthy | 3.50 |
| 07/20/22 | A M Nicolais | 0.20 |
| 07/20/22 | J J Normile | 1.50 |
| 07/20/22 | T E Solomon | 4.00 |

Update case databases with new deposition materials including transcripts and videos (1.00); review deposition exhibits and update exhibit tracker (3.00).

| | | |
|---|---|---|
| 07/21/22 | K McCarthy | 3.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| |  | |
| 07/21/22 | J J Normile | 2.00 |
| 07/22/22 | M Kohn | N/C |
| | Emailing with J. Swize regarding project status. | |
| 07/22/22 | G J Larosa | 2.00 |
| 07/22/22 | K McCarthy | 1.50 |
| 07/23/22 | J L Swize | 0.80 |
| 07/24/22 | J R Boule | 2.90 |
| 07/24/22 | J L Swize | 1.00 |
| 07/25/22 | G J Larosa | 2.00 |
| 07/25/22 | K McCarthy | 5.00 |
| 07/25/22 | A M Nicolais | 2.60 |
| 07/25/22 | J J Normile | 3.80 |
| 07/25/22 | T E Solomon | 1.00 |
| | Update case databases with new deposition materials including transcripts and invoices. | |
| 07/25/22 | J L Swize | 0.60 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/26/22 | G J Larosa | 2.00 |
| 07/26/22 | K McCarthy | 4.00 |
| 07/26/22 | A M Nicolais | 4.50 |
| 07/26/22 | J J Normile | 2.80 |
| | Participate in July Omnibus Hearing before the Bankruptcy Court (1.0); | |
| 07/26/22 | T E Solomon | 1.50 |
| | Update case databases with new deposition materials including transcripts and videos. | |
| 07/27/22 | K McCarthy | 1.50 |
| 07/27/22 | A M Nicolais | 1.00 |
| 07/27/22 | J J Normile | 3.10 |
| 07/27/22 | T E Solomon | 0.50 |
| | Update case databases with new deposition materials including transcripts and invoices. | |
| 07/27/22 | J L Swize | 2.20 |
| 07/28/22 | K McCarthy | 1.00 |
| 07/28/22 | A M Nicolais | 0.50 |
| 07/28/22 | J J Normile | 2.90 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/28/22 | T E Solomon | 1.50 |

Update case databases with new deposition materials including transcripts and video files.



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/29/22 | G J Larosa | 1.00 |
| 07/29/22 | K McCarthy | 3.00 |
| 07/29/22 | A M Nicolais | 1.80 |
| 07/29/22 | J J Normile | 3.80 |
| 07/29/22 | T E Solomon | 0.80 |

Update case databases and Docket with new court filings in the Accord II matter for access and review by team members.

| | Total | 255.80 |
|---|---|---|

# JONES DAY

305158.610028 | Page: 11
--- | ---
 | August 30, 2022
Accord Healthcare Inc. | Invoice: 220906636

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **TRAVEL - AIR FARE** | | | | |
| 07/07/22 | G J Larosa | NYC | 484.88 | |
| Airfare - New York (JFK/LGA) to/from Chicago (ORD) (TICKET:7772576862) for deposition of Dr. Stephen Martin (27-Jun-2022 to 28-June-2022) | | | | |
| 07/28/22 | A M Nicolais | NYC | 19.00 | |
| Airfare - WiFi on plane home after attending deposition of I. Hofmann in Chicago 07-Jul-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 10.00 | |
| Airfare - WiFi on the way to Chicago to attend deposition of I. Hofmann 06-Jul-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 244.72 | |
| Airfare - New York (LGA) to Chicago (ORD) (TICKET:7774234406) to attend deposition of I. Hofmann (06-Jul-2022) | | | | |
| 07/28/22 | A M Nicolais | NYC | 234.44 | |
| Airfare - Chicago (ORD) to New York (LGA) (TICKET:7774234461) after attending deposition of I. Hofmann (07-Jul-2022) | | | | |
| **Travel - Air Fare Subtotal** | | | | **993.04** |
| | | | | |
| **COURT REPORTER FEES** | | | | |
| 07/12/22 | J J Normile | NYC | 1,944.80 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2087122; Date: 7/12/2022 for professional services rendered on 6/28/2022: Original and One Certified transcript of Dr. Stephen Martin. | | | | |
| 07/18/22 | J J Normile | NYC | 1,567.50 | |
| Vendor: TSG Reporting, Inc.; Invoice#: 2087124; Date: 7/12/2022 for professional services rendered on 6/28/2022: Video Sync/Tape of Dr. Stephen Martin. | | | | |
| **Court Reporter Fees Subtotal** | | | | **3,512.30** |
| | | | | |
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 07/05/22 | T E Solomon | NYC | 78.45 | |
| Photocopying: Black & White (SDUP)-NY - 31 Duplicating - Xerox 4112-Jul  5 2022  2:16PM - 1,569 copies @ $0.05 each | | | | |
| **Document Reproduction Charges Subtotal** | | | | **78.45** |
| | | | | |
| **TRAVEL - FOOD AND BEVERAGE EXPENSES** | | | | |
| 07/07/22 | G J Larosa | NYC | 20.24 | |
| Food and beverage expenses while traveling for deposition of Dr. Stephen Martin in Chicago 27-Jun-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 15.99 | |
| Food and beverage expenses lunch on way to Chicago to attend deposition of I. Hofmann 06-Jul-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 48.55 | |
| Food and beverage expenses dinner in Chicago to attend deposition of I. Hofmann 06-Jul-2022 | | | | |
| **Travel - Food and Beverage Expenses Subtotal** | | | | **84.78** |
| | | | | |
| **TRAVEL - HOTEL CHARGES** | | | | |
| 07/07/22 | G J Larosa | NYC | 442.72 | |
| Hotel charges to attend deposition of Dr. Stephen Martin in Chicago 27-Jun-2022 to 28-Jun-2022 1 night | | | | |
| 07/28/22 | A M Nicolais | NYC | 292.33 | |
| Hotel lodging in Chicago to attend deposition of I. Hofmann  06-Jul-2022 to 07-Jul-2022 1 night | | | | |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 12
August 30, 2022
Invoice: 220906636

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **Travel - Hotel Charges Subtotal** | | | | **735.05** |

**TRAVEL - TAXI CHARGES**

| 07/07/22 | G J Larosa | NYC | 54.62 | |
|----------|------------|-----|-------|--|
| Taxi fare trip to O'hare airport after attending deposition of Dr. Stephen Martin in Chicago 28-Jun-2022 | | | | |
| 07/07/22 | G J Larosa | NYC | 107.28 | |
| Taxi fare trip from airport (LGA) to home after attending deposition of Dr. Stephen Martin in Chicago 28-Jun-2022 | | | | |
| 07/07/22 | G J Larosa | NYC | 78.81 | |
| Taxi fare from home to JFK airport to attend deposition of Dr. Stephen Martin in Chicago 27-Jun-2022 | | | | |
| 07/07/22 | G J Larosa | NYC | 57.79 | |
| Taxi fare from O'Hare airport to attend deposition of Dr. Stephen Martin in Chicago 27-Jun-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 47.49 | |
| Taxi fare from airport to hotel in Chicago to attend deposition of I. Hofmann 06-Jul-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 64.25 | |
| Taxi fare from deposition to airport (O'Hare) after attending deposition of I. Hofmann in Chicago 07-Jul-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 65.82 | |
| Taxi fare from home to airport for trip to Chicago to attend deposition of I. Hofmann 06-Jul-2022 | | | | |
| 07/28/22 | A M Nicolais | NYC | 19.49 | |
| Taxi fare from airport to train station after attending deposition of I. Hofmann in Chicago 07-Jul-2022 | | | | |
| **Travel - Taxi Charges Subtotal** | | | | **495.55** |

**UNITED PARCEL SERVICE CHARGES**

| 07/05/22 | T E Solomon | NYC | 69.72 | |
|----------|-------------|-----|-------|--|
| Vendor: United Parcel Service, Inc. Invoice#: 22000010445E282 Date: 7/9/2022  - -  Ship To: ADAM NICOLAIS, HOMEWOOD SUITES HILTON Ship Dt: 07/05/22 Airbill: 1Z10445E0199163434 | | | | |
| 07/06/22 | T E Solomon | NYC | 18.00 | |
| Vendor: United Parcel Service, Inc. Invoice#: 22000010445E282 Date: 7/9/2022  - -  Ship To: ADAM NICOLAIS, HOMEWOOD SUITES HILTON Ship Dt: 07/06/22 Airbill: 1Z10445E0199163434 | | | | |
| **United Parcel Service Charges Subtotal** | | | | **87.72** |

| **Total Disbursements and Charges** | | | **USD** | **5,986.89** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 30, 2022

305158.999007
Invoice: 220906637

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through July 31, 2022:

| | | |
|---|---|---:|
| Retention Matters | USD | 2,560.00 |
| Less 13% Discount | | (332.80) |
| Total Billed Fees | USD | 2,227.20 |
| **TOTAL** | **USD** | **2,227.20** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/220906637 WITH YOUR PAYMENT

**JONES DAY**

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 1.60 | 1,350.00 | 2,160.00 |
| Associate | | | |
| K McCarthy | 0.50 | 800.00 | 400.00 |
| **Total** | **2.10** | **USD** | **2,560.00** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
August 30, 2022
Invoice: 220906637

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/10/22 | K McCarthy | 0.50 |



| | | |
|---|---|---|
| 07/12/22 | J J Normile | 0.80 |
| | Preparation of June invoices for submission to the Bankruptcy Court. | |
| | **Total** | **2.10** |