AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- :
                                                               :
In re:                                                         :    Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al*.,                                  :    Case No. 19-23649 (RDD)
                                                               :
                                      Debtors.[1]              :    (Jointly Administered)
                                                               :
-------------------------------------------------------------- :

### TWENTY-EIGHTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | June 1, 2022 – June 30, 2022 |
| **Total Fees Incurred** | $178,231.00 |
| **Voluntary Fee Reduction (10%)[2]** | $17,823.10 |
| **Total Fees Requested (Total Fees – Voluntary Fee Reduction)** | $160,407.90 |
| **20% Holdback** | $32,081.58 |
| **Total Fees Requested Less 20% Holdback** | $128,326.32 |
| **Total Expenses Incurred** | $966.93 |
| **Total Fees and Expenses Requested** | $161,374.83 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Twenty-Eighth Monthly Fee Statement") covering the period from June 1, 2022 through and including June 30, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Twenty-Eighth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $160,407.90 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $966.93 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period.  The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.      **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.      **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.      **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2021, consistent with its customary practice and as disclosed in Cole Schotz's retention application.  *See* ECF No. 1013.  Cole Schotz filed a notice of such rate increase on August 27, 2021.  *See* ECF No. 3692.

## **NOTICE**

6.        Notice of this Twenty-Eighth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.        Objections to this Twenty-Eighth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than October 7, 2022 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.        If no objections to this Twenty-Eighth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.        If an objection to this Twenty-Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection

is not resolved, it shall be preserved and scheduled for consideration at the next interim fee

application hearing to be heard by the Court.

Dated: September 23, 2022
New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ _Arik Preis_
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

_- and –_

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

_Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,_ et al.

## EXHIBIT A

## COMPENSATION BY TIMEKEEPER
### JUNE 1, 2022 THROUGH JUNE 30, 2022

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $685.00 | 33.9 | $23,221.50 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $675.00 | 8.7 | $5,872.50 |
| Donald A. Ottaunick | 1984 | Member (Litigation) (since 2000) | $775.00 | 0.5 | $387.50 |
| Warren Usatine | 1995 | Member (Bankruptcy) (since 2004) | $875.00 | 2.4 | $2,100.00 |
| Jamie P. Clare | 1988 | Member (Litigation) (since 2005) | $665.00 | 0.5 | $332.50 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $610.00 | 164.5 | $100,345.00 |
| Ian R. Phillips | 2015 | Associate (Litigation) (since 2016) | $390.00 | $41.1 | $16,029.00 |
| Peter Strom | 2021 | Associate (Bankruptcy) (since 2020) | $300.00 | 25.4 | $7,620.00 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $300.00 | 22.6 | $6,780.00 |
| Michael Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $300.00 | 50.6 | $15,180.00 |

---

[1] On August 27, 2021 Cole Schotz filed Notice of Increase of Hourly Rates of Cole Schotz's Professionals [ECF No. 3714] which adjusted hourly rates effective September 1, 2021.

| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $330.00 | 1.1 | $363.00 |
|---|---|---|---|---|---|
| **TOTAL** | | | | **351.3** | **$178,231.00** |
| **Less Voluntary Reduction (10%)** | | | | | **($17,823.10)** |
| **Total Requested** | | | | | **$160,407.90** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.6 | $198.00 |
| Committee Matters and Creditor Meetings | 6.6 | $4,304.50 |
| Creditor Inquiries | 1.5 | $997.50 |
| Fee Application Matters/Objections | 2.2 | $1,417.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 329.3 | $163,978.00 |
| Preparation for and Attendance at Hearings | 4.1 | $2,541.00 |
| Prepare for and Conduct Interview and Depositions | 7.0 | $4,795.00 |
| **TOTAL** | **351.3** | **$178,231.00** |
| **Less Voluntary Reduction (10%)** | | **($17,823.10)** |
| **Total Requested** | | **$160,407.90** |

**<u>EXHIBIT C</u>**

**<u>Invoice</u>**

**<u>EXHIBIT C</u>**

**<u>Invoice</u>**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

**FEDERAL ID# 22-2113414**

New Jersey — New York — Maryland — Texas  — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

|  |  |
|---|---|
| Invoice Date: | July 19, 2022 |
| Invoice Number: | 923955 |
| **Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS   Matter Number: | 60810-0001 |

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2022

| **CASE ADMINISTRATION** | | | **0.60** | **198.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 06/14/22 | LSM | ARRANGE TELEPHONE APPEARANCE FOR J. ALBERTO AND A. DE LEO FOR JUNE 15, 2022 HEARING | 0.40 | 132.00 |
| 06/14/22 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.20 | 66.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **6.60** | **4,304.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 06/02/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.10 | 67.50 |
| 06/02/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 06/06/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 68.50 |
| 06/06/22 | PJR | REVIEW EMAILS FROM A. PREIS RE: CASE STATUS AND UPDATES | 0.10 | 67.50 |
| 06/06/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 06/07/22 | JRA | EMAILS WITH A. PREIS RE UCC UPDATE | 0.10 | 68.50 |
| 06/08/22 | PJR | REVIEW EMAIL FROM A. PREIS AND REVIEW RELATED UCC STATEMENT RE: CASE STATUS AND KEIP ISSUES | 0.20 | 135.00 |
| 06/08/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 06/09/22 | ADL | ATTEND STANDING UCC CALL | 0.30 | 183.00 |
| 06/09/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND KEIP ISSUES | 0.10 | 67.50 |
| 06/09/22 | JRA | EMAILS WITH A. DELEO RE TODAY'S UCC CALL (.1) AND PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS (.2) | 0.30 | 205.50 |
| 06/11/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 68.50 |
| 06/13/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.10 | 67.50 |
| 06/13/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.30 | 205.50 |
| 06/13/22 | ADL | ATTEND STANDING UCC CALL | 0.30 | 183.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS      Invoice Number  923955
           Client/Matter No. 60810-0001      July 19, 2022
           Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/13/22 | PJR | PARTICIPATE ON COMMITTEE CALL RE: CASE STATUS AND OPEN ISSUES | 0.30 | 202.50 |
| 06/14/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.10 | 67.50 |
| 06/16/22 | JRA | EMAILS WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 68.50 |
| 06/20/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND HEARING SUMMARY | 0.20 | 135.00 |
| 06/20/22 | JRA | EMAIL WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 68.50 |
| 06/22/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.20 | 135.00 |
| 06/22/22 | JRA | EMAILS WITH A. PREIS RE TOMORROW'S CALL | 0.10 | 68.50 |
| 06/23/22 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS THERETO | 0.50 | 305.00 |
| 06/23/22 | ADL | ATTEND MEETING WITH DEBTORS' PROFESSIONALS RE: COMPANY PERFORMANCE | 1.20 | 732.00 |
| 06/23/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 1.20 | 822.00 |
| 06/27/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 06/30/22 | JRA | EMAILS WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 68.50 |

**CREDITOR INQUIRIES**           **1.50**      **997.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/22 | JRA | T/C'S WITH CREDITORS RE CASE STATUS INQUIRIES | 0.60 | 411.00 |
| 06/01/22 | ADL | RETURN CREDITOR CALL | 0.10 | 61.00 |
| 06/07/22 | JRA | EMAILS WITH A. DELEO RE CREDITOR INQUIRIES AND RETURN OF SAME | 0.40 | 274.00 |
| 06/08/22 | ADL | RETURN CREDITOR CALLS | 0.20 | 122.00 |
| 06/10/22 | ADL | RETURN CREDITOR CALL | 0.10 | 61.00 |
| 06/24/22 | JRA | EMAILS WITH A. DELEO RE CREDITOR INQUIRIES | 0.10 | 68.50 |

**FEE APPLICATION MATTERS/OBJECTIONS**      **2.20**      **1,417.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/22 | JRA | REVIEW FEE EXAMINER REPORT (.2) AND EMAILS WITH A. DELEO RE SAME (.1) | 0.30 | 205.50 |
| 06/06/22 | ADL | REVIEW INTERIM FEE EXAMINER REPORT (.2) AND PREPARE RESPONSE TO SAME (.3) | 0.50 | 305.00 |
| 06/08/22 | JRA | EMAILS WITH A. DELEO RE FEE APPS | 0.20 | 137.00 |
| 06/14/22 | JRA | REVIEW AND SIGN OFF ON OMNI FEE ORDER (.1) AND EMAILS WITH A. DELEO RE SAME (.1) | 0.20 | 137.00 |
| 06/15/22 | JRA | EMAILS WITH A. DELEO AND E. LISOVICZ RE FEE APPS | 0.30 | 205.50 |
| 06/15/22 | ADL | EMAILS WITH UCC TEAM RE: INTERIM FEE HEARING | 0.10 | 61.00 |
| 06/15/22 | ADL | INITIAL PREPARATION OF MAY FEE APPLICATION | 0.60 | 366.00 |

**COLE SCHOTZ P.C.**

Re:       OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  923955
          Client/Matter No. 60810-0001                                              July 19, 2022
                                                                                         Page 3

---

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                   **329.30    163,978.00**

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/01/22 | ADL | EMAILS WITH UCC TEAM RE: INSURANCE LITIGATION ISSUES | 0.30 | 183.00 |
| 06/01/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.30 | 205.50 |
| 06/01/22 | JRA | SEVERAL EMAILS WITH A. DELEO, A. PREIS AND GILBERT RE INSURANCE ADVERSARY STRATEGY | 1.10 | 753.50 |
| 06/01/22 | ADL | EMAIL UCC TEAM RE: ESTATE CLAIM ISSUES | 0.10 | 61.00 |
| 06/01/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 6.20 | 3,782.00 |
| 06/02/22 | PTS | CALL WITH INSURERS RE DEPOSITION PREPARATION | 1.50 | 450.00 |
| 06/02/22 | JRA | REVIEW DEP PROTOCOL IN ADVANCE OF UPCOMING DEPS AND CALLS RE SAME | 0.40 | 274.00 |
| 06/02/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 2.40 | 1,620.00 |
| 06/02/22 | ADL | EMAIL A. CRAWFORD RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 06/02/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 0.80 | 540.00 |
| 06/02/22 | ADL | ATTEND MARSH DEPOSITION PREPARATION SESSION | 1.20 | 732.00 |
| 06/02/22 | JRA | T/C WITH A. DELEO RE INSURANCE STRATEGY | 0.30 | 205.50 |
| 06/02/22 | JRA | FURTHER EMAILS WITH A. DELEO, R. LEVERIDGE, L. SZYMANSKI AND A. CRAWFORD RE MEET AND CONFER | 0.70 | 479.50 |
| 06/02/22 | JRA | PRECALL BEFORE MEET AND CONFER WITH INSURERS WITH R. LEVERIDGE, A. DELEO, GILBERT AND REED SMITH (PARTIAL) | 1.00 | 685.00 |
| 06/02/22 | ADL | REVIEW AND FURTHER REVISE TOLLING AGREEMENT RE: POTENTIAL ESTATE CLAIMS (.2); EMAIL UCC TEAM RE: SAME (.1); EMAIL THIRD PARTY COUNSEL RE: SAME (.1) | 0.40 | 244.00 |
| 06/02/22 | ADL | EMAILS WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 06/02/22 | ADL | REVIEW EMAILS AND RELATED ATTACHMENTS RE: INSURANCE DEPOSITION PREPARATION | 0.20 | 122.00 |
| 06/02/22 | ADL | EMAILS WITH PLAINTIFFS' TEAM RE: MEET AND CONFER WITH INSURERS | 0.10 | 61.00 |
| 06/02/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 5.60 | 3,416.00 |
| 06/03/22 | ADL | INITIAL REVIEW OF DOCUMENTS RE: MARSH DEPOSITION | 2.10 | 1,281.00 |
| 06/03/22 | ADL | EMAIL UCC, DEBTORS, AND AHC PROFESSIONALS RE: TOLLING ISSUES | 0.10 | 61.00 |
| 06/03/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION MEET AND CONFER | 0.10 | 61.00 |
| 06/03/22 | ADL | CALL WITH D. WINDSCHEFFEL RE: INSURANCE LITIGATION MEET AND CONFER | 0.10 | 61.00 |
| 06/03/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.40 | 2,074.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 923955 |
|-----|-------------------------------------------|----------------------|
|     | Client/Matter No. 60810-0001              | July 19, 2022 |
|     |                                           | Page 4 |

| <u>DATE</u> | <u>INITIALS</u> | <u>Description</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|----------|-------------|-------|--------|
| 06/03/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 0.70 | 472.50 |
| 06/03/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 2.20 | 1,485.00 |
| 06/03/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION ISSUES | 0.10 | 61.00 |
| 06/03/22 | ADL | ATTEND MEET AND CONFER WITH INSURERS | 0.60 | 366.00 |
| 06/03/22 | JRA | FURTHER EMAILS (.2) AND T/C'S (.4) WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.60 | 411.00 |
| 06/06/22 | WU | CALL WITH A. DE LEO RE: CASE ISSUES AND STRATEGY | 0.20 | 175.00 |
| 06/06/22 | WU | CONFERENCE CALL WITH CO-COUNSEL RE: INSURANCE LITIGATION ISSUES AND STRATEGY | 0.50 | 437.50 |
| 06/06/22 | JRA | FURTHER EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM STRATEGY | 0.30 | 205.50 |
| 06/06/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.10 | 1,281.00 |
| 06/06/22 | JRA | RESEARCH REGARDING POTENTIAL ESTATE CLAIM | 1.00 | 685.00 |
| 06/06/22 | ADL | REVIEW DOCUMENTS AND EMAILS RE: MARSH DEPOSITION | 1.50 | 915.00 |
| 06/06/22 | ADL | EMAIL THIRD PARTY COUNSEL RE: TOLLING ISSUES | 0.10 | 61.00 |
| 06/06/22 | JRA | T/C WITH A. CRAWFORD, A. DELEO AND W. USATINE RE INSURANCE ADVERSARY STRATEGY | 0.60 | 411.00 |
| 06/06/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 06/06/22 | ADL | EMAIL K. PORTER RE: INSURANCE CLAIM ISSUES | 0.10 | 61.00 |
| 06/06/22 | PJR | REVIEW AND ANALYZE DOCUMENTS RE: THIRD PARTY CLAIMS | 1.20 | 810.00 |
| 06/06/22 | ADL | CALL WITH UCC TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.50 | 305.00 |
| 06/06/22 | JRA | EMAILS WITH K. NOLLEY AND A. DELEO RE MEET AND CONFER | 0.20 | 137.00 |
| 06/06/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 06/06/22 | ADL | CALL WITH W. USATINE RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 06/06/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.30 | 205.50 |
| 06/06/22 | ADL | EMAIL RS TEAM RE: INSURANCE LITIGATION DEPOSITIONS | 0.10 | 61.00 |
| 06/06/22 | ADL | CALL WITH THIRD PARTY COUNSEL RE: TOLLING ISSUES | 0.40 | 244.00 |
| 06/06/22 | ADL | EMAIL W. USATINE RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 06/06/22 | ADL | EMAILS DEBTORS AND AHC TEAMS RE: TOLLING ISSUES | 0.20 | 122.00 |
| 06/07/22 | ADL | CALLS WITH A. GASKE RE: INSURANCE POLICY STIPULATION ISSUES | 0.30 | 183.00 |
| 06/07/22 | ADL | CALL WITH D. OTTAUNICK AND J. CLARE RE: INSURANCE CLAIMS RESEARCH AND ANALYSIS | 0.50 | 305.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number  923955 | |
| | Client/Matter No. 60810-0001 | | July 19, 2022 | |
| | | | Page 5 | |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/07/22 | ADL | REVISE TOLING AMENDMENT RE: ESTATE CLAIMS | 0.10 | 61.00 |
| 06/07/22 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.60 | 1,586.00 |
| 06/07/22 | ADL | CALL WITH P. STROM AND M. FITZPATRICK RE: INSURANCE CLAIMS RESEARCH | 0.30 | 183.00 |
| 06/07/22 | ADL | EMAILS WITH UCC TEAM RE: ESTATE CLAIM ISSUES | 0.20 | 122.00 |
| 06/07/22 | JPC | CALL WITH CO-COUNSEL A. DELEO AND D. OTTAUNICK RE: INSURANCE CLAIMS RESEARCH AND ANALYSIS | 0.50 | 332.50 |
| 06/07/22 | ADL | CALL WITH K. PORTER RE: TOLLING ISSUE | 0.10 | 61.00 |
| 06/07/22 | DAO | CALL RE: INSURANCE CLAIMS RESEARCH AND ANALYSIS | 0.50 | 387.50 |
| 06/07/22 | ADL | EMAIL K. PORTER RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/07/22 | PTS | CALL WITH A. DE LEO AND M. FITZPATRICK RE INSURANCE LITIGATION ISSUES | 0.30 | 90.00 |
| 06/07/22 | JRA | T/C'S WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.50 | 342.50 |
| 06/07/22 | JRA | RESEARCH RE POTENTIAL ESTATE CLAIM (.6); EMAILS WITH A. DELEO AND M. HURLEY RE SAME (.5) | 1.10 | 753.50 |
| 06/07/22 | JRA | CONTINUED REVIEW OF DEP OUTLINES | 0.30 | 205.50 |
| 06/07/22 | ADL | REVIEW DRAFT SCHEDULES TO INSURANCE POLICY STIPULATIONS | 1.80 | 1,098.00 |
| 06/07/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 06/07/22 | MEF | CALL W/ A. DE LEO AND P. STROM RE: PURDUE INSURANCE LITIGATION | 0.30 | 90.00 |
| 06/07/22 | ADL | REVIEW EMAILS FROM INSURERS RE: 30(B)(6) DEPOSITION | 0.10 | 61.00 |
| 06/08/22 | ADL | CALL WITH UCC TEAM RE: INSURANCE LITIGATION DEPOSITIONS | 0.20 | 122.00 |
| 06/08/22 | MEF | CALL W/ P. STROM RE: COMPLAINT REVIEW FOR PURDUE INSURANCE LITIGATION | 0.20 | 60.00 |
| 06/08/22 | PTS | DOCUMENT REVIEW RE INSURANCE LITIGATION ANALYSIS/STRATEGY | 1.60 | 480.00 |
| 06/08/22 | WU | REVIEW DEPOSITION PROTOCOLS AND COMMENTS TO SAME | 0.30 | 262.50 |
| 06/08/22 | MEF | CALL W/ GILBERT, REED SMITH, AND VENABLE RE: STRATEGY FOR MARSH (O'CONNOR) DEPOSITION | 1.80 | 540.00 |
| 06/08/22 | PTS | CALL WITH M. FITZPATRICK RE INSURANCE LITIGATION RESEARCH | 0.20 | 60.00 |
| 06/08/22 | ADL | CALL WITH THIRD PARTY COUNSEL RE: TOLLING ISSUE | 0.10 | 61.00 |
| 06/08/22 | ADL | EMAIL THIRD PARTY COUNSEL RE: TOLLING AGREEMENT | 0.10 | 61.00 |
| 06/08/22 | WU | REVIEW EMAILS RE: DOCUMENT PRODUCTION ISSUES AND STATUS | 0.20 | 175.00 |
| 06/08/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.80 | 1,708.00 |
| 06/08/22 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION DEPOSITION ISSUES | 0.10 | 61.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  923955
       Client/Matter No. 60810-0001                                           July 19, 2022
                                                                                      Page 6

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/08/22 | ADL | REVIEW AND COMENT ON INSURANCE LITIGATION DEPOSITION PROTOCOL | 0.80 | 488.00 |
| 06/08/22 | ADL | EMAIL AKIN TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/08/22 | ADL | ATTEND MARSH DEPOSITION PREPARATION SESSION | 1.80 | 1,098.00 |
| 06/08/22 | ADL | EMAIL UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/08/22 | MEF | CALL W/ A. DE LEO AND P. STROM RE: PURDUE INSURANCE LITIGATION | 0.20 | 60.00 |
| 06/08/22 | MEF | REVIEW COMPLAINTS FILED AGAINST PURDUE FOR UPCOMING INSURANCE LITIGATION/DEPOSITIONS | 3.50 | 1,050.00 |
| 06/08/22 | ADL | REVIEW TOLLING AGREEMENT | 0.10 | 61.00 |
| 06/08/22 | JRA | EMAILS WITH P. BREENE AND A. CRAWFORD RE INSURANCE ADVERSARY | 0.30 | 205.50 |
| 06/08/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.50 | 342.50 |
| 06/08/22 | ADL | EMAIL DEBTORS AND AHC RE: TOLLING ISSUES | 0.10 | 61.00 |
| 06/08/22 | PTS | CALLS WITH A. DE LEO RE INSURANCE LITIGATION RESEARCH | 0.40 | 120.00 |
| 06/08/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.30 | 2,013.00 |
| 06/08/22 | JRA | EMAILS WITH A. DELEO AND GILBERT RE INSURANCE ADVERSARY STRATEGY | 0.30 | 205.50 |
| 06/09/22 | PTS | DOCUMENT REVIEW RE INSURANCE LITIGATION ISSUES | 1.30 | 390.00 |
| 06/09/22 | ADL | INSURANCE CLAIMS RESEARCH | 4.50 | 2,745.00 |
| 06/09/22 | ADL | EMAIL UCC TEAM RE: TOLLING ISSUE | 0.10 | 61.00 |
| 06/09/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.20 | 1,342.00 |
| 06/09/22 | MEF | REVIEW COMPLAINTS FILED AGAINST PURDUE FOR UPCOMING INSURANCE LITIGATION/DEPOSITIONS | 2.20 | 660.00 |
| 06/09/22 | ADL | CALL WITH M. FITZPATRICK RE: ISNURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/09/22 | ADL | REVIEW MARK UP OF DEPOSITION PROTOCOL FOR INSURANCE ADVESARY (.1); EMAIL A. CRAWFORD RE: SAME (.1) | 0.20 | 122.00 |
| 06/09/22 | JRA | EMAILS WITH A. DELEO, GILBERT AND REED SMITH RE INSURANCE ADVERSARY | 0.40 | 274.00 |
| 06/09/22 | JRA | EMAILS (.3) AND T/C'S (.3) WITH M. HURLEY, K. PORTER AND A. DELEO RE POTENTIAL ESTATE CLAIM ISSUE | 0.60 | 411.00 |
| 06/09/22 | ADL | CALL WITH P. STROM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/09/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 06/09/22 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 61.00 |
| 06/09/22 | ADL | CALL WITH A. CRAWFORD RE: INSURANCE DEPOSITION PROTOCOL | 0.10 | 61.00 |
| 06/09/22 | MEF | CALL W/ A. DE LEO RE: PURDUE INSURANCE LITIGATION AND UPCOMING DEPOSITIONS | 0.10 | 30.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS        Invoice Number  923955
        Client/Matter No. 60810-0001        July 19, 2022
        Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 06/09/22 | ADL | CALL WITH THIRD PARTY COUNSEL RE: TOLLING ISSUE | 0.20 | 122.00 |
| 06/10/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.90 | 2,379.00 |
| 06/10/22 | ADL | EMAILS WITH PLAINTIFFS TEAMS RE: INSURANCE LITIGATION DEPOSITION PROTOCOL | 0.10 | 61.00 |
| 06/10/22 | JRA | FURTHER EMAILS WITH A. DELEO RE ESTATE CLAIM | 0.40 | 274.00 |
| 06/10/22 | MEF | REVIEW COMPLAINTS FILED AGAINST PURDUE FOR UPCOMING INSURANCE LITIGATION/DEPOSITIONS | 0.80 | 240.00 |
| 06/10/22 | WU | REVIEW MATERIALS RELATING TO UPCOMING DEPOSITIONS | 0.50 | 437.50 |
| 06/10/22 | WU | REVIEW AND RESPOND TO EMAILS RE: DEPOSITION PROTOCOLS LOGISTICS | 0.20 | 175.00 |
| 06/10/22 | ADL | CALL WITH THIRD PARTY COUNSEL RE: TOLLING ISSUE | 0.20 | 122.00 |
| 06/11/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM AND TOLLING | 0.50 | 342.50 |
| 06/13/22 | WU | REVIEW EMAILS AND OUTLINES RE: DEPOSITION PREPARATION | 0.50 | 437.50 |
| 06/13/22 | JRA | EMAILS (.3) AND T/C'S (.2) WITH A. DELEO AND M. HURLEY RE POTENTIAL ESTATE CLAIM | 0.50 | 342.50 |
| 06/13/22 | JRA | T/C WITH A. PREIS RE APPEALS | 0.20 | 137.00 |
| 06/13/22 | ADL | EMAIL RS TEAM RE: MARSH DEPOSITION | 0.10 | 61.00 |
| 06/13/22 | ADL | REVIEW TOLLING AMENDMENT; EMAIL DEBTORS' COUNSEL AND AHC COUNSEL RE: SAME | 0.40 | 244.00 |
| 06/13/22 | ADL | EMAIL UCC TEAM RE: TOLLING ISSUES | 0.10 | 61.00 |
| 06/13/22 | ADL | INSURANCE CLAIMS RESEARCH | 4.70 | 2,867.00 |
| 06/13/22 | JRA | ANALYZE ADDITIONAL DISCOVERY RESEARCH | 0.80 | 548.00 |
| 06/13/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 06/13/22 | ADL | CALL WITH A. CRAWFORD RE: MARSH DEPOSITION | 0.10 | 61.00 |
| 06/13/22 | ADL | ATTEND MARSH DEPOSITION PREPARATION CALL | 0.50 | 305.00 |
| 06/13/22 | ADL | CALL WITH P. STROM RE: MARSH DEPOSITION | 0.10 | 61.00 |
| 06/13/22 | PTS | CALL RE O'CONNOR DEPOSITION PREP | 0.50 | 150.00 |
| 06/13/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.10 | 1,891.00 |
| 06/14/22 | JRA | EMAILS WITH A. DELEO AND A. CRAWFORD R RE DISCOVERY ISSUES | 0.70 | 479.50 |
| 06/14/22 | MEF | ATTEND RYAN O'CONNOR DEPOSITION FOR INSURANCE LITIGATION | 6.10 | 1,830.00 |
| 06/14/22 | ADL | ATTEND MARSH DEPOSITION | 8.30 | 5,063.00 |
| 06/14/22 | ADL | REVIEW 30(B)(6) DEPOSITION OUTLINE | 0.70 | 427.00 |
| 06/14/22 | ADL | REVIEW DOCUMENTS AND EMAILS AND OTHERWISE PREPARE FOR MARSH DEPOSITION | 1.80 | 1,098.00 |
| 06/15/22 | JRA | FURTHER EMAILS WITH A. CRAWFORD AND A. DELEO RE DRAFT DISCOVERY RESPONSE LETTER | 0.20 | 137.00 |
| 06/15/22 | MEF | REVIEW AND EDITS NOTES FROM O'CONNOR DEPOSITION AND EMAIL W/ A. DE LEO RE: SAME | 1.40 | 420.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  923955 |
|---|---|---|
|  | Client/Matter No. 60810-0001 | July 19, 2022 |
|  |  | Page 8 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/15/22 | ADL | REVIEW DRAFT RESPONSE TO INSURANCE DISCOVERY LETTER | 0.80 | 488.00 |
| 06/15/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.30 | 1,403.00 |
| 06/15/22 | PTS | DOCUMENT REVIEW RE ANALYSIS FOR INSURANCE LITIGATION | 1.90 | 570.00 |
| 06/16/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.90 | 549.00 |
| 06/16/22 | ADL | EMAIL A. CRAWFORD RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/16/22 | ADL | CALL WITH UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.60 | 366.00 |
| 06/16/22 | ADL | CALL WITH P. STROM AND M. FITZPATRICK RE: INSURANCE CLAIMS RESEARCH | 0.30 | 183.00 |
| 06/16/22 | MEF | INSURANCE LITIGATION CALL W/ P. STROM AND DE LEO RE: COMPLAINT REVIEW TO DATE | 0.30 | 90.00 |
| 06/16/22 | MEF | REVIEW COMPLAINTS FILED AGAINST PURDUE FOR UPCOMING INSURANCE LITIGATION/DEPOSITIONS | 1.40 | 420.00 |
| 06/16/22 | PTS | REVIEW PREPETITION LITIGATION RE ANALYSIS OF INSURANCE CLAIMS | 2.90 | 870.00 |
| 06/16/22 | ADL | INSURANCE CLAIMS RESEARCH | 4.60 | 2,806.00 |
| 06/16/22 | JRA | REVIEW DISCOVERY RESPONSE LETTER | 0.20 | 137.00 |
| 06/16/22 | JRA | EMAILS (.4) AND T/C'S (.3) WITH A. DELEO AND A. CRAWFORD RE INSURANCE DISCOVERY AND DEPOSITIONS | 0.70 | 479.50 |
| 06/17/22 | JRA | EMAILS WITH A. DELEO, GILBERT AND L. SZYMANSKI RE DISCOVERY AND DEPOSITIONS | 0.50 | 342.50 |
| 06/17/22 | ADL | CALL WITH K. PORTER RE: DISCOVERY ISSUE | 0.20 | 122.00 |
| 06/17/22 | ADL | CALLS WITH UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.70 | 427.00 |
| 06/17/22 | ADL | INITIAL PREPARATION OF MEMORANDUM RE: INSURANCE CLAIMS RESEARCH | 4.40 | 2,684.00 |
| 06/17/22 | ADL | EMAIL UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/17/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 1.00 | 610.00 |
| 06/18/22 | JRA | FURTHER EMAILS (.3) AND T/C'S (.3) WITH A. DELEO RE INSURANCE ADVERSARY | 0.60 | 411.00 |
| 06/18/22 | JRA | EMAILS WITH A. DELEO RE INSURANCE ADVERSARY STRATEGY | 0.30 | 205.50 |
| 06/20/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |
| 06/20/22 | JZD | REVIEW MEMO RE: INSURANCE CLAIMS RESEARCH | 0.60 | 180.00 |
| 06/20/22 | JRA | EMAILS (.2) AND T/C (.2) WITH A. DELEO RE INSURANCE ADVERSARY STRATEGY | 0.40 | 274.00 |
| 06/20/22 | ADL | EMAIL CS TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/20/22 | ADL | CALL WITH CS TEAM RE: INSURANCE CLAIMS RESEARCH | 0.40 | 244.00 |
| 06/20/22 | JZD | CALL W/ COLE SCHOTZ TEAM RE: INSURANCE CLAIMS RESEARCH | 0.40 | 120.00 |
| 06/20/22 | ADL | EMAIL UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  923955 |
|---|---|---|
| | Client/Matter No. 60810-0001 | July 19, 2022 |
| | | Page 9 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/20/22 | PTS | CALLS WITH A. DE LEO RE INSURANCE CLAIMS RESEARCH | 0.30 | 90.00 |
| 06/20/22 | MEF | REVIEW AKIN INSURANCE LITIGATION REVIEW MEMO AND SAMPLE COMPLAINT FOR ISSUE TAGGING | 0.60 | 180.00 |
| 06/20/22 | JRA | FURTHER EMAILS WITH A. DELEO RE DEPS AND DISCOVERY | 0.30 | 205.50 |
| 06/20/22 | MEF | CALL W/ COLE SCHOTZ TEAM RE: INSURANCE CLAIMS RESEARCH | 0.40 | 120.00 |
| 06/20/22 | ADL | INSURANCE CLAIMS RESEARCH | 5.70 | 3,477.00 |
| 06/20/22 | PTS | CALL WITH COLE SCHOTZ TEAM RE INSURANCE CLAIMS RESEARCH | 0.40 | 120.00 |
| 06/20/22 | IRP | CALL WITH CS TEAM RE: INS CLAIM | 0.60 | 234.00 |
| 06/21/22 | ADL | REVIEW DCOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.80 | 1,098.00 |
| 06/21/22 | JZD | CALL W/ AKIN TEAM RE: DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS (.8); FOLLOW UP CALLS W/ COLE SCHOTZ TEAM RE: SAME (3 X .1) | 1.10 | 330.00 |
| 06/21/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.60 | 1,586.00 |
| 06/21/22 | IRP | BEGAN DOC REVIEW IN PREP FOR DEBTOR 30(B)(6) | 2.20 | 858.00 |
| 06/21/22 | IRP | CS AKIN CALL RE DOC REVIEW IN PREP FOR DEBTOR 30(B)(6) | 0.90 | 351.00 |
| 06/21/22 | MEF | CALL W/ AKIN AND COLE SCHOTZ TEAMS RE: PURDUE INSURANCE LITIGATION UPCOMING 30(B)(6) DEPOSITION PREP | 0.80 | 240.00 |
| 06/21/22 | MEF | CALLS W/ COLE SCHOTZ TEAM RE REVIEWING COMPLAINTS IN PREPARATION FOR 30(B)(6) DEPOSITION (5 X .1) | 0.50 | 150.00 |
| 06/21/22 | ADL | REVIEW MEMORANDUM AND ANCILLARY DOCUMENTS RE: INSURANCE CLAIMS RESARCH | 3.20 | 1,952.00 |
| 06/21/22 | MEF | REVIEW COMPLAINTS FILED AGAINST PURDUE BY STATES IN PREPARATION FOR UPCOMING 30(B)(6) DEPOSITION IN PURDUE INSURANCE LITIGATION ADVERSARY | 1.30 | 390.00 |
| 06/21/22 | ADL | CALL WITH CS TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/21/22 | PTS | REVIEW MEMO RE DOCUMENT REVIEW FOR INSURANCE 30(B)(6) | 0.60 | 180.00 |
| 06/21/22 | PTS | CALLS WITH COLE SCHOTZ TEAM RE DOCUMENT REVIEW FOR INSURANCE 30(B)(6) | 0.30 | 90.00 |
| 06/21/22 | IRP | CS INTERNAL FOLLOW UP CALL RE DOC REVIEW IN PROPER FOR DEBTOR 30(B)(6) DEPO | 0.10 | 39.00 |
| 06/21/22 | JZD | DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 3.50 | 1,050.00 |
| 06/21/22 | ADL | CALL WITH UCC TEAM RE: INSURANCE CLAIMS RESEARCH PROJECT | 0.80 | 488.00 |
| 06/21/22 | PTS | CALL WITH AKIN AND CS TEAMS RE DOCUMENT REVIEW FOR INSURANCE 30(B)(6) | 0.80 | 240.00 |
| 06/22/22 | JZD | DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 5.50 | 1,650.00 |

COLE SCHOTZ P.C.

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  923955
           Client/Matter No. 60810-0001                                              July 19, 2022
                                                                                        Page 10

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/22/22 | PTS | DOCUMENT REVIEW IN PREPARATION FOR 30(B)(6) IN INSURANCE LITIGATION | 1.70 | 510.00 |
| 06/22/22 | IRP | CONTINUED DOC REVIEW IN PREP FOR DEBTOR 30(B)(6) | 10.40 | 4,056.00 |
| 06/22/22 | ADL | INSURANCE CLAIMS RESEARCH | 5.90 | 3,599.00 |
| 06/22/22 | JRA | REVIEW REDLINED DEP PROTOCOL (.2); EMAILS WITH A. DELEO AND N. CRAMB RE SAME (.1) | 0.30 | 205.50 |
| 06/22/22 | JZD | CALL W/ A. DELEO RE: DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 0.10 | 30.00 |
| 06/22/22 | ADL | REVIEW DRAFT 30(B)96) NOTICE IN INSURANCE LITIGATION | 0.40 | 244.00 |
| 06/22/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 1.60 | 480.00 |
| 06/23/22 | JZD | CONFERENCE CALL W/ CS TEAM RE: DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 0.20 | 60.00 |
| 06/23/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 4.40 | 1,320.00 |
| 06/23/22 | MEF | CALL W/ COMPLAINT REVIEW TEAM (A. DE LEO, P. STROM, J. DOUGHERTY, I. PHILLIPS) RE REVIEW PROGRESS UPDATES | 0.30 | 90.00 |
| 06/23/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 1.70 | 1,037.00 |
| 06/23/22 | ADL | REVIEW EMAILS RE: DEPOSITION PROTOCOL IN INSURANCE LITIGATION | 0.20 | 122.00 |
| 06/23/22 | PTS | DOCUMENT REVIEW RE INSURANCE 30(B)(6) | 2.70 | 810.00 |
| 06/23/22 | IRP | CONTINUED DOC REVIEW IN PREP FOR DEBTOR 30(B)(6) | 7.00 | 2,730.00 |
| 06/23/22 | ADL | MEET WITH CS TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/23/22 | ADL | INSURANCE CLAIMS RESEARCH | 6.30 | 3,843.00 |
| 06/23/22 | PTS | DOCUMENT REVIEW RE INSURANCE 30(B)(6) | 2.10 | 630.00 |
| 06/23/22 | PTS | DOCUMENT REVIEW RE INSURANCE 30(B)(6) | 1.70 | 510.00 |
| 06/23/22 | JZD | DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 2.50 | 750.00 |
| 06/24/22 | PTS | DOCUMENT REVIEW FOR INSURANCE 30(B)(6) | 1.60 | 480.00 |
| 06/24/22 | PTS | CALL WITH A. DE LEO RE INSURANCE DOCUMENT REVIEW | 0.10 | 30.00 |
| 06/24/22 | JRA | ANALYZE REVISED 30(B)(6) OUTLINE (.4) AND EMAILS WITH L. SZYMANSKI AND A. DELEO RE SAME (.3) | 0.70 | 479.50 |
| 06/24/22 | ADL | EMAIL UCC TEAM RE: DEPOSITION IN INSURANCE LITIGATION | 0.10 | 61.00 |
| 06/24/22 | IRP | CONTINUED DOC REVIEW IN PREP FOR DEBTOR 30(B)(6) | 9.30 | 3,627.00 |
| 06/24/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 5.40 | 1,620.00 |
| 06/24/22 | ADL | EMAILS WITH PLAINTIFFS' TEAMS RE: DEPOSITION ISSUES | 0.20 | 122.00 |
| 06/24/22 | ADL | EMAIL CS TEAM RE: INSURANCE DEPOSITION ISSUES | 0.10 | 61.00 |
| 06/24/22 | ADL | CALL WITH A. CRAWFORD RE: DEPOSITION ISSUES | 0.10 | 61.00 |
| 06/24/22 | ADL | CALL WITH P. STROM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/24/22 | ADL | INSURANCE CLAIMS RESEARCH | 6.10 | 3,721.00 |
| 06/24/22 | ADL | REVIEW DRAFT RESPONSE TO INSURERS RE: DEPOSITION PROTOCOL | 0.20 | 122.00 |

**COLE SCHOTZ P.C.**

Re:       OFFICIAL COMMITTEE OF UNSECURED CREDITORS       Invoice Number  923955
           Client/Matter No. 60810-0001                        July 19, 2022
                                                                Page 11

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 06/25/22 | JZD | DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 4.80 | 1,440.00 |
| 06/25/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 2.20 | 660.00 |
| 06/26/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 3.20 | 960.00 |
| 06/27/22 | ADL | INITIAL REVIEW OF REVISED DRAFT OF 30(B)(6) DEPOSITION OUTLINE | 0.80 | 488.00 |
| 06/27/22 | IRP | CONTINUED DOC REVIEW IN PREP FOR DEBTOR 30(B)(6) | 7.30 | 2,847.00 |
| 06/27/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.40 | 1,464.00 |
| 06/27/22 | JZD | DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 1.80 | 540.00 |
| 06/27/22 | ADL | EMAILS WITH UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.50 | 305.00 |
| 06/27/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.80 | 1,098.00 |
| 06/27/22 | ADL | CONTINUE INSURANCE CLAIMS RESEARCH | 3.10 | 1,891.00 |
| 06/27/22 | ADL | EMAIL CS TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 06/27/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP (2.1, 1.4, 1.1, 1.5, .7, .6) | 7.40 | 2,220.00 |
| 06/27/22 | PTS | DOCUMENT REVIEW FOR INSURANCE 30(B)(6) | 2.50 | 750.00 |
| 06/28/22 | ADL | CONTINUE INSURANCE CLAIMS RESEARCH | 4.00 | 2,440.00 |
| 06/28/22 | IRP | FINISHED UP REVIEWING ASSIGNED DOCS FOR DOC REVIEW | 1.10 | 429.00 |
| 06/28/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 0.60 | 180.00 |
| 06/28/22 | ADL | INSURANCE CLAIMS RESEARCH | 5.20 | 3,172.00 |
| 06/29/22 | ADL | REVIEW CASE STATUS REPORT IN INSURANCE LITIGATION | 0.10 | 61.00 |
| 06/29/22 | JRA | EMAILS WITH A. DELEO, P. BREENE AND A. KRAMER RE CASE STATUS REPORT | 0.30 | 205.50 |
| 06/29/22 | IRP | UPDATED TAGS ON DOCUMENT REVIEW PROJECT | 2.20 | 858.00 |
| 06/29/22 | JZD | DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 2.10 | 630.00 |
| 06/29/22 | ADL | INSURANCE CLAIMS RESEARCH | 5.70 | 3,477.00 |
| 06/29/22 | ADL | CONTINUE INSURANCE CLAIMS RESEARCH | 2.90 | 1,769.00 |
| 06/29/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 1.30 | 390.00 |
| 06/30/22 | JRA | REVIEW CONSULTANT ENGAGEMENT LETTER | 0.20 | 137.00 |
| 06/30/22 | JRA | RESEARCH RE POTENTIAL ESTATE CLAIM | 0.40 | 274.00 |
| 06/30/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 1.90 | 1,159.00 |
| 06/30/22 | JRA | EMAILS WITH A. PREIS AND A. DELEO RE CASE STATUS REPORT | 0.20 | 137.00 |
| 06/30/22 | MEF | CALL W/ A. DE LEO RE: INSURANCE CLAIMS RESEARCH | 0.20 | 60.00 |
| 06/30/22 | ADL | REVIEW EMAILS RE: REVISED SCHEDULING ORDER IN INSURANCE ADVERSARY PROCEEDING | 0.20 | 122.00 |
| 06/30/22 | JRA | EMAILS WITH A. DELEO AND A. CRAWFORD RE NOTICE TO INSURERS | 0.30 | 205.50 |

**COLE SCHOTZ P.C.**

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  923955
           Client/Matter No. 60810-0001                                             July 19, 2022
                                                                                         Page 12

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 06/30/22 | JRA | REVIEW REDLINED OUTLINE TOPICS FOR DEPS AND COMMENT ON SAME | 0.40 | 274.00 |
| 06/30/22 | ADL | RETURN CREDITOR CALL | 0.10 | 61.00 |
| 06/30/22 | ADL | REVIEW COMMENTS TO CASE STATUS REPORT IN INSURANCE ADVERSARY PROCEEDING AND RELATED EMAILS | 0.20 | 122.00 |
| 06/30/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.20 | 1,952.00 |
| 06/30/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 2.10 | 630.00 |
| 06/30/22 | ADL | REVIEW EMAILS RE: INSURANCE POLICY STIPULATIONS | 0.10 | 61.00 |
| 06/30/22 | ADL | CALL WITH M. FITZPATRICK RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**                                    **4.10      2,541.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 06/14/22 | JRA | EMAILS WITH LM, A. DELEO, E. LISOVICZ AND A. PREIS RE TOMORROW'S HEARING | 0.40 | 274.00 |
| 06/15/22 | JRA | ATTEND HEARING | 1.20 | 822.00 |
| 06/15/22 | JRA | FURTHER EMAILS WITH A. DELEO RE TODAY'S HEARING | 0.30 | 205.50 |
| 06/15/22 | JRA | PREPARE FOR TODAY'S HEARING | 0.50 | 342.50 |
| 06/15/22 | ADL | ATTEND 6-15 HEARING | 1.20 | 732.00 |
| 06/15/22 | LSM | ASSIST WITH HEARING PREPARATIONS FOR JUNE 15, 2022 HEARING | 0.50 | 165.00 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS**                              **7.00      4,795.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 06/02/22 | JRA | EMAILS (.3) AND CONFER (.5) WITH A. DELEO RE DEPOSITIONS FOR INSURANCE ADVERSARY | 0.80 | 548.00 |
| 06/03/22 | JRA | EMAILS WITH A. CRAWFORD AND A. DELEO RE INSURANCE DEPS | 0.30 | 205.50 |
| 06/03/22 | JRA | REVIEW DRAFT DEP OUTLINE | 0.30 | 205.50 |
| 06/04/22 | JRA | EMAILS WITH A. DELEO, W. USATINE AND A. CRAWFORD RE INSURANCE ADVERSARY AND DEPS FOR SAME | 0.50 | 342.50 |
| 06/06/22 | JRA | EMAILS WITH A. DELEO RE DEPS | 0.10 | 68.50 |
| 06/06/22 | JRA | FURTHER EMAILS WITH A. DELEO AND A. CRAWFORD RE DEPS | 0.50 | 342.50 |
| 06/06/22 | JRA | T/C'S WITH A. DELEO RE DEPS AND POTENTIAL ESTATE CLAIM | 0.30 | 205.50 |
| 06/08/22 | JRA | EMAILS WITH A. DELEO RE DEPS | 0.40 | 274.00 |
| 06/08/22 | JRA | FURTHER EMAILS (.3) AND T/C'S (.2) WITH A. CRAWFDORD AND A. DELEO RE DEPOSITIONS | 0.50 | 342.50 |
| 06/10/22 | JRA | EMAILS WITH A. DELEO AND C. SORENSEN RE DEPS | 0.30 | 205.50 |
| 06/10/22 | JRA | REVIEW PROPOSED DRAFT DEP PROTOCOL (.5) AND EMAILS WITH A. DELEO AND A. CRAWFORD RE SAME (.2) | 0.70 | 479.50 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  923955
         Client/Matter No. 60810-0001                                                                 July 19, 2022
                                                                                                                        Page 13

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/13/22 | JRA | EMAILS WITH A. DELEO RE DEPS | 0.40 | 274.00 |
| 06/15/22 | JRA | REVIEW O'CONNOR DEP SUMMARY | 0.20 | 137.00 |
| 06/16/22 | JRA | EMAILS (.3) AND T/C'S (.3) RE DEP LOGISTICS | 0.60 | 411.00 |
| 06/18/22 | JRA | EMAILS WITH L. SYZMANSKI AND A. CRAWFORD RE DEPS | 0.20 | 137.00 |
| 06/22/22 | JRA | REVIEW AND COMMENT ON DRAFT 30(B)(6) OUTLINE | 0.60 | 411.00 |
| 06/22/22 | JRA | FURTHER EMAILS WITH A. DELEO AND R. LEVERIDGE RE DEP OUTLINES | 0.30 | 205.50 |

                                                                 TOTAL HOURS     351.30


PROFESSIONAL SERVICES:                                                                $178,231.00
COURTESY DISCOUNT:                                                                  $(17,823.10)
ADJUSTED PROFESSIONAL SERVICES:                                              $160,407.90


**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Alberto, Justin | Member | 33.90 | 685.00 | 23,221.50 |
| De Leo, Anthony | Associate | 164.50 | 610.00 | 100,345.00 |
| Donald A. Ottaunick | Member | 0.50 | 775.00 | 387.50 |
| Dougherty, Jack | Associate | 22.60 | 300.00 | 6,780.00 |
| Fitzpatrick, Michael | Associate | 50.60 | 300.00 | 15,180.00 |
| Ian R. Phillips | Associate | 41.10 | 390.00 | 16,029.00 |
| Jamie P. Clare | Member | 0.50 | 665.00 | 332.50 |
| Morton, Larry | Paralegal | 1.10 | 330.00 | 363.00 |
| Patrick J. Reilley | Member | 8.70 | 675.00 | 5,872.50 |
| Peter Strom | Associate | 25.40 | 300.00 | 7,620.00 |
| Warren Usatine | Member | 2.40 | 875.00 | 2,100.00 |
| | **Total** | **351.30** | | **$178,231.00** |

**<u>EXHIBIT D</u>**

**EXPENSE SUMMARY**
**<u>JUNE 1, 2022 THROUGH JUNE 30, 2022</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | Court Solutions | $27.53 |
| Online Research | WestLaw | $3.00 |
| Photocopy/Printing/Scanning | | $2.70 |
| Depositions Transcripts | Veritext | $933.70 |
| **TOTAL** | | **$966.93** |

**<u>EXHIBIT E</u>**

**<u>Expense Detail</u>**

**COLE SCHOTZ P.C.**

Re:       OFFICIAL COMMITTEE OF UNSECURED CREDITORS              Invoice Number  923955
              Client/Matter No. 60810-0001                                  July 19, 2022
                                                                         Page 14

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 05/25/22 | CONFERENCE CALL | 160.00 | 8.97 |
| 05/27/22 | CONFERENCE CALL | 93.00 | 5.21 |
| 06/06/22 | CONFERENCE CALL | 187.00 | 10.49 |
| 06/06/22 | CONFERENCE CALL | 51.00 | 2.86 |
| 06/08/22 | Photocopy /Printing/ Scanning | 2.00 | 0.20 |
| 06/08/22 | Photocopy /Printing/ Scanning | 25.00 | 2.50 |
| 06/17/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 06/29/22 | DEPOSTIONS TRANSCRIPTS | 1.00 | 933.70 |
| | **Total** | | **$966.93** |

TOTAL SERVICES AND COSTS:          $     161,374.83