**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### THIRTY-THIRD MONTHLY FEE AND EXPENSE STATEMENT OF PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*, FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022

| | |
|---|---|
| **Name of Applicant:** | **Province, LLC**[2]<br>Financial Advisor to the Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | June 1, 2022 through and including June 30, 2022 |
| Fees Incurred: | $402,099.38[3] |
| Less 20% Holdback: | $80,419.88 |
| Fees Requested in this Statement: | $321,679.50 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested in This Statement: | $321,679.50 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from June 1, 2022 through June 30, 2022 reflect a voluntary discount of $21,163.10.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors"), hereby submits its Thirty-Third Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of June 1, 2022 through June 30, 2022 (the "Statement Period") for (i) compensation in the amount of $321,679.50 for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $402,099.38) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $0.00.

## **Itemization of Services Rendered and Expenses Incurred**

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

- Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were (a) $663.63/hour for all Timekeepers, and (b) $665.16/hour for all professionals.[4]

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $32,923.68.

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

### Total Fees and Expenses Sought for The Statement Period

2.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Fees | $402,099.38 |
|------|------------|
| Disbursements | $0.00 |
| **Total** | **$402,099.38** |

### Notice and Objection Procedures

3.      Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on October 7, 2022 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5.      If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6.      If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$321,679.50** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: September 23, 2022

By:    */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**<u>EXHIBIT A</u>**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## DURING COMPENSATION PERIOD
## <u>JUNE 1, 2022 THROUGH JUNE 30, 2022</u>

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 80.4 | $61,305.50 |
| Claims Analysis and Objections | 105.4 | $60,155.00 |
| Committee Activities | 26.2 | $21,830.50 |
| Court Filings | 4.0 | $2,740.00 |
| Court Hearings | 2.4 | $2,046.00 |
| Fee/Employment Applications | 5.2 | $2,838.50 |
| Litigation | 347.3 | $229,158.50 |
| Plan and Disclosure Statement | 66.9 | $43,188.50 |
| **Subtotal** | **637.8** | **$423,262.50** |
| **Voluntary Discount** | | **($21,163.13)** |
| **Grand Total** | **637.8** | **$402,099.38** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,025 | 91.5 | $93,787.50 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $840 | 13.1 | $11,004.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $830 | 52.1 | $43,243.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $680 | 55.7 | $37,876.00 |
| Christian Klawunder, CFA | Vice President - Investment banking. | $580 | 179.7 | $104,226.00 |
| James Bland | Vice President - Financial analysis and management consulting since 2016. | $580 | 10.2 | $5,916.00 |
| Joshua Williams | Vice President - Investment banking. | $580 | 136.5 | $79,170.00 |
| Raul Busto | Vice President - Data analytics. | $540 | 19.1 | $10,314.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $480 | 74.0 | $35,520.00 |
| Byron Groth | Senior Associate - Corporate restructuring. Data analytics since 2006. | $470 | 3.8 | $1,786.00 |
| | **Subtotal** | | **635.7** | **$422,842.50** |
| | **Blended Rate for Professionals** | **$665.16** | | |
| **Para Professionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | | $200 | 2.1 | $420.00 |
| | **Subtotal** | | **2.1** | **$420.00** |
| | | | Fee Statement Hours | Total Compensation |
| | **Subtotal** | | **637.8** | **$423,262.50** |
| | **Blended Rate for all Timekeepers** | **$663.63** | | |
| | **Voluntary Discount** | | | **($21,163.13)** |
| | **Grand Total** | | **637.8** | **$402,099.38** |

**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

**EXHIBIT D**

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/1/2022 | Christian Klawunder | Continued to analyze recoverability of transfers for estate causes of action analysis. | Litigation | 3.10 | 580.00 | $1,798.00 |
| 6/1/2022 | Timothy Strickler | Reviewed and updated schedule of personal injury claims. | Claims Analysis and Objections | 1.80 | 480.00 | $864.00 |
| 6/1/2022 | Christian Klawunder | Analyzed recoverability of transfers for estate causes of action analysis. | Litigation | 2.70 | 580.00 | $1,566.00 |
| 6/1/2022 | Michael Atkinson | Review financial update materials for committee | Committee Activities | 0.90 | 1,025.00 | $922.50 |
| 6/1/2022 | Christian Klawunder | Continued to create slides for presentation on estate claims analysis. | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/1/2022 | Joshua Williams | Examined discovery materials | Litigation | 3.00 | 580.00 | $1,740.00 |
| 6/1/2022 | Timothy Strickler | Continued analyzing claims by category. | Claims Analysis and Objections | 2.70 | 480.00 | $1,296.00 |
| 6/1/2022 | Michael Atkinson | Call with counsel and NAS regarding discovery issues | Litigation | 0.70 | 1,025.00 | $717.50 |
| 6/1/2022 | Joshua Williams | Reviewed Sackler communications involving 2-way claims | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/1/2022 | Christian Klawunder | Created slides for presentation on estate claims analysis. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/1/2022 | Timothy Strickler | Analyzed certain injury claims by category. | Claims Analysis and Objections | 2.80 | 480.00 | $1,344.00 |
| 6/2/2022 | Timothy Strickler | Reviewed recently filed filings related to claims. | Court Filings | 0.80 | 480.00 | $384.00 |
| 6/2/2022 | Michael Atkinson | Review and analyze analysis of causes of action against third parties for counsel | Litigation | 1.10 | 1,025.00 | $1,127.50 |
| 6/2/2022 | Eunice Min | Prepare overview of relevant TDP and plan provisions for certain creditors. | Plan and Disclosure Statement | 1.80 | 680.00 | $1,224.00 |
| 6/2/2022 | Christian Klawunder | Continued to evaluate productions from debtors for analysis of estate claims. | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/2/2022 | Joshua Williams | Reviewed email communications approving insurance coverage | Litigation | 1.80 | 580.00 | $1,044.00 |
| 6/2/2022 | Joshua Williams | Continued to examine communications related to insurance coverage | Litigation | 1.70 | 580.00 | $986.00 |
| 6/2/2022 | Christian Klawunder | Analyzed productions from debtors for analysis of estate causes of action. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/2/2022 | Joshua Williams | Reviewed production materials related to transfers | Litigation | 1.40 | 580.00 | $812.00 |
| 6/2/2022 | Michael Atkinson | Call with counsel regarding litigation issues | Litigation | 0.90 | 1,025.00 | $922.50 |
| 6/2/2022 | Timothy Strickler | Prepared schedule summarizing certain claims filed. | Claims Analysis and Objections | 2.80 | 480.00 | $1,344.00 |
| 6/2/2022 | Christian Klawunder | Continued to evaluate changes in markups of MDT and SOAF settlement docs. | Plan and Disclosure Statement | 1.40 | 580.00 | $812.00 |
| 6/2/2022 | Jason Crockett | Review of NAS motion to compel. | Committee Activities | 0.60 | 830.00 | $498.00 |
| 6/2/2022 | Christian Klawunder | Evaluated markups of MDT and SOAF settlement docs. | Plan and Disclosure Statement | 2.20 | 580.00 | $1,276.00 |
| 6/2/2022 | Christian Klawunder | Updated charts for estate causes of action analysis. | Litigation | 1.10 | 580.00 | $638.00 |
| 6/2/2022 | Timothy Strickler | Updated analysis claims by category. | Claims Analysis and Objections | 2.70 | 480.00 | $1,296.00 |
| 6/3/2022 | Joshua Williams | Examined Sackler distributions data room and discovery materials | Litigation | 1.70 | 580.00 | $986.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/3/2022 | Michael Atkinson | Call with counsel regarding required updates on tracing analysis | Litigation | 0.90 | 1,025.00 | $922.50 |
| 6/3/2022 | Timothy Strickler | Continued updating analysis claims by category. | Claims Analysis and Objections | 2.60 | 480.00 | $1,248.00 |
| 6/3/2022 | Joshua Williams | Revised Sackler distribution workbooks and support | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/3/2022 | Christian Klawunder | Continued to evaluate recoverability of transfers for estate causes of action analysis. | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/3/2022 | James Bland | Conducted future claims analysis | Claims Analysis and Objections | 2.40 | 580.00 | $1,392.00 |
| 6/3/2022 | Christian Klawunder | Continued to create slides for analysis on recoverability of debtors' distributions. | Litigation | 1.10 | 580.00 | $638.00 |
| 6/3/2022 | Christian Klawunder | Created slides for analysis on recoverability of debtors' distributions. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/3/2022 | Michael Atkinson | Review IAC tracing update analysis | Litigation | 1.40 | 1,025.00 | $1,435.00 |
| 6/3/2022 | Joshua Williams | Discussed new Sackler distributions role | Litigation | 0.50 | 580.00 | $290.00 |
| 6/3/2022 | Eunice Min | Review OCP reporting of amounts paid to date and caps. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/3/2022 | James Bland | Continued future claims analysis | Claims Analysis and Objections | 2.30 | 580.00 | $1,334.00 |
| 6/3/2022 | Michael Atkinson | Review and analyze committee update materials for counsel | Committee Activities | 1.60 | 1,025.00 | $1,640.00 |
| 6/3/2022 | Christian Klawunder | Evaluated recoverability of transfers for estate causes of action analysis. | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/3/2022 | Jason Crockett | Review of information related to potential claims against third parties. | Litigation | 1.60 | 830.00 | $1,328.00 |
| 6/4/2022 | Michael Atkinson | Review and analyze tracing documents and analysis | Litigation | 1.30 | 1,025.00 | $1,332.50 |
| 6/4/2022 | Christian Klawunder | Analyzed debtors' latest data room production. | Litigation | 2.70 | 580.00 | $1,566.00 |
| 6/5/2022 | Joshua Williams | Coordinated review of Sackler distributions | Litigation | 1.00 | 580.00 | $580.00 |
| 6/5/2022 | Christian Klawunder | Prepared summary of latest distribution tracing analysis. | Litigation | 2.30 | 580.00 | $1,334.00 |
| 6/5/2022 | Christian Klawunder | Created exhibits for analysis of estate claims. | Litigation | 1.20 | 580.00 | $696.00 |
| 6/5/2022 | Michael Atkinson | Review updated counsel requests related to cash tracing | Litigation | 1.70 | 1,025.00 | $1,742.50 |
| 6/6/2022 | Timothy Strickler | Reviewed and analyzed claims schedule received from claims agent. | Claims Analysis and Objections | 1.60 | 480.00 | $768.00 |
| 6/6/2022 | Stilian Morrison | Analyze latest cash forecast | Business Analysis / Operations | 0.70 | 840.00 | $588.00 |
| 6/6/2022 | Raul Busto | Review March YTD performance responses. | Business Analysis / Operations | 0.60 | 540.00 | $324.00 |
| 6/6/2022 | Raul Busto | Review latest cash forecast. | Business Analysis / Operations | 0.40 | 540.00 | $216.00 |
| 6/6/2022 | Christian Klawunder | Analyzed docs in debtors' latest data room production. | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/6/2022 | Jason Crockett | Review of documents related to litigation against consultants. | Litigation | 1.30 | 830.00 | $1,079.00 |
| 6/6/2022 | Joshua Williams | Prepared questions to Sackler distributions analysis | Litigation | 1.20 | 580.00 | $696.00 |
| 6/6/2022 | Joshua Williams | Examined support to side A distribution analysis | Litigation | 2.30 | 580.00 | $1,334.00 |
| 6/6/2022 | Michael Atkinson | Review and analyze committee update | Committee Activities | 0.90 | 1,025.00 | $922.50 |
| 6/6/2022 | Michael Atkinson | Review items for call with FA's | Business Analysis / Operations | 0.70 | 1,025.00 | $717.50 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/6/2022 | Joshua Williams | Discussed Sackler distribution workstreams and up to date analysis | Litigation | 2.00 | 580.00 | $1,160.00 |
| 6/6/2022 | Christian Klawunder | Continued to analyze docs in debtors' latest data room production. | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/6/2022 | Christian Klawunder | Evaluated support docs for distribution fund flows. | Litigation | 2.10 | 580.00 | $1,218.00 |
| 6/6/2022 | Christian Klawunder | Traced flows of funds for debtors' distributions. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/6/2022 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.50 | 480.00 | $240.00 |
| 6/6/2022 | Timothy Strickler | Imported claims data into database and updated tables/queries for analyses. | Claims Analysis and Objections | 1.90 | 480.00 | $912.00 |
| 6/6/2022 | Jason Crockett | Analyze bank records information provided by the Company related to historical distributions. | Business Analysis / Operations | 1.80 | 830.00 | $1,494.00 |
| 6/6/2022 | Michael Atkinson | Review questions related to causes of action against third parties for counsel | Litigation | 1.30 | 1,025.00 | $1,332.50 |
| 6/6/2022 | Michael Atkinson | Review updated summary analysis for transfers | Litigation | 2.10 | 1,025.00 | $2,152.50 |
| 6/6/2022 | Eunice Min | Analyze claims filed by pro ses. | Claims Analysis and Objections | 1.40 | 680.00 | $952.00 |
| 6/6/2022 | Joshua Williams | Examined side A cash distribution tracing analysis | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/6/2022 | Stilian Morrison | Analyze responses to questions on YTD March 2022 financial results | Business Analysis / Operations | 0.50 | 840.00 | $420.00 |
| 6/7/2022 | Christian Klawunder | Traced fund flows for debtor distributions. | Litigation | 1.60 | 580.00 | $928.00 |
| 6/7/2022 | Joshua Williams | Traced direct Side A transfers and subsequent transfers to side A member | Litigation | 1.60 | 580.00 | $928.00 |
| 6/7/2022 | Christian Klawunder | Continued to analyze support documents for debtor distributions. | Litigation | 2.20 | 580.00 | $1,276.00 |
| 6/7/2022 | Michael Atkinson | Call with debtor FA and states | Business Analysis / Operations | 0.50 | 1,025.00 | $512.50 |
| 6/7/2022 | Byron Groth | Analyzed media coverage of opioid litigation. | Committee Activities | 0.80 | 470.00 | $376.00 |
| 6/7/2022 | Joshua Williams | Traced direct Side A transfers and subsequent transfers | Litigation | 1.30 | 580.00 | $754.00 |
| 6/7/2022 | Christian Klawunder | Evaluated documents in debtors' most recent data room production. | Litigation | 3.10 | 580.00 | $1,798.00 |
| 6/7/2022 | Joshua Williams | Reviewed all chart sources for distribution exhibit | Litigation | 2.50 | 580.00 | $1,450.00 |
| 6/7/2022 | Jason Crockett | Review of KEIP issues related to insider. | Court Filings | 0.80 | 830.00 | $664.00 |
| 6/7/2022 | Joshua Williams | Held Sackler distributions working session with C. Klawunder | Litigation | 1.60 | 580.00 | $928.00 |
| 6/7/2022 | Michael Atkinson | Review March financial update materials for committee | Business Analysis / Operations | 1.80 | 1,025.00 | $1,845.00 |
| 6/7/2022 | Joshua Williams | Examined reasons for shortfalls in subsequent side A transfers | Litigation | 1.30 | 580.00 | $754.00 |
| 6/7/2022 | Eunice Min | Review update from bi-weekly FA call. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/7/2022 | Eunice Min | Analyze latest cash forecast. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 6/7/2022 | Christian Klawunder | Analyzed support documents for debtor distributions. | Litigation | 2.90 | 580.00 | $1,682.00 |
| 6/7/2022 | James Bland | Continued future claims analysis | Claims Analysis and Objections | 2.90 | 580.00 | $1,682.00 |
| 6/7/2022 | Michael Atkinson | Review and analyze documents for call with debtor FA's | Business Analysis / Operations | 1.10 | 1,025.00 | $1,127.50 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/7/2022 | James Bland | Continued future claims analysis | Claims Analysis and Objections | 2.60 | 580.00 | $1,508.00 |
| 6/8/2022 | Byron Groth | Analyzed media coverage of opioid litigation and circulated summary. | Committee Activities | 1.40 | 470.00 | $658.00 |
| 6/8/2022 | Michael Atkinson | Review and analyze KEIP issues for committee | Business Analysis / Operations | 0.60 | 1,025.00 | $615.00 |
| 6/8/2022 | Christian Klawunder | Analyzed terms proposed in markup of settlement docs. | Plan and Disclosure Statement | 2.10 | 580.00 | $1,218.00 |
| 6/8/2022 | Joshua Williams | Examined tax tracing analysis from Sackler trusts | Litigation | 3.30 | 580.00 | $1,914.00 |
| 6/8/2022 | Joshua Williams | Reviewed Sackler transfer tracing analysis and examined possible improvements | Litigation | 2.20 | 580.00 | $1,276.00 |
| 6/8/2022 | Michael Atkinson | Review and analyze Rhodes profitability analysis | Business Analysis / Operations | 1.30 | 1,025.00 | $1,332.50 |
| 6/8/2022 | Eunice Min | Review debtors' responses on YTD results. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 6/8/2022 | Jason Crockett | Review of draft statement related to insider compensation. | Court Filings | 0.40 | 830.00 | $332.00 |
| 6/8/2022 | Jason Crockett | Prepare supporting documentation related to transfers to Sackler entities. | Litigation | 2.20 | 830.00 | $1,826.00 |
| 6/8/2022 | Michael Atkinson | Review and analyze collateral agreement for counsel | Plan and Disclosure Statement | 1.40 | 1,025.00 | $1,435.00 |
| 6/8/2022 | Joshua Williams | Held working session on MDT administration from Sackler family groups | Litigation | 1.50 | 580.00 | $870.00 |
| 6/8/2022 | Michael Atkinson | Review and analyze litigation questions from counsel | Litigation | 1.50 | 1,025.00 | $1,537.50 |
| 6/8/2022 | Joshua Williams | Reviewed Sackler distribution shortfalls and transfer tracing analysis | Litigation | 1.60 | 580.00 | $928.00 |
| 6/8/2022 | Christian Klawunder | Created charts for presentation on estate causes of action. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/8/2022 | Christian Klawunder | Continued to create charts for presentation on estate causes of action. | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/8/2022 | Christian Klawunder | Analyzed transfers to and among recipients of debtor distributions. | Litigation | 1.90 | 580.00 | $1,102.00 |
| 6/8/2022 | Joshua Williams | Summarized insurance analysis workstreams | Litigation | 0.70 | 580.00 | $406.00 |
| 6/8/2022 | Christian Klawunder | Evaluated issues in most recent markups of settlement agreements. | Plan and Disclosure Statement | 2.40 | 580.00 | $1,392.00 |
| 6/9/2022 | Christian Klawunder | Created charts for presentation on estate claims. | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/9/2022 | Eunice Min | Review May entries in preparation of fee app. | Fee / Employment Applications | 2.20 | 680.00 | $1,496.00 |
| 6/9/2022 | Michael Atkinson | Committee call | Committee Activities | 0.50 | 1,025.00 | $512.50 |
| 6/9/2022 | Christian Klawunder | Continued to analyze transfers to and among recipients of debtor distributions. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/9/2022 | Christian Klawunder | Evaluated credit support packages for settlement obligations. | Plan and Disclosure Statement | 1.80 | 580.00 | $1,044.00 |
| 6/9/2022 | Michael Atkinson | Review and prepare for committee call | Committee Activities | 0.40 | 1,025.00 | $410.00 |
| 6/9/2022 | Eunice Min | Prepare summaries of claims filed. | Claims Analysis and Objections | 1.70 | 680.00 | $1,156.00 |
| 6/9/2022 | Joshua Williams | Model collar payment mechanisms of Side A Obligors | Litigation | 2.20 | 580.00 | $1,276.00 |
| 6/9/2022 | Michael Atkinson | Review KEIP issues for counsel | Business Analysis / Operations | 0.40 | 1,025.00 | $410.00 |
| 6/9/2022 | Joshua Williams | Analyzed payment mechanisms of Obligors | Litigation | 1.30 | 580.00 | $754.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/9/2022 | Jason Crockett | Review of recent operating results versus budget. | Business Analysis / Operations | 0.70 | 830.00 | $581.00 |
| 6/9/2022 | Michael Atkinson | Update call with counsel | Business Analysis / Operations | 0.80 | 1,025.00 | $820.00 |
| 6/9/2022 | Christian Klawunder | Analyzed docs for estate claims analysis. | Litigation | 2.20 | 580.00 | $1,276.00 |
| 6/9/2022 | Jason Crockett | Prepare information for pursuit of third party consultant and impact on business. | Litigation | 2.00 | 830.00 | $1,660.00 |
| 6/9/2022 | Christian Klawunder | Analyzed transfers involved in debtors' distributions. | Litigation | 1.40 | 580.00 | $812.00 |
| 6/9/2022 | Joshua Williams | Analyze A-side IAC payments | Litigation | 2.10 | 580.00 | $1,218.00 |
| 6/9/2022 | Michael Atkinson | Review litigation issues for counsel | Litigation | 0.90 | 1,025.00 | $922.50 |
| 6/9/2022 | Joshua Williams | Examined MDT coverage ratios on Sackler net assets | Litigation | 1.90 | 580.00 | $1,102.00 |
| 6/9/2022 | Jason Crockett | Analyze supporting documentation for actual movement of funds outside to estates to Sackler entities. | Litigation | 1.60 | 830.00 | $1,328.00 |
| 6/9/2022 | Joshua Williams | Review of MDT reference book with C. Klawunder | Litigation | 2.00 | 580.00 | $1,160.00 |
| 6/10/2022 | Michael Atkinson | Prepare for call with fee examiner | Fee / Employment Applications | 0.70 | 1,025.00 | $717.50 |
| 6/10/2022 | Michael Atkinson | Call with Fee examiner | Fee / Employment Applications | 0.20 | 1,025.00 | $205.00 |
| 6/10/2022 | Christian Klawunder | Created charts for analysis of settlement agreement payment mechanics. | Plan and Disclosure Statement | 2.90 | 580.00 | $1,682.00 |
| 6/10/2022 | Jason Crockett | Prepare information for counsel related to potential third party advisor claims. | Litigation | 1.10 | 830.00 | $913.00 |
| 6/10/2022 | Joshua Williams | Mapped internal MDT reference book to MDT filing | Litigation | 2.10 | 580.00 | $1,218.00 |
| 6/10/2022 | Eunice Min | Analyze population of claims and ways to estimate potential unique subset. | Claims Analysis and Objections | 2.30 | 680.00 | $1,564.00 |
| 6/10/2022 | Jason Crockett | Analyze updated cash forecast information. | Business Analysis / Operations | 0.90 | 830.00 | $747.00 |
| 6/10/2022 | Eunice Min | Continue adjusting distributable value analysis based on extended bankruptcy timeline and adjustments to business. | Business Analysis / Operations | 1.50 | 680.00 | $1,020.00 |
| 6/10/2022 | Christian Klawunder | Analyzed markups of settlement agreement docs. | Plan and Disclosure Statement | 2.20 | 580.00 | $1,276.00 |
| 6/10/2022 | Joshua Williams | Estimated side A payments following sale of IACs | Litigation | 1.80 | 580.00 | $1,044.00 |
| 6/10/2022 | Michael Atkinson | Review and analyze insurance issues for counsel | Litigation | 0.60 | 1,025.00 | $615.00 |
| 6/10/2022 | Christian Klawunder | Continued to create charts for analysis of settlement payment mechanics. | Plan and Disclosure Statement | 1.90 | 580.00 | $1,102.00 |
| 6/10/2022 | Joshua Williams | Authored current Sackler distribution workstreams | Litigation | 0.50 | 580.00 | $290.00 |
| 6/10/2022 | Eunice Min | Update distributable value analysis for creditors based on extended timeline and adjustments to business. | Business Analysis / Operations | 1.60 | 680.00 | $1,088.00 |
| 6/10/2022 | Christian Klawunder | Provided comments to counsel regarding markups of settlement agreement docs. | Plan and Disclosure Statement | 2.60 | 580.00 | $1,508.00 |
| 6/10/2022 | Timothy Strickler | Updated claims summary and detail schedules of non-NAS and NAS claims. | Claims Analysis and Objections | 2.30 | 480.00 | $1,104.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/10/2022 | Joshua Williams | Examined MDT filing procedures for Obligors | Litigation | 1.50 | 580.00 | $870.00 |
| 6/10/2022 | Jason Crockett | Review of materials supporting transfers when potentially insolvent. | Litigation | 1.40 | 830.00 | $1,162.00 |
| 6/10/2022 | Joshua Williams | Examined illustrative examples of Sackler settlement framework | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/10/2022 | Michael Atkinson | Review and analyze questions related to third party claims for counsel | Litigation | 0.90 | 1,025.00 | $922.50 |
| 6/11/2022 | Christian Klawunder | Continued to analyze proposed changes to settlement agreement docs. | Plan and Disclosure Statement | 1.20 | 580.00 | $696.00 |
| 6/11/2022 | Christian Klawunder | Evaluated changes proposed in markups of settlement agreement docs. | Plan and Disclosure Statement | 2.60 | 580.00 | $1,508.00 |
| 6/11/2022 | Raul Busto | Review settlement agreement markup. | Plan and Disclosure Statement | 2.60 | 540.00 | $1,404.00 |
| 6/12/2022 | Michael Atkinson | Review update asset analysis by trust for side B | Litigation | 2.80 | 1,025.00 | $2,870.00 |
| 6/12/2022 | Christian Klawunder | Prepared analysis of distribution fund flows. | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/12/2022 | Eunice Min | Prepare estimate of estate recoveries at committee member request. | Committee Activities | 0.60 | 680.00 | $408.00 |
| 6/12/2022 | Joshua Williams | Coordinate review of Sackler distribution workstreams | Litigation | 0.60 | 580.00 | $348.00 |
| 6/12/2022 | Michael Atkinson | Review and respond to questions from creditor party. | Committee Activities | 0.70 | 1,025.00 | $717.50 |
| 6/13/2022 | Michael Atkinson | Review and analyze asset analysis update for side B | Litigation | 2.90 | 1,025.00 | $2,972.50 |
| 6/13/2022 | Joshua Williams | Examined and reviewed tracing analysis updates with C. Klawunder | Litigation | 1.50 | 580.00 | $870.00 |
| 6/13/2022 | Jason Crockett | Review of most recent claims report regarding filed claims. | Claims Analysis and Objections | 0.90 | 830.00 | $747.00 |
| 6/13/2022 | Joshua Williams | Categorized Sackler tax distributions for tracing analysis | Litigation | 2.50 | 580.00 | $1,450.00 |
| 6/13/2022 | Joshua Williams | Updated distributions exhibit | Litigation | 1.40 | 580.00 | $812.00 |
| 6/13/2022 | Michael Atkinson | Committee call | Committee Activities | 0.50 | 1,025.00 | $512.50 |
| 6/13/2022 | Stilian Morrison | Analyze Rhodes weekly and monthly sales data | Business Analysis / Operations | 0.90 | 840.00 | $756.00 |
| 6/13/2022 | Michael Atkinson | Prepare for committee call | Committee Activities | 0.40 | 1,025.00 | $410.00 |
| 6/13/2022 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.60 | 480.00 | $288.00 |
| 6/13/2022 | Eunice Min | Assess estimated creditor recoveries per prior filed DS and prepare adjusted estimates based on more recent updates and issues. | Plan and Disclosure Statement | 2.10 | 680.00 | $1,428.00 |
| 6/13/2022 | Christian Klawunder | Prepared slides for analysis of estate causes of action. | Litigation | 2.30 | 580.00 | $1,334.00 |
| 6/13/2022 | Joshua Williams | Coordinate planning of Sackler distribution workstreams review | Litigation | 0.30 | 580.00 | $174.00 |
| 6/13/2022 | Christian Klawunder | Continued to trace distributions for analysis of estate causes of action. | Litigation | 2.70 | 580.00 | $1,566.00 |
| 6/13/2022 | Timothy Strickler | Reviewed and analyzed claims schedule received from claims agent. | Claims Analysis and Objections | 1.50 | 480.00 | $720.00 |
| 6/13/2022 | Jason Crockett | Review of documents related to potential recoveries from outside parties and involvement in opioid sales. | Litigation | 1.60 | 830.00 | $1,328.00 |
| 6/13/2022 | Stilian Morrison | Analyze latest opioid prescription data trends | Business Analysis / Operations | 0.90 | 840.00 | $756.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/13/2022 | Christian Klawunder | Traced distributions for analysis of estate causes of action. | Litigation | 2.90 | 580.00 | $1,682.00 |
| 6/13/2022 | Michael Atkinson | Review and analyze new materials uploaded by debtor | Business Analysis / Operations | 1.20 | 1,025.00 | $1,230.00 |
| 6/13/2022 | Timothy Strickler | Reviewed new financial documents uploaded to Intralinks. | Business Analysis / Operations | 1.60 | 480.00 | $768.00 |
| 6/13/2022 | Jason Crockett | Prepare materials to support allegations of potentially fraudulent transfers. | Litigation | 1.60 | 830.00 | $1,328.00 |
| 6/13/2022 | Christian Klawunder | Created exhibits for presentation on estate claims analysis. | Litigation | 1.70 | 580.00 | $986.00 |
| 6/13/2022 | Stilian Morrison | Analyze April product sales trends | Business Analysis / Operations | 1.10 | 840.00 | $924.00 |
| 6/13/2022 | Michael Atkinson | Review insurance issues | Litigation | 0.90 | 1,025.00 | $922.50 |
| 6/13/2022 | Timothy Strickler | Imported claims data into database and updated tables/queries for analyses. | Claims Analysis and Objections | 2.30 | 480.00 | $1,104.00 |
| 6/13/2022 | Joshua Williams | Reviewed and updated sources for tracing analysis | Litigation | 1.30 | 580.00 | $754.00 |
| 6/13/2022 | Stilian Morrison | Analyze last four weeks' product sales trends | Business Analysis / Operations | 1.20 | 840.00 | $1,008.00 |
| 6/13/2022 | Stilian Morrison | Analyze cash reporting for weeks ended 6/13 and 6/20 | Business Analysis / Operations | 0.80 | 840.00 | $672.00 |
| 6/13/2022 | Christian Klawunder | Continued to prepare slides for analysis of estate causes of action. | Litigation | 2.10 | 580.00 | $1,218.00 |
| 6/13/2022 | Eunice Min | Analyze post-effective trust budget under various scenarios. | Committee Activities | 0.70 | 680.00 | $476.00 |
| 6/13/2022 | Joshua Williams | Reviewed and updated sources for recovery analysis | Litigation | 1.10 | 580.00 | $638.00 |
| 6/14/2022 | Michael Atkinson | Review and analyze posted financial update materials | Business Analysis / Operations | 1.40 | 1,025.00 | $1,435.00 |
| 6/14/2022 | Christian Klawunder | Evaluated cash reporting provided by debtors. | Business Analysis / Operations | 1.40 | 580.00 | $812.00 |
| 6/14/2022 | Christian Klawunder | Continued to create exhibits for presentation on estate claims analysis. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/14/2022 | Eunice Min | Prepare financial update for UCC. | Business Analysis / Operations | 1.20 | 680.00 | $816.00 |
| 6/14/2022 | Christian Klawunder | Analyzed recent productions from debtors. | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/14/2022 | Michael Atkinson | Call with creditors regarding case | Committee Activities | 0.60 | 1,025.00 | $615.00 |
| 6/14/2022 | Jason Crockett | Review and analyze potential value of certain claims. | Litigation | 1.30 | 830.00 | $1,079.00 |
| 6/14/2022 | Timothy Strickler | Continued reviewing court orders allowing late claims filed. | Claims Analysis and Objections | 2.70 | 480.00 | $1,296.00 |
| 6/14/2022 | Michael Atkinson | Call with counsel regarding litigation issues | Litigation | 0.90 | 1,025.00 | $922.50 |
| 6/14/2022 | Christian Klawunder | Analyzed docs flagged by counsel for review. | Litigation | 1.80 | 580.00 | $1,044.00 |
| 6/14/2022 | Timothy Strickler | Reviewed court orders allowing late claims filed. | Claims Analysis and Objections | 2.50 | 480.00 | $1,200.00 |
| 6/14/2022 | Joshua Williams | Analyzed Sackler entity distributions to taxing authorities | Litigation | 1.80 | 580.00 | $1,044.00 |
| 6/14/2022 | Byron Groth | Analyzed media coverage of opioid litigation. | Committee Activities | 1.60 | 470.00 | $752.00 |
| 6/14/2022 | Jason Crockett | Analyze supporting documentation related to cash transfers out of the estate. | Litigation | 1.80 | 830.00 | $1,494.00 |
| 6/14/2022 | Eunice Min | Review filings by Landau and debtors related to KEIP. | Court Filings | 0.90 | 680.00 | $612.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/14/2022 | Joshua Williams | Reviewed IAC cash tracing analysis with C. Klawunder | Litigation | 1.10 | 580.00 | $638.00 |
| 6/14/2022 | Eunice Min | Review figures for Province in draft omnibus order granting fee apps. | Court Filings | 0.20 | 680.00 | $136.00 |
| 6/14/2022 | Christian Klawunder | Continued to prepare exhibits for estate claims analysis. | Litigation | 1.30 | 580.00 | $754.00 |
| 6/14/2022 | Joshua Williams | Examined Asset values for two way entities | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/14/2022 | Joshua Williams | Examined cash tracing exhibit | Litigation | 0.40 | 580.00 | $232.00 |
| 6/14/2022 | Joshua Williams | Examined and aggregated asset values for two way entities | Litigation | 2.70 | 580.00 | $1,566.00 |
| 6/15/2022 | Eunice Min | Attend court hearing on interim fee app and KEIP motion. | Court Hearings | 1.20 | 680.00 | $816.00 |
| 6/15/2022 | Christian Klawunder | Continued to review and analyze markup of SA. | Plan and Disclosure Statement | 1.10 | 580.00 | $638.00 |
| 6/15/2022 | Michael Atkinson | Review collateral documents for counsel and provide comments | Plan and Disclosure Statement | 1.50 | 1,025.00 | $1,537.50 |
| 6/15/2022 | Joshua Williams | Analyzed private settlement payment timing in MDT | Litigation | 1.60 | 580.00 | $928.00 |
| 6/15/2022 | Raul Busto | Turn Comments on financial update. | Business Analysis / Operations | 0.80 | 540.00 | $432.00 |
| 6/15/2022 | Eunice Min | Analyze latest prescription trends and analysis for committee. | Litigation | 1.10 | 680.00 | $748.00 |
| 6/15/2022 | Raul Busto | Draft presentation script for financial update. | Business Analysis / Operations | 1.20 | 540.00 | $648.00 |
| 6/15/2022 | Joshua Williams | Analyzed MDT cash flow forecast for private settlements and remaining value | Litigation | 2.50 | 580.00 | $1,450.00 |
| 6/15/2022 | Timothy Strickler | Reviewed court docket for orders affecting claims. | Claims Analysis and Objections | 2.60 | 480.00 | $1,248.00 |
| 6/15/2022 | Timothy Strickler | Updated claims detail and summary schedules of personal injury claims. | Claims Analysis and Objections | 1.40 | 480.00 | $672.00 |
| 6/15/2022 | Raul Busto | Update prescription analysis. | Business Analysis / Operations | 1.60 | 540.00 | $864.00 |
| 6/15/2022 | Jason Crockett | Prepare analysis and supporting documentation related to potential causes of action. | Litigation | 2.60 | 830.00 | $2,158.00 |
| 6/15/2022 | Joshua Williams | Analyzed Sackler entity distributions to taxing authorities | Litigation | 1.80 | 580.00 | $1,044.00 |
| 6/15/2022 | Christian Klawunder | Analyzed assets held by recipients of debtor distributions. | Litigation | 2.90 | 580.00 | $1,682.00 |
| 6/15/2022 | Christian Klawunder | Evaluated docs flagged by Akin. | Litigation | 1.60 | 580.00 | $928.00 |
| 6/15/2022 | Eunice Min | Prepare final edits to financial update for UCC. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 6/15/2022 | Joshua Williams | Read and analyzed credit support agreements | Litigation | 1.60 | 580.00 | $928.00 |
| 6/15/2022 | Christian Klawunder | Analyzed MDT settlement agreement markup from counsel. | Plan and Disclosure Statement | 2.40 | 580.00 | $1,392.00 |
| 6/15/2022 | Raul Busto | Analyze financial update. | Business Analysis / Operations | 2.60 | 540.00 | $1,404.00 |
| 6/15/2022 | Jason Crockett | Review and analyze initial and subsequent transferees of monies that left estate. | Litigation | 2.00 | 830.00 | $1,660.00 |
| 6/15/2022 | Michael Atkinson | Review and analyze committee update materials | Committee Activities | 1.40 | 1,025.00 | $1,435.00 |
| 6/15/2022 | Christian Klawunder | Prepared comments for counsel regarding MDT settlement agreement. | Plan and Disclosure Statement | 1.70 | 580.00 | $986.00 |
| 6/15/2022 | Michael Atkinson | Attend hearing | Court Hearings | 1.20 | 1,025.00 | $1,230.00 |
| 6/16/2022 | Michael Atkinson | Review and analyze insurance documents for counsel | Litigation | 0.40 | 1,025.00 | $410.00 |

8

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/16/2022 | Jason Crockett | Review of recent cash flow activity and prepare update for UCC. | Business Analysis / Operations | 0.90 | 830.00 | $747.00 |
| 6/16/2022 | Christian Klawunder | Evaluated changes proposed in markups of MDT settlement agreement. | Plan and Disclosure Statement | 2.60 | 580.00 | $1,508.00 |
| 6/16/2022 | Joshua Williams | Analyzed side A pledge net assets by payment groups | Litigation | 1.20 | 580.00 | $696.00 |
| 6/16/2022 | Joshua Williams | Traced Sackler cash distributions through to the IAC entities | Litigation | 1.90 | 580.00 | $1,102.00 |
| 6/16/2022 | Joshua Williams | Analyzed side A pledged assets coverage by payment groups | Litigation | 1.30 | 580.00 | $754.00 |
| 6/16/2022 | Eunice Min | Revise tracing analysis of non-cash transfers. | Litigation | 1.60 | 680.00 | $1,088.00 |
| 6/16/2022 | Timothy Strickler | Reviewed court docket for orders allowing late claims filed. | Claims Analysis and Objections | 2.60 | 480.00 | $1,248.00 |
| 6/16/2022 | Christian Klawunder | Created presentation exhibits for analysis of estate claims. | Litigation | 2.90 | 580.00 | $1,682.00 |
| 6/16/2022 | Raul Busto | Research Ascent Pharma claim. | Business Analysis / Operations | 1.30 | 540.00 | $702.00 |
| 6/16/2022 | Raul Busto | Review latest Sackler update presentation. | Business Analysis / Operations | 1.60 | 540.00 | $864.00 |
| 6/16/2022 | Christian Klawunder | Provided comments to counsel regarding markups of MDT settlement agreement. | Plan and Disclosure Statement | 2.20 | 580.00 | $1,276.00 |
| 6/16/2022 | Eunice Min | Review counsel's redlines to settlement agreement | Plan and Disclosure Statement | 0.60 | 680.00 | $408.00 |
| 6/16/2022 | Joshua Williams | Analyzed side B pledged assets | Litigation | 1.70 | 580.00 | $986.00 |
| 6/16/2022 | Michael Atkinson | Review and analyze sales data for committee and provide update to committee | Business Analysis / Operations | 0.90 | 1,025.00 | $922.50 |
| 6/16/2022 | Joshua Williams | Examined calendar of MDT payments and reporting requirements | Litigation | 0.80 | 580.00 | $464.00 |
| 6/16/2022 | Christian Klawunder | Continued to create presentation exhibits for analysis of estate claims. | Litigation | 2.70 | 580.00 | $1,566.00 |
| 6/16/2022 | Jason Crockett | Prepare information in support of solvency assertation at various points in time. | Litigation | 1.80 | 830.00 | $1,494.00 |
| 6/16/2022 | Eunice Min | Research into Ascent Pharmaceutical issues and related documents to assess contract/claim dispute. | Business Analysis / Operations | 1.50 | 680.00 | $1,020.00 |
| 6/16/2022 | Jason Crockett | Analyze potential opioid exposure at various pre-petition dates. | Claims Analysis and Objections | 2.00 | 830.00 | $1,660.00 |
| 6/16/2022 | Joshua Williams | Analyzed settlement obligation per payment group based on different IAC gross proceeds assumptions | Litigation | 2.40 | 580.00 | $1,392.00 |
| 6/16/2022 | Christian Klawunder | Analyzed markup of MDT and SOAF intercreditor agreement. | Plan and Disclosure Statement | 2.30 | 580.00 | $1,334.00 |
| 6/17/2022 | Michael Atkinson | Review and analyze IAC cash tracing analysis | Litigation | 2.20 | 1,025.00 | $2,255.00 |
| 6/17/2022 | Christian Klawunder | Updated charts for presentation on estate causes of action analysis. | Litigation | 2.80 | 580.00 | $1,624.00 |
| 6/17/2022 | Eunice Min | Continue to look into certain entities that were involved in historical transfers and current status and value. | Litigation | 1.80 | 680.00 | $1,224.00 |
| 6/17/2022 | Jason Crockett | Analyze claims filed by various parties and timeframe over which damages are asserted. | Claims Analysis and Objections | 1.60 | 830.00 | $1,328.00 |
| 6/17/2022 | Eunice Min | Research prior entities involved in historical transfers and current status. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/17/2022 | Jason Crockett | Review of litigation documents in support of potential fraudulent transfer claims. | Litigation | 1.50 | 830.00 | $1,245.00 |
| 6/17/2022 | Christian Klawunder | Created flow chart diagrams for tracing analysis. | Litigation | 3.10 | 580.00 | $1,798.00 |
| 6/17/2022 | Stilian Morrison | Analyze weekly cash reporting | Business Analysis / Operations | 0.60 | 840.00 | $504.00 |
| 6/17/2022 | Christian Klawunder | Continued to update exhibits for analysis of estate claims | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/17/2022 | Joshua Williams | Continued to research holding company structure of side B pledged assets | Litigation | 1.10 | 580.00 | $638.00 |
| 6/17/2022 | Christian Klawunder | Continued to create flow chart diagrams for tracing analysis. | Litigation | 1.30 | 580.00 | $754.00 |
| 6/17/2022 | Stilian Morrison | Analyze April 2022 monthly report | Business Analysis / Operations | 1.00 | 840.00 | $840.00 |
| 6/17/2022 | Joshua Williams | Examined A and B side covenants by payment group | Litigation | 2.30 | 580.00 | $1,334.00 |
| 6/17/2022 | Raul Busto | Analyze cash reporting. | Business Analysis / Operations | 1.80 | 540.00 | $972.00 |
| 6/17/2022 | Raul Busto | Analyze flash report. | Business Analysis / Operations | 1.30 | 540.00 | $702.00 |
| 6/17/2022 | Joshua Williams | Analyzed obligor tiers for each side A payment group | Litigation | 1.70 | 580.00 | $986.00 |
| 6/17/2022 | Joshua Williams | Analyzed side B pledged collateral group of holding companies under trusts | Litigation | 2.50 | 580.00 | $1,450.00 |
| 6/17/2022 | Joshua Williams | Examined B side material covenants | Litigation | 1.10 | 580.00 | $638.00 |
| 6/17/2022 | Jason Crockett | Prepare information for counsel related to potential interest accrual on certain historical transfers. | Litigation | 1.50 | 830.00 | $1,245.00 |
| 6/18/2022 | Christian Klawunder | Continued to update slides for presentation on estate causes of action analysis. | Litigation | 2.70 | 580.00 | $1,566.00 |
| 6/18/2022 | Michael Atkinson | Review and analyze committee update presentation | Committee Activities | 1.60 | 1,025.00 | $1,640.00 |
| 6/18/2022 | Michael Atkinson | Review and analyze updated materials related to estate claims for counsel | Litigation | 2.30 | 1,025.00 | $2,357.50 |
| 6/18/2022 | Christian Klawunder | Updated slides for presentation on estate causes of action analysis. | Litigation | 2.90 | 580.00 | $1,682.00 |
| 6/18/2022 | Michael Atkinson | Review summary analysis of cash tracing | Litigation | 1.30 | 1,025.00 | $1,332.50 |
| 6/19/2022 | Christian Klawunder | Incorporated revisions to presentation on updated estate claims analysis. | Litigation | 2.50 | 580.00 | $1,450.00 |
| 6/19/2022 | Michael Atkinson | Review, analyze and update exhibits to analysis in support of causes of action for counsel | Litigation | 2.60 | 1,025.00 | $2,665.00 |
| 6/19/2022 | Christian Klawunder | Prepared summary for updated presentation on estate claims analysis. | Litigation | 2.30 | 580.00 | $1,334.00 |
| 6/19/2022 | Michael Atkinson | Review updated analysis on IAC cash tracing | Litigation | 2.30 | 1,025.00 | $2,357.50 |
| 6/20/2022 | Joshua Williams | Examined breaches of remedies to side A settlement agreements | Litigation | 1.20 | 580.00 | $696.00 |
| 6/20/2022 | Christian Klawunder | Prepared overview of distribution tracing analysis. | Litigation | 2.10 | 580.00 | $1,218.00 |
| 6/20/2022 | Michael Atkinson | Review updated materials uploaded by debtor | Business Analysis / Operations | 0.80 | 1,025.00 | $820.00 |
| 6/20/2022 | Jason Crockett | Prepare documentation for counsel related to potential causes of action. | Litigation | 1.80 | 830.00 | $1,494.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/20/2022 | Michael Atkinson | Review and analyze updated materials for counsel for analysis related to causes of action | Litigation | 3.50 | 1,025.00 | $3,587.50 |
| 6/21/2022 | Jason Crockett | Review of claims filed and reconcile unique claims for counsel. | Claims Analysis and Objections | 1.40 | 830.00 | $1,162.00 |
| 6/21/2022 | Michael Atkinson | Call with debtor regarding financial update | Business Analysis / Operations | 1.40 | 1,025.00 | $1,435.00 |
| 6/21/2022 | Michael Atkinson | Review deduplicated proof of claims analysis for insurance counsel | Claims Analysis and Objections | 1.40 | 1,025.00 | $1,435.00 |
| 6/21/2022 | Jason Crockett | Analyze recent operating performance and prepare points for UCC. | Business Analysis / Operations | 1.10 | 830.00 | $913.00 |
| 6/21/2022 | Joshua Williams | Examined covenant breaches in side A & B credit support agreements | Litigation | 1.50 | 580.00 | $870.00 |
| 6/21/2022 | Christian Klawunder | Evaluated distribution support for estate claims analysis. | Litigation | 1.60 | 580.00 | $928.00 |
| 6/21/2022 | Eunice Min | Revise financial update slides for latest info. | Business Analysis / Operations | 1.70 | 680.00 | $1,156.00 |
| 6/21/2022 | Eunice Min | Prepare slides on April results. | Business Analysis / Operations | 2.30 | 680.00 | $1,564.00 |
| 6/21/2022 | Michael Atkinson | Review financial update slides provided by debtor | Business Analysis / Operations | 1.20 | 1,025.00 | $1,230.00 |
| 6/22/2022 | Michael Atkinson | Review and analyze committee update materials | Committee Activities | 0.90 | 1,025.00 | $922.50 |
| 6/22/2022 | Michael Atkinson | Review and analyze financial update for committee | Business Analysis / Operations | 1.10 | 1,025.00 | $1,127.50 |
| 6/22/2022 | Christian Klawunder | Evaluated items flagged by counsel in settlement agreement markup. | Plan and Disclosure Statement | 1.30 | 580.00 | $754.00 |
| 6/22/2022 | Michael Atkinson | Review and analyze debtors' financial update slides | Business Analysis / Operations | 1.30 | 1,025.00 | $1,332.50 |
| 6/22/2022 | Eunice Min | Review information on required transitions for licenses to Newco and potential timing thereof. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 6/22/2022 | Joshua Williams | Traced annual amounts to recipient taxing authorities from Purdue cash distributions | Litigation | 2.30 | 580.00 | $1,334.00 |
| 6/22/2022 | Jason Crockett | Review of information related to identifying duplicate filed NAS claims. | Claims Analysis and Objections | 1.80 | 830.00 | $1,494.00 |
| 6/22/2022 | Eunice Min | Finalize financial update for committee. | Business Analysis / Operations | 1.80 | 680.00 | $1,224.00 |
| 6/22/2022 | Christian Klawunder | Analyzed latest cash reporting from debtors. | Business Analysis / Operations | 1.40 | 580.00 | $812.00 |
| 6/22/2022 | Michael Atkinson | Review and analyze claims analysis requested by counsel | Claims Analysis and Objections | 1.50 | 1,025.00 | $1,537.50 |
| 6/23/2022 | Stilian Morrison | Prepare questions for committee call with Debtors | Business Analysis / Operations | 0.30 | 840.00 | $252.00 |
| 6/23/2022 | Michael Atkinson | Call with counsel regarding litigation issues | Litigation | 0.80 | 1,025.00 | $820.00 |
| 6/23/2022 | Michael Atkinson | Review materials and prepare for committee call | Committee Activities | 0.90 | 1,025.00 | $922.50 |
| 6/23/2022 | Stilian Morrison | Analyze creditor update materials sent by Debtors | Committee Activities | 1.20 | 840.00 | $1,008.00 |
| 6/23/2022 | Jason Crockett | Analyze personal injury claims to identify duplicate claims with a reasonable degree of certainty. | Claims Analysis and Objections | 1.70 | 830.00 | $1,411.00 |
| 6/23/2022 | Michael Atkinson | Committee call | Committee Activities | 1.20 | 1,025.00 | $1,230.00 |
| 6/23/2022 | Jason Crockett | Review of recent cash flow activity and budget to actual performance. | Business Analysis / Operations | 0.90 | 830.00 | $747.00 |
| 6/23/2022 | Eunice Min | Review latest budget for assumptions related to compensation payouts. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 6/23/2022 | Jason Crockett | Review of information and prepare edits related to potential causes of action. | Litigation | 2.10 | 830.00 | $1,743.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/23/2022 | Christian Klawunder | Evaluated settlement agreement docs for counsel. | Plan and Disclosure Statement | 2.20 | 580.00 | $1,276.00 |
| 6/23/2022 | Stilian Morrison | Committee call with Debtors | Committee Activities | 1.20 | 840.00 | $1,008.00 |
| 6/23/2022 | Eunice Min | Prepare questions for company. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 6/23/2022 | Eunice Min | Review presentations from debtor on company updates. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 6/24/2022 | Stilian Morrison | Call with Debtors and UCC to go through 2021 and year-to-date financial developments. | Committee Activities | 1.20 | 840.00 | $1,008.00 |
| 6/24/2022 | Jason Crockett | Perform analysis to identify duplicate personal injury claims filed. | Claims Analysis and Objections | 2.20 | 830.00 | $1,826.00 |
| 6/24/2022 | Christian Klawunder | Evaluated SOAF and MDT intercreditor agreement markup. | Plan and Disclosure Statement | 1.80 | 580.00 | $1,044.00 |
| 6/24/2022 | Timothy Strickler | Reviewed claims to verify claim types assigned by claims agent. | Claims Analysis and Objections | 2.50 | 480.00 | $1,200.00 |
| 6/24/2022 | Joshua Williams | Analyzed payment group obligations using collar mechanisms | Litigation | 1.60 | 580.00 | $928.00 |
| 6/24/2022 | Joshua Williams | Analyzed MDT cash flow forecast for changes to timing of Sackler contributions | Litigation | 2.30 | 580.00 | $1,334.00 |
| 6/24/2022 | Michael Atkinson | Review and analyze updated cash tracing for side A based on additional banking records | Litigation | 3.40 | 1,025.00 | $3,485.00 |
| 6/24/2022 | Christian Klawunder | Analyzed issues in settlement agreement mechanics. | Plan and Disclosure Statement | 1.40 | 580.00 | $812.00 |
| 6/25/2022 | Michael Atkinson | Review and analyze collateral agreement and counsel questions for counsel | Plan and Disclosure Statement | 2.80 | 1,025.00 | $2,870.00 |
| 6/27/2022 | Joshua Williams | Traced net asset balances for Sackler trusts | Litigation | 1.80 | 580.00 | $1,044.00 |
| 6/27/2022 | Eunice Min | Review issues related to CTA per counsel. | Plan and Disclosure Statement | 0.60 | 680.00 | $408.00 |
| 6/27/2022 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.60 | 480.00 | $288.00 |
| 6/27/2022 | Michael Atkinson | Review and analyze claims analysis requested by insurance counsel | Claims Analysis and Objections | 1.40 | 1,025.00 | $1,435.00 |
| 6/27/2022 | Joshua Williams | Examined individual ASCP gaps in bank statement support | Litigation | 2.20 | 580.00 | $1,276.00 |
| 6/27/2022 | Eunice Min | Continue researching transferees and entities involved in non-cash transfers. | Litigation | 2.20 | 680.00 | $1,496.00 |
| 6/27/2022 | Eric Mattson | Drafted May fee statement and emailed to E. Min for review. | Fee / Employment Applications | 2.10 | 200.00 | $420.00 |
| 6/27/2022 | Joshua Williams | Continued to trace and confirm net asset balances for Sackler trusts | Litigation | 1.60 | 580.00 | $928.00 |
| 6/27/2022 | Timothy Strickler | Verified claim types assigned by claims agent are accurate. | Claims Analysis and Objections | 2.90 | 480.00 | $1,392.00 |
| 6/27/2022 | Christian Klawunder | Evaluated markup of settlement ICA for counsel. | Plan and Disclosure Statement | 2.30 | 580.00 | $1,334.00 |
| 6/27/2022 | Joshua Williams | Reviewed supporting documentation shortfalls for side A transfers from certain Side A entity | Litigation | 2.50 | 580.00 | $1,450.00 |
| 6/27/2022 | Eunice Min | Research into transferees of non-cash transfers. | Litigation | 1.70 | 680.00 | $1,156.00 |
| 6/27/2022 | Timothy Strickler | Imported claims information into database and reconcile claims. | Claims Analysis and Objections | 2.20 | 480.00 | $1,056.00 |
| 6/27/2022 | Michael Atkinson | Review and analyze collateral agreements for counsel and provide supporting analysis | Plan and Disclosure Statement | 3.20 | 1,025.00 | $3,280.00 |
| 6/27/2022 | Timothy Strickler | Analyzed weekly schedules of claims provided by claims agent. | Claims Analysis and Objections | 1.60 | 480.00 | $768.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/28/2022 | Joshua Williams | Compiled latest financial sources on IAC performance | Litigation | 1.30 | 580.00 | $754.00 |
| 6/28/2022 | Timothy Strickler | Reviewed creditor names to identify different name variations of the same creditor. | Claims Analysis and Objections | 2.70 | 480.00 | $1,296.00 |
| 6/28/2022 | Timothy Strickler | Continued reviewing creditor names to identify different name variations of the same creditor. | Claims Analysis and Objections | 2.40 | 480.00 | $1,152.00 |
| 6/28/2022 | Eunice Min | Review transferees and entities involved in non-cash transfers. | Litigation | 1.40 | 680.00 | $952.00 |
| 6/28/2022 | Eunice Min | Analyze cash flow results year-to-date and compare to prior years since filing. | Business Analysis / Operations | 1.40 | 680.00 | $952.00 |
| 6/28/2022 | Joshua Williams | Evaluated amounts received by Side A payment groups and theoretical recoverable value | Litigation | 2.10 | 580.00 | $1,218.00 |
| 6/28/2022 | Joshua Williams | Traced net asset balances for ICSP Sackler trusts | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/28/2022 | Christian Klawunder | Analyzed latest update from IAC management. | Business Analysis / Operations | 1.80 | 580.00 | $1,044.00 |
| 6/28/2022 | Michael Atkinson | Review and analyze IAC projections and open document request | Business Analysis / Operations | 1.30 | 1,025.00 | $1,332.50 |
| 6/28/2022 | Eunice Min | Research into subsequent transferees of certain material transfers. | Litigation | 1.50 | 680.00 | $1,020.00 |
| 6/28/2022 | Michael Atkinson | Review new opioid settlement and update opioid settlement deck for counsel | Claims Analysis and Objections | 1.90 | 1,025.00 | $1,947.50 |
| 6/28/2022 | Joshua Williams | Evaluated recoveries support for Side A | Litigation | 2.90 | 580.00 | $1,682.00 |
| 6/28/2022 | Timothy Strickler | Continued reviewing claims to verify claim types assigned by claims agent. | Claims Analysis and Objections | 2.80 | 480.00 | $1,344.00 |
| 6/28/2022 | Eunice Min | Compare redacted and unredacted versions of management decks. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 6/28/2022 | Raul Busto | Update settlements and verdicts tracker. | Claims Analysis and Objections | 0.40 | 540.00 | $216.00 |
| 6/29/2022 | Joshua Williams | Analyzed theoretical recoverable values by side A payment groups | Litigation | 3.10 | 580.00 | $1,798.00 |
| 6/29/2022 | Eunice Min | Analyze May MOR of debtors and reconcile certain financial information to other company report. | Business Analysis / Operations | 1.60 | 680.00 | $1,088.00 |
| 6/29/2022 | Timothy Strickler | Analyzed claims amended and identified on the claim form. | Claims Analysis and Objections | 2.60 | 480.00 | $1,248.00 |
| 6/29/2022 | Michael Atkinson | Review and analyze tax issues for counsel | Business Analysis / Operations | 1.90 | 1,025.00 | $1,947.50 |
| 6/29/2022 | Joshua Williams | Analyzed recoveries support for Side A | Litigation | 2.60 | 580.00 | $1,508.00 |
| 6/29/2022 | Stilian Morrison | Analyze creditor update decks posted to data room | Committee Activities | 1.50 | 840.00 | $1,260.00 |
| 6/29/2022 | Joshua Williams | Analyzed recoverable value of subsequent transfers for Side A | Litigation | 2.50 | 580.00 | $1,450.00 |
| 6/29/2022 | Timothy Strickler | Analyzed creditor names and prepared schedule to make creditor names more uniform. | Claims Analysis and Objections | 2.70 | 480.00 | $1,296.00 |
| 6/29/2022 | Raul Busto | Analyze creditor update materials. | Committee Activities | 1.60 | 540.00 | $864.00 |
| 6/29/2022 | Christian Klawunder | Analyzed markup of settlement collateral agreements. | Plan and Disclosure Statement | 2.20 | 580.00 | $1,276.00 |
| 6/29/2022 | Eunice Min | Review final KEIP order. | Court Filings | 0.40 | 680.00 | $272.00 |
| 6/29/2022 | Raul Busto | Continue analysis of creditor update materials. | Committee Activities | 1.30 | 540.00 | $702.00 |
| 6/29/2022 | Timothy Strickler | Continued analyzing creditor names and updated schedule making creditor names more uniform. | Claims Analysis and Objections | 2.60 | 480.00 | $1,248.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/30/2022 | Eunice Min | Review 10th monitor report. | Court Filings | 0.50 | 680.00 | $340.00 |
| 6/30/2022 | Christian Klawunder | Evaluated prepayment mechanics in settlement agreement markup. | Plan and Disclosure Statement | 1.90 | 580.00 | $1,102.00 |
| 6/30/2022 | Jason Crockett | Prepare update for committee regarding operational and cash flow performance. | Business Analysis / Operations | 1.60 | 830.00 | $1,328.00 |
| 6/30/2022 | Eunice Min | Assess latest cash tracing analysis and outstanding items. | Litigation | 1.60 | 680.00 | $1,088.00 |
| 6/30/2022 | Timothy Strickler | Reviewed personal injury claims to identify duplicate claims filed. | Claims Analysis and Objections | 2.70 | 480.00 | $1,296.00 |
| 6/30/2022 | Michael Atkinson | Review and analyze Insurance filing | Litigation | 0.50 | 1,025.00 | $512.50 |
| 6/30/2022 | Christian Klawunder | Analyzed tax matters agreement markup. | Plan and Disclosure Statement | 1.40 | 580.00 | $812.00 |
| 6/30/2022 | Timothy Strickler | Continued review of personal injury claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.60 | 480.00 | $1,248.00 |
| 6/30/2022 | Timothy Strickler | Reviewed personal injury claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.80 | 480.00 | $1,344.00 |
| 6/30/2022 | Eunice Min | Review issues related to tax matters agreement. | Plan and Disclosure Statement | 0.20 | 680.00 | $136.00 |