**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)**<br>**Objection Deadline: October 11, 2022**<br>**at 5:00 p.m. ET** |

### THIRTY-SIXTH MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| | |
|---|---|
| Name of Applicant: | Dechert LLP |
| Authorized to Provide Professional Services to: | Purdue Debtors and Debtors in Possession |
| Effective Date of Retention: | November 21, 2019 Nunc Pro Tunc to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | **$370,460.70**[2] |
| Eighty percent of actual, reasonable and necessary compensation: | **$296,368.56** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$85.78** |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    This amount reflects a reduction in fees in the amount of $41,162.30 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

18171613

This is a(n):    __X__ Monthly    _____Interim    _____Final application.

Is this the first monthly application?    ___Yes    _X_ No

This application includes 17.5 hours with a discounted value of $6,051.15 incurred in connection with the preparation of Fee Applications for the Debtors.

### Compensation by Individual for Debtors for Litigation Services

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate (Including Changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Sheila L Birnbaum | Partner | 1965 | 1,575.00 | 17.40 | 27,405.00 |
| Hayden A. Coleman | Partner | 1985 | 1,105.00 | 80.50 | 88,952.50 |
| Paul A. LaFata | Partner | 2007 | 1,025.00 | 21.70 | 22,242.50 |
| Shmuel Vasser | Partner | 1988 | 1,315.00 | 1.80 | 2,367.00 |
| Christopher R. Boisvert | Counsel | 2009 | 1,025.00 | 0.80 | 820.00 |
| Danielle Gentin Stock | Counsel | 1999 | 1,025.00 | 104.80 | 107,420.00 |
| Noah Becker | Associate | 2019 | 770.00 | 40.10 | 30,877.00 |
| Alyssa C. Clark | Associate | 2017 | 935.00 | 82.90 | 77,511.50 |
| Daniel Goldberg-Gradess | Associate | 2018 | 870.00 | 52.20 | 45,414.00 |
| Justin M. Kadoura | Associate | 2017 | 935.00 | 0.10 | 93.50 |
| Antonella Capobianco-Ranallo | Paralegal | N/A | 300.00 | 12.00 | 3,600.00 |
| Matthew B. Stone | Paralegal | N/A | 300.00 | 16.40 | 4,920.00 |
| **Total** | | | | **430.70** | **$411,623.00** |
| **10% Volume Discount** | | | | | **($41,162.30)** |
| **Discounted Total** | | | | | **$370,460.70** |
| **Total Amount Requested Herein** | | | | | **$296,368.56** |

The blended hourly billing rate of professionals for all services provided during the Fee Period is $860.14.

---

[3] As described in the Notice of Increased Litigation Fees, these billing rates reflect voluntary discounts of 4.5% to 12.3% for senior partners, 11.6% to 14.6% for partners, 6.8% for counsel, and 4.1% to 6.7% for associates.

**Compensation by Project Category for Debtors**

| Code | Project Category | Total Hours | Total Fees | Discounted Total |
|------|------------------|-------------|------------|------------------|
| B110 | Case Administration | 0.60 | 180.00 | 162.00 |
| B160 | Fee/Employment Applications | 17.50 | 6,723.50 | 6,051.15 |
| B260 | Board of Directors Matters | 9.70 | 10,811.50 | 9,730.35 |
| L120 | Analysis/Strategy | 26.60 | 31,165.00 | 28,048.50 |
| L160 | Settlement/Non-Binding ADR | 16.50 | 17,185.50 | 15,466.95 |
| L210 | Pleadings | 0.90 | 922.50 | 830.25 |
| L220 | Preliminary Injunctions/Provisional Remedies | 136.10 | 137,783.50 | 124,005.15 |
| L230 | Court Mandated Conferences | 3.90 | 4,253.50 | 3,828.15 |
| L320 | Document Production | 5.10 | 5,395.50 | 4,855.95 |
| L330 | Depositions | 35.60 | 27,113.00 | 24,401.70 |
| L390 | Other Discovery | 176.40 | 168,204.50 | 151,384.05 |
| L460 | Post-Trial Motions and Submissions | 1.30 | 1,332.50 | 1,199.25 |
| L510 | Appellate Motions and Submissions | 0.50 | 552.50 | 497.25 |
| | | | | |
| **Totals** | | **430.70** | **$411,623.00**[4] | **$370,460.70**[5] |

---

[4]    This amount reflects the discounted billing rates but not the discounts for aggregate fees.

[5]    This amount reflects the discounted billing rates and discounts for aggregate fees.

### Expense Summary for Debtors

| Expenses Category | Total Expenses |
|---|---|
| Federal Express Charges | 21.97 |
| Overtime Dinner Expense | 60.00 |
| Research Fees | 3.81 |
|  |  |
| **Total** | **$85.78** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)**<br>**Objection Deadline: October 11,**<br>**2022 at 5:00 p.m. ET** |

### THIRTY-SIXTH MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022

By this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Dechert LLP ("**Dechert**") hereby moves this Court for discounted reasonable compensation for professional legal services rendered as attorneys to the Debtors in the amount of **$296,368.56** together with reimbursement for actual and necessary expenses incurred in the amount of **$85.78**, for the period commencing August 1, 2022 through and including August 31, 2022 (the "**Fee Period**"). In support of the Application, Dechert respectfully represents as follows:

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.      Dechert was employed under a general retainer to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases pursuant to an order entered by this Court on November 21, 2019 [Docket No. 525] (the "**Retention Order**").  The Retention Order authorized Dechert to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Dechert were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period showing the amount of $370,460.70,[2] of which $296,368.56 is requested for fees in this Application.  **Exhibit B** is a detailed statement of expenses paid during the Fee Period showing the amount of $85.78 for reimbursement of expenses.

4.      The services rendered by Dechert during the Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Dechert has incurred out-of-pocket disbursements during the Fee Period in the amount of $85.78.  This disbursement sum is broken down into categories of charges, including, among other things, document hosting and management, temporary employee

---

[2]   This amount reflects a reduction in fees in the amount of $41,162.30 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

expenses, expert consulting charges, telephone and telecopier toll and other charges, mail and

express mail charges, special or hand delivery charges, document processing, photocopying

charges, charges for mailing supplies (including, without limitation, envelopes and labels)

provided by Dechert to outside copying services for use in mass mailings, travel expenses,

expenses for "working meals," computerized research, and transcription costs.

6.      A complete review of the expenses incurred for the Fee Period may be

found in the attachments hereto as **Exhibit B**.  To the extent such itemization is insufficient to

satisfy the requirements of Rule 2016-1(a) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the Southern District of New York (the

"**Local Rules**"), Dechert respectfully requests that the Court waive strict compliance with such

rule.

7.      Costs incurred for computer assisted research are not included in

Dechert's normal hourly billing rates and, therefore, are itemized and included in Dechert's

disbursements.  Pursuant to Local Rule 2016-1, Dechert represents that its rate for duplication is

$.10 per page, there is no charge for incoming or outgoing telecopier transmissions, and there is

no surcharge for computerized research.

## VALUATION OF SERVICES

8.      Attorneys and paraprofessionals of Dechert have expended a total of 430.7

hours in connection with the Debtors' chapter 11 cases during the Fee Period.

9.      The amount of time spent by each of these persons providing services to

the Debtors for the Fee Period is fully set forth in detail in **Exhibit A**.  These are Dechert's

discounted hourly rates for compensation in this case, as reflected in the Retention Application.

The Discounted value of the services rendered by Dechert for the Fee Period as counsel for the

Debtors in these cases under chapter 11 is $370,460.70, of which $296,368.56 is requested for fees in this Application.

10.     Dechert believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-1.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.     This Application covers the period of August 1, 2022 through and including August 31, 2022 with respect to the Debtors.  Dechert has and will continue to perform additional necessary services for the Debtors subsequent to August 31, 2022, for which Dechert will file subsequent fee applications.

*[Remainder of page left intentionally blank]*

## <u>CONCLUSION</u>

WHEREFORE, Dechert respectfully requests that (a) allowance be made to it in the sum of $296,368.56 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $85.78 for reimbursement of actual necessary costs and expenses incurred during the Fee Period, (b) such other further relief as this Court may deem just and proper.

Dated: September 26, 2022                    Respectfully submitted,

*/s/ Shmuel Vasser*
Shmuel Vasser
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## <u>VERIFICATION OF SHMUEL VASSER</u>

I, Shmuel Vasser, Esquire, hereby declare the following under penalty of perjury:

1.    I am a Partner in the applicant firm, Dechert LLP, and have been admitted to the bar of New York since 1991.

2.    I have personally performed some of the legal services rendered by Dechert LLP as counsel for the Debtors, and I am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*[Remainder of page left intentionally blank]*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

18171613

4.      I hereby certify under 28 U.S.C. § 1746 that the foregoing is true and

correct to the best of my knowledge, information, and belief.


Dated: September 26, 2022                    Respectfully submitted,

                                             */s/ Shmuel Vasser*
                                             Shmuel Vasser
                                             DECHERT LLP
                                             1095 Avenue of the Americas
                                             New York, New York 10036
                                             Telephone:  (212) 698-3500
                                             Facsimile:  (212) 698-3599
                                             shmuel.vasser@dechert.com

                                             *Attorneys for Debtors and Debtors in Possession*

# __EXHIBIT A__

**Description of Legal Services**

18171613



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                                    September 23, 2022
201 Tresser Blvd.                                                            Invoice Number 1010072010
Stamford, CT 06901

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through August 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE ................................................................................................... 398,544.50

Less 10% Discount .................................................................................................................. (39,854.45)

NET TOTAL FEES FOR THIS INVOICE.......................................................................................  358,690.05

TOTAL DISBURSEMENTS THIS INVOICE ............................................................................................ 85.78

**TOTAL AMOUNT DUE FOR THIS INVOICE ...................................................................USD 358,775.83**

| Payment by Wire or ACH |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010072010
Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### Professional Services Rendered:

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| **B110 – Case Administration** | | | | | |
| 08/04/22 | **Matthew Stone** | **0.20** | **B110** | **A105** | **60.00** |
| | Calendar omnibus hearings for Dechert team. | | | | |
| 08/11/22 | **Matthew Stone** | **0.20** | **B110** | **A105** | **60.00** |
| | Review docket regarding amended omnibus hearing notice (.1); update calendar regarding same (.1). | | | | |
| 08/16/22 | **Matthew Stone** | **0.10** | **B110** | **A105** | **30.00** |
| | Email with S. Birnbaum and H. Coleman regarding August 17 hearing agenda. | | | | |
| 08/18/22 | **Matthew Stone** | **0.10** | **B110** | **A105** | **30.00** |
| | Email with S. Birnbaum and H. Coleman regarding August 17 hearing agenda. | | | | |
| **B110 SUBTOTAL HOURS AND FEES:** | | **0.60** | | | **180.00** |
| | | | | | |
| **B260 – Board of Directors Matters** | | | | | |
| 08/10/22 | **Hayden Coleman** | **2.20** | **B260** | **A104** | **2,431.00** |
| | Review and summarize Judge Breyer's trial ruling in Walgreens v. SF for report to client and Board of Directors. | | | | |
| 08/16/22 | **Hayden Coleman** | **0.70** | **B260** | **A101** | **773.50** |
| | Prepare materials for Board of Directors meeting. | | | | |
| 08/16/22 | **Danielle Gentin Stock** | **0.30** | **B260** | **A105** | **307.50** |
| | Correspond internally regarding updates for the Board of Directors meeting. | | | | |
| 08/17/22 | **Hayden Coleman** | **2.70** | **B260** | **A101** | **2,983.50** |
| | Prepare material for board presentation on recent verdicts and settlements, Endo bankruptcy, and other developments. | | | | |
| 08/18/22 | **Sheila Birnbaum** | **0.30** | **B260** | **A105** | **472.50** |
| | Telephone conference with D. Stock regarding Board Meeting. | | | | |
| 08/23/22 | **Hayden Coleman** | **0.40** | **B260** | **A104** | **442.00** |
| | Review and comment on presentation to Board of Directors' special committee. | | | | |
| 08/23/22 | **Hayden Coleman** | **0.80** | **B260** | **A107** | **884.00** |
| | Emails to/from co-counsel and client regarding compensation review and presentation to Board of Directors' special committee. | | | | |
| 08/24/22 | **Hayden Coleman** | **0.30** | **B260** | **A107** | **331.50** |
| | Emails to/from co-counsel regarding presentation to Board of Directors — Special Committee meeting. | | | | |
| 08/24/22 | **Hayden Coleman** | **1.10** | **B260** | **A104** | **1,215.50** |
| | Review and revise materials for presentation to Board of Directors — Special Committee meeting. | | | | |

Client Name: Purdue Pharma L.P.

Invoice 1010072010

Firm Matter Number: 399631.178405

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/25/22 | **Hayden Coleman** | **0.60** | B260 | A105 | **663.00** |
| | Emails and telephone conferences with D. Gentin-Stock regarding report on presentation to Special Committee of Board of Directors. | | | | |
| 08/25/22 | **Danielle Gentin Stock** | **0.30** | B260 | A106 | 307.50 |
| | Attend Board of Directors Special Committee meeting on compensation. | | | | |
| **B260 SUBTOTAL HOURS AND FEES:** | | **9.70** | | | **10,811.50** |

**L120 – Analysis/Strategy**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/01/22 | **Sheila Birnbaum** | **1.00** | L120 | A106 | **1,575.00** |
| | Telephone conference with Purdue team regarding agreements. | | | | |
| 08/02/22 | **Hayden Coleman** | **0.70** | L120 | A106 | **773.50** |
| | Prepare for an participate in video conference with client and co-counsel regarding strategy and updates. | | | | |
| 08/02/22 | **Hayden Coleman** | **0.70** | L120 | A107 | **773.50** |
| | Emails to/from CT counsel and bankruptcy counsel regarding CT Supreme Court's scheduling order and appeal of municipalities decision. | | | | |
| 08/02/22 | **Danielle Gentin Stock** | **0.50** | L120 | A106 | **512.50** |
| | Participate on weekly client update call regarding case updates and strategy. | | | | |
| 08/02/22 | **Danielle Gentin Stock** | **0.10** | L120 | A107 | **102.50** |
| | Correspond with co-counsel regarding information relating to company compensation. | | | | |
| 08/03/22 | **Hayden Coleman** | **1.00** | L120 | A104 | **1,105.00** |
| | Review spreadsheets and memos regarding employee compensation. | | | | |
| 08/03/22 | **Hayden Coleman** | **0.90** | L120 | A107 | **994.50** |
| | Emails and video conference with Skadden and Dechert teams regarding employee compensation. | | | | |
| 08/03/22 | **Danielle Gentin Stock** | **0.50** | L120 | A107 | **512.50** |
| | Confer with co-counsel regarding review of information relating to employee compensation. | | | | |
| 08/04/22 | **Justin Kadoura** | **0.10** | L120 | A107 | **93.50** |
| | Respond to email from local counsel in Utah regarding Order from ALJ. | | | | |
| 08/05/22 | **Hayden Coleman** | **1.70** | L120 | A107 | **1,878.50** |
| | Conference call with Skadden regarding addressing client comments to regulatory memorandum (0.6); coordinate with Davis Polk regarding response to court regarding status of IL AG lawsuit (0.7); emails and calls with IL AG's office regarding same (0.4). | | | | |
| 08/10/22 | **Hayden Coleman** | **0.90** | L120 | A107 | **994.50** |
| | Prepare for and participate in conference call with Skadden and Davis Polk regarding employee compensation diligence. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010072010

Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/10/22 | **Danielle Gentin Stock** | **0.20** | L120 | A107 | **205.00** |
| | Confer with counsel regarding client compensation and requested review of materials. | | | | |
| 08/11/22 | **Hayden Coleman** | **0.40** | L120 | A107 | **442.00** |
| | Emails to/from regional counsel regarding CT S. Ct. Appeal. | | | | |
| 08/11/22 | **Christopher Boisvert** | **0.30** | L120 | A103 | **307.50** |
| | Review and revise Colorado AG status report. | | | | |
| 08/12/22 | **Christopher Boisvert** | **0.30** | L120 | A103 | **307.50** |
| | Draft correspondence regarding Colorado AG status report. | | | | |
| 08/15/22 | **Hayden Coleman** | **0.50** | L120 | A106 | **552.50** |
| | Emails to/from client and co-counsel regarding due diligence employee compensation review. | | | | |
| 08/15/22 | **Danielle Gentin Stock** | **0.70** | L120 | A106 | **717.50** |
| | Confer with client regarding regulatory issues. | | | | |
| 08/16/22 | **Hayden Coleman** | **0.40** | L120 | A106 | **442.00** |
| | Emails to/from client and co-counsel regarding NAS document production. | | | | |
| 08/16/22 | **Hayden Coleman** | **1.10** | L120 | A104 | **1,215.50** |
| | Review draft vendor agreement. | | | | |
| 08/16/22 | **Hayden Coleman** | **0.20** | L120 | A104 | **221.00** |
| | Review omnibus hearing agenda. | | | | |
| 08/16/22 | **Hayden Coleman** | **0.70** | L120 | A107 | **773.50** |
| | Emails to/from co-counsel regarding due diligence for employee compensation project. | | | | |
| 08/16/22 | **Danielle Gentin Stock** | **1.00** | L120 | A104 | **1,025.00** |
| | Review and analyze materials related to compensation programs. | | | | |
| 08/16/22 | **Danielle Gentin Stock** | **0.90** | L120 | A106 | **922.50** |
| | Confer with client and co-counsel on various calls regarding regulatory issue. | | | | |
| 08/17/22 | **Hayden Coleman** | **0.50** | L120 | A107 | **552.50** |
| | Emails to/from co-counsel about employee compensation due diligence. | | | | |
| 08/17/22 | **Danielle Gentin Stock** | **2.00** | L120 | A104 | **2,050.00** |
| | Review and analyze materials in regard to indemnification (0.7); draft requested materials relating to compensation plans (1.3). | | | | |
| 08/18/22 | **Hayden Coleman** | **0.30** | L120 | A106 | **331.50** |
| | Emails to/from client regarding vendor contracts. | | | | |
| 08/18/22 | **Hayden Coleman** | **0.50** | L120 | A108 | **552.50** |
| | Telephone conferences with CT Supreme Court regarding PHV-related issues. | | | | |
| 08/18/22 | **Hayden Coleman** | **0.70** | L120 | A104 | **773.50** |
| | Review and comment on vendor contracts. | | | | |
| 08/19/22 | **Sheila Birnbaum** | **0.30** | L120 | A106 | **472.50** |
| | Telephone conference with M. Kesselman regarding bankruptcy issues. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010072010

Page 5

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/19/22 | **Sheila Birnbaum** | **1.40** | L120 | A108 | **2,205.00** |
| | Telephone conference with representatives of Ad Hoc Committee regarding decision of Second Circuit (1.0); telephone conference with representative of Ad Hoc Committee (0.4). | | | | |
| 08/19/22 | **Hayden Coleman** | **0.50** | L120 | A104 | **552.50** |
| | Review proposed presentation to Special Committee regarding employee compensation and retention. | | | | |
| 08/19/22 | **Hayden Coleman** | **0.60** | L120 | A106 | **663.00** |
| | Emails to/from client and outside counsel regarding proposed presentation to Special Committee regarding employee compensation and retention. | | | | |
| 08/22/22 | **Hayden Coleman** | **0.70** | L120 | A105 | **773.50** |
| | Telephone conference with D. Gentin Stock regarding updates on Special Committee presentation and other ongoing projects (0.5); emails to/from D. Gentin Stock regarding Abbott indemnifications (0.2). | | | | |
| 08/23/22 | **Sheila Birnbaum** | **1.60** | L120 | A104 | **2,520.00** |
| | Review mediators report and article regarding report (0.8); review materials on new medications (0.8). | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **0.50** | L120 | A107 | **512.50** |
| | Correspond internally and with other counsel regarding compensation planning and review material regarding the same. | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **0.30** | L120 | A104 | **307.50** |
| | Review and analyze materials on compensation planning (0.3). | | | | |
| 08/24/22 | **Danielle Gentin Stock** | **0.10** | L120 | A105 | **102.50** |
| | Correspond internally regarding compensation review. | | | | |
| 08/29/22 | **Sheila Birnbaum** | **0.30** | L120 | A104 | **472.50** |
| | Review emails about status of negotiation with pharmacies. | | | | |
| 08/29/22 | **Christopher Boisvert** | **0.20** | L120 | A103 | **205.00** |
| | Review and revise Pennsylvania AG status report. | | | | |
| 08/30/22 | **Sheila Birnbaum** | **0.50** | L120 | A107 | **787.50** |
| | Attend weekly call with Purdue team regarding case status and updates. | | | | |
| 08/30/22 | **Hayden Coleman** | **0.80** | L120 | A106 | **884.00** |
| | Prepare for and participate in video conference with client and co-counsel regarding updates and strategy. | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **26.60** | | | **31,165.00** |

**L160 – Settlement/Non-Binding ADR**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/01/22 | **Sheila Birnbaum** | **1.10** | L160 | A104 | **1,732.50** |
| | Review settlements in other opioid cases (0.4); review agreements and emails regarding same (0.7). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010072010

Page 6

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/01/22 | **Alyssa Clark** | **5.10** | **L160** | **A104** | **4,768.50** |
| | Discuss settlement memorandum with D. Stock (0.2); draft memorandum regarding research on opioid settlements to date (4.9). | | | | |
| 08/01/22 | **Danielle Gentin Stock** | **0.40** | **L160** | **A104** | **410.00** |
| | Review and revise memorandum on national opioid settlements. | | | | |
| 08/01/22 | **Danielle Gentin Stock** | **0.30** | **L160** | **A106** | **307.50** |
| | Prepare for call and confer internally regarding summary of national opioid settlements. | | | | |
| 08/02/22 | **Hayden Coleman** | **0.80** | **L160** | **A104** | **884.00** |
| | Review and comment on memorandum regarding recent opioid settlements. | | | | |
| 08/02/22 | **Alyssa Clark** | **0.40** | **L160** | **A103** | **374.00** |
| | Revise memorandum regarding opioid settlements to date (0.4). | | | | |
| 08/04/22 | **Danielle Gentin Stock** | **0.20** | **L160** | **A105** | **205.00** |
| | Correspond internally regarding draft memorandum of current nationwide settlements. | | | | |
| 08/08/22 | **Hayden Coleman** | **0.90** | **L160** | **A106** | **994.50** |
| | Emails to/from client and co-counsel regarding prior personal injury settlements. | | | | |
| 08/09/22 | **Hayden Coleman** | **0.70** | **L160** | **A106** | **773.50** |
| | Emails to/from client and co-counsel regarding prior personal injury settlements. | | | | |
| 08/09/22 | **Danielle Gentin Stock** | **0.20** | **L160** | **A105** | **205.00** |
| | Confer internally regarding requests from co-counsel for information (0.1); update on annotations to transcripts for insurance adversary proceedings (0.1). | | | | |
| 08/11/22 | **Hayden Coleman** | **1.10** | **L160** | **A102** | **1,215.50** |
| | Research regarding potential contingency strategies. | | | | |
| 08/17/22 | **Alyssa Clark** | **2.10** | **L160** | **A103** | **1,963.50** |
| | Revise co-defendant settlement memorandum. | | | | |
| 08/22/22 | **Danielle Gentin Stock** | **0.10** | **L160** | **A105** | **102.50** |
| | Confer internally regarding third/party indemnification query. | | | | |
| 08/23/22 | **Hayden Coleman** | **0.50** | **L160** | **A107** | **552.50** |
| | Call with counsel for Abbott regarding prior opioid settlements. | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **0.90** | **L160** | **A106** | **922.50** |
| | Confer with client regarding requested information concerning third-party indemnification. | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **0.30** | **L160** | **A104** | **307.50** |
| | Review and analyze materials relating to third-party indemnification (0.3). | | | | |
| 08/30/22 | **Danielle Gentin Stock** | **0.50** | **L160** | **A104** | **512.50** |
| | Prepare and update summary of recent settlements for client. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **08/30/22** | **Danielle Gentin Stock** | **0.50** | **L160** | **A106** | **512.50** |
| | Participate on weekly client update call regarding case updates and strategy. | | | | |
| **08/31/22** | **Hayden Coleman** | **0.40** | **L160** | **A107** | **442.00** |
| | Emails to/from Abbott's counsel regarding prior settlements. | | | | |
| **L160 SUBTOTAL HOURS AND FEES:** | | **16.50** | | | **17,185.50** |

**L220 – Preliminary Injunctions/Provisional Remedies**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **08/01/22** | **Daniel Goldberg-Gradess** | **2.20** | **L220** | **A104** | **1,914.00** |
| | Gather and review documents and information responsive to requests from court-appointed Monitor (1.6); email with client regarding same (0.6). | | | | |
| **08/01/22** | **Danielle Gentin Stock** | **0.50** | **L220** | **A105** | **512.50** |
| | Correspond internally regarding productions and outstanding requests for the court-appointed Monitor. | | | | |
| **08/01/22** | **Danielle Gentin Stock** | **3.40** | **L220** | **A106** | **3,485.00** |
| | Prepare for and confer with client and co-counsel regarding spend reporting to the court-appointed Monitor (0.7); confer and correspond with counsel regarding outstanding materials for production to court-appointed Monitor (0.7); prepare for and confer with client regarding Monitor request for information regarding data validation of managed care agreements (1.0); confer with client regarding draft agreements to obtain data for the suspicious order monitoring group (1.0). | | | | |
| **08/01/22** | **Danielle Gentin Stock** | **0.90** | **L220** | **A104** | **922.50** |
| | Review and analyze agreements to obtain data for the suspicious order monitoring group (0.4); review and analyze productions to the court-appointed Monitor (0.5). | | | | |
| **08/02/22** | **Daniel Goldberg-Gradess** | **0.10** | **L220** | **A105** | **87.00** |
| | Conference with D. Gentin Stock regarding responding to information requests from court-appointed Monitor. | | | | |
| **08/02/22** | **Danielle Gentin Stock** | **0.30** | **L220** | **A104** | **307.50** |
| | Review correspondence regarding customer service review for court-appointed Monitor. | | | | |
| **08/02/22** | **Danielle Gentin Stock** | **0.70** | **L220** | **A107** | **717.50** |
| | Confer with outside counsel regarding spending productions for court/appointed Monitor and relation to Voluntary Injunction. | | | | |
| **08/02/22** | **Danielle Gentin Stock** | **1.60** | **L220** | **A106** | **1,640.00** |
| | Confer with client on multiple calls regarding information for court-appointed Monitor. | | | | |
| **08/03/22** | **Daniel Goldberg-Gradess** | **1.40** | **L220** | **A110** | **1,218.00** |
| | Gather, review, and circulate documents responsive to information requests from court-appointed Monitor (1.2); email with D. Gentin Stock regarding same (0.2). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010072010

Page 8

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| 08/03/22 | **Danielle Gentin Stock** | **1.00** | L220 | A107 | **1,025.00** |
| | Confer with client and co-counsel regarding information related to spending for Monitor (0.8); correspond with retail chain counsel regarding obtaining data for the suspicious order monitoring group (0.2). | | | | |
| 08/03/22 | **Danielle Gentin Stock** | **0.30** | L220 | A105 | **307.50** |
| | Correspond internally to gather information for court-appointed Monitor. | | | | |
| 08/03/22 | **Danielle Gentin Stock** | **1.80** | L220 | A106 | **1,845.00** |
| | Confer with client regarding customer service/medical information log review (0.8); confer with client regarding responses to court-appointed Monitor questions (0.5); correspond with client regarding outstanding information for the court-appointed Monitor (0.5). | | | | |
| 08/04/22 | **Daniel Goldberg-Gradess** | **1.00** | L220 | A104 | **870.00** |
| | Review and revise tracking document sent by D. Gentin Stock regarding information to send to court-appointed Monitor (0.8); email with D. Gentin Stock regarding same (0.2). | | | | |
| 08/04/22 | **Danielle Gentin Stock** | **0.50** | L220 | A104 | **512.50** |
| | Review and analyze tracker of requests from the court-appointed Monitor. | | | | |
| 08/04/22 | **Danielle Gentin Stock** | **2.00** | L220 | A106 | **2,050.00** |
| | Correspond with client regarding responses to court-appointed Monitor questions (0.1); confer with client regarding customer call log review (0.5); correspond and confer with client regarding responses to court-appointed Monitor's requests and next steps to obtain and collect information (1.4). | | | | |
| 08/05/22 | **Daniel Goldberg-Gradess** | **0.30** | L220 | A106 | **261.00** |
| | Conference with client regarding responding to information requests from court-appointed Monitor (0.2); email with D. Gentin Stock regarding same (0.1). | | | | |
| 08/05/22 | **Danielle Gentin Stock** | **0.50** | L220 | A105 | **512.50** |
| | Confer internally regarding update for court-appointed Monitor (0.2); correspond internally and with client regarding information/responses for court-appointed Monitor (0.3). | | | | |
| 08/05/22 | **Danielle Gentin Stock** | **3.40** | L220 | A106 | **3,485.00** |
| | Confer and correspond with client and co-counsel regarding information provided to/to be provided to the court-appointed Monitor (1.5); confer with client regarding agreements with retailers for data for suspicious order monitoring team (1.9). | | | | |
| 08/05/22 | **Danielle Gentin Stock** | **1.00** | L220 | A107 | **1,025.00** |
| | Confer with co-counsel regarding voluntary injunction query (0.5); confer with client and third-party regarding information requested by suspicious order monitoring team (0.4); correspond with the court-appointed Monitor regarding update call (0.1). | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010072010
Page 9

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/08/22 | **Danielle Gentin Stock** | **1.70** | L220 | A107 | **1,742.50** |

Provide update, with client, to court-appointed Monitor (0.6); confer with co-counsel and client regarding request from court-appointed Monitor (0.5); confer with third-party counsel regarding Monitor requests (0.5); correspond with Monitor regarding requested information (0.1).

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/08/22 | **Danielle Gentin Stock** | **3.00** | L220 | A106 | **3,075.00** |

Confer with client in preparation for discussion with court-appointed Monitor (0.5); confer and correspond with client regarding responses to court-appointed Monitor requests (2.5).

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/08/22 | **Danielle Gentin Stock** | **0.70** | L220 | A104 | **717.50** |

Draft agenda for discussion with court-appointed Monitor (0.2); review and analyze materials for court-appointed Monitor (0.5).

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/09/22 | **Paul LaFata** | **0.40** | L220 | A104 | **410.00** |

Confer with Davis Polk regarding revisions to proposed filings on preliminary injunction (0.2); analyze same (0.2).

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/09/22 | **Daniel Goldberg-Gradess** | **0.30** | L220 | A104 | **261.00** |

Conference with D. Gentin Stock regarding upcoming client meetings to discuss responding to information requests from court-appointed Monitor.

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/09/22 | **Danielle Gentin Stock** | **1.30** | L220 | A106 | **1,332.50** |

Correspond and confer with client regarding requests from the court-appointed Monitor.

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/09/22 | **Danielle Gentin Stock** | **1.20** | L220 | A107 | **1,230.00** |

Confer with third party regarding court-appointed Monitor request for a meeting (0.5); confer with client and retailer regarding agreement to obtain data for the suspicious order monitoring group (0.7).

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/09/22 | **Danielle Gentin Stock** | **0.20** | L220 | A104 | **205.00** |

Review materials in response to court-appointed Monitor's requests.

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/10/22 | **Daniel Goldberg-Gradess** | **2.60** | L220 | A106 | **2,262.00** |

Gather, review, and document responses to information requests from court-appointed Monitor (1.6); email with client and D. Gentin Stock regarding same (1.0).

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/10/22 | **Danielle Gentin Stock** | **2.10** | L220 | A106 | **2,152.50** |

Confer internally regarding obtaining data for suspicious order monitoring group (0.6); confer and correspond with client regarding responses to court-appointed Monitor's requests for information (1.5).

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/10/22 | **Danielle Gentin Stock** | **0.20** | L220 | A107 | **205.00** |

Correspond with retail chain regarding obtaining data for the suspicious order monitoring group.

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/11/22 | **Daniel Goldberg-Gradess** | **5.30** | L220 | A104 | **4,611.00** |

Collect and review documents and data responsive to information requests from court-appointed Monitor (2.8); email with client and D. Gentin Stock regarding same (2.5).

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010072010

Page 10

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/11/22 | **Danielle Gentin Stock** | **0.50** | L220 | A105 | **512.50** |
| | Confer and correspond internally regarding information for court-appointed Monitor. | | | | |
| 08/11/22 | **Danielle Gentin Stock** | **2.40** | L220 | A106 | **2,460.00** |
| | Confer with client regarding information requested by court-appointed Monitor; responses to specific requests; production of documents. | | | | |
| 08/11/22 | **Danielle Gentin Stock** | **2.20** | L220 | A104 | **2,255.00** |
| | Review information and responses on tracker for court-appointed Monitor (1.0); review and analyze and comment on materials for court-appointed Monitor (1.2). | | | | |
| 08/12/22 | **Daniel Goldberg-Gradess** | **4.30** | L220 | A110 | **3,741.00** |
| | Gather data and documents responsive to information requests from court-appointed Monitor (2.6); call with court-appointed Monitor and client regarding same (1.2); call with client regarding same (0.5). | | | | |
| 08/12/22 | **Danielle Gentin Stock** | **0.30** | L220 | A106 | **307.50** |
| | Correspond with client regarding information for court-appointed Monitor. | | | | |
| 08/14/22 | **Daniel Goldberg-Gradess** | **0.40** | L220 | A103 | **348.00** |
| | Draft and circulate notes from email with court-appointed Monitor. | | | | |
| 08/14/22 | **Danielle Gentin Stock** | **0.20** | L220 | A106 | **205.00** |
| | Confer with client regarding discussions with court-appointed Monitor and status of negotiations with retail chains. | | | | |
| 08/15/22 | **Sheila Birnbaum** | **1.00** | L220 | A105 | **1,575.00** |
| | Multiple telephone conference with Purdue team regarding Monitor's issues. | | | | |
| 08/15/22 | **Daniel Goldberg-Gradess** | **7.50** | L220 | A110 | **6,525.00** |
| | Review communications and documents in response to information requests from court-appointed Monitor (3.6); draft responses to same (1.5); email with client regarding same (1.3); email with D. Gentin Stock regarding same (1.1). | | | | |
| 08/15/22 | **Danielle Gentin Stock** | **0.90** | L220 | A104 | **922.50** |
| | Review material related to Voluntary Injunction training (0.1); review, analyze and edit materials for court-appointed Monitor (0.8). | | | | |
| 08/15/22 | **Danielle Gentin Stock** | **0.60** | L220 | A106 | **615.00** |
| | Correspond internally and with client regarding review of materials for the court-appointed Monitor and next steps. | | | | |
| 08/16/22 | **Sheila Birnbaum** | **0.50** | L220 | A105 | **787.50** |
| | Telephone conference with Purdue team regarding Monitor issues. | | | | |
| 08/16/22 | **Sheila Birnbaum** | **0.50** | L220 | A106 | **787.50** |
| | Multiple telephone conferences with R. Silbert regarding Monitor. | | | | |
| 08/16/22 | **Sheila Birnbaum** | **2.30** | L220 | A104 | **3,622.50** |
| | Review draft of Monitor's report (0.8); review emails regarding Monitor's report (0.7); review materials regarding Monitor's report (0.8). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/16/22 | **Daniel Goldberg-Gradess** | **8.40** | L220 | A104 | **7,308.00** |
| | Review compliance-related emails in response to requests from court-appointed Monitor (4.3); revise draft Standard Operating Procedures in response to same (1.3); work with client to get updated lobbying certifications in response to same (0.8); review draft report from Monitor and extract list of information requests still to be completed (0.9); email with client and D. Gentin Stock regarding same (1.1). | | | | |
| 08/16/22 | **Danielle Gentin Stock** | **1.40** | L220 | A106 | **1,435.00** |
| | Correspond with client and internally regarding information for court-appointed Monitor. | | | | |
| 08/16/22 | **Danielle Gentin Stock** | **1.10** | L220 | A104 | **1,127.50** |
| | Review, analyze and annotate court-appointed Monitor's findings of fact and correspond with client regarding the same. | | | | |
| 08/17/22 | **Sheila Birnbaum** | **0.70** | L220 | A104 | **1,102.50** |
| | Review materials for Monitor. | | | | |
| 08/17/22 | **Sheila Birnbaum** | **0.60** | L220 | A105 | **945.00** |
| | Telephone conference with Purdue team regarding Monitor's report. | | | | |
| 08/17/22 | **Sheila Birnbaum** | **1.10** | L220 | A106 | **1,732.50** |
| | Telephone conference with M. Kesselman regarding Monitor's report (0.3); multiple telephone conferences with R. Silbert et. al. regarding Monitor's report (0.8). | | | | |
| 08/17/22 | **Daniel Goldberg-Gradess** | **3.50** | L220 | A110 | **3,045.00** |
| | Collect, review, and redact documents responsive to information requests from court-appointed Monitor (2.7); email with D. Gentin Stock and client regarding same (0.8). | | | | |
| 08/17/22 | **Danielle Gentin Stock** | **2.60** | L220 | A104 | **2,665.00** |
| | Review, analyze and revise materials for and findings of fact by court-appointed Monitor (2.4); review and analyze redline to agreement to obtain data for the suspicious order monitoring team (0.2). | | | | |
| 08/17/22 | **Danielle Gentin Stock** | **0.80** | L220 | A107 | **820.00** |
| | Confer with client and counsel for pharmacy regarding obtaining data for the suspicious order monitoring team (0.6); correspond with co-counsel regarding responses for court-appointed Monitor (0.2). | | | | |
| 08/17/22 | **Danielle Gentin Stock** | **1.10** | L220 | A105 | **1,127.50** |
| | Correspond with client regarding information for court-appointed Monitor (0.9); confer internally regarding updates on Monitor (0.2). | | | | |
| 08/17/22 | **Danielle Gentin Stock** | **3.00** | L220 | A106 | **3,075.00** |
| | Confer with client regarding regulatory issue (0.7); confer with client regarding responses to court-appointed Monitor requests (2.3). | | | | |
| 08/18/22 | **Sheila Birnbaum** | **0.40** | L220 | A106 | **630.00** |
| | Multiple telephone conferences with R. Silbert regarding Monitor's report. | | | | |

Client Name: Purdue Pharma L.P.

Invoice 1010072010

Firm Matter Number: 399631.178405

Page 12

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/18/22 | **Daniel Goldberg-Gradess** | **10.40** | **L220** | **A110** | **9,048.00** |
| | Collect and review documents and data responsive to information requests from court-appointed Monitor (4.3); redact and conduct privilege review for same (3.0); email with client regarding same (1.5); email with D. Gentin Stock regarding same (1.6). | | | | |
| 08/18/22 | **Danielle Gentin Stock** | **1.00** | **L220** | **A105** | **1,025.00** |
| | Confer internally regarding collection of information for the court-appointed Monitor (0.5); confer internally regarding court-appointed Monitor's report to the Board of Directors (0.5). | | | | |
| 08/18/22 | **Danielle Gentin Stock** | **1.50** | **L220** | **A104** | **1,537.50** |
| | Review client's talking points regarding court-appointed Monitor's fact finding (0.1); review and analyze comments to the court-appointed Monitor's findings of fact (1.4). | | | | |
| 08/18/22 | **Danielle Gentin Stock** | **5.40** | **L220** | **A106** | **5,535.00** |
| | Confer with client on multiple calls regarding information for the court-appointed Monitor (2.6); attend court-appointed Monitor's report to the Board (1.1); correspond and confer with client and co-counsel regarding information responsive to requests by court-appointed Monitor (1.7). | | | | |
| 08/19/22 | **Sheila Birnbaum** | **0.70** | **L220** | **A106** | **1,102.50** |
| | Multiple telephone conferences with Purdue regarding Monitor's Report. | | | | |
| 08/19/22 | **Sheila Birnbaum** | **2.30** | **L220** | **A104** | **3,622.50** |
| | Review Monitor's report and emails regarding same (1.5); review draft materials sent to Ad Hoc Committee (0.8). | | | | |
| 08/19/22 | **Daniel Goldberg-Gradess** | **2.10** | **L220** | **A110** | **1,827.00** |
| | Review documents and data responsive to court-appointed Monitor's information requests (1.8); email with D. Gentin Stock regarding same (0.3). | | | | |
| 08/19/22 | **Danielle Gentin Stock** | **0.10** | **L220** | **A105** | **102.50** |
| | Correspond internally regarding documents for court-appointed Monitor. | | | | |
| 08/19/22 | **Danielle Gentin Stock** | **0.90** | **L220** | **A106** | **922.50** |
| | Confer with client regarding factual review of court-appointed Monitor's findings. | | | | |
| 08/19/22 | **Danielle Gentin Stock** | **3.10** | **L220** | **A104** | **3,177.50** |
| | Review, analyze and fact check court-appointed Monitor's findings (2.3); review comments and questions from client regarding same (0.6); collect and summarize comments regarding same (0.2). | | | | |
| 08/21/22 | **Danielle Gentin Stock** | **0.10** | **L220** | **A106** | **102.50** |
| | Confer with client regarding court-appointed Monitor's request for documents. | | | | |
| 08/22/22 | **Sheila Birnbaum** | **0.80** | **L220** | **A104** | **1,260.00** |
| | Review Monitor's report. | | | | |
| 08/22/22 | **Shmuel Vasser** | **1.30** | **L220** | **A104** | **1,709.50** |
| | Review Monitor's 11th report. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010072010

Page 13

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|---|---|---|---|---|---|
| 08/22/22 | **Daniel Goldberg-Gradess** | **0.50** | L220 | A104 | **435.00** |
| | Review 11th report from court-appointed Monitor (0.3); email with client regarding same (0.2). | | | | |
| 08/22/22 | **Daniel Goldberg-Gradess** | **1.10** | L220 | A110 | **957.00** |
| | Review documents responsive to information requests from court-appointed Monitor. | | | | |
| 08/22/22 | **Danielle Gentin Stock** | **1.20** | L220 | A106 | **1,230.00** |
| | Confer with client regarding information for court-appointed Monitor (0.6); confer and correspond with client, internally and with co-counsel regarding filing of court-appointed Monitor's report (0.6). | | | | |
| 08/22/22 | **Danielle Gentin Stock** | **0.90** | L220 | A104 | **922.50** |
| | Review, analyze and revise presentation for court-appointed Monitor regarding opioid limits (0.4); review and analyze court-appointed Monitor's report (0.5). | | | | |
| 08/23/22 | **Paul LaFata** | **1.20** | L220 | A104 | **1,230.00** |
| | Analyze Monitor report and operating report. | | | | |
| 08/23/22 | **Daniel Goldberg-Gradess** | **0.80** | L220 | A105 | **696.00** |
| | Conference with D. Gentin Stock regarding responding to information requests from court-appointed Monitor. | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **0.30** | L220 | A104 | **307.50** |
| | Draft agenda of outstanding items/materials for the court-appointed Monitor. | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **1.00** | L220 | A106 | **1,025.00** |
| | Confer with client regarding information requested by the court-appointed Monitor (0.6); correspond internally and with client regarding information requested by the court-appointed Monitor (0.4). | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **0.10** | L220 | A107 | **102.50** |
| | Correspond with pharmacy chain regarding obtaining data for the suspicious order monitoring group. | | | | |
| 08/25/22 | **Danielle Gentin Stock** | **0.90** | L220 | A106 | **922.50** |
| | Confer with client regarding agreements with chains to obtain data for suspicious order monitoring group and information requested by court-appointed Monitor. | | | | |
| 08/25/22 | **Danielle Gentin Stock** | **0.50** | L220 | A107 | **512.50** |
| | Confer with counsel for pharmacy chain regarding obtaining data for suspicious order monitoring group. | | | | |
| 08/26/22 | **Danielle Gentin Stock** | **0.40** | L220 | A104 | **410.00** |
| | Review and edit days' supply presentation requested by court-appointed Monitor (0.3); review and categorize court-appointed Monitor recommendations (0.1). | | | | |
| 08/26/22 | **Danielle Gentin Stock** | **0.20** | L220 | A105 | **205.00** |
| | Correspond internally regarding court-appointed Monitor requests. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010072010
Page 14

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/28/22 | **Danielle Gentin Stock** | **0.20** | L220 | A104 | **205.00** |
| | Summarize efforts to obtain data for suspicious order monitoring team. | | | | |
| 08/29/22 | **Danielle Gentin Stock** | **1.40** | L220 | A104 | **1,435.00** |
| | Review and analyze open requests/recommendations from court-appointed Monitor (0.3); draft agenda regarding same (0.2); review new requests from court-appointed Monitor (0.6); correspond with Monitor and client regarding the same (0.3). | | | | |
| 08/29/22 | **Danielle Gentin Stock** | **1.70** | L220 | A106 | **1,742.50** |
| | Confer with client regarding court-appointed Monitor requests and clinical data transparency (1.4); correspond with client regarding court-appointed Monitor requests (0.3). | | | | |
| 08/30/22 | **Danielle Gentin Stock** | **1.30** | L220 | A106 | **1,332.50** |
| | Correspond with client regarding responses for the court-appointed Monitor (0.3); confer with client to gather responses to questions from the court-appointed Monitor (1.0). | | | | |
| 08/30/22 | **Danielle Gentin Stock** | **0.20** | L220 | A107 | **205.00** |
| | Correspond with pharmacy chain regarding effort to obtain data for the suspicious order monitoring group. | | | | |
| 08/30/22 | **Danielle Gentin Stock** | **0.80** | L220 | A104 | **820.00** |
| | Review materials for completion of court-appointed Monitor requests. | | | | |
| 08/30/22 | **Danielle Gentin Stock** | **0.40** | L220 | A105 | **410.00** |
| | Confer and correspond internally regarding workstreams for court-appointed Monitor. | | | | |
| 08/31/22 | **Danielle Gentin Stock** | **0.50** | L220 | A104 | **512.50** |
| | Review and revise presentation for the court-appointed Monitor regarding days' supply of opioids. | | | | |
| 08/31/22 | **Danielle Gentin Stock** | **0.20** | L220 | A106 | **205.00** |
| | Confer with client regarding status of responses for court-appointed Monitor. | | | | |
| **L220 SUBTOTAL HOURS AND FEES:** | | **135.70** | | | **137,373.50** |

| **L230 – Court Mandated Conferences** | | | | | |
|------|-----------|-------|------|----------|--------|
| 08/08/22 | **Hayden Coleman** | **0.60** | L230 | A107 | **663.00** |
| | Coordinate with IL AG and draft response to trial court on request for a status conference. | | | | |
| 08/09/22 | **Hayden Coleman** | **0.60** | L230 | A107 | **663.00** |
| | Emails to/from IL AG and co-counsel regarding request for a status conference. | | | | |
| 08/10/22 | **Hayden Coleman** | **0.50** | L230 | A108 | **552.50** |
| | Emails to/from IL AG office regarding scheduling status conference. | | | | |
| 08/17/22 | **Hayden Coleman** | **1.50** | L230 | A109 | **1,657.50** |
| | Telephonically attend omnibus hearing. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010072010
Page 15

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| 08/17/22 | Paul LaFata | 0.70 | L230 | A109 | 717.50 |

Attend argument and ruling on motion regarding preliminary injunction.

| **L230 SUBTOTAL HOURS AND FEES:** | | **3.90** | | | **4,253.50** |

### L320 – Document Production

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| 08/04/22 | Hayden Coleman | 0.30 | L320 | A108 | 331.50 |

Plan for and participate in meet and confer with NAS group.

| 08/18/22 | Hayden Coleman | 0.80 | L320 | A108 | 884.00 |

Emails to/from MA AG office and co-counsel regarding public document repository and third party discovery requests.

| 08/22/22 | Hayden Coleman | 0.60 | L320 | A105 | 663.00 |

Emails to/from Dechert team and MA AG's office regarding access to documents slated for document repository.

| 08/22/22 | Paul LaFata | 0.20 | L320 | A107 | 205.00 |

Document repository: confer with MA AG office regarding supplemental early access agreement.

| 08/23/22 | Paul LaFata | 1.70 | L320 | A104 | 1,742.50 |

Document repository: analyze request for additional access to supplemental early access document (0.5); confer with MA AG office (0.1) and internally (0.4) regarding same; analyze early access agreement documents (0.2); research request for adding user to supplemental early access agreement (0.3); prepare report regarding same for client (0.2).

| 08/25/22 | Hayden Coleman | 0.40 | L320 | A107 | 442.00 |

Review and respond to emails to/from co-counsel and NAS group regarding document production.

| 08/25/22 | Paul LaFata | 0.50 | L320 | A107 | 512.50 |

Confer with MA AG office regarding document request (0.2); confer with Wiggin and counsel regarding response and production (0.3).

| 08/30/22 | Paul LaFata | 0.30 | L320 | A107 | 307.50 |

Document repository: confer with disclosure oversight board and Wiggin regarding supplemental early access agreement.

| **L320 SUBTOTAL HOURS AND FEES:** | | **4.80** | | | **5,088.00** |

### L330 – Depositions

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| 08/01/22 | Alyssa Clark | 8.50 | L330 | A103 | 7,947.50 |

Review and annotate R. Fanelli deposition.

| 08/02/22 | Paul LaFata | 0.50 | L330 | A105 | 512.50 |

Confer internally regarding analysis of various depositions from underlying litigations in response to 30(b)(6) deposition demand.

Client Name: Purdue Pharma L.P.                                             Invoice 1010072010
Firm Matter Number: 399631.178405                                          Page 16

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/03/22 | **Paul LaFata** | **0.20** | **L330** | **A105** | **205.00** |
| | Confer internally regarding analysis of transcripts of depositions from underlying litigations in response to demand for 30(b)(6) deposition. | | | | |
| 08/04/22 | **Paul LaFata** | **1.00** | **L330** | **A104** | **1,025.00** |
| | Analyze depositions from underlying cases in response to 30(b)(6) demand (0.4); confer internally regarding same (0.6). | | | | |
| 08/04/22 | **Antonella Capobianco-Ranallo** | **0.20** | **L330** | **A104** | **60.00** |
| | Gather deposition transcripts and provide to H. Coleman. | | | | |
| 08/08/22 | **Antonella Capobianco-Ranallo** | **1.00** | **L330** | **A104** | **300.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/09/22 | **Paul LaFata** | **1.80** | **L330** | **A103** | **1,845.00** |
| | Analyze and draft deposition designations in support of objections to 30(b)(6) deposition. | | | | |
| 08/10/22 | **Antonella Capobianco-Ranallo** | **1.00** | **L330** | **A104** | **300.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/11/22 | **Paul LaFata** | **0.30** | **L330** | **A103** | **307.50** |
| | Analyze proposed revisions to deposition designations in response to deposition demand. | | | | |
| 08/11/22 | **Antonella Capobianco-Ranallo** | **2.30** | **L330** | **A104** | **690.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/15/22 | **Antonella Capobianco-Ranallo** | **1.70** | **L330** | **A104** | **510.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/16/22 | **Antonella Capobianco-Ranallo** | **1.50** | **L330** | **A104** | **450.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/17/22 | **Paul LaFata** | **0.40** | **L330** | **A104** | **410.00** |
| | Analyze status of deposition analysis in response to deposition demand (0.3); confer with Wiggin regarding responses by co-defendants to protective order inquiries (0.1). | | | | |
| 08/17/22 | **Danielle Gentin Stock** | **0.20** | **L330** | **A105** | **205.00** |
| | Confer internally regarding updates on insurance proceedings (0.2). | | | | |
| 08/18/22 | **Antonella Capobianco-Ranallo** | **1.20** | **L330** | **A104** | **360.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/19/22 | **Antonella Capobianco-Ranallo** | **1.30** | **L330** | **A104** | **390.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/22/22 | **Antonella Capobianco-Ranallo** | **0.50** | **L330** | **A104** | **150.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/23/22 | **Paul LaFata** | **0.30** | **L330** | **A107** | **307.50** |
| | MDL: confer with plaintiff and witness counsel regarding deposition of former Purdue employee. | | | | |

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/23/22 | **Paul LaFata** | **0.90** | L330 | A104 | **922.50** |
| | Analyze proposed response to deposition demand (0.3); confer with Wiggin, Reed Smith, and internally regarding same (0.4); analyze response from co-defendant regarding protective order and responding to discovery demands from insurers (0.2). | | | | |
| 08/24/22 | **Hayden Coleman** | **0.40** | L330 | A104 | **442.00** |
| | Review summary of L. Bard deposition testimony. | | | | |
| 08/24/22 | **Paul LaFata** | **2.30** | L330 | A104 | **2,357.50** |
| | Analyze proposed response to deposition demand (1.8); confer with client, Wiggin, Reed Smith, and internally regarding same (0.5). | | | | |
| 08/25/22 | **Hayden Coleman** | **0.70** | L330 | A107 | **773.50** |
| | Emails to/from MA AG and co-counsel regarding Purdue depositions in state and MDL cases. | | | | |
| 08/25/22 | **Paul LaFata** | **0.20** | L330 | A105 | **205.00** |
| | Confer with counsel regarding research and analysis in response to deposition demand. | | | | |
| 08/25/22 | **Antonella Capobianco-Ranallo** | **1.30** | L330 | A104 | **390.00** |
| | Assist N. Becker and team with deposition transcripts annotations tracking. | | | | |
| 08/26/22 | **Paul LaFata** | **1.70** | L330 | A103 | **1,742.50** |
| | Draft revisions to response to deposition demand (0.6); analyze underlying research regarding same (0.4); confer with Reed Smith and client regarding same (0.3); confer internally regarding same (0.4). | | | | |
| 08/29/22 | **Paul LaFata** | **0.70** | L330 | A106 | **717.50** |
| | Confer with client, insurance counsel, and counsel regarding response to deposition demands and related strategy (0.4); confer with Wiggin and counsel regarding response to document demand (0.3). | | | | |
| 08/31/22 | **Paul LaFata** | **0.20** | L330 | A106 | **205.00** |
| | Confer with client and Reed Smith regarding response to deposition demand. | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **32.30** | | | **23,730.50** |

### L390 – Other Discovery

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/01/22 | **Noah Becker** | **2.20** | L390 | A104 | **1,694.00** |
| | Review and annotate Seid 30(b)(6) and fact depositions. | | | | |
| 08/02/22 | **Hayden Coleman** | **0.60** | L390 | A105 | **663.00** |
| | For the insurance adversary, update call with Dechert team reviewing deposition transcripts from underlying MDL and state court cases. | | | | |
| 08/02/22 | **Noah Becker** | **3.60** | L390 | A104 | **2,772.00** |
| | Review and annotate Seid and Crowley fact depositions. | | | | |
| 08/02/22 | **Alyssa Clark** | **5.10** | L390 | A104 | **4,768.50** |
| | Review and annotate Fanelli deposition (4.6); discuss same with P. LaFata (0.5). | | | | |

Client Name: Purdue Pharma L.P.

Invoice 1010072010

Firm Matter Number: 399631.178405

Page 18

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/02/22 | **Danielle Gentin Stock** | **0.50** | L390 | A105 | **512.50** |
| | Prepare for and confer internally regarding transcript review for insurance proceedings. | | | | |
| 08/02/22 | **Danielle Gentin Stock** | **1.80** | L390 | A104 | **1,845.00** |
| | Review and analyze deposition transcript of J. Lowne (1.5); review and analyze topics for deposition review for insurance proceedings (0.3). | | | | |
| 08/03/22 | **Hayden Coleman** | **1.80** | L390 | A104 | **1,989.00** |
| | Review deposition transcripts for potential use in insurance adversary proceedings. | | | | |
| 08/03/22 | **Noah Becker** | **2.10** | L390 | A104 | **1,617.00** |
| | Analysis and annotation of S. Seid fact deposition for adversary proceeding (1.4);  analysis of annotation of Crowley fact deposition for same (0.7). | | | | |
| 08/03/22 | **Alyssa Clark** | **3.60** | L390 | A104 | **3,366.00** |
| | Review and annotate Fanelli MDL 30(b)(6) deposition. | | | | |
| 08/03/22 | **Danielle Gentin Stock** | **2.30** | L390 | A104 | **2,357.50** |
| | Review and annotate deposition transcripts of E. Mahony and J. Lowne for insurance proceedings. | | | | |
| 08/04/22 | **Hayden Coleman** | **0.50** | L390 | A105 | **552.50** |
| | For insurance adversary, video conference with transcript review team regarding status and updates of project. | | | | |
| 08/04/22 | **Hayden Coleman** | **5.00** | L390 | A104 | **5,525.00** |
| | For the insurance adversary, review deposition transcripts from MDL and state cases to address topics in 30(b)(6) deposition. | | | | |
| 08/04/22 | **Noah Becker** | **3.20** | L390 | A104 | **2,464.00** |
| | Review and annotate Crowley transcript for adversary proceeding (2.6); call with team regarding progress on same (0.6). | | | | |
| 08/04/22 | **Alyssa Clark** | **5.70** | L390 | A104 | **5,329.50** |
| | Attend sales representative deposition in Mass. municipality case (3.5); summarize the same for the client (0.7); review and annotate Must Oklahoma 30(b)(6) deposition (1.0); discuss questions regarding review and annotation of deposition transcripts with P. LaFata (0.5). | | | | |
| 08/04/22 | **Danielle Gentin Stock** | **0.50** | L390 | A105 | **512.50** |
| | Confer internally regarding review of deposition transcripts for adversary insurance proceedings. | | | | |
| 08/04/22 | **Danielle Gentin Stock** | **1.10** | L390 | A104 | **1,127.50** |
| | Review and analyze deposition transcript of Donough Maguire for the adversary insurance proceedings (0.6); review and analyze deposition transcript of Jon Lowne for the adversary insurance proceedings (0.5). | | | | |
| 08/05/22 | **Hayden Coleman** | **5.50** | L390 | A104 | **6,077.50** |
| | For insurance adversary, review and designate fact and 30(b)(6) deposition testimony from MDL and state law cases for designations in adversary proceeding. | | | | |

Client Name: Purdue Pharma L.P.                                                    Invoice 1010072010
Firm Matter Number: 399631.178405                                                  Page 19

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/05/22 | **Alyssa Clark** | **2.50** | L390 | A104 | **2,337.50** |
| | Review and annotate A. Must Oklahoma 30(b)(6) deposition (2.5). | | | | |
| 08/08/22 | **Hayden Coleman** | **6.20** | L390 | A104 | **6,851.00** |
| | For insurance adversary, review transcripts for 30(b)(6) designations. | | | | |
| 08/08/22 | **Hayden Coleman** | **0.30** | L390 | A104 | **331.50** |
| | Review summary of K. Somers's deposition. | | | | |
| 08/08/22 | **Alyssa Clark** | **4.70** | L390 | A104 | **4,394.50** |
| | Review and annotate A. Must MDL 30(b)(6) deposition (3.9); review and annotate R. Gasdia MDL fact deposition (0.8). | | | | |
| 08/09/22 | **Hayden Coleman** | **3.50** | L390 | A104 | **3,867.50** |
| | For insurance adversary, analyze prior deposition testimony for 30(b)(6) designations. | | | | |
| 08/09/22 | **Hayden Coleman** | **0.30** | L390 | A105 | **331.50** |
| | Emails to/from P. LaFata regarding objecting to third-party discovery. | | | | |
| 08/09/22 | **Alyssa Clark** | **7.50** | L390 | A104 | **7,012.50** |
| | Review and annotate R. Gasdia MDL fact deposition (7.5). | | | | |
| 08/09/22 | **Danielle Gentin Stock** | **0.10** | L390 | A104 | **102.50** |
| | Review correspondence regarding annotations to transcripts for insurance adversary proceeding. | | | | |
| 08/10/22 | **Hayden Coleman** | **0.50** | L390 | A107 | **552.50** |
| | Conference call with outside counsel regarding third-party depositions. | | | | |
| 08/10/22 | **Noah Becker** | **6.80** | L390 | A104 | **5,236.00** |
| | Analyze and annotate Crowley deposition for adversary proceeding (5.6); analyze and annotate Kyle deposition for adversary proceeding (1.2). | | | | |
| 08/10/22 | **Alyssa Clark** | **5.30** | L390 | A104 | **4,955.50** |
| | Review and annotate A. Must MDL and Oklahoma depositions (5.1); discuss fact depositions of sales representatives with P. LaFata (0.2). | | | | |
| 08/10/22 | **Danielle Gentin Stock** | **5.10** | L390 | A104 | **5,227.50** |
| | Review and annotate M. Feltz deposition transcript for insurance adversary proceedings (1.0); review and annotate L. Miller deposition transcript for insurance adversary proceedings (1.7); review and annotate D. Maguire deposition transcript for insurance adversary proceedings (1.1); review and annotate P. Cramer deposition transcript for insurance adversary proceedings (1.0); review correspondence and materials related to review of transcripts for insurance adversary proceedings (0.3). | | | | |
| 08/11/22 | **Hayden Coleman** | **0.50** | L390 | A107 | **552.50** |
| | Conferences and emails to/from co-counsel regarding NAS discovery. | | | | |
| 08/11/22 | **Hayden Coleman** | **0.40** | L390 | A105 | **442.00** |
| | For the insurance adversary, emails to/from review team regarding progress and updates. | | | | |
| 08/11/22 | **Hayden Coleman** | **0.30** | L390 | A104 | **331.50** |
| | Review summary of D. Tasser deposition in pharmacy suit. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010072010

Page 20

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/11/22 | **Hayden Coleman** | **0.50** | L390 | A107 | **552.50** |
| | Emails to/from CO AG's office and co-counsel regarding third party discovery request. | | | | |
| 08/11/22 | **Noah Becker** | **5.50** | L390 | A104 | **4,235.00** |
| | Analyze D. Kyle transcripts from MDL and Oklahoma. | | | | |
| 08/11/22 | **Alyssa Clark** | **9.90** | L390 | A104 | **9,256.50** |
| | Attend sales representative deposition in Track 7 cases (2.9); summarize the same for the client (1.0); discuss the same with P. LaFata (0.4); review and annotate R. Gasdia MDL deposition (5.6). | | | | |
| 08/11/22 | **Danielle Gentin Stock** | **2.50** | L390 | A104 | **2,562.50** |
| | Review correspondence and correspond and confer internally regarding review of transcripts for insurance adversary proceedings (0.6); review and annotate Oklahoma deposition transcript of L. Miller for insurance adversary proceedings (1.2); review and annotate Oklahoma deposition transcript of P. Cramer for insurance adversary proceedings (0.7). | | | | |
| 08/12/22 | **Hayden Coleman** | **4.50** | L390 | A104 | **4,972.50** |
| | Review and analyze prior deposition testimony for designation of 30(b)(6) testimony in adversary proceeding. | | | | |
| 08/12/22 | **Noah Becker** | **5.10** | L390 | A104 | **3,927.00** |
| | Review and annotate D. Kyle depositions for adversary proceeding. | | | | |
| 08/12/22 | **Danielle Gentin Stock** | **0.10** | L390 | A105 | **102.50** |
| | Correspond internally regarding transcript annotation for insurance adversary proceedings. | | | | |
| 08/14/22 | **Danielle Gentin Stock** | **1.50** | L390 | A104 | **1,537.50** |
| | Review and annotate MDL deposition of P. Cramer for insurance adversary proceedings. | | | | |
| 08/15/22 | **Hayden Coleman** | **5.60** | L390 | A104 | **6,188.00** |
| | For insurance adversary, review and designate responsive 30(b)(6) testimony from prior depositions in state and MDL litigation. | | | | |
| 08/15/22 | **Hayden Coleman** | **0.60** | L390 | A106 | **663.00** |
| | Emails to/from client and co-counsel regarding 3rd party discovery. | | | | |
| 08/15/22 | **Alyssa Clark** | **4.20** | L390 | A104 | **3,927.00** |
| | Review and annotate R. Gasdia MDL deposition for insurance adversary proceeding. | | | | |
| 08/16/22 | **Danielle Gentin Stock** | **1.50** | L390 | A104 | **1,537.50** |
| | Review and annotate MDL deposition of P. Cramer for insurance adversary proceedings. | | | | |
| 08/17/22 | **Hayden Coleman** | **2.20** | L390 | A104 | **2,431.00** |
| | For insurance adversary, review and update chart of 30(b)(6) deposition designations (0.7); further review Haddox second deposition (1.5). | | | | |
| 08/17/22 | **Noah Becker** | **4.80** | L390 | A104 | **3,696.00** |
| | Review and annotate Rosen transcript for adversary proceeding project. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010072010
Page 21

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/17/22 | **Alyssa Clark** | **3.60** | L390 | A104 | **3,366.00** |
| | Review and annotate B. Rosen deposition (2.3); revise summary regarding depositions (1.3). | | | | |
| 08/17/22 | **Danielle Gentin Stock** | **0.20** | L390 | A105 | **205.00** |
| | Correspond internally regarding review of transcripts relating to insurance adversary proceedings. | | | | |
| 08/18/22 | **Hayden Coleman** | **3.70** | L390 | A104 | **4,088.50** |
| | For insurance adversary, review prior 30(b)(6) testimony and designate relevant testimony. | | | | |
| 08/20/22 | **Danielle Gentin Stock** | **3.00** | L390 | A104 | **3,075.00** |
| | Review and annotate OK deposition transcripts of P. Cramer for insurance adversary proceedings. | | | | |
| 08/21/22 | **Danielle Gentin Stock** | **3.40** | L390 | A104 | **3,485.00** |
| | Review and annotate OK and MDL depositions transcripts of P. Cramer for insurance adversary proceedings. | | | | |
| 08/22/22 | **Hayden Coleman** | **0.40** | L390 | A107 | **442.00** |
| | Emails to/from co-counsel regarding response to NAS discovery letter. | | | | |
| 08/23/22 | **Hayden Coleman** | **0.40** | L390 | A107 | **442.00** |
| | Emails to/from co-counsel regarding deposition review. | | | | |
| 08/23/22 | **Noah Becker** | **1.50** | L390 | A104 | **1,155.00** |
| | Revise summary for adversary proceeding. | | | | |
| 08/23/22 | **Alyssa Clark** | **0.20** | L390 | A104 | **187.00** |
| | Review summary of depositions. | | | | |
| 08/23/22 | **Danielle Gentin Stock** | **0.20** | L390 | A106 | **205.00** |
| | Correspond internally regarding review of transcripts relating to insurance adversary proceedings (.1); review material regarding the same (.1). | | | | |
| 08/24/22 | **Hayden Coleman** | **0.30** | L390 | A107 | **331.50** |
| | Emails to/from co-counsel regarding NAS discovery. | | | | |
| 08/24/22 | **Noah Becker** | **2.60** | L390 | A104 | **2,002.00** |
| | Analyze and annotate Haddox transcript for adversary proceeding. | | | | |
| 08/24/22 | **Alyssa Clark** | **6.70** | L390 | A109 | **6,264.50** |
| | Attend sales representative deposition in Track 7 cases (5.1); prepare summary regarding same (1.6). | | | | |
| 08/24/22 | **Danielle Gentin Stock** | **0.10** | L390 | A105 | **102.50** |
| | Correspond internally regarding review of deposition transcripts for insurance adversary proceedings. | | | | |
| 08/25/22 | **Noah Becker** | **2.50** | L390 | A104 | **1,925.00** |
| | Analyze and annotate Haddox II transcript for adversary proceeding. | | | | |
| 08/26/22 | **Noah Becker** | **0.20** | L390 | A103 | **154.00** |
| | Finalize deposition transcript summary for transmission to co-counsel and client for adversary proceeding. | | | | |

Client Name: Purdue Pharma L.P.

Invoice 1010072010

Firm Matter Number: 399631.178405

Page 22

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/26/22 | Danielle Gentin Stock | 0.20 | L390 | A105 | 205.00 |
| | Confer internally regarding insurance proceedings. | | | | |
| 08/29/22 | Hayden Coleman | 1.30 | L390 | A107 | 1,436.50 |
| | Emails to/from client and co-counsel regarding insurance adversary discovery. | | | | |
| 08/31/22 | Hayden Coleman | 0.50 | L390 | A106 | 552.50 |
| | Emails to/from client and co-counsel regarding insurance adversary discovery. | | | | |
| 08/31/22 | Alyssa Clark | 7.80 | L390 | A109 | 7,293.00 |
| | Attend former employee Dr. Dover's deposition in Track 7 cases (6.2); prepare summary regarding same (1.6). | | | | |
| **L390 SUBTOTAL HOURS AND FEES:** | | **176.40** | | | **168,204.50** |

**L510 – Appellate Motions and Submissions**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/10/22 | Hayden Coleman | 0.50 | L510 | A107 | 552.50 |
| | Emails to/from co-counsel regarding CT S. Ct. appeal. | | | | |
| **L510 SUBTOTAL HOURS AND FEES:** | | **0.50** | | | **552.50** |

| | | | | |
|---|---|---|---|---|
| **TOTAL HOURS AND FEES** | | **407.00** | | **USD 398,544.50** |

Client Name: Purdue Pharma L.P.

Invoice 1010072010

Firm Matter Number: 399631.178405

Page 23

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| TIMEKEEPER SUMMARY: | | | | |
|---|---|---|---|---|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Birnbaum | Partner | 1,575.00 | 17.40 | 27,405.00 |
| S. Vasser | Partner | 1,315.00 | 1.30 | 1,709.50 |
| H. Coleman | Partner | 1,105.00 | 79.30 | 87,626.50 |
| P. LaFata | Partner | 1,025.00 | 15.50 | 15,887.50 |
| A. Clark | Associate | 935.00 | 82.90 | 77,511.50 |
| J. Kadoura | Associate | 935.00 | 0.10 | 93.50 |
| D. Goldberg-Gradess | Associate | 870.00 | 52.20 | 45,414.00 |
| N. Becker | Associate | 770.00 | 40.10 | 30,877.00 |
| C. Boisvert | Counsel | 1,025.00 | 0.80 | 820.00 |
| D. Gentin Stock | Counsel | 1,025.00 | 104.80 | 107,420.00 |
| A. Capobianco-Ranallo | Legal Assistant | 300.00 | 12.00 | 3,600.00 |
| M. Stone | Legal Assistant | 300.00 | 0.60 | 180.00 |
| **TOTALS** | | | **407.00** | **USD 398,544.50** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.
201 Tresser Blvd.
Stamford, CT 06901

September 23, 2022
Invoice Number
1010072010

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through August 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** .......................................................................................USD 358,775.83

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010072010) in the check memo. Mail to: |
| Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.
201 Tresser Blvd.
Stamford, CT 06901

September 23, 2022
Invoice Number 1010072009

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through August 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE.................................................................................................6,355.00

Less 10% Discount ...................................................................................................................(635.50)

NET TOTAL FEES FOR THIS INVOICE ........................................................................... 5,719.50

**TOTAL AMOUNT DUE FOR THIS INVOICE ........................................................................USD 5,719.50**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.161942

Invoice 1010072009

Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L210 – Pleadings** | | | | | |
| 08/10/22 | Paul LaFata | 0.90 | L210 | A104 | 922.50 |
| | Analyze findings of fact and conclusions of law from trial (San Francisco). | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **0.90** | | | **922.50** |
| **L220 – Preliminary Injunctions/Provisional Remedies** | | | | | |
| 08/03/22 | Paul LaFata | 0.20 | L220 | A107 | 205.00 |
| | Confer with local counsel and co-defense counsel regarding response to order on mediation and automatic stay (WV). | | | | |
| 08/04/22 | Paul LaFata | 0.20 | L220 | A107 | 205.00 |
| | Confer with local counsel and non-party counsel regarding response to mediation order in light of stay and injunction (WV). | | | | |
| **L220 SUBTOTAL HOURS AND FEES:** | | **0.40** | | | **410.00** |
| **L320 – Document Production** | | | | | |
| 08/04/22 | Paul LaFata | 0.10 | L320 | A104 | 102.50 |
| | Analyze response to special master order on request to produce documents (UT). | | | | |
| 08/05/22 | Paul LaFata | 0.20 | L320 | A104 | 205.00 |
| | Analyze discovery demand under protective order (FL). | | | | |
| **L320 SUBTOTAL HOURS AND FEES:** | | **0.30** | | | **307.50** |
| **L330 – Depositions** | | | | | |
| 08/02/22 | Paul LaFata | 0.40 | L330 | A107 | 410.00 |
| | Confer with plaintiffs' counsel and counsel regarding deposition of former employee (MA). | | | | |
| 08/03/22 | Paul LaFata | 0.50 | L330 | A107 | 512.50 |
| | Confer with plaintiff and non-party counsel regarding deposition of former Purdue employee (0.3); confer internally regarding same (0.2) (MA). | | | | |
| 08/04/22 | Paul LaFata | 0.30 | L330 | A107 | 307.50 |
| | Confer with non-party counsel and internally regarding strategy in defense of deposition of former Purdue employee (MA). | | | | |
| 08/08/22 | Paul LaFata | 0.30 | L330 | A106 | 307.50 |
| | Email with client regarding deposition of former employee (MA). | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.161942

Invoice 1010072009
Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 08/08/22 | **Paul LaFata** | **0.20** | L330 | A107 | **205.00** |
| | Confer with co-defense counsel and counsel regarding deposition of former Purdue employee in MDL. | | | | |
| 08/09/22 | **Paul LaFata** | **0.20** | L330 | A107 | **205.00** |
| | Confer with non-party counsel regarding depositions of former employee in MDL. | | | | |
| 08/10/22 | **Paul LaFata** | **0.70** | L330 | A107 | **717.50** |
| | Confer with non-party counsel (0.4) and counsel (0.3) regarding depositions of former Purdue employees in MDL. | | | | |
| 08/24/22 | **Paul LaFata** | **0.50** | L330 | A106 | **512.50** |
| | Analyze deposition report regarding former employee (0.3); email with client regarding same (0.2) in MDL. | | | | |
| 08/30/22 | **Paul LaFata** | **0.20** | L330 | A107 | **205.00** |
| | Confer with plaintiffs counsel and counsel regarding deposition of former employee (0.1); draft report to client regarding same (0.1) (MDL). | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **3.30** | | | **3,382.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L460 – Post-Trial Motions and Submissions** | | | | | |
| 08/17/22 | **Paul LaFata** | **1.00** | L460 | A104 | **1,025.00** |
| | Analyze order on abatement and injunction in MDL Track 3 cases. | | | | |
| 08/19/22 | **Paul LaFata** | **0.30** | L460 | A104 | **307.50** |
| | Analyze reports regarding post-trial judgment and decision in MDL. | | | | |
| **L460 SUBTOTAL HOURS AND FEES:** | | **1.30** | | | **1,332.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **TOTAL HOURS AND FEES** | | **6.20** | | | **USD 6,355.00** |

| TIMEKEEPER SUMMARY: | | | | |
|---------------------|-------|------|-------|--------|
| TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
| P. LaFata | Partner | 1,025.00 | 6.20 | 6,355.00 |
| **TOTALS** | | | **6.20** | **USD 6,355.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                            September 23, 2022
201 Tresser Blvd.                                                                Invoice Number
Stamford, CT 06901                                                               1010072009

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through August 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ...............................................................................................USD 5,719.50

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010072009) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                     September 23, 2022
201 Tresser Blvd.                                              Invoice Number 1010072011
Stamford, CT 06901

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through August 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE..................................................................................................6,723.50

Less 10% Discount ..............................................................................................................(672.35)

NET TOTAL FEES FOR THIS INVOICE .......................................................................... 6,051.15

**TOTAL AMOUNT DUE FOR THIS INVOICE .........................................................USD 6,051.15**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.

Invoice 1010072011

Firm Matter Number: 399631.178406

Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| **B160 – Fee/Employment Applications** | | | | | |
| 08/03/22 | Matthew Stone | 0.20 | B160 | A105 | 60.00 |
| | Email with I. Campos regarding May fee statement. | | | | |
| 08/03/22 | Matthew Stone | 1.10 | B160 | A103 | 330.00 |
| | Revise July fee statement. | | | | |
| 08/04/22 | Matthew Stone | 1.70 | B160 | A103 | 510.00 |
| | Revise July fee statement. | | | | |
| 08/05/22 | Matthew Stone | 2.00 | B160 | A103 | 600.00 |
| | Revise July fee statement. | | | | |
| 08/08/22 | Matthew Stone | 1.70 | B160 | A103 | 510.00 |
| | Revise July fee statement. | | | | |
| 08/10/22 | Matthew Stone | 1.60 | B160 | A103 | 480.00 |
| | Revise July fee statement (1.5); email with I. Campos regarding May fee statement (.1). | | | | |
| 08/11/22 | Matthew Stone | 2.30 | B160 | A103 | 690.00 |
| | Revise July fee statement (2.2); email with I. Campos regarding June fee statement (.1). | | | | |
| 08/12/22 | Matthew Stone | 1.30 | B160 | A103 | 390.00 |
| | Revise July fee statement. | | | | |
| 08/15/22 | Matthew Stone | 1.50 | B160 | A103 | 450.00 |
| | Revise July fee statement. | | | | |
| 08/18/22 | Shmuel Vasser | 0.50 | B160 | A104 | 657.50 |
| | Review July invoices. | | | | |
| 08/18/22 | Matthew Stone | 1.40 | B160 | A103 | 420.00 |
| | Revise July fee statement (1.2); email with I. Campos regarding same (.1); email with H. Coleman and S. Vasser regarding same (.1). | | | | |
| 08/24/22 | Matthew Stone | 0.10 | B160 | A105 | 30.00 |
| | Email with H. Coleman regarding July fee statement. | | | | |
| 08/30/22 | Hayden Coleman | 1.20 | B160 | A104 | 1,326.00 |
| | Review and edit July invoices. | | | | |
| 08/30/22 | Matthew Stone | 0.50 | B160 | A103 | 150.00 |
| | Revise July fee statement (.4); email with H. Coleman regarding same (.1). | | | | |
| 08/31/22 | Matthew Stone | 0.40 | B160 | A103 | 120.00 |
| | Revise July fee statement (.3); email with I. Campos regarding same (.1). | | | | |
| **B160 SUBTOTAL HOURS AND FEES:** | | **17.50** | | | **6,723.50** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178406

Invoice 1010072011

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| **TOTAL HOURS AND FEES** | | **17.50** | | | **USD 6,723.50** |

| Timekeeper | Title | Rate | Hours | Amount |
|-----------|-------|------|-------|--------|
| | **Timekeeper Summary:** | | | |
| S. Vasser | Partner | 1,315.00 | 0.50 | 657.50 |
| H. Coleman | Partner | 1,105.00 | 1.20 | 1,326.00 |
| M. Stone | Legal Assistant | 300.00 | 15.80 | 4,740.00 |
| **TOTALS** | | | **17.50** | **USD 6,723.50** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                          September 23, 2022
201 Tresser Blvd.                                             Invoice Number
Stamford, CT 06901                                             1010072011

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through August 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ...........................................................................................USD 6,051.15

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010072011) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |

## **EXHIBIT B**

**Expenses**

18171613

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**DISBURSEMENTS:**

| DESCRIPTION | AMOUNT |
|---|---|
| **Overtime Dinner Expense** | |
| Vendor: SeamlessWeb Professional Solutions, Inc.; Invoice#: SL-307-86; Date: 8/1/2022 - Alyssa Clark OT Dinner | 20.00 |
| Vendor: Alyssa C. Clark; Invoice#: 082322-384884; Date: 8/3/2022 - Overtime Meal | 20.00 |
| Vendor: SeamlessWeb Professional Solutions, Inc.; Invoice#: SL-307-89; Date: 8/24/2022 - Alyssa Clark OT Dinner | 20.00 |
| | **60.00** |
| **Research Fees** | |
| Research Fees | 3.81 |
| | **3.81** |
| **Federal Express Charges** | |
| Federal Express Charges | 21.97 |
| | **21.97** |
| **TOTAL DISBURSEMENTS** | **USD 85.78** |