United States Bankruptcy Court
Southern District of New York

In re                                          Chapter 11
Purdue Pharma L.P., - et al.                   Case No. 19-23649 (RDD)
    Debtors                                    (Jointly Administered)

Motion for Status

Comes now Movant James Harry Rand request the order of the court for the current status of Movant's claim # 615761. It has been several months since Movant has received any communiqués on this subject-matter.

Issued in good faith, well and truly made with clean hands.

Done this 21st day of September, 2022.

                                        Without Prejudice,
                                        By: James Harry Rand

James Rand 99335-024
United States Penitentiary
PO Box 33 (F-2)
Terre Haute, IN 47808

September 21, 2022

Dear Clerk:

Could you please docket my motion and mail me a time stamped certified copy of it?

Thank you,
James Rand

James Rand 99335-024
United States Penitentiary
P O Box 33 (F-2)
Terre Haute, IN 47808