Honorable Judge D Drain or to whom it may concern

My name is Edward N Whitman Doc #921753
My Birthdate is ████
My Claim number is 628995

I am writing this letter to Request That you would allow my Claim number To be Included in The Purdue pharma lawsuit, Due To The Pandemic I have had no access to the law library, Visitation ect I have no resources at all I have been Incarcerated Through This pandemic. I have Just been released 9-9-22

Thank you for youre help in this matter



Edward N Whitman
1)34 South 82nd unit C
Tacoma WA 98406

THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

c/o Honorable Judge Robert Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains NY 10601