KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PURDUE PHARMA L.P,** *et al.*, | : | **Case No. 19-23649 (RDD)** |
| | : | |
| **Debtors.**[1] | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-FOURTH MONTHLY FEE STATEMENT**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP,**
**CO-COUNSEL TO THE AD HOC COMMITTEE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | July 1, 2022 through and including July 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $174,755.00 |
| **Current Fee Request** | $139,804.00 (80% of $174,755.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,219.99 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $142,023.99 |
| **Total Fees and Expenses Inclusive of Holdback** | $176,974.99 |
| **This is a(n):**    X monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019- 10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019- 11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019- 12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020- 1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020- 2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020- 3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020- 4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020- 5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020- 6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020- 7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020- 8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020- 9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020- 10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020- 11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020- 12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021- 1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021- 2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021- 3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021- 4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021- 5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| 9/9/2021 3746 | 6/1/2021- 6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
|---|---|---|---|---|---|---|
| 9/15/2021 3768 | 7/1/2021- 7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021- 8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021- 9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021- 10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021- 11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021- 12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022- 1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022- 2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022- 3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022- 4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022- 5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $85,743.90 |
| 9/15/2022 5077 | 6/1/2022- 6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $458,378.28 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Fourth Monthly Fee Statement (the

"**Statement**") for the period of July 1, 2022 through and including July 31, 2022 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,309.89.[2]  The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

### Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $172,643.00 by the total hours of 131.80.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $2,112.00 by the total hours of 4.40.

of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $139,804.00, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $2,219.99.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
    September 27, 2022

Respectfully submitted,

By:    */s/ Kenneth H. Eckstein*
                                                        

        Kenneth H. Eckstein
        Rachael Ringer
        Caroline F. Gange
        **KRAMER LEVIN NAFTALIS &**
        **FRANKEL LLP**
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Fax: (212) 715-8000
        Emails:  keckstein@kramerlevin.com
                    rringer@kramerlevin.com
                    cgange@kramerlevin.com

        *Attorneys for the Ad Hoc Committee of*
        *Governmental and Other Contingent*
        *Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00003 | Business Operations | 7.90 | $9,945.00 |
| 00004 | Case Administration | 0.10 | 48.00 |
| 00006 | Employment and Fee Applications | 10.50 | 9,385.50 |
| 00008 | Litigation | 1.80 | 2,111.50 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 15.30 | 22,445.50 |
| 00011 | Plan and Disclosure Statement | 100.60 | 130,819.50 |
| **TOTAL** | | **136.20** | **$174,755.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 8.80 | $10,692.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 30.50 | $51,392.50 |
| David J. Fisher | Partner | 1985 | Corporate | 1580 | 12.00 | $18,960.00 |
| Abraham Reshtick | Partner | 2003 | Tax | 1400 | 0.30 | $420.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1315 | 4.90 | $6,443.50 |
| Jonathan M. Wagner | Partner | 1984 | Litigation | 1500 | 0.40 | $600.00 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 3.20 | $4,480.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1195 | 0.80 | $956.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1110 | 70.90 | $78,699.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 4.40 | $2,112.00 |
| TOTAL | | | | | 136.20 | $174,755.00 |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---:|
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | 44.90 |
| Transcript Fees | 74.40 |
| **TOTAL EXPENSES** | **$2,219.99** |

**EXHIBIT D**

# Kramer Levin



September 27, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 864118
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through July 31, 2022.**

| | |
|---|---:|
| Fees | $174,755.00 |
| Disbursements and Other Charges | 2,219.99 |
| **TOTAL BALANCE DUE** | **$176,974.99** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



September 27, 2022
Invoice #: 864118
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through July 31, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|--------|-------------|------|-------|-------|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $2,219.99 | **$2,219.99** |
| 072952-00003 | Business Operations | 9,945.00 | 0.00 | **9,945.00** |
| 072952-00004 | Case Administration | 48.00 | 0.00 | **48.00** |
| 072952-00006 | Employment and Fee Applications | 9,385.50 | 0.00 | **9,385.50** |
| 072952-00008 | Litigation | 2,111.50 | 0.00 | **2,111.50** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 22,445.50 | 0.00 | **22,445.50** |
| 072952-00011 | Plan and Disclosure Statement | 130,819.50 | 0.00 | **130,819.50** |
| **Subtotal** | | **174,755.00** | **2,219.99** | **176,974.99** |
| **TOTAL CURRENT INVOICE** | | | | **$176,974.99** |



September 27, 2022
Invoice #: 864118
072952-00001
Page 3

**Asset Analysis and Recovery**

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | 44.90 |
| Transcript Fees | 74.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,219.99** |



September 27, 2022
Invoice #: 864118
072952-00003
Page 4

**Business Operations**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 1.40 | $1,701.00 |
| Eckstein, Kenneth H. | Partner | 1.40 | 2,359.00 |
| Wagner, Jonathan M. | Partner | 0.40 | 600.00 |
| Taub, Jeffrey | Spec Counsel | 0.80 | 956.00 |
| Gange, Caroline | Associate | 3.90 | 4,329.00 |
| **TOTAL FEES** | | **7.90** | **$9,945.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/15/2022 | Taub, Jeffrey | Review emergence checklist (0.3), all hands call re same (0.5). | 0.80 | $956.00 |
| 7/22/2022 | Wagner, Jonathan M. | Review status report for Judge Lane. | 0.40 | 600.00 |
| 7/25/2022 | Blabey, David E. | Emails w/ K. Eckstein and C. Gange re talking points for initial conference with Judge Lane. | 0.40 | 486.00 |
| 7/25/2022 | Gange, Caroline | Prep for 7/26 hearing and draft notes re same (2.2); emails w/ K. Eckstein and D. Blabey re same (0.3). | 2.50 | 2,775.00 |
| 7/26/2022 | Blabey, David E. | Attend status conference before Judge Lane. | 1.00 | 1,215.00 |
| 7/26/2022 | Eckstein, Kenneth H. | Prep for (0.3) and attend status hearing with Judge Lane (1.1). | 1.40 | 2,359.00 |



September 27, 2022
Invoice #: 864118
072952-00003
Page 5

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/26/2022 | Gange, Caroline | Prep for (0.3) and attend status conference (1.1). | 1.40 | 1,554.00 |
| **TOTAL** | | | **7.90** | **$9,945.00** |



September 27, 2022
Invoice #: 864118
072952-00004
Page 6

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.10 | $48.00 |
| **TOTAL FEES** | | **0.10** | **$48.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/25/2022 | Kane, Wendy | Register KL team for hearing on status report. | 0.10 | $48.00 |
| **TOTAL** | | | **0.10** | **$48.00** |



September 27, 2022
Invoice #: 864118
072952-00006
Page 7

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $394.50 |
| Gange, Caroline | Associate | 6.50 | 7,215.00 |
| Kane, Wendy | Paralegal | 3.70 | 1,776.00 |
| **TOTAL FEES** | | **10.50** | **$9,385.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/7/2022 | Gange, Caroline | Review and revise AHC professionals fee statements for privilege/confidentiality and compliance with UST guidelines. | 3.20 | $3,552.00 |
| 7/7/2022 | Kane, Wendy | Prepare June fee statement and exhibits. | 0.60 | 288.00 |
| 7/8/2022 | Kane, Wendy | Review June fee statement for compliance with UST guidelines and local rules. | 1.60 | 768.00 |
| 7/11/2022 | Kane, Wendy | Further review June fee statement for compliance with UST guidelines and local rules (0.4). | 0.40 | 192.00 |
| 7/12/2022 | Kane, Wendy | File FTI and Otterbourg May fee statements; email C. Gange re KL fee statement and backup. | 0.40 | 192.00 |
| 7/13/2022 | Kane, Wendy | File Gilbert May fee statement (0.2). | 0.20 | 96.00 |



September 27, 2022
Invoice #: 864118
072952-00006
Page 8

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/15/2022 | Ringer, Rachael L. | Coordinate with Gilbert re: fee reimbursement issue (0.3). | 0.30 | 394.50 |
| 7/18/2022 | Gange, Caroline | Review and revise June invoice for privilege/confidentiality and compliance with UST guidelines. | 1.00 | 1,110.00 |
| 7/21/2022 | Gange, Caroline | Edit and finalize May fee statement for filing (1.0); emails w/ R. Ringer re same (0.1). | 1.10 | 1,221.00 |
| 7/21/2022 | Kane, Wendy | Emails w/ KL team re fee statements (0.1); revise May fee statement and prepare same for filing (0.3); file same (0.1). | 0.50 | 240.00 |
| 7/29/2022 | Gange, Caroline | Review June invoice for privilege/confidentiality and compliance with UST guidelines. | 1.20 | 1,332.00 |
| **TOTAL** | | | **10.50** | **$9,385.50** |



September 27, 2022
Invoice #: 864118
072952-00008
Page 9

**Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.30 | $364.50 |
| Ringer, Rachael L. | Partner | 0.40 | 526.00 |
| Gange, Caroline | Associate | 1.10 | 1,221.00 |
| **TOTAL FEES** | | **1.80** | **$2,111.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/6/2022 | Gange, Caroline | Call w/ Gilbert re insurance adversary proceeding issues (0.5); review memo re Second Circuit next steps (0.6). | 1.10 | $1,221.00 |
| 7/12/2022 | Ringer, Rachael L. | Correspondence with KL team re: litigation/insurance question (0.4). | 0.40 | 526.00 |
| 7/29/2022 | Blabey, David E. | Emails and discs w/ Debtors re tolling extension. | 0.30 | 364.50 |
| **TOTAL** | | | **1.80** | **$2,111.50** |



September 27, 2022
Invoice #: 864118
072952-00009
Page 10

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 2.70 | $3,280.50 |
| Eckstein, Kenneth H. | Partner | 7.60 | 12,806.00 |
| Fisher, David J. | Partner | 0.50 | 790.00 |
| Ringer, Rachael L. | Partner | 2.80 | 3,682.00 |
| Gange, Caroline | Associate | 1.70 | 1,887.00 |
| **TOTAL FEES** | | **15.30** | **$22,445.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/5/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.2). | 1.20 | $2,022.00 |
| 7/6/2022 | Fisher, David J. | Attend weekly Ad Hoc Committee meeting. | 0.50 | 790.00 |
| 7/6/2022 | Ringer, Rachael L. | Attend AHC call (0.5). | 0.50 | 657.50 |
| 7/6/2022 | Blabey, David E. | Prepare talking points on next steps memo for AHC call (0.8); attend AHC call (0.5). | 1.30 | 1,579.50 |
| 7/6/2022 | Eckstein, Kenneth H. | Prepare for (0.3) and attend AHC call re next steps memo (0.5). | 0.80 | 1,348.00 |
| 7/6/2022 | Gange, Caroline | Attend weekly AHC call. | 0.50 | 555.00 |
| 7/7/2022 | Eckstein, Kenneth H. | Attend Working Group call. | 0.50 | 842.50 |
| 7/7/2022 | Gange, Caroline | Emails w/ AHC re fees. | 0.20 | 222.00 |



September 27, 2022
Invoice #: 864118
072952-00009
Page 11

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/12/2022 | Blabey, David E. | Attend portion of working group call. | 0.10 | 121.50 |
| 7/12/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,348.00 |
| 7/19/2022 | Eckstein, Kenneth H. | Attend Working Group call re case issues and appeal issues (1.3). | 1.30 | 2,190.50 |
| 7/20/2022 | Blabey, David E. | Call with working group re appellate next steps. | 1.00 | 1,215.00 |
| 7/20/2022 | Ringer, Rachael L. | Call with working group and 15 re: next steps on plan (1.0), prep for same (0.3). | 1.30 | 1,709.50 |
| 7/20/2022 | Eckstein, Kenneth H. | Attend call with Working Group and Group of 15 to discuss appeal and options memo and case issues (1.0). | 1.00 | 1,685.00 |
| 7/21/2022 | Eckstein, Kenneth H. | Attend working group call (1.0). | 1.00 | 1,685.00 |
| 7/21/2022 | Gange, Caroline | Review case status report and circulate same to AHC. | 0.50 | 555.00 |
| 7/26/2022 | Blabey, David E. | Attend portion of working group call. | 0.30 | 364.50 |
| 7/26/2022 | Eckstein, Kenneth H. | Attend working group call (1.0). | 1.00 | 1,685.00 |
| 7/26/2022 | Ringer, Rachael L. | Attend working group call (1.0). | 1.00 | 1,315.00 |
| 7/26/2022 | Gange, Caroline | Draft email to AHC re status conference. | 0.50 | 555.00 |
| **TOTAL** | | | **15.30** | **$22,445.50** |



September 27, 2022
Invoice #: 864118
072952-00011
Page 12

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 4.40 | $5,346.00 |
| Eckstein, Kenneth H. | Partner | 21.50 | 36,227.50 |
| Fisher, David J. | Partner | 11.50 | 18,170.00 |
| Reshtick, Abraham | Partner | 0.30 | 420.00 |
| Ringer, Rachael L. | Partner | 1.40 | 1,841.00 |
| Rosenbaum, Jordan M. | Partner | 3.20 | 4,480.00 |
| Gange, Caroline | Associate | 57.70 | 64,047.00 |
| Kane, Wendy | Paralegal | 0.60 | 288.00 |
| **TOTAL FEES** | | **100.60** | **$130,819.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/1/2022 | Fisher, David J. | Review emails and issues regarding Pledge, Settlement Agreement and CTA (0.4); communications with Akin Gump and Brown Rudnick regarding same (0.3). | 0.70 | $1,106.00 |
| 7/5/2022 | Fisher, David J. | Review closing checklist for Settlement Agreement and Collateral; communications with Brown Rudnick and Akin Gump. | 0.50 | 790.00 |
| 7/5/2022 | Blabey, David E. | Finalize next steps memo and send to clients. | 0.90 | 1,093.50 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS



September 27, 2022
Invoice #: 864118
072952-00011
Page 13

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/6/2022 | Rosenbaum, Jordan M. | Call with Akin and BR re plan issues. | 0.30 | 420.00 |
| 7/6/2022 | Eckstein, Kenneth H. | Meet with E. Neiger re plan, appeal and case issues (1.0); discuss next steps on plan with C. Gange (0.7). | 1.70 | 2,864.50 |
| 7/6/2022 | Fisher, David J. | Conference call with Akin Gump and Brown Rudnick regarding CTA, Settlement Agreement issues and questions on mark up. | 1.30 | 2,054.00 |
| 7/6/2022 | Gange, Caroline | Discuss next steps on plan w/ K. Eckstein (0.7); legal research re same (2.5); review plan provisions re same (2.1). | 5.30 | 5,883.00 |
| 7/7/2022 | Eckstein, Kenneth H. | Review timeline/next steps memo (0.5); call with R. Ringer re case issues re same (0.5). | 1.00 | 1,685.00 |
| 7/7/2022 | Reshtick, Abraham | Participate in call with tax professionals concerning next steps. | 0.30 | 420.00 |
| 7/7/2022 | Gange, Caroline | Legal research re plan issues (2.3); draft email to K. Eckstein re same (0.7); edit powerpoint re same (0.7). | 3.70 | 4,107.00 |
| 7/8/2022 | Fisher, David J. | Communications with Davis Polk regarding issues and settlement documents. | 0.40 | 632.00 |
| 7/8/2022 | Eckstein, Kenneth H. | Calls w/ KL team re next steps memo, plan issues (1.2). | 1.20 | 2,022.00 |
| 7/8/2022 | Gange, Caroline | Legal research re plan issues (5.3); prepare summaries of same (0.4); further edits to presentation re same (1.6). | 7.30 | 8,103.00 |



September 27, 2022
Invoice #: 864118
072952-00011
Page 14

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/8/2022 | Kane, Wendy | Pull precedent confirmation hearing transcripts and email C. Gange re same. | 0.40 | 192.00 |
| 7/11/2022 | Fisher, David J. | Review issues regarding CTA, Settlement Agreement and collateral matters (1.1); communications with Akin Gump and Davis Polk regarding same (0.3). | 1.40 | 2,212.00 |
| 7/11/2022 | Gange, Caroline | Legal research re next steps on plan (2.9); draft memo re same (1.8) edit presentation re same (4.1). | 8.80 | 9,768.00 |
| 7/12/2022 | Fisher, David J. | Communications with Davis Polk and Akin Gump regarding issues on Settlement Agreement and CTA. | 1.20 | 1,896.00 |
| 7/12/2022 | Eckstein, Kenneth H. | Calls w/ KL team re plan issues (1.2); outline issues re same and review presentation (1.2). | 2.40 | 4,044.00 |
| 7/12/2022 | Gange, Caroline | Legal research re next steps on plan (1.9); finalize presentation re same (2.0). | 3.90 | 4,329.00 |
| 7/13/2022 | Rosenbaum, Jordan M. | Call with BR and Akin re plan issues. | 0.50 | 700.00 |
| 7/13/2022 | Fisher, David J. | Review open items in CTA (0.6); discuss same on conference call with Akin Gump and Brown Rudnick (0.4); follow up internally on issues; phone call with Davis Polk regarding status and issues (0.4). | 1.40 | 2,212.00 |



September 27, 2022
Invoice #: 864118
072952-00011
Page 15

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/13/2022 | Eckstein, Kenneth H. | Call with C. Shore, E. Neiger re next steps (1.0); c/w C. Gange re outline of plan issues and power point (0.4); c/w R. Ringer re same (0.4); review issues re next steps memo (0.5); outline plan issues (1.4). | 3.70 | 6,234.50 |
| 7/13/2022 | Gange, Caroline | Draft memo re next steps on plan (5.5); research re same (1.1); edit draft re same (0.7); discuss same w/ K. Eckstein (0.2). | 7.50 | 8,325.00 |
| 7/13/2022 | Kane, Wendy | Pull plan precedent and email C. Gange re same. | 0.20 | 96.00 |
| 7/14/2022 | Fisher, David J. | Review CTA comments, open issues and suggested resolution (0.5); multiple communications with Brown Rudnick and Akin Gump regarding same (0.4); communications with K. Eckstein and R. Ringer regarding same (0.7). | 1.60 | 2,528.00 |
| 7/14/2022 | Eckstein, Kenneth H. | Review memo re plan issues (0.8); call with R. Ringer, D. Blabey, C. Gange re plan issues (0.8); review materials re same (1.1). | 2.70 | 4,549.50 |
| 7/14/2022 | Blabey, David E. | Call with K. Eckstein, R. Ringer and C. Gange re plan memo. | 0.70 | 850.50 |
| 7/14/2022 | Gange, Caroline | Edit draft presentation on next steps on plan (4.2); legal research re same (1.9); call w/ K. Eckstein, R. Ringer and D. Blabey re same (0.8); revise per same (0.2). | 7.10 | 7,881.00 |
| 7/15/2022 | Rosenbaum, Jordan M. | Call with Debtor and DPW re plan documents. | 0.60 | 840.00 |



September 27, 2022
Invoice #: 864118
072952-00011
Page 16

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/15/2022 | Fisher, David J. | Review CTA proposals on issues (1.0); communications with FTI regarding same (0.2); communications with Akin Gump and Brown Rudnick re same (0.1). | 1.30 | 2,054.00 |
| 7/15/2022 | Gange, Caroline | Edit memo re next steps on plan re K. Eckstein comments (3.5); review distributor agreements re same (1.2); legal research re same (0.7). | 5.40 | 5,994.00 |
| 7/18/2022 | Blabey, David E. | Edit memo on alternative plan structure. | 2.80 | 3,402.00 |
| 7/18/2022 | Fisher, David J. | Review CTA comments and comments from Akin Gump and Brown Rudnick; communications with Akin Gump regarding same. | 0.50 | 790.00 |
| 7/18/2022 | Eckstein, Kenneth H. | Review issues outline and comment (1.3). | 1.30 | 2,190.50 |
| 7/18/2022 | Gange, Caroline | Edit presentation re plan per D. Blabey comments (0.2); review related issues and draft email to K. Eckstein, D. Blabey, and R. Ringer re same (4.2). | 4.40 | 4,884.00 |
| 7/19/2022 | Rosenbaum, Jordan M. | Call with DP, Milbank, DPW, Akin and BR re plan documents (0.7). call with Akin and BR re same (0.2). | 0.90 | 1,260.00 |
| 7/19/2022 | Eckstein, Kenneth H. | Call with R. Ringer, C. Gange re Plan presentation (0.8); draft memo re same (2.4). | 3.20 | 5,392.00 |
| 7/19/2022 | Gange, Caroline | Discuss plan presentation with K. Eckstein (0.2); update presentation re same (1.2); legal research re same (2.9). | 4.30 | 4,773.00 |



September 27, 2022
Invoice #: 864118
072952-00011
Page 17

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/20/2022 | Eckstein, Kenneth H. | Continue to review and edit Plan presentation (1.0). | 1.00 | 1,685.00 |
| 7/21/2022 | Eckstein, Kenneth H. | Edit plan presentation (1.6). | 1.60 | 2,696.00 |
| 7/22/2022 | Fisher, David J. | Communications with DPW re issues re CTA with SOAF; review same. | 0.40 | 632.00 |
| 7/26/2022 | Rosenbaum, Jordan M. | Review plan documents. | 0.90 | 1,260.00 |
| 7/26/2022 | Fisher, David J. | Communications with Davis Polk and Akin Gump regarding CT comments; communications from Provence and Debevoise regarding updates. | 0.80 | 1,264.00 |
| 7/26/2022 | Eckstein, Kenneth H. | Call with S. Gilbert, S. Burian re plan issues (1.3); call with A. Preis re same (0.4). | 1.70 | 2,864.50 |
| 7/26/2022 | Ringer, Rachael L. | Call with S. Gilbert, S. Burian re plan issues (1.3), review emails re: same (0.1). | 1.40 | 1,841.00 |
| **TOTAL** | | | **100.60** | **$130,819.50** |

# Kramer Levin



September 27, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 864118
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through July 31, 2022.**

Disbursements and Other Charges          2,219.99

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T 212.715.9100  F 212.715.8000



September 27, 2022
Invoice #: 864118
072952

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | 44.90 |
| Transcript Fees | 74.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,219.99** |

## DISBURSEMENTS AND OTHER CHARGES DETAIL

### Data Hosting Charges

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/26/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

### Pacer Online Research

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/1/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |
| 7/2/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 7/3/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 7/4/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
| 7/5/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $3.00 |



August 10, 2022
Invoice #: ******
072952
Page 2

| 7/6/2022 | Boyle Brian | Pacer Online Research Boyle, Brian | $6.00 |
|---|---|---|---|
| 7/13/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $11.50 |
| 7/22/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $1.80 |
| 7/26/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $1.60 |
| **Subtotal** | | | **$44.90** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/26/2022 | Kane Wendy | Veritext New York Reporting Co., A Veritext Company | $74.40 |
| **Subtotal** | | | **$74.40** |
| **TOTAL** | | | **$2,219.99** |