UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :    Case No. 19-23649 (RDD)
                                                    :
                                  Debtors.¹         :    (Jointly Administered)
                                                    :
------------------------------------------------------------- x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of August 1, 2022 through August 31, 2022 (the "Thirty-Second Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code").

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Thirty-Second Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of monthly fees earned by PJT during the Thirty-Second Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Thirty-Second Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in

2

connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-Second Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Thirty-Second Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirty-Second Compensation Period is outlined below:

| Thirty-Second Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| August 1 – 31, 2022 | $225,000.00 | ($45,000.00) | $180,000.00 |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 331.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-Second Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | August 2022 |
|---|---|
| Jamie O'Connell | 11.5 |
| Rafael Schnitzler | 27.0 |
| Tom Melvin | 70.5 |
| Jin Won Park | 18.0 |
| May Li | 43.0 |
| Marilia Bagatini | 53.0 |
| Christopher Fletcher | 15.0 |
| Joanna Lu | 34.5 |
| Chloe Lee | 58.5 |
| **Total Hours** | **331.0** |

3

## III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's monthly fees in the amount of $225,000.00 earned during the Thirty-Second Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: September 28, 2022

PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

# APPENDIX A

PJT Partners



September 28, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of August 1, 2022 through August 31, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due**[1] | **$** | **180,000.00** |

**Invoice No. 10022193**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 11.5 |
| Rafael Schnitzler | Managing Director | 27.0 |
| Tom Melvin | Vice President | 70.5 |
| Jin Won Park | Vice President | 18.0 |
| May Li | Associate | 43.0 |
| Marilia Bagatini | Associate | 53.0 |
| Christopher Fletcher | Analyst | 15.0 |
| Joanna Lu | Analyst | 34.5 |
| Chloe Lee | Analyst | 58.5 |
| | **Total** | **331.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 08/01/22 | 1.0 | Review and comment on draft analysis |
| Jamie O'Connell | 08/01/22 | 0.5 | Internal team meeting regarding draft analysis |
| Jamie O'Connell | 08/01/22 | 1.0 | Correspondences regarding financial matter |
| Jamie O'Connell | 08/02/22 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 08/02/22 | 0.5 | Prep for meeting |
| Jamie O'Connell | 08/03/22 | 1.5 | Prep for meeting |
| Jamie O'Connell | 08/03/22 | 2.0 | Meeting regarding financial update |
| Jamie O'Connell | 08/04/22 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 08/04/22 | 0.5 | Call with counsel regarding financial matter |
| Jamie O'Connell | 08/05/22 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 08/16/22 | 0.5 | Call regarding financial matter |
| Jamie O'Connell | 08/17/22 | 0.5 | Correspondences regarding financial matters |
| Jamie O'Connell | 08/23/22 | 1.0 | Calls regarding financial matters |
| Jamie O'Connell | 08/29/22 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 08/30/22 | 0.5 | Correspondences regarding various matters |
| | | **11.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 08/01/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 08/02/22 | 0.5 | Correspondences regarding financial matter |
| Rafael Schnitzler | 08/02/22 | 0.5 | Meeting with Purdue team regarding various financial matters |
| Rafael Schnitzler | 08/03/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 08/04/22 | 0.5 | Review financial analysis |
| Rafael Schnitzler | 08/04/22 | 2.0 | Financial analysis / discussion |
| Rafael Schnitzler | 08/05/22 | 0.5 | Internal discussion regarding various matters |
| Rafael Schnitzler | 08/08/22 | 0.5 | Review financial analysis |
| Rafael Schnitzler | 08/08/22 | 0.5 | Meeting with Purdue team regarding various financial matters |
| Rafael Schnitzler | 08/09/22 | 0.5 | Internal meeting and preparation of materials |
| Rafael Schnitzler | 08/09/22 | 0.5 | Review financial analysis |
| Rafael Schnitzler | 08/10/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 08/11/22 | 0.5 | Internal team meeting regarding various matters |
| Rafael Schnitzler | 08/12/22 | 1.5 | Meeting with management |
| Rafael Schnitzler | 08/15/22 | 0.5 | Meeting with Purdue team regarding various financial matters |
| Rafael Schnitzler | 08/16/22 | 0.5 | Internal meeting and preparation of materials |
| Rafael Schnitzler | 08/18/22 | 1.0 | Internal meeting and preparation of materials |
| Rafael Schnitzler | 08/22/22 | 1.5 | Review financial analysis |
| Rafael Schnitzler | 08/22/22 | 1.5 | Respond to emails, review various financial analyses |
| Rafael Schnitzler | 08/24/22 | 4.0 | Draft financial analysis and presentations |
| Rafael Schnitzler | 08/24/22 | 1.0 | Prepare materials related to strategic initiatives |
| Rafael Schnitzler | 08/25/22 | 3.5 | Draft presentation |
| Rafael Schnitzler | 08/26/22 | 1.0 | Draft presentation |
| Rafael Schnitzler | 08/27/22 | 0.5 | Draft presentation |
| Rafael Schnitzler | 08/30/22 | 2.5 | Draft financial analysis and presentations |
| | | **27.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 08/01/22 | 0.5 | Internal team meeting regarding presentation materials |
| Tom Melvin | 08/01/22 | 5.0 | Prepare and review materials for upcoming meeting with Company management |
| Tom Melvin | 08/01/22 | 1.0 | E-mail correspondence with AlixPartners related to presentation materials |
| Tom Melvin | 08/01/22 | 0.5 | E-mail correspondence with Company management related to financial analysis |
| Tom Melvin | 08/01/22 | 0.5 | E-mail correspondence with DPW regarding legal matter |
| Tom Melvin | 08/02/22 | 0.5 | Call with AlixPartners to discuss strategic initiatives |
| Tom Melvin | 08/02/22 | 1.0 | Bi weekly update call with creditor financial advisors |
| Tom Melvin | 08/02/22 | 4.0 | Prepare and review materials for upcoming meeting with Company management |
| Tom Melvin | 08/02/22 | 0.5 | E-mail correspondence with internal team related to materials for upcoming meeting |
| Tom Melvin | 08/03/22 | 2.0 | Research related to materials for meeting with Company management |
| Tom Melvin | 08/03/22 | 2.0 | Meeting with Company management, DPW to discuss financial update |
| Tom Melvin | 08/03/22 | 0.5 | E-mail correspondence with internal team related to materials for upcoming meeting |
| Tom Melvin | 08/04/22 | 0.5 | Review correspondence from creditor financial advisors related to strategic initiatives |
| Tom Melvin | 08/04/22 | 1.0 | E-mail correspondence with DPW and Company management related to prior meeting |
| Tom Melvin | 08/04/22 | 1.0 | Review materials from Company management related to strategic initiative |
| Tom Melvin | 08/08/22 | 0.5 | E-mail correspondence with internal team related to strategic initiative work stream |
| Tom Melvin | 08/09/22 | 1.0 | Review materials from creditor financial advisors related to diligence request |
| Tom Melvin | 08/09/22 | 0.5 | Review materials and agenda for meeting related to strategic initiative work stream |
| Tom Melvin | 08/09/22 | 0.5 | E-mail correspondence with internal team related to strategic initiative work stream |
| Tom Melvin | 08/09/22 | 0.5 | E-mail correspondence with AlixPartners to discuss data room |
| Tom Melvin | 08/10/22 | 0.5 | Meeting with internal team to discuss strategic initiatives |
| Tom Melvin | 08/10/22 | 0.5 | E-mail correspondence with AlixPartners to discuss data room |
| Tom Melvin | 08/11/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 08/15/22 | 1.0 | Review materials from creditor financial advisors related to diligence request |
| Tom Melvin | 08/16/22 | 1.0 | Bi weekly update call with creditor financial advisors |
| Tom Melvin | 08/16/22 | 0.5 | Review agenda for weekly call regarding strategic initiative work stream |
| Tom Melvin | 08/16/22 | 3.0 | Review materials from AlixPartners related to creditor financial advisor diligence requests |
| Tom Melvin | 08/16/22 | 1.0 | E-mail correspondence with Company management related to diligence requests |
| Tom Melvin | 08/17/22 | 1.0 | August omnibus court hearing |
| Tom Melvin | 08/17/22 | 0.5 | E-mail correspondence with creditor financial advisors regarding diligence requests |
| Tom Melvin | 08/17/22 | 1.0 | Prepare process and general update for internal team |
| Tom Melvin | 08/17/22 | 2.5 | Prepare and review material responsive to creditor financial advisor diligence requests |
| Tom Melvin | 08/17/22 | 1.5 | Review request for analysis from DPW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 08/19/22 | 0.5 | E-mail correspondence with internal team related to upcoming meeting |
| Tom Melvin | 08/22/22 | 1.0 | Review materials from AlixPartners related to creditor financial advisor diligence requests |
| Tom Melvin | 08/23/22 | 0.5 | Review agenda for weekly call regarding strategic initiative work stream |
| Tom Melvin | 08/23/22 | 2.0 | Review and research question related to ch. 11 process |
| Tom Melvin | 08/23/22 | 0.5 | E-mail correspondence with internal team member regarding work streams and process |
| Tom Melvin | 08/23/22 | 0.5 | Review of material from creditor financial advisors related to strategic initiative |
| Tom Melvin | 08/24/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 08/24/22 | 1.0 | Prepare and review weekly catch up call agenda |
| Tom Melvin | 08/25/22 | 0.5 | Weekly update call with debtor advisors |
| Tom Melvin | 08/25/22 | 0.5 | Call with Company management and AlixPartners to discuss strategic matters |
| Tom Melvin | 08/25/22 | 0.5 | Call with internal team member related to discuss various matters |
| Tom Melvin | 08/25/22 | 0.5 | E-mail correspondence with Company management related to various matters |
| Tom Melvin | 08/25/22 | 1.0 | Review of material from Company management related to strategic initiatives work streams |
| Tom Melvin | 08/25/22 | 2.0 | Review and analysis related to product financial forecast provided by Company management |
| Tom Melvin | 08/25/22 | 1.5 | Review material from AlixPartners related to strategic initiative work streams |
| Tom Melvin | 08/25/22 | 1.0 | Review material from AlixPartners related to creditor financial advisor diligence requests |
| Tom Melvin | 08/26/22 | 1.5 | Call with Company management, AlixPartners and 3rd party related to strategic matters |
| Tom Melvin | 08/26/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 08/26/22 | 0.5 | E-mail correspondence with internal team related to strategic initiative work stream |
| Tom Melvin | 08/28/22 | 1.5 | Review analysis from internal team members related to strategic initiatives |
| Tom Melvin | 08/29/22 | 0.5 | Call with Company management and AlixPartners to discuss business development initiatives |
| Tom Melvin | 08/29/22 | 3.0 | Prepare materials requested by Company management and Board |
| Tom Melvin | 08/29/22 | 0.5 | Review analysis from internal team members related to strategic initiatives |
| Tom Melvin | 08/29/22 | 1.0 | Review material from AlixPartners related to upcoming meeting |
| Tom Melvin | 08/29/22 | 1.0 | E-mail correspondence with Company management and AlixPartners related to various matters |
| Tom Melvin | 08/29/22 | 0.5 | Review material provided by Company management related to upcoming meeting |
| Tom Melvin | 08/30/22 | 1.0 | Bi weekly update call with creditor financial advisors |
| Tom Melvin | 08/30/22 | 1.0 | Research related to question from AlixPartners related to financial analysis |
| Tom Melvin | 08/30/22 | 1.0 | E-mail correspondence with Company management related to various matters |
| Tom Melvin | 08/30/22 | 0.5 | E-mail correspondence with creditor financial advisors related to strategic initiatives |
| Tom Melvin | 08/31/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 08/31/22 | 1.0 | Review materials from Company management related to business development activities |
| Tom Melvin | 08/31/22 | 1.0 | Prepare materials requested by Company management and Board |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 08/31/22 | 2.0 | Review diligence requests from creditor financial advisors and certain responsive material |
|  |  | **70.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 08/02/22 | 0.5 | Internal meeting and preparation of materials |
| Jin Won Park | 08/03/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/04/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/09/22 | 0.5 | Internal meeting and preparation of materials |
| Jin Won Park | 08/10/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/11/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/16/22 | 0.5 | Internal meeting and preparation of materials |
| Jin Won Park | 08/17/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/18/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/23/22 | 1.5 | Internal meeting and preparation of materials |
| Jin Won Park | 08/24/22 | 1.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/25/22 | 1.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 08/30/22 | 1.0 | Prepare materials related to strategic initiatives |
| | | **18.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| May Li | 08/01/22 | 1.0 | Internal team meeting regarding financial matter |
| May Li | 08/02/22 | 0.5 | Call with third party advisor |
| May Li | 08/03/22 | 0.5 | Internal team meeting regarding financial matter |
| May Li | 08/03/22 | 3.0 | Financial analysis |
| May Li | 08/03/22 | 1.0 | Internal financial analysis discussion |
| May Li | 08/04/22 | 2.0 | Financial analysis / discussion |
| May Li | 08/05/22 | 2.0 | Financial analysis / discussion |
| May Li | 08/08/22 | 1.0 | Internal team meeting regarding financial matter |
| May Li | 08/08/22 | 5.0 | Financial analysis |
| May Li | 08/09/22 | 4.0 | Financial analysis |
| May Li | 08/09/22 | 1.0 | Internal financial analysis discussion |
| May Li | 08/10/22 | 0.5 | Internal team meeting regarding financial matter |
| May Li | 08/10/22 | 4.0 | Financial analysis |
| May Li | 08/11/22 | 1.0 | Internal team meeting regarding financial matter |
| May Li | 08/11/22 | 4.0 | Financial analysis |
| May Li | 08/12/22 | 1.5 | Meeting with management |
| May Li | 08/12/22 | 3.0 | Financial analysis |
| May Li | 08/15/22 | 2.0 | Internal team meeting regarding financial matter |
| May Li | 08/16/22 | 1.0 | Internal team meeting regarding financial matter |
| May Li | 08/17/22 | 0.5 | Internal team meeting regarding financial matter |
| May Li | 08/18/22 | 1.5 | Internal team meeting regarding financial matter |
| May Li | 08/19/22 | 1.0 | Internal meeting / industry discussion |
| May Li | 08/22/22 | 2.0 | Internal meeting / industry discussion |
| | | **43.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 08/12/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/15/22 | 2.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/15/22 | 4.0 | Financial analysis |
| Marilia Bagatini | 08/16/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/16/22 | 4.0 | Financial analysis |
| Marilia Bagatini | 08/17/22 | 1.5 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/17/22 | 3.5 | Financial analysis |
| Marilia Bagatini | 08/18/22 | 1.5 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/18/22 | 3.5 | Financial analysis |
| Marilia Bagatini | 08/19/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/21/22 | 1.0 | Financial analysis |
| Marilia Bagatini | 08/21/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/22/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 08/22/22 | 2.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/23/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/24/22 | 2.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 08/24/22 | 0.5 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/25/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 08/26/22 | 4.0 | Financial analysis |
| Marilia Bagatini | 08/26/22 | 0.5 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 08/28/22 | 2.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 08/28/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 08/29/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 08/29/22 | 0.5 | Meetings on strategic initiatives |
| Marilia Bagatini | 08/30/22 | 3.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 08/30/22 | 0.5 | Bi-weekly update meeting |
| Marilia Bagatini | 08/31/22 | 3.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 08/31/22 | 1.0 | Meetings |
| | | **53.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 08/01/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 08/01/22 | 0.5 | Internal discussion |
| Christopher Fletcher | 08/01/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 08/02/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 08/02/22 | 0.5 | Call with operational consultant |
| Christopher Fletcher | 08/02/22 | 1.0 | Biweekly catch-up |
| Christopher Fletcher | 08/09/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 08/09/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 08/15/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 08/17/22 | 3.0 | Internal discussion; financial analysis |
| Christopher Fletcher | 08/23/22 | 1.0 | Financial analysis; review |
| Christopher Fletcher | 08/24/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 08/25/22 | 1.0 | Biweekly catch-up |
| Christopher Fletcher | 08/30/22 | 0.5 | Financial analysis |
| | | **15.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joanna Lu | 08/01/22 | 1.0 | Internal team meeting regarding financial matter |
| Joanna Lu | 08/02/22 | 0.5 | Call with third party advisor |
| Joanna Lu | 08/03/22 | 0.5 | Internal team meeting regarding financial matter |
| Joanna Lu | 08/03/22 | 5.0 | Financial analysis |
| Joanna Lu | 08/03/22 | 1.0 | Internal financial analysis discussion |
| Joanna Lu | 08/04/22 | 3.0 | Financial analysis |
| Joanna Lu | 08/05/22 | 6.0 | Financial analysis |
| Joanna Lu | 08/08/22 | 0.5 | Call with third party advisor |
| Joanna Lu | 08/08/22 | 5.0 | Financial analysis |
| Joanna Lu | 08/08/22 | 0.5 | Internal team meeting regarding financial matter |
| Joanna Lu | 08/08/22 | 0.5 | Internal team meeting regarding financial matter |
| Joanna Lu | 08/08/22 | 0.5 | Internal team meeting regarding financial matter |
| Joanna Lu | 08/09/22 | 0.5 | Meeting with management |
| Joanna Lu | 08/09/22 | 1.0 | Internal financial analysis discussion |
| Joanna Lu | 08/09/22 | 0.5 | Internal financial analysis discussion |
| Joanna Lu | 08/10/22 | 0.5 | Call with third party advisor |
| Joanna Lu | 08/11/22 | 6.0 | Financial analysis |
| Joanna Lu | 08/12/22 | 0.5 | Model working session |
| Joanna Lu | 08/12/22 | 1.5 | Meeting with management |
|  |  | **34.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 08/12/22 | 1.0 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/15/22 | 0.5 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/16/22 | 0.5 | Meeting with management |
| Chloe Lee | 08/16/22 | 5.0 | Financial analysis |
| Chloe Lee | 08/17/22 | 0.5 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/17/22 | 5.0 | Financial analysis |
| Chloe Lee | 08/18/22 | 0.5 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/19/22 | 0.5 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/19/22 | 5.0 | Financial analysis |
| Chloe Lee | 08/21/22 | 6.0 | Financial analysis |
| Chloe Lee | 08/22/22 | 2.0 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/22/22 | 6.0 | Financial analysis |
| Chloe Lee | 08/23/22 | 1.0 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/24/22 | 2.0 | Prepare materials related to strategic initiatives |
| Chloe Lee | 08/24/22 | 0.5 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/25/22 | 2.0 | Financial analysis |
| Chloe Lee | 08/26/22 | 4.0 | Financial analysis |
| Chloe Lee | 08/26/22 | 0.5 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/28/22 | 2.0 | Prepare materials related to strategic initiatives |
| Chloe Lee | 08/28/22 | 2.0 | Financial analysis |
| Chloe Lee | 08/29/22 | 4.0 | Financial analysis |
| Chloe Lee | 08/29/22 | 0.5 | Internal team meeting regarding financial matter |
| Chloe Lee | 08/30/22 | 3.0 | Prepare materials related to strategic initiatives |
| Chloe Lee | 08/30/22 | 0.5 | Bi-weekly update meeting |
| Chloe Lee | 08/31/22 | 3.0 | Prepare materials related to strategic initiatives |
| Chloe Lee | 08/31/22 | 1.0 | Meetings |
| | | **58.5** | |