**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | August 1, 2022 through August 31, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $73,106.79[2] |
| Less 20% Holdback | $14,621.36 |
| Total Reimbursement Requested | $267.40 |
| Total Compensation and Reimbursement Requested in this Statement | $58,752.83 |

| **This is a(n):**   X Monthly Application   __ Interim Application   __ Final Application |
|---|

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from August 1, 2022 Through August 31, 2022* (this "**Fee Statement**").[3] By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $12,901.21 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from August 1, 2022, through and including August 31, 2022, is referred to herein as the "**Fee Period.**"

- 2 -

$58,485.43 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $73,106.79) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

<u>**Itemization of Services Rendered and Disbursements Incurred**</u>

1.      Attached hereto as **<u>Exhibit A</u>** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **<u>Exhibit A</u>**, Arnold & Porter incurred $73,106.79 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $58,485.43.

2.      Attached hereto as **<u>Exhibit B</u>** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $970.02.[4]  The blended hourly billing rate of all paraprofessionals is $402.22.[5]

3.      Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $267.40 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $58,485.43, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $73,106.79) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

September 30, 2022                                        Respectfully submitted,


                                        By:   */s/* Rory Greiss
                                        **ARNOLD & PORTER KAYE SCHOLER LLP**
                                        Rory Greiss
                                        250 West 55th Street
                                        New York, New York 10019
                                        rory.greiss@arnoldporter.com

                                        **-AND-**

                                        Rosa J. Evergreen
                                        601 Massachusetts Ave, NW
                                        Washington, DC 2001-3743
                                        rosa.evergreen@arnoldporter.com

                                        ***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 18.90 | $16,426.67 |
| Retention and Fee Applications | 10.10 | $7,208.00 |
| General Patent Settlement | 50.00 | $37,519.00 |
| Government Contracts | 1.00 | $909.50 |
| Project Falcon | 5.90 | $5,252.57 |
| Project Amelia | 5.40 | $5,791.05 |
| **Total**[1] | **91.30** | **$73,106.79** |

---

[1]  This amount reflects a reduction in fees in the amount of $12,901.21 on account of voluntary discounts as described in the Retention Application.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 3.30 | $3,795.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 1.20 | $1,752.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 0.50 | $627.50 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 2.20 | $2,288.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,250.00 | 33.50 | $41,875.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 2.50 | $2,712.50 |
| Ju, Esther | Associate | 2021 | 630.00 | 1.80 | $1,134.00 |
| Kim, Gina | Associate | 2017 | 710.00 | 34.00 | $24,140.00 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 2.80 | $1,764.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 0.50 | $442.50 |
| Sullivan, Sam | Associate | 2020 | 710.00 | 1.80 | $1,278.00 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 2.70 | $2,389.50 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 4.00 | $1,740.00 |
| Champagne, Louis | Docket Clerk | | 140.00 | 0.50 | $70.00 |
| **Total** | | | | **91.30** | **$86,008.00** |
| Less 15% Discount | | | | | ($12,901.21) |
| **Discounted Total** | | | | | **$73,106.79** |
| Less 20% Holdback | | | | | ($14,621.36) |
| **Total Amount Requested Herein** | | | | | **$58,485.43** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Near-Line Storage | $267.40 |
| **Total Expenses** | **$267.40** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                          September 30, 2022
**Attn: Maria Barton**                                        Invoice # 30147529
**General Counsel**                                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2022** | $ | **19,325.50** |
| Discount: | | -2,898.83 |
| **Fee Total** | | **16,426.67** |
| **Total Amount Due** | $ | **16,426.67** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2022

Invoice # 30147529

**(1049218.00117)**
**Commercial Contracts Advice**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Eric Rothman | 08/01/22 | 1.10 | Teleconference with Purdue team and A. Krantz to discuss supply agreement. |
| Alexa D. Krantz | 08/01/22 | 1.30 | Call with Purdue team, E. Rothman and counterparty to discuss supply agreement. |
| Rory Greiss | 08/02/22 | 0.70 | Correspond with Purdue team re: "distributor" issue under supply agreement. |
| Rory Greiss | 08/04/22 | 0.70 | Review, comment on revised supply agreement (.5); telephone conference with E. Zausner re: same (.2). |
| Ethan Zausner | 08/04/22 | 1.00 | Revise supply agreement (.8); teleconference with R. Greiss re same (.2). |
| Rory Greiss | 08/05/22 | 2.30 | Correspondence with Purdue team re: revised draft of supply agreement (.9); revise provisions with E. Zausner in accordance with comments (.6); further correspondence with Purdue team to finalize draft for distribution to counterparty (.8). |
| Ethan Zausner | 08/05/22 | 1.20 | Revise draft supply agreement (.7); correspond with R. Greiss re same (.5). |
| Rory Greiss | 08/08/22 | 1.10 | Review counterparty comments on latest draft of supply agreement (.4); draft language in response to comments (.3); correspond with Purdue team re same (.4). |
| Rory Greiss | 08/09/22 | 0.90 | Review, revise supply agreement (.6); correspond with E. Zausner re same (.3). |
| Ethan Zausner | 08/09/22 | 0.30 | Draft email response to counterparty re supply agreement. |
| Rory Greiss | 08/11/22 | 0.50 | Review correspondence with counterparty regarding revised language for supply agreement. |
| Ethan Zausner | 08/11/22 | 0.20 | Correspondence with Purdue team re: supply agreement. |
| Eric Rothman | 08/23/22 | 1.10 | Call with Purdue team and A. Krantz to discuss supply agreement. |
| Alexa D. Krantz | 08/23/22 | 1.30 | Call with Purdue team and E. Rothman to discuss supply agreement (1.0); Revise supply agreement (.3). |
| Rory Greiss | 08/24/22 | 0.70 | Review correspondence from Purdue team regarding counterparty email re supply agreement (.3); correspond with Purdue team in response (.4). |
| Alexa D. Krantz | 08/24/22 | 0.20 | Revise supply agreement. |
| Rory Greiss | 08/25/22 | 0.80 | Correspondence with Purdue team re: ancillary costs issue in supply agreement (.3); correspond with counterparty re: same (.5). |
| Rory Greiss | 08/30/22 | 0.30 | Review correspondence relating to response letter in contract dispute. |
| Rory Greiss | 08/31/22 | 1.40 | Review and revise response letter prepared by E. Ju (.8); review E. Rothman's revisions (.2); review Purdue team revisions (.3) correspondence with Purdue team re: same (.1). |
| Esther Ju | 08/31/22 | 1.80 | Review, analyze background materials to prepare to draft response to counterparty 8/30/22 letter (.7); draft response letter in contract dispute matter (1.1). |

September 30, 2022                                                                 Invoice # 30147529

| Name | Date | Hours | Narrative |
|---|---|---|---|
| **Total Hours** | | **18.90** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Eric Rothman | 2.20 | 1,040.00 | 2,288.00 |
| Rory Greiss | 9.40 | 1,250.00 | 11,750.00 |
| Esther Ju | 1.80 | 630.00 | 1,134.00 |
| Alexa D. Krantz | 2.80 | 630.00 | 1,764.00 |
| Ethan Zausner | 2.70 | 885.00 | 2,389.50 |
| **TOTAL** | **18.90** | | **19,325.50** |

**Total Current Amount Due**                                                        **$16,426.67**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

September 30, 2022
Invoice # 30147532
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2022** | $ | 8,480.00 |
| Discount: | | -1,272.00 |
| **Fee Total** | | 7,208.00 |
| **Total Amount Due** | $ | 7,208.00 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                         P.O. Box 719451
                         Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2022                                                                      Invoice # 30147532

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/03/22 | 0.70 | Review, revise monthly statement. |
| Rosa J. Evergreen | 08/03/22 | 0.20 | Review monthly statement. |
| Rosa J. Evergreen | 08/05/22 | 0.10 | Review correspondence from R. Greiss re monthly statement. |
| Darrell B. Reddix | 08/11/22 | 1.00 | Prepare July Fee Statement. |
| Rory Greiss | 08/15/22 | 0.50 | Review revisions to draft July statement (.3); correspondence with D. Reddix and B. Buchholtz re: same (.2) |
| Rosa J. Evergreen | 08/15/22 | 0.20 | Review monthly statement. |
| Rory Greiss | 08/16/22 | 0.40 | Correspondence with D. Reddix re: monthly statement. |
| Rosa J. Evergreen | 08/16/22 | 0.40 | Review draft monthly statement (.2); correspond with D. Reddix and R. Greiss re same (.2). |
| Darrell B. Reddix | 08/16/22 | 1.20 | Prepare July Fee Statement. |
| Rosa J. Evergreen | 08/23/22 | 0.40 | Review fee application deadlines (.2); correspond with R. Greiss re same (.1); review docket related to application (.1). |
| Rosa J. Evergreen | 08/23/22 | 0.60 | Review retention pleadings (.4); correspond with R. Greiss and D. Feinstein re same (.2). |
| Rosa J. Evergreen | 08/24/22 | 0.30 | Correspond with R. Greiss re July statement (.2); correspond with R. Greiss re retention (.1). |
| Rory Greiss | 08/25/22 | 0.30 | Correspondence with B. Buchholtz re: monthly statement. |
| Rosa J. Evergreen | 08/26/22 | 0.50 | Review July statement (.4); correspond with D. Reddix and R. Greiss re same (.1). |
| Darrell B. Reddix | 08/26/22 | 1.30 | Prepare July Fee Statement. |
| Rory Greiss | 08/29/22 | 0.40 | Review July monthly statement. |
| Rosa J. Evergreen | 08/29/22 | 0.20 | Correspond with D. Reddix and R. Greiss re monthly application. |
| Rosa J. Evergreen | 08/31/22 | 0.40 | Review final monthly statement (.2); review correspondence from D. Reddix re same (.1); review correspondence from R. Greiss re same (.1). |
| Darrell B. Reddix | 08/31/22 | 0.50 | Finalize and serve July monthly Fee Report. |
| Louis Champagne | 08/31/22 | 0.50 | Review and file documents electronically with the USBC - SDNY Court. |

**Total Hours**                          **10.10**

September 30, 2022                                                                    Invoice # 30147532

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 3.30 | 1,150.00 | 3,795.00 |
| Rory Greiss | 2.30 | 1,250.00 | 2,875.00 |
| Louis Champagne | 0.50 | 140.00 | 70.00 |
| Darrell B. Reddix | 4.00 | 435.00 | 1,740.00 |
| **TOTAL** | **10.10** | | **8,480.00** |

**Total Current Amount Due**                                              **$7,208.00**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

September 30, 2022
Invoice # 30147533
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2022** | $ | **44,140.00** |
| Discount: | | -6,621.00 |
| **Fee Total** | | **37,519.00** |
| **Total Amount Due** | $ | **37,519.00** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 719451
                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2022                                                                 Invoice # 30147533

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/22/22 | 2.40 | Correspondence with Purdue team (.5); locate and send relevant memoranda on subject to Purdue team (1.2); correspondence with D. Feinstein issues (.4); correspondence with Purdue team re: same (.3). |
| Rory Greiss | 08/23/22 | 2.50 | Review correspondence from Purdue team (.6); review files for relevant documents and memoranda (1.1); videoconference with G. Kim to discuss assignment and background (.8). |
| Gina Kim | 08/23/22 | 1.10 | Videoconference with R. Greiss. |
| Rory Greiss | 08/24/22 | 2.60 | Draft response to ancillary question from Purdue team to be incorporated in memo (2.0); correspondence with Purdue team (.3); discuss issues with G. Kim (.3). |
| Gina Kim | 08/24/22 | 3.20 | Reviewed, summarized agreements (2.4); further reviewed and summarized additional agreements (.8). |
| Gina Kim | 08/25/22 | 0.60 | Reviewed, summarized agreements. |
| Gina Kim | 08/26/22 | 5.80 | Reviewed and analyzed agreements. |
| Gina Kim | 08/27/22 | 3.70 | Reviewed agreement (.3); review, summarize agreements (1.4); review, summarize agreements (2.0). |
| Gina Kim | 08/28/22 | 5.90 | Review, analyze agreements (2.4); prepare summary for R. Greiss review (3.5). |
| Rory Greiss | 08/29/22 | 2.30 | Review preliminary draft of memo prepared by G. Kim (1.6); call with G. Kim re: draft (.7). |
| Gina Kim | 08/29/22 | 3.90 | Draft executive summary of memo. |
| Rory Greiss | 08/30/22 | 4.00 | Review, comment on revised memo prepared by G. Kim (3.3); call with G. Kim to discuss comments (.7). |
| Gina Kim | 08/30/22 | 5.70 | Teleconference with R. Greiss re revisions to memo (.7); revise analysis based on preliminary comments from R. Greiss (2.8); review R. Greiss' additional comments (.3); further revise analysis based on additional comments (1.9). |
| Rory Greiss | 08/31/22 | 2.20 | Review and revise memo (1.7); call with G. Kim re: final revisions (.3); send memo to Purdue team (.2). |
| Gina Kim | 08/31/22 | 4.10 | Revise draft memo in accordance with additional comments (2.5); finalize memo after receiving final comments (1.6). |

**Total Hours**                         **50.00**

Page 1

September 30, 2022                                                                    Invoice # 30147533

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Counsel** | | | | |
| Rory Greiss | | 16.00 | 1,250.00 | 20,000.00 |
| | **Subtotal:** | **16.00** | | **20,000.00** |
| **Associate** | | | | |
| Gina Kim | | 34.00 | 710.00 | 24,140.00 |
| | **Subtotal:** | **34.00** | | **24,140.00** |
| | | | | |
| **TOTAL** | | **50.00** | | **44,140.00** |

**Total Current Amount Due**                                          **$37,519.00**

# Arnold&Porter

**Purdue Pharma L.P.**                                            September 30, 2022
**Attn: Roxana Aleali**                                          Invoice # 30147530
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


| | |
|---|---:|
| **For Legal Services Rendered through August 31, 2022** | **1,070.00** |
| Discount: | <u>-160.50</u> |
| **Fee Total** | **909.50** |
| **Total Amount Due**                                              $ | **909.50** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                          Arnold & Porter Kaye Scholer LLP
                                                    P.O. Box 719451
                                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2022

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 08/01/22 | 0.50 | Review, comment on draft novation slides (.2) call with Purdue team re: same (.3). |
| Thomas A. Pettit | 08/01/22 | 0.50 | Teleconference with client and J. Handwerker (.3); update presentation regarding chance in control issues (.2). |
| **Total Hours** | | **1.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 0.50 | 1,255.00 | 627.50 |
| **Subtotal:** | **0.50** | | **627.50** |
| **Associate** | | | |
| Thomas A. Pettit | 0.50 | 885.00 | 442.50 |
| **Subtotal:** | **0.50** | | **442.50** |
| **TOTAL** | **1.00** | | **1,070.00** |

**Total Current Amount Due**                                              **$909.50**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

September 30, 2022
Invoice # 30147534
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through August 31, 2022** | **6,179.50** |
| Discount: | -926.93 |
| **Fee Total** | **5,252.57** |
| **Disbursements Recorded through August 31, 2022** | |

| | | |
|---|---|---:|
| eData: Near-Line Storage | 267.40 | |
| **Disbursements Total** | $ | **267.40** |
| **Total Amount Due** | $ | **5,519.97** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2022                                                                        Invoice # 30147534

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 08/01/22 | 0.20 | Correspond with Arnold & Porter team re agency reach out (.1); call re agency reach out (.1). |
| Sam Sullivan | 08/01/22 | 0.10 | Correspond with team on agency requests. |
| Barbara H. Wootton | 08/02/22 | 0.10 | Correspond with D. Feinstein and agency staff re follow up request. |
| Deborah L. Feinstein | 08/03/22 | 0.30 | Call with agency. |
| Barbara H. Wootton | 08/03/22 | 0.20 | Video conference with D. Feinstein and agency staff. |
| Deborah L. Feinstein | 08/04/22 | 0.50 | Call with Purdue team re: next steps. |
| Barbara H. Wootton | 08/04/22 | 0.40 | Conference with Purdue team re discussion with agency and next steps. |
| Deborah L. Feinstein | 08/22/22 | 0.10 | Correspondence with Purdue team. |
| Rory Greiss | 08/23/22 | 0.70 | Correspondence with D. Feinstein and others regarding developments in the matter. |
| Barbara H. Wootton | 08/23/22 | 0.80 | Correspond with S. Sullivan and D. Feinstein re preparation of outlines (.3) review, analyze materials (.5). |
| Barbara H. Wootton | 08/23/22 | 0.20 | Telephone call with Purdue team re strategy for responding to agency requests. |
| Sam Sullivan | 08/23/22 | 0.10 | Plan agency outlines with B. Wootton. |
| Sam Sullivan | 08/29/22 | 1.50 | Review existing work product and documents to compile list of topics on which interviewees should prepare. |
| Sam Sullivan | 08/30/22 | 0.10 | Review existing work product and documents to compile list of topics on which interviewees should prepare. |
| Barbara H. Wootton | 08/31/22 | 0.60 | Correspond with agency (.3); analyze materials re preparation of outlines (.3). |

**Total Hours**                            **5.90**

September 30, 2022                                                    Invoice # 30147534

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 0.90 | 1,460.00 | 1,314.00 |
| **Subtotal:** | **0.90** | | **1,314.00** |
| **Counsel** | | | |
| Rory Greiss | 0.70 | 1,250.00 | 875.00 |
| Barbara H. Wootton | 2.50 | 1,085.00 | 2,712.50 |
| **Subtotal:** | **3.20** | | **3,587.50** |
| **Associate** | | | |
| Sam Sullivan | 1.80 | 710.00 | 1,278.00 |
| **Subtotal:** | **1.80** | | **1,278.00** |
| | | | |
| **TOTAL** | **5.90** | | **6,179.50** |

**Total Current Amount Due**                                            **$5,519.97**

# Arnold&Porter

**Purdue Pharma L.P.**                                    September 30, 2022
**Attn: Roxana Aleali**                                Invoice # 30147531
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00162**

Project Amelia

20220003207


**For Legal Services Rendered through August 31, 2022**                6,813.00


Discount:                                                              -1,021.95

**Fee Total**                                                          5,791.05


**Total Amount Due**                                        $          5,791.05


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

September 30, 2022                                                          Invoice # 30147531

**(1049218.00162)**
**Project Amelia**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 08/04/22 | 1.50 | Revise draft term sheet (1.4); correspond with Purdue team re same (.1). |
| Rory Greiss | 08/19/22 | 3.10 | Correspondence with Purdue team re: revising term sheet and creating additional term sheets (.6); revise initial term sheet (1.0); create additional term sheets with alternative terms (1.0); correspond with Purdue team re same (.1); correspondence with D. Feinstein re: certain issues in term sheet (.4). |
| Deborah L. Feinstein | 08/21/22 | 0.30 | Review revised term sheet. |
| Rory Greiss | 08/24/22 | 0.50 | Revise term sheet "A" in accordance with Purdue team's request for modifications. |

**Total Hours**            **5.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 0.30 | 1,460.00 | 438.00 |
| Subtotal: | **0.30** | | **438.00** |
| **Counsel** | | | |
| Rory Greiss | 5.10 | 1,250.00 | 6,375.00 |
| Subtotal: | **5.10** | | **6,375.00** |
| **TOTAL** | **5.40** | | **6,813.00** |

**Total Current Amount Due**                                    **$5,791.05**

Page 1