Court Clerk     Case # 19-23649 (RDD)          9-19-22
Re: Purdue Pharma Bankruptcy Case Claims

I've got a substantial Claim against Purdue Pharma and We have not heard a Word in Over a Year, except for some new Foriegn Company that Claims to be handling the Funds, We Where Under advisement the Prime Clerk was handling the Claims and disbersment of funds granted by the Court, Frankly Sounding like a scam and they refuse To answer any inquires. A Ligitimate Company or Court Clerk advocate Would answer Without hesitation.

I am dying and demand Some answers, I'm also In Prison So my resorses are limited. And my Family Are Stone Walled When they try to Find out Where our Monie this Court Granted – They also Claimed Some of us Where given Attorneys – That also Seems to be a Scheme for We Write them and Get no Replys. I have 45 Years Documented Opiod PurduePharma Medication Addiction – Even to this day im Listed in Medical as Chronic Nercotic and Recive Percets Twice A day for the last 15 Years And that is Verifiable Via federal Medical Records in Bureau of Prisons.   Please I filed Over Two Years Ago, I Want to Leave my Wife Children With a Gift When i die, I'm not Well now and Cannot even afford to pay my funeral Costs – Let Me Know Whats going on Please
Do You Need My Claim Numbers?

Robin Knutson # 61443065
P.O. Box 1034 — Coleman 2
Coleman, Fl, 33521

RECEIVED
OCT 03 2022
OFFICE OF THE
BANKRUPTCY CLERK
SYRACUSE, NY

Robin Knutson # 61443065
Federal Correctional Complex
Coleman 2
P.O. Box 1034
Coleman, FL 33521

Legal Mail

Bankruptcy Court
U.S. Federal Courthouse
Southern District New York
100 South Clinton St, 7th
Syracuse NY 13261-6100

13261-610399