**Objection Deadline: October 20, 2022 at 12:00 p.m. (Prevailing Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 |
| Debtors. [1] | (Jointly Administered) |

### NOTICE OF THIRTY-FOURTH MONTHLY STATEMENT OF
### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
### OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
### FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al.* |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | July 1, 2022 through July 31, 2022 |
| Amount of Compensation Requested: | $634,558.07 |
| Less 20% Holdback: | $126,911.61 |
| Net of Holdback: | $507,646.46 |
| Amount of Expense Reimbursement Requested: | $  65,000.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $572,646.46 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[2] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Thirty-Fourth monthly statement (the "**Thirty-Fourth Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from July 1, 2022 through July 31, 2022 (the "**Thirty-Fourth Monthly Period**"). By this Thirty-Fourth Monthly Statement, and after taking into account certain voluntary discounts and reductions,[3] Skadden seeks payment in the amount of $572,646.46 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Fourth Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.       Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Thirty-Fourth Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]   In addition to the volume discount, the total amount sought for fees and expenses ($699,558.07) reflects voluntary reductions for this period of $0.00 in fees and $598.73 in expenses, for an overall voluntary reduction of 0.08%.  Skadden reserves the right to request these amounts.

billing rate of Skadden timekeepers during the Thirty-Fourth Monthly Period is approximately

$1,257.97.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Thirty-Fourth Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Thirty-Fourth Monthly Period.

4.      Attached hereto as **Exhibit D** is itemized time records of Skadden professionals

for the Thirty-Fourth Monthly Period and summary materials related thereto.

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Fourth Monthly Statement shall be given by hand or

overnight delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma

L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn.: Terrence Ronan, Email:

Terrence.Ronan@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450

Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan

Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com;

(iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park,

Bank of America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L.

Brauner, Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600

N. King Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N.

Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of

the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New

---

[4]    The blended rate is comprised of all Skadden timekeepers who provided services during the Thirty-Fourth
Monthly Period.

York, New York 10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov.

(collectively, the "**Notice Parties**").

6.      Objections to this Thirty-Fourth Monthly Statement, if any, must be served upon

the Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate,

Meagher & Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer

Bragg, Email: Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606,

Attn.: Patrick Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, 300 South Grand Avenue,

Suite 3400, Los Angeles, California 90071, Attn.: Van Durrer, Email:

Van.Durrer@skadden.com, and 525 University Avenue, Palo Alto, California, 94301, Attn.:

Jennifer Madden, Email: Jennifer.Madden@skadden.com no later than October 20, 2022 at

12:00 p.m. (Prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Thirty-Fourth Monthly Statement are received by the

Objection Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the

expenses identified in this Thirty-Fourth Monthly Statement.

8.      To the extent that an objection to this Thirty-Fourth Monthly Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Thirty-Fourth Monthly Statement to which the objection is directed and promptly pay the

remainder of the fees and expenses in the percentages set forth above. To the extent such

objection is not resolved, it shall be preserved and scheduled for consideration at the next interim

fee application hearing.

Dated: October 6, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Van C. Durrer II*
Van C. Durrer II
300 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors
and Debtors in Possession*

## EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**
**JULY 1, 2022 – JULY 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer L. Bragg | 1996 | 1,650.00 | 113.00 | $ 186,450.00 |
| Avia M. Dunn | 2008 | 1,325.00 | 2.60 | 3,445.00 |
| Patrick Fitzgerald | 1986 | 1,850.00 | 13.00 | 24,050.00 |
| Maya P. Florence | 2004 | 1,510.00 | 97.90 | 147,829.00 |
| William (Bill) McConagha | 1993 | 1,495.00 | 4.00 | 5,980.00 |
| | **TOTAL PARTNER** | | **230.50** | **$ 367,754.00** |
| **ASSOCIATE** | | | | |
| William A. Bejan | 2018 | 985.00 | 13.00 | $ 12,805.00 |
| Amanda H. Chan | 2019 | 985.00 | 108.80 | 107,168.00 |
| Barri Dean | 2019 | 985.00 | 19.30 | 19,010.50 |
| Kiki Griffith | 2019 | 985.00 | 4.00 | 3,940.00 |
| Emily Hellman | 2017 | 1,090.00 | 141.30 | 154,017.00 |
| William S. O'Hare | 2013 | 1,180.00 | 0.70 | 826.00 |
| Dorielle Obanor | 2017 | 1,090.00 | 8.20 | 8,938.00 |
| | **TOTAL ASSOCIATE** | | **295.30** | **$ 306,704.50** |
| **STAFF ATTORNEY/STAFF LAW CLERK** | | | | |
| Brian D. Stuebner | 2008 | 490.00 | 3.00 | $ 1,470.00 |
| **TOTAL STAFF ATTORNEY/STAFF LAW CLERK** | | | **3.00** | **$ 1,470.00** |
| **PARAPROFESSIONALS** | | | | |
| William R. Fieberg | N/A | 470.00 | 3.40 | $ 1,598.00 |
| Michael J. Hohmann | N/A | 470.00 | 2.90 | 1,363.00 |
| Rachel Redman | N/A | 470.00 | 7.30 | 3,431.00 |
| **TOTAL PARAPROFESSIONALS** | | | **13.60** | **$ 6,392.00** |
| **TOTAL** | | | **542.40** | **$ 682,320.50** |
| **VOLUME DISCOUNT** | | | | **$ 47,762.43** |
| **TOTAL FEES** | | | | **$ 634,558.07** |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
| **BLENDED HOURLY RATE**   $1,257.97 |  |  |  |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**EXHIBIT C**
**(JULY 1, 2022 – JULY 31, 2022)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Emergence Process | 5.70 | $7,601.00 |
| Bankruptcy Related Litigation and Regulatory | 7.40 | 12,210.00 |
| DOJ | 426.70 | 532,266.50 |
| General Advice | 91.40 | 122,834.00 |
| Retention/Fee Matter | 3.90 | 3,978.00 |
| Various Texas Actions | 7.30 | 3,431.00 |
| **TOTAL** | **542.40** | **$ 682,320.50** |
| **VOLUME DISCOUNT** | | **$   47,762.43** |
| **TOTAL FEES** | | **$ 634,558.07** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**EXPENSE SUMMARY**
**(JULY  1, 2022 – JULY 31, 2022)**

| Expense Category | Total Expenses |
|---|---|
| Secondment of Skadden Attorney | $65,000.00 |
| **TOTAL** | **$65,000.00** |

## **EXHIBIT D**

**TIME DETAIL**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                          **Bill Date: 09/19/22**
**Bankruptcy Emergence Process**                               **Bill Number: 1910808**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DUNN AM | 07/08/22 | 1.30 | PARTICIPATE ON STATE LICENSING CALL; REVIEW CORRESPONDENCE RE: SAME (1.3). |
| DUNN AM | 07/11/22 | 0.50 | REVIEW CORRESPONDENCE RE STATE LICENSING (0.5). |
| DUNN AM | 07/13/22 | 0.50 | PARTICIPATE ON STANDING STATE LICENSING CALL (0.5). |
| DUNN AM | 07/18/22 | 0.30 | REVIEW QUESTIONS RE: STATE LICENSING (0.3). |
|  |  | **2.60** |  |
| FLORENCE MP | 07/10/22 | 0.20 | CORRESPOND WITH CLIENT RE: STATE LICENSE APPLICATIONS (0.2). |
| FLORENCE MP | 07/13/22 | 0.40 | ATTEND WEEKLY LICENSING CALL AND FOLLOW UP WITH CO-COUNSEL RE: SAME (0.4). |
| FLORENCE MP | 07/22/22 | 0.20 | CORRESPOND WITH CLIENT RE: STATE LICENSE APPLICATIONS (0.2). |
| FLORENCE MP | 07/28/22 | 1.10 | CONFER WITH J. BRAGG RE: DEA REGISTRATIONS (0.4); CORRESPOND WITH CLIENT RE: SAME (0.7). |
| FLORENCE MP | 07/29/22 | 0.20 | CORRESPOND WITH CLIENT RE: STATE LICENSING REQUIREMENTS (0.2). |
|  |  | **2.10** |  |
| **Total Partner** |  | **4.70** |  |
| DEAN B | 07/13/22 | 0.50 | PARTICIPATE ON WEEKLY STATE LICENSING CALL (0.5). |
| DEAN B | 07/28/22 | 0.50 | DRAFT AFFIDAVIT RE: STATE LICENSING ISSUES (0.5). |
|  |  | **1.00** |  |
| **Total Associate** |  | **1.00** |  |
| **MATTER TOTAL** |  | **5.70** |  |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                              **Bill Date: 09/19/22**
**Bankruptcy Related Litigation and Regulatory Issues**      **Bill Number: 1910809**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 07/05/22 | 3.30 | REVIEW AND ANALYZE SETTLEMENT MATERIALS (2.0); CALL WITH CLIENT AND CO-COUNSEL RE: SETTLEMENT (0.6); CONFER WITH CLIENT RE: MDL SUBPOENAS (0.7). |
| BRAGG JL | 07/18/22 | 0.50 | CONFER WITH CLIENT RE: 20(B)(6) WITNESS ISSUE (0.5). |
| BRAGG JL | 07/18/22 | 2.00 | REVIEW MATERIALS (2.0). |
| BRAGG JL | 07/18/22 | 0.60 | REVIEW AND ANALYZE SENTENCING-RELATED MATERIALS (0.6). |
| BRAGG JL | 07/18/22 | 0.40 | REVIEW DRAFT CORRESPONDENCE (0.4). |
| BRAGG JL | 07/18/22 | 0.60 | TELEPHONE CALL WITH CO-COUNSEL RE: DOJ DEVELOPMENTS AND NEXT STEPS (0.6). |
| | | **7.40** | |
| **Total Partner** | | **7.40** | |
| **MATTER TOTAL** | | **7.40** | |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                         Bill Date: 09/19/22
DOJ                                                        Bill Number: 1910806

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 07/04/22 | 2.40 | REVIEW AND ANALYZE DOCUMENTS FOR PRODUCTION (1.7); CONFER WITH CO COUNSEL REGARDING SAME (0.7). |
| BRAGG JL | 07/05/22 | 2.60 | CONFER WITH CO-COUNSEL RE: PRODUCTION ISSUES (1.4); REVIEW AND ANALYZE DOCUMENTS FOR PRODUCTION (1.2). |
| BRAGG JL | 07/06/22 | 0.80 | REVIEW  MATERIALS FOR PRODUCTION (0.8). |
| BRAGG JL | 07/06/22 | 0.90 | TELEPHONE CALL WITH CO-COUNSEL RE: DOCUMENT PRODUCTION AND RETENTION MATTERS (0.5); CONFER WITH CO-COUNSEL REGARDING PRIVILEGE ISSUES (0.4). |
| BRAGG JL | 07/08/22 | 3.50 | ATTENTION TO PRODUCTIONS (1.9); ATTENTION TO ISSUES ASSOCIATED WITH PRIVILEGE (0.6); EVALUATE DOJ TOPICS OF INTEREST (1.0). |
| BRAGG JL | 07/10/22 | 0.70 | TELEPHONE CALL WITH CO-COUNSEL RE: NEW DOJ TOPICS OF INTEREST (0.7). |
| BRAGG JL | 07/10/22 | 0.70 | TELEPHONE CALL WITH CO-COUNSEL RE: DOJ TOPICS OF INTEREST (0.7). |
| BRAGG JL | 07/10/22 | 2.80 | REVIEW AND ANALYZE MATERIALS IN LIGHT OF DOJ REQUEST (2.8). |
| BRAGG JL | 07/10/22 | 0.50 | REVIEW AND EDIT DOJ SECTIONS OF BANKRUPTCY STATUS REPORT (0.5). |
| BRAGG JL | 07/10/22 | 0.80 | TELEPHONE CALL WITH CLIENT REGARDING NEW DOJ TOPICS OF INTEREST (0.8). |
| BRAGG JL | 07/11/22 | 1.10 | PREPARE FOR CALL WITH DOJ RE: TOPICS OF INTEREST (0.6); TELEPHONE CALL WITH DOJ RE: ADDITIONAL INFORMATION REQUESTS (0.5). |
| BRAGG JL | 07/11/22 | 0.60 | CONFER WITH CO-COUNSEL RE: DOJ MATTERS AND NEXT STEPS (0.6). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 07/12/22 | 0.70 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (0.7). |
| BRAGG JL | 07/12/22 | 0.40 | TELEPHONE CALL WITH CO-COUNSEL RE: FOLLOW UP NEEDED RE: NEW REQUESTS (0.4). |
| BRAGG JL | 07/12/22 | 0.70 | TELEPHONE CALL WITH DOJ (0.7). |
| BRAGG JL | 07/12/22 | 0.70 | CONFER WITH CO-COUNSEL RE: VARIOUS DOJ ISSUES (0.7). |
| BRAGG JL | 07/12/22 | 0.40 | PREPARE FOR SPECIAL COMMITTEE MEETING (0.4). |
| BRAGG JL | 07/13/22 | 1.40 | TELEPHONE CALL WITH CO-COUNSEL RE: DOJ REQUESTS AND NEXT STEPS (0.8); STRATEGY DISCUSSION WITH CO COUNSEL REGARDING PRIVILEGE ISSUES (0.6). |
| BRAGG JL | 07/15/22 | 0.70 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (0.7). |
| BRAGG JL | 07/16/22 | 0.70 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.7). |
| BRAGG JL | 07/16/22 | 0.80 | REVIEW AND ANALYSIS OF DOJ ISSUES (0.8). |
| BRAGG JL | 07/17/22 | 1.70 | REVIEW AND ANALYZE PRIVILEGE ISSUES (0.7); REVIEW CORRESPONDENCE AND REQUESTS FROM DOJ (1.0). |
| BRAGG JL | 07/18/22 | 0.40 | TELEPHONE CALL WITH CLIENT RE: DOJ DEVELOPMENTS AND NEXT STEPS (0.4). |
| BRAGG JL | 07/19/22 | 1.10 | CALL WITH CO-COUNSEL REGARDING WITNESS TESTIMONY TO DOJ (1.1). |
| BRAGG JL | 07/19/22 | 0.60 | CALL WITH CO COUNSEL REGARDING DOJ STRATEGY (0.6). |
| BRAGG JL | 07/19/22 | 0.60 | CALL WITH DOJ REGARDING INFORMATION REQUESTS (0.6). |
| BRAGG JL | 07/19/22 | 0.40 | ANALYSIS RE: DOJ TOPICS OF INTEREST (0.4). |
| BRAGG JL | 07/20/22 | 1.20 | PREPARE FOR BOARD MEETING (1.2). |
| BRAGG JL | 07/20/22 | 0.80 | ATTEND CALL WITH DOJ RE: PRIVILEGE ISSUES (0.8). |
| BRAGG JL | 07/20/22 | 0.60 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.6). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 07/20/22 | 0.20 | CONFER WITH CO-COUNSEL REGARDING DEA OUTREACH (0.2). |
| BRAGG JL | 07/21/22 | 0.70 | REVIEW ADDITIONAL DOCUMENTS PROVIDED BY CLIENT (0.7). |
| BRAGG JL | 07/21/22 | 0.50 | TELEPHONE CALL WITH CLIENT RE: DOJ MEETING MATERIALS (0.5). |
| BRAGG JL | 07/21/22 | 0.80 | REVIEW MATERIAL FOR DOJ MEETING (0.8). |
| BRAGG JL | 07/22/22 | 5.80 | DEVELOP MATERIALS FOR PRESENTATION TO SPECIAL COMMITTEE (3.0); CONFER WITH CO COUNSEL REGARDING PRIVILEGE ISSUES (0.8); CONFER WITH CO COUNSEL REGARDING REVIEW ISSUES (0.7); REVIEW MATERIALS FROM CLIENT IN PREPARATION FOR SPECIAL COMMITTEE MEETING (1.3). |
| BRAGG JL | 07/22/22 | 0.80 | CONFER WITH CO COUNSEL REGARDING CALL WITH DOJ REGARDING CHANGE OF CONTROL ISSUES (0.4); REVIEW MATERIAL FOR CALL REGARDING CHANGE OF CONTROL ISSUES (0.4). |
| BRAGG JL | 07/23/22 | 1.00 | PREPARE FOR SPECIAL COMMITTEE MEETING (1.0). |
| BRAGG JL | 07/24/22 | 1.00 | REVIEW AND ANALYZE PRIVILEGED MATERIALS (0.7); CONFER WITH CO COUNSEL REGARDING DOJ TOPICS OF INTEREST (0.3). |
| BRAGG JL | 07/25/22 | 0.40 | TELEPHONE CALL WITH CANADIAN COUNSEL RE: DOJ (0.4). |
| BRAGG JL | 07/25/22 | 0.30 | REVIEW MATERIALS FROM CANADIAN COUNSEL (0.3). |
| BRAGG JL | 07/25/22 | 0.40 | REVIEW DOJ PLEADINGS (0.4). |
| BRAGG JL | 07/25/22 | 0.90 | REVIEW ADDITIONAL MATERIALS RE: DOJ TOPICS OF INTEREST (0.9). |
| BRAGG JL | 07/25/22 | 0.50 | REVIEW MATERIALS AS REQUESTED BY DOJ (0.5). |
| BRAGG JL | 07/25/22 | 4.50 | DEVELOP MATERIALS IN PREPARATION FOR PRESENTATION TO SPECIAL COMMITTEE (4.5). |
| BRAGG JL | 07/25/22 | 0.40 | TELEPHONE CALL WITH CLIENT RE: SPECIAL COMMITTEE MEETING (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| BRAGG JL | 07/25/22 | 1.10 | STRATEGY DISCUSSION WITH CO-COUNSEL (1.1). |
| BRAGG JL | 07/25/22 | 0.80 | TELEPHONE CALL WITH CLIENT RE: DOJ ISSUES (0.8). |
| BRAGG JL | 07/26/22 | 1.50 | PREPARE FOR SPECIAL COMMITTEE MEETING (1.5). |
| BRAGG JL | 07/26/22 | 1.00 | ATTEND SPECIAL COMMITTEE MEETING (1.0). |
| BRAGG JL | 07/26/22 | 3.20 | REVIEW MATERIALS IN PREPARATION FOR PRODUCTION TO DOJ (3.2). |
| BRAGG JL | 07/26/22 | 0.50 | PREPARE FOR CALL WITH DOJ (0.5). |
| BRAGG JL | 07/26/22 | 0.70 | TELEPHONE CALL WITH DOJ (0.7). |
| BRAGG JL | 07/26/22 | 0.60 | EDIT SLIDE DECK RE: DOJ TOPICS OF INTEREST (0.6). |
| BRAGG JL | 07/26/22 | 0.50 | TELEPHONE CALL WITH CLIENT RE: DOJ TOPICS OF INTEREST (0.5). |
| BRAGG JL | 07/26/22 | 0.40 | TELEPHONE CALL WITH CO-COUNSEL RE: DOJ TOPICS OF INTEREST (0.4). |
| BRAGG JL | 07/26/22 | 0.50 | TELEPHONE CALL WITH CO-COUNSEL RE: DOJ MATTERS (0.5). |
| BRAGG JL | 07/27/22 | 0.60 | CONFER WITH CLIENT RE: DOJ PRESENTATION MATERIALS (0.6). |
| BRAGG JL | 07/27/22 | 0.50 | TELEPHONE CALL WITH COUNSEL RE: DOJ PRIVILEGE ISSUES (0.5). |
| BRAGG JL | 07/27/22 | 0.40 | TELEPHONE CALL WITH CO-COUNSEL RE: DOJ PRIVILEGE ISSUES (0.4). |
| BRAGG JL | 07/28/22 | 0.80 | WORK ON DOJ MEETING MATERIALS (0.8). |
| BRAGG JL | 07/28/22 | 0.60 | CONFER WITH CO-COUNSEL RE: PRIVILEGE MATTERS (0.6). |
| BRAGG JL | 07/28/22 | 0.20 | CONFER WITH CLIENT RE: HCP PRESS MATTER (0.2). |
| BRAGG JL | 07/28/22 | 0.30 | CONFER WITH CO-COUNSEL RE: REPRESENTATION ISSUE (0.3). |
| BRAGG JL | 07/29/22 | 0.40 | REVIEW PRIVILEGE MATERIALS (0.4). |
| BRAGG JL | 07/31/22 | 0.40 | REVIEW EDITS TO SLIDE DECK (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

64.50

| | | | |
|---|---|---|---|
| FITZGERALD P | 07/01/22 | 0.30 | ATTENTION TO DRAFT COURT UPDATE (0.2); ATTENTION TO DOCUMENT PRODUCTION ISSUE (0.1). |
| FITZGERALD P | 07/02/22 | 0.10 | ATTENTION TO REVISIONS FOR ACCURACY IN PROSPECTIVE BANKRUPTCY COURT FILING (0.1). |
| FITZGERALD P | 07/05/22 | 0.20 | REVIEW DOCUMENT PRODUCTION SUMMARY (0.2). |
| FITZGERALD P | 07/06/22 | 0.20 | ADDRESS QUESTION FROM INDIVIDUAL COUNSEL (0.2). |
| FITZGERALD P | 07/08/22 | 0.20 | ATTENTION TO DOJ REQUEST (0.2). |
| FITZGERALD P | 07/10/22 | 1.60 | SKADDEN AND CO-COUNSEL CALL REGARDING RESPONSE TO DOJ REQUEST (0.7); CLIENT, SKADDEN AND CO-COUNSEL CALL REGARDING RESPONSE TO DOJ REQUEST (0.7); FOLLOW UP (0.2). |
| FITZGERALD P | 07/11/22 | 0.90 | CALL WITH DOJ REGARDING REQUEST (0.2); FOLLOW UP WITH M. FLORENCE REGARDING DOJ REQUEST (0.2); REVIEW MATERIALS (0.2); FOLLOW UP WITH M. FLORENCE REGARDING DOJ REQUEST (0.3). |
| FITZGERALD P | 07/12/22 | 0.70 | CALL WITH DOJ REGARDING COOPERATION REQUESTS (0.6); UPDATE WITH J. BRAGG AND M. FLORENCE (0.1). |
| FITZGERALD P | 07/13/22 | 0.30 | ATTENTION TO DOJ REQUESTS (0.3). |
| FITZGERALD P | 07/14/22 | 0.50 | UPDATE CALL WITH CLIENT, CO-COUNSEL, AND SKADDEN REGARDING DOJ REQUEST (0.5). |
| FITZGERALD P | 07/15/22 | 1.10 | UPDATE CALL WITH M. FLORENCE REGARDING DOJ REQUESTS (0.4); REVIEW RELEVANT DOCUMENTS (0.2); CALL WITH M. FLORENCE AND DOJ (0.5). |
| FITZGERALD P | 07/18/22 | 0.90 | EMERGENCE STRATEGY CALL WITH SKADDEN AND CO-COUNSEL (0.5); STRATEGY CALL WITH CLIENT, SKADDEN AND CO-COUNSEL (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 07/19/22 | 1.00 | REVIEW DRAFT LETTER (0.3); WEEKLY LITIGATION UPDATE CALL (0.5); CALL WITH DOJ AND SKADDEN REGARDING DOJ REQUESTS (0.2). |
| FITZGERALD P | 07/20/22 | 0.20 | ATTENTION TO UPDATE REGARDING DOJ REQUEST (0.2). |
| FITZGERALD P | 07/22/22 | 0.70 | CALL REGARDING PROCESS FOR DOJ ISSUES (0.4); ATTENTION TO PRIVILEGED DOCUMENT ISSUES (0.3). |
| FITZGERALD P | 07/25/22 | 1.00 | ATTENTION TO PRIVILEGE ISSUE (0.2); CALL WITH M. FLORENCE RE: PRIVILEGE ISSUE (0.3); REVIEW DRAFT PRESENTATION (0.2); CALL WITH CO-COUNSEL RE: PRODUCTION ISSUE (0.3). |
| FITZGERALD P | 07/26/22 | 2.10 | PARTICIPATE IN SPECIAL COMMITTEE MEETING (0.9); REVIEW AND EDIT DRAFT CHARTS AND TALKING POINTS (0.5); CALL WITH DOJ WITH J. BRAGG AND M. FLORENCE (0.7). |
| FITZGERALD P | 07/28/22 | 0.80 | REVIEW MATERIALS TO PREPARE FOR DOJ CALL (0.6); CALL WITH DOJ AND M. FLORENCE (0.2). |
| FITZGERALD P | 07/29/22 | 0.20 | TELEPHONE CALL WITH CLIENT (0.2). |
| | | **13.00** | |
| FLORENCE MP | 05/12/22 | 2.30 | REVISE MATERIALS RE: INDEMNIFICATION REQUESTS (0.2); PARTICIPATE IN CALLS WITH DOJ RE: REQUESTS (0.4); CORRESPOND WITH CO-COUNSEL RE: SAME (0.3); EDIT DRAFT AGREEMENT (0.8); DRAFT TALKING POINTS RE: DOJ REQUEST (0.6). |
| FLORENCE MP | 07/01/22 | 0.50 | CORRESPOND WITH CO-COUNSEL RE: DOJ PRODUCTION (0.5). |
| FLORENCE MP | 07/02/22 | 0.40 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.4). |
| FLORENCE MP | 07/05/22 | 0.50 | CORRESPOND RE: DOJ REVIEW AND PRODUCTION (0.5). |
| FLORENCE MP | 07/06/22 | 0.40 | CORRESPOND WITH CO-COUNSEL RE: DOJ PRODUCTION (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 07/07/22 | 0.20 | CORRESPOND WITH CO-COUNSEL RE: DOCUMENT REVIEW (0.2). |
| FLORENCE MP | 07/08/22 | 0.80 | CORRESPOND WITH CO-COUNSEL RE: DOJ PRODUCTION AND REQUEST (0.8). |
| FLORENCE MP | 07/09/22 | 1.00 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUEST (1.0). |
| FLORENCE MP | 07/10/22 | 5.00 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUEST; (0.6); CONFER WITHCO-COUNSEL AND SKADDEN TEAM RE: SAME (0.6); PARTICIPATE IN CALL WITH CLIENT AND CO-COUNSEL RE: SAME (0.6); CORRESPOND WITH DOJ RE: SAME (0.4); REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (2.8). |
| FLORENCE MP | 07/11/22 | 5.10 | CORRESPOND WITH CO-COUNSEL RE: DOJ PRODUCTIONS (0.3); PARTICIPATE IN CALL WITH DOJ AND P. FITZGERALD (0.4); CONFER WITH J. BRAGG RE: DOJ REQUEST (0.3); CONFER WITH CO-COUNSEL RE: SAME (0.5); CORRESPOND WITH SKADDEN TEAM RE: SAME (1.9) CORRESPOND WITH DOJ RE: SAME (0.2); CONFER WITH P. FITZGERALD (0.4); DRAFT TALKING POINTS FOR CALL WITH DOJ RE: SAME (1.1). |
| FLORENCE MP | 07/12/22 | 3.90 | PREPARE FOR CALL WITH DOJ RE: REQUESTS (0.8); PARTICIPATE IN CALL WITH DOJ RE: REQUESTS (0.7); CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (1.0); ATTEND SPECIAL COMMITTEE MEETING (0.3); ATTEND WEEKLY STRATEGY CALL WITH CLIENT AND CO-COUNSEL (1.1). |
| FLORENCE MP | 07/13/22 | 2.30 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.5); CONFER WITH CO-COUNSEL RE: SAME (0.2); CONFER WITH P. FITZGERALD RE: SAME (0.1); CONFER WITH J. BRAGG RE: SAME (0.2); CONFERENCE CALL WITH SKADDEN TEAM AND CO-COUNSEL RE: SAME (0.7); CORRESPOND WITH CO-COUNSEL RE: DOJ PRODUCTIONS AND PRIVILEGE LOGS (0.6). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 07/14/22 | 2.40 | CORRESPOND WITH R. HOFF RE: DOJ REQUESTS (0.5); PARTICIPATE IN CALL WITH CLIENT RE: SAME (0.6); REVIEW DOCUMENTS AND CONFER WITH R. HOFF RE: SAME (0.8); CORRESPOND WITH DOJ AND CO-COUNSEL RE: DOJ PRODUCTIONS (0.5). |
| FLORENCE MP | 07/15/22 | 3.20 | CONFER WITH P. FITZGERALD AND CO-COUNSEL RE: DOJ REQUESTS (0.9); PARTICIPATE IN CALL WITH DOJ RE: SAME (0.6); CORRESPOND WITH DOJ RE: SAME (0.3); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: SAME (1.4). |
| FLORENCE MP | 07/16/22 | 0.50 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.5). |
| FLORENCE MP | 07/18/22 | 2.80 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (1.3); CONFER WITH CO-COUNSEL RE: SAME (0.4); CONFER WITH CO-COUNSEL AND SKADDEN TEAM RE: SENTENCING ISSUES (0.6); CONFERENCE CALL WITH CLIENT AND CO-COUNSEL RE: SAME AND RE: DOJ REQUESTS (0.5). |
| FLORENCE MP | 07/19/22 | 5.20 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (1.0); CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ REQUESTS (0.9); CONFER WITH CO-COUNSEL RE: PREPARATION FOR CALL WITH DOJ (0.9); PARTICIPATE IN WEEKLY PRINCIPALS STRATEGY CALL (0.3); PARTICIPATE IN CALL WITH DOJ (0.5); FOLLOW UP RE: SAME (0.9); CORRESPOND WITH SKADDEN TEAM RE: DOJ REQUESTS (0.7). |
| FLORENCE MP | 07/20/22 | 7.50 | CONFERENCE CALLS WITH DOJ RE: DOCUMENT REQUESTS (1.6); CONFER WITH CO-COUNSEL RE: SAME (0.9); CORRESPOND WITH SKADDEN TEAM RE: SAME (0.3); CONFER WITH A. CHAN RE: SAME (0.2); CORRESPOND WITH TEAM RE: PRIVILEGE LOGS (0.2); PREPARE FOR BOARD MEETING (0.3); ATTEND BOARD MEETING (1.4); REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (2.3); DRAFT TALKING POINTS RE: SENTENCING ISSUES (0.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| FLORENCE MP | 07/21/22 | 5.10 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (3.6); CORRESPOND WITH CO-COUNSEL RE: SAME (0.3); CORRESPOND WITH SKADDEN TEAM RE: DOJ REQUESTS (0.2); CONFERENCE CALL WITH TEAM RE: SAME (0.5); CONFER WITH CLIENT AND J. BRAGG RE: DOJ SENTENCING ISSUES (0.5). |
|---|---|---|---|
| FLORENCE MP | 07/22/22 | 5.80 | CORRESPOND WITH CO-COUNSEL RE: SENTENCING (0.3); REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (4.3); CALL WITH CLIENT AND CO-COUNSEL RE: DOJ REQUEST (0.4); CONFER WITH A. CHAN RE: DOJ REQUEST (0.4); CONFER WITH CO-COUNSEL RE: REVIEW (0.4). |
| FLORENCE MP | 07/23/22 | 1.90 | REVIEW TALKING POINTS FOR SPECIAL COMMITTEE MEETING (0.2); REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (1.7). |
| FLORENCE MP | 07/24/22 | 0.30 | CORRESPOND WITH CO-COUNSEL RE: DOJ REQUESTS (0.3). |
| FLORENCE MP | 07/25/22 | 8.40 | CORRESPOND WITH SKADDEN TEAM RE: DOJ REQUESTS (0.2); CONFER WITH CO-COUNSEL RE: SAME (1.0); CONFER WITH J. BRAGG RE: SAME (0.6); CONFER WITH J. BRAGG AND P. FITZGERALD RE: SAME (0.5); PARTICIPATE IN CALL WITH CLIENT, P. FITZGERALD AND J. BRAGG RE: SAME (1.1); REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (1.3); REVIEW AND EDIT DRAFT ANALYSIS RE: TOPICS OF DOJ INTEREST (3.2); DRAFT TALKING POINTS FOR CALL WITH DOJ (0.3); REVISE PRESENTATION FOR SPECIAL COMMITTEE MEETING (0.2). |

9

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 07/26/22 | 7.70 | PREPARE FOR AND DRAFT TALKING POINTS FOR CALL WITH DOJ (1.4); PARTICIPATE IN CALL WITH DOJ (0.6); CONFER WITH CO-COUNSEL RE: PRIVILEGE LOGS (0.4); PREPARE FOR AND PARTICIPATE IN SPECIAL COMMITTEE MEETING (1.1); CONFER WITH J. BRAGG RE: SAME (0.4); CORRESPOND WITH SKADDEN TEAM RE: DOJ REQUESTS (0.5); CONFER WITH P. FITZGERALD AND CLIENT RE: SAME (0.3); PARTICIPATE IN CALL WITH CLIENT RE: SENTENCING ISSUES (0.5); REVISE AND FINALIZE ANALYSIS RE: TOPICS OF DOJ INTEREST (1.8); CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.7). |
| FLORENCE MP | 07/27/22 | 3.50 | CONFER WITH CO-COUNSEL RE: PRIVILEGE LOGS (1.3); REVIEW DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.6); CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.6); CONFER WITH A. CHAN RE: DOJ REQUESTS (0.1).; DRAFT AND REVISE EMAIL RE: DOJ REQUESTS (0.9). |
| FLORENCE MP | 07/28/22 | 4.10 | CONFER WITH CO-COUNSEL RE: PRIVILEGE LOGS (2.0); REVIEW AND EDIT DRAFT PRIVILEGE LOGS (1.7); CONFER WITH DOJ AND P. FITZGERALD RE: PRIVILEGE QUESTION (0.4). |
| FLORENCE MP | 07/29/22 | 6.00 | CONFER WITH CO-COUNSEL RE: PRIVILEGE (4.0); REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (1.5); CONFER WITH E. HELLMAN RE: SAME (0.5). |
| FLORENCE MP | 07/31/22 | 4.10 | REVIEW AND ANALYZE DOCUMENTS OF DOJ INTEREST (4.1). |
| | | **90.90** | |
| **Total Partner** | | **168.40** | |
| BEJAN WA | 07/05/22 | 0.70 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.7). |
| BEJAN WA | 07/09/22 | 2.10 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (2.1). |
| BEJAN WA | 07/13/22 | 0.70 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.7). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BEJAN WA | 07/18/22 | 3.20 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (3.2). |
| BEJAN WA | 07/18/22 | 0.40 | CALL WITH SKADDEN TEAM RE: REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (0.4). |
| BEJAN WA | 07/20/22 | 1.50 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (1.5). |
| BEJAN WA | 07/21/22 | 4.40 | REVIEW AND ANALYZE DOCUMENTS RE: TOPICS OF DOJ INTEREST (4.4). |
| | | **13.00** | |
| CHAN AH | 07/01/22 | 4.20 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (4.2). |
| CHAN AH | 07/05/22 | 2.30 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (2.3). |
| CHAN AH | 07/06/22 | 6.20 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (6.2). |
| CHAN AH | 07/07/22 | 5.80 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (5.8). |
| CHAN AH | 07/08/22 | 8.10 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (8.1). |
| CHAN AH | 07/11/22 | 9.60 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (9.6). |
| CHAN AH | 07/13/22 | 0.70 | CONFER ON NEXT STEPS RE: DOJ TOPICS OF INTEREST (0.7). |
| CHAN AH | 07/16/22 | 0.80 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (0.8). |
| CHAN AH | 07/18/22 | 5.40 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (5.4). |
| CHAN AH | 07/19/22 | 8.00 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (8.0). |
| CHAN AH | 07/20/22 | 3.80 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (3.8). |
| CHAN AH | 07/21/22 | 6.80 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (6.8). |
| CHAN AH | 07/22/22 | 5.90 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (5.9). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| CHAN AH | 07/23/22 | 4.10 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (4.1). |
| CHAN AH | 07/24/22 | 4.20 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (4.2). |
| CHAN AH | 07/25/22 | 1.10 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (1.1). |
| CHAN AH | 07/26/22 | 4.00 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (4.0). |
| CHAN AH | 07/27/22 | 2.30 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (2.3). |
| CHAN AH | 07/28/22 | 0.60 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (0.6). |
| CHAN AH | 07/29/22 | 4.60 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (4.6). |
| | | **88.50** | |
| DEAN B | 07/05/22 | 2.20 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (2.2). |
| | | **2.20** | |
| GRIFFITH K | 07/21/22 | 0.30 | REVIEW MATERIALS REGARDING DOJ TOPICS OF INTEREST (0.3). |
| GRIFFITH K | 07/22/22 | 3.70 | ANALYZE DOCUMENTS RELATED TO DOJ TOPICS OF INTEREST (3.7). |
| | | **4.00** | |
| HELLMAN E | 07/01/22 | 6.80 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (6.8). |
| HELLMAN E | 07/03/22 | 1.00 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (1.0). |
| HELLMAN E | 07/05/22 | 1.90 | PLAN REVIEW RE: DOJ TOPICS OF INTEREST (1.9). |
| HELLMAN E | 07/05/22 | 3.60 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (3.6). |
| HELLMAN E | 07/06/22 | 9.20 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (9.2). |
| HELLMAN E | 07/07/22 | 9.20 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (9.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HELLMAN E | 07/08/22 | 7.10 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (7.1). |
| HELLMAN E | 07/08/22 | 0.20 | CORRESPOND RE: DOJ TOPICS OF INTEREST (0.2). |
| HELLMAN E | 07/09/22 | 2.00 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (2.0). |
| HELLMAN E | 07/10/22 | 6.40 | REVIEW DOCUMENTS RE: DOJ TOPICS OF INTEREST (6.4). |
| HELLMAN E | 07/11/22 | 7.90 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (7.9). |
| HELLMAN E | 07/12/22 | 1.50 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (1.5). |
| HELLMAN E | 07/13/22 | 0.70 | CONFER RE: REVIEW OF DOJ TOPICS OF INTEREST (0.7). |
| HELLMAN E | 07/13/22 | 0.40 | CORRESPOND RE: REVIEW OF DOJ TOPICS OF INTEREST (0.4). |
| HELLMAN E | 07/14/22 | 5.00 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (5.0). |
| HELLMAN E | 07/15/22 | 3.20 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (3.2). |
| HELLMAN E | 07/17/22 | 2.20 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (2.2). |
| HELLMAN E | 07/18/22 | 8.00 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (8.0). |
| HELLMAN E | 07/19/22 | 6.90 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (6.9). |
| HELLMAN E | 07/20/22 | 7.60 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (7.6). |
| HELLMAN E | 07/21/22 | 7.40 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (7.4). |
| HELLMAN E | 07/21/22 | 0.70 | CONFER WITH TEAM RE: DOJ TOPICS OF INTEREST (0.7). |
| HELLMAN E | 07/22/22 | 7.00 | REVIEW MATERIAL RE: DOJ TOPICS OF INTEREST (7.0). |
| HELLMAN E | 07/23/22 | 4.70 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (4.7). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HELLMAN E | 07/24/22 | 9.00 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (9.0). |
| HELLMAN E | 07/25/22 | 8.50 | DRAFT AND REVISE MATERIALS RE: DOJ TOPICS OF INTEREST (8.5). |
| HELLMAN E | 07/26/22 | 8.40 | DRAFT AND REVISE MATERIAL RE: DOJ TOPICS OF INTEREST (8.4). |
| HELLMAN E | 07/29/22 | 4.60 | REVIEW MATERIALS RE: DOJ TOPICS OF INTEREST (4.6). |
| HELLMAN E | 07/29/22 | 0.20 | CONFER WITH M. FLORENCE RE: DOJ TOPICS OF INTEREST (0.2). |
| | | **141.30** | |
| **Total Associate** | | **249.00** | |
| STUEBNER BD | 07/01/22 | 3.00 | REVIEW DOCUMENTS RELATING TO DOJ TOPICS OF INTEREST (3.0). |
| | | **3.00** | |
| **Total Staff Attorney/Staff Law Clerk** | | **3.00** | |
| FIEBERG WR | 07/11/22 | 0.90 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (0.9). |
| FIEBERG WR | 07/25/22 | 2.50 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (2.5). |
| | | **3.40** | |
| HOHMANN MJ | 07/24/22 | 2.50 | COMMUNICATE WITH ATTORNEYS RE PREPARING DRAFT DECK FOR SPECIAL COMMITTEE MEETING (0.1); REVIEW MATERIALS SENT BY ATTORNEY (0.3); AND PREPARE DRAFT DECK WITH CALL OUTS AND NOTES PER ATTORNEY REQUEST (2.1). |
| HOHMANN MJ | 07/25/22 | 0.40 | COMMUNICATE WITH ATTORNEY RE: PREPARING UPDATES TO DRAFT SLIDE DECK FOR SPECIAL COMMITTEE MEETING (0.1); UPDATE DRAFT DECK PER REQUEST (0.3). |
| | | **2.90** | |
| **Total Legal Assistant** | | **6.30** | |
| **MATTER TOTAL** | | **426.70** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                                          **Bill Date: 09/19/22**
**General Advice**                                                              **Bill Number: 1910804**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 07/05/22 | 0.90 | REVIEW AND ANALYZE REGULATORY MATERIALS (0.9). |
| BRAGG JL | 07/06/22 | 0.60 | TELEPHONE CALL WITH CO-COUNSEL RE: REGULATORY ANALYSIS (0.6). |
| BRAGG JL | 07/06/22 | 0.90 | REVIEW REGULATORY MATERIALS (0.9). |
| BRAGG JL | 07/12/22 | 0.70 | REVIEW AND ANALYZE REGULATORY MATERIALS (0.7). |
| BRAGG JL | 07/13/22 | 1.00 | TELEPHONE CALL WITH CLIENT AND CO-COUNSEL RE: LETTER RESPONSE (1.0). |
| BRAGG JL | 07/13/22 | 0.40 | REVIEW DEA LETTER (0.4). |
| BRAGG JL | 07/13/22 | 1.40 | REVIEW AND ANALYZE COMPLIANCE MATERIALS (1.4). |
| BRAGG JL | 07/18/22 | 0.40 | REVIEW CIVIL LITIGATION EDITS TO MEMO (0.4). |
| BRAGG JL | 07/18/22 | 0.90 | CONFER WITH CO-COUNSEL RE: MEMO ANALYSIS (0.9). |
| BRAGG JL | 07/19/22 | 1.70 | REVIEW AND EDIT REGULATORY MATERIALS (1.7). |
| BRAGG JL | 07/19/22 | 0.20 | CALL WITH CLIENT REGARDING COMPLIANCE ISSUES (0.2). |
| BRAGG JL | 07/21/22 | 0.50 | PREPARE FOR CALL WITH DOJ RE: DEA LICENSE PROCESS (0.5). |
| BRAGG JL | 07/21/22 | 0.90 | TELEPHONE CALL WITH CLIENT RE: DEA REQUEST (0.9). |
| BRAGG JL | 07/21/22 | 1.70 | REVIEW MATERIALS RE: DEA REQUEST (1.7). |
| BRAGG JL | 07/21/22 | 0.80 | PRE-CALL WITH CLIENT RE: DEA REQUEST (0.8). |
| BRAGG JL | 07/22/22 | 1.30 | CONFER WITH CO COUNSEL REGARDING NDA ISSUES (0.6); CONFER WITH CLIENT REGARDING NDA ISSUES (0.7). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 07/25/22 | 0.60 | TELEPHONE CALL WITH CLIENT RE: SUBMISSION (0.6). |
| BRAGG JL | 07/25/22 | 0.60 | REVIEW DEA SUBMISSION MATERIALS (0.6). |
| BRAGG JL | 07/26/22 | 0.90 | DRAFT COVER LETTER FOR DOJ SUBMISSION (0.9). |
| BRAGG JL | 07/26/22 | 0.30 | TELEPHONE CALL WITH CLIENT RE: REGULATORY MATTERS (0.3). |
| BRAGG JL | 07/26/22 | 0.40 | CONFER WITH CLIENT RE: DEA SUBMISSION (0.4). |
| BRAGG JL | 07/27/22 | 0.40 | REVIEW REGULATORY MATERIALS (0.4). |
| BRAGG JL | 07/27/22 | 1.50 | STRATEGY CALL WITH CLIENT RE: REGULATORY MATTERS (1.5). |
| BRAGG JL | 07/27/22 | 1.70 | DEVELOP WORK PLAN FOR REGULATORY MATTER (1.7). |
| BRAGG JL | 07/27/22 | 0.40 | EDIT CORRESPONDENCE TO DOJ RE: PRODUCTION ISSUES (0.4). |
| BRAGG JL | 07/27/22 | 0.90 | DEVELOP MATERIALS FOR DOJ PRESENTATION (0.9). |
| BRAGG JL | 07/28/22 | 5.20 | DRAFT DEA SUBMISSION (5.2). |
| BRAGG JL | 07/28/22 | 1.10 | CONFER WITH CLIENT RE: DEA SUBMISSION (1.1). |
| BRAGG JL | 07/28/22 | 0.60 | CONFER WITH CLIENT RE: REGULATORY MATTER (0.6). |
| BRAGG JL | 07/28/22 | 0.50 | CONFER WITH CO-COUNSEL RE: SUNSHINE ISSUE (0.5). |
| BRAGG JL | 07/28/22 | 1.10 | ANALYZE REGULATORY ISSUES (1.1). |
| BRAGG JL | 07/29/22 | 2.30 | REVIEW AND EDIT DEA SUBMISSION MATERIALS (2.3). |
| BRAGG JL | 07/29/22 | 2.80 | TELEPHONE CALLS WITH CLIENT RE: REGULATORY ISSUES (2.8). |
| BRAGG JL | 07/29/22 | 2.00 | TELEPHONE CALLS WITH CO-COUNSEL RE: MONITOR MATTERS (2.0). |
| BRAGG JL | 07/31/22 | 1.30 | REVIEW AND EDIT DEA RESPONSE (1.3). |
| BRAGG JL | 07/31/22 | 0.90 | REVIEW AND ANALYSIS OF REGULATORY ISSUES (0.9). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 07/31/22 | 1.30 | CONFER WITH CO-COUNSEL RE: REGULATORY ISSUES (1.3). |
| | | **41.10** | |
| FLORENCE MP | 07/13/22 | 1.00 | ATTEND CALL WITH J. BRAGG AND CLIENT RE: DEA LETTER (1.0). |
| FLORENCE MP | 07/14/22 | 0.20 | CORRESPOND WITH CLIENT RE: DEA REQUEST (0.2). |
| FLORENCE MP | 07/21/22 | 0.90 | CONFER WITH CLIENT AND J. BRAGG RE: DEA LETTER (0.9). |
| FLORENCE MP | 07/27/22 | 0.30 | REVIEW AND EDIT DRAFT COVER LETTER RE: DEA REQUEST (0.3). |
| FLORENCE MP | 07/28/22 | 0.80 | CONFER WITH J. BRAGG AND CLIENT RE: REGULATORY MATTER (0.8). |
| FLORENCE MP | 07/29/22 | 0.30 | CORRESPOND WITH J. BRAGG AND K. CORALLO RE: REGULATORY MATTER (0.3). |
| FLORENCE MP | 07/30/22 | 0.50 | REVIEW AND ANALYZE AGREEMENT (0.5). |
| FLORENCE MP | 07/31/22 | 0.90 | REVIEW AND EDIT DRAFT DEA RESPONSE LETTER (0.9). |
| | | **4.90** | |
| MCCONAGHA W | 07/06/22 | 1.00 | REVIEW MEMORANDUM ON REGULATORY ISSUES (0.5); PARTICIPATE IN CALL WITH CO-COUNSEL RE: SAME (0.5). |
| MCCONAGHA W | 07/13/22 | 2.20 | REVIEW AND REVISE ANALYSIS (2.2). |
| MCCONAGHA W | 07/26/22 | 0.80 | CORRESPONDENCE RE: REGULATORY ISSUES (0.2); REVIEW GUIDANCE ON SAME (0.6). |
| | | **4.00** | |
| **Total Partner** | | **50.00** | |
| CHAN AH | 07/05/22 | 2.00 | REVIEW REVISIONS TO MEMO RE: ISSUE OF INTEREST (2.0). |
| CHAN AH | 07/06/22 | 0.50 | CONFER WITH CO-COUNSEL ON MEMO RE: TOPIC OF INTEREST (0.5). |
| CHAN AH | 07/06/22 | 2.30 | REVIEW MEMO RE: ISSUE OF INTEREST (2.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| CHAN AH | 07/07/22 | 0.30 | REVISE MEMO RE: TOPIC OF INTEREST (0.3). |
| CHAN AH | 07/12/22 | 8.40 | REVISE MEMO RE: ISSUE OF INTEREST (8.4). |
| CHAN AH | 07/13/22 | 3.00 | REVISE MEMO RE: ISSUE OF INTEREST (3.0). |
| CHAN AH | 07/14/22 | 0.30 | REVISE MEMO RE: ISSUE OF INTEREST (0.3). |
| CHAN AH | 07/18/22 | 2.60 | REVISE MEMO RE: ISSUE OF INTEREST (2.6). |
| CHAN AH | 07/19/22 | 0.90 | REVISE MEMO RE: ISSUE OF INTEREST (0.9). |
| | | **20.30** | |
| DEAN B | 07/21/22 | 3.20 | CONDUCT RESEARCH RE: REGULATORY ISSUES (3.2). |
| DEAN B | 07/22/22 | 6.00 | CONDUCT RESEARCH RE: REGULATORY ISSUES (4.0). DRAFT SUMMARY RE: SAME (2.0). |
| DEAN B | 07/29/22 | 3.70 | ANALYZE MATERIALS RELATED TO CONFIDENTIALITY PROVISIONS (3.7). |
| | | **12.90** | |
| OBANOR D | 07/27/22 | 2.90 | DRAFT KEY DOCUMENT FOR REGULATORY MATTER (2.0); INTERNAL CALL WITH B. DEAN (0.9). |
| OBANOR D | 07/28/22 | 0.30 | CALL WITH J.BRAGG RE: REGULATORY MATTER (0.3). |
| OBANOR D | 07/29/22 | 5.00 | CONDUCT RESEARCH IN CONNECTION WITH REGULATORY MATTER (5.0). |
| | | **8.20** | |
| **Total Associate** | | **41.40** | |
| **MATTER TOTAL** | | **91.40** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                      **Bill Date: 09/19/22**
**Retention/Fee Matter**                                    **Bill Number: 1910807**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DEAN B | 07/19/22 | 2.80 | ANALYZE FEE APPLICATION MATERIALS (2.8). |
| DEAN B | 07/21/22 | 0.40 | REVISE FEE APPLICATION MATERIALS (0.4). |
|  |  | **3.20** |  |
| O'HARE WS | 07/12/22 | 0.50 | PREPARE FEE APPLICATION MATERIALS (0.5). |
| O'HARE WS | 07/27/22 | 0.20 | PREPARE FEE APPLICATION MATERIALS (0.2). |
|  |  | **0.70** |  |
| **Total Associate** |  | **3.90** |  |
| **MATTER TOTAL** |  | **3.90** |  |

1

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                      Bill Date: 09/19/22
**Various Texas Actions**                                   Bill Number: 1907995

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| REDMAN R | 07/01/22 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 07/05/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 07/06/22 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 07/12/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 07/13/22 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 07/14/22 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS (0.3). |
| REDMAN R | 07/15/22 | 0.90 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.6). |
| REDMAN R | 07/19/22 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.4). |
| REDMAN R | 07/22/22 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.5). |
| REDMAN R | 07/26/22 | 0.50 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS (0.3). |
| REDMAN R | 07/27/22 | 0.60 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS (0.4). |
|  |  | **7.30** |  |
| **Total Legal Assistant** |  | **7.30** |  |
| **MATTER TOTAL** |  | **7.30** |  |

1

D02