DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF REVISED PROPOSED ORDER FOR APPROVAL OF
PROCEDURES FOR (I) THE SALE OF DE MINIMIS ASSETS FREE AND CLEAR OF
LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND (II) THE
<u>ABANDONMENT OF CERTAIN OF THE DEBTORS' PROPERTY</u>**

**PLEASE TAKE NOTICE** that on September 27, 2022, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion for Approval of Procedures for (I) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (II) the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Abandonment of Certain of the Debtors' Property* (the "**Motion**") on notice of presentment [ECF 5100]. Exhibit A of the Motion appended a proposed order (the "**Proposed Order**") to be presented for approval and signature by the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **October 11, 2022 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file an objection with respect to the Motion was **October 7, 2022, at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**"). No written objections to the Motion were filed before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised proposed *Order for Approval of Procedures for (I) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (II) the Abandonment of Certain of the Debtors' Property* (the "**Revised Proposed Order**"), attached hereto as **Exhibit A**. A blackline comparing the Proposed Order to the Revised Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Order reflects informal comments received from each of the official committee of unsecured creditors (the "**Committee**"), the ad hoc committee of governmental and other contingent litigation claimants (the "**Ad Hoc Committee**"), Westchester Fire Insurance Company and its affiliated sureties (collectively, "**Westchester**"), and ACE American Insurance Company, ACE Property and Casualty Insurance Company, Westchester Surplus Lines Insurance Company, Federal Insurance Company, Executive Risk Indemnity Inc., and each of their U.S.-based affiliates and successors and each in their capacity as insurers (collectively "**Chubb Insurance USA**").

**PLEASE TAKE FURTHER NOTICE** that copies of the Revised Proposed Order may be obtained free of charge by visiting the website of Kroll Restructuring Administration at

htttps://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   October 10, 2022
         New York, New York

                                                DAVIS POLK & WARDWELL LLP

                                                By:  */s/ Eli J. Vonnegut*

                                                450 Lexington Avenue
                                                New York, New York 10017
                                                Telephone: (212) 450-4000
                                                Facsimile:  (212) 701-5800
                                                Marshall S. Huebner
                                                Benjamin S. Kaminetzky
                                                Eli J. Vonnegut
                                                Christopher S. Robertson

                                                *Counsel to the Debtors*
                                                *and Debtors in Possession*