Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.***,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,**
**FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022**

| **Name of Applicant** | Bielli & Klauder, LLC |
|---|---|
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| **Period for which compensation and reimbursement is sought** | July 1, 2022 through July 31, 2022 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | $44,000.00 (80% of $55,000.00) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Seventh Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2022 through July 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from July 1, 2022 through and including July 31, 2022, is referred to herein as the "**Fee Period**".

2

2.   Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.   Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.   Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.   The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: October 11, 2022 | **BIELLI & KLAUDER LLC** |

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner
David M. Klauder, Esquire*

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 1.10 |
| BK Retention and Fee Applications | 2.70 |
| Fee/Employment Applications- Retained Professionals | 24.80 |
| **Total** | **28.60** |

## Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 10.10 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 14.10 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 3.40 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 1.00 |

**Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for July 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1400
**DATE** 07/29/2022
**DUE DATE** 07/29/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - July 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Invoice Period: 07-01-2022 - 07-31-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-01-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review King & Spalding May Monthly Fee Statement; review data with respect to same | | | |
| 07-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Attention to interim fee payment | | | |
| 07-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 350.00 | 315.00 |
| | | Review Brown Rudnick May Monthly Fee Statement; review data with respect to same | | | |
| 07-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review FTI May Monthly Fee Statement; review data with respect to same | | | |
| 07-12-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 350.00 | 280.00 |
| | | Review Otterbourg May Monthly Fee Statement; review data with respect to same | | | |
| 07-13-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review Gilbert May Monthly Fee Statement; review data with respect to same | | | |
| 07-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Receipt of Skadden's 32nd month data; Receipt and review of correspondence from Legal Decoder re: published data; Receipt of Davis Polk's 33rd month data; Receipt of A&P's 33rd monthly fee statement and corresponding data; Receipt of Reed Smith's 2nd monthly fee statement and corresponding data; Review of Order Granting 8th Interim Fee Applications; Receipt of Kleinberg Kaplan's Fourth Monthly Fee Statement; Receipt of PJT's Twenty-Eighth Monthly Fee Statement; Receipt of Grant Thornton's Ninth Monthly Fee Statement; Receipt of Gilbert's Monthly Fee Statement and corresponding data | | | |
| 07-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Receipt of King & Spalding's 33rd month fee statement and corresponding data; email correspondence to Legal Decoder re: data uploads; Email correspondence with Grant Thornton re: May fee data; Receipt of Brown Rudnick's Thirty-Second Monthly Fee Statement; Receipt of Otterbourg's Thirty-Second Monthly Fee Statement; Receipt of FTI's Thirty-Second Monthly Fee Statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Review of King & Spalding's 31st month data | | | |
| 07-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Review of Reed Smith's 1st month data | | | |
| 07-19-2022 | David Klauder | [ALL] BK Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Begin prep of May and June fee apps and review first draft | | | |
| 07-19-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 125.00 | 62.50 |
| | | Draft May monthly fee application | | | |
| 07-19-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 125.00 | 62.50 |
| | | Draft June monthly fee application | | | |
| 07-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 375.00 | 562.50 |
| | | Review Alix Partners May Monthly Fee Statement; review data with respect to same | | | |
| 07-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 375.00 | 562.50 |
| | | Review Caplin Drysdale April, May and June Monthly Fee Statements; review data with respect to same | | | |
| 07-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review Dechert May Monthly Fee Statements review data with respect to same | | | |
| 07-20-2022 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review case update | | | |
| 07-21-2022 | David Klauder | B110 - Case Administration | 0.30 | 375.00 | 112.50 |
| | | Review case status report | | | |
| 07-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review Kleinberg, Kaplan, Wolff & Cohen P.C. May monthly fee statement; review data requirements | | | |
| 07-21-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 350.00 | 420.00 |
| | | Review Kramer Levin May monthly fee statement; review data requirements | | | |
| 07-25-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review King & Spalding's June Monthly Fee Statement; confirm receipt of data with respect to same | | | |
| 07-25-2022 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review Agenda; conference with Klauder regarding same | | | |
| 07-26-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review Reed Smith's June Monthly Fee Statement; confirm receipt of data with respect to same | | | |
| 07-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review Dechert's June Monthly Fee Statement; confirm receipt of data with respect to same | | | |
| 07-27-2022 | David Klauder | [ALL] BK Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to BK monthly fee apps | | | |
| 07-27-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Attention to May and June Fee Statements; review, revise and edit same; electronically file and serve same | | | |
| 07-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review Arnold Porter's June Monthly Fee Statement; confirm receipt of data with respect to same | | | |
| 07-28-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 375.00 | 487.50 |
| | | Review PJT's June Monthly Fee Statement; confirm receipt of data with respect to same | | | |
| 07-28-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 375.00 | 562.50 |
| | | Review DPW's June Monthly Fee Statement; confirm receipt of data with respect to same | | | |
| 07-29-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review Pullman & Comley's Third Monthly Fee Statement and requisite data | | | |