Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,
FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | August 1, 2022 through August 31, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Eighth Monthly Statement of Services Rendered and Expenses Incurred for the Period from August 1, 2022 through August 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from August 1, 2022 through and including August 31, 2022, is referred to herein as the "**Fee Period**".

2

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: October 11, 2022                                **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

**Exhibit A**

**Project Categories**

| Project Category | Total Hours |
|---|---:|
| Case Administration | 1.80 |
| Fee/Employment Applications- Retained Professionals | 35.90 |
| **Total** | **37.70** |

# Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 9.20 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 12.90 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 6.50 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 4.70 |
| Brooke Hoffmann | Paraprofessional; joined B&K in 2022 | $150.00 | 4.40 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for August 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1409
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - August 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

# Exhibit D

## Detailed Time Records

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Invoice Period: 08-01-2022 - 08-31-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 350.00 | 315.00 |
| | | Review Otterbourg's May Fee Statement; confirm processing of data with respect to same | | | |
| 08-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review Alix Partners June Monthly Statement; review data transfer with respect | | | |
| 08-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 375.00 | 487.50 |
| | | Review FTI June Monthly Statement; review data transfer with respect | | | |
| 08-08-2022 | David Klauder | B110 - Case Administration | 0.50 | 375.00 | 187.50 |
| | | Attention to case and fee issues, review of status | | | |
| 08-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review JOnes Day's May & June Fee Statements; confirm processing of data with respect to same | | | |
| 08-17-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 375.00 | 525.00 |
| | | Review DPW July Monthly Statement; review data transfer with respect | | | |
| 08-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 350.00 | 315.00 |
| | | Review Grant Thornton's June Fee Statement; confirm processing of data with respect to same | | | |
| 08-19-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review Brown Rudnick's June Fee Statement; confirm processing of data with respect to same | | | |
| 08-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 125.00 | 262.50 |
| | | Review Akin Gump 8th interim data and report for training | | | |
| 08-23-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 150.00 | 315.00 |
| | | Review Akin Gump 8th interim data and report for training | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-23-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 150.00 | 270.00 |
| | | Review Brown Rudnick interim data | | | |
| 08-23-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 125.00 | 225.00 |
| | | Review Brown Rudnick interim data | | | |
| 08-23-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.50 | 150.00 | 75.00 |
| | | Review 7th interim formatted sheets | | | |
| 08-23-2022 | Isabel Bielli | [ALL] Case Administration | 0.80 | 125.00 | 100.00 |
| | | Review prior fee applications | | | |
| 08-24-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review Gilbert's June Fee Statement; confirm processing of data with respect to same | | | |
| 08-26-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review King & Spalding's July Fee Statement; confirm processing of data with respect to same | | | |
| 08-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Alix Partners' 33rd monthly fee statement; Receipt of Dechert's Thirty-Third Monthly Fee Statement; Receipt of Caplin's 32-34 Monthly Fee Statements; Receipt of Kramer Levin's Thirty-Second Monthly Fee Statement; Receipt of Kleinberg's Fifth Monthly Fee Statement; email correspondence with Legal Decoder re: published data | | | |
| 08-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Caplin's 32-34 month data; Receipt of King & Spaulding's 34th monthly fee statement and corresponding data; Receipt of Reed Smith's Third Monthly Fee Statement and corresponding data; Receipt of Dechert's Thirty-Fourth Monthly Fee Statement; Receipt of Arnold & Porter's Thirty-Fourth Monthly Fee Statement and corresponding data | | | |
| 08-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Davis Polk's Thirty-Fourth Monthly Fee Statement; Receipt of PJT's Twenty-Ninth Monthly Fee Statement; Receipt of Pullman & Comley's Third Monthly Fee Statement; Receipt of Davis Polk's 34th month data; Review of Monthly Statement of OCP payments; Receipt of Otterbourg's Thirty-Third Monthly Fee Statement; Receipt of Alix Partners' Thirty-Fourth Monthly Fee Statement; Receipt of FTI's Thirty-Third Monthly Fee Statement; Receipt of Otterbourg's 33rd month data | | | |
| 08-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Jones Day's Thirty-First and Thirty-Second Monthly Fee Statements; Receipt of E&Y's Thirteenth Monthly Fee Statement and corresponding data; Receipt of Davis Polk's Thirty-Fifth Monthly Fee Statement; Receipt of Grant Thornton's Tenth Monthly Fee Statement; Receipt of Kleinberg's Sixth Monthly Fee Statement; Receipt of Brown Rudnick's Thirty-Third Monthly Fee Statement; Receipt of FTI's 33rd month data; Receipt of Grant Thornton's May & June data | | | |
| 08-27-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt of Gilbert's Thirty-Third Monthly Fee Statement and corresponding data; Receipt of King & Spalding's Thirty-Fifth Monthly Fee Statement and corresponding data; email correspondence to Legal Decoder re: data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | received | | | |
| 08-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 225.00 | 360.00 |
| | | Review of Skadden Arps' 32nd month data | | | |
| 08-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review of Gilbert's 32nd month data | | | |
| 08-28-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 225.00 | 450.00 |
| | | Begin review of Davis Polk's 33rd month data | | | |
| 08-30-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 350.00 | 315.00 |
| | | Review PJT's July Fee Statement; confirm processing of data with respect to same | | | |
| 08-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 350.00 | 280.00 |
| | | Review Otterboug's July Fee Statement; confirm processing of data with respect to same | | | |
| 08-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 350.00 | 420.00 |
| | | Review Gilbert's July Fee Statement; confirm processing of data with respect to same | | | |
| 08-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review Brown Rudnick's July Fee Statement; confirm processing of data with respect to same | | | |
| 08-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review Province's May Fee Statement; confirm processing of data with respect to same | | | |
| 08-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 350.00 | 280.00 |
| | | Review KCC's May Fee Statement; confirm processing of data with respect to same | | | |
| 08-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review FTI July Monthly Statement; review data transfer with respect | | | |
| 08-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 375.00 | 337.50 |
| | | Review Akin Gump May Monthly Statement; review data transfer with respect | | | |
| 08-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Cole Shotz May Monthly Statement; review data transfer with respect | | | |
| 08-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review Bedell Cristin May Monthly Statement; review data transfer with respect | | | |
| 08-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained | 1.00 | 375.00 | 375.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review Jefferies May Monthly Statement; review data transfer with respect | | | |
| 08-31-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review KCC May Monthly Statement; review data transfer with respect; correspond with Bielli regarding same | | | |