Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| **Name of Applicant** | Bielli & Klauder, LLC |
|---|---|
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| **Period for which compensation and reimbursement is sought** | September 1, 2022 through September 30, 2022 |
|---|---|
| **Summary of Total Fees and Expenses Requested** ||
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application | |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twenty-Ninth Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2022 through September 30, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from September 1, 2022 through and including September 30, 2022, is referred to herein as the "**Fee Period**".

2

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: October 12, 2022   **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| BK/Fee Examiner- Retention and Fee Applications | 0.50 |
| Fee/Employment Applications- Retained Professionals | 28.20 |
| **Total** | **28.70** |

## Exhibit B

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 10.30 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 17.40 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 1.00 |

# Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for September 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1415
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - September 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

# Exhibit D

## Detailed Time Records

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Invoice Period: 09-01-2022 - 09-30-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-01-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review of Reed Smith July Monthly Fee Statement; confirm transmission of data | | | |
| 09-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 375.00 | 562.50 |
| | | Review Alix Partners July Monthly Fee Statement; correspond with team regarding data | | | |
| 09-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 375.00 | 487.50 |
| | | Review Dechert July Monthly Fee Statement; correspond with team regarding data | | | |
| 09-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review of Grant Thorton July Monthly Fee Statement; confirm transmission of data | | | |
| 09-13-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Attention to BK monthly fee apps including discussions with T. Bielli re: same | | | |
| 09-13-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Create Monthly Chart for TB & DK | | | |
| 09-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with DPW regarding change of Grant Thornton's scope | | | |
| 09-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 350.00 | 385.00 |
| | | Review of E&Y August Monthly Fee Statement; confirm transmission of data | | | |
| 09-15-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review of Kramer Levin August Monthly Fee Statement; confirm transmission of data | | | |
| 09-15-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Call with debtor's counsel re: Grant Thornton fee and expanded services | | | |
| 09-15-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss next interim fee app schedule with debtor and BK team | | | |
| 09-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review of King Spalding August Monthly Fee Statement; confirm transmission of data | | | |
| 09-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review of Jones Day July Monthly Fee Statement; confirm transmission of data | | | |
| 09-21-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Review DPW August Monthly Fee Statement; correspond with team regarding data | | | |
| 09-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review Cole Shotz June Monthly Fee Statement; correspond with team regarding data | | | |
| 09-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Jefferies June Monthly Fee Statement; correspond with team regarding data | | | |
| 09-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 375.00 | 337.50 |
| | | Review Province June Monthly Fee Statement; correspond with team regarding data | | | |
| 09-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review Dechert August Monthly Fee Statement; correspond with team regarding data | | | |
| 09-23-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 350.00 | 420.00 |
| | | Review of Akin Gump June Monthly Fee Statement; confirm transmission of data | | | |
| 09-23-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of KCC June Monthly Fee Statement; confirm transmission of data | | | |
| 09-27-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review of Kleinberg Kapla August Monthly Fee Statement; confirm transmission of data | | | |
| 09-27-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review of Kramer Levin July Monthly Fee Statement; confirm transmission of data | | | |
| 09-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email with UCC professional fee detail | | | |
| 09-27-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.20 | 375.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | Professionals | | | |
| | | Discuss case status/fee review with Legal Decoder | | | |
| 09-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review PJT August Monthly Fee Statement; correspond with team regarding same | | | |
| 09-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Houlihan June Monthly Fee Statement; correspond with team regarding same | | | |
| 09-30-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 350.00 | 595.00 |
| | | Review Reed Smith Interim Fee Application; correspond with team regarding same | | | |
| 09-30-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Arnold & Porter August Monthly Fee Statement; correspond with team regarding data | | | |
| 09-30-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Conference with Reed Smith regarding Leedes data | | | |
| 09-30-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Reed Smith fee data | | | |

We appreciate your business