LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

– and –

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Alistair K. Fatheazam

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | **(Jointly Administered)** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**COMBINED THIRD MONTHLY FEE STATEMENT OF LATHAM & WATKINS LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MAY 1, 2022 THROUGH AUGUST 31, 2022**

| | |
|---|---|
| **Name of Applicant** | Latham & Watkins LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | April 18, 2022 [Docket No. 4670] |
| **Period for which compensation and reimbursement is sought** | May 1, 2022 to August 31, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation requested in this statement** | **$55,398.96 (80% of $69,248.70[2])** |
| **Total reimbursement requested in this statement** | **$689.12** |
| **Total compensation and reimbursement requested in this statement** | **$56,088.08** |
| **This is a(n):**   X  Monthly Application ___ Interim Application ___ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel for the Debtors Effective as of January 13, 2022*, dated April 18, 2022 [Docket No. 4670] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim**

---

[2] This amount reflects a reduction in fees in the amount of $7,694.30 on account of a 10% discount that L&W agreed to provide to the Debtors.

Compensation Order"), Latham & Watkins LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this combined third monthly fee statement of services rendered and expenses incurred for the period from May 1, 2022 through August 31, 2022 (the "**Fee Period**") seeking (i) compensation in the amount of $55,398.96, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (*i.e.*, $69,248.70) and (ii) payment of $689.12 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by L&W professionals and paraprofessionals during the Fee Period with respect to each of the project categories L&W established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, L&W incurred $69,248.70 in fees during the Fee Period.  Pursuant to this Fee Statement, L&W seeks reimbursement for 80% of such fees, totaling $55,398.96

2.      Attached hereto as **Exhibit B** is a chart of the L&W professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,058.[3]  The blended hourly billing rate of all paraprofessionals is $410.[4]

---

[3]  The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $64,867.05 by the total hours of 61.3.

[4]  The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $4,381.65 by the total hours of 10.7.

3.      Attached hereto as **Exhibit C** is a chart of expenses that L&W incurred or disbursed in the amount of $689.12 in connection with providing professional services to the Debtors during the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of L&W for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

## Notice

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, L&W, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $55,398.96, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (*i.e.*, $69,248.70) and (ii) payment of $689.12 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

LATHAM & WATKINS LLP

Dated:    October 12, 2022              By:    */s/ Ted A. Dillman*
          New York, New York

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

– and –

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Alistair K. Fatheazam

*Special Counsel to the Debtors
and Debtors in Possession*

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Third Party Release | 24.6 | $32,821.50 |
| Retention and Fee Application[1] | 47.4 | $44,121.50 |
| **TOTAL** | | **$76,943.00** |
| **(Less 10% Discount)** | | **($7,694.30)** |
| **GRAND TOTAL** | **72.0** | **$69,248.70** |

---

[1] Certain of the fees included in this project category relate to time spent on L&W's first and second monthly fee statements [Docket Nos. 4854 & 4858] as well as L&W's first interim fee application [Docket No. 4864], which covered fees and expenses incurred during the period from January 13, 2022 through April 30, 2022.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Garre, Gregory | Partner; joined firm in 2009; admitted in District of Columbia 1994, admitted in Illinois 1991 | $1,720 | 8.1 | $13,932.00 |
| Dillman, Ted | Partner; joined firm in 2008; admitted in California 2008 | $1,540 | 4.8 | $7,392.00 |
| Dameron, Charles | Associate; joined firm in 2018; admitted in District of Columbia 2017, admitted in Texas 2016 | $1,165 | 13.4 | $15,611.00 |
| Hansen, Shawn | Associate; joined firm in 2015; admitted in California 2015 | $1,165 | 9.2 | $10,718.00 |
| Konopka, Eric | Associate; joined firm in 2018; admitted in District of Columbia 2019, admitted in New York 2017 | $1,165 | 3.7 | $4,310.50 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; admitted in Illinois 2009, admitted in California 2019 | $910 | 22.1 | $20,111.00 |
| Tarrant, Christopher | Senior paralegal; joined the firm in 2022 | $455 | 10.7 | $4,868.50 |
| **TOTAL** | | | | **$76,943.00** |
| **(Less 10% Discount)** | | | | **($7,694.30)** |
| **GRAND TOTAL** | | | **72** | **$69,248.70** |

**Exhibit C**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | Certificates of Good Standing | $25.00 |
| Travel Expenses | *See Travel Detail Below* | $664.12 |
| **TOTAL** | | **$689.12** |

Exhibit C - 2

| TRAVEL DETAIL | | | |
|---|---|---|---|
| **Date** | **Person Traveling** | **Description** | **Amount** |
| 4/26/22 | Garre, Gregory | Refund for train fare to and from New York for hearing preparation session[1] | ($543.00) |
| 4/26/22 | Garre, Gregory | Train fare to and from New York for hearing preparation session | $608.00 |
| 4/26/22 | Sherry, Melissa | Train fare to and from New York for hearing preparation session | $539.00 |
| 4/26/22 | Garre, Gregory | Taxi from train station to office while in New York for hearing preparation session | $19.56 |
| 4/26/22 | Garre, Gregory | Taxi from office to train station while in New York for hearing preparation session | $16.56 |
| 4/26/22 | Garre, Gregory | Parking while attending hearing preparation session in New York | $24.00 |
| **TOTAL** | | | **$664.12** |

---

[1] This refund relates to a travel expense included in L&W's second monthly fee statement [Docket No. 4858].

Exhibit C - 3

**<u>Exhibit D</u>**

**Detailed Time Records**

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

September 22, 2022

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20220003218

Please identify your payment with the following:

Invoice No. 2200309715
Matter Number 059646-0003

Tax Identification No.: 95-2018373

**Remittance Instructions**

REDACTED

For professional services rendered through August 31, 2022

**Re:**    **Third Party Release**

| | |
|---|---|
| Fees | $ 32,821.50 |
| Monthly Discount | (3,282.15) |
| **Total Due** | **$ 29,539.35** |

**LATHAM&WATKINS**LLP

Invoice No. 2200309715
September 22, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/10/22 | EJK | .80 | Review and revise timeline of post-appeal process |
| 05/11/22 | GGG | .30 | Review memorandum regarding issues attendant to appeal |
| 05/17/22 | GGG | .30 | Email correspondence with Purdue regarding issues attendant to appeal |
| 05/18/22 | GGG | .30 | Call with DPW regarding issues attendant to appeal |
| 06/22/22 | GGG | 1.80 | Call with team regarding issues attendant to appeal (1.3); follow up with team regarding same (0.5) |
| 06/23/22 | GGG | .80 | Call with DOJ regarding Second Circuit appeal (0.5); email correspondence with team regarding same (0.3) |
| 07/06/22 | GGG | .30 | Call with K&S regarding appeal issues |
| 07/06/22 | CSD | .60 | Analyze post-appeal issues |
| 07/09/22 | CSD | 7.50 | Draft work product related to post-appeal issues |
| 07/10/22 | GGG | 1.30 | Review and revise work product related to post-appeal issues |
| 07/10/22 | CSD | 3.80 | Draft and revise work product related to post-appeal issues |
| 07/10/22 | EJK | 1.20 | Review work product related to post-appeal issues |
| 07/11/22 | GGG | .50 | Review and revise work product related to post-appeal issues |
| 07/13/22 | GGG | .80 | Call with DPW regarding issues attendant to case (0.5); review post-appeal issues and email correspondence with team regarding same (0.3) |
| 07/13/22 | EJK | .20 | Review client's comments regarding post-appeal issues |
| 07/18/22 | GGG | .50 | Review and revise work product related to post appeal issues |
| 07/18/22 | EJK | 1.00 | Revise work product related to post-appeal issues |
| 07/21/22 | GGG | .30 | Email correspondence with team regarding post-appeal issues |
| 07/21/22 | CSD | 1.50 | Revise work product related to post-appeal issues |
| 08/02/22 | EJK | .50 | Review materials related to appeal |
| 08/19/22 | GGG | .30 | Call with K&S regarding issues attendant to appeal |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200309715 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2



LATHAM&WATKINS LLP

Invoice No. 2200309715
September 22, 2022

**Attorney:**

| | | | |
|---|---|---|---|
| G G Garre | 7.50 | Hrs. @ | $ 1,720.00/hr. | $ 12,900.00 |
| C S Dameron | 13.40 | Hrs. @ | $ 1,165.00/hr. | $ 15,611.00 |
| E J Konopka | 3.70 | Hrs. @ | $ 1,165.00/hr. | $ 4,310.50 |
| | 24.60 | | | $ 32,821.50 |

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

September 22, 2022

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20190002705

Please identify your payment with the following:

Invoice No. 2200309714
Matter Number 059646-0004

Tax Identification No.: 95-2018373

**Remittance Instructions**

REDACTED

For professional services rendered through August 31, 2022

**Re:     Retention and Fee Application**

| | |
|---|---:|
| Fees | $ 44,121.50 |
| Monthly Discount | (4,412.15) |
| **Total Due** | **$ 39,709.35** |

**LATHAM & WATKINS** LLP

Invoice No. 2200309714
September 22, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/02/22 | ACD | 2.00 | Draft LW first monthly fee statement (1.8); correspond with S. Hansen regarding same (0.2) |
| 05/03/22 | ACD | .40 | Review local rules related to fee applications (0.2); update LW first monthly fee statement (0.2) |
| 05/06/22 | ACD | .30 | Correspond with S. Hansen regarding LW first monthly fee statement (0.1); edit same (0.2) |
| 05/11/22 | ACD | .70 | Correspond with LW team regarding first monthly fee statement (0.2); review LW April invoice for privilege and confidentiality (0.5) |
| 05/12/22 | TAD | .40 | Review monthly fee statement (0.3); correspondence with S. Hansen and A. Davis regarding same (0.1) |
| 05/12/22 | SPH | .80 | Review fee statement materials (0.5); correspondence with T. Dillman and A. Davis regarding same (0.3) |
| 05/12/22 | ACD | 1.20 | Correspond with T. Dillman and S. Hansen regarding revisions to LW monthly fee statement (0.4); review client comments on LW fee statement (0.2); revise LW fee statement to address same (0.3); correspond with S. Hansen regarding same (0.1); correspond with C. Wright regarding same and related matters (0.2) |
| 05/13/22 | SPH | .70 | Review correspondence regarding fee statement and invoices (0.3); correspondence with A. Davis regarding same (0.2); correspondence with T. Dillman regarding same (0.2) |
| 05/13/22 | ACD | 1.20 | Correspond with LW team regarding LW fee statements and related matters (0.5); revise and edit LW first monthly fee statement and exhibits per comments from T. Dillman (0.7) |
| 05/16/22 | TAD | .40 | Review monthly fee statement (0.3); correspondence with S. Hansen and A. Davis regarding same (0.1) |
| 05/16/22 | ACD | 1.50 | Correspond with T. Dillman and S. Hansen regarding LW first monthly fee statement and related matters (0.4); correspond with G. Garre regarding same (0.2); review and update LW first monthly fee statement (0.3); review LW April invoice for privilege and confidentiality (0.5); correspond with T. Dillman and S. Hansen regarding same (0.1) |
| 05/17/22 | TAD | .50 | Review documents in connection with monthly fee statement (0.3); meet with S. Hansen regarding fee application process (0.2) |
| 05/17/22 | SPH | 1.00 | Discuss retention items with T. Dillman (0.2); review fee statement materials (0.6); correspondence with G. Garre and T. Dillman regarding fee applications (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200309714 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM & WATKINS** LLP

Invoice No. 2200309714
September 22, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/17/22 | ACD | .20 | Correspond with G. Garre regarding LW fee statement and related matters |
| 05/18/22 | TAD | .50 | Correspondence with S. Hansen and G. Garre regarding fee applications (0.3); meet with S. Hansen regarding same (0.2) |
| 05/18/22 | SPH | 1.10 | Discuss fee application matters with T. Dillman (0.2); correspondence with fee examiner regarding fee applications (0.2); correspondence with DPW regarding fee application items (0.3); discuss same with A. Davis (0.4) |
| 05/18/22 | CMT | 4.40 | Prepare draft of first interim fee application (3.6); review and revise draft of first interim fee application (0.8) |
| 05/18/22 | ACD | 1.60 | Correspond with S. Hansen, T. Dillman, and G. Garre regarding LW fee statements and interim application and next steps related to same (0.4); review correspondence with DPW regarding same (0.1); review LW invoices for privilege and confidentiality (0.3); correspond with C. Wright regarding same (0.2); correspond with C. Tarrant regarding preparation of LW interim fee application (0.3); review materials related to same (0.3) |
| 05/19/22 | TAD | 1.00 | Review first monthly fee statement in preparation for filing (0.3); correspondence with S. Hansen and A. Davis regarding same (0.2); review second monthly fee statement (0.4) provide comments on same to A. Davis and S. Hansen (0.1) |
| 05/19/22 | SPH | 1.10 | Review fee statement materials (0.6); correspondence with G. Garre regarding same (0.2); correspondence with DPW regarding timing issues and interim fee applications (0.3) |
| 05/19/22 | CMT | 3.20 | Continue to review and revise first interim fee application (2.9); emails with A. Davis regarding same (0.3) |
| 05/19/22 | ACD | 5.00 | Draft April fee statement (0.8); correspond with T. Dillman and S. Hansen regarding same (0.2); correspond with G. Garre regarding same (0.1); call with C. Wright regarding same (0.2); revise same and prepare for filing (0.3); prepare Jan-March fee statement for filing (0.2); correspond with LW team regarding same (0.2); revise and edit first interim fee application (1.8); correspond with C. Tarrant regarding same (0.4); review local rules and guidelines related to same (0.4); correspond with S. Hansen and T. Dillman regarding same and related matters (0.4) |
| 05/20/22 | SPH | 1.50 | Review interim fee application (1.2); correspondence with A. Davis and T. Dillman regarding same (0.3) |
| 05/20/22 | CMT | 3.10 | Review, revise and finalize first interim fee application (1.5); review and finalize first monthly fee statement and second |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200309714 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2200309714
September 22, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | monthly fee statement (1.0); file all with Court (0.4); communications with Claims Agent regarding service of same (0.2) |
| 05/20/22 | ACD | 3.00 | Update LW first interim fee application and send to T. Dillman and S. Hansen for review (0.6); revise and edit LW first interim fee application based on comments from T. Dillman and S. Hansen (1.2); correspond with S. Hansen and T. Dillman regarding LW first interim fee application (0.5); correspond with G. Garre regarding same (0.2); prepare same for filing and correspond with C. Tarrant regarding same and service (0.3); correspond with C. Tarrant regarding filing of LW second monthly fee statement (0.1); obtain LEDES files for fee examiner (0.1) |
| 05/21/22 | ACD | .40 | Review fee examiner order (0.2); send LW fee statements and LEDES files to D. Klauder (0.2) |
| 05/24/22 | ACD | .30 | Correspond with C. Tarrant regarding LW fee statements and related matters (0.2); review supplemental notice regarding LW interim fee application (0.1) |
| 05/31/22 | ACD | .20 | Correspond with T. Dillman regarding status of LW fee applications (0.1); review docket regarding same (0.1) |
| 06/03/22 | ACD | .20 | Review docket for objections to LW second monthly fee statement (0.1); correspond with LW team regarding same (0.1) |
| 06/06/22 | ACD | .50 | Review May invoices for privilege and confidentiality (0.3); correspond with C. Wright regarding same (0.1); correspond with client regarding LW fee statements (0.1) |
| 06/08/22 | SPH | .60 | Correspondence with fee examiner (0.1); review fee memorandum (0.2); correspondence with G. Garre regarding same (0.3) |
| 06/08/22 | ACD | .60 | Review fee examiner's initial report on LW first interim fee application (0.1); correspond with T. Dillman and S. Hansen regarding same (0.2); review LW invoices for privilege and confidentiality (0.2); correspond with T. Dillman and S. Hansen regarding next LW fee statement (0.1) |
| 06/10/22 | ACD | .70 | Prepare for call with fee examiner regarding initial report, including pre-call with S. Hansen (0.2); participate in call with fee examiner regarding same (0.3); correspond with LW team regarding same and upcoming hearing (0.2) |
| 06/14/22 | TAD | .50 | Correspondence with G. Garre and S. Hansen regarding fee hearing (0.1); prepare for same (0.2); call with G. Garre regarding same (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200309714 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2200309714
September 22, 2022

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/14/22 | GGG | .30 | Call and email correspondence with T. Dillman regarding hearing on fee application |
| 06/14/22 | SPH | .50 | Various correspondence regarding hearing with T. Dillman and A. Davis (0.3); correspondence with DPW regarding order (0.2) |
| 06/14/22 | ACD | .30 | Correspond with LW team regarding upcoming hearing on interim fee application (0.2); review proposed order granting interim fee application and correspond with DPW regarding same (0.1) |
| 06/15/22 | TAD | 1.50 | Attend interim fee hearing |
| 06/15/22 | GGG | .30 | Email correspondence with team regarding bankruptcy court hearing |
| 06/15/22 | SPH | .30 | Review fee application materials |
| 06/16/22 | SPH | .20 | Review fee application materials |
| 06/21/22 | ACD | .20 | Correspond with S. Hansen regarding status of LW fee applications (0.1); correspond internally regarding same (0.1) |
| 06/27/22 | ACD | .20 | Correspond with LW team regarding status of interim fee application (0.1); correspond with DPW regarding order approving same (0.1) |
| 07/07/22 | ACD | .20 | Review interim fee order and correspond with client regarding same (0.1); correspond with C. Wright regarding June fee application (0.1) |
| 07/10/22 | ACD | .40 | Review LW June invoices for privilege and confidentiality |
| 07/13/22 | ACD | .30 | Review LW invoices for privilege and confidentiality (0.2); correspond with T. Dillman and S. Hansen regarding next LW fee statement (0.1) |
| 07/28/22 | SPH | .30 | Telephone conference with DPW regarding fee application process (0.2); correspondence with A. Davis regarding same (0.1) |
| 08/05/22 | ACD | .30 | Review LW July invoices for privilege and confidentiality |
| 08/08/22 | ACD | .20 | Correspond with C. Wright regarding LW fee statements (0.1); review LW invoices for confidentiality and privilege (0.1) |
| 08/11/22 | SPH | .20 | Review fee application materials |
| 08/12/22 | SPH | .60 | Review fee application materials (0.4); correspondence with A. Davis regarding same (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200309714 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2200309714
September 22, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/18/22 | SPH | .30 | Call and correspond with A. Davis regarding retention items |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G G Garre | .60 | Hrs. @ | $ 1,720.00/hr. | $ 1,032.00 |
| T A Dillman | 4.80 | Hrs. @ | $ 1,540.00/hr. | $ 7,392.00 |
| S P Hansen | 9.20 | Hrs. @ | $ 1,165.00/hr. | $ 10,718.00 |
| | 14.60 | | | $ 19,142.00 |

**Other:**

| | | | | |
|---|---|---|---|---|
| C M Tarrant | 10.70 | Hrs. @ | $ 455.00/hr. | $ 4,868.50 |
| A C Davis | 22.10 | Hrs. @ | $ 910.00/hr. | $ 20,111.00 |
| | 32.80 | | | $ 24,979.50 |

**GRAND TOTAL:**   **47.40**                    **$ 44,121.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200309714 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6