UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**THIRTY FIFTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Monthly Fees Incurred: | $35,470.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                     $0.00

Total Fees and Expenses Due:                   $35,470.00

This is a:  __X__ monthly  _____ interim  _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $78,479.60 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $42,899.20 | $0.00 |
| Docket No. 5051 Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $42,418.40 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, and $6,929 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, and eighth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., et al. (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from August 1, 2022 through and including August 31, 2022 (the "**Fee Period**") amount to:

    | | |
    |---|---|
    | Professional Fees | $35,470.00 |
    | Expenses | 0.00 |
    | **TOTAL** | **$35,470.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

    | | |
    |---|---|
    | Professional Fees at 80% | $28,376.00 |
    | Expenses at 100% | 0.00 |
    | **TOTAL** | **$28,376.00** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than October 26, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
October 12, 2022

        FTI CONSULTING, INC.
        Financial Advisors to the Ad Hoc Committee of
        Governmental and Other Contingent Litigation
        Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        1166 Avenue of the Americas, 15th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2022 TO AUGUST 31, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 12.5 | $ 15,000.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 1.3 | 1,722.50 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 8.9 | 7,921.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 16.3 | 10,676.50 |
| Hellmund-Mora, Marili | Associate | Restructuring | 300 | 0.5 | 150.00 |
| **GRAND TOTAL** | | | | **39.5** | **$ 35,470.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 1, 2022 TO AUGUST 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 14.4 | $ 11,536.00 |
| 7 | Analysis of Domestic Business Plan | 10.7 | 10,622.00 |
| 13 | Analysis of Other Miscellaneous Motions | 3.3 | 4,035.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 6.7 | 6,245.50 |
| 24 | Preparation of Fee Application | 4.4 | 3,031.50 |
|  | **GRAND TOTAL** | **39.5** | **$ 35,470.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 8/1/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/2/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/3/2022 | Diaz, Matthew | 0.6 | Review Debtors latest monthly operating report. |
| 1 | 8/3/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/4/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/8/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 8/8/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/9/2022 | Kurtz, Emma | 0.9 | Begin to prepare monthly operating report update for May. |
| 1 | 8/9/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/10/2022 | Kurtz, Emma | 1.3 | Finish preparing draft slides re: May operating report. |
| 1 | 8/10/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/12/2022 | Bromberg, Brian | 0.6 | Review Debtors' latest operating report. |
| 1 | 8/12/2022 | Bromberg, Brian | 0.4 | Prepare revisions to operating report summary. |
| 1 | 8/12/2022 | Diaz, Matthew | 1.3 | Review Purdue operating report to the Committee. |
| 1 | 8/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/12/2022 | Kurtz, Emma | 0.3 | Prepare revisions to May operating report slides per comments from team. |
| 1 | 8/16/2022 | Bromberg, Brian | 0.3 | Review Debtors' latest monthly operating report. |
| 1 | 8/17/2022 | Diaz, Matthew | 1.4 | Review revised draft operating report presentation to the Committee. |
| 1 | 8/17/2022 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/18/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/19/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/22/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/23/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/25/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/26/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/29/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/30/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/31/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **14.4** | |
| 7 | 8/8/2022 | Diaz, Matthew | 0.8 | Review of current sales by product and by competitor. |
| 7 | 8/16/2022 | Bromberg, Brian | 0.6 | Discuss latest operations update with Debtors. |
| 7 | 8/16/2022 | Bromberg, Brian | 0.9 | Review latest business plan update. |
| 7 | 8/17/2022 | Bromberg, Brian | 0.6 | Prepare summary of business plan results. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 8/17/2022 | Diaz, Matthew | 2.1 | Review updated Purdue business plan. |
| 7 | 8/22/2022 | Bromberg, Brian | 0.9 | Review latest business plan update. |
| 7 | 8/24/2022 | Diaz, Matthew | 1.1 | Review Debtors' updated business plan. |
| 7 | 8/30/2022 | Bromberg, Brian | 2.2 | Prepare questions for the Debtors re: updated business plan. |
| 7 | 8/30/2022 | Bromberg, Brian | 0.4 | Discuss business plan update with UCC advisors. |
| 7 | 8/30/2022 | Bromberg, Brian | 0.5 | Discuss business plan update with Debtor advisors. |
| 7 | 8/30/2022 | Kurtz, Emma | 0.2 | Review business plan to prepare for call with the UCC advisors. |
| 7 | 8/30/2022 | Kurtz, Emma | 0.4 | Attend call with UCC advisors to discuss business plan update. |
| **7 Total** | | | **10.7** | |
| 13 | 8/5/2022 | Diaz, Matthew | 0.3 | Review proposed OCP relief that the Debtors are seeking. |
| 13 | 8/13/2022 | Diaz, Matthew | 0.6 | Review of the proposed PI order. |
| 13 | 8/15/2022 | Diaz, Matthew | 0.6 | Continue to review the proposed PI order. |
| 13 | 8/15/2022 | Simms, Steven | 0.6 | Review case status re: proposed PI order. |
| 13 | 8/19/2022 | Diaz, Matthew | 0.5 | Review of summaries of the injunction ruling. |
| 13 | 8/22/2022 | Diaz, Matthew | 0.7 | Review of the updated PI order. |
| **13 Total** | | | **3.3** | |
| 16 | 8/2/2022 | Diaz, Matthew | 0.7 | Participate in a call with the Debtors' and UCC's advisers to discuss open items. |
| 16 | 8/2/2022 | Diaz, Matthew | 0.6 | Review of next steps on the settlement. |
| 16 | 8/2/2022 | Kurtz, Emma | 0.4 | Attend biweekly professionals call to discuss case status. |
| 16 | 8/2/2022 | Kurtz, Emma | 1.3 | Review Sackler reporting requirements from Plan to prepare summary for team. |
| 16 | 8/2/2022 | Simms, Steven | 0.4 | Review update from team re: case status and emergence preparation. |
| 16 | 8/3/2022 | Bromberg, Brian | 0.5 | Coordinate asset disposition outreach names. |
| 16 | 8/3/2022 | Bromberg, Brian | 0.4 | Participate in call with team on workstream updates. |
| 16 | 8/3/2022 | Kurtz, Emma | 0.4 | Attend call with team to discuss case updates and next steps re: emergence preparation. |
| 16 | 8/4/2022 | Diaz, Matthew | 0.6 | Review of next steps prior to emergence. |
| 16 | 8/8/2022 | Bromberg, Brian | 0.4 | Coordinate asset disposition outreach names. |
| 16 | 8/15/2022 | Bromberg, Brian | 0.2 | Discuss Purdue FA meeting and business plan. |
| 16 | 8/25/2022 | Simms, Steven | 0.3 | Review update from team re: case status and emergence preparation. |
| 16 | 8/30/2022 | Kurtz, Emma | 0.5 | Attend biweekly professionals call to discuss case status and emergence preparation. |
| **16 Total** | | | **6.7** | |
| 24 | 8/8/2022 | Kurtz, Emma | 0.2 | Finalize June fee application to be filed. |
| 24 | 8/11/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the June fee application. |
| 24 | 8/19/2022 | Kurtz, Emma | 1.8 | Prepare draft July fee application per local rules. |
| 24 | 8/22/2022 | Kurtz, Emma | 1.3 | Finalize draft July fee application per local rules. |
| 24 | 8/26/2022 | Diaz, Matthew | 0.6 | Review of the July fee application. |
| **24 Total** | | | **4.4** | |
| **Grand Total** | | | **39.5** | |