**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 10, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Ninth Interim Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of May 1, 2022 through August 31, 2022 [Docket No. 5122]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: October 13, 2022

*/s/ Liz Santodomingo*
Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 13, 2022, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

19-23649-shl    Doc 5139    Filed 10/14/22    Entered 10/14/22 18:03:18    Main Document
Pg 3 of 4

**Exhibit A**

Exhibit A

Fee Application Service List

Served via email

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | One Bryant Park | | New York | NY | 10036 | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder, Esq. | 1204 N. King Street | | Wilmington | DE | 19801 | dklauder@bk-legal.com |
| Cole Schotz P.C. | Attn: Justin R. Alberto | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | jalberto@coleschotz.com |
| Davis Polk & Wardwell LLP | Attn: Christopher Robertson and Dylan Consla | 450 Lexington Avenue | | New York | NY | 10017 | christopher.robertson@davispolk.com<br>dylan.consla@davispolk.com |
| Office of The United States Trustee | Attn: Paul K. Schwartzberg | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 | paul.schwartzberg@usdoj.gov |
| Purdue Pharma L.P. | Attn: Jon Lowne | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 | Jon.Lowne@pharma.com |