AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ :
                                                             :
In re:                                                       :    Chapter 11
                                                             :
PURDUE PHARMA L.P., *et al*.,                                :    Case No. 19-23649 (SHL)
                                                             :
                                    Debtors.[1]              :    (Jointly Administered)
                                                             :
------------------------------------------------------------ :

**TWENTY-NINTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM JULY 1, 2022 THROUGH JULY 31, 2022**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | July 1, 2022 – July 31, 2022 |
| **Total Fees Incurred** | $74,416.50 |
| **Voluntary Fee Reduction (10%)[2]** | $7,441.65 |
| **Total Fees Requested** **(Total Fees – Voluntary Fee Reduction)** | $66,974.85 |
| **20% Holdback** | $13,394.97 |
| **Total Fees Requested Less 20% Holdback** | $53,579.88 |
| **Total Expenses Incurred** | $0.00 |
| **Total Fees and Expenses Requested** | $53,579.88 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Twenty-Ninth Monthly Fee Statement") covering the period from July 1, 2022 through and including July 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Twenty-Ninth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $66,974.85 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by Cole Schotz during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

1.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period.  The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.      **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.      **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.      **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

## NOTICE

6.      Notice of this Twenty-Ninth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne

---

[3] Cole Schotz increased its rates on September 1, 2021, consistent with its customary practice and as disclosed in Cole Schotz's retention application.  *See* ECF No. 1013.  Cole Schotz filed a notice of such rate increase on August 27, 2021.  *See* ECF No. 3692.

(Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.      Objections to this Twenty-Ninth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than October 28, 2022 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Twenty-Ninth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.      If an objection to this Twenty-Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: October 14, 2022          **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/      *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

- *and* –

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

## EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## JULY 1, 2022 THROUGH JULY 31, 2022

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $685.00 | 6.7 | $4,589.50 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $610.00 | 83.9 | $51,179.00 |
| Ian R. Phillips | 2015 | Associate (Litigation) (since 2016) | $390.00 | 15.6 | $6,084.00 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $300.00 | 3.8 | $1,140.00 |
| Michael Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $300.00 | 30.6 | $9,180.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $330.00 | 6.8 | $2,244.00 |
| **TOTAL** | | | | **147.4** | **$74,416.50** |
| **Less Voluntary Reduction (10%)** | | | | | **($7,441.65)** |
| **Total Requested** | | | | | **$66,974.85** |

---

[1] On August 29, 2022 Cole Schotz filed Notice of Increase of Hourly Rates of Cole Schotz's Professionals [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2022 THROUGH JULY 31, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee Matters and Creditor Meetings | 1.1 | $731.00 |
| Creditor Inquiries | 0.1 | $61.00 |
| Fee Application Matters/Objections | 12.0 | $4,035.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 124.2 | $65,678.50 |
| Preparation for and Attendance at Hearings | 1.6 | $1,006.00 |
| Prepare for and Conduct Interview and Depositions | 8.3 | $2,875.00 |
| Retention Matters | 0.1 | $30.00 |
| **TOTAL** | **147.4** | **$74,416.50** |
| **Less Voluntary Reduction (10%)** | | **($7,441.65)** |
| **Total Requested** | | **$66,974.85** |

## EXHIBIT C

## Invoice

# Cole Schotz P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | | |
|---|---|---|
| Invoice Date: | | August 23, 2022 |
| Invoice Number: | | 926553 |
| Matter Number: | | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2022

## COMMITTEE MATTERS AND CREDITOR MEETINGS     1.10     731.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 07/01/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 68.50 |
| 07/11/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 68.50 |
| 07/11/22 | JRA | EMAIL WITH S. BRAUNER RE TODAY'S CALL | 0.10 | 68.50 |
| 07/23/22 | JRA | REVIEW UCC UPDATE MATERIALS AND EMAIL FROM A> PREIS RE SAME | 0.40 | 274.00 |
| 07/25/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 07/27/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 07/28/22 | JRA | EMAILS WITH S. BRAUNER RE TODAY'S CALL | 0.10 | 68.50 |

## CREDITOR INQUIRIES     0.10     61.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/19/22 | ADL | RETURN CREDITOR CALL | 0.10 | 61.00 |

## FEE APPLICATION MATTERS/OBJECTIONS     12.00     4,035.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/15/22 | JRA | REVIEW AND COMMENT ON DRAFT FEE APP | 0.40 | 274.00 |
| 07/19/22 | LSM | EMAILS WITH J. DOUGHERTY REGARDING MONTHLY FEE APPLICATION PREPARATIONS AND STATUS | 0.20 | 66.00 |
| 07/19/22 | LSM | REVIEW INVOICES FOR DRAFT OF MAY AND JUNE 2022 MONTHLY FEE APPLICATIONS | 0.50 | 165.00 |
| 07/19/22 | JMD | EMAIL TO L. MORTON RE: PREPARE MAY AND JUNE FEE APPLICATIONS | 0.10 | 30.00 |
| 07/19/22 | JMD | EMAILS W/ A. DELEO RE: PREPARE ADDITIONAL FEE APPS | 0.10 | 30.00 |
| 07/19/22 | JRA | EMAILS WITH E. LISOVICZ RE FEE APPS | 0.20 | 137.00 |
| 07/20/22 | JMD | EMAIL TO ACCOUNTING RE: MAY AND JUNE 2022 INVOICES RE: PREPARATION OF MONTHLY FEE APPLICATIONS | 0.10 | 30.00 |
| 07/20/22 | LSM | DRAFT TWENTY-EIGHTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ FOR JUNE 2022 | 0.60 | 198.00 |

**COLE SCHOTZ P.C.**

Re:         OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  926553
            Client/Matter No. 60810-0001                                   August 23, 2022
                                                                                Page 2

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 07/20/22 | LSM | DRAFT TWENTY-SEVENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ FOR MAY, 2022 | 0.60 | 198.00 |
| 07/21/22 | LSM | COMPLETE DRAFT OF TWENTY-SEVENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 1.50 | 495.00 |
| 07/21/22 | JMD | EMAIL TO L. MORTON RE: PREPARE MAY AND JUNE MONTHLY FEE APPLICATIONS | 0.10 | 30.00 |
| 07/21/22 | JMD | FOLLOW UP EMAIL TO ACCOUNTING DEPARTMENT RE: FINAL INVOICES RE: PREPARE MAY AND JUNE MONTHLY FEE APPLICATIONS | 0.10 | 30.00 |
| 07/21/22 | LSM | COMPLETE DRAFT OF TWENTY EIGHTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 1.50 | 495.00 |
| 07/22/22 | LSM | REVISE AND UPDATE TWO MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ FOR MAY AND JUNE 2022 | 0.60 | 198.00 |
| 07/22/22 | LSM | REVIEW AND UPDATE EXHIBITS TO TWENTY-SEVENTH AND TWENTY-EIGHTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ | 0.80 | 264.00 |
| 07/22/22 | JMD | EMAILS W/ A. DELEO RE: REVISED MAY AND JUNE DRAFT FEE APPLICATIONS | 0.10 | 30.00 |
| 07/22/22 | JMD | REVIEW AND REVISE L. MORTON DRAFT CS JUNE MONTHLY FEE APPLICATION (.6); EMAIL TO L. MORTON RE: REVISE DRAFTS OF SAME (.1). | 0.70 | 210.00 |
| 07/22/22 | JMD | REVIEW AND REVISE L. MORTON DRAFT OF CS MAY MONTHLY FEE APPLICATION (.5); EMAIL TO L. MORTON RE: REVISIONS TO SAME (.1) | 0.60 | 180.00 |
| 07/26/22 | LSM | REVIEW MONTHLY FEE APPLICATIONS FOR NEXT INTERIM FEE APPLICATION DRAFT | 0.50 | 165.00 |
| 07/28/22 | MEF | CALLS W/ A. DE LEO RE: FINAL FEE APP (.2, .1 X 4) | 0.60 | 180.00 |
| 07/28/22 | MEF | CONT. DRAFTING COLE SCHOTZ FINAL FEE APP, REVIEW EACH COLE SCHOTZ MONTHLY FEE AND INTERIM APP FOR FEES AND EXPENSES, AND CALLS W/ A. DE LEO RE: SAME | 2.10 | 630.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                    **124.20      65,678.50**

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 07/01/22 | JRA | EMAILS WITH N. CRAMB, A. DELEO AND J. ROTHMAN RE PRODUCTIONS | 0.20 | 137.00 |
| 07/01/22 | ADL | EMAILS RE: INSURANCE LITIGATION DEPOSITIONS | 0.10 | 61.00 |
| 07/01/22 | JRA | REVIEW J. DAVIS DISCOVERY LETTER | 0.20 | 137.00 |
| 07/01/22 | IRP | CONTINUED DOCUMENT REVIEW ASSIGNMENT | 2.20 | 858.00 |
| 07/01/22 | ADL | EMAIL INSURER COUNSEL RE: DOCUMENT PRODUCTION | 0.10 | 61.00 |
| 07/05/22 | ADL | REVIEW COMMENTS TO DEPOSITION PROTOCOL | 0.40 | 244.00 |
| 07/05/22 | ADL | INITIAL REVIEW OF INSURER AND FDA PRODUCTIONS IN INSURANCE ADVERSARIES | 0.40 | 244.00 |
| 07/05/22 | IRP | CONTINUED DOCUMENT REVIEW PROJECT | 2.20 | 858.00 |

COLE SCHOTZ P.C.

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  926553
           Client/Matter No. 60810-0001                                         August 23, 2022
                                                                                              Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/05/22 | ADL | REVIEW AMENDED PRETRIAL SCHEDULING ORDER IN INSURANCE ADVERSARY | 0.10 | 61.00 |
| 07/05/22 | ADL | EMAILS WITH PLAINTIFFS TEAMS RE: DEPOSITION AND DISCOVERY ISSUES IN INSURANCE LITIGATION | 0.30 | 183.00 |
| 07/05/22 | ADL | REVIEW EXPERT RETENTION LETTER | 0.10 | 61.00 |
| 07/05/22 | ADL | INSURANCE CLAIMS RESEARCH | 4.40 | 2,684.00 |
| 07/05/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: DEPOSITION PROTOCOL | 0.50 | 305.00 |
| 07/06/22 | ADL | REVIEW LETTER RE: DEA SUBPOENA | 0.10 | 61.00 |
| 07/06/22 | ADL | INSURANCE CLAIMS RESEARCH | 4.70 | 2,867.00 |
| 07/06/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 2.30 | 690.00 |
| 07/06/22 | ADL | CONTINUE INSURANCE CLAIMS RESEARCH | 1.20 | 732.00 |
| 07/07/22 | ADL | REVIEW REVISED DRAFT OF 30(B)(6) OUTLINE | 1.30 | 793.00 |
| 07/07/22 | ADL | ATTEND MEET AND CONFER WITH INSURERS RE: 30(B)(6) AND OTHER DISCOVERY ISSUES | 1.00 | 610.00 |
| 07/07/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.50 | 2,135.00 |
| 07/08/22 | IRP | CONTINUED DOC REVIEW IN PREP FOR DEBTOR 30(B)(6) | 2.20 | 858.00 |
| 07/08/22 | ADL | REVIEW EMAILS RE: INSURANCE LITIGATION DEPOSITIONS | 0.10 | 61.00 |
| 07/08/22 | MEF | CALL W/ A. DE LEO RE: PURDUE INSURANCE LITIGATION COMPLAINT REVIEW | 0.20 | 60.00 |
| 07/08/22 | MEF | COMPLAINT REVIEW FOR 30(B)(6) DEPOSITION PREP | 6.80 | 2,040.00 |
| 07/08/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.90 | 2,379.00 |
| 07/08/22 | ADL | CALL WITH M. FITZPATRICK RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |
| 07/11/22 | JRA | REVIEW DRAFT 30(B)(6) NOTICES | 0.40 | 274.00 |
| 07/11/22 | MEF | COMPLAINT DOCUMENT REVIEW IN PREPARATION FOR 30(B)(6) DEPOSITION | 0.80 | 240.00 |
| 07/11/22 | IRP | CONTINUED DOCUMENT REVIEW ASSIGNMENT FOR 30(B)(6) WITNESS | 3.70 | 1,443.00 |
| 07/11/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.50 | 2,135.00 |
| 07/12/22 | MEF | COMPLAINT DOCUMENT REVIEW IN PREPARATION FOR 30(B)(6) DEPOSITION | 5.20 | 1,560.00 |
| 07/12/22 | IRP | CONTINUED DOCUMENT REVIEW PROJECT | 2.20 | 858.00 |
| 07/12/22 | ADL | CALL WITH A. CRAWFORD RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 07/12/22 | ADL | EMAILS RE: INSURANCE DISCOVERY ISSUES | 0.10 | 61.00 |
| 07/12/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE CLAIMS RESEARCH | 0.60 | 366.00 |
| 07/12/22 | JMD | EMAIL A. DELEO RE: DOCUMENT REVIEW IN PREPARATION FOR 30B6 DEPOSITIONS | 0.20 | 60.00 |
| 07/12/22 | ADL | CALL WITH J, DOUGHERTY RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 07/12/22 | JMD | DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 1.50 | 450.00 |

**COLE SCHOTZ P.C.**

| | |
|---|---|
| Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  926553 |
| Client/Matter No. 60810-0001 | August 23, 2022 |
| | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/12/22 | JRA | EMAILS WITH R. LEVERIDGE, A. JAVIAN AND A. KRAMER RE EXPERT ISSUES | 0.30 | 205.50 |
| 07/12/22 | JMD | CALL W/ A. DELEO RE: DOCUMENT REVIEW IN PREPARATION FOR DEBTOR 30(B)(6) DEPOSITIONS | 0.10 | 30.00 |
| 07/12/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.10 | 1,891.00 |
| 07/13/22 | JRA | EMAILS WITH A. DELEO, J. RUBINSTEIN AND A. CRAWFORD RE 30(B)(6) | 0.30 | 205.50 |
| 07/13/22 | MEF | COMPLAINT DOCUMENT REVIEW IN PREPARATION FOR 30(B)(6) DEPOSITION | 1.20 | 360.00 |
| 07/13/22 | ADL | ATTEND 30(B)(6) DEPOSITION PREP SESSION | 4.80 | 2,928.00 |
| 07/14/22 | MEF | COMPLAINT DOCUMENT REVIEW IN PREPARATION FOR 30(B)(6) DEPOSITION | 3.90 | 1,170.00 |
| 07/14/22 | ADL | ATTEND INSURANCE 30(B)(6) DEPOSITION PREP SESSION | 4.20 | 2,562.00 |
| 07/14/22 | ADL | CALL WITH D. GINTY RE: INSURANCE LITIGATION ISSUES | 0.10 | 61.00 |
| 07/14/22 | IRP | CONTINUED WORKING ON DOCUMENT REVIEW PROJECT | 3.10 | 1,209.00 |
| 07/15/22 | ADL | REVIEW DOCUMENTS PRODUCED IN ADVERSARY PROCEEDING | 1.80 | 1,098.00 |
| 07/15/22 | ADL | REVIEW DOCUMENTS AND EMAILS RE: 30(B)(6) DEPOSITION | 0.30 | 183.00 |
| 07/18/22 | JRA | EMAILS WITH A. CRAWFORD AND A. DELEO RE DEP NOTICES (.3); REVIEW OF SAME (.3) | 0.60 | 411.00 |
| 07/18/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.20 | 1,342.00 |
| 07/18/22 | ADL | ATTEND 30(B)(6) DEPOSITION PREPARATION | 6.20 | 3,782.00 |
| 07/19/22 | ADL | REVIEW 30(B)(6) DEPOSITION OUTLINE | 1.20 | 732.00 |
| 07/19/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE LITIGATION | 0.90 | 549.00 |
| 07/20/22 | ADL | ATTEND 30(B)(6) DEPOSITION IN INSURANCE ADVERSARY (INCLUDES 2.0 HOURS OF TRAVEL TIME) | 12.20 | 7,442.00 |
| 07/21/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 07/21/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE LITIGATION | 1.70 | 1,037.00 |
| 07/21/22 | MEF | CALL W/ A. DE LEO INSURANCE LITIGATION DEPOSITIONS | 0.20 | 60.00 |
| 07/21/22 | ADL | CALL WITH M. FITZPATRICK RE: INSURANCE LITIGATION DEPOSITIONS | 0.20 | 122.00 |
| 07/22/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.70 | 1,037.00 |
| 07/25/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.30 | 2,013.00 |
| 07/25/22 | JRA | REVIEW PRODUCTION HISTORY LOG (.3) AND EMAILS WITH R. HOFF AND A. DELEO RE SAME (.1) | 0.40 | 274.00 |
| 07/25/22 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE APPEAL ISSUES AND CALL TODAY | 0.30 | 205.50 |
| 07/25/22 | ADL | REVIEW MARK UP OF SCHEDULING ORDER IN INSURANCE ADVERSARY | 0.30 | 183.00 |

**COLE SCHOTZ P.C.**

Re:       OFFICIAL COMMITTEE OF UNSECURED CREDITORS                          Invoice Number  926553
          Client/Matter No. 60810-0001                                                        August 23, 2022
                                                                                                       Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/26/22 | JRA | EMAILS WITH P. BREENE, A. CRAWFORD, A. PREIS RE EXPERT RETENTION LETTER | 0.60 | 411.00 |
| 07/26/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.70 | 1,037.00 |
| 07/27/22 | ADL | REVIEW AND ANALYZE SUCCESSIVE DRAFTS AND MARKUPS OF INSURANCE DEPOSITION PROTOCOL AND EMAIL UCC TEAM RE: SAME | 1.80 | 1,098.00 |
| 07/27/22 | ADL | CALL WITH PLAINTIFS' TEAMS RE: SCHEDULING ORDER AND DEPOSITION PROTOCOL | 1.10 | 671.00 |
| 07/27/22 | ADL | REVIEW NAVIGATORS INSURANCE POLICY STIPULATION AND EMAIL UCC TEAM RE: SAME | 0.40 | 244.00 |
| 07/27/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE LITIGATION | 2.90 | 1,769.00 |
| 07/27/22 | JRA | EMAILS WITH A. CRAWFORD AND A. DELEO RE POLICY STIPS | 0.40 | 274.00 |
| 07/28/22 | JRA | EMAILS WITH INSURERS RE DEPOSITIONS | 0.20 | 137.00 |
| 07/28/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |
| 07/28/22 | ADL | EMAIL CS TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 07/29/22 | ADL | EMAIL UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 07/29/22 | ADL | EMAILS RE: INSURANCE LIIGATION DISCOVERY MATTERS | 0.30 | 183.00 |
| 07/29/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.30 | 1,403.00 |
| 07/29/22 | ADL | CALL WITH UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.30 | 183.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**                          **1.60**   **1,006.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/25/22 | JRA | EMAILS WITH A. PREIS RE TOMORROW'S HEARING | 0.20 | 137.00 |
| 07/26/22 | ADL | ATTEND 7-26 HEARING | 1.20 | 732.00 |
| 07/27/22 | JRA | EMAILS WITH A. PREIS RE YESTERDAY'S HEARING | 0.20 | 137.00 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS**                    **8.30**   **2,875.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/19/22 | JRA | EMAILS WITH N. CRAMB RE DEPOSITION | 0.10 | 68.50 |
| 07/20/22 | MEF | ATTEND 30(B)(6) DEPOSITION OF PURDUE CFO IN INSURANCE LITIGATION (PARTIAL) | 7.30 | 2,190.00 |
| 07/20/22 | JRA | EMAIL WITH A. DELEO RE DEP | 0.10 | 68.50 |
| 07/26/22 | JRA | EMAILS WITH J. DAVIS, A. PREIS AND A. DELEO RE DEPS | 0.30 | 205.50 |
| 07/27/22 | JRA | FURTHER EMAILS WITH R. SHORE RE DEPS | 0.20 | 137.00 |
| 07/27/22 | JRA | EMAILS WITH S. SRADERS, AKIN AND A. DELEO RE DEPS | 0.30 | 205.50 |

**RETENTION MATTERS**                                                    **0.10**   **30.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/22/22 | JMD | EMAILS W/ A. DELEO RE: REVISIONS TO MAY AND JUNE CS MONTHLY FEE APPLICATIONS | 0.10 | 30.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  926553
         Client/Matter No. 60810-0001                                                  August 23, 2022
                                                                                           Page 6

TOTAL HOURS      147.40

PROFESSIONAL SERVICES:                                                       $74,416.50
COURTESY DISCOUNT:                                                         $(7,441.65)
ADJUSTED PROFESSIONAL SERVICES:                                             $66,974.85

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Associate | 83.90 | 610.00 | 51,179.00 |
| Ian R. Phillips | Associate | 15.60 | 390.00 | 6,084.00 |
| Jack M. Dougherty | Associate | 3.80 | 300.00 | 1,140.00 |
| Justin R. Alberto | Member | 6.70 | 685.00 | 4,589.50 |
| Michael E. Fitzpatrick | Associate | 30.60 | 300.00 | 9,180.00 |
| Morton, Larry | Paralegal | 6.80 | 330.00 | 2,244.00 |
| **Total** | | **147.40** | | **$74,416.50** |

TOTAL SERVICES:                                                       $      66,974.85

## <u>EXHIBIT D</u>

**EXPENSE SUMMARY**
**<u>JULY 1, 2022 THROUGH JULY 31, 2022</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| **TOTAL** | | **$0.00** |

## **EXHIBIT E**

### **Expense Detail**

**None.**