**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### NOTICE OF THIRTY-FOURTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | August 1, 2022 through August 31, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $341,021.73 |
| **Less 20% Holdback** | $68,204.35 |
| **Net of Holdback:** | $272,817.38 |
| **Amount of Expense Reimbursement Requested:** | $164,217.14 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $437,034.52 |
| **This is a** | _X__ Monthly _____Interim ___ Final Fee Statement |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-fourth monthly fee statement (the "Thirty-Fourth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from August 1, 2022 through August 31, 2022 (the "Thirty-Fourth Monthly Fee Period"). By this Thirty-Fourth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $437,034.52 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Fourth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Fourth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $1,185.37 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $50,957.27 for the Thirty-Fourth Monthly Fee Period), for an overall voluntary reduction of approximately 13.3%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.3% reduction.

19-23649-shl    Doc 5143    Filed 10/14/22    Entered 10/14/22 18:30:26    Main Document
Pg 3 of 46

hourly billing rate of Jones Day timekeepers during the Thirty-Fourth Monthly Fee Period is

approximately $755.81.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Thirty-Fourth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Thirty-Fourth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-Fourth

Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Fourth Monthly Fee Statement shall be given to the

following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd,

Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the

Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017,

Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com,

dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer &

Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik

Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and

(b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn:

Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee,

U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn:

Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Fourth
Monthly Fee Period.

[5]     The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

-2-

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Thirty-Fourth Monthly Fee Statement, if any, must be served

via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas

(akordas@jonesday.com) no later than October 28, 2022 at 12:00 p.m. (prevailing Eastern Time)

(the "Objection Deadline"), setting forth the nature of the objection and the specific amount of

fees at issue.

7.      If no objections to this Thirty-Fourth Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Thirty-Fourth Monthly Fee Statement.

8.      To the extent that an objection to this Thirty-Fourth Monthly Fee Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Thirty-Fourth Monthly Fee Statement to which the objection is directed and promptly pay

the remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Thirty-Fourth Monthly Fee Statement

has been made to this or any other court.

Dated: October 14, 2022         _/s/  Anna Kordas_____
       New York, NY              JONES DAY
                                John J. Normile
                                Anna Kordas
                                250 Vesey Street
                                New York, NY 10281
                                Telephone:      (212) 326-3939
                                Facsimile:      (212) 755-7306
                                Email:          jjnormile@jonesday.com
                                                   akordas@jonesday.com

                                *Special Counsel to the Debtors and*
                                *Debtors in Possession*

## **EXHIBIT A**

## **COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**AUGUST 1, 2022 – AUGUST 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,025.00 | $913.50 | 15.9 | $16,297.50 |
| Guoping Da | 2009 | $825.00 | $717.75 | 8.8 | $7,260.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 56.5 | $67,800.00 |
| Scott D. Lyne | 2001 | $1,100.00 | $957.00 | 0.5 | $550.00 |
| Christopher Morrison | 2002 | $1,100.00 | $957.00 | 0.3 | $330.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 97.7 | $131,895.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 11.5 | $13,512.50 |
| **TOTAL PARTNER:** | | | | **191.2** | **$237,645.00** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 1.4 | $1,015.00 |
| Chané Buck | 2017 | $645.00 | $561.15 | 8.0 | $5,160.00 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 4.2 | $3,759.00 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 97.9 | $78,320.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 25.5 | $18,615.00 |
| **TOTAL ASSOCIATE:** | | | | **137.0** | **$106,869.00** |
| **PARALEGAL & STAFF** | | | | | |
| Karida Li | N/A | $50.00 | $43.50 | 9.5 | $475.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 1.6 | $600.00 |
| Christa Smith | N/A | $400.00 | $348.00 | 0.7 | $280.00 |
| Timothy Solomon | N/A | $425.00 | $369.75 | 102 | $43,350.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 9.2 | $2,760.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **123.0** | **$47,465.00** |
| **TOTAL:** | | | | **451.20** | **$391,979.00** |

## <u>EXHIBIT B</u>

**COMPENSATION BY PROJECT CATEGORY**
**<u>AUGUST 1, 2022 – AUGUST 31, 2022</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 32.9 | $29,293.50 |
| Intellipharmaceutics Corp. | 2.2 | $2,296.00 |
| Collegium 961 PGR | 3.0 | $1,615.00 |
| Retention Matters | 16.5 | $14,059.00 |
| Accord Healthcare Inc. | 351.10 | $315,213.00 |
| Confidential Matter I | 9.8 | $8,760.00 |
| Confidential Matter II | 35.7 | $20,742.50 |
| **TOTAL** | **451.2** | **$391,979.00** |
| **13% DISCOUNT** | | **($50,957.27)** |
| **TOTAL FEES** | | **$341,021.73** |

## EXHIBIT C

**EXPENSE SUMMARY**
**AUGUST 1, 2022 – AUGUST 31, 2022**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $155,679.24 |
| Mailing Charges | $49.95 |
| Court Costs | $8,487.95 |
| **TOTAL** | **$164,217.14** |

## EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

October 11, 2022                                                  305158.000002
                                                                 Invoice: 220907962

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through August 31, 2022:

| | | |
|---|---|---:|
| ██████████████████████████ | USD | 20,742.50 |
| Less 13% Fee Discount | | (2,696.53) |
| Total Billed Fees | USD | 18,045.97 |

Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| DHL Charges | 23.54 | | |
| | | USD | 23.54 |
| **TOTAL** | | **USD** | **18,069.51** |





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 11, 2022

305158.000003
Invoice: 220907963

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through August 31, 2022:

|                       |     |            |
|-----------------------|-----|------------|
| ███████████████████   | USD | 8,760.00   |
| Less 13% Discount     |     | (1,138.80) |
| Total Billed Fees     | USD | 7,621.20   |
| **TOTAL**             | **USD** | **7,621.20** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 11, 2022                                                305158.610005
                                                                Invoice: 220907964

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through August 31, 2022:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 29,293.50 |
| Less 13% Discount | | (3,808.16) |
| Total Billed Fees | USD | 25,485.34 |
| **TOTAL** | **USD** | **25,485.34** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                         Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                       Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220907964 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| C M Morrison | 0.30 | 1,100.00 | 330.00 |
| J J Normile | 9.40 | 1,350.00 | 12,690.00 |
| Associate |  |  |  |
| K McCarthy | 14.50 | 800.00 | 11,600.00 |
| A M Nicolais | 3.20 | 730.00 | 2,336.00 |
| Paralegal |  |  |  |
| T E Solomon | 5.50 | 425.00 | 2,337.50 |
| **Total** | **32.90** | **USD** | **29,293.50** |

# JONES DAY

305158.610005

Page: 3
October 11, 2022
Invoice: 220907964

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/01/22 | K McCarthy | 0.50 |

Draft/revise letters to opposing counsel regarding outstanding discovery issues ███████

| | | |
|---|---|---|
| 08/01/22 | A M Nicolais | 3.00 |

███████████████████████████████████████

| | | |
|---|---|---|
| 08/02/22 | K McCarthy | 1.00 |

█████████████████████████████████
█████ )

| | | |
|---|---|---|
| 08/03/22 | A M Nicolais | 0.20 |

███████████████████████

| | | |
|---|---|---|
| 08/03/22 | T E Solomon | 0.50 |

Update case databases with new correspondence for access and review by team members.

| | | |
|---|---|---|
| 08/04/22 | K McCarthy | 0.50 |

███████████████████████

| | | |
|---|---|---|
| 08/04/22 | J J Normile | 1.30 |

████████████████████████████ (1.0); review of correspondence from counsel for
Collegium regarding outstanding discovery matters (.30).

| | | |
|---|---|---|
| 08/04/22 | T E Solomon | 0.50 |

Update case databases with new correspondence for access and review by team members.

| | | |
|---|---|---|
| 08/05/22 | K McCarthy | 0.50 |

████████████████████████

| | | |
|---|---|---|
| 08/05/22 | J J Normile | 0.50 |

█████████████████████████

| | | |
|---|---|---|
| 08/05/22 | T E Solomon | 0.50 |

Update case databases with new correspondence for access and review by team members.

| | | |
|---|---|---|
| 08/09/22 | K McCarthy | 3.80 |

██████████████████████ review opposing counsel correspondence regarding meet and confer

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | concerning pending discovery disputes (0.3). | |
| 08/09/22 | T E Solomon | 0.50 |
| | Update case databases with new correspondence for access and review by team members. | |
| 08/10/22 | K McCarthy | 2.80 |
| | ██████████████████████████████████████████████ .)) | |
| 08/10/22 | J J Normile | 2.50 |
| | ██████████████████████████████████████ | |
| 08/10/22 | T E Solomon | 0.50 |
| | Update case databases with new correspondence for access and review by team members. | |
| 08/11/22 | K McCarthy | 1.00 |
| | ███████████████████████ | |
| 08/11/22 | J J Normile | 1.00 |
| | █████████████████████████████ | |
| 08/11/22 | T E Solomon | 0.50 |
| | Update case databases with new correspondence for access and review by team members. | |
| 08/12/22 | K McCarthy | 0.60 |
| | Prepare for and participate in meet and confer with opposing counsel ████████████ ███████████ | |
| 08/12/22 | J J Normile | 2.00 |
| | ████████████████████████████████ | |
| 08/12/22 | T E Solomon | 0.50 |
| | Update case databases with new correspondence for access and review by team members. | |
| 08/15/22 | K McCarthy | 1.30 |
| | █████████████████████████████████ | |

# JONES DAY

305158.610005

Page: 5
October 11, 2022
Invoice: 220907964

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/15/22 | J J Normile | 1.00 |
| | ████████████████████████████████████████ | |
| 08/16/22 | K McCarthy | 0.50 |
| | ████████████████████████████████████████████ | |
| 08/16/22 | C M Morrison | 0.30 |
| | ██████████████████████████████████.)) | |
| 08/16/22 | J J Normile | 0.80 |
| | ████████████████████████████████████████) | |
| 08/17/22 | T E Solomon | 1.50 |
| | Update case databases and Docket with new correspondence and court filings for access and review by team members. | |
| 08/22/22 | K McCarthy | 1.00 |
| | Review/analyze collected documents and communicate internally regarding analysis of same. | |
| 08/22/22 | J J Normile | 0.30 |
| | ██████████████████████████████████████████ | |
| 08/23/22 | K McCarthy | 1.00 |
| | █████████████████████████████████ | |
| 08/24/22 | T E Solomon | 0.50 |
| | Update case database with new correspondence for access and review by team members. | |
| | **Total** | **32.90** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 11, 2022

305158.610013
Invoice: 220907965

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through August 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 2,296.00 |
| Less 13% Discount | | (298.48) |
| Total Billed Fees | USD | 1,997.52 |
| **TOTAL** | **USD** | **1,997.52** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/220907965 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Page: 2
October 11, 2022
Invoice: 220907965

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.00 | 1,350.00 | 1,350.00 |
| Associate |  |  |  |
| K McCarthy | 1.00 | 800.00 | 800.00 |
| A M Nicolais | 0.20 | 730.00 | 146.00 |
| **Total** | **2.20** | **USD** | **2,296.00** |

# JONES DAY

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/22/22 | K McCarthy | 1.00 |

| | | |
|---|---|---|
| 08/22/22 | J J Normile | 1.00 |

Prepare for and participate in teleconference with S. Upadhye regarding stipulation addressing destruction of confidential documents ███████

| 08/23/22 | A M Nicolais | 0.20 |
|---|---|---|

| | **Total** | **2.20** |
|---|---|---|

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 11, 2022

305158.610022
Invoice: 220907966

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through August 31, 2022:

| | | |
|---|---|---:|
| Collegium 961 PGR | USD | 1,615.00 |
| Less 13% Discount | | (209.95) |
| Total Billed Fees | USD | 1,405.05 |
| **TOTAL** | **USD** | **1,405.05** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/220907966 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Page: 2
October 11, 2022
Invoice: 220907966

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| J R Boule | 1.40 | 725.00 | 1,015.00 |
| Project Assistant |  |  |  |
| Q M Sargent | 1.60 | 375.00 | 600.00 |
| **Total** | **3.00** | **USD** | **1,615.00** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 3
October 11, 2022
Invoice: 220907966

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/16/22 | J R Boule | 1.10 |
| 08/16/22 | Q M Sargent | 0.50 |
| 08/17/22 | Q M Sargent | 1.10 |
| 08/23/22 | J R Boule | 0.30 |
| | **Total** | **3.00** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 11, 2022
305158.610028
Invoice: 220907967

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through August 31, 2022:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 315,213.00 |
| Less 13% Discount | | (40,977.69) |
| Total Billed Fees | USD | 274,235.31 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 155,679.24 | | |
| Court Reporter Fees | 8,487.95 | | |
| United Parcel Service Charges | 26.41 | | |
| | | USD | 164,193.60 |
| **TOTAL** | | **USD** | **438,428.91** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220907967 WITH YOUR PAYMENT

**JONES DAY**

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 56.50 | 1,200.00 | 67,800.00 |
| J J Normile | 82.10 | 1,350.00 | 110,835.00 |
| J L Swize | 11.50 | 1,175.00 | 13,512.50 |
| Associate |  |  |  |
| K McCarthy | 82.40 | 800.00 | 65,920.00 |
| A M Nicolais | 22.10 | 730.00 | 16,133.00 |
| Paralegal |  |  |  |
| T E Solomon | 96.50 | 425.00 | 41,012.50 |
| **Total** | **351.10** | **USD** | **315,213.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
October 11, 2022
Invoice: 220907967

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/01/22 | G J Larosa | 1.00 |
| 08/01/22 | K McCarthy | 3.00 |
| 08/01/22 | A M Nicolais | 3.20 |
| 08/01/22 | J J Normile | 2.80 |
| 08/01/22 | T E Solomon | 1.00 |

Update case databases and Docket with new court filings for access and review by team members.

| | | |
|---|---|---|
| 08/02/22 | G J Larosa | 1.00 |
| 08/02/22 | K McCarthy | 2.50 |
| 08/02/22 | A M Nicolais | 0.30 |
| 08/02/22 | J J Normile | 1.00 |
| 08/03/22 | K McCarthy | 0.50 |
| 08/03/22 | J J Normile | 2.00 |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
October 11, 2022
Invoice: 220907967



| 08/03/22 | T E Solomon | 0.50 |
|---|---|---|

Update case databases with new correspondence for access and review by team members.

| 08/04/22 | K McCarthy | 1.50 |
|---|---|---|

| 08/04/22 | A M Nicolais | 0.30 |
|---|---|---|

.))

| 08/04/22 | J J Normile | 1.00 |
|---|---|---|

| 08/04/22 | T E Solomon | 5.50 |
|---|---|---|

Review case materials and create Plaintiffs' trial exhibit list (5.00); run searches in case databases and retrieve documents requested by K. McCarthy for his review (0.50).

| 08/05/22 | G J Larosa | 2.00 |
|---|---|---|

| 08/05/22 | K McCarthy | 3.00 |
|---|---|---|

| 08/05/22 | J J Normile | 1.00 |
|---|---|---|

| 08/05/22 | T E Solomon | 5.50 |
|---|---|---|

Continue reviewing case materials and updating Plaintiffs' trial exhibit list.

| 08/06/22 | J J Normile | 1.50 |
|---|---|---|

| 08/07/22 | K McCarthy | 1.50 |
|---|---|---|

draft/revise Purdue exhibit list (0.7).

| 08/07/22 | J J Normile | 1.50 |
|---|---|---|

# JONES DAY

305158.610028

Page: 5
October 11, 2022
Invoice: 220907967

Accord Healthcare Inc.



| 08/08/22 | G J Larosa | 3.50 |
| 08/08/22 | K McCarthy | 3.50 |
| 08/08/22 | A M Nicolais | 3.90 |
| 08/08/22 | J J Normile | 5.90 |
| 08/09/22 | G J Larosa | 3.50 |
| 08/09/22 | K McCarthy | 4.00 |
| 08/09/22 | A M Nicolais | 1.50 |
| 08/09/22 | J J Normile | 2.80 |

08/09/22 — J J Normile — 2.80

Prepare for and participate in meet-and-confer with counsel for Accord regarding proposed motions in limine (.80);

08/09/22 — T E Solomon — 7.50

Prepare deposition designations per A. Nicolais instructions (2.50); prepare plaintiffs' trial exhibit list per K. MCarthy's instructions (5.00).

08/10/22 — G J Larosa — 3.00

08/10/22 — K McCarthy — 3.20

# JONES DAY

305158.610028

Page: 6
October 11, 2022
Invoice: 220907967

Accord Healthcare Inc.



| 08/10/22 | A M Nicolais | 1.30 |

| 08/10/22 | J J Normile | 3.10 |

eview of correspondence with opposing counsel regarding proposed motions in limine (.80).

| 08/10/22 | T E Solomon | 7.50 |

Prepare deposition counter-designations (1.50); and continue to prepare plaintiffs' trial exhibit list per K. MCarthy's instructions (6.00).

| 08/11/22 | G J Larosa | 4.50 |

| 08/11/22 | K McCarthy | 6.50 |

| 08/11/22 | A M Nicolais | 2.10 |

| 08/11/22 | J J Normile | 2.30 |

))

| 08/11/22 | T E Solomon | 5.50 |

Prepare and serve deposition designations per K. McCarthy's instructions(4.00); update case database with new correspondence for access and review by team members (0.50); update case databases and Docket with newly filed pleadings in Accord I and II cases (1.00).

| 08/11/22 | J L Swize | 1.00 |

| 08/12/22 | G J Larosa | 4.00 |

| 08/12/22 | K McCarthy | 7.00 |

# JONES DAY

305158.610028                                                                  Page: 7
                                                                   October 11, 2022
Accord Healthcare Inc.                                          Invoice: 220907967

| 08/12/22 | A M Nicolais | 0.70 |
|---|---|---|

| 08/12/22 | J J Normile | 1.50 |
|---|---|---|

08/12/22          T E Solomon                                    8.00

Continue to prepare deposition designations and trial exhibit list and serve on Accord along with other exhibits to Plaintiffs' portion of Joint Pretrial Order per K. McCarthy's instructions (6.50); update case database with new correspondence for access and review by team members (0.50); update case databases and Docket with newly filed pleadings in Accord I and II cases (0.70); review deposition files and respond to query from K. McCarthy regarding erratas (0.30).

| 08/12/22 | J L Swize | 0.20 |
|---|---|---|

| 08/13/22 | J J Normile | 0.80 |
|---|---|---|

| 08/13/22 | J L Swize | 0.80 |
|---|---|---|

| 08/14/22 | J L Swize | 2.40 |
|---|---|---|

| 08/15/22 | G J Larosa | 2.00 |
|---|---|---|

| 08/15/22 | K McCarthy | 1.70 |
|---|---|---|

| 08/15/22 | A M Nicolais | 0.60 |
|---|---|---|

| 08/15/22 | J J Normile | 2.30 |
|---|---|---|

08/15/22          T E Solomon                                    6.00

Review Plaintiffs' exhibit list and assembled materials listed on it in preparation for stamping in advance of trial (4.5); prepare errata for Arun Sharma deposition transcript per A. Nicolais's instructions (1.5).

# JONES DAY

305158.610028

Accord Healthcare Inc.

| 08/15/22 | J L Swize | 2.40 |
|---|---|---|



| 08/16/22 | G J Larosa | 1.00 |
|---|---|---|

| 08/16/22 | K McCarthy | 1.50 |
|---|---|---|

| 08/16/22 | J J Normile | 0.80 |
|---|---|---|

| 08/16/22 | T E Solomon | 3.00 |
|---|---|---|

Update case database with new correspondence and Accord's pretrial order exchange for access and review by team members (0.80); prepare materials for upcoming trial (2.20).

| 08/17/22 | G J Larosa | 4.00 |
|---|---|---|

| 08/17/22 | K McCarthy | 4.00 |
|---|---|---|

| 08/17/22 | A M Nicolais | 1.90 |
|---|---|---|

| 08/17/22 | J J Normile | 1.50 |
|---|---|---|

| 08/17/22 | T E Solomon | 4.50 |
|---|---|---|

Update case databases and Docket  with new correspondence and court filings for access and review by team members (1.50); ran searches for, retrieve and forward materials requested by P. Hendler and E. Hall for their review (3.00).

| 08/18/22 | G J Larosa | 2.50 |
|---|---|---|

| 08/18/22 | K McCarthy | 6.00 |
|---|---|---|

**JONES DAY**

| 08/18/22 | J J Normile | 4.80 |



| 08/18/22 | T E Solomon | 5.50 |

Update case databases and Docket with new correspondence and court filings for access and review by team members (Accord I & II) (2.50); prepare materials for and serve Plaintiffs' pretrial order exchange per K. McCarthy's instructions (2.50); serve Sharma errata per A. Nicolais instructions (0.20); file case materials in case room (0.30).

| 08/19/22 | G J Larosa | 2.00 |

| 08/19/22 | K McCarthy | 2.00 |



| 08/19/22 | J J Normile | 4.00 |

| 08/19/22 | T E Solomon | 5.50 |

Run searches for and forward materials requested by P. Hendler and K. Click for their review (3.50); serve Bley errata per P. Hendler's instructions (0.50); update cases database with new correspondence for access and review by team members (1.50).

| 08/21/22 | J J Normile | 2.00 |

| 08/22/22 | G J Larosa | 3.00 |

| 08/22/22 | K McCarthy | 3.00 |



| 08/22/22 | A M Nicolais | 0.90 |

| 08/22/22 | J J Normile | 2.30 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| 08/22/22 | T E Solomon | 10.00 |
|---|---|---|

Review Plaintiffs' Exhibit List and assemble and organize documents in preparation for stamping per K. McCarthy's instructions.

| 08/23/22 | K McCarthy | 3.00 |
|---|---|---|

| 08/23/22 | J J Normile | 2.30 |
|---|---|---|

| 08/23/22 | T E Solomon | 7.00 |
|---|---|---|

Continue to review Plaintiffs' Exhibit List and assemble and organize documents in preparation for stamping per K. McCarthy's instructions (6.00); update case databases and Docket with new correspondence and court filings for access and review by team members (1.00).

| 08/24/22 | G J Larosa | 2.50 |
|---|---|---|

| 08/24/22 | K McCarthy | 3.00 |
|---|---|---|

| 08/24/22 | A M Nicolais | 1.30 |
|---|---|---|

| 08/24/22 | J J Normile | 4.60 |
|---|---|---|

| 08/24/22 | T E Solomon | 6.00 |
|---|---|---|

Continue to review Plaintiffs' Exhibit List and assemble and organize documents in preparation for stamping per K. McCarthy's instructions.

| 08/25/22 | G J Larosa | 3.00 |
|---|---|---|

| 08/25/22 | K McCarthy | 4.50 |
|---|---|---|

| 08/25/22 | A M Nicolais | 1.00 |
|---|---|---|

# JONES DAY



08/25/22          J J Normile                              4.30

08/25/22          T E Solomon                              3.50
        Prepare documents identified and assembled as Plaintiffs' trial exhibits for stamping and exchange per K.
        McCarthy's instructions (3.00); update case database with new correspondence for access and review by team
        members (0.50).

08/26/22          G J Larosa                               3.00

08/26/22          K McCarthy                               5.00

08/26/22          J J Normile                              3.00

08/26/22          T E Solomon                              4.50
        Prepare stamped set of Plaintiffs' Trial Exhibits in preparation for exchange.

08/27/22          J J Normile                              2.50

08/28/22          J J Normile                              2.50

08/29/22          G J Larosa                               4.00

08/29/22          K McCarthy                               5.00

08/29/22          A M Nicolais                             2.00

## JONES DAY



| Date | Name | Hours |
|------|------|-------|
| 08/29/22 | J J Normile | 6.10 |
| 08/30/22 | G J Larosa | 3.00 |
| 08/30/22 | K McCarthy | 4.00 |
| 08/30/22 | J J Normile | 4.30 |
| 08/30/22 | J L Swize | 2.00 |
| 08/31/22 | G J Larosa | 4.00 |
| 08/31/22 | K McCarthy | 3.50 |
| 08/31/22 | A M Nicolais | 1.10 |
| 08/31/22 | J J Normile | 7.60 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Invoice: 220907967



| 08/31/22 | J L Swize | 2.70 |
|---|---|---|

| **Total** | | **351.10** |

## JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 14
October 11, 2022
Invoice: 220907967

Disbursement Detail



**COURT REPORTER FEES**

| | | | |
|---|---|---|---|
| 08/04/22 | J J Normile | NYC | 923.15 |

Vendor: TSG Reporting, Inc.; Invoice#: 2087313; Date: 7/14/2022 for professional services rendered on 6/30/2022: Certified transcript of Laura Shirtcliff, Ph.d

| 08/04/22 | J J Normile | NYC | 2,913.25 |
|---|---|---|---|

Vendor: TSG Reporting, Inc.; Invoice#: 2087784; Date: 7/20/2022 for professional services rendered on 7/7/2022: Original and One Certified Transcript of Ivan Hofmann.

| 08/04/22 | J J Normile | NYC | 1,930.00 |
|---|---|---|---|

Vendor: TSG Reporting, Inc.; Invoice#: 2087785; Date: 8/4/2022 for professional services rendered on 7/7/2022: Video Sync/Tape of Ivan Hofmann.

| 08/04/22 | J J Normile | NYC | 380.00 |
|---|---|---|---|

Vendor: TSG Reporting, Inc.; Invoice#: 2088065; Date: 7/25/2022 for professional services rendered on 7/13/2022: Video sync/tape of Arun Sharma.

| 08/04/22 | J J Normile | NYC | 815.15 |
|---|---|---|---|

Vendor: TSG Reporting, Inc.; Invoice#: 2088064; Date: 7/25/2022 for professional services rendered on 7/13/2022: Certified transcript of Arun Sharma.

| 08/09/22 | J J Normile | NYC | 1,146.40 |
|---|---|---|---|

Vendor: TSG Reporting, Inc.; Invoice#: 2088345; Date: 7/27/2022 for professional services rendered on 7/15/2022: Certified transcript of James D. Wuest.

| 08/09/22 | J J Normile | NYC | 380.00 |
|---|---|---|---|

Vendor: TSG Reporting, Inc.; Invoice#: 2088346; Date: 7/27/2022 for professional services rendered on 7/15/2022: Video sync/tape of James D. Wuest.

**Court Reporter Fees Subtotal**                                                                 **8,487.95**

**UNITED PARCEL SERVICE CHARGES**

| 08/25/22 | W G Bailey | NYC | 26.41 |
|---|---|---|---|

Vendor: United Parcel Service, Inc. Invoice#: 22000010445E352 Date: 8/27/2022  -  -  Ship To: , Gasper LaRosa Ship Dt: 08/25/22 Airbill: 1Z10445E0194975478

**United Parcel Service Charges Subtotal**                                                       **26.41**

**Total Disbursements and Charges**                                     **USD**        **164,193.60**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 11, 2022                                                    305158.999007
                                                                   Invoice: 220907968

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through August 31, 2022:

| | | |
|---|---|---|
| Retention Matters | USD | 14,059.00 |
| Less 13% Discount | | (1,827.67) |
| Total Billed Fees | USD | 12,231.33 |
| **TOTAL** | **USD** | **12,231.33** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                Citibank, N.A.
New York, NY                                New York, NY
Account Name:  Jones Day            Account Name:  Jones Day
Account No:  37026407                Account No:  37026407
ABA No:  021000089                   ABA No:  021000089
                                               Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/220907968 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 3.60 | 1,350.00 | 4,860.00 |
| Associate |  |  |  |
| C Buck | 8.00 | 645.00 | 5,160.00 |
| A Kordas | 4.20 | 895.00 | 3,759.00 |
| Paralegal |  |  |  |
| C L Smith | 0.70 | 400.00 | 280.00 |
| **Total** | **16.50** | **USD** | **14,059.00** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/02/22 | A Kordas | 1.00 |

Review/revise invoices in connection with May and June fee statements.

| 08/03/22 | A Kordas | 1.10 |
|---|---|---|

Correspond with C. Buck regarding May and June fee statements (.2); revise invoices in connection with same (.9).

| 08/04/22 | C Buck | 4.00 |
|---|---|---|

Update workbook for May and June Fee Statements (3.0); draft May Fee Statement (1.0).

| 08/05/22 | C Buck | 1.70 |
|---|---|---|

Draft June fee statement.

| 08/10/22 | C Buck | 1.30 |
|---|---|---|

Redact invoices (.5); finalize fee statements for filing (.8).

| 08/10/22 | A Kordas | 2.10 |
|---|---|---|

Draft/revise 31 and 32nd fee statements and the accompanying fee worksheet (1.9); coordinate filing and service of same (.2).

| 08/10/22 | C L Smith | 0.70 |
|---|---|---|

Emails with C. Buck, A. Kordas regarding filing of Jones Day monthly fee statements (.10); prepare Jones Day May 2022 monthly fee statement for filing (.10); prepare Jones Day June 2022 monthly fee statement for filing (.10); forward May and June statements to C. Buck for review and approval to file (.10); e-file Jones Day May 2022 and June 2022 monthly fee statements (.20); obtain and forward as-filed copies to C. Buck (.10).

| 08/11/22 | J J Normile | 0.80 |
|---|---|---|

| 08/15/22 | J J Normile | 0.30 |
|---|---|---|

| 08/17/22 | C Buck | 0.60 |
|---|---|---|

Revise invoices to comply with UST guidelines.

| 08/17/22 | J J Normile | 1.50 |
|---|---|---|

Participate in August Omnibus Hearing before Bankruptcy Judge Lane.

| 08/20/22 | J J Normile | 1.00 |
|---|---|---|

Preparation of Jones Day July invoices.

| 08/22/22 | C Buck | 0.40 |
|---|---|---|

Draft update on case status and deadline for interim fee application.

| | **Total** | **16.50** |
|---|---|---|