**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF THIRTY-FIFTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | September 1, 2022 through September 30, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $843,115.78 |
| **Less 20% Holdback** | $168,623.16 |
| **Net of Holdback:** | $674,492.63 |
| **Amount of Expense Reimbursement Requested:** | $35,447.57 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $709,940.20 |
| **This is a** | X__ Monthly ____Interim ___ Final Fee Statement |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-fifth monthly fee statement (the "Thirty-Fifth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from September 1, 2022 through September 30, 2022 (the "Thirty-Fifth Monthly Fee Period"). By this Thirty-Fifth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $709,940.20 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Fifth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Fifth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     The total amount sought for fees reflects (a) voluntary write offs in the amount of $10,549.14 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $125,982.82 for the Thirty-Fifth Monthly Fee Period), for an overall voluntary reduction of approximately 14%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 14% reduction.

hourly billing rate of Jones Day timekeepers during the Thirty-Fifth Monthly Fee Period is approximately $843.37.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-Fifth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-Fifth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-Fifth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Fifth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Fifth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.     Objections to this Thirty-Fifth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than October 28, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.     If no objections to this Thirty-Fifth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirty-Fifth Monthly Fee Statement.

8.     To the extent that an objection to this Thirty-Fifth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Fifth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Thirty-Fifth Monthly Fee Statement

has been made to this or any other court.

Dated: October 14, 2022                    /s/ Anna Kordas
      New York, NY                    JONES DAY
                               John J. Normile
                               Anna Kordas
                               250 Vesey Street
                               New York, NY 10281
                               Telephone:     (212) 326-3939
                               Facsimile:      (212) 755-7306
                               Email:            jjnormile@jonesday.com
                                                   akordas@jonesday.com

                               *Special Counsel to the Debtors and*
                               *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

## JONES DAY
### PROFESSIONAL PERSON SUMMARY
### SEPTEMBER 1, 2022 – SEPTEMBER 30, 2022

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 2.0 | $2,450.00 |
| Anthony C. Chen | 1993 | $1,025.00 | $913.50 | 11.3 | $11,582.50 |
| Guoping Da | 2009 | $825.00 | $717.75 | 3.7 | $3,052.50 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 146 | $175,200.00 |
| Scott D. Lyne | 2001 | $1,100.00 | $957.00 | 9.6 | $10,560.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 233.2 | $314,820.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 99.3 | $116,677.40 |
| **TOTAL PARTNER:** | | | | **505.1** | **$634,342.40** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 12.7 | $9,207.50 |
| Chané Buck | 2017 | $645.00 | $561.15 | 3.2 | $2,064.00 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 3.5 | $3,132.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 176 | $140,800.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 151.9 | $110,887.00 |
| **TOTAL ASSOCIATE:** | | | | **347.3** | **$266,091.00** |
| **PARALEGAL & STAFF** | | | | | |
| Diane Hughes | N/A | $475.00 | $413.25 | 134.2 | $63,745.00 |
| Stephen Ferry | N/A | $425.00 | $369.75 | 5.2 | $2,210.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 4.0 | $1,500.00 |
| Christa Smith | N/A | $400.00 | $348.00 | 0.4 | $160.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 3.5 | $1,050.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **147.3** | **$68,665.00** |
| **TOTAL:** | | | | **999.7** | **$969,098.40** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2022 – SEPTEMBER 30, 2022**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 2.6 | $3,510.00 |
| Collegium 961 PGR | 24.7 | $20,382.50 |
| Retention Matters | 7.1 | $5,356.60 |
| Accord Healthcare Inc. | 934.60 | $910,094.50 |
| Confidential Matter I | 25.7 | $25,812.50 |
| Confidential Matter II | 5 | $3,942.50 |
| **TOTAL** | **999.7** | **$969,098.60** |
| **13% DISCOUNT** | | **($125,982.82)** |
| **TOTAL FEES** | | **$843,115.78** |

## <u>EXHIBIT C</u>

**EXPENSE SUMMARY**
**<u>SEPTEMBER 1, 2022 – SEPTEMBER 30, 2022</u>**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $26,799.70 |
| Courier Fees | $1,470.36 |
| Travel – Food | $1,063.31 |
| Travel – Hotel | $3,331.90 |
| Travel – Taxi | $404.48 |
| Travel – Train | $1,349.00 |
| Travel – Air | $1,028.82 |
| **TOTAL** | **$35,447.57** |

## **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.000002
Invoice: 220908015

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---|
| ██████████████████████████ | USD | 3,942.50 |
| Less 13% Fee Discount | | (512.53) |
| Total Billed Fees | USD | 3,429.97 |
| **TOTAL** | **USD** | **3,429.97** |





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.000003
Invoice: 220908016

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---|
| ██████████████████ | USD | 25,812.50 |
| Less 13% Discount | | (3,355.63) |
| Total Billed Fees | USD | 22,456.87 |
| **TOTAL** | **USD** | **22,456.87** |







# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.610005
Invoice: 220908017

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 3,510.00 |
| Less 13% Discount | | (456.30) |
| Total Billed Fees | USD | 3,053.70 |
| **TOTAL** | **USD** | **3,053.70** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220908017 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Page: 2
October 12, 2022

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220908017

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 2.60 | 1,350.00 | 3,510.00 |
| **Total** | **2.60** | **USD** | **3,510.00** |

## JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/29/22 | J J Normile | 1.80 |



| | | |
|---|---|---|
| 09/30/22 | J J Normile | 0.80 |

| | | |
|---|---|---|
| | **Total** | **2.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.610022
Invoice: 220908018

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---:|
| Collegium 961 PGR | USD | 20,382.50 |
| Less 13% Discount | | (2,649.73) |
| Total Billed Fees | USD | 17,732.77 |
| **TOTAL** | **USD** | **17,732.77** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610022/220908018 WITH YOUR PAYMENT

**JONES DAY**

305158.610022

Collegium 961 PGR

Page: 2
October 12, 2022
Invoice: 220908018

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G A Castanias | 2.00 | 1,225.00 | 2,450.00 |
| J J Normile | 1.00 | 1,350.00 | 1,350.00 |
| J L Swize | 5.00 | 1,175.00 | 5,875.00 |
| Associate | | | |
| J R Boule | 12.70 | 725.00 | 9,207.50 |
| Project Assistant | | | |
| Q M Sargent | 4.00 | 375.00 | 1,500.00 |
| **Total** | **24.70** | **USD** | **20,382.50** |

# JONES DAY

305158.610022

Page: 3
October 12, 2022
Invoice: 220908018

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/02/22 | J L Swize | 0.30 |
| 09/07/22 | J R Boule | 0.30 |
| 09/15/22 | J R Boule | 1.60 |
| 09/15/22 | J L Swize | 0.50 |
| 09/28/22 | J R Boule | 6.40 |
| 09/28/22 | G A Castanias | 1.50 |
| 09/28/22 | J J Normile | 1.00 |
| 09/28/22 | Q M Sargent | 0.20 |
| 09/28/22 | J L Swize | 0.40 |
| 09/29/22 | J R Boule | 2.40 |
| 09/29/22 | G A Castanias | 0.50 |
| 09/29/22 | Q M Sargent | 2.10 |
| 09/29/22 | J L Swize | 0.70 |
| 09/30/22 | J R Boule | 2.00 |



**JONES DAY**

305158.610022

October 12, 2022
Invoice: 220908018

Collegium 961 PGR

| Date | Name | | Hours |
|---|---|---|---|
| 09/30/22 | Q M Sargent | ███████████████ | 1.70 |
| 09/30/22 | J L Swize | ████████████████████ | 3.10 |
| | **Total** | | **24.70** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.610028
Invoice: 220908019

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 910,094.50 |
| Less 13% Discount | | (118,312.29) |
| Total Billed Fees | USD | 791,782.21 |

## Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 26,799.70 | | |
| Travel - Air Fare | 1,028.82 | | |
| Travel - Food and Beverage Expenses | 1,063.31 | | |
| Travel - Hotel Charges | 3,331.90 | | |
| Travel - Other Costs | 200.10 | | |
| Travel - Taxi Charges | 204.38 | | |
| Travel - Train Fare | 1,349.00 | | |
| United Parcel Service Charges | 1,470.36 | | |
| | | USD | 35,447.57  ** |
| **TOTAL** | | **USD** | **827,229.78** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220908019 WITH YOUR PAYMENT

** = Food, beverage and entertainment expense in accordance with I R C  Sect  274(e)3, included in this amount is USD1,063 31

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2
October 12, 2022
Invoice: 220908019

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 146.00 | 1,200.00 | 175,200.00 |
| J J Normile | 227.00 | 1,350.00 | 306,450.00 |
| J L Swize | 94.30 | 1,175.00 | 110,802.50 |
| **Associate** | | | |
| K McCarthy | 176.00 | 800.00 | 140,800.00 |
| A M Nicolais | 151.90 | 730.00 | 110,887.00 |
| **Paralegal** | | | |
| D L Hughes | 134.20 | 475.00 | 63,745.00 |
| **Project Manager** | | | |
| S Ferry | 5.20 | 425.00 | 2,210.00 |
| **Total** | **934.60** | **USD** | **910,094.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/22 | K McCarthy | 1.00 |
| 09/01/22 | J J Normile | 8.30 |
| | Travel to Wilmington, Delaware for upcoming pretrial conference | |
| 09/01/22 | J L Swize | 7.40 |
| 09/02/22 | G J Larosa | 2.00 |
| 09/02/22 | K McCarthy | 1.00 |
| 09/02/22 | J J Normile | 7.80 |
| | Prepare for and participate in pretrial conference before Judge Andrews | |
| 09/02/22 | J L Swize | 3.50 |
| 09/03/22 | J J Normile | 4.60 |
| 09/04/22 | A M Nicolais | 2.50 |
| 09/04/22 | J J Normile | 4.80 |
| 09/04/22 | J L Swize | 0.20 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 09/05/22 | G J Larosa | 3.00 |
| 09/05/22 | K McCarthy | 7.00 |
| 09/05/22 | A M Nicolais | 1.40 |
| 09/05/22 | J J Normile | 5.00 |
| 09/06/22 | G J Larosa | 6.00 |
| 09/06/22 | K McCarthy | 8.00 |
| 09/06/22 | A M Nicolais | 9.50 |
| 09/06/22 | J J Normile | 7.90 |
| 09/06/22 | J L Swize | 3.20 |
| 09/07/22 | D L Hughes | 1.50 |

Multiple emails to Morris Nichols (local counsel) regarding logistics for trial.

# JONES DAY

| 09/07/22 | G J Larosa | 4.00 |
| | | |



| 09/07/22 | K McCarthy | 7.00 |

| 09/07/22 | A M Nicolais | 4.60 |

| 09/07/22 | J J Normile | 6.00 |

| 09/07/22 | J L Swize | 1.70 |

| 09/08/22 | S Ferry | 3.10 |

Conference calls (multiple) with M. Petrella, B. Borkowski (Firm network engineers), and D. Kelley, I. Murphy (Morris Nichols) regarding logistics and technology support for Purdue Pharma trial in Wilmington, DE; draft technology support plan regarding same.

| 09/08/22 | D L Hughes | 0.40 |

Emails to K. Abebe, B. Nicoll, and J. Sullivan regarding COVID tests.

| 09/08/22 | G J Larosa | 5.00 |

| 09/08/22 | K McCarthy | 8.00 |

| 09/08/22 | A M Nicolais | 0.30 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 09/08/22 | J J Normile | 6.70 |
| 09/08/22 | J L Swize | 3.30 |

09/09/22    S Ferry    1.30
Correspond by email (multiple) with M. Cashmere, B. Borkowski, and R. Tam (Firm I.T.) staff regarding Wilmington, DE, war room printers and scanner installation to support trial team.

| 09/09/22 | G J Larosa | 6.00 |
| 09/09/22 | K McCarthy | 7.50 |
| 09/09/22 | A M Nicolais | 8.90 |
| 09/09/22 | J J Normile | 5.80 |
| 09/09/22 | J L Swize | 2.20 |

09/10/22    S Ferry    0.80
Review printer/scanner installation progress for Wilmington, DE (Purdue Pharma war room); draft updated directions to I.T. where necessary.

# JONES DAY



| 09/10/22 | J J Normile | 4.00 |
| 09/11/22 | G J Larosa | 3.00 |
| 09/11/22 | A M Nicolais | 0.50 |
| 09/11/22 | J J Normile | 4.50 |
| 09/11/22 | J L Swize | 0.80 |

09/12/22    D L Hughes    5.50
Prepare supplies/documents for shipment to Wilmington DE (4.2); prepare trial team contact list (1.3).

| 09/12/22 | G J Larosa | 7.00 |
| 09/12/22 | K McCarthy | 10.00 |
| 09/12/22 | A M Nicolais | 9.40 |
| 09/12/22 | J J Normile | 10.80 |
| 09/12/22 | J L Swize | 0.30 |

# JONES DAY



| | | |
|---|---|---|
| 09/13/22 | D L Hughes | 7.30 |
| | Support trial team handling miscellaneous requests regarding logistics and witness prep/binders. | |
| 09/13/22 | G J Larosa | 11.00 |
| 09/13/22 | K McCarthy | 10.00 |
| 09/13/22 | A M Nicolais | 13.20 |
| 09/13/22 | J J Normile | 11.00 |
| 09/14/22 | D L Hughes | 14.00 |
| | Support trial team handling miscellaneous requests regarding logistics and witness prep/binders. | |
| 09/14/22 | G J Larosa | 11.00 |
| 09/14/22 | K McCarthy | 12.00 |
| 09/14/22 | A M Nicolais | 13.30 |
| 09/14/22 | J J Normile | 13.50 |

# JONES DAY



| 09/14/22 | J L Swize | 1.00 |
| 09/15/22 | D L Hughes | 15.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| 09/15/22 | G J Larosa | 9.00 |
| 09/15/22 | K McCarthy | 13.00 |
| 09/15/22 | A M Nicolais | 13.70 |
| 09/15/22 | J J Normile | 13.50 |
| 09/15/22 | J L Swize | 5.20 |
| 09/16/22 | D L Hughes | 14.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 10
October 12, 2022
Invoice: 220908019



| 09/16/22 | G J Larosa | 11.00 |
| 09/16/22 | K McCarthy | 12.00 |
| 09/16/22 | A M Nicolais | 12.50 |
| 09/16/22 | J J Normile | 13.50 |
| 09/16/22 | J L Swize | 6.90 |
| 09/17/22 | D L Hughes | 15.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| 09/17/22 | G J Larosa | 11.00 |
| 09/17/22 | K McCarthy | 12.00 |
| 09/17/22 | A M Nicolais | 10.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 11
October 12, 2022
Invoice: 220908019

| | | |
|---|---|---|
| 09/17/22 | J J Normile | 13.50 |



| | | |
|---|---|---|
| 09/17/22 | J L Swize | 5.70 |

| | | |
|---|---|---|
| 09/18/22 | D L Hughes | 15.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| | | |
|---|---|---|
| 09/18/22 | G J Larosa | 13.00 |

| | | |
|---|---|---|
| 09/18/22 | K McCarthy | 14.00 |

| | | |
|---|---|---|
| 09/18/22 | A M Nicolais | 15.00 |

| | | |
|---|---|---|
| 09/18/22 | J J Normile | 14.30 |

| | | |
|---|---|---|
| 09/18/22 | J L Swize | 8.50 |

# JONES DAY

| Date | Name | Hours |
|------|------|-------|
| 09/19/22 | D L Hughes | 15.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.



| Date | Name | Hours |
|------|------|-------|
| 09/19/22 | G J Larosa | 13.50 |
| 09/19/22 | K McCarthy | 14.00 |
| 09/19/22 | A M Nicolais | 15.00 |
| 09/19/22 | J J Normile | 15.00 |
| 09/19/22 | J L Swize | 15.00 |
| 09/20/22 | D L Hughes | 15.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| Date | Name | Hours |
|------|------|-------|
| 09/20/22 | G J Larosa | 13.00 |
| 09/20/22 | K McCarthy | 14.00 |
| 09/20/22 | A M Nicolais | 15.00 |

# JONES DAY



| 09/20/22 | J J Normile | 15.00 |

| 09/20/22 | J L Swize | 11.60 |

| 09/21/22 | D L Hughes | 13.50 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders, including breakdown of workspace.

| 09/21/22 | G J Larosa | 8.00 |

| 09/21/22 | K McCarthy | 7.00 |

| 09/21/22 | A M Nicolais | 5.00 |

| 09/21/22 | J J Normile | 7.00 |

| 09/21/22 | J L Swize | 4.50 |

| 09/22/22 | G J Larosa | 3.00 |

| 09/22/22 | J J Normile | 5.30 |

| 09/22/22 | J L Swize | 1.60 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 14
October 12, 2022
Invoice: 220908019

| 09/23/22 | D L Hughes | 0.80 |
|---|---|---|

FTP documents to Potomac Law regarding trial.



| 09/23/22 | G J Larosa | 3.50 |
|---|---|---|
| 09/23/22 | J J Normile | 2.50 |
| 09/23/22 | J L Swize | 3.50 |
| 09/25/22 | J J Normile | 2.10 |
| 09/25/22 | J L Swize | 0.50 |
| 09/26/22 | J J Normile | 5.10 |
| 09/26/22 | J L Swize | 1.00 |
| 09/27/22 | G J Larosa | 1.00 |
| 09/27/22 | K McCarthy | 3.00 |
| 09/27/22 | A M Nicolais | 1.60 |
| 09/27/22 | J J Normile | 6.60 |

**JONES DAY**

[redacted]

| | | |
|---|---|---|
| 09/27/22 | J L Swize | 5.10 |

[redacted]

| | | |
|---|---|---|
| 09/28/22 | D L Hughes | 2.20 |

Update pleadings/correspondence files.

| | | |
|---|---|---|
| 09/28/22 | G J Larosa | 1.00 |

[redacted]

| | | |
|---|---|---|
| 09/28/22 | K McCarthy | 7.00 |

[redacted]

| | | |
|---|---|---|
| 09/28/22 | J J Normile | 4.60 |

[redacted]

| | | |
|---|---|---|
| 09/28/22 | J L Swize | 0.40 |

[redacted]

| | | |
|---|---|---|
| 09/29/22 | G J Larosa | 1.00 |

[redacted]

| | | |
|---|---|---|
| 09/29/22 | K McCarthy | 5.00 |

[redacted]

| | | |
|---|---|---|
| 09/29/22 | J J Normile | 4.50 |

[redacted]

| | | |
|---|---|---|
| 09/30/22 | K McCarthy | 3.50 |

[redacted]

| | | |
|---|---|---|
| 09/30/22 | J J Normile | 3.80 |

[redacted]

| | | |
|---|---|---|
| 09/30/22 | J L Swize | 1.20 |

[redacted]

**JONES DAY**

305158.610028                                                                    Page: 16
                                                                        October 12, 2022

Accord Healthcare Inc.                                               Invoice: 220908019

_____

**Total**                                                                 **934.60**

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Disbursement Detail

**JONES DAY**

305158.610028

Accord Healthcare Inc.

**JONES DAY**

**JONES DAY**

305158.610028

Accord Healthcare Inc.

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 21
October 12, 2022
Invoice: 220908019

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 22
October 12, 2022
Invoice: 220908019

**JONES DAY**

305158.610028

October 12, 2022
Accord Healthcare Inc.
Invoice: 220908019

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.999007
Invoice: 220908020

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---:|
| Retention Matters | USD | 5,356.50 |
| Less 13% Discount | | (696.35) |
| Total Billed Fees | USD | 4,660.15 |
| **TOTAL** | **USD** | **4,660.15** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/220908020 WITH YOUR PAYMENT

**JONES DAY**

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| C Buck | 3.20 | 645.00 | 2,064.00 |
| A Kordas | 3.50 | 895.00 | 3,132.50 |
| Paralegal |  |  |  |
| C L Smith | 0.40 | 400.00 | 160.00 |
| **Total** | **7.10** | **USD** | **5,356.50** |

# JONES DAY

305158.999007

Page: 3
October 12, 2022
Invoice: 220908020

Retention Matters

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/06/22 | C Buck | 0.90 |
| Update excel regarding Thirty-third monthly fee statement information. | | |
| 09/07/22 | C Buck | 1.00 |
| Draft thirty-third fee statement. | | |
| 09/09/22 | A Kordas | 1.20 |
| Draft/revise monthly fee application (1.0); correspond with J. Normile and C. Buck regarding same. | | |
| 09/15/22 | C Buck | 0.40 |
| Revise Fee Statement. | | |
| 09/16/22 | C Buck | 0.90 |
| Finalize fee statement for filing (.5); redact invoices for filing (.4). | | |
| 09/16/22 | A Kordas | 1.00 |
| Finalize monthly fee statement (.5); coordinate filing and service of same (.3); correspondence with C. Buck regarding fee application (.2). | | |
| 09/16/22 | C L Smith | 0.40 |
| Emails with Buck regarding filing monthly fee application (.10); prepare same for filing and email to Buck for review (.10); e-file monthly fee applications (.10); perfect service of same on notice parties (.10). | | |
| 09/30/22 | A Kordas | 1.30 |
| Confer internally regarding status of fee applications (.4); draft revise interim fee application (.9). | | |
| **Total** | | **7.10** |