**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## THIRTY-FOURTH MONTHLY FEE AND EXPENSE STATEMENT OF PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*, FOR THE PERIOD FROM JULY 1, 2022 THROUGH JULY 31, 2022

| Name of Applicant: | Province, LLC[2] <br> Financial Advisor to the Official Committee of Unsecured Creditors |
|---|---|
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | July 1, 2022 through and including July 31, 2022 |
| Fees Incurred: | $321,582.60[3] |
| Less 20% Holdback: | $64,316.52 |
| Fees Requested in this Statement: | $257,266.08 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested in This Statement: | $257,266.08 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Associates L.P. (N/A), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from July 1, 2022 through July 31, 2022 reflect a voluntary discount of $16,925.40.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors"), hereby submits its Thirty-Fourth Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of July 1, 2022 through July 31, 2022 (the "Statement Period") for (i) compensation in the amount of $257,266.08, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $321,582.60) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $0.00.

### Itemization of Services Rendered and Expenses Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

- Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were $701.28/hour for all professionals.[4]

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $16,925.40.

- Attached hereto as **<u>Exhibit C</u>** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **<u>Exhibit D</u>** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

**<u>Total Fees and Expenses Sought for The Statement Period</u>**

2.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| | |
|---|---:|
| Fees | $321,582.60 |
| Disbursements | $0.00 |
| **Total** | **$321,582.60** |

**<u>Notice and Objection Procedures</u>**

3.      Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on October 28, 2022 (the "<u>Objection Deadline</u>"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5.      If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6.      If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$257,266.08** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: October 14, 2022

By:     */s/ Michael Atkinson*
        Michael Atkinson, Principal
        **PROVINCE, LLC**
        2360 Corporate Circle, Suite 340
        Henderson, NV 89074
        Telephone: (702) 685-5555
        Facsimile: (702) 685-5556
        Email: matkinson@provincefirm.com

        *Financial Advisor to the Official Committee*
        *of Unsecured Creditors*

**<u>EXHIBIT A</u>**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
JULY 1, 2022 THROUGH JULY 31, 2022**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 44.7 | $38,931.00 |
| Claims Analysis and Objections | 212.6 | $123,709.00 |
| Committee Activities | 8.5 | $9,775.00 |
| Court Filings | 0.8 | $608.00 |
| Court Hearings | 1.2 | $1,380.00 |
| Fee/Employment Applications | 3.8 | $2,888.00 |
| Litigation | 173.2 | $132,478.00 |
| Plan and Disclosure Statement | 37.9 | $28,739.00 |
| **Subtotal** | **482.7** | **$338,508.00** |
| **Voluntary Discount** | | **($16,925.40)** |
| **Grand Total** | **482.7** | **$321,582.60** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,150 | 87.7 | $100,855.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $910 | 0.8 | $728.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $900 | 7.7 | $6,930.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $760 | 21.1 | $16,036.00 |
| Christian Klawunder, CFA | Vice President - Investment banking. | $650 | 65.1 | $42,315.00 |
| James Bland | Vice President - Financial analysis and management consulting since 2016. | $650 | 8.5 | $5,525.00 |
| Joshua Williams | Vice President - Investment banking. | $640 | 103.8 | $66,432.00 |
| Raul Busto | Vice President - Data analytics. | $600 | 0.9 | $540.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $530 | 185.5 | $98,315.00 |
| Byron Groth | Senior Associate - Corporate restructuring. Data analytics since 2006. | $520 | 1.6 | $832.00 |
| **Subtotal** | | | 482.7 | $338,508.00 |
| **Blended Rate for all Professionals** | | $701.28 | | |
| **Voluntary Discount** | | | | ($16,925.40) |
| **Grand Total** | | | 482.7 | $321,582.60 |

**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

**<u>EXHIBIT D</u>**

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2022 | Timothy Strickler | Updated schedule of claims analyzing duplicate/amended claims. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/1/2022 | Stilian Morrison | Analyze draft analysis related to causes of action and related exhibits | Litigation | 1.80 | 900.00 | $1,620.00 |
| 7/1/2022 | Christian Klawunder | Evaluated tax issues in settlement docs. | Plan and Disclosure Statement | 2.30 | 650.00 | $1,495.00 |
| 7/1/2022 | Michael Atkinson | Call with counsel regarding confirmation documents | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |
| 7/1/2022 | Michael Atkinson | Review and analyze tax issues for counsel | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 7/1/2022 | Michael Atkinson | Review IAC questions for counsel | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |
| 7/1/2022 | Timothy Strickler | Performed review of claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.90 | 530.00 | $1,537.00 |
| 7/1/2022 | Timothy Strickler | Continued performing review of claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/2/2022 | Michael Atkinson | Call with committee member creditor regarding litigation | Committee Activities | 0.60 | 1,150.00 | $690.00 |
| 7/2/2022 | Michael Atkinson | Review litigation questions from counsel and track down information and respond | Litigation | 1.50 | 1,150.00 | $1,725.00 |
| 7/3/2022 | Michael Atkinson | Review analysis and assess issues for counsel related to financial analysis in support of causes of action | Litigation | 1.70 | 1,150.00 | $1,955.00 |
| 7/3/2022 | Michael Atkinson | Continue analysis of historical financial position and ability to pay for analysis in support of causes of action | Litigation | 1.80 | 1,150.00 | $2.070.00 |
| 7/4/2022 | Christian Klawunder | Evaluated markup of MDT tax matters agreement. | Plan and Disclosure Statement | 2.20 | 650.00 | $1,430.00 |
| 7/5/2022 | Michael Atkinson | Review and prepare for call with debtors FA | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 7/5/2022 | Michael Atkinson | Review cost initiatives and email debtor FA | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 7/5/2022 | Christian Klawunder | Evaluated proposed restructuring transactions for settlement. | Plan and Disclosure Statement | 1.80 | 650.00 | $1,170.00 |
| 7/5/2022 | Michael Atkinson | Call with debtor FAs | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 7/5/2022 | Michael Atkinson | Call with counsel to update regarding call with debtors | Business Analysis / Operations | 0.40 | 1,150.00 | $460.00 |
| 7/6/2022 | Christian Klawunder | Continued to analyze distribution recipients for analysis of estate claims. | Litigation | 1.40 | 650.00 | $910.00 |
| 7/6/2022 | Michael Atkinson | Review and analyze questions from counsel related to draft exhibits related to causes of action analysis | Litigation | 2.20 | 1,150.00 | $2,530.00 |
| 7/6/2022 | Christian Klawunder | Analyzed distribution recipients for analysis of estate claims. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 7/6/2022 | Michael Atkinson | Review and analyze questions from counsel related to draft analysis related to causes of action | Litigation | 1.20 | 1,150.00 | $1,380.00 |
| 7/7/2022 | Christian Klawunder | Evaluated transferees involved in debtor distributions. | Litigation | 2.60 | 650.00 | $1,690.00 |
| 7/7/2022 | Eunice Min | Analyze discovery materials related to counsel's questions of non-cash transfers. | Litigation | 2.60 | 760.00 | $1,976.00 |
| 7/8/2022 | Christian Klawunder | Evaluated exhibits for memorandum regarding estate claims. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 7/8/2022 | Timothy Strickler | Updated schedule analyzing duplicate/amended claims. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/8/2022 | Stilian Morrison | Analyze latest branded extended release opioid prescription data | Business Analysis / Operations | 0.70 | 900.00 | $630.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/8/2022 | Stilian Morrison | Analyze monthly May product sales data | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 7/8/2022 | Michael Atkinson | Review, analyze and research litigation questions from counsel | Litigation | 2.80 | 1,150.00 | $3,220.00 |
| 7/8/2022 | Timothy Strickler | Continued analysis of certain claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/8/2022 | Christian Klawunder | Prepared responses for counsel regarding analysis of estate causes of action. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 7/8/2022 | Stilian Morrison | Analyze latest cash forecast | Business Analysis / Operations | 0.50 | 900.00 | $450.00 |
| 7/8/2022 | Joshua Williams | Mapped subsequent transfers for Purdue tax distributions | Litigation | 2.30 | 640.00 | $1,472.00 |
| 7/8/2022 | Timothy Strickler | Continued analyzing claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/8/2022 | Eunice Min | Review June time entries. | Fee / Employment Applications | 1.20 | 760.00 | $912.00 |
| 7/8/2022 | Joshua Williams | Continued to map subsequent transfers for Purdue tax distributions | Litigation | 1.20 | 640.00 | $768.00 |
| 7/8/2022 | Stilian Morrison | Analyze weekly product sales data 6/3-6/24 | Business Analysis / Operations | 0.70 | 900.00 | $630.00 |
| 7/8/2022 | Timothy Strickler | Performed analysis of claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/9/2022 | Michael Atkinson | Review and analyze update to cash tracing analysis for counsel | Litigation | 2.00 | 1,150.00 | $2,300.00 |
| 7/9/2022 | Timothy Strickler | Analyzed claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/9/2022 | Michael Atkinson | Review and analyze update to cash tracing analysis for counsel | Litigation | 2.10 | 1,150.00 | $2,415.00 |
| 7/10/2022 | Michael Atkinson | Review questions related to cash tracing from counsel | Litigation | 1.70 | 1,150.00 | $1,955.00 |
| 7/10/2022 | Timothy Strickler | Analyzed claims by name to identify duplicate claims filed. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 7/10/2022 | Michael Atkinson | Review and analyze questions from counsel related to retained causes of action | Litigation | 1.20 | 1,150.00 | $1,380.00 |
| 7/11/2022 | Timothy Strickler | Continued analysis of claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/11/2022 | Christian Klawunder | Analyzed markups of IAC pledge agreements. | Plan and Disclosure Statement | 1.80 | 650.00 | $1,170.00 |
| 7/11/2022 | Christian Klawunder | Evaluated proposed provisions in collateral agreements. | Plan and Disclosure Statement | 1.10 | 650.00 | $715.00 |
| 7/11/2022 | Michael Atkinson | Review IAC questions from counsel | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 7/11/2022 | Timothy Strickler | Updated spreadsheet analyzing duplicate/amended claims. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/11/2022 | Timothy Strickler | Performed analysis of claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.90 | 530.00 | $1,537.00 |
| 7/11/2022 | Joshua Williams | Reviewed share ledgers for ex. US companies | Litigation | 0.60 | 640.00 | $384.00 |
| 7/11/2022 | Eunice Min | Started revising May fee statement. | Fee / Employment Applications | 1.20 | 760.00 | $912.00 |
| 7/11/2022 | Timothy Strickler | Continued analyzing claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/11/2022 | Michael Atkinson | Review Rhodes process for committee | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 7/11/2022 | Michael Atkinson | Review committee update materials | Committee Activities | 0.70 | 1,150.00 | $805.00 |
| 7/12/2022 | Joshua Williams | Calculated IAC transfer summary amounts by payee | Litigation | 3.10 | 640.00 | $1,984.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/12/2022 | Christian Klawunder | Evaluated terms in markup of collateral agreements. | Plan and Disclosure Statement | 1.40 | 650.00 | $910.00 |
| 7/12/2022 | Timothy Strickler | Updated spreadsheet analysis of duplicate/amended claims. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/12/2022 | Christian Klawunder | Analyzed markup of settlement pledge agreements. | Plan and Disclosure Statement | 1.60 | 650.00 | $1,040.00 |
| 7/12/2022 | Joshua Williams | Created IAC tracing workbook from tracing exhibit support | Litigation | 2.50 | 640.00 | $1,600.00 |
| 7/12/2022 | James Bland | Analyzed recent opioid decision and potential implications for debtors. | Claims Analysis and Objections | 2.90 | 650.00 | $1,885.00 |
| 7/12/2022 | Joshua Williams | Removed non-IAC payee accounts from IAC tracing workbook | Litigation | 1.30 | 640.00 | $832.00 |
| 7/12/2022 | Joshua Williams | Created schedule of IAC payee contributions from tracing exhibit | Litigation | 1.60 | 640.00 | $1,024.00 |
| 7/12/2022 | Timothy Strickler | Continued reviewing and analyzing claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/12/2022 | Timothy Strickler | Reviewed and analyzed claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.90 | 530.00 | $1,537.00 |
| 7/12/2022 | Timothy Strickler | Continued review and analysis of claims by creditor name and other identification to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/12/2022 | Michael Atkinson | Call with counsel regarding effective documents | Plan and Disclosure Statement | 0.80 | 1,150.00 | $920.00 |
| 7/12/2022 | Michael Atkinson | Review settlement document questions from counsel | Plan and Disclosure Statement | 1.70 | 1,150.00 | $1,955.00 |
| 7/13/2022 | Joshua Williams | Traced IAC distributions from PPLP | Litigation | 1.70 | 640.00 | $1,088.00 |
| 7/13/2022 | Christian Klawunder | Analyzed transfers involved in debtor tax distributions. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 7/13/2022 | Jason Crockett | Review of budget to actual and cash flow activity. | Business Analysis / Operations | 0.80 | 910.00 | $728.00 |
| 7/13/2022 | Michael Atkinson | Call with counsel regarding settlement work streams | Plan and Disclosure Statement | 0.90 | 1,150.00 | $1,035.00 |
| 7/13/2022 | Christian Klawunder | Correspondence with counsel to creditors regarding markups of settlement docs. | Plan and Disclosure Statement | 1.20 | 650.00 | $780.00 |
| 7/13/2022 | Timothy Strickler | Continued reviewing and analyzing claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/13/2022 | Timothy Strickler | Reviewed and analyzed claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.90 | 530.00 | $1,537.00 |
| 7/13/2022 | Michael Atkinson | Review and analyze tax distribution data requests from counsel | Litigation | 2.40 | 1,150.00 | $2,760.00 |
| 7/13/2022 | Timothy Strickler | Continued review and analysis of claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.90 | 530.00 | $1,537.00 |
| 7/13/2022 | Timothy Strickler | Updated spreadsheet of duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/13/2022 | Christian Klawunder | Evaluated terms of MDT and SOAF intercreditor arrangements. | Plan and Disclosure Statement | 1.60 | 650.00 | $1,040.00 |
| 7/13/2022 | Joshua Williams | Reviewed historical IAC distributions from certain markets | Litigation | 1.40 | 640.00 | $896.00 |
| 7/14/2022 | Christian Klawunder | Evaluated tax distribution transferees. | Litigation | 2.60 | 650.00 | $1,690.00 |
| 7/14/2022 | Timothy Strickler | Analyzed claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/14/2022 | Michael Atkinson | Review materials for committee financial update | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/14/2022 | Timothy Strickler | Continued analyzing claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/14/2022 | Michael Atkinson | Call with counsel regarding settlement | Committee Activities | 0.70 | 1,150.00 | $805.00 |
| 7/14/2022 | Timothy Strickler | Continued analysis of claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/14/2022 | Joshua Williams | Traced historical IAC distributions for certain IAC markets | Litigation | 2.20 | 640.00 | $1,408.00 |
| 7/14/2022 | Timothy Strickler | Updated spreadsheet analyzing duplicate/amended claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 7/15/2022 | Christian Klawunder | Analyzed flows of funds involved in debtor tax distributions. | Litigation | 2.30 | 650.00 | $1,495.00 |
| 7/15/2022 | Joshua Williams | Traced IAC distributions by year to certain regional IACs | Litigation | 2.50 | 640.00 | $1,600.00 |
| 7/15/2022 | Michael Atkinson | Review and analyze tax distribution questions and create analysis for counsel | Litigation | 2.30 | 1,150.00 | $2,645.00 |
| 7/15/2022 | Joshua Williams | Compiled yearly transfers for certain regional IACs | Litigation | 1.10 | 640.00 | $704.00 |
| 7/15/2022 | Michael Atkinson | Review IAC distribution information for counsel for analysis in support of causes of action | Litigation | 1.50 | 1,150.00 | $1,725.00 |
| 7/15/2022 | Joshua Williams | Compiled IAC G/L ledgers | Litigation | 3.10 | 640.00 | $1,984.00 |
| 7/15/2022 | Joshua Williams | Created IAC code key for IAC G/L accounts | Litigation | 2.40 | 640.00 | $1,536.00 |
| 7/15/2022 | Timothy Strickler | Continued analysis and review of claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/15/2022 | Timothy Strickler | Updated spreadsheet analyzing duplicate/amended claims. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/15/2022 | Timothy Strickler | Continued analyzing and reviewing claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/15/2022 | Stilian Morrison | Analyze recent three weeks' cash performance | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 7/15/2022 | Timothy Strickler | Analyzed and reviewed claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.90 | 530.00 | $1,537.00 |
| 7/16/2022 | Timothy Strickler | Continued analysis and review of claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/16/2022 | Timothy Strickler | Analyzed and reviewed claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 7/16/2022 | Michael Atkinson | Review and analyze claims analysis work and responded to list of issues and questions | Claims Analysis and Objections | 2.90 | 1,150.00 | $3,335.00 |
| 7/16/2022 | Eunice Min | Update fee tracker per counsel's request. | Business Analysis / Operations | 1.10 | 760.00 | $836.00 |
| 7/17/2022 | Timothy Strickler | Performed analysis of claims by creditor name to identify duplicate claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/17/2022 | Michael Atkinson | Review detailed claims analysis for insurance counsel | Claims Analysis and Objections | 1.40 | 1,150.00 | $1,610.00 |
| 7/18/2022 | Joshua Williams | Checked subsequent transfers to certain IACs for tracing exhibit | Litigation | 1.20 | 640.00 | $768.00 |
| 7/18/2022 | Joshua Williams | Updated transfers workbook with IAC distribution findings | Litigation | 1.20 | 640.00 | $768.00 |
| 7/18/2022 | Timothy Strickler | Continued analyzing and reviewing claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/18/2022 | Timothy Strickler | Updated and revised spreadsheet analyzing duplicate/amended claims. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/18/2022 | Michael Atkinson | Review and analyze data requests for counsel related to causes of action analysis | Litigation | 2.90 | 1,150.00 | $3,335.00 |
| 7/18/2022 | Joshua Williams | Analyzed payer transactions to certain IACs | Litigation | 2.90 | 640.00 | $1,856.00 |
| 7/18/2022 | Joshua Williams | Traced IAC distributions by year to certain regional IACs | Litigation | 2.40 | 640.00 | $1,536.00 |
| 7/18/2022 | Christian Klawunder | Evaluated collateral trust agreement provisions. | Plan and Disclosure Statement | 1.70 | 650.00 | $1,105.00 |
| 7/18/2022 | Timothy Strickler | Continued analysis and review of claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/18/2022 | Joshua Williams | Recorded transfers to certain IACs for tracing exhibit | Litigation | 1.40 | 640.00 | $896.00 |
| 7/18/2022 | Timothy Strickler | Analyzed and reviewed claims by creditor name to identify duplicate/amended claims filed. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/19/2022 | Joshua Williams | Examined all sources of net assets for certain IACs for counsel | Litigation | 2.50 | 640.00 | $1,600.00 |
| 7/19/2022 | Eunice Min | Update tracking analysis with cash flow results through 7/24 | Business Analysis / Operations | 1.80 | 760.00 | $1,368.00 |
| 7/19/2022 | Timothy Strickler | Analyzed and reviewed claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/19/2022 | Joshua Williams | Traced IAC distributions to certain IAC holding companies | Litigation | 0.90 | 640.00 | $576.00 |
| 7/19/2022 | Timothy Strickler | Continued analysis and review of claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/19/2022 | Michael Atkinson | Review claims update analysis for insurance counsel | Claims Analysis and Objections | 1.30 | 1,150.00 | $1,495.00 |
| 7/19/2022 | Eunice Min | Participate in bi-weekly FA update call. | Business Analysis / Operations | 0.50 | 760.00 | $380.00 |
| 7/19/2022 | Michael Atkinson | Call with FA's regarding company operations and updates | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 7/19/2022 | Michael Atkinson | Review and prepare for call with debtor | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 7/19/2022 | Joshua Williams | Recorded transfers of certain IAC holding companies | Litigation | 1.10 | 640.00 | $704.00 |
| 7/19/2022 | Michael Atkinson | Update counsel on various items including FA call | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 7/19/2022 | Joshua Williams | Examined balance sheets of certain IAC holding companies | Litigation | 2.30 | 640.00 | $1,472.00 |
| 7/19/2022 | Timothy Strickler | Continued analyzing and reviewing claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/19/2022 | Joshua Williams | Analyzed transactions of preferred share IAC companies | Litigation | 2.10 | 640.00 | $1,344.00 |
| 7/19/2022 | Christian Klawunder | Analyzed net assets of distribution transferees. | Litigation | 1.40 | 650.00 | $910.00 |
| 7/19/2022 | Timothy Strickler | Updated and revised spreadsheet analyzing duplicate and amended claims. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/20/2022 | Timothy Strickler | Continued analyzing claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 7/20/2022 | Joshua Williams | Organized and compiled net assets of certain IAC companies into net assets workbook | Litigation | 1.80 | 640.00 | $1,152.00 |
| 7/20/2022 | Joshua Williams | Analyzed certain IACs' net assets for counsel | Litigation | 1.30 | 640.00 | $832.00 |
| 7/20/2022 | Joshua Williams | Traced transfers out of certain IAC holding companies for counsel | Litigation | 1.60 | 640.00 | $1,024.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/20/2022 | Joshua Williams | Recorded transfers to certain IACs for tracing exhibits | Litigation | 0.80 | 640.00 | $512.00 |
| 7/20/2022 | Eunice Min | Analyze weekly sales data and trends. | Business Analysis / Operations | 0.90 | 760.00 | $684.00 |
| 7/20/2022 | Eunice Min | Review draft case status report for Judge Lane. | Court Filings | 0.80 | 760.00 | $608.00 |
| 7/20/2022 | Christian Klawunder | Evaluated MDT collateral rights. | Plan and Disclosure Statement | 1.20 | 650.00 | $780.00 |
| 7/20/2022 | Joshua Williams | Analyzed subsequent transfers to certain IAC holding companies | Litigation | 1.20 | 640.00 | $768.00 |
| 7/20/2022 | Michael Atkinson | Review and analyze cash tracing analysis update | Litigation | 2.10 | 1,150.00 | $2,415.00 |
| 7/20/2022 | Timothy Strickler | Updated and revised schedule analyzing duplicate and amended claims. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/20/2022 | Timothy Strickler | Analyzed claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 7/20/2022 | Timothy Strickler | Continued analysis of claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/20/2022 | Joshua Williams | Analyzed sources of yearly transfers for the IAC payees | Litigation | 2.50 | 640.00 | $1,600.00 |
| 7/21/2022 | Joshua Williams | Analyzed questions from Jon Lowne deposition | Litigation | 2.00 | 640.00 | $1,280.00 |
| 7/21/2022 | Joshua Williams | Listened and took notes on Jon Lowne deposition | Litigation | 2.50 | 640.00 | $1,600.00 |
| 7/21/2022 | Timothy Strickler | Analyzed claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/21/2022 | Joshua Williams | Continue assessing recoverability and net assets of certain IAC transfers | Litigation | 1.50 | 640.00 | $960.00 |
| 7/21/2022 | Michael Atkinson | Review and analyze updated tracing analysis | Litigation | 2.70 | 1,150.00 | $3,105.00 |
| 7/21/2022 | Christian Klawunder | Analyzed waterfall mechanics of MDT and SOAF collateral trust agreement. | Plan and Disclosure Statement | 1.60 | 650.00 | $1,040.00 |
| 7/21/2022 | Timothy Strickler | Continued analyzing claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/21/2022 | Timothy Strickler | Continued analysis of claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/21/2022 | Eunice Min | Revise financial update for presentation and finalize. | Business Analysis / Operations | 1.70 | 760.00 | $1,292.00 |
| 7/21/2022 | Eunice Min | Analyze framework for investigation. | Business Analysis / Operations | 1.20 | 760.00 | $912.00 |
| 7/21/2022 | Timothy Strickler | Updated and revised analysis of duplicate and amended claims. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/21/2022 | Joshua Williams | Analyzed discovery materials on IAC transfers for tracing exhibit | Litigation | 2.30 | 640.00 | $1,472.00 |
| 7/21/2022 | Raul Busto | Review financial update. | Business Analysis / Operations | 0.50 | 600.00 | $300.00 |
| 7/22/2022 | Michael Atkinson | Review and analyze committee materials | Committee Activities | 1.20 | 1,150.00 | $1,380.00 |
| 7/22/2022 | Joshua Williams | Reviewed transfers to IACs | Litigation | 2.20 | 640.00 | $1,408.00 |
| 7/22/2022 | Michael Atkinson | Review and follow up on claims analysis | Claims Analysis and Objections | 1.40 | 1,150.00 | $1,610.00 |
| 7/22/2022 | Timothy Strickler | Analyzed and reviewed claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 7/22/2022 | Christian Klawunder | Evaluated breach and remedy provisions in collateral trust agreement. | Plan and Disclosure Statement | 2.20 | 650.00 | $1,430.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/22/2022 | Joshua Williams | Analyzed subsequent transfers involving certain IACs as payees | Litigation | 1.50 | 640.00 | $960.00 |
| 7/22/2022 | Timothy Strickler | Continued analysis and review of claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/22/2022 | Joshua Williams | Assessed value of certain IACs for net assets coverage | Litigation | 2.00 | 640.00 | $1,280.00 |
| 7/22/2022 | James Bland | Provided counsel with feedback concerning opioid claims | Claims Analysis and Objections | 2.80 | 650.00 | $1,820.00 |
| 7/22/2022 | Joshua Williams | Reviewed transfers to IACs for tracing | Litigation | 1.40 | 640.00 | $896.00 |
| 7/22/2022 | Byron Groth | Updated and distributed fee tracker. | Business Analysis / Operations | 1.60 | 520.00 | $832.00 |
| 7/22/2022 | Eunice Min | Analyzed collateral rights under Sackler agreement. | Plan and Disclosure Statement | 1.40 | 760.00 | $1,064.00 |
| 7/22/2022 | Michael Atkinson | Review and prepare financial update documents | Business Analysis / Operations | 1.70 | 1,150.00 | $1,955.00 |
| 7/22/2022 | Eunice Min | Prepared claims analysis in support of insurance litigation. | Claims Analysis and Objections | 1.30 | 760.00 | $988.00 |
| 7/22/2022 | Timothy Strickler | Continued analyzing and reviewing claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/22/2022 | Timothy Strickler | Updated and revised analysis of duplicate/amended claims. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/22/2022 | Joshua Williams | Analyzed recoverable assets in IAC holding companies | Litigation | 1.60 | 640.00 | $1,024.00 |
| 7/23/2022 | Christian Klawunder | Evaluated issues for counsel regarding MDT collateral agreement. | Plan and Disclosure Statement | 1.60 | 650.00 | $1,040.00 |
| 7/23/2022 | Christian Klawunder | Analyzed cash position of debtor entities. | Business Analysis / Operations | 1.80 | 650.00 | $1,170.00 |
| 7/23/2022 | Michael Atkinson | Review analysis related to causes of action for counsel | Litigation | 2.60 | 1,150.00 | $2,990.00 |
| 7/24/2022 | Michael Atkinson | Review case update materials | Committee Activities | 1.10 | 1,150.00 | $1,265.00 |
| 7/24/2022 | Christian Klawunder | Analyzed transfers for estate claims analysis. | Litigation | 1.40 | 650.00 | $910.00 |
| 7/24/2022 | Michael Atkinson | Review and analyze collateral documents for counsel | Plan and Disclosure Statement | 1.60 | 1,150.00 | $1,840.00 |
| 7/24/2022 | Michael Atkinson | Review and analyze sensitivity analysis on operations | Business Analysis / Operations | 2.10 | 1,150.00 | $2,415.00 |
| 7/24/2022 | Christian Klawunder | Evaluated MDT reporting covenants under collateral documents. | Plan and Disclosure Statement | 1.80 | 650.00 | $1,170.00 |
| 7/25/2022 | Joshua Williams | Consolidated IAC holding company assets into net assets workbook | Litigation | 1.10 | 640.00 | $704.00 |
| 7/25/2022 | Michael Atkinson | Review and analyze committee update materials | Committee Activities | 1.80 | 1,150.00 | $2,070.00 |
| 7/25/2022 | Stilian Morrison | Analyze weekly sales by product | Business Analysis / Operations | 0.60 | 900.00 | $540.00 |
| 7/25/2022 | Timothy Strickler | Prepared schedule of claims filed related to insurance lawsuits. | Claims Analysis and Objections | 1.80 | 530.00 | $954.00 |
| 7/25/2022 | Michael Atkinson | Review Sackler asset analysis for counsel questions | Plan and Disclosure Statement | 1.20 | 1,150.00 | $1,380.00 |
| 7/25/2022 | Michael Atkinson | Review claims analysis for insurance counsel | Claims Analysis and Objections | 0.90 | 1,150.00 | $1,035.00 |
| 7/25/2022 | Joshua Williams | Organized and recorded subsequent transfers to IAC holding company balance sheets | Litigation | 1.40 | 640.00 | $896.00 |
| 7/25/2022 | Eunice Min | Search pre-petition suits by claim number per counsel's request | Claims Analysis and Objections | 0.80 | 760.00 | $608.00 |
| 7/25/2022 | Eunice Min | Pull files previously provided by debtors in support of GUC pool and verify creditor. | Claims Analysis and Objections | 0.70 | 760.00 | $532.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/2022 | Joshua Williams | Analyzed balance sheets of additional IAC entities | Litigation | 1.60 | 640.00 | $1,024.00 |
| 7/25/2022 | Joshua Williams | Analyzed balance sheets of certain IACs | Litigation | 1.20 | 640.00 | $768.00 |
| 7/25/2022 | Timothy Strickler | Continued analysis/review of claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.20 | 530.00 | $1,166.00 |
| 7/25/2022 | Joshua Williams | Examined and analyzed IAC balance sheets | Litigation | 1.80 | 640.00 | $1,152.00 |
| 7/25/2022 | Michael Atkinson | Review Ascent questions and gather information from counsel | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |
| 7/25/2022 | Timothy Strickler | Continued analyzing/reviewing claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 1.80 | 530.00 | $954.00 |
| 7/25/2022 | Raul Busto | Review claims sizing analysis. | Business Analysis / Operations | 0.40 | 600.00 | $240.00 |
| 7/25/2022 | Christian Klawunder | Evaluated monthly operating report filed by debtors. | Business Analysis / Operations | 2.20 | 650.00 | $1,430.00 |
| 7/25/2022 | Stilian Morrison | Analyze weekly cash reporting | Business Analysis / Operations | 0.80 | 900.00 | $720.00 |
| 7/25/2022 | Timothy Strickler | Analyzed/reviewed claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/25/2022 | Michael Atkinson | Review status of IAC data | Business Analysis / Operations | 0.30 | 1,150.00 | $345.00 |
| 7/25/2022 | Joshua Williams | Examined assets of IAC holding companies for connections to Purdue distributions | Litigation | 2.70 | 640.00 | $1,728.00 |
| 7/25/2022 | Timothy Strickler | Updated and revised spreadsheet of duplicate/amended claims. | Claims Analysis and Objections | 2.10 | 530.00 | $1,113.00 |
| 7/26/2022 | Christian Klawunder | Analyzed debtors' current pipeline. | Business Analysis / Operations | 1.80 | 650.00 | $1,170.00 |
| 7/26/2022 | Michael Atkinson | Review and prepare committee materials for counsel | Committee Activities | 2.10 | 1,150.00 | $2,415.00 |
| 7/26/2022 | Michael Atkinson | Attend hearing | Court Hearings | 1.20 | 1,150.00 | $1,380.00 |
| 7/26/2022 | Timothy Strickler | Continued analyzing/reviewing claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/26/2022 | Joshua Williams | Determine net assets for select IACs using IAC balance sheet workbooks | Litigation | 2.70 | 640.00 | $1,728.00 |
| 7/26/2022 | Timothy Strickler | Updated and revised spreadsheet of duplicate/amended claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/26/2022 | Joshua Williams | Consolidated historical IAC balance sheets | Litigation | 1.40 | 640.00 | $896.00 |
| 7/26/2022 | Michael Atkinson | Reach out to debtor and states FA's regarding Sackler assets | Plan and Disclosure Statement | 0.30 | 1,150.00 | $345.00 |
| 7/26/2022 | Timothy Strickler | Continued analysis/review of claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 7/26/2022 | Timothy Strickler | Analyzed/reviewed claims by creditor name to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/26/2022 | Eunice Min | Review May monthly operating results compared to budget. | Business Analysis / Operations | 1.40 | 760.00 | $1,064.00 |
| 7/26/2022 | Michael Atkinson | Review and discuss litigation issues with counsel | Litigation | 0.80 | 1,150.00 | $920.00 |
| 7/26/2022 | Michael Atkinson | Review and analyze request from insurance counsel related to claims | Claims Analysis and Objections | 1.10 | 1,150.00 | $1,265.00 |
| 7/27/2022 | Joshua Williams | Examined net asset value for certain IAC entities | Litigation | 1.30 | 640.00 | $832.00 |
| 7/27/2022 | Joshua Williams | Searched for updated net assets sources for certain IAC region | Litigation | 1.10 | 640.00 | $704.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/27/2022 | Joshua Williams | Examined subsequent payee and payer transfers related to certain IACs | Litigation | 2.20 | 640.00 | $1,408.00 |
| 7/27/2022 | Timothy Strickler | Analyzed/reviewed claims to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 7/27/2022 | Christian Klawunder | Analyzed segment-level performance of debtors. | Business Analysis / Operations | 2.30 | 650.00 | $1,495.00 |
| 7/27/2022 | Joshua Williams | Bundled net asset sources into transfers spreadsheet for certain IACs | Litigation | 1.20 | 640.00 | $768.00 |
| 7/27/2022 | Timothy Strickler | Continued analyzing/reviewing claims data to identify duplicate and amended claims filed | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 7/27/2022 | Timothy Strickler | Continued analysis/review of claims data to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/27/2022 | Michael Atkinson | Review and analyze updated cash tracing slides and underlying detail for counsel | Litigation | 3.70 | 1,150.00 | $4,255.00 |
| 7/27/2022 | Timothy Strickler | Updated and revised schedule of duplicate/amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/27/2022 | Joshua Williams | Analyzed IAC holding company assets | Litigation | 2.30 | 640.00 | $1,472.00 |
| 7/27/2022 | Joshua Williams | Organized and recorded IAC distributions into net assets workbook | Litigation | 0.90 | 640.00 | $576.00 |
| 7/27/2022 | James Bland | Analyzed recent opioid settlements | Claims Analysis and Objections | 2.80 | 650.00 | $1,820.00 |
| 7/28/2022 | Eunice Min | Analyze present value of recently announced settlement. | Claims Analysis and Objections | 0.50 | 760.00 | $380.00 |
| 7/28/2022 | Joshua Williams | Downloaded insurance discovery production files | Litigation | 1.30 | 640.00 | $832.00 |
| 7/28/2022 | Joshua Williams | Examined discovery sources for IAC net assets | Litigation | 2.60 | 640.00 | $1,664.00 |
| 7/28/2022 | Christian Klawunder | Evaluated debtors' actual performance variances from budget. | Business Analysis / Operations | 2.20 | 650.00 | $1,430.00 |
| 7/28/2022 | Michael Atkinson | Review and analyze Insurance counsel request related to claims analysis | Claims Analysis and Objections | 1.40 | 1,150.00 | $1,610.00 |
| 7/28/2022 | Timothy Strickler | Updated and revised schedule of duplicate and amended claims filed. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 7/28/2022 | Timothy Strickler | Continued analysis and review of claims by social security number to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/28/2022 | Joshua Williams | Reviewed net assets for IACs for tracing exhibit | Litigation | 2.20 | 640.00 | $1,408.00 |
| 7/28/2022 | Joshua Williams | Read deposition testimony related to litigation | Litigation | 2.10 | 640.00 | $1,344.00 |
| 7/28/2022 | Eunice Min | Review and revise May fee statement. | Fee / Employment Applications | 1.40 | 760.00 | $1,064.00 |
| 7/28/2022 | Timothy Strickler | Analyzed and reviewed claims by social security number to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/28/2022 | Timothy Strickler | Continued analyzing and reviewing claims data to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/29/2022 | Timothy Strickler | Continued analyzing claims data to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.10 | 530.00 | $1,113.00 |
| 7/29/2022 | Stilian Morrison | Analyze latest weekly cash reporting | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 7/29/2022 | Joshua Williams | Updated Province May Fee app | Litigation | 1.50 | 640.00 | $960.00 |
| 7/29/2022 | Timothy Strickler | Updated and revised schedule of duplicate/amended claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/29/2022 | Michael Atkinson | Call with insurance counsel | Litigation | 0.50 | 1,150.00 | $575.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 7/29/2022 | Timothy Strickler | Discussed claims related to insurance lawsuits with counsel. | Claims Analysis and Objections | 0.50 | 530.00 | $265.00 |
| 7/29/2022 | Michael Atkinson | Review and analyze claims issues for insurance counsel | Claims Analysis and Objections | 1.90 | 1,150.00 | $2,185.00 |
| 7/29/2022 | Timothy Strickler | Analyzed claims by social security number to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 7/29/2022 | Timothy Strickler | Continued analysis of claims by social security number to identify duplicate and amended claims filed. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 7/29/2022 | Christian Klawunder | Analyzed debtors' cash disbursements and payments. | Business Analysis / Operations | 1.60 | 650.00 | $1,040.00 |
| 7/29/2022 | Eunice Min | Call with Akin (D. Ginty and A. Crawford) and T. Strickler regarding claim analysis for insurance litigation. | Claims Analysis and Objections | 0.60 | 760.00 | $456.00 |
| 7/30/2022 | Christian Klawunder | Evaluated latest markup of MDT and SOAF intercreditor agreement. | Plan and Disclosure Statement | 1.90 | 650.00 | $1,235.00 |
| 7/30/2022 | Christian Klawunder | Analyzed proposed changes to collateral trust agreement. | Plan and Disclosure Statement | 1.60 | 650.00 | $1,040.00 |
| 7/30/2022 | Michael Atkinson | Follow up with other FA's regarding Sackler asset update | Committee Activities | 0.30 | 1,150.00 | $345.00 |
| 7/30/2022 | Michael Atkinson | Review collateral update and provide comments to counsel | Plan and Disclosure Statement | 1.40 | 1,150.00 | $1,610.00 |
| 7/31/2022 | Stilian Morrison | Correspond with E. Min re: May 2022 financial performance | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 7/31/2022 | Michael Atkinson | Review and analyze claims information for insurance counsel | Claims Analysis and Objections | 2.40 | 1,150.00 | $2,760.00 |
| 7/31/2022 | Christian Klawunder | Evaluated latest markup of collateral trust agreement. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 7/31/2022 | Michael Atkinson | Call with counsel regarding litigation issues | Litigation | 0.70 | 1,150.00 | $805.00 |
| 7/31/2022 | Christian Klawunder | Analyzed tax payments from recipients of debtor distributions. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 7/31/2022 | Stilian Morrison | Analyze May 2022 financial performance | Business Analysis / Operations | 1.20 | 900.00 | $1,080.00 |