**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## COVER SHEET TO THE NINTH INTERIM APPLICATION OF DAVIS POLK & WARDWELL LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD <u>FROM MAY 1, 2022 THROUGH AUGUST 31, 2022</u>

In accordance with Rule 2016-1 of the Local Rules of Bankruptcy Procedure, incorporating the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases* [General Order M-447], among other

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

guidelines (the "**Local Guidelines**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "**Interim Compensation Order**"), Davis Polk & Wardwell LLP ("**Davis Polk**"), counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this summary (this "**Summary**") of fees and expenses sought as actual and necessary in the fee application to which this Summary is attached (the "**Application**") for the period of May 1, 2022 through August 31, 2022 (the "**Fee Period**").

| General Information | |
|---|---|
| **Name of Applicant:** | Davis Polk & Wardwell LLP |
| | Counsel to the Debtors and Debtors in Possession |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Petition Date:** | September 15, 2019 |
| **Retention Date:** | November 25, 2019 *nunc pro tunc* to September 15, 2019 |
| **Date of Order Approving Retention:** | November 25, 2019 [ECF No. 542] |

| Summary of Fees and Expenses Requested for the Fee Period | |
|---|---|
| **Time Period Covered by This Application:** | May 1, 2022 through August 31, 2022 |
| **Total Compensation Requested:** | $5,992,845.00[2] |
| **Total Expenses Requested:** | $100,555.44 |
| **Total Compensation and Expenses Requested:** | $6,093,400.44 |

---

[2] Total compensation requested reflects an additional voluntary write-off of $60,000.00 that was not reflected in the monthly fee statements submitted during the Fee Period.

| **Summary of Past Requests for Compensation and Prior Payments[3]** | |
| --- | --- |
| **Compensation Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $4,842,276.00 |
| **Expenses Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $100,555.44 |
| **Total Compensation and Expenses Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $4,942,831.44 |

| **Summary of Rates and Other Related Information for the Fee Period** | |
| --- | --- |
| **Blended Rate in This Application for All Partners, of Counsel, and Associates:** | $1,288.82 |
| **Blended Rate in This Application for All Timekeepers:** | $1,249.76 |
| **Number of Professionals Included in This Application:** | 64 |
| **Difference Between Fees Budgeted and Compensation Sought for This Period:** | N/A |
| **Number of Professionals Billing Fewer Than 15 Hours During This Period:** | 18 |

---

[3] Pursuant to the Interim Compensation Order, objections to the *Thirty-Sixth Monthly Fee Statement of Davis Polk & Wardwell LLP for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2022 through August 31, 2022* [ECF No. 5083] (the "**August Monthly Fee Statement**") were to be filed no later than October 5, 2022. As no such objection or other responsive pleading to the August Monthly Fee Statement was filed, Davis Polk anticipates that, prior to the hearing with respect to this Application, it will receive compensation in the amount of $743,587.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Davis Polk incurred in connection with such services during the period from August 1, 2022 through and including August 31, 2022 (the "**August Fee Period**"), and payment of $15,618.73 for the actual, necessary expenses of Davis Polk incurred in connection with such services during the August Fee Period.

**Increase in Rates Since Date of Retention:**    The Fee Period includes a customary annual rate increase for all timekeepers which occurred on January 1, 2022, as disclosed on the Court docket at ECF No. 4259.

This is a(n):    ___ monthly    _x_ interim    ___ final application

**Summary of Prior Monthly Fee Statements of Davis Polk & Wardwell LLP**

| Period Covered and ECF No. | Total Fees Requested | Total Expenses Requested | Total Fees and Expenses Requested | Fees Paid | Expenses Paid | Total Balance Remaining to be Paid[45] |
|---|---|---|---|---|---|---|
| 5/1/2022 – 5/31/2022 ECF No. 4913 | $2,214,314.50 | $36,886.62 | $2,251,201.12 | $1,771,451.60 | $36,886.62 | $442,862.90 |
| 6/1/2022 – 6/30/2022 ECF No. 4986 | $1,748,851.00 | $20,438.77 | $1,769,289.77 | $1,399,080.80 | $20,438.77 | $349,770.20 |
| 7/1/2022 – 7/31/2022 ECF No. 5023 | $1,160,195.50 | $27,611.32 | $1,187,806.82 | $928,156.40 | $27,611.32 | $232,039.10 |
| 8/1/2022 – 8/31/2022 ECF No. 5083 | $929,484.00 | $15,618.73 | $945,102.73 | $743,587.20 | $15,618.73 | $185,896.80 |

---

[4] Total compensation requested reflects an additional voluntary write-off of $60,000.00 that was not reflected in the monthly fee statements submitted during the Fee Period.  This voluntary write-off is not included in the amounts listed below.

[5] Pursuant to the Interim Compensation Order, objections to the *Thirty-Sixth Monthly Fee Statement of Davis Polk & Wardwell LLP for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2022 through August 31, 2022* [ECF No. 5083] (the "**August Monthly Fee Statement**") were to be filed no later than October 5, 2022.  As no such objection or other responsive pleading to the August Monthly Fee Statement was filed, Davis Polk anticipates that, prior to the hearing with respect to this Application, it will receive compensation in the amount of $743,587.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Davis Polk incurred in connection with such services during the period from August 1, 2022 through and including August 31, 2022 (the "**August Fee Period**"), and payment of $15,618.73 for the actual, necessary expenses of Davis Polk incurred in connection with such services during the August Fee Period.

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NINTH INTERIM APPLICATION OF DAVIS POLK & WARDWELL LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
MAY 1, 2022 THROUGH AUGUST 31, 2022**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of Bankruptcy Procedure, incorporating

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases* [General Order M-447], among other guidelines (the "**Local Guidelines**"), The United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**," and together with the Local Guidelines, the "**Fee Guidelines**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "**Interim Compensation Order**"), Davis Polk & Wardwell LLP ("**Davis Polk**"), counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Ninth Interim Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2022 through August 31, 2022* (this "**Application**").    By this Application, Davis Polk seeks allowance of compensation for actual and necessary professional services rendered for the Debtors in the total amount of $5,992,845.00, and for reimbursement of actual, necessary disbursements that Davis Polk incurred in connection with such services in the total amount of $100,555.44, for an aggregate total of $6,093,400.44 during the period of May 1, 2022 through August 31, 2022 (the "**Fee Period**").

## Jurisdiction

1.    The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3.      On September 15, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On September 18, 2019, the Court entered an order [ECF No. 59] authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  On September 27, 2019, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**UCC**") pursuant to section 1102 of the Bankruptcy Code [ECF No. 131].

4.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to facilitate effective administration of these chapter 11 cases are set forth in the *Debtors' Informational Brief* [ECF No. 17].

5.      On November 21, 2019, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

6.      On April 8, 2020, the Court entered the *Order Authorizing the Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023], appointing David M. Klauder as the fee examiner in these cases.

## The Debtors' Retention of Davis Polk

7.      On November 25, 2019, the Court entered the *Order Approving Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* [ECF No. 542] (the "**Retention Order**"),

authorizing Davis Polk's retention by the Debtors. The Retention Order attached hereto as **Exhibit B** and incorporated by reference allows the Debtors to compensate and reimburse Davis Polk in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Guidelines, and the Interim Compensation Order.

8.   The Retention Order also authorizes the Debtors to compensate Davis Polk at its hourly rates charged for services of this type and for the firm's actual, necessary expenses incurred in connection such services rendered during the Fee Period. Among other things, it permits Davis Polk to render the following services:

a.   prepare, on behalf of the Debtors, all necessary or appropriate motions, applications, objections, replies, answers, orders, reports and other papers in connection with the administration of the Debtors' estates;

b.   counsel the Debtors with regard to their rights and obligations as debtors in possession, and their powers and duties in the continued management and operation of their businesses and properties;

c.   provide advice, representation and preparation of necessary documentation and pleadings and taking all necessary or appropriate actions in connection with statutory bankruptcy issues, strategic transactions, asset sale transactions, real estate, intellectual property, employee benefits, tort, commercial and governmental litigation, and corporate and tax matters;

d.   take all necessary or appropriate actions to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved and the preparation of objections to claims filed against the Debtors' estates;

e.   take all necessary or appropriate actions in connection with any chapter 11 plan, all related disclosure statements, all related documents and such further actions as may be required in connection with the administration of the Debtors' estates; and

f.   act as restructuring counsel for the Debtors and performing all other necessary or appropriate legal services in connection with the chapter 11 cases.

**Compensation Paid and Its Sources**

9.     All services during the Fee Period for which compensation is requested by Davis Polk were performed for or on behalf of the Debtors.  Additionally, Davis Polk has not received any payment or promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Fee Application.  A certification confirming Davis Polk's compliance with the Fee Guidelines is annexed hereto as **Exhibit A**.

10.     To the extent that billable time or disbursement charges for services rendered or expenses incurred relate to the Fee Period, but were not processed prior to the preparation of this Fee Application, Davis Polk reserves the right to request compensation for such services and reimbursement of such expenses in a future fee application.

11.     These professional services were rendered by Davis Polk's partners, counsel, associates and paraprofessionals from its various practice groups, including restructuring, litigation, corporate, intellectual property, executive compensation and benefits, trusts and estates, and tax.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

12.     During the Fee Period, Davis Polk's professionals and paraprofessionals expended a total of 4,843.2 hours in connection with providing necessary services.  Davis Polk has been able to efficiently provide services by utilizing the expertise of professionals and paraprofessionals within relevant practice groups to effectively advise the Debtors regarding discrete issues and ensuring that the level of seniority is commensurate with the assignment. Davis Polk, in connection with services rendered on behalf of the Debtors, respectfully requests

allowance of reasonable compensation of such services rendered in the total amount of $5,992,845.00 and reimbursement of actual and necessary expenses incurred in the amount of $100,555.44, for an aggregate total of $6,093,400.44 for the Fee Period.  Annexed hereto as **Exhibit C** is a list of Davis Polk professionals and paraprofessionals, their position with the firm, the department in which the individual practices, the hourly rate charged for their services, the number of hours worked on this matter, and other pertinent information.  **Exhibit D** annexed hereto is a list of the various categories and the total fees and total hours expended by subject matter category.  Davis Polk maintains computerized, detailed time records of services rendered by its professionals and paraprofessionals.  The detailed records for this Fee Period were appended to Davis Polk's monthly fee statements.  Davis Polk engaged in ongoing discussions with the Debtors regarding budgeting and staffing issues.

<u>**Case Status**</u>

13.     Certain of the Debtors have been named in over 2,900 civil actions pending in various state and federal courts and other fora across the United States and its territories (the "**Pending Actions**").  The Debtors commenced these chapter 11 cases to pursue a fair and efficient global resolution of the Pending Actions in order to preserve the value of the Debtors' estates and put that value to work helping address and combat the opioid crisis.  On April 29, 2022, the Court entered an order extending the preliminary injunction with respect to the Pending Actions, until and including the day that is 30 days after the date on which the United States Court of Appeals for the Second Circuit ("**Second Circuit**") issues a decision in the expedited and consolidated appeals (the "**Appeal**") from the December 16, 2021 order of the United States District Court for the Southern District of New York (the "**District Court**") vacating this Court's confirmation order (the "**Confirmation Order**"), provided, however, if the Second Circuit has not issued a decision in the Appeal by July 15, 2022, any party in interest, for

cause shown and upon proper notice, may move to shorten or terminate the preliminary injunction.[2]

14.    On September 17, 2021, the Court issued the Confirmation Order confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (as amended, supplemented or otherwise modified, the "**Plan**").    On December 16, 2021, the District Court issued an order vacating the Confirmation Order.    The Debtors began at once to explore settlement of the issues on appeal, including in the context of the mediation (the "**Mediation**") ordered by the Court on January 3, 2022 among the eight states and the District of Columbia that opposed the Confirmation Order (the "**Nine**"), certain Sackler Family members and trusts (the "**Sackler Mediation Parties**") and the Debtors.

15.    The Mediation was a notable success.    On March 3, 2022, the Nine and the Sackler Mediation Parties announced agreement on a settlement term sheet (the "**Term Sheet**") that secures an additional $1.175 billion in guaranteed payments, up to $500 million in contingent payments[3], and several material and meaningful noneconomic concessions from the Sackler Mediation Parties contingent on Court approval and consummation of the Plan.    On March 10, 2022, the Court entered an order authorizing and approving the Term Sheet.    Under the Term Sheet, each member of the Nine agreed to (and did) withdraw its opposition to the

---

[2] The Preliminary Injunction was initially entered on October 11, 2019, became final on November 6, 2019, *see* Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion For a Preliminary Injunction, *Purdue Pharma L.P. v. Commonw. of Mass.*, Adv. Pro. No. 19-08289 (Bankr. S.D.N.Y. Nov. 6, 2019) [ECF No. 105], and has been subsequently amended.    The currently operative preliminary injunction order was entered on October 4, 2022. *See* Thirtieth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *Purdue Pharma L.P. v. Commonw. of Mass.*, Adv. Pro. No. 19-08289 (Bankr. S.D.N.Y. Oct. 4, 2022) [ECF No. 391].

[3] Of these amounts, $898 million to $1.398 billion is to be paid into the estate, and $276.9 million is to be paid directly to a supplemental opioid abatement fund (the "**SOAF**") established, structured, and administered by the Nine.    Funds in the SOAF will be devoted exclusively to opioid-related abatement, including support and services for survivors, victims, and their families.

appeal of the District Court decision currently being prosecuted by the Debtors and the other

Plan supporters.  Accordingly, the Plan is no longer being opposed by any state in the country.

The parties currently await the Second Circuit's decision on the Appeal.

### Summary of Services Rendered

16.    Davis Polk provided extensive and critical professional advice and other services

in connection with the key developments described above and on myriad other important issues,

often on an urgent basis and within a limited time frame.  Summaries of significant services are

detailed below in accordance with Davis Polk's internal system of project categories:

Asset Acquisitions/Dispositions
Fees: $12,472.00, Total Hours: 10.4

- Under this project category, Davis Polk assisted the Debtors with issues related to the potential sale of certain assets of the Debtors, among other things.  Specifically, Davis Polk:
  - Advised the Debtors and their advisors regarding potential transactions regarding non-core assets and prepared de minimis asset sale procedures.

Automatic Stay/Preliminary Injunction/Litigation/DOJ
Fees: $928,007.50, Total Hours: 751.0

- Under this project category, Davis Polk assisted the Debtors with issues arising in conjunction with (i) activities related to the preliminary injunction; (ii) activities related to the enforcement of the automatic stay and of the preliminary injunction; (iii) defensive litigation efforts, including, among other things, activities related to various omnibus hearings and motions; (iv) activities related to potential litigation efforts in the short- and/or long-term; (v) issues related to adversary proceedings other than the preliminary injunction adversary proceeding; and (vi) activities related to the Appeal:
  - With respect to the preliminary injunction:
    - Drafted briefing and prepared for oral argument regarding Fred Hill's motion to terminate the preliminary injunction; and
    - Communicated with Kroll Restructuring Administration regarding ongoing notice and service issues for a proceeding involving hundreds of parties.
  - With respect to the defense of the automatic stay and the preliminary injunction:

- ▪ Tracked, reviewed, and responded to (threatened and completed) court filings by various parties in violation of the automatic stay, including reviewing incoming complaints;

- ▪ Reviewed, researched, and analyzed various stay- and preliminary-injunction-violation issues as they arose, including complaints filed after the petition date, continued litigation after the preliminary injunction order was entered, and additional service issues; and

- ▪ Communicated with various creditors, pro se parties, and counsel regarding potential violations of the automatic stay and preliminary injunction, including correspondence with plaintiffs regarding stay violations.

- o With respect to defensive and other litigation efforts:

  - ▪ Prepared for various hearings, including but not limited to the May 18, 2022 Omnibus Hearing, June 15, 2022 Omnibus Hearing, July 26, 2022 Omnibus Hearing, and August 17, 2022 Omnibus Hearing. In this capacity, Davis Polk prepared materials for oral argument, communicated with co-counsel regarding hearing strategy, and reviewed and analyzed hearing transcripts;

  - ▪ Prepared a case status report for Judge Lane;

  - ▪ Advised on strategy regarding various issues with potential litigation consequences; and

  - ▪ Analyzed U.S. legal issues related to Canadian proceedings under the Companies' Creditors Arrangement Act, and coordinated with Canadian counsel regarding same.

- o With respect to potential litigation efforts:

  - ▪ Communicated with various creditors and counsel regarding potential litigation activities in the short- and/or long-term.

- o With respect to adversary proceedings other than the preliminary injunction adversary proceeding:

  - ▪ Researched and analyzed legal issues in connection with the insurance adversary proceeding, and engaged with the Debtors and co-advisors, including insurance counsel, regarding same;

  - ▪ Communicated with parties in the MVRA adversary proceeding with respect to continued extension of the deadlines for defendants to respond to the complaint by motion or answer; and

  - ▪ Reviewed, researched, and analyzed legal issues and drafted briefing for the motion to dismiss and related sealing motion in connection with the Ascent adversary proceeding.

- o With respect to the Appeal:

  - ▪ Researched, analyzed, and developed strategy related to further

> appellate litigation, including research and preparation for various remand and non-remand litigation scenarios; and

- ▪ Researched and analyzed various estate claim issues in connection with potential litigation strategies.

Bar Date/Estimation/Claims/Allowance Issues
Fees: $350,833.50, Total Hours: 263.1

- Under this project category, Davis Polk assisted the Debtors with the analysis, negotiation, and preparation of materials related to various claims-related motions and inquiries, as well as issues related to allowance, allocation, valuation, and settlement of claims.  Specifically, Davis Polk:

  - o Conducted legal research and factual diligence on a wide variety of claims-related issues, including allowance, allocation, proofs of claim, and settlement thereof, to assess the Debtors' options for resolving and exiting these chapter 11 cases;

  - o Consulted with and responded to inquiries from the Debtors, the Creditors' Committee, and other stakeholders regarding the foregoing;

  - o Conducted legal research and factual diligence and prepared and filed litigation materials to resolve claims-related motions filed by creditors, including late claim motions and pro se motions requesting various forms of relief; and

  - o Coordinated and consulted with the Debtors' Court-appointed claims and noticing agent, Kroll Restructuring Administration and co-counsel regarding claims issues, proofs of claim, claimant questions, and claims analysis.

Corporate Governance, Board Matters and Communications
Fees: $202,678.50, Total Hours: 121.9

- Under this project category, Davis Polk assisted the Debtors' board of directors (the **"Board"**) and various Board committees with analysis and advice regarding corporate governance issues, reviewed and prepared corporate documents, and provided advice regarding communications with the media and other stakeholders, among other things.  Specifically, Davis Polk:

  - o Prepared for and attended general meetings of the Board, the Special Committee of the Board, and other committees thereof;

  - o Coordinated with the Debtors' internal communications teams and outside advisors regarding communications strategy, press inquiries and related matters;

  - o Reviewed press releases and reports;

  - o Advised, prepared materials for, and participated in numerous meetings and calls with the Board and various committees, including on issues regarding

emergence from chapter 11, pending litigation, and chapter 11 case status and strategy; and

o   Drafted and reviewed numerous documents for the Board and various committees, including minutes, resolutions and Board decks.

Creditor/UCC/AHC Issues
Fees: $257,289.00, Total Hours: 212.9

- Under this project category, Davis Polk assisted the Debtors with coordinating and communicating with creditors, including the UCC, on a variety of issues.  Specifically, Davis Polk:

    o   Prepared, reviewed, revised, and produced materials for, and conferred with, the UCC, the Ad Hoc Committee, the NAS Ad Hoc Committee, and other creditor groups regarding all aspects of the chapter 11 cases, including the production of nearly weekly diligence and documents in response to various information requests and subpoenas;

    o   Coordinated with the Debtors, in-house electronic discovery team and external vendors (PJT Partners, AlixPartners, Cobra, and TCDI) for the compilation of information, answers, summaries and documents responsive to diligence requests;

    o   Prepared, discussed, reviewed, and revised materials in collaboration with the Debtors, in-house electronic discovery team, and external vendors (AlixPartners and KLD) regarding confirmation-related discovery, including issues related to the confirmation document reserve and public document repository; and

    o   Prepared, discussed, reviewed, and revised responses to the NAS Ad Hoc Committee's discovery motions and document requests, and conferred with the NAS Ad Hoc Committee to resolve issues in connection with those requests.

Cross-Border/International Issues
Fees: $12,159.50, Total Hours: 8.3

- Under this project category, Davis Polk assisted the Debtors with issues related to claims and proceedings in foreign jurisdictions, among other things.  Specifically, Davis Polk:

    o   Conducted conferences and calls with foreign counsel regarding strategy and Companies' Creditors Arrangement Act proceedings.

Equityholder/IAC Issues
Fees: $879.00, Total Hours: 0.6

- Under this project category, Davis Polk assisted the Debtors with the analysis of issues concerning the Debtors' equityholders and independent associated companies

(the "**IACs**").

<u>Customer/Vendor/Lease/Contract Issues</u>
Fees: $32,919.00, Total Hours: 30.2

- Under this project category, Davis Polk assisted the Debtors with issues related to the Debtors' customers and vendors, negotiations with lease and contract parties, and preparation of pleadings and litigation regarding the Debtors' commercial agreements, among other things.  Specifically, Davis Polk:

    o Reviewed and analyzed executory and other contracts and agreements in response to inquiries from the Debtors and co-advisors;

    o Analyzed and provided advice to the Debtors and co-advisors regarding the adversary proceeding brought by the Debtors and Court-approved co-plaintiffs against certain insurance coverage providers, including confidentiality and discovery matters; and

    o Discussed matters with the Debtors and co-advisors regarding contract review and issues regarding contract assignment and termination.

<u>Employee/Pension Issues</u>
Fees: $902,324.50, Total Hours: 640.2

- Under this project category, Davis Polk assisted the Debtors with the review and analysis of employee-related issues including compensation, bonuses, incentive plans, and severance issues, among other things.  Specifically, Davis Polk:

    o Reviewed and discussed materials on compensation programs with the Debtors and co-advisors;

    o Drafted and revised agreements and other documents related to employee compensation;

    o Advised the Debtors on questions and issues related to compensation, employee termination and retirement provisions, and personnel matters before and after emergence;

    o Advised the Debtors in connection with the proposed Key Employee Incentive Plan and Key Employee Retention Plan, including potential claims;

    o Drafted and revised 2022 compensation motions, responded to objections thereto, and prepared witnesses for and attended related hearings; and

    o Prepared presentations and resolutions for and attended Compensation and Talent Committee calls and meetings.

<u>General Case Administration</u>
Fees: $651,639.50, Total Hours: 579.6

- Under this project category, Davis Polk assisted the Debtors with general matters related to case administration, including case coordination, case calendaring, the filing of court papers, and attending hearings. Specifically, Davis Polk:

  o Prepared for and attended:

    ▪ The Omnibus Hearing on May 18, 2022;

    ▪ The Omnibus Hearing on June 15, 2022;

    ▪ The Omnibus Hearing on July 26, 2022; and

    ▪ The Omnibus Hearing on August 17, 2022.

  o Prepared for, coordinated, and attended weekly internal meetings on case status to develop and efficiently manage workstreams;

  o Maintained a critical dates calendar for clients and co-advisors, and reviewed and distributed filings on the Court's docket to co-advisors and internal teams;

  o Drafted and filed numerous court papers related to case administration, including notices of hearing dates and adjournments and hearing agendas; and

  o Provided advice regarding matters not reflected in other project codes.

<u>Non-DPW Retention and Fee Issues</u>
Fees: $73,218.00, Total Hours: 66.2

- Under this project category, Davis Polk assisted the Debtors with the preparation of retention materials, disclosures and fee applications for the Debtors' non-Davis Polk professionals. Specifically, Davis Polk:

  o Coordinated with various professionals regarding seeking approval of their interim fee applications and ordinary course professional fee cap increases;

  o Assisted and responded to inquiries from the Debtors' other professionals with respect to retention and the preparation and filing of fee statements and applications; and

  o Attended numerous calls, and corresponded with the Debtors and the Debtors' other professionals regarding the retention process and related fee orders.

<u>Support Agreement/Plan/Disclosure Statement</u>
Fees: $2,135,764.00, Total Hours: 1,679.9

- Under this project category, Davis Polk assisted the Debtors with issues related to the Debtors' Plan and post-emergence structure, among other things. Specifically, Davis Polk:

  o Researched, analyzed and developed post-appeal strategy, and conducted extensive research regarding post-appeal procedural issues and timing

considerations;

- o Engaged with creditors and creditor groups regarding post-appeal issues and coordinated internally on related communications;

- o Analyzed, revised, and coordinated with co-counsel regarding post-appeal advocacy planning;

- o Conducted extensive research, and reviewed and analyzed numerous legal precedents regarding Plan structure considerations and strategies in response to the District Court appeal decision;

- o Coordinated with Canadian counsel regarding Canadian litigation and insolvency proceedings;

- o Researched, prepared, and filed litigation materials to resolve Plan and claims-related motions filed by creditors, including pro se motions requesting various reliefs;

- o Conducted extensive analysis regarding implementation of the shareholder settlement, and drafted and revised settlement documentation (including settlement agreements, an intercreditor agreement, security agreements, collateral agreements and other ancillary documents) in connection with the shareholder settlement;

- o Engaged with counsel to creditor groups and shareholders regarding implementation of the shareholder settlement, and drafted proposed revisions to Plan to reflect mediation settlement;

- o Conducted extensive diligence and preparation regarding further developing the necessary structures and plans required for emergence;

- o Researched and analyzed various issues regarding emergence in consultation with the Debtors and major stakeholders, including tax-related issues and issues related to trust formation and collateral held by trusts;

- o Researched and analyzed various estate claim issues, and communicated with various creditors and counsel regarding same;

- o Drafted and negotiated tolling stipulations regarding estate claims; and

- o Drafted, revised and filed a case status report with the Court.

**DPW Retention/Preparation of Fee Statements/Applications Budget**
Fees: $182,023.00, Total Hours: 251.6

- • Under this project category, Davis Polk assisted the Debtors with issues related to Davis Polk's retention, including the preparation and review of Davis Polk's monthly fee applications. Specifically, Davis Polk:

- o Drafted and prepared monthly fee statements for the months of April, May, June, and July of 2022;

- o Drafted and prepared the eighth interim fee application;

- o Drafted and prepared responses to the fee examiner's inquiries as to the eighth interim fee application; and

- o Internally coordinated and reviewed over a hundred pages of time entries for privilege and confidentiality.

<u>IP, Regulatory and Tax</u>
Fees: $214,498.50, Total Hours: 164.3

- Under this project category, Davis Polk assisted the Debtors with intellectual property and tax issues, among other things.  Specifically, Davis Polk:

  - o Continued to advise and perform analysis regarding tax issues, including issues related to emergence structures and Debtor business activities;

  - o Engaged in analysis and negotiations, and drafted documentation related to settlement, including tax matters agreements; and

  - o Continued to advise on intellectual property-related matters, including revising agreements regarding the contemplated transfer of intellectual property assets from the Debtors to NewCo and advising on certain patent litigation matters.

<u>Special Committee/Investigation Issues</u>
Fees: $96,139.50, Total Hours: 63.0

- Under this project category, Davis Polk assisted and advised the Special Committee of the Debtors' Board of Directors (the "**Special Committee**").  Specifically, Davis Polk:

  - o Advised the Special Committee on issues concerning the Debtors' Key Employee Incentive Plan and Key Employee Retention Plan, including potential claims;

  - o Advised the Special Committee on issues concerning the indemnification of the Debtors' employees and other issues within its mandate; and

  - o Advised the Special Committee regarding the status of ongoing bankruptcy proceedings.

## **Actual and Necessary Expenses**

17.    As set forth in **Exhibit E** hereto, Davis Polk has incurred or disbursed $100,555.44 in expenses in providing professional services to the Debtors during the Fee Period. These expense amounts are intended to cover Davis Polk's direct operating costs, which costs are not incorporated into the Davis Polk hourly billing rates.  Only clients for whom the services

are actually used are separately charged for such services.  The effect of including such expenses as part of the hourly billing rates would unfairly impose additional costs upon clients who do not require extensive photocopying, delivery, and other services.  Davis Polk charges its bankruptcy clients $0.10 per page for photocopying and printing job expenses.  On several occasions, overnight delivery of documents and other materials were required as a result of circumstances necessitating the use of such express services.

18.     Regarding providers of online legal research (e.g., LexisNexis and Westlaw), Davis Polk charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Davis Polk's actual cost.  Davis Polk currently is under contract to pay these providers a flat fee every month.  Charging its clients the online providers' standard usage rates allows Davis Polk to cover adequately the monthly flat fees it must pay to these types of providers.

19.     Davis Polk has made every effort to minimize its expenses in the chapter 11 cases.  The actual expenses incurred in providing professional services to the Debtors were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors, their estates, and other parties in interest.

## Davis Polk's Requested Compensation and Reimbursement Should Be Allowed

20.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered … and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including –

    (a)    the time spent on such services;

    (b)    the rates charged for such services;

    (c)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (d)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

    (e)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.    The foregoing professional services were performed by Davis Polk in an efficient manner, were necessary and appropriate to the administration of the chapter 11 cases, and were in the best interests of the Debtors, their estates, and other parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, and tasks involved.  As required by the U.S. Trustee guidelines, annexed hereto as **Exhibit F** is a chart setting forth the comparative blended rates of the professionals and paraprofessionals who rendered services with a corresponding comparison of rates for professionals and paraprofessionals not involved in these chapter 11 cases.

## Notice

22.    The Debtors will provide notice of this Application in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

17

WHEREFORE, Davis Polk, in connection with services rendered on behalf of the Debtors, respectfully requests allowance of reasonable compensation of such services rendered in the total amount of $5,992,845.00 and reimbursement of actual and necessary expenses incurred in the amount of $100,555.44, for an aggregate total of $6,093,400.44 for the Fee Period.

Dated:   October 17, 2022
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Marshall S. Huebner*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Certification of Compliance with Fee Guidelines**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**CERTIFICATION OF MARSHALL S. HUEBNER IN SUPPORT OF
NINTH INTERIM APPLICATION OF DAVIS POLK & WARDWELL LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM MAY 1, 2022 THROUGH AUGUST 31, 2022**

I, Marshall S. Huebner, hereby certify that:

1.     I am an attorney admitted into practice in the State of New York and a partner at

the law firm of Davis Polk & Wardwell LLP ("**Davis Polk**"), located at 450 Lexington Avenue,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

New York, New York.  I am familiar with the work performed on behalf of the above-captioned

debtors and debtors in possession ("**Debtors**") by Davis Polk.

2.      I have reviewed the *Ninth Interim Application of Davis Polk & Wardwell LLP for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the*

*Debtors and Debtors in Possession for the Period from May 1, 2022 through August 31, 2022*

(the "**Application**") to certify to certain matters addressed in the (i) *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered

on November 21, 2019 [ECF No. 529] (the "**Interim Compensation Order**"),  (ii) Rule 2016-1

of the Local Rules of Bankruptcy Procedure, incorporating the *Amended Guidelines for Fees and*

*Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*

[General Order M-447], among other guidelines (the "**Local Guidelines**"), and (iii) The United

States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement

of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases effective as

of November 1, 2013 (the "**U.S. Trustee Guidelines,**" and together with Local Guidelines, the

"**Fee Guidelines**").[2]  The Application covers the period May 1, 2022 through August 31, 2022

(the "**Fee Period**").

3.      To the best of my knowledge, information and belief, the statements contained in

the foregoing Application are true and accurate in all material respects and comply with the Fee

Guidelines in material part.  Davis Polk responds to the questions identified in the U.S. Trustee

Guidelines as follows:

Question 1: Did you agree to any variations from, or alternatives to, your standard
or customary billing rates, fees, or terms for services pertaining to this

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim
Compensation Order.

engagement that were provided during the application period?   If so, please explain.

> Answer: Davis Polk has agreed to negotiated discounts off of its standard rates.

Question 2: If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did you discuss the reasons for the variation with the client?

> Answer: Because of the contemplated effective date and exceptional nature of activities during the Fee Period, there was no written budget for the Fee Period.   However, Davis Polk engaged in ongoing discussions with the Debtors regarding budgeting and staffing issues and provided the Debtors with fee estimates for various scenarios following resolution of the Appeal.   As the Second Circuit did not issue a decision during the Fee Period, the fees sought in the Application are substantially less than the estimated fees in any post-Appeal scenario.

Question 3: Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

> Answer: As disclosed in the Retention Application, no.

Question 4: Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?

> Answer: The Application includes time and fees related to reviewing or revising time records or preparing, reviewing, or revising invoices in connection with the preparation of four monthly fee statements relating to the Fee Period covered by the Application.   Davis Polk is seeking compensation for approximately 187.5 hours and $129,319.00 in fees related to reviewing and revising time records with respect to both the preparation of such fee applications, and reviewing time records for redactions as queried in question 5, which collectively represents approximately 2.1% of the aggregate amount of the fees requested.

Question 5: Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

> Answer: The Application includes time and fees related to reviewing time records to redact any privileged or other confidential information.   Such charges are included in the time charges set forth in the response to question 4 and are not separately calculated.

Question 6: Did the Application include any rate increases since retention in these cases?

> Answer: The Application includes a single customary annual rate increase for all timekeepers as disclosed in a supplemental declaration filed on the Court docket at ECF No. 4259.

Question 7:  Did the client agree when retaining Davis Polk to accept all future rate increases?  If not, did Davis Polk inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

> Answer: The client was informed regarding Davis Polk's rates and future rate increases as part of its approval of Davis Polk's retention application.

Dated:    October 17, 2022
          New York, New York

By:  */s/ Marshall S. Huebner*
     Marshall S. Huebner
     Partner
     Davis Polk & Wardwell LLP

**<u>Exhibit B</u>**

**Retention Order**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF HEARING ON APPLICATION OF DEBTORS FOR AUTHORITY
TO RETAIN AND EMPLOY DAVIS POLK & WARDWELL LLP AS
ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that on November 5, 2019, Purdue Pharma L.P. and certain of

its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**") filed the *Application of Debtors for Authority to Employ and Retain*

*Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* (the

"**Application**"). A hearing on the Application will be held on **November 19, 2019, at 10:00 a.m.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**(Prevailing Eastern Time)** (the "**Hearing**") before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application shall be in writing, shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the

*Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*,

entered on October 23, 2019 [Docket No. 342], so as to be filed and received no later than

**November 15, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

 **PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend

the Hearing, and failure to appear may result in relief being granted upon default.

 **PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served

with respect to the Application, the Debtors may, on or after the Objection Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Application, which order may be entered without further notice or opportunity to be heard.


Dated: November 5, 2019
   New York, New York

      DAVIS POLK & WARDWELL LLP

      By: */s/ Eli J. Vonnegut*

      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile:  (212) 701-5800
      Marshall S. Huebner
      Benjamin S. Kaminetzky
      Timothy Graulich
      Eli J. Vonnegut

      *Proposed Counsel to the Debtors*
      *and Debtors in Possession*

DAVIS POLK & WARDWELL LLP

450 Lexington Avenue

New York, New York 10017

Telephone: (212) 450-4000

Facsimile: (212) 701-5800

Marshall S. Huebner

Benjamin S. Kaminetzky

Timothy Graulich

Eli J. Vonnegut

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**APPLICATION OF DEBTORS FOR AUTHORITY TO**
**EMPLOY AND RETAIN DAVIS POLK & WARDWELL LLP AS**
**ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Purdue Pharma L.P. ("**PPLP**") and its affiliates that are debtors and debtors in possession

in these proceedings (collectively, the "**Debtors**," the "**Company**" or "**Purdue**") hereby submit

this *Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as*

*Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* (this "**Application**"). In support

of the Application, the Debtors rely on the (i) *Declaration of Marshall S. Huebner in Support of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140),
Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc.
(7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584),
Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and
SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser
Boulevard, Stamford, CT 06901.

*the Application of Debtors for Entry of an Order Authorizing the Debtors to Employ and Retain*

*Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date*

(the "**Huebner Declaration**") filed contemporaneously herewith and attached hereto as

**Exhibit A** and (ii) *Declaration of Marc L. Kesselman in Support of the Application of Debtors*

*for Entry of an Order Authorizing the Debtors to Employ and Retain Davis Polk & Wardwell*

*LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* (the "**Kesselman**

**Declaration**") filed contemporaneously with this Application and attached hereto as **Exhibit B**,

and respectfully state as follows:

## Jurisdiction and Venue

1.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157

and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012

(Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule

7008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Debtors

consent to entry of a final order by the Court in connection with this Motion to the extent that it

is later determined that the Court, absent consent of the parties, cannot enter a final order or

judgment consistent with Article III of the United States Constitution.  Venue is proper before

the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      On September 15, 2019 (the "**Petition Date**"), the Debtors each commenced with

this Court a voluntary case under chapter 11 of title 11 of the United States Code (the

"**Bankruptcy Code**").  The Debtors are authorized to operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.  On September 26, 2019, the United States Trustee for the Southern District of New York

(the "**U.S. Trustee**") appointed the creditors' committee pursuant to section 1102 of the

Bankruptcy Code [D.I 131]. No request has been made for the appointment of a trustee or examiner in above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of Chapter 11 Cases* [D.I. 59] entered by the Court in each of the chapter 11 cases.

3.      Additional information about the Debtors' businesses and the events leading up to the Petition Date can be found in the *Debtors' Informational Brief* [D.I. 17].

## Relief Requested

4.      By this Application, and pursuant to section 327(a) of title 11 of the Bankruptcy Code, Rules 2014(a) and 2016(b) of the Bankruptcy Rules and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), the Debtors seek entry of an order (the "**Proposed Order**") authorizing the Debtors to employ and retain Davis Polk & Wardwell LLP ("**Davis Polk**") as their restructuring counsel *nunc pro tunc* to the Petition Date to perform the legal services that will be required during the Chapter 11 Cases. The Debtors request that the United States Bankruptcy Court for the Southern District of New York (the "**Court**") approve the employment of Davis Polk under the terms and conditions set forth in this Application, as more fully described in the Huebner Declaration and the Kesselman Declaration.

## Basis for Relief

5.      The Debtors have been informed that the Davis Polk attorneys who will be engaged in the Chapter 11 Cases are admitted to practice before the Court or shall, as necessary, seek to be admitted, *pro hac vice*.

-3-

6.      The Debtors have selected Davis Polk as their restructuring counsel because of

the firm's extensive experience and knowledge in both corporate transactional work and

litigation.  Davis Polk has been actively involved in a wide variety of major chapter 11 cases,

including (in the last three years):  *In re Southcross Energy Partners L.P.*, Case No. 19-10702

(MFW) (Bankr. D. Del. April 1, 2019); *In re Windstream Holdings, Inc.*, Case No. 19-22312

(RDD) (Bankr. S.D.N.Y. Feb. 25, 2019); *In re Pernix Sleep, Inc.*, Case No. 19-10323 (CSS)

(Bankr. D. Del. Feb. 18, 2019); *In re FullBeauty Brands Holdings Corp.*, Case No. 19-22185

(RDD) (Bankr. S.D.N.Y. Feb. 3, 2019); *In re PG&E Corp.*, Case No. 19-30088 (DM) (Bankr.

N.D. Cal. Jan. 29, 2019); *In re Checkout Holding Corp.*, Case No. 18-12794 (KG) (Bankr. D.

Del. Dec. 12, 2018); *In re Dixie Electric LLC*, Case No. 18-12477 (KG) (Bankr. D. Del. Nov. 2,

2018); *In re Sears Holdings Corp.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y. Oct. 15, 2018);

*In re Enduro Resource Partners, LLC*, Case No. 18-11174 (KG) (Bankr. D. Del. May 15, 2018);

*In re Fieldwood Energy, LLC*, Case No. 18-30648 (DRJ) (Bankr. S.D. Tex. Feb. 15, 2018); *In re

Ascent Resources Marcellus Holdings*, Case No. 18-10265 (LSS) (Bankr. D. Del. Feb. 6, 2018);

*In re PES Holdings, LLC*, Case No. 18-10122 (KG) (Bankr. D. Del. Jan. 21, 2018); *In re Toys

"R" Us, Inc.*, Case No. 17-34665 (KLP) (Bankr. E.D. Va. Sept. 18, 2017); *In re TerraVia

Holdings, Inc.*, Case No. 17-11655 (CSS) (Bankr. D. Del. Aug. 2, 2017); *In re GenOn Energy,

Inc.*, Case No. 17-33695 (DRJ) (Bankr. S.D. Tex. June 4, 2017); *In re Memorial Production

Partners LP*, Case No. 17-30262 (MI) (Bankr. S.D. Tex. Jan. 17, 2017); *In re Bonanza Creek

Energy, Inc.*, Case No. 17-10015 (KJC) (Bankr. D. Del. Jan. 4, 2017); *In re Basic Energy Serv.,

Inc.*, Case No. 16-12320 (KJC) (Bankr. D. Del. Oct. 25, 2016); *In re Key Energy Servs., Inc.*,

Case No. 16-12306 (BLS) (Bankr. D. Del. Oct. 24, 2016); *In re CJ Holding Co.*, Case No. 16-

33590 (DRJ) (Bankr. S.D. Tex. July 20, 2016); *In re China Fishery Group Limited (Cayman)*,

Case No. 16-11895 (Bankr. S.D.N.Y. June 30, 2016); *In re SandRidge Energy, Inc.*, Case No.

16-32488 (DRJ) (Bankr. S.D. Tex. May 16, 2016); *In re Midstates Petroleum, Inc.*, Case No. 16-

32237 (DRJ) (Bankr. S.D. Tex. May 16, 2016); *In re Peabody Energy Corp.*, Case No. 16-42529

(BSS) (Bankr. E.D. Mo. Apr. 13, 2016).

7.     Davis Polk is intimately familiar with the Debtors' businesses and financial affairs

and is well-qualified to provide the services required by the Debtors in the Chapter 11 Cases.

Davis Polk has provided extensive advice to the Debtors since March 2018 on a broad array of

matters and has performed services necessary to enable the Debtors to file for protection under

chapter 11.  Davis Polk, along with PJT Partners LP, AlixPartners, LLP and the Debtors, has

been primarily responsible for the Debtors' preparation for the Chapter 11 Cases.  Accordingly,

Davis Polk has significant relevant experience with the Debtors to deal effectively and efficiently

with the primary legal issues and problems likely to arise in the context of the Chapter 11 Cases.

8.     The Debtors believe that Davis Polk is both well-qualified and uniquely able to

represent them in the Chapter 11 Cases in an efficient and effective manner.  If the Debtors are

required to retain restructuring counsel other than Davis Polk in connection with the prosecution

of their Chapter 11 Cases, the Debtors, their estates and all parties in interest will be unduly and

materially prejudiced, including by the time and substantial expense necessary to enable other

counsel to become familiar with the Debtors' businesses, operations and restructuring needs.

The Debtors, therefore, request that the Court authorize Davis Polk to represent the Debtors.

### Scope of Services

9.     The services of Davis Polk are appropriate and necessary to enable the Debtors to

execute their duties as debtors and debtors in possession faithfully and to implement the

restructuring of the Debtors.  Subject to further order of the Court, the Debtors propose to

employ Davis Polk to render such legal services as may be requested by the Debtors and able to
be performed by Davis Polk, including, without limitation:

(a)    preparing, on behalf of the Debtors, as debtors in possession, all necessary
or appropriate motions, applications, objections, replies, answers, orders, reports and
other papers in connection with the administration of the Debtors' estates;

(b)    counseling the Debtors with regard to their rights and obligations as
debtors in possession and their powers and duties in the continued management and
operation of their businesses and properties;

(c)    providing advice, representation and preparation of necessary
documentation and pleadings and taking all necessary or appropriate actions in
connection with statutory bankruptcy issues, strategic transactions, asset sale transactions,
real estate, intellectual property, employee benefits, business and commercial litigation,
corporate and tax matters, and prosecution and settlement of claims both against and by
the Debtors;

(d)    taking all necessary or appropriate actions to protect and preserve the
Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense
of any actions commenced against the Debtors, the negotiation of disputes in which the
Debtors are involved and the preparation of objections to claims filed against the
Debtors' estates;

(e)    taking all necessary or appropriate actions in connection with any
chapter 11 plan, all related disclosure statements and all related documents and such
further actions as may be required in connection with the administration of the Debtors'
estates; and

(f)     acting as general restructuring counsel for the Debtors and performing all

other necessary or appropriate legal services in connection with the Chapter 11 Cases.

**Compensation**

10.     For the services rendered by Davis Polk, the Debtors propose to pay Davis Polk

the applicable rates for timekeepers on this matter set forth in the Huebner Declaration and to

reimburse Davis Polk according to its customary reimbursement policies, and the Debtors

respectfully submit that such rates and policies are reasonable. Davis Polk adjusts its rates

periodically, generally on or around January 1 of each year.

11.     As set forth in the Huebner Declaration, prior to the Petition Date, on September

27, 2018, February 25, 2019, April 16, 2019, and September 9, 2019, the Debtors provided Davis

Polk with advance payments of $2,000,000, $2,000,000, $2,000,000 and $3,000,000,

respectively, to establish and maintain a retainer, the current balance of which is approximately

$5,115,859.35 (collectively, the "**Retainer**") in connection with, and in contemplation of, the

Chapter 11 Cases.  Additionally, Davis Polk has submitted invoices to the Debtors, applied the

Retainer towards Davis Polk's invoiced services and fees and has subsequently sought and

received replenishment of the Retainer by the Debtors. The Debtors propose that the remainder

of the Retainer be treated as an evergreen retainer and held by Davis Polk as security throughout

the Chapter 11 Cases.

12.     The Debtors understand that, in connection with the reimbursement of reasonable

and necessary expenses, it is Davis Polk's policy to charge its clients for certain expenses

incurred in connection with providing certain client services, including travel, meals, lodging,

photocopying, postage, vendor charges, delivery service and other expenses incurred in

providing professional services.

13.     Davis Polk will be required to apply for compensation for professional services

rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in

compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the

Bankruptcy Rules, Local Rules and any other applicable procedures and orders of the Court.

The Debtors understand that Davis Polk intends to make reasonable efforts to comply with the

Office of the United States Trustee for Region 2's requests for information and additional

disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and*

*Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*

*Cases Effective November 1, 2013* (the "**UST Guidelines**"), in connection with any interim and

final fee applications to be filed by Davis Polk in the Chapter 11 Cases.

### Davis Polk's Disinterestedness

14.     The Debtors have reviewed the Huebner Declaration and, to the best of the

Debtors' knowledge, Davis Polk and its professionals (a) are "disinterested" as that term is

defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the

Bankruptcy Code, and, as required by section 327(a) and referenced by section 328(c) of the

Bankruptcy Code, neither hold nor represent any interest adverse to the Debtors or their estates

and (b) except as disclosed in the Huebner Declaration, have no relevant and disabling

connection to the Debtors, their significant creditors or certain other potential parties in interest

whose names were supplied to Davis Polk by the Debtors.

15.     Davis Polk has informed the Debtors that it will conduct an ongoing review

commencing on or around each April 1 and October 1 that occurs during the Chapter 11 Cases to

ensure that no disqualifying circumstances have arisen and that, if any new facts that Davis Polk

believes should be disclosed to the Court and the parties in interest in the Chapter 11 Cases are

discovered, Davis Polk will file a supplemental disclosure with the Court and serve such

supplemental disclosure on the U.S. Trustee.  If any new material and relevant facts are

discovered between the aforementioned semi-annual review periods, the Debtors understand that

Davis Polk will promptly file a supplemental disclosure with the Court and serve such

supplemental disclosure on the U.S. Trustee.

### *Nunc Pro Tunc* Relief Is Appropriate

16.     Pursuant to the Debtors' request, Davis Polk has agreed to serve as restructuring

counsel for the Debtors on and after the Petition Date with assurances that the Debtors would

seek approval of its employment and retention *nunc pro tunc* to the Petition Date, so that Davis

Polk may be compensated for its pre-Application services.  The Debtors believe that no party in

interest will be prejudiced by the granting of the *nunc pro tunc* employment, as provided in this

Application, because Davis Polk has provided and continues to provide valuable services to the

Debtors' estates in the interim period.  The Local Rules empower courts in this district to

approve *nunc pro tunc* employment, and the Debtors submit that such approval is justified here.

### Notice and No Prior Request

17.     Notice of this Application will be provided to: (a) the entities on the Master

Service List (as defined in the Case Management Order and available on the Debtors' case

website at https://restructuring.primeclerk.com/purduepharma) and (b) any party that has

requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "**Notice Parties**").

18.     A copy of this Application and any order approving it will also be made available

on the Debtors' Case Information Website located at

https://restructuring.primeclerk.com/purduepharma.  Based on the circumstances surrounding

this Application and the nature of the relief requested herein, the Debtors respectfully submit that

no further notice is required.

19-23649-rdd    Doc 415    Filed 11/05/19    Entered 11/05/19 21:31:57    Main Document
Pg 9 of 34

19.     The Debtors have not previously sought the relief requested herein from the Court

or any other court.

*[Remainder of Page Intentionally Left Blank]*

19-23649-rdd    Doc 415    Filed 11/05/19    Entered 11/05/19 21:35:57    Main Document
Pg 14 of 34

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit C**, granting the relief requested herein and such other and further relief as the Court deems just and proper.

Dated: November 5, 2019

**PURDUE PHARMA L.P.**
(for itself and on behalf of its affiliates that are debtors and debtors in possession)

*/s/ Marc L. Kesselman*

Marc L. Kesselman
Senior Vice President, General Counsel & Corporate Secretary
Purdue Pharma L.P.

19-23649-rdd    Doc 419-1    Filed 11/06/19    Entered 11/06/19 21:31:57    Exhibit A
Pg 44 of 130

## Exhibit A

**Huebner Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | Jointly Administered |

### DECLARATION OF MARSHALL S. HUEBNER IN SUPPORT OF THE APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DAVIS POLK & WARDWELL LLP AS ATTORNEYS FOR THE DEBTORS <u>NUNC PRO TUNC</u> TO THE PETITION DATE

Marshall S. Huebner, in support of the *Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 5, 2019 (the "**Application**"),[2] declares as follows:

1. I am a partner of Davis Polk, a law firm with its principal office at 450 Lexington Avenue, New York, New York 10017 and other offices in Washington, D.C., Northern California, London, Paris, Madrid, São Paulo, Tokyo, Beijing and Hong Kong.

2. I submit this declaration (the "**Declaration**") (a) in connection with the Application wherein the Debtors seek entry of an order authorizing the Debtors to employ and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

retain Davis Polk as their restructuring counsel in the Chapter 11 Cases *nunc pro tunc* to the

Petition Date at rates set forth below and in accordance with the Firm's normal reimbursement

policies, (b) in compliance with sections 329 and 504 of the Bankruptcy Code and (c) to provide

the disclosure required under Bankruptcy Rules 2014(a) and 2016(b) and Local Rules 2014-1

and 2016-1.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts

set forth herein.

       3.      To the extent it is brought to my attention that any information disclosed herein

requires amendment or modification upon Davis Polk's completion of further review or as

additional party in interest information becomes available to it, I intend to file a supplemental

declaration reflecting such amended or modified information.

       4.      Subject to the qualifications herein and to the best of my knowledge, neither I,

Davis Polk, nor any partner, counsel or associate of the Firm represents any entity other than the

Debtors in connection with the Chapter 11 Cases.  In addition, except as set forth herein, to the

best of my knowledge, after an inquiry conducted by associates and others working under my

ultimate supervision, neither I, Davis Polk, nor any partner, counsel or associate of the Firm

represents any party in interest in the Chapter 11 Cases in matters related to the Chapter 11

Cases.

       5.      Davis Polk has in the past represented, currently represents or may in the future

represent, in matters unrelated to the Chapter 11 Cases, entities that are potential claimants or

interest holders of the Debtors.  Davis Polk, which employs more than 900 attorneys, has a large

and diversified legal practice that encompasses the representation of many financial institutions

and commercial corporations.  Some of those entities are, or may consider themselves to be,

creditors or parties in interest in the Chapter 11 Cases or to otherwise have interests in the

Chapter 11 Cases.

6.      In preparing this Declaration, I relied on information brought to my attention

pursuant to procedures Davis Polk has used to evaluate compliance with the requirements of the

Bankruptcy Code and the Bankruptcy Rules regarding the employment and retention of

professionals by a debtor under the Bankruptcy Code (the "**Internal Review Procedures**").

Pursuant to the Internal Review Procedures, the Firm has taken the following actions to identify

parties relevant to this Declaration and to ascertain Davis Polk's connection to such parties:

(a)      A list of the Debtors, their affiliates and other potential parties in interest

in the Chapter 11 Cases (as set forth on **Schedule 1** hereto, the "**Potential Parties In

Interest**") was created by the Debtors upon review of their records and in consultation

with Davis Polk attorneys.

(b)      Davis Polk compared each of the Potential Parties In Interest to the Firm's

master records database from its conflict clearance and billing records, by searching all

clients and former clients going back two years for any matters that have been opened or

closed (the "**Records Database**").  The Records Database includes the name of each

current or former client and, for each significant current or former matter for each client

or former client, the names of the Davis Polk personnel identified at the time such matter

was opened as responsible for such matter and, in most instances, the names of certain

other material parties directly relevant to such matter.  It is Davis Polk's policy that no

new matter may be accepted or opened without completing and submitting to those

charged with maintaining the Records Database the information necessary to check each

such matter for conflicts, including the identity of the prospective client, the matter and

-3-

other relevant parties.  Accordingly, the Records Database is regularly updated for every new client retaining Davis Polk and significant matters undertaken for each such client.

(c)     Any matches between the Records Database and the list of Potential Parties In Interest, where a Potential Party In Interest was listed as a client of Davis Polk, were identified (the "**Client Match List**").

(d)     An attorney then reviewed the Client Match List and deleted individuals or entities that Davis Polk does not currently represent and has not represented in the last two years.  The remaining individuals or entities are set forth on **Schedule 2** attached hereto.

(e)     A general inquiry was sent to all Davis Polk attorneys by email asking whether any of them or their immediate family members (spouse, domestic partner, minor children or family member living in his or her household) (i) owns any debt or equity securities of any of the Debtors, (ii) holds a claim against any of the Debtors, (iii) is or was an officer, director or employee of any of the Debtors, (iv) is related to or has any business or familial connections to any Bankruptcy Judge in the Southern District of New York or person at the Office of the United States Trustee for the Southern District of New York or (v) is aware of any representation by Davis Polk of the Debtors in any capacity and such attorney has not previously been contacted by the attorneys conducting the Internal Review Procedures.

7.     Any parties identified as a client that Davis Polk represents or has represented within the last two years were reviewed by an attorney working under my supervision.  Based upon such review, Davis Polk believes that it is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy

Code, and, as required by section 327(a) and referenced by section 328(c) of the Bankruptcy
Code, neither holds nor represents any interest adverse to the Debtors or their estates, in that
Davis Polk, its partners, counsel and associates:

> (a)     are not creditors, equity security holders or insiders of the Debtors;

> (b)     are not and were not, within two years before the date of the filing of the
Debtors' chapter 11 petitions, a director, officer or employee of the Debtors; and

> (c)     do not hold or represent any interest that is materially adverse to the
interests of the Debtors' estates, any class of creditors or equity security holders of the
Debtors, by reason of Davis Polk's direct or indirect relationship to, connection with, or
interest in, the Debtors or for any other reason, other than as set forth herein.

8.     Disclosure of any connections Davis Polk has or has had with the Debtors or any
Potential Parties In Interest, insofar as I know or have been able to ascertain after reasonable
inquiry, is set forth below:

> (a)     Since March 2018, Davis Polk has advised the Debtors on a wide variety
of matters and has performed services necessary to enable the Debtors to file for
protection under chapter 11.  Davis Polk, along with PJT Partners LP, AlixPartners, LLP
and the Debtors, has been primarily responsible for the Debtors' preparation for the
Chapter 11 Cases.

> (b)     Davis Polk previously has represented within the last two years and/or
currently represents, and may continue to represent in the future, the Potential Parties in
Interest on **Schedule 2** (or their affiliates) in matters unrelated to the Debtors.  The list
attached hereto as **Schedule 2** is the product of implementing the Internal Review
Procedures.  Davis Polk does not and will not represent any of the entities listed on

**Schedule 2** in matters related to the Chapter 11 Cases.  To the best of my knowledge and information, with the exception of the entities identified in subparagraph (c) below and their affiliates, none of the entities listed on **Schedule 2** (each together with its respective affiliates) was the source of more than 1% of Davis Polk's revenues for the 12 months ended December 31, 2018.

(c)     Four of the Potential Parties In Interest, together with their affiliates, accounted for more than 1% of Davis Polk's revenues during the 12 months ended December 31, 2018.  Davis Polk represents Citibank, Goldman Sachs, JPMorgan Chase and Wells Fargo (collectively, the "**1% Potential Parties In Interest**") in various matters.  Davis Polk has never represented the 1% Potential Parties In Interest in any matters related to the Debtors.  Davis Polk has considered the positions of the 1% Potential Parties In Interest in the Chapter 11 Cases and has concluded that Davis Polk's representation of the Debtors does not create any conflict of interest with the 1% Potential Parties In Interest.

(d)     Davis Polk represents Rakesh Kapoor, until recently the CEO of Reckitt Benckiser Group, in connection with a shareholder class action in which Mr. Kapoor is a named executive and certain related matters. In early 2019, Indivior Inc., a former subsidiary of Reckitt Benckiser Group, settled an action regarding alleged patent infringement with Debtor Rhodes Pharmaceuticals L.P. Davis Polk was not involved in the litigation or settlement of such patent infringement action on behalf of Mr. Kapoor, Reckitt Benckiser or Indivior in connection with such settlement, which was consummated in May 2019.

-6-

(e)  Partners, counsel and associates of Davis Polk, including attorneys who may be engaged in Davis Polk's representation of the Debtors, may have been employed by various Potential Parties In Interest (including various governmental agencies such as the Internal Revenue Service (the "**IRS**")) or, when previously employed by other law firms or professional services firms, may have performed services for various Potential Parties In Interest.  I do not believe any such connections would in any way affect Davis Polk's ability to represent the Debtors effectively.

(f)  It is possible that former Davis Polk attorneys are, or were, after leaving Davis Polk, affiliated with various Potential Parties In Interest.  However, I do not believe any such connection would in any way affect Davis Polk's ability to represent the Debtors effectively.

(g)  As part of its practice, Davis Polk regularly represents lenders, underwriters and other parties in litigation and corporate transactions, such as debt and equity issuances and/or credit facilities, including transactions and litigations alongside or involving Potential Parties In Interest.  Davis Polk does not believe these representations would in any way affect Davis Polk's ability to represent the Debtors effectively.

(h)  Various Davis Polk associates are seconded to the legal departments of Davis Polk clients for several months, some of whom are, or are affiliates of, Potential Parties In Interest.  However, I do not believe such connections would in any way affect Davis Polk's ability to represent the Debtors effectively.

(i)  Based on responses to an email sent to every attorney in the Firm, I am not aware of any Davis Polk attorney who owns, or whose immediate family members own, the Debtors' stock or who are creditors of the Debtors.

(j)      Davis Polk attorneys invest in a broad array of mutual funds and ETFs, some of which either do currently or may in the future own securities of the Potential Parties In Interest (the Debtors have no issued securities).  However, I do not believe such connections would in any way affect Davis Polk's ability to represent the Debtors effectively.

(k)      Davis Polk appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which Davis Polk has represented in the past, represents now or may represent in the future, or may be claimants or other parties in interest in the Chapter 11 Cases.  Davis Polk is not aware of any relationship it has with any such attorneys, accountants, financial consultants and investment bankers that would be adverse to the Debtors or their estates.

(l)      It is possible that certain Potential Parties In Interest have provided, and in some cases continue to provide, services to Davis Polk.  I do not believe any such connections would compromise Davis Polk's ability to effectively represent the Debtors.

(m)      As part of its practice, Davis Polk regularly represents clients before, or in connection with inquiries from, governmental agencies, including, but not limited to, the IRS.  However, I do not believe any such connections would compromise Davis Polk's ability to represent the Debtors effectively.

(n)      In addition to the foregoing, after reasonable inquiry, I do not believe there is any connection between Davis Polk and the U.S. Trustee or any person known by me to be employed as an attorney with the Office of such U.S. Trustee.

None of the above relationships constitute an actual conflict, but such relationships may be "connections" within the meaning of Bankruptcy Rule 2014 and, therefore, are disclosed.

9.  Davis Polk will conduct an ongoing review of its files commencing on or around
each April 1 and October 1 that occurs during the Chapter 11 Cases to ensure that no
disqualifying circumstances have arisen.  If any new facts that Davis Polk believes should be
disclosed to the Court and the parties in interest in the Chapter 11 Cases, Davis Polk will file a
supplemental disclosure with the Court and serve such supplemental disclosure on the U.S.
Trustee.  If any new material and relevant facts are discovered between the aforementioned
review periods, Davis Polk will promptly file a supplemental disclosure with the Court and serve
such supplemental disclosure on the U.S. Trustee.

10.  In the 12 months prior to the Petition Date, Davis Polk received payments from
the Debtors totaling $37,352,524.59 in connection with legal work related to a wide variety of
matters, including restructuring, litigation and corporate governance.  An accounting summary of
payments invoiced or to be invoiced and received by Davis Polk in the ninety (90) day period
prior to the Petition Date is set forth on **Schedule 3** hereto.  On September 27, 2018, February
25, 2019, April 16, 2019, and September 9, 2019, the Debtors provided Davis Polk with advance
payments of $2,000,000, $2,000,000, $2,000,000 and $3,000,000, respectively, to establish a
retainer, the current balance of which is approximately $5,115,859.35 (collectively, the
"**Retainer**") for professional services to be rendered and expenses to be incurred by Davis Polk
on or after such dates.  Additionally, Davis Polk has submitted invoices to the Debtors, applied
the Retainer towards Davis Polk's invoiced services and fees and has subsequently sought and
received replenishment of the Retainer by the Debtors.  As of the filing of the Chapter 11 Cases,
Davis Polk was not a creditor of the Debtors.  Upon Court approval, the balance of the Retainer
will be held by Davis Polk as an evergreen retainer during the pendency of the Chapter 11 Cases.

As of the Petition Date, the Debtors do not owe Davis Polk any fees for professional services performed or expenses incurred.

11.     As of the Petition Date, the applicable rates for timekeepers on this matter were $1,295 to $1,645 per hour for partners, $1,225 per hour for counsel, $525 to $1,075 per hour for associates and $305 to $425 per hour for paraprofessionals.  Davis Polk adjusts its rates periodically, generally on or around January 1 of each year.

12.     It is Davis Polk's policy to charge its clients for certain expenses incurred in connection with providing certain client services, including, without limitation, travel, lodging, photocopying, postage, vendor charges, delivery service and other expenses incurred in providing professional services.  Davis Polk intends to seek reimbursement for expenses and disbursements incurred in connection with the representation of the Debtors in accordance with Davis Polk's policies and in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the UST Guidelines and any applicable order of the Court.

13.     No promises have been received by Davis Polk, or, to the best of my knowledge after due inquiry, any partner, counsel or associate thereof, as to payment or compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  Davis Polk has no agreement with any other entity to share with such entity any compensation received by Davis Polk or by such entity.

14.     To the best of my knowledge, no partner, counsel or associate of Davis Polk is a relative of, or has been so connected with, any United States Bankruptcy Judge for the Southern District of New York, the United States Trustee for Region 2, the Assistant United States Trustee for the Southern District of New York, the attorney for the U.S. Trustee assigned to the Chapter

11 Cases or any other employee of the U.S. Trustee.  Accordingly, I understand that the

appointment of Davis Polk is not prohibited under Bankruptcy Rule 5002.

       15.     The foregoing constitutes the statement of Davis Polk pursuant to sections 327(a),

329 and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local

Rules 2014-1 and 2016-1.

## Attorney Statement Pursuant to UST Guidelines

       16.     The following is provided in response to the request for additional information set

forth in Section D.1 of the UST Guidelines:

**Question:**    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Answer:    Davis Polk has agreed to negotiated discounts off of its standard rates.

**Question:**    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Answer:    No.

**Question:**    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Answer:    Prior to January 1, 2019, Davis Polk's rates for timekeepers for its prepetition engagement on this matter were $1,175 to $1,495 for partners, $1,100 for counsel, $475 to $995 for associates and $275 to $385 for paraprofessionals. As agreed with the Debtors, and in connection with Davis Polk's annual rate increase, on January 1, 2019, Davis Polk's prepetition rates increased to $1,295 to $1,645 for partners, $1,225 for counsel, $525 to $1,075 for associates and $305 to $425 for paraprofessionals. Davis Polk's billing rates have not changed postpetition.

**Question:**    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Answer:    Davis Polk intends to provide a prospective budget and staffing plan for the period from the Petition Date through January 15, 2020 to the Debtors

and will continue to work with the Debtors on the budget and staffing plan.

17.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on November 5, 2019.

[*Signature Page Follows*]

By:  _____

Marshall S. Huebner
Partner
Davis Polk & Wardwell LLP

## Schedule 1 to Huebner Declaration

Potential Parties In Interest List

# PURDUE PHARMA L.P.: POTENTIAL PARTIES IN INTEREST

### Debtor Entities

| | |
|---|---|
| ADLON THERAPEUTICS LP | AVRIO HEALTH LP |
| BUTTON LAND L.P. | COVENTRY TECHNOLOGIES LP |
| GREENFIELD BIOVENTURES LP | IMBRIUM THERAPEUTICS LP |
| NYATT COVE LIFSCIENCE INC. | OPHIR GREEN CORP. |
| PAUL LAND INC. | PURDUE NEUROSCIENCE COMPANY |
| PURDUE PHARMA L.P. | PURDUE PHARMA INC. |
| PURDUE PHARMA MAUNFACTURING, LP | PURDUE PHARMA OF PUERTO RICO L.P. |
| PURDUE PHARMA TECHNOLOGIES INC. | PURDUE PHARMACEUTICAL PRODUCTS L.P. |
| PURDUE PHARMACEUTICALS L.P. | PURDUE TRANSDERMAL TECHNOLOGIES L.P. |
| QUIDNICK LAND L.P. | RHODES PHARMACEUTICAL INC. |
| RHODES PHARMACEUTICAL L.P. | RHODES TECHNOLOGIES INC. |
| SEVEN SEAS HILL CORP. | SVC PHARMA INC. |
| SVC PHARMA L.P. | UDF LP |

### Other Related Entities

| | |
|---|---|
| ACCARDI B.V. | ACCARDI S.AR.L. |
| ALFA GENERICS B.V. | ARSAGO B.V. |
| BANGLADESH BEAUTY PRODUCTS PRIVATE LIMITED | BARD PHARMACEUTICALS INC. |
| BARD PHARMACEUTICALS LIMITED | BEAUTY PRODUCTS LANKA (PRIVATE LIMITED) |
| BERMAG LIMITED | BOETTI CORPORATION |
| BOLDINI CORPORATION | BRADENTON PRODUCTS B.V. |
| BULLA S.AR.L. | CINFA BIOTECH GMBH |
| CINFA BIOTECH SL | CLINICAL DESIGNS LIMITED |
| CLOVIO CORPORATION | E.R.G. REALTY, INC. |
| EURO-CELTIQUE S.A. | EVENING STAR SERVICES LTD. |
| FILTI S.AR.L. | FLIRA S.AR.L. |
| FREYA HOLDINGS LIMITED | HAMBERT B.V. |
| HAYEZ CORPORATION | IAF CORPORATION |
| IAF LIMITED | IND S.AR.L. |
| INTROMEDIX ADVANCED MEDICAL TECHNOLOGIES LTD. | IREY S.AR.L. |
| KRUGMANN GMBH | L.P. CLOVER LIMITED |
| LADENBURG B.V. | LAKE CLAIRE INVESTMENTS LTD. |
| LUCIEN HOLDINGS S.AR.L. | LYMIT HOLDINGS S.AR.L. |
| MALTUS CORPORATION | MARNINE HOLDINGS PTE. LIMITED |
| MARTONE HOLDINGS PTE. LIMITED | MEDIMATCH AG |
| MEXCUS CORPORATION | MN CONSULTING LLC |
| MNB COMPANY | MODI-MUNDIPHARMA BEAUTY PRODUCTS PRIVATE LIMITED |
| MODI-MUNDIPHARMA HEALTHCARE PRIVATE LIMITED | MODI-MUNDIPHARMA PRIVATE LIMITED |
| MUNDIBIOPHARMA LIMITED | MUNDICHEMIE GMBH |
| MUNDIPHARMA (ARGENTINA) S.R.L. | MUNDIPHARMA (BANGLADESH) PRIVATE LIMITED |
| MUNDIPHARMA (CHINA) PHARMACEUTICAL COMPANY LIMITED | MUNDIPHARMA (COLOMBIA) S.A.S. |
| MUNDIPHARMA (HONG KONG) LIMITED | MUNDIPHARMA (MYANMAR) CO., LTD. |
| MUNDIPHARMA (PROPRIETARY) LIMITED | MUNDIPHARMA (SHANGHAI) INTERNATIONAL |

| | TRADE LIMITED COMPANY |
|---|---|
| MUNDIPHARMA (THAILAND) LIMITED | MUNDIPHARMA A/S (FORMERLY NORPHARMA A/S; NAME CHANGE MAY 15, 2017) |
| MUNDIPHARMA AB | MUNDIPHARMA AG |
| MUNDIPHARMA ANZ PTY LIMITED (FORMERLY MUNDIPHARMA PTY. LIMITED; NAME CHANGE MARCH 11, 2019) | MUNDIPHARMA AS |
| MUNDIPHARMA AUSTRALIA PTY. LTD. | MUNDIPHARMA B.V. |
| MUNDIPHARMA BRADENTON B.V. | MUNDIPHARMA BRASIL PRODUTOS MÉDICOS E FARMACÊUTICOS LTDA. |
| MUNDIPHARMA COMM. VA | MUNDIPHARMA COMPANY |
| MUNDIPHARMA CORPORATION (IRELAND) LIMITED | MUNDIPHARMA CORPORATION LIMITED |
| MUNDIPHARMA DC B.V. | MUNDIPHARMA DE MEXICO, S. DE R.L. DE C.V. |
| MUNDIPHARMA DEUTSCHLAND GMBH & CO. KG | MUNDIPHARMA DEVELOPMENT PTE. LTD. |
| MUNDIPHARMA DISTRIBUTION GMBH (PHILIPPINES BRANCH) | MUNDIPHARMA DISTRIBUTION LTD. |
| MUNDIPHARMA EDO GMBH | MUNDIPHARMA EGYPT LLC |
| MUNDIPHARMA FARMACEUTICA LDA | MUNDIPHARMA GESMBH |
| MUNDIPHARMA GESMBH (BRATISLAVA BRANCH) | MUNDIPHARMA GESMBH (PRAGUE BRANCH) |
| MUNDIPHARMA GESMBH (REPRESENTATIVE OFFICE) | MUNDIPHARMA GMBH |
| MUNDIPHARMA HEALTHCARE PTE LIMITED | MUNDIPHARMA HOLDING AG |
| MUNDIPHARMA INTERNATIONAL CONSULTING SERVICES INC.(MUNDIPHARMA INTERNATIONAL DANIŞMANLIK HIZMETLERI ANONIM ŞIRKETI) | MUNDIPHARMA INTERNATIONAL CORPORATION LIMITED |
| MUNDIPHARMA INTERNATIONAL HOLDINGS LIMITED | MUNDIPHARMA INTERNATIONAL LIMITED |
| MUNDIPHARMA INTERNATIONAL LIMITED (US) | MUNDIPHARMA INTERNATIONAL SERVICES GMBH |
| MUNDIPHARMA INTERNATIONAL SERVICES LIMITED | MUNDIPHARMA INTERNATIONAL SERVICES S.AR.L. |
| MUNDIPHARMA INTERNATIONAL TECHNICAL OPERATIONS LIMITED | MUNDIPHARMA IT GMBH |
| MUNDIPHARMA IT SERVICES GMBH | MUNDIPHARMA IT SERVICES GMBH & CO. KG |
| MUNDIPHARMA IT SERVICES LIMITED | MUNDIPHARMA IT SERVICES PTE LTD. |
| MUNDIPHARMA IT SERVICES VERWALTUNGS GMBH | MUNDIPHARMA KABUSHIKI KAISHE |
| MUNDIPHARMA KOREA LTD. | MUNDIPHARMA LABORATORIES GMBH |
| MUNDIPHARMA LABORATORIES GMBH (REPRESENTATIVE OFFICE OF MUNDIPHARMA LABORATORIES GMBH) | MUNDIPHARMA LABORATORIES LIMITED |
| MUNDIPHARMA LATAM GMBH | MUNDIPHARMA LIMITED |
| MUNDIPHARMA LTD. | MUNDIPHARMA MANAGEMENT SARL |
| MUNDIPHARMA MANUFACTURING PTE. LIMITED | MUNDIPHARMA MAROC |
| MUNDIPHARMA MEA GMBH | MUNDIPHARMA MEDICAL CEE GMBH (REPRESENTATIVE OFFICE; DE-REGISTRATION PENDING) |
| MUNDIPHARMA MEDICAL COMPANY | MUNDIPHARMA MEDICAL COMPANY (SWISS BRANCH) |
| MUNDIPHARMA MEDICAL COMPANY LIMITED | MUNDIPHARMA MEDICAL GMBH |
| MUNDIPHARMA MEDICAL GMBH (BUDAPEST | MUNDIPHARMA MEDICAL GMBH (ROMANIA |

BRANCH; DE-REGISTRATION PENDING)    BRANCH)
MUNDIPHARMA MEDICAL S.AR.L. (SOFIA    MUNDIPHARMA MIDDLE EAST FZ-LLC
BRANCH; INACTIVE)
MUNDIPHARMA NEAR EAST GMBH    MUNDIPHARMA NEW ZEALAND LIMITED
MUNDIPHARMA OPHTHALMOLOGY    MUNDIPHARMA OPHTHALMOLOGY PRODUCTS
CORPORATION LIMITED    LIMITED
MUNDIPHARMA OY    MUNDIPHARMA PHARMACEUTICAL COMPANY
    SICO LTD.
MUNDIPHARMA PHARMACEUTICALS (CHILE)    MUNDIPHARMA PHARMACEUTICALS
LIMITADA    ARGENTINA S.R.L.
MUNDIPHARMA PHARMACEUTICALS B.V.    MUNDIPHARMA PHARMACEUTICALS BVBA
MUNDIPHARMA PHARMACEUTICALS    MUNDIPHARMA PHARMACEUTICALS LIMITED
INDUSTRY AND TRADE
LIMITED(MUNDIPHARMA ECZA URUNLERI
SANAYI VE TICARET LIMITED ŞIRKETI)
MUNDIPHARMA PHARMACEUTICALS PRIVATE    MUNDIPHARMA PHARMACEUTICALS S.L.
LIMITED
MUNDIPHARMA PHARMACEUTICALS S.R.L.    MUNDIPHARMA PHARMACEUTICALS SDN. BHD.
MUNDIPHARMA POLSKA SP ZO.O.    MUNDIPHARMA PTE LIMITED
MUNDIPHARMA RESEARCH GMBH & CO. KG    MUNDIPHARMA RESEARCH LIMITED
MUNDIPHARMA RESEARCH VERWALTUNGS    MUNDIPHARMA SAS
GMBH
MUNDIPHARMA SCIENTIFIC OFFICE OF    MUNDIPHARMA SINGAPORE HOLDING PTE.
MUNDIPHARMA MEA GMBH    LIMITED
MUNDIPHARMA TRADING BANGLADESH    MUNDIPHARMA
PRIVATE LIMITED    VERWALTUNGSGESELLSCHAFT MBH
NAPP LABORATORIES LIMITED    NAPP PENSION TRUSTEES LIMITED
NAPP PHARMACEUTICAL GROUP LIMITED    NAPP PHARMACEUTICAL HOLDINGS LTD.
NAPP PHARMACEUTICALS LIMITED    NAPP RESEARCH CENTRE LIMITED
NAPPWOOD LAND CORPORATION    NAYATT COVE LIFESCIENCE INC.
NITID S.AR.L.    NONTAG S.AR.L.
ONE STAMFORD REALTY L.P.    PAINEUROPE LIMITED
PHARMA ASSOCIATES L.P.    PHARMACEUTICAL RESEARCH ASSOCIATES,
    INC.
PORTHOS S.AR.L.    PT. MUNDIPHARMA HEALTHCARE INDONESIA
PURDUE FREDERICK INC.    PURDUE PHARMA
    PURDUE PHARMA ULC
QDEM PHARMACEUTICALS LIMITED    RAFA LABORATORIES LIMITED
REVLON PAKISTAN PRIVATE LIMITED    SOFY S.AR.L.
SONGOL S.AR.L.    SONTI S.AR.L.
TACCA B.V.    TAIWAN MUNDIPHARMA PHARMACEUTICALS
    LTD.
TECHNICAL SCIENTIFIC OFFICE OF    TFC PHARMA GMBH
MUNDIPHARMA NEAR EAST GMBH
THE NAPP EDUCATIONAL FOUNDATION    THE P.F. LABORATORIES, INC.
THE PURDUE FREDERICK COMPANY ("PF")    THE REPRESENTATIVE OFFICE OF
    MUNDIPHARMA PHARMACEUTICALS PTE. LTD.
    IN HO CHI MINH CITY (REPRESENTATIVE
    OFFICE OF MUNDIPHARMA
    PHARMACEUTICALS PTE. LTD. (SINGAPORE))
THE TERRAMAR FOUNDATION, INC.    TRANSWORLD PHARMA LIMITED
TXP SERVICES INC.    VACCARO B.V.
VENUSTI B.V.    WIN-HEALTH CARE PRIVATE LIMITED
WIN-MEDICARE PRIVATE LIMITED

## Current Directors and Officers

ANTHONY RONCALLI
JOHN DUBEL
MIKE COLA
R. STEVENS MILLER (STEVE MILLER)

CECIL PICKETT
KEN BUCKFIRE
PETER BOER

## Former Directors and Officers

ALAN DUNTON
BEVERLY SACKLER
BURT ROSEN
DAVID A. SACKLER
DAVID LUNDIE
EDWARD B, MAHONY
GAIL CAWKWELL, M.D.
J. ALAN BUTCHER
JOHN RENGER
JONATHAN D. SACKLER
KAREN LAUREL
LISA E. PILLA
MARC L. KESSELMAN
MARIA BARTON
MONICA KWARCINSKI, PH.D.
MORTIMER SACKLER
PAULO F. COSTA
RALPH SNYDERMAN
RICHARD S. SACKLER, M.D.
SAMANTHA (SACKLER) HUNT
THERESA SACKLER

ALAN MUST
BRIANNE WEINGARTEN
CRAIG LANDAU, M.D.
DAVID HADDOX
DIANA LENKOWSKY
F. MARK GERACI
ILENE SACKLER LEFCOURT
JACQUES THEURILLAT
JON LOWNE
JOSEPHINE MARTIN
KATHE A. SACKLER, M.D.
MAGGIE FELTZ
MARCELO BIGAL, M.D.
MARV KELLY
MORTIMER D.A. SACKLER
PAUL MEDEIROS
PHILIP C. STRASSBURGER
RAYMOND SACKLER
RICHARD W. SILBERT
STUART D. BAKER
THERESE E. SACKLER

## Banks

CITIBANK
GOLDMAN SACHS
METROPOLITAN COMMERCIAL BANK
WELLS FARGO & COMPANY

EAST WEST BANK
JP MORGAN CHASE
UBS GROUP AG

## Secured Creditors

AIR LIQUIDE INDUSTRIAL U.S. LP
U.S. BANK EQUIPMENT FINANCE

IKON FINANCIAL SVCS

## 50 Largest Unsecured Creditors

ALTERGON ITALIA SRL
APC WORKFORCE SOLUTIONS LLC
ASHLAND SPECIALTY INGREDIENTS GP
CARDINAL HEALTH
CHALLENGE PRINTING COMPANY
COGNIZANT TECH SOLUTIONS US CORP

AMERISOURCEBERGEN
ASCENT HEALTH SERVICES LLC
BIOECLIPSE LLC
CAREMARKPCS HEALTH, L.L.C.
COBBS CREEK HEALTHCARE LLC
COMMONWEALTH OF PENNSYLVANIA
MEDICAID DRUG REBATE PROGRAM

-4-

| | |
|---|---|
| CONTRACT PHARMACAL CORP | CVS CAREMARK PART D SERVICES, L.L.C. |
| DEFENSE HEALTH AGENCY | DENVER HEALTH & HOSPITAL AUTH |
| DEPARTMENT OF HEALTH CARE SERVICES (CA) | DEZENHALL RESOURCES |
| FRONTAGE LABORATORIES INC | GCI HEALTH |
| GEORGIA DEPT OF COMMUNITY HEALTH | GLATT AIR TECHNIQUES INC |
| HEALTHCORE INC | INTEGRATED BEHAVIORAL HEALTH INC |
| INVENTIV HEALTH CLINICAL LAB INC | INVENTIV HEALTH CONSULTING INC |
| MCKESSON CORPORATION | MISSOURI HEALTHNET DIVISION |
| NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES | OHIO CLINICAL TRIALS INC |
| OHIO DEPARTMENT OF MEDICAID | OKLAHOMA HEALTH CARE AUTHORITY |
| OPTUMRX, INC. | PACKAGING COORDINATORS INC |
| PHARMACEUTICAL RESEARCH ASSOC INC | PL DEVELOPMENT LLC |
| PPD DEVELOPMENT LP | PRIME THERAPEUTICS LLC |
| PURPLE STRATEGIES LLC | RHODES TECHNOLOGIES INC |
| S EMERSON GROUP INC | SCIECURE PHARMA INC |
| SPECGX LLC | STATE OF NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES |
| STATE OF NEW YORK DEPARTMENT OF HEALTH | THATCHER COMPANY |
| TRIALCARD INC | WALRUS LLC |
| WAVELENGTH ENTERPRISES INC | WISCONSIN DEPARTMENT OF HEALTH SERVICES |

**Vendors**

| | |
|---|---|
| 502-538 CANAL STREET LLC | ACCENCIO LLC |
| ACTIVUS SOLUTIONS LLC | ADVANCED CLINICAL |
| AETNA HEALTH MANAGEMENT | AGILENT TECHNOLOGIES INC |
| AGNO PHARMA | AIR CASTLE LIMITED |
| AIR QUALITY INNOVATIVE SOL LLC | AJINOMOTO ALTHEA INC |
| ALABAMA MEDICAID AGENCY | ALCALIBER SA |
| ALCAMI CORPORATION | ALIVIO THERAPEUTICS |
| ALLIED UNIVERSAL SECURITY SERVICES | ALPHA SCRIP INCORPORATED |
| ALTASCIENCES CO INC | ALVOGEN MALTA OPERATIONS LTD |
| AMERICAN EXPRESS | AMERICAN UNITED LIFE INS CO |
| ANAQUA INC | ANI PHARMACEUTICALS CANADA INC |
| APC WORKFORCE SOLUTIONS LLC | APEXUS LLC |
| APLICARE INC | APTUS HEALTH |
| ARIBA INC | ARIZONA HEALTH CARE COST |
| ARKANSAS DHS PHARMACY REBATE | ASCENT PHARMACEUTICALS INC |
| ASHLAND SPECIALTY INGREDIENTS GP | ASTRO CHEMICALS INC |
| ATLANTIC CORP OF WILMINGTON INC | ATOMUS INC |
| AVISTA PHARMA SOLUTIONS INC | A-Z CORPORATION |
| BANK OF AMERICA N.A. | BANNER PHARMACAPS INC |
| BATES WHITE LLC | BDO USA LLP |
| BERLIN PACKAGING LLC | BI WORLDWIDE |
| BIOECLIPSE LLC | BLUE CROSS BLUE SHIELD |
| BLUE MATTER LLC | BLUEPRINT RESEARCH GROUP LLC |
| BOYLE TRANSPORTATION | BRENNTAG NORTHEAST INC |
| BREWSTER JORY ASSOCIATES LLC | BRICK CITY GREENHOUSE LLC |
| CAMBREX CHARLES CITY INC | CAPSUGEL |
| CAREMARKPCS HEALTH LP | CBRE, INC |
| CC FORD GROUP LLC | CCL LABEL INC |
| CENPLEX BUILDING SERVICES | CENTIMARK CORPORATION |

CERIDIAN HCM INC
CHARLES RIVER LABORATORIES
CIGNA HEALTH AND LIFE INSURANCE CO
CINTAS CORPORATION
CLARIANT PLASTICS & COATINGS
CLARUSONE SOURCING SERVICES LLP
COBBS CREEK HEALTHCARE LLC
COGNIZANT TECH SOLUTIONS US CORP
COMDATA INC
COMMUNITIES 4 ACTION INC
CONVERCENT INC
CORNERSTONE RESEARCH INC
CROWE AND DUNLEVY
CSPACE
CUMBERLAND CONSULTING GROUP LLC
DANIEL J EDELMAN LIMITED
DASSAULT SYSTEMES BIOVIA CORP
DEBEVOISE & PLIMPTON LLP
DEERFIELD AGENCY
DELOITTE & TOUCHE LLP
DEPARTMENT OF HEALTH SERVICES

DEPOMED INC
DEPT OF MEDICAL ASSISTANCE SERVICES
DEZENHALL RESOURCES
DHS MEDICAID EXPANSION REBATE 054
DIRECT ENERGY BUSINESS
DOD TRICARE MANAGEMENT ACTIVITY
DOTTIKON EXCLUSIVE SYNTHESIS AG
DR DECISION RESOURCES INC
DUKE UNIVERSITY
DURHAM COUNTY TAX COLLECTOR
ECKHARD MUHLHAUSER
EDGE LITIGATION CONSULTING LLC
EISAI INC
EMC CORP
EPIC PHARMA LLC
ERX NETWORK HOLDINGS INC
FAYETTE MEMORIAL HOSPITAL ASSOC INC
FIDELITY MANAGED INCOME
FISHER SCIENTIFIC CO LLC
FLORIDA AGENCY FOR HEALTHCARE
FRONTIDA BIOPHARMA INC
GCI HEALTH
GEISINGER CLINIC
GLATT AIR TECHNIQUES INC
GRANULES USA INC
GRUNENTHAL GMBH (EUR)
HANNEGAN LANDAU POERSH & ROSENBAUM
HART ENGINEERING CORP
HAVAS HEALTH INC
HCL AMERICA INC
HEALTH AND HUMAN SERVICES COMM
HEALTH CARE FINANCE & POLICY
HEALTHCORE INC
HERITAGE ENVIRONMENTAL SERVICES

CHALLENGE PRINTING COMPANY
CHICAGO TITLE CO LLC
CIGNA PARTICIPANT HSA FUNDING FUNDI
CITY OF WILSON
CLARIVATE ANALYTICS US LLC
CLOCKWELL STRATEGY LLC
COBRA LEGAL SOLUTIONS LLC
COLORCON INC
COMMISSIONER OF SOCIAL SERVICES
CONTRACT PHARMACAL CORP
CORE ACCESS GROUP LLC
COVERMYMEDS INC
CSC CONSULTING INC
CULINART INC
CUSTOMER MARKETING GROUP
DASSAULT SYSTEMES AMERICAS CORP
DDB HELATH NEW YORK LLC
DECISION RESOURCES INC
DELL USA LP
DENVER HEALTH & HOSPITAL AUTH
DEPARTMENT OF VERMONT HEALTH ACCESS,
STATE OF VT
DEPT OF HEALTH & HUMAN SERVICES
DEPT OF VETERANS AFFAIRS
DHS DRUG REBATE
DIRAY MEDIA INC
DLA PIPER LLP US
DORSEY & WHITNEY LLP
DOW CHEMICAL COMPANY
DRUGSCAN INC
DUPONT NUTRITION USA INC
EARNED VISIBILITY INC
ECONDISC CONTRACTING SOLUTIONS LLC
EDWARDS INC
ELSEVIER
ENVISION PHARMACEUTICAL SERVICES
ERESEARCH TECHNOLOGY INC
EVERFI INC
FETTE AMERICA INC
FIRST HEALTH
FLORIDA AGENCY FOR HEALTH CARE ADMN
FRONTAGE LABORATORIES INC
FTI CONSULTING SC INC
GEFCO FORWARDING USA INC
GENERAL CONTAINER CORP
GOLDMAN SACHS ASSET MGMT LP
GRM INFORMATION MANAGEMENT
HALO PHARMACEUTICAL INC
HARM REDUCTION THERAPEUTICS INC
HARVARD PILGRIM HEALTH CARE
HB COMMUNICATIONS INC
HEALTH ADVANCES INC
HEALTH CARE AUTHORITY
HEALTHAGEN
HEALTHPARTNERS INC
HEYMAN GROUP LLC

HOST ANALYTICS INC
IHEART MEDIA ENTERTAINMENT INC
IMCD US LLC
INC RESEARCH TORONTO INC
INDIANA MEDICAID DRUG REBATES ACS
INDUSTRIAL & CONSTRUCTION
INFORMA BUSINESS INTELLIGENCE INC
INTEGRATED BEHAVIORAL HEALTH INC
INTERSTATE RESOURCES INC
INVENTIV HEALTH CLINICAL LAB INC
IQVIA INC
IRONTON & LAWRENCE COUNTY AREA
JOHNSON CONTROLS INC
JOSEPH HAGE AARONSON LLC
JS CIVIL LAW GROUP PLLC
KAISER FOUNDATION HEALTH PLAN
KANTAR HEALTH INC
KARR TUTTLE CAMPBELL
KERNEL LLC
KLEINFELD KAPLAN & BECKER
LEGACY PHARMACEUTICAL PACKAGING LLC
LEVERAGE GLOBAL CONSULTING LLC
LOWENSTEIN SANDLER PC
LTS LOHMANN THERAPY SYSTEMS
LUTHER J STRANGE III
MAGELLAN RX MANAGEMENT
MANAGED MARKETS
MARINO TORTORELLA & BOYLE PC
MARSH USA INC
MC3 INC
MCKESSON SPECIALTY ARIZONA INC
MEDICAL ASSIST RECOVERIES FEDERAL
MEDIMPACT HEALTHCARE SYSTEMS INC
MERCER HEALTH & BENEFITS LLC
MG AMERICA INC
MICHAEL J COLLINS
MISSOURI DIVISION OF MEDICAL SVCS
MODEL N INC
MOVILITAS CONSULTING LLC
MULTISORB TECHNOLOGIES INC
MUNDIPHARMA INTERNATIONAL LTD
MUNDIPHARMA SINGAPORE
NAVITUS HEALTH SOLUTIONS LLC
NEAL & HARWELL PLC
NETASSEMBLE.COM INC
NEW JERSEY DRUG REBATE PROGRAM
NIELSEN CO LLC
NORAMCO GMBH
NORTHLAKE INTERNATIONAL LLC
NOW WHAT RESEARCH
O BERK CO
OPTIMIZERX CORP
OPTUMHEALTH AMINISTERED PLAN
OTIS ELEVATOR COMPANY
PACKAGING COORDINATIORS INC
PAINWEEK

HP ENTERPRISE SERVICES LLC
ILLINOIS DEPARTMENT OF PUBLIC AID
INC RESEARCH LLC
INDEPENDENT HEALTH ASSOCIATION
INDOET LTD
INFLEXXION
INFORMATION RESOURCES INC
INTEGREON MANAGED SOLUTIONS INC
INVENTIV COMMERCIAL SERVICES LLC
INVENTIV HEALTH CONSULTING INC
IQVIA RDS INC
J KNIPPER AND CO INC
JOHNSON MATTHEY INC
JRS MAINTENANCE SERVICE INC
JS MCCARTHY PRINTERS
KAISER FOUNDATION HOSPITAL
KAPLAN HECKER & FINK LLP
KASHIV PHARMA LLC
KERRY INGREDIENTS & FLAVOURS
KLICK USA INC
LEGAL & GENERAL INVESTMENT
LIGHT SCIENCES ONCOLOGY INC
LPW TRAINING SERVICES LLC
LUMINAIRE CANADA INC
LYNN PINKER COX & HURST LLP
MAIWALD PATENTANWALTS GMBH
MARGARET MARY COMMUNITY HOSPITAL
MARKETVISION RESEARCH INC
MC-21 HEALTHCARE LLC
MCKEE BUILDING GROUP INC
MCMASTER CARR SUPPLY COMPANY
MEDIDATA SOLUTIONS INC
MEDLINE INDUSTRIES INC
MERIDIAN COMP OF NEW YORK
MICHAEL ALLEN COMPANY LLC
MICROSOFT LICENSING GROUP
MITRATECH HOLDINGS INC
MORRIS NICHOLS ARSHT & TUNNELL LLP
MS CLINICAL SERVICES LLC
MULVANEY MECHANICAL INC
MUNDIPHARMA LABORATORIES GMBH
MYLAN PHARMACEUTICALS INC
NCH MARKETING SERVICES INC
NELSON MULLINS RILEY &
NEW ENGLAND CONTROLS INC
NEWS AMERICA MARKETING FSI LLC
NOAHSPHARM LTD
NORAMCO INC
NOVATION LLC
NYS DEPARTMENT OF HEALTH
OHIO CLINICAL TRIALS INC
OPTISOURCE LLC
ORACLE AMERICA INC
PA DEPT OF HUMAN SERVICES/DRP
PADILLA SPEER BEARDSLEY INC
PARTICLE SCIENCES INC

PATHEON PHARMACEUTICALS INC
PETRILLO KLEIN & BOXER LLP
PHARMACEUTICAL PRODUCT STEWARDSHIP

PHARMACEUTICAL RESEARCH ASSOC
PHARMACEUTICS INTERNATIONAL INC
PHOENIX LITHOGRAPHING CORP
PL DEVELOPMENT LLC
PPD DEVELOPMENT LLC
PRAXIS PRECISION MEDICINES INC
PRECISION PROMOTIONAL EFFECTIVENESS
PREMISE HLTH EMPLOYER SOLUTIONS LLC
PRICE WATERHOUSE COOPERS LLP
PRINCETON BRAND ECONOMETRICS INC
PROED COMMUNICATIONS INC
PROQUEST LLC
PSL GROUP AMERICAN LIMITED
PURDUE PHARMA CANADA
PURDUE PHARMACEUTICALS LP
PUREFLOW INC
QUALITY CHEMICAL LABORATORIES
RAZORFISH HEALTH
RELAYHEALTH
RENEWAL HOUSE INC
REVOLUTION DIGITAL
RICOH USA INC
ROBERT BOSCH PACKAGING
RODA CREATIVE SERVICES
RUSSELL REYNOLDS ASSOC INC
S EMERSON GROUP INC
SCENIC DESIGNS INC
SCHULTE ROTH & ZABEL LLP
SECURITY SERVICES OF CONNECTICUT
SGS NORTH AMERICA INC
SHI INTERNATIONAL CORP
SIDLEY AUSTIN LLP
SIEMENS INDUSTRY INC
SKARZYNSKI BLACK LLC
SNELL & WILMER LLP
SOTAX CORP
SOUTHEAST INDUSTRIAL EQUIPMENT INC
SPARTA SYSTEMS INC
SPECGX LLC
SPENCER STUART
STANDARD INSURANCE CO
STATE OF IDAHO
STATE OF MAINE
STATE OF MISSISSIPPI DIV OF MEDICAI
STROZ FRIEDBERG INC
SULLIVAN & MCLAUGHLIN COMPANIES INC
SYMBIANCE INC
SYSTECH SOLUTIONS INC
TECHNICAL TRAFFIC CONSULTANTS
TETRAGENETICS INC
TEVA CANADA LIMITED
TEVA PHARMACEUTICALS USA INC

PEREGRINE MARKET ACCESS
PFAUDLER INC
PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA (PHRMA)
PHARMACEUTICAL RESEARCH ASSOC INC
PHARMACY SELECT LLP
PINNEY ASSOCIATES
PORTER HEDGES LLP
PPD DEVELOPMENT LP
PRECISION COMPUTER SERVICES INC
PREMISE HEALTH
PRESIDIO NETWORKED SOLUTIONS INC
PRIME CLERK LLC
PRINCETON OFFICE CENTER LLC
PROFESSIONAL DISPOSABLES INTL INC
PROVIDENCE GENERAL FOUNDATION
PUBLICIS HLTH/DISCOVERY USA
PURDUE PHARMA LP FLEX
PURE COMMUNICATIONS LLC
PURPLE STRATEGIES LLC
QUINN EMANUEL URQUHART &
REED SMITH LLP
RELTIO INC
REVITAS INC
RHODES TECHNOLOGIES
RIGHT MANAGEMENT CONSULTANTS
ROBERT S MILLER
ROLESVILLE EQUIPMENT CO
RXMOSAIC LLC
SAP AMERICA
SCHNEIDER ELECTRIC BUILDINGS
SCIOSCIENTIFIC LLC
SENTIENT JET LLC
SHARP CORP
SHIONOGI INC
SIEGFRIED USA INC
SIMR INC
SMART ANALYST INC
SODEXO OPERATIONS LLC
SOUTH CAROLINA DEPT OF HEALTH
SOUTHPORT LAW OFFICES LLC
SPEARS & IMES LLP
SPECTRA AUTOMATION LTD
SPINETHERA INC
STATE & FEDERAL COMMUNICATIONS INC
STATE OF KANSAS DEPT OF HEALTH
STATE OF MICHIGAN
STERNE KESSLER GOLDSTEIN & FOX PLLC
SUDLER & HENNESSEY
SUN PHARMACEUTICALS INDUSTRIES
SYNCOM BV
SYSTEMS MANAGEMENT PLANNING INC
TECHNOLOGY CONCEPTS & DESIGN INC
TEVA API INC
TEVA PHARMACEUTICAL INDUSTRIES LTD
THATCHER COMPANY

| | |
|---|---|
| THE CHILDRENS CENTER OF HAMDEN INC | THE JOLT AGENCY |
| THE LYNX GROUP LLC | THE MCMAHON GROUP LLC |
| THE SASHA GROUP LLC | TMO TURKISH GRAIN BOARD |
| TOWERS WATSON DELAWARE INC | TRACELINK INC |
| TRANSITCHEK | TREK MEDICS INTERNATIONAL |
| TRI PAC INC | TRIALCARD INC |
| TRIBUNE MEDIA COMPANY | TRICORBRAUN INC |
| TRUVEN HEALTH ANALYTICS LLC | TURNER CONSTRUCTION COMPANY |
| TXP SERVICES INC | UBS AG STAMFORD |
| UNITED BIOSOURCE LLC | UNITED PARCEL SERVICE |
| UNITED SERVICES OF AMERICA INC | UNITED STATES PHARMACOPEIAL CONVENT |
| UNITED STATES TREASURY | UNIVERSITY OF DELAWARE |
| UNIVERSITY OF SOUTH FLORIDA | UPS SUPPLY CHAIN SOLUTIONS |
| UTAH DEPARTMENT OF HEALTH | VALASSIS DIRECT MAIL INC |
| VALUECENTRIC LLC | VAYNERMEDIA |
| VEEVA SYSTEMS INC | VENABLE LLP |
| VEOLIA ES TECHNICAL SOLUTIONS | VIADUCT LANDHOLDINGS MGMT & |
| VIDA VENTURES | VORYS SATER SEYMOUR & PEASE LLP |
| VV ALACRITY LLC | WALDORF ASTORIA AMSTERDAM |
| WALGREEN CO | WALGREENS |
| WALGREENS BOOTS ALLIANCE | WALMART INC |
| WALRUS LLC | WATERS CORPORATION |
| WEIL GOTSHAL & MANGES LLP | WELLS FARGO FINANCIAL LEASING INC |
| WEST VIRGINIA DEPT OF HEALTH & | WHEELS INC |
| WHR GROUP | WIGGIN & DANA LLP |
| WILMER CUTLER PICKERING | WILSON COUNTY TAX COLLECTOR |
| WPP GROUP USA INC | XTTRIUM LABORATORIES INC |
| YALE UNIVERSITY | ZEROCHAOS |
| ZITTER GROUP | ZS ASSOCIATES INC |
| ZSCALER INC | |

## Customers

| | |
|---|---|
| ACE SURGICAL SUPPLY | ALBERTSONS |
| ALLIANCE ANIMAL CARE LLC | AMAZON.COM |
| AMD PENNSYLVANIA LLC | AMERISOURCE HEALTH SERVS CORP |
| AMERISOURCEBERGEN CORPORATION | AMERISOURCEBERGEN DRUG CORP |
| ANDA INC | ASSOCIATED FOOD STORES |
| ASSOCIATED PHARMACIES INC | AUBURN PHARMACEUTICAL COMPANY |
| BASHAS INC | BECK LEE |
| BELL MEDICAL SERVICES INC | BIG DEES TACK AND VET SUPPLY |
| BLOODWORTH WHOLESALE DRUGS | BLUPAX PHARMACEUTICALS LLC |
| BORSCHOW HOSP & MED SUPPLIES | BRADLEY CALDWELL SUPPLY |
| BRUCE MEDICAL SUPPLY | BURLINGTON DRUG CO INC |
| C&S METRO/C&S BRATTLEBORO | CAPITAL WHOLESALE DRUG AND CO |
| CARDINAL HEALTH DBA HARVARD DRUI | CARDINAL HEALTH INC |
| CARDINAL HEALTH P.R. 120 INC | CERTCO INC |
| CESAR CASTILLO INC | CLAFLIN COMPANY |
| COMPLETE MEDICAL SUPPLIES | CONCORDANCE HEALTHCARE SOLUTION |
| CVS CAREMARK | CVS DISTRIBUTION |
| DAKOTA DRUG INC | DISCOUNT DRUG MART |
| DMS PHARMACEUTICAL GROUP INC | DROGUERIA BETANCES LLC |
| DRUGS UNLIMITED INC | DV MEDICAL SUPPLY |
| EXPRESS MEDICAL SUPPLY | EXPRESS SCRIPTS |
| FISHER SCIENTIFIC | FLORIDA HARDWARE LLC |

FRED MEYER
GOLDEN STATE MEDICAL SUPPLY INC
GREENHILL TRADING INC
HANNAS PHARMACEUTICAL SUPPLY
HARRIS TEETER
HD SMITH LLC
HEALTHSOURCE DISTRIBUTORS  LLC
HONEYWELL SAFETY PRODUCTS
IMPERIAL DISTRIBUTORS INC
INGLES MARKETS INC
JEFFERS VET SUPPLY
KEYSOURCE ACQUISITION LLC
KINRAY INC
KPH HEALTHCARE SERVICES INC
LAKE ERIE MEDICAL
MARC GLASSMAN
MCKESSON FINANCIAL DOCUMENT
MEIJER
METRO MEDICAL SUPPLY
MIAMI LUKEN INC
MORRIS DICKSON COMPANY LTD
N C MUTUAL
NATIONWIDE MEDICAL/SURGICAL
NORTHWEST GENERICS LLC
OWENS & MINOR
PEYTONS
PHARMACY BUYING ASSOCIATION
PRESCRIPTION SUPPLY INC
QUEST PHARMACEUTICALS INC
RICHIE PHARMACAL CO INC
ROCHESTER DRUG COOPERATIVE INC
SAFE CHAIN
SALUS MEDICAL LLC
SCHNUCK MARKETS
SCHOOL HEALTH SUPPLIES
SOUTHERN LIVESTOCK SUPPLY
STATER BROTHERS MARKET
SUPERVALU
TARGET CORP
THRIFTY WHITE
U RM STORES INC
VALLEY WHOLESALE DRUG CO LLC
VALUE DRUG COMPANY
VF GRACE
VITACOST.COM
WEGMANS FOOD MARKETS
WINCO FOODS LLC

GENETCO  INC
GOLUB CENTRAL DIST
H E BUTT GROCERY
HARMON STORES INC
HBC SERVICE
HE BUTT GROCERY COMPANY
HENRY SCHEIN ANIMAL HEALTH
HY VEE
INDEPENDENT PHARMACY COOPERATIVI
JAMS WHOLESALE DISTRIBUTION
JET.COM INC
KINNEY DRUGS
KMART CORPORATION
L&R DISTRIBUTORS INC
LOUISIANA WHOLESALE DRUG CO INCI
MCKESSON CORP
MEDSAFE
MERCHANTS DISTRIBUTORS
MEYERS SUPPLY
MIDWEST VETERINARY SUPPLY
MWI VETERINARY SUPPLY
NASH FINCH
NORMED
OPTUMRX
PARK SURGICAL CO INC
PEYTONS FOUNTAIN
PMHI MEDCO SUPPLY CO
PUBLIX SUPER MARKETS INC
RALPHS GROCERY
ROBERT MATTHEWS COMPANY
ROUNDYS INC
SAFEWAY MAIL STOP
SAVE MART MODESTO YOSEMITE WHS
SCHNUCKS MARKETS INC
SMITH DRUG COMPANY
SPARTAN NASH INC
SUNSET PHARMACEUTICALS INC
SUPERVALU PHARMCIES INC
THE HILSINGER COMPANY
TOP RX LLC
VALLEY VETERINARY CLINIC LTD
VALU MERCHANDISERS COMPANY
VETERINARY SERVICE INC
VISTAPHARM INC
WALMART STORES INC
WESTERN SADDLERY

## Government Authorities

PENSION BENEFIT GUARANTY CORPORATION

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION (DEA)

UNITED STATES FOOD AND DRUG
ADMINISTRATION (FDA)

## Utilities

| | |
|---|---|
| AQUARION WATER COMPANY OF CT | AT&T |
| CABLEVISION LIGHTPATH INC | CENTURYLINK |
| CLEAN HARBORS INC | COMCAST |
| CON EDISON | COX BUSINESS |
| CRYSTAL ROCK | CRYSTAL ROCK / DS SERVICES OF AMERICA, INC |
| DANOX ENVIRONMENTAL SERVICES  INC | DIRECT ENERGY BUSINESS |
| DIRECT ENERGY SERVICES LLC | DOMINION ENERGY |
| DS SERVICES OF AMERICA, INC | DUKE ENERGY |
| EARTHLINK | EARTHLINK BUSINESS COMPANY |
| EVERSOURCE ENERGY | EVERSOURCE ENERGY / CL&P |
| EVERSOURCE ENERGY / YANKEE GAS | FRONTIER |
| FRONTIER COMMUNICATIONS | GREENLIGHT |
| HERITAGE ENVIRONMENTAL SERVICES | HOCON GAS INC |
| HOCON INDUSTRIAL GAS | IPASS |
| KENT COUNTY WATER AUTHORITY | LAVOIE & SON INDUSTRIAL |
| LIVEMESSAGE | MASERGY COMMUNICATIONS INC |
| MATHESON TRI GAS INC | MCI COMM SERVICE |
| NATIONAL GRID | NEW JERSEY AMERICAN WATER CO |
| ON SITE SHREDDING LLC | OPTIMUM - CABLEVISION |
| PSE&G | PSNC ENERGY |
| SOUTHERN ELEVATOR CO INC | SPECTRUM BUSINESS |
| SPRINT | STALLINGS BROTHERS HOLDINGS INC |
| STERICYCLE INC | SUEZ WTS USA INC |
| TIME WARNER CABLE | TIME WARNER CABLE ENTERPRISES LLC |
| VEOLIA ES TECHNICAL SOLUTIONS | VERIZON |
| VERIZON WASHINGTON DC INC | WASTE INDUSTRIES LLC |
| ZOOM VIDEO COMMUNICATIONS | |

## Insurers

| | |
|---|---|
| ACE AMERICAN INSURANCE CO. | ACE PROPERTY AND CASUALTY INSURANCE COMPANY |
| CHUBB | ENDURANCE ASSURANCE CORP |
| FACTORY MUTUAL INSURANCE COMPANY | FM GLOBAL TRANSIT |
| GREAT AMERICAN INSURANCE COMPANY (VOSCO) | IRONSHORE SPECIALTY INSURANCE COMPANY |
| ISOSCELES INSURANCE LTD. SEPARATE ACCOUNT [PPLP-01] | LIBERTY INSURANCE CORP |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | LIBERTY SURPLUS INSURANCE CORPORATION (NON-ADMITTED) |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA (AIG) | OLD REPUBLIC INSURANCE COMPANY |
| STEADFAST INSURANCE COMPANY – ZURICH | THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (AIG WORLDSOURCE) | U.S. SPECIALTY INSURANCE COMPANY - HCC |
| ZURICH AMERICAN INSURANCE COMPANY | |

**Surety Bonds**

WESTCHESTER FIRE INSURANCE COMPANY

**Equity Interests**

| | |
|---|---|
| ANTHONY M. RONCALLI | BANELA CORPORATION |
| BEACON COMPANY | BR HOLDINGS ASSOCIATES INC. |
| BR HOLDINGS ASSOCIATES L.P. | HEATHERIDGE TRUST COMPANY LIMITED, |
| HERCULES TRUST | JEFFREY A. ROBINS, |
| LESLIE J. SCHREYER | LINARITE HOLDINGS LLC |
| MILLBORNE TRUST COMPANY LIMITED | PERTHLITE HOLDINGS LLC |
| PLP ASSOCIATES HOLDINGS INC. | PLP ASSOCIATES HOLDINGS L.P. |
| RAYMOND R. SACKLER | ROSEBAY MEDICAL COMPANY L.P. |
| ROSEBAY MEDICAL COMPANY, INC. | STANHOPE GATE CORP. |

**Restructuring Professionals**

| | |
|---|---|
| ALIXPARTNERS LLP | DAVIS POLK AND WARDWELL LLP |
| PJT PARTNERS LP | TENEO STRATEGY LLC |

**Creditor Committee Professionals**

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | BAYARD, P.A. |
| BROWN RUDNICK LLP | FTI CONSULTING, INC. |
| JEFFERIES GROUP LLC | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| PROVINCE, INC. | |

**Other Consultants & Advisors**

| | |
|---|---|
| DELOITTE CONSULTING LLP | ERNST & YOUNG |
| GENESIS RESEARCH LLC | IBM CORPORATION |
| MCKINSEY & CO INC | TRINITY PARTNERS LLC |
| ZS ASSOCIATES INC | |

**Licensing Agreements**

| | |
|---|---|
| ABBOTT LABORATORIES | GRÜNENTHAL GMBH |
| UNIVERSITY OF TEXAS | |

**Litigation**

OCCIDENTAL CHEMICAL CORPORATION

### Landlords

| | |
|---|---|
| CLARIANT PLASTICS & COATINGS | ONE STAMFORD REALTY L.P. |
| UBS FINANCIAL SERVICES INC. | |

### Sublessees

| | |
|---|---|
| AIRCASTLE ADVISOR LLC | BROOKSIDE EQUITY PARTNERS |
| CHARTER COMMUNICATIONS HOLDING COMPANY, LLC | HILLSIDE CAPITAL INCORPORATED |
| KOKINO LLC | PHARMACEUTICAL RESEARCH ASSOCIATES, INC. |
| TXP SERVICES INC. | W.J. DEUTSCH & SONS LTD. |

### United States Bankruptcy Judges (Southern District of New York)

| | |
|---|---|
| CECELIA G. MORRIS | JAMES L. GARRITY JR. |
| MARTIN GLENN | MARY KAY VYSKOCIL |
| MICHAEL E. WILES | ROBERT D. DRAIN |
| ROBERT E. GROSSMAN | SEAN H. LANE |
| SHELLEY C. CHAPMAN | STUART M. BERNSTEIN |

### United States Trustee's Office (Region 2, Southern District of New York, Manhattan and White Plains Divisions)

| | |
|---|---|
| ANDREA B. SCHWARTZ | ANDY VELEZ-RIVERA |
| BENJAMIN J. HIGGINS | BRIAN S. MASUMOTO |
| CHEUK M. NG | DANNY A. CHOY |
| ERCILIA A. MENDOZA | GREG M. ZIPES |
| ILUSION RODRIGUEZ | LINDA A. RIFFKIN |
| MARIA CATAPANO | MARY V. MORONEY |
| NADKARNI JOSEPH | PAUL K. SCHWARTZBERG |
| RICHARD C. MORRISSEY | SERENE NAKANO |
| SHANNON SCOTT | SUSAN ARBEIT |
| SYLVESTER SHARP | VICTOR ABRIANO |

### Debtor Legal Counsel

| | |
|---|---|
| ABE IKUBO & KATAYAMA | ABG INTELLECTUAL PROPERTY LAW |
| ANAQUA SERVICES INC | ANGELI UNGAR LAW GROUP LLC |
| ARNOLD & PORTER KAYE SCHOLER LLP | BASSFORD REMELE |
| BERESFORD BOOTH PPLC | BLANK ROME LLP |
| BORDEN LADNER GERVAIS LLP | BRINKS GILSON & LIONE |
| BRUNINI GRANTHAM GROWER HEWES, PLLC | CETRULO LLP |
| CHRIS SHAPLEY | CIPRIANI & WERNER PC |
| COGENCY GLOBAL | COLE SCOTT & KISSANE |
| COVINGTON & BURLING LLP | CROWE & DUNLEVY |
| DANNEMANN SIEMSEN ADVOGADOS | DANNEMANN SIEMSEN BIGLER & IPANEMA MOREIRA |
| DAVIDSON, DAVIDSON & KAPPEL, LLC | DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C. |
| DECHERT LLP | DEHAY & ELLISTON LLP |

| | |
|---|---|
| DINSE, KNAPP & MCANDREW | DLA PIPER LLP |
| DORSEY & WHITNEY LLP | DURBIN LARIMORE & BIALICK |
| EURO CELTIQUE S.A. | EVANS FEARS & SCHUTTERT LLP |
| FOX, O'NEILL & SHANNON S.C. | FRAZER GREENE UPCHURCH & BAKER, LLC |
| FROST BROWN TODD LLC | GERMAN GALLAGHER MURTAGH |
| GIBSON DUNN & CRUTCHER LLP | GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN LLC |
| GUNDERSON, PALMER, NELSON, ASHMORE LLP | HANNEGAN LANDAU POERSCH & ROSENBAM ADVOCACY, LLC |
| HEPLER BROOM LLC | HINCKLEY, ALLEN & SNYDER LLP |
| HIRST APPLEGATE, LLP | HOGAN LOVELLS US LLP [DC] |
| HOLLAND & HART | JACKSON LEWIS P.C. |
| JOHN LOCKEY (BARRISTER) | JONES DAY |
| KARR TUTTLE CAMPBELL | KING & SPALDING LLP |
| KLEINFELD KAPLAN AND BECKER LLP | LARSON O'BRIEN LLP |
| LAW OFFICES OF IAN E. BJORKMAN, LLC | LEASON ELLIS LLP |
| LEWIS JOHS AVALLONE AVILES, LLP | LOWENSTEIN SANDLER LLP |
| LYNN PINKER COX & HURST | LYTLE SOULE & CURLEE, P.C. |
| MAIWALD | MARKS & CLERK LLP |
| MAYNARD COOPER GALE | MDL 2804 DEFENDANT SPECIAL MASTER FUND |
| MELTZER, PURTILL & STELLE, LLC | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC |
| MONTGOMERY & ANDREWS, PA | MORGAN LEWIS & BOCKIUS LLP |
| MORRIS NICHOLS ARSHT AND TUNNELL LLP | MORRISON & FOERSTER LLP |
| NEAL & HARWELL | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| NIXON PEABODY | NORTON ROSE FULBRIGHT US LLP |
| OLIVERIO & MARCACCIO LLP | O'NEILL & BORGES |
| PARK JENSEN BENNETT LLP | PARKER HURST & BURNETT PLC |
| PARSONS BEHLE & LATIMER | PENN STUART & ESKRIDGE |
| PRYOR CASHMAN LLP | REED SMITH, LLP |
| REICHARD & ESCALERA LLC | REILLY, MCDEVITT & HENRICH, P.C. |
| REMINGER CO., L.P.A. | RICHMOND & QUINN |
| ROBINSON GRAY STEPP & LAFFITTE, LLC | SANDS ANDERSON PC |
| SEMMES ATTORNEYS AT LAW | SHAW KELLER LLP |
| SIDLEY AUSTIN, LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| SKARZYNSKI BLACK | SNELL & WILMER |
| STEPTOE & JOHNSON | STERNE KESSLER GOLDSTEIN FOX PLLC |
| STIKEMAN ELLIOTT, LLP | STITES & HARBISON, PLLC |
| TAYLOR ENGLISH | TAYLOR LAW OFFICE |
| THOMPSON COBURN, LLP | THOMPSON HINE |
| TROUTMAN SANDERS LLP | VOGEL LAW FIRM, LTD. |
| VORYS SATER SEYMOUR & PEASE | WALSH PIZZI O'REILLY FALANGA LLP |
| WHEELER TRIGG O'DONNELL LLP | WIGGIN AND DANA, LLP |
| WILMER CUTLER PICKERING HALE AND DORR, LLP | |

### Director and Officer Legal Counsel

| | |
|---|---|
| BRENNER, SALTZMAN & WALLMAN LLP | CAMERON & MITTLEMAN |
| CHOATE HALL & STEWART LLP | COHEN & GRESSER LLP |
| COHNE KINGHORN | CONNER & WINTERS, LLP |
| DAVISON LAW | DAY PITNEY |
| DEBEVOISE & PLIMPTON LLP | DEBORAH BARBIER |
| FITCH LAW PARTNERS | HAUG PARTNERS |

HAWKINS PARNELL & YOUNG
KELLEY JASONS MCGOWAN SPINELLI HANNA & REBER, LLP
LEWIS THOMASON KING KRIEG
LUTHER STRANGE & ASSOCIATES LLC
MULINIX GOERKE & MEYER PPLC
NORTON ROSE
PAUL WEISS
SALVATORE PRESCOTT & PORTER, PPLC
STEPTOE & JOHNSON
ZEIGER TIGGES & LITTLE LLP

JOSEPH HAGE AARONSON LLC
LANKLER SIFFERT & WOHL LLP

LUM, DRASCO & POSITAN LLC
MCDERMOTT WILL & EMERY
NELSON MULLINS RILEY & SCARBOROUGH LLP
NORTON ROSE (STROZ PASS THROUGH)
ROSENTHAL LURIE & BROUDY LLC
SIMPSON THACHER BARLETT LLP
WHEELER TRIGG O'DONNELL LLP

### Employee Indemnity Legal Counsel

BERESFORD BOOTH PPLC
BRYAN CAVE LLP
DLA PIPER LLP
LYTLE SOULE & CURLEE, P.C.
PETRILLO KLEIN & BOXER
RICHARD J. PRENDERGAST, LTD

ROBERT LIMA
TAYLOR LAW OFFICE

BLANK ROME LLP
CURL GLASSON & PATRASCIOUIU PLC
LISA MALLINGER
MILLER & CHEVALIER
PORTER HEDGES, LLP
RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP
SALVATORE PRESCOTT & PORTER, PPLC
VENABLE LLP

### Plaintiffs' Attorneys

AARON & GIANNA, PLC
ABOTT LAW GROUP

ALEXANDER CORDER

ALEXANDRIA CITY ATTORNEY
ALLAN J. GEORGE
ALVENDIA, KELLY & DEMAREST LLC
ANAPOL WEISS
ANDREWS & THORNTON
ANDRUS WAGSTAFF
ARCHIE LAMB & ASSOCIATES, LLC
ATLANTA DEPT. OF LAW
AXLEY BRYNELSON
BAHE COOK CANTLEY & NEFZGER PLC
BALCH & BINGHAM
BARBARA D. UNDERWOOD
BARRACK, RODOS & BACINE
BARRETT LAW OFFICE
BEARD & BEARD
BECK, AMSDEN & STALPES, PLLC
BEGGS & LANE
BELL LAW FIRM
BERGER & MONTAGUE, PC
BERN CAPPELLI
BIANCO PA
BIRMINGHAM & CWACH
BLACKMON & BLACKMON

ABBOUD LAW FIRM
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING PC
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
ALICIA ROSHONG
ALTMAN LEGAL GROUP
AMY ARRINGTON
ANDERSON & KARRENBERG
ANDRUS ANDERSON
ANGELA HAMMONDS-SAUCIER
ASKMAN LAW FIRM
ATTORNEY GENERAL OF VIRGINIA
BAD RIVER LEGAL DEPT.
BAILEY & GREER
BALDWIN CROCKER
BARON & BUDD
BARRETT LAW GROUP, P.A.
BARRIOS, KINGSDORF & CASTEIX
BEASLEY ALLEN LAW FIRM
BEDFORD, ROGERS & BOWLING PC
BEHM AND BEHM
BENTLEY & BRUNING, PA
BERKE, BERKE & BERKE
BERRIGAN LITCHFIELD
BIRD LAW GROUP
BLACKBURN & CONNER
BLANCO COUNTY

BLASINGAME, BURCH, GARRARD & ASHLEY, PC
BONI, ZACK & SNYDER
BOONE KARLBERG
BOWLING & JOHNSON
BRASWELL MURPHY LLC
BRAZOS COUNTY ATTORNEY'S OFFICE
BRENT L. CRUMPTON, PC
BRINDISI, MURAD & BRINDISI PEARLMAN

BRIOL & BENSON
BROUSSARD BALONEY

BRUHL LAW FIRM
BRYANT LAW CENTER
BUFETE ANDREU & SAGARDIA
BURGOS & ASSOCIATES
BURKE LASSETER
BURNSIDE LAW
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
CARPENTER LIPPS & LELAND LLP
CATES MAHONEY
CHAFIN LAW FIRM
CHARLES E. BOYK
CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP
CHEVERIE & ASSOCIATES
CHURCHWYBLE, PC

CITY ATTORNEY
CITY OF EUREKA
CITY OF MOUNT VERNON
CITY OF QUINCY
CITY OF SAVANNAH
CLAYBORNE, SABO & WAGNER
CLIMACO WILCOX
COHEN & MALAD
COLES BARTON, LLP
COLVIN LAW FIRM
CONLEY GRIGGS PARTIN LLP
CONYBEARE LAW OFFICE, PC
COOPER & ELLIOTT
CORY, MEREDITH, WITTER & SMITH
CRAWFORD & MAURO
CRONGEYER LAW FIRM, P.C.
CURRY & FRIEND
CUTLER LAW FIRM
D'AMORE LAW GROUP, P.C.
DANE COUNTY DISTRICT ATTORNEY'S OFFICE
DANIELL, UPTON, PERRY & MORRIS
DAVID N. COLE
DAVIS SCHWEIZER PLLC
DEGARIS & ROGERS
DEMER & MARNIELLA
DEWITT ROSS

BOBBY R. MANNING
BONSIGNORE, LLC
BOSSIER & ASSOCIATES, PLLC
BRANSTETTER, STRANCH & JENNINGS
BRAUD & GALLAGHER
BRENNAN, MANNA & DIAMOND
BRIAN K. BALSER
BRINSON, ASKEW, BERRY, SIEGLER, RICHARDSON & DAVIS
BRISTER & BRISTER
BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS
BRUNSON, BARNETT & SHERRER
BUERGER, MOSELEY & CARSON
BURG SIMPSON
BURKE HARVEY
BURKE, HARVEY & FRANKOWSKI, LLC
CAMPBELL LAW FIRM
CAREY DAVIS & LOWE

CASCADE LAW CENTER
CEIBA LEGAL
CHAMBLISS, BAHNER & STOPHEL, PC
CHARLES L. BARNUM, PC
CHERUNDOLO LAW FIRM

CHRISTINE M. BECK
CHURMAN, HOWALD, WEBER, SENKEL & NORRICK
CITY OF BURLINGTON
CITY OF MIAMI
CITY OF PHILADELPHIA LAW DEPT.
CITY OF ROCHESTER
CITY OF ST. LOUIS
CLENDENEN & SHEA
CLIMACO, WILCOX, PECA & GAROFOLI
COHEN & MILSTEIN
COLLINS, COLLINS & CONLEY
CONAWAY & STRICKLER, PC
CONSOVOY, MCCARTHY, PARK PLLC
COONER & CONWAY
COOPER LAW FIRM
COTCHETT, PITRE & MCCARTHY, LLP
CRITCHLEY, KINUM & DENOIA, LLC
CRUEGER DICKINSON
CUSIMANO, ROBERTS, & MILLS
CZACK LAW FIRM
DAMPIER LAW FIRM
DANIEL R. MEACHUM & ASSOC.
D'ARCY JOHNSON DAY
DAVIS COUNTY ATTORNEYS OFFICE
DEBRA BECHTEL
DEKALB COUNTY STATE ATTORNEY
DENNIS P. COUVILLION
DEWSNUP, KING, OLSEN, WOREL, HAVAS, MORTENSON

| | |
|---|---|
| DIAMOND WOODSUM | DICKENSON COUNTY ATTORNEY |
| DIES & PARKHURST | DILWORTH PAXSON |
| DOLT THOMPSON | DOMINA LAW GROUP |
| DON W. BARRETT, PA | DONA ANA COUNTY |
| DONALD R. VAUGHN & ASSOC. | DRESSMAN BENZINGER LAVELLE |
| DREYER BOYAJIAN LLP | DRUBNER HARTLEY |
| DRUMMOND WOODSUM | DUHAM JONES & PINEGAR |
| DURRETT LAW OFFICES | E. MARK EZELL, PC |
| EAVES LAW FIRM LLC | EDELSON PC |
| EDMOND, LINDSAY & HOFFLER | EDWARDS FRICKLE & CULVER |
| EGGNATZ PASCUCCI | EMERSON POYNTER |
| ENOCH TARVER | EVERETT, GASKINS & HANCOCK, LLP |
| FADDOUL, CLUFF, HARDY & CONAWAY, PC | FAULKNEW, HOFFMAN & PHILLIPS |
| FAYARD & HONEYCUTT | FEARS NACHAWATI |
| FELDMAN & PINTO | FELLERMAN & CIARIMBOLI LAW |
| FERRARO LAW FIRM | FERRER POIROT & WANSBROUGH |
| FIBICH, LEEBRON, COPELAND & BRIGGS | FIELDS PLLC |
| FIELDS, DEHMLOW & VESSELS | FILLINGANE LAW FIRM, LLC |
| FINE, KAPLAN AND BLACK | FITZSIMMONS LAW FIRM |
| FLEMING, NOLEN & JEZ, LLP | FOLEY & LARDNER |
| FOX & FARLEY | FRAZER LAW, LLC |
| FRAZER, PLC | FRIEDMAN & ASSOCIATES, PC |
| FRIEDMAN, DAZZIO, ZULNAS & BOWLING, P.C. | FULGHAM BULLOCK, PLLC |
| FULMER SILL LAW GROUP | GACHASSIN LAW FIRM |
| GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER | GALANDA BROADMAN |
| GALLAGHER LAW FIRM | GARDNER BREWER MARTINEZ-MONFORT, P.A. |
| GARRY WHITAKER LAW, PC | GARSON JOHNSON LLC |
| GARY C. JOHNSON, PSC | GENE STUMP |
| GEORGE B. DANIEL | GIBBS ARMSTRONG BOTOCHOFF, PC |
| GIBSON & KEITH | GILBERT LLP |
| GILMAN & BEDIGIAN LLC | GLAGO LAW FIRM |
| GLENN COFFEE & ASSOC. | GOLD, KHOUREY & TURAK |
| GOLDENBERG, HELLER & ANTOGNOLI, P .C. | GOLDFARB & HUCK ROTH ROJAS |
| GOLDSMITH & GOLDSMITH, L.L.P. | GOMEZ IAGMIN TRIAL ATTORNEYS |
| GOODWIN & GOODWIN | GOODWIN ABERNATHY LLP |
| GRABHORN LAW OFFICE, PLLC | GRANT D. AMEY |
| GRAY & WHITE | GREENE, KETCHUM, FARRELL, BAILEY & TWEEL |
| GRIFFITH & GRIFFITH | GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA LLP |
| GUIDA LAW OFFICE | GULLETT SANFORD |
| GUNTER & DANZEY | GUSTAFSON GLUEK PLLC |
| HACH ROSE | HAGENS BERMAN |
| HALEY & OLSON, PC | HALICZER PETTIS & SCHWAMM |
| HAMEL, WAXLER, ALLEN & COLLINS | HARDIN COUNTY ATTORNEY |
| HARDY, MCDANIEL & WELCH | HARRISON DAVIS STEAKLEY MORRISON JONES, PC |
| HARRISON STEAKLEY | HARRISON WHITE |
| HARTLEY & HICKMAN | HASKELL SLAUGHTER & GALLION |
| HASTY POPE | HAVILAND HUGHES |
| HAYLEY & OLSON PC | HEINLEIN, BEELER, MINGACE & HEINEMAN, PC |
| HELEY DUNCAN & MELANDER | HELPERBROOM |
| HENRY COUNTY STATE ATTORNEY | HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC |
| HOBBS, STRAUS, DEAN & WALKER | HOGEN ADAMS PLLC |

HOLLAND LAW FIRM
HOUSTON, THOMPSON AND LEWIS, PC.
HUBER, SLACK, THOMAS & MARCELLE
HURWITZ SAGARIN
IRPINO, AVIN & HAWKINS LAW FIRM
J F HENDERSON LAW, PLLC
J. SCOTT TAYLOR
JACKSON & FOSTER
JACKSON, VANCE, MORRISON
JAMES LAW OFFICE
JASPER COUNTY
JEFFERSON TOWNSEND
JEFFREY SIMON
JINKS, CROW & DICKSON
JOHN G. WALKER
JOHN W. ALDERMAN
JOHNSON BERG MCEVOY & BOSTOCK
JOHNSON, CALDWELL & MCCOY
JONES, WALDO, HOLBROOK & MCDONOUGH
P.C.
KANNER & WHITELEY LLC
KAUFMAN CANOLES
KELLER LENKNER LLC
KELLEY & FERRARO

KELLY, DURHAM & PITTARD, LLP
KENDALL COUNTY STATE ATTORNEY

KERCSMAR & FELTUS
KILGORE LAW OFFICE
KINNARD CLAYTON & BEVERIDGE
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
KOZYAK TROPIN AND THROCKMORTON
KRUPNICK
KWALL BARACK NADEAU
LABORDE EARLES LAW FIRM
LANIER LAW
LAW OFFICE OF DANIEL R. KARON
LAW OFFICE OF JOSEPH C. TANN
LAW OFFICE OF THOMAS L. YOUNG, P.A.

LAW OFFICES OF FRANCIS O. SCARPULLA
LAW OFFICES OF P. RODNEY JACKSON
LEFTON GROUP
LEIFF CABRAISER
LESLIE MURRAY LAW FIRM
LEVIN PAPANTONIO
LEVIN, PAPANTONIO
LILLIS LAW FIRM LLC
LOCKRIDGE GRINDAL NAUEN PLLP
LOS ANGELES CITY ATTORNEY'S OFFICE
LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER
LUIS R. VERA & ASSOC.
MACOUPIN COUNTY STATE ATTORNEY
MAGLEBY, CATAXINOS & GREENWOOD

HOLLORAN SCHWARTZ & GAERTNER
HOVDE DASSOW & DEETS
HULL BARRETT, PC
HUTCHENS LAW FIRM
ISAAC WILES BURKHOLDER & TEETOR LLC
J. HAROLD SEAGLE
JACK HARANG
JACKSON, FIKES, HOOD & BRAKEFIELD
JAMES B. RAGAN
JASON C. ODOM
JEFFERSON COUNTY ATTORNEY'S OFFICE
JEFFREY A. CORNELL
JESSEE AND JESSEE
JOHN F. YOUNG
JOHN HUNT MORGAN, P.S.C.
JOHNSON & JOHNSON, PLLC
JOHNSON GRAY
JOHNSON, JOHNSON, LUCAS & MIDDLETON, PC
KALISH LAW

KAPKE & WILLERTH
KEEFE LAW FIRM
KELLER ROHRBACK LLP
KELLEY, GOLDFARB, HUCK, ROTH & RIOJAS,
PLLC
KEMP & KEMP
KENYATTA K. STEWART (ACTING CORPORATE
COUNSEL)
KERKMAN WAGNER & DUNN
KIMBERLY C. HAUGH, PC
KIRK PINKERTON, PA
KOVACICH SNIPES

KRAUSE & KINSMAN
KUSHNER HAMED & GROSTIC
L/O CRYSTAL JESSEE
LANCIONE & LANCIONE
LAW OFFICE OF DAN A. ROBIN, JR. LLC
LAW OFFICE OF GRANT D. AMEY, LLC
LAW OFFICE OF ROBERT E. SWEENEY
LAW OFFICES OF B. DAHLENBURG BONAR,
P.S.C.
LAW OFFICES OF GRANT D. AMEY
LEBLANC FANTACI VILLO
LEGER & SHAW
LEIST WARNER
LEVENFELD PEARLSTEIN
LEVIN SEDRAN & BERMAN LLP
LIEFF, CABRASER, HEIMANN & BERNSTEIN
LLOYD & HOGAN
LOLA THOMAS
LOWE, MOBLEY, LOWE & LEDUKE
LUCIANA P. BRASIL
LUPARDUS LAW OFFICE
MADDOX ISAACSON & CISNEROS
MANCHESTER LAW OFFICE

MANN & KEMP
MARCUS & MACK
MARLER SCHRUM
MARTINSVILLE CITY ATTORNEY
MARTZELL, BICKFORD & CENTOLA
MATTHEW R. MCCARLEY
MAYLE LLC
MCAFEE & TAFT

MCCABE TROTTER AND BEVERLY
MCCOY, HIESTAND & SMITH, PLC
MCKELLAR HYDE PLC
MCNAMEE HOSEA
MELISSA J. WILLIAMS
MEYER HENDRICKS & BIVENS PA
MEYERS, FLOWERS, BRUNO & HERRMANN
MIKE & ASSOCIATES
MILES GRANDERSON LLC
MOLOLAMKEN

MONTGOMERY PONDER
MOORE LAW GROUP
MORRIS KING & HODGE
MORTENSEN
MTHIRTYSIX PLLC
MURRAY & MURRAY CO.
NAPOLI SHKOLNIK PLLC
NEIL T. LEIFER LLC
NICK KAHL, LLC
NIX, PATTERSON & ROACH

NUECES COUNTY ATTORNEYS OFFICE
NYE COUNTY DISTRICT ATTORNEY
OFFICE OF COUNTY ATTORNEY - HARVEY
OFFICE OF SALT LAKE DISTRICT ATTORNEY
OFFICE OF THE MONTGOMERY COUNTY
ATTORNEY
O'NEILL LAW
OTHS, HEISER, MILLER, WAIGLAND & CLAGG
PANSING HOGAN ERNST & BACKMAN
PARKS CRUMP LLC

PATRICK C. MCGINLEY
PATTY & YOUNG
PEDERSEN AND WHITEHEAD
PERRIN, LANDRY, DELAUNAY
PHILLIPS & PAOLICELLI
PHIPPS ANDERSON DEACON
PIATT COUNTY STATE ATTORNEY
PINTO COATES KYRE & BOWERS, PLLC
PODHURST ORSECK P.A.
POMPEY & POMPEY
POOLE LAW
PORTEOUS, HAINKEL AND JOHNSON, LLP
POWELL & MAJESTRO
PRIM & MENDHEIM

MARC J. BERN & PARTNERS LLP
MARK A. SCHNEIDER
MARTIN WALKER PC
MARTZELL & BICKFORD
MATTHEW P. CHENEVERT
MAURO ARCHER & ASSOC.
MAYTTE TEXIDOR LOPEZ
MCBRAYER, MCGINNIS, LESLIE & KIRKLAND
PLLC
MCCAMY PHILLIPS, TUGGLE
MCHUGH FULLER LAW GROUP, PLLC
MCNAMEE & MCNAMEE
MEANS GILLIS LAW
MERRIMACK COUNTY
MEYERS & FLOWERS, LLC
MICHAEL H. KAHN
MIKE MOORE LAW FIRM
MILLER LAW
MONTGOMERY COUNTY PROSECUTING
ATTORNEYS OFFICE
MOONEY WIELAND SMITH & ROSE
MORGAN & MORGAN
MORROW, MORROW, RYAN, BASSETT & HAIK
MOTLEY RICE
MULLENS & MULLENS
NACK RICHARDSON & NACK
NEBLETT, BEARD & ARSENAULT
NELSON, BRYAN & CROSS
NICK MAURO
NIXON, VOGELMAN, BARRY, SLAWSKY &
SIMONEAU
NYE & NYE
OCHS LAW FIRM
OFFICE OF ROBERT F. JULIAN
OFFICE OF THE ATTORNEY GENERAL - TEXAS
O'MALLEY & LANGAN

OSBORNE & FRANCIS
PANATIER BARTLETT
PAOLI LAW FIRM, PC
PASTERNACK, TILKER, ZIEGLER, WALSH,
STANTON & ROMANO
PATRICK C. SMITH LLC
PAUL D. HENDERSON
PENDLEY, BAUDIN & COFFIN
PERRY & YOUNG
PHIPPH DEACON PURNELL
PHIPPS DEACON PURNELL
PIERCE COUNTY PROSECUTOR'S OFFICE
PLEVIN, GALUCCI COMPANY, L.P.A.
POGUST BRASLOW & MILLROOD
POOLE & POOLE
PORTEOUS HAINKEL & JOHNSON
PORTLAND CITY ATTORNEY'S OFFICE
PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC
PRINCE ARMSTRONG LLC

PRINCE GLOVER & HAYES
PRO SE
PURNELL LAW
R.D. BURNS
RAMOS LAW
REDDICK MOSS, PLLC
REIDAR M. MOGERMAN
RICHARD SCHECTER
RINEHARDT LAW FIRM
ROBERT F. JULIAN
ROBINS GELLER
ROBINSON CALCAGNIE
RODMAN, RODMAN & SANDMAN
ROGERS LAW GROUP, PA
RONALD L. BOOK, PA
ROSEN HARWOOD
S. DUBOSE PORTER, ATTORNEY AT LAW
SALTZ MONGELUZZI BARRETT & BENDESKY
SAM BERNSTEIN LAW FIRM, PLLC
SAN PATRICIO COUNTY ATTORNEYS OFFICE
SANDERS, MOTLEY, YOUNG & GALLARDO
SARPY COUNTY ATTORNEY
SCHEER MONTGOMERY
SCHWARTZ BON WALKER & STUDER
SCOTT & SCOTT
SCOTT TAYLOR, PLLC
SEEGER WEISS LLP
SHAFFER MADIA LAW
SHELLER, PC

SILVERMAN THOMPSON SLUTKIN AND WHITE LLC
SIMMONS HANLY CONROY
SIMON LAW FIRM
SKAGIT COUNTY PROSECUTOR'S OFFICE
SKINNER LAW
SMITH & JOHNSON
SOMMERS SCHWARTZ PC

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
SPEARS & SPEARS
SPIRO HARRISON
STEPHEN M. TUNSTALL
STEVEN W. BERMAN
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
STRONG-GARNER-BAUER
STUDSTILL FIRM
STYRON & SHILLING
SULLIVAN, WARD, ASHER & PATTON
SUSAN J. VAN ZANDT
SUZANNE WEISE
TAD ROBINSON O'NEILL
TATE LAW GROUP
TAYLOR MARTINO

PRITT & SPANO
PROCHASKA, HOWELL & PROCHASKA LLC
R. JEFFREY PERLOFF
RALPH E. MARASCO, JR.
REBEIN BROTHERS
REICH & BINSTOCK
REX A. SHARP, P.A.
RILEY & JACKSON
ROBBINS GELLER RUDMAN & DOWD LLP
ROBERT PIERCE & ASSOC.
ROBINS KAPLAN
ROBLES, RAEL & ANAYA
ROGER F. LAGARDE
ROMANO LAW GROUP
ROOSEVELT COUNTY ATTORNEY
ROSS F. LAGARDE
SACKS WESTON DIAMOND
SALVATORE TERRITO
SAN FRANCISCO CITY ATTORNEY'S OFFICE
SANDERS PHILLIPS GROSSMAN, LLC
SANFORD HEISLER SHARP
SAVAGE O'DONNELL
SCHONEKAS, EVANS, MCGOEY & MCEACHIN
SCHWARZ MONGELUZZI
SCOTT ELLIOTT SMITH
SEAGLE LAW
SEIF & MCNAMEE
SHELBY COUNTY ATTORNEY'S OFFICE
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
SIMMONS & SIMMONS

SIMON GREENSTONE PANATIER BARTLETT
SIMS & SIMS
SKIKOS CRAWFORD SKIKOS & JOSEPH
SMITH & FAWER
SMITH STAG
SONOSKY, CHAMBERS, SACHSE, MIELKE & BROWNELL, LLP
SPANGENBERG, SHIBLEY & LIBER

SPEIGHTS & WORRICH, LLC
STAG LIUZZA, L.L.C.
STEVEN E. SCHEER
STEVEN WILLIAM TEPPLER
STRAWBRIDGE

STUART SMITH
STULL, STULL & BRODY
SULLIVAN & SULLIVAN
SUMNER COUNTY LAW DEPARTMENT
SUTHERS & THOMPSON
SWEENEY MERRIGAN LAW
TAFT STETTINIUS & HOLLISTER LLP
TAYLOR & KNIGHT
THE BELL LAW FIRM

THE BILEK LAW FIRM
THE CALWELL PRACTICE
THE CHARLESTON GROUP
THE CHEROKEE NATION
THE CK HOEFFLER FIRM
THE CONRAD LAW FIRM
THE CREADORE LAW FIRM
THE DAMPIER LAW FIRM
THE DIAZ LAW FIRM
THE DOWNEY LAW FIRM
THE DUGAN LAW FIRM
THE EICHHOLZ LAW FIRM, P.C.
THE FITTE LAW FIRM LLC
THE GALLAGHER LAW FIRM
THE GROSS LAW FIRM
THE KUYKENDALL GROUP
THE LAW OFFICES OF TOM HALL
THE MILLER LAW FIRM
THE POOLE LAW GROUP
THE SPIGARELLI LAW FIRM
THEMIS PLLC
THOMAS E. EDGE
THOMAS J. DONOVAN JR.
THOMPSON, THOMPSON & WINTERS

THORNTON LAW FIRM
THRASHER DISMORE & DOLAN
TOUSLEY BRIAN STEPHENS
TROY LAW FIRM
TURNER, REID, DUNCAN, LOOMER & PATTON
UTAH ATTORNEY GENERAL'S OFFICE
VIRGINIA BEACH CITY ATTORNEY'S OFFICE
WAGSTAFF & CARTMELL, LLP
WALTER B. CALTON
WARD & SMITH
WARD BLACK
WASHINGTON COUNTY ATTORNEY
WATSON HEIDELBERG JONES
WEISMAN, KENNEDY & BERRIS CO., L.P.A..
WELCH LAW FIRM, PLC
WHALEY LAW FIRM
WHITAKER
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
WILKES & MCHUGH
WINCH LAW FIRM

WOREL HAVAS
YOUNG RICCHIUTI CALDWELL & HELLER
ZARZAUR MUJUMDAR & DEBROSSE
ZELDES, NEEDLE & COOPER
METHVIN PORTIS & MILES PC

THE BRUEHL FIRM
THE CHAFFIN LAW FIRM
THE CHEEK LAW FIRM
THE CICALA LAW FIRM PLLC
THE COCHRAN FIRM-DONTHAN, PC
THE COOPER LAW FIRM
THE CZACK LAW FIRM
THE DANZEY LAW FIRM
THE DILORENZO LAW FIRM, LLC
THE DUDENHEFER LAW FIRM, LLC
THE EDWARDS FIRM
THE FINNELL FIRM
THE FRANKOWSKI LAW FIRM LLC
THE GREEN LAW FIRM
THE KING FIRM
THE LANIER LAW FIRM
THE MAHER LAW FIRM, PA
THE MOSKOWITZ LAW FIRM
THE SAM BERNSTEIN LAW FIRM, PLLC
THE WEBB LAW CENTRE
THOMAS BARNEY
THOMAS E. MCINTIRE & ASSOCIATES
THOMPSON BARNEY LAW FIRM
THORNTON CARPENTER O'BRIEN LAWRENCE & SIMS
THRASH LAW FIRM, P.A.
TISINGER VANCE, P.C.
TRAFTON, MATZEN, BELLEAU & FRENETTE LLP
TUCKER LONG, PC
TZANGAS, PLAKAS, MANNOS
VENTURA LAW
VON STANGE LAW
WALKER SIGMON LAW
WALWORTH COUNTY CORPORATION COUNSEL
WARD AND SMITH
WARNER LAW
WATERS KRAUS & PAUL
WATTS GUERRA
WEITZ & LUXENBERG
WES WILLIAMS JR.
WHETSTONE PERKINS AND FULDA
WHITTEN BURRAGE
WILENTZ, GOLDMAN & SPITZER
WILLIAMS DIRKS DAMERON LLC
WOLF HALDENSTEIN ALDER FREEMAN & HERZ LLP
YARBOROUGH LAW OFFICE
ZACHARY W. CARTER
ZEBARSKY PAYNE
ZOLL & KRANZ

**Plaintiffs**

| | |
|---|---|
| A.M.H. | ABSOLUTE HOUSE |
| ADAIR COUNTY | ADAMS COUNTY |
| ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS | ADAMS COUNTY, IDAHO |
| ADAMS COUNTY, MISSISSIPPI | AFSCME DISTRICT COUNCIL 33 HEALTH & WELFARE FUND |
| AFSCME DISTRICT COUNCIL 47 HEALTH & WELFARE FUND | AKIAK NATIVE COMMUNITY |
| ALAMOSA COUNTY | ALAN WILSON SOUTH CAROLINE ATTORNEY GENERAL |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC. |
| ALEXANDER COUNTY | ALLAMAKEE COUNTY |
| ALLEGANY COUNTY, MARYLAND | ALLEGHANY COUNTY |
| ALLEN COUNTY | ALLEN COUNTY BOARD OF COUNTY COMMISSIONERS |
| AMBER ZIBRITOSKY, THE LAW DIRECTOR FOR THE CITY OF STOW | AMEL EILAND |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN | AMERICAN RESOURCES INSURANCE COMPANY, INC. |
| AMITE COUNTY, MISS. | A-MMED AMBULANCE, INC. |
| AND CITY OF MOUNTAIN BROOK, AL | ANDERSON COUNTY |
| ANDREW G. RILING AND BEVERLY RILING | ANDROSCOGGIN COUNTY |
| ANDY BROWN, IN HIS CAPACITY AS THE SHERIFF FOR JACKSON PARISH | ANGEL BOLTON AND CHRISTOPHER BOLTON |
| ANNE ARUNDEL COUNTY, MARYLAND | ANSON COUNTY |
| APOLLOMD BUSINESS SERVICES, LLC | APPALACHIAN REGIONAL HEALTHCARE, INC. |
| APPLING HEALTH CARE SYSTEM | ARAB, AL |
| ARIZONA COUNTIES INSURANCE POOL | ARIZONA MUNICIPAL RISK RETENTION POOL |
| ARMSTRONG COUNTY, PA | AROOSTOOK COUNTY |
| ASA' CARSAMIUT TRIBE | ASBESTOS WORKERS LOCAL 6 HEALTH AND WELFARE FUND AND MASSACHUSETTS BRICKLAYERS & MASONS TRUST FUNDS |
| ASCENSION PARISH GOVERNMENT | ASHE COUNTY |
| ASHLAND COUNTY | ASHLAND COUNTY BOARD OF COUNTY COMMISSIONERS |
| ASSOC. OF ARK. COUNTIES | ASSOC. OF ARK. COUNTIES RISK MGMT. FUND |
| ASSOC. OF ARK. COUNTIES WC TRUST | ATCHISON COUNTY, MISSOURI |
| ATHENS COUNTY BOARD OF COUNTY COMMISSIONERS | ATKINSON COUNTY, GEORGIA |
| AUDRAIN COUNTY, MISSOURI | AUGLAIZE COUNTY BOARD OF COUNTY COMMISSIONERS |
| AUGUSTA, GA | AUTAUGA COUNTY, ALABAMA |
| BACON COUNTY HOSPITAL AND HEALTH SYSTEM | BACON COUNTY HOSPITAL FOUNDATION, INC. |
| BACON COUNTY, GEORGIA | BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA |
| BALTIMORE COUNTY, MARYLAND | BANKS COUNTY, GEORGIA |
| BAPTIST HEALTH CORBIN | BAPTIST HEALTH FLOYD |
| BAPTIST HEALTH LA GRANGE | BAPTIST HEALTH LEXINGTON |
| BAPTIST HEALTH LOUISVILLE | BAPTIST HEALTH MADISONVILLE, INC. |
| BAPTIST HEALTH PADUCAH | BAPTIST HEALTH RICHMOND, INC. |

BAPTIST HEALTHCARE SYSTEM, INC.
BARBARA D. UNDERWOOD, ATTORNEY
GENERAL OF THE STATE OF NEW YORK
BARBOUR COUNTY, ALABAMA
BARRY STAUBUS
BATTLE MOUNTAIN OF THE TE-MOAK TRIBE OF
WESTERN SHOSHONE INDIANS
BAYFIELD COUNTY
BEAUREGARD PARISH POLICE JURY
BELL COUNTY
BELMONT COUNTY BOARD OF COUNTY
COMMISSIONERS
BENTON COUNTY
BENTON FIRE PROTECTION DISTRICT NO. 4
BERKELEY COUNTY COUNCIL
BERRIEN COUNTY, GEORGIA
BIG BEND COMMUNITY BASED CARE INC.

BIG VALLEY BAND OF POMO INDIANS OF THE
BIG VALLEY RANCHERIA
BIOS COMPANIES, INC.
BLACK HAWK COUNTY
BLAINE COUNTY, IDAHO
BLECKLEY MEMORIAL HOSPITAL
BLUE CROSS AND BLUE SHIELD OF LOUISIANA

BOARD OF COUNTY COMMISSIONERS OF
CADDO COUNTY
BOARD OF COUNTY COMMISSIONERS OF
COUNTY OF LARIMER
BOARD OF COUNTY COMMISSIONERS OF
CRAWFORD COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
HARPER COUNTY
BOARD OF COUNTY COMMISSIONERS OF LOVE
COUNTY
BOARD OF COUNTY COMMISSIONERS OF
PITTSBURG COUNTY
BOARD OF COUNTY COMMISSIONERS OF
STEPHENS COUNTY
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF ARAPAHOE
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF DONA ANA, NEW MEXICO
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF MCKINLEY
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF TAOS
BOARD OF COUNTY COMMISSIONERS OF
WASHINGTON COUNTY, MARYLAND
BOARD OF KIOWA COMMISSIONERS OF
HARPER COUNTY
BOARD OF WOODS COMMISSIONERS OF
HARPER COUNTY
BOBBIE LOU MOORE

BAPTIST HOSPITAL INC. AND JAY HOSPITAL
BARBARA RIVERS

BARRON COUNTY
BARTOW COUNTY, GEORGIA
BAY COUNTY

BEAUFORT COUNTY
BEAVER COUNTY, PENNSYLVANIA
BELLEFONTE PHYSICIAN SERVICES, INC.
BEN HILL COUNTY, GEORGIA

BENTON COUNTY, MISS.
BERGEN COUNTY
BERLIN, NEW HAMPSHIRE
BIBB COUNTY, ALABAMA
BIG SANDY RANCHERIA OF WESTERN MONO
INDIANS
BILL CHRIS, THE LAW DIRECTOR FOR THE CITY
OF GREEN
BIOS COMPANIES, INC. WELFARE PLAN
BLACKFORD COUNTY, INDIANA
BLAND COUNTY, VIRGINIA
BLOUNT COUNTY
BOARD OF COMMISSIONERS FOR LUCAS
COUNTY, OHIO
BOARD OF COUNTY COMMISSIONERS OF
CHEROKEE COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
COWLEY COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
GRADY COUNTY
BOARD OF COUNTY COMMISSIONERS OF
JEFFERSON COUNTY
BOARD OF COUNTY COMMISSIONERS OF
NEOSHO COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF
PRATT COUNTY, KANSAS
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF ADAMS
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF BOULDER
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF FREMONT
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF SANTA FE
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF TELLER
BOARD OF DEWEY COMMISSIONERS OF
HARPER COUNTY
BOARD OF MAJOR COMMISSIONERS OF
HARPER COUNTY
BOB HEYDORN, THE SOLICITOR THE VILLAGE
OF SILVER LAKE
BOBBY GUIDROZ, SHERIFF OF ST. LANDRY
PARISH, LOUISIANA

BOISE COUNTY, IDAHO

BOND COUNTY

BOONE COUNTY

BOSSIER CITY

BOSSIER PARISH EMERGENCY MEDICAL
SERVICES AMBULANCE DISTRICT

BOURBON COUNTY, KANSAS

BOYD COUNTY

BRAD BRYAN, THE SOLICITOR FOR THE
VILLAGE OF PENINSULA

BRAZOS COUNTY

BRIAN LOWRY

LOCAL UNION NO. 1 OF PA/DE

BRIDGE HOUSE CORPORATION

BROOKS COUNTY, GEORGIA

BROWN COUNTY

BRUNSWICK COUNTY

BRYANT C. DUNAWAY

BUCHANAN COUNTY, MISSOURI

BUFFALO COUNTY

BULLOCH COUNTY, GEORGIA

BUNCOMBE COUNTY

BURKE COUNTY

BUTLER COUNTY

BUTLER COUNTY, ALABAMA

CABARRUS COUNTY

CADDO PARISH

CALDWELL COUNTY

CALHOUN COUNTY

CALHOUN COUNTY, FLORIDA

CALUMET COUNTY

CAMDEN COUNTY, GEORGIA

CAMPBELL COUNTY, TN

CANYON COUNTY

CAPE MAY COUNTY, NEW JERSEY

CARBON COUNTY, WYOMING

CARMEN SIEBLER

CARPENTERS HEALTH & WELFARE OF
PHILADELPHIA & VICINITY

CARROLL COUNTY BOARD OF COUNTY
COMMISSIONERS

CARROLL COUNTY, VIRGINIA

CASPER, WYOMING

CASSIA COUNTY, IDAHO

CATAHOULA PARISH POLICE JURY

CATOOSA COUNTY, GEORGIA

CENTER POINT, INC.

CENTRAL FLORIDA CARES HEALTH SYSTEM
INC

CHAFFEE COUNTY

CHAMPAIGN COUNTY BOARD OF COUNTY

BON SECOURS HEALTH SYSTEM, INC.

BONNEVILLE COUNTY, IDAHO

BOONE COUNTY, ILLINOIS

BOSSIER PARISH

BOSTON TOWNSHIP

BOWLING GREEN WARREN COUNTY
COMMUNITY HOSPITAL CORPORATION

BOYLE COUNTY

BRANTLEY COUNTY, GEORGIA

BREVARD FAMILY PARTNERSHIP

"BRICKLAYERS AND ALLIED CRAFTWORKERS
HEALTH AND WELFARE FUND"

BROOKE COUNTY COMMISSION

BROWARD COUNTY, FLORIDA

BROWN COUNTY BOARD OF COUNTY
COMMISSIONERS

BRYAN NACE, THE LAW DIRECTOR FOR THE
CITY OF FAIRLAWN

BUCHANAN COUNTY

BUCKS COUNTY

BULLITT COUNTY

BULLOCK COUNTY, ALABAMA

BUREAU COUNTY, ILLINOIS

BURNETT COUNTY

BUTLER COUNTY BOARD OF COMMISSIONERS

BUTTS COUNTY, GEORGIA

CADDO FIRE PROTECTION DISTRICT NO. 1

CAHTO INDIAN TRIBE OF THE LAYTONVILLE
RANCHERIA

CALDWELL PARISH

CALHOUN COUNTY, ALABAMA

CALHOUN COUNTY, SOUTH CAROLINA

CAMBRIA COUNTY, PENNSYLVANIA

CAMDEN COUNTY, NJ

CANDLER COUNTY, GA

CAPE GIRARDEAU COUNTY

CARBON COUNTY, UTAH

CARIBOU COUNTY, IDAHO

CAROLINE COUNTY, MARYLAND

CARROLL COUNTY

CARROLL COUNTY, MISSISSIPPI

CARTERET COUNTY, NORTH CAROLINA

CASS COUNTY, MISSOURI

CASWELL COUNTY

CATAWBA COUNTY, NC

CECIL COUNTY, MARYLAND

CENTRAL FLORIDA BEHAVIORAL HEALTH
NETWORK INC.

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS HEALTH & WELFARE FUND

CHAMBERS COUNTY, ALABAMA

CHAMPAIGN COUNTY, ILLINOIS

COMMISSIONERS
CHARLTON COUNTY, GEORGIA
CHARTER TOWNSHIP OF CLINTON, MICHIGAN
CHARTER TOWNSHIP OF NORTHVILLE
CHATHAM COUNTY, GEORGIA
CHELAN COUNTY

CHEROKEE COUNTY
CHESHIRE COUNTY
CHEYENNE RIVER SIOUX TRIBE
CHICAGO REGIONAL COUNCIL OF CARPENTERS
WELFARE FUND
CHICKASAW NATION
CHIPPEWA COUNTY
CHOCTAW NATION
CHRIS AND DIANE DENSON
CHUGACHMIUT, INC.
CITY AND COUNTY OF DENVER
CITY OF ADA
CITY OF ALBANY
CITY OF ALBERTVILLE, AL
CITY OF ALEXANDRIA, CITY OF ELWOOD AND
MADISON COUNTY
CITY OF ALIQUIPPA
CITY OF ANACORTES AND SEDRO-WOOLLEY
SCHOOL DISTRICT
CITY OF ANSONIA
CITY OF ATLANTA
CITY OF AUGUSTA
CITY OF AURORA, OHIO
CITY OF BANGOR
CITY OF BASTROP, LOUISIANA

CITY OF BEECH GROVE, INDIANA
CITY OF BENHAM
CITY OF BEVERLY, MASSACHUSETTS
CITY OF BIRMINGHAM, ALABAMA
CITY OF BLOOMINGTON AND MONROE
COUNTY
CITY OF BOGALUSA, LOUISIANA
CITY OF BOSTON
CITY OF BRADENTON
CITY OF BRIDGEPORT, ALABAMA
CITY OF BROKEN ARROW
CITY OF BRUNSWICK, GEORGIA
CITY OF BUCKHORN
CITY OF BURLINGTON
CITY OF CARDOVA, ALABAMA
CITY OF CATERSVILLE
CITY OF CHARLESTON, MISS.
CITY OF CHICAGO
CITY OF CHICOPEE
CITY OF CLANTON, ALABAMA, A MUNICIPAL
CORPORATION
CITY OF CLARKSVILLE, TENNESSEE

CHARTER TOWNSHIP OF CANTON
CHARTER TOWNSHIP OF HURON, MICHIGAN
CHARTER TOWNSHIP OF VAN BUREN
CHATTOOGA COUNTY
CHER-AE HEIGHTS INDIAN COMMUNITY OF
THE TRINIDAD RANCHERIA
CHEROKEE COUNTY, ALABAMA
CHEYENNE & ARAPAHO TRIBES
CHICAGO REGIONAL COUNCIL OF CARPENTER
CHICKASAW COUNTY, MISSISSIPPI

CHILTON COUNTY, ALABAMA
CHITIMACHA TRIBE OF LOUISIANA
CHOWAN COUNTY
CHRISTIAN COUNTY
CITY AND COUNTY OF BROOMFIELD
CITY OF ABBEVILLE, AL
CITY OF ALAMOSA
CITY OF ALBANY, GEORGIA
CITY OF ALEXANDRIA
CITY OF ALEXANDRIA, LOUISIANA

CITY OF ALMA, GEORGIA
CITY OF ANNISTON, ALABAMA

CITY OF ASHLAND, OHIO
CITY OF AUBURN
CITY OF AURORA
CITY OF BAINBRIDGE, GEORGIA
CITY OF BARBERTON
CITY OF BATON ROUGE, PARISH OF EAST
BATON ROUGE
CITY OF BELMONT
CITY OF BERWYN
CITY OF BIDDEFORD
CITY OF BLACK HAWK
CITY OF BOAZ, AL

CITY OF BOISE
CITY OF BOWIE, MARYLAND
CITY OF BRIDGEPORT
CITY OF BROADVIEW HEIGHTS
CITY OF BRUNSWICK
CITY OF BUCKHANNON, WEST VIRGINIA
CITY OF BURBANK
CITY OF CARBON HILL, ALABAMA
CITY OF CARIBOU
CITY OF CENTRAL FALLS, RI
CITY OF CHELSEA
CITY OF CHICAGO HEIGHTS
CITY OF CINCINNATI
CITY OF CLAREMONT

CITY OF CLEARWATER IN THE COUNTY OF
PINELLAS

CITY OF CLEVELAND
CITY OF COLUMBIA, MISSISSIPPI
CITY OF COLUMBUS, MISSISSIPPI
CITY OF CONCORD, NEW HAMPSHIRE

CITY OF CORAL GABLES
CITY OF COVINGTON
CITY OF CRANSTON, RI
CITY OF CUYAHOGA FALLS
CITY OF DAYTON
CITY OF DEERFIELD BEACH, FLORIDA
CITY OF DEMOPOLIS, ALABAMA
CITY OF DERBY
CITY OF DONALDSONVILLE
CITY OF DOUGLAS, AL
CITY OF EAGLE PASS, TEXAS
CITY OF EAST LANSING, MICHIGAN
CITY OF EASTHAMPTON, MASS.
CITY OF ELYRIA
CITY OF ESCANABA, MICHIGAN
CITY OF EUNICE, LOUISIANA
CITY OF EVANSVILLE, INDIANA
CITY OF EVERGREEN, ALABAMA
CITY OF FALL RIVER
CITY OF FAYETTEVILLE
CITY OF FISHERS, INDIANA
CITY OF FITZGERALD, GEORGIA
CITY OF FLORENCE
CITY OF FORT LAUDERDALE, FLORIDA
CITY OF FOSTORIA
CITY OF FRANKLIN
CITY OF FREDERICK, MARYLAND
CITY OF GADSDEN, ALABAMA
CITY OF GALAX
CITY OF GARY, INDIANA
CITY OF GLOUCESTER
CITY OF GRANITE CITY, ILLINOIS
CITY OF GREAT FALLS
CITY OF GREENFIELD
CITY OF GREENVILLE, ALABAMA
CITY OF GREENWOOD, MISSISSIPPI
CITY OF GUIN, AL
CITY OF GUTHRIE COUNTY
CITY OF HALLANDALE BEACH, FLORIDA
CITY OF HAMILTON, OHIO
CITY OF HARLAN
CITY OF HARRISVILLE
CITY OF HARTSELLE, ALABAMA
CITY OF HATTIESBURG, MS
CITY OF HENAGAR, ALABAMA
CITY OF HENDERSON, KENTUCKY
CITY OF HOLYOKE
CITY OF HUNTINGTON, INDIANA
CITY OF HYDEN
CITY OF INDIANAPOLIS
CITY OF IRONTON, OHIO

CITY OF COCONUT CREEK, FLORIDA
CITY OF COLUMBUS
CITY OF COMMERCE CITY
CITY OF CONNERSVILLE AND FAYETTE
COUNTY
CITY OF COUNTRYSIDE
CITY OF COVINGTON, KENTUCKY
CITY OF CUMBERLAND, MARYLAND
CITY OF DANBURY
CITY OF DECATUR, ALABAMA
CITY OF DELRAY BEACH
CITY OF DEMOREST, GEORGIA
CITY OF DETROIT
CITY OF DORA
CITY OF DOVER, NEW HAMPSHIRE
CITY OF EAST CLEVELAND, OH
CITY OF EAST PROVIDENCE
CITY OF EDMOND
CITY OF ENTERPRISE, ALABAMA
CITY OF EUCLID
CITY OF EUREKA
CITY OF EVERETT
CITY OF FAIRLAWN
CITY OF FAYETTE ALABAMA
CITY OF FINDLAY
CITY OF FITCHBURG
CITY OF FLINT, MICHIGAN
CITY OF FLORENCE, ALABAMA
CITY OF FORT PAYNE, ALABAMA
CITY OF FRAMINGHAM
CITY OF FRANKLIN, NEW HAMPSHIRE
CITY OF FROSTBURG, MARYLAND
CITY OF GAINESVILLE, GEORGIA
CITY OF GARFIELD HEIGHTS
CITY OF GEORGIANA, AL
CITY OF GRAND RAPIDS, MICHIGAN
CITY OF GRAYSON
CITY OF GREEN
CITY OF GREENSBORO, AL
CITY OF GREENWOOD, INDIANA
CITY OF GRETNA
CITY OF GUNTERSVILLE, AL
CITY OF HAGERSTOWN, MARYLAND
CITY OF HAMILTON, AL
CITY OF HAMMOND
CITY OF HARRISBURG, ILLINOIS
CITY OF HARTFORD, INDIANA
CITY OF HARVEY
CITY OF HAVERHILL
CITY OF HENDERSON COUNTY
CITY OF HICKORY
CITY OF HUEYTOWN, AL
CITY OF HURON, OHIO
CITY OF INDEPENDENCE
CITY OF IRON MOUNTAIN, MICHIGAN
CITY OF ITHACA

CITY OF IUKA, MISSISSIPPI
CITY OF JACKSONVILLE
CITY OF JASPER, INDIANA
CITY OF JERSEY CITY, NEW JERSEY
CITY OF KANSAS CITY, MISSOURI
CITY OF KENNER
CITY OF KENT
CITY OF KENT, OHIO
CITY OF KOKOMO, INDIANA
CITY OF LAFAYETTE
CITY OF LAKEWOOD AND THE CITY OF WHEAT RIDGE
CITY OF LAREDO, TEXAS
CITY OF LAUREL, MISSISSIPPI
CITY OF LAWTON
CITY OF LEOMINSTER
CITY OF LIMA
CITY OF LIVONIA
CITY OF LOGANSPORT
CITY OF LORAIN
CITY OF LOWELL
CITY OF LUMBERTON, MISSISSIPPI
CITY OF LYNDHURST
CITY OF MACEDONIA, OH
CITY OF MANCHESTER
CITY OF MARION, ALABAMA
CITY OF MARTINSVILLE, VIRGINIA
CITY OF MELROSE
CITY OF MERIDIAN
CITY OF METROPOLIS, ILLINOIS
CITY OF MIAMI GARDENS, FLORIDA
CITY OF MILLEDGEVILLE, GEORGIA
CITY OF MIRAMAR, FLORIDA
CITY OF MOBILE, ALABAMA
CITY OF MONTEPELIER, INDIANA
CITY OF MONTGOMERY, WEST VIRGINIA
CITY OF MOULTON, ALABAMA
CITY OF MUNROE FALLS
CITY OF NASHUA
CITY OF NETTLETON, MISSISSIPPI
CITY OF NEW ALBANY, MISSISSIPPI
CITY OF NEW CASTLE
CITY OF NEW HAVEN
CITY OF NEW IBERIA
CITY OF NEW ORLEANS
CITY OF NEW YORK
CITY OF NEWBURGH HEIGHTS, OH
CITY OF NEWPORT, RI
CITY OF NORTH ADAMS
CITY OF NORTH OLMSTEAD
CITY OF NORTHAMPTON
CITY OF NORTHLAKE
CITY OF NORTON, VIRGINIA
CITY OF OAKMAN, ALABAMA
CITY OF OLMSTED FALLS
CITY OF OPP, ALABAMA

CITY OF JACKSON, MICHIGAN
CITY OF JASPER
CITY OF JEFFERSONVILLE, INDIANA
CITY OF JOPLIN
CITY OF KEENE, NH
CITY OF KENOVA, WEST VIRGINIA
CITY OF KENT, MICHIGAN
CITY OF KINGMAN
CITY OF LACONIA, NEW HAMPSHIRE
CITY OF LAKEWOOD
CITY OF LANSING

CITY OF LAUDERHILL, FLORIDA
CITY OF LAWRENCE, INDIANA
CITY OF LEBANON, OHIO
CITY OF LEWISTON
CITY OF LINCOLN, ALABAMA
CITY OF LOCK HAVEN
CITY OF LONDON
CITY OF LOS ANGELES, CALIFORNIA
CITY OF LOYALL
CITY OF LYNCH
CITY OF LYNN
CITY OF MALDEN
CITY OF MANSFIELD
CITY OF MARTINSVILLE, INDIANA
CITY OF MEDFORD
CITY OF MEMPHIS
CITY OF METHUEN
CITY OF MIAMI
CITY OF MIDFIELD, ALABAMA
CITY OF MINNEAPOLIS, MINNESOTA
CITY OF MISSOULA
CITY OF MONROE, LOUISIANA
CITY OF MONTGOMERY, AL
CITY OF MOREHEAD
CITY OF MOUNT VERNON
CITY OF NANTICOKE, PENNSYLVANIA
CITY OF NAUVOO, ALABAMA
CITY OF NEW ALBANY, INDIANA
CITY OF NEW BRITAIN
CITY OF NEW FRANKLIN
CITY OF NEW HOPE, ALABAMA
CITY OF NEW LONDON
CITY OF NEW ROADS, LOUISIANA
CITY OF NEWARK, NJ
CITY OF NEWBURYPORT
CITY OF NOBLESVILLE, INDIANA
CITY OF NORTH MIAMI, FLORIDA
CITY OF NORTH ROYALTON, OH
CITY OF NORTHGLENN
CITY OF NORTON
CITY OF NORWALK
CITY OF OKLAHOMA CITY
CITY OF OLYMPIA
CITY OF OVERLAND PARK, KANSAS

CITY OF OWASSO
CITY OF PADUCAH, KENTUCKY
CITY OF PALMETTO
CITY OF PARMA HEIGHTS
CITY OF PATERSON, NJ
CITY OF PAWTUCKET, RI
CITY OF PEKIN
CITY OF PENSACOLA
CITY OF PERU, INDIANA
CITY OF PHILADELPHIA, MISS.
CITY OF PINELLAS PARK
CITY OF PIPPA PASSES
CITY OF PITTSFIELD
CITY OF PLEASANT GROVE, AL
CITY OF PONCA CITY
CITY OF PORTLAND
CITY OF PORTLAND, OREGON
CITY OF PRESTON
CITY OF PRINCETON, ILLINOIS
CITY OF PROVIDENCE
CITY OF RAVENNA, OHIO
CITY OF REVERE
CITY OF RICHMOND HILL, GEORGIA
CITY OF ROCKFORD, ILLINOIS
CITY OF ROMULUS
CITY OF SAINT MARTINVILLE
CITY OF SAN DIEGO
CITY OF SANDY SPRINGS, GEORGIA
CITY OF SARASOTA
CITY OF SCHENECTADY
CITY OF SEAT PLEASANT, MARYLAND
CITY OF SEDRO WOOLLEY
CITY OF SEYMOUR, INDIANA
CITY OF SHAWNEE
CITY OF SHREVEPORT
CITY OF SOMERVILLE
CITY OF SPRINGFIELD, MISSOURI
CITY OF ST. LOUIS
CITY OF ST. MARY'S OHIO
CITY OF STOW
CITY OF SUMITON
CITY OF TACOMA
CITY OF TALLEDEGA, ALABAMA
CITY OF TAMPA
CITY OF TIFTON, GEORGIA
CITY OF TRAVERSE CITY, MICHIGAN
CITY OF TROY, ALABAMA
CITY OF TUSCALOOSA, ALABAMA
CITY OF UNION SPRINGS, ALABAMA
CITY OF VAN WERT
CITY OF VERONA, MISSISSIPPI
CITY OF VIRGINIA BEACH AND SHERIFF OF THE
CITY OF VIRGINIA BEACH
CITY OF WARWICK, RI
CITY OF WATERVILLE
CITY OF WEAVER, ALABAMA

CITY OF OZARK, ALABAMA
CITY OF PALM BAY
CITY OF PARMA
CITY OF PARRISH, ALABAMA
CITY OF PATTERSON
CITY OF PEABODY
CITY OF PEMBROKE PINES, FLORIDA
CITY OF PEORIA
CITY OF PHILADELPHIA
CITY OF PHOENIX
CITY OF PINEVILLE, LOUISIANA
CITY OF PITTSBURGH
CITY OF PLATTSBURGH
CITY OF POMPANO BEACH, FLORIDA
CITY OF POOLER, GEORGIA
CITY OF PORTLAND AND JAY COUNTY
CITY OF PORTSMOUTH
CITY OF PRICHARD, ALABAMA
CITY OF PRINCETON, WEST VIRGINIA
CITY OF QUINCY
CITY OF RENO
CITY OF RICHMOND
CITY OF ROCHESTER
CITY OF ROME
CITY OF SACO
CITY OF SALEM
CITY OF SANDUSKY
CITY OF SANFORD
CITY OF SAULT STE. MARIE, MICHIGAN
CITY OF SCOTTSBORO, ALABAMA
CITY OF SEATTLE
CITY OF SELMA, ALABAMA
CITY OF SHANNON, MISSISSIPPI
CITY OF SHELBYVILLE, INDIANA
CITY OF SIPSEY, ALABAMA
CITY OF SOUTH BEND, INDIANA
CITY OF ST. JOSEPH, MISSOURI
CITY OF ST. MARY'S
CITY OF STARKVILLE, MISSISSIPPI
CITY OF STRONGSVILLE
CITY OF SYRACUSE, NEW YORK
CITY OF TALLAHASSEE
CITY OF TALLMADGE
CITY OF THORNTON
CITY OF TOLEDO
CITY OF TROY
CITY OF TUCSON
CITY OF TUSKEGEE, ALABAMA
CITY OF UTICA, NEW YORK
CITY OF VERNON, ALABAMA
CITY OF VIENNA, WEST VIRGINIA
CITY OF WARREN

CITY OF WATERBURY
CITY OF WAYNE
CITY OF WEST LAFAYETTE

CITY OF WEST MONROE, LOUISIANA
CITY OF WESTLAND, MICHIGAN
CITY OF WICKLIFFE
CITY OF WILMINGTON
CITY OF WINFIELD, ALABAMA
CITY OF WOODBURY, GEORGIA
CITY OF YUKON
CLAIBORNE PARISH
CLARK COUNTY
CLAY COUNTY MEDICAL CORPORATION
CLAYTON COUNTY, GEORGIA
CLEBURNE COUNTY, ALABAMA

CLEVELAND BAKERS AND TEAMSTERS
HEALTH AND WELFARE FUND
CLEVELAND TEACHERS UNION, LOCAL 279
CLINTON COUNTY
CLOVERDALE RANCHERIA OF POMO INDIANS
COEUR DALENE TRIBE
COLE COUNTY, MISSOURI
COLUMBIA COUNTY
COLUMBIA COUNTY, PA

COLUMBUS COUNTY
COMMISSIONERS OF ST. MARY'S COUNTY,
MARYLAND
COMMONWEALTH OF MASSACHUSETTS
COMMONWEALTH OF VIRGINIA
COMMUNITY PARTNERSHIP FOR CHILDREN,
INC.
CONECUH COUNTY, ALABAMA
CONFEDERATED TRIBE OF WARM SPRINGS

CONFEDERATED TRIBES OF THE GRAND RONDE
COMMUNITY OF OREGON
CONSOLIDATED TRIBAL HEALTH PROJECT, INC.
COOK COUNTY, ILLINOIS
COPLEY TOWNSHIP
COSHOCTON COUNTY BOARD OF COUNTY
COMMISSIONERS
COUNTY COMMISSIONERS OF CHARLES
COUNTY, MARYLAND
COUNTY OF ALBANY, NY
COUNTY OF ALGER, MICHIGAN
COUNTY OF ALLENDALE
COUNTY OF ANACONDA-DEER LODGE
COUNTY OF ANGELINA
COUNTY OF ANTRIM, MICHIGAN
COUNTY OF ASHTABULA
COUNTY OF BAMBERG
COUNTY OF BARNWELL
COUNTY OF BEE
COUNTY OF BERRIEN, MICHIGAN
COUNTY OF BLANCO
COUNTY OF BRADFORD
COUNTY OF BREVARD, FLORIDA

CITY OF WESTFIELD, INDIANA
CITY OF WESTMINSTER
CITY OF WILKES-BARRE, PENNSYLVANIA
CITY OF WINCHESTER
CITY OF WOBURN
CITY OF WORCESTER
CLAIBORNE COUNTY, MISS
CLALLAM COUNTY
CLARKE COUNTY, MISSISSIPPI
CLAY COUNTY, ALABAMA
CLEARFIELD COUNTY, PENNSYLVANIA
CLERMONT COUNTY BOARD OF COUNTY
COMMISSIONERS
CLEVELAND COUNTY

CLINCH COUNTY HOSPITAL AUTHORITY
CLINTON COUNTY BOARD OF COMMISSIONERS
COBB COUNTY
COFFEE COUNTY, ALABAMA
COLES COUNTY
COLUMBIA COUNTY, GEORGIA
COLUMBIANA COUNTY BOARD OF COUNTY
COMMISSIONERS
COLUMBUS GEORGIA
COMMON WEALTH OF PA

COMMONWEALTH OF PA
COMMUNITY BASED CARE OF BREVARD, INC
CONCORDIA PARISH

CONEJOS COUNTY
CONFEDERATED TRIBES AND BANDS OF THE
YAKAMA NATION
CONFEDERATED TRIBES OF THE UMATILLA
INDIAN RESERVATION
COOK COUNTY, GEORGIA
COOS COUNTY, OREGON
COPPER RIVER NATIVE ASSOCIATION
COUNTY COMMISSION OF CLAY COUNTY

COUNTY OF ALACHUA

COUNTY OF ALCONA, MICHIGAN
COUNTY OF ALLEGHENY
COUNTY OF AMADOR
COUNTY OF ANDERSON
COUNTY OF ANOKA, MN
COUNTY OF ARENAC, MICHIGAN
COUNTY OF BALLARD, KENTUCKY
COUNTY OF BARAGA, MICHIGAN
COUNTY OF BEAUFORT
COUNTY OF BENZIE, MICHIGAN
COUNTY OF BEXAR
COUNTY OF BOWIE
COUNTY OF BRANCH
COUNTY OF BURLESON

COUNTY OF BURNET
COUNTY OF CALAVERAS
COUNTY OF CAMP
COUNTY OF CASCADE
COUNTY OF CATTARAUGUS
COUNTY OF CHARLEVOIX, MICHIGAN
COUNTY OF CHENANGO
COUNTY OF CHEROKEE
COUNTY OF CHILDRESS
COUNTY OF CLACKAMAS
COUNTY OF CLAY
COUNTY OF CLINTON, MICHIGAN
COUNTY OF COLLETON
COUNTY OF CONTRA COSTA
COUNTY OF CORTLAND
COUNTY OF CRAWFORD, MICHIGAN
COUNTY OF CUYAHOGA
COUNTY OF DEKALB
COUNTY OF DELTA
COUNTY OF DIMMIT
COUNTY OF DOUGLAS, STATE OF NEBRASKA
COUNTY OF ECTOR
COUNTY OF EL PASO
COUNTY OF ESSEX
COUNTY OF FALLS
COUNTY OF FAYETTE
COUNTY OF FRANKLIN
COUNTY OF FRESNO
COUNTY OF GALVESTON
COUNTY OF GLENN
COUNTY OF GRATIOT, MICHIGAN
COUNTY OF GREENE
COUNTY OF GRENADA
COUNTY OF HAMPTON
COUNTY OF HARRISON
COUNTY OF HERKIMER
COUNTY OF HILLSDALE, MICHIGAN
COUNTY OF HOUSTON
COUNTY OF IMPERIAL
COUNTY OF IOSCO, MICHIGAN
COUNTY OF JASPER
COUNTY OF JONES
COUNTY OF KERR
COUNTY OF KINNEY
COUNTY OF KNOX, STATE OF NEBRASKA
COUNTY OF LAKE
COUNTY OF LAMAR
COUNTY OF LASSEN
COUNTY OF LEE
COUNTY OF LENAWEE, MICHIGAN
COUNTY OF LEWIS
COUNTY OF LIBERTY
COUNTY OF LINCOLN
COUNTY OF LORAIN
COUNTY OF MACOMB
COUNTY OF MADISON

COUNTY OF BUTTE
COUNTY OF CAMERON
COUNTY OF CARBON
COUNTY OF CASS
COUNTY OF CAYUGA
COUNTY OF CHAUTAUQUA
COUNTY OF CHENANGO
COUNTY OF CHESTERFIELD
COUNTY OF CHIPPEWA
COUNTY OF CLARION
COUNTY OF CLINTON
COUNTY OF COCHISE
COUNTY OF COLUMBIA
COUNTY OF COOKE
COUNTY OF CORYELL
COUNTY OF CUMBERLAND
COUNTY OF DALLAS
COUNTY OF DEL NORTE
COUNTY OF DICKINSON, MICHIGAN
COUNTY OF DORCHESTER
COUNTY OF EATON
COUNTY OF EL DORADO
COUNTY OF ERIE
COUNTY OF FAIRFIELD
COUNTY OF FANNIN
COUNTY OF FLOYD
COUNTY OF FREESTONE
COUNTY OF FULTON
COUNTY OF GENESEE
COUNTY OF GRAND TRAVERSE
COUNTY OF GRAYSON
COUNTY OF GREENWOOD
COUNTY OF HAMILTON
COUNTY OF HARDIN
COUNTY OF HARVEY
COUNTY OF HIDALGO
COUNTY OF HOPKINS
COUNTY OF HUDSON, NJ
COUNTY OF INYO
COUNTY OF ISABELLA, MICHIGAN
COUNTY OF JEFFERSON
COUNTY OF KENNEBEC
COUNTY OF KERSHAW
COUNTY OF KNOTT
COUNTY OF LA SALLE
COUNTY OF LAKE, MICHIGAN
COUNTY OF LANE
COUNTY OF LAURENS
COUNTY OF LEELANAU, MICHIGAN
COUNTY OF LEON
COUNTY OF LEXINGTON
COUNTY OF LIMESTONE
COUNTY OF LIVINGSTON
COUNTY OF LUCE, MICHIGAN
COUNTY OF MADERA
COUNTY OF MANISTEE, MICHIGAN

COUNTY OF MARICOPA
COUNTY OF MARION
COUNTY OF MARQUETTE, MICHIGAN
COUNTY OF MCCRACKEN COUNTY, KENTUCKY
COUNTY OF MCMULLEN
COUNTY OF MERCED
COUNTY OF MILAM
COUNTY OF MODOC
COUNTY OF MONO
COUNTY OF MONTEREY
COUNTY OF MONTMORENCY, MICHIGAN
COUNTY OF MORRIS
COUNTY OF NACOGDOCHIES
COUNTY OF NASSAU
COUNTY OF NEWAYGO, MICHIGAN
COUNTY OF NIAGARA
COUNTY OF NUECES
COUNTY OF OCEANA, MICHIGAN
COUNTY OF OGEMAW, MICHIGAN
COUNTY OF ONONDAGA, NY
COUNTY OF ONTONAGON, MICHIGAN
COUNTY OF ORANGEBURG
COUNTY OF OSCEOLA, MICHIGAN
COUNTY OF OSTEGO, MICHIGAN
COUNTY OF PANOLA
COUNTY OF PICKENS
COUNTY OF PLUMAS
COUNTY OF PORTAGE, OHIO
COUNTY OF PRESQUE ISLE, MICHIGAN
COUNTY OF RED RIVER
COUNTY OF RENSSELAER
COUNTY OF RIVERSIDE
COUNTY OF ROOSEVELT
COUNTY OF RUSK
COUNTY OF SAGINAW
COUNTY OF SAN DIEGO
COUNTY OF SAN JOAQUIN
COUNTY OF SAN MATEO
COUNTY OF SANILAC, MICHIGAN
COUNTY OF SANTA CRUZ, CALIFORNIA
COUNTY OF SCHENECTADY
COUNTY OF SCHUYLER
COUNTY OF SHASTA
COUNTY OF SHIAWASSEE, MICHIGAN
COUNTY OF SMITH
COUNTY OF ST. CLAIR, MICHIGAN
COUNTY OF STEUBEN
COUNTY OF SULLIVAN
COUNTY OF SUTTER
COUNTY OF TEHAMA
COUNTY OF TIOGA
COUNTY OF TOMPKINS
COUNTY OF TRINITY
COUNTY OF TUOLUMNE
COUNTY OF ULSTER
COUNTY OF UPSHUR

COUNTY OF MARIN
COUNTY OF MARIPOSA
COUNTY OF MASON, MICHIGAN
COUNTY OF MCLENNAN
COUNTY OF MENDOCINO
COUNTY OF MERRIMACK
COUNTY OF MITCHELL, TEXAS
COUNTY OF MOHAVE
COUNTY OF MONROE
COUNTY OF MONTGOMERY
COUNTY OF MORA
COUNTY OF MULTNOMAH
COUNTY OF NAPA, CALIFORNIA
COUNTY OF NEVADA
COUNTY OF NEWTON
COUNTY OF NOLAN, TEXAS
COUNTY OF OAKLAND
COUNTY OF OCONEE
COUNTY OF ONEIDA, NY
COUNTY OF ONTARIO
COUNTY OF ORANGE
COUNTY OF OSCEOLA
COUNTY OF OSTEGO
COUNTY OF OSWEGO
COUNTY OF PARKER
COUNTY OF PLACER
COUNTY OF POLK, TEXAS
COUNTY OF POTTER
COUNTY OF PUTNAM
COUNTY OF RENO
COUNTY OF RIO ARRIBA
COUNTY OF ROBERTSON
COUNTY OF ROSCOMMON, MICHIGAN
COUNTY OF SACRAMENTO
COUNTY OF SAN BERNARDINO
COUNTY OF SAN FRANCISCO
COUNTY OF SAN LUIS OBISPO, CALIFORNIA
COUNTY OF SAN PATRICIO
COUNTY OF SANTA BARBARA
COUNTY OF SARATOGA
COUNTY OF SCHOHARIE
COUNTY OF SENECA
COUNTY OF SHELBY
COUNTY OF SISKIYOU
COUNTY OF SONOMA, CALIFORNIA
COUNTY OF ST. LAWRENCE
COUNTY OF SUFFOLK
COUNTY OF SUMMIT, OHIO
COUNTY OF TARRANT
COUNTY OF THROCKMORTON
COUNTY OF TITUS
COUNTY OF TRAVIS
COUNTY OF TRUMBULL
COUNTY OF TUSCARAWAS, OHIO
COUNTY OF UNION
COUNTY OF VAN ZANDT

| | |
|---|---|
| COUNTY OF VOLUSIA, FLORIDA | COUNTY OF WALLER |
| COUNTY OF WARREN | COUNTY OF WASHINGTON |
| COUNTY OF WAYNE | COUNTY OF WEBB |
| COUNTY OF WESTCHESTER | COUNTY OF WESTMORELAND |
| COUNTY OF WEXFORD, MICHIGAN | COUNTY OF WICHITA, TEXAS |
| COUNTY OF WILCOX, GEORGIA | COUNTY OF WILLIAMSBURG |
| COUNTY OF WOOD | COUNTY OF WYOMING |
| COUNTY OF YORK | COUNTY OF YUBA |
| COUNTY OF ZAVALA, TEXAS | COVENTRY TOWNSHIP |
| COW CREEK BAND OF UMPQUA TRIBE OF INDIANS | COYOTE VALLEY BAND OF POMO INDIANS |
| CRAVEN COUNTY | CRAWFORD COUNTY |
| CRAWFORD COUNTY BOARD OF COUNTY COMMISSIONERS | CRISP COUNTY, GA |
| CROCKETT COUNTY, TN | CULLMAN COUNTY, ALABAMA |
| CUMBERLAND COUNTY | CUMBERLAND COUNTY, STATE OF MAINE |
| CURRITUCK COUNTY | DAGGETT COUNTY, UTAH |
| DAKOTA COUNTY, MINNESOTA | DALE COUNTY, ALABAMA |
| DANE COUNTY, WISCONSIN | DANIEL WILSON |
| DARCY C. SHERMAN | DARE COUNTY |
| DARKE COUNTY BOARD OF COUNTY COMMISSIONERS | DARREN AND ELENA FLANAGAN |
| DAUPHIN COUNTY, PA | DAVIDSON COUNTY |
| DAVIE COUNTY | DAVIS COUNTY |
| DEBORAH GREEN-KUCHTA | DEBRA DAWSEY |
| DECATUR COUNTY, GEORGIA | DEKALB COUNTY, ILLINOIS |
| DELAWARE COUNTY | DELAWARE COUNTY BOARD OF COUNTY COMMISSIONERS |
| DELAWARE COUNTY, PENNSYLVANIA | DENT COUNTY |
| DERIC REES AND CEONDA REES | DES MOINES COUNTY |
| DESOTO FIRE PROTECTION DISTRICT NO. 8 | DETROIT WAYNE MENTAL HEALTH AUTHORITY |
| DICKENSON COUNTY | DODDRIDGE COUNTY COMMISSION |
| DODGE COUNTY | DODGE COUNTY HOSPITAL AUTHORITY |
| DOOLY COUNTY, GEORGIA | DOOR COUNTY |
| DORA LAWRENCE | DOUGHERTY COUNTY, GEORGIA |
| DOUGLAS ANDERSON, SHERIFF OF AVOYELLES PARISH | DOUGLAS COUNTY |
| DOUGLAS COUNTY, MN | DOUGLAS HERBERT III, SHERIFF OF ALLEN PARISH |
| DREW MEMORIAL HOSPITAL INC. | DUNKLIN COUNTY |
| DUNN COUNTY | DUPAGE COUNTY, ILLINOIS |
| DUPLIN COUNTY | DUSCESNE COUNTY, UTAH |
| DUSTY GATES, SHERIFF OF UNION PARISH | EASTERN BAND OF CHEROKEE INDIANS |
| EAU CLAIRE COUNTY | ECHOLS COUNTY, GEORGIA |
| ED PULLEKINS, THE SOLICITOR FOR BOSTON TOWNSHIP | EDNA HOUSE FOR WOMEN, INC. |
| EDRICK SOILEAU, SHERRIFF OF EVANGELINE PARISH | EDWARD GRACE |
| EDWARDS COUNTY | EFFINGHAM COUNTY |
| EL CAMPO MEMORIAL HOSPITAL | ELBERT COUNTY, GEORGIA |
| ELI MEDINA | ELLA LOUISE JOHNSON |
| ELLEN F. ROSENBLUM, OREGON ATTORNEY GENERAL | ELMORE COUNTY, IDAHO |
| ELY SHOSHONE TRIBE OF NEVADA | EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND |

EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505
RETIREE HEALTH & WELFARE FUND
ERIN DOYLE
ESSEX COUNTY, NEW JERSEY
ESTILL COUNTY EMERGENCY MEDICAL
SERVICES
EWIIAAPAAYP BAND OF KUMEYAAY INDIANS
FAIRFIELD COUNTY BOARD OF COUNTY
COMMISSIONERS
FAMILY PRACTICE CLINIC OF BOONEVILLE,
INC.
FENTRESS COUNTY, TN
FISCAL COURT OF ANDERSON COUNTY
FISCAL COURT OF BOONE COUNTY
FISCAL COURT OF BOYLE COUNTY
FLANDREAU SANTEE SIOUX TRIBE
FLOYD COUNTY

FOND DU LAC COUNTY
FOREST COUNTY POTAWATOMI COMMUNITY
FRANKLIN COUNTY

FRANKLIN PARISH
GALLATIN COUNTY

GARRETT COUNTY, MARYLAND
GASCONADE COUNTY, MISSOURI
GEAUGA COUNTY BOARD OF COUNTY
COMMISSIONERS
GEORGE COUNTY, MISSISSIPPI
GLENN GOLDEN
GONZALES HEALTHCARE SYSTEMS
GRAFTON COUNTY
GRANT COUNTY, NEW MEXICO
GREEN COUNTY
GREENBRIER COUNTY COMMISSION
GREENE COUNTY, ALABAMA
GREENE COUNTY, PENNSYLVANIA
GREENVILLE COUNTY
GRETTA GOLDEN

GUIDIVILLE RANCHERIA OF CALIFORNIA
GURBIR S. GREWAL
HABERSHAM COUNTY MEDICAL CENTER
HAL ALLRED, SHERIFF OF LAMAR COUNTY,
ALABAMA
HALIFAX COUNTY
HAMILTON COUNTY

HAMILTON COUNTY, TN

HANCOCK COUNTY COMMISSION
HANCOCK COUNTY, MISSISSIPPI
HARDIN COUNTY
HARRIS COUNTY
HARRISON COUNTY BOARD OF COUNTY

ERIE COUNTY BOARD OF COUNTY
COMMISSIONERS
ESCAMBIA COUNTY, FLORIDA
ESTATE OF BRUCE BROCKEL
EVANS MEMORIAL HOSPITAL, INC.

F. KIRK HOPKINS
FAMILY HEALTH CARE CLINIC PSC

FAYETTE COUNTY, ALABAMA

FISCAL COURT OF ALLEN COUNTY
FISCAL COURT OF BELL COUNTY
FISCAL COURT OF BOYD COUNTY
FISCAL COURT OF BULLITT COUNTY
FLORENCE COUNTY
FOND DU LAC BAND OF LAKE SUPERIOR
CHIPPEWA
FOREST COUNTY
FORREST COUNTY, MISS.
FRANKLIN COUNTY BOARD OF COUNTY
COMMISSIONERS
FREDERICK COUNTY, MARYLAND
GALLIA COUNTY BOARD OF COUNTY
COMMISSIONERS
GARY GILLEY
GASTON COUNTY
GENESEE COUNTY

GILES COUNTY
GLYNN COUNTY, GEORGIA
GRADY COUNTY, GEORGIA
GRANT COUNTY
GRAYSON COUNTY, VIRGINIA
GREEN LAKE COUNTY
GREENE COUNTY
GREENE COUNTY, NORTH CAROLINA
GREENE COUNTY, TN
GREENWOOD LEFLORE HOSPITAL
GUERNSEY COUNTY BOARD OF COUNTY
COMMISSIONERS
GULF COUNTY
GWINNETT COUNTY, GEORGIA
HABERSHAM COUNTY, GEORGIA
HALE COUNTY, ALABAMA

HALL COUNTY, GEORGIA
HAMILTON COUNTY BOARD OF COUNTY
COMMISSIONERS
HANCOCK COUNTY BOARD OF COUNTY
COMMISSIONERS
HANCOCK COUNTY, GEORGIA
HANCOCK COUNTY, TN
HARDTNER MEDICAL CENTER
HARRISON COUNTY
HARRISON COUNTY COMMISSION

COMMISSIONERS

| | |
|---|---|
| HARRISON COUNTY, MISSISSIPPI | HARTFORD COUNTY, MARYLAND |
| HASKELL COUNTY, TEXAS | HAWKINS COUNTY, TN |
| HAYWOOD COUNTY | HAYWOOD COUNTY, TN |
| HD MEDIA COMPANY, LLC | HEALTH SERVICE DISTRICT OF KERSHAW COUNTY |
| HEATHER ENDERS | HECTOR BALDERAS, NEW MEXICO ATTORNEY GENERAL |
| HENDERSON COUNTY, TN | HENNEPIN COUNTY, MN |
| HENRY COUNTY, ALABAMA | HENRY COUNTY, GEORGIA |
| HENRY COUNTY, ILLINOIS | HENRY COUNTY, VIRGINIA |
| HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF BRITISH COLUMBIA | HERBERT H. SLATERY III, TENNESSEE ATTORNEY GENERAL AND REPORTER |
| HIGHLANDS HOSPITAL CORPORATION | HIGHLANDS REGIONAL MEDICAL CENTER |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY, NEW HAMPSHIRE |
| HMO LOUISIANA INC. | HOCKING COUNTY BOARD OF COUNTY COMMISSIONERS |
| HOLMES COUNTY | HOLMES COUNTY, MISSISSIPPI |
| HOPLAND BAND OF POMO INDIANS | HOSPITAL AUTHORITY OF BAINBRIDGE AND DECATUR COUNTY, GEORGIA |
| HOSPITAL AUTHORITY OF BAXLEY AND APPLING COUNTY | HOSPITAL AUTHORITY OF BLECKLEY COUNTY |
| HOSPITAL MENONITA CAGUAS, INC. | HOSPITAL MENONITA GAUYAMA, INC. |
| HOSPITAL SERVICE DISTRICT NO. 1 OF THE PARISH OF LASALLE, STATE OF LOUISIANA | HOUSTON COUNTY |
| HOUSTON COUNTY, ALABAMA | HOWARD COUNTY |
| HOWARD COUNTY, INDIANA | HUALAPAI TRIBE |
| HUERFANO COUNTY | HUMBOLDT COUNTY |
| HUMPHREYS COUNTY, MISS. | HUNTINGTON BEACH |
| HURON COUNTY BOARD OF COUNTY COMMISSIONERS | IBERIA PARISH |
| IBERIA PARISH SCHOOL BOARD | IBERVILLE PARISH COUNCIL, A LOUISIANA GOVERNMENTAL ENTITY |
| IBEW LOCAL 38 HEALTH AND WELFARE FUND | IBEW LOCAL 90 BENEFITS PLAN |
| INDIAN HEALTH COUNCIL, INC. | INDIANA COUNTY, PA |
| INTERGOVERNMENTAL PERSONNEL BENEFIT COOPERATIVE | INTERGOVERNMENTAL RISK MANAGEMENT AGENCY |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150 | IOWA COUNTY |
| IQBAL AKHTER | IREDELL COUNTY |
| IRON COUNTY | IRON WORKERS DISTRICT COUNCIL OF PHILADELPHIA AND VICINITY, BENEFIT FUND |
| IRVING B. SUGERMAN | IRWIN COUNTY, GEORGIA |
| ISLAND COUNTY | ITASCA COUNTY, MINNESOTA |
| ITAWAMBA COUNTY, MISS. | IVY WOODS, SHERIFF OF JEFFERSON DAVIS PARISH |
| J. PAUL JONES HOSPITAL | JACK MULHALL CENTER FOR SOBER LIVING |
| JACKSON COUNTY | JACKSON COUNTY BOARD OF COUNTY COMMISSIONERS |
| JACKSON COUNTY, ALABAMA | JACKSON COUNTY, GEORGIA |
| JACKSON COUNTY, INDIANA | JACKSON COUNTY, MISSOURI |
| JACKSON PARISH POLICE JURY | JANE DOE |
| JANNA LOWRY | JARED EFFLER |
| JASON REYNOLDS | JASPER COUNTY |
| JASPER COUNTY, GEORGIA | JAY BRODSKY |
| JAY RUSSELL, SHERIFF OF OUACHITA PARISH | JEAN LAFITTE TOWN |

JEFF DAVIS COUNTY, GA

JEFFERSON COUNTY COMMISSION

JEFFERSON COUNTY, MISSISSIPPI

JEFFERSON DAVIS PARISH POLICE JURY

JEFFERSON PARISH HOSPITAL SERVICE NO. 2

JENNINGS COUNTY

JERSEY COUNTY

JOHN CRAFT (VERNON PARISH)

JOHN E. BALANCE, SHERIFF FOR BIENVILLE PARISH

JOHN T. FOUNDATION

JOHNSON COUNTY, GEORGIA

JONES COUNTY

JORDAN CHU

JOSHUA D. HAWLEY, MISSOURI ATTORNEY GENERAL

JUSTIN MARKEY, THE LAW DIRECTOR FOR THE CITY OF NORTON

KANE COUNTY, ILLINOIS

KAUFMAN COUNTY

KENDALL COUNTY, ILLINOIS

KENOSHA COUNTY

KENTUCKY RIVER DISTRICT HEALTH DEPARTMENT

KEVIN SCHWARTZ

KIDS FIRST OF FLORIDA, INC.

KING COUNTY

KITTITAS COUNTY

KODIAK AREA NATIVE ASSOCIATION

KOOTENAI TRIBE OF IDAHO

LA CROSSE COUNTY

LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS

LAC VIEUX DESERT BAND OF LAKE SUPERIOR CHIPPEWA INDIANS

LAFAYETTE COUNTY

LAKE COUNTY

LAMAR COUNTY, ALABAMA

LANIER COUNTY, GEORGIA

LAPORTE COUNTY

LASALLE PARISH

LAUDERDALE COUNTY, TN

LAWRENCE COUNTY

LAWRENCE COUNTY, ALABAMA

LAWRENCE COUNTY, PENNSYLVANIA

LEE COUNTY, GEORGIA

LEHIGH COUNTY, PA

LEON COUNTY, FLORIDA

LEVY COUNTY

LEWIS COUNTY, MISSOURI

JEFFERSON COUNTY

JEFFERSON COUNTY, AL

JEFFERSON DAVIS COUNTY, MISS.

JEFFERSON PARISH HOSPITAL SERVICE NO. 1

JEFFREY F. WILEY, SHERIFF OF ASCENSION PARISH

JERRY PHILLEY, SHERIFF OF WEST CARROLL PARISH

JODI SHAFFER

JOHN DOE

JOHN POHLMANN, SHERIFF OF ST. BERNARD PARISH, LOUISIANA

JOHNSON COUNTY

JOHNSON COUNTY, TN

JONES COUNTY, GEORGIA

JOSEPH P. LOPINTO, III, SHERRIFF OF JEFFERSON PARISH

JOSHUA H. STERN, NORTH CAROLINA ATTORNEY GENERAL

K.I.S.S. FOUNDATION INC.

KANKAKEE CNTY

KENAITZE INDIAN TRIBE

KENNEBEC COUNTY, STATE OF MAINE

KENTUCKY LEAGUE OF CITIES INSURANCE SERVICES

KERSHAW HEALTH

KEVIN WILK

KIMBERLY BRAND

KITSAP COUNTY

KNOX COUNTY BOARD OF COUNTY COMMISSIONERS

KOI NATION OF NORTHERN CALIFORNIA

KRIS KOECHLEY

LABORERS 17 HEALTH BENEFIT FUND

LAC DU FLAMBEAU BAND OF CHIPPEWA INDIANS

LACKAWANNA COUNTY, PENNSYLVANIA

LAFAYETTE GENERAL HEALTH SYSTEM, INC.

LAKEVIEW CENTER, INC.

LANGLADE COUNTY

LANTERN

LAS ANIMAS COUNTY

LATAH COUNTY, IDAHO

LAURENS COUNTY, GEORGIA

LAWRENCE COUNTY BOARD OF COUNTY COMMISSIONERS

LAWRENCE COUNTY, MISS.

LEE COUNTY

LEE COUNTY, MISSISSIPPI

LENOIR COUNTY

LESLIE RUTLEDGE

LEWIS COUNTY COMMISSION

LEWIS COUNTY, WASHINGTON

LEXINGTON, TN

LIA HOUSE

LIMESTONE COUNTY, ALABAMA

LINCOLN COUNTY, GEORGIA

LISA MILLER, THE DIRECTOR OF LAW FOR THE CITY OF BARBERTON

LIVINGSTON COUNTY, MISSOURI

LORI SWANSON, MINNESOTA ATTORNEY GENERAL

LOUIS M. ACKAL, SHERIFF OF IBERIA PARISH, LOUISIANA

LOUISIANA DEPT. OF HEALTH

LOUISVILLE/JEFFERSON COUNTY GOVERNMENT

LOWNDES COUNTY, ALABAMA

LUCAS COUNTY CHILDREN SERVICES BOARD OF TRUSTEES

LUZERNE COUNTY, PA

MACKENZIE PAIGE HAYS

MACON COUNTY, ILLINOIS

MADISON COUNTY

MADISON COUNTY, GEORGIA

MAHONING TOWNSHIP

MANCHESTER BAND OF POMO INDIANS OF THE MANCHESTER RANCHERIA

MAO-MSO RECOVERY II, LLC

MARENGO COUNTY, ALABAMA

MARINETTE COUNTY

MARION COUNTY BOARD OF COUNTY COMMISSIONERS

MARION COUNTY, MISS.

MARK BRNOVICH ARIZONA ATTORNEY GENERAL

MARK R. HERRING VA ATTORNEY GENERAL

MARLIN N. GUSMAN, SHERIFF OF ORLEANS PARISH

MARSHAL M. PITCHFORD, THE LAW DIRECTOR FOR THE CITY OF MOGADORE

MARSHALL COUNTY COMMISSION

MARSHALL COUNTY, MISS.

MARTY J. JACKLEY, SOUTH DAKOTA ATTORNEY GENERAL

MASSAC COUNTY

MAXWELL A. NEWMAN AND CAROLINE S. NEWMAN

MAYOR CHRIS TATUM ON BEHALF OF THE VILLAGE OF BARBOURSVILLE

MAYOR DON E. MCCOURT, ON BEHALF OF THE TOWN OF ADDISON

MCDOWELL COUNTY, NC

MCHENRY COUNTY, ILLINOIS

MEDICAL MUTUAL OF OHIO

LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT

LICKING COUNTY BOARD OF COUNTY COMMISSIONERS

LINCOLN COUNTY

LINCOLN COUNTY, MISSISSIPPI

LIVINGSTON COUNTY

LOGAN COUNTY BOARD OF COUNTY COMMISSIONERS

LOU SARDELLA

LOUISIANA ASSESSORS' INSURANCE FUND

LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY

LOWER SIOUX INDIAN COMMUNITY IN THE STATE OF MINNESOTA

LOWNDES COUNTY, GEORGIA

LUTHERAN SERVICES FLORIDA INC.

LYON COUNTY

MACON COUNTY, GEORGIA

MACOUPIN COUNTY, ILLINOIS

MADISON COUNTY, ALABAMA

MADISON COUNTY, TN

MANATEE COUNTY, FLORIDA

MANITOWOC COUNTY

MARATHON COUNTY

MARIES COUNTY, MISSOURI

MARION COUNTY

MARION COUNTY COMMISSION

MARION REGIONAL MEDICAL CENTER, INC.

MARK GARBER, SHERIFF OF LAFAYETTE PARISH

MARKETING SERVICES OF INDIANA, INC.

MARQUETTE COUNTY

MARSHAL PITCHFORD

MARSHALL COUNTY, AL

MARTIN COUNTY, NC

MASMOUD BAMDAD, M.D., O.B.O. STATE OF CA

MAVERICK COUNTY, TEXAS

MAYOR & CITY COUNCIL OF BALTIMORE

MAYOR DAVID ADKINS, O.B.O. THE TOWN OF HAMLIN

MAYOR FARRIS BURTON, O.B.O. THE TOWN OF WEST HAMLIN

MCDUFFIE COUNTY, GEORGIA

MECKLENBURG COUNTY

MEGAN RABER, THE DIRECTOR OF LAW FOR

MEIGS COUNTY, OHIO
MEMORIAL HEALTHCARE SYSTEM INC.
MENOMINEE COUNTY

THE CITY OF TALLMADGE
MELISSA AMBROSIO
MENNONITE GENERAL HOSPITAL, INC.
MENTAL HEALTH & RECOVERY SERVICES
BOARD OF ALLEN, AUGLAIZE AND HARDIN
COUNTIES

MENTAL HEALTH & RECOVERY SERVICES
BOARD OF LUCAS COUNTY
MERCER COUNTY BOARD OF COUNTY
COMMISSIONERS

MERCER COUNTY

MERCY HOUSE TEEN CHALLENGE

METROHEALTH SYSTEM

METROPOLITAN GOVERNMENT OF NASHVILLE
AND DAVIDSON COUNTY, TENNESSEE

MIAMI-DADE COUNTY, FLORIDA

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA

MICHAEL CHRISTY
MICHAEL KLODZINSKI
MICHAEL LOPEZ
MICHAEL RAY LEWIS

MICHAEL ESPINOSA
MICHAEL KONIG
MICHAEL MASIOWSKI, M.D.
MICHAEL TUBBS, SHERIFF OF MOREHOUSE
PARISH

MIDWEST OPERATING ENGINEERS HEALTH
AND WELFARE FUND

MIKE DEWINE, OHIO ATTORNEY GENERAL

MIKE HALE, IN HIS CAPACITY AS SHERRIFF OF
JEFFERSON COUNTY, ALABAMA

MIKE HUNTER, OKLAHOMA ATTORNEY
GENERAL

MIKE STONE, SHERIFF FOR LINCOLN PARISH

MILLS COUNTY

MILWAUKEE COUNTY, WISCONSIN

MINIDOKA COUNTY, IDAHO

MINISTER DAVID BREWTON

MINUTE MEN SELECT, INC.

MINUTE MEN, INC.

MISSOULA COUNTY

MOBILE COUNTY EMERGENCY MEDICAL
SERVICES RESCUE SQUAD, INC.

MOBILE COUNTY, ALABAMA

MONITEAU COUNTY, MISSOURI

MONMOUTH COUNTY

MONONGALIA COUNTY COMMISSION

MONROE COUNTY

MONROE COUNTY BOARD OF COUNTY
COMMISSIONERS

MONROE COUNTY, GEORGIA

MONROE COUNTY, MISSISSIPPI

MONTGOMERY COUNTY

MONTGOMERY COUNTY, AL

MONTGOMERY COUNTY, KANSAS

MONTGOMERY COUNTY, MARYLAND

MONTGOMERY COUNTY, MISSOURI

MONTGOMERY COUNTY, TN

MOORE COUNTY

MORGAN CITY

MORGAN COUNTY

MORGAN COUNTY COMMISSION

MORGAN COUNTY, ALABAMA

MORGAN COUNTY, TN

MORRISON COUNTY, MN

MORROW COUNTY BOARD OF COUNTY
COMMISSIONERS

MOWER COUNTY, MN

MSI CORPORATION

MSP RECOVERY CLAIMS SERIES LLC

MSP RECOVERY CLAIMS, SERVICES LLC

MSPA CLAIMS 1, LLC

MUNICIPALITY OF CANOVANAS, PUERTO RICO

MUNICIPALITY OF GUAYAMA, PUERTO RICO

MUNICIPALITY OF GUAYANILLA, PUERTO RICO

MUNICIPALITY OF JUNCOS, PUERTO RICO

MUNICIPALITY OF LOIZA, PUERTO RICO

MUNICIPALITY OF RIO GRANDE, PUERTO RICO

MUNICIPALITY OF SABANA GRANDE, PUERTO
RICO

MUNICIPALITY OF VEGA ALTA, PUERTO RICO

MUNICIPALITY OF YABUCOA, PUERTO RICO

MUSKEGON COUNTY, MICHIGAN

MUSKINGUM COUNTY BOARD OF COUNTY
COMMISSIONERS

NADJA STREITER

NATIONAL ROOFERS UNION & EMPLOYERS
JOINT HEALTH & WELFARE FUND

NATIVE VILLAGE OF AFOGNAK

NATIVE VILLAGE OF PORT HEIDEN

NESHOBA COUNTY, MISSISSIPPI

NEW HANOVER COUNTY

NEW ORLEANS MISSION, INC.

NEWMAN'S MEDICAL SERVICES, INC.

NEWTON COUNTY, GEORGIA

NEZ PIERCE TRIBE
NOBLE COUNTY, OHIO
NORTH CADDO HOSPITAL SERVICE DISTRICT
NORTH MISSISSIPPI MEDICAL CENTER INC.
NORTHEAST CARPENTERS FUNDS
NORTHERN CHEYENNE TRIBE

NORTON SOUND HEALTH CORPORATION
NYE COUNTY, NEVADA
OCONEE COUNTY, GA
ODYSSEY HOUSE LOUISIANA, INC.
OGLETHORPE COUNTY, GEORGIA
OHIO CONFERENCE OF TEAMSTERS &
INDUSTRY HEALTH & WELFARE FUND
ONEIDA COUNTY
ONSLOW COUNTY
OPELOUSAS GENERAL HOSPITAL AUTHORITY
ORLAND FIRE PROTECTION DISTRICT

OSAGE COUNTY, MISSOURI
OTTAWA COUNTY BOARD OF COUNTY
COMMISSIONERS
OVERTON COUNTY, TN
OZARK COUNTY, MISSOURI
PAIUTE-SHOSHONE TRIBE OF THE FALLON
RESERVATION AND COLONY
PALM BEACH COUNTY
PAMLICO COUNTY
PANOLA COUNTY, MISSISSIPPI
PASCO COUNTY
PASSAMAQUODDY TRIBE-INDIAN TOWNSHIP
PAYETTE COUNTY, IDAHO
PENOBSCOT COUNTY
PERRY COUNTY

PERRY COUNTY, MISSISSIPPI
PETER F. KILMARTIN, RHODE ISLAND
ATTORNEY GENERAL
PHELPS COUNTY, MISSOURI
PHILADELPHIA FEDERATION OF TEACHERS
HEALTH AND WELFARE FUND
PICKENS COUNTY
PIERCE COUNTY
PIKE COUNTY BOARD OF COUNTY
COMMISSIONERS
PIMA COUNTY, ARIZONA
PIONEER TELEPHONE COOPERATIVE, INC.

PIPE FITTERS LOCAL UNION NO. 120
INSURANCE FUND
PITTSYLVANIA COUNTY
PLEASANTS COUNTY COMMISSION

POCAHONTAS COUNTY COMMISSION

POLICE JURY OF THE PARISH OF POINTE

NICHOLAS A. PADRON
NODAWAY COUNTY, MISSOURI
NORTH CADDO MEDICAL CENTER
NORTHAMPTON COUNTY
NORTHERN ARAPAHO TRIBE
NORTHWEST ARIZONA EMPLOYEE BENEFIT
TRUST
NUECES COUNTY HOSPITAL DISTRICT
OCHILTREE COUNTY HOSPITAL DISTRICT
OCONTO COUNTY
OGLALA LAKOTA SIOUX TRIBE
OHIO CARPENTERS HEALTH FUND
OHIO COUNTY COMMISSION

ONEIDA NATION
OPELOUSAS GENERAL HEALTH SYSTEM
ORANGE COUNTY
ORLEANS PARISH HOSPITAL SERVICE DISTRICT
- DISTRICT A
OTERO COUNTY
OUR LADY OF BELLEFONTE

OWYHEE COUNTY, IDAHO
PAGE COUNTY
PALA BAND OF MISSION INDIANS

PAMELA OSBORNE
PANAMA CITY, FLORIDA
PARISH OF DESOTO
PASQUOTANK COUNTY
PASSAMAQUODDY TRIBE-PLEASANT POINT
PEACH COUNTY, GEORGIA
PEOPLE OF CALIFORNIA
PERRY COUNTY BOARD OF COUNTY
COMMISSIONERS
PERSON COUNTY
PETER K. MICHAEL, WYOMING ATTORNEY
GENERAL
PHENIX CITY, ALABAMA
PIATT COUNTY, ILLINOIS

PICKETT COUNTY, TN
PIERCE COUNTY, GEORGA
PIKE COUNTY, ALABAMA

PINELLAS COUNTY, FLORIDA
PIONEER TELEPHONE COOPERATIVE, INC.
EMPLOYEE BENEFITS PLAN
PITT COUNTY

PLAINS TOWNSHIP, PENNSYLVANIA
PLUMBERS LOCAL UNION NO. 1 WELFARE
FUND
POINTE COUPEE PARISH HEALTH SERVICES
DISTRICT NUMBER 1
POLK COUNTY

COUPEE, LOUISIANA

POLK COUNTY, FLORIDA

PONCA TRIBE OF INDIANS OF OKLAHOMA

PONTONOC HEALTH SERVICES, INC.

PORTER COUNTY

PRAIRIE ISLAND INDIAN COMMUNITY

PRENTISS COUNTY, MISSISSIPPI

PRICE COUNTY

PRINCE GEORGE'S COUNTY, MARYLAND

PULASKI COUNTY

PULASKI COUNTY, VIRGINIA

R.D. BURNS

RAMSEY COUNTY, MN

RANDOLPH COUNTY COMMISSION

RANDY SMITH, SHERIFF OF ST. TAMMANY PARISH, LOUISIANA

RED LAKE CHIPPEWA BAND OF CHIPPEWA INDIANS

RED RIVER PARISH

REGINA HAPGOOD

RESIGHINI RANCHERIA

RHONDA BELCHER

RICHLAND COUNTY CHILDREN'S SERVICES

RICHMOND COUNTY, NORTH CAROLINA

RIPLEY COUNTY

RISK MANAGEMENT, INC.

RIVERSIDE-SAN BERNADINO COUNTY INDIAN HEALTH, INC.

ROBERT NORRIS BLACK, EUREKA CITY ATTORNEY

ROBINSON RANCHERIA

ROCKDALE COUNTY, GEORGIA

RODNEY INGLE, SHERIFF OF FAYETTE COUNTY, ALABAMA

RONALD RICHARDSON, SHERIFF OF SABINE PARISH

ROSEBUD SIOUX TRIBE

ROUND VALLEY INDIAN HEALTH CENTER INC.

ROWAN COUNTY

RUSH HEALTH SYSTEMS, INC.

RUSS BALTHIS, THE LAW DIRECTOR FOR THE CITY OF CUYAHOGA FALLS

RUTHERFORD COUNTY

SAGADAHOC COUNTY

SAINT REGIS MOHAWK TRIBE

SALT LAKE COUNTY

SAN JUAN COUNTY

SANTA ROSA COUNTY

POLK COUNTY, GEORGIA

PONCA TRIBE OF NEBRASKA

PORT GAMBLE S'KLALLAM TRIBE, SUQUAMISH TRIBE, AND JAMESTOWN S'KLALLAM TRIBE

POTTER VALLEY TRIBE

PRARIE ISLAND INDIAN COMMUNITY

PRESIDENT WILLIAM K. "BULL" FONTENOT JR.

PRIMARY PURPOSE CENTER INC.

PUEBLO COUNTY

PULASKI COUNTY, MISSOURI

QUINAULT INDIAN NATION

RACHEL WOOD

RANDOLPH COUNTY

RANDY SEAL, SHERIFF OF WASHINGTON PARISH

RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS

RED RIVER FIRE PROTECTION DISTRICT

REDWOOD VALLEY OR LITTLE RIVER BAND OF POMO INDIANS OF THE REDWOOD VALLEY RANCHERIA

RENO-SPARKS INDIAN COLONY

REYNOLDS COUNTY, MISSOURI

RICHARD COELHO

RICHLAND PARISH

RINCON BAND OF LUISENO INDIANS

RIPLEY COUNTY, MISSOURI

RITCHIE COUNTY COMMISSION

ROBERT E. MANCHESTER

ROBESON COUNTY

ROCK COUNTY

ROCKINGHAM COUNTY

RONALD D. STRACENER

ROSARY HALL

ROSS COUNTY BOARD OF COUNTY COMMISSIONERS

ROUND VALLEY INDIAN TRIBES

ROXIE WHITLEY

RUSK COUNTY

RUSSELL COUNTY, VIRGINIA

RUTHERFORD COUNTY, TN

SAINT ELIZABETH MEDICAL CENTER, INC.

SALINE COUNTY

SAN FRANCISCO CITY ATTORNEY DENNIS J. HERRERA

SANDUSKY COUNTY BOARD OF COMMISSIONERS

SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT

SARPY COUNTY, NEBRASKA, A MUNICIPAL CORPORATION

SAWYER COUNTY

SCHUYLER COUNTY,

SCIOTO COUNTY BOARD OF COUNTY COMMISSIONERS

SCOTT COUNTY BOARD OF SUPERVISORS

SCOTT COUNTY, TN

SCOTTS VALLEY BAND OF POMO INDIANS

SEDGWICK COUNTY BOARD OF COUNTY COMMISSIONERS

SENECA NATION OF INDIANS

SHANNON HUNT

SHAWANO COUNTY

SHEET METAL WORKERS LOCAL NO. 25 HEALTH AND WELFARE FUND

SHELBY COUNTY BOARD OF COUNTY COMMISSIONERS

SHELBY COUNTY, MISSOURI

SID J. GAUTREAUX III, PARISH OF EAST BATON ROUGE

SKAGIT COUNTY

SMYTH COUNTY, VIRGINIA

SOMERSET COUNTY

SOUTH CENTRAL UFCW UNIONS AND EMPLOYERS HEALTH & WELFARE TRUST

SOUTHCENTRAL FOUNDATION

SOUTHEAST FLORIDA BEHAVIORAL HEALTH NETWORK INC

SOUTHWEST MISSISSIPPI REGIONAL MEDICAL CENTER

SPIRIT LAKE TRIBE

SPRINGFIELD TOWNSHIP

ST. BERNARD PARISH GOVERNMENT

ST. CLAIR COUNTY, ALABAMA

ST. CROIX CHIPPEWA INDIANS OF WISCONSIN

ST. ELIZABETH HEALTHCARE

ST. JOHN THE BAPTIST PARISH

ST. LANDRY PARISH, LOUISIANA

ST. LOUIS COUNTY, MN

ST. MARY PARISH

ST. TAMMANY FIRE PROTECTION DISTRICT NO. 1

ST. TAMMANY FIRE PROTECTION DISTRICT NO. 13

ST. TAMMANY FIRE PROTECTION DISTRICT NO. 3

ST. TAMMANY FIRE PROTECTION DISTRICT NO. 5

ST. TAMMANY PARISH GOVERNMENT

STANDING ROCK SIOUX TRIBE

STARKE COUNTY, INDIANA

SAUK COUNTY

SCHLEY COUNTY, GEORGIA

SCHUYLKILL COUNTY, PA.

SCOTT ANSLUM, SHERIFF OF ST. MARY PARISH

SCOTT COUNTY INDIANA

SCOTT ELLINGTON

SEATTLE INDIAN HEALTH BOARD

SENECA COUNTY BOARD OF COUNTY COMMISSIONERS

SHAKOPEE MDEWAKANTON SIOUX COMMUNITY

SHARKEY-ISSAQUENA COMMUNITY HOSPITAL

SHEBOYGAN COUNTY

SHELBY COUNTY

SHELBY COUNTY, ALABAMA

SHINNECOCK INDIAN NATION

SISSETON-WAHPETON OYATE

SMITH COUNTY, TN

SNOHOMISH COUNTY, A WASHINGTON MUNICIPAL CORPORATION

SOUTH CENTRAL REGIONAL MEDICAL CENTER

SOUTH FORK BAND OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS

SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY

SPARTANBURG COUNTY

SPOKANE COUNTY

SQUAXIN ISLAND TRIBE

ST. CHARLES COUNTY, MISSOURI

ST. CLAIRE MEDICAL CENTER, INC.

ST. CROIX COUNTY

ST. JAMES PARISH

ST. JOSEPH COUNTY

ST. LOUIS COUNTY

ST. MARTIN PARISH

ST. MARY PARISH SCHOOL BOARD

ST. TAMMANY FIRE PROTECTION DISTRICT NO. 12

ST. TAMMANY FIRE PROTECTION DISTRICT NO. 2

ST. TAMMANY FIRE PROTECTION DISTRICT NO. 4

ST. TAMMANY PARISH CORONER'S OFFICE AND DR. CHARLES PRESTON

ST. VINCENT CHARITY MEDICAL CENTER

STARK COUNTY, OHIO BOARD OF COUNTY COMMISSIONERS

STATE OF ALABAMA

STATE OF ALASKA
STATE OF ARKANSAS
STATE OF CONNECTICUT

STATE OF FLORIDA
STATE OF ILLINOIS

STATE OF INDIANA
STATE OF MINNESOTA
STATE OF MISSOURI
STATE OF NEVADA
STATE OF NEW MEXICO
STATE OF NORTH CAROLINA
STATE OF OHIO
STATE OF OREGON
STATE OF RHODE ISLAND
STATE OF SOUTH DAKOTA
STATE OF TEXAS
STATE OF VERMONT
STATE OF WYOMING
STEPHANIE SCHWARTZ
STOCKBRIDGE-MUNSEE COMMUNITY
STONE COUNTY
STRAFFORD COUNTY
SUMMIT COUNTY PUBLIC HEALTH
SUMNER COUNTY, TN
SUMTER COUNTY, GEORGIA
SURRY COUNTY
SWINOMISH TRIBE
TALIAFERRO COUNTY, GEORGIA
TALLAHATCHIE COUNTY, MISS.
TAMA COUNTY
TANEY COUNTY
TATTNALL COUNTY, GEORGIA
TAYLOR REGIONAL HOSPITAL
TEAMSTERS HEALTH SERVICE AND
INSURANCE PLAN LOCAL 404

TEAMSTERS LOCAL 493 HEALTH SERVICE &
INSURANCE FUND
TEAMSTERS LOCAL 677 HEALTH SERVICE &
INSURANCE FUND
TEAMSTERS UNION LOCAL NO. 52 HEALTH &
WELFARE FUND
TEXAS OFFICE OF THE ATTORNEY GENERAL

THE BEAR RIVER BAND OF ROHNERVILLE
RANCHERIA
THE BOARD OF COMMISSIONERS OF THE
COUNTY OF ALLEN
THE BOARD OF COUNTY COMMISSIONERS OF
DELAWARE COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
MCCLAIN COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
OTTAWA COUNTY, STATE OF OKLAHOMA

STATE OF ARIZONA
STATE OF CALIFORNIA
STATE OF DELAWARE, EX REL. MATTHEW P.
DENN
STATE OF GEORGIA
STATE OF ILLINOIS AND ST. CLAIR COUNTY,
ILLINOIS
STATE OF LOUISIANA
STATE OF MISSISSIPPI
STATE OF MONTANA
STATE OF NEW HAMPSHIRE
STATE OF NEW YORK
STATE OF NORTH DAKOTA
STATE OF OKLAHOMA
STATE OF PENNSYLVANIA
STATE OF SOUTH CAROLINA
STATE OF TENNESSEE
STATE OF UTAH
STATE OF WASHINGTON
STE. GENEVIEVE COUNTY
STEPHENS COUNTY
STOKES COUNTY
STONE COUNTY, MISSISSIPPI
SULLIVAN COUNTY
SUMMIT COUNTY, UTAH
SUMTER COUNTY, ALABAMA
SUNFLOWER COUNTY, MISS
SWEETWATER COUNTY
TALBOT COUNTY, MARYLAND
TALLADEGA COUNTY, ALABAMA
TALLAPOOSA COUNTY, AL
TANANA CHIEFS CONFERENCE
TATE COUNTY, MISSISSIPPI
TAYLOR COUNTY
TAZEWELL COUNTY, VIRGINIA
TEAMSTERS LOCAL 237 RETIREES' BENEFIT
FUND AND TEAMSTERS LOCAL 237 WELFARE
FUND
TEAMSTERS LOCAL 671 HEALTH SERVICE &
INSURANCE FUND
TEAMSTERS LOCAL NO. 348 HEALTH &
WELFARE FUND
TEXAS COUNTY

THE ARIZONA SCHOOL ALLIANCE FOR
WORKERS' COMPENSATION, INC.
THE BLACKFEET TRIBE OF THE BLACKFEET
INDIAN RESERVATION
THE BOARD OF COMMISSIONERS OF THE
COUNTY OF FRANKLIN
THE BOARD OF COUNTY COMMISSIONERS OF
GARVIN COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
OSAGE COUNTY, STATE OF OKLAHOMA
THE BOARD OF COUNTY COMMISSIONERS OF
PAWNEE COUNTY, STATE OF OKLAHOMA

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS OF SEMINOLE COUNTY, STATE OF OKLAHOMA | THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON |
| THE BOROUGH OF RIDGEFIELD | THE BOSTON HOUSING AUTHORITY |
| THE BOSTON PUBLIC HEALTH COMMISSION | THE CANDLER COUNTY HOSPITAL AUTHORITY |
| THE CHEROKEE NATION | THE CITY OF NEW FRANKLIN |
| THE COMMONWEALTH OF PA BY JAMES MARTIN | THE COMMONWEALTH OF PUERTO RICO |
| THE COUNTY COMMISSION OF BARBOUR COUNTY | THE COUNTY COMMISSION OF MASON COUNTY |
| THE COUNTY COMMISSION OF MINGO COUNTY | THE COUNTY COMMISSION OF PUTNAM COUNTY |
| THE COUNTY COMMISSION OF TAYLOR COUNTY | THE COUNTY COMMISSION OF WEBSTER COUNTY |
| THE FISCAL COURT OF BOURBON COUNTY | THE FISCAL COURT OF BRACKEN COUNTY |
| THE FISCAL COURT OF BRECKINRIDGE COUNTY | THE FISCAL COURT OF CAMPBELL COUNTY |
| THE FISCAL COURT OF CARLISLE COUNTY | THE FISCAL COURT OF CARTER COUNTY |
| THE FISCAL COURT OF CHRISTIAN COUNTY | THE FISCAL COURT OF CLARK COUNTY |
| THE FISCAL COURT OF CLAY COUNTY | THE FISCAL COURT OF CUMBERLAND COUNTY |
| THE FISCAL COURT OF ELLIOTT COUNTY | THE FISCAL COURT OF ESTILL COUNTY |
| THE FISCAL COURT OF FLEMING COUNTY | THE FISCAL COURT OF FRANKLIN COUNTY |
| THE FISCAL COURT OF GARRARD COUNTY | THE FISCAL COURT OF GREEN COUNTY |
| THE FISCAL COURT OF GREENUP COUNTY | THE FISCAL COURT OF HARDIN COUNTY |
| THE FISCAL COURT OF HARLAN COUNTY | THE FISCAL COURT OF HENDERSON COUNTY |
| THE FISCAL COURT OF HENRY COUNTY | THE FISCAL COURT OF HOPKINS COUNTY |
| THE FISCAL COURT OF JESSAMINE COUNTY | THE FISCAL COURT OF KENTON COUNTY |
| THE FISCAL COURT OF KNOX COUNTY | THE FISCAL COURT OF LAUREL COUNTY |
| THE FISCAL COURT OF LEE COUNTY, KENTUCKY | THE FISCAL COURT OF LESLIE COUNTY |
| THE FISCAL COURT OF LETCHER COUNTY | THE FISCAL COURT OF LINCOLN COUNTY |
| THE FISCAL COURT OF MADISON COUNTY | THE FISCAL COURT OF MARSHALL COUNTY |
| THE FISCAL COURT OF MARTIN COUNTY | THE FISCAL COURT OF MEADE COUNTY |
| THE FISCAL COURT OF MONTGOMERY COUNTY | THE FISCAL COURT OF NICHOLAS COUNTY |
| THE FISCAL COURT OF OLDHAM COUNTY | THE FISCAL COURT OF OWEN COUNTY |
| THE FISCAL COURT OF OWSLEY COUNTY | THE FISCAL COURT OF PENDLETON COUNTY |
| THE FISCAL COURT OF PERRY COUNTY | THE FISCAL COURT OF POWELL COUNTY |
| THE FISCAL COURT OF PULASKI COUNTY | THE FISCAL COURT OF ROWAN COUNTY |
| THE FISCAL COURT OF SCOTT COUNTY | THE FISCAL COURT OF SHELBY COUNTY |
| THE FISCAL COURT OF SPENCER COUNTY | THE FISCAL COURT OF UNION COUNTY |
| THE FISCAL COURT OF WAYNE COUNTY | THE FISCAL COURT OF WHITLEY |
| THE FISCAL COURT OF WOLFE COUNTY, KENTUCKY | THE FISCAL COURT OF WOODFORD |
| THE GILMER COUNTY COMMISSION | THE HOOPAH VALLEY TRIBE |
| THE INSURANCE COMMITTEE OF THE ASSESSORS' INSURANCE FUND | THE KERSHAW COUNTY HOSPITAL BOARD |
| THE LEECH LAKE BAND OF OJIBWE | THE LUMMI TRIBE OF THE LUMMI RESERVATION |
| THE MAKAH INDIAN TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE | THE MARSHALL COUNTY HEALTH CARE AUTHORITY |
| THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH | THE MAYOR AND COMMON COUNCIL OF WESTMINSTER, MARYLAND |
| THE MAYOR AND COUNCIL OF ROCKVILLE, MARYLAND | THE MEDICAL CENTER AT ALBANY |
| THE MEDICAL CENTER AT BOWLING GREEN | THE MEDICAL CENTER AT CAVERNA |
| THE MEDICAL CENTER AT CLINTON COUNTY, INC. | THE MEDICAL CENTER AT FRANKLIN, INC. |

THE MEDICAL CENTER AT SCOTTSVILLE

THE MONTGOMERY COUNTY BOARD OF
COUNTY COMMISSIONERS

THE NAVAJO NATION

THE PARISH OF JEFFERSON


THE PASSAMAQUODDY TRIBE-PLEASANT
POINT

THE TOWN OF WEBSTER SPRINGS


THE UNIFIED GOVERNMENT OF MACON BIBB
COUNTY GEORGIA

THE VILLAGE OF BOSTON HEIGHTS

THE VILLAGE OF EVERGREEN PARK

THE VILLAGE OF LYONS

THE VILLAGE OF PENINSULA

THE VILLAGE OF SILVER LAKE

THURSTON COUNTY

TIPPECANOE COUNTY, INDIANA

TOM KOSTOFF, THE LAW DIRECTOR FOR THE
CITY OF MUNROE FALLS

TOOELE COUNTY, UTAH

TORRES MARTINEZ DESERT CAHUILLA
INDIANS

TOWN OF ACUSHNET, MASSACHUSETTS

TOWN OF AMESBURY

TOWN OF ATHOL, MASSACHUSETTS

TOWN OF BALDWIN

TOWN OF BARRINGTON

TOWN OF BERLIN

TOWN OF BETHLEHEM

TOWN OF BREWSTER

TOWN OF BRISTOL

TOWN OF BROWNSTOWN, INDIANA

TOWN OF BUTLER, AL

TOWN OF CANTON

TOWN OF CHANDLER, INDIANA

TOWN OF CHARLTON

TOWN OF CHELMSFORD

TOWN OF CLARKSBURG

TOWN OF COVENTRY

TOWN OF CUMBERLAND, RI

TOWN OF DANVILLE, INDIANA

TOWN OF DENNIS, MASSACHUSETTS

TOWN OF DOUBLE SPRINGS, ALABAMA

TOWN OF DUDLEY

TOWN OF EAST GREENWICH

TOWN OF FAIRHAVEN, MASSACHUSETTS

TOWN OF FERRIDAY, LOUISIANA

TOWN OF FREETOWN


TOWN OF GEORGETOWN

TOWN OF GLOCESTER

TOWN OF GRANT, AL

TOWN OF HOLLISTON

TOWN OF HOPKINTON, RI

THE MENOMINEE INDIAN TRIBE OF WISCONSIN

THE MUSCOGEE (CREEK) NATION


THE NISQUALLY INDIAN TRIBE

THE PASSAMAQUODDY TRIBE-INDIAN
TOWNSHIP

THE STATE OF COLORADO EX REL. CYNTHIA H.
COFFMAN, ATTORNEY GENERAL

THE TRUSTEES OF THE UNITE HERE LOCAL 634
HEALTH & WELFARE FUND

THE VILLAGE OF BEDFORD PARK


THE VILLAGE OF CLINTON

THE VILLAGE OF LAKEMORE

THE VILLAGE OF MOGADORE

THE VILLAGE OF RICHFIELD

THE VILLAGE OF SUMMIT

TIPPAH COUNTY, MISS.

TISHOMINGO HEALTH SERVICES

TONY MANCUSO, SHERIFF OF CALCASIEU
PARISH

TOOMBS COUNTY, GEORGIA

TOWN OF ACQUINNAH


TOWN OF AGAWAM

TOWN OF AMHERST

TOWN OF AUBURN

TOWN OF BARNSTABLE

TOWN OF BELCHERTOWN

TOWN OF BERWICK

TOWN OF BILLERICA

TOWN OF BRIDGEWATER

TOWN OF BROOKLINE, MASSACHUSETTS

TOWN OF BURRILLVILLE

TOWN OF CALEDONIA, MISSISSIPPI

TOWN OF CARVER

TOWN OF CHARLESTOWN, RI

TOWN OF CHEEKTOWAGA

TOWN OF CHEROKEE, ALABAMA

TOWN OF CLENDENIN, WEST VIRGINIA

TOWN OF COVENTRY, RI

TOWN OF DANVERS

TOWN OF DEDHAM, MASSACHUSETTS

TOWN OF DERRY, NEW HAMPSHIRE

TOWN OF DOUGLAS

TOWN OF EAST BRIDGEWATER

TOWN OF EASTHAM

TOWN OF FALMOUTH

TOWN OF FOSTER

TOWN OF GAULEY BRIDGE, WEST VIRGINIA, A
WEST VIRGINIA

TOWN OF GERALDINE, ALABAMA

TOWN OF GRAFTON

TOWN OF HANSON

TOWN OF HOPEDALE

TOWN OF HUDSON

TOWN OF JAMESTOWN
TOWN OF LAKE PROVIDENCE, LOUISIANA
TOWN OF LANCASTER
TOWN OF LEVERETT
TOWN OF LONGMEADOW
TOWN OF LUNENBERG
TOWN OF MADISONVILLE
TOWN OF MARSHFIELD
TOWN OF MATTAPOISETT
TOWN OF MIDDLEBOROUGH
TOWN OF MIDDLETOWN, RHODE ISLAND
TOWN OF MOORESVILLE, INDIANA
TOWN OF NANTUCKET
TOWN OF NEW DELHI, LOUISIANA
TOWN OF NORTH ANDOVER
TOWN OF NORTH KINGSTOWN
TOWN OF NORTH READING
TOWN OF NORWELL
TOWN OF ORANGE, MASSACHUSETTS
TOWN OF PEMBROKE
TOWN OF PLAINFIELD, INDIANA
TOWN OF PLYMOUTH
TOWN OF PROVINCETOWN, MASSACHUSETTS
TOWN OF RICHMOND
TOWN OF ROCKLAND
TOWN OF SALISBURY
TOWN OF SCITUATE, MASSACHUSETTS
TOWN OF SEYMOUR
TOWN OF SHERIDAN
TOWN OF SMITHFIELD
TOWN OF SOPHIA, WEST VIRGINIA
TOWN OF SOUTH KINGSTOWN MUNICIPAL
CORPORATION
TOWN OF SPENCER
TOWN OF STONEHAM
TOWN OF STRATFORD
TOWN OF SUDBURY
TOWN OF SWAMPSCOTT
TOWN OF TEWKSBURY, MASSACHUSETTS
TOWN OF TRURO
TOWN OF UPLAND, INDIANA
TOWN OF WAKEFIELD
TOWN OF WARE
TOWN OF WATERTOWN
TOWN OF WEST BRIDGEWATER
TOWN OF WEST SPRINGFIELD
TOWN OF WESTBOROUGH
TOWN OF WESTFORD
TOWN OF WILMINGTON
TOWN OF WINTHROP
TOWN OF WOODVILLE, ALABAMA
TOWN OF ZIONSVILLE, INDIANA
TOWNSHIP OF IRVINGTON
TREATMENT WORKS INC
TRI-COUNTY HEALTH DEPARTMENT
TUCSON MEDICAL CENTER, A CORPORATION

TOWN OF JOHNSTON, RI
TOWN OF LAKEVILLE
TOWN OF LEICESTER
TOWN OF LONDONDERRY, NEW HAMPSHIRE
TOWN OF LUDLOW
TOWN OF LYNNFIELD
TOWN OF MARBLEHEAD
TOWN OF MASHPEE
TOWN OF MCKENZIE, AL
TOWN OF MIDDLEBURY
TOWN OF MILFORD
TOWN OF MUNFORD, ALABAMA
TOWN OF NARRAGANSETT
TOWN OF NEW MILFORD
TOWN OF NORTH ATTLEBOROUGH
TOWN OF NORTH PROVIDENCE
TOWN OF NORTON
TOWN OF NORWOOD, MASSACHUSETTS
TOWN OF PALMER
TOWN OF PENDLETON
TOWN OF PLAINVILLE
TOWN OF PROSPECT
TOWN OF REHOBOTH, MASSACHUSETTS
TOWN OF RICHWOOD, LOUISIANA
TOWN OF ROXBURY
TOWN OF SANDWICH
TOWN OF SEEKONK
TOWN OF SHEFFIELD
TOWN OF SHIRLEY
TOWN OF SOMERSET
TOWN OF SOUTH HADLEY
TOWN OF SOUTHBRIDGE

TOWN OF SPRINGFIELD
TOWN OF STOUGHTON, MASSACHUSETTS
TOWN OF STURBRIDGE
TOWN OF SUTTON
TOWN OF TEMPLETON
TOWN OF TONAWANDA
TOWN OF TYNGSBOROUGH
TOWN OF UPTON
TOWN OF WALLINGFORD
TOWN OF WARREN
TOWN OF WEST BOYLSTON
TOWN OF WEST GREENWICH
TOWN OF WEST WARWICK, RI
TOWN OF WESTERLY
TOWN OF WHITESVILLE, WEST VIRGINIA
TOWN OF WINCHENDON, MASSACHUSETTS
TOWN OF WOLCOTT
TOWN OF YELLOW BLUFF, ALABAMA
TOWNSHIP OF BLOOMFIELD
TOWNSHIP OF TEANECK, NJ
TREMPEALEAU COUNTY
TROUP COUNTY, GEORGIA
TULALIP TRIBES

TUNICA-BILOXI TRIBE OF LOUISIANA

TUSCALOOSA COUNTY, ALABAMA
TYLER COUNTY COMMISSION
TYRRELL COUNTY

UINTAH COUNTY, UTAH

UNION COUNTY
UNION COUNTY, MISS.
UNION TOWNSHIP

UNITED FOOD AND COMMERCIAL WORKERS
LOCAL 1000 OKLAHOMA HEALTH AND
WELFARE FUND
UNITED FOOD AND COMMERCIAL WORKERS
UNIONS AND EMPLOYERS HEALTH AND
WELFARE FUND - ATLANTA
UNITED GOVERNMENT OF ATHENS-CLARKE
COUNTY GEORGIA
UPSHUR COUNTY COMMISSION
VALLEY FIRE DISTRICT
VAN WERT COUNTY BOARD OF COUNTY
COMMISSIONERS
VANDERBURGH COUNTY
VERNON COUNTY
VILAS COUNTY
VILLAGE OF BERKELEY
VILLAGE OF BROADVIEW
VILLAGE OF CHICAGO RIDGE
VILLAGE OF HERKIMER, NEW YORK
VILLAGE OF HODGKINS
VILLAGE OF LAKEMORE
VILLAGE OF MAYWOOD
VILLAGE OF NEWBURGH HEIGHTS
VILLAGE OF OAK LAWN
VILLAGE OF POSEN
VILLAGE OF RIVER GROVE
VILLAGE OF TINLEY PARK

W. ANDREW FOX
WABASH COUNTY
WALKER COUNTY

WALLA WALLA COUNTY
WALTHALL COUNTY, MISS.
WALWORTH COUNTY, WISCONSIN
WARREN COUNTY, GEORGIA
WARREN COUNTY, NC

WARRENSVILLE HEIGHTS, OHIO
WASHBURN COUNTY
WASHINGTON COUNTY, ALABAMA
WASHINGTON COUNTY, GEORGIA
WASHINGTON COUNTY, MN

TURTLE MOUNTAIN BAND OF CHIPPEWA
INDIANS
TWIGGS COUNTY, GEORGIA
TYLER M. ROACH
UFCW LOCAL 23 AND EMPLOYERS HEALTH
FUND
UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY/KANSAS CITY, KANSAS
UNION COUNTY, GEORGIA
UNION PARISH
UNITED FOOD AND COMMERCIAL WORKERS
HEALTH AND WELFARE FUND OF
NORTHEASTERN PENNSYLVANIA
UNITED FOOD AND COMMERCIAL WORKERS
UNION UFCW LOCAL 1529 AND EMPLOYERS
HEALTH AND WELFARE PLAN AND TRUST
UNITED FOOD AND COMMERICIAL WORKERS
LOCAL 1995 EMPLOYERS HEALTH AND
WELFARE FUND
UPPER SIOUX COMMUNITY

UTAH COUNTY, UTAH
VALLEY HOPE ASSOCIATION
VANCE COUNTY

VERMILION PARISH POLICE JURY
VIGO COUNTY, INDIANA
VILLAGE OF BELWOOD
VILLAGE OF BRIDGEVIEW
VILLAGE OF BROOKLYN HEIGHTS
VILLAGE OF DOLTON
VILLAGE OF HILLSIDE
VILLAGE OF HOFFMAN ESTATES
VILLAGE OF MARRIONETTE PARK
VILLAGE OF MELROSE PARK
VILLAGE OF NORTH RIVERSIDE
VILLAGE OF ORLAND PARK
VILLAGE OF RIVER FOREST
VILLAGE OF STONE PARK
VINTON COUNTY BOARD OF COUNTY
COMMISSIONERS
W.E.
WALDO COUNTY
WALKER RIVER PAIUTE TRIBE OF THE WALKER
RIVER RESERVATION
WALTER AND VIRGINIA SALMONS
WALTON COUNTY, GEORGIA
WAMPUM BOROUGH
WARREN COUNTY, MISSOURI
WARREN PRICE, LEGAL COUNSEL FOR
SPRINGFIELD TOWNSHIP
WASATCH COUNTY, UTAH
WASHINGTON COUNTY
WASHINGTON COUNTY, FLORIDA
WASHINGTON COUNTY, MISS.
WASHINGTON COUNTY, OHIO AND CITY OF

| | |
|---|---|
| | MARIETTA, OHIO |
| WASHINGTON COUNTY, TN | WASHINGTON POST COMPANY, LLC |
| WATAUGA COUNTY, NC | WAUKESHA COUNTY, WISCONSIN |
| WAUPACA COUNTY | WAUSHARA COUNTY |
| WAYNE COUNTY BOARD OF COUNTY COMMISSIONERS | WAYNE COUNTY, NORTH CAROLINA |
| WAYNE STENEHJEM, NORTH DAKOTA ATTORNEY GENERAL | WEBER COUNTY, UTAH |
| WEBSTER COUNTY, MISSOURI | WEBSTER HEALTH SERVICES, INC. |
| WEBSTER PARISH | WEST BATON ROUGE FIRE PROTECTION DISTRICT NO. 1 |
| WEST BEND MUTUAL INSURANCE COMPANY | WEST BOCA MEDICAL CENTER, INC. |
| WEST WHARTON COUNTY HOSPITAL DISTRICT | WESTCARE FOUNDATION, INC. |
| WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES INSURANCE TRUST FUND | WESTWEGO CITY |
| WETZEL COUNTY COMMISSION | WHATCOM COUNTY |
| WHITE COUNTY | WHITFIELD COUNTY |
| WHITMAN COUNTY | WILCOX COUNTY, ALABAMA |
| WILKES COUNTY | WILKINSON COUNTY, GEORGIA |
| WILL COUNTY, ILLINOIS | WILLIAM HANNA, THE LAW SOLICITOR FOR THE VILLAGE OF RICHFIELD |
| WILLIAM HILTON, SHERIFF OF RAPIDES PARISH | WILLIAMS COUNTY BOARD OF COUNTY COMMISSIONERS |
| WILLIAMSON COUNTY, TN | WINNEBAGO COUNTY |
| WINNEBAGO TRIBE OF NEBRASKA | WINSTON MEDICAL CENTER |
| WOOD COUNTY | WORTH COUNTY |
| WORTH COUNTY, GEORGIA | WORTH COUNTY, MISSOURI |
| WYANDOT COUNTY BOARD OF COUNTY COMMISSIONERS | WYDETTE WILLIAMS, SHERRIFF OF EAST CARROLL PARISH |
| WYOMING COUNTY, PA | WYTHE COUNTY, VIRGINIA |
| YADKIN COUNTY | YALOBUSHA COUNTY, MISSISSIPPI |
| YANCEY COUNTY | YERINGTON PAIUTE TRIBE |
| YORK COUNTY | YUKON-KUSKOKWIM HEALTH CORPORATION |
| YUROK TRIBE | ZENITH INSURANCE COMPANY |
| ZNAT INSURANCE COMPANY | |

**Taxing Authorities**

| | |
|---|---|
| ALABAMA DEPARTMENT OF REVENUE | ALABAMA STATE BOARD OF PHARMACY |
| ARIZONA DEPARTMENT OF REVENUE | ARIZONA STATE BOARD OF PHARMACY |
| ARKANSAS STATE BOARD OF PHARMACY | CALIFORNIA BOARD OF EQUALIZATION |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | CALIFORNIA FRANCHISE TAX BOARD |
| CALIFORNIA STATE BOARD OF PHARMACY | CITY OF CHATTANOOGA TENNESSEE |
| CITY OF DURHAM | CITY OF HAWTHORNE |
| CITY OF STAMFORD | CITY OF VALLEJO |
| CITY OF WARWICK | CITY OF WILSON |
| COLORADO BUREAU OF INVESTIGATION | COLORADO DEPARTMENT OF REGULATORY AGENCIES, DIVISION OF PROFESSIONS AND OCCUPATIONS, BOARD OF PHARMACY |
| COLORADO DEPARTMENT OF REVENUE | COLORADO STATE BOARD OF PHARMACY |
| COMMISSIONER OF REVENUE SERVICES | COMPTROLLER OF MARYLAND |
| CONNECTICUT COMMISSIONER OF REVENUE SERVICES | CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION |
| CONNECTICUT STATE DEPARTMENT OF CONSUMER PROTECTION | COVENTRY FIRE DISTRICT |

| | |
|---|---|
| DELAWARE DIVISION OF PROFESSIONAL REGULATION | DELAWARE DIVISION OF REVENUE |
| DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, HEALTH, REGULATION AND LICENSING ADMINISTRATION | DISTRICT OF COLUMBIA TREASURER |
| FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION | FLORIDA DEPARTMENT OF HEALTH |
| FLORIDA DEPARTMENT OF REVENUE | FRANCHISE TAX BOARD |
| GEORGIA DEPARTMENT OF REVENUE | GEORGIA STATE BOARD OF PHARMACY |
| HAMILTON COUNTY TRUSTEE | IDAHO STATE BOARD OF PHARMACY |
| IDAHO STATE TAX COMMISSION | ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION |
| ILLINOIS DEPARTMENT OF REVENUE | INDIANA DEPT OF REVENUE |
| IOWA BOARD OF PHARMACY | KANSAS STATE BOARD OF PHARMACY |
| KENTUCKY BOARD OF PHARMACY | KENTUCKY STATE TREASURER |
| LOUISIANA BOARD OF DRUG AND DEVICE DISTRIBUTORS | LOUISIANA BOARD OF PHARMACY |
| LOUISIANA BOARD OF WHOLESALE DRUG DISTRIBUTORS | LOUISIANA DEPARTMENT OF HEALTH |
| MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION | MAINE DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION BOARD OF PHARMACY |
| MAINE REVENUE SERVICES | MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE |
| MARYLAND PHARMACY BOARD | MASSACHUSETTS DEPARTMENT OF REVENUE |
| MICHIGAN BOARD OF PHARMACY | MICHIGAN DEPARTMENT OF TREASURY |
| MINNESOTA BOARD OF PHARMACY | MINNESOTA DEPARTMENT OF REVENUE |
| MISSISSIPPI BOARD OF PHARMACY | MISSISSIPPI DEPARTMENT OF REVENUE |
| MISSOURI BOARD OF PHARMACY | MONTANA BOARD OF PHARMACY |
| NEBRASKA DEPARTMENT OF REVENUE | NEVADA BOARD OF PHARMACY |
| NEVADA DEPARTMENT OF TAXATION | NEW HAMPSHIRE BOARD OF PHARMACY |
| NEW JERSEY DEPARTMENT OF HEALTH | NEW JERSEY DEPT OF TREASURY |
| NEW MEXICO BOARD OF PHARMACY | NEW YORK CITY DEPARTMENT OF FINANCE |
| NEW YORK CITY WATER BOARD | NEW YORK DEPARTMENT OF EDUCATION - BOARD OF PHARMACY |
| NEW YORK DEPARTMENT OF HEALTH | NEW YORK STATE COMMISSIONER OF TAXATION & FIN |
| NEW YORK STATE CORPORATION | NEW YORK STATE CORPORATION TAX |
| NORTH CAROLINA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES | NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL AND NATURAL RESOURCES |
| NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES | NORTH CAROLINA DEPARTMENT OF REVENUE |
| NORTH CAROLINA DEPT OF REVENUE | NORTH DAKOTA STATE BOARD OF PHARMACY |
| OHIO DEPARTMENT OF TAXATION | OKLAHOMA STATE BOARD OF PHARMACY |
| OREGON DEPARTMENT OF REVENUE | OREGON STATE BOARD OF PHARMACY |
| PA DEPARTMENT OF REVENUE | PENNSYLVANIA DEPARTMENT OF HEALTH |
| PUERTO RICO SECRETARY OF TREASURY | RHODE ISLAND BOARD OF PHARMACY |
| RHODE ISLAND DEPARTMENT OF HEALTH | RHODE ISLAND DEPARTMENT OF HEALTH (DIV OF DRUG CTRL) |
| RHODE ISLAND DIVN OF TAXATION | SECRETARIO DE HACIENDA |
| SECRETARY OF THE STATE OF CONNECTICUT | SOUTH CAROLINA BOARD OF PHARMACY |
| SOUTH CAROLINA BUREAU OF FINANCIAL MANAGEMENT | SOUTH DAKOTA DEPARTMENT OF HEALTH |
| SOUTH DAKOTA STATE BOARD OF PHARMACY | STATE OF DELAWARE DIVISION OF PROFESSIONAL REGULATION |
| STATE OF HAWAII | STATE OF NEW HAMPSHIRE |

STATE OF NEW JERSEY
STATE OF RHODE ISLAND
STATE OF WISCONSIN DEPARTMENT OF
SAFETY AND PROFESSIONAL SERVICES
TENNESSEE BOARD OF PHARMACY

TEXAS DEPARTMENT OF HEALTH

TEXAS STATE COMPTROLLER
TREASURER STATE OF OHIO

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION
UNITED STATES INTERNAL REVENUE SERVICE

UTAH STATE TAX COMISSION
VERMONT SECRETARY OF STATE, OFFICE OF
PROFESSIONAL REGULATION, BOARD OF
PHARMACY
VIRGINIA DEPARTMENT OF TAXATION
WASHINGTON DEPARTMENT OF HEALTH
WEST VIRGINIA STATE TAX DEPARTMENT
WYOMING BOARD OF PHARMACY

STATE OF OHIO BOARD OF PHARMACY
STATE OF WASHINGTON
TAX COLLECTOR TOWN OF COVENTRY

TENNESSEE DEPARTMENTARTMENT OF
REVENUE
TEXAS DEPARTMENT OF STATE HEALTH
SERVICES
TREASURER STATE OF NEW JERSEY
UNITED STATES DEPARTMENT OF THE
TREASURY
UNITED STATES FOOD AND DRUG
ADMINISTRATION
UTAH DEPARTMENT OF COMMERCE, DIVISION
OF OCCUPATIONAL AND PROFESSIONAL
LICENSING
VERMONT DEPARTMENT OF TAXES
VIRGINIA BOARD OF PHARMACY

WASHINGTON BOARD OF PHARMACY
WEST VIRGINIA BOARD OF PHARMACY
WILSON COUNTY TAX COLLECTOR

**Other**

NOVO NORDISK

**Schedule 2 to Huebner Declaration**[1]

Client Match List for Past Two Years

---

[1] Davis Polk currently represents, or has represented within the past two years, the entities listed on this Schedule 2 or one or more of their affiliates.

**Client Match List**

| Matched Entity | Relationship to Debtors |
|---|---|
| COGNIZANT TECH SOLUTIONS US CORP | 50 Largest Unsecured Creditors |
| HEALTHCORE INC | 50 Largest Unsecured Creditors |
| MCKESSON CORPORATION | 50 Largest Unsecured Creditors |
| CITIBANK | Bank |
| GOLDMAN SACHS | Bank |
| JP MORGAN CHASE | Bank |
| WELLS FARGO & COMPANY | Bank |
| JEFFERIES GROUP LLC | Creditor Committee Professional |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Creditor Committee Professional |
| AMAZON.COM | Customer |
| BURLINGTON DRUG CO INC | Customer |
| JET.COM INC | Customer |
| MCKESSON CORP | Customer |
| SMITH DRUG COMPANY | Customer |
| THRIFTY WHITE | Customer |
| WALMART STORES INC | Customer |
| CHUBB | Insurer |
| U.S. SPECIALTY INSURANCE COMPANY - HCC | Insurer |
| ABBOTT LABORATORIES | Licensing Agreement Counterparty |
| ERNST & YOUNG | Other Consultants & Advisors |
| IBM CORPORATION | Other Consultants & Advisors |
| NOVO NORDISK | Other Related Entity |
| BARBARA D. UNDERWOOD, ATTORNEY GENERAL OF THE STATE OF NEW YORK | Plaintiff |
| MSI CORPORATION | Plaintiff |
| PJT PARTNERS LP | Restructuring Professional |
| U.S. BANK EQUIPMENT FINANCE | Secured Creditor |
| CON EDISON | Utility Provider |
| EARTHLINK | Utility Provider |
| MATHESON TRI GAS INC | Utility Provider |
| SPRINT | Utility Provider |
| SUEZ WTS USA INC | Utility Provider |
| AETNA HEALTH MANAGEMENT | Vendor |
| AGILENT TECHNOLOGIES INC | Vendor |
| AMERICAN EXPRESS | Vendor |
| CHARLES RIVER LABORATORIES | Vendor |
| CHICAGO TITLE CO LLC | Vendor |

| Matched Entity | Relationship to Debtors |
|---|---|
| CLARIVATE ANALYTICS US LLC | Vendor |
| COGNIZANT TECH SOLUTIONS US CORP | Vendor |
| COVERMYMEDS LLC | Vendor |
| CSC CONSULTING INC | Vendor |
| DOW CHEMICAL COMPANY | Vendor |
| ERESEARCH TECHNOLOGY INC | Vendor |
| ERX NETWORK HOLDINGS INC | Vendor |
| HEALTHAGEN | Vendor |
| INTEGREON MANAGED SOLUTIONS INC | Vendor |
| MARSH USA INC | Vendor |
| MCKESSON SPECIALTY ARIZONA INC | Vendor |
| MERCER HEALTH & BENEFITS LLC | Vendor |
| MERIDIAN COMP OF NEW YORK | Vendor |
| MICROSOFT LICENSING GROUP | Vendor |
| NEWS AMERICA MARKETING FSI LLC | Vendor |
| ORACLE AMERICA INC | Vendor |
| PUBLICIS HLTH/DISCOVERY USA | Vendor |
| RELAYHEALTH | Vendor |
| SHIONOGI INC | Vendor |
| TRUVEN HEALTH ANALYTICS LLC | Vendor |
| UNITED PARCEL SERVICE | Vendor |
| WALGREEN CO | Vendor |
| WALGREENS | Vendor |
| WALMART INC | Vendor |
| YALE UNIVERSITY | Vendor |

## Schedule 3 to Huebner Declaration

Summary of Payments

| Invoices Sent to the Debtors by Davis Polk | | |
|---|---|---|
| **Invoice Date** | **Invoice Number** | **Total** |
| 7/8/2019 | DPW19-22692 | 4,120,105.39 |
| 8/6/2019 | 7000279 | 5,171,098.06 |
| 9/4/2019 | 7001663 | 4,781,341.33 |
| 9/9/2019 | 7002007 | 3,000,000.00 |
| 9/15/2019 | 7002407 | 4,200,000.00 |

| Payments to Davis Polk by the Debtors | | |
|---|---|---|
| **Payment Date** | **Invoice Number** | **Amount Paid** |
| 7/10/2019 | DPW19-22692 | 4,120,105.39 |
| 8/9/2019 | 7000279 | 5,171,098.06 |
| 9/9/2019 | 7001663 | 4,765,287.53 |
| 9/11/2019 | 7002007 | 3,000,000.00 |

**Exhibit B**

**Declaration of Marc L. Kesselman**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

### DECLARATION OF MARC L. KESSELMAN IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DAVIS POLK & WARDWELL LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Marc L. Kesselman, Purdue Pharma L.P.'s ("**PPLP**", and together with its affiliates that are debtors and debtors in possession in these proceedings, the "**Company**" or "**Purdue**") Senior Vice President, General Counsel and Corporate Secretary, in support of the *Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 5, 2019 (the "**Application**"),[2] declares as follows:

1.    I am Senior Vice President, General Counsel and Corporate Secretary of PPLP, a Delaware limited partnership headquartered in Stamford, Connecticut.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      I submit this declaration (the "**Declaration**") (a) in connection with the

Application wherein the Debtors seek entry of an order authorizing the Debtors to employ and

retain Davis Polk as their restructuring counsel in the Chapter 11 Cases *nunc pro tunc* to the

Petition Date.

### The Debtors' Selection of Davis Polk

3.      It is my strong belief that it is critical to select restructuring advisors with the

utmost care to maximize the value of the Debtors' estates, while at the same time focusing on

costs to ensure that the Debtors' limited resources are being appropriately utilized.

4.      I, as Senior Vice President and General Counsel, along with several other

members of the Debtors' senior management, am responsible for retaining and supervising

outside counsel.  I am familiar with the markets for professionals both in and out of bankruptcy,

and, in particular, Davis Polk's preeminent restructuring practice and its work as restructuring

counsel to numerous chapter 11 debtors and distressed companies that successfully restructured

in and out of court.

5.      Beginning in March 2018, PPLP retained Davis Polk to advise the Company on

restructuring options under consideration.  As the Debtors faced growing challenges related to

the thousands of lawsuits pending against the Company, Davis Polk provided restructuring

advice along with a broad array of other strategic and general corporate advice.

6.      In preparation for the Chapter 11 Cases, the Debtors did not consider any other

law firms for the role of restructuring counsel given Davis Polk's extensive knowledge and

experience with the Debtors, as well as their substantial experience representing debtors in

chapter 11 cases.

7.      Since 2018, Davis Polk has advised the Debtors on various restructuring issues, including both in-court and out-of-court strategies.  During that time, Davis Polk has become intimately familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of the Chapter 11 Cases.  I believe, for this reason, as well as because of Davis Polk's extensive experience in corporate reorganizations, that Davis Polk is both well-qualified and uniquely suited to represent the Debtors in the Chapter 11 Cases in an efficient and timely manner.

### Rate Structure and Cost Supervision

8.      Davis Polk has informed the Debtors that its billing rates and the material terms of the engagement are lower than or comparable to (a) Davis Polk's standard rates and the material terms for non-bankruptcy engagements and (b) the billing rates and terms of other comparably skilled counsel.

9.      The Debtors understand that it is their responsibility to track their professionals' billing practices to be sure that the fees and expenses the estates pay are fair and reasonable, and the Debtors will review the fee statements of Davis Polk and of all of the Debtors' other professionals to ensure that continues to be the case.

10.      Davis Polk and the Debtors are in the process of developing a prospective budget and staffing plan for the period from the Petition Date through January 15, 2020.  I will review and work with Davis Polk on the budget and staffing plan.  I also understand that, in the course of large chapter 11 cases such as these, it is likely that there will be unforeseen issues that the Debtors and Davis Polk will need to address.

11.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[*Signature Page Follows*]

Dated:    November 4, 2019
          New York, NY

                                    **PURDUE PHARMA L.P.**
                                    (for itself and on behalf of its affiliates
                                    that are debtors and debtors in possession)


                                    _____
                                    Marc L. Kesselman
                                    Senior Vice President, General Counsel & Corporate Secretary
                                    Purdue Pharma L.P.

<u>**Exhibit C**</u>

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

### ORDER APPROVING APPLICATION OF DEBTORS FOR AUTHORITY TO EMPLOY AND RETAIN DAVIS POLK & WARDWELL LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon the Application (the "**Application**")[2] of Purdue Pharma L.P. and its affiliates that

are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") for entry

of an order, pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and

2016(b) and Local Rules 2014-1 and 2016-1, approving the employment and retention of Davis

Polk as restructuring counsel for the Debtors *nunc pro tunc* to the Petition Date, pursuant to the

terms set forth in the Application and in the Huebner Declaration; and the Court having

jurisdiction to consider the matters raised in the Application pursuant to 28 U.S.C. § 1334 and

the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and the

Court having authority to hear the matters raised in the Application pursuant to 28 U.S.C. § 157;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

venue being proper pursuant to 28 U.S.C. § § 1408 and 1409; and the Application and the relief

requested therein being a core proceeding that the Court can determine pursuant to 28 U.S.C.

§ 157(b)(2); and due and proper notice of the Application and opportunity for a hearing on the

Application having been given to the parties listed therein, and it appearing that no other or

further notice need be provided; and the Court having reviewed and considered the Application,

the Huebner Declaration and the Kesselman Declaration; [and the Court having held a hearing on

the Application;] and the Court having determined that the legal and factual bases set forth in the

Application [and at the hearing] establish just cause for the relief granted herein; and the Court

having found that the relief requested in the Application being in the best interests of the

Debtors, their creditors, their estates and all other parties in interest; and upon all of the

proceedings had before the Court; and after due deliberation and sufficient cause appearing

therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The relief requested in the Application is hereby granted as set forth herein.

2.    The Debtors are hereby authorized to employ and retain Davis Polk *nunc pro tunc*

to the Petition Date in the Chapter 11 Cases, all as contemplated by the Application and on the

terms provided in the Application, the Huebner Declaration and the Kesselman Declaration, to

the extent that the terms of the Application do not conflict with the terms of this Order.

3.    Davis Polk is hereby authorized to render, *inter alia*, the following professional

services:

a.    Preparing, on behalf of the Debtors, all necessary or
appropriate motions, applications, objections, replies,
answers, orders, reports and other papers in connection
with the administration of the Debtors' estates;

b.    Counseling the Debtors with regard to their rights and
obligations as debtors in possession, and their powers and

                        duties in the continued management and operation of their businesses and properties;

    c.   Providing advice, representation and preparation of necessary documentation and pleadings and taking all necessary or appropriate actions in connection with statutory bankruptcy issues, strategic transactions, asset sale transactions, real estate, intellectual property, employee benefits, business and tort commercial and governmental litigation and corporate and tax matters;

    d.   Taking all necessary or appropriate actions to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, the negotiation of disputes in which the Debtors are involved and the preparation of objections to claims filed against the Debtors' estates;

    e.   Taking all necessary or appropriate actions in connection with any chapter 11 plan, all related disclosure statements and all related documents and such further actions as may be required in connection with the administration of the Debtors' estates; and

    f.   Acting as restructuring counsel for the Debtors and performing all other necessary or appropriate legal services in connection with the Chapter 11 Cases.

4.     Davis Polk shall apply for compensation for its services and reimbursement for any reasonable and necessary expenses and disbursements in accordance with the rates (as may be adjusted from time to time) and disbursement policies as set forth in the Application and the Huebner Declaration and in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable order of the Court.  Davis Polk shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures in connection with the Application and any fee application(s) to be filed by Davis Polk in the Chapter 11 Cases.

5.     The balance of the Retainer shall be treated as an evergreen retainer and held by Davis Polk as security throughout the Chapter 11 Cases.

6.      Any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or

Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the

terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7.      Davis Polk shall provide reasonable notice to the Debtors, the Court, the U.S.

Trustee and any statutory committee appointed in the Chapter 11 Cases of any annual increases

in the rates set forth in the Application.

8.      The relief granted herein shall be binding upon any chapter 11 trustee appointed

in any of the Chapter 11 Cases or upon any chapter 7 trustee appointed in the event of a

subsequent conversion of any of the Chapter 11 Cases to cases under chapter 7.

9.      To the extent that there may be any inconsistency between the terms of the

Application, the Huebner Declaration, the Kesselman Declaration and this Order, the terms of

this Order shall govern.

10.      The Debtors and Davis Polk are authorized to take all such actions as are

necessary or appropriate to implement the terms of this Order.

11.      The Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2019
          White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Exhibit C

### Professional and Paraprofessional Fees for Fee Period

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| Bauer, David R. | Partner; joined partnership in 2018; admitted New York 2008 | Intellectual Property | $1,925 | 3.7 | $7,122.50 |
| Conway, Jennifer S. | Partner; joined partnership in in 2022; admitted New York | Executive Compensation | $1,950 | 41.2 | $80,340.00 |
| Duggan, Charles S. | Partner; joined partnership in 2002; admitted New York 1997 | Litigation | $1,950 | 30.2 | $58,890.00 |
| Huebner, Marshall S. | Partner; joined partnership in 2002; admitted New York 1994 | Restructuring | $1,950 | 173.1 | $337,545.00 |
| Kaminetzky, Benjamin S. | Partner; joined partnership in 2003; admitted New York 1995 | Litigation | $1,950 | 93.7 | $182,715.00 |
| Klein, Darren S. | Partner; joined partnership in 2016; admitted New York 2008 | Restructuring | $1,925 | 29.4 | $56,595.00 |
| McClammy, James I. | Partner; joined partnership in 2015; admitted New York 1999 | Litigation | $1,950 | 88.4 | $172,380.00 |
| Taylor, William L. | Partner; joined partnership in 1995; admitted New York 1991 | Mergers and Acquisitions | $1,950 | 1.6 | $3,120.00 |
| Vonnegut, Eli J. | Partner; joined partnership in 2015; admitted New York 2009 | Restructuring | $1,950 | 108.5 | $211,575.00 |
| **Partner Total:** | | | | **569.8** | **$1,110,282.50** |
| **Counsel** | | | | | |
| Altus, Leslie J. | Counsel; joined Davis Polk 1985; admitted New York 1984 | Tax | $1,465 | 35.0 | $51,275.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Clarens, Margarita | Counsel; joined Davis Polk 2008; admitted New York 2009 | Litigation | $1,465 | 22.0 | $32,230.00 |
| Finelli, Jon | Counsel; joined Davis Polk 2018; admitted New York 2008 | Restructuring | $1,465 | 13.4 | $19,631.00 |
| Lele, Ajay B. | Counsel; joined Davis Polk 2000; admitted New York 2001 | Mergers and Acquisitions | $1,465 | 14.2 | $20,803.00 |
| Matlock, Tracy L. | Counsel; joined Davis Polk 2011; admitted New York 2013 | Tax | $1,465 | 40.5 | $59,332.50 |
| McCarthy, Gerard | Counsel; joined Davis Polk 2012; admitted New York 2012 | Litigation | $1,465 | 145.6 | $213,304.00 |
| Piraino, Stephen D. | Counsel; joined Davis Polk 2014; admitted New York 2014 | Restructuring | $1,465 | 28.4 | $41,606.00 |
| Robertson, Christopher | Counsel; joined Davis Polk 2011; admitted New York 2013 | Restructuring | $1,465 | 227.7 | $333,580.50 |
| Tobak, Marc J. | Counsel; joined Davis Polk 2009; admitted New York 2009 | Litigation | $1,465 | 243.5 | $356,727.50 |
| White, Erika D. | Counsel; joined Davis Polk 1981; admitted New York 1982 | Restructuring | $1,465 | 3.0 | $4,395.00 |
| **Counsel Total:** | | | | **773.3** | **$1,132,884.50** |
| **Associates, Law Clerks and Legal Assistants** | | | | | |
| Benedict, Kathryn S. | Associate; joined Davis Polk 2017; admitted New York 2015 | Litigation | $1,315 | 392.0 | $515,480.00 |
| Cardillo, Garrett | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,315 | 3.7 | $4,865.50 |
| Consla, Dylan A. | Associate; joined Davis Polk 2015; admitted New York 2015 | Restructuring | $1,315 | 198.8 | $261,422.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Dekhtyar, Mariya | Associate; joined Davis Polk 2020; admitted New York 2021 | Restructuring | $935 | 20.2 | $18,887.00 |
| Dobrovolskiy, Dmitry | Associate; joined Davis Polk 2021; admitted new York 2022 | Tax | $795 | 18.1 | $14,389.50 |
| Fine, Kate | Associate; joined Davis Polk 2021; admitted New York 2015 | Restructuring | $645 | 159.9 | $103,135.50 |
| Garg, Paavani | Associate; joined Davis Polk 2019; admitted New York 2019 | Restructuring | $1,280 | 18.3 | $23,424.00 |
| Garry, Matt | Associate; joined Davis Polk 2021; admitted New York 2021 | Litigation | $935 | 95.2 | $89,012.00 |
| Guo, Angela W. | Associate; joined Davis Polk 2018; admitted New York 2021 | Litigation | $1,280 | 16.8 | $21,504.00 |
| Houston, Kamali | Associate; joined Davis Polk 2020; admitted New York 2022 | Litigation | $935 | 37.3 | $34,875.50 |
| Hwang, Eric | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $1,190 | 21.1 | $25,109.00 |
| Ibargüen, Ted | Associate; joined Davis Polk 2021; admitted New York 2021 | Litigation | $935 | 148.0 | $138,380.00 |
| Kasprisin, Justin A. | Associate; joined Davis Polk 2017; admitted New York 2012 | Executive Compensation | $1,295 | 46.1 | $59,699.50 |
| Khan, Zulkar | Associate; joined Davis Polk 2020; admitted New York 2021 | Litigation | $1,190 | 23.4 | $27,846.00 |
| Kim, Eric M. | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,315 | 95.2 | $125,188.00 |
| Klabo, Hailey W. | Associate; joined Davis Polk 2021; admitted New York 2020 | Restructuring | $1,190 | 43.3 | $51,527.00 |
| Knudson, Jacquelyn Swanner | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $1,315 | 233.1 | $306,526.50 |

C-3

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kudolo, Mary | Associate; joined Davis Polk 2020; admitted New York 2022 | Restructuring | $935 | 7.4 | $6,919.00 |
| Leary, Amber | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $1,190 | 86.9 | $103,411.00 |
| Linder, Max J. | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,280 | 188.5 | $241,280.00 |
| Massman, Stephanie | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,315 | 54.8 | $72,062.00 |
| Moller, Sarah H. | Associate; joined Davis Polk 2020; admitted New York 2021 | Mergers and Acquisitions | $935 | 5.0 | $4,675.00 |
| Peroff, Justin | Associate; joined Davis Polk 2021; admitted New York 2022 | Restructuring | $795 | 6.5 | $5,167.50 |
| Rivkin, Motty | Associate; joined Davis Polk 2021; admitted New York 2022 | Restructuring | $795 | 6.8 | $5,406.00 |
| Sette, Kevin | Associate; joined Davis Polk 2021; admitted New York 2022 | Restructuring | $795 | 63.6 | $50,562.00 |
| Sherman, Bradford | Associate; joined Davis Polk 2018; admitted New York 2019 | Tax | $1,190 | 49.1 | $58,429.00 |
| Shinbrot, Josh | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $1,190 | 234.8 | $279,412.00 |
| Sieben, Brian G. | Associate; joined Davis Polk 2015; admitted New York 2016 | Trusts and Estates | $1,315 | 57.3 | $75,349.50 |
| Simonelli, Jessica | Associate; joined Davis Polk 2020; admitted New York 2021 | Litigation | $935 | 27.0 | $25,245.00 |
| Somers, Kate | Associate; joined Davis Polk 2020; admitted New York 2021 | Restructuring | $935 | 368.2 | $344,267.00 |
| Sun, Terrance X. | Associate; joined Davis Polk 2020; admitted New York 2021 | Litigation | $935 | 88.2 | $82,467.00 |

C-4

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Townes, Esther C. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $1,295 | 205.7 | $266,381.50 |
| Trost, Brette L. | Associate; joined Davis Polk 2019; admitted New York 2020 | Intellectual Property | $1,190 | 7.2 | $8,568.00 |
| Weiner, Jacob | Associate; joined Davis Polk 2015; admitted New York 2016 | Restructuring | $1,315 | 92.6 | $121,769.00 |
| Yang, Yueyu | Associate; joined Davis Polk 2020; admitted New York 2021 | Tax | $935 | 6.0 | $5,610.00 |
| Chandler, Will | Law Clerk; joined Davis Polk 2021 | Restructuring | $795 | 124.4 | $98,898.00 |
| Bennett, Aoife | Legal Assistant; joined Davis Polk 2020 | Litigation | $515 | 19.3 | $9,939.50 |
| Bruney, Theresa | Legal Assistant; joined Davis Polk 2001 | Litigation | $515 | 3.9 | $2,008.50 |
| Giddens, Magali | Legal Assistant; joined Davis Polk 2019 | Restructuring | $515 | 143.1 | $73,696.50 |
| Halford, Edgar Bernard | Legal Assistant; joined Davis Polk 2003 | Litigation | $515 | 2.5 | $1,287.50 |
| Hirschhorn, Paul | Legal Assistant; joined Davis Polk 2021 | Litigation | $375 | 2.6 | $975.00 |
| Ismail, Mohamed Ali | Legal Assistant; joined Davis Polk 1993 | Litigation | $515 | 5.5 | $2,832.50 |
| Yu, Brandon | Legal Assistant; joined Davis Polk 2020 | Litigation | $515 | 3.4 | $1,751.00 |
| Hirakawa, Lisa | Audit Letters Specialist; joined Davis Polk 2014 | Audit Letters | $515 | 2.4 | $1,236.00 |
| Chen, Johnny W. | Ediscovery Management Manager; joined Davis Polk 2008 | eDiscovery Project Management | $580 | 66.9 | $38,802.00 |
| **Associates, Law Clerks and Legal Assistants Total:** | | | | 3,500.1 | $3,809,678.00 |
| **TOTAL FEES** | | | | | $6,052,845.00 |
| (Less additional voluntary write-off) | | | | | ($60,000.00) |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **4,843.2** | **$5,992,845.00**[1] |

[1] Total compensation requested reflects an additional voluntary write-off of $60,000.00 that was not reflected in the monthly fee statements submitted during the Fee Period.

C-6

**Exhibit D**

**Fees by Project Category for Fee Period**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Acquisitions/Dispositions | 10.4 | $12,472.00 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | 751.0 | $928,007.50 |
| Bar Date/Estimation/Claims Allowance Issues | 263.1 | $350,833.50 |
| Corporate Governance, Board Matters and Communications | 121.9 | $202,678.50 |
| Creditor/UCC/AHC Issues | 212.9 | $257,289.00 |
| Cross-Border/International Issues | 8.3 | $12,159.50 |
| Equityholder/IAC Issues | 0.6 | $879.00 |
| Customer/Vendor/Lease/Contract Issues | 30.2 | $32,919.00 |
| Employee/Pension Issues | 640.2 | $902,324.50 |
| General Case Administration | 579.6 | $651,639.50 |
| Non-DPW Retention and Fee Issues | 66.2 | $73,218.00 |
| Support Agreement/Plan/Disclosure Statement | 1,679.9 | $2,135,764.00 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | 251.6 | $182,023.00 |
| IP, Regulatory and Tax | 164.3 | $214,498.50 |
| Special Committee/Investigations Issues | 63.0 | $96,139.50 |
| **Total** | **4,843.2** | **$5,992,845.00[1]** |

---

[1] Total compensation requested reflects an additional voluntary write-off of $60,000.00 that was not reflected in the monthly fee statements submitted during the Fee Period.

**Exhibit E**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Business Meals | *See Business Meal Detail provided in Davis Polk's Monthly Fee Statements* | **$1,324.25** |
| Computer Research | Lexis (US Treatises, US Court Documents, US Legal News, US Briefs, US Law Reviews and Journals, US Motions, US Jurisprudence, US Pleadings, US Practice Guides, Litigation Profile Suite, Judge Report, and Lexis Answer Card) and Westlaw | **$66,963.45** |
| Court and Related Fees | Veritext LLC, Pacer Transactions, Thomson Reuters, and CourtAlert.com | **$14,166.02** |
| Duplication | N/A | **$2,009.30** |
| Electronic Discovery Services | LD Lower Holdings, Inc. and HD EDM Media Inventory | **$6,609.00** |
| External Document Production | Counsel Press Inc. | **$1,117.06** |
| Outside Documents & Research | Courtlink, CSC, CT Corporation, Fort Bend County District Clerk, and Restructuring Concepts | **$4,846.07** |
| Postage, Courier & Freight | N/A | **$701.05** |
| Travel | *See Travel Detail provided in Davis Polk's Monthly Fee Statements* | **$2,819.24** |
| **TOTAL** | | **$100,555.44** |

## **Exhibit F**

**Customary and Comparable Compensation Disclosures for the Fee Period**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | Professionals at the New York Office of Davis Polk & Wardwell LLP for a 12-Month Period Ending on August 31, 2022, Excluding Bankruptcy Matters[1] | Purdue Application |
| Partner | $1,707.48 | $1,948.55 |
| Counsel | $1,378.94 | $1,465.00 |
| Other Attorneys[2] | $921.88 | $1,131.26 |
| Paraprofessionals | $441.39 | $530.96 |
| **All Timekeepers Aggregated** | $1,070.99 | $1,249.76 |

---

[1] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

[2] This category includes Law Clerks and Discovery Attorneys.