Purdue Pharma L.P.
Case NO. 19-23649-shI

Clerk of Court

Atten: Judge Sean T. Lane, I did recieve your notice as of July 1, 2022, The Notice of Case Reassignment. For administration. I have sent all I have to Andrew and Thorton, 4701 Von Ave, Suite 300, Newport Beach, California, 92660. Sean T. Higgins, Bradley East. I'am to be located by my G-Mail address ruby T. 5140 @ G-Mail. Comm For future references. The last podcast I recieved was March or April on what IS taking place Now. I'am still waiting on how long this process will take? and do I look to recieve another podcast on the Issue. This year? I wanted to also make known my Bank BB&T have also change to TRuist Bank, Rockingham NC, 28379. My attorney Bradley East said I need not send him any more medical Records I had Sent all pertaining to the Case on myself and Husband.

By Thomas  
120 Lady Mary Lane  
Ellington NC, 28379

CHARLOTTE NC 280  
13 OCT 2022 PM 6 L

USN  
SDNY

United States  
Bankruptcy Court  
Southern District of  
New York, 300 Quarropas  
Street White Plains N.Y.