## Exhibit B

**Professional and Paraprofessional Fees for Fee Period**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kramer | Partner; joined firm in 2008; admitted in New York 1985 | $1,305.00 | 218.20 | $284,751.00 |
| Aaron Javian | Partner; joined firm in 2018; admitted in New York 2006 | $1,215.00 | 17.10 | $20,776.50 |
| Lisa Szymanski | Partner; joined firm in 2010; admitted in New Jersey and Pennsylvania 2009 | $850.00 | 601.10 | $510,935.00 |
| Anthony Crawford | Partner; joined firm in 2012; admitted in New York 2017 | $715.00 | 348.10 | $248,891.50 |
| Paul Breene | Counsel; joined firm in 2008; admitted in New York 1984 | $1,290.00 | 336.60 | $434,214.00 |
| John Berringer | Counsel; joined firm in 2016; admitted in New York 1981 | $1,205.00 | 67.10 | $80,855.50 |
| Shaun Lee | Associate; joined firm in 2021; admitted in New York 2017 | $700.00 | 135.50 | $94,850.00 |
| Margaret McDonald | Associate; joined firm in 2019; admitted in California 2015 | $665.00 | 5.70 | $3,790.50 |
| Adrienne Kitchen | Associate; joined firm in 2017; admitted in Illinois 2015 | $660.00 | 217.00 | $143,220.00 |
| Jessica Kraus | Associate; joined firm in 2021; admitted in Pennsylvania 2021 | $550.00 | 20.00 | $11,000.00 |
| Jonathan Matthews | Senior Paralegal; joined firm in 2001; N/A | $505.00 | 0.40 | $202.00 |
| Nora Sooy | Senior Paralegal; joined firm in 2008; N/A | $405.00 | 11.30 | $4,576.50 |
| Scott DeMaris | Analyst; joined firm in 2006; N/A | $380.00 | 0.60 | $228.00 |

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kyle McCloskey | Senior Paralegal; joined firm in 2005; N/A | $360.00 | 2.70 | $972.00 |
| Shikendra Rhea | Senior Paralegal; joined firm in 2019; N/A | $315.00 | 34.60 | $10,899.00 |
| Lianna Simmonds | Paralegal; joined firm in 2019; N/A | $300.00 | 342.20 | $102,660.00 |
| **TOTAL** | | | | **$1,952,821.50** |
| **(Less Discount)** | | | | **($290,760.50)** |
| **GRAND TOTAL** | | | **2,358.20** | **$1,662,061.00** |

US_ACTIVE-168987755.6