## Exhibit C

## Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 27.90 | $9,088.50 |
| Case Assessment, Development & Strategy | 860.60 | $669,877.50 |
| Plan & Disclosure Statement Matters | 3.70 | $4,828.50 |
| Pre-Trial Pleadings & Motion Practice | 96.20 | $97,490.00 |
| Discovery | 1,195.10 | $1,033,226.50 |
| Trial Preparation | 1.30 | $1,616.50 |
| Retention and Fee Application | 173.40 | $136,694.00 |
| **TOTAL** | | **$1,952,821.50** |
| **(Less Discount)** | | **($290,760.50)** |
| **GRAND TOTAL** | **2,358.20** | **$1,662,061.00** |