## **Exhibit D**

## **Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Data Hosting Fee | Gravity Stack LLC (database hosting service, provided by a wholly owned subsidiary of Reed Smith) | $328.04 |
| Rail Travel Expense | Amtrak | $736.50 |
| Air Travel Expense | | $82.00 |
| Taxi Expense | Uber; Vital Transportation, Inc. | $815.41 |
| Lodging | | $1,202.90 |
| Meal Expense | | $85.40 |
| Courier Service | United Parcel Service | $601.38 |
| Transcript Expense | Veritext | $4,101.43 |
| Monthly Subscription Fee | Administrative Office of the Courts | $200.00 |
| User Fee | Relativity Database – Purdue Litigation | $75.00 |
| **TOTAL** | | **$8,228.06** |
| **Total Paid** | | **$849.29** |
| **Total Unpaid** | | **$7,378.77** |