**Exhibit E**

**Customary and Comparable Compensation Disclosures for the Fee Period**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-Wide for Preceding Year (2021)[1] | Billed March 1, 2022 through August 31, 2022 |
| Partner | $912.23 | $964.51 |
| Counsel | $787.00 | $826.94 |
| Senior Associate (7 years or more since first admission) | $616.48 | $684.36 |
| Mid-Level Associate (4-6 years since first admission) | $557.90 | $639.17 |
| Junior Associate (0-3 years since first admission) | $530.76 | $590.05 |
| Paraprofessionals | $378.42 | $404.00 |
| **All Timekeepers Aggregated** | **$712.43** | **$757.97** |

---

[1] The billable rates for Reed Smith attorneys are adjusted on January 1 of each year.