**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## NINTH INTERIM FEE APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2022 THROUGH AUGUST 31, 2022

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Name of Client: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Period for which Compensation and Expense Reimbursement Are Sought in this Application: | May 1, 2022 through August 31, 2022 |
| Petition Date: | September 16, 2019 |
| Retention Date: | December 2, 2019, *nunc pro tunc* to September 19, 2019 |
| Total Amount of Compensation and Expense Reimbursement Sought to be Allowed in this Application: | $240,216.50 |
| Total Amount of Compensation Sought to be Allowed in this Application: | $240,216.50 |
| Total Amount of Expense Reimbursement Sought to be Allowed in this Application: | $0.00 |

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Total Amount of Compensation and Expense Reimbursement Previously Allowed Pursuant to the Interim Compensation Order: | $163,797.20 |
|---|---|
| Compensation Sought in this Application and Already Paid Pursuant to the Interim Compensation Order: | $0.00 |
| Expenses Sought in this Application and Already Paid Pursuant to the Interim Compensation Order: | $0.00 |
| Blended Hourly Rate of Included Professionals: | $869.09 |
| Number of Professionals Included in This Application: | 6 |

This is a: _____monthly __X__interim _____final application

FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, ("**FTI**") financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Committee**") of Purdue Pharma L.P., et al. (the "**Debtors**"), hereby makes its Ninth Interim Fee Application for Compensation Earned and Expenses Incurred for the Period from May 1, 2022 through August 31, 2022 (this "**Application**") and respectfully represents as follows:

### Introduction

1.     FTI provided services to the Committee in accordance with the instructions and directions of the Committee. FTI is compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI.

2.     By this Application, FTI seeks allowance of (i) compensation for actual and necessary professional services rendered by FTI as financial advisor to the Committee for the period from May 1, 2022 through August 31, 2022 (the "**Compensation Period**") in the amount

of $240,216.50 and (ii) reimbursement for expenses incurred in the Compensation Period in the amount of $0.00, for a total of $240,216.50 for the Compensation Period.

3.      The statutory bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**"). This Application has been prepared in accordance with General Order M-447, the Amended Guidelines for Fees and *Disbursements for Professionals in the Southern District of New York* (June 17, 2013) promulgated pursuant to Local Bankruptcy Rule 2016-1(a) (the "**Local Guidelines**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**").

4.      This Application summarizes the services rendered by FTI on behalf of the Committee during the Compensation Period. While it is not possible or practical to describe each and every activity undertaken by FTI, FTI has maintained contemporaneous time records which include a detailed chronology of the daily services rendered, describing the precise nature of the work, the specific tasks performed, and the time expended by each professional. A breakdown of the hours and fees by professional is annexed hereto as **Exhibit A**. A breakdown of the hours and fees by task code is annexed hereto as **Exhibit B**. A detailed copy of the time records for the Compensation Period is annexed hereto as **Exhibit C**.

3

5.      In accordance with the Interim Compensation Order, FTI has requested payment for 80% of the fees for actual and necessary services incurred during the Compensation Period in the amount of $192,173.20 and for 100% of the expenses incurred during the Compensation Period in the amount of $0.00 for a total amount of $192,173.20. FTI submitted monthly fee statements during the Compensation Period, summarized as follows:

| Docket No./Filed | Compensation Period | Fees and Expenses Incurred | | | Monthly Amounts Previously Requested | Payments Received as of the Date of this Application | Total Fees and Expenses Owed |
|---|---|---|---|---|---|---|---|
| | | Fees (100%) | Fees (80%) | Expenses (100%) | Fees (80%) + Expenses (100%) | | |
| Docket No. 4950 Filed on 7/12/2022 | May 1, 2022 - May 30, 2022 | $ 98,099.50 | $ 78,479.60 | $ - | $ 78,479.60 | $ - | $ 98,099.50 |
| Docket No. 5005 Filed on 8/8/2022 | June 1, 2022 - June 30, 2022 | 53,624.00 | 42,899.20 | - | 42,899.20 | - | 53,624.00 |
| Docket No. 5051 Filed on 8/31/2022 | July 1, 2022 - July 31, 2022 | 53,023.00 | 42,418.40 | - | 42,418.40 | - | 53,023.00 |
| Docket No. 5132 Filed on 10/12/2022 | August 1, 2022 - August 31, 2022 | 35,470.00 | 28,376.00 | - | 28,376.00 | - | 35,470.00 |
| Total | | $ 240,216.50 | $ 192,173.20 | $ - | $ 192,173.20 | $ - | $ 240,216.50 |

6.      As of the date of this Application, FTI is owed $240,216.50 for professional fees and $0.00 for actual and necessary expenses for a total of $240,216.50.

**Jurisdiction**

7.      The Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

**Background**

8.      On September 16, 2019 (the "**Petition Date**"), the Debtors each filed with the United States Bankruptcy Court for the Southern District of New York (this "**Court**") their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. For the bankruptcy process, the Debtors selected Davis Polk & Wardwell as counsel ("**Davis Polk**") and AlixPartners LLP as financial advisor ("**Alix**").

4

9.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

10.     On September 18, 2019, the Court entered an order [Docket No. 59] authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b). No examiner has been appointed in the chapter 11 cases pursuant to section 1104 of the Bankruptcy Code.

11.     On November 21, 2019, the Court entered its Interim Compensation Order [Docket No. 529] establishing the procedures for interim compensation and reimbursement of expenses incurred by professionals retained by the Debtors pursuant to sections 327 or 1103 of the Bankruptcy Code ("**Retained Professionals**").

12.     On December 2, 2019, the Court entered the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Retention Order**").

13.     During the Compensation Period, FTI has represented the Committee, in connection with these chapter 11 cases, including with respect to, among other things, the Debtors' domestic and international business plans, employee compensation plans, and historical cash transfers. The fees earned and the expenses incurred by FTI in connection with these activities are the subject of this Application and are described in more detail below and the exhibits hereto.

### Terms and Conditions of Employment

14.     FTI is compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI. For further information regarding the terms and conditions of FTI's retention, please see the Retention Order. The Committee has been given the opportunity to review and approve this Application.

### Summary of FTI's Services Rendered

15.     During the Compensation Period, FTI provided extensive financial services to the Committee. The primary services rendered by FTI include, but are not limited to, the categories set forth below (each a "**Task Code**") which were billed pursuant to the requirements of Section C(8)(c) of the U.S. Trustee Guidelines:

a.  **Task Code 1: Current Operating Results & Events (57.8 Hours):** During the Compensation Period, time detail under this task code related to FTI's work evaluating the Debtors' monthly operating reports, results, and current events. FTI prepared analyses comparing the Debtors' YTD performance relative to their business plans and prepared presentations to share findings and update the Committee.

b.  **Task Code 7: Analysis of Domestic Business Plan (14.5 Hours):** During the Compensation Period, time detail under this task code relates to FTI's work evaluating the Debtors' revised go-forward business plan and the cost projections within the business plan forecast. FTI prepared diligence questions for the Debtors and their professionals regarding the updated business plan and participated in various calls with the Debtors and their advisors to discuss the business plan forecast and the corresponding cost projections.

c.  **Task Code 9: Analysis of Employee Comp Programs (41.0 Hours):** During the Compensation Period, FTI conducted extensive diligence into the Debtors' proposed 2022 insider and non-insider incentive and retention plans filed with the Court (the 2022 KEIP and KERP). FTI reviewed the Debtors' KEIP and KERP counteroffers and participated in multiple calls with the Debtors to

6

discuss the proposed 2022 KEIP and KERP terms. In conducting diligence, FTI prepared various analyses and presentations for the Committee to summarize key issues, including, performance metrics, participants, plan size, historical compensation, and the negotiation process.

d.   **Task Code 16: Analysis, Negotiate and Form of POR & DS (117.7 Hours):** Entries under this task code relate to FTI's work during the Compensation Period focused on monitoring the appellate process, preparing updated analyses of the Sackler settlement agreement and payment mechanics, and preparing updated presentations regarding the plan and settlement agreements. FTI also prepared updates to the illustrative analysis of the distributable value to opioid creditors to reflect the latest cash flow projections and payment timing expectations. FTI also participated on bi-weekly calls with the Debtors' advisors to discuss the status of business operations and preparations for emergence.

e.   **Task Code 21: General Meetings with Counsel and/or Ad Hoc Committee (3.5 Hours):** During the Compensation Period, FTI participated on numerous calls and meetings with the Committee and its counsel. During these calls and meetings, FTI discussed with the Committee and its counsel several key issues at hand, next steps, and the presentations of various analyses prepared by FTI's team.

**Basis for Relief Requested**

16.   Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code

that govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 provides that the Court may award a professional employed under section 327 "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330(a)(3) also outlines specific criteria that the Court shall consider in determining the amount of reasonable compensation, including:

    a.  the time spent on such services;

    b.  the rates charged for such services;

    c.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    d.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    e.  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    f.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

17.    All of the services for which FTI seeks compensation were necessary for, beneficial to, and in the best interests of the Committee. FTI's fees are reasonable given the size and complexity of the Debtors' cases.

18.     All of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee. FTI respectfully submits that the professional services rendered were necessary, appropriate, and have contributed to the effective administration of the Debtors' chapter 11 cases and maximization of value. It is respectfully submitted that the services rendered to the Committee were performed efficiently, effectively, and economically, and the results have benefitted the Committee.

19.     The hourly rates that FTI has charged are consistent with the market rate for comparable services. The hourly rates and fees charged by FTI are the same as those generally charged to, and paid by, FTI's other clients. FTI regularly reviews its hourly rates on an annual basis and, accordingly, the rates included in this Application reflect an ordinary course hourly rate increase.

20.     Whenever possible, FTI sought to minimize the costs of its services to the Committee by utilizing talented junior professionals to handle more routine aspects of case administration. A small group of the same FTI professionals was utilized for the vast majority of the work in these cases to minimize the costs of intra-FTI communication and education about the Debtors' circumstances.

21.     FTI believes that the expenses incurred are reasonable and economical relative to the services required by the Committee and were incurred as a direct result of FTI's representation of the Committee. These expenses are the type customarily charged to non-bankruptcy clients of FTI. None of the expenses relate to non-reimbursable overhead. FTI has adhered to allowable rates for expenses as fixed by 2016-1 of the Local Rules for the United States Bankruptcy Court of the Southern District of New York.

22.      In accordance with the factors enumerated in section 331 of the Bankruptcy Code, the amounts requested herein are fair and reasonable given (i) the complexity of the cases, (ii) the time expanded, (iii) the nature and extent of services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under the Bankruptcy Code.

23.      FTI submits that pursuant to the criteria normally examined in bankruptcy cases and based upon the factors considered in accordance with sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, the results achieved provide more  than  sufficient justification for approval of compensation sought by FTI.

WHEREFORE, FTI respectfully requests that the Court enter an order:

a.  Granting this Application;

b.  Awarding FTI, on an interim basis, compensation for professional services rendered during the Compensation Period in the amount of $240,216.50 and reimbursement of actual, reasonable and necessary expenses incurred by FTI during the Compensation Period in the amount of $0.00;

Dated:  New York, New York
        October 17, 2022

FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of
Governmental and Other Contingent Litigation
Claimants of Purdue Pharma L.P.

By:      /s/ Matthew Diaz

10

Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Professional | Position | Specialty | Blended Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,200 | 59.1 | $ 70,920.00 |
| Joffe, Steven | Senior Managing Director | Tax | 1,200 | 0.5 | 600.00 |
| Simms, Steven | Senior Managing Director | Restructuring | 1,325 | 7.3 | 9,672.50 |
| Bromberg, Brian | Senior Director | Restructuring | 890 | 96.7 | 86,063.00 |
| Kurtz, Emma | Senior Consultant | Restructuring | 655 | 110.2 | 72,181.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 300 | 2.6 | 780.00 |
| **Grand Total** | | | | **276.4** | **$ 240,216.50** |

**EXHIBIT B**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 57.8 | $ 47,021.00 |
| 2 | Cash & Liquidity Analysis | 5.0 | 6,000.00 |
| 7 | Analysis of Domestic Business Plan | 14.5 | 14,562.00 |
| 9 | Analysis of Employee Comp Programs | 41.0 | 37,511.00 |
| 11 | Prepare for and Attend Court Hearings | 4.8 | 3,637.50 |
| 13 | Analysis of Other Miscellaneous Motions | 3.3 | 4,035.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 117.7 | 103,028.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 3.5 | 3,754.00 |
| 24 | Preparation of Fee Application | 27.4 | 19,422.00 |
| 26 | Analysis of Insurance Programs | 1.2 | 1,068.00 |
| 28 | Review of IAC Business Plan | 0.2 | 178.00 |
| | **GRAND TOTAL** | **276.4** | **$ 240,216.50** |

**EXHIBIT C**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 5/2/2022 | Kurtz, Emma | 0.9 | Review recently uploaded dataroom documents re: transfers of value to share with team. |
| 1 | 5/2/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/3/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/4/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/6/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/9/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/10/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/12/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/13/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/16/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/17/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/18/2022 | Kurtz, Emma | 0.4 | Review recently uploaded dataroom documents to share with team re: reporting. |
| 1 | 5/18/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/19/2022 | Bromberg, Brian | 0.6 | Review financial update presentation re: March results to provide comments. |
| 1 | 5/19/2022 | Diaz, Matthew | 0.6 | Review Debtors' March financial results. |
| 1 | 5/19/2022 | Diaz, Matthew | 0.6 | Review presentation re: Debtors' March operating results. |
| 1 | 5/19/2022 | Kurtz, Emma | 2.2 | Prepare presentation re: March financial update. |
| 1 | 5/19/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/20/2022 | Kurtz, Emma | 1.4 | Prepare updates to analysis of March YTD results to include comparison to prior year results. |
| 1 | 5/20/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/22/2022 | Diaz, Matthew | 0.7 | Review updated draft presentation re: March operating report to provide comments. |
| 1 | 5/22/2022 | Diaz, Matthew | 0.4 | Review summary of the Monitor's 9th report. |
| 1 | 5/23/2022 | Bromberg, Brian | 1.2 | Review updated draft financial update to provide additional comments. |
| 1 | 5/23/2022 | Bromberg, Brian | 0.7 | Finalize and send operating report update to counsel. |
| 1 | 5/23/2022 | Bromberg, Brian | 0.4 | Review PEO information in March operating report presentation. |
| 1 | 5/23/2022 | Kurtz, Emma | 0.7 | Prepare revisions to March operating report update per internal comments. |
| 1 | 5/23/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/25/2022 | Diaz, Matthew | 0.6 | Review Debtors' Q1 results and related due diligence responses. |
| 1 | 5/25/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/26/2022 | Diaz, Matthew | 0.5 | Review operating report update re: sales. |
| 1 | 5/26/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/1/2022 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/2/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/3/2022 | Diaz, Matthew | 0.6 | Review of news articles and related case information. |
| 1 | 6/3/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/6/2022 | Diaz, Matthew | 1.1 | Review of Debtors' latest monthly operating results. |
| 1 | 6/6/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/7/2022 | Diaz, Matthew | 0.4 | Continue to review diligence on Debtors' latest operating results. |
| 1 | 6/7/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/13/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |

**EXHIBIT C**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/13/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/14/2022 | Diaz, Matthew | 0.9 | Review Debtors' latest sales and cash reporting. |
| 1 | 6/14/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/15/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/16/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/17/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/20/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/20/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 6/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/22/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/23/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/24/2022 | Diaz, Matthew | 0.5 | Review Debtors' latest monthly operating results. |
| 1 | 6/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/27/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/28/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/29/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/30/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/1/2022 | Diaz, Matthew | 0.3 | Review 10th monitor report. |
| 1 | 7/1/2022 | Diaz, Matthew | 1.3 | Review Debtors' business update report. |
| 1 | 7/6/2022 | Diaz, Matthew | 0.6 | Review monthly current operating results. |
| 1 | 7/6/2022 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/7/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/11/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 7/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/12/2022 | Diaz, Matthew | 1.1 | Review Debtors' current operating results. |
| 1 | 7/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/13/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/14/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/15/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/18/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/19/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/20/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/21/2022 | Diaz, Matthew | 1.1 | Review of the Debtors' case status report. |
| 1 | 7/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/22/2022 | Kurtz, Emma | 1.3 | Review case status report from Debtors. |
| 1 | 7/22/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/25/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/26/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents to share with team. |
| 1 | 7/26/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/27/2022 | Diaz, Matthew | 0.4 | Review summary of the status conference hearing. |

**EXHIBIT C**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 7/27/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/28/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/29/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/1/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/2/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/3/2022 | Diaz, Matthew | 0.6 | Review Debtors latest monthly operating report. |
| 1 | 8/3/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/4/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/8/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 8/8/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/9/2022 | Kurtz, Emma | 0.9 | Begin to prepare monthly operating report update for May. |
| 1 | 8/9/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/10/2022 | Kurtz, Emma | 1.3 | Finish preparing draft slides re: May operating report. |
| 1 | 8/10/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/12/2022 | Bromberg, Brian | 0.6 | Review Debtors' latest operating report. |
| 1 | 8/12/2022 | Bromberg, Brian | 0.4 | Prepare revisions to operating report summary. |
| 1 | 8/12/2022 | Diaz, Matthew | 1.3 | Review Purdue operating report to the Committee. |
| 1 | 8/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/12/2022 | Kurtz, Emma | 0.3 | Prepare revisions to May operating report slides per comments from team. |
| 1 | 8/16/2022 | Bromberg, Brian | 0.3 | Review Debtors' latest monthly operating report. |
| 1 | 8/17/2022 | Diaz, Matthew | 1.4 | Review revised draft operating report presentation to the Committee. |
| 1 | 8/17/2022 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/18/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/19/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/22/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/23/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/25/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/26/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/29/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/30/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/31/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **57.8** | |
| 2 | 5/4/2022 | Diaz, Matthew | 0.9 | Review Debtors' latest cash flow projections. |
| 2 | 5/6/2022 | Diaz, Matthew | 0.6 | Review updating cash reporting re: budget to actual variance. |
| 2 | 6/2/2022 | Diaz, Matthew | 0.8 | Review Debtors' cash reporting. |
| 2 | 6/7/2022 | Diaz, Matthew | 0.4 | Review Debtors' updated 13-week cash flow forecast. |
| 2 | 6/22/2022 | Diaz, Matthew | 0.6 | Review Debtors' latest budget to actual cash variance results. |
| 2 | 7/12/2022 | Diaz, Matthew | 0.6 | Review Debtors' updated cash flow analysis. |
| 2 | 7/17/2022 | Diaz, Matthew | 0.4 | Review Debtors' latest cash flow reporting. |
| 2 | 7/27/2022 | Diaz, Matthew | 0.7 | Review Debtors' updated 13 week cash flow reporting. |
| **2 Total** | | | **5.0** | |
| 7 | 5/4/2022 | Diaz, Matthew | 1.2 | Review Avrio business plan materials from the Debtors. |
| 7 | 5/11/2022 | Bromberg, Brian | 1.0 | Review updates to Debtors cost analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 5/22/2022 | Diaz, Matthew | 0.6 | Review updates to the Company's cost analysis. |
| 7 | 6/24/2022 | Bromberg, Brian | 1.0 | Review 2022 business plan provided by the Debtors. |
| 7 | 8/8/2022 | Diaz, Matthew | 0.8 | Review of current sales by product and by competitor. |
| 7 | 8/16/2022 | Bromberg, Brian | 0.6 | Discuss latest operations update with Debtors. |
| 7 | 8/16/2022 | Bromberg, Brian | 0.9 | Review latest business plan update. |
| 7 | 8/17/2022 | Bromberg, Brian | 0.6 | Prepare summary of business plan results. |
| 7 | 8/17/2022 | Diaz, Matthew | 2.1 | Review updated Purdue business plan. |
| 7 | 8/22/2022 | Bromberg, Brian | 0.9 | Review latest business plan update. |
| 7 | 8/24/2022 | Diaz, Matthew | 1.1 | Review Debtors' updated business plan. |
| 7 | 8/30/2022 | Bromberg, Brian | 2.2 | Prepare questions for the Debtors re: updated business plan. |
| 7 | 8/30/2022 | Bromberg, Brian | 0.4 | Discuss business plan update with UCC advisors. |
| 7 | 8/30/2022 | Bromberg, Brian | 0.5 | Discuss business plan update with Debtor advisors. |
| 7 | 8/30/2022 | Kurtz, Emma | 0.2 | Review business plan to prepare for call with the UCC advisors. |
| 7 | 8/30/2022 | Kurtz, Emma | 0.4 | Attend call with UCC advisors to discuss business plan update. |
| **7 Total** | | | **14.5** | |
| 9 | 5/6/2022 | Bromberg, Brian | 1.6 | Review KEIP counteroffer from the Debtors' advisors. |
| 9 | 5/6/2022 | Diaz, Matthew | 0.9 | Review Debtors' proposed changes to the KERP. |
| 9 | 5/6/2022 | Kurtz, Emma | 0.6 | Evaluate Debtors' response to the AHC/UCC's incentive plan counterproposal. |
| 9 | 5/9/2022 | Bromberg, Brian | 1.4 | Review Debtors' proposed KEIP counter offer. |
| 9 | 5/9/2022 | Bromberg, Brian | 1.7 | Review updated metrics re: KEIP scorecard. |
| 9 | 5/9/2022 | Bromberg, Brian | 0.6 | Attend call with Counsel to discuss the Debtors KEIP counteroffer. |
| 9 | 5/9/2022 | Bromberg, Brian | 0.6 | Attend call with the Debtors to discuss the KEIP proposal. |
| 9 | 5/9/2022 | Bromberg, Brian | 0.6 | Review materials to prepare to discuss KEIP with Debtors. |
| 9 | 5/9/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors to discuss the proposed KEIP/KERP plans. |
| 9 | 5/9/2022 | Kurtz, Emma | 0.5 | Attend call with counsel re: KEIP KERP responses. |
| 9 | 5/9/2022 | Kurtz, Emma | 0.6 | Prepare analysis of KEIP/KERP motion and timing for 2020 and 2021. |
| 9 | 5/9/2022 | Kurtz, Emma | 0.5 | Attend call with the Debtors on KEIP counter proposal. |
| 9 | 5/9/2022 | Simms, Steven | 0.4 | Review status of 2022 incentive plan negotiations. |
| 9 | 5/10/2022 | Bromberg, Brian | 0.6 | Discuss KEIP KERP proposals with Debtors. |
| 9 | 5/10/2022 | Bromberg, Brian | 1.1 | Prepare summary of outstanding issues with the KEIP. |
| 9 | 5/10/2022 | Bromberg, Brian | 1.3 | Prepare comparison slides of incentive plan negotiations. |
| 9 | 5/10/2022 | Diaz, Matthew | 0.5 | Participate in call with counsel to discuss the employee incentive plans. |
| 9 | 5/10/2022 | Diaz, Matthew | 0.4 | Participate in call with the UCC re: employee compensation plans. |
| 9 | 5/10/2022 | Kurtz, Emma | 1.1 | Prepare updates to side by side comparison of 2022 incentive plan iterations. |
| 9 | 5/11/2022 | Bromberg, Brian | 1.6 | Review updated draft of incentive plan comparison slides. |
| 9 | 5/11/2022 | Bromberg, Brian | 2.4 | Review files on KEIP scorecard metrics. |
| 9 | 5/11/2022 | Bromberg, Brian | 1.6 | Compile questions list for the Debtors re: incentive plans. |
| 9 | 5/11/2022 | Diaz, Matthew | 1.2 | Review of updated presentation on incentive plan negotiations to provide comments. |
| 9 | 5/11/2022 | Diaz, Matthew | 0.9 | Review objections filed against the KEIP/KERP. |
| 9 | 5/11/2022 | Kurtz, Emma | 1.4 | Prepare revisions to presentation re: KEIP KERP negotiations. |
| 9 | 5/11/2022 | Kurtz, Emma | 0.7 | Review comments from team re: presentation on incentive plan updates. |
| 9 | 5/12/2022 | Bromberg, Brian | 0.4 | Review comments on KEIP KERP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.5 | Participate in call with the UCC to discuss the KEIP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors to discuss the KEIP/KERP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.6 | Review Debtors' proposed changes to the KEIP/KERP motion. |
| 9 | 5/12/2022 | Diaz, Matthew | 0.3 | Participate in call with counsel re: 2022 KEIP. |
| 9 | 5/12/2022 | Kurtz, Emma | 0.6 | Review KEIP KERP diligence responses from Alix. |
| 9 | 5/13/2022 | Bromberg, Brian | 0.4 | Review KEIP KERP mark up from the Debtors. |
| 9 | 5/15/2022 | Bromberg, Brian | 0.9 | Review further changes to the proposed KEIP. |
| 9 | 5/15/2022 | Bromberg, Brian | 0.3 | Draft update for committee on KEIP. |
| 9 | 5/15/2022 | Diaz, Matthew | 0.9 | Review of updated KEIP order and related statement. |
| 9 | 5/16/2022 | Bromberg, Brian | 0.4 | Review revised changes to KEIP. |
| 9 | 5/16/2022 | Bromberg, Brian | 0.6 | Review filed KEIP statement. |
| 9 | 5/17/2022 | Bromberg, Brian | 0.9 | Finalize and send memo on KEIP to Committee. |
| 9 | 5/17/2022 | Diaz, Matthew | 0.4 | Review KEIP negotiation summary to share with the Committee. |
| 9 | 6/7/2022 | Bromberg, Brian | 1.1 | Review historical CEO KEIP info. |
| 9 | 6/7/2022 | Bromberg, Brian | 0.6 | Review slides on KEIP re: proposed CEO compensation. |
| 9 | 6/7/2022 | Bromberg, Brian | 0.4 | Review update for committee re: KEIP proposal to prepare changes. |
| 9 | 6/7/2022 | Bromberg, Brian | 0.6 | Review objections to proposed 2020 and 2021 KEIPs. |
| 9 | 6/7/2022 | Diaz, Matthew | 0.4 | Review draft KEIP slides for the committee. |
| 9 | 6/7/2022 | Kurtz, Emma | 1.6 | Prepare analysis of Purdue CEO compensation re: historical and proposed 2022 compensation. |
| 9 | 6/7/2022 | Kurtz, Emma | 0.8 | Prepare revisions to slides on CEO comp per internal comments. |
| 9 | 6/8/2022 | Bromberg, Brian | 0.6 | Participate in weekly committee call to discuss KEIP proposal. |
| 9 | 6/8/2022 | Bromberg, Brian | 0.8 | Prepare to present KEIP proposal analysis on committee call. |
| 9 | 6/8/2022 | Diaz, Matthew | 0.6 | Draft correspondence to the working group on the KEIP. |
| 9 | 6/8/2022 | Diaz, Matthew | 0.5 | Review analysis of proposed 2022 KEIP and comparison to prior KEIPs. |

EXHIBIT C
PURDUE PHARMA L.P., et al. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **9 Total** | | | **41.0** | |
| 11 | 5/18/2022 | Bromberg, Brian | 0.9 | Attend hearing re: 202 KEIP KERP. |
| 11 | 5/18/2022 | Kurtz, Emma | 0.9 | Listen to KEIP/KERP hearing. |
| 11 | 6/15/2022 | Bromberg, Brian | 0.6 | Listen to KEIP hearing. |
| 11 | 6/15/2022 | Kurtz, Emma | 0.9 | Attend hearing re: CEO 2022 KEIP and interim fee applications. |
| 11 | 7/26/2022 | Bromberg, Brian | 0.6 | Listen to (partial) bankruptcy hearing. |
| 11 | 7/26/2022 | Kurtz, Emma | 0.9 | Attend hearing re: status conference and next steps. |
| **11 Total** | | | **4.8** | |
| 13 | 8/5/2022 | Diaz, Matthew | 0.3 | Review proposed OCP relief that the Debtors are seeking. |
| 13 | 8/13/2022 | Diaz, Matthew | 0.6 | Review of the proposed PI order. |
| 13 | 8/15/2022 | Diaz, Matthew | 0.6 | Continue to review the proposed PI order. |
| 13 | 8/15/2022 | Simms, Steven | 0.6 | Review case status re: proposed PI order. |
| 13 | 8/19/2022 | Diaz, Matthew | 0.5 | Review of summaries of the injunction ruling. |
| 13 | 8/22/2022 | Diaz, Matthew | 0.7 | Review of the updated PI order. |
| **13 Total** | | | **3.3** | |
| 16 | 5/2/2022 | Simms, Steven | 0.4 | Review case update from team re: appeal status. |
| 16 | 5/4/2022 | Kurtz, Emma | 0.6 | Prepare updates to MDT board book per team comments. |
| 16 | 5/10/2022 | Bromberg, Brian | 2.4 | Review latest draft of the MDT deck. |
| 16 | 5/10/2022 | Bromberg, Brian | 0.9 | Review SOAF agreement. |
| 16 | 5/10/2022 | Bromberg, Brian | 1.9 | Review markup of MDT agreement. |
| 16 | 5/10/2022 | Diaz, Matthew | 0.5 | Participate in call with the Debtors to discuss open financial and company issues. |
| 16 | 5/10/2022 | Kurtz, Emma | 0.5 | Attend bi-weekly professionals call to discuss case updates and emergence preparations. |
| 16 | 5/11/2022 | Kurtz, Emma | 1.3 | Draft initial changes to MDT book to reflect latest information. |
| 16 | 5/11/2022 | Simms, Steven | 0.6 | Review update from team re: open financial and company issues. |
| 16 | 5/12/2022 | Bromberg, Brian | 2.2 | Review MDT presentation to evaluate necessary updates. |
| 16 | 5/12/2022 | Bromberg, Brian | 1.9 | Review SOAF and MDT mark ups. |
| 16 | 5/12/2022 | Kurtz, Emma | 2.3 | Review draft MDT book to prepare updates to reflect additional Sackler settlement. |
| 16 | 5/12/2022 | Kurtz, Emma | 2.1 | Prepare revisions to analysis of Sackler settlement agreement in MDT board book to reflect additional settlement. |
| 16 | 5/17/2022 | Bromberg, Brian | 1.2 | Review additional SOAF and MDT mark ups. |
| 16 | 5/17/2022 | Bromberg, Brian | 0.8 | Review MDT presentation to evaluate updates. |
| 16 | 5/17/2022 | Kurtz, Emma | 2.2 | Prepare updates to MDT board book to reflect additional Sackler settlement. |
| 16 | 5/17/2022 | Kurtz, Emma | 1.8 | Continue to prepare updates to MDT board book to reflect additional Sackler settlement. |
| 16 | 5/17/2022 | Simms, Steven | 0.8 | Review update from team re: case issues, including appeal. |
| 16 | 5/18/2022 | Kurtz, Emma | 2.7 | Prepare updates to IAC overview slides for MDT board book. |
| 16 | 5/18/2022 | Simms, Steven | 0.4 | Review summary of KEIP/KERP hearing. |
| 16 | 5/19/2022 | Bromberg, Brian | 0.4 | Review summary for counsel re: Debtors' financial results. |
| 16 | 5/19/2022 | Kurtz, Emma | 1.2 | Begin to prepare updates to payment mechanics section of MDT board book to reflect additional Sackler settlement. |
| 16 | 5/20/2022 | Bromberg, Brian | 0.3 | Follow up on potential counter-party list. |
| 16 | 5/23/2022 | Simms, Steven | 0.3 | Review updates from team re: business operations and appeal. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.3 | Review materials to prepare for call with Debtors' advisors. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.6 | Participate in call with Debtors' advisors on business updates. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.6 | Summarize issues for team re: business updates. |
| 16 | 5/24/2022 | Bromberg, Brian | 0.6 | Review updates to MDT briefing book. |
| 16 | 5/24/2022 | Kurtz, Emma | 1.6 | Prepare revisions to draft MDT book to share questions with team. |
| 16 | 5/25/2022 | Bromberg, Brian | 2.9 | Review updated MDT briefing book to provide comments to team. |
| 16 | 5/25/2022 | Bromberg, Brian | 0.7 | Review mark up of MDT agreement exhibits. |
| 16 | 5/26/2022 | Bromberg, Brian | 1.2 | Review MDT briefing book to ensure compliance with MDT agreement. |
| 16 | 5/26/2022 | Bromberg, Brian | 0.6 | Review MDT agreement to evaluate further updates to MDT board book. |
| 16 | 5/31/2022 | Bromberg, Brian | 0.9 | Review potential issues with MDT board book. |
| 16 | 5/31/2022 | Bromberg, Brian | 0.7 | Review cash accounts and collateral order. |
| 16 | 5/31/2022 | Bromberg, Brian | 0.6 | Review updates to plan documents. |
| 16 | 6/1/2022 | Bromberg, Brian | 0.7 | Prepare update for team re: strategic considerations. |
| 16 | 6/1/2022 | Bromberg, Brian | 0.9 | Review potential counterparty issues. |
| 16 | 6/1/2022 | Kurtz, Emma | 1.6 | Continue to prepare revisions to analysis of additional Sackler settlement agreement. |
| 16 | 6/1/2022 | Simms, Steven | 0.4 | Review updates from team re: strategic considerations. |
| 16 | 6/2/2022 | Bromberg, Brian | 0.5 | Discuss company strategic initiatives with Houlihan. |
| 16 | 6/2/2022 | Bromberg, Brian | 0.6 | Discuss company strategic initiatives with Debtors' advisors. |
| 16 | 6/2/2022 | Bromberg, Brian | 1.6 | Review updates to analysis of Sackler settlement agreement payments and related payment mechanics and examples. |
| 16 | 6/2/2022 | Bromberg, Brian | 0.6 | Summarize issues for team re: strategic initiatives. |
| 16 | 6/2/2022 | Diaz, Matthew | 0.5 | Review of next steps for certain strategic considerations. |
| 16 | 6/2/2022 | Kurtz, Emma | 2.6 | Prepare updates to analysis of payment mechanics reflecting additional Sackler settlement. |
| 16 | 6/2/2022 | Kurtz, Emma | 2.8 | Prepare updates to illustrative examples to include additional Sackler settlement. |
| 16 | 6/3/2022 | Bromberg, Brian | 0.7 | Review counterparties issues. |
| 16 | 6/3/2022 | Diaz, Matthew | 0.6 | Review of next steps on certain strategic considerations. |

**EXHIBIT C**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/7/2022 | Bromberg, Brian | 0.3 | Prepare notes on call with Debtors and other advisors. |
| 16 | 6/7/2022 | Bromberg, Brian | 0.6 | Participate in financial advisor call to discuss business operations. |
| 16 | 6/7/2022 | Bromberg, Brian | 0.4 | Discuss financial update from the Debtors with Houlihan. |
| 16 | 6/7/2022 | Bromberg, Brian | 0.7 | Summarize financial update for counsel. |
| 16 | 6/7/2022 | Diaz, Matthew | 0.5 | Review materials to prepare for call with the Debtors re: financial performance and emergence. |
| 16 | 6/7/2022 | Diaz, Matthew | 0.6 | Participate in call with the Debtors to discuss current financial items. |
| 16 | 6/7/2022 | Kurtz, Emma | 0.5 | Attend bi-weekly update call with the Debtors advisors. |
| 16 | 6/7/2022 | Simms, Steven | 0.4 | Review update from team re: call with the Debtors. |
| 16 | 6/8/2022 | Simms, Stteven | 0.5 | Review status of case workstreams and emergence preparation. |
| 16 | 6/9/2022 | Diaz, Matthew | 0.6 | Review current open items and related next steps. |
| 16 | 6/9/2022 | Diaz, Matthew | 0.4 | Draft correspondence and coordination with the working group and company on certain issues. |
| 16 | 6/16/2022 | Diaz, Matthew | 0.5 | Participate in call with Alix to discuss the agenda for next week's meeting with the AHC and the Company. |
| 16 | 6/17/2022 | Bromberg, Brian | 0.2 | Review agenda for call with Debtors' management. |
| 16 | 6/20/2022 | Bromberg, Brian | 0.6 | Review Debtors' 2022 business plan to prepare for call with the Debtors. |
| 16 | 6/20/2022 | Bromberg, Brian | 0.6 | Review MDT agreement to prepare for call with the Debtors. |
| 16 | 6/21/2022 | Bromberg, Brian | 1.3 | Participate in call with the Committee and the Debtors re: financial results and projections and emergence preparation. |
| 16 | 6/21/2022 | Diaz, Matthew | 1.2 | Participate in call with the Company and Committee on the company operating results and emergence. |
| 16 | 6/21/2022 | Diaz, Matthew | 0.7 | Prepare for call on the Company's operating results. |
| 16 | 6/21/2022 | Kurtz, Emma | 1.3 | Attend call with the working group, Debtors and their advisors to discuss financial results and emergence preparations. |
| 16 | 6/21/2022 | Simms, Steven | 0.4 | Review update from team re: Debtors financial performance and emergence preparation. |
| 16 | 6/22/2022 | Bromberg, Brian | 0.5 | Discuss emergence issues with counsel. |
| 16 | 6/22/2022 | Bromberg, Brian | 0.6 | Follow up with Debtors on open questions. |
| 16 | 6/22/2022 | Bromberg, Brian | 0.4 | Review follow up materials from the Debtors. |
| 16 | 6/22/2022 | Bromberg, Brian | 0.5 | Review next steps to emerge, subject to the appeal. |
| 16 | 6/22/2022 | Kurtz, Emma | 0.4 | Attend call with Counsel and Houlihan to discuss emergence preparation and regulatory issues. |
| 16 | 6/23/2022 | Diaz, Matthew | 1.3 | Review summary of potential emergence issues. |
| 16 | 6/28/2022 | Bromberg, Brian | 0.7 | Review follow up materials re: emergence preparation. |
| 16 | 7/1/2022 | Diaz, Matthew | 0.7 | Review PJT strategic considerations report. |
| 16 | 7/5/2022 | Bromberg, Brian | 0.6 | Participate in business update call with Committee and Debtors. |
| 16 | 7/5/2022 | Diaz, Matthew | 0.6 | Participate in biweekly advisors case update call with the Debtors. |
| 16 | 7/5/2022 | Simms, Steven | 0.4 | Review case updates re: emergence. |
| 16 | 7/6/2022 | Bromberg, Brian | 0.3 | Review memo on case timing from counsel. |
| 16 | 7/6/2022 | Bromberg, Brian | 0.2 | Summarize memo re: case timing for team. |
| 16 | 7/6/2022 | Simms, Steven | 0.6 | Review case status update re: emergence timing. |
| 16 | 7/7/2022 | Diaz, Matthew | 1.7 | Review of plan alternatives post appeal. |
| 16 | 7/11/2022 | Bromberg, Brian | 0.7 | Review plan of reorganization to evaluate timing impacts. |
| 16 | 7/11/2022 | Bromberg, Brian | 0.4 | Review disclosure statement to evaluate timing impacts. |
| 16 | 7/11/2022 | Diaz, Matthew | 0.5 | Review of next steps in connection with emergence. |
| 16 | 7/12/2022 | Bromberg, Brian | 0.6 | Review memo on case timing. |
| 16 | 7/14/2022 | Bromberg, Brian | 1.9 | Review latest distributable value numbers. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.9 | Review plan timing impact on distributions. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.7 | Review latest settlement documents. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.5 | Review latest settlement discussions. |
| 16 | 7/14/2022 | Bromberg, Brian | 0.4 | Discuss distributable value with Houlihan. |
| 16 | 7/15/2022 | Bromberg, Brian | 0.7 | Review impact of emergence on plan payment timing. |
| 16 | 7/15/2022 | Bromberg, Brian | 1.4 | Review updated distributable value analysis to provide comments to team. |
| 16 | 7/15/2022 | Bromberg, Brian | 0.8 | Review latest settlement agreement to evaluate updates to distributable value analysis. |
| 16 | 7/15/2022 | Diaz, Matthew | 0.6 | Review updates to the settlement agreement. |
| 16 | 7/15/2022 | Kurtz, Emma | 2.4 | Prepare updates to illustrative distributable value analysis to reflect updated assumptions. |
| 16 | 7/15/2022 | Kurtz, Emma | 2.3 | Review plan and settlement agreement to evaluate payment timing. |
| 16 | 7/18/2022 | Bromberg, Brian | 2.4 | Review distributable value analysis to provide additional comments. |
| 16 | 7/18/2022 | Bromberg, Brian | 0.9 | Discuss distributable value refresh with team. |
| 16 | 7/18/2022 | Bromberg, Brian | 1.3 | Review draft presentation re: distributable value refresh. |
| 16 | 7/18/2022 | Bromberg, Brian | 0.9 | Review settlement agreement and plan. |
| 16 | 7/18/2022 | Kurtz, Emma | 0.9 | Attend call with internal team to discuss distributable value refresh. |
| 16 | 7/18/2022 | Kurtz, Emma | 2.4 | Prepare revisions to distributable value refresh per comments from team and accompanying slides. |
| 16 | 7/19/2022 | Bromberg, Brian | 1.7 | Review updated distributable value analysis to provide comments. |
| 16 | 7/19/2022 | Bromberg, Brian | 0.6 | Review current status of case issues to prepare for call with Debtors advisors. |
| 16 | 7/19/2022 | Bromberg, Brian | 0.5 | Attend biweekly call to discuss case updates with Debtor advisors. |

**EXHIBIT C**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/19/2022 | Diaz, Matthew | 0.9 | Review presentation re: updated distributable value analysis. |
| 16 | 7/19/2022 | Diaz, Matthew | 0.6 | Participate in biweekly call with the Debtors advisors to discuss case developments. |
| 16 | 7/19/2022 | Kurtz, Emma | 0.5 | Attend bi-weekly professionals call to discuss emergence preparation. |
| 16 | 7/19/2022 | Kurtz, Emma | 2.2 | Prepare revisions to analysis of distributable value and payment timing and distribution dates per comments from team. |
| 16 | 7/20/2022 | Bromberg, Brian | 0.9 | Draft update for counsel on Plan B issues. |
| 16 | 7/20/2022 | Bromberg, Brian | 0.4 | Review counsel responses on distributable value updates. |
| 16 | 7/20/2022 | Kurtz, Emma | 0.3 | Draft summary of distributable value analysis updates. |
| 16 | 7/21/2022 | Bromberg, Brian | 0.3 | Discuss distributable value with counsel. |
| 16 | 7/22/2022 | Bromberg, Brian | 0.5 | Review distributable value updates. |
| 16 | 7/22/2022 | Diaz, Matthew | 0.7 | Review analysis prepared by the Debtors on possible strategic considerations. |
| 16 | 7/22/2022 | Kurtz, Emma | 0.4 | Draft response to HL questions re: distributable value analysis updates. |
| 16 | 8/2/2022 | Diaz, Matthew | 0.7 | Participate in a call with the Debtors' and UCC's advisers to discuss open items. |
| 16 | 8/2/2022 | Diaz, Matthew | 0.6 | Review of next steps on the settlement. |
| 16 | 8/2/2022 | Kurtz, Emma | 0.4 | Attend biweekly professionals call to discuss case status. |
| 16 | 8/2/2022 | Kurtz, Emma | 1.3 | Review Sackler reporting requirements from Plan to prepare summary for team. |
| 16 | 8/2/2022 | Simms, Steven | 0.4 | Review update from team re: case status and emergence preparation. |
| 16 | 8/3/2022 | Bromberg, Brian | 0.5 | Coordinate asset disposition outreach names. |
| 16 | 8/3/2022 | Bromberg, Brian | 0.4 | Participate in call with team on workstream updates. |
| 16 | 8/3/2022 | Kurtz, Emma | 0.4 | Attend call with team to discuss case updates and next steps re: emergence preparation. |
| 16 | 8/4/2022 | Diaz, Matthew | 0.6 | Review of next steps prior to emergence. |
| 16 | 8/8/2022 | Bromberg, Brian | 0.4 | Coordinate asset disposition outreach names. |
| 16 | 8/15/2022 | Bromberg, Brian | 0.2 | Discuss Purdue FA meeting and business plan. |
| 16 | 8/25/2022 | Simms, Steven | 0.3 | Review update from team re: case status and emergence preparation. |
| 16 | 8/30/2022 | Kurtz, Emma | 0.5 | Attend biweekly professionals call to discuss case status and emergence preparation. |
| **16 Total** | | | **117.7** | |
| 21 | 5/4/2022 | Bromberg, Brian | 0.6 | Participate in weekly AHC call to discuss updates on the KEIP/KERP proposal. |
| 21 | 5/4/2022 | Diaz, Matthew | 0.5 | Participate in weekly AHC call to discuss the appeal and other topics. |
| 21 | 5/4/2022 | Joffe, Steven | 0.5 | Attend weekly AHC call to discuss updates, including the appeal. |
| 21 | 5/4/2022 | Simms, Steven | 0.4 | Attend weekly AHC call to discuss case updates related to the appeal. |
| 21 | 5/11/2022 | Bromberg, Brian | 0.5 | Participate in weekly AHC call to provide update on the 2022 incentive plans. |
| 21 | 5/11/2022 | Diaz, Matthew | 0.5 | Attend weekly AHC meeting to discuss the appeal and the KEIP/KERP. |
| 21 | 7/6/2022 | Bromberg, Brian | 0.5 | Participate in weekly Committee call to discuss case updates. |
| **21 Total** | | | **3.5** | |
| 24 | 5/3/2022 | Diaz, Matthew | 0.9 | Review draft March fee application. |
| 24 | 5/4/2022 | Kurtz, Emma | 0.3 | Prepare revisions to March fee application. |
| 24 | 5/6/2022 | Diaz, Matthew | 0.8 | Review Purdue April fee application. |
| 24 | 5/6/2022 | Hellmund-Mora, Marili | 0.4 | Update and finalize the March fee application. |
| 24 | 5/6/2022 | Kurtz, Emma | 3.4 | Prepare draft April fee application per local rules. |
| 24 | 5/9/2022 | Kurtz, Emma | 0.6 | Finalize draft April fee application to send to Counsel. |
| 24 | 5/9/2022 | Kurtz, Emma | 2.3 | Begin to prepare 8th interim fee application per local rules. |
| 24 | 5/10/2022 | Kurtz, Emma | 1.4 | Continue to prepare draft 8th interim fee application. |
| 24 | 5/11/2022 | Diaz, Matthew | 0.8 | Review draft 8th interim fee application. |
| 24 | 5/11/2022 | Kurtz, Emma | 0.4 | Prepare revisions to draft 8th interim fee application. |
| 24 | 5/16/2022 | Kurtz, Emma | 0.6 | Finalize March, April, and 8th interim fee application to file. |
| 24 | 5/17/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize the March fee application. |
| 24 | 5/17/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize the April fee application. |
| 24 | 6/17/2022 | Kurtz, Emma | 2.8 | Prepare draft May fee application per fee examiner guidelines. |
| 24 | 6/20/2022 | Kurtz, Emma | 1.3 | Finalize draft May fee application per local rules. |
| 24 | 6/24/2022 | Diaz, Matthew | 0.7 | Review of the May bill. |
| 24 | 7/12/2022 | Kurtz, Emma | 0.3 | Finalize May fee application to be filed. |
| 24 | 7/13/2022 | Kurtz, Emma | 1.2 | Begin to prepare June fee application. |
| 24 | 7/19/2022 | Kurtz, Emma | 2.1 | Finalize draft June fee application. |
| 24 | 7/20/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the May fee application. |
| 24 | 7/21/2022 | Diaz, Matthew | 0.6 | Review June fee application. |
| 24 | 7/21/2022 | Kurtz, Emma | 0.4 | Prepare revisions to June fee application. |
| 24 | 8/8/2022 | Kurtz, Emma | 0.2 | Finalize June fee application to be filed. |
| 24 | 8/11/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the June fee application. |
| 24 | 8/19/2022 | Kurtz, Emma | 1.8 | Prepare draft July fee application per local rules. |
| 24 | 8/22/2022 | Kurtz, Emma | 1.3 | Finalize draft July fee application per local rules. |
| 24 | 8/26/2022 | Diaz, Matthew | 0.6 | Review of the July fee application. |
| **24 Total** | | | **27.4** | |
| 26 | 6/21/2022 | Bromberg, Brian | 0.7 | Review D&O insurance response from Debtors. |
| 26 | 6/24/2022 | Bromberg, Brian | 0.5 | Review follow-up D&O insurance response from Debtors. |
| **26 Total** | | | **1.2** | |
| 28 | 6/28/2022 | Bromberg, Brian | 0.2 | Review IAC diligence questions. |
| **28 Total** | | | **0.2** | |

**EXHIBIT C**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO AUGUST 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| Grand Total | | | 276.4 | |