KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                             :
**In re:**                                   :    **Chapter 11**
                                             :
**PURDUE PHARMA L.P,** *et al.,*             :    **Case No. 19-23649 (RDD)**
                                             :
              **Debtors.**[1]                :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-FIFTH MONTHLY FEE STATEMENT**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP,**
**CO-COUNSEL TO THE AD HOC COMMITTEE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | August 1, 2022 through and including August 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $138,650.50 |
| **Current Fee Request** | $110,920.40 (80% of $138,650.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,485.43 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $113,405.83 |
| **Total Fees and Expenses Inclusive of Holdback** | $141,135.93 |
| **This is a(n):** ___X___ monthly _____interim application _____final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application Date Filed/ Docket No. | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022-4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022-5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $85,743.90 |
| 9/15/2022 5077 | 6/1/2022-6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $458,378.28 |
| 9/27/2022 5098 | 7/1/2022-7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $176,974.99 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Fifth Monthly Fee Statement (the

"**<u>Statement</u>**") for the period of August 1, 2022 through and including August 31, 2022 (the "**<u>Monthly Fee Period</u>**").

**<u>Itemization of Services Rendered by Applicant</u>**

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,526.32.[2]  The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

**<u>Notice</u>**

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $137,354.50 by the total hours of 96.30.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $1,296.00 by the total hours of 2.70.

of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $110,920.40, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $2,485.43.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
      October 17, 2022

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

    Kenneth H. Eckstein
    Rachael Ringer
    Caroline F. Gange
    **KRAMER LEVIN NAFTALIS &
    FRANKEL LLP**
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Fax: (212) 715-8000
    Emails:  keckstein@kramerlevin.com
            rringer@kramerlevin.com
            cgange@kramerlevin.com

    *Attorneys for the Ad Hoc Committee of
    Governmental and Other Contingent
    Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|--------|-------------|------:|------:|
| 00003 | Business Operations | 3.70 | 5,278.00 |
| 00004 | Case Administration | 0.20 | 96.00 |
| 00006 | Employment and Fee Applications | 6.20 | 5,307.00 |
| 00008 | Litigation | 1.40 | 1,673.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 21.00 | 30,012.00 |
| 00011 | Plan and Disclosure Statement | 66.50 | 96,284.50 |
| **TOTAL** | | **99.00** | **$138,650.50** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 5.90 | $7,168.50 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 41.20 | $69,422.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1580 | 6.70 | $10,586.00 |
| Abraham Reshtick | Partner | 2003 | Tax | 1400 | 2.00 | $2,800.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1315 | 7.40 | $9,731.00 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 2.60 | $3,640.00 |
| Joseph A. Shifer | Special Counsel | 2010 | Creditors' Rights | 1195 | 1.40 | $1,673.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1110 | 28.00 | $31,080.00 |
| Mariya Khvatskaya | Associate | 2016 | Tax | 1140 | 1.10 | $1,254.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 2.70 | $1,296.00 |
| TOTAL | | | | | 99.00 | $138,650.50 |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Lexis Online Research | 250.85 |
| Pacer Online Research | 21.90 |
| Telecommunication Charges | 13.59 |
| Transcript Fees | 98.40 |
| **TOTAL EXPENSES** | **$2,485.43** |

**EXHIBIT D**

# Kramer Levin



October 17, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 864799
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through August 31, 2022.**

| | |
|---|---|
| Fees | $138,650.50 |
| Disbursements and Other Charges | 2,485.43 |
| **TOTAL BALANCE DUE** | **$141,135.93** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



October 17, 2022
Invoice #: 864799
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through August 31, 2022 in connection with the
following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $2,485.43 | **$2,485.43** |
| 072952-00003 | Business Operations | 5,278.00 | 0.00 | **5,278.00** |
| 072952-00004 | Case Administration | 96.00 | 0.00 | **96.00** |
| 072952-00006 | Employment and Fee Applications | 5,307.00 | 0.00 | **5,307.00** |
| 072952-00008 | Litigation | 1,673.00 | 0.00 | **1,673.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 30,012.00 | 0.00 | **30,012.00** |
| 072952-00011 | Plan and Disclosure Statement | 96,284.50 | 0.00 | **96,284.50** |
| **Subtotal** | | **138,650.50** | **2,485.43** | **141,135.93** |
| **TOTAL CURRENT INVOICE** | | | | **$141,135.93** |



October 17, 2022
Invoice #: 864799
072952-00003
Page 3

**Business Operations**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.20 | $243.00 |
| Eckstein, Kenneth H. | Partner | 2.00 | 3,370.00 |
| Gange, Caroline | Associate | 1.50 | 1,665.00 |
| **TOTAL FEES** | | **3.70** | **$5,278.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/17/2022 | Blabey, David E. | Attend portion of Purdue omnibus hearing. | 0.20 | $243.00 |
| 8/17/2022 | Eckstein, Kenneth H. | Prep for (0.5) and attend court hearing before Judge Lane (1.5). | 2.00 | 3,370.00 |
| 8/17/2022 | Gange, Caroline | Attend hearing re PI and other pro se matters. | 1.50 | 1,665.00 |
| **TOTAL** | | | **3.70** | **$5,278.00** |



October 17, 2022
Invoice #: 864799
072952-00004
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.20 | $96.00 |
| **TOTAL FEES** | | **0.20** | **$96.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/10/2022 | Kane, Wendy | Review docket and update case calendar. | 0.20 | $96.00 |
| **TOTAL** | | | **0.20** | **$96.00** |



October 17, 2022
Invoice #: 864799
072952-00006
Page 5

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 3.70 | $4,107.00 |
| Kane, Wendy | Paralegal | 2.50 | 1,200.00 |
| **TOTAL FEES** | | **6.20** | **$5,307.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/4/2022 | Gange, Caroline | Review AHC professional invoices and coordinate filing re same. | 1.00 | $1,110.00 |
| 8/8/2022 | Gange, Caroline | Review AHC professional fee apps and coordinate filing re same. | 0.30 | 333.00 |
| 8/8/2022 | Kane, Wendy | File FTI June fee statement. | 0.20 | 96.00 |
| 8/10/2022 | Gange, Caroline | Review and edit July fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.00 | 1,110.00 |
| 8/10/2022 | Kane, Wendy | Review July fee statement for compliance with UST guidelines and local rules. | 0.50 | 240.00 |
| 8/15/2022 | Kane, Wendy | Prepare June fee statement. | 0.70 | 336.00 |
| 8/17/2022 | Kane, Wendy | Revise June fee statement and email C. Gange re same. | 0.30 | 144.00 |



October 17, 2022
Invoice #: 864799
072952-00006
Page 6

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/24/2022 | Gange, Caroline | Review and finalize fee applications for privilege/confidentially and compliance with UST guidelines. | 1.10 | 1,221.00 |
| 8/24/2022 | Kane, Wendy | File Gilbert June fee statement. | 0.20 | 96.00 |
| 8/25/2022 | Gange, Caroline | Review AHC professionals for privilege/confidentiality and compliance with UST guidelines. | 0.30 | 333.00 |
| 8/31/2022 | Kane, Wendy | Emails w/ AHC professionals re final July fee statements (0.2) and file same (0.4). | 0.60 | 288.00 |
| **TOTAL** | | | **6.20** | **$5,307.00** |



October 17, 2022
Invoice #: 864799
072952-00008
Page 7

**Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Shifer, Joseph A. | Spec Counsel | 1.40 | $1,673.00 |
| **TOTAL FEES** | | **1.40** | **$1,673.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/4/2022 | Shifer, Joseph A. | Email D. Blabey re stip. (0.1); draft same (1.1); emails with DPW, Akin and KE re same (0.2). | 1.40 | $1,673.00 |
| **TOTAL** | | | **1.40** | **$1,673.00** |



October 17, 2022
Invoice #: 864799
072952-00009
Page 8

**Meetings and Communications with Ad-Hoc Committee & Creditors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 2.90 | $3,523.50 |
| Eckstein, Kenneth H. | Partner | 9.70 | 16,344.50 |
| Ringer, Rachael L. | Partner | 4.00 | 5,260.00 |
| Gange, Caroline | Associate | 4.40 | 4,884.00 |
| **TOTAL FEES** | | **21.00** | **$30,012.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/10/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | $1,685.00 |
| 8/16/2022 | Eckstein, Kenneth H. | Attend Working Group call re case status and next steps (1.5). | 1.50 | 2,527.50 |
| 8/17/2022 | Gange, Caroline | Draft AHC update email re hearing, financial updates. | 0.30 | 333.00 |
| 8/18/2022 | Eckstein, Kenneth H. | Attend meeting with Working Group to review strategy and next steps on case (1.5); prep for same (0.8). | 2.30 | 3,875.50 |
| 8/18/2022 | Blabey, David E. | Attend call with working group re strategy next steps on case. | 1.30 | 1,579.50 |
| 8/18/2022 | Ringer, Rachael L. | Prep for (0.5) and attend strategy meeting with working group (1.5). | 2.00 | 2,630.00 |



October 17, 2022
Invoice #: 864799
072952-00009
Page 9

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 8/18/2022 | Gange, Caroline | Attend call with working group re strategy and next steps (1.5); legal research and prep for same (2.6). | 4.10 | 4,551.00 |
| 8/23/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,348.00 |
| 8/25/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8); call with S. Gilbert re follow up re same (0.7). | 1.50 | 2,527.50 |
| 8/30/2022 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,685.00 |
| 8/31/2022 | Ringer, Rachael L. | Attend working group meeting re: next (1.6), prepare for same, review emails with K. Eckstein/S. Gilbert re: same (0.4). | 2.00 | 2,630.00 |
| 8/31/2022 | Blabey, David E. | Attend call with working group regarding next step issues. | 1.60 | 1,944.00 |
| 8/31/2022 | Eckstein, Kenneth H. | Attend Call with Working Group re next step issues (1.6). | 1.60 | 2,696.00 |
| **TOTAL** | | | **21.00** | **$30,012.00** |



October 17, 2022
Invoice #: 864799
072952-00011
Page 10

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---:|---:|
| Blabey, David E. | Partner | 2.80 | $3,402.00 |
| Eckstein, Kenneth H. | Partner | 29.50 | 49,707.50 |
| Fisher, David J. | Partner | 6.70 | 10,586.00 |
| Reshtick, Abraham | Partner | 2.00 | 2,800.00 |
| Ringer, Rachael L. | Partner | 3.40 | 4,471.00 |
| Rosenbaum, Jordan M. | Partner | 2.60 | 3,640.00 |
| Gange, Caroline | Associate | 18.40 | 20,424.00 |
| Khvatskaya, Mariya | Associate | 1.10 | 1,254.00 |
| **TOTAL FEES** | | **66.50** | **$96,284.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 8/1/2022 | Eckstein, Kenneth H. | Call with A. Preis re plan and case options (1.3). | 1.30 | $2,190.50 |
| 8/2/2022 | Rosenbaum, Jordan M. | Call with D. Fisher, Akin, and Brown Rudnick re mark up of CTA. | 1.00 | 1,400.00 |



October 17, 2022
Invoice #: 864799
072952-00011
Page 11

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/2/2022 | Fisher, David J. | Review draft mark up of Side B IAC DACA (0.4); review Sackler mark up of CTA (0.6); conference call with Akin Gump, Brown Rudnick and J. Rosenbaum to discuss same (1.0) review and comment on email request from FTI regarding update to financials (0.3). | 2.30 | 3,634.00 |
| 8/2/2022 | Reshtick, Abraham | Review and analyze draft TMA and related trust agreements (1.0); participate in tax professionals call concerning TMA (1.0). | 2.00 | 2,800.00 |
| 8/2/2022 | Khvatskaya, Mariya | Prep for (0.1) and attend call with DPW, Brown Rudnick and Akin re: additional TMAs (1.0). | 1.10 | 1,254.00 |
| 8/3/2022 | Fisher, David J. | Review emails from FTI and follow up regarding financials; communications with M. Diaz and B. Bromberg re same. | 0.40 | 632.00 |
| 8/9/2022 | Eckstein, Kenneth H. | Call with A. Preis re case and plan issues (0.7); call with S. Gilbert re same (0.4); call with R. Ringer re same (0.4). | 1.50 | 2,527.50 |
| 8/10/2022 | Eckstein, Kenneth H. | Call with R. Ringer re plan issues (0.4); discuss same w/ KL team (0.6); review and comment on proposed outline (0.5). | 1.50 | 2,527.50 |
| 8/11/2022 | Blabey, David E. | Calls and emails w/ KL team re plan issues. | 0.30 | 364.50 |



October 17, 2022
Invoice #: 864799
072952-00011
Page 12

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/12/2022 | Eckstein, Kenneth H. | Call with M. Huebner, E. Vonnegut, S. Burian, S. Gilbert re plan issues (1.0); review plan terms re same and comment (1.2); calls w/ KL team re same (0.8). | 3.00 | 5,055.00 |
| 8/12/2022 | Gange, Caroline | Review plan terms. | 1.20 | 1,332.00 |
| 8/15/2022 | Eckstein, Kenneth H. | Call with D. Blabey, R. Ringer, C. Gange, re prep for meeting with clients re plan issues (1.0); review and edit talking points (0.8); review plan terms (0.8); call with R. Ringer re same (0.3). | 2.90 | 4,886.50 |
| 8/15/2022 | Ringer, Rachael L. | Call with KL team re plan issues (1.0), catch-up call with K. Eckstein re: same (0.3). | 1.30 | 1,709.50 |
| 8/15/2022 | Blabey, David E. | Call with KL team re plan issues (1.0); review and comment on talking points re same (0.4). | 1.40 | 1,701.00 |
| 8/15/2022 | Gange, Caroline | Call w/ K. Eckstein, R. Ringer, D. Blabey re plan issues (1.0); review outline re same (0.3); draft further talking points re same (2.1); legal research related to same (1.5); emails w/ Houlihan re NOAT (0.2). | 5.10 | 5,661.00 |
| 8/16/2022 | Eckstein, Kenneth H. | Call with R. Ringer, D. Blabey, C. Gange re agenda and talking points for call issuers plan issues (0.7); review materials re legal research re same. (1.7); email R. Ringer re follow up (0.2); review revised agenda (1.0), follow up call with D. Blabey re plan issues (0.2). | 3.80 | 6,403.00 |
| 8/16/2022 | Rosenbaum, Jordan M. | Call with DPW re plan issues. | 0.30 | 420.00 |



October 17, 2022
Invoice #: 864799
072952-00011
Page 13

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/16/2022 | Fisher, David J. | Prepare for weekly conference call with creditors and Sackler representatives; participate on conference call; communications with Akin Gump and Brown Rudnick regarding same. | 0.50 | 790.00 |
| 8/16/2022 | Ringer, Rachael L. | Call with K. Eckstein and KL team re: plan issues (0.6). | 0.60 | 789.00 |
| 8/16/2022 | Blabey, David E. | Call with K. Eckstein, R. Ringer, C. Gange re next steps on plan memo (0.7); discs with K. Eckstein re same (0.2). | 0.90 | 1,093.50 |
| 8/16/2022 | Gange, Caroline | Legal research re plan related issues (3.3); draft multiple emails re same (0.6); call w/ K. Eckstein, R. Ringer, and D. Blabey re same (0.7); review proposed outline for client call (0.2); draft outline of payment scheduled (0.5); review issues re distributor settlement (0.4). | 5.70 | 6,327.00 |
| 8/17/2022 | Ringer, Rachael L. | Review/revise agenda re: plan issues (0.4), call with S. Gilbert, K. Eckstein, and C. Gange re: plan issues (0.8), further revise agenda and send same to clients (0.3). | 1.50 | 1,972.50 |
| 8/17/2022 | Eckstein, Kenneth H. | Call with S. Gilbert, R. Ringer, C. Gange re plan related issues, agenda (0.8); review agenda and talking points, prep for client call (1.6). | 2.40 | 4,044.00 |
| 8/17/2022 | Blabey, David E. | Emails with R. Ringer plan and next steps memo. | 0.20 | 243.00 |



October 17, 2022
Invoice #: 864799
072952-00011
Page 14

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 8/17/2022 | Gange, Caroline | Prep for client meeting re plan issues (3.4); review settlements re same (0.8); attend prep call w/ K. Eckstein, S. Gilbert, R. Ringer re same (0.8); draft talking points and related outlines for client call (1.4). | 6.40 | 7,104.00 |
| 8/19/2022 | Eckstein, Kenneth H. | Call with S. Gilbert re plan issues (0.4); call with E. Vonnegut to follow up on plan and next step issues (0.7); correspond re issues and follow up (0.4). | 1.50 | 2,527.50 |
| 8/22/2022 | Eckstein, Kenneth H. | Call with A. Preis re plan and next steps issues (0.4); correspond with R. Ringer re same (0.3); correspond with S. Gilbert and with clients re case issues (0.8). | 1.50 | 2,527.50 |
| 8/22/2022 | Fisher, David J. | Communications with Davis Polk and Debevoise regarding mark ups (0.2); review CTA from Debevoise (0.4); compare prior drafts and comments from creditors (0.2). | 0.80 | 1,264.00 |
| 8/23/2022 | Eckstein, Kenneth H. | Calls w/ AHC professionals re plan issues (0.7). | 0.70 | 1,179.50 |
| 8/23/2022 | Fisher, David J. | Preliminary review of Sackler mark up to CTA. | 0.70 | 1,106.00 |
| 8/24/2022 | Eckstein, Kenneth H. | Review plan terms (1.0); call with S. Gilbert re plan issues (0.6). | 1.60 | 2,696.00 |
| 8/25/2022 | Eckstein, Kenneth H. | Call with E. Vonnegut re plan issues (0.4), correspond with A. Preis re same (0.4). | 0.80 | 1,348.00 |



October 17, 2022
Invoice #: 864799
072952-00011
Page 15

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 8/26/2022 | Eckstein, Kenneth H. | Call with S. Gilbert re follow up on plan issues (0.4); call with E. Vonnegut re same (0.8). | 1.20 | 2,022.00 |
| 8/29/2022 | Fisher, David J. | Communications with Debevoise and Davis Polk regarding IAC and CTA. | 0.40 | 632.00 |
| 8/29/2022 | Eckstein, Kenneth H. | Call with E. Neiger, C. Shore re case issues (0.8); follow up emails w/ KL team re same (0.7). | 1.50 | 2,527.50 |
| 8/30/2022 | Eckstein, Kenneth H. | Review plan issues list (1.0); call with S. Gilbert re same (0.6). | 1.60 | 2,696.00 |
| 8/31/2022 | Rosenbaum, Jordan M. | Call with Akin and Brown Rudnick re Sackler comments. | 1.30 | 1,820.00 |
| 8/31/2022 | Eckstein, Kenneth H. | Prepare plan issues list memo (1.9); correspond with S. Gilbert, E. Vonnegut, A. Preis re same (0.8). | 2.70 | 4,549.50 |
| 8/31/2022 | Fisher, David J. | Review mark up of CTA in preparation of call (0.2); conference call with KLNF, Brown Rudnick and Akin Gump to discuss Sackler comments (1.3); communications with Davis Polk regarding various provisions and follow up (0.1). | 1.60 | 2,528.00 |
| **TOTAL** | | | **66.50** | **$96,284.50** |

# Kramer Levin



October 17, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 864799
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through August 31, 2022.**

    Disbursements and Other Charges              2,485.43

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



October 17, 2022
Invoice #: 864799
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Lexis Online Research | 250.85 |
| Pacer Online Research | 21.90 |
| Telecommunication Charges | 13.59 |
| Transcript Fees | 98.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,485.43** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/26/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**Lexis Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/2/2022 | Blabey David E. | Lexis Online Research | $250.85 |
| **Subtotal** | | | **$250.85** |



October 17, 2022
Invoice #: 864799
072952
Page 2

**Pacer Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 8/4/2022 | McNamara James | Pacer Online Research McNamara, James | $1.30 |
| 8/15/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $15.20 |
| 8/19/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $5.40 |
| **Subtotal** | | | **$21.90** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 7/14/2022 | Gange Caroline | Telecommunication Charges by Caroline Gange | $13.59 |
| **Subtotal** | | | **$13.59** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 8/20/2022 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing Transcript, Invoice Date: 08/20/22, Invoice Number: 5985256 | $98.40 |
| **Subtotal** | | | **$98.40** |
| **TOTAL** | | | **$2,485.43** |