AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| Debtors.[1] | : | (Jointly Administered) |

**THIRTIETH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | August 1, 2022 – August 31, 2022 |
| **Total Fees Incurred** | $98,629.50 |
| **Voluntary Fee Reduction (10%)[2]** | $9,862.95 |
| **Total Fees Requested** (Total Fees – Voluntary Fee Reduction) | $88,766.55 |
| **20% Holdback** | $17,753.31 |
| **Total Fees Requested Less 20% Holdback** | $71,013.24 |
| **Total Expenses Incurred** | $30.72 |
| **Total Fees and Expenses Requested** | $88,797.27 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirtieth Monthly Fee Statement") covering the period from August 1, 2022 through and including August 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirtieth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $88,766.55 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $30.72 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.  **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2.  **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.  **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.  **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.  **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] This Thirtieth Monthly Fee Statement reflects Cole Schotz P.C.'s regular hourly rate for legal services performed prior to September 1, 2022. Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

**NOTICE**

6. Notice of this Thirtieth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirtieth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than October 31, 2022 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirtieth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirtieth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirtieth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: October 17, 2022           **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/ *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

# EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $685.00 | 14.3 | $9,795.50 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $675.00 | 2.0 | $1,350.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $610.00 | 86.0 | $52,460.00 |
| Ian R. Phillips | 2015 | Associate (Litigation) (since 2016) | $390.00 | 52.3 | $20,397.00 |
| Peter Strom | 2021 | Associate (Bankruptcy) (since 2020) | $300.00 | 14.1 | $4,230.00 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $300.00 | 21.7 | $6,510.00 |
| Michael Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $300.00 | 7.0 | $2,100.00 |
| Allison E. Wrynn | 2020 | Associate (Litigation) (since 2020) | $340.00 | 3.8 | $1,292.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $330.00 | 1.5 | $495.00 |
| **TOTAL** | | | | 202.7 | $98,629.50 |
| **Less Voluntary Reduction (10%)** | | | | | ($9,862.95) |
| **Total Requested** | | | | | $88,766.55 |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services performed prior to September 1, 2022. On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 0.6 | $198.00 |
| Committee Matters and Creditor Meetings | 6.5 | $4,312.50 |
| Creditor Inquiries | 0.6 | $411.00 |
| Fee Application Matters/Objections | 4.2 | $2,329.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 187.3 | $88,981.00 |
| Preparation for and Attendance at Hearings | 0.1 | $68.50 |
| Prepare for and Conduct Interview and Depositions | 3.4 | $2,329.00 |
| **TOTAL** | **202.7** | **$98,629.50** |
| **Less Voluntary Reduction (10%)** | | **($9,862.95)** |
| **Total Requested** | | **$88,766.55** |

# EXHIBIT C

## Invoice

# Cole Schotz P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

Invoice Date: September 15, 2022
Invoice Number: 928871
**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Matter Number: 60810-0001

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2022

| **CASE ADMINISTRATION** | | | 0.60 | 198.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 08/02/22 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.30 | 99.00 |
| 08/04/22 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.30 | 99.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | 6.50 | 4,312.50 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 08/04/22 | JRA | EMAIL WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 68.50 |
| 08/08/22 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND UPDATE | 0.80 | 540.00 |
| 08/08/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.80 | 548.00 |
| 08/08/22 | ADL | ATTEND UCC CALL | 0.80 | 488.00 |
| 08/09/22 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITEE UPDATE AND PLAN ISSUES | 0.10 | 67.50 |
| 08/11/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.20 | 137.00 |
| 08/11/22 | ADL | ATTEND UCC CALL | 0.20 | 122.00 |
| 08/12/22 | JRA | REVIEW UCC UPDATE MATERIALS | 0.20 | 137.00 |
| 08/13/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 68.50 |
| 08/15/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.50 | 342.50 |
| 08/15/22 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 270.00 |
| 08/15/22 | PJR | REVIEW COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.20 | 135.00 |
| 08/15/22 | JRA | EMAILS WITH A. PREIS RE TODAY'S CALL | 0.10 | 68.50 |
| 08/18/22 | JRA | EMAILS WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 68.50 |
| 08/21/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.20 | 137.00 |
| 08/22/22 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND UPDATE | 0.30 | 202.50 |
| 08/22/22 | ADL | ATTEND UCC CALL | 0.30 | 183.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 60810-0001

Invoice Number 928871  
September 15, 2022  
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/22/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 08/24/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.10 | 67.50 |
| 08/24/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 68.50 |
| 08/24/22 | JRA | EMAILS WITH A. PREIS RE TOMORROW'S UCC CALL | 0.10 | 68.50 |
| 08/25/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.40 | 274.00 |
| 08/25/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 08/29/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 08/31/22 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.10 | 67.50 |

**CREDITOR INQUIRIES** — 0.60 — 411.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/29/22 | JRA | RETURN SEVERAL CREDITOR INQUIRIES RE PLAN STATUS AND APPEAL | 0.60 | 411.00 |

**FEE APPLICATION MATTERS/OBJECTIONS** — 4.20 — 2,329.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/22 | MEF | EMAIL TO E. LISCOVICS RE: CS FINAL FEE APPLICATION | 0.10 | 30.00 |
| 08/01/22 | ADL | REVIEW FURTHER REVISED DEPOSITION PROTOCOL | 0.20 | 122.00 |
| 08/03/22 | JRA | EMAILS WITH M. ATKINSON AND A. DELEO RE FEE APPS | 0.30 | 205.50 |
| 08/03/22 | ADL | EMAIL M. ATKINSON RE: FEE ESTIMATE | 0.10 | 61.00 |
| 08/04/22 | LSM | REVIEW ALL MONTHLY FEE APPLICATIONS FOR INTERIM FEE APPLICATION DRAFT PREPARATIONS | 0.50 | 165.00 |
| 08/08/22 | JRA | REVIEW AND COMMENT ON DRAFT FEE APP | 0.50 | 342.50 |
| 08/11/22 | JMD | CALL W/ A. DELEO RE: MAY AND JUNE FEE APP DRAFTS (.1); EMAIL TO E. LISOVICZ TRANSMITTING DRAFT OF MAY FEE APPLICATION (.1). | 0.20 | 60.00 |
| 08/11/22 | ADL | REVIEW MAY FEE APPLICATION | 0.80 | 488.00 |
| 08/11/22 | ADL | CALL WITH J. DOUGHERTY RE: MAY FEE APPLICATION | 0.10 | 61.00 |
| 08/22/22 | JRA | REVIEW DRAFT FEE APP | 0.40 | 274.00 |
| 08/25/22 | ADL | REVIEW AND COMMENT ON NOTICE OF RATE CHANGE AND COORDINATE FILING OF SAME | 0.20 | 122.00 |
| 08/25/22 | JRA | EMAILS WITH A. ROTH MOORE AND A. DELEO RE NOTICE OF RATE INCREASE | 0.30 | 205.50 |
| 08/25/22 | LSM | DRAFT NOTICE OF RATE INCREASE AND FORWARD SAME TO A. DE LEO | 0.40 | 132.00 |
| 08/31/22 | ADL | EMAIL J. ALBERTO RE: MAY FEE APPLICATION | 0.10 | 61.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** — 187.30 — 88,981.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 928871 |
| | Client/Matter No. 60810-0001 | | September 15, 2022 |
| | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.40 | 2,074.00 |
| 08/01/22 | PJS | RESEARCH FOR 30(B)(6) DISCOVERY ISSUES | 1.60 | 480.00 |
| 08/01/22 | JRA | REVIEW REED SMITH DISCOVERY LETTER | 0.10 | 68.50 |
| 08/01/22 | JRA | REVIEW REVISIONS TO PROPOSED SCHEDULING ORDER | 0.20 | 137.00 |
| 08/02/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.60 | 976.00 |
| 08/02/22 | JRA | EMAILS WITH A. DELEO RE CONFIDENTIALITY ISSUES | 0.20 | 137.00 |
| 08/03/22 | ADL | EMAIL PURDUE TEAM RE: INSURANCE LITIGATION DISCOVERY ISSUE | 0.10 | 61.00 |
| 08/03/22 | ADL | EMAILS WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION ISSUES | 0.10 | 61.00 |
| 08/03/22 | ADL | REVIEW MARK UP OF POTENTIAL RETENTION LETTER | 0.30 | 183.00 |
| 08/03/22 | JRA | REVIEW REVISED POTENTIAL RETENTION LETTER | 0.30 | 205.50 |
| 08/03/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 5.20 | 3,172.00 |
| 08/04/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.30 | 2,013.00 |
| 08/04/22 | JRA | REVIEW REVISED POTENTIAL RETENTION LETTER | 0.20 | 137.00 |
| 08/04/22 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE APPELLATE ISSUES | 0.40 | 274.00 |
| 08/04/22 | ADL | REVIEW ADDITIONAL COMMENTS TO POTENTIAL RETENTION LETTER | 0.30 | 183.00 |
| 08/04/22 | ADL | REVIEW EMAILS RE: INSURANCE CLAIMS RESEARCH | 0.30 | 183.00 |
| 08/04/22 | ADL | EMAIL D. GINTY RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 08/04/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE CLAIMS ISSUES | 1.70 | 1,037.00 |
| 08/04/22 | ADL | REVIEW AGENDA FOR INSURANCE PLAINTIFFS' STRATEGY CALL | 0.10 | 61.00 |
| 08/05/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.40 | 2,074.00 |
| 08/08/22 | JRA | EMAILS (.3) AND T/C'S (.3) WITH A. DELEO RE POTENTIAL ESTATE CLAIM ISSUES | 0.60 | 411.00 |
| 08/08/22 | ADL | INSURANCE CLAIMS RESEARCH | 5.80 | 3,538.00 |
| 08/08/22 | JMD | REVIEW CORRES. RE: COMPLAINT REVIEW | 0.30 | 90.00 |
| 08/09/22 | PJS | CALL WITH A. DE LEO RE INSURANCE LITIGATION | 0.20 | 60.00 |
| 08/09/22 | IRP | INSURANCE CLAIM RESEARCH | 8.20 | 3,198.00 |
| 08/09/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.20 | 1,952.00 |
| 08/09/22 | ADL | CALLS WITH P. STROM RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |
| 08/09/22 | ADL | EMAIL CS TEAM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 08/10/22 | PJS | DOCUMENT REVIEW RE DEPOSITION PREPARATION | 4.20 | 1,260.00 |
| 08/10/22 | IRP | INSURANCE CLAIM REVIEW | 7.80 | 3,042.00 |
| 08/10/22 | ADL | CALL WITH P. STROM RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |

**COLE SCHOTZ P.C.**

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                Invoice Number  928871
           Client/Matter No. 60810-0001                                              September 15, 2022
                                                                                              Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/10/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 2.20 | 1,342.00 |
| 08/10/22 | ADL | INSURANCE CLAIMS RESARCH | 5.30 | 3,233.00 |
| 08/11/22 | IRP | CONTINUED REVIEW OF INSURANCE CLAIM DOCUMENTS | 3.60 | 1,404.00 |
| 08/11/22 | MEF | CALL W/ A. DE LEO RE: INSURANCE CLAIMS RESEARCH | 0.20 | 60.00 |
| 08/11/22 | ADL | CALL WITH M. FITZPATRICK RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |
| 08/11/22 | PJS | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 3.50 | 1,050.00 |
| 08/11/22 | ADL | INSURANCE CLAIMS RESEARCH | 1.60 | 976.00 |
| 08/11/22 | ADL | EMAIL P. STROM RE: INSURANCE CLAIMS RESEARCH | 0.40 | 244.00 |
| 08/12/22 | PJS | CORRES WITH A. DE LEO RE DOCUMENT REVIEW FOR INSURANCE LITIGATION | 0.20 | 60.00 |
| 08/12/22 | JRA | REVIEW INSURER DISCOVERY LETTER | 0.20 | 137.00 |
| 08/15/22 | JRA | EMAILS WITH A. PREIS AND N. CRAMB RE INSURANCE ADVERSARY MATTERS | 0.30 | 205.50 |
| 08/16/22 | IRP | CONTINUED REVIEW OF DOCUMENTS IN CONNECTION WITH INSURANCE CLAIM ANALYSIS | 6.70 | 2,613.00 |
| 08/16/22 | JRA | EMAILS WITH J. RUBINSTEIN, A. CRAWFORD, P. BREENE AND A. PREIS RE INSURANCE ADVERSARY ISSUES | 0.40 | 274.00 |
| 08/16/22 | PJS | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 1.10 | 330.00 |
| 08/17/22 | IRP | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 5.40 | 2,106.00 |
| 08/18/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION ISSUES | 1.00 | 610.00 |
| 08/18/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 3.70 | 1,110.00 |
| 08/18/22 | MEF | CALL W/ P. STROM RE: INSURANCE LIT. AND COMPLAINT REVIEW | 0.20 | 60.00 |
| 08/18/22 | JMD | INSURANCE CLAIMS RESEARCH | 5.20 | 1,560.00 |
| 08/19/22 | JMD | INSURANCE CLAIMS RESEARCH | 4.70 | 1,410.00 |
| 08/21/22 | JMD | INSURANCE CLAIMS RESEARCH | 1.90 | 570.00 |
| 08/21/22 | JMD | FURTHER INSURANCE CLAIMS RESEARCH | 0.80 | 240.00 |
| 08/22/22 | JRA | EMAILS WITH R. LEVERIDGHE AND P. BREENE RE POTENTIAL RETENTION | 0.20 | 137.00 |
| 08/22/22 | JMD | INSURANCE CLAIMS RESEARCH | 3.30 | 990.00 |
| 08/22/22 | ADL | EMAIL PLAINTIFFS' TEAMS RE: POTENTIAL RETENTION ISSUES | 0.10 | 61.00 |
| 08/22/22 | ADL | INSURANCE CLAIMS RESEARCH | 4.80 | 2,928.00 |
| 08/22/22 | IRP | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 4.40 | 1,716.00 |
| 08/22/22 | ADL | EMAIL CS AND PLAINTIFFS' TEAMS RE: INSURANCE CLAIMS RESEARCH | 0.20 | 122.00 |
| 08/23/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE CLAIMS RESEARCH AND DISCOVERY ISSUES | 0.20 | 122.00 |
| 08/23/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.40 | 2,074.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 60810-0001

Invoice Number 928871  
September 15, 2022  
Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/23/22 | JRA | EMAILS WITH A. DELEO AND A. PREIS RE POTENTIAL ESTATE CLAIM (.4); ANALYSIS RE UPDATED INFORMATION ON SAME (.7) | 1.10 | 753.50 |
| 08/23/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION ISSUES | 1.00 | 610.00 |
| 08/23/22 | ADL | CONTINUE INSURANCE CLAIMS RESEARCH | 2.20 | 1,342.00 |
| 08/23/22 | IRP | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 0.90 | 351.00 |
| 08/24/22 | ADL | INSURANCE CLAIMS RESEARCH | 5.60 | 3,416.00 |
| 08/24/22 | IRP | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 1.20 | 468.00 |
| 08/25/22 | ADL | ATTEND UCC CALL | 0.40 | 244.00 |
| 08/25/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 1.20 | 360.00 |
| 08/25/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.20 | 1,952.00 |
| 08/25/22 | ADL | ADDIIONAL INSURANCE CLAIMS RESEARCH | 1.50 | 915.00 |
| 08/25/22 | JRA | EMAILS WITH A. CRAWFORD, P. BREENE, R. LEVERIDGE, S. SRADERS AND A. DELEO RE INSURANCE ADVERSARY AND DEPS | 0.60 | 411.00 |
| 08/26/22 | JRA | EMAILS (.4) AND T/C'S (.3) WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.70 | 479.50 |
| 08/26/22 | JRA | REVIEW WILLKIE DISCOVERY LETTER | 0.10 | 68.50 |
| 08/26/22 | ADL | CALL WITH J. ALBERTO RE: INSURANCE CLAIMS RESEARCH | 0.10 | 61.00 |
| 08/26/22 | IRP | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 3.10 | 1,209.00 |
| 08/26/22 | JMD | INSURANCE CLAIMS RESEARCH | 5.30 | 1,590.00 |
| 08/26/22 | ADL | INSURANCE CLAIMS RESEARCH | 5.10 | 3,111.00 |
| 08/26/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 1.10 | 330.00 |
| 08/29/22 | ADL | REVIEW INSURANCE DISCOVERY LETTER | 0.10 | 61.00 |
| 08/29/22 | AEW | COORDINATED SETTING UP AND BEGAN REVIEWING COMPLAINTS AND SPREADSHEET RE: INSURANCE CLAIMS | 0.20 | 68.00 |
| 08/29/22 | AEW | ANALYSIS WITH A. DE LEO RE: INSURANCE CLAIMS DOCUMENT REVIEW | 0.40 | 136.00 |
| 08/29/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.80 | 2,318.00 |
| 08/29/22 | ADL | CALL WITH A. WRYNN RE: INSURANCE CLAIMS RESEARCH | 0.40 | 244.00 |
| 08/29/22 | IRP | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 6.20 | 2,418.00 |
| 08/30/22 | PJS | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 2.60 | 780.00 |
| 08/30/22 | ADL | ATTEND DEPOSITION PREPARATION SESSION IN INSURANCE LITIGATION (PARTIALATTENDANCE) | 4.20 | 2,562.00 |
| 08/30/22 | JRA | EVIEW NAVIGATOR'S SUPPLEMENTAL RPD'S | 0.20 | 137.00 |
| 08/30/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.60 | 2,196.00 |
| 08/30/22 | IRP | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 4.80 | 1,872.00 |
| 08/30/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 0.40 | 136.00 |
| 08/31/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 61.00 |
| 08/31/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 2.80 | 952.00 |
| 08/31/22 | PJS | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 0.70 | 210.00 |

## COLE SCHOTZ P.C.

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 928871 |
| | Client/Matter No. 60810-0001 | | | September 15, 2022 |
| | | | | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/31/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 0.50 | 150.00 |
| 08/31/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.90 | 1,769.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS** — **0.10** — **68.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/16/22 | JRA | EMAIL WITH A. PREIS RE TOMORROW'S HEARING | 0.10 | 68.50 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS** — **3.40** — **2,329.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/22/22 | JRA | EMAILS WITH A. CRAWFORD AND A. DELEO RE DEPOSITIONS | 0.40 | 274.00 |
| 08/23/22 | JRA | FURTHER EMAILS WITH A. DELEO, M. RUSH AND R. LEVERIDGE RE DEPOS | 0.60 | 411.00 |
| 08/23/22 | JRA | EMAILS (.2) AND T/C'S (.1) WITH A. DELEO RE DEPOSITIONS | 0.30 | 205.50 |
| 08/24/22 | JRA | EMAILS WITH A. CRAWFORD AND L. SZYMANSKI RE DEPS | 0.30 | 205.50 |
| 08/25/22 | JRA | T/C'S WITH A. DELEO RE DEPS AND DATES FOR SAME | 0.30 | 205.50 |
| 08/25/22 | JRA | FURTHER EMAILS WITH L. SZYMANSKI AND A. DELEO RE DEPS | 0.40 | 274.00 |
| 08/26/22 | JRA | EMAILS (.3) AND T/C'S (.2) WITH A. DELEO RE DEPOSITIONS | 0.50 | 342.50 |
| 08/29/22 | JRA | EMAILS WITH L. SZYMANSKI, A. DELEO AND GILBERT RE DEPOSITIONS | 0.60 | 411.00 |

| | TOTAL HOURS | 202.70 |
|---|---|---|

| | |
|---|---|
| PROFESSIONAL SERVICES: | $98,629.50 |
| COURTESY DISCOUNT: | $(9,862.95) |
| ADJUSTED PROFESSIONAL SERVICES: | $88,766.55 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Alison E. Wrynn | Associate | 3.80 | 340.00 | 1,292.00 |
| Anthony De Leo | Associate | 86.00 | 610.00 | 52,460.00 |
| Ian R. Phillips | Associate | 52.30 | 390.00 | 20,397.00 |
| Jack M. Dougherty | Associate | 21.70 | 300.00 | 6,510.00 |
| Justin R. Alberto | Member | 14.30 | 685.00 | 9,795.50 |
| Michael E. Fitzpatrick | Associate | 7.00 | 300.00 | 2,100.00 |
| Morton, Larry | Paralegal | 1.50 | 330.00 | 495.00 |
| Patrick J. Reilley | Member | 2.00 | 675.00 | 1,350.00 |
| Peter J. Strom | Associate | 14.10 | 300.00 | 4,230.00 |
| | **Total** | **202.70** | | **$98,629.50** |

## EXHIBIT D

### EXPENSE SUMMARY
### AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | Court Solutions | $9.71 |
| Online Research | WestLaw | $21.01 |
| **TOTAL** | | **$30.72** |

## **EXHIBIT E**

### **Expense Detail**

2

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 928871 |
|---|---|---|
|  | Client/Matter No. 60810-0001 | September 15, 2022 |
|  |  | Page 7 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 06/16/22 | CONFERENCE CALL | 140.00 | 7.86 |
| 06/17/22 | CONFERENCE CALL | 33.00 | 1.85 |
| 07/26/22 | ONLINE RESEARCH | 7.00 | 0.70 |
| 07/26/22 | ONLINE RESEARCH | 4.00 | 0.40 |
| 07/26/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/26/22 | ONLINE RESEARCH | 24.00 | 2.40 |
| 07/26/22 | ONLINE RESEARCH | 1.00 | 0.10 |
| 07/26/22 | ONLINE RESEARCH | 5.00 | 0.50 |
| 08/01/22 | ONLINE RESEARCH | 1.00 | 13.91 |
|  | **Total** |  | **$30.72** |

TOTAL SERVICES AND COSTS:    $    88,797.27