DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>**PURDUE PHARMA L.P.,** *et al.*,<br>Debtors.[1] | **Chapter 11**<br>**Case No. 19-23649 (SHL)**<br>**(Jointly Administered)** |
| **STACEY BRIDGES and CREIGHTON BLOYD,** and others similarly situated<br>Plaintiffs,<br>v.<br>**PURDUE PHARMA L.P. and THE UNITED STATES OF AMERICA**<br>Defendants. | **Adv. Pro. No. 21-07088 (SHL)** |
| **ASCENT PHARMACEUTICALS, INC.,**<br>Plaintiffs,<br>v.<br>**PURDUE PHARMA L.P., P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., PURDUE PHARMA TECHNOLOGIES, INC., and RHODES TECHNOLOGIES,**<br>Defendants. | **Adv. Pro. No. 22-07029 (SHL)** |

**AMENDED AGENDA[2] FOR OCTOBER 25, 2022 HEARING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745),

| | |
|---|---|
| Time and Date of Hearing: | October 25, 2022 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Status Conferences are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-646-518-9805, Meeting ID 949 1489 2678, Passcode 253016. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. |

## I. UNCONTESTED MATTER

1. *De Minimis Asset Sale Procedures Motion*. **Notice of Presentment of Debtors' Motion for Approval of Procedures for (I) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (II) the Abandonment of Certain of the Debtors' Property [ECF No. 5100]**

    **Objection Deadline:** October 7, 2022 at 4:00 p.m. (prevailing Eastern Time).

    **Responses Received:**

    A.  The Debtors have received informal responses from the Official Committee of Unsecured Creditors, the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, Westchester Fire Insurance Company and its affiliated sureties, and Chubb Insurance Companies.

    **Related Documents:**

---

Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

2

      **A.**    **Notice of Filing of Revised Proposed Order for Approval of Procedures for (I) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (II) the Abandonment of Certain of the Debtors' Property [ECF No. 5123]**

    <u>Status</u>: **This matter is going forward on an uncontested basis.**

### II. <u>CONTESTED MATTER</u>

2. *Edward N. Whitman Late Claims Motion*. Motion to File Proof of Claim after Claims Bar Date filed by Edward N. Whitman [ECF No. 5095]

    <u>Objection Deadline</u>: October 18, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

      A.    Debtors' and the Official Committee of Unsecured Creditors' Joint Response to Motions to File Proofs of Claim After Claims Bar Date [ECF No. 5183]

    <u>Related Documents</u>:

      A.    Notice of Hearing Regarding Late Claim Motion [ECF No. 5110]

    <u>Status</u>: This matter is going forward on a contested basis.

### III. <u>MATTER IN ADVERSARY PROCEEDING CASE NO. 21-07088:</u>

3. *Status Conference*. Notice of Status Conference [ECF No. 18]

    <u>Related Documents</u>:

      A.    Complaint and Motion to Subordinate the Claims and Liens of the United States [ECF No. 1]

      B.    Summons with Notice of Pre-Trial Conference in an Adversary Proceeding [ECF No. 2]

      C.    [Proposed] Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 3]

      D.    Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 4]

      E.    [Proposed] Second Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 6]

      F.    Second Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 7]

      G.    [Proposed] Third Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 8]

      H.    Third Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 9]

      I.    [Proposed] Fourth Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 10]

      J.    Fourth Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 11]

      K.    [Proposed] Fifth Stipulation and Agreed Order Extending Deadline for Defendants to Answer or Otherwise Respond and Setting a Briefing Schedule for any motion to Dismiss the Complaint [ECF No. 15]

      L.    Fifth Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond and Setting a Briefing Schedule for any motion to Dismiss the Complaint [ECF No. 16]

      M.    [Proposed] Sixth Stipulation and Agreed Order Extending Deadline for Defendants to Answer or Otherwise Respond and Setting a Briefing Schedule for Any Motion to Dismiss the Complaint [ECF No. 20]

    Status: This status conference is going forward.

## IV. MATTER IN ADVERSARY PROCEEDING CASE NO. 22-07029:

    4. ***Status Conference***. Notice of Status Conference and of Oral Argument [ECF No. 26]

      Related Documents:

      A.    Complaint [ECF No. 1]

B. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Complaint Under Seal [ECF No. 2]

C. Summons and Notice of Pre-Trial Conference in an Adversary Proceeding [ECF No. 4]

D. [Proposed] Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 10]

E. Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 13]

F. Debtor-Defendants' Motion to Dismiss Adversary Proceeding Complaint [ECF No. 16]

G. Memorandum of Law in Support of Debtor-Defendants' Motion to Dismiss Adversary Proceeding Complaint [ECF No. 17]

H. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Debtor-Defendants' Motion to Dismiss [ECF No. 18]

I. IAC Defendants' Joinder to Debtor-Defendants' Motion to Dismiss Adversary Proceeding [ECF No. 19]

J. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information Under Seal in Connection with the IAC Defendants' Joinder to Debtor-Defendants' Motion to Dismiss Adversary Proceeding Complaint [ECF No. 20]

K. Plaintiff Ascent Pharmaceuticals, Inc.'s Memorandum of Law in Opposition to Motion to Dismiss Adversary Proceeding Complaint [ECF No. 22]

L. Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing Filing of Opposition Brief Under Seal [ECF No. 24]

M. Debtor-Defendants' Reply in Further Support of Motion to Dismiss Adversary Proceeding Complaint [ECF No. 27]

N. IAC Defendants' Joinder to Debtor-Defendants' Reply in Further Support of Motion to Dismiss Adversary Proceeding Complaint [ECF No. 28]

<u>Status</u>: This status conference is going forward.

Dated: October 24, 2022
       New York, New York

                    DAVIS POLK & WARDWELL LLP

                    By: */s/ Eli J. Vonnegut*
                          Eli J. Vonnegut

                    450 Lexington Avenue
                    New York, New York 10017
                    Telephone: (212) 450-4000
                    Facsimile:  (212) 701-5800
                    Marshall S. Huebner
                    Benjamin S. Kaminetzky
                    Eli J. Vonnegut
                    Christopher S. Robertson

                    *Counsel to the Debtors*
                    *and Debtors in Possession*