KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORRECTED SEVENTH MONTHLY FEE STATEMENT OF
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO
THE STATE OF WASHINGTON FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

12268997.4 - 10/24/22

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | August 1, 2022 through August 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $70,136.00 |
| **Current Fee Request** | $56,108.80  (80% of $70,136.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $132.01 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $56,240.81 |
| **Total Fees and Expenses Inclusive of Holdback** | $70,268.01 |
| **This is a(n)**:   X   Monthly Application        ___Interim Application        ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case and in a related adversary proceeding and appeals, hereby submits this corrected Seventh Monthly Fee Statement (the "Fee Statement") for the period of August 1, 2022 through and including August 31, 2022 (the "Statement Period"). This corrected statement corrects mathematical errors in the Statement originally filed on September 27, 2022. There were no objections to the Statement originally filed.

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $70,136.00 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $56,108.80.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit C**.

## Notice

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: October 24, 2022

Respectfully submitted,

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:   */s/ Matthew J. Gold*
         Matthew J. Gold
         Robert M. Tuchman

         500 Fifth Avenue
         New York, New York 10110
         Tel:  (212) 986-6000
         Fax:  (212) 986-8866
         E-mail:      mgold@kkwc.com
                          rtuchman@kkwc.com

         *Attorneys for the State of Washington*

Page **4**

## EXHIBIT A

### SERVICES RENDERED BY

### KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

### COMMENCING AUGUST 1, 2022 THROUGH AUGUST 31, 2022

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 57.9 | $63,809.00 |
| 004 Injunction Adversary Proceeding | 2.9 | $3,074.00 |
| 005 Fee Applications | 4.8 | $3,253.00 |
| **Total** | | **$70,136.00** |
| | | |
| 20% Fee Holdback | | **$14,027.20** |
| 80% of Fees | | **$56,108.80** |
| Plus Expenses | | **$132.01** |
| Requested Amount | | **$56,240.81** |

12268997.4 - 10/24/22

**EXHIBIT B**

**SERVICES RENDERED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

**COMMENCING AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,060 | 39.1 | $41,446.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,176 | 24.0 | $28,224.00 |
| Juliet Remi | Paralegal Litigation & Risk Management | $190 | .7 | $133.00 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $185 | 1.8 | $333.00 |
| **Total Fees Requested** | | | | **$70,136.00** |

12268997.4 - 10/24/22

## **EXHIBIT C**

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

|  |  |
|---|---|
| Invoice Date: | September 23, 2022 |
| Invoice Number: | 114388 |
| Matter Number: | 7263-0001 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through August 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 63,809.00 |
| Costs | 132.01 |
| **Total Due This Invoice** | **$63,941.01** |

| Please Remit to: | *Mail To:* | *Wire Instructions:* |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | *Citibank N.A.* |
| | *500 Fifth Avenue* | *ABA Number: 021000089* |
| | *New York, N.Y. 10110* | *Swift Code: CITIUS33 (International)* |
| | | *Account # 9987286692* |
| | | ***(Please Reference Invoice Number)*** |

Client: State of Washington
Matter: Purdue Pharma

Invoice Date:          September 23, 2022
Invoice Number:                    114388
Matter Number:                 7263-0001

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2022 | Matthew J. Gold | Revising outline regarding closing issues | 0.70 | 1,060.00 | 742.00 |
| 08/02/2022 | Matthew J. Gold | Revising comments to SOAF agreement | 2.20 | 1,060.00 | 2,332.00 |
| 08/03/2022 | Robert Berman | Conferring regarding next steps | 0.40 | 1,176.00 | 470.40 |
| 08/04/2022 | Juliet Remi | Updating calendar; registering appearances for various omnibus hearings | 0.20 | 190.00 | 38.00 |
| 08/04/2022 | Robert Berman | Reviewing emails regarding voting in the draft SOAF Agreement | 0.40 | 1,176.00 | 470.40 |
| 08/05/2022 | Matthew J. Gold | Exchanging emails with J. Rupert regarding SOAF agreement; revising markup of same and circulating same | 1.40 | 1,060.00 | 1,484.00 |
| 08/05/2022 | Ellie Taylor | Reviewing potential objections and preparing communication for fifth monthly fee statement in light of objection deadline | 0.20 | 185.00 | 37.00 |
| 08/05/2022 | Robert Berman | Reviewing emails from J. Rupert and draft SOAF agreement sent to states | 0.50 | 1,176.00 | 588.00 |
| 08/10/2022 | Robert Berman | Reviewing status and open issues regarding draft SOAF Agreement and conferring regarding next group call | 1.00 | 1,176.00 | 1,176.00 |
| 08/11/2022 | Robert Berman | Reviewing emails from working group regarding SOAF Agreement and comments thereon; conferring | 0.70 | 1,176.00 | 823.20 |
| 08/15/2022 | Matthew J. Gold | Reviewing I. Goldman comments to SOAF agreement; exchanging emails regarding same; conferring with I. Goldman regarding same; participating in conference call with States regarding same; exchanging emails with J. Rupert regarding same | 2.70 | 1,060.00 | 2,862.00 |
| 08/15/2022 | Robert Berman | Working group call; conferring regarding SOAF Agreement comments and revised version and next steps; preparing | 2.20 | 1,176.00 | 2,587.20 |

Client: State of Washington

Matter: Purdue Pharma

| | | Invoice Date: | September 23, 2022 |
|---|---|---|---|
| | | Invoice Number: | 114388 |
| | | Matter Number: | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/16/2022 | Matthew J. Gold | Conferring with I. Goldman regarding SOAF agreement; reviewing hearing agenda | 0.40 | 1,060.00 | 424.00 |
| 08/16/2022 | Robert Berman | Checking status; reviewing prior comments | 0.40 | 1,176.00 | 470.40 |
| 08/17/2022 | Matthew J. Gold | Reviewing SOAF agreement; participating in omnibus hearing | 0.90 | 1,060.00 | 954.00 |
| 08/18/2022 | Matthew J. Gold | Exchanging emails with I. Goldman and J. Rupert regarding SOAF agreement; revising and circulating draft of same | 3.10 | 1,060.00 | 3,286.00 |
| 08/18/2022 | Robert Berman | Reviewing settlement agreement regarding SOAF concept | 1.20 | 1,176.00 | 1,411.20 |
| 08/19/2022 | Matthew J. Gold | Exchanging emails with I. Goldman and States regarding SOAF agreement; revising and circulating same | 1.70 | 1,060.00 | 1,802.00 |
| 08/19/2022 | Robert Berman | Reviewing emails and revised drafts of SOAF Agreement and conferring; continuing review of Settlement Agreement regarding SOAF concept | 1.30 | 1,176.00 | 1,528.80 |
| 08/22/2022 | Matthew J. Gold | Exchanging emails with I. Goldman and States regarding SOAF agreement; revising same | 1.20 | 1,060.00 | 1,272.00 |
| 08/22/2022 | Robert Berman | Conferring regarding SOAF Agreement and next steps; reviewing revised drafts and emails | 1.40 | 1,176.00 | 1,646.40 |
| 08/23/2022 | Matthew J. Gold | Exchanging emails with States regarding SOAF agreement; revising same | 1.80 | 1,060.00 | 1,908.00 |
| 08/24/2022 | Matthew J. Gold | Exchanging emails with States regarding SOAF agreement; exchanging emails with team regarding draft email to Purdue; conferring regarding same | 2.20 | 1,060.00 | 2,332.00 |
| 08/24/2022 | Robert Berman | Reviewing emails from working group and revised drafts; conferring regarding next steps and email to Davis Polk | 2.40 | 1,176.00 | 2,822.40 |

Client: State of Washington
Matter: Purdue Pharma

Invoice Date: September 23, 2022
Invoice Number: 114388
Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/25/2022 | Matthew J. Gold | Exchanging emails with States regarding SOAF agreement; exchanging emails with team regarding draft email to Purdue; finalizing and sending email to Purdue regarding SOAF; preparing email to team regarding Intercreditor Agreement | 3.10 | 1,060.00 | 3,286.00 |
| 08/25/2022 | Robert Berman | Conferring regarding email to Davis Polk; reviewing emails from working group and conferring; reviewing revised SOAF Agreement; reviewing response back from J. Weiner and conferring regarding next steps and Intercreditor Agreement | 3.20 | 1,176.00 | 3,763.20 |
| 08/26/2022 | Robert Berman | Reviewing emails regarding next steps; conferring | 1.50 | 1,176.00 | 1,764.00 |
| 08/26/2022 | Matthew J. Gold | Exchanging emails with team regarding intercreditor agreement; conferring regarding same; reviewing same | 2.60 | 1,060.00 | 2,756.00 |
| 08/29/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement and reviewing same | 1.40 | 1,060.00 | 1,484.00 |
| 08/29/2022 | Robert Berman | Reviewing prior correspondance regarding intercreditor agreement and thinking about next steps; conferring | 1.40 | 1,176.00 | 1,646.40 |
| 08/30/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement | 4.30 | 1,060.00 | 4,558.00 |
| 08/30/2022 | Robert Berman | Conferring and reviewing and listing issues in ICA and possible revisions | 3.80 | 1,176.00 | 4,468.80 |
| 08/31/2022 | Matthew J. Gold | Conferring regarding intercreditor agreement; revising outline regarding same | 3.80 | 1,060.00 | 4,028.00 |
| 08/31/2022 | Robert Berman | Conferring regarding Intercreditor Agreement and next steps; preparing for call | 2.20 | 1,176.00 | 2,587.20 |
| **Total** | | | **57.90** | | **$63,809.00** |

| Client: State of Washington | Invoice Date: | September 23, 2022 |
|---|---|---|
| Matter: Purdue Pharma | Invoice Number: | 114388 |
| | Matter Number: | 7263-0001 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 0.20 | 185.00 | 37.00 |
| Juliet Remi | 0.20 | 190.00 | 38.00 |
| Matthew J. Gold | 33.50 | 1,060.00 | 35,510.00 |
| Robert Berman | 24.00 | 1,176.00 | 28,224.00 |
| **Total** | **57.90** | | **$63,809.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/30/2022 | Bloomberg Law - Inv#120220801 07/01/22-07/31/22 (BNA) | 1.00 | 132.01 |
| **Total** | | | **$132.01** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | September 23, 2022 |
| Invoice Number: | 114389 |
| Matter Number: | 7263-0004 |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Injunction adversary proceeding |

*For professional services rendered through August 31, 2022*

Currency: USD

Fees                                                                      3,074.00

**Total Amount Due**                                                      **$3,074.00**

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | *Wire Instructions:*<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| Client: State of Washington | Invoice Date: | September 23, 2022 |
|---|---|---|
| Matter: Injunction adversary proceeding | Invoice Number: | 114389 |
| | Matter Number: | 7263-0004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/15/2022 | Matthew J. Gold | Reviewing proposed order amending injunction; exchanging emails with J. Rupert regarding same; conferring with I. Goldman regarding same | 1.20 | 1,060.00 | 1,272.00 |
| 08/16/2022 | Matthew J. Gold | Reviewing motion for stay relief and responses of debtor and committee | 1.10 | 1,060.00 | 1,166.00 |
| 08/17/2022 | Matthew J. Gold | Reviewing motion for stay relief and responses of debtor and committee; participating in hearing regarding motion | 0.60 | 1,060.00 | 636.00 |
| **Total** | | | **2.90** | | **$3,074.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Matthew J. Gold | 2.90 | 1,060.00 | 3,074.00 |
| **Total** | **2.90** | | **$3,074.00** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | | |
|---|---|---|
| | Invoice Date: | September 23, 2022 |
| State of Washington | Invoice Number: | 114390 |
| SAAG Administrator | Matter Number: | 7263-0005 |
| Email: SAAG@atg.wa.gov | | |
| cc: Washington State Attorney General's Office | | |
| Complex Litigation Division | | |
| 800 Fifth Avenue, Suite 2000 | | |
| Seattle, WA 98104 | | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Fee applications |

*For professional services rendered through August 31, 2022*

Currency: USD

Fees                                                          3,253.00

**Total Due This Invoice**                          **$3,253.00**

| Please Remit to: | Mail To:<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | Wire Instructions:<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| Client: State of Washington | Invoice Date: | September 23, 2022 |
|---|---|---|
| Matter: Fee applications | Invoice Number: | 114390 |
| | Matter Number: | 7263-0005 |

## Time Detail

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2022 | Matthew J. Gold | Exchanging emails with C. MacDonald regarding reimbursement payments; exchanging emails regarding same | 0.40 | 1,060.00 | 424.00 |
| 08/05/2022 | Juliet Remi | Conferring regarding procedure for payment of fees | 0.30 | 190.00 | 57.00 |
| 08/08/2022 | Juliet Remi | Conferring regarding status of payment of all fees and disbursements; updating chart | 0.20 | 190.00 | 38.00 |
| 08/18/2022 | Matthew J. Gold | Reviewing time records for monthly statement; exchanging emails regarding same | 0.90 | 1,060.00 | 954.00 |
| 08/19/2022 | Matthew J. Gold | Reviewing and revising draft monthly statement; exchanging emails regarding same | 1.40 | 1,060.00 | 1,484.00 |
| 08/19/2022 | Ellie Taylor | Preparing and editing Sixth Monthly Fee Application Editing, discussing, filing, and circulating Sixth Monthly Fee Application | 1.60 | 185.00 | 296.00 |
| **Total** | | | **4.80** | | **$3,253.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 1.60 | 185.00 | 296.00 |
| Juliet Remi | 0.50 | 190.00 | 95.00 |
| Matthew J. Gold | 2.70 | 1,060.00 | 2,862.00 |
| **Total** | **4.80** | | **$3,253.00** |