United States Bankruptcy Court
Southern District of New York
300 Quakkopas Street
White Plains, NY 10610

Purdue Pharma L.P.

My name is Neola Robinson I have 4 claim's have been waiting for a very long time to start getting payments on these claim's. I writting to find out when will the payment's start? If you can not answere this question please give me an address to some one who can.
Thank you

Neola Robinson 1954830
Lane Murray Unit
1916 N Hwy 36 By Pass FC-01
Gatesville, TX
76596

Neola Robinson 1954830
1916 N Hwy 36 By Pass
Gatesville, Texas 76596

FCI-01
Lane Murray Unit

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-3

10601-414000