KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

------------------------------------- x

**EIGHTH MONTHLY FEE STATEMENT OF**
**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO**
**THE STATE OF WASHINGTON FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

Page **1**

12303517.1 - 10/31/22

| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
|---|---|
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | September 1, 2022 through September 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $107,024.60 |
| **Current Fee Request** | $85,619.68 (80% of $107,024.60) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $85,619.68 |
| **Total Fees and Expenses Inclusive of Holdback** | $107,024.60 |
| **This is a(n):**    X   Monthly Application      ___Interim Application      ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Eighth Monthly Fee Statement (the "Fee Statement") for the period of September 1, 2022 through and including September 30, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $107,024.60 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $85,619.68.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit C**.

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: November 1, 2022

        Respectfully submitted,

        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By: */s/ Matthew J. Gold*
      Matthew J. Gold
      Robert M. Tuchman

      500 Fifth Avenue
      New York, New York 10110
      Tel: (212) 986-6000
      Fax: (212) 986-8866
      E-mail: mgold@kkwc.com
              rtuchman@kkwc.com

*Attorneys for the State of Washington*

# EXHIBIT A
## SERVICES RENDERED BY
## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
## COMMENCING SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 97.1 | $102,778.10 |
| 005 Fee Applications | 6.4 | $4,246.50 |
| **Total** | | **$107,024.60** |
| | | |
| 20% Fee Holdback | | **$21,404.92** |
| 80% of Fees | | **$85,619.68** |
| Plus Expenses | | **$0** |
| Requested Amount | | **$85,619.68** |

# EXHIBIT B

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,060 | 77.1 | $81,726.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,176 | 20.6 | $24,225.60 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $185 | 5.8 | $1,073.00 |
| **Total Fees Requested** | | | | **$107,024.60** |

12303517.1 - 10/31/22

# EXHIBIT C

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: October 31, 2022 |
| SAAG Administrator | Invoice Number: 115249 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:    State of Washington
Matter:    Purdue Pharma

*For professional services rendered through September 30, 2022*

Currency: USD

| | |
|---|---|
| Fees | 102,778.10 |
| **Total Amount Due** | **$102,778.10** |

| Please Remit to: | *Mail To:*  *Kleinberg, Kaplan, Wolff & Cohen, P.C.*  *500 Fifth Avenue*  *New York, N.Y. 10110* | **Wire Instructions:**  Citibank N.A.  ABA Number: 021000089  Swift Code: CITIUS33 (International)  Account # 9987286692  **(Please Reference Invoice Number)** |
|---|---|---|

| | |  | Invoice Date: | October 31, 2022 |
|---|---|---|---|---|
| Client: State of Washington | | | Invoice Number: | 115249 |
| Matter: Purdue Pharma | | | Matter Number: | 7263-0001 |

## Time Detail

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2022 | Matthew J. Gold | Conferring regarding intercreditor agreement; participating in conference call with team regarding same; reviewing same | 4.30 | 1,060.00 | 4,558.00 |
| 09/01/2022 | Robert Berman | Conferring regarding Intercreditor Agreement and preparing for working group call; working group call | 3.30 | 1,176.00 | 3,880.80 |
| 09/02/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement; reviewing same | 3.30 | 1,060.00 | 3,498.00 |
| 09/06/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement; reviewing same | 2.70 | 1,060.00 | 2,862.00 |
| 09/07/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement; reviewing same; conferring regarding same | 2.10 | 1,060.00 | 2,226.00 |
| 09/07/2022 | Robert Berman | Conferring regarding next steps and open issues | 0.40 | 1,176.00 | 470.40 |
| 09/08/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement; reviewing same | 3.70 | 1,060.00 | 3,922.00 |
| 09/08/2022 | Robert Berman | Conferring | 0.20 | 1,176.00 | 235.20 |
| 09/09/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement; preparing email regarding same | 4.10 | 1,060.00 | 4,346.00 |
| 09/09/2022 | Robert Berman | Reviewing and thinking about issue list; conferring | 1.40 | 1,176.00 | 1,646.40 |
| 09/12/2022 | Matthew J. Gold | Revising email and attachment regarding intercreditor agreement | 2.40 | 1,060.00 | 2,544.00 |
| 09/12/2022 | Robert Berman | Responding to issue list and conferring | 1.30 | 1,176.00 | 1,528.80 |
| 09/13/2022 | Matthew J. Gold | Revising and circulating outline regarding intercreditor agreement; exchanging emails with team regarding meeting to discuss same | 1.80 | 1,060.00 | 1,908.00 |
| 09/13/2022 | Robert Berman | Reviewing emails; conferring | 0.60 | 1,176.00 | 705.60 |
| 09/14/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement | 0.80 | 1,060.00 | 848.00 |
| 09/14/2022 | Robert Berman | Conferring and considering issues | 0.90 | 1,176.00 | 1,058.40 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | October 31, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 115249 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/15/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement | 1.30 | 1,060.00 | 1,378.00 |
| 09/15/2022 | Robert Berman | Conferring | 0.60 | 1,176.00 | 705.60 |
| 09/16/2022 | Matthew J. Gold | Revising outline regarding intercreditor agreement | 1.60 | 1,060.00 | 1,696.00 |
| 09/19/2022 | Matthew J. Gold | Reviewing Intercreditor Agreement outline; participating in conference call with team regarding same; exchanging emails with team regarding same; conferring regarding same | 4.80 | 1,060.00 | 5,088.00 |
| 09/19/2022 | Robert Berman | Working group call regarding Intercreditor agreement; conferring regarding next steps | 2.60 | 1,176.00 | 3,057.60 |
| 09/20/2022 | Matthew J. Gold | Preparing comments and edits for Intercreditor Agreement | 4.60 | 1,060.00 | 4,876.00 |
| 09/20/2022 | Robert Berman | Reviewing emails and conferrring | 1.50 | 1,176.00 | 1,764.00 |
| 09/21/2022 | Ellie Taylor | Reviewing potential omnibus hearing | 0.40 | 185.00 | 74.00 |
| 09/21/2022 | Matthew J. Gold | Reviewing intercreditor agreement; conferring regarding same | 5.30 | 1,060.00 | 5,618.00 |
| 09/21/2022 | Robert Berman | Begin marking - up Collateral Trust Agreement and conferring | 1.70 | 1,176.00 | 1,999.20 |
| 09/22/2022 | Matthew J. Gold | Reviewing intercreditor agreement; conferring regarding same and document review | 5.60 | 1,060.00 | 5,936.00 |
| 09/22/2022 | Robert Berman | Conferring regarding Intercreditor Agreement | 0.20 | 1,176.00 | 235.20 |
| 09/22/2022 | Ellie Taylor | Reviewing background and status of case in detail as part of paralegal turnover; reviewing relevant docket materials | 2.50 | 185.00 | 462.50 |
| 09/23/2022 | Matthew J. Gold | Reviewing intercreditor agreement; conferring regarding same; revising outline regarding same | 5.40 | 1,060.00 | 5,724.00 |
| 09/23/2022 | Robert Berman | Marking up Collateral Trust Agreement and conferrring | 1.70 | 1,176.00 | 1,999.20 |
| 09/27/2022 | Matthew J. Gold | Reviewing intercreditor agreement; preparing email regarding same | 5.70 | 1,060.00 | 6,042.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | October 31, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 115249 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/28/2022 | Matthew J. Gold | Reviewing intercreditor agreement; revising outline regarding same; reviewing draft motion concerning NCSG fees; exchanging emails with J. Rupert regarding same | 4.80 | 1,060.00 | 5,088.00 |
| 09/28/2022 | Robert Berman | Working on Intercreditor agreement | 1.70 | 1,176.00 | 1,999.20 |
| 09/29/2022 | Matthew J. Gold | Reviewing and revising intercreditor agreement; revising outline regarding same | 4.70 | 1,060.00 | 4,982.00 |
| 09/29/2022 | Robert Berman | Reviewing changes to Intercreditor agreement | 0.40 | 1,176.00 | 470.40 |
| 09/30/2022 | Matthew J. Gold | Reviewing and revising intercreditor agreement; revising outline regarding same; exchanging emails regarding same | 4.60 | 1,060.00 | 4,876.00 |
| 09/30/2022 | Robert Berman | Marking up the intercreditor agreement and conferring | 2.10 | 1,176.00 | 2,469.60 |
| **Total** | | | **97.10** | | **$102,778.10** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 2.90 | 185.00 | 536.50 |
| Matthew J. Gold | 73.60 | 1,060.00 | 78,016.00 |
| Robert Berman | 20.60 | 1,176.00 | 24,225.60 |
| **Total** | **97.10** | | **$102,778.10** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | October 31, 2022 |
| Invoice Number: | 115250 |
| Matter Number: | 7263-0005 |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Fee applications |

*For professional services rendered through September 30, 2022*

Currency: USD

| | |
|---|---|
| Fees | 4,246.50 |
| **Total Amount Due** | **$4,246.50** |

| Please Remit to: | *Mail To:*  *Kleinberg, Kaplan, Wolff & Cohen, P.C.*  *500 Fifth Avenue*  *New York, N.Y. 10110* | **Wire Instructions:**  Citibank N.A.  ABA Number: 021000089  Swift Code: CITIUS33 (International)  Account # 9987286692  **(Please Reference Invoice Number)** |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | October 31, 2022 |
| Matter: Fee applications | | | Invoice Number: | | 115250 |
| | | | Matter Number: | | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/2022 | Ellie Taylor | Preparing communication in regards to Sixth Monthly Fee Statement | 0.20 | 185.00 | 37.00 |
| 09/12/2022 | Matthew J. Gold | Exchanging emails with C. Macdonald regarding reimbursement | 0.30 | 1,060.00 | 318.00 |
| 09/13/2022 | Ellie Taylor | Coordinating internal tracking system for communications regarding Fee Applications | 0.40 | 185.00 | 74.00 |
| 09/14/2022 | Matthew J. Gold | Conferring and exchanging emails regarding status of reimbursement | 0.30 | 1,060.00 | 318.00 |
| 09/14/2022 | Ellie Taylor | Populating internal communication tracker | 0.30 | 185.00 | 55.50 |
| 09/15/2022 | Matthew J. Gold | Reviewing time records for reimbursement | 1.40 | 1,060.00 | 1,484.00 |
| 09/20/2022 | Matthew J. Gold | Reviewing statement of reimbursement amount; exchanging emails regarding same | 0.80 | 1,060.00 | 848.00 |
| 09/23/2022 | Matthew J. Gold | Finalizing statement backup for reimbursement | 0.30 | 1,060.00 | 318.00 |
| 09/23/2022 | Ellie Taylor | Drafting Seventh Monthly Fee Statement | 1.30 | 185.00 | 240.50 |
| 09/27/2022 | Matthew J. Gold | Reviewing monthly statement; exchanging emails regarding same | 0.40 | 1,060.00 | 424.00 |
| 09/27/2022 | Ellie Taylor | Updating, filing, and circulating Seventh Monthly Fee Statement | 0.70 | 185.00 | 129.50 |
| **Total** | | | **6.40** | | **$4,246.50** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 2.90 | 185.00 | 536.50 |
| Matthew J. Gold | 3.50 | 1,060.00 | 3,710.00 |
| **Total** | **6.40** | | **$4,246.50** |

- Page 2 -