UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re:                       :     Chapter 11
                             :

PURDUE PHARMA L.P., *et al.*,     :     Case No. 19-23649 (RDD)
                             :

               Debtors.[1]   :     (Jointly Administered)
                             :

-------------------------------------------------------- x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of September 1, 2022 through September 30, 2022 (the "Thirty-Third Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.    For the Thirty-Third Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $3,460.06, and (b) in accordance with the Procedures Order, seeks payment in the amount of $183,460.06 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirty-Third Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the

Thirty-Third Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-Third Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned by PJT during the Thirty-Third Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirty-Third Compensation Period is outlined below:

| Thirty-Third Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| September 1 – 30, 2022 | $225,000.00 | ($45,000.00) | $3,460.06 | **$183,460.06** |

7.    The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.   PJT has never billed its clients based on the number of hours expended by its professionals.   Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.   PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 270.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-Third Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | September 2022 |
|---|---|
| Jamie O'Connell | 14.5 |
| Rafael Schnitzler | 41.0 |
| Tom Melvin | 74.5 |
| Jin Won Park | 24.0 |
| Marilia Bagatini | 49.5 |
| Christopher Fletcher | 15.0 |
| Chloe Lee | 51.5 |
| **Total Hours** | **270.0** |

### III. <u>Requested Relief</u>

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $3,460.06, in each case earned or incurred during the Thirty-Third Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Subtotal** | 180,000.00 |
| **Out-of-Pocket Expenses** | 3,460.06 |
| **Total Amount Due** | **$183,460.06** |

Dated: November 2, 2022              PJT PARTNERS LP

                                     By: */s/ John James O'Connell III*
                                         John James O'Connell III
                                         Partner
                                         280 Park Avenue
                                         New York, NY 10017
                                         (212) 364-7800

**APPENDIX A**

# PJT Partners

November 1, 2022

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of September 1, 2022 through September 30, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through October 24, 2022:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 813.22 | |
| Meals | | 540.04 | |
| Research | | 6.80 | |
| Legal Services | | 2,100.00 | 3,460.06 |
| **Total Amount Due** | | $ | **183,460.06** |

**Invoice No. 10022502**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Oct-22 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 813.22 | $ 813.22 |
| Meals with Clients | 360.04 | 360.04 |
| Employee Meals | 180.00 | 180.00 |
| Research | 6.80 | 6.80 |
| Legal Services | 2,100.00 | 2,100.00 |
| **Total Expenses** | **$ 3,460.06** | **$ 3,460.06** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 813.22 |
| **Meals** | | 540.04 |
| **Research** | | 6.80 |
| **Legal Services** | | 2,100.00 |
| **Total Expenses** | $ | 3,460.06 |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through October 24, 2022**
**Invoice No. 10022502**

**Ground Transportation**

| | | | | |
|---|---|---|---|---|
| Fletcher (taxi to client offices in Stamford, CT from home) | 07/21/22 | 287.14 | | |
| Fletcher (train travel to New York, NY from client offices in Stamford, CT) | 07/21/22 | 15.25 | | |
| Lee (weeknight taxi home from office) | 09/15/22 | 26.82 | | |
| Melvin (train travel to Stamford, CT from New York, NY) | 07/21/22 | 11.50 | | |
| Melvin (train travel to New York, NY from  Stamford, CT) | 07/21/22 | 15.25 | | |
| Melvin (taxi to client meeting in New York, NY from home) | 09/08/22 | 24.32 | | |
| Melvin (taxi to client offices in Stamford, CT from New York, NY) | 09/08/22 | 15.25 | | |
| Park (weeknight taxi home from office) | 07/20/22 | 39.74 | | |
| Park (taxi to client offices in Stamford, CT from home) | 07/21/22 | 189.33 | | |
| Park (weeknight taxi home from office) | 07/21/22 | 27.05 | | |
| Schnitzler (weeknight taxi home client offices in Stamford, CT) | 05/24/22 | 161.57 | | |
| **Subtotal - Ground Transportation** | | | $ | **813.22** |

**Meals with Clients**

| | | | |
|---|---|---|---|
| Melvin (client dinner meeting in Stamford, CT) | 09/08/22 | 282.71 | |
| Schnitzler (client lunch meeting in New York, NY) | 05/19/22 | 77.33 | |
| **Subtotal - Meals with Clients** | | | **360.04** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Lee (weeknight working dinner meal) | 08/19/22 | 20.00 | |
| Lee (weeknight working dinner meal) | 09/02/22 | 20.00 | |
| Lee (weeknight working dinner meal) | 09/12/22 | 20.00 | |
| Li (weeknight working dinner meal) | 07/11/22 | 20.00 | |
| Li (weeknight working dinner meal) | 08/11/22 | 20.00 | |
| Lu (weeknight working dinner meal) | 06/27/22 | 20.00 | |
| Lu (weeknight working dinner meal) | 06/28/22 | 20.00 | |
| Lu (weeknight working dinner meal) | 07/12/22 | 20.00 | |
| Lu (weeknight working dinner meal) | 07/27/22 | 20.00 | |
| **Subtotal - Employee Meals** | | | **180.00** |

**Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 03/06/22 | 3.00 | |
| de Almeida (retrieved documents from Court docket via PACER) | 03/07/22 | 0.80 | |
| de Almeida (retrieved documents from Court docket via PACER) | 03/28/22 | 3.00 | |
| **Subtotal - Research - Online Database** | | | **6.80** |

**Legal Services**

| | | | |
|---|---|---|---|
| Simpson Thacher & Bartlett (legal services) | 06/04/21 - 08/05/21 | 2,100.00 | |
| **Subtotal - Legal Servicews** | | | **2,100.00** |
| **Total Expenses** | | $ | **3,460.06** |

Invoice No. 010566993

September 1, 2021

PJT PARTNERS LP RESTRUCTURING ADVISORY

Simpson Thacher & Bartlett LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK  10017-3954

For all professional services rendered and recorded through August 31, 2021, in
connection with Purdue Pharma.                                                                                    $2,100.00

**AMOUNT DUE**                                                                                    **$2,100.00**

TAX IDENTIFICATION NUMBER:              13-5395280

PLEASE SEND REMITTANCE TO:              SIMPSON THACHER & BARTLETT LLP
                                        P. O. BOX 29008
                                        NEW YORK, NEW YORK 10087-9008
OR WIRE/ACH REMITTANCE TO:              JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY

                                        FOR THE ACCOUNT OF
                                        SIMPSON THACHER & BARTLETT LLP
                                        ACCOUNT #127057338
                                        ABA #021000021
                                        SWIFT CODE : CHASUS33
                                        PLEASE CONFIRM WIRE INSTRUCTIONS BY CALLING
                                        ACCOUNTS RECEIVABLE DEPARTMENT 212-455-2344
                                        SEND REMITTANCE AND ALL OTHER INQUIRIES TO
                                        LIST-ACCOUNTSRECEIVABLE@LISTS.STBLAW.COM
                PLEASE REFERENCE THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE

CLIENT:        002467         PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:        0029           PURDUE PHARMA

| Timekeeper Name | Rate | Hours |
|---|---:|---:|
| **PARTNER** | | |
| Graff, Elisha D. | 1,725.00 | 0.20 |
| | | |
| **ASSOCIATE** | | |
| Fell, Jamie | 1,170.00 | 1.50 |
| | | |
| **TOTAL:** | | **1.70** |

CLIENT:        002467            PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:       0029             PURDUE PHARMA

| Timekeeper Name | Date | Description | Hours |
|---|---|---|---|
| Graff, Elisha D. | 06/04/21 | Emails w/ J. Fell re: discovery schedule. | 0.20 |
| Fell, Jamie | 08/03/21 | T/c w/ G. South re: fee examiner meeting and follow-up review/prep of data for meeting. | 1.00 |
| Fell, Jamie | 08/05/21 | Fee examiner conference call. | 0.50 |
| **TOTAL** | | | **1.70** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER  30, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 14.5 |
| Rafael Schnitzler | Managing Director | 41.0 |
| Tom Melvin | Vice President | 74.5 |
| Jin Won Park | Vice President | 24.0 |
| Marilia Bagatini | Associate | 49.5 |
| Christopher Fletcher | Analyst | 15.0 |
| Chloe Lee | Analyst | 51.5 |
| | **Total** | **270.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 09/01/22 | 1.0 | Weekly update call |
| Jamie O'Connell | 09/02/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 09/07/22 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 09/08/22 | 4.0 | Board meeting |
| Jamie O'Connell | 09/12/22 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 09/13/22 | 1.0 | Call with management and counsel regarding operational matter |
| Jamie O'Connell | 09/14/22 | 0.5 | Meeting with T. Melvin regarding various matters |
| Jamie O'Connell | 09/14/22 | 1.5 | Board meeting |
| Jamie O'Connell | 09/15/22 | 0.5 | Weekly update call |
| Jamie O'Connell | 09/15/22 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 09/15/22 | 0.5 | Call with T. Melvin regarding financial matter |
| Jamie O'Connell | 09/16/22 | 0.5 | Call with T. Melvin regarding financial matter |
| Jamie O'Connell | 09/18/22 | 0.5 | Review and comment on draft financial document |
| Jamie O'Connell | 09/19/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 09/20/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 09/26/22 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 09/28/22 | 1.0 | Zoom meeting with management and advisors regarding draft presentation |
| | | **14.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 09/01/22 | 2.5 | Drafting presentation and materials |
| Rafael Schnitzler | 09/06/22 | 1.0 | Review materials and respond to various emails |
| Rafael Schnitzler | 09/06/22 | 0.5 | Internal discussion with Company re: various financial matters |
| Rafael Schnitzler | 09/06/22 | 0.5 | Internal discussion with Company re: various financial matters |
| Rafael Schnitzler | 09/08/22 | 4.0 | Board meeting |
| Rafael Schnitzler | 09/09/22 | 1.5 | Review presentation with Company |
| Rafael Schnitzler | 09/12/22 | 2.0 | Drafting presentation and materials |
| Rafael Schnitzler | 09/12/22 | 1.0 | Internal team meeting regarding financial matter |
| Rafael Schnitzler | 09/13/22 | 1.0 | Internal team meeting regarding financial matter |
| Rafael Schnitzler | 09/13/22 | 1.0 | Drafting presentation and materials |
| Rafael Schnitzler | 09/14/22 | 1.0 | Internal meeting and preparation of materials |
| Rafael Schnitzler | 09/14/22 | 1.0 | Drafting presentation and materials |
| Rafael Schnitzler | 09/14/22 | 1.5 | Board meeting |
| Rafael Schnitzler | 09/15/22 | 1.0 | Review presentation and financial materials |
| Rafael Schnitzler | 09/16/22 | 1.5 | Review presentation and financial materials |
| Rafael Schnitzler | 09/19/22 | 1.0 | Review materials and respond to various emails |
| Rafael Schnitzler | 09/19/22 | 0.5 | Review materials and respond to various emails |
| Rafael Schnitzler | 09/22/22 | 0.5 | Call with Company re: various financial matters |
| Rafael Schnitzler | 09/23/22 | 2.0 | Drafting presentation and materials |
| Rafael Schnitzler | 09/26/22 | 2.0 | Review materials and respond to various emails |
| Rafael Schnitzler | 09/27/22 | 3.0 | External call re: various financial matters |
| Rafael Schnitzler | 09/27/22 | 2.5 | Review materials and respond to various emails |
| Rafael Schnitzler | 09/28/22 | 1.0 | External call re: various financial matters |
| Rafael Schnitzler | 09/29/22 | 4.5 | External call re: various financial matters |
| Rafael Schnitzler | 09/30/22 | 3.0 | External call re: various financial matters |
| | | **41.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 09/01/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 09/06/22 | 3.0 | Review materials from Company management related to strategic initiatives |
| Tom Melvin | 09/06/22 | 1.0 | Review updates from internal team related to various work streams |
| Tom Melvin | 09/06/22 | 1.0 | E-mail correspondence with Company management related to various work streams |
| Tom Melvin | 09/07/22 | 1.5 | Prepare and review outline for upcoming Board meeting materials |
| Tom Melvin | 09/07/22 | 0.5 | Internal team meeting to discuss various matters |
| Tom Melvin | 09/07/22 | 1.0 | Review materials from AlixPartners related to strategic initiatives |
| Tom Melvin | 09/07/22 | 1.0 | Review Board meeting materials |
| Tom Melvin | 09/07/22 | 1.5 | Prepare and review materials related to creditor financial advisor diligence requests |
| Tom Melvin | 09/07/22 | 1.5 | E-mail correspondence with Company management related to various work streams |
| Tom Melvin | 09/07/22 | 1.0 | Review analysis from AlixPartners requested by DPW |
| Tom Melvin | 09/08/22 | 4.0 | Board meeting |
| Tom Melvin | 09/08/22 | 1.0 | Review materials from Company management related to strategic initiatives |
| Tom Melvin | 09/08/22 | 1.5 | Review AlixPartners analysis |
| Tom Melvin | 09/09/22 | 0.5 | Call with Company management and AlixPartners to discuss strategic matters |
| Tom Melvin | 09/09/22 | 1.5 | Review material from Company management related to strategic initiatives |
| Tom Melvin | 09/09/22 | 1.0 | Prepare and review materials for upcoming Board meeting |
| Tom Melvin | 09/11/22 | 1.0 | Prepare and review material requested by Company management |
| Tom Melvin | 09/12/22 | 0.5 | Prepare and review materials requested by Company management |
| Tom Melvin | 09/12/22 | 0.5 | Call to discuss strategic initiatives |
| Tom Melvin | 09/12/22 | 1.0 | Review material from Company management related to various matters |
| Tom Melvin | 09/12/22 | 1.0 | Review material from AlixPartners related to various matters |
| Tom Melvin | 09/12/22 | 1.0 | E-mail correspondence with Company management related to various work streams |
| Tom Melvin | 09/13/22 | 1.0 | Call with Company management, AlixPartners and DPW to review operational updates |
| Tom Melvin | 09/13/22 | 0.5 | Weekly call with Company management to discuss strategic initiative |
| Tom Melvin | 09/13/22 | 1.0 | Weekly update call with creditor financial advisors |
| Tom Melvin | 09/13/22 | 1.0 | Call with Company management, AlixPartners and creditor advisors regarding legal matter |
| Tom Melvin | 09/13/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 09/13/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 09/13/22 | 2.5 | Review materials from Company management related to operations update |
| Tom Melvin | 09/13/22 | 1.0 | Prepare materials for upcoming meetings |
| Tom Melvin | 09/14/22 | 1.5 | Board meeting |
| Tom Melvin | 09/14/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 09/14/22 | 0.5 | Call with J. O'Connell to discuss various matters |
| Tom Melvin | 09/14/22 | 1.0 | Review materials related to upcoming Board meeting |
| Tom Melvin | 09/15/22 | 1.0 | Weekly update call with Company management and debtor advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 09/15/22 | 0.5 | Review weekly update call agenda |
| Tom Melvin | 09/15/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 09/15/22 | 1.0 | Review materials from Company management related to upcoming Board meeting |
| Tom Melvin | 09/16/22 | 0.5 | Call with J. O'Connell to discuss various matters |
| Tom Melvin | 09/16/22 | 1.5 | Prepare and review outline for upcoming Board meeting materials |
| Tom Melvin | 09/16/22 | 0.5 | E-mail correspondence with creditor financial advisors regarding upcoming meeting |
| Tom Melvin | 09/16/22 | 0.5 | E-mail correspondence with Company management regarding upcoming meeting |
| Tom Melvin | 09/18/22 | 1.0 | Prepare and review outline for upcoming Board meeting materials |
| Tom Melvin | 09/19/22 | 2.0 | Prepare and review materials for upcoming Board meeting |
| Tom Melvin | 09/19/22 | 0.5 | E-mail correspondence with Company management and creditor advisors regarding upcoming meeting |
| Tom Melvin | 09/20/22 | 0.5 | Weekly call with Company management to discuss strategic initiative |
| Tom Melvin | 09/20/22 | 1.0 | Call with Company management and AlixPartners to discuss strategic matters |
| Tom Melvin | 09/20/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 09/20/22 | 2.0 | Review materials from Company management related to strategic initiatives |
| Tom Melvin | 09/20/22 | 1.0 | E-mail correspondence with Company management and creditor advisors related to upcoming meeting |
| Tom Melvin | 09/20/22 | 1.5 | Prepare and review materials for upcoming Board meeting |
| Tom Melvin | 09/21/22 | 0.5 | Review material from DPW related to upcoming hearing |
| Tom Melvin | 09/21/22 | 0.5 | Prepare and review agenda for weekly meeting |
| Tom Melvin | 09/22/22 | 0.5 | Weekly call with Company management and debtor advisors |
| Tom Melvin | 09/22/22 | 1.0 | E-mail correspondence with creditor advisors and Company management related to upcoming meeting |
| Tom Melvin | 09/22/22 | 1.0 | Review materials from AlixPartners related to diligence requests |
| Tom Melvin | 09/22/22 | 1.5 | Prepare and review materials for upcoming Board meeting |
| Tom Melvin | 09/23/22 | 1.0 | Call with Company management, Skadden, AlixPartners and creditor advisors regarding operational update |
| Tom Melvin | 09/23/22 | 1.0 | E-mail correspondence with AlixPartners regarding various matters |
| Tom Melvin | 09/23/22 | 0.5 | Review diligence requests from creditor financial advisors |
| Tom Melvin | 09/24/22 | 0.5 | Review e-mail correspondence between Company management and AlixPartners |
| Tom Melvin | 09/26/22 | 3.0 | Prepare and review materials for upcoming Board meeting |
| Tom Melvin | 09/27/22 | 0.5 | Weekly call with Company management to discuss strategic initiative |
| Tom Melvin | 09/27/22 | 1.0 | Weekly update call with creditor financial advisors |
| Tom Melvin | 09/27/22 | 2.0 | Prepare and review materials for upcoming Board meeting |
| Tom Melvin | 09/27/22 | 1.0 | E-mail correspondence with internal team related to strategic initiatives |
| Tom Melvin | 09/28/22 | 1.0 | Meeting with Company management and AlixPartners to review materials for upcoming Board meeting |
| Tom Melvin | 09/28/22 | 1.0 | Review diligence materials related to strategic initiatives |
| Tom Melvin | 09/30/22 | 1.0 | Review diligence questions from creditor advisors |
|  |  | **74.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 09/06/22 | 0.5 | Internal meeting and preparation of materials |
| Jin Won Park | 09/07/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/08/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/09/22 | 2.0 | Internal meeting and preparation of materials |
| Jin Won Park | 09/12/22 | 0.5 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/13/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/14/22 | 2.0 | Internal meeting and preparation of materials |
| Jin Won Park | 09/15/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/19/22 | 0.5 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/20/22 | 2.0 | Internal meeting and preparation of materials |
| Jin Won Park | 09/21/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/22/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/26/22 | 0.5 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/27/22 | 2.0 | Prepare materials related to strategic initiatives |
| Jin Won Park | 09/28/22 | 2.0 | Prepare materials related to strategic initiatives |
| | | **24.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 09/01/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 09/02/22 | 1.0 | Financial analysis |
| Marilia Bagatini | 09/04/22 | 3.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/05/22 | 1.0 | Meetings on strategic initiatives |
| Marilia Bagatini | 09/06/22 | 2.5 | Meetings on strategic initiatives |
| Marilia Bagatini | 09/07/22 | 1.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/08/22 | 1.5 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/09/22 | 1.5 | Meetings on strategic initiatives |
| Marilia Bagatini | 09/09/22 | 1.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/11/22 | 4.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/12/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/13/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/14/22 | 1.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 09/15/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 09/16/22 | 4.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/18/22 | 3.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/19/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/20/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/21/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 09/22/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/23/22 | 3.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/25/22 | 3.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/26/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/27/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/29/22 | 1.0 | Internal team meeting regarding financial matter |
| Marilia Bagatini | 09/30/22 | 3.0 | Prepare materials related to strategic initiatives |
| Marilia Bagatini | 09/30/22 | 2.0 | Financial analysis |
| | | **49.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 09/01/22 | 0.5 | Internal discussion |
| Christopher Fletcher | 09/01/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 09/01/22 | 1.0 | Biweekly catch-up |
| Christopher Fletcher | 09/02/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 09/02/22 | 0.5 | Call with operational consultant |
| Christopher Fletcher | 09/05/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 09/06/22 | 0.5 | Internal discussion |
| Christopher Fletcher | 09/09/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 09/09/22 | 0.5 | Call with Company and operational consultant |
| Christopher Fletcher | 09/11/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 09/15/22 | 1.0 | Biweekly catch-up |
| Christopher Fletcher | 09/20/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 09/22/22 | 0.5 | Call with operational consultant |
| Christopher Fletcher | 09/26/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 09/28/22 | 1.0 | Call with Company and operational consultant |
| Christopher Fletcher | 09/28/22 | 2.0 | Financial analysis |
| | | **15.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 09/01/22 | 4.0 | Financial analysis |
| Chloe Lee | 09/02/22 | 3.0 | Financial analysis |
| Chloe Lee | 09/05/22 | 1.0 | Internal meeting and preparation of materials |
| Chloe Lee | 09/06/22 | 0.5 | Internal meeting and preparation of materials |
| Chloe Lee | 09/06/22 | 2.0 | Financial analysis |
| Chloe Lee | 09/08/22 | 2.0 | Internal meeting |
| Chloe Lee | 09/12/22 | 3.0 | Prepare materials related to strategic initiatives |
| Chloe Lee | 09/13/22 | 2.0 | Prepare materials related to strategic initiatives |
| Chloe Lee | 09/14/22 | 2.0 | Internal meeting and preparation of materials |
| Chloe Lee | 09/15/22 | 4.0 | Financial analysis |
| Chloe Lee | 09/19/22 | 3.0 | Internal meeting and financial analysis |
| Chloe Lee | 09/20/22 | 3.0 | Prepare materials related to strategic initiatives |
| Chloe Lee | 09/21/22 | 6.0 | Financial analysis |
| Chloe Lee | 09/22/22 | 3.0 | Internal meeting and preparation of materials |
| Chloe Lee | 09/26/22 | 2.0 | Internal meeting and preparation of materials |
| Chloe Lee | 09/27/22 | 2.0 | Internal meeting and preparation of materials |
| Chloe Lee | 09/27/22 | 2.0 | VDR management |
| Chloe Lee | 09/29/22 | 3.0 | Internal meeting and preparation of materials |
| Chloe Lee | 09/30/22 | 4.0 | Financial analysis |
|  |  | **51.5** |  |