KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PURDUE PHARMA L.P,** *et al.*, | : | **Case No. 19-23649 (RDD)** |
| | : | |
| **Debtors.**[1] | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022</u>**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant | Kramer Levin Naftalis & Frankel LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | September 1, 2022 through and including September 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $98,517.00 |
| **Current Fee Request** | $78,813.60 (80% of $98,517.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $90.43 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $78,904.03 |
| **Total Fees and Expenses Inclusive of Holdback** | $98,607.43 |
| **This is a(n):**   X monthly   ___interim application   ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| *Application* | *Total Compensation and Expenses Incurred for Period Covered* | | | *Total Amount Requested in Fee Statements* | | *Total Unpaid* |
|---|---|---|---|---|---|---|
| **Date Filed/ Docket No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees and Expenses** |
| 12/9/2019 634 | 9/16/2019- 10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019- 11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019- 12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020- 1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020- 2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020- 3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020- 4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020- 5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020- 6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020- 7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020- 8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020- 9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020- 10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020- 11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020- 12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021- 1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021- 2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021- 3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021- 4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021- 5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022-4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022-5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $85,743.90 |
| 9/15/2022 5077 | 6/1/2022-6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $458,378.28 |
| 9/27/2022 5098 | 7/1/2022-7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $176,974.99 |
| 10/17/2022 5162 | 8/1/2022-8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $141,135.93 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants

(the "**Ad Hoc Committee**"), hereby submits this Thirty-Sixth Monthly Fee Statement (the "**Statement**") for the period of September 1, 2022 through and including September 30, 2022 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period.[2] The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,201.15.[3] The blended hourly billing rate of all paraprofessionals is $480.00.[4]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

### Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

---

[2] The rates for certain associates working on this matter increased as of September 1, 2022, in connection with the associates' yearly step-up in seniority, but this annual step-up is not considered a "rate increase" as the billing rate among the applicable associate class does not change.

[3] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $96,933.00 by the total hours of 80.70.

[4] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $1,584.00 by the total hours of 3.30.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $78,813.60, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $90.43.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
      November 3, 2022

Respectfully submitted,

By:   /s/ Kenneth H. Eckstein

      Kenneth H. Eckstein
      Rachael Ringer
      Caroline F. Gange
      **KRAMER LEVIN NAFTALIS &**
      **FRANKEL LLP**
      1177 Avenue of the Americas
      New York, New York 10036
      Telephone: (212) 715-9100
      Fax: (212) 715-8000
      Emails:  keckstein@kramerlevin.com
              rringer@kramerlevin.com
              cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00003 | Business Operations | 3.10 | $3,534.00 |
| 00006 | Employment and Fee Applications | 7.00 | $5,847.00 |
| 00008 | Litigation | 45.60 | $46,535.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 10.10 | $14,058.00 |
| 00011 | Plan and Disclosure Statement | 18.20 | $28,543.00 |
| **TOTAL** | | **84.00** | **$98,517.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate[5] | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 0.60 | $729.00 |
| Jonathan S. Kaplan | Partner | 1993 | Intellectual Property | 1425 | 8.00 | $11,400.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 14.10 | $23,758.50 |
| David J. Fisher | Partner | 1985 | Corporate | 1580 | 6.20 | $9,796.00 |
| Rachael Ringer | Partner | 2011 | Creditors' Rights | 1315 | 1.90 | $2,498.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 4.00 | $5,600.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1140 | 9.20 | $10,488.00 |
| Sealteil Ortega-Rodriguez | Associate | 2022 | Intellectual Property | 890 | 36.70 | $32,663.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 3.30 | $1,584.00 |
| TOTAL | | | | | 84.00 | $98,517.00 |

[5] The rates for certain associates working on this matter increased as of September 1, 2022, in connection with the associates' yearly step-up in seniority, but this annual step-up is not considered a "rate increase" as the billing rate among the applicable associate class does not change.

**EXHIBIT C**

**SUMMARY OF OUT OF POCKET EXPENSES**

| DESCRIPTION | AMOUNT |
|---|---|
| Bloomberg Law Online Research | $60.93 |
| Pacer Online Research | $29.50 |
| **TOTAL EXPENSES** | **$90.43** |

**EXHIBIT D**

# Kramer Levin



October 13, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 865595
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through September 30, 2022.**

| | |
|---|---|
| Fees | $98,517.00 |
| Disbursements and Other Charges | 90.43 |
| **TOTAL BALANCE DUE** | **$98,607.43** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



October 13, 2022
Invoice #: 865595
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through September 30, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $90.43 | **$90.43** |
| 072952-00003 | Business Operations | 3,534.00 | 0.00 | **3,534.00** |
| 072952-00006 | Employment and Fee Applications | 5,847.00 | 0.00 | **5,847.00** |
| 072952-00008 | Litigation | 46,535.00 | 0.00 | **46,535.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 14,058.00 | 0.00 | **14,058.00** |
| 072952-00011 | Plan and Disclosure Statement | 28,543.00 | 0.00 | **28,543.00** |
| **Subtotal** | | **98,517.00** | **90.43** | **98,607.43** |
| **TOTAL CURRENT INVOICE** | | | | **$98,607.43** |



October 13, 2022
Invoice #: 865595
072952-00003
Page 3

**Business Operations**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 3.10 | $3,534.00 |
| **TOTAL FEES** | | **3.10** | **$3,534.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/19/2022 | Gange, Caroline | Review updates on patent litigation and FDA. | 0.50 | $570.00 |
| 9/23/2022 | Gange, Caroline | Attend call w/ Company re FDA inspection (1.0) and follow up emails w/ FTI re same (0.1). | 1.10 | 1,254.00 |
| 9/28/2022 | Gange, Caroline | Review de minimis asset sale motion (0.5) and emails w/ AHC advisors re same (0.3). | 0.80 | 912.00 |
| 9/30/2022 | Gange, Caroline | Emails w/ FTI re de minimis asset motions and review same. | 0.70 | 798.00 |
| **TOTAL** | | | **3.10** | **$3,534.00** |



October 13, 2022
Invoice #: 865595
072952-00006
Page 4

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.60 | $729.00 |
| Gange, Caroline | Associate | 3.10 | 3,534.00 |
| Kane, Wendy | Paralegal | 3.30 | 1,584.00 |
| **TOTAL FEES** | | **7.00** | **$5,847.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2022 | Blabey, David E. | Review and comment on June fee statement (0.5) and emails with W. Kane re same (0.1). | 0.60 | $729.00 |
| 9/1/2022 | Kane, Wendy | Revise June fee statement; emails w/ D. Blabey re same. | 0.40 | 192.00 |
| 9/15/2022 | Gange, Caroline | Review fee statements for privilege/confidentiality and compliance with UST guidelines. | 1.00 | 1,140.00 |
| 9/15/2022 | Kane, Wendy | File KL June fee statement. | 0.20 | 96.00 |
| 9/16/2022 | Gange, Caroline | Review outstanding fee statements for privilege, confidentiality and compliance with UST guidelines. | 1.00 | 1,140.00 |
| 9/26/2022 | Kane, Wendy | Review July fee statement and exhibits (0.5); review August fee statement for compliance with UST guidelines and local rules (0.5). | 1.00 | 480.00 |



October 13, 2022
Invoice #: 865595
072952-00006
Page 5

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/27/2022 | Kane, Wendy | Revise July fee statement and prepare same for filing (0.3); review August fee statement revisions and email C. Gange re same (0.1); file July fee statement (0.2). | 0.60 | 288.00 |
| 9/28/2022 | Kane, Wendy | File Houlihan monthly fee statements (0.3); email A. Benjamin re same (0.1). | 0.40 | 192.00 |
| 9/30/2022 | Gange, Caroline | Review August fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.10 | 1,254.00 |
| 9/30/2022 | Kane, Wendy | Prepare August fee statement and exhibits (0.5); review C. Gange comments to fee statement and revise same (0.2). | 0.70 | 336.00 |
| **TOTAL** | | | **7.00** | **$5,847.00** |



October 13, 2022
Invoice #: 865595
072952-00008
Page 6

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Caplan, Jonathan S. | Partner | 6.30 | $8,977.50 |
| Eckstein, Kenneth H. | Partner | 2.90 | 4,886.50 |
| Gange, Caroline | Associate | 1.10 | 1,254.00 |
| Ortega-Rodriguez, Sealtiel | Associate | 35.30 | 31,417.00 |
| **TOTAL FEES** | | **45.60** | **$46,535.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/15/2022 | Caplan, Jonathan S. | Correspondence with K. Eckstein re upcoming Purdue patent trial (0.2); meeting with S. Ortega-Rodriguez re same, next step (0.4); follow-up correspondence re status (0.2); review docket report for upcoming trial (0.2). | 1.00 | $1,425.00 |
| 9/15/2022 | Eckstein, Kenneth H. | Review materials re patent trial (0.6); correspond with J. Caplan re same (0.2). | 0.80 | 1,348.00 |
| 9/15/2022 | Ortega-Rodriguez, Sealtiel | Review patents at issue in ANDA litigation (4.1); meet w/ J. Caplan re same (0.4); follow up correspondence re same (0.2). | 4.70 | 4,183.00 |
| 9/15/2022 | Gange, Caroline | Review emails from AHC professionals and background re patent litigation. | 0.80 | 912.00 |



October 13, 2022
Invoice #: 865595
072952-00008
Page 7

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/16/2022 | Caplan, Jonathan S. | Review docket materials re patent trial (0.4); call with KL team re monitoring trial, next steps (0.6); review working group correspondence re same (0.2); review Pre-trial Order (0.4). | 1.60 | 2,280.00 |
| 9/16/2022 | Ortega-Rodriguez, Sealtiel | Call with J. Caplan and M. Colucci re Purdue v. Accord Anda litigation trial (0.6), review litigation history of trial to prepare (2.5). | 3.10 | 2,759.00 |
| 9/19/2022 | Eckstein, Kenneth H. | Review correspondence re Accord patent litigation (0.5), call with M. Diaz re same (0.4), call with J. Caplan re same (0.4). | 1.30 | 2,190.50 |
| 9/19/2022 | Caplan, Jonathan S. | Review update from patent trial (0.3); prepare email to Bankruptcy team (0.2); correspondence with S. Ortega-Rodriguez re same (0.3); call with K. Eckstein re same (0.4). | 1.20 | 1,710.00 |
| 9/19/2022 | Ortega-Rodriguez, Sealtiel | Attend ANDA trial of Purdue v. Accord (6.0); review notes and prepare summary of same (4.2). | 10.20 | 9,078.00 |
| 9/20/2022 | Caplan, Jonathan S. | Review trial update. | 1.20 | 1,710.00 |
| 9/20/2022 | Ortega-Rodriguez, Sealtiel | Attend ANDA trial of Purdue v. Accord (6.7), review notes and prepare summary of same (2.0). | 8.70 | 7,743.00 |
| 9/21/2022 | Caplan, Jonathan S. | Review update from Accord (0.8); correspondence with K. Eckstein re status, next steps (0.5). | 1.30 | 1,852.50 |
| 9/21/2022 | Ortega-Rodriguez, Sealtiel | Attend ANDA trial of Purdue v. Accord (6.0), review notes and prepare summary of same (2.6). | 8.60 | 7,654.00 |



October 13, 2022
Invoice #: 865595
072952-00008
Page 8

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 9/21/2022 | Gange, Caroline | Emails w/ KL IP team re ongoing patent litigation. | 0.30 | 342.00 |
| 9/22/2022 | Eckstein, Kenneth H. | Call with M. Kessleman re Accord trial and issues (0.8). | 0.80 | 1,348.00 |
| **TOTAL** | | | **45.60** | **$46,535.00** |



October 13, 2022
Invoice #: 865595
072952-00009
Page 9

**Meetings and Communications with Ad-Hoc Committee & Creditors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Caplan, Jonathan S. | Partner | 1.70 | $2,422.50 |
| Eckstein, Kenneth H. | Partner | 4.10 | 6,908.50 |
| Ringer, Rachael L. | Partner | 1.00 | 1,315.00 |
| Gange, Caroline | Associate | 1.90 | 2,166.00 |
| Ortega-Rodriguez, Sealtiel | Associate | 1.40 | 1,246.00 |
| **TOTAL FEES** | | **10.10** | **$14,058.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/8/2022 | Eckstein, Kenneth H. | Attend Working Group call re plan discussions (0.8). | 0.80 | $1,348.00 |
| 9/13/2022 | Ringer, Rachael L. | Attend call with working group re: plan (0.5). | 0.50 | 657.50 |
| 9/13/2022 | Eckstein, Kenneth H. | Prepare for (0.2) and attend Working Group call (0.5). | 0.70 | 1,179.50 |
| 9/20/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,348.00 |
| 9/20/2022 | Ringer, Rachael L. | Attend portion of working group call (0.5). | 0.50 | 657.50 |
| 9/22/2022 | Caplan, Jonathan S. | Prepare for (0.3) and attend working group call re patent trial, next steps (1.4). | 1.70 | 2,422.50 |



October 13, 2022
Invoice #: 865595
072952-00009
Page 10

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/22/2022 | Eckstein, Kenneth H. | Attend portion of Working Group call re patent litigation (0.8). | 0.80 | 1,348.00 |
| 9/22/2022 | Gange, Caroline | Attend working group call re patent litigation and next steps. | 1.20 | 1,368.00 |
| 9/22/2022 | Ortega-Rodriguez, Sealtiel | Attend call related to Accord v. Purdue case and next steps. | 1.40 | 1,246.00 |
| 9/26/2022 | Gange, Caroline | Emails w/ FTI re AHC update on FDA inspection; circulate AHC update re fees. | 0.20 | 228.00 |
| 9/29/2022 | Eckstein, Kenneth H. | Prep for (0.5) and attend Working Group call (0.5). | 1.00 | 1,685.00 |
| 9/29/2022 | Gange, Caroline | Attend working group call re current case status. | 0.50 | 570.00 |
| TOTAL | | | 10.10 | $14,058.00 |



October 13, 2022
Invoice #: 865595
072952-00011
Page 11

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 7.10 | $11,963.50 |
| Fisher, David J. | Partner | 6.20 | 9,796.00 |
| Ringer, Rachael L. | Partner | 0.90 | 1,183.50 |
| Rosenbaum, Jordan M. | Partner | 4.00 | 5,600.00 |
| **TOTAL FEES** | | **18.20** | **$28,543.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 9/1/2022 | Fisher, David J. | Review Sackler markup of Settlement docs (0.7); prep for call (0.2); conf call with Sackler reps, DPW, Creditor reps (1.0); follow up coordination call re same with Akin and Brown Rudnick (0.3). | 2.20 | $3,476.00 |
| 9/1/2022 | Rosenbaum, Jordan M. | Call with DPW and Sacklers re settlement (1.0); call with Akin and Brown Rudnick re same (0.3). | 1.30 | 1,820.00 |
| 9/2/2022 | Fisher, David J. | Continued negotiation of CTA with Sackler reps, Akin, Brown Rudnick and DPW (0.9); review related documents (0.5); follow up with Akin, Brown Rudnick (0.3). | 1.70 | 2,686.00 |
| 9/2/2022 | Rosenbaum, Jordan M. | Call with DPW, Akin, Brown Rudnick, Debevoise and Milbank re settlement. | 0.90 | 1,260.00 |



October 13, 2022
Invoice #: 865595
072952-00011
Page 12

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/2/2022 | Eckstein, Kenneth H. | Call with company, UCC re issues and options for next steps on plan (1.2); review issues and outline same (0.8). | 2.00 | 3,370.00 |
| 9/2/2022 | Ringer, Rachael L. | Attend portion of call with Debtors and UCC re: next steps on plan process (0.9). | 0.90 | 1,183.50 |
| 9/6/2022 | Fisher, David J. | Communications with DPW regarding CTA and discussion of issues. | 0.80 | 1,264.00 |
| 9/6/2022 | Rosenbaum, Jordan M. | Call with Debtor re CTA. | 0.80 | 1,120.00 |
| 9/6/2022 | Eckstein, Kenneth H. | Meet with Purdue, Sacklers, UCC, States re plan issues (1.6). | 1.60 | 2,696.00 |
| 9/8/2022 | Eckstein, Kenneth H. | Review correspondence re plan issues (0.5). | 0.50 | 842.50 |
| 9/9/2022 | Fisher, David J. | Communications with Davis Polk regarding CTA. | 0.20 | 316.00 |
| 9/12/2022 | Rosenbaum, Jordan M. | Call with DPW, Akin and Brown Rudnick. | 0.50 | 700.00 |
| 9/12/2022 | Fisher, David J. | Conference call with Akin Gump, Brown Rudnick and J. Rosenbaum regarding CTA issues (0.5); communications with Davis Polk (0.1). | 0.60 | 948.00 |
| 9/13/2022 | Rosenbaum, Jordan M. | Call with DPW, Akin and Brown Rudnick re CTA. | 0.50 | 700.00 |
| 9/13/2022 | Fisher, David J. | Conference call with Davis Polk, Akin Gump and Brown Rudnick regarding turn around and comments to CTA (0.5); follow up correspondence with J. Rosenbaum (0.2). | 0.70 | 1,106.00 |



October 13, 2022
Invoice #: 865595
072952-00011
Page 13

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 9/13/2022 | Eckstein, Kenneth H. | Review correspondence from E. Vonnegut re Plan issues and comment on same (1.2). | 1.20 | 2,022.00 |
| 9/15/2022 | Eckstein, Kenneth H. | Correspond w/ DPW re plan issues (0.5). | 0.50 | 842.50 |
| 9/16/2022 | Eckstein, Kenneth H. | Call with E. Vonnegut, A. Preis re Plan issues (0.5); review and comment on issues list (0.4). | 0.90 | 1,516.50 |
| 9/22/2022 | Eckstein, Kenneth H. | Follow up calls w/ DPW re plan issues (0.4). | 0.40 | 674.00 |
| **TOTAL** | | | **18.20** | **$28,543.00** |

# Kramer Levin



October 13, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 865595
072952
Page 1

**FOR Disbursements rendered through September 30, 2022.**

Disbursements and Other Charges                                        90.43

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



October 13, 2022
Invoice #: 865595
072952

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Bloomberg Law Online Research | $60.93 |
| Pacer Online Research | 29.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$90.43** |

## DISBURSEMENTS AND OTHER CHARGES DETAIL

**Bloomberg Law Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/15/2022 | Schubeck Barbara | Bloomberg Law Online Research | $60.93 |
| **Subtotal** | | | **$60.93** |

**Pacer Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/16/2022 | Ortega-Rodriguez Sealtiel | Pacer Online Research Ortega-Rodriguez, Sealtiel | $28.90 |
| 9/27/2022 | Ortega-Rodriguez Sealtiel | Pacer Online Research Ortega-Rodriguez, Sealtiel | $0.50 |
| 9/29/2022 | Gange Caroline | Pacer Online Research Gange, Caroline | $0.10 |
| **Subtotal** | | | **$29.50** |
| **TOTAL** | | | **$90.43** |