**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| **Debtors.** | **(Jointly Administered)** |

**THIRTY-SEVENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | September 1, 2022 through September 30, 2022 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $35,614.97[2] |
| Less 20% Holdback | $7,122.99 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $28,491.98 |

**This is a(n):**  __X__ Monthly Application    ___ Interim Application    ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2022 Through September 30, 2022* (this

---

[2]  This amount reflects a reduction in fees in the amount of $9,170.10 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**") and a further voluntary reduction of $6,159.93 resulting in the total compensation amount of $35,614.97 under this statement, after application of these discounts.

"**Fee Statement**").[3]  By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of $28,491.98 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $35,614.97) and (ii) payment of $0.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.        Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $35,614.97 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $28,491.98.

2.        Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $866.58.[4]  The blended hourly billing rate of all paraprofessionals is $340.36.[5]

3.        A&P did not incur or disburse any expenses during the Fee Period.

---

[3]    The period from September 1, 2022, through and including September 30, 2022, is referred to herein as the "**Fee Period**."

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit C</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $28,491.98, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $35,614.97) and (ii) payment of $0.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

November 3, 2022                                     Respectfully submitted,


By:  */s/* Rory Greiss
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 18.60 | $16,114.70 |
| Regulatory Advice | 4.50 | $3,085.31 |
| Retention and Fee Applications | 13.90 | $7,547.34 |
| Project Kelp III | 2.30 | $901.66 |
| Government Contracts | 13.40 | $7,965.96 |
| **Total[1]** | **52.70** | **$35,614.97** |

---

[1] This amount reflects a reduction in fees in the amount of $9,170.10 on account of voluntary discounts as described in the Retention Application and the further voluntary reduction of $6,159.93 for this Fee Period, resulting in a total reduction in fees in the combined amount of $15,330.03 for this Fee Period.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 4.90 | $5,635.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 2.90 | $3,639.50 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,170.00 | 4.50 | $5,265.00 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 6.50 | $6,760.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,250.00 | 13.60 | $17,000.00 |
| Elks, Danielle | Associate | 2019 | 710.00 | 9.80 | $6,958.00 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 0.50 | $315.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 0.70 | $619.50 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 1.90 | $1,681.50 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 6.90 | $3,001.50 |
| Champagne, Louis | Docket Clerk | | 140.00 | 0.50 | $70.00 |
| **Total** | | | | **52.70** | **$50,945.00** |
| Less 18% Discount and additional voluntary discount | | | | | ($15,330.03) |
| **Discounted Total** | | | | | **$35,614.97** |
| Less 20% Holdback | | | | | ($7,122.99) |
| **Total Amount Requested Herein** | | | | | **$28,491.98** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                   November 3, 2022
**Attn: Maria Barton**                              Invoice # 30148849
**General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2022** | $ | **21,154.50** |
| Discount: | | -3,807.81 |
| Additional Discount: | | -1,231.99 |
| **Fee Total** | | **16,114.70** |
| **Total Amount Due** | $ | **16,114.70** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:        Arnold & Porter Kaye Scholer LLP
                   P.O. Box 719451
                   Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 3, 2022

Invoice # 30148849

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/01/22 | 1.70 | Prepare for videoconference with Purdue team re: questions on existing agreements with university (.5); videoconference with Purdue team re: university requests for modifications and analysis of agreements (.9); review correspondence re: finalizing response letter in contract dispute matter (.3). |
| Alexa D. Krantz | 09/01/22 | 0.50 | Revise supply agreement. |
| Eric Rothman | 09/06/22 | 1.20 | Prepared revised draft contract dispute letter. |
| Rory Greiss | 09/16/22 | 1.20 | Review counterparty response to suggested language for supply agreement (.5); correspond with Purdue team with proposed response to counterparty (.7). |
| Rory Greiss | 09/20/22 | 1.40 | Draft language for open items in supply agreement (.8); correspondence with Purdue team re: language (.3); correspondence with counterparty with suggested revisions (.3). |
| Eric Rothman | 09/26/22 | 1.10 | Email correspondence with Purdue team re contract dispute matter. |
| Rory Greiss | 09/27/22 | 0.50 | Correspondence with A. Miner re: contract dispute. |
| Rory Greiss | 09/28/22 | 0.70 | Videoconference with A. Miner and E. Rothman re: contract dispute. |
| Eric Rothman | 09/28/22 | 0.60 | Meeting R. Greiss and A. Miner to discuss contract dispute matter. |
| Rory Greiss | 09/29/22 | 3.00 | Videoconference with Purdue team, E. Rothman and A. Miner re: analysis of contract dispute and possible response (.7); draft proposed response letter to counterparty (1.4); correspond with A. Miner and E. Rothman re same (.1); review proposed new language from counterparty on supply agreement (.4); review terms of licenses to counterparty for product being supplied under supply agreement (.4). |
| Eric Rothman | 09/29/22 | 0.60 | Teleconference with A. Miner and R. Greiss to discuss contract dispute matter. |
| Ethan Zausner | 09/29/22 | 1.30 | Review of license agreements (1.2); correspondence with Purdue team re: new language suggested by counterparty (.1). |
| Rory Greiss | 09/30/22 | 2.50 | Review comments from A. Miner and E. Rothman on response letter in contract dispute (.4); revise and finalize draft letter and send to Purdue team for review (.7); videoconference with E. Rothman and E. Zausner re: proposed language from counterparty on supply agreement (.5); review comments from Purdue team re same (.4); Correspondence with Purdue team re: thoughts on changes (.5). |
| Eric Rothman | 09/30/22 | 1.70 | TC with R. Greiss and E. Zausner to discuss Supply Agreement matters. |
| Ethan Zausner | 09/30/22 | 0.60 | Call with R. Geiss and E. Rothman re: contract language (.4); review of contract (.2). |

Page 1

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| **Total Hours** | | **18.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 5.20 | 1,040.00 | 5,408.00 |
| Rory Greiss | 11.00 | 1,250.00 | 13,750.00 |
| Alexa D. Krantz | 0.50 | 630.00 | 315.00 |
| Ethan Zausner | 1.90 | 885.00 | 1,681.50 |
| **TOTAL** | **18.60** | | **21,154.50** |

**Total Current Amount Due**                                                           **$16,114.70**

# Arnold&Porter

**Purdue Pharma L.P.**                                    November 3, 2022
**Attn: Maria Barton**                              Invoice # 30148854
**General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00118**

Regulatory Advice
20170001134

20170001134

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2022** | $ | **5,265.00** |
| Discount: | | -947.70 |
| Additional Discount: | | -1,231.99 |
| **Fee Total** | | **3,085.31** |
| **Total Amount Due** | $ | **3,085.31** |

**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                            P.O. Box 719451
                                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 3, 2022                                                                 Invoice # 30148854

**(1049218.00118)**
**Regulatory Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 09/22/22 | 0.50 | Correspond with D. Elks regarding contract analysis. |
| Elizabeth F. Lindquist | 09/28/22 | 1.60 | Analyze disclosure obligations in commercial contracts potentially triggered by FDA 482 (1.4); correspond with D. Elks regarding same (.2). |
| Elizabeth F. Lindquist | 09/29/22 | 1.10 | Analyze disclosure obligations related to regulatory matters under commercial contracts (.8); discussed related issues with D. Elks (.3). |
| Elizabeth F. Lindquist | 09/30/22 | 1.30 | Correspond with D. Elks regarding commercial contract analysis (.5); analyze disclosure obligations under client's commercial contracts (.8). |

**Total Hours**                          **4.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Elizabeth F. Lindquist | 4.50 | 1,170.00 | 5,265.00 |
| **TOTAL** | **4.50** | | **5,265.00** |

**Total Current Amount Due**                                       **$3,085.31**

# Arnold&Porter

**Purdue Pharma L.P.**                                    November 3, 2022
**Attn: Roxana Aleali**                              Invoice # 30148852
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2022** | $ | 10,706.50 |
| Discount: | | -1,927.17 |
| Additional Discount: | | -1,231.99 |
| **Fee Total** | | **7,547.34** |
| **Total Amount Due** | $ | **7,547.34** |

**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**           Arnold & Porter Kaye Scholer LLP
                           P.O. Box 719451
                           Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 3, 2022                                                    Invoice # 30148852

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 09/02/22 | 0.40 | Correspond with D. Feinstein and R. Greiss re retention (.1); review and revise declaration (.3). |
| Rosa J. Evergreen | 09/12/22 | 0.50 | Review supplemental conflict checks (.3); correspond with R. Greiss re fee application (.2). |
| Darrell B. Reddix | 09/12/22 | 0.80 | Prepare August Fee Statement. |
| Rosa J. Evergreen | 09/13/22 | 1.30 | Review retention materials (.2); draft supplemental declaration (.9); correspond with R. Greiss and D. Feinstein re same (.1); correspond with D. Reddix re monthly statement (.1). |
| Rory Greiss | 09/14/22 | 0.80 | Correspondence with A&P team re supplemental declaration (.3); review and comment on draft Supplemental Declaration (.5). |
| Rosa J. Evergreen | 09/14/22 | 0.60 | Correspond with D. Reddix re monthly statement (.1); correspond with D. Consla re retention (.1); correspond with R. Greiss and D. Feinstein re retention (.2); review and revise declaration (.2). |
| Rory Greiss | 09/15/22 | 0.50 | Review monthly statement (.3); correspondence with D. Reddix re: same (.2). |
| Rosa J. Evergreen | 09/15/22 | 0.80 | Call with D. Consla re supplemental affidavit (.1); correspond with R. Greiss re same (.1); review and draft same (.3); review monthly statement (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 09/15/22 | 2.30 | Prepare August Fee Statement. |
| Rosa J. Evergreen | 09/16/22 | 0.40 | Review K. Fine correspondence re interim fee application (.1); correspond with D. Reddix re same (.1); review monthly statement (.2). |
| Darrell B. Reddix | 09/16/22 | 0.20 | Prepare August Fee Statement. |
| Rory Greiss | 09/19/22 | 0.30 | Correspondence with R. Evergreen and DPW re: supplemental declaration (.3). |
| Rosa J. Evergreen | 09/19/22 | 0.20 | Correspond with R. Greiss re retention (.1); correspond with D. Consla re same (.1). |
| Rosa J. Evergreen | 09/20/22 | 0.20 | Review and revise declaration (.1); correspond with R. Greiss re same (.1). |
| Darrell B. Reddix | 09/20/22 | 1.20 | Prepare August Fee Statement. |
| Rosa J. Evergreen | 09/27/22 | 0.10 | Correspond with D. Reddix re monthly statement. |
| Rosa J. Evergreen | 09/28/22 | 0.10 | Correspond with R. Greiss re monthly statement. |
| Rosa J. Evergreen | 09/30/22 | 0.30 | Review monthly statement (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 09/30/22 | 2.40 | Prepare August Fee Statement (2.0); finalize and serve same (.4). |
| Louis Champagne | 09/30/22 | 0.50 | Review and file document electronically with the USBC - SDNY Court. |

**Total Hours**                        **13.90**

November 3, 2022                                                                              Invoice # 30148852

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 4.90 | 1,150.00 | 5,635.00 |
| Rory Greiss | 1.60 | 1,250.00 | 2,000.00 |
| Louis Champagne | 0.50 | 140.00 | 70.00 |
| Darrell B. Reddix | 6.90 | 435.00 | 3,001.50 |
| **TOTAL** | **13.90** | | **10,706.50** |

**Total Current Amount Due**                                                    **$7,547.34**

# Arnold&Porter

|  |  |
|---|---|
| **Purdue Pharma L.P.** | November 3, 2022 |
| **Attn: Roxana Aleali** | Invoice # 30148855 |
| **Associate General Counsel** | EIN 53-0208605 |
| **Purdue Pharma L.P.** | |
| **One Stamford Forum** | |
| **Stamford, CT  06901** | |

**Client/Matter # 1049218.00151**

Project Kelp III

20200002984

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2022** | $ | **2,602.00** |
| Discount: | | -468.36 |
| Additional Discount: | | -1,231.98 |
| **Fee Total** | | **901.66** |
| **Total Amount Due** | $ | **901.66** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 719451
                                      Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 3, 2022                                                     Invoice # 30148855

**(1049218.00151)**
**Project Kelp III**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/30/22 | 1.00 | Review Supply agreement (.5); correspondence with E. Rothman re: same (.3); correspondence with Purdue team re: same (.2). |
| Eric Rothman | 09/30/22 | 1.30 | Correspond with Purdue team providing contractual analysis re:Project Kelp. |
| **Total Hours** | | **2.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.30 | 1,040.00 | 1,352.00 |
| Rory Greiss | 1.00 | 1,250.00 | 1,250.00 |
| **TOTAL** | **2.30** | | **2,602.00** |

**Total Current Amount Due**                                        **$901.66**

# Arnold&Porter

**Purdue Pharma L.P.**                                    November 3, 2022
**Attn: Roxana Aleali**                                    Invoice # 30148850
**Associate General Counsel**                                EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


| **For Legal Services Rendered through September 30, 2022** | **11,217.00** |
|---|---|
| Discount: | -2,019.06 |
| Additional Discount: | -1,231.98 |
| **Fee Total** | **7,965.96** |
| **Total Amount Due** | **$      7,965.96** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                      Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 719451
                                      Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

November 3, 2022                                                    Invoice # 30148850


**(1049218.00155)**
**Government Contracts**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Jeffrey L. Handwerker | 09/07/22 | 0.30 | Call with Purude team re: novation matter. |
| Jeffrey L. Handwerker | 09/16/22 | 0.80 | Call with Purdue team re: VA matters (.6); review correspondence from agency re: same (.2). |
| Jeffrey L. Handwerker | 09/19/22 | 1.00 | Call with A&P team regarding regulatory matter (.3); review contract (.4); call with Purdue team regarding same (.3). |
| Thomas A. Pettit | 09/19/22 | 0.30 | Teleconference with client and J. Handwerker regarding contract notice obligations. |
| Jeffrey L. Handwerker | 09/20/22 | 0.80 | Review materials from A&P team re: market access review (.5); review novation questions and comment re: same (.3). |
| Danielle Elks | 09/21/22 | 2.20 | Review relevant background materials related to regulatory matter (1.1); review contract related to same (.6), correspond with Purdue team and J. Handwerker re same (.5). |
| Danielle Elks | 09/22/22 | 0.10 | Correspond with Purdue team re contract review related to client's receipt of Form 483. |
| Thomas A. Pettit | 09/23/22 | 0.40 | Correspond with J. Handwerker regulatory matter. |
| Danielle Elks | 09/27/22 | 0.10 | Correspond with Purdue team re contract review related to regulatory matter. |
| Danielle Elks | 09/28/22 | 0.40 | Correspondence with Purdue team re contract review related to regulatory matter. |
| Danielle Elks | 09/29/22 | 4.10 | Review, analyze client's relevant contracts in relation to regulatory matter (3.6); correspond with Purdue team re same (.5). |
| Danielle Elks | 09/30/22 | 2.90 | Review, analyze client's relevant contracts in relation to regulatory matter. |

**Total Hours**                      **13.40**

Page 1

November 3, 2022                                                            Invoice # 30148850

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey L. Handwerker | 2.90 | 1,255.00 | 3,639.50 |
| **Subtotal:** | **2.90** | | **3,639.50** |
| **Associate** | | | |
| Danielle Elks | 9.80 | 710.00 | 6,958.00 |
| Thomas A. Pettit | 0.70 | 885.00 | 619.50 |
| **Subtotal:** | **10.50** | | **7,577.50** |
| **TOTAL** | **13.40** | | **11,217.00** |

**Total Current Amount Due**                                          $7,965.96