Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE
<u>PERIOD COMMENCING AUGUST 1, 2022, THROUGH AUGUST 31, 2022</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | August 1, 2022, through August 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $16,842.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $98.40 |
| **Total compensation requested in this statement:** | $13,473.60 (80% of $16,842.00) |
| **Total expenses requested in this statement:** | $98.40 |
| **Total compensation and expenses requested in this statement:** | $13,572.00 |

**This is a:**     _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Thirty-Sixth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing August 1, 2022, through August 31, 2022 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 25.4 hours of professional services during the Fee Period, resulting in fees totaling $16,842.00. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $13,473.60.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $878.78. The blended hourly rate of all paraprofessionals is $385.18. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $98.40 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: November 7, 2022

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

**SUMMARY OF SERVICES BY CATEGORY**

**AUGUST 1, 2022, THROUGH AUGUST 31, 2022**

| TASK CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| .04 | Case Administration | 0.3 | $121.50 |
| .07 | Fee Applications-Self | 6.3 | $2,704.50 |
| .11 | Plan & Disclosure Statement | 14.8 | $12,616.00 |
| .17 | Docket Review & File Maintenance | 4.0 | $1,400.00 |
| **TOTAL** | | **25.4** | **$16,842.00** |

1

# EXHIBIT B

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**

**AUGUST 1, 2022, THROUGH AUGUST 31, 2022**

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,175.00 | 2.9 | $3,407.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $915.00 | 0.3 | $274.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $975.00 | 7.3 | $7,117.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $465.00 | 3.8 | $1,767.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $405.00 | 5.4 | $2,187.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $405.00 | 1.7 | $688.50 |
| Rachael L. Davis | Paralegal / N/A / Bankruptcy | $350.00 | 4.0 | $1,400.00 |
| **TOTAL** | | | **25.4** | **$16,842.00** |

# EXHIBIT C

**SUMMARY OF EXPENSES**

**AUGUST 1, 2022, THROUGH AUGUST 31, 2022**

| CATEGORY | AMOUNT |
|---|---:|
| Court Reporter Transcript Services | $98.40 |
| **TOTAL** | **$98.40** |

# EXHIBIT D

# CAPLIN & DRYSDALE

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000   Federal Tax I.D. No.: 52-1226629   Fax: (202) 429-3301

www.capdale.com

Multi-State Governmental Entities Group

Invoice #:   343983
Page:   1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through August 31, 2022

| | |
|---|---:|
| Total Services | $16,842.00 |
| Total Disbursements | $98.40 |
| Total Current Charges | $16,940.40 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**   **Wire Transfer:**
Caplin & Drysdale, Chartered   Receiving Bank: Bank of America
Attn: Accounts Receivable   ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100   ABA ACH Routing Number: 054001204
Washington, DC 20005   Swift Code: BOFAUS3N
   Beneficiary: Caplin & Drysdale, Chartered
   Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# CAPLIN & DRYSDALE

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000     Federal Tax I.D. No.: 52-1226629     Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

September 29, 2022
Invoice #:     343983
Page:     1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through August 31, 2022

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 8/8/2022 | JAG | Review docket and update calendar. | 0.3 | $405.00 | $121.50 |
| | | Total | **0.30** | | **$121.50** |
| **.07** | **Fee Applications-Self** | | | | |
| 8/11/2022 | CG | Review fee-related materials re Debtors' request for additional information (.7); communications w/ C. MacDonald re same (.2). | 0.9 | $405.00 | $364.50 |
| 8/12/2022 | TEP | Review and edit monthly fee application (.2); communications w/ JAG re same (.1). | 0.3 | $915.00 | $274.50 |
| 8/12/2022 | JAG | Prepare monthly fee application (.4); communications w/ TEP re same (.2). | 0.6 | $405.00 | $243.00 |
| 8/19/2022 | CG | Review and update fee-related materials. | 1.6 | $405.00 | $648.00 |
| 8/22/2022 | CG | Review fee-related materials re Debtors' request for additional information (.4); communications w/ C. MacDonald re same (.2). | 0.6 | $405.00 | $243.00 |
| 8/30/2022 | CG | Draft, revise, finalize and file monthly fee application (1.4); update fee-related materials (.9). | 2.3 | $405.00 | $931.50 |
| | | Total | **6.30** | | **$2,704.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/1/2022 | KCM | Review/analyze stipulated tolling order. | 0.2 | $1,175.00 | $235.00 |
| 8/1/2022 | GMO | Review final draft of stipulated order re tolling and related materials. | 0.3 | $465.00 | $139.50 |
| 8/9/2022 | KCM | Plan/prepare next steps and review/analyze related materials. | 1.4 | $1,175.00 | $1,645.00 |
| 8/10/2022 | JAL | Confer w/ KCM re developments and next steps. | 0.4 | $975.00 | $390.00 |

September 29, 2022
Invoice #:    343983

Page:    2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/10/2022 | KCM | Teleconference w/ JAL re case status and tasks. | 0.4 | $1,175.00 | $470.00 |
| 8/10/2022 | GMO | Review pro se motion to lift injunction and related papers (.8); review motions and responses re late claims motions and related orders (.9). | 1.7 | $465.00 | $790.50 |
| 8/11/2022 | JAL | Review and analyze motions to lift preliminary injunction and accompanying exhibits (.3); confer w/ D. Blabey re pro se motions to lift preliminary injunction (.2); review and analyze materials re motions to lift preliminary injunction (.5); confer w/ KCM re motions to lift preliminary injunction and next steps (.3); review notice of filing proposed amended preliminary injunction (.3). | 1.6 | $975.00 | $1,560.00 |
| 8/11/2022 | KCM | Confer w/ JAL re case status and next steps. | 0.3 | $1,175.00 | $352.50 |
| 8/11/2022 | GMO | Review filings re motion to terminate preliminary injunction and related party communications. | 0.9 | $465.00 | $418.50 |
| 8/12/2022 | JAL | Communications w/ KCM re motions to lift preliminary injunction and next steps (.1); confer w/ M. Tobak re same (.1). | 0.2 | $975.00 | $195.00 |
| 8/15/2022 | JAL | Review and analyze Debtors' draft motion to dismiss and related draft documents (1.3); review and analyze materials in connection w/ upcoming hearing on motions to lift preliminary injunction (1.0). | 2.3 | $975.00 | $2,242.50 |
| 8/16/2022 | JAG | Hearing preparation (.6); communications w/ JAL re same (.2). | 0.8 | $405.00 | $324.00 |
| 8/17/2022 | JAL | Attend hearings on late-filed claim motions and motions to lift preliminary injunction. | 1.9 | $975.00 | $1,852.50 |
| 8/19/2022 | JAL | Review and analyze revised draft brief re motion to dismiss. | 0.9 | $975.00 | $877.50 |
| 8/19/2022 | KCM | Review/analyze Debtors' orders and memo of law re motion to dismiss. | 0.6 | $1,175.00 | $705.00 |
| 8/22/2022 | GMO | Review Debtors' claims reports. | 0.9 | $465.00 | $418.50 |
| | | Total | 14.80 | | $12,616.00 |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 8/1/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.6 | $350.00 | $210.00 |
| 8/3/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $350.00 | $70.00 |
| 8/4/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $350.00 | $70.00 |
| 8/5/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.1 | $350.00 | $35.00 |
| 8/8/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.1 | $350.00 | $35.00 |
| 8/9/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $350.00 | $70.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 8/10/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.3 | $350.00 | $105.00 |
| 8/15/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.6 | $350.00 | $210.00 |
| 8/17/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $350.00 | $70.00 |
| 8/22/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $350.00 | $70.00 |
| 8/23/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.3 | $350.00 | $105.00 |
| 8/24/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.1 | $350.00 | $35.00 |
| 8/25/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.3 | $350.00 | $105.00 |
| 8/29/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.3 | $350.00 | $105.00 |
| 8/30/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $350.00 | $70.00 |
| 8/31/2022 | RLD | Review docket and update internal files re recently filed pleadings. | 0.1 | $350.00 | $35.00 |
| | | **Total** | **4.00** | | **$1,400.00** |
| | | Total Professional Services | 25.4 | | $16,842.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 7.3 | $975.00 | $7,117.50 |
| KCM | Kevin C. Maclay | Member | 2.9 | $1,175.00 | $3,407.50 |
| TEP | Todd E. Phillips | Member | 0.3 | $915.00 | $274.50 |
| GMO | George M. O'Connor | Associate | 3.8 | $465.00 | $1,767.00 |
| RLD | Rachael L. Davis | Paralegal | 4.0 | $350.00 | $1,400.00 |
| JAG | Jessica A. Giglio | Paralegal | 1.7 | $405.00 | $688.50 |
| CG | Cecilia Guerrero | Paralegal | 5.4 | $405.00 | $2,187.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 08/22/2022 | Court Reporting/Transcript Service - Hr'g Tr 8/17 [.11] | $98.40 |
| | Total Disbursements | $98.40 |

September 29, 2022
Invoice #:    343983

Page:    4

| | |
|---|---:|
| Total Services | $16,842.00 |
| Total Disbursements | $98.40 |
| Total Current Charges | $16,940.40 |

September 29, 2022
Invoice #:     343983

Page:     5

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| .04 | 0.30 | $121.50 | .11 | $98.40 |
| .07 | 6.30 | $2,704.50 | | |
| .11 | 14.80 | $12,616.00 | | |
| .17 | 4.00 | $1,400.00 | | |
| | 25.40 | $16,842.00 | | $98.40 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAG | Jessica A. Giglio | .04 | 0.30 | $405.00 | $121.50 |
| TEP | Todd E. Phillips | .07 | 0.30 | $915.00 | $274.50 |
| JAG | Jessica A. Giglio | .07 | 0.60 | $405.00 | $243.00 |
| CG | Cecilia Guerrero | .07 | 5.40 | $405.00 | $2,187.00 |
| JAL | Jeffrey A. Liesemer | .11 | 7.30 | $975.00 | $7,117.50 |
| KCM | Kevin C. Maclay | .11 | 2.90 | $1,175.00 | $3,407.50 |
| GMO | George M. O'Connor | .11 | 3.80 | $465.00 | $1,767.00 |
| JAG | Jessica A. Giglio | .11 | 0.80 | $405.00 | $324.00 |
| RLD | Rachael L. Davis | .17 | 4.00 | $350.00 | $1,400.00 |
| | | | 25.40 | | $16,842.00 |