**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------------X
ALMA, GEORGIA,
BACON COUNTY, GEORGIA,
BLACKSHEAR, GEORGIA,
BRUNSWICK, GEORGIA,
CHATHAM COUNTY, GEORGIA,
DADE COUNTY, GEORGIA,                                    Case No. 22-cv-09514
DEMOREST, GEORGIA,
PIERCE COUNTY, GEORGIA,
POOLER, GEORGIA,
RICHMOND HILL, GEORGIA,

    Plaintiffs,

v.

MCKINSEY & COMPANY, INC., MCKINSEY HOLDINGS, INC., MCKINSEY & COMPANY, INC. UNITED STATES, AND MCKINSEY & COMPANY, INC. WASHINGTON D.C.

    Defendants.
-----------------------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, McKinsey & Company, Inc. United States is a privately-held corporation whose parent company is McKinsey & Company, Inc. No publicly-held corporation owns 10% of its stock.

Dated: New York, New York
    November 7, 2022

              Stroock & Stroock & Lavan LLP

              /s/ James L. Bernard
              James L. Bernard
              David M. Cheifetz
              STROOCK & STROOCK & LAVAN LLP
              180 Maiden Lane
              New York, NY 10038
              Tel. (212) 806-5400
              Fax (212) 806-6006
              jbernard@stroock.com
              dcheifetz@stroock.com

              *Attorneys for Defendant*
              *McKinsey & Company, Inc.*