**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------X

ALMA, GEORGIA,
BACON COUNTY, GEORGIA,
BLACKSHEAR, GEORGIA,
BRUNSWICK, GEORGIA,
CHATHAM COUNTY, GEORGIA,
DADE COUNTY, GEORGIA,                                                    Case No. 22-cv-09514
DEMOREST, GEORGIA,
PIERCE COUNTY, GEORGIA,
POOLER, GEORGIA,
RICHMOND HILL, GEORGIA,

        Plaintiffs,

v.

MCKINSEY & COMPANY, INC., MCKINSEY HOLDINGS, INC., MCKINSEY & COMPANY, INC. UNITED STATES, AND MCKINSEY & COMPANY, INC. WASHINGTON D.C.

        Defendants.

------------------------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, McKinsey & Company, Inc., Washington, D.C. is a privately-held corporation whose parent company is McKinsey & Company, Inc. No publicly-held corporation owns 10% of its stock.

Dated:  New York, New York
         November 7, 2022

                                      Stroock & Stroock & Lavan LLP

                                      /s/ James L. Bernard
                                      James L. Bernard
                                      David M. Cheifetz
                                      STROOCK & STROOCK & LAVAN LLP
                                      180 Maiden Lane
                                      New York, NY 10038
                                      Tel. (212) 806-5400
                                      Fax (212) 806-6006
                                      jbernard@stroock.com
                                      dcheifetz@stroock.com

                                      *Attorneys for Defendant*
                                      *McKinsey & Company, Inc.*