**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------X
ALMA, GEORGIA,
BACON COUNTY, GEORGIA,
BLACKSHEAR, GEORGIA,
BRUNSWICK, GEORGIA,
CHATHAM COUNTY, GEORGIA,
DADE COUNTY, GEORGIA,             Case No. 22-cv-09514
DEMOREST, GEORGIA,
PIERCE COUNTY, GEORGIA,
POOLER, GEORGIA,
RICHMOND HILL, GEORGIA,

        Plaintiffs,

v.

MCKINSEY & COMPANY, INC., MCKINSEY HOLDINGS, INC., MCKINSEY & COMPANY, INC. UNITED STATES, AND MCKINSEY & COMPANY, INC. WASHINGTON D.C.

        Defendants.
------------------------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, McKinsey Holdings, Inc. is a privately-held corporation whose parent company is McKinsey & Company, Inc. No publicly-held corporation owns 10% of its stock.

Dated: New York, New York
       November 7, 2022

          Stroock & Stroock & Lavan LLP

          /s/ James L. Bernard
          James L. Bernard
          David M. Cheifetz
          STROOCK & STROOCK & LAVAN LLP
          180 Maiden Lane
          New York, NY 10038
          Tel. (212) 806-5400
          Fax (212) 806-6006
          jbernard@stroock.com
          dcheifetz@stroock.com

          *Attorneys for Defendant*
          *McKinsey & Company, Inc.*