CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22-cv-09514-JPC
## Internal Use Only

Alma, Georgia et al v. McKinsey & Company, Inc. et al
Assigned to: Judge John P. Cronan
Case in other court:  State Court- Supreme, 653539/2022
Cause: 28:1332 Diversity Action

Date Filed: 11/07/2022
Date Terminated: 11/09/2022
Jury Demand: Defendant
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Alma, Georgia**

**Plaintiff**

**Bacon County, Georgia**

**Plaintiff**

**Blackshear, Georgia**

**Plaintiff**

**Brunswick, Georgia**

**Plaintiff**

**Chatham County, Georgia**

**Plaintiff**

**Dade County, Georgia**

**Plaintiff**

**Demorest, Georgia**

**Plaintiff**

**Pierce County, Georgia**

**Plaintiff**

**Pooler, Georgia**

**Plaintiff**

**Richmond Hill, Georgia**

V.

**Defendant**

**McKinsey & Company, Inc.**                represented by    **James Lawrence Bernard**
                                                               Stroock & Stroock & Lavan LLP
                                                               180 Maiden Lane
                                                               New York, NY 10038
                                                               212-806-5400
                                                               Fax: 212-806-6006
                                                               Email: jbernard@stroock.com
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**McKinsey Holdings, Inc.**                 represented by    **James Lawrence Bernard**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**McKinsey & Company, Inc. United**         represented by    **James Lawrence Bernard**
**States**                                                     (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**McKinsey & Company, Inc. Washington**     represented by    **James Lawrence Bernard**
**D.C.**                                                       (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2022 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 653539/2022. (Filing Fee $ 402.00, Receipt Number ANYSDC-26931155).Document filed by McKinsey & Company, Inc., McKinsey Holdings, Inc., McKinsey & Company, Inc. Washington D.C., McKinsey & Company, Inc. United States. (Attachments: # 1 Exhibit 1 - Complaint, # 2 Exhibit 2 - Purdue Voluntary Petition, # 3 Exhibit 3 - Claim No. 148200, # 4 Exhibit 4 - Claim No. 148203, # 5 Exhibit 5 - Claim No. 148151, # 6 Exhibit 6 - Claim No. 134173, # 7 Exhibit 7 - Claim No. 148162, # 8 Exhibit 8 - Claim No. 148154, # 9 Exhibit 9 - Claim No. 134197, # 10 Exhibit 10 - Claim No. 148238, # 11 Exhibit 11 - Claim No. 148159, # 12 Exhibit 12 - Claim No. 133762).(Bernard, James) (Entered: 11/07/2022) |
| 11/07/2022 | 2 | CIVIL COVER SHEET filed..(Bernard, James) (Entered: 11/07/2022) |
| 11/07/2022 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by McKinsey & Company, Inc...(Bernard, James) (Entered: 11/07/2022) |
| 11/07/2022 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent McKinsey & Company, Inc. for McKinsey & Company, Inc. United States. Document filed by McKinsey & Company, Inc. United States..(Bernard, James) (Entered: 11/07/2022) |

| | | |
|---|---|---|
| 11/07/2022 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent McKinsey & Company, Inc. for McKinsey & Company, Inc. Washington D.C.. Document filed by McKinsey & Company, Inc. Washington D.C...(Bernard, James) (Entered: 11/07/2022) |
| 11/07/2022 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent McKinsey & Company, Inc. for McKinsey Holdings, Inc.. Document filed by McKinsey Holdings, Inc...(Bernard, James) (Entered: 11/07/2022) |
| 11/07/2022 | 7 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-05328. Document filed by McKinsey & Company, Inc., McKinsey & Company, Inc. United States, McKinsey & Company, Inc. Washington D.C., McKinsey Holdings, Inc...(Bernard, James) (Entered: 11/07/2022) |
| 11/09/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge John P. Cronan. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(vf) (Entered: 11/09/2022) |
| 11/09/2022 | | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vf) (Entered: 11/09/2022) |
| 11/09/2022 | | Case Designated ECF. (vf) (Entered: 11/09/2022) |
| 11/09/2022 | 8 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 19-23649 (RDD). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/30/2012) (gp) (Entered: 11/09/2022) |
| 11/09/2022 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York..(gp) (Entered: 11/09/2022) |