IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------X

BAYONNE, NEW JERSEY
CLIFTON, NEW JERSEY
CLINTON, NEW JERSEY
ELIZABETH, NEW JERSEY
MADISON BOROUGH, NEW JERSEY
PARAMUS, NEW JERSEY
PARSIPPANY-TROY HILLS TOWNSHIP, NEW JERSEY

Case No. 22-cv-09519

       Plaintiffs,

v.

MCKINSEY & COMPANY, INC., MCKINSEY HOLDINGS, INC., MCKINSEY & COMPANY, INC. UNITED STATES, AND MCKINSEY & COMPANY, INC. WASHINGTON D.C.

------------------------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, McKinsey & Company, Inc. is a privately held corporation with no parent company. No publicly-held corporation owns 10% of its stock.

Dated:   New York, New York
            November 7, 2022

    Stroock & Stroock & Lavan LLP

    /s/ James L. Bernard
    _____
    James L. Bernard
    David M. Cheifetz
    STROOCK & STROOCK & LAVAN LLP
    180 Maiden Lane
    New York, NY 10038
    Tel. (212) 806-5400
    Fax (212) 806-6006
    jbernard@stroock.com
    dcheifetz@stroock.com

    *Attorneys for Defendant*
    *McKinsey & Company, Inc.*