**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------X

BAYONNE, NEW JERSEY
CLIFTON, NEW JERSEY
CLINTON, NEW JERSEY
ELIZABETH, NEW JERSEY
MADISON BOROUGH, NEW JERSEY
PARAMUS, NEW JERSEY                                                    Case No. 22-cv-09519
PARSIPPANY-TROY HILLS TOWNSHIP, NEW JERSEY

              Plaintiffs,

v.

MCKINSEY & COMPANY, INC., MCKINSEY HOLDINGS, INC., MCKINSEY & COMPANY, INC. UNITED STATES, AND MCKINSEY & COMPANY, INC. WASHINGTON D.C.

------------------------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, McKinsey & Company, Inc., Washington, D.C. is a privately-held corporation whose parent company is McKinsey & Company, Inc.  No publicly-held corporation owns 10% of its stock.

Dated:   New York, New York
         November 7, 2022

                                        Stroock & Stroock & Lavan LLP

                                        /s/ James L. Bernard
                                        James L. Bernard
                                        David M. Cheifetz
                                        STROOCK & STROOCK & LAVAN LLP
                                        180 Maiden Lane
                                        New York, NY 10038
                                        Tel. (212) 806-5400
                                        Fax (212) 806-6006
                                        jbernard@stroock.com
                                        dcheifetz@stroock.com

                                        *Attorneys for Defendant*
                                        *McKinsey & Company, Inc.*