**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------X

BAYONNE, NEW JERSEY
CLIFTON, NEW JERSEY
CLINTON, NEW JERSEY
ELIZABETH, NEW JERSEY
MADISON BOROUGH, NEW JERSEY
PARAMUS, NEW JERSEY
PARSIPPANY-TROY HILLS TOWNSHIP, NEW JERSEY

          Plaintiffs,

v.

MCKINSEY & COMPANY, INC., MCKINSEY HOLDINGS, INC., MCKINSEY & COMPANY, INC. UNITED STATES, AND MCKINSEY & COMPANY, INC. WASHINGTON D.C.

Case No. 22-cv-09519

------------------------------------------------------------------------------------X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, McKinsey Holdings, Inc. is a privately-held corporation whose parent company is McKinsey & Company, Inc. No publicly-held corporation owns 10% of its stock.

Dated:  New York, New York
         November 7, 2022

                                       Stroock & Stroock & Lavan LLP

                                       /s/ James L. Bernard
                                       James L. Bernard
                                       David M. Cheifetz
                                       STROOCK & STROOCK & LAVAN LLP
                                       180 Maiden Lane
                                       New York, NY 10038
                                       Tel. (212) 806-5400
                                       Fax (212) 806-6006
                                       jbernard@stroock.com
                                       dcheifetz@stroock.com

                                       *Attorneys for Defendant*
                                       *McKinsey & Company, Inc.*