# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Bayonne, New Jersey; Clifton, New Jersey; Clinton, New Jersey; Elizabeth, New Jersey; Madison Borough, New Jersey; Paramus, New Jersey; Parippsany-Troy Hills Township, New Jersey

| Plaintiff | Case Number | 22-cv-09519 |
|---|---|---|
| vs. | | |
| McKinsey & Company, Inc., McKinsey Holdings, Inc., McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Washington D.C. | | |
| Defendant | | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Anita Whigham, individually, and on behalf of her minor son, J.C.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-05328-VSB |
| McKinsey & Company, Inc. | |
| Defendant | |

Status of Earlier Filed Case:

☑ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open — (If so, set forth procedural status and summarize any court rulings.)

On July 6, 2021, the Earlier Filed Case was transferred to In re: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation (MDL No. 2996), pending in the United States District Court for the Northern District of California (Breyer, J.).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case and the earlier filed case involve the same transactions and events, and have substantial factual overlap. Broadly speaking, plaintiffs in both actions allege claims arising from consulting work that McKinsey performed for Purdue Pharma L.P. relating to the marketing and sales of opioids manufactured by Purdue. Although the earlier filed case is now part of MDL 2996 in the Northern District of California, it was transferred there solely for pretrial coordination and remains subject to retransfer to Judge Broderick for trial (or other purposes determined by the JPML). Therefore, absent assignment of the newly filed case to Judge Broderick, multiple related cases will potentially be referred back to mulitple SDNY judges during or at the conclusion of MDL proceedings.

Signature: /s/ James L. Bernard                                    Date: 11/7/2022

Firm: Stroock & Stroock & Lavan LLP