UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2.1.2012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**12 MISC 00032**

In the Matter of:                                          :

    Standing Order of Reference            :        AMENDED
Re: Title 11                                               :     STANDING ORDER
                                                           :      OF REFERENCE
                                                           :
                                                           :        M10-468
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district.

     If a bankruptcy judge or district judge determines that entry of a final order or judgment by a bankruptcy judge would not be consistent with Article III of the United States Constitution in a particular proceeding referred under this order and determined to be a core matter, the bankruptcy judge shall, unless otherwise ordered by the district court, hear the proceeding and submit proposed findings of fact and conclusions of law to the district court.  The district court may treat any order of the bankruptcy court as proposed findings of fact and conclusions of law in the event the district court concludes that the bankruptcy judge could not have entered a final order or judgment consistent with Article III of the United States Constitution.

    SO ORDERED.

*Loretta A. Preska*
—————————————————
Loretta A. Preska
Chief Judge

Dated:       New York, New York
             January 31, 2012