DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:   LAWRENCE H. FOGELMAN
      PETER ARONOFF
      DANIELLE J. LEVINE
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2800
Lawrence.Fogelman@usdoj.gov
Danielle.Levine@usdoj.gov
Peter.Aronoff@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P., et al.,**<br><br>Debtors. | Bankr. No. 19-23649 (SHL) |

## CERTIFICATE OF SERVICE

I, Danielle J. Levine, an Assistant United States Attorney for the Southern District of New York, hereby certify that on November 9, 2022, I caused a copy of the United States of America's Memorandum of Law in Opposition to the Motions Seeking a Determination That Executive Order 13,985 Is Inapplicable to Agencies Receiving Funds Generated from This Case (ECF 5226) to be served (1) by ECF upon all counsel and parties receiving ECF notifications in this case; and (2) by email and overnight mail upon Carrie L. McGaha.

Dated:  November 10, 2022
         New York, New York

By:   */s/ Danielle J. Levine*
      DANIELLE J. LEVINE
      Assistant United States Attorney