## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtor(s). | Case No. 19-23649-shl<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation (the "Firm") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in this case be sent to the following address, effective **April 11, 2022**:

**425 Market St., Suite 2900
San Francisco, CA 94105**

The old address was:

55 2nd St., 17th Fl.
San Francisco, CA 94105

**PLEASE TAKE FURTHER NOTICE** that the Firm's phone and fax numbers, and its email addresses, remain unchanged.

Dated: November 11, 2022

By:  /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105
Telephone:  (415) 227-0900

*Attorneys for Creditor Oracle America, Inc.*

-1-