DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR NOVEMBER 16, 2022 HEARING

| | |
|---|---|
| Time and Date of Hearing: | November 16, 2022 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-646-518-9805, Meeting ID 912 2835 8962, Passcode 880058. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions:     A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

**I.  UNCONTESTED MATTERS:**

1. ***Interim Fee Applications.*** Notice of Ninth Interim Fee Hearing [ECF No. 5185]

    <u>Objection Deadline</u>: November 9, 2022 at 4:00 p.m. (prevailing Eastern Time)

    <u>Responses Received</u>: None

    <u>Related Documents</u>: Interim Fee Applications of the following applicants:

    **Debtors' Professionals**

    A. Dechert LLP [ECF No. 5136]
    B. Arnold & Porter Kaye Scholer LLP [ECF No. 5135]
    C. King & Spalding LLP [ECF No. 5150]
    D. Davis Polk & Wardwell LLP [ECF No. 5152]
    E. Jones Day [ECF No. 5163]
    F. Ernst & Young, LLP [ECF No. 5109]
    G. AlixPartners, LLP [ECF No. 5155]
    H. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 5181]
    I. PJT Partners LP [ECF No. 5122]
    J. Grant Thornton LLP [ECF No. 5130]
    K. Latham & Watkins LLP [ECF No. 5151]
    L. Reed Smith LLP [ECF No. 5156]

    **Official Committee of Unsecured Creditors' Professionals**

    M. Jefferies LLC [ECF No. 5177]
    N. Cole Schotz P.C. [ECF No. 5175]
    O. Province, Inc. [ECF No. 5178]
    P. Akin Gump Strauss Hauer & Feld LLP [ECF No. 5174]
    Q. Kurtzman Carson Consultants LLC [ECF No. 5179]
    R. Bedell Cristin Jersey Partnership [ECF No. 5176]

    **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

    S. Brown Rudnick LLP [ECF No. 5182]
    T. FTI Consulting [ECF No. 5161]
    U. Otterbourg P.C. [ECF No. 5159]
    V. Gilbert LLP [ECF No. 5158]
    W. Kramer Levin Naftalis & Frankel LLP [ECF No. 5180]

      X.     Houlihan Lokey Capital, Inc. [ECF No. 5164]

**Multi-State Governmental Entities Group**

      Y.     Caplin & Drysdale, Chartered [ECF No. 5184]

**The Nine's Professionals**

      Z.     Kleinberg, Kaplan, Wolff & Cohen, P.C. [ECF No. 5173]

**Fee Examiner**

      AA.  Bielli & Klauder, LLC [ECF No. 5127]

<u>Status</u>: This matter is going forward on an uncontested basis

## II. CONTESTED MATTERS:

2. ***Pro Se Funding Decision Motion.*** Letter Motion Seeking to Participate in Plan Funding Decisions filed by *Pro Se* Individual Carrie McGaha [ECF No. 4996]

   <u>Objection Deadline</u>: November 9, 2022 at 4:00 p.m. (prevailing Eastern Time).

   <u>Responses Received</u>:

   A. Memorandum of Law in Opposition to the Motions Seeking a Determination that Executive Order 13,985 Is Inapplicable to Agencies Receiving Funds Generated from this Case [ECF No. 5226]

   B. Debtors' Objection to Motion to Require that Agencies Receiving Funds Generated from this Case Shall Not Be Required to Follow the Executive Order on Advancing Racial Equity and Support for Underserved Communities Through the Federal Government (EO 13985) [ECF No. 5227]

   <u>Related Documents</u>:

   A. Letter Motion Requesting Hearing Date for Letter Motion Seeking to Participate in Plan Funding Decisions filed by *Pro Se* Individual Carrie McGaha [ECF No. 5002]

   B. Notice of Hearing Regarding *Pro Se* Motion Seeking to Participate in Funding Decisions [ECF No. 5032]

   C. Notice of Rescheduling of Hearing on *Pro Se* Motion Regarding Plan Funding Decisions [ECF No. 5137]

Status: This matter is going forward on a contested basis.

Dated:    November 14, 2022
          New York, New York

                DAVIS POLK & WARDWELL LLP

By:   */s/ Eli J. Vonnegut*
      Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*