DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

## FIFTH NOTICE OF EXPANSION OF SCOPE OF SERVICES TO BE PROVIDED PURSUANT TO THE ERNST & YOUNG RETENTION ORDER

**PLEASE TAKE NOTICE** that on December 23, 2019, the Court entered the *Order Approving Debtors' Employment of Ernst & Young as their Auditor,* Nunc Pro Tunc *to the Petition Date* [ECF No. 698] (the "**E&Y Retention Order**"), authorizing the above-captioned debtors and debtors in possession (the "**Debtors**") to employ Ernst & Young LLP ("**E&Y**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that paragraph 5 of the E&Y Retention Order provides that, to the extent that, during the pendency of these Chapter 11 cases, the Debtors require E&Y to perform professional services other than (a) those set forth in the Engagement Letter and (b) services related to those set forth in the Engagement Letter, the Debtors shall file such agreements with the Court and serve such agreements upon the applicable notice parties.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered into an additional agreement (the "**Additional Agreement**")[2] with E&Y, a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Additional Agreement and as more fully described therein,[3] E&Y has been engaged, contingent upon satisfaction of the requirements of the E&Y Retention Order, to (i) audit and report on the consolidated financial statements of Purdue Pharma L.P. and its wholly owned subsidiaries for the year ended December 31, 2022, and the related notes ("**Consolidated Financial Statements**"), and (ii) audit and report on the financial statements, related notes and supplemental schedules of the Debtors and Participating Associated Companies Retirement Savings 401(k) Plan and Pension (together, the "**Plans**") for which certain of the Debtors act as the sponsors for the year ended December 31, 2022, which are to be included in the Debtors' Form 5500 filing with the Employee Benefits Security Administration of the Department of Labor.

---

[2]  Capitalized terms used but not otherwise defined herein have the meaning given to them in the E&Y Retention Order or the Additional Agreement, as applicable.

[3]  This description of the services provided for by the Additional Agreement is qualified in its entirety by reference thereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the Additional Agreement with the Court and will serve such documents upon the applicable notice parties, in each case pursuant to the E&Y Retention Order.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Additional Agreement is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Sean H. Lane, so as to be received by **November 25, 2022 at 4:00 p.m. (Eastern Time)**, there will not be a hearing to consider such Additional Agreement, and, pursuant to paragraph 5 of the E&Y Retention Order, such Additional Agreement and all additional services pursuant thereto shall be deemed approved by the Court (without the need for any further Court order) and be subject to the provisions of the E&Y Retention Order.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Additional Agreement, a hearing (the "**Hearing**") will be held to consider the Additional Agreement before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that copies of the Additional Agreement may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:    November 15, 2022
          New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:   */s/ Eli J. Vonnegut*

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile:  (212) 701-5800
                                        Marshall S. Huebner
                                        Benjamin S. Kaminetzky
                                        Eli J. Vonnegut
                                        Christopher S. Robertson

                                        *Counsel to the Debtors and Debtors in
                                        Possession*