Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:  (212) 661-9100
Facsimile:  (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| | : |
| Debtors[1]. | : (Jointly Administered) |

------------------------------------------------------------ x

# THIRTY SEVENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH AND INCLUDING OCTOBER 31, 2022

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

7222534.1

| Period for Which Compensation is Sought: | October 1, 2022 – October 31, 2022 |
|---|---|
| Total Amount of Fees Incurred: | $9,567.50 |
| Total Fees Requested (80%): | $7,654.00 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $7,654.00 |
| This is Applicant's: | Thirty Seventh Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty Seventh Monthly Fee Statement (the "Fee Statement") for the period of October 1, 2022 through and including October 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $9,567.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $7,654.00.

2

7222534.1

2. Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.[2] The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,288.96[3]. The Blended hourly rate of all paraprofessionals is $380.00[4]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3. Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

4. Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $7,654.00, which is equal to 80% of the total amount of

---

[2] In accordance with the Interim Fee Order and Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases (June 17, 2013), Otterbourg is providing notice that its hourly rates changed during this Monthly Fee Period, effective October 1, 2022. Otterbourg's hourly rates are set at a level designed to fairly compensate it for the work of its attorneys and paraprofessionals. Otterbourg's hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged by other firms rendering comparable services. Otterbourg determined to adjust its rates in the manner set forth herein after its annual review of its hourly rates. In accordance with Section 330(a)(3)(F) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Otterbourg represents that the hourly rates, as set forth herein, (a) reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code.

[3] The blended hourly billing rate of $1,288.96 is derived by dividing the total fees for attorneys of $6,831.50 by the total hours of 5.3.

[4] The Blended hourly billing rate of $380.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,736.00 by the total hours of 7.2.

3

7222534.1

reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $9,657.50).

Dated: November 15, 2022
     New York, New York

                    OTTERBOURG P.C.

                    By:   */s/ Melanie L. Cyganowski*
                            Melanie L. Cyganowski, Esq.
                            Jennifer S. Feeney, Esq.
                            230 Park Avenue
                            New York, New York 10169
                            Telephone:   (212) 661-9100
                            Facsimile:   (212) 682-6104

                            Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

7222534.1

## EXHIBIT A

**Fees By Project Category**

7222534.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU03 | Business Operations | 1.3 | $1,985.00 |
| PU06 | Employment and Fee Applications | 8.5 | $4,754.00 |
| PU08 | Litigation: Contested Matters, Adversary | 2.4 | $2,342.50 |
| PU09 | Meetings and Communications w/ Ad Hoc | .3 | $486.00 |
| | **TOTALS:** | **12.5** | **$9,567.50** |

1

7222534.1

# **EXHIBIT B**

**Professional and Paraprofessional Fees**

7222534.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1,620.00 | 2.4 | $3,888.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $1,015.00 | 2.9 | $2,943.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $380.00 | 7.2 | $2,736.00 |
| | TOTAL | | 12.5 | $9,567.50 |

# **EXHIBIT C**

**Time Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
                                                        November 9, 2022
Client/Matter No.:    20186/0002                        BILL NO. 227089
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through October 31, 2022:
```

| Phase: PU03 | | | BUSINESS OPERATIONS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/04/22 JSF | Examine Documents<br>Review of Case Updates re: De Minimis Asset Sales | .20 | 203.00 |
| 10/11/22 MLC | Review Documents<br>Review and analysis of memo re: Accord Patent Litigation | 1.10 | 1,782.00 |
| TOTAL PHASE PU03 | | 1.30 | $1,985.00 |

| Phase: PU06 | | | EMPLOYMENT & FEE APPLICATIONS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/03/22 JKH | Prepare Papers<br>Prepare exhibits for fee application | 1.60 | 608.00 |
| 10/11/22 JKH | Prepare Papers<br>Prepare August monthly statement | .60 | 228.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                November 9, 2022
Page 2                                                                     BILL NO. 227089

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/12/22<br>JSF | Prepare Legal Papers<br>Preparation of Interim Fee Application | .60 | 609.00 |
| 10/12/22<br>JKH | Prepare Papers<br>Prepare exhibits for fee application | 2.80 | 1,064.00 |
| 10/13/22<br>JSF | Prepare Legal Papers<br>Draft Interim Fee Application | 1.60 | 1,624.00 |
| 10/17/22<br>JKH | Prepare Papers<br>Finalize August monthly statement and fee application for filing | .40 | 152.00 |
| 10/26/22<br>JSF | Examine Documents<br>Review of September Monthly Fee Statement | .20 | 203.00 |
| 10/26/22<br>JKH | Prepare Papers<br>Prepare September statement | .70 | 266.00 |

TOTAL PHASE PU06                                                          8.50        $4,754.00

Phase: PU08                               LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/25/22<br>JSF | Examine Documents<br>Review of Case Update on Omnibus Hearing | .30 | 304.50 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002  
Page 3

November 9, 2022  
BILL NO. 227089

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/25/22<br>MLC | Review Documents<br>Review of summary of court hearing and next steps | .40 | 648.00 |
| 10/25/22<br>MLC | Review Documents<br>Review of summary of Second Circuit decision re: equitable moot news and relevance to Purdue pending matters | .60 | 972.00 |
| 10/25/22<br>JKH | Attendance at Hearing<br>Listen in on hearing re: various matters (.7) and prepare and circulate summary on same (.4) | 1.10 | 418.00 |

TOTAL PHASE PU08                                                    2.40            $2,342.50

Phase: PU09                                               MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/25/22<br>MLC | Correspondence<br>Correspondence among AHC co-counsel re next steps | .30 | 486.00 |

TOTAL PHASE PU09                                                     .30              $486.00

                                                        TOTAL FOR SERVICES        $9,567.50