UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**THIRTY SIXTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | September 1, 2022 through September 30, 2022 |
| Monthly Fees Incurred: | $53,219.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                $8.00

Total Fees and Expenses Due:              $53,227.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 3798<br>Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941<br>Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097<br>Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225<br>Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311<br>Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312<br>Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395<br>Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654<br>Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826<br>Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833<br>Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950<br>Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $78,479.60 | $0.00 |
| Docket No. 5005<br>Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $42,899.20 | $0.00 |
| Docket No. 5051<br>Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $42,418.40 | $0.00 |
| Docket No. 5132<br>Filed on 10/12/2022 | 8/1/2022 – 8/31/2022 | $35,470.00 | $0.00 | $28,376.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, and $6,929 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, and eighth interim period, respectively.

4

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., et al. (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from September 1, 2022 through and including September 30, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---:|
   | Professional Fees | $53,219.00 |
   | Expenses | 8.00 |
   | **TOTAL** | **$53,227.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---:|
   | Professional Fees at 80% | $42,575.20 |
   | Expenses at 100% | 8.00 |
   | **TOTAL** | **$42,583.20** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. A summary of expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "D".**

7. Detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "E".**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than November 29, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
November 15, 2022

        FTI CONSULTING, INC.
        Financial Advisors to the Ad Hoc Committee of
        Governmental and Other Contingent Litigation
        Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        1166 Avenue of the Americas, 15th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 15.6 | $ 18,720.00 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 30.4 | 27,056.00 |
| Suric, Emil | Sr Director | Restructuring | 890 | 2.0 | 1,780.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 7.1 | 4,650.50 |
| **GRAND TOTAL** | | | | **56.6** | **$ 53,219.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 8.4 | $ 7,518.50 |
| 2 | Cash & Liquidity Analysis | 1.3 | 1,560.00 |
| 6 | Asset Sales | 3.8 | 3,630.00 |
| 7 | Analysis of Domestic Business Plan | 34.6 | 32,335.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 1.8 | 1,592.50 |
| 18 | Review of Historical Transactions | 3.8 | 3,816.00 |
| 28 | Review of IAC Business Plan | 2.9 | 2,767.00 |
| | **GRAND TOTAL** | **56.6** | **$ 53,219.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 9/1/2022 | Diaz, Matthew | 1.1 | Review Debtors' updated reporting analysis re: sales and cash. |
| 1 | 9/1/2022 | Diaz, Matthew | 0.5 | Review Debtors' Avrio analysis. |
| 1 | 9/1/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/7/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/8/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/13/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/14/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/15/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/19/2022 | Diaz, Matthew | 0.3 | Review updated injunction order. |
| 1 | 9/19/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/20/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/21/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/22/2022 | Diaz, Matthew | 0.7 | Review latest monthly operating report to evaluate performance. |
| 1 | 9/22/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/23/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/27/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/28/2022 | Diaz, Matthew | 1.1 | Review Debtors' latest reporting re: sales and cash. |
| 1 | 9/29/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/30/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **8.4** | |
| 2 | 9/9/2022 | Diaz, Matthew | 0.6 | Review Debtors' latest cash flow reporting. |
| 2 | 9/13/2022 | Diaz, Matthew | 0.7 | Review Debtors' updated cash flow analysis. |
| **2 Total** | | | **1.3** | |
| 6 | 9/22/2022 | Bromberg, Brian | 1.4 | Review de minimis asset procedures. |
| 6 | 9/23/2022 | Bromberg, Brian | 0.6 | Prepare comments on de minimis asset sale procedures. |
| 6 | 9/23/2022 | Diaz, Matthew | 0.8 | Review proposed de minimis asset sale procedures. |
| 6 | 9/30/2022 | Bromberg, Brian | 1.0 | Review and send comments on asset sale procedures to Debtors. |
| **6 Total** | | | **3.8** | |
| 7 | 9/7/2022 | Bromberg, Brian | 1.3 | Review and investigate ANDA issues. |
| 7 | 9/7/2022 | Suric, Emil | 0.8 | Research Accord ANDA filing and potential for earlier than anticipated LOE. |
| 7 | 9/9/2022 | Diaz, Matthew | 1.1 | Review Debtors' updated business plan. |
| 7 | 9/12/2022 | Bromberg, Brian | 0.9 | Continue to evaluate potential ANDA issues. |
| 7 | 9/13/2022 | Bromberg, Brian | 1.1 | Review Debtors' latest business plan. |
| 7 | 9/13/2022 | Bromberg, Brian | 0.7 | Evaluate potential impact of ANDA issues on latest business plan. |
| 7 | 9/13/2022 | Bromberg, Brian | 0.3 | Review materials to prepare for call with Debtors' advisors re: ANDA issues. |
| 7 | 9/13/2022 | Bromberg, Brian | 1.6 | Review generics business plan to evaluate impact of ANDA issues. |
| 7 | 9/13/2022 | Bromberg, Brian | 0.7 | Discuss ANDA issues with Debtors and their advisors. |
| 7 | 9/13/2022 | Kurtz, Emma | 0.7 | Attend call with the Company and their advisors re: Accord update. |
| 7 | 9/13/2022 | Suric, Emil | 0.7 | Attend call with Debtors and advisors to discuss Accord patent challenge. |
| 7 | 9/14/2022 | Bromberg, Brian | 0.5 | Attend call with internal team re: ANDA issues. |
| 7 | 9/14/2022 | Bromberg, Brian | 0.6 | Prepare summary of ANDA issues. |
| 7 | 9/14/2022 | Bromberg, Brian | 0.4 | Finalize and send update on ANDA issues. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 9/14/2022 | Bromberg, Brian | 0.5 | Discuss ANDA issues with counsel. |
| 7 | 9/14/2022 | Diaz, Matthew | 0.8 | Review Oxycontin patent status. |
| 7 | 9/14/2022 | Diaz, Matthew | 0.7 | Review Debtors' updated business plan. |
| 7 | 9/14/2022 | Kurtz, Emma | 0.5 | Attend call with internal team to discuss business plan and patent litigation update. |
| 7 | 9/14/2022 | Suric, Emil | 0.5 | Attend call with counsel to discuss Accord patent challenge. |
| 7 | 9/15/2022 | Bromberg, Brian | 1.4 | Review business plan projections and potential impact of ANDA. |
| 7 | 9/15/2022 | Bromberg, Brian | 0.5 | Attend call with HL and BR to discuss ANDA issues. |
| 7 | 9/15/2022 | Bromberg, Brian | 0.6 | Review prior OxyContin forecasts. |
| 7 | 9/15/2022 | Bromberg, Brian | 0.5 | Prepare updated summary re: ANDA issues for working group. |
| 7 | 9/15/2022 | Diaz, Matthew | 0.5 | Participate in call with BR and Houlihan to discuss the Oxycontin patents. |
| 7 | 9/15/2022 | Diaz, Matthew | 0.4 | Draft correspondence to counsel re: Oxycontin patents. |
| 7 | 9/15/2022 | Kurtz, Emma | 0.5 | Attend call with Houlihan and Brown Rudnick to discuss patents. |
| 7 | 9/16/2022 | Diaz, Matthew | 0.9 | Prepare updates to summary for the Committee re: ANDA issues. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.4 | Review FDA inspection and 483 response letter. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.8 | Review ANDA summary for Committee to prepare updates. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.3 | Finalize and send draft ANDA summary to the working group in advance of call. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.4 | Review potential FDA inspection issues. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.6 | Review latest business plan. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.6 | Review business plan cash flow forecast. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.6 | Discuss ANDA issues with working group. |
| 7 | 9/20/2022 | Diaz, Matthew | 0.8 | Review Purdue patent considerations. |
| 7 | 9/21/2022 | Bromberg, Brian | 0.9 | Finalize and send ANDA summary to AHC. |
| 7 | 9/21/2022 | Diaz, Matthew | 0.6 | Draft correspondence to Committee on certain issues in lieu of meeting. |
| 7 | 9/22/2022 | Bromberg, Brian | 0.2 | Coordinate call for FDA inspection issues. |
| 7 | 9/23/2022 | Bromberg, Brian | 1.0 | Attend call with team re: FDA inspection. |
| 7 | 9/23/2022 | Bromberg, Brian | 0.9 | Prepare summary of FDA inspection issues. |
| 7 | 9/23/2022 | Shafer, Patterson | 1.0 | Attend call with team to discuss FDA inspection and 483 response letter. |
| 7 | 9/23/2022 | Shafer, Patterson | 0.5 | Prepare analysis of 483 response letter and share with team. |
| 7 | 9/26/2022 | Bromberg, Brian | 0.7 | Draft AHC update on FDA issues. |
| 7 | 9/26/2022 | Bromberg, Brian | 1.0 | Edit FDA update based on comments from team. |
| 7 | 9/26/2022 | Bromberg, Brian | 0.7 | Provide further comments to Debtors on asset sale procedures. |
| 7 | 9/27/2022 | Bromberg, Brian | 0.5 | Finalize and send update on FDA inspection. |
| 7 | 9/30/2022 | Bromberg, Brian | 0.4 | Review Wilson business plan data. |
| 7 | 9/30/2022 | Bromberg, Brian | 0.5 | Review business plan backup information. |
| 7 | 9/30/2022 | Diaz, Matthew | 1.5 | Review updated business plan materials to evaluate changes. |
| **7 Total** | | | **34.6** | |
| 16 | 9/13/2022 | Diaz, Matthew | 0.5 | Participate in bi-weekly call with the Debtors' advisors to discuss current Company developments. |
| 16 | 9/13/2022 | Kurtz, Emma | 0.3 | Attend bi-weekly professionals call to discuss case status and emergence prep. |
| 16 | 9/27/2022 | Bromberg, Brian | 0.6 | Participate in call with Debtors' advisors re: case updates, including the business plan. |
| 16 | 9/27/2022 | Kurtz, Emma | 0.4 | Attend biweekly professionals call to discuss case updates and emergence preparation. |
| **16 Total** | | | **1.8** | |
| 18 | 9/2/2022 | Diaz, Matthew | 0.8 | Review of Purdue case summaries. |
| 18 | 9/26/2022 | Bromberg, Brian | 0.4 | Review Sackler responses on net asset reports. |
| 18 | 9/27/2022 | Bromberg, Brian | 1.1 | Review Sackler net asset reports to evaluate information request. |
| 18 | 9/27/2022 | Bromberg, Brian | 0.6 | Draft suggested response re: updated net asset reports. |
| 18 | 9/27/2022 | Diaz, Matthew | 0.6 | Review of the Sackler information request and related reporting. |
| 18 | 9/29/2022 | Bromberg, Brian | 0.3 | Prepare updates to suggested response for net asset reports. |
| **18 Total** | | | **3.8** | |
| 28 | 9/6/2022 | Bromberg, Brian | 0.9 | Review previously provided IAC information. |
| 28 | 9/6/2022 | Bromberg, Brian | 1.0 | Participate in call with IAC management re: financial updates. |
| 28 | 9/6/2022 | Bromberg, Brian | 0.4 | Summarize IAC call for team and Houlihan. |
| 28 | 9/12/2022 | Diaz, Matthew | 0.6 | Review IAC operating results. |
| **28 Total** | | | **2.9** | |
| **Grand Total** | | | **56.6** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

| Expense Type | Amount |
|---|---:|
| Other | $ 8.00 |
| **Grand Total** | **$ 8.00** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 9/20/2022 | Bromberg, Brian | Other | Flight internet charge to complete case work. | 8.00 |
| | | **Other Total** | | **$ 8.00** |
| | | **Grand Total** | | **$ 8.00** |