UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Purdue Pharma L.P., et al
   DEBTORS,

CHAPTER 11
CASE NUMBER: 19-23649 (RDD);

Re: CREDITOR: AUGUSTUS HEBREW EVANS JR... STATUS INQUIRY...

Honorable Robert D. Drain
U.S. Bankruptcy Judge,
300 Quarropas Street,
White Plains, New York 10601

Judge Drain,

As a creditor in the Purdue Pharma case I am struggling in an uphill battle, while being shackled with being an inmate with no legal help to adequately track and keep abreast of the status of the case and I respectfully request:

i. To know the status of the case...
ii. To recieve a copy of the last order by this court, where:

A few months ago you made an major ruling in the case... However since then none of the official committee counsel has responded to any of my letters nor take my prepaid calls... And I need to know the status of the case and the last ruling so that I may proceed to protect my own

INTERESTS...

Please allow me a copy of the last ruling and answer to the status inquiry...

Thank you...

Dated: November 9, 2022

/s/ _____
Pro Se Creditor,
Augustus Hebrew Evans Jr,
#00191247 Unit #22 B-L-2
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M AUGUSTUS HEBREW EVANS BEY
SBI# 00191247    UNIT 22 B-L-2

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

URGENT NOTICE!

HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT ... [SOUTHERN DISTRICT NEW YORK]
300 QUARROPAS STREET,
WHITE PLAINS, NEW YORK. 10601

10601-414000

THIS LETTER WAS SENT BY AN INMATE WHO
IS IN STATE PRISON. THE STATE IS NOT
RESPONSIBLE FOR DEBTS INCURRED, OR FOR
THE CONTENTS OF THE LETTER.