UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SEVENTH SUPPLEMENTAL DECLARATION OF VAN C. DURRER, II IN SUPPORT OF APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS SPECIAL COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

I, Van C. Durrer, II, declare:

1. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP (together with its affiliates, "Skadden" or the "Firm"), special counsel to the above-captioned debtors (the "Debtors") in the above-captioned bankruptcy cases, which maintains an office for the practice of law at, among other places, One Manhattan West, New York, New York 10001 and 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

2. I am admitted in, practicing in, and a member in good standing of the bars of the States of California, Delaware, Maryland, New York, Virginia, and of the District of Columbia.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

3. I submit this declaration (this "Seventh Supplemental Declaration") to supplement the disclosures in the declarations of Patrick Fitzgerald dated November 5, 2019 [Docket No. 438] (the "Initial Declaration"), March 16, 2020 [Docket No. 936] (the "First Supplemental Declaration"), May 26, 2020 [Docket No. 1183] (the "Second Supplemental Declaration"), and July 10, 2020 [Docket No. 1370] (the "Third Supplemental Declaration"), the declarations of Anthony W. Clark dated June 15, 2021 [Docket No. 3031] (the "Fourth Supplemental Declaration"), September 21, 2021 [Docket No. 3797] (the "Fifth Supplemental Declaration"), and November 9, 2021 [Docket No. 4088] (the "Sixth Supplemental Declaration," and together with the Initial Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration, the Fourth Supplemental Declaration, and the Fifth Supplemental Declaration, the "Prior Declarations") in support of the Debtors' Application for Order Under 11 U.S.C. § 327(e) Authorizing Employment of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Special Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 438] and the Debtors' Application for Authority to Supplement the Retention and Employment of Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel *Nunc Pro Tunc* to March 6, 2020 [Docket No. 1370] (together, the "Application").[2] In the Prior Declarations, Skadden previously disclosed its current or past representations in matters of parties or potential parties in these Chapter 11 Cases, or their affiliates.

4. The facts set forth below are based either upon my personal knowledge, discussions with other partners, counsel and associates of Skadden, and client/matter records of Skadden reviewed by myself or by associates of Skadden acting under the supervision and

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

direction of Skadden partners working with me on this task, and if called as a witness I would testify competently thereto.

5.  Since the filing of the Prior Declarations, Skadden has engaged in further monitoring of the connections of its partners, counsel, and associates with respect to the matters contained in the Prior Declarations, and has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these Chapter 11 Cases. In preparing this Seventh Supplemental Declaration, Skadden conducted additional searches for new parties in interest that have been identified by the Debtors since the Prior Declarations, as of April 4, 2022, which parties are reflected in **Exhibit 1**.

6.  As a result of Skadden's ongoing review of these matters, Skadden discloses that, in addition to the entities or individuals previously disclosed in the Prior Declarations, Skadden currently represents the entities presented in bold italics on **Exhibit 1** or their affiliates, and has in the past represented the entities presented in italics on **Exhibit 1** or their affiliates. Such representations are not, have not been, and will not be adverse to the Debtors with respect to the matters on which Skadden is to be employed. In addition, Skadden makes the following additional specific disclosures.

7.  **Other**. One of the parties newly identified by the Debtors is Steve Bullock, who was appointed by the Court as a monitor in the Chapter 11 Cases to report quarterly to the Bankruptcy Court on the Debtors' compliance with its voluntary injunction. In 2014, a then Skadden partner (no longer with the firm) hosted and paid out of personal funds for a fundraising event at Skadden for Mr. Bullock. In addition, in 2019, a Skadden partner hosted and paid out of personal funds for a fundraising event for Mr. Bullock. Neither of these parties billed time to Purdue matters.

8.  **Endo**.  Skadden disclosed in its Prior Declarations that it represents Endo International plc ("Endo") as lead national coordinating counsel in opioid product litigation (the "Endo Coordinating Engagement"), and that such representation has not been, is not, and will not be adverse to the Debtors with respect to the matters for which Skadden was retained by the Debtors.  On August 16, 2022, Endo and certain of its subsidiaries commenced Chapter 11 proceedings in the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which cases are being jointly administered under Case No. 22-22549 (the "Endo Chapter 11 Cases").  Skadden represents Endo and its subsidiaries in the Endo Chapter 11 Cases as restructuring counsel (the "Endo Restructuring Engagement" and together with the Endo Coordinating Engagement, the "Endo Engagements").  Skadden's retention by Endo is currently pending before the Bankruptcy Court.  Skadden does not believe that either of the Endo Engagements encompass any adversity as to the Debtors with respect to the Services provided by Skadden to the Debtors.  As previously disclosed, Skadden has established an internal screening mechanism or an "Ethical Wall" between those attorneys who worked on or will work on the Endo Engagements and the attorneys who will work on or have previously spent significant time working on Purdue matters.[3]  I do not believe that Skadden's engagement on behalf of Endo precludes Skadden from meeting the requirement of Bankruptcy Code section 327(e) that Skadden "does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter[s] on which [Skadden] is to be employed."

9.  **Sackler Representation**.  In 2012, Skadden briefly represented Jonathan Sackler in connection with limited advice on matters unrelated to Purdue or the pharmaceutical industry.  None of the attorneys who worked on this representation have worked on Purdue

---

[3] In limited instances, attorneys who previously had a *de minimis* role in Purdue matters now work on Endo
*(continued. . .)*

4

matters and none of the attorneys who worked on this representation are currently employed at Skadden.[4]

10. **Prior Representation of Skadden Attorneys and Legal Assistants.** In addition, prior to joining Skadden, certain attorneys, summer associates and legal assistants represented parties in interest that are adverse to Purdue and/or were co-defendants with Purdue in their prior employment. Skadden has established formal screening procedures or an "Ethical Wall" with respect to these attorneys, summer associates and legal assistants to ensure that they do not exchange any information protected as confidential with respect to either their prior representations or any of the Debtors.

(a) Prior to joining Skadden, an associate who is expected to join Skadden's District of Columbia office in October 2022, represented McKesson Corporation and PSS World Medical, Inc. on opioid-related matters while employed at Covington & Burling LLP. Prior to hiring this associate, Skadden obtained a waiver from McKesson Corporation and PSS World Medical Inc. This associate will not have any involvement in the Purdue matters or Endo matters.

(b) Prior to joining Skadden, a legal assistant located in Skadden's Wilmington office assisted Accord Healthcare Inc. ("Accord") in connection with the following case involving patent infringement issues *Purdue Pharma L.P. v. Accord Healthcare Inc. D. Del. 20-1362-RGA* while employed at Greenberg Traurig LLP. This legal assistant has not had and will not have any involvement in the Purdue matters or Endo matters.

(c) Prior to joining Skadden, a former summer associate (during the summer of 2022) located in Skadden's New York office conducted legal research for Dr. Richard S. Sackler and Jonathan D. Sackler while employed as a summer associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP. Prior to hiring this summer associate, Skadden obtained a waiver from Dr. Richard S. Sackler and Jonathan D. Sackler. This summer associate did not have any involvement in the Purdue matters or Endo matters while employed at Skadden.

(d) Prior to joining Skadden, a former summer associate (during the summer of 2022) located in Skadden's New York office prepared materials for Viatris,

---

*(continued from previous page)*
matters instead.

[4] Total time spent on this representation was less than 30 hours over a period of less than two months.

Inc. ("Viatris") related to *In re Opioid Litigation., Inc.* while employed as a summer associate at Hogan Lovells US LLP. Prior to employing this summer associate, Skadden obtained a waiver from Viatris. This summer associate did not have any involvement in the Purdue matters or Endo matters while employed at Skadden.

11.     Skadden will continue to conduct due diligence and will file additional supplemental declarations to the extent necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief, and after reasonable inquiry.

Dated: Los Angeles, California
November 17, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/      Van C. Durrer II*
Van C. Durrer II
300 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 687-5200
Fax: (213) 621-5200

*Special Counsel to Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Additional Parties-In-Interest**

**EXHIBIT 1**
List of Additioal Potential Parties in Interest

*Italicized entries are former clients or their affiliates from unrelated matters.*

***Bold italicized entries are current clients or their affiliates from unrelated matters.***

| Category | Party in Interest |
|---|---|
| Current Directors and Officers | DONOGH MCGUIRE |
| Current Directors and Officers | DR. SAJJAN DANIEL |
| Current Directors and Officers | HUSSEIN GHNAIMEH |
| Current Directors and Officers | JOSEPH NORTHINGTON |
| Current Directors and Officers | JULIE DUCHARME |
| Current Directors and Officers | KAREN LAUREL |
| Current Directors and Officers | MARC L. KESSELMAN |
| Current Directors and Officers | MARGARET FELTZ |
| Current Directors and Officers | MICHAEL RONNING |
| Current Directors and Officers | MONICA KWARCINSKI |
| Current Directors and Officers | RICHARD W. SILBERT |
| Current Directors and Officers | ROXANA ALEALI |
| Current Directors and Officers | SAILAJA BHASKAR, PH.D. |
| Current Directors and Officers | SARAH ROBERTSON |
| Current Directors and Officers | TERRENCE RONAN |
| Former Directors and Officers | AARON GRAHAM |
| Former Directors and Officers | ALAN BUTCHER |
| Former Directors and Officers | ANTHONY C. SANTOPOLO, M.D. |
| Former Directors and Officers | BENJAMIN OSHLACK |
| Former Directors and Officers | BERT WEINSTEIN |
| Former Directors and Officers | CARL GRAF |
| Former Directors and Officers | CAROLINE CHOMIAK |
| Former Directors and Officers | CHRISTIAN MAZZI |
| Former Directors and Officers | DANIELLE NELSON |
| Former Directors and Officers | DAVID E. LONG |
| Former Directors and Officers | DAVID LONG |
| Former Directors and Officers | DAVID S. FOGEL |
| Former Directors and Officers | DAVID VOLOSIN |
| Former Directors and Officers | DENNIS A. MERLO |
| Former Directors and Officers | DON KYLE |
| Former Directors and Officers | ECKHARD MUHLHAUSER |
| Former Directors and Officers | EDWARD ALBRIGHT |
| Former Directors and Officers | EDWARD MURRAY |
| Former Directors and Officers | FRED SCHAEFER |
| Former Directors and Officers | FREDERICK A. SEXTON |
| Former Directors and Officers | GARY STILES, M.D. |
| Former Directors and Officers | GLENN VAN BUSKIRK |
| Former Directors and Officers | HANS PETER KIRCHGAESSNER |
| Former Directors and Officers | HOLBROOK BUGBEE |
| Former Directors and Officers | HOWARD R. UDELL |
| Former Directors and Officers | JAMES DOLAN |
| Former Directors and Officers | JAMES DOYLE |
| Former Directors and Officers | JEAN-JACQUES CHARHON |
| *Former Directors and Officers* | *JOHN H. STEWART* |
| Former Directors and Officers | JONATHAN G. WHITE |
| Former Directors and Officers | JUDY LEWENT |
| Former Directors and Officers | KATHLEEN M. SCHADY |
| Former Directors and Officers | LARRY A. PICKETT, JR. |
| Former Directors and Officers | LOUIS J. DEBONE |
| Former Directors and Officers | MAHMOUD MAHMOUDIAN |
| Former Directors and Officers | MARK ALFONSO |
| Former Directors and Officers | MARK CHASIN |
| Former Directors and Officers | MARK FLETCHER |
| *Former Directors and Officers* | *MARK TIMNEY* |
| Former Directors and Officers | MARTIN GREENE |
| Former Directors and Officers | MARY E. OGLE |

**EXHIBIT 1**
List of Additioal Potential Parties in Interest

*Italicized entries are former clients or their affiliates from unrelated matters.*

***Bold italicized entries are current clients or their affiliates from unrelated matters.***

| Category | Party in Interest |
|---|---|
| Former Directors and Officers | MICHAEL COLLINS |
| Former Directors and Officers | MICHAEL FRIEDMAN |
| Former Directors and Officers | PAUL D. GOLDENHEIM, M.D. |
| Former Directors and Officers | PHILIP J. PALERMO, PH.D. |
| Former Directors and Officers | RANDY SHAMBLEN |
| Former Directors and Officers | RAUL DAMAS |
| Former Directors and Officers | RICH FANELLI |
| Former Directors and Officers | ROBERT F. KAIKO |
| Former Directors and Officers | ROBERT J. KUPPER |
| Former Directors and Officers | ROBERT REDER |
| Former Directors and Officers | ROBERT SHAPIRO |
| Former Directors and Officers | ROBERT THEBEAU |
| Former Directors and Officers | ROBIN ABRAMS |
| Former Directors and Officers | ROGER W. CROSWELL, PH.D. |
| Former Directors and Officers | RONALD BURCH |
| Former Directors and Officers | RUSS GASDIA |
| Former Directors and Officers | SAEED MOTAHARI |
| Former Directors and Officers | SUSIE ROBINSON |
| Former Directors and Officers | THOMAS L. ANDERSON |
| Former Directors and Officers | TODD BAUMGARTNER, M.D. |
| Former Directors and Officers | VINCENT F. MANCINELLI II |
| Former Directors and Officers | WILLIAM F. HERLIHY |
| Former Directors and Officers | WILLIAM LOOMIS |
| Former Directors and Officers | WILLIAM MALLIN |
| Other Professionals | STEVE BULLOCK (COURT APPOINTED MONITOR) |
| Other Professionals | SULLIVAN & WORCESTER LLP |
| Other Professionals | JUDGE COLLEEN MCMAHON |
| Vendors | A&A PV CONSULTING LIMITED |
| Vendors | ADEN PHARMACOVIGILANCE |
| *Vendors* | *BASF CORPORATION* |
| Vendors | CBTS LLC |
| Vendors | DOVETAIL CONSULTING GROUP LLC |
| Vendors | ICON CLINICAL RESEARCH LIMITED |
| Vendors | INDUSTRIAL PHARMACEUTICAL |
| Vendors | LYNX GROUP LLC |
| ***Vendors*** | ***MARSH MANAGEMENT SERVICES*** |
| Vendors | PEARL MANAGEMENT CONSULTING LLC |
| Vendors | STAGEBIO |
| Vendors | TREASURER STATE OF MAINE BOP |
| ***Vendors*** | ***TRIRX HUNTSVILLE PHARMA SVCS LLC*** |
| Vendors | VIWIT PHARMACEUTICAL CO LTD |