KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PURDUE PHARMA L.P,** *et al.*, | : | **Case No. 19-23649 (RDD)** |
| | : | |
| **Debtors.**[1] | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-SEVENTH MONTHLY FEE STATEMENT OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | October 1, 2022 through and including October 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $41,151.00 |
| **Current Fee Request** | $32,920.80 (80% of $41,151.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $4,978.64 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $37,899.44 |
| **Total Fees and Expenses Inclusive of Holdback** | $46,129.64 |
| **This is a(n):**      X monthly      ___interim application      ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022-4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022-5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $85,743.90 |
| 9/15/2022 5077 | 6/1/2022-6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $458,378.28 |
| 9/27/2022 5098 | 7/1/2022-7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $176,974.99 |
| 10/17/2022 5162 | 8/1/2022-8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $141,135.93 |
| 11/03/2022 5215 | 9/1/2022-9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $98,607.43 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-

Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Seventh Monthly Fee Statement (the "**Statement**") for the period of October 1, 2022 through and including October 31, 2022 (the "**Monthly Fee Period**").

## Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,162.76.[2] The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

## Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $38,255.00 by the total hours of 32.90.

[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $4,320.00 by the total hours of 9.00.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $32,920.80, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $4,978.64.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
     November 21, 2022

Respectfully submitted,

By:   _/s/ Kenneth H. Eckstein_

    Kenneth H. Eckstein
    Rachael Ringer
    Caroline F. Gange
    **KRAMER LEVIN NAFTALIS &**
    **FRANKEL LLP**
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Fax: (212) 715-8000
    Emails:  keckstein@kramerlevin.com
           rringer@kramerlevin.com
           cgange@kramerlevin.com

    *Attorneys for the Ad Hoc Committee of*
    *Governmental and Other Contingent*
    *Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|---|---|---:|---:|
| 00003 | Business Operations | 2.40 | $2,944.50 |
| 00004 | Case Administration | 0.10 | $48.00 |
| 00006 | Employment and Fee Applications | 20.80 | $17,838.00 |
| 00008 | Litigation | 6.80 | $7,237.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 7.60 | $9,974.50 |
| 00010 | Non-Working Travel | 3.20 | $2,848.00 |
| 00011 | Plan and Disclosure Statement | 1.00 | $1,685.00 |
| **Subtotal** | | 41.90 | **$42,575.00** |
| **Less 50% Non-Working Travel** | | | **($1,424.00)** |
| **TOTAL** | | **41.90** | **$41,151.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1215 | 0.90 | $1,093.50 |
| Jonathan S. Caplan | Partner | 1993 | Intellectual Property | 1425 | 2.20 | $3,135.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 3.30 | $5,560.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 0.60 | $840.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1140 | 18.30 | $20,862.00 |
| Sealteil Ortega-Rodriguez | Associate | 2022 | Intellectual Property | 890 | 7.60 | $6,764.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 9.00 | $4,320.00 |
| **Subtotal** | | | | | **41.90** | **$42,575.00** |
| **Less 50% Non-Working Travel** | | | | | | **($1,424.00)** |
| **TOTAL** | | | | | **41.90** | **$41,151.00** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $4,201.38 |
| Lexis Online Research | $125.95 |
| Local Transportation | $57.00 |
| Meals/T&E | $63.91 |
| Out of Town Travel | $474.00 |
| Transcript Fees | $56.40 |
| **TOTAL EXPENSES** | **$4,978.64** |

**EXHIBIT D**

# Kramer Levin



November 11, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 868353
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through October 31, 2022.**

| | |
|---|---:|
| Fees | $42,575.00 |
| Less 50% Discount on Non-Working Travel Matter | (1,424.00) |
| Fee Subtotal | 41,151.00 |
| Disbursements and Other Charges | 4,978.64 |
| **TOTAL BALANCE DUE** | **$46,129.64** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000

KL4 2767734.2



November 11, 2022
Invoice #: 868353
072952
Page 2

### MATTER SUMMARY

**For professional services rendered through October 31, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $4,978.64 | **$4,978.64** |
| 072952-00003 | Business Operations | 2,944.50 | 0.00 | **2,944.50** |
| 072952-00004 | Case Administration | 48.00 | 0.00 | **48.00** |
| 072952-00006 | Employment and Fee Applications | 17,838.00 | 0.00 | **17,838.00** |
| 072952-00008 | Litigation | 7,237.00 | 0.00 | **7,237.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 9,974.50 | 0.00 | **9,974.50** |
| 072952-00010 | Non-Working Travel | 2,848.00 | 0.00 | **2,848.00** |
| 072952-00011 | Plan and Disclosure Statement | 1,685.00 | 0.00 | **1,685.00** |
| **Subtotal** | | **42,575.00** | **4,978.64** | **47,553.64** |
| Less 50% Discount on Non-Working Travel Matter | | | | **(1,424.00)** |
| **TOTAL CURRENT INVOICE** | | | | **$46,129.64** |



November 11, 2022
Invoice #: 868353
072952-00003
Page 3

**Business Operations**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.70 | $850.50 |
| Rosenbaum, Jordan M. | Partner | 0.60 | 840.00 |
| Gange, Caroline | Associate | 1.10 | 1,254.00 |
| **TOTAL FEES** | | **2.40** | **$2,944.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/25/2022 | Rosenbaum, Jordan M. | Attend portion of omnibus hearing. | 0.60 | $840.00 |
| 10/25/2022 | Blabey, David E. | Attend portion of omnibus hearing (0.7). | 0.70 | 850.50 |
| 10/25/2022 | Gange, Caroline | Attend court hearing re pro se matters and adversary proceedings. | 1.10 | 1,254.00 |
| **TOTAL** | | | **2.40** | **$2,944.50** |



November 11, 2022
Invoice #: 868353
072952-00004
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.10 | $48.00 |
| **TOTAL FEES** | | **0.10** | **$48.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/24/2022 | Kane, Wendy | Register KL team for omnibus hearing. | 0.10 | $48.00 |
| **TOTAL** | | | **0.10** | **$48.00** |



November 11, 2022
Invoice #: 868353
072952-00006
Page 5

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 11.90 | $13,566.00 |
| Kane, Wendy | Paralegal | 8.90 | 4,272.00 |
| **TOTAL FEES** | | **20.80** | **$17,838.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/10/2022 | Gange, Caroline | Review September fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.40 | $1,596.00 |
| 10/10/2022 | Kane, Wendy | Review September fee statement for compliance with UST guidelines and local rules. | 0.80 | 384.00 |
| 10/12/2022 | Gange, Caroline | Draft and edit Ninth Interim Fee Application. | 1.80 | 2,052.00 |
| 10/12/2022 | Kane, Wendy | Revise fee application to include amounts owed and prepare exhibits (1.6); compile August fee statement for review (0.1); emails w/ C. Gange and billing re same (0.2); emails w/ AHC professionals re fee statements and file same (0.6). | 2.50 | 1,200.00 |
| 10/13/2022 | Kane, Wendy | Revise ninth interim fee application and exhibits (1.2); email C. Gange re same (0.2). | 1.40 | 672.00 |



November 11, 2022
Invoice #: 868353
072952-00006
Page 6

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/14/2022 | Gange, Caroline | Review and edit AHC professionals interim fee applications. | 2.30 | 2,622.00 |
| 10/14/2022 | Kane, Wendy | Prepare September fee statement and exhibits. | 0.50 | 240.00 |
| 10/17/2022 | Gange, Caroline | Review/edit AHC professionals interim fee applications and preparing for filing. | 4.60 | 5,244.00 |
| 10/17/2022 | Kane, Wendy | Revise August fee statement per R. Ringer comments (0.2); prepare same for filing (0.1); file Otterbourg August fee statement (0.2); file Houlihan July and August fee statements (0.4); review KL interim fee application and exhibits (0.5); compile same for filing (0.2); review and file interim fee applications for Otterbourg, Gilbert, FTI, Houlihan, and Kramer Levin (1.8); service of same and emails w/ professionals re same (0.3). | 3.70 | 1,776.00 |
| 10/18/2022 | Gange, Caroline | Emails w/ fee examiner re fee data. | 0.10 | 114.00 |
| 10/19/2022 | Gange, Caroline | Review September fee statements for privilege/confidentiality and compliance with UST guidelines. | 0.70 | 798.00 |
| 10/20/2022 | Gange, Caroline | Review September fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.00 | 1,140.00 |
| **TOTAL** | | | **20.80** | **$17,838.00** |



November 11, 2022
Invoice #: 868353
072952-00008
Page 7

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Caplan, Jonathan S. | Partner | 1.00 | $1,425.00 |
| Gange, Caroline | Associate | 2.60 | 2,964.00 |
| Ortega-Rodriguez, Sealtiel | Associate | 3.20 | 2,848.00 |
| **TOTAL FEES** | | **6.80** | **$7,237.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/4/2022 | Ortega-Rodriguez, Sealtiel | Monitor closing arguments for Purdue v. Accord; draft summary of same (3.2). | 3.20 | $2,848.00 |
| 10/6/2022 | Caplan, Jonathan S. | Review S. Ortega-Rodriguez summary of trial. | 0.60 | 855.00 |
| 10/10/2022 | Caplan, Jonathan S. | Review and respond to emails re Accord litigation. | 0.40 | 570.00 |
| 10/10/2022 | Gange, Caroline | Draft/edit memo re patent litigation (0.7); emails w/ S. Oretega-Rodriguez re same (0.1). | 0.80 | 912.00 |
| 10/18/2022 | Gange, Caroline | Review Ascent adversary pleadings and emails w/ DPW re same. | 1.00 | 1,140.00 |
| 10/20/2022 | Gange, Caroline | Review draft pleadings re Ascent adversary proceeding. | 0.80 | 912.00 |
| **TOTAL** | | | **6.80** | **$7,237.00** |



November 11, 2022
Invoice #: 868353
072952-00009
Page 8

**Meetings and Communications with Ad-Hoc Committee & Creditors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.20 | $243.00 |
| Caplan, Jonathan S. | Partner | 1.20 | 1,710.00 |
| Eckstein, Kenneth H. | Partner | 2.30 | 3,875.50 |
| Gange, Caroline | Associate | 2.70 | 3,078.00 |
| Ortega-Rodriguez, Sealtiel | Associate | 1.20 | 1,068.00 |
| **TOTAL FEES** | | **7.60** | **$9,974.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/11/2022 | Caplan, Jonathan S. | Prepare for (0.7) and conduct call with client re Purdue trial, next steps (0.5). | 1.20 | $1,710.00 |
| 10/11/2022 | Ortega-Rodriguez, Sealtiel | Prepare for meeting with clients re: Accord trial (0.6), attend client meeting (0.5), and review summary emails (0.1). | 1.20 | 1,068.00 |
| 10/11/2022 | Gange, Caroline | Attend working group call re patent litigation and case status (0.5); draft memo to AHC re patent litigation (1.0). | 1.50 | 1,710.00 |
| 10/13/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,348.00 |
| 10/25/2022 | Eckstein, Kenneth H. | Review Windstream opinion and memo to client re same (1.0). | 1.00 | 1,685.00 |



November 11, 2022
Invoice #: 868353
072952-00009
Page 9

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/25/2022 | Blabey, David E. | Email C. Gange re Windstream decision (0.2). | 0.20 | 243.00 |
| 10/25/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.5). | 0.50 | 842.50 |
| 10/25/2022 | Gange, Caroline | Draft AHC updates re Windstream ruling and court hearing. | 0.80 | 912.00 |
| 10/25/2022 | Gange, Caroline | Attend working group call re case status. | 0.40 | 456.00 |
| **TOTAL** | | | **7.60** | **$9,974.50** |



November 11, 2022
Invoice #: 868353
072952-00010
Page 10

**Non-Working Travel**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ortega-Rodriguez, Sealtiel | Associate | 3.20 | $2,848.00 |
| **TOTAL FEES** | | **3.20** | **$2,848.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/4/2022 | Ortega-Rodriguez, Sealtiel | Travel to/from Accord hearing (3.2). | 3.20 | $2,848.00 |
| **TOTAL** | | | **3.20** | **$2,848.00** |



November 11, 2022
Invoice #: 868353
072952-00011
Page 11

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 1.00 | $1,685.00 |
| **TOTAL FEES** | | **1.00** | **$1,685.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/12/2022 | Eckstein, Kenneth H. | Call with A. Preis, E. Vonnegut re Plan issues (1.0). | 1.00 | $1,685.00 |
| **TOTAL** | | | **1.00** | **$1,685.00** |

# Kramer Levin



November 11, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 868353
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through October 31, 2022.**

Disbursements and Other Charges       4,978.64

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



November 11, 2022
Invoice #: 868353
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $4,201.38 |
| Lexis Online Research | 125.95 |
| Local Transportation | 57.00 |
| Meals/T & E | 63.91 |
| Out-of-Town Travel | 474.00 |
| Transcript Fees | 56.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$4,978.64** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/30/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| 10/31/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$4,201.38** |

**Lexis Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/20/2022 | Blabey David E. | Lexis Online Research | $125.95 |
| **Subtotal** | | | **$125.95** |



November 11, 2022
Invoice #: 868353
072952
Page 2

**Local Transportation**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 9/19/2022 | Ortega-Rodriguez Sealtiel | Sealtiel Ortega-Rodriguez - Travel to Delaware by Amtrak Parking: Expense Date: 09/19/22, Merchant: ParkFast #1 | $19.00 |
| 9/20/2022 | Ortega-Rodriguez Sealtiel | Sealtiel Ortega-Rodriguez - Travel to Delaware by Amtrak Parking: Expense Date: 09/20/22, Merchant: ParkFast#1 | $19.00 |
| 9/21/2022 | Ortega-Rodriguez Sealtiel | Sealtiel Ortega-Rodriguez - Travel to Delaware by Amtrak Parking: Expense Date: 09/21/22, Merchant: ParkFast #1 | $19.00 |
| **Subtotal** | | | **$57.00** |

**Meals/T & E**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 9/19/2022 | Ortega-Rodriguez Sealtiel | Sealtiel Ortega-Rodriguez - Travel to Delaware by Amtrak Meal:Type: Travel Meals, Expense Date: 09/19/22, Merchant: Chelsea Tavern, Guest(s): Sealtiel Ortega-Rodriguez | $23.00 |
| 9/20/2022 | Ortega-Rodriguez Sealtiel | Sealtiel Ortega-Rodriguez - Travel to Delaware by Amtrak Meal:Type: Travel Meals, Expense Date: 09/20/22, Merchant: Dunkin, Guest(s): Sealtiel Ortega-Rodriguez | $29.95 |



November 11, 2022
Invoice #: 868353
072952
Page 3

| 9/21/2022 | Ortega-Rodriguez Sealtiel | Sealtiel Ortega-Rodriguez - Travel to Delaware by Amtrak Meal:Type: Travel Meals, Expense Date: 09/21/22, Merchant: Dunkin, Guest(s): Sealtiel Ortega-Rodriguez | $10.96 |
|---|---|---|---|
| **Subtotal** | | | **$63.91** |

**Out-of-Town Travel**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/19/2022 | Ortega-Rodriguez Sealtiel | Sealtiel Ortega-Rodriguez - Travel to Delaware by Amtrak Train / Rail: Expense Date: 09/19/22, Merchant: Amtrak | $474.00 |
| **Subtotal** | | | **$474.00** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/27/2022 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Purdue Hearing Transcript, Transaction Date: 10/27/22, Invoice Number: 6132781 | $56.40 |
| **Subtotal** | | | **$56.40** |
| **TOTAL** | | | **$4,978.64** |