UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING PRO SE MOTIONS REGARDING PLAN FUNDING DECISIONS

Upon the motions filed on August 2 and 4, 2022 by *pro se* individual Carrie McGaha (the "**Movant**") seeking an order providing that agencies receiving funds generated from the plan are not required to comply with Executive Order 13985 [Dkt. No. 4996, 5002] (together, the "**Motions**"); and the Court having jurisdiction to consider the matters raised in the Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motions and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Motions; and upon the objections of the Debtors [Dkt. No. 5227], and the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

New York [Dkt. No. 5226]; and upon the response of the Movant to the objections [Dkt. No. 5241]; and, after due deliberation and for the reasons set forth on the record of the hearing on the Motions held on November 16, 2022, it is hereby

    ORDERED that the Motions are denied.

Dated:   November 22, 2022
           White Plains, New York

                                             */s/ Sean H. Lane*

                                             THE HONORABLE SEAN H. LANE
                                             UNITED STATES BANKRUPTCY JUDGE