**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF THIRTY-SIXTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | October 1, 2022 through October 31, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $285,466.14 |
| **Less 20% Holdback** | $57,093.23 |
| **Net of Holdback:** | $228,372.91 |
| **Amount of Expense Reimbursement Requested:** | $42,643.48 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $271,016.39 |
| **This is a** | _X_ Monthly ____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-sixth monthly fee statement (the "Thirty-Sixth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from October 1, 2022 through October 31, 2022 (the "Thirty-Sixth Monthly Fee Period"). By this Thirty-Sixth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $271,016.39 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Sixth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Sixth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $9,450.00 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $42,655.86 for the Thirty-Sixth Monthly Fee Period), for an overall voluntary reduction of approximately 15.44%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 15.44% reduction.

hourly billing rate of Jones Day timekeepers during the Thirty-Sixth Monthly Fee Period is approximately $822.67.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-Sixth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-Sixth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-Sixth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Sixth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Sixth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Thirty-Sixth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than December 6, 2022 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Thirty-Sixth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirty-Sixth Monthly Fee Statement.

8.      To the extent that an objection to this Thirty-Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Sixth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Thirty-Sixth Monthly Fee Statement

has been made to this or any other court.

Dated: November 22, 2022          /s/ Anna Kordas
        New York, NY          JONES DAY
                              John J. Normile
                              Anna Kordas
                              250 Vesey Street
                              New York, NY 10281
                              Telephone:    (212) 326-3939
                              Facsimile:    (212) 755-7306
                              Email:        jjnormile@jonesday.com
                                            akordas@jonesday.com

                              *Special Counsel to the Debtors and
                              Debtors in Possession*

**<u>EXHIBIT A</u>**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**OCTOBER 1, 2022 – OCTOBER 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|------|------|------|------|------|------|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 0.5 | $612.50 |
| Anthony C. Chen | 1993 | $1,025.00 | $913.50 | 6.5 | $6,662.50 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 30 | $36,000.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 67.4 | $90,990.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 30.7 | $36,072.50 |
| **TOTAL PARTNER:** | | | | **135.1** | **$170,337.50** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 37.9 | $27,477.50 |
| Chané Buck | 2017 | $645.00 | $561.15 | 4.4 | $2,838.00 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 13.8 | $12,351.00 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 89 | $71,200.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 52.6 | $38,398.00 |
| **TOTAL ASSOCIATE:** | | | | **197.7** | **$152,264.50** |
| **PARALEGAL & STAFF** | | | | | |
| Diane Hughes | N/A | $475.00 | $413.25 | 6.4 | $3,040.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 0.4 | $150.00 |
| Christa Smith | N/A | $400.00 | $348.00 | 1.1 | $440.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 6.3 | $1,890.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **14.2** | **$5,520.00** |
| **TOTAL:** | | | | **347** | **$328,122.00** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER  1, 2022 – OCTOBER 31, 2022**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 0.6 | $810.00 |
| Collegium 961 PGR | 7.5 | $5,817.50 |
| Retention Matters | 31.6 | $26,459.00 |
| Accord Healthcare Inc. | 294.5 | $286,483.00 |
| Confidential Matter I | 12.8 | $8,552.50 |
| **TOTAL** | | **$328,122.00** |
| **13% DISCOUNT** | | **($42,655.86)** |
| **TOTAL FEES** | | **$285,466.14** |

## <u>EXHIBIT C</u>

**EXPENSE SUMMARY**
**<u>OCTOBER 1, 2022 – OCTOBER 31, 2022</u>**

| Expense Category | Total Expenses |
|---|---|
| Printing Charges | $33,073.39 |
| Travel – Food | $151.60 |
| Travel – Hotel | $5,057.80 |
| Travel – Taxi | $567.65 |
| Travel – Train | $2,743.00 |
| Travel – Air | $985.56 |
| Travel – Parking | $24.50 |
| Mailing Charges | $39.98 |
| **TOTAL** | **$42,643.48** |

## EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022

305158.000003
Invoice: 220909221

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---|
| ██████████████████████ | USD | 8,552.50 |
| Less 13% Discount | | (1,111.83) |
| Total Billed Fees | USD | 7,440.67 |
| **TOTAL** | **USD** | **7,440.67** |





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022

305158.610005
Invoice: 220909222

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 810.00 |
| Less 13% Discount | | (105.30) |
| Total Billed Fees | USD | 704.70 |
| **TOTAL** | **USD** | **704.70** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/220909222 WITH YOUR PAYMENT

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 0.60 | 1,350.00 | 810.00 |
| **Total** | **0.60** | **USD** | **810.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
November 17, 2022
Invoice: 220909222

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/17/22 | J J Normile | 0.30 |

Prepare for and participate in teleconference with J. Holdreith regarding case status and scheduling matters.

| 10/23/22 | J J Normile | 0.30 |

Various correspondence with J. Holdreith regarding scheduling matters.

| | **Total** | **0.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022

305158.610022
Invoice: 220909223

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 5,817.50 |
| Less 13% Discount | | (756.28) |
| Total Billed Fees | USD | 5,061.22 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Document Reproduction Charges | 19.70 | |
| | USD | 19.70 |
| **TOTAL** | **USD** | **5,080.92** |

Please remit payment to:

**ACH Transfer (preferred)**         **Wire Transfer**
Citibank, N.A.                       Citibank, N.A.
New York, NY                         New York, NY
Account Name:  Jones Day             Account Name:  Jones Day
Account No:  37026407                Account No:  37026407
ABA No:  021000089                   ABA No:  021000089
                                     Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/220909223 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Page: 2
November 17, 2022
Invoice: 220909223

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 0.50 | 1,225.00 | 612.50 |
| J L Swize | 0.60 | 1,175.00 | 705.00 |
| Associate |  |  |  |
| J R Boule | 6.00 | 725.00 | 4,350.00 |
| Project Assistant |  |  |  |
| Q M Sargent | 0.40 | 375.00 | 150.00 |
| **Total** | **7.50** | **USD** | **5,817.50** |

# JONES DAY

305158.610022

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/03/22 | J R Boule | 2.50 |
| 10/03/22 | Q M Sargent | 0.20 |
| | Update case files with pleadings (0.1); | |
| 10/03/22 | J L Swize | 0.60 |
| 10/05/22 | J R Boule | 3.00 |
| 10/05/22 | G A Castanias | 0.50 |
| 10/05/22 | Q M Sargent | 0.20 |
| | Update case file with pleadings. | |
| 10/06/22 | J R Boule | 0.50 |
| **Total** | | **7.50** |



# JONES DAY

305158.610022                                                                    Page: 4
                                                                    November 17, 2022
Collegium 961 PGR                                          Invoice: 220909223

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 10/03/22 | W E Rhones | WAS | 0.10 | |
| | Photocopying: Black & White (SDUP)-WA- Duplication Center - Xerox 4112  (2)-Oct  3 2022  2:27PM (1 copy @ $0.10 per copy) | | | |
| 10/17/22 | J R Boule | WAS | 19.60 | |
| | Photocopying: Black & White (SDUP)-WA - Duplication Center - Xerox WC Pro 265 (2)-dup request-Oct 17 2022 2:46PM (196 copies @ $0.10 per copy) | | | |
| **Document Reproduction Charges Subtotal** | | | | **19.70** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **19.70** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022

305158.610028
Invoice: 220909224

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 286,483.00 |
| Less 13% Discount | | (37,242.79) |
| Total Billed Fees | USD | 249,240.21 |

### Disbursement & Charges Summary

| | |
|---|---:|
| Document Reproduction Charges | 2,219.50 |
| Imaging Services | 30,834.19 |
| Travel - Air Fare | 985.56 |
| Travel - Food and Beverage Expenses | 151.60 |
| Travel - Hotel Charges | 5,057.80 |
| Travel - Other Costs | 24.50 |
| Travel - Taxi Charges | 567.65 |
| Travel - Train Fare | 2,743.00 |
| United Parcel Service Charges | 39.98 |

|  | | |
|---|---|---:|
| | USD | 42,623.78 ** |
| **TOTAL** | **USD** | **291,863.99** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/220909224 WITH YOUR PAYMENT

** = Food, beverage and entertainment expense in accordance with I R C  Sect  274(e)3, included in this amount is USD151 60

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2
November 17, 2022
Invoice: 220909224

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 30.00 | 1,200.00 | 36,000.00 |
| J J Normile | 65.00 | 1,350.00 | 87,750.00 |
| J L Swize | 30.10 | 1,175.00 | 35,367.50 |
| **Associate** | | | |
| J R Boule | 31.90 | 725.00 | 23,127.50 |
| K McCarthy | 78.50 | 800.00 | 62,800.00 |
| A M Nicolais | 52.60 | 730.00 | 38,398.00 |
| **Paralegal** | | | |
| D L Hughes | 6.40 | 475.00 | 3,040.00 |
| **Total** | **294.50** | **USD** | **286,483.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|



| 10/01/22 | J J Normile | 3.50 |
| 10/01/22 | J L Swize | 0.60 |
| 10/02/22 | J J Normile | 6.30 |
| 10/02/22 | J L Swize | 3.00 |
| 10/03/22 | G J Larosa | 9.00 |
| 10/03/22 | K McCarthy | 5.00 |
| 10/03/22 | A M Nicolais | 4.80 |
| 10/03/22 | J J Normile | 8.00 |
| 10/03/22 | J L Swize | 6.00 |
| 10/04/22 | D L Hughes | 4.80 |

Update files regarding exchanges between counsel during trial.

| 10/04/22 | G J Larosa | 5.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 10/04/22 | K McCarthy | 5.00 |
| 10/04/22 | A M Nicolais | 0.20 |
| 10/04/22 | J J Normile | 4.00 |
| 10/04/22 | J L Swize | 3.00 |
| 10/05/22 | G J Larosa | 1.00 |
| 10/05/22 | K McCarthy | 5.00 |
| 10/05/22 | J J Normile | 2.30 |
| 10/06/22 | J R Boule | 1.50 |
| 10/06/22 | G J Larosa | 3.00 |
| 10/06/22 | K McCarthy | 5.50 |
| 10/06/22 | A M Nicolais | 2.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
November 17, 2022
Invoice: 220909224



| Date | Name | Hours |
|------|------|-------|
| 10/06/22 | J J Normile | 3.00 |
| 10/06/22 | J L Swize | 0.90 |
| 10/07/22 | J R Boule | 1.40 |
| 10/07/22 | K McCarthy | 5.00 |
| | finalize joint trial transcript errata for submission to Court (0.4); | |
| 10/07/22 | J J Normile | 1.50 |
| 10/10/22 | G J Larosa | 2.00 |
| 10/10/22 | K McCarthy | 7.00 |
| | attention to administration of case file and correspondence (1.0); | |
| 10/10/22 | A M Nicolais | 4.00 |
| 10/10/22 | J J Normile | 3.40 |
| 10/11/22 | J R Boule | 2.40 |
| 10/11/22 | K McCarthy | 4.50 |

# JONES DAY



| 10/12/22 | J R Boule | 6.80 |
|---|---|---|

| 10/12/22 | D L Hughes | 0.80 |
|---|---|---|

Update case files.

| 10/12/22 | K McCarthy | 4.00 |
|---|---|---|

| 10/12/22 | A M Nicolais | 0.60 |
|---|---|---|

| 10/12/22 | J J Normile | 1.00 |
|---|---|---|

| 10/13/22 | G J Larosa | 1.00 |
|---|---|---|

| 10/13/22 | K McCarthy | 4.00 |
|---|---|---|

| 10/13/22 | A M Nicolais | 2.00 |
|---|---|---|

| 10/13/22 | J J Normile | 1.00 |
|---|---|---|

| 10/13/22 | J L Swize | 0.30 |
|---|---|---|

| 10/14/22 | K McCarthy | 2.50 |
|---|---|---|

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 10/14/22 | A M Nicolais | 4.60 |
| 10/16/22 | J J Normile | 2.00 |
| 10/17/22 | J R Boule | 2.70 |
| 10/17/22 | G J Larosa | 2.00 |
| 10/17/22 | K McCarthy | 3.00 |
| 10/17/22 | A M Nicolais | 7.50 |
| 10/17/22 | J J Normile | 2.80 |
| 10/17/22 | J L Swize | 2.50 |
| 10/18/22 | K McCarthy | 1.50 |
| 10/18/22 | A M Nicolais | 6.20 |
| 10/18/22 | J J Normile | 1.50 |

# JONES DAY

305158.610028

Page: 8
November 17, 2022
Invoice: 220909224

Accord Healthcare Inc.



| Date | Name | | Hours |
|---|---|---|---|
| 10/19/22 | G J Larosa | | 1.00 |
| 10/19/22 | A M Nicolais | | 6.50 |
| 10/19/22 | J J Normile | | 4.60 |
| 10/20/22 | J R Boule | | 0.20 |
| 10/20/22 | G J Larosa | | 1.00 |
| 10/20/22 | K McCarthy | | 4.50 |
| 10/20/22 | A M Nicolais | | 0.30 |
| 10/20/22 | J J Normile | | 3.50 |
| 10/20/22 | J L Swize | | 0.50 |
| 10/21/22 | J R Boule | | 6.60 |
| 10/21/22 | K McCarthy | | 1.50 |
| 10/21/22 | A M Nicolais | | 0.90 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 9
November 17, 2022
Invoice: 220909224



| 10/21/22 | J J Normile | 5.50 |
| 10/21/22 | J L Swize | 3.00 |
| 10/24/22 | J R Boule | 2.90 |
| 10/24/22 | D L Hughes | 0.80 |

Compile admitted trial exhibits for client and forward by ftp.

| 10/24/22 | K McCarthy | 1.50 |
| 10/24/22 | A M Nicolais | 1.90 |
| 10/24/22 | J J Normile | 5.00 |
| 10/25/22 | J R Boule | 3.20 |
| 10/25/22 | G J Larosa | 2.00 |
| 10/25/22 | K McCarthy | 2.00 |
| 10/25/22 | A M Nicolais | 1.70 |

# JONES DAY



| 10/25/22 | J L Swize | 1.70 |
| 10/26/22 | J R Boule | 2.50 |
| 10/26/22 | K McCarthy | 1.00 |
| 10/26/22 | J J Normile | 1.00 |
| 10/26/22 | J L Swize | 1.50 |
| 10/27/22 | J R Boule | 0.80 |
| 10/27/22 | K McCarthy | 4.00 |
| 10/27/22 | A M Nicolais | 1.50 |
| 10/27/22 | J J Normile | 1.60 |
| 10/27/22 | J L Swize | 2.50 |
| 10/28/22 | K McCarthy | 2.00 |
| 10/28/22 | A M Nicolais | 2.00 |
| 10/28/22 | J J Normile | 1.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 10/29/22 | K McCarthy | 4.00 |
| 10/29/22 | J L Swize | 0.50 |
| 10/30/22 | K McCarthy | 1.00 |
| 10/30/22 | J L Swize | 3.60 |
| 10/31/22 | J R Boule | 0.90 |
| 10/31/22 | G J Larosa | 3.00 |
| 10/31/22 | K McCarthy | 5.00 |
| 10/31/22 | A M Nicolais | 5.40 |
| 10/31/22 | J J Normile | 2.00 |
| 10/31/22 | J L Swize | 0.50 |

**Total**    **294.50**

# JONES DAY

305158.610028

Page: 12
November 17, 2022
Invoice: 220909224

Accord Healthcare Inc.

Disbursement Detail



**JONES DAY**

305158.610028

Accord Healthcare Inc.

**JONES DAY**

305158.610028                                                    Page: 14
                                                         November 17, 2022
Accord Healthcare Inc.                                   Invoice: 220909224

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 15
November 17, 2022
Invoice: 220909224

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022

305158.999007
Invoice: 220909225

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---|
| Retention Matters | USD | 26,459.00 |
| Less 13% Discount | | (3,439.67) |
| Total Billed Fees | USD | 23,019.33 |
| **TOTAL** | **USD** | **23,019.33** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/220909225 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 1.80 | 1,350.00 | 2,430.00 |
| Associate | | | |
| C Buck | 4.40 | 645.00 | 2,838.00 |
| A Kordas | 13.80 | 895.00 | 12,351.00 |
| K McCarthy | 10.50 | 800.00 | 8,400.00 |
| Paralegal | | | |
| C L Smith | 1.10 | 400.00 | 440.00 |
| **Total** | **31.60** | **USD** | **26,459.00** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
November 17, 2022
Invoice: 220909225

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/04/22 | A Kordas | 1.10 |
| | Confer with J. Normile and C. Buck regarding fee application (.4); draft/revise same (.7). | |
| 10/05/22 | C Buck | 2.10 |
| | Draft Ninth Interim Fee application. | |
| 10/10/22 | J J Normile | 1.00 |
| | ██████████████████████████████ | |
| 10/12/22 | K McCarthy | 2.00 |
| | ████████████████████████████████████████ | |
| 10/13/22 | A Kordas | 3.60 |
| | Draft/revise monthly fee statements and interim fee application. | |
| 10/14/22 | C Buck | 0.40 |
| | Finalize thirty-fourth and thirty-fifth fee statements for filing. | |
| 10/14/22 | A Kordas | 4.10 |
| | Draft/revise fee statement and fee application worksheet (1.3); draft/revise two monthly fee statements (1.8); draft/revise fee application (.5); confer with K. McCarthy and C. Buck regarding same (.5). | |
| 10/14/22 | K McCarthy | 2.00 |
| | ██████████████████████████████████████ | |
| 10/14/22 | C L Smith | 0.50 |
| | Communications with Buck regarding filing of Jones Day August and September 2022 monthly statements (.10); prepare monthly statements for filing (.10); forward monthly statements to Buck for review (.10); e-file August and September monthly statements (.10); submit same to notice parties (.10). | |
| 10/15/22 | C Buck | 1.50 |
| | Draft ninth interim fee application. | |
| 10/16/22 | A Kordas | 2.50 |
| | Draft/revise ninth interim fee application (2.2); correspond with K. McCarthy and C. Buck regarding same (.3). | |
| 10/17/22 | C Buck | 0.40 |
| | Finalize interim fee statement for filing. | |
| 10/17/22 | A Kordas | 2.10 |
| | Draft/revise ninth interim fee application (1.5); correspond with J. Normile, K. McCarthy, C. Buck regarding same (.3); coordinate filing and service with DPW (.3). | |
| 10/17/22 | K McCarthy | 5.00 |
| | ████████████████████████████████████████ | |
| 10/17/22 | J J Normile | 0.80 |
| | Review Ninth Interim Fee Petition and related teleconferences with A. Kordas. | |
| 10/17/22 | C L Smith | 0.60 |
| | Review Buck email regarding exhibits for Jones Day interim fee application(.10); prepare exhibits for interim fee | |

# JONES DAY

305158.999007

Retention Matters

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | application and forward same to Buck (.20); prepare Jones Day interim fee application for filing (.10); emails with Buck regarding same (.10); e-file same (.10). | |
| 10/20/22 | K McCarthy | 1.50 |
| 10/28/22 | A Kordas | 0.40 |
| | Confer with C. McDonald regarding fee statements (.2); correspond with C. Buck regarding same (.2). | |
| | **Total** | **31.60** |