**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>(Jointly Administered) |

**OMNIBUS ORDER GRANTING NINTH INTERIM FEE APPLICATIONS OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on <u>**Schedule A**</u> hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from May 1, 2022 (or the effective date of retention) through and including August 31, 2022 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the Applications in accordance with the Fee Examiner Order; and the Fee Examiner and each Applicant having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to the interim allowance and payment of each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the column headings "Fees Allowed for Ninth Interim Fee Application" and "Expenses Allowed for Ninth Interim Fee Application"; and the total amount of each Applicant's fees and expenses sought in the Fee Period together with the amounts allowed pursuant to prior Fee Applications being set forth on **Schedule B** hereto; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2)  and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529], and it appearing that no other or further notice need be provided; and a hearing having been held on November 16, 2022 to consider the Applications (the "Hearing") and there being no objections to the relief granted herein; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

    IT IS HEREBY ORDERED THAT:

1.    The Applications are granted as set forth on **Schedule A** hereto.

2.  The Applicants are awarded, on an interim basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by the Applicants, in the amounts set forth under the column headings "Fees Allowed for Ninth Interim Fee Application" and "Expenses Allowed for Ninth Interim Fee Application" on **Schedule A** hereto.

3.  The Debtors are authorized and directed to pay the Applicants promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for Ninth Interim Fee Application" and "Expenses Allowed for Ninth Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4.  This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

5.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 23, 2022
       White Plains, New York

                                                */s/ Sean H. Lane*
                                                HONORABLE SEAN H. LANE
                                                UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

**Interim Fee Applications: May 1, 2022 through August 31, 2022**

<u>Case No:</u> **19-23649 (SHL)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Ninth Interim Fee Application | Expenses Requested on Ninth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Ninth Interim Fee Application | Expenses Allowed for Ninth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| | | **Debtors' Professionals** | | | | | |
| AlixPartners, LLP | October 17, 2022 ECF No. 5155 | $1,583,239.00 | $315,111.46 | $12,500.00 | $0.00 | $1,570,739.00 | $315,111.46 |
| Arnold & Porter Kaye Scholer LLP | October 14, 2022 ECF No. 5135 | $224,206.14 | $5,910.80 | $12,000.00 | $0.00 | $212,206.14 | $5,910.80 |
| Davis Polk & Wardwell LLP | October 17, 2022 ECF No. 5152 | $5,992,845.00 | $100,555.44 | $50,005.13 | $0.00 | $5,942,839.87 | $100,555.44 |
| Dechert LLP | October 14, 2022 ECF No. 5136 | $896,323.05 | $1,269.32 | $8,500.00 | $0.00 | $887,823.05 | $1,269.32 |
| Ernst & Young LLP | September 30, 2022 ECF No. 5109 | $67,000.00 | $0.00 | $0.00 | $0.00 | $67,000.00 | $0.00 |
| Grant Thornton LLP[2] | October 12, 2022 ECF No. 5130 | $41,101.50 | $19,200.20 | $0.00 | $0.00 | $41,101.50 | $19,200.20 |

---

[2] By its Interim Fee Application filed on October 12, 2022, Grant Thornton LLP also seeks approval and allowance of fees and expenses paid to Grant Thornton LLP for tax-related services provided to the Debtors in the ordinary course of the Debtors' business which, in the period from May 1, 2022 to August 31, 2022, totaled $39,899.80.

| Applicant | Date and Docket Number of Application | Fees Requested on Ninth Interim Fee Application | Expenses Requested on Ninth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Ninth Interim Fee Application | Expenses Allowed for Ninth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Jones Day | October 17, 2022 ECF No. 5163 | $1,150,485.39 | $339,454.17 | $1,540.00 | $375.30 | $1,148,945.39 | $339,078.87 |
| King & Spalding LLP[3] | October 17, 2022 ECF No. 5150 | $1,577,209.96 | $11,242.48 | $2,860.00 | $0.00 | $1,574,349.96 | $11,242.48 |
| Latham & Watkins LLP | October 17, 2022 ECF No. 5151 | $69,248.70 | $689.12 | $20,000.00 | $0.00 | $49,248.70 | $689.12 |
| PJT Partners LP | October 10, 2022 ECF No. 5122 | $900,000.00 | $0.00 | $0.00 | $0.00 | $900,000.00 | $0.00 |
| Reed Smith LLP[4] | October 17, 2022 ECF No. 5156 | $1,662,061.00 | $8,228.06 | $20,205.80 | $0.00 | $1,641,855.20 | $8,228.06 |
| Skadden, Arps, Slate, Meagher & Flom LLP | October 17, 2022 ECF No. 5181 | $3,642,964.58 | $260,967.74 | $1,707.00 | $0.00 | $3,641,257.58 | $260,967.74 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | October 17, 2022 ECF No. 5174 | $2,148,032.50 | $19,597.14 | $25,000.00 | $1,077.00 | $2,123,032.50 | $18,520.14 |

---

[3] By its Interim Fee Application filed on October 17, 2022, King & Spalding LLP seeks approval and allowance of fees for the period of April 1, 2022 through and including August 31, 2022.

[4] By its Interim Fee Application filed on October 17, 2022, Reed Smith LLP seeks approval and allowance of fees for the period of March 1, 2022 through and including August 31, 2022.

| Applicant | Date and Docket Number of Application | Fees Requested on Ninth Interim Fee Application | Expenses Requested on Ninth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Ninth Interim Fee Application | Expenses Allowed for Ninth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Bedell Cristin Jersey Partnership | October 17, 2022 ECF No. 5176 | $11,227.50 | $0.00 | $0.00 | $0.00 | $11,227.50 | $0.00 |
| Cole Schotz P.C. | October 17, 2022 ECF No. 5175 | $438,301.80 | $1,154.78 | $0.00 | $0.00 | $438,301.80 | $1,154.78 |
| Jefferies LLC | October 17, 2022 ECF No. 5177 | $900,000.00 | $9,669.25 | $0.00 | $0.00 | $900,000.00 | $9,669.25 |
| Kurtzman Carson Consultants LLC | October 17, 2022 ECF No. 5179 | $42,178.39 | $4,751.69 | $0.00 | $0.00 | $42,178.39 | $4,751.69 |
| Province, LLC | October 17, 2022 ECF No. 5178 | $1,810,785.51 | $187.80 | $0.00 | $0.00 | $1,810,785.51 | $187.80 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | | | |
| Brown Rudnick LLP | October 18, 2022 ECF No. 5182 | $131,115.00 | $3,619.44 | $0.00 | $0.00 | $131,115.00 | $3,619.44 |
| FTI Consulting, Inc. | October 17, 2022 ECF No. 5161 | $240,216.50 | $0.00 | $5,000.00 | $0.00 | $235,216.50 | $0.00 |
| Gilbert LLP | October 17, 2022 ECF No. 5158 | $2,001,309.50 | $28,863.90 | $25,424.20 | $0.00 | $1,975,885.30 | $28,863.90 |
| Houlihan Lokey Capital, Inc. | October 17, 2022 ECF No. 5164 | $800,000.00 | $678.26 | $0.00 | $0.00 | $800,000.00 | $678.26 |

| Applicant | Date and Docket Number of Application | Fees Requested on Ninth Interim Fee Application | Expenses Requested on Ninth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Ninth Interim Fee Application | Expenses Allowed for Ninth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | October 17, 2022 ECF No. 5180 | $599,076.00 | $263,157.10 | $0.00 | $0.00 | $599,076.00 | $263,157.10 |
| Otterbourg, P.C. | October 17, 2022 ECF No. 5159 | $49,652.00 | $0.00 | $0.00 | $0.00 | $49,652.00 | $0.00 |
| **Multi-State Governmental Entities Group** | | | | | | | |
| Caplin & Drysdale, Chartered[5] | October 19, 2022 ECF No. 5184 | $870,355.00 | $24,464.64 | $2,500.00 | $0.00 | $867,855.00 | $24,464.64 |
| **The Nine's Professionals** | | | | | | | |
| Kleinberg, Kaplan, Wolff & Cohen P.C. | October 17, 2022, ECF No. 5173 | $350,020.00 | $132.01 | $0.00 | $0.00 | $350,020.00 | $132.01 |
| **Fee Examiner** | | | | | | | |
| Bielli & Klauder, LLC | October 12, 2022 ECF No. 5127 | $220,000.00 | $0.00 | $0.00 | $0.00 | $220,000.00 | $0.00 |

**Dated On Which Order Was Signed: 11/23/2022**                               **INITIALS: SHL USBJ**

---

[5] By its Interim Fee Application filed on October 19, 2022, Caplin & Drysdale, Chartered seeks approval and allowance of fees and expenses for the period of February 1, 2022 through and including May 31, 2022.

**Schedule B**

**Interim Fee Applications: Petition Date through August 31, 2022**

<u>Case No:</u> **19-23649 (SHL)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Total Fees Requested | Total Fees Paid[6] | Total Expenses Requested | Total Expenses Paid[7] |
|---|---|---|---|---|
| Debtors' Professionals ||||| 
| AlixPartners, LLP | $34,408,650.50 | $34,153,123.76 | $1,567,294.10 | $1,530,058.14 |
| Arnold & Porter Kaye Scholer LLP | $5,328,044.77 | $5,280,995.74 | $71,484.25 | $71,074.29 |
| Davis Polk & Wardwell LLP | $219,251,274.05 | $218,566,170.86 | $2,020,649.52 | $2,012,133.22 |
| Dechert LLP | $24,325,755.65 | $24,198,820.90 | $2,303,171.44 | $2,300,941.85 |
| Ernst & Young LLP | $3,131,460.00 | $3,131,460.00 | $35,787.35 | $35,787.35 |
| Grant Thornton LLP[8] | $949,891.25 | $933,010.80 | $111,647.54 | $111,647.54 |
| Jones Day | $8,415,240.79 | $8,352,882.04 | $663,696.36 | $663,256.46 |

---

[6] Includes amounts to be paid pursuant to this Order.
[7] Includes amounts to be paid pursuant to this Order.
[8] By its Interim Fee Applications, Grant Thornton LLP also seeks approval and allowance of fees and expenses paid to Grant Thornton LLP for tax-related services provided to the Debtors in the ordinary course of the Debtors' business which, from the Petition Date through August 31, 2022, totals $573,505.37.

| Applicant | Total Fees Requested | Total Fees Paid[6] | Total Expenses Requested | Total Expenses Paid[7] |
|---|---|---|---|---|
| King & Spalding LLP | $25,889,546.20 | $25,818,913.26 | $15,396.23 | $15,307.51 |
| Latham & Watkins LLP | $670,749.30 | $646,053.10 | $2,845.82 | $2,845.82 |
| PJT Partners LP | $7,995,000.00 | $7,995,000.00 | $482,637.73 | $481,517.46 |
| Reed Smith LLP | $1,662,061.00 | $1,641,855.20 | $8,228.06 | $8,228.06 |
| Skadden, Arps, Slate, Meagher & Flom LLP | $35,403,240.37 | $35,136,430.83 | $734,357.34 | $734,212.88 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | |
| Akin Gump Strauss Hauer & Feld LLP | $98,620,178.50 | $97,981,797.46 | $4,319,040.40 | $4,302,744.10 |
| Bedell Cristin Jersey Partnership | $856,201.04 | $831,070.24 | $110,676.49 | $110,676.49 |
| Cole Schotz P.C. | $21,936,756.45 | $21,816,962.07 | $4,745.60 | $4,745.60 |
| Jefferies LLC | $7,537,500.00 | $7,537,500.00 | $227,443.08 | $226,244.75 |
| Kurtzman Carson Consultants LLC[9] | $883,920.48 | $878,628.65 | $162,388.54 | $153,940.33 |

---

[9] Total Expenses Requested and Total Expenses Paid each include $704.92 in sales taxes sought but not consolidated with the expense subcategory in applications with respect to the first and second interim fee periods.

| Applicant | Total Fees Requested | Total Fees Paid[6] | Total Expenses Requested | Total Expenses Paid[7] |
|---|---|---|---|---|
| Province, LLC | $33,747,533.54 | $33,614,066.51 | $53,813.27 | $48,833.09 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | |
| Brown Rudnick LLP | $13,519,413.50 | $13,228,864.73 | $74,724.97 | $72,799.08 |
| FTI Consulting, Inc. | $13,120,034.50 | $12,999,605.50 | $29,324.85 | $29,324.85 |
| Gilbert LLP | $18,545,322.25 | $18,368,069.39 | $193,697.83 | $191,939.06 |
| Houlihan Lokey Capital, Inc. | $6,400,000.00 | $6,400,000.00 | $40,235.49 | $38,496.41 |
| Kramer Levin Naftalis & Frankel LLP | $25,336,751.25 | $25,164,217.00 | $699,442.85 | $698,606.38 |
| Otterbourg, P.C. | $4,342,668.50 | $4,312,843.05 | $9,701.61 | $9,601.61 |
| **Multi-State Governmental Entities Group** | | | | |
| Caplin & Drysdale, Chartered | $6,186,191.50 | $6,131,718.85 | $141,794.06 | $134,188.41 |
| **The Nine's Professionals** | | | | |
| Kleinberg, Kaplan, Wolff & Cohen P.C. | $2,784,828.70 | $2,784,828.70 | $89,580.02 | $89,580.02 |

| Applicant | Total Fees Requested | Total Fees Paid[6] | Total Expenses Requested | Total Expenses Paid[7] |
|---|---|---|---|---|
| **Fee Examiner** | | | | |
| Bielli & Klauder, LLC | $1,568,375.00 | $1,568,375.00 | $0.00 | $0.00 |

**Dated On Which Order Was Signed: 11/23/2022**     **INITIALS: SHL USBJ**