UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 17, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Seventh Supplemental Declaration of Van C. Durrer, II in Support of Application of Debtors for Authority to Retain and Employ Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 5245]

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: November 22, 2022

*/s/ Shunte Jones*
Shunte Jones

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 22, 2022, by Shunte Jones, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

# Exhibit A

Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Agentis PLLC | Attn: Christopher B. Spuches, Esq. | cbs@agentislaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com |
| Alston & Bird LLP | Attn: William Sugden and Jacob Johnson | will.sugden@alston.com; jacob.johnson@alston.com |
| Alston & Bird LLP | Attn: William Hao | william.hao@alston.com |
| Andrew Ecke | Attn: Andrew Ecke | sagitarianm2004@yahoo.com |
| Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko | aa@andrewsthornton.com; shiggins@andrewsthornton.com; rsiko@andrewsthornton.com |
| Ask LLP | Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq. | eneiger@askllp.com; jchristian@askllp.com |
| Attorney General of Washington | Attn: Dina L. Yunker - Assistant Attorney General | dina.yunker@atg.wa.gov |
| Ballard Spahr LLP | Attn: Tobey M. Daluz and Laurel D. Roglen | daluzt@ballardspahr.com; roglenl@ballardspahr.com |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg | nathan.rugg@bfkn.com |
| Barrett Law Group, P.A. | Attn: John W. Barrett, Esq. | DonBarrettPA@gmail.com |
| Bentley & Bruning P.A. | Attn: Morgan R. Bentley and David A. Wallace | mbentley@bentleyandbruning.com; dwallace@bentleyandbruning.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law | Klaw@bbslaw.com |
| Bielli & Klauder, LLC | Attn: Thomas D. Bielli | tbielli@bk-legal.com |
| Binder & Schwartz LLP | Attn: Eric B. Fisher | efisher@binderschwartz.com |
| Blitman & King LLP | Attn: Daniel R. Brice | drbrice@bklawyers.com |
| BMC Group, Inc. | Attn: T Feil | bmc@ecfAlerts.com |
| Bracewell LLP | Attn: Daniel S. Connolly & Robert G. Burns | daniel.connolly@bracewell.com; robert.burns@bracewell.com |
| Brown & Connery, LLP | Attn: Donald K. Ludman | dludman@brownconnery.com |
| Brown Rudnick LLP | Attn: Steven D. Pohl | spohl@brownrudnick.com |
| Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton | GCicero@brownrudnick.com; DMolton@brownrudnick.com |
| Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | jgarfinkle@buchalter.com; dslate@buchalter.com |
| California Department of Justice | Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart | bernard.eskandari@doj.ca.gov; michelle.burkart@doj.ca.gov; timothy.lundgren@doj.ca.gov |

Exhibit A
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| California Department of Justice | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General | judith.fiorentini@doj.ca.gov |
| Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | kmaclay@capdale.com; jwehner@capdale.com; jliesemer@capdale.com; tphillips@capdale.com |
| Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn | bankruptcy@clm.com |
| Cole Schotz P.C. | Attn: Justin R. Alberto | jalberto@coleschotz.com |
| Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant AG | eric.gold@mass.gov |
| Commonwealth of Pennsylvania | Attn: Carol E. Momjian - Senior Deputy AG | cmomjian@attorneygeneral.gov |
| Consovoy McCarthy PLLC | Attn: J. Michael Connolly | mike@consovoymccarthy.com |
| Cooper Law Firm, LLC | Attn: Celeste Brustowicz, Jessica Detty, & Lisa Richardson | cbrustowicz@clfnola.com; jdetty@clfnola.com; lrichardson@clfnola.com |
| Creadore Law Firm PC | Attn: Donald Creadore | donald@creadorelawfirm.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | Purdue.noticing@dpw.com |
| Debevoise & Plimpton LLP | Attn: Jasmine Ball, Maura Kathleen Monaghan, Jeffrey J. Rosen | jball@debevoise.com; mkmonaghan@debevoise.com; jrosen@debevoise.com |
| Doster, Ullom & Boyle, LLC | Attn: Gregory D. Willard | GWillard@dubllc.com |
| Eglet Adams | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | badams@egletlaw.com; aham@egletlaw.com; eentsminger@egletlaw.com |
| Elizabeth A. Citrin, P.C. | Attn: Elizabeth A. Citrin | elizabeth@elizabethcitrin.com |
| Ellen Isaacs | Attn: Ellen Isaacs | ryansopc@gmail.com |
| Foley & Lardner LLP | Attn: Jill L. Nicholson, and Alissa M. Nann | jcampos@foley.com; jnicholson@foley.com; anann@foley.com |
| Foley & Lardner LLP | Attn: Geoffrey S. Goodman | ggoodman@foley.com |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | panderson@foxswibel.com |
| Frankgecker LLP | Attn: Joseph D. Frank and Jeremy C. Kleinman | jfrank@fgllp.com; jkleinman@fgllp.com |
| Fredrick Hill | | fredhill70@gmail.com |
| Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert | litherlandc@gilbertlegal.com; quinnk@gilbertlegal.com; gilberts@gilbertlegal.com |
| Godfrey & Kahn, S.C. | Attn: Katherine Stadler | kstadler@gklaw.com |

Exhibit A
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Goodwin Procter LLP | Attn: Michael H. Goldstein, & Howard S. Steel | mgoldstein@goodwinlaw.com; hsteel@goodwinlaw.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Attn: Thomas M. Sobol, Lauren G. Barnes | purduebankruptcy@hbsslaw.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Ben Harrington | benh@hbsslaw.com |
| Haug Partners LLP | Attn: John C. Dougherty | jdougherty@haugpartners.com |
| Haug Partners LLP | Attn: David A. Zwally | dzwally@haugpartners.com |
| Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | Caleb.Holzaepfel@huschblackwell.com |
| Jenner & Block, LLP | Attn: Catherine L. Steege, Esq. | CSteege@jenner.com |
| Jenner & Block, LLP | Attn: Richard Levin, Esq. | rlevin@jenner.com |
| Joseph Hage Aaronson LLC | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | mleventhal@jha.com; dpepe@jha.com; pjerdee@jha.com; cstanley@jha.com; gjoseph@jha.com |
| Keller Lenkner LLC | Attn: Seth A. Meyer | sam@kellerlenkner.com |
| Kirkland & Ellis LLP | Attn: Anne G. Wallice | Anne.Wallice@Kirkland.com |
| Kleinberg, Kaplan, Wolff & Cohen, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman | mgold@kkwc.com; rtuchman@kkwc.com |
| Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer | keckstein@kramerlevin.com; rringer@kramerlevin.com |
| Law Offices of Julianne Feliz | Attn: Julianne Feliz-Kidd, C Samuel Sutter | kidesq1@aol.com |
| Levenfeld Pearlstein, LLC | Attn: Harold D. Israel | hisrael@lplegal.com |
| Lite Depalma Greenberg & Afanador, LLC | Attn: Allen J. Underwood II | aunderwood@litedepalma.com |
| Loeb & Loeb LLP | Attn: Vadim J. Rubinstein, Esq | vrubinstein@loeb.com |
| Lowey Dannenberg, PC | Attn: Peter D. St. Phillip | PStPhillip@lowey.com |
| Luskin, Stern & Eisler LLP | Attn: Michael Luskin and Richard Stern | luskin@lsellp.com; stern@lsellp.com |
| Luskin, Stern & Eisler LLP | Attn: Michael Luskin | luskin@lsellp.com |
| MacElree Harvey, Ltd. | Attn: Michael G. Louis | mlouis@macelree.com |
| Marcus & Shapira LLP | Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq. | nowak@marcus-shapira.com; rbarnes@marcus-shapira.com |
| Maria Ecke | Attn: Maria Ecke | sagitarianm2004@yahoo.com |
| Marino, Tortorella & Boyle, P.C. | Attn: Kevin H. Marino, John D. Tortorella | kmarino@khmarino.com; jtortorella@khmarino.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire | gbressler@mdmc-law.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire | mmorano@mdmc-law.com |
| McGrail & Bensinger LLP | Attn: Ilana Volkov | ivolkov@mcgrailbensinger.com |

Exhibit A

Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Milbank LLP | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | guzzi@milbank.com; estodola@milbank.com; alees@milbank.com |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Katherine N. Galle | kngalle@mintz.com |
| Missouri Department of Revenue | Attn: Steven A. Ginther - Special Assistant AG | sdnyecf@dor.mo.gov |
| Mitchell & Speights | Attn: Samuel F. Mitchell | sam@mitchellspeights.com |
| Mololamken LLP | Attn: Justin M. Ellis, Steven F. Molo, Jessica Ortiz | jellis@mololamken.com; smolo@mololamken.com; jortiz@mololamken.com |
| Morgan & Morgan | Attn: James Young | jyoung@forthepeople.com |
| Morgan & Morgan | Attn: Juan R. Martinez | juanmartinez@forthepeople.com |
| Morrison & Foerster LLP | Attn: Alexander G. Rheaume | ARheaume@mofo.com |
| Morrison & Foerster LLP | Attn: Benjamin W. Butterfield | BButterfield@mofo.com |
| Motley Rice LLC | Attn: Michael M. Buchman | mbuchman@motleyrice.com |
| N.C. Department of Justice | Attn: Katherine M. McCraw | kmccraw@ncdoj.gov |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel | nicolas.keller@dfs.ny.gov |
| Office of the Indiana Attorney General | Attn: Heather M. Crockett, Curtis T. Hill Jr. | Heather.Crockett@atg.in.gov |
| Office of the New Jersey State Attorney General | Attn: Lara J. Fogel, Deputy AG | lara.fogel@law.njoag.gov |
| Office of the New York State Attorney General | Attn: Louis J. Testa, Martin A. Mooney | Louis.Testa@ag.ny.gov; Martin.Mooney@ag.ny.gov |
| Office of the New York State Attorney General | Attn: David E. Nachman | David.Nachman@ag.ny.gov |
| Office of the New York State Attorney General | Attn: Kathryn J. Blake, Assistant AG | Kathryn.Blake@ag.ny.gov |
| Office of the New York State Attorney General | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Office of the New York State Attorney General | Attn: Leo V. Gagion | leo.gagion@ag.ny.gov |
| Office of the South Carolina Attorney General | Attn: Jared Q. Libet - Assistant Deputy AG | jlibet@scag.gov |

# Exhibit A

Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Office of the State of Connecticut Attorney General | Attn: Denise S. Mondell, Assistant AG | Denise.Mondell@ct.gov |
| Office of the State of Idaho Attorney General | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | brett.delange@ag.idaho.gov |
| Office of the State of Iowa Attorney General | Attn: William R. Pearson - Assistant AG | william.pearson@ag.iowa.gov |
| Office of the State of Vermont Attorney General | Attn: Jill S. Abrams | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Ohio Attorney General | Attn: Alison L. Archer, Assistant AG | Alison.Archer@ohioattorneygeneral.gov |
| Ohio Attorney General | Attn: Patricia D. Lazich, Assistant AG | Trish.Lazich@ohioattorneygeneral.gov |
| O'Melveny & Myers LLP | Attn: Adam P. Haberkorn | ahaberkorn@omm.com |
| Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | mcyganowski@otterbourg.com; jfeeney@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Ilan D. Scharf | ischarf@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Erin Gray | egray@pszjlaw.com |
| Pennsylvania Office of Attorney General | Attn: Melissa L. Van Eck - Senior Deputy AG | mvaneck@attorneygeneral.gov |
| Peter F. Sottile | Attn: Peter F. Sottile | valleypainter@yahoo.com; sagitarianm2004@yahoo.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop and Andrew V. Alfano | andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh | jryan@potteranderson.com; astulman@potteranderson.com; |
| Pullman & Comley, LLC | Attn: Irve J. Goldman | igoldman@pullcom.com |
| Purdue Pharma L.P. | Attn: President or General Counsel | roxana.aleali@pharma.com |
| RAWLINGS & ASSOCIATES | Attn: Mark D. Fischer | mdf@rawlingsandassociates.com |
| Reed Smith LLP | Attn: Christopher A. Lynch, Alissa K. Piccione | clynch@reedsmith.com; apiccione@reedsmith.com |
| Reed Smith LLP | Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Reich Reich & Reich, P.C. | Attn: Lawrence R. Reich | lreich@reichpc.com |
| Richard Ecke | Attn: Richard Ecke | sagitarianm2004@yahoo.com |
| Ronald S. Bass | Attn: Ronald S. Bass | ronaldbass12345@gmail.com |
| Rosen & Associates, P.C. | Attn: Paris Gyparakis | pgyparakis@rosenpc.com |
| Sahn Ward Coschignano, PLLC | Attn: Joel M. Shafferman | jshafferman@swc-law.com |
| Scott+Scott Attorneys at Law LLP | Attn: Beth Kaswan and Judith S. Scolnick | bkaswan@scott-scott.com |

Exhibit A

Master Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Simpson Thacher & Bartlett LLP | Attn: Elisha D. Graff, Jamie J. Fell, David R. Zylberberg, Bryce L. Friedman, William T. Russell, Jr. | jamie.fell@stblaw.com; egraff@stblaw.com; david.zylberberg@stblaw.com; bfriedman@stblaw.com; wrussell@stblaw.com |
| Spears & Imes LLP | Attn: Linda Imes, Christopher W. Dysard, Reed M. Keefe | limes@spearsimes.com; cdysard@spearsimes.com; rkeefe@spearsimes.com |
| Squire Patton Boggs | Attn: Stephen D. Lerner | stephen.lerner@squirepb.com |
| Squire Patton Boggs | Attn: Stephen D. Lerner | stephen.lerner@squirepb.com |
| State of Alaska Attorney General | Attn: Bankruptcy Department | attorney.general@alaska.gov |
| State of Arizona Attorney General | Attn: Bankruptcy Department | aginfo@azag.gov |
| State of Arkansas Attorney General | Attn: Bankruptcy Department | oag@ArkansasAG.gov |
| State of California Attorney General | Attn: Bankruptcy Department | bankruptcy@coag.gov |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | Attorney.General@ct.gov; Denise.mondell@ct.gov |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Attorney.General@state.DE.US |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | ConsumerInfo@ag.state.la.us |
| State of Maine Attorney General | Attn: Bankruptcy Department | oag.mediation@maine.gov |
| State of Maryland Attorney General | Attn: Bankruptcy Department | oag@oag.state.md.us |
| State of Massachusetts Attorney General | Attn: Bankruptcy Department | ago@state.ma.us |
| State of Michigan Attorney General | Attn: Bankruptcy Department | miag@michigan.gov |
| State of Missouri Attorney General | Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| State of Montana Attorney General | Attn: Bankruptcy Department | contactdoj@mt.gov |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| State of North Carolina Attorney General | Attn: Jessica Sutton | jsutton2@ncdoj.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | ndag@nd.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | consumerhelp@state.sd.us |
| State of Tennessee Attorney General | Attn: Bankruptcy Department | reg.boards@tn.gov |

Exhibit A
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| State of Texas | Attn: Rachel R. Obaldo, Esq. | bk-robaldo@oag.texas.gov |
| State of Texas | Attn: Stephanie Eberhardt | stephanie.eberhardt@oag.texas.gov |
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | uag@utah.gov |
| State of Vermont Attorney General | Attn: Bankruptcy Department | ago.info@vermont.gov |
| State of Virginia Attorney General | Attn: Bankruptcy Department | mailoag@oag.state.va.us |
| State of Washington Attorney General | Attn: Bankruptcy Department | emailago@atg.wa.gov |
| State of West Virginia Attorney General | Attn: Abby Cunningham, Assistant AG for West Virginia | Abby.G.Cunningham@wvago.gov |
| Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com; cp@stevenslee.com |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn: Sander L. Esserman and Peter C. D'Apice | esserman@sbep-law.com; dapice@sbep-law.com |
| Sullivan & Worcester LLP | Attn: Jeffrey R. Gleit, Allison H. Weiss | jgleit@sullivanlaw.com; aweiss@sullivanlaw.com |
| Sun Pharmaceutical Industries Inc. | Attn: Jenna Pellecchia | Jenna.Pellecchia@sunpharma.com |
| Tarter Krinsky & Drogin LLP | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | smarkowitz@tarterkrinsky.com; rcavaliere@tarterkrinsky.com; mbrownstein@tarterkrinsky.com |
| Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division | Marvin.Clements@ag.tn.gov |
| The Reporters Committee for Freedom of the Press | Attn: Katie Townsend | ktownsend@rcfp.org |
| Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq. | jblask@tuckerlaw.com |
| VSCP Law | Attn: Gregory Spizer | gspizer@vscplaw.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | twaldrep@waldrepllp.com; jlyday@waldrepllp.com; jlanik@waldrepllp.com |
| White & Case LLP | Attn: Thomas E. Lauria, Laura L. Femino | tlauria@whitecase.com; laura.femino@whitecase.com |
| White & Case LLP | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase | cshore@whitecase.com; michele.meises@whitecase.com; alice.tsier@whitecase.com |
| Wilk Auslander LLP | Attn: Eric J. Snyder | esnyder@wilkauslander.com |