# Exhibit A

## OCP Statement

19-23649-shl    Doc 5262-1    Filed 11/30/22    Entered 11/30/22 20:37:28    Exhibit A-
OCP Statement    Pg 2 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (SHL)

OCP Payment Report - Three Month Fee Average
October 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 22,735,619 | 850,841 | 852,366 | 826,196 | 812,501 | 718,749 | 676,469 | 606,655 | 529,508 | 511,178 | 476,175 | 487,010 | 493,301 | 440,434 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 7,173,840 | 170,208 | 163,830 | 160,914 | 146,817 | 132,647 | 124,350 | 119,369 | 125,699 | 118,159 | 122,332 | 122,495 | 147,620 | 149,785 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 374,194 | 3,430 | 4,671 | 4,277 | 4,455 | 2,278 | 1,500 | 413 | 437 | 616 | 493 | 655 | 442 | 446 |
| OCP Total | Total | | 32,000,000 | 30,283,653 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 65,078 | 1,121 | 802 | 2,087 | 1,973 | 1,973 | | | 2,467 | 2,674 | 2,746 | 1,287 | 1,080 | 1,009 |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | 29 | 29 | | 144 | 144 | 144 | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 805,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 47,630 | 758 | 1,560 | 1,512 | 1,085 | | | | | | | 7 | 17 | 17 |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | 5,093 | 2,163 | 635 | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | | | | | 446 | 446 | 446 | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | 3,933 | 2,396 | 1,357 | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 5,158 | 136 | 136 | | | | | 39 | 39 | 39 | 117 | 117 | 117 | 58 | 58 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | 61,555 | 319 | 319 | 582 | 328 | 328 | 709 | 709 | 1,558 | 1,344 | 3,294 | 2,870 | 2,931 | 1,410 |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 661 | 518 | 92 | 18 | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,810,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 33,333 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 52,507 | 1,112 | 1,195 | 811 | 83 | | | | | | 83 | 146 | 146 | 208 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 291,524 | 7,078 | 6,679 | 4,732 | 4,234 | 5,617 | 6,499 | 8,105 | 6,805 | 5,724 | 5,170 | 5,624 | 5,202 | 4,551 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 320 | 136 | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 735 | 12 | 12 | 23 | 47 | 58 | 93 | 58 | 82 | 35 | 93 | 58 | 93 | 35 |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 343 | 36 | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | 15 | 29 | 29 | 15 | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,339 | 178 | 7 | 7 | | | | 7 | 7 | 7 | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | | 1,010 | 1,010 | 1,010 | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 195,023 | 7,818 | 7,507 | 5,144 | 5,311 | 3,738 | 6,094 | 5,102 | 5,753 | 5,350 | 9,650 | 10,124 | 8,374 | 4,396 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 232,621 | 4,407 | 2,490 | 4,636 | 4,690 | 6,194 | 4,197 | 8,658 | 7,082 | 5,716 | 692 | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 1,019,122 | 17,079 | 11,941 | 17,811 | 17,327 | 17,486 | 11,776 | 12,115 | 12,968 | 11,317 | 8,877 | 4,545 | 5,033 | 9,634 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 48,017 | 187 | 187 | 845 | 1,288 | 1,312 | 1,246 | 803 | 1,477 | 698 | 757 | 58 | 717 | 658 |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | | 508 | 508 | 508 | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 753,100 | 15,594 | 11,710 | 10,305 | 8,688 | 10,132 | 12,665 | 14,194 | 17,128 | 16,065 | 14,697 | 11,691 | 16,740 | 20,530 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,236,386 | 18,520 | 30,840 | 32,222 | 31,915 | 20,387 | 19,425 | 18,415 | 19,473 | 18,298 | 18,491 | 17,346 | 17,801 | 21,336 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 154,029 | 6,243 | 7,751 | 10,189 | 11,537 | 9,490 | 6,178 | 3,895 | 3,556 | 4,660 | 4,167 | 5,882 | 5,585 | 5,112 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,525,000 | 5,335,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 129,667 | 112,333 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 220,157 | 3,165 | 10,468 | 11,232 | 10,401 | 3,507 | 2,390 | 1,622 | 720 | 1,511 | 3,464 | 7,308 | 33,636 | 31,664 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 392,065 | 25,156 | 30,322 | 22,290 | 15,966 | 7,021 | 1,045 | 1,212 | 1,212 | 594 | 427 | 427 | 351 | 351 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,389 | | | | 474 | 474 | 525 | 128 | 128 | 77 | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 20,527 | 2,796 | 1,782 | 2,241 | 3,619 | 3,619 | 2,196 | | | | | | 27 | 27 |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 1,259 | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | | |

Page 1 of 6

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,750,000 | 1,396,893 | 57,433 | 48,550 | 41,332 | 36,368 | 45,767 | 53,464 | 75,745 | 63,500 | 67,606 | 52,733 | 83,558 | 132,356 | 125,926 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | 1,153 | 1,153 | 903 | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 547,464 | 12,752 | 10,581 | 6,838 | 4,438 | 6,276 | 10,603 | 10,419 | 9,949 | 8,362 | 10,657 | 11,764 | 9,653 | 6,979 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 283,542 | 212,406 | 229,041 | 200,616 | 181,446 | 110,489 | 68,698 | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 14,967 | | | | | 889 | 902 | 902 | 14 | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,500,000 | 2,972,258 | 96,362 | 128,848 | 143,170 | 208,880 | 197,048 | 200,716 | 140,354 | 124,138 | 96,096 | 65,910 | 62,359 | 59,157 | 58,538 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 825,266 | 14,842 | 14,438 | 16,344 | 16,286 | 15,634 | 15,552 | 14,957 | 15,283 | 12,173 | 11,578 | 10,099 | 9,811 | 7,334 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 148,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 59 | 74 | 74 | 51 | 22 | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 607,103 | 8,270 | 7,677 | 10,445 | 12,077 | 15,080 | 15,557 | 12,567 | 11,860 | 15,215 | 17,781 | 23,023 | 17,899 | 21,791 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,504,470 | 136,265 | 176,472 | 129,001 | 84,405 | 19,249 | 19,928 | 24,615 | 38,451 | 45,909 | 51,443 | 44,774 | 36,147 | 34,770 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 146,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 497,033 | 10,131 | 9,354 | 10,760 | 7,266 | 5,913 | 6,341 | 8,169 | 9,463 | 6,972 | 3,568 | 2,291 | 5,081 | 8,840 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 9,535 | 541 | 551 | 10 | 234 | 224 | 224 | 181 | 181 | 380 | 199 | 328 | 128 | 128 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,700,000 | 2,397,811 | 57,313 | 55,760 | 49,793 | 48,629 | 51,658 | 71,248 | 73,169 | 79,864 | 80,552 | 89,907 | 81,974 | 68,174 | 54,197 |

[1] Represents Fees since the Commencement Date

In re: PURDUE PHARMA L.P., et al.

19-23649-shl    Doc 5262-1    Filed 11/30/22    Entered 11/30/22 20:37:28    Exhibit A-
OCP Statement    Pg 4 of 7

OCP Payment Report - Monthly Fees
October 2022

Case No.: 19-23649 (SHL)

| Name | Tier | Rolling Cap | Case Cap | Case Total | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 22,735,619 | 825,001 | 957,841 | 695,745 | 783,918 | 676,583 | 568,904 | 574,476 | 445,144 | 513,912 | 469,470 | 477,649 | 532,785 | 310,868 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 7,173,840 | 162,023 | 158,104 | 162,615 | 119,731 | 115,596 | 137,724 | 104,788 | 134,584 | 115,105 | 117,308 | 135,073 | 190,480 | 123,803 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 374,194 | 3,520 | 6,565 | 2,745 | 4,053 | 35 | 410 | 795 | 105 | 948 | 425 | 594 | 309 | 437 |
| OCP Total | Total | | 32,000,000 | 30,283,653 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 65,078 | 341 | | 5,919 | | | | | 7,402 | 621 | 215 | 3,026 | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | | | | | | 432 | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 805,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 47,630 | 1,282 | 3,255 | | | | | | | | | 22 | 29 | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | 1,904 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | | | | | | 1,338 | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | 4,072 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 5,158 | | | | | | | | 117 | | 350 | | 175 | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | 61,555 | 763 | | 983 | | | 2,128 | | 2,547 | 1,485 | 5,849 | 1,277 | 1,667 | 1,286 |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 220 | 55 | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 1 | 75,000 | 2,000,000 | 1,810,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 2 | 30,000 | 360,000 | 52,507 | 2,184 | 250 | | | | | | | | 250 | 187 | | 437 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 291,524 | 5,073 | 5,907 | 3,218 | 3,577 | 10,058 | 5,864 | 8,395 | 6,156 | 2,623 | 6,731 | 7,520 | 1,357 | 4,776 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 735 | 35 | | 35 | 105 | 35 | 140 | | 105 | | 175 | | 105 | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | | 44 | 44 | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,339 | 20 | | | | | | | 21 | | | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | | 3,030 | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 195,023 | 4,281 | 8,855 | 2,298 | 4,782 | 4,136 | 9,363 | 1,807 | 6,089 | 8,154 | 14,706 | 7,511 | 2,904 | 2,772 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 232,621 | 1,528 | 2,292 | 10,087 | 1,689 | 6,805 | 4,097 | 15,073 | 2,076 | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 1,019,122 | 12,032 | 10,361 | 31,041 | 10,577 | 10,839 | 13,910 | 11,595 | 13,400 | 8,958 | 4,274 | 403 | 10,423 | 18,077 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 48,017 | | | 2,535 | 1,330 | 73 | 2,335 | | 2,095 | | 175 | | 1,975 | |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | | 1,525 | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 753,100 | 13,136 | 9,061 | 8,720 | 8,284 | 13,392 | 16,321 | 12,870 | 22,192 | 13,132 | 8,768 | 13,175 | 28,277 | 20,138 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,236,386 | 18,410 | 51,165 | 27,093 | 17,487 | 16,582 | 24,208 | 14,455 | 19,758 | 20,683 | 15,031 | 16,323 | 22,049 | 25,636 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 154,029 | 7,956 | 10,919 | 11,691 | 11,999 | 4,778 | 1,758 | 5,150 | 3,760 | 5,069 | 3,673 | 8,906 | 4,178 | 2,253 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 5,525,000 | 5,335,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 95,000 | 95,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 220,157 | 4,854 | 24,635 | 4,208 | 2,359 | 3,954 | 856 | 56 | 1,248 | 3,228 | 5,917 | 12,778 | 82,213 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 392,065 | 18,970 | 26,835 | 21,064 | | | 3,134 | 501 | | 1,282 | | | 1,052 | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 6,389 | | | | | 1,421 | | 154 | 230 | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 20,527 | 2,453 | | 4,270 | 6,587 | | | | | | | | 80 | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.　19-23649-shl    Doc 5262-1    Filed 11/30/22    Entered 11/30/22 20:37:28    Exhibit A-OCP Statement    Pg 5 of 7　Case No.: 19-23649 (SHL)

OCP Payment Report - Monthly Fees
October 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,750,000 | 1,396,893 | 54,549 | 30,017 | 39,430 | 39,657 | 58,214 | 62,523 | 106,498 | 21,478 | 74,841 | 61,880 | 113,954 | 221,234 | 42,591 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | 2,708 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 547,464 | 15,271 | 3,444 | 1,798 | 8,071 | 8,958 | 14,780 | 7,519 | 7,548 | 10,018 | 14,406 | 10,869 | 3,685 | 6,384 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 210,648 | 263,606 | 212,869 | 125,374 | 206,094 | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 14,967 | | | | | 2,666 | 42 | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,500,000 | 2,972,258 | 124,108 | 162,993 | 142,410 | 321,236 | 127,499 | 153,413 | 140,150 | 78,852 | 69,287 | 49,592 | 68,198 | 59,682 | 47,734 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 825,266 | 14,918 | 13,766 | 20,347 | 14,746 | 11,808 | 20,102 | 12,960 | 12,787 | 10,771 | 11,174 | 8,352 | 9,907 | 3,744 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 148,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 66 | 88 | 66 | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 607,103 | 11,894 | 8,362 | 11,080 | 16,789 | 17,371 | 12,512 | 7,818 | 15,249 | 22,578 | 15,516 | 30,974 | 7,208 | 27,192 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,504,470 | 153,628 | 201,925 | 31,449 | 19,840 | 6,459 | 33,487 | 33,900 | 47,967 | 55,861 | 50,501 | 27,960 | 29,979 | 46,371 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 146,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 497,033 | 15,613 | 8,790 | 7,878 | 5,132 | 4,731 | 9,160 | 10,616 | 8,612 | 1,687 | 405 | 4,783 | 10,056 | 11,680 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 9,535 | | 31 | | 672 | | | 543 | | 598 | | 384 | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 2,700,000 | 2,397,811 | 65,130 | 48,843 | 35,407 | 61,636 | 57,930 | 94,177 | 67,400 | 78,014 | 96,241 | 95,466 | 54,215 | 54,840 | 53,535 |

| Name | Tier | Case Total[1] | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,917,985 | 45,560 | 44,830 | 134,060 | 54,551 | 8,558 | 14,977 | 118,970 | 25,863 | 90,131 | 28,934 | 17,781 | 278,053 | 37,585 |
| OCP Tier 2 Total | OCP Tier 2 | 930,292 | 26,421 | 18,923 | 16,301 | 16,829 | 7,434 | 26,257 | 11,095 | 19,275 | 10,707 | 12,869 | 7,652 | 67,783 | 15,363 |
| OCP Tier 3 Total | OCP Tier 3 | 4,085 | 1 | 66 | | | | | | 221 | | | 22 | | |
| OCP Total | Total | 2,852,362 | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 29,216 | 644 | | 1,969 | | | | | | | 131 | 77 | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 2,150 | | 59 | | | | | | 221 | | | 22 | | |
| Clement Rivers LLP | OCP Tier 2 | 62 | 3 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 28 | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 567 | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 3,441 | 379 | | 15 | | | | | 39 | | 208 | 36 | 36 | 1,688 |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 21,735 | | | | 2,696 | | 50 | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 570 | | | | | | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 86,161 | 5,746 | 1,900 | 1,300 | | 1,449 | 15,162 | 25 | 2,999 | 1,234 | | 1,225 | 284 | 775 |
| Duke Scanlan | OCP Tier 3 | 4 | | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 554 | 1 | | | | | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 8 | | 8 | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 55 | | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | | | | | | | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,580 | | | | | | | 170 | | 170 | | | | |
| Lenz & Staehelin | OCP Tier 2 | 53 | | 53 | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 273,668 | 12,475 | | 3,321 | | 1,480 | 2,140 | 3,335 | 2,220 | 2,700 | 3,360 | 430 | 3,394 | 6,039 |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | | |
| Maiwald[2] | OCP Tier 1 | 963,460 | 7,748 | 16,915 | 14,019 | 11,272 | 4,702 | 5,423 | 8,729 | 21,008 | 7,597 | 11,893 | 16,863 | 18,299 | 28,021 |
| McCarter & English | OCP Tier 2 | 48,089 | 1,760 | 3,360 | 2,720 | 2,178 | 720 | 3,020 | 2,400 | 260 | 716 | 2,400 | 650 | 4,620 | 12 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 51,032 | | 1,504 | 1 | | | | 1 | | | 403 | 143 | 47,923 | |
| Morrison & Foerster LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 168 | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 2 | 60 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | | |

19-23649-shl    Doc 5262-1    Filed 11/30/22    Entered 11/30/22 20:37:28    Exhibit A-
OCP Statement    Pg 7 of 7

In re: PURDUE PHARMA L.P., et al.    OCP Payment Report - Monthly Expenses    Case No.: 19-23649 (SHL)
October 2022

| Name | Tier | Case Total[1] | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 749,984 | 30,606 | 21,184 | 119,853 | 43,104 | 3,596 | 9,554 | 110,115 | 4,779 | 82,495 | 16,656 | 918 | 259,588 | 9,335 |
| Poyner Spruill LLP | OCP Tier 2 | 401 | | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 137,457 | 126 | 39 | 4,960 | 4 | 681 | 34 | 598 | 5,064 | 3,188 | 1,545 | 52 | 49 | 4,900 |
| Reed Smith, LLP | OCP Tier 1 | 31,118 | 6,551 | 6,538 | 122 | 122 | 162 | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | | | | | | | | | | | | | |
| Skarzynski Black | OCP Tier 2 | 4,557 | 120 | | | | | | | | | | | | |
| Smith Anderson | OCP Tier 2 | 756 | | | | | 504 | | | | | | | | |
| Snell & Wilmer | OCP Tier 2 | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 108,417 | | 5,870 | | 6,306 | 2,870 | 1,480 | 3,000 | 8,073 | 2,700 | 3,230 | 4,460 | 6,600 | 1,780 |
| Stikeman Elliott, LLP | OCP Tier 1 | 8,913 | 545 | 55 | 8 | | | | 2 | 13 | 39 | | | | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 144,621 | 5,169 | 6,196 | 2,014 | 5,141 | 234 | 4,201 | 1,735 | 450 | 169 | 1,591 | 579 | 4,877 | 169 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 115,140 | 111 | 138 | 58 | 53 | 97 | | 124 | 63 | | 385 | | 166 | 228 |

[1] Represents Fees since the Commencement Date