UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re:                                             :        Chapter 11
                                                   :
PURDUE PHARMA L.P., *et al.*,                      :        Case No. 19-23649 (RDD)
                                                   :
                          Debtors.[1]              :        (Jointly Administered)
                                                   :

---------------------------------------------------------- x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of October 1, 2022 through October 31, 2022 (the "Thirty-Fourth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.   For the Thirty-Fourth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,560.95, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,560.95 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirty-Fourth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Thirty-Fourth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such

expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-Fourth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned by PJT during the Thirty-Fourth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirty-Fourth Compensation Period is outlined below:

| Thirty-Fourth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| October 1 – 31, 2022 | $225,000.00 | ($45,000.00) | $1,560.95 | **$181,560.95** |

7.    The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.    PJT has never billed its clients based on the number of hours expended by its professionals.    Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.    PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 397.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-Fourth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | October 2022 |
|---|---|
| Jamie O'Connell | 20.5 |
| Rafael Schnitzler | 43.5 |
| Tom Melvin | 96.0 |
| Jin Won Park | 40.0 |
| Marilia Bagatini | 76.5 |
| Christopher Fletcher | 40.5 |
| Chloe Lee | 80.5 |
| **Total Hours** | **397.5** |

### III. <u>Requested Relief</u>

8.    Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,560.95, in each case earned or incurred during the Thirty-Fourth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 1,560.95 |
| **Total Amount Due** | **$181,560.95** |

Dated: November 30, 2022            PJT PARTNERS LP

By: */s/ John James O'Connell III*
            John James O'Connell III
            Partner
            280 Park Avenue
            New York, NY 10017
            (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

November 29, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of October 1, 2022 through October 31, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through November 15, 2022:[1]

| | | |
|---|---|---|
| Ground Transportation | $    1,014.85 | |
| Meals | 546.10 | 1,560.95 |
| **Total Amount Due** | **$** | **181,560.95** |

**Invoice No. 10022805**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Nov-22 | | Total Expenses |
|---|---|---|---|
| Ground Transportation | $ | 1,014.85 | $    1,014.85 |
| Meals with Clients | | 26.10 | 26.10 |
| Employee Meals | | 520.00 | 520.00 |
| **Total Expenses** | **$** | **1,560.95** | **$    1,560.95** |
| | | | |
| **Ground Transportation** | | | **$    1,014.85** |
| **Meals** | | | **546.10** |
| | | | |
| **Total Expenses** | | | **$    1,560.95** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through November 15, 2022**
**Invoice No. 10022805**

**Ground Transportation**

| | | |
|---|---|---|
| Li (taxi to client offices in Stamford, CT) | 07/21/22 | 213.86 |
| Park (weeknight taxi home from office) | 10/04/22 | 31.20 |
| Park (weeknight taxi home from office) | 10/05/22 | 40.94 |
| Park (taxi to client offices in Stamford, CT from office) | 10/06/22 | 170.02 |
| Park (taxi to office from client offices in Stamford, CT) | 10/06/22 | 184.68 |
| Park (weeknight taxi home from office) | 10/11/22 | 31.58 |
| Park (weeknight taxi home from office) | 10/12/22 | 32.55 |
| Park (weeknight taxi home from office) | 10/19/22 | 40.39 |
| Park (weeknight taxi home from office) | 10/18/22 | 34.82 |
| Park (weeknight taxi home from office) | 10/20/22 | 42.34 |
| Park (weeknight taxi home from office) | 10/25/22 | 34.97 |
| Park (weeknight taxi home from office) | 10/26/22 | 38.65 |
| Park (weeknight taxi home from office) | 10/27/22 | 49.85 |
| Schnitzler (round trip train travel to/from Danbury, CT from/to New York, NY) | 07/21/22 | 69.00 |
| **Subtotal - Ground Transportation** | | **$    1,014.85** |

**Meals with Clients**

| | | |
|---|---|---|
| O'Connell (dinner meal with J. Del Conte in New York, NY) | 10/27/22 | 26.10 |
| **Subtotal  Meals with Clients** | | **26.10** |

**Employee Meals**

| | | |
|---|---|---|
| Bagatini (weekend working dinner meal) | 09/18/22 | 20.00 |
| Bagatini (weekend working lunch meal) | 09/25/22 | 20.00 |
| Bagatini (weekend working lunch meal) | 10/02/22 | 20.00 |
| Bagatini (weekend working dinner meal) | 10/02/22 | 20.00 |
| Lee (weeknight working dinner meal) | 08/22/22 | 20.00 |
| Lee (weekend working dinner meal) | 08/28/22 | 20.00 |
| Lee (weeknight working dinner meal) | 08/29/22 | 20.00 |
| Lee (weeknight working dinner meal) | 08/30/22 | 20.00 |
| Lee (weeknight working dinner meal) | 08/31/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/01/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/12/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/15/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/19/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/20/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/21/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/22/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/27/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/29/22 | 20.00 |
| Lee (weeknight working dinner meal) | 09/30/22 | 20.00 |
| Lee (weekend working dinner meal) | 10/02/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/04/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/06/22 | 20.00 |
| Lee (weekend working dinner meal) | 10/09/22 | 20.00 |
| Lee (weekend working lunch meal) | 10/16/22 | 20.00 |
| Lee (weekend working dinner meal) | 10/16/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/21/22 | 20.00 |
| **Subtotal - Employee Meals** | | **520.00** |
| | | |
| **Total Expenses** | | **$    1,560.95** |

**APPENDIX B**

**PJT PARTNERS LP**

**SUMMARY OF HOURS FOR THE PERIOD OF**

**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 20.5 |
| Rafael Schnitzler | Managing Director | 43.5 |
| Tom Melvin | Vice President | 96.0 |
| Jin Won Park | Vice President | 40.0 |
| Marilia Bagatini | Associate | 76.5 |
| Christopher Fletcher | Analyst | 40.5 |
| Chloe Lee | Analyst | 80.5 |
| | **Total** | **397.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 10/03/22 | 0.5 | Meeting with T. Melvin regarding various matters |
| Jamie O'Connell | 10/06/22 | 0.5 | Weekly update call |
| Jamie O'Connell | 10/10/22 | 0.5 | Review and comment on draft fee application |
| Jamie O'Connell | 10/13/22 | 0.5 | Weekly update call |
| Jamie O'Connell | 10/13/22 | 0.5 | Call with management regarding financial analysis |
| Jamie O'Connell | 10/14/22 | 0.5 | Internal team call |
| Jamie O'Connell | 10/15/22 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 10/15/22 | 0.5 | Review and comment on draft financial analysis |
| Jamie O'Connell | 10/16/22 | 0.5 | Call with R. Schnitzler regarding financial matter |
| Jamie O'Connell | 10/17/22 | 1.0 | Review and comment on draft financial analysis |
| Jamie O'Connell | 10/17/22 | 0.5 | Meeting with R. Schnitzler regarding financial matter |
| Jamie O'Connell | 10/17/22 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 10/18/22 | 1.0 | Internal team meeting to review draft presentation |
| Jamie O'Connell | 10/20/22 | 0.5 | Call with management and team regarding various matters |
| Jamie O'Connell | 10/20/22 | 1.0 | Review and comment on draft materials |
| Jamie O'Connell | 10/21/22 | 1.0 | Internal team meeting to review draft presentation |
| Jamie O'Connell | 10/23/22 | 0.5 | Call with T. Melvin to discuss various matters |
| Jamie O'Connell | 10/24/22 | 0.5 | Review and comment on draft conflicts document |
| Jamie O'Connell | 10/24/22 | 1.0 | Call with management and advisors regarding draft presentation |
| Jamie O'Connell | 10/25/22 | 0.5 | Call with T. Melvin to discuss various matters |
| Jamie O'Connell | 10/25/22 | 0.5 | Call with Alix to discuss various matters |
| Jamie O'Connell | 10/26/22 | 0.5 | Review and correspondence on board materials |
| Jamie O'Connell | 10/26/22 | 1.0 | Internal team meeting in advance of board meeting |
| Jamie O'Connell | 10/27/22 | 1.0 | Prep for board meeting |
| Jamie O'Connell | 10/27/22 | 5.0 | Board meeting |
|  |  | **20.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 10/01/22 | 1.5 | Draft presentation |
| Rafael Schnitzler | 10/03/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/05/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/06/22 | 3.0 | Review and draft presentation |
| Rafael Schnitzler | 10/10/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/12/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/13/22 | 1.5 | Review materials and draft presentation |
| Rafael Schnitzler | 10/14/22 | 2.5 | Review materials and draft presentation |
| Rafael Schnitzler | 10/14/22 | 1.5 | Draft presentation for Board meeting |
| Rafael Schnitzler | 10/14/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/15/22 | 0.5 | Call with management regarding financial matter |
| Rafael Schnitzler | 10/15/22 | 0.5 | Call with internal team member regarding financial matter |
| Rafael Schnitzler | 10/17/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/17/22 | 0.5 | Call with management regarding financial matter |
| Rafael Schnitzler | 10/18/22 | 3.5 | Review emails, draft materials, prepare presentation |
| Rafael Schnitzler | 10/18/22 | 1.5 | Draft and Review presentation for Board meeting |
| Rafael Schnitzler | 10/18/22 | 1.0 | Internal team meeting to review draft presentation |
| Rafael Schnitzler | 10/19/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/19/22 | 1.0 | Draft and Review presentation for Board meeting |
| Rafael Schnitzler | 10/20/22 | 2.0 | Draft and Review presentation for Board meeting |
| Rafael Schnitzler | 10/20/22 | 1.0 | Internal team meeting to review draft presentation |
| Rafael Schnitzler | 10/22/22 | 1.5 | Review presentation for Board meeting |
| Rafael Schnitzler | 10/24/22 | 0.5 | Internal discussion |
| Rafael Schnitzler | 10/24/22 | 1.0 | Review presentation for Board meeting |
| Rafael Schnitzler | 10/25/22 | 2.0 | Review presentation |
| Rafael Schnitzler | 10/25/22 | 1.0 | Review presentation for Board meeting |
| Rafael Schnitzler | 10/26/22 | 1.0 | Internal discussion |
| Rafael Schnitzler | 10/26/22 | 1.5 | Prepare for Board meeting |
| Rafael Schnitzler | 10/27/22 | 4.0 | Board meeting |
| Rafael Schnitzler | 10/28/22 | 1.0 | Review presentation |
| Rafael Schnitzler | 10/29/22 | 1.5 | Review presentation |
| Rafael Schnitzler | 10/31/22 | 2.5 | Draft materials for presentation |
| Rafael Schnitzler | 10/31/22 | 1.0 | Review emails and external presentations |
| | | **43.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 10/01/22 | 1.0 | Review requests and questions from creditor financial advisors |
| Tom Melvin | 10/03/22 | 2.0 | Review diligence requests and questions related to business matters |
| Tom Melvin | 10/03/22 | 1.0 | E-mail correspondence with internal team and AlixPartners regarding various matters |
| Tom Melvin | 10/03/22 | 1.0 | Review analysis provided by Company management |
| Tom Melvin | 10/03/22 | 1.0 | E-mail correspondence with Company management to coordinate meeting |
| Tom Melvin | 10/03/22 | 0.5 | Meeting with internal team to discuss various matters |
| Tom Melvin | 10/04/22 | 0.5 | Call with Company management regarding business matters |
| Tom Melvin | 10/04/22 | 1.0 | Call with Company management to discuss analysis for upcoming board meeting |
| Tom Melvin | 10/04/22 | 2.5 | Prepare and review analysis for upcoming board meeting |
| Tom Melvin | 10/04/22 | 1.5 | Review analysis provided by Company management |
| Tom Melvin | 10/05/22 | 1.5 | Prepare and review analysis for upcoming board meeting |
| Tom Melvin | 10/05/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 10/05/22 | 1.0 | Review diligence requests and questions related to business matters |
| Tom Melvin | 10/05/22 | 1.0 | Prepare and review agenda for upcoming weekly meeting |
| Tom Melvin | 10/06/22 | 1.5 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Tom Melvin | 10/07/22 | 0.5 | Call with Company management to discuss materials for upcoming board meeting |
| Tom Melvin | 10/10/22 | 1.0 | Call with AlixPartners and DPW regarding materials for upcoming board meeting |
| Tom Melvin | 10/10/22 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 10/11/22 | 1.0 | Internal team meeting to discuss materials for upcoming board meeting |
| Tom Melvin | 10/11/22 | 0.5 | Call with Company management and AlixPartners to discuss business matters |
| Tom Melvin | 10/11/22 | 0.5 | Call with internal team member to discuss analysis for board meeting materials |
| Tom Melvin | 10/11/22 | 2.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/12/22 | 2.5 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/12/22 | 1.0 | Review diligence requests and questions related to business matters |
| Tom Melvin | 10/13/22 | 1.5 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/13/22 | 1.0 | Weekly update call with Company management and advisors |
| Tom Melvin | 10/13/22 | 1.0 | Review analysis provided by Company management |
| Tom Melvin | 10/14/22 | 0.5 | Internal team meeting to discuss Company business matters |
| Tom Melvin | 10/14/22 | 0.5 | Call with Company management to discuss business matters |
| Tom Melvin | 10/14/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 10/14/22 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 10/14/22 | 0.5 | Call with internal team member to discuss materials for upcoming board meeting |
| Tom Melvin | 10/14/22 | 2.5 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/14/22 | 1.0 | Review materials from management |
| Tom Melvin | 10/15/22 | 0.5 | Review materials related to Company business matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 10/16/22 | 3.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/17/22 | 0.5 | Call with Company management to discuss business matters |
| Tom Melvin | 10/17/22 | 0.5 | Call with AlixPartners to discuss Company business matters |
| Tom Melvin | 10/17/22 | 0.5 | Cal with Company management to discuss various matters |
| Tom Melvin | 10/17/22 | 2.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/18/22 | 1.0 | Internal team meeting to discuss materials for upcoming board meeting |
| Tom Melvin | 10/18/22 | 0.5 | Call with Company management to discuss business matters |
| Tom Melvin | 10/18/22 | 0.5 | Internal team meeting to discuss analysis for board meeting materials |
| Tom Melvin | 10/18/22 | 3.5 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/19/22 | 1.0 | Internal team meeting to discuss materials for upcoming board meeting |
| Tom Melvin | 10/19/22 | 0.5 | Call with AlixPartners to discuss Company business matters |
| Tom Melvin | 10/19/22 | 0.5 | Call with DPW to discuss Company business matters |
| Tom Melvin | 10/19/22 | 1.0 | Call with internal team member to discuss materials for upcoming board meeting |
| Tom Melvin | 10/19/22 | 2.5 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/20/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 10/20/22 | 0.5 | Call with Company vendor to discuss contract expiration |
| Tom Melvin | 10/20/22 | 0.5 | Call with AlixPartners to discuss materials for upcoming board meeting |
| Tom Melvin | 10/20/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 10/20/22 | 0.5 | Call with internal team member regarding materials for upcoming board meeting |
| Tom Melvin | 10/20/22 | 0.5 | Call with internal team member regarding upcoming board meeting |
| Tom Melvin | 10/20/22 | 1.5 | Prepare and review analysis for upcoming board meeting |
| Tom Melvin | 10/20/22 | 1.0 | Review diligence requests and questions related to business matters |
| Tom Melvin | 10/20/22 | 0.5 | Review materials from Company management |
| Tom Melvin | 10/21/22 | 1.0 | Internal team meeting to discuss materials for upcoming board meeting |
| Tom Melvin | 10/21/22 | 0.5 | Call with internal team member regarding materials for upcoming board meeting |
| Tom Melvin | 10/21/22 | 2.0 | Prepare and review analysis for upcoming board meeting |
| Tom Melvin | 10/22/22 | 0.5 | Call with internal team member to discuss analysis for board meeting materials |
| Tom Melvin | 10/22/22 | 2.5 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/22/22 | 1.0 | Review materials provided by Company |
| Tom Melvin | 10/23/22 | 0.5 | Call with internal team member to discuss materials for upcoming board meeting |
| Tom Melvin | 10/23/22 | 2.5 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/24/22 | 1.0 | Call with Company management and advisors to discuss materials for upcoming board meeting |
| Tom Melvin | 10/24/22 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 10/24/22 | 3.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/25/22 | 0.5 | Call with Company management to discuss business matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 10/25/22 | 1.0 | Dialed into court hearing |
| Tom Melvin | 10/25/22 | 0.5 | Call with AlixPartners to discuss materials for upcoming board meeting |
| Tom Melvin | 10/25/22 | 0.5 | Call with internal team member to discuss materials for upcoming board meeting |
| Tom Melvin | 10/25/22 | 0.5 | Call with internal team member to discuss analysis for board meeting materials |
| Tom Melvin | 10/25/22 | 3.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 10/26/22 | 1.0 | Internal team meeting to discuss materials for board meeting |
| Tom Melvin | 10/26/22 | 2.5 | Prepare and review analysis for upcoming board meeting |
| Tom Melvin | 10/26/22 | 0.5 | Call with AlixPartners to discuss materials for upcoming board meeting |
| Tom Melvin | 10/26/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 10/27/22 | 5.0 | Board meeting |
| Tom Melvin | 10/27/22 | 1.0 | Review diligence requests and questions related to business matters |
| Tom Melvin | 10/28/22 | 1.5 | Review diligence requests and questions related to business matters |
| Tom Melvin | 10/28/22 | 0.5 | E-mail correspondence with Company management regarding various matters |
| Tom Melvin | 10/30/22 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 10/31/22 | 1.0 | E-mail correspondence with Company management regarding various matters |
| | | **96.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 10/03/22 | 1.0 | Internal meeting and preparation of materials |
| Jin Won Park | 10/04/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/05/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/06/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 10/10/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 10/11/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/12/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 10/13/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/17/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 10/18/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 10/19/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/20/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/24/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 10/25/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/26/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 10/27/22 | 3.0 | Prepare materials related to business matters |
|  |  | **40.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 10/02/22 | 3.0 | Financial analysis |
| Marilia Bagatini | 10/02/22 | 2.0 | Preparation of materials |
| Marilia Bagatini | 10/03/22 | 1.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/04/22 | 1.0 | Meetings on business matters and market analysis |
| Marilia Bagatini | 10/04/22 | 1.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/04/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 10/04/22 | 1.0 | Financial analysis |
| Marilia Bagatini | 10/05/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 10/06/22 | 5.0 | In-person client meeting |
| Marilia Bagatini | 10/07/22 | 2.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/09/22 | 3.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/10/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 10/11/22 | 2.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/12/22 | 2.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/13/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 10/13/22 | 2.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/14/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 10/14/22 | 1.0 | Financial analysis |
| Marilia Bagatini | 10/14/22 | 3.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/16/22 | 4.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/17/22 | 2.5 | Meetings on business matters |
| Marilia Bagatini | 10/17/22 | 2.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/17/22 | 1.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/18/22 | 2.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/19/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 10/20/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 10/20/22 | 2.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/21/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 10/21/22 | 2.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/23/22 | 2.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/24/22 | 1.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/25/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 10/25/22 | 1.0 | Financial analysis |
| Marilia Bagatini | 10/26/22 | 1.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/25/22 | 1.0 | Financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 10/27/22 | 1.0 | Internal meeting and preparation of materials |
| Marilia Bagatini | 10/27/22 | 2.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/28/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 10/28/22 | 2.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/30/22 | 3.0 | Prepare materials related to business matters |
| Marilia Bagatini | 10/30/22 | 2.0 | Financial analysis |
| | | **76.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 10/04/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 10/05/22 | 1.0 | Financial Analysis |
| Christopher Fletcher | 10/05/22 | 1.0 | Preparation of board materials |
| Christopher Fletcher | 10/06/22 | 0.5 | Weekly update call |
| Christopher Fletcher | 10/10/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 10/11/22 | 1.0 | Preparation of board materials |
| Christopher Fletcher | 10/11/22 | 0.5 | Internal call |
| Christopher Fletcher | 10/12/22 | 0.5 | Financial Analysis |
| Christopher Fletcher | 10/14/22 | 2.0 | Preparation of board materials |
| Christopher Fletcher | 10/17/22 | 2.0 | Preparation of board materials |
| Christopher Fletcher | 10/18/22 | 1.0 | Preparation of board materials |
| Christopher Fletcher | 10/18/22 | 1.0 | Internal meeting |
| Christopher Fletcher | 10/18/22 | 3.0 | Preparation of board materials |
| Christopher Fletcher | 10/19/22 | 2.0 | Preparation of board materials |
| Christopher Fletcher | 10/20/22 | 0.5 | Internal call |
| Christopher Fletcher | 10/20/22 | 3.0 | Preparation of board materials |
| Christopher Fletcher | 10/20/22 | 3.0 | Preparation of board materials |
| Christopher Fletcher | 10/21/22 | 3.5 | Preparation of board materials |
| Christopher Fletcher | 10/21/22 | 1.0 | Internal meeting |
| Christopher Fletcher | 10/22/22 | 4.0 | Preparation of board materials |
| Christopher Fletcher | 10/23/22 | 4.0 | Preparation of board materials |
| Christopher Fletcher | 10/24/22 | 2.5 | Preparation of board materials |
| Christopher Fletcher | 10/25/22 | 1.0 | Financial Analysis |
| Christopher Fletcher | 10/28/22 | 0.5 | Financial Analysis |
| | | **40.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 10/02/22 | 3.0 | Financial analysis |
| Chloe Lee | 10/02/22 | 2.0 | Preparation of materials |
| Chloe Lee | 10/03/22 | 1.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/04/22 | 1.0 | Meetings on business matters and market analysis |
| Chloe Lee | 10/04/22 | 1.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/04/22 | 2.0 | Meetings on financial analysis |
| Chloe Lee | 10/04/22 | 3.0 | Financial analysis |
| Chloe Lee | 10/05/22 | 2.0 | Financial analysis |
| Chloe Lee | 10/06/22 | 5.0 | In-person client meeting |
| Chloe Lee | 10/07/22 | 1.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/09/22 | 3.0 | Prepare materials related to business matters |
| Chloe Lee | 10/10/22 | 2.0 | Financial analysis |
| Chloe Lee | 10/11/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 10/12/22 | 2.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/13/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 10/13/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 10/14/22 | 1.0 | Meetings on business matters |
| Chloe Lee | 10/14/22 | 1.0 | Financial analysis |
| Chloe Lee | 10/14/22 | 3.0 | Prepare materials related to business matters |
| Chloe Lee | 10/16/22 | 4.0 | Prepare materials related to business matters |
| Chloe Lee | 10/17/22 | 2.5 | Meetings on business matters |
| Chloe Lee | 10/17/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 10/17/22 | 1.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/18/22 | 2.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/19/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 10/20/22 | 1.0 | Meetings on business matters |
| Chloe Lee | 10/20/22 | 2.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/21/22 | 1.0 | Meetings on business matters |
| Chloe Lee | 10/21/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 10/23/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 10/25/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 10/25/22 | 1.0 | Financial analysis |
| Chloe Lee | 10/26/22 | 1.0 | Internal meeting and preparation of materials |
| Chloe Lee | 10/25/22 | 3.0 | Financial analysis |
| Chloe Lee | 10/27/22 | 1.0 | Internal meeting and preparation of materials |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 10/27/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 10/28/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 10/28/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 10/30/22 | 3.0 | Prepare materials related to business matters |
| Chloe Lee | 10/30/22 | 3.0 | Financial analysis |
|  |  | **80.5** |  |