Nov. 15, 2022

To the Court Clerk of the
U.S. Bankruptcy Court for New York,

My name is David James Mullen, D.O.B ███████, S.S.N ███████████. I do not have access to my claim # as I am currently housed in solitary confinement until my release January 22nd 2023. And have no access to my paperwork pertaining to my case.

I need to report to the court an address change. My new mailing address is:    David Mullen
              3928 14th Ave. S.E. #56
              Lacey, WA 98503

Please send any further mail from the court to that address please.

Thank you for your time concerning this matter

Sincerly

*David J. Mullen* (signature)

David J. Mullen