KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
**In re:**                            :   Chapter 11
                                      :
**PURDUE PHARMA L.P.,** *et al.***,** :   Case No. 19-23649 (SHL)
                                      :
                                      :   (Jointly Administered)
         **Debtors.**                 :
                                      :
------------------------------------- x

**NINTH MONTHLY FEE STATEMENT OF**
**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO**
**THE STATE OF WASHINGTON FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

Page **1**

| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
|---|---|
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | October 1, 2022 through October 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $80,525.00 |
| **Current Fee Request** | $64,420.00 (80% of $80,525.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $64,420.00 |
| **Total Fees and Expenses Inclusive of Holdback** | $80,525.00 |
| **This is a(n):**   X  Monthly Application     ___Interim Application     ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period of October 1, 2022 through and including October 31, 2022 (the "Statement Period").

Page **2**

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $80,525.00 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $64,420.00.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit C**.

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: December 2, 2022

        Respectfully submitted,

        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By: */s/ Matthew J. Gold*
    Matthew J. Gold
    Robert M. Tuchman

    500 Fifth Avenue
    New York, New York 10110
    Tel: (212) 986-6000
    Fax: (212) 986-8866
    E-mail:  mgold@kkwc.com
                rtuchman@kkwc.com

*Attorneys for the State of Washington*

12314640.1 - 12/02/22

# EXHIBIT A

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

**Summary of Fees**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 66.8 | $71,874.50 |
| 004 Injunction Adversary Proceeding | 1.2 | $397.00 |
| 005 Fee Applications | 18.6 | $8,253.50 |
| **Total** | **86.6** | **$80,525.00** |
| | | |
| 20% Fee Holdback | | $16,105.00 |
| 80% of Fees | | $64,420.00 |
| Plus Expenses | | **$0.00** |
| Requested Amount | | **$64,420.00** |

# EXHIBIT B

# SERVICES RENDERED BY

# KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

# COMMENCING OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,060 | 52.2 | $55,332 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,176 | 19.0 | $22,344 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $185 | 15.4 | $2,849 |
| **Total Fees Requested** | | | | **$80,525.00** |

# **EXHIBIT C**

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: November 30, 2022 |
| SAAG Administrator | Invoice Number: 115820 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:    State of Washington
Matter:    Purdue Pharma

*For professional services rendered through October 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 71,874.50 |
| **Total Amount Due** | **$71,874.50** |

| Please Remit to: | **Mail To:** *Kleinberg, Kaplan, Wolff & Cohen, P.C.* *500 Fifth Avenue* *New York, N.Y. 10110* | **Wire Instructions:** Citibank N.A. ABA Number: 021000089 Swift Code: CITIUS33 (International) Account # 9987286692 **(Please Reference Invoice Number)** |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | November 30, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 115820 |
| | | | Matter Number: | | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2022 | Matthew J. Gold | Reviewing and revising intercreditor agreement; revising outline regarding same; exchanging emails regarding same | 2.20 | 1,060.00 | 2,332.00 |
| 10/03/2022 | Robert Berman | Conferring and reviewing comments on Intercreditor agreement | 1.70 | 1,176.00 | 1,999.20 |
| 10/04/2022 | Matthew J. Gold | Reviewing and revising intercreditor agreement; revising outline regarding same; exchanging emails regarding same | 2.60 | 1,060.00 | 2,756.00 |
| 10/04/2022 | Robert Berman | Conferring regarding intercreditor issues and reviewing revisions | 1.80 | 1,176.00 | 2,116.80 |
| 10/05/2022 | Robert Berman | Reviewing and commenting on mark-up | 1.50 | 1,176.00 | 1,764.00 |
| 10/06/2022 | Matthew J. Gold | Conferring regarding intercreditor agreement; revising outline regarding same | 0.20 | 1,060.00 | 212.00 |
| 10/06/2022 | Robert Berman | Conferring regarding timing and commenting on revised ICA draft | 1.60 | 1,176.00 | 1,881.60 |
| 10/07/2022 | Robert Berman | Reviewing comments | 0.70 | 1,176.00 | 823.20 |
| 10/10/2022 | Matthew J. Gold | Reviewing filings; revising outline regarding Intercreditor Agreement | 2.80 | 1,060.00 | 2,968.00 |
| 10/11/2022 | Robert Berman | Working on Intercreditor issues | 1.40 | 1,176.00 | 1,646.40 |
| 10/13/2022 | Matthew J. Gold | Reviewing filings; revising outline regarding Intercreditor Agreement | 1.30 | 1,060.00 | 1,378.00 |
| 10/13/2022 | Robert Berman | Completing markup and conferring | 4.60 | 1,176.00 | 5,409.60 |
| 10/14/2022 | Matthew J. Gold | Reviewing filings; revising outline regarding Intercreditor Agreement | 1.70 | 1,060.00 | 1,802.00 |
| 10/14/2022 | Robert Berman | Conferring regarding next steps | 0.30 | 1,176.00 | 352.80 |
| 10/17/2022 | Matthew J. Gold | Reviewing comments regarding Intercreditor Agreement | 2.40 | 1,060.00 | 2,544.00 |
| 10/18/2022 | Matthew J. Gold | Conferring regarding comments to draft Intercreditor Agreement; revising outline regarding same | 4.70 | 1,060.00 | 4,982.00 |

Client: State of Washington  
Matter: Purdue Pharma  

Invoice Date:  November 30, 2022  
Invoice Number:  115820  
Matter Number:  7263-0001  

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2022 | Robert Berman | Conferring regarding open issues and markup of intercreditor agreement; preparation | 2.30 | 1,176.00 | 2,704.80 |
| 10/19/2022 | Matthew J. Gold | Reviewing comments regarding Intercreditor Agreement | 2.40 | 1,060.00 | 2,544.00 |
| 10/19/2022 | Robert Berman | Review issues discussed at meeting | 1.50 | 1,176.00 | 1,764.00 |
| 10/20/2022 | Matthew J. Gold | Reviewing comments regarding Intercreditor Agreement; exchanging emails with I. Goldman regarding same; conferring and exchanging emails regarding operating reports; reviewing same | 1.90 | 1,060.00 | 2,014.00 |
| 10/20/2022 | Robert Berman | Conferring | 0.60 | 1,176.00 | 705.60 |
| 10/20/2022 | Ellie Taylor | Conferring regarding answering questions surrounding disclosure statements/monthly operating reports; reviewing disclosure statements to Second, Third, Fourth, and Fifth Amended Ch. 11 Plans and writing email communication regarding the same | 1.30 | 185.00 | 240.50 |
| 10/21/2022 | Matthew J. Gold | Conferring with I. Goldman and J. Rupert regarding Intercreditor Agreement issues; compiling comments and preparing markup of same | 3.80 | 1,060.00 | 4,028.00 |
| 10/24/2022 | Matthew J. Gold | Continuing preparation of markup of Intercreditor Agreement; reviewing omnibus hearing agenda | 2.20 | 1,060.00 | 2,332.00 |
| 10/24/2022 | Robert Berman | Considering changes to the intercreditor agreement | 0.70 | 1,176.00 | 823.20 |
| 10/25/2022 | Matthew J. Gold | Preparing for and attending omnibus hearing; continuing review of Intercreditor Agreement; conferring regarding same | 3.30 | 1,060.00 | 3,498.00 |
| 10/26/2022 | Matthew J. Gold | Continuing markup of draft Intercreditor Agreement | 3.60 | 1,060.00 | 3,816.00 |
| 10/27/2022 | Matthew J. Gold | Continuing review and revision of Intercreditor Agreement | 3.40 | 1,060.00 | 3,604.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | November 30, 2022 |
| Matter: Purdue Pharma | | | Invoice Number: | | 115820 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2022 | Robert Berman | Conferring regarding next steps and timing | 0.30 | 1,176.00 | 352.80 |
| 10/28/2022 | Matthew J. Gold | Continuing review and revision of Intercreditor Agreement | 2.70 | 1,060.00 | 2,862.00 |
| 10/31/2022 | Matthew J. Gold | Continuing review and revision of Intercreditor Agreement | 5.30 | 1,060.00 | 5,618.00 |
| **Total** | | | **66.80** | | **$71,874.50** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 1.30 | 185.00 | 240.50 |
| Matthew J. Gold | 46.50 | 1,060.00 | 49,290.00 |
| Robert Berman | 19.00 | 1,176.00 | 22,344.00 |
| **Total** | **66.80** | | **$71,874.50** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date:  November 30, 2022 |
| SAAG Administrator | Invoice Number:  115821 |
| Email: SAAG@atg.wa.gov | Matter Number:  7263-0004 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:   State of Washington
Matter:   Injunction adversary proceeding

*For professional services rendered through October 31, 2022*

Currency: USD

| | |
|---|---:|
| Fees | 397.00 |
| **Total Amount Due** | **$397.00** |

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>Citibank N.A.<br>ABA Number: 021000089<br>Swift Code: CITIUS33 (International)<br>Account # 9987286692<br>**(Please Reference Invoice Number)** |
|---|---|---|

| | | Invoice Date: | November 30, 2022 |
|---|---|---|---|
| Client: State of Washington | | Invoice Number: | 115821 |
| Matter: Injunction adversary proceeding | | Matter Number: | 7263-0004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2022 | Matthew J. Gold | Exchanging emails regarding amended injunction | 0.20 | 1,060.00 | 212.00 |
| 10/14/2022 | Ellie Taylor | Retrieving docket updates and analyzing changes | 0.50 | 185.00 | 92.50 |
| 10/28/2022 | Ellie Taylor | Reviewing changes between Notices of Service for Thirtieth and Twentyninth Amended Order | 0.50 | 185.00 | 92.50 |
| **Total** | | | **1.20** | | **$397.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 1.00 | 185.00 | 185.00 |
| Matthew J. Gold | 0.20 | 1,060.00 | 212.00 |
| **Total** | **1.20** | | **$397.00** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: November 30, 2022 |
| SAAG Administrator | Invoice Number: 115822 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0005 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Fee applications |

*For professional services rendered through October 31, 2022*

Currency: USD

| | |
|---|---:|
| Fees | 8,253.50 |
| **Total Amount Due** | **$8,253.50** |

| Please Remit to: | *Mail To:* <br> *Kleinberg, Kaplan, Wolff & Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | **Wire Instructions:** <br> Citibank N.A. <br> ABA Number: 021000089 <br> Swift Code: CITIUS33 (International) <br> Account # 9987286692 <br> **(Please Reference Invoice Number)** |
|---|---|---|

| | | |
|---|---|---|
| Client: State of Washington | Invoice Date: | November 30, 2022 |
| Matter: Fee applications | Invoice Number: | 115822 |
| | Matter Number: | 7263-0005 |

## Time Detail

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/2022 | Ellie Taylor | Preparing draft communication following fee deadline | 0.40 | 185.00 | 74.00 |
| 10/13/2022 | Matthew J. Gold | -- Preparing email to C. MacDonald regarding reimbursement | 0.20 | 1,060.00 | 212.00 |
| 10/17/2022 | Matthew J. Gold | Exchanging emails regarding interim fee application; reviewing and revising same; conferring with J. Rupert regarding same | 4.20 | 1,060.00 | 4,452.00 |
| 10/17/2022 | Ellie Taylor | Researching docket updates regarding interim fee applications and deadlines | 0.50 | 185.00 | 92.50 |
| 10/17/2022 | Ellie Taylor | Preparing, editing, filing, and serving interim fee statement | 8.00 | 185.00 | 1,480.00 |
| 10/19/2022 | Matthew J. Gold | Reviewing time records for reimbursement; exchanging emails regarding same | 1.10 | 1,060.00 | 1,166.00 |
| 10/19/2022 | Ellie Taylor | Conferring regarding procedure and timeline for Interim Fee Statements; Finalizing spreadsheeet for Fee Examiner | 2.60 | 185.00 | 481.00 |
| 10/20/2022 | Ellie Taylor | Reviewing outstanding questions regarding Fee Statements from Colleen MacDonald of Purdue; Drafting corrected seventh monthly fee statement | 0.30 | 185.00 | 55.50 |
| 10/31/2022 | Ellie Taylor | Preliminarily drafting Eighth Monthly Fee statement in advance of recieving total bills from accounting; finalizing draft of Eighth Monthly Fee Statement after recieving invoice | 1.30 | 185.00 | 240.50 |
| **Total** | | | **18.60** | | **$8,253.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 13.10 | 185.00 | 2,423.50 |
| Matthew J. Gold | 5.50 | 1,060.00 | 5,830.00 |
| **Total** | **18.60** | | **$8,253.50** |