Richard Paiva, 86425
ACI-Maximum Security
P.O. Box 8273
Cranston, RI
02920

November 15, 2022

Dear Honorable Judge Lane,

I have been incarcerated for the past 13 years, and I had no notice of the Purdue Pharma lawsuit until just yesterday when another inmate told me about it. He also gave me the case details and advised me of the July 2020 bar date.

Because I had no notice of the case, until yesterday, I would like to respectfully request your approval to file a claim out of time.

In advance, thank you for your consideration.

Respectfully,

Richard Paiva