KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DECLARATION OF ELEANOR TAYLOR</u>

Pursuant to 28 U.S.C. Section 1746, I, Eleanor Taylor, hereby declare as follows under penalty

of perjury:

1. On December 2, 2022, I caused true and correct copies of the Ninth Monthly Fee

Statement of Kleinberg, Kaplan, Wolff & Cohen, P.C. as Counsel to the State of Washington for

Services and Reimbursement of Expenses Incurred for the Period of October 1, 2022 through

October 31, 2022 [Dkt. 5268] to be served by email upon those named below:

- Jon Lowne, Purdue Pharma: jon.lowne@pharma.com
- Christopher Robertson, Davis Polk & Wardwell LLP:
  christopher.robertson@davispolk.com
- Dylan Consola, Davis Polk & Wardwell LLP: dylan.consosla@davispolk.com
- Sara Lynne Brauner, Akin Gump Strauss Hauer & Feld LLP: sbrauner@akingump.com
- Arik Pries, Akin Gump Strauss Hauer & Feld LLP: apries@akingump.com
- Daniel Brogan, Bayard, P.A.: dbrogan@bayardlaw.com
- Paul Schawrtzberg, Office of the United States Trustee for the Southern District of New
  York: paul.schwartzberg@usdoj.gov

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true

and correct.

*/s/ Eleanor Taylor*
Eleanor Taylor