AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-FIRST MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | September 1, 2022 – September 30, 2022 |
| **Total Fees Incurred** | $105,696.00 |
| **Voluntary Fee Reduction (10%)[2]** | $10,569.60 |
| **Total Fees Requested** (Total Fees – Voluntary Fee Reduction) | $95,126.40 |
| **20% Holdback** | $19,025.28 |
| **Total Fees Requested Less 20% Holdback** | $76,101.12 |
| **Total Expenses Incurred** | $2.10 |
| **Total Fees and Expenses Requested** | $95,128.50 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-First Monthly Fee Statement") covering the period from September 1, 2022 through and including September 30, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirty-First Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $95,126.40 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $2.10 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.  **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2.  **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.  **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.  **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.  **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

3

**NOTICE**

6. Notice of this Thirty-First Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirty-First Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than December 16, 2022 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirty-First Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

4

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

| | |
|---|---|
| Dated: December 2, 2022<br>New York, New York | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>/s/    *Arik Preis*   <br>Ira Dizengoff<br>Arik Preis<br>Mitchell Hurley<br>Sara Brauner<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*- and –*<br><br>**COLE SCHOTZ P.C.**<br>Justin R. Alberto (No. 5126)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. |

# EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 13.6 | $10,064.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $730.00 | 2.2 | $1,606.00 |
| Warren Usatine | 1995 | Member (Bankruptcy) (since 2004) | $950.00 | 0.3 | $285.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $685.00 | 76.1 | $52,128.50 |
| Ian R. Phillips | 2015 | Associate (Litigation) (since 2016) | $480.00 | 39.6 | $19,008.00 |
| Peter Strom | 2021 | Associate (Bankruptcy) (since 2020) | $375.00 | 0.9 | $337.50 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 0.7 | $280.00 |
| Michael Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $400.00 | 25.8 | $10,320.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 8.2 | $3,075.00 |
| Allison E. Wrynn | 2020 | Associate (Litigation) (since 2020) | $380.00 | 14.2 | $5,396.00 |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 8.8 | $3,124.00 |
|---|---|---|---|---|---|
| Pauline Z. Ratkowiak | N/A | Paralegal (Bankruptcy) (since 2008) | $360.00 | 0.2 | $72.00 |
| **TOTAL** | | | | **190.6** | **$105,696.00** |
| **Less Voluntary Reduction (10%)** | | | | | **($10,569.60)** |
| **Total Requested** | | | | | **$95,126.40** |

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.7 | $248.50 |
| Committee Matters and Creditor Meetings | 4.5 | $3,201.00 |
| Creditor Inquiries | 1.6 | $1,184.00 |
| Fee Application Matters/Objections | 11.0 | $4,647.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 170.3 | $94,565.50 |
| Prepare for and Conduct Interview and Depositions | 2.5 | $1,850.00 |
| **TOTAL** | **190.6** | **$105,696.00** |
| **Less Voluntary Reduction (10%)** | | **($10,569.60)** |
| **Total Requested** | | **$95,126.40** |

## EXHIBIT C

### Invoice

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | October 25, 2022 |
| Invoice Number: | 931428 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2022

### CASE ADMINISTRATION     0.70     248.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/23/22 | LSM | REVIEW AND UPDATE EXHIBITS TO EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.70 | 248.50 |

### COMMITTEE MATTERS AND CREDITOR MEETINGS     4.50     3,201.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |
| 09/06/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 09/06/22 | JRA | EMAILS WITH A. PREIS RE TOMORROW'S UCC CALL | 0.10 | 74.00 |
| 09/07/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.50 | 370.00 |
| 09/07/22 | ADL | ATTEND UCC CALL | 0.50 | 342.50 |
| 09/07/22 | PJR | PARTICIPATE ON CALL WITH COMMITEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND UPDATE | 0.50 | 365.00 |
| 09/12/22 | JRA | REVIEW UCC UPDATE MATERIALS | 0.40 | 296.00 |
| 09/12/22 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS THERETO | 0.60 | 411.00 |
| 09/15/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 09/19/22 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS THERETO | 0.50 | 342.50 |
| 09/22/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 09/22/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS AND UCC MEMBERS | 0.30 | 222.00 |
| 09/22/22 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.30 | 219.00 |
| 09/22/22 | ADL | ATTEND UCC CALL | 0.30 | 205.50 |
| 09/25/22 | JRA | EMAIL WITH A. PREIS RE TOMORROW'S UCC UPDATE CALL | 0.10 | 74.00 |

### CREDITOR INQUIRIES     1.60     1,184.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/22 | JRA | RETURN SEVERAL MORE CREDITOR INQUIRY CALLS RE APPEAL STATUS AND SACKLER SETTLEMENT | 0.50 | 370.00 |
| 09/26/22 | JRA | RESPOND TO CREDITOR INQUIRY CALLS RE APPEALS STATUS | 0.30 | 222.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  931428 |
| | Client/Matter No. 60810-0001 | | | October 25, 2022 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/27/22 | JRA | RETURN SEVERAL MORE CREDITOR INQUIRY CALLS RE APPEALS STATUS AND CASE PROGRESS | 0.80 | 592.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**  **11.00**  **4,647.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/07/22 | JRA | REVISE DRAFT FEE APP | 0.30 | 222.00 |
| 09/13/22 | LSM | COMPILE, REVIEW AND FORWARD LEDES FILE TO MAY, 2022 MONTHLY FEE APPLICATIONS TO A. DE LEO | 0.30 | 106.50 |
| 09/13/22 | ADL | REVIEW JUNE FEE APPIICATION | 0.60 | 411.00 |
| 09/13/22 | JRA | EMAILS WITH A. DELEO RE FEE APPS | 0.20 | 148.00 |
| 09/20/22 | LSM | DRAFT THIRTIETH MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: AUGUST, 2022 FEES/EXPENSES | 2.80 | 994.00 |
| 09/20/22 | LSM | DRAFT TWENTY-NINTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: JULY, 2022 FEES/EXPENSES AND FORWARD TO A. DE LEO AND J. DOUGHERTY WITH COMMENTS | 2.70 | 958.50 |
| 09/21/22 | JMD | REVIEW AND REVISE CS DRAFT 29TH MONTHLY FEE APPLICATION (.4) & EMAIL TO A. DELEO RE: SAME (.1). | 0.50 | 200.00 |
| 09/21/22 | LSM | REVISE EXHIBITS TO AUGUST MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.50 | 177.50 |
| 09/21/22 | LSM | START DRAFT OF EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.60 | 213.00 |
| 09/22/22 | LSM | CONTINUE DRAFT OF EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.20 | 426.00 |
| 09/27/22 | JRA | EMAILS WITH E. LISOVICZ AND A. DELEO RE FEE APPS | 0.30 | 222.00 |
| 09/27/22 | PVR | EMAIL FROM A. DE LEO AND TO ACCOUNTING RE: LEDES FILE FOR JUNE FEE APPLICATION AND RESEARCH SAME | 0.20 | 72.00 |
| 09/29/22 | JMD | EMAILS W/ A. DELEO RE: STATUS OF FEE APPLICATIONS | 0.20 | 80.00 |
| 09/29/22 | JRA | EMAILS WITH E. LISOVICZ RE JULY FEE APP | 0.10 | 74.00 |
| 09/29/22 | ADL | REVIEW JULY FEE APPLICATION | 0.50 | 342.50 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**  **170.30**  **94,565.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 0.60 | 411.00 |
| 09/01/22 | JRA | EMAILS WITH A. PREIS AND A. CRAWFORD RE DRAFT DISCOVERY LETTER | 0.40 | 296.00 |
| 09/01/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.80 | 2,603.00 |
| 09/01/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 4.10 | 1,640.00 |
| 09/02/22 | JRA | REVIEW REED SMITH DISCOVERY LETTER (.1) AND EMAILS WITH A. CRAWFORD RE SAME (.1) | 0.20 | 148.00 |
| 09/02/22 | MEF | CALL W/ A. DE LEO RE: INSURANCE LITIGATION DISCOVERY | 0.20 | 80.00 |
| 09/02/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 3.90 | 1,482.00 |
| 09/02/22 | ADL | INSURANCE CLAIMS RESARCH | 2.60 | 1,781.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 931428 |
| | Client/Matter No. 60810-0001 | | | October 25, 2022 |
| | | | | Page 3 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/02/22 | ADL | CALL WITH M. FITZPATRICK RE: INSURANCE LITIGATION DISCOVERY | 0.20 | 137.00 |
| 09/02/22 | AEW | ANALYSIS WITH A. DE LEO RE: INSURANCE CLAIMS DOCUMENT REVIEW | 0.10 | 38.00 |
| 09/02/22 | ADL | CALL WITH I. PHILLIPS RE: INSURANCE CLAIMS RESEARCH | 0.20 | 137.00 |
| 09/02/22 | ADL | CALL WITH A. WRYNN RE: INSURANCE CLAIMS RESEARCH | 0.10 | 68.50 |
| 09/02/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESARCH | 2.40 | 1,644.00 |
| 09/02/22 | ADL | CALL WITH PLAINTIFFS TEAMS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.90 | 616.50 |
| 09/02/22 | ADL | CALL WITH PLAINTIFFS' TEAMS AND MARCH COUNSEL RE: 30(B)(6) DEPOSITION | 1.20 | 822.00 |
| 09/06/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 2.80 | 1,120.00 |
| 09/06/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 1.70 | 1,164.50 |
| 09/06/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.50 | 1,712.50 |
| 09/07/22 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 0.40 | 274.00 |
| 09/07/22 | JRA | REVIEW ADDIITONAL RESEARCH RE INSURANCE ADVERSARY | 0.50 | 370.00 |
| 09/07/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 0.60 | 240.00 |
| 09/07/22 | ADL | ATTEND CALL WITH XL RE: POLICY STIPULATION ISSUES | 0.20 | 137.00 |
| 09/07/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.80 | 2,603.00 |
| 09/07/22 | ADL | EMAIL PLAINTIFFS' TEAMS RE: PAOLINO DEPOSITION | 0.10 | 68.50 |
| 09/08/22 | ADL | CALL WITH MARSH COUNSEL AND PLAINTIFFS' COUNSEL RE: MARSH DEPOSITION | 0.50 | 342.50 |
| 09/09/22 | MEF | ATTEND INSURANCE LITIGATION DEPOSITION OF JERRY PAOLINO (LIBERTY MUTUAL) | 3.10 | 1,240.00 |
| 09/09/22 | WAU | REVIEW DEPOSITION SUMMARIES AND EMAILS RE: SAME | 0.30 | 285.00 |
| 09/09/22 | MEF | REVIEW NOTES FROM DEPOSITION, DRAFT AND EDIT OUTLINE, AND EMAILS W/ A. DE LEO RE: SAME | 0.90 | 360.00 |
| 09/09/22 | ADL | ATTEND PAOLINO DEPOSITION | 3.10 | 2,123.50 |
| 09/12/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE DEPOSITIONS | 0.40 | 274.00 |
| 09/12/22 | JRA | EMAILS WITH A. DELEO, L. SZYMANSKI, J. RUBINSTEIN AND A. CRAWFORD RE DEPS AND DISCOVERY | 0.40 | 296.00 |
| 09/12/22 | JRA | REVIEW PRIVILEGE DISCOVERY LETTER | 0.20 | 148.00 |
| 09/12/22 | PJS | DOCUMENT REVIEW FOR INSURANCE LITIGATION | 0.90 | 337.50 |
| 09/13/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 1.50 | 600.00 |
| 09/13/22 | ADL | REVIEW INSURER PRIVILEGE LETTER | 0.30 | 205.50 |
| 09/13/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 4.30 | 1,634.00 |
| 09/13/22 | ADL | INSURANCE CLAIMS RESEARCH | 1.20 | 822.00 |
| 09/13/22 | ADL | ATTEND DEPOSITION PREPARATION SESSION IN INSURANCE LITIGATION | 4.50 | 3,082.50 |
| 09/13/22 | IRP | INSURANCE CLAIMS RESEARCH | 3.20 | 1,536.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  931428 |
| | Client/Matter No. 60810-0001 | | | October 25, 2022 |
| | | | | Page 4 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/14/22 | ADL | REVIEW DOCUMENTS AND EMAILS AND OTHERWISE PREPARE FOR MARSH DEPOSITION | 1.30 | 890.50 |
| 09/14/22 | ADL | ATTEND MARSH DEPOSITION | 8.90 | 6,096.50 |
| 09/14/22 | MEF | REVIEW MY NOTES FROM DOUG CAREY DEPOSITION ON 9/14 AND SUMMARIZE INTO OUTLINE FOR COMMITTEE PER A. DE LEO INSTRUCTION & CORRES. W/ A. DE LEO RE: SAME | 3.70 | 1,480.00 |
| 09/14/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 2.80 | 1,064.00 |
| 09/14/22 | MEF | INSURANCE LITIGATION COMPLAINT REVIEW | 0.30 | 120.00 |
| 09/14/22 | MEF | ATTEND DEPOSITION OF DOUG CAREY FROM MARSH INS. CO IN 30(B)(6) AND INDIVIDUAL CAPACITY | 6.60 | 2,640.00 |
| 09/15/22 | ADL | EMAIL UCC TEAM RE: W. CHANG DEPOSITION | 0.10 | 68.50 |
| 09/15/22 | ADL | REVIEW DEPOSITION REPORT FOR CAREY DEPOSITION | 0.80 | 548.00 |
| 09/15/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 0.60 | 228.00 |
| 09/15/22 | MEF | CALLS W/ A. DE LEO RE: PURDUE INSURANCE LITIGATION DEPOSITION & FOLLOW UP ON NOTES FROM DEPO (.3 & .1) | 0.40 | 160.00 |
| 09/15/22 | MEF | REVIEW, EDIT, AND LAYER NOTES ON D. WINDSCHEFFEL SUMMARY | 1.60 | 640.00 |
| 09/15/22 | IRP | INSURANCE CLAIMS RESEARCH | 3.20 | 1,536.00 |
| 09/15/22 | ADL | CALL WITH M. FITZPATRICK RE: DEPOSITION REPORT | 0.10 | 68.50 |
| 09/15/22 | ADL | INSURANCE CLAIMS RESEARCH | 1.50 | 1,027.50 |
| 09/16/22 | ADL | CALL WITH C. MCMULLAN RE: INSURANCE DEPOSITIONS AND CLAIMS RESEARCH | 0.30 | 205.50 |
| 09/16/22 | IRP | INSURANCE CLAIMS RESEARCH | 3.60 | 1,728.00 |
| 09/16/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 1.60 | 608.00 |
| 09/19/22 | JRA | REVIEW DRAFT POTENTIAL ESTATE CLAIMS ANALYSIS | 2.70 | 1,998.00 |
| 09/19/22 | IRP | INSURANCE CLAIMS RESEARCH | 2.20 | 1,056.00 |
| 09/19/22 | IRP | INSURANCE CLAIMS RESEARCH | 2.70 | 1,296.00 |
| 09/19/22 | IRP | INSURANCE CLAIMS RESEARCH | 3.90 | 1,872.00 |
| 09/19/22 | AEW | INSURANCE CLAIMS DOCUMENT REVIEW | 0.90 | 342.00 |
| 09/20/22 | CDM | REVIEW AND REVISE REPORT RE: WILLY CHANG DEPOSITION. | 1.00 | 375.00 |
| 09/20/22 | IRP | INSURANCE CLAIMS RESEARCH | 4.40 | 2,112.00 |
| 09/20/22 | CDM | REVIEW NOTES FROM WILLY CHANG DEPOSITION. | 0.70 | 262.50 |
| 09/20/22 | ADL | ATTEND DEPOSITION OF WILLY CHANG | 6.50 | 4,452.50 |
| 09/20/22 | CDM | ATTEND WILLY CHANG DEPOSITION. | 6.50 | 2,437.50 |
| 09/20/22 | ADL | REVIEW NOTES RE: W. CHANG DEPOSITION AND PREPARE REPORT RE: SAME | 1.20 | 822.00 |
| 09/21/22 | ADL | PREPARE EXECUTIVE SUMMARY FOR W. CHANG DEPOSITION REPORT | 0.50 | 342.50 |
| 09/21/22 | ADL | REVIEW AND COMMENT ON REVISED DRAFT OF REPORT RE" W. CHANG DEPOSITION | 1.40 | 959.00 |
| 09/22/22 | IRP | INSURANCE CLAIMS RESEARCH | 5.40 | 2,592.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 931428 |
| | Client/Matter No. 60810-0001 | | | October 25, 2022 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/22/22 | ADL | EMAILS WITH PLAINTIFFS TEAMS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 09/22/22 | ADL | INSURANCE CLAIMS RESEARCH | 0.50 | 342.50 |
| 09/22/22 | PJR | REVIEW AND ANALYZE DRAFT ESTATE CLAIMS ANALYSIS | 0.90 | 657.00 |
| 09/23/22 | JRA | EMAILS WITH M. RUSH, A. DELEO AND AKIN RE DISCOVERY AND DEPOSITIONS IN INSURANCE ADVERSARY | 0.60 | 444.00 |
| 09/23/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 0.70 | 479.50 |
| 09/23/22 | ADL | INSURANCE CLAIMS REVIEW | 2.90 | 1,986.50 |
| 09/23/22 | PJR | CONTINUE REVIEW OF ESTATE CLAIMS ANALYSIS | 0.50 | 365.00 |
| 09/24/22 | JRA | EMAILS WITH A. PREIS AND A. CRAWFORD RE EXPERTS | 0.20 | 148.00 |
| 09/26/22 | JRA | EMAILS WITH A. CRAWFORD, A. DELEO, P. BREEN AND R. LEVERIDGE RE DEPS AND EXPERTS | 0.60 | 444.00 |
| 09/27/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 0.50 | 342.50 |
| 09/27/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.60 | 2,466.00 |
| 09/27/22 | IRP | INSURANCE CLAIMS RESEARCH | 4.20 | 2,016.00 |
| 09/27/22 | IRP | INSURANCE CLAIMS RESEARCH | 2.40 | 1,152.00 |
| 09/27/22 | ADL | EMAIL PLAINTIFFS' TEAMS RE: INSURANCE CLAIMS RESEARCH | 0.30 | 205.50 |
| 09/28/22 | IRP | INSURANCE CLAIMS RESEARCH | 2.30 | 1,104.00 |
| 09/28/22 | JRA | EMAILS WITH A. DELEO RE DISCOVERY AND DEPOSITIONS | 0.40 | 296.00 |
| 09/28/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.20 | 1,507.00 |
| 09/29/22 | ADL | REVIEW INSURANCE DEPOSITION SCHEDULE | 0.20 | 137.00 |
| 09/29/22 | JRA | EMAILS WITH A. CRAWFORD AND A. PREIS RE RFP'S | 0.20 | 148.00 |
| 09/29/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.70 | 1,849.50 |
| 09/29/22 | IRP | INSURANCE CLAIMS RESEARCH | 2.10 | 1,008.00 |
| 09/29/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 2.90 | 1,986.50 |
| 09/30/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.40 | 1,644.00 |
| 09/30/22 | ADL | CALL WITH INSURERS COUNSE RE: POLICY STIPULATIONS | 0.40 | 274.00 |
| 09/30/22 | JRA | REVIEW REED SMITH DISCOVERY LETTER | 0.20 | 148.00 |
| 09/30/22 | JRA | EMAILS WITH J. RUBINSTEIN AND A. DELEO RE INSURANCE ADVERSARY DISCOVERY AND CALLS RE SAME | 0.50 | 370.00 |

| | | | | |
|---|---|---|---|---|
| **PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS** | | | **2.50** | **1,850.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/07/22 | JRA | FURTHER EMAILS WITH J. RUBINSTEIN AND L. SZYMANSKI RE DEPOSITIONS | 0.20 | 148.00 |
| 09/07/22 | JRA | EMAILS WITH A. DELEO RE DEPOSITION OUTLINE QUESTIONS | 0.20 | 148.00 |
| 09/08/22 | JRA | EMAILS WITH R. LEVERIDGE, A. DELEO, AND A. KRAMER RE DEPOSITIONS | 0.40 | 296.00 |
| 09/09/22 | JRA | FURTHER EMAILS WITH R. LEVERIDGE, A. DELEO AND A. CRAWFORD RE DEPOSITIONS | 0.50 | 370.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  931428
        Client/Matter No. 60810-0001                                 October 25, 2022
                                                                     Page 6

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/10/22 | JRA | EMAILS WITH D. WINDSCHEFFEL, A. DELEO AND A. PREIS RE DEPOSITIONS | 0.40 | 296.00 |
| 09/12/22 | JRA | EMAIL WITH P. BREENE RE DEPOSITION | 0.10 | 74.00 |
| 09/14/22 | JRA | EMAILS WITH J. FITZMAURICE AND A. DELEO RE INSURANCE ADVERSARY DEPOSITIONS | 0.20 | 148.00 |
| 09/21/22 | JRA | EMAILS WITH M. RUSH, A. CRAWFORD AND A. DELEO RE INSURANCE DEPOSITIONS | 0.30 | 222.00 |
| 09/25/22 | JRA | EMAILS WITH A. CRAWFORD AND A. GASKE RE DEPS | 0.20 | 148.00 |
| | | TOTAL HOURS | 190.60 | |

PROFESSIONAL SERVICES:                                                              $105,696.00
COURTESY DISCOUNT:                                                                  $(10,569.60)
ADJUSTED PROFESSIONAL SERVICES:                                                     $95,126.40

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Alison E. Wrynn | Associate | 14.20 | 380.00 | 5,396.00 |
| Anthony De Leo | Associate | 76.10 | 685.00 | 52,128.50 |
| Conor D. McMullan | Associate | 8.20 | 375.00 | 3,075.00 |
| Ian R. Phillips | Associate | 39.60 | 480.00 | 19,008.00 |
| Jack M. Dougherty | Associate | 0.70 | 400.00 | 280.00 |
| Justin R. Alberto | Member | 13.60 | 740.00 | 10,064.00 |
| Michael E. Fitzpatrick | Associate | 25.80 | 400.00 | 10,320.00 |
| Morton, Larry | Paralegal | 8.80 | 355.00 | 3,124.00 |
| Patrick J. Reilley | Member | 2.20 | 730.00 | 1,606.00 |
| Pauline Z. Ratkowiak | Paralegal | 0.20 | 360.00 | 72.00 |
| Peter J. Strom | Associate | 0.90 | 375.00 | 337.50 |
| Warren A. Usatine | Member | 0.30 | 950.00 | 285.00 |
| | **Total** | **190.60** | | **$105,696.00** |

## EXHIBIT D

## EXPENSE SUMMARY
## SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopy/Printing/Scanning | | $0.10 |
| Online Research | WestLaw | $2.00 |
| **TOTAL** | | **$2.10** |

## **EXHIBIT E**

## **Expense Detail**

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 931428 |
|---|---|---|
|  | Client/Matter No. 60810-0001 | October 25, 2022 |
|  |  | Page 7 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 09/20/22 | PHOTOCOPY /PRINTING/ SCANNING | 2.00 | 0.20 |
| 09/20/22 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 09/20/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 09/20/22 | ONLINE RESEARCH | 1.00 | 0.10 |
| 09/20/22 | PHOTOCOPY /PRINTING/ SCANNING | 8.00 | 0.80 |
|  | **Total** |  | **$2.10** |

TOTAL SERVICES AND COSTS:    $    95,128.50