**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRTY-SIXTH MONTHLY FEE AND EXPENSE STATEMENT OF**
**PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.,***
**FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Name of Applicant: | Province, LLC[2]<br>Financial Advisor to the Official Committee of Unsecured Creditors |
|---|---|
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | September 1, 2022 through and including September 30, 2022 |
| Fees Incurred: | $341,446.15[3] |
| Less 20% Holdback: | $68,289.23 |
| Fees Requested in this Statement: | $273,156.92 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested in This Statement: | $273,156.92 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from September 1, 2022 through September 30, 2022 reflect a voluntary discount of $17,970.85.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors"), hereby submits its Thirty-Sixth Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of September 1, 2022 through September 30, 2022 (the "Statement Period") for (i) compensation in the amount of $273,156.92, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $341,446.15) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $0.00.

### Itemization of Services Rendered and Expenses Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

- Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were

(a) $799.42/hour for all Timekeepers, and (b) $801.87/hour for all professionals.[4]

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

### Total Fees and Expenses Sought for The Statement Period

2.    The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| | |
|---|---:|
| Fees | $341,446.15 |
| Disbursements | $0.00 |
| **Total** | **$341,446.15** |

### Notice and Objection Procedures

3.    Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4.    Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on December 16, 2022 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5.    If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6.    If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $17,970.85.

which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$273,156.92** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: December  2, 2022

By:      */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

## **EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 85.7 | $75,311.00 |
| Claims Analysis and Objections | 45.2 | $26,859.00 |
| Committee Activities | 8.3 | $8,372.00 |
| Court Filings | 1.2 | $1,092.00 |
| Fee/Employment Applications | 3.2 | $1,406.00 |
| Litigation | 253.9 | $206,119.00 |
| Plan and Disclosure Statement | 52.1 | $40,258.00 |
| **Subtotal** | **449.6** | **$359,417.00** |
| **Voluntary Discount** | | **($17,970.85)** |
| **Grand Total** | **449.6** | **$341,446.15** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,150 | 65.5 | $75,325.00 |
| Boris Steffen, CPA, ASA, ABV, CDBV, CGMA | Managing Director - Economic consulting, corporate restructuring, financial investigations and litigation support since 1991. | $950 | 119.4 | $113,430.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $910 | 16.0 | $14,560.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $900 | 7.2 | $6,480.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $760 | 20.4 | $15,504.00 |
| Christian Klawunder, CFA | Vice President – Investment banking. | $650 | 69.3 | $45,045.00 |
| Joshua Williams | Vice President – Investment banking. | $640 | 98.6 | $63,104.00 |
| Raul Busto | Vice President – Data analytics. | $600 | 0.8 | $480.00 |
| Mitchell Boal, CFA | Senior Associate – Financial and data analytics. | $530 | 1.8 | $954.00 |
| Timothy Strickler | Senior Associate – Corporate restructuring, litigation and financial investigation. | $530 | 39.9 | $21,147.00 |
| Byron Groth | Senior Associate – Corporate restructuring. Data analytics since 2006. | $520 | 1.5 | $780.00 |
| Leonardo Kim | Analyst | $300 | 7.3 | $2,190.00 |
| | **Subtotal** | | **447.7** | **$358,999.00** |
| **Blended Rate for Professionals** | | **$801.87** | | |
| Para Professionals | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | | $220 | 1.9 | $418.00 |
| | **Subtotal** | | **1.9** | **$418.00** |
| | | | | |
| | **Subtotal** | | **449.6** | **$359,417.00** |
| **Blended Rate for all Timekeepers** | | **$799.42** | | |
| **Voluntary Discount** | | | | **($17,970.85)** |
| **Grand Total** | | | **449.6** | **$341,446.15** |

## **EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

**<u>EXHIBIT D</u>**

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/1/2022 | Leonardo Kim | Continued updating 8-19 cashflows and variance analysis | Business Analysis / Operations | 1.00 | 300.00 | $300.00 |
| 9/1/2022 | Christian Klawunder | Evaluated changes in latest markup of ICA. | Plan and Disclosure Statement | 1.70 | 650.00 | $1,105.00 |
| 9/1/2022 | Boris Steffen | Continue editing report in support of estate claims. | Litigation | 1.70 | 950.00 | $1,615.00 |
| 9/1/2022 | Stilian Morrison | Confer with other creditor advisors on business plan diligence questions | Business Analysis / Operations | 0.60 | 900.00 | $540.00 |
| 9/1/2022 | Joshua Williams | Audit latest balance sheet of trusts and individuals for certain ICSP | Litigation | 2.30 | 640.00 | $1,472.00 |
| 9/1/2022 | Leonardo Kim | Continued updating cash flow report and variance analysis tracker | Business Analysis / Operations | 0.90 | 300.00 | $270.00 |
| 9/1/2022 | Stilian Morrison | Analyze prior two weeks' cash report | Business Analysis / Operations | 0.30 | 900.00 | $270.00f |
| 9/1/2022 | Leonardo Kim | Updated analysis of prescription trends by product | Business Analysis / Operations | 2.60 | 300.00 | $780.00 |
| 9/1/2022 | Boris Steffen | Review and editing of analysis related to estate claims. | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/1/2022 | Boris Steffen | Review and editing of analysis related to estate claims - additional sections of report. | Litigation | 2.60 | 950.00 | $2,470.00 |
| 9/1/2022 | Michael Atkinson | Review insurance counsel correspondence | Litigation | 0.60 | 1,150.00 | $690.00 |
| 9/1/2022 | Jason Crockett | Analyze issues related to alternative plan scenarios and term sheet. | Plan and Disclosure Statement | 1.10 | 910.00 | $1,001.00 |
| 9/1/2022 | Joshua Williams | Compile sources of balance sheets of trusts and individuals for certain ACSP | Litigation | 2.10 | 640.00 | $1,344.00 |
| 9/1/2022 | Stilian Morrison | Analyze Rhodes Pharma weekly sales report | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 9/1/2022 | Joshua Williams | Compile sources of balance sheets of trusts and individuals for certain ICSP | Litigation | 1.80 | 640.00 | $1,152.00 |
| 9/1/2022 | Joshua Williams | Audit latest balance sheets of trusts and individuals for certain ACSP | Litigation | 2.60 | 640.00 | $1,664.00 |
| 9/1/2022 | Michael Atkinson | Review claims details for insurance counsel | Claims Analysis and Objections | 0.80 | 1,150.00 | $920.00 |
| 9/1/2022 | Boris Steffen | Continue editing analysis related to estate claims. | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/1/2022 | Michael Atkinson | Review multiple scenarios for counsel related to plan options | Plan and Disclosure Statement | 1.20 | 1,150.00 | $1,380.00 |
| 9/1/2022 | Timothy Strickler | Updated claims detail and summary schedules. | Claims Analysis and Objections | 2.20 | 530.00 | $1,166.00 |
| 9/1/2022 | Boris Steffen | Review and editing of analysis in support of causes of action. | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/2/2022 | Eunice Min | Analyze newly announced settlement agreement and potential extrapolation. | Claims Analysis and Objections | 1.90 | 760.00 | $1,444.00 |
| 9/2/2022 | Joshua Williams | Examine cash register query databases for distributions and unidentified payee names | Litigation | 2.40 | 640.00 | $1,536.00 |
| 9/2/2022 | Boris Steffen | Review and edit analysis and report related to estate claims. | Litigation | 1.90 | 950.00 | $1,805.00 |
| 9/2/2022 | Eunice Min | Review update on plan alternatives and other committee updates. | Committee Activities | 0.30 | 760.00 | $228.00 |
| 9/2/2022 | Michael Atkinson | Review and prepare financial update | Business Analysis / Operations | 1.40 | 1,150.00 | $1,610.00 |
| 9/2/2022 | Michael Atkinson | Review and analyze plan options for counsel | Plan and Disclosure Statement | 1.40 | 1,150.00 | $1,610.00 |
| 9/2/2022 | Joshua Williams | Compile summary from cash register query databases on debits and transfers | Litigation | 2.30 | 640.00 | $1,472.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/2/2022 | Christian Klawunder | Prepared responses to counsel's inquiries on settlement doc markups. | Plan and Disclosure Statement | 0.90 | 650.00 | $585.00 |
| 9/2/2022 | Joshua Williams | Compile cash summary at the trust and year level | Litigation | 1.60 | 640.00 | $1,024.00 |
| 9/2/2022 | Eunice Min | Analyze cash flow updates through mid-August. | Business Analysis / Operations | 1.40 | 760.00 | $1,064.00 |
| 9/2/2022 | Timothy Strickler | Updated and reconciled analysis of personal injury claims. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 9/2/2022 | Michael Atkinson | Review and analyze insurance questions from counsel | Litigation | 0.40 | 1,150.00 | $460.00 |
| 9/2/2022 | Joshua Williams | Examine B side cash register query databases | Litigation | 1.10 | 640.00 | $704.00 |
| 9/2/2022 | Boris Steffen | Continue reviewing and editing analysis and report related to estate claims. | Litigation | 0.70 | 950.00 | $665.00 |
| 9/3/2022 | Michael Atkinson | Review settlement documents again for counsel and provide comments | Plan and Disclosure Statement | 2.30 | 1,150.00 | $2,645.00 |
| 9/3/2022 | Leonardo Kim | Updated analysis of financial reporting | Business Analysis / Operations | 2.80 | 300.00 | $840.00 |
| 9/3/2022 | Christian Klawunder | Evaluated proposed changes to CTA for counsel. | Plan and Disclosure Statement | 1.80 | 650.00 | $1,170.00 |
| 9/3/2022 | Christian Klawunder | Responded to counsel's questions regarding settlement agreement. | Plan and Disclosure Statement | 1.40 | 650.00 | $910.00 |
| 9/3/2022 | Jason Crockett | Analyze issues related to potential alternative plan scenarios and impact on recoveries. | Plan and Disclosure Statement | 1.40 | 910.00 | $1,274.00 |
| 9/3/2022 | Joshua Williams | Clean up cash register query databases and write questions on large transactions | Litigation | 1.30 | 640.00 | $832.00 |
| 9/4/2022 | Michael Atkinson | Review questions and research for litigation counsel | Litigation | 1.80 | 1,150.00 | $2,070.00 |
| 9/4/2022 | Christian Klawunder | Analyzed IAC assets and intercompany loans. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 9/4/2022 | Jason Crockett | Prepare analysis of distributions to be paid to various states under proposed Plan. | Business Analysis / Operations | 1.10 | 910.00 | $1,001.00 |
| 9/4/2022 | Eunice Min | Prepare analysis of anticipated allocations for certain creditors, at request of counsel. | Committee Activities | 1.40 | 760.00 | $1,064.00 |
| 9/4/2022 | Michael Atkinson | Review recent opioid settlements for counsel | Claims Analysis and Objections | 1.40 | 1,150.00 | $1,610.00 |
| 9/4/2022 | Michael Atkinson | Review questions and research for litigation counsel | Litigation | 1.50 | 1,150.00 | $1,725.00 |
| 9/5/2022 | Joshua Williams | Analyze IAC holding companies owned by Sacklers | Litigation | 2.90 | 640.00 | $1,856.00 |
| 9/5/2022 | Joshua Williams | Continue to analyze certain IAC payees for recoverability | Litigation | 2.30 | 640.00 | $1,472.00 |
| 9/5/2022 | Michael Atkinson | Review update historical financial analysis for counsel | Business Analysis / Operations | 2.80 | 1,150.00 | $3,220.00 |
| 9/5/2022 | Michael Atkinson | Review IAC's and prepare for call with company | Business Analysis / Operations | 2.90 | 1,150.00 | $3,335.00 |
| 9/5/2022 | Joshua Williams | Analyze IAC operating entities owned by holding companies | Litigation | 1.20 | 640.00 | $768.00 |
| 9/5/2022 | Jason Crockett | Review and analyze most recent update regarding IAC performance v. budget. | Business Analysis / Operations | 1.80 | 910.00 | $1,638.00 |
| 9/5/2022 | Eunice Min | Review prior materials from IAC update and draft potential questions for 9/6 update call. | Business Analysis / Operations | 1.40 | 760.00 | $1,064.00 |
| 9/5/2022 | Christian Klawunder | Evaluated IAC management's initiatives as of last update to creditors. | Business Analysis / Operations | 1.30 | 650.00 | $845.00 |
| 9/5/2022 | Joshua Williams | Review net steps in IAC transfers and recoverability analyses | Litigation | 0.50 | 640.00 | $320.00 |
| 9/5/2022 | Joshua Williams | Research recoverability laws in IAC countries | Litigation | 1.60 | 640.00 | $1,024.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/6/2022 | Michael Atkinson | Review prior IAC business plans | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |
| 9/6/2022 | Joshua Williams | Plug 2021 estimated values from budget Excel files | Litigation | 1.30 | 640.00 | $832.00 |
| 9/6/2022 | Michael Atkinson | Review and provide update on IAC's to counsel | Business Analysis / Operations | 1.60 | 1,150.00 | $1,840.00 |
| 9/6/2022 | Eunice Min | Analyze potential range of sales values for certain IAC segment | Business Analysis / Operations | 0.60 | 760.00 | $456.00 |
| 9/6/2022 | Michael Atkinson | Review sales process and multiples for counsel | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 9/6/2022 | Jason Crockett | Participate in call regarding international business operating results | Business Analysis / Operations | 0.70 | 910.00 | $637.00 |
| 9/6/2022 | Joshua Williams | Prepare slide updates to Side A asset analysis | Litigation | 1.10 | 640.00 | $704.00 |
| 9/6/2022 | Eunice Min | Review updates on recent performance and sales process from team's call with IACs. | Business Analysis / Operations | 1.10 | 760.00 | $836.00 |
| 9/6/2022 | Joshua Williams | Make adjustments to IAC payee net assets presentation | Litigation | 1.20 | 640.00 | $768.00 |
| 9/6/2022 | Stilian Morrison | Continue to analyze July 2022 business plan | Business Analysis / Operations | 0.70 | 900.00 | $630.00 |
| 9/6/2022 | Michael Atkinson | Participate in IAC update call | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 9/6/2022 | Boris Steffen | Auditing and editing spreadsheet model calculations for analysis of certain historical period | Litigation | 2.90 | 950.00 | $2,755.00 |
| 9/6/2022 | Boris Steffen | Auditing and editing spreadsheet model calculations for analysis of additional historical period | Litigation | 2.60 | 950.00 | $2,470.00 |
| 9/6/2022 | Jason Crockett | Analyze issues related to potential alternative Sackler settlement in event of adverse ruling. | Committee Activities | 1.10 | 910.00 | $1,001.00 |
| 9/6/2022 | Joshua Williams | Prepare estimates on IAC net assets from Huron projections | Litigation | 2.50 | 640.00 | $1,600.00 |
| 9/6/2022 | Jason Crockett | Review of recent operating performance in comparison to previously projected results. | Business Analysis / Operations | 1.20 | 910.00 | $1,092.00 |
| 9/6/2022 | Michael Atkinson | Call with counsel regarding plan issues | Plan and Disclosure Statement | 0.70 | 1,150.00 | $805.00 |
| 9/6/2022 | Christian Klawunder | Evaluated current status and progress of IAC management's initiatives. | Business Analysis / Operations | 1.60 | 650.00 | $1,040.00 |
| 9/6/2022 | Timothy Strickler | Imported claims data into database and updated tables/queries for analyses. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 9/6/2022 | Raul Busto | Review MundiPharma update. | Business Analysis / Operations | 0.80 | 600.00 | $480.00 |
| 9/6/2022 | Boris Steffen | Auditing and editing of Ability to Pay spreadsheet model calculations | Litigation | 2.80 | 950.00 | $2,660.00 |
| 9/6/2022 | Stilian Morrison | Analyze 8/30 cash forecast (0.3) and 9/8 cash reporting (0.2) | Business Analysis / Operations | 0.50 | 900.00 | $450.00 |
| 9/6/2022 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.50 | 530.00 | $265.00 |
| 9/6/2022 | Stilian Morrison | Analyze cash reporting week ended 8/5 | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 9/6/2022 | Stilian Morrison | Update re: Mundipharma financials and business plan expectations | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 9/6/2022 | Timothy Strickler | Reviewed and analyzed claims schedule received from claims agent. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 9/7/2022 | Eunice Min | Research into ANDA challenge and status of patent litigation related to debtors' branded opioid. | Business Analysis / Operations | 1.10 | 760.00 | $836.00 |
| 9/7/2022 | Michael Atkinson | Review, analyze and prepare business plan update for committee | Business Analysis / Operations | 3.10 | 1,150.00 | $3,565.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/7/2022 | Boris Steffen | Review and editing of historical ability to pay analysis for certain period | Litigation | 2.50 | 950.00 | $2,375.00 |
| 9/7/2022 | Christian Klawunder | Evaluated progress of IAC management's cost reduction initiatives. | Business Analysis / Operations | 0.80 | 650.00 | $520.00 |
| 9/7/2022 | Joshua Williams | Calculate gross liquidity across all IAC payee entities | Litigation | 2.80 | 640.00 | $1,792.00 |
| 9/7/2022 | Timothy Strickler | Updated and reconciled NAS claim schedules. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 9/7/2022 | Eunice Min | Revise financial update for committee with latest Cf results through August. | Business Analysis / Operations | 1.60 | 760.00 | $1,216.00 |
| 9/7/2022 | Jason Crockett | Review of recent financial and operational performance for UCC update call. | Committee Activities | 0.70 | 910.00 | $637.00 |
| 9/7/2022 | Joshua Williams | Evaluate short-term borrowings for recoverability | Litigation | 1.20 | 640.00 | $768.00 |
| 9/7/2022 | Jason Crockett | Prepare analysis related to sensitivity of future operational cash flows as a result of recent performance variances. | Business Analysis / Operations | 1.60 | 910.00 | $1,456.00 |
| 9/7/2022 | Michael Atkinson | Review and analyze scenario analysis for counsel | Business Analysis / Operations | 1.30 | 1,150.00 | $1,495.00 |
| 9/7/2022 | Joshua Williams | Analyze liquid assets held by IAC payee entities | Litigation | 2.20 | 640.00 | $1,408.00 |
| 9/7/2022 | Christian Klawunder | Analyzed cash position of IACs over time. | Business Analysis / Operations | 1.40 | 650.00 | $910.00 |
| 9/7/2022 | Boris Steffen | Review and editing of historical ability to pay analysis for additional period | Litigation | 2.70 | 950.00 | $2,565.00 |
| 9/7/2022 | Boris Steffen | Review and editing of historical ability to pay analysis for additional period | Litigation | 2.90 | 950.00 | $2,755.00 |
| 9/7/2022 | Joshua Williams | Adjust IAC payee net assets valuation for intercompany loans and payables | Litigation | 2.70 | 640.00 | $1,728.00 |
| 9/8/2022 | Joshua Williams | Continue to evaluate illiquid investments and assets for IAC payees | Litigation | 1.20 | 640.00 | $768.00 |
| 9/8/2022 | Eunice Min | Analyze pipeline products for generic projections. | Business Analysis / Operations | 1.20 | 760.00 | $912.00 |
| 9/8/2022 | Joshua Williams | Determine concentration of illiquid investments by Trusts and Sackler family members | Litigation | 0.80 | 640.00 | $512.00 |
| 9/8/2022 | Christian Klawunder | Analyzed tax distributions made relative to tax payments remitted. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 9/8/2022 | Boris Steffen | Review and editing of historical ability to pay analysis for additional period | Litigation | 2.60 | 950.00 | $2,470.00 |
| 9/8/2022 | Michael Atkinson | Review, analyze and prepare update for committee | Committee Activities | 1.50 | 1,150.00 | $1,725.00 |
| 9/8/2022 | Boris Steffen | Auditing and editing of historical ability to pay analysis for additional period | Litigation | 2.90 | 950.00 | $2,755.00 |
| 9/8/2022 | Timothy Strickler | Updated queries and reports in claims database. | Claims Analysis and Objections | 1.80 | 530.00 | $954.00 |
| 9/8/2022 | Joshua Williams | Evaluate illiquid investments by Trust for risk and recoverability | Litigation | 2.60 | 640.00 | $1,664.00 |
| 9/8/2022 | Michael Atkinson | Review and analyze sensitivity analysis for counsel related to branded opioid sales | Business Analysis / Operations | 1.70 | 1,150.00 | $1,955.00 |
| 9/8/2022 | Joshua Williams | Evaluate illiquid investments held by IAC holding companies and payee entities | Litigation | 1.90 | 640.00 | $1,216.00 |
| 9/8/2022 | Michael Atkinson | Review insurance issues for counsel | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 9/8/2022 | Boris Steffen | Auditing and editing of ability to pay spreadsheet model calculations for certain period | Litigation | 2.70 | 950.00 | $2,565.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/9/2022 | Joshua Williams | Traced real estate property by asset location and research tax records for change of ownership | Litigation | 1.70 | 640.00 | $1,088.00 |
| 9/9/2022 | Boris Steffen | Auditing and editing of projected nominal lease expense spreadsheet model calculations for historical period | Litigation | 2.60 | 950.00 | $2,470.00 |
| 9/9/2022 | Joshua Williams | Seek clarification on illiquid non-security investments | Litigation | 0.60 | 640.00 | $384.00 |
| 9/9/2022 | Michael Atkinson | Review sensitivities for business operations for counsel | Business Analysis / Operations | 1.60 | 1,150.00 | $1,840.00 |
| 9/9/2022 | Joshua Williams | Research tax records for change of real estate ownership | Litigation | 2.90 | 640.00 | $1,856.00 |
| 9/9/2022 | Michael Atkinson | Review and analyze financial update presentation for committee | Business Analysis / Operations | 1.40 | 1,150.00 | $1,610.00 |
| 9/9/2022 | Joshua Williams | Research country level location detail for Sackler trusts | Litigation | 1.30 | 640.00 | $832.00 |
| 9/9/2022 | Joshua Williams | Compare asset values of land and other long-term real property held by Sackler family members | Litigation | 2.80 | 640.00 | $1,792.00 |
| 9/9/2022 | Eunice Min | Review M. Boal's analysis and edit scenario LOE analysis to show impact of potential adverse outcome. | Business Analysis / Operations | 1.10 | 760.00 | $836.00 |
| 9/9/2022 | Mitchell Boal | Analyzed branded opioid LOE scenarios. | Business Analysis / Operations | 1.80 | 530.00 | $954.00 |
| 9/9/2022 | Timothy Strickler | Reviewed and reconciled claims summary and detail schedules. | Business Analysis / Operations | 1.70 | 530.00 | $901.00 |
| 9/9/2022 | Boris Steffen | Continue auditing and editing of present value of projected expense spreadsheet model calculations | Litigation | 2.70 | 950.00 | $2,565.00 |
| 9/9/2022 | Boris Steffen | Auditing and editing of non-operating spreadsheet model calculations | Litigation | 2.70 | 950.00 | $2,565.00 |
| 9/10/2022 | Joshua Williams | Confirm all sources of country-level asset detail for Sackler trusts | Litigation | 0.60 | 640.00 | $384.00 |
| 9/10/2022 | Christian Klawunder | Evaluated CTA markup issues for counsel. | Plan and Disclosure Statement | 1.30 | 650.00 | $845.00 |
| 9/10/2022 | Boris Steffen | Auditing and editing of plan funding spreadsheet model calculations | Litigation | 2.80 | 950.00 | $2,660.00 |
| 9/10/2022 | Christian Klawunder | Analyzed IAC assets and inter-trust loans. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 9/10/2022 | Boris Steffen | Auditing and editing of other long-term liabilities spreadsheet model calculations | Litigation | 2.50 | 950.00 | $2,375.00 |
| 9/11/2022 | Joshua Williams | Wrap up review of Sackler assets by country | Litigation | 1.70 | 640.00 | $1,088.00 |
| 9/11/2022 | Michael Atkinson | Prepare for committee call | Committee Activities | 0.90 | 1,150.00 | $1,035.00 |
| 9/11/2022 | Michael Atkinson | Review recent opioid settlements and provide update to counsel | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |
| 9/11/2022 | Christian Klawunder | Continued to analyze IAC assets and inter-trust loans. | Litigation | 2.30 | 650.00 | $1,495.00 |
| 9/12/2022 | Joshua Williams | Assess and evaluate intercompany liabilities for IAC payees receiving transfers | Litigation | 1.00 | 640.00 | $640.00 |
| 9/12/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test as of certain date | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/12/2022 | Joshua Williams | Evaluate IAC payee projections for IACs with significant recoverability shortfalls | Litigation | 2.30 | 640.00 | $1,472.00 |
| 9/12/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test as of additional certain date | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/12/2022 | Joshua Williams | Evaluate transfers in for IACs with recoverability shortfalls | Litigation | 1.80 | 640.00 | $1,152.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/12/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test | Litigation | 1.50 | 950.00 | $1,425.00 |
| 9/12/2022 | Joshua Williams | Build slide template on intercompany liabilities for IAC payees | Litigation | 1.50 | 640.00 | $960.00 |
| 9/12/2022 | Christian Klawunder | Evaluated parties captured under toller amendment. | Plan and Disclosure Statement | 1.30 | 650.00 | $845.00 |
| 9/12/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test as of certain time period | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/12/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test as of additional certain time period | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/12/2022 | Joshua Williams | Analyze long-term liabilities impacting IAC payee recoverability and any intercompany write-offs | Litigation | 2.60 | 640.00 | $1,664.00 |
| 9/12/2022 | Christian Klawunder | Reviewed and analyzed memo from counsel regarding potential ex-US actions. | Litigation | 1.20 | 650.00 | $780.00 |
| 9/12/2022 | Michael Atkinson | Review litigation team questions | Litigation | 1.30 | 1,150.00 | $1,495.00 |
| 9/12/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test as of certain historical time period | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/12/2022 | Michael Atkinson | Follow up with Sacklers' FA on financial updates | Business Analysis / Operations | 0.40 | 1,150.00 | $460.00 |
| 9/13/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test as of certain time period | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/13/2022 | Joshua Williams | Determine intercompany liabilities necessary for ongoing operations versus placeholder liabilities for write-offs | Litigation | 2.90 | 640.00 | $1,856.00 |
| 9/13/2022 | Michael Atkinson | Call with debtor regarding patent litigation | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 9/13/2022 | Joshua Williams | Analyze large transfers in and subsequent drop-offs in transfers for IAC payees | Litigation | 1.30 | 640.00 | $832.00 |
| 9/13/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test for historical period | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/13/2022 | Eunice Min | Call with company advisors, AHC advisors, and UCC advisors related to patent litigation issues. | Business Analysis / Operations | 0.60 | 760.00 | $456.00 |
| 9/13/2022 | Eunice Min | Perform research into patent litigation including to search statements or other information on adversarial party | Business Analysis / Operations | 1.10 | 760.00 | $836.00 |
| 9/13/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test for additional historical period | Litigation | 1.10 | 950.00 | $1,045.00 |
| 9/13/2022 | Joshua Williams | Compare book value of investments for real investment dollars per IAC payee | Litigation | 0.60 | 640.00 | $384.00 |
| 9/13/2022 | Joshua Williams | Evaluate investments made by IAC payees following distributions from PPLP | Litigation | 1.10 | 640.00 | $704.00 |
| 9/13/2022 | Joshua Williams | Continue to evaluate intercompany liabilities in IAC payee statements | Litigation | 1.90 | 640.00 | $1,216.00 |
| 9/13/2022 | Christian Klawunder | Analyzed assets of recently terminated trusts. | Plan and Disclosure Statement | 2.40 | 650.00 | $1,560.00 |
| 9/13/2022 | Michael Atkinson | Review issues related to pending litigation | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 9/13/2022 | Joshua Williams | Evaluate recoverability of investments through audit analysis | Litigation | 1.30 | 640.00 | $832.00 |
| 9/13/2022 | Michael Atkinson | Review and prepare for call with FA's for update on sales process and restructuring | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/14/2022 | Jason Crockett | Analyze value of opioid claims at various points in time based on economic studies. | Claims Analysis and Objections | 1.10 | 910.00 | $1,001.00 |
| 9/14/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Pharma industry v Purdue current ratios | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/14/2022 | Joshua Williams | Analyze IAC payee audits for historical investments | Litigation | 0.90 | 640.00 | $576.00 |
| 9/14/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Pharma industry v Purdue quick ratios = | Litigation | 1.60 | 950.00 | $1,520.00 |
| 9/14/2022 | Joshua Williams | Analyze IAC payee liabilities and impact on net assets recoverability analysis for Counsel | Litigation | 2.50 | 640.00 | $1,600.00 |
| 9/14/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test historically | Litigation | 1.50 | 950.00 | $1,425.00 |
| 9/14/2022 | Boris Steffen | Review and edit of Purdue capital adequacy test as of certain historical time period | Litigation | 1.10 | 950.00 | $1,045.00 |
| 9/14/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Pharma industry v Purdue ratios | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/14/2022 | Joshua Williams | Create schedules for IAC payees for review by Counsel | Litigation | 2.30 | 640.00 | $1,472.00 |
| 9/14/2022 | Byron Groth | Analyzed issues regarding IP exclusivity. | Business Analysis / Operations | 1.50 | 520.00 | $780.00 |
| 9/14/2022 | Christian Klawunder | Evaluated distributions received by recently terminated trusts. | Plan and Disclosure Statement | 2.30 | 650.00 | $1,495.00 |
| 9/14/2022 | Joshua Williams | Prepare new schedules on recoverability analysis for Counsel | Litigation | 1.50 | 640.00 | $960.00 |
| 9/14/2022 | Joshua Williams | Analyze recoverability of long term investments | Litigation | 1.70 | 640.00 | $1,088.00 |
| 9/14/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Pharma industry v Purdue ratios | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/15/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Purdue Comparable Companies and Purdue current  liabilities to inventory ratios | Litigation | 1.50 | 950.00 | $1,425.00 |
| 9/15/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Pharma industry v Purdue total liabilities to net worth ratios | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/15/2022 | Timothy Strickler | Reviewed and analyzed spreadsheet of claims data received form claims agent. | Claims Analysis and Objections | 1.40 | 530.00 | $742.00 |
| 9/15/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Purdue Comparable Companies and Purdue current liabilities to net worth | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/15/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Pharma industry v Purdue fixed assets to net worth ratios | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/15/2022 | Timothy Strickler | Imported claims data into database and revised and updated tables/queries for analyses. | Claims Analysis and Objections | 2.20 | 530.00 | $1,166.00 |
| 9/15/2022 | Timothy Strickler | Reviewed POCs recently added to the claims register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 9/15/2022 | Christian Klawunder | Evaluated parties listed in estate claims analysis. | Litigation | 1.90 | 650.00 | $1,235.00 |
| 9/15/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Purdue | Litigation | 1.20 | 950.00 | $1,140.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| | | Comparable Companies and Purdue quick ratios | | | | |
| 9/15/2022 | Michael Atkinson | Review cash transfers of Sackler cash | Litigation | 0.70 | 1,150.00 | $805.00 |
| 9/15/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Purdue Comparable Companies and Purdue current ratios for additional periods | Litigation | 1.50 | 950.00 | $1,425.00 |
| 9/15/2022 | Jason Crockett | Prepare supporting documentation related to justification of magnitude of opioid harm suffered by various creditor groups. | Claims Analysis and Objections | 1.80 | 910.00 | $1,638.00 |
| 9/16/2022 | Boris Steffen | Review and edit of calculations of ratios and Z-score for historical periods | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/16/2022 | Timothy Strickler | Updated and revised claims summary and detail spreadsheets. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 9/16/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Purdue Comparable Companies and Purdue fixed assets to net worth ratios | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/16/2022 | Boris Steffen | Review and edit of calculations and comparative analysis of Purdue Comparable Companies and Purdue total liabilities to net worth ratios for additional periods | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/16/2022 | Christian Klawunder | Analyzed assets and distributions received by recently terminated trusts. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 9/16/2022 | Boris Steffen | Review and edit of calculations of the certain ratios and statistics for Purdue for historical period | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/17/2022 | Christian Klawunder | Continued to analyze assets and distributions received by IACs. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 9/17/2022 | Michael Atkinson | Review draft analysis of estate claims for counsel | Litigation | 2.40 | 1,150.00 | $2,760.00 |
| 9/18/2022 | Christian Klawunder | Evaluated MDT Trustee reporting obligations under SA. | Plan and Disclosure Statement | 1.60 | 650.00 | $1,040.00 |
| 9/18/2022 | Michael Atkinson | Review and analyze issues related to draft analysis of estate claims for counsel | Litigation | 1.90 | 1,150.00 | $2,185.00 |
| 9/19/2022 | Christian Klawunder | Reviewed and analyzed latest draft of estate claims analysis. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 9/19/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for certain historical period | Litigation | 0.60 | 950.00 | $570.00 |
| 9/19/2022 | Joshua Williams | Analyze Sackler assets for the period ending December 31, 2020 | Litigation | 2.60 | 640.00 | $1,664.00 |
| 9/19/2022 | Joshua Williams | Review and analyze family trusts for Sackler family members | Litigation | 1.50 | 640.00 | $960.00 |
| 9/19/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for additional historical period | Litigation | 1.90 | 950.00 | $1,805.00 |
| 9/19/2022 | Joshua Williams | Prepare comments on Sackler family asset changes | Litigation | 1.80 | 640.00 | $1,152.00 |
| 9/19/2022 | Timothy Strickler | Reviewed proofs of claim recently filed. | Claims Analysis and Objections | 0.60 | 530.00 | $318.00 |
| 9/19/2022 | Timothy Strickler | Reviewed/analyzed spreadsheet of claims data received from claims agent. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 9/19/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis | Litigation | 1.80 | 950.00 | $1,710.00 |
| 9/19/2022 | Timothy Strickler | Imported claims data into database, and revised and updated tables and queries for analyses. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 9/19/2022 | Boris Steffen | Continued editing historical valuation analysis | Litigation | 1.70 | 950.00 | $1,615.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/20/2022 | Boris Steffen | Revise and prepare historical valuation analysis as of certain time period | Litigation | 2.10 | 950.00 | $1,995.00 |
| 9/20/2022 | Boris Steffen | Revise historical valuation analysis as of additional time period | Litigation | 0.90 | 950.00 | $855.00 |
| 9/20/2022 | Timothy Strickler | Update analyses of litigation claims filed to date. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 9/20/2022 | Boris Steffen | Revise valuation analysis as of certain historical period | Litigation | 0.60 | 950.00 | $570.00 |
| 9/20/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for 12.31.2012 using Exit Multiple Model terminal value calculation | Litigation | 0.80 | 950.00 | $760.00 |
| 9/20/2022 | Michael Atkinson | Review and analyze related to estate claims for counsel | Litigation | 1.90 | 1,150.00 | $2,185.00 |
| 9/20/2022 | Boris Steffen | Auditing and editing of Purdue Balance Sheet test calculation and results for additional periods | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/20/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for historical period | Litigation | 0.70 | 950.00 | $665.00 |
| 9/20/2022 | Boris Steffen | Auditing and editing of Purdue Balance Sheet test and analyses | Litigation | 1.10 | 950.00 | $1,045.00 |
| 9/20/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for additional period | Litigation | 1.90 | 950.00 | $1,805.00 |
| 9/20/2022 | Christian Klawunder | Evaluated tax distributions received by family trusts. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 9/20/2022 | Michael Atkinson | Review business plan related to counsel questions | Business Analysis / Operations | 1.30 | 1,150.00 | $1,495.00 |
| 9/20/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for additional periods | Litigation | 1.80 | 950.00 | $1,710.00 |
| 9/21/2022 | Joshua Williams | Update and create new analyses for the net asset report | Litigation | 3.00 | 640.00 | $1,920.00 |
| 9/21/2022 | Christian Klawunder | Analyzed assets of IAC entities which received debtor distributions. | Litigation | 1.70 | 650.00 | $1,105.00 |
| 9/21/2022 | Boris Steffen | Continue analyzing and editing DCF analysis for valuation as of certain period | Litigation | 1.80 | 950.00 | $1,710.00 |
| 9/21/2022 | Boris Steffen | Analyzing and editing DCF analysis for valuation as of certain period | Litigation | 0.70 | 950.00 | $665.00 |
| 9/21/2022 | Michael Atkinson | Review and prepare projection sensitivity analysis | Business Analysis / Operations | 1.40 | 1,150.00 | $1,610.00 |
| 9/21/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for additional time period | Litigation | 0.70 | 950.00 | $665.00 |
| 9/21/2022 | Timothy Strickler | Update analyses of non-litigation claims filed to date. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 9/21/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for 2014 | Litigation | 2.10 | 950.00 | $1,995.00 |
| 9/22/2022 | Jason Crockett | Review of issues related to draft de minimis asset sale motion and Debtors' intentions and prepare comments for counsel regarding thresholds. | Court Filings | 0.80 | 910.00 | $728.00 |
| 9/22/2022 | Christian Klawunder | Analyzed debtors' motion regarding asset sale procedures. | Plan and Disclosure Statement | 2.30 | 650.00 | $1,495.00 |
| 9/22/2022 | Michael Atkinson | Committee call | Committee Activities | 0.50 | 1,150.00 | $575.00 |
| 9/22/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis as of additional valuation dates | Litigation | 0.80 | 950.00 | $760.00 |
| 9/22/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis using Gordon Growth Model terminal value calculation as of additional valuation dates | Litigation | 1.70 | 950.00 | $1,615.00 |
| 9/22/2022 | Joshua Williams | Work on updates to NA report | Litigation | 2.40 | 640.00 | $1,536.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/23/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis terminal value calculation | Litigation | 0.60 | 950.00 | $570.00 |
| 9/23/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis as of additional valuation date | Litigation | 1.80 | 950.00 | $1,710.00 |
| 9/23/2022 | Eunice Min | Call with Debtors' and Creditors' advisors related to FDA inspection. | Business Analysis / Operations | 0.90 | 760.00 | $684.00 |
| 9/23/2022 | Michael Atkinson | Prepare for call with debtor | Business Analysis / Operations | 0.30 | 1,150.00 | $345.00 |
| 9/23/2022 | Eunice Min | Analyze Tax Matters Agreement and questions from Akin related to same. | Plan and Disclosure Statement | 1.30 | 760.00 | $988.00 |
| 9/23/2022 | Michael Atkinson | Review and analyze products manufactured at Wilson for counsel | Business Analysis / Operations | 1.70 | 1,150.00 | $1,955.00 |
| 9/23/2022 | Boris Steffen | Revise balance sheet test calculation and results historically | Litigation | 1.30 | 950.00 | $1,235.00 |
| 9/23/2022 | Eunice Min | Search and review materials related to drugs produced in Wilson factory. | Business Analysis / Operations | 1.20 | 760.00 | $912.00 |
| 9/23/2022 | Boris Steffen | Edit balance sheet test calculation and results historically | Litigation | 1.10 | 950.00 | $1,045.00 |
| 9/23/2022 | Joshua Williams | Review net asset report questions | Litigation | 1.00 | 640.00 | $640.00 |
| 9/23/2022 | Boris Steffen | Edit balance sheet test calculation and results for additional time period | Litigation | 0.90 | 950.00 | $855.00 |
| 9/23/2022 | Michael Atkinson | Call with company regarding factory operation | Business Analysis / Operations | 1.00 | 1,150.00 | $1,150.00 |
| 9/23/2022 | Boris Steffen | Auditing and editing of balance sheet test calculation and results for additional time period | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/23/2022 | Boris Steffen | Auditing and editing of Purdue DCF analysis for additional time period | Litigation | 2.10 | 950.00 | $1,995.00 |
| 9/23/2022 | Christian Klawunder | Analyzed most recent monthly operating report from debtors. | Business Analysis / Operations | 1.90 | 650.00 | $1,235.00 |
| 9/24/2022 | Boris Steffen | Auditing and editing of Purdue Balance Sheet analyses as of historical period | Litigation | 1.40 | 950.00 | $1,330.00 |
| 9/24/2022 | Boris Steffen | Auditing and editing of Purdue Balance Sheet test analysis for additional period | Litigation | 0.80 | 950.00 | $760.00 |
| 9/24/2022 | Michael Atkinson | Review products produced at Wilson and cash flows | Business Analysis / Operations | 2.20 | 1,150.00 | $2,530.00 |
| 9/24/2022 | Jason Crockett | Review of updated de minimis asset sale motion. | Court Filings | 0.40 | 910.00 | $364.00 |
| 9/24/2022 | Boris Steffen | Continue auditing and editing of Purdue Balance Sheet test calculation and results as of historical periods | Litigation | 1.20 | 950.00 | $1,140.00 |
| 9/24/2022 | Christian Klawunder | Evaluated budgets and forecasts by cost center. | Business Analysis / Operations | 1.80 | 650.00 | $1,170.00 |
| 9/25/2022 | Christian Klawunder | Continued to analyze assets of IAC entities which received debtor distributions. | Litigation | 1.50 | 650.00 | $975.00 |
| 9/25/2022 | Michael Atkinson | Review and analyze presentation for committee | Committee Activities | 1.70 | 1,150.00 | $1,955.00 |
| 9/26/2022 | Christian Klawunder | Correspondence to counsel regarding financial update. | Plan and Disclosure Statement | 0.80 | 650.00 | $520.00 |
| 9/26/2022 | Timothy Strickler | Reviewed proofs of claim recently added to the claims register. | Claims Analysis and Objections | 0.50 | 530.00 | $265.00 |
| 9/26/2022 | Christian Klawunder | Evaluated trusts and individuals proposed for inclusion in financial update. | Plan and Disclosure Statement | 1.30 | 650.00 | $845.00 |
| 9/26/2022 | Christian Klawunder | Analyzed historical net assets of distribution payees. | Plan and Disclosure Statement | 2.10 | 650.00 | $1,365.00 |
| 9/26/2022 | Eunice Min | Review and revise draft August fee statement. | Fee / Employment Applications | 1.30 | 760.00 | $988.00 |
| 9/26/2022 | Michael Atkinson | Review trust reporting and proposal for side A and brief counsel on the same | Plan and Disclosure Statement | 1.80 | 1,150.00 | $2,070.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 9/26/2022 | Timothy Strickler | Analyzed spreadsheet of claims data received from claims agent. | Claims Analysis and Objections | 1.50 | 530.00 | $795.00 |
| 9/26/2022 | Timothy Strickler | Imported claims information into database, and revised and updated tables/queries for analyses. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 9/27/2022 | Eunice Min | Draft update on FA call for team. | Committee Activities | 0.20 | 760.00 | $152.00 |
| 9/27/2022 | Eunice Min | Call with FAs to discuss various updates. | Business Analysis / Operations | 0.40 | 760.00 | $304.00 |
| 9/27/2022 | Timothy Strickler | Updated and revised claims detail and summary spreadsheets. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 9/27/2022 | Christian Klawunder | Analyzed estimated net recoverable value of related party receivables. | Plan and Disclosure Statement | 1.20 | 650.00 | $780.00 |
| 9/27/2022 | Stilian Morrison | Analyze weekly sales report by product | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 9/27/2022 | Christian Klawunder | Evaluated trusts proposed for inclusion in financial update. | Plan and Disclosure Statement | 2.60 | 650.00 | $1,690.00 |
| 9/27/2022 | Michael Atkinson | Review call with debtor details and provide comments to counsel | Business Analysis / Operations | 0.40 | 1,150.00 | $460.00 |
| 9/27/2022 | Stilian Morrison | Analyze latest weekly cash reporting | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 9/27/2022 | Jason Crockett | Review of latest report prepared related to Sackler Side A assets. | Business Analysis / Operations | 1.20 | 910.00 | $1,092.00 |
| 9/27/2022 | Eunice Min | Review prior weeks' updates to prepare for bi-weekly FA update. | Business Analysis / Operations | 0.30 | 760.00 | $228.00 |
| 9/27/2022 | Michael Atkinson | Review side A proposal for updated financials and provide thoughts to counsel | Plan and Disclosure Statement | 1.10 | 1,150.00 | $1,265.00 |
| 9/27/2022 | Michael Atkinson | Review side B proposal for updated documents and propose to debtor and ad hoc. | Plan and Disclosure Statement | 0.90 | 1,150.00 | $1,035.00 |
| 9/27/2022 | Eric Mattson | Drafted August fee statement and emailed to E. Min for review. | Fee / Employment Applications | 1.90 | 220.00 | $418.00 |
| 9/28/2022 | Michael Atkinson | Review and discuss with counsel side A and B financial updates | Plan and Disclosure Statement | 0.80 | 1,150.00 | $920.00 |
| 9/28/2022 | Michael Atkinson | Email other FA's to coordinate on Sackler requests | Plan and Disclosure Statement | 0.50 | 1,150.00 | $575.00 |
| 9/28/2022 | Christian Klawunder | Evaluated IAC valuation methodology. | Plan and Disclosure Statement | 1.80 | 650.00 | $1,170.00 |
| 9/28/2022 | Christian Klawunder | Continued to evaluate net assets of distribution recipients. | Plan and Disclosure Statement | 2.30 | 650.00 | $1,495.00 |
| 9/28/2022 | Michael Atkinson | Discuss path forward on Sackler financials with counsel | Plan and Disclosure Statement | 0.50 | 1,150.00 | $575.00 |
| 9/28/2022 | Timothy Strickler | Updated and revised litigation and non-litigation claims analyses. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 9/29/2022 | Michael Atkinson | Review and analyze financial update deck for committee | Business Analysis / Operations | 1.40 | 1,150.00 | $1,610.00 |
| 9/29/2022 | Christian Klawunder | Evaluated valuation methodology used in net assets reports. | Plan and Disclosure Statement | 2.70 | 650.00 | $1,755.00 |
| 9/29/2022 | Christian Klawunder | Analyzed trusts with de minimis reported net assets value. | Plan and Disclosure Statement | 1.50 | 650.00 | $975.00 |
| 9/30/2022 | Stilian Morrison | Analyze cash reporting week ended 9/16 | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 9/30/2022 | Christian Klawunder | Analyzed recoverability of inter-family loans. | Plan and Disclosure Statement | 2.40 | 650.00 | $1,560.00 |
| 9/30/2022 | Stilian Morrison | Analyze July 2022 monthly report | Business Analysis / Operations | 0.70 | 900.00 | $630.00 |
| 9/30/2022 | Christian Klawunder | Evaluated nature of assets held by IAC payment parties. | Plan and Disclosure Statement | 1.40 | 650.00 | $910.00 |
| 9/30/2022 | Stilian Morrison | Analyze July 2022 business plan supporting schedules | Business Analysis / Operations | 2.80 | 900.00 | $2,520.00 |