KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                          :    Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*    :    Case No. 19-23649 (SHL)
                                                               :
            Debtors.[1]                      :    (Jointly Administered)
---------------------------------------------------------------x

**THIRTY-FOURTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | September 1, 2022 through September 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $7,252.62 (80% of $9,065.77) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $0.00 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $7,252.62 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its thirty-fourth monthly fee statement (the "Monthly Fee Statement") for the period beginning September 1, 2022 through and including September 30, 2022 (the "Fee Period"). During the Fee Period, the fees incurred by KCC were $9,065.77.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $7,252.62, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. KCC's invoice including detailed line item lists of time entries.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on**

**December 16, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: December 2, 2022
El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

a) I am Assistant General Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b) I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c) I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated:  December 2, 2022
         El Segundo, California

/s/ *Sarah Harbuck*

Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | Consultant | 11 | $203.28 | $2,236.02 |
| CJC | Caitlin Corrie | Consultant | 0.5 | $125.24 | $62.60 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.2 | $231.53 | $277.81 |
| HBU | Hannah Bussey | Consultant | 0.6 | $200.86 | $120.51 |
| HEF | Heather Fellows | Consultant | 0.2 | $149.44 | $29.88 |
| IRS | Irvin Salgado | Clerk | 0.1 | $53.85 | $5.38 |
| JBU | Joseph Bunning | Senior Consultant | 22.2 | $206.91 | $4,593.38 |
| JDG | Jennifer Grageda | Consultant | 0.2 | $149.44 | $29.88 |
| JUY | Justin Uy | Consultant | 0.1 | $125.24 | $12.52 |
| MDO | Matthew Orr | Consultant | 0.4 | $200.86 | $80.34 |
| MVA | Maria Valencia | Clerk | 0.3 | $53.85 | $16.14 |
| MWC | Matthew Canty | Consultant | 1.1 | $200.86 | $220.95 |
| SEW | Scott Ewing | Senior Consultant | 0.4 | $206.91 | $82.76 |
| STP | Stephanie Paul | Consultant | 0.1 | $125.24 | $12.52 |
| SYU | Susan Yu | Consultant | 5.3 | $203.28 | $1,077.39 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 0.8 | $209.40 | $167.52 |
| VTM | Vien Marquez | Consultant | 0.2 | $200.86 | $40.17 |
| | | | | | |
| | **TOTALS** | | **44.7** | | **$9,065.77** |

**Exhibit B**
**Invoice**



October 20, 2022

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

   Re: Purdue Pharma L.P. (Creditors' Committee)
     USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period September 1, 2022 to September 30, 2022 in the amount of $9,065.77 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring


Enclosures



October 20, 2022

Copy Parties

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 70789FA | **Invoice Date** | October 20, 2022 |
|---|---|---|---|
| **Invoice Number** | US_KCC2365134 | **Due Date** | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $9,065.77 |
| *Total of Hourly Fees* | $9,065.77 |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| *Invoice Subtotal* | $9,065.77 |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | $9,065.77 |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US_KCC2365134 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $9,065.77 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
|  |  |  | Account # 000183571 |
|  |  |  | FED ABA # 021001088 |
|  |  |  | ACH Routing # 022000020 |

## Kurtzman Carson Consultants LLC

09/01/2022 - 09/30/2022

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | CON | 11.00 | $203.28 | $2,236.02 |
| CJC | Caitlin Corrie | CON | 0.50 | $125.24 | $62.60 |
| EJG | Evan Gershbein | SMC | 1.20 | $231.53 | $277.81 |
| HBU | Hannah Bussey | CON | 0.60 | $200.86 | $120.51 |
| HEF | Heather Fellows | CON | 0.20 | $149.44 | $29.88 |
| IRS | Irvin Salgado | CL | 0.10 | $53.85 | $5.38 |
| JBU | Joseph Bunning | SC | 22.20 | $206.91 | $4,593.38 |
| JDG | Jennifer Grageda | CON | 0.20 | $149.44 | $29.88 |
| JUY | Justin Uy | CON | 0.10 | $125.24 | $12.52 |
| MDO | Matthew Orr | CON | 0.40 | $200.86 | $80.34 |
| MVA | Maria Valencia | CL | 0.30 | $53.85 | $16.14 |
| MWC | Matthew Canty | CON | 1.10 | $200.86 | $220.95 |
| SEW | Scott Ewing | SC | 0.40 | $206.91 | $82.76 |
| STP | Stephanie Paul | CON | 0.10 | $125.24 | $12.52 |
| SYU | Susan Yu | CON | 5.30 | $203.28 | $1,077.39 |
| VRQ | Vanessa Triana | SMC | 0.80 | $209.40 | $167.52 |
| VTM | Vien Marquez | CON | 0.20 | $200.86 | $40.17 |

**Total** **$9,065.77**

## Kurtzman Carson Consultants LLC

### 09/01/2022 - 09/30/2022

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/1/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 9/1/2022 | SYU | Prepare Certificate of Service re Notice of Cole Schotz Rate Change [DN 5043] mailing | CON | Noticing | 0.60 |
| 9/1/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 9/1/2022 | SYU | Review recent returned mail and changes of address for previous mailing; prepare updates to master spreadsheet and research updated addresses re same | CON | Noticing | 0.30 |
| 9/1/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 9/1/2022 | SEW | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SC | Noticing | 0.10 |
| | | | | **Total for 9/1/2022** | **2.50** |
| 9/2/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 9/2/2022 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 9/2/2022 | VRQ | Correspondence re Certificates of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 9/2/2022 | MWC | Prepare Certificate of Service for Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 5053-5058] mailing | CON | Noticing | 0.50 |
| | | | | **Total for 9/2/2022** | **2.00** |
| 9/6/2022 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 9/6/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 9/6/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 9/6/2022 | SYU | Review Certificate of Service re Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 5053-5058] mailing | CON | Noticing | 0.30 |
| 9/6/2022 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 9/6/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/6/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 9/6/2022 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 9/6/2022 | CJC | Manage and review tracking of undeliverable mail re UCC Joinder to Debtors' Opposition to Frederick Hill's Motions [DN 375] | CON | Undeliverable Mail Processing | 0.10 |
| 9/6/2022 | STP | Track undeliverable mail from UCC Joinder to Debtors' Opposition to Frederick Hill's Motions [DN 375] | CON | Undeliverable Mail Processing | 0.10 |
| 9/6/2022 | VRQ | Correspondence re Certificates of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| 9/6/2022 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 9/6/2022 | MWC | Prepare Certificate of Service for Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 5053-5058] mailing | CON | Noticing | 0.50 |
| | | | | **Total for 9/6/2022** | **3.70** |

## Kurtzman Carson Consultants LLC

09/01/2022 - 09/30/2022

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/7/2022 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| 9/7/2022 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Cole Schotz Rate Change [DN 5043] | CON | Noticing | 0.40 |
| 9/7/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 9/7/2022 | SYU | Upload the updated case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 9/7/2022 | SYU | Review mail report for Notice of Cole Schotz Rate Change [DN 5043] | CON | Noticing | 0.10 |
| 9/7/2022 | SYU | Review recent returned mail and changes of address for previous mailing; prepare updates to master spreadsheet and research updated addresses re same | CON | Noticing | 0.30 |
| 9/7/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.20 |
| 9/7/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 9/7/2022 | VRQ | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SMC | Noticing | 0.10 |
| 9/7/2022 | MWC | Administrative quality control review of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 5053-5058] including review of related case filings and certificates of service | CON | Noticing | 0.10 |
| | | | | **Total for 9/7/2022** | **2.90** |
| 9/8/2022 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 9/8/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 9/8/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/8/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 9/8/2022 | MVA | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 9/8/2022** | **2.10** |
| 9/9/2022 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Cole Schotz Rate Change [DN 5043] | CON | Noticing | 0.20 |
| 9/9/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 9/9/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/9/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| | | | | **Total for 9/9/2022** | **1.90** |
| 9/12/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 9/12/2022 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |

## Kurtzman Carson Consultants LLC

### 09/01/2022 - 09/30/2022

#### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/12/2022 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 9/12/2022 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 9/12/2022 | CJC | Manage and review tracking of undeliverable mail re Notice of Cole Schotz Rate Change [DN 5043] | CON | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 9/12/2022** | **1.60** |
| 9/13/2022 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| 9/13/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 9/13/2022 | SYU | Upload the updated case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 9/13/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/13/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 9/13/2022 | MVA | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 9/13/2022** | **2.60** |
| 9/14/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 9/14/2022 | SYU | Review recent returned mail and changes of address for previous mailing; prepare updates to master spreadsheet and research updated addresses re same | CON | Noticing | 0.70 |
| 9/14/2022 | SYU | Review recent returned mail and changes of address for previous mailing; prepare updates to master spreadsheet and research updated addresses re same | CON | Noticing | 0.30 |
| 9/14/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.20 |
| 9/14/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/14/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 9/14/2022 | VRQ | Review updates to return mail tracking sheet; prepare comments and research updated addresses re same | SMC | Noticing | 0.10 |
| | | | | **Total for 9/14/2022** | **3.00** |
| 9/15/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 9/15/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 9/15/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/15/2022 | IRS | File general case documents to maintain integrity of original document tracking system | CL | Document Processing | 0.10 |
| | | | | **Total for 9/15/2022** | **2.10** |

## Kurtzman Carson Consultants LLC

09/01/2022 - 09/30/2022

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/16/2022 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| 9/16/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 9/16/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 9/16/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/16/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 9/16/2022** | **2.10** |
| 9/19/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/19/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 9/19/2022** | **0.70** |
| 9/20/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| | | | | **Total for 9/20/2022** | **0.90** |
| 9/21/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| | | | | **Total for 9/21/2022** | **1.00** |
| 9/22/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 9/22/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 9/22/2022 | HBU | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.20 |
| 9/22/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 9/22/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 9/22/2022** | **2.90** |
| 9/23/2022 | EJG | Attention to Akin Gump, Cole Schotz, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 5086-5091] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 9/23/2022 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| 9/23/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 9/23/2022 | SYU | Coordinate and generate Akin Gump, Cole Schotz, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 5086-5091] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 9/23/2022 | SYU | Correspond with counsel re service of Akin Gump, Cole Schotz, Bedell, Jefferies, Province, and KCC Fee Statements | CON | Noticing | 0.10 |
| 9/23/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |

## Kurtzman Carson Consultants LLC

09/01/2022 - 09/30/2022

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/23/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/23/2022 | SEW | Quality control review of Akin Gump, Cole Schotz, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 5086-5091] mailing | SC | Noticing | 0.10 |
| | | | **Total for 9/23/2022** | | **3.00** |
| 9/24/2022 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| | | | **Total for 9/24/2022** | | **0.10** |
| 9/26/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 9/26/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 9/26/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/26/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| | | | **Total for 9/26/2022** | | **2.00** |
| 9/27/2022 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| 9/27/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 9/27/2022 | SYU | Prepare Certificate of Service re Akin Gump, Cole Schotz, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 5086-5091] mailing | CON | Noticing | 0.50 |
| 9/27/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 9/27/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 9/27/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 9/27/2022 | SEW | Quality control review of certificate of service re Akin Gump, Cole Schotz, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 5086-5091] | SC | Noticing | 0.10 |
| | | | **Total for 9/27/2022** | | **2.60** |
| 9/28/2022 | EJG | Attention to correspondence between counsel and case team, including review of same | SMC | Case Administration / Maintenance | 0.10 |
| 9/28/2022 | JBU | Respond to creditor inquiries regarding the status of claims and claim filing procedures | SC | Communications / Call Center | 1.30 |
| 9/28/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 9/28/2022 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 9/28/2022 | SEW | Update important dates and documents on public access website | SC | Maintenance of Public Access Website | 0.10 |
| | | | **Total for 9/28/2022** | | **2.60** |
| 9/29/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |

## *Kurtzman Carson Consultants LLC*

09/01/2022 - 09/30/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/29/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 9/29/2022* | *1.30* |
| 9/30/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| | | | | *Total for 9/30/2022* | *1.10* |
| | | | | *Total Hours* | *44.70* |

## Kurtzman Carson Consultants LLC

09/01/2022 - 09/30/2022

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | | |
| | | *Total Expenses* | |