UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### NINTH SUPPLEMENTAL DECLARATION OF LISA DONAHUE OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Lisa Donahue, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated November 5, 2019 [ECF No. 429], my supplemental declaration dated December 5, 2019 [ECF No. 578], the supplemental declaration of Jesse DelConte of AlixPartners, LLP dated December 18, 2019 [ECF No. 671], my supplemental declaration dated December 19, 2019 [ECF No. 678], my supplemental declaration dated December 15, 2020 [ECF No. 2137], my supplemental declaration dated March 12, 2021 [ECF No. 2468], my supplemental declaration

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

dated August 30, 2021 [ECF No. 3697], and my supplemental declaration dated April 20, 2022 [ECF No. 4677].

   4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- AP follows a practice to solicit from its Institutional Investors[2] their connections to certain parties independent of AP. In response, the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

    - Quinn Emanuel Urquhart & Sullivan LLP, a vendor to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

    - United Healthcare Services Inc. is an insurance provider to the Debtors. An AP board member is on the Board of Directors of UnitedHealth Group, Inc.

- Abbott Laboratories, a licensing agreement party and major co-defendant to the Debtors, and affiliates, are lienholders to a current AP client in matters unrelated to the Debtors.

- Ace American Insurance and Ace Property and Casualty Insurance Company, insurance providers to the Debtors, and affiliates ("**Ace**") are affiliates, lienholders and shareholders to current and former AP clients in matters unrelated to the Debtors. AP has a group insurance program in place for all U.S. managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from an affiliate of Ace at group rates.

- AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), an adverse litigation party to the Debtors, and affiliates ("**AIG**") are bondholders, adverse litigation parties, lenders, and lessors to current and former AP clients in matters unrelated to the Debtors. AIG is a current and former AP client in matters unrelated to the Debtors. AIG is a former employer of current AP employees. Illinois National Insurance Company ("**INIC**"), an affiliate of AIG, is a former insurance provider to AP. INIC was adverse to AP in a former litigation regarding an insurance dispute in matters unrelated to the Debtors.

- Air Liquide Industrial US LP, a creditor to the Debtors, and affiliates, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Allergan Finance LLC, Allergan PLC, Allergan Sales, LLC and Allergan USA, Inc., co-defendants to the Debtors, and affiliates, are former employers of a current AP employee.

---

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

- Allied World Assurance Company, Ltd., an adverse litigation party to the Debtors, and affiliates ("**Allied**") are litigation parties, adverse litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtors. Allied is an insurance provider to AP.

- American Express, a vendor to the Debtors, and affiliates, are adverse litigation parties and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors.

- American Guarantee and Liability Insurance Company, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International Limited), an adverse litigation party to the Debtors, and affiliates ("**American International**") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. American International is a current and former AP client in matters unrelated to the Debtors. American International is an insurance provider to AP.

- Ankura Intermediate Holdings LP, a vendor to the Debtors, and affiliates, are lenders to current and former AP clients in matters unrelated to the Debtors.

- Anne Arundel County, Maryland, an adverse litigation party to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- Arch Reinsurance Ltd., an adverse litigation party to the Debtors, and affiliates ("**Arch**") are professionals, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Arch is a current AP client in matters unrelated to the Debtors. Arch is an insurance provider to AP.

- Arizona Department of Revenue, a taxing authority to the Debtors, is a lender to a former AP client in matters unrelated to the Debtors.

- Arnold & Porter Kaye Scholer LLP, counsel to the Debtors, is a former legal services provider to AP.

- Ascent Health Services LLC and Ascent Pharmaceuticals Inc., creditors and vendors to the Debtors, and affiliates, are litigation parties to a former AP client in matters unrelated to the Debtors.

- Aspen American Insurance Company, an adverse litigation party to the Debtors, and affiliates ("**Aspen**") are bondholders, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Aspen is a former AP client in matters unrelated to the Debtors.

3

- Assertio Therapeutics, Inc., a co-defendant to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- AT&T, a utility provider to the Debtors, and affiliates ("**AT&T**") are lessors to a current AP client in matters unrelated to the Debtors. AT&T is a member of the official committee of unsecured creditors that retained AP in Pareteum Corporation, a current bankruptcy matter unrelated to the Debtors.

- Axley Brynelson, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Balch & Bingham LLP, a professional in this bankruptcy matter, is counsel to a current AP client in matters unrelated to the Debtors.

- Bank of America N.A., a vendor to the Debtors, and affiliates, are lessors and lienholders to current and former AP clients in matters unrelated to the Debtors.

- Bank of Oklahoma, a banking services provider to the Debtors, is a bondholder and lender to former AP clients in matters unrelated to the Debtors.

- Baptist Health Corbin, Baptist Health Floyd, Baptist Health La Grange, Baptist Health Lexington, Baptist Health Louisville, Baptist Health Madisonville, Inc., Baptist Health Paducah, Baptist Health Richmond, Inc. and Baptist Healthcare System, Inc., adverse litigation parties to the Debtors, and affiliates, are lenders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Baron & Budd, a plaintiff's attorney in this bankruptcy matter, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Bates White LLC, a vendor to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Beacon Company and Beacon Trust, equity holders and other related entities to the Debtors, are litigation parties to current AP clients in matters unrelated to the Debtors.

- Beasley Allen Law Firm, opposing counsel to the Debtors, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- Beggs & Lane, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Berger & Montague, PC, opposing counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Beverly Sackler, a former director to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors.

- Blank Rome LLP, employee indemnity counsel to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors.

- Blasingame, Burch, Garrard & Ashley, PC, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Blue Cross Blue Shield, Blue Cross Blue Shield of Louisiana and Blue Cross Blue Shield Association, adverse litigation parties, vendors and insurance providers to the Debtors, and UCC members in this bankruptcy matter, and affiliates, are investors to a former AP client in matters unrelated to the Debtors.

- Borden Ladner Gervais LLP, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Bossier & Associates, PLLC, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Branstetter, Stranch & Jennings, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Brenner, Saltzman & Wallman LLP, counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Brenntag Northeast Inc., a vendor to the Debtors, and affiliates, are litigation parties to current AP clients in matters unrelated to the Debtors.

- Brown Rudnick LLP a professional to the UCC in this bankruptcy matter, is a former employer of a current AP employee.

- Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, opposing counsel to the Debtors, is opposing counsel to a current AP employee in matters unrelated to the Debtors.

- Bryant Law Center, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Burlington Drug Co. Inc., a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- C&S Metro/C&S Brattleboro, a customer to the Debtors, and affiliates ("**C&S**") are litigation parties to a former AP client in matters unrelated to the Debtors. C&S is a former AP client in matters unrelated to the Debtors. C&S was a member of the official committee of unsecured creditors that retained AP in The Great Atlantic & Pacific Tea Co., a former bankruptcy matter unrelated to the Debtors.

- California AG's Office, a litigation party to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors. California AG's Office is a former AP client in matters unrelated to the Debtors.

5

- California State Board of Pharmacy, a taxing authority to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- Cambrex Charles City Inc. and Cambrex Profarmaco Milano SRL, vendors to the Debtors, and affiliates, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Campbell Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Caplin & Drysdale, a professional in this bankruptcy matter, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- CenturyLink, Inc., a utility provider to the Debtors, and affiliates, are lessors to current and former AP clients in matters unrelated to the Debtors.

- Cesar Castillo Inc., a customer to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Charles E. Boyk, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Charles Schwab, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- The Cheek Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Cherundolo Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Choctaw Nation, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Chubb and Chubb Bermuda Insurance Ltd. (f/k/a Ace Bermuda Insurance Ltd.) ("**Chubb**") are adverse litigation parties and insurance providers to the Debtors. AP has a group insurance program in place for all U.S. managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates.

- Citibank, a banking services provider to the Debtors, and affiliates, are current AP clients in matters unrelated to the Debtors.

- Cogency Global, counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Cohen & Malad, a professional in this bankruptcy matter, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Cole Schotz P.C., a professional in this bankruptcy matter, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Collins, Collins & Conley, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Comcast, a utility provider to the Debtors, is a parent company to a current AP client in matters unrelated to the Debtors.

- Craig Landau, M.D., a former director to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- CVS Caremark Part D Services, L.L.C., CVS Caremark, CVS Distribution, Caremark PCS Health, L.L.C., CVS Health Solutions, L.L.C., CVS Pharmacy Inc. and CVS Rx Services, Inc., creditors, customers and major co-defendants to the Debtors, and UCC members in this bankruptcy matter, and affiliates, are litigation parties to current AP clients in matters unrelated to the Debtors.

- Dakota Drug Inc., a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Daniel J. Edelman Limited, a vendor to the Debtors, is a vendor to AP.

- Dassault Systemes Americas Corp. and Dassault Systemes Biovia Corp., vendors to the Debtors, and affiliates, are parent companies to a former AP client in matters unrelated to the Debtors.

- David A. Sackler, a former director to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Davis, Hatley, Haffeman & Tighe, P.C., counsel to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Day Pitney, counsel to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- Dechert LLP, counsel to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors.

- Depomed Inc., a vendor and co-defendant to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- The DiLorenzo Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Dilworth Paxson, a professional and opposing counsel in this bankruptcy matter, is counsel to a current AP client in matters unrelated to the Debtors.

- DLA Piper LLP US, a vendor, employee indemnity counsel to the Debtors, and affiliates, are lessors to a former AP client in matters unrelated to the Debtors.

- Dolt Thompson Shepherd & Conway, a vendor and opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Dreyfus Funds, an investment bank to the Debtors, is a lender to a former AP client in matters unrelated to the Debtors.

- Dugan Law Firm, a professional in this bankruptcy matter, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Duke Energy, a utility provider to the Debtors, and affiliates, are bondholders to current AP clients in matters unrelated to the Debtors.

- DuPont Nutrition, a vendor to the Debtors, and affiliates, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- East West Bank, a banking services provider to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors.

- Eastern Band of Cherokee Indians, an adverse litigation party to the Debtors, is a joint venture entity to a current AP client in matters unrelated to the Debtors.

- Endurance Assurance Corp., an insurance provider to the Debtors, and affiliates, are bondholders, related parties and joint venture entities to current and former AP clients in matters unrelated to the Debtors.

- Evanston Insurance Company, an adverse litigation party to the Debtors, is a litigation party and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Eversource, Eversource Energy, Eversource Energy / CL&P and Eversource Energy / Yankee Gas, utility providers to the Debtors, and affiliates, are shareholders to current and former AP clients in matters unrelated to the Debtors.

- Fayard & Honeycutt, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Ferraro Law Firm, opposing counsel to the Debtors, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- Fidelity Institutional Asset, Fidelity Investments Institutional and Fidelity Managed Income, vendors to the Debtors, and affiliates, are employee benefits providers to AP.

- Fisher Scientific and Fisher Scientific Co. LLC, customers and vendors to the Debtors, and affiliates, are former employers of a current AP employee.

- Fitch Law Partners, counsel to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Fleming, Nolen & Jez, LLP, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Fond du Lac Bank of Lake Superior Chippewa, an adverse litigation party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Frazer, PLC, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Freeh, Sporkin and Sullivan LLP ("**FSS**"), a vendor to the Debtors, is counsel to current AP clients in matters unrelated to the Debtors. FSS is a current AP client in matters unrelated to the Debtors. FSS is a former employer of current AP employees. FSS is a vendor to AP.

- Gallagher Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Gary C. Johnson, PSC, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Geodis USA Inc., a vendor to the Debtors, and affiliates, are lessors to a former AP client in matters unrelated to the Debtors.

- George B. Daniel, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- GlobalData Publications Inc., a vendor to the Debtors, and affiliates, is a vendor to AP.

- Goldenberg, Heller & Antognoli, P.C., opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Grant Thornton LLP, a vendor to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Great American Insurance Company (Vosco), an insurance provider to the Debtors, and affiliates, are litigation parties to a current AP client in matters unrelated to the Debtors.

- GRM Information Management, a vendor to the Debtors, is a vendor to AP.

- Gustafson Gluek PLLC, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- H.D. Smith Wholesale Drug Co. and HD Smith LLC, major co-defendants and customers to the Debtors, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Hach Rose, opposing counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Hagens Berman, a professional and opposing counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Harris Teeter, a customer to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors.

- HCL America Inc. and HCL Technologies Corp. Svcs. Ltd., vendors to the Debtors, and affiliates, are former employers of a current AP employee.

- HDI Global SE (f/k/a Gerling-Konzern General Insurance Company), an adverse litigation party to the Debtors, and affiliates ("**HDI**") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. HDI is an insurance provider to AP.

- Holland Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Houlihan Lokey, a professional in this bankruptcy matter, is a related party to a former AP client in matters unrelated to the Debtors.

- Huber, Slack, Thomas & Marcelle, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Hy Vee, a customer to the Debtors, is a lessor to former AP clients in matters unrelated to the Debtors.

- Ikon Financial Svcs., a creditor to the Debtors, and affiliates, are lienholders to a current AP client in matters unrelated to the Debtors.

- Ilene Sackler Lefcourt, a former director to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors.

- Inventiv Commercial Services LLC, Inventiv Health Clinical Lab Inc. and Inventiv Health Consulting Inc., creditors and vendors to the Debtors, and affiliates, are related parties to a former AP client in matters unrelated to the Debtors.

- Iowa Board of Pharmacy, a taxing authority to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- IPass, a utility provider to the Debtors, is an affiliate of a current AP client in matters unrelated to the Debtors.

- Ipsos Insight LLC, a vendor to the Debtors, is a vendor to AP.

- Iqvia Inc. and Iqvia RDS Inc., vendors to the Debtors, and affiliates, are parent companies to a current AP client in matters unrelated to the Debtors.

- Ironshore Specialty Insurance Company (f/k/a TIG Specialty Insurance Company), an insurance provider and adverse litigation party to the Debtors, and affiliates, are bondholders and lenders to current and former AP clients in matters unrelated to the Debtors.

- Janssen Pharmaceuticals, Inc., a major co-defendant to the Debtors, is an affiliate to a current AP client in matters unrelated to the Debtors.

- Jefferies Group LLC, a professional to the UCC in this bankruptcy matter, and affiliates ("**Jefferies**") are lienholders to a former AP client in matters unrelated to the Debtors. Jefferies is a current AP client in matters unrelated to the Debtors.

- Jonathan D. Sackler, a former director to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors.

- Kaiser Foundation Health Plan and Kaiser Foundation Hospital, vendors to the Debtors, are former AP clients in matters unrelated to the Debtors.

- Kathe Sackler, a director to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors.

- Keller Rohrback LLP, a professional in this bankruptcy matter and opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Kelley & Ferraro, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Kelley Jasons McGowan Spinelli Hanna & Reber, LLP, counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Kirkland & Ellis LLP ("**Kirkland**"), an ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Kirkland is a current and former AP client in matters unrelated to the Debtors.

- Korn Ferry Hay Group Inc., a vendor to the Debtors, and affiliates, are vendors to AP.

- Kroger, a customer to the Debtors, is a director-affiliated company and shareholder to current and former AP clients in matters unrelated to the Debtors.

11

- Krupnick Campbell Malone Buser Slama Hancock, a professional to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- The Kuykendall Group, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Ladenburg B.V., an other related entity to the Debtors, and affiliates, are litigation parties and bondholders to current and former AP clients in matters unrelated to the Debtors.

- Lakeview Center, Inc., an adverse litigation party to the Debtors, and affiliates, are lenders to current AP clients in matters unrelated to the Debtors.

- The Lanier Law Firm, opposing counsel to the Debtors, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- Larson O'Brien LLP, counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Latham & Watkins LLP ("**Latham**"), special counsel to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Latham is a former AP client in matters unrelated to the Debtors. Latham is a former employer of a current AP employee.

- Legal & General Investment, a vendor to the Debtors, is a lender and shareholder to current AP clients in matters unrelated to the Debtors.

- Levin Papantonio, opposing counsel to the Debtors, is a professional and opposing counsel to current AP clients in matters unrelated to the Debtors.

- Levin Sedran & Berman LLP, opposing counsel to the Debtors, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Lieff, Cabraser, Heimann & Bernstein, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Lockridge Grindal Nauen PLLP, opposing counsel to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Martzell & Bickford, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Maryland Board of Pharmacy, a taxing authority to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- McAfee & Taft, opposing counsel to the Debtors, is professional to current AP clients in matters unrelated to the Debtors.

12

- McGuire Woods LLP, an ordinary course professional to the Debtors, is a former AP client in matters unrelated to the Debtors.

- MCI Comm Service, a utility provider to the Debtors, and affiliates ("**MCI**") are lessors to a current AP client in matters unrelated to the Debtors. MCI is a vendor to AP.

- McKesson Corporation and McKesson Specialty Arizona, Inc., customers and vendors to the Debtors, and affiliates, are adverse litigation parties to a current AP client in matters unrelated the Debtors.

- McMaster Carr Supply Company, a vendor to the Debtors, is a litigation party and lienholder to current AP clients in matters unrelated to the Debtors.

- MedImpact Healthcare Systems Inc., a vendor to the Debtors, and affiliates, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Merchants Distributors, a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Mississippi Board of Pharmacy, a regulatory authority to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- Montgomery Ponder, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Moore Law Group, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Mortimer Sackler, a former director to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- The Moskowitz Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Mourant Ozannes (Jersey) LLP, an ordinary course professional to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- The Muscogee (Creek) Nation, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Napoli Shkolnik PLLC, opposing counsel to the Debtors, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- Navigators Specialty Insurance Company, an adverse litigation party to the Debtors, and affiliates ("**Navigators**") are litigation parties to a former AP client in matters unrelated to the Debtors. Navigators is a former AP client in matters unrelated to the Debtors.

13

- Nelson Mullins Riley & Scarborough LLP, counsel to the Debtors, is counsel to a current AP client in matters unrelated to the Debtors.

- Nevada Board of Pharmacy, a regulatory authority to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- New Mexico Attorney General's Office, an adverse litigation party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Nix, Patterson & Roach, opposing counsel to the Debtors, is a professional and opposing counsel to current AP clients in matters unrelated to the Debtors.

- OptumRx and OptumHealth Administered Plan ("**Optum**"), creditors, customers and vendors to the Debtors, are litigation parties to current AP clients in matters unrelated to the Debtors.  Optum is an employee benefits provider to AP.

- Otterbourg, P.C., a professional in this bankruptcy matter, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- The P.F. Laboratories, an other related entity to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Paul D. Henderson, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Pension Benefit Guaranty Corp., a creditor, vendor, and government authority to the Debtors, is a lender to a former AP client in matters unrelated to the Debtors.

- The People of California, an adverse litigation party to the Debtors, is a bondholder and lienholder to former AP clients in matters unrelated to the Debtors.

- Pfaudler Inc, a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Phipps Deacon Purnell, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- PLP Associates Holdings Inc., a New York Corporation and PLP Associates Holdings L.P., a Delaware Limited Partnership, equity holders to the Debtors, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Publix Super Markets Inc., a customer to the Debtors, and affiliates, are lessors to current and former AP clients in matters unrelated to the Debtors.

- Pullman & Comley LLC, a professional in this bankruptcy matter, is a professional to current AP clients in matters unrelated to the Debtors.

- Rawlings & Associates, a professional in this bankruptcy matter, is a professional to a current AP client in matters unrelated to the Debtors.

- Raymond R. Sackler Trust 2 DTD 12/23/89, an interested party in this bankruptcy matter, is an investor to a current AP client in matters unrelated to the Debtors.

- Raymond Sackler, a former director and equity holder to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Reed Smith LLP, an ordinary course professional to the Debtors, is a legal services provider to AP.

- Reich & Binstock, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Reminger Co., L.P.A., counsel to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Revlon Pakistan Private Limited, an interested party in this bankruptcy matter, and affiliates ("**Revlon**") are litigation parties to current AP clients in matters unrelated to the Debtors. Revlon is a former AP client in matters unrelated to the Debtors.

- Rhodes, Rhodes Associates L.P., Rhodes Pharmaceutical Inc., Rhodes Pharmaceutical L.P. and Rhodes Technologies Inc., Debtor entities, other related entities, creditors, and vendors to the Debtors, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Richard Sackler, a former director to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Ricoh USA, Inc., a vendor to the Debtors, and affiliates, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Rite Aid Corporation, Rite Aid Corporation of New York, Inc., Rite Aid Headquarters Corporation, Rite Aid of Georgia, Inc., Rite Aid of Maryland, Inc., Rite Aid of Massachusetts Inc., Rite Aid of Michigan, Inc., Rite Aid of New York, Inc., Rite Aid of North Carolina, Inc., Rite Aid of Ohio, Inc. and Rite Aid of West Virginia, Inc., major co-defendants to the Debtors, and affiliates, are lessors to former AP clients in matters unrelated to the Debtors.

- Robert Bosch Packaging, a vendor to the Debtors, and affiliates ("**Bosch**") are related parties to a current AP client in matters unrelated to the Debtors. Bosch is a current AP client in matters unrelated to the Debtors.

- Robinson Calcagnie, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

15

- Rogers Law Group, PA, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Rosebay Medical Company, L.P., Rosebay Medical Company, Inc., and Rosebay Medical Company LLC, equity holders to the Debtors, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Saltz Mongeluzzi Barrett & Bendesky, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Sam Bernstein Law Firm, PLLC, opposing counsel to the Debtors, is a former legal services provider to AP.

- SAS Institute Inc., a vendor to the Debtors, is a vendor to AP.

- Save Mart Modesto Yosemite WHS, a customer to the Debtors, and affiliates, are lessors to a former AP client in matters unrelated to the Debtors.

- Schnuck Markets, a customer to the Debtors, is a former employer of a current AP employee.

- Scott & Scott, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Seeger Weiss LLP, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Simmons Hanly Conroy LLC, a professional in this bankruptcy matter and a creditor to the Debtors, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- Simon Greenstone Panatier Bartlett, opposing counsel to the Debtors, is a professional and opposing counsel to current AP clients in matters unrelated to the Debtors.

- Simon Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Smith Drug Company, a customer to the Debtors, and affiliates, are litigation parties to current AP clients in matters unrelated to the Debtors.

- Sommers Schwartz PC, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- SpecGX LLC, a creditor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Sprint, a utility provider to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

16

- Squire Patton Boggs US LLP, counsel to the Chapter 11 Examiner to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- St. Paul Fire and Marine Insurance Company, an adverse litigation party to the Debtors, and affiliates ("**St. Paul**") are adverse litigation parties, lessors, and limited partners to former AP clients in matters unrelated to the Debtors. St. Paul is a former AP client in matters unrelated to the Debtors.

- Standard Insurance Co., a vendor to the Debtors, and affiliates, are limited partners to a former AP client in matters unrelated to the Debtors.

- Staples Business Advantage, a vendor to the Debtors, and affiliates ("**Staples**") are members of the official committee of unsecured creditors that retained AP in 24 Hour Fitness Worldwide, Inc., a former bankruptcy matter unrelated to the Debtors. Staples is a former employer of a current AP employee. Staples is a vendor to AP.

- Stericycle Inc., a utility provider to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors. Stericycle Inc. is a vendor to AP.

- Stevens Lee, a professional in this bankruptcy matter, is a professional to a current AP client in matters unrelated to the Debtors.

- Stuart D. Baker, a former director to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Swiss Re International S.E. (f/k/a SR International Business Insurance Company a/k/a Zurich Reinsurance (London) Limited), an adverse litigation party to the Debtors, and affiliates ("**Swiss Re**") are associated companies, bondholders and litigation parties to current and former AP clients in matters unrelated to the Debtors. Swiss Re is a former AP client in matters unrelated to the Debtors.

- Taylor Martino, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Theresa Sackler, a former director to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Thompson Coburn, LLP, counsel to the Debtors, is counsel to a former AP client in matters unrelated to the Debtors.

- Thornton Law Firm, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Towers Watson Delaware, Inc. and Willis Towers Watson US LLC, vendors to the Debtors, and affiliates ("**WTW**") are adverse litigation parties to a former AP client in matters unrelated to the Debtors. WTW is a former employer of a current AP employee. WTW is a vendor to AP.

- Trinity Partners LLC, a professional in this bankruptcy matter, is a lessor to a former AP client in matters unrelated to the Debtors.

- Turner Construction Company, a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- UBS Group AG, UBS AG Stamford and UBS Financial Services, Inc., landlords, vendors and insurance providers to the Debtors, and affiliates ("**UBS**") are lessors to a current AP client in matters unrelated to the Debtors. UBS is a current AP client in matters unrelated to the Debtors.

- United Healthcare Services Inc., an insurance provider to the Debtors, and affiliates ("**United**") are lenders and lienholders to current AP clients in matters unrelated to the Debtors. United is a former AP client in matters unrelated to the Debtors. United is an employee benefits provider to AP.

- United Parcel Service and UPS Supply Chain Solutions, vendors to the Debtors, are lienholders to a current AP client in matters unrelated to the Debtors.

- Univar USA Inc., a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Value Drug Company, a customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Veolia ES Technical Solutions, a vendor and utility provider to the Debtors, and affiliates, are parent companies to a former AP client in matters unrelated to the Debtors.

- Waldorf Astoria Amsterdam, a vendor to the Debtors, and affiliates, are lessors to current and former AP clients in matters unrelated to the Debtors.

- Ward Black, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Weitz & Luxenberg, opposing counsel to the Debtors, is opposing counsel to current AP clients in matters unrelated to the Debtors.

- West Bend Mutual Insurance Company, an adverse litigation party to the Debtors, is a lender to a former AP client in matters unrelated to the Debtors.

- Westchester Fire Insurance Company ("**Westchester**") is an insurance provider to the Debtors. AP has a group insurance program in place for all U.S. managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from an affiliate of Westchester at group rates.

- Wilentz, Goldman & Spitzer, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

- Winn Dixie, a customer to the Debtors, is an affiliate and parent company to a former AP client in matters unrelated to the Debtors.

- Winterthur Swiss Insurance Company (n/k/a Tenecom Limited), an adverse litigation party to the Debtors, and affiliates ("**Winterthur**") are litigation parties and adverse litigation parties to former AP clients in matters unrelated to the Debtors. Winterthur is a vendor to AP.

- WPP Group USA Inc., a vendor to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- XL Bermuda Ltd. (f/k/a XL Insurance Company, Ltd.) and XL Insurance America, Inc., adverse litigation parties to the Debtors, and affiliates ("**XL**") are bondholders, litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtors. XL is a current AP client in matters unrelated to the Debtors. XL is an insurance provider to AP.

- Yale University, a vendor to the Debtors, is a lessor and limited partner to current and former AP clients in matters unrelated to the Debtors.

- Zoll & Kranz, opposing counsel to the Debtors, is opposing counsel to a current AP client in matters unrelated to the Debtors.

5.    AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: November 28, 2022          AlixPartners, LLP
       New York, New York

                                              ***/s/ Lisa Donahue***
                                              Lisa Donahue
                                              Managing Director