**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | October 1, 2022 through October 31, 2022 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $109,024.33[2] |
| Less 20% Holdback | $21,804.87 |
| Total Reimbursement Requested | $267.40 |
| Total Compensation and Reimbursement Requested in this Statement | $87,486.86 |

**This is a(n):**  <u>X</u> Monthly Application    __  Interim Application    __  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2022 Through October 31, 2022* (this "**Fee Statement**").[3]  By this Fee Statement, Arnold & Porter seeks (i) compensation in the

---

[2]  This amount reflects a reduction in fees in the amount of $23,932.17 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]  The period from October 1, 2022, through and including October 31, 2022, is referred to herein as the "**Fee Period**."

amount of $87,219.46 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $109,024.33) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $109,024.33 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $87,219.46.

2.      Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $826.94.[4]  The blended hourly billing rate of all paraprofessionals is $356.70.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $267.40 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]     This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]     This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **Exhibit D** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### Notice

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $87,219.46, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $109,024.33) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

December 7, 2022                                    Respectfully submitted,


By:  _/s/ Rory Greiss_
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 13.50 | $12,180.69 |
| Retention and Fee Applications | 24.30 | $14,542.29 |
| Government Contracts | 17.90 | $12,874.82 |
| Project Falcon | 6.70 | $4,697.37 |
| General Contracts Advice | 3.00 | $3,075.00 |
| Transactions | 74.80 | $61,654.16 |
| **Total**[1] | **140.20** | **$109,024.33** |

---

[1] This amount reflects a reduction in fees in the amount of $23,932.17 on account of voluntary discounts as described in the Retention Application.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 6.60 | $7,590.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,170.00 | 6.20 | $7,254.00 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 7.90 | $8,216.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,250.00 | 55.50 | $69,375.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 0.90 | $976.50 |
| Elks, Danielle | Associate | 2019 | 710.00 | 10.90 | $7,739.00 |
| Ju, Esther | Associate | 2021 | 630.00 | 18.60 | $11,718.00 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 10.40 | $6,552.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 0.80 | $708.00 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 1.90 | $1,681.50 |
| Marra, Bryan | Senior Attorney | 2003 | 960.00 | 3.40 | $3,264.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 620.00 | 2.40 | $1,488.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 14.70 | $6,394.50 |
| **Total** | | | | **140.20** | **132,956.50** |
| Less 18% Discount | | | | | ($23,932.17) |
| **Discounted Total** | | | | | **$109,024.33** |
| Less 20% Holdback | | | | | ($21,804.87) |
| **Total Amount Requested Herein** | | | | | **$87,219.46** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Near-Line Storage | $267.40 |
| **Total Expenses** | **$267.40** |

**Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                    December 6, 2022
**Attn: Maria Barton**                                  Invoice # 30150172
**General Counsel**                                     EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2022** | $ | 14,854.50 |
| Discount: | | -2,673.81 |
| **Fee Total** | | 12,180.69 |
| **Total Amount Due** | $ | **12,180.69** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 719451
                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 6, 2022

Invoice # 30150172

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/04/22 | 1.10 | Draft proposed response to counterparty re: open issues on supply agreement (.8); correspondence with Purdue team re: same (.3). |
| Rory Greiss | 10/06/22 | 1.20 | Prepare budget for contract dispute matter (.4); correspondence with Purdue team on response to counterparty (.3); revise response (.4); correspond with counterparty on supply agreement (.1). |
| Rory Greiss | 10/10/22 | 1.10 | Review and comment on budget prepared by A. Miner for contract dispute matter (.7); correspondence with A. Miner and Purdue team re same (.4). |
| Rory Greiss | 10/17/22 | 0.60 | Correspondence with Purdue team re: supply agreement open issues following response from counterparty. |
| Alexa D. Krantz | 10/17/22 | 0.40 | Review product schedule for API supply agreement. |
| Alexa D. Krantz | 10/18/22 | 0.60 | Review product schedule for API supply agreement. |
| Rory Greiss | 10/20/22 | 1.60 | Prepare response to supply agreement comments from counterparty (1.2); correspondence with Purdue team re: 2 product supply agreement review (.4). |
| Ethan Zausner | 10/20/22 | 0.40 | Review of supply agreement updates. |
| Rory Greiss | 10/21/22 | 2.00 | Draft response to counterparty comments on open issues (.8); correspondence with Purdue team re same (.2); review revised draft of supply agreement (.5) further correspondence with E. Zausner and Purdue team re same (.5). |
| Eric Rothman | 10/21/22 | 1.30 | Revise API supply agreement. |
| Ethan Zausner | 10/21/22 | 0.80 | Revise API supply agreement (.6); correspondence with A&P team re same (.2). |
| Alexa D. Krantz | 10/21/22 | 0.70 | Revise product schedule for API supply agreement. |
| Rory Greiss | 10/24/22 | 0.50 | Correspondence with Purdue team re: responding to counterparty correspondence re: supply agreement. |
| Rory Greiss | 10/26/22 | 0.50 | Review and comment on revised section of supply agreement prepared by E. Zausner. |
| Ethan Zausner | 10/26/22 | 0.70 | Revise supply agreement. |

| **Total Hours** | | **13.50** | |

December 6, 2022                                                                    Invoice # 30150172

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Eric Rothman | 1.30 | 1,040.00 | 1,352.00 |
| Rory Greiss | 8.60 | 1,250.00 | 10,750.00 |
| Alexa D. Krantz | 1.70 | 630.00 | 1,071.00 |
| Ethan Zausner | 1.90 | 885.00 | 1,681.50 |
| **TOTAL** | **13.50** | | **14,854.50** |

**Total Current Amount Due**                                                **$12,180.69**

# Arnold&Porter

**Purdue Pharma L.P.**                                          December 6, 2022
**Attn: Roxana Aleali**                                         Invoice # 30150176
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2022** | $ | 17,734.50 |
| Discount: | | -3,192.21 |
| **Fee Total** | | 14,542.29 |
| **Total Amount Due** | $ | **14,542.29** |

**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 6, 2022                                                          Invoice # 30150176

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/03/22 | 1.20 | Review September monthly statement. |
| Rosa J. Evergreen | 10/04/22 | 0.20 | Correspond with R. Greiss re interim application (.1); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 10/04/22 | 3.40 | Prepare Ninth Interim Fee Application. |
| Rosa J. Evergreen | 10/05/22 | 0.60 | Correspond with D. Reddix re interim application (.2); review of same (.4). |
| Darrell B. Reddix | 10/05/22 | 1.20 | Prepare Ninth Interim Fee Application. |
| Rory Greiss | 10/06/22 | 0.40 | Review of September monthly statement. |
| Rosa J. Evergreen | 10/10/22 | 1.30 | Review and revise interim fee application (.9); correspond with D. Reddix re same (.2); correspond with R. Greiss re same (.2). |
| Rosa J. Evergreen | 10/11/22 | 1.30 | Correspond with R. Greiss re retention (.2); review and revise fee application (.7); call with D. Reddix re same (.2); correspond with D. Reddix re same (.2). |
| Darrell B. Reddix | 10/11/22 | 2.20 | Prepare Ninth Interim Fee Application (1.8); teleconference with R. Evergreen re same (.4). |
| Rosa J. Evergreen | 10/12/22 | 0.90 | Review and revise interim application (.7); correspond with D. Reddix re same (.2). |
| Darrell B. Reddix | 10/12/22 | 4.00 | Prepare Ninth Interim Fee Application (1.4); correspond with B. Buchholtz, R. Evergreen, and R. Greiss re same (2.6). |
| Rosa J. Evergreen | 10/13/22 | 0.20 | Review R. Greiss comments re interim application (.1); correspond with R. Greiss and D. Reddix re same (.1). |
| Rosa J. Evergreen | 10/14/22 | 0.30 | Review final interim application for filing (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 10/14/22 | 0.80 | Finalize Ninth Interim Fee Application (.5); file and serve same (.3). |
| Rosa J. Evergreen | 10/17/22 | 0.10 | Correspond with R. Greiss re retention. |
| Rosa J. Evergreen | 10/20/22 | 0.20 | Correspond with D. Reddix and R. Greiss re monthly statement. |
| Darrell B. Reddix | 10/20/22 | 0.30 | Prepare September Fee Statement. |
| Rory Greiss | 10/21/22 | 0.60 | Correspondence with A&P team re: staffing (.4) revise supplemental declaration (.2) |
| Rosa J. Evergreen | 10/21/22 | 0.10 | Correspond with R. Greis re fee statement. |
| Darrell B. Reddix | 10/21/22 | 0.50 | Prepare September Fee Statement. |
| Rory Greiss | 10/24/22 | 0.50 | Correspondence with A&P team and Purdue team re: Supplemental Declaration. |
| Rosa J. Evergreen | 10/24/22 | 0.60 | Call with D. Consla re retention (.2); follow-up with R. Greiss re declaration (.2); review and revise same (.2). |
| Darrell B. Reddix | 10/24/22 | 0.50 | Prepare September Fee Statement. |
| Rosa J. Evergreen | 10/25/22 | 0.60 | Review monthly fee statement (.3); correspond with D. Reddix and R. Greiss re same (.3). |
| Darrell B. Reddix | 10/25/22 | 0.40 | Correspond with R. Greiss and R. Evergreen re September Fee Statement. |

December 6, 2022                                                                      Invoice # 30150176

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 10/27/22 | 0.20 | Correspond with R. Greiss and D. Reddix re monthly statement. |
| Darrell B. Reddix | 10/28/22 | 1.40 | Prepare September Fee Statement (1.2); correspond with R. Greiss and R. Evergreen re same (.2). |
| Rory Greiss | 10/31/22 | 0.30 | Correspondence with A&P team re: status of September fee application. |
| **Total Hours** | | **24.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 6.60 | 1,150.00 | 7,590.00 |
| Rory Greiss | 3.00 | 1,250.00 | 3,750.00 |
| Darrell B. Reddix | 14.70 | 435.00 | 6,394.50 |
| **TOTAL** | **24.30** | | **17,734.50** |

**Total Current Amount Due**                                                         **$14,542.29**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

December 6, 2022
Invoice # 30150173
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---|
| **For Legal Services Rendered through October 31, 2022** | **15,701.00** |
| Discount: | -2,826.18 |
| **Fee Total** | **12,874.82** |
| **Total Amount Due** | $ **12,874.82** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 6, 2022                                                                    Invoice # 30150173

**(1049218.00155)**
**Government Contracts**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 10/03/22 | 0.60 | Correspond with D. Elks regarding analysis of customer contract disclosure/notification obligations (.3); review, comment on draft analysis of customer contract disclosure/notification obligations (.3). |
| Danielle Elks | 10/03/22 | 3.60 | Review, analyze client's relevant contracts related to regulatory matters. |
| Elizabeth F. Lindquist | 10/04/22 | 2.90 | Review, revise draft analysis of customer contract disclosure/notification obligations (2.0); draft correspondence to client regarding same (.5); correspond with D. Elks regarding analysis of customer contract disclosure/notification obligations(.4). |
| Danielle Elks | 10/04/22 | 7.10 | Review, analyze client's relevant contracts related to regulatory matters (6.9); correspond with L. Lindquist re same (.2). |
| Elizabeth F. Lindquist | 10/05/22 | 1.10 | Review, revise draft analysis of customer contract disclosure/notification obligations (.8) draft correspondence to client regarding same (.3). |
| Danielle Elks | 10/11/22 | 0.20 | Correspond with Purdue team re relevant contracts related to regulatory matters. |
| Elizabeth F. Lindquist | 10/31/22 | 1.60 | Telephone conference with client regarding government contracting issues (.7) draft responses to questions posed by client in follow-up to call (.9). |
| Thomas A. Pettit | 10/31/22 | 0.80 | Teleconference with client regarding government contracts issues. |

**Total Hours**                    **17.90**

December 6, 2022

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Elizabeth F. Lindquist | | 6.20 | 1,170.00 | 7,254.00 |
| | **Subtotal:** | **6.20** | | **7,254.00** |
| **Associate** | | | | |
| Danielle Elks | | 10.90 | 710.00 | 7,739.00 |
| Thomas A. Pettit | | 0.80 | 885.00 | 708.00 |
| | **Subtotal:** | **11.70** | | **8,447.00** |
| **TOTAL** | | **17.90** | | **15,701.00** |

**Total Current Amount Due**                                                    **$12,874.82**

# Arnold&Porter

**Purdue Pharma L.P.**                                    December 6, 2022
**Attn: Rachel Kreppel**                                Invoice # 30150177
**Associate General Counsel**                           EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

**For Legal Services Rendered through October 31, 2022**                    **5,728.50**

 Discount:                                                                  -1,031.13

**Fee Total**                                                               **4,697.37**

**Disbursements Recorded through October 31, 2022**

    eData: Near-Line Storage                    267.40

**Disbursements Total**                                      $              **267.40**

**Total Amount Due**                                         $            **4,964.77**

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                        Arnold & Porter Kaye Scholer LLP
                                        P.O. Box 719451
                                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 6, 2022                                                                                    Invoice # 30150177

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 10/11/22 | 0.10 | Correspond with Purdue team re status and strategy. |
| L. Michel Marchand | 10/11/22 | 0.50 | Review, analyze factual research on privilege issue. |
| Bryan M. Marra | 10/13/22 | 0.30 | Correspond with A&P team re privilege issue. |
| Barbara H. Wootton | 10/21/22 | 0.30 | Conference with Purdue team, D. Feinstein and S. Sullivan re agency's questions and strategy. |
| Barbara H. Wootton | 10/24/22 | 0.40 | Review, analyze documents for legal privilege (.3); correspond with S. Sullivan and B. Marra re same (.1). |
| Bryan M. Marra | 10/24/22 | 1.00 | Draft emails re potential clawback documents (.5); review potential clawback documents (.5). |
| Barbara H. Wootton | 10/25/22 | 0.10 | Correspond with B. Marra re legal privilege questions re documents. |
| Bryan M. Marra | 10/25/22 | 0.80 | Drafting emails re: potential clawback documents (.6); call with M. Marchand re: potential clawbacks (.2). |
| Bryan M. Marra | 10/27/22 | 0.50 | Drafting emails re: potential clawback documents (.3); call with M. Marchand re: potential clawbacks (.2). |
| L. Michel Marchand | 10/27/22 | 1.90 | Review produced documents requiring further action on privilege grounds. |
| Bryan M. Marra | 10/28/22 | 0.50 | Drafting emails re: potential clawback documents (.3); reviewing potential clawback documents (.2). |
| Bryan M. Marra | 10/31/22 | 0.30 | Drafting email re: potential clawback documents. |
| **Total Hours** | | **6.70** | |

Page 1

December 6, 2022                                                                Invoice # 30150177

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Counsel** | | | |
| Barbara H. Wootton | 0.90 | 1,085.00 | 976.50 |
| **Subtotal:** | **0.90** | | **976.50** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 3.40 | 960.00 | 3,264.00 |
| **Subtotal:** | **3.40** | | **3,264.00** |
| **Staff Attorney** | | | |
| L. Michel Marchand | 2.40 | 620.00 | 1,488.00 |
| **Subtotal:** | **2.40** | | **1,488.00** |
| **TOTAL** | **6.70** | | **5,728.50** |

**Total Current Amount Due**                                             $4,964.77

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

December 6, 2022
Invoice # 30150179
EIN 53-0208605

**Client/Matter # 1051218.00004**

General Contracts Advice

20220003291

| | |
|---|---|
| **For Legal Services Rendered through October 31, 2022** | **3,750.00** |
| Discount: | <u>-675.00</u> |
| **Fee Total** | **3,075.00** |
| **Total Amount Due** | $     <u>**3,075.00**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 6, 2022                                                    Invoice # 30150179

**(1051218.00004)**
**General Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/26/22 | 3.00 | Review existing agreements and send summaries of obligations to Purdue team (3.0). |
| **Total Hours** | | **3.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Rory Greiss | 3.00 | 1,250.00 | 3,750.00 |
| **Subtotal:** | **3.00** | | **3,750.00** |
| **TOTAL** | **3.00** | | **3,750.00** |

**Total Current Amount Due**                                         **$3,075.00**

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

December 6, 2022
Invoice # 30150178
EIN 53-0208605

**Client/Matter # 1051218.00005**

Transactions

20220003292

| | |
|---|---|
| **For Legal Services Rendered through October 31, 2022** | **75,188.00** |
| Discount: | -13,533.84 |
| **Fee Total** | **61,654.16** |
| **Total Amount Due** | $ **61,654.16** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                   Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 6, 2022                                                                                                 Invoice # 30150178

**(1051218.00005)**
**Transactions**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/01/22 | 2.40 | RP - Begin review of executed Development and License Agreement and draft CMO agreement and draft supply terms in connection with products to be distributed. |
| Rory Greiss | 10/03/22 | 1.40 | RP - Review of documents in connection with supply agreements to be drafted and finalized. |
| Rory Greiss | 10/04/22 | 2.70 | Continued review of development and license agreement and related supply agreement and supply terms (1.2); Videoconference with E. Rothman and E. Ju re: agreements in preparation for videoconference with Purdue team (.5); Begin review of license agreement and current state of supply agreement for different product (1.0). |
| Eric Rothman | 10/04/22 | 1.10 | RP - TC with R. Greiss and E. Ju to discuss generics supply agreement. |
| Esther Ju | 10/04/22 | 0.20 | RP - Call with Rory Greiss and Eric Rothman to discuss agreements to be drafted. |
| Esther Ju | 10/04/22 | 0.20 | RP - Call with Rory Greiss, Eric Rothman and client to discuss agreement. |
| Rory Greiss | 10/06/22 | 3.30 | Complete review and mark-up supply agreement for patch product (1.8); Videoconference and correspondence with A. Krantz and E. Rothman to go through comments (1.5). |
| Eric Rothman | 10/06/22 | 0.60 | RP - TC to discuss amendments to patch supply agreement. |
| Alexa D. Krantz | 10/06/22 | 1.20 | RP - Call with R. Greiss and E. Rothman to discuss supply agreement. |
| Esther Ju | 10/06/22 | 2.00 | RP - Review and analyze agreement to prepare for agreement revisions. |
| Rory Greiss | 10/07/22 | 2.20 | RP - Videoconference with Purdue team regarding two supply agreement assignments with E. Rothman and A. Krantz (.9); Review correspondence re: questions on terms of supply agreement (.5); Conference with A. Krantz re: revisions to be made(.8). |
| Eric Rothman | 10/07/22 | 1.10 | RP - TC with Purdue team to discuss patch supply agreement. |
| Alexa D. Krantz | 10/07/22 | 0.40 | RP - Revise supply agreement (0.1); Call with Purdue team, and R. Greiss to discuss supply agreement (0.3). |
| Esther Ju | 10/07/22 | 2.80 | RP - Revise agreement to conform to terms provided in Commercial Supply Terms. |
| Rory Greiss | 10/08/22 | 1.80 | RP - Begin review and make initial comments to mark-up of supply agreement prepared by E. Ju. |
| Rory Greiss | 10/09/22 | 2.10 | RP - Complete review and initial mark-up of supply agreement for CMO prepared by E. Ju. |
| Rory Greiss | 10/10/22 | 6.20 | Revise amendment to license agreement and commercial supply terms and discuss with E. Ju (4.5); continued work on supply agreement with A. Krantz (1.7). |
| Eric Rothman | 10/10/22 | 1.10 | RP - TC with A&P team to discuss license agreement. |
| Alexa D. Krantz | 10/10/22 | 2.10 | RP - Revise supply agreement. |
| Esther Ju | 10/10/22 | 0.30 | RP - Discuss agreement strategy and initial comments on MSA. |
| Esther Ju | 10/10/22 | 0.60 | RP - Discuss CMO and commercial supply terms revisions. |

December 6, 2022

Invoice # 30150178

| Name | Date | Hours | Narrative |
| --- | --- | --- | --- |
| Esther Ju | 10/10/22 | 0.80 | RP - Revise MSA to incorporate Rory Greiss comments. |
| Eric Rothman | 10/11/22 | 1.60 | RP - Review and comment on patch agreement. |
| Alexa D. Krantz | 10/11/22 | 1.50 | RP - Revise supply agreement. |
| Esther Ju | 10/11/22 | 1.40 | RP - Revise Amendment 1 to license agreement and Commercial Supply Terms. |
| Esther Ju | 10/11/22 | 0.20 | RP - Discuss changes made to CMO Agreement and Amendment 1 to license agreement with E. Rothman. |
| Alexa D. Krantz | 10/12/22 | 0.60 | RP - Revise supply agreement for patch product. |
| Rory Greiss | 10/13/22 | 2.70 | RP - Review and give final comments on draft supply agreement for patch product (.9); review and give final comments on draft supply agreement and commercial supply terms for two products (1.2); correspondence with A&P team re: drafts of agreements for review (.6). |
| Alexa D. Krantz | 10/13/22 | 0.60 | RP - Revise supply agreement. |
| Esther Ju | 10/13/22 | 0.60 | RP - Incorporate Rory Greiss final comments into MSA and Amemdment 1 to License Agreement prior to sending to client. |
| Rory Greiss | 10/17/22 | 1.80 | Videoconference with Purdue team, E. Ju and E. Rothman re: MSA and amendment to license agreement (1.5); discuss next steps with A&P team (.3). |
| Eric Rothman | 10/17/22 | 1.10 | RP - TC on MSA and the Amendment to the License and Development Agreement. |
| Esther Ju | 10/17/22 | 1.60 | RP - Discuss agreements with Purdue team. |
| Rory Greiss | 10/18/22 | 1.30 | RP - Review revisions to MSA and amendment to license agreement with E. Ju (.9); discuss provisions to be added with E. Ju and E. Rothman (.4). |
| Esther Ju | 10/18/22 | 1.10 | RP - Discuss additional revisions to be made on CMO agreement and Amendment No. 1 to License Agreement with Rory Greiss. |
| Esther Ju | 10/18/22 | 1.70 | RP - Revise Agreements. |
| Rory Greiss | 10/19/22 | 2.10 | RP - Review and comment on revised agreements prepared by E. Ju (1.6); correspondence with E. Ju and Purdue team re: same (.5). |
| Esther Ju | 10/19/22 | 0.60 | RP - Incorporate Rory Greiss' final comments to CMO Agreement and Amendment No. 1 (.4); draft email summarizing changes to client (.2). |
| Rory Greiss | 10/24/22 | 1.80 | Prepare for videoconference re: amendment to license agreement, commercial supply terms and supply agreement (.4) and participate in videoconference (1.1); Follow-up with E. Ju re: revisions to be made (.3). |
| Esther Ju | 10/24/22 | 1.20 | RP - Call with Purdue team to discuss agreement drafts. |
| Esther Ju | 10/24/22 | 0.60 | RP - Revise Amendment No. 1 to address issue points discussed with client on 10/24/2022 call. |
| Rory Greiss | 10/25/22 | 2.10 | RP - Review and comment on revised version of amendment to license agreement, commercial supply terms and supply agreement for two products (1.4); Correspondence with E. Ju re: comments to be incorporated (.4); Correspondence with A. Krantz re: supply agreement draft sent to Purdue team (.3). |
| Esther Ju | 10/25/22 | 0.60 | RP - Incorporate Rory Greiss' comments to Amendment (.4); send MSA and amendment to client (.2). |
| Rory Greiss | 10/26/22 | 2.30 | Videoconference with Purdue team and L. Krantz re: supply agreement draft (1.0); revise sections of agreement with L. Krantz (1.3). |

December 6, 2022

Invoice # 30150178

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Alexa D. Krantz | 10/26/22 | 2.20 | RP - Call with Purdue team and R. Greiss to discuss supply agreement (1.0); Call with R. Greiss to discuss supply agreement (0.3); Revise supply agreement (0.9). |
| Esther Ju | 10/26/22 | 0.20 | RP - Provide redlines to Purdue team per request on 10/26/2022. |
| Rory Greiss | 10/27/22 | 0.50 | Review and comment on attachments to revised master supply agreement. |
| Alexa D. Krantz | 10/27/22 | 0.10 | Revise supply agreement. |
| Rory Greiss | 10/28/22 | 2.30 | RP - Prepare for videoconference with Purdue team (.3); Videoconference re: revised drafts of master supply agreement, amendment to development and license agreement and commercial supply terms (1.1); Review revisions prepared by E. Ju and comment (.9). |
| Esther Ju | 10/28/22 | 0.80 | RP - Call with Purdue team to review redline revisions. |
| Esther Ju | 10/28/22 | 0.50 | RP - Revise MSA and amendment per call with Purdue team on 10/28/22. |
| Esther Ju | 10/28/22 | 0.60 | RP - Discuss final changes to be made in agreements with Rory Greiss (.2); incorporate same changes into final documents and send to client (.4). |
| Rory Greiss | 10/29/22 | 1.10 | RP - Review correspondence from Purdue team re: pricing attachment for master supply agreement and other exhibits (.6); Send comments re: attachments and proposed memorandum of understanding to Purdue team (.5). |
| Rory Greiss | 10/31/22 | 0.80 | RP-Correspondence with Purdue team re: language of memorandum of understanding for initial purchase of API. |

**Total Hours**        **74.80**

December 6, 2022                                                                 Invoice # 30150178

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Eric Rothman | | 6.60 | 1,040.00 | 6,864.00 |
| | **Subtotal:** | **6.60** | | **6,864.00** |
| **Counsel** | | | | |
| Rory Greiss | | 40.90 | 1,250.00 | 51,125.00 |
| | **Subtotal:** | **40.90** | | **51,125.00** |
| **Associate** | | | | |
| Esther Ju | | 18.60 | 630.00 | 11,718.00 |
| Alexa D. Krantz | | 8.70 | 630.00 | 5,481.00 |
| | **Subtotal:** | **27.30** | | **17,199.00** |
| **TOTAL** | | **74.80** | | **75,188.00** |

**Total Current Amount Due**                                             **$61,654.16**