**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 |
| Debtors.[1] | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF GRANT THORNTON LLP FOR:**
**(I) ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**INCURRED FOR RETENTION AS CONSULTANTS TO DEBTORS FOR THE PERIOD**
**OCTOBER 1, 2022 TO OCTOBER 31, 2022; AND (II) PAYMENT OF ACCRUED BUT**
**UNPAID INVOICES FOR SERVICES PERFORMED IN THE ORDINARY COURSE OF**
**DEBTORS' BUSINESS THROUGH OCTOBER 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Grant Thornton LLP ("**Grant Thornton**") |
| **Authorized to Provide Professional Services to:** | Debtors |
| **Date of Retention:** | **April 28, 2021** (*nunc pro tunc* to January 20, 2021) for Tax Consulting Services [Docket No. 2760]; **September 28, 2021** for Employee Tax Analysis and Valuation Services (effective September 1, 2021) [Docket No. 3831]; and **October 20, 2022** (effective September 27, 2022) [Docket No. 5188]. The foregoing retentions are for services provided to Debtors by Grant Thornton in connection with the Plan and in furtherance of the administration of Debtors' bankruptcy cases (as further identified and defined below, the "**Plan Services**") |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Period for Which Compensation and Reimbursement is Sought ("Fee Period"):** | For the Plan Services: September 1, 2022 through October 31, 2022 |
| | For OCB Tax Services (as defined below): Accrued but unpaid invoices for services performed in the ordinary course of Debtors' business through October 31, 2022 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary for Plan Services:** | $185,342.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary for Plan Services:** | $8,890.00 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary for Tax Services Provided to the Debtors in the Ordinary Course of Business (as further identified and defined below, the "OCB Tax Services"):** | $7,400.70 |
| **Total Compensation (80%) and Expenses (100%) for Plan Services, Plus Total Compensation (100%) for OCB Tax Services Requested in this Fourteenth MFS:** | $164,564.30 |

## **INTRODUCTION**

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Restructuring Consultants for the Debtors Nunc Pro Tunc to January 20, 2021* [Docket No. 2760] (the "**Retention Order**"), the *Order Authorizing the Supplemental Retention and Employment of Grant Thornton LLP by the Debtors for Tax Analysis and Valuation Services Effective September 1, 2021* [Docket No. 3831] (the "**Supplemental Retention Order**"), the *Order Authorizing the Second*

*Supplemental Retention and Employment of Grant Thornton LLP by the Debtors for Business Advisory Services Effective September 27,* 2022 [Docket No. 5188] (the "**Second Supplemental Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019* [Docket No. 529] (the "**Interim Compensation Order**"), Grant Thornton submits this *Fourteenth Monthly Fee Statement of Grant Thornton LLP for: (I) Allowance of Compensation and Reimbursement of Expenses Incurred for Retention as Consultants to Debtors for the Period October 1, 2022 to October 31, 2022; and (II) Payment of Accrued But Unpaid Invoices for Services Performed in the Ordinary Course of Debtors' Business Through October 31, 2022* (this "**Fourteenth MFS**").

## SUMMARY OF SERVICES PROVIDED AND GRANT THORNTON'S RETENTION

### A.    Services Provided by Grant Thornton in the Ordinary Course of the Debtors' Business Unrelated to the Bankruptcy Case

1.      Prior to September 15, 2019 (the "**Petition Date**"), the Debtors engaged Grant Thornton to provide tax-related services pursuant to the terms and conditions of that certain master agreement, dated June 1, 2018 (the "**MSA**"), and other related statements of work executed in connection therewith.

2.      As previously disclosed in the Retention Order, the Debtors retained Grant Thornton after the Petition Date to continue to provide certain tax-related services to assist the Debtors in the ordinary course of their business operations (the "**OCB Tax Services**"), which work consisted of the following services:

      a.    <u>Sales and Use Tax Compliance Services</u>:  On August 11, 2020, the Debtors and Grant Thornton entered into that certain *Statement of Work for Sales and Use Tax Return Preparation Services*, pursuant to which Grant Thornton was retained to assist the Debtors with the generation of sales, use and other

transactional tax returns by providing tax return compliance services. That August 11, 2020 statement of work was subsequently replaced and superseded by that certain *Statement of Work for Sales and Use Tax Return Preparation Services*, dated March 2, 2021.

b. <u>2020 and 2021 Tax Preparation Services</u>: On December 7, 2020, the Debtors and Grant Thornton entered into that certain *Statement of Work for Tax Compliance Services*, pursuant to which Grant Thornton was retained to prepare the Debtors' federal and state tax returns, including extension calculations and estimated tax payments, for the 2020 taxable year, which work has been completed. On January 20, 2022, the Debtors and Grant Thornton entered into that certain *Statement of Work for Tax Compliance Services*, pursuant to which Grant Thornton was retained to prepare the Debtors' federal and state tax returns, including extension calculations and estimated tax payments, for the 2021 taxable year.

c. <u>Global Mobility Services</u>: On June 18, 2020, the Debtors and Grant Thornton entered into that certain *Statement of Work for Global Mobility Services*, pursuant to which Grant Thornton was retained to provide tax compliance and consulting services for disclosures, review and execution related to United States and United Kingdom tax returns for the years 2015 through 2019. Such services included, among other things: (i) discovery of over-reporting of income; (ii) consultation on the approach to amendments; (iii) preparation of adjusted compensation figures for necessary years; (iv) preparation of tax equalization settlements for necessary years; (v) discussions on processes and

filings with the Debtors and David Lundie; and (vi) assistance with responses to IRS and HMRC notices.  On April 15, 2021, the Debtors and Grant Thornton entered into that certain *Statement of Work for GMS Compliance Services*, pursuant to which Grant Thornton's engagement to provide Global Mobility Services was extended to the 2020 and 2021 tax years.

3.    Because the OCB Tax Services were being provided in the ordinary course of the Debtors' business and were unrelated to the administration of the bankruptcy cases, Grant Thornton understood that it was not necessary for it to be retained in these bankruptcy cases and that payment on account of such OCB Tax Services would be paid consistent with past practices and in the ordinary course of the Debtors' ongoing business operations.  Thus, prior to approval of Grant Thornton's retention with respect to the Plan Services (as further described below), the OCB Tax Services, including the billing and payment process, were not subject to the Interim Compensation Order or other fee procedures applicable to professionals retained in these bankruptcy cases.

### B.    Services for Which Grant Thornton was Subsequently Retained Relating to the Debtors' Plan Confirmation Efforts and Bankruptcy Administration

4.    In January 2021, the Debtors requested that Grant Thornton provide additional tax structuring services that directly related to the development of the Debtors' chapter 11 plan of reorganization in these bankruptcy cases (the "**Plan**"), including certain complicated tax related implications of the new entity ("**Newco**") anticipated to be created in the bankruptcy reorganization.  As a result of this requested expansion in the scope of work being provided, on or about January 20, 2021, Grant Thornton and the Debtors entered into that certain *Statement of Work for Tax Structuring Services* (the "**Tax Structuring Plan-Related SOW**").

5.      On April 13, 2021, the Debtors filed the *Application of Debtors for Authority to Retain and Employ Grant Thornton LLP as Tax Structuring Consultants to the Debtors Nunc Pro Tunc to January 20, 2021* [Docket No. 2636], and the Court entered the Retention Order on April 28, 2021.

6.      In August 2021, the Debtors requested that Grant Thornton further expand the scope of its retention and provide additional services related to their Plan confirmation efforts. Specifically, the Debtors and Grant Thornton entered into the *Statement of Work for Advisory Services*, dated August 25, 2021 (the "**Valuation Services Plan-Related SOW**"), pursuant to which Grant Thornton was retained, subject to Court approval, to provide valuation advisory services to the Debtors relating to the Plan and the formation of the Newco as provided therein. The Debtors and Grant Thornton also entered into the *Statement of Work for Employment Tax Services & State Corporate Income/Franchise Tax Nexus Analysis Services*, dated August 26, 2021 (the "**Tax Analysis Plan-Related SOW**"), pursuant to which Grant Thornton was retained, subject to Court approval, to provide tax analysis for certain employment and other tax issues relating to the Plan and formation of the Newco as provided therein.

7.      On September 10, 2021, the Debtors filed the *Application of Debtors for Authority to Supplement Retention and Employment of Grant Thornton LLP for Tax Analysis and Valuation Services Effective September 1, 2021* [Docket No. 3761], and the Court entered the Supplemental Retention Order on September 28, 2021.

8.      In or around September 2022, the Debtors requested that Grant Thornton further expand the scope of its retention by providing certain business advisory services to the Debtors. On September 27, 2022, the Debtors and Grant Thornton entered into the following agreements (collectively, the "**BAS Agreements**"): (i) the engagement letter, including *Attachment A –*

*STANDARD GRANT THORNTON LLP ENGAGEMENT TERMS* attached thereto; and (ii) the *Statement of Work (SOW) for Advisory Services*. On October 4, 2022, the Debtors filed the *Application of Debtors for Authority to Supplement Retention and Employment of Grant Thornton LLP for Business Advisory Services Effective September 27, 2022* [Docket No. 5113], and the Court entered the Second Supplemental Retention Order on October 20, 2022 [Docket No. 5188].

9.      Pursuant to the Retention Order, the Supplemental Retention Order and the Second Supplemental Retention Order, compensation and reimbursement for the services provided under the Tax Structuring Plan-Related SOW, the Valuation Services Plan-Related SOW, the Tax Analysis Plan-Related SOW and the BAS Agreements (collectively, the "**Plan Services**") are subject to, and must be in compliance with, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court for allowance of monthly, interim and final fee applications.

## SUMMARY OF REQUESTED COMPENSATION FOR THE FEE PERIOD

10.     By this Fourteenth MFS, Grant Thornton seeks compensation and reimbursement of expenses in the total amount of $164,564.30, which is composed of:

> a.  Compensation and Reimbursement for Plan Services: Compensation and reimbursement of expenses in the total amount of $157,164.00 on account of: (i) compensation in the amount of $148,274.00, representing 80% of the total amount of reasonable compensation for actual, necessary Plan Services that Grant Thornton incurred during the Fee Period in the amount of $185,342.50; plus (ii) reimbursement in the amount of $8,890.00, representing 100% of the total amount of actual, reasonable and necessary expenses incurred by Grant Thornton during the Fee Period.

b. <u>Compensation for OCB Tax Services</u>:  Compensation in the total amount of $7,400.70, representing 100% of the total amount of reasonable compensation for actual, necessary OCB Tax Services that Grant Thornton has incurred during the Fee Period.  Because of Grant Thornton's retention in these bankruptcy cases by order entered April 28, 2021, out of an abundance of caution and for purposes of full disclosure, Grant Thornton is including in this Fourteenth MFS the outstanding amount owed in the ordinary course of business for which payment has not yet been made relating to the OCB Tax Services.

**<u>ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS INCURRED</u>**

11.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Grant Thornton consultants during the Fee Period with respect to each project category billed to the Plan Services.  As reflected in **Exhibit A**, Grant Thornton consultants expended a total of 318.60 hours and incurred $185,342.50 in fees during the Fee Period in connection with the Plan Services.  Pursuant to this Fourteenth MFS, Grant Thornton seeks reimbursement for 80% of such fees, totaling $148,274.00.

12.    Attached hereto as **Exhibit B** is a chart of Grant Thornton consultants that billed time to the Plan Services, including the standard hourly rate for each consultant who rendered Plan Services to the Debtors in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked and the amount of fees earned by each consultant.  The blended hourly billing rate of consultants for all Plan Services (including hours spent on fixed fee matters, if any) provided during the Fee Period is $581.74.

13.     Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Grant Thornton in the amount of $8,890.00 in connection with providing professional services during the Fee Period and seeking compensation for such services in these bankruptcy cases.  In connection with Grant Thornton's retention in these bankruptcy cases, at the Debtors' request, Grant Thornton utilized its own outside bankruptcy counsel to assist Grant Thornton with its retention and fee approval procedures.  Pursuant to the Retention Order:

> "Grant Thornton's reimbursable expenses may include the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges of Grant Thornton's external legal counsel (without the need for such legal counsel to be retained as a professional in the chapter 11 cases); provided, that, if Grant Thornton seeks reimbursement from the Debtors for attorneys' fees and expenses pursuant to the Engagement Agreement, the invoices and supporting time records for the attorneys' fees and expenses shall be included in Grant Thornton's own applications, both interim and final, and these invoices and time records shall be subject to the approval of the *[sic]* Court pursuant to sections 330 and 331 of the Bankruptcy Code, but without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code, and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code."

Retention Order, ¶ 4.  In accordance with the Retention Order, **Exhibit C** includes the invoices and supporting time records for Grant Thornton's outside legal counsel that constitute the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges incurred by Grant Thornton in connection with utilizing such external legal counsel.

14.     Attached hereto as **Exhibit D1 through D3** are the time records of Grant Thornton for the Fee Period organized by month and project category with a daily time log describing the time spent by each consultant during the applicable Fee Period in connection with the Plan Services.  **Exhibit D4** are copies of Grant Thornton's invoices relating to such time records.

15.     Attached as **Exhibit E** are invoices for the total amount of reasonable compensation for actual, necessary OCB Tax Services that Grant Thornton incurred covering the Fee Period.  In light of Grant Thornton's retention in these bankruptcy cases by order entered April 28, 2021, out

of an abundance of caution and for purposes of full disclosure, Grant Thornton is including this disclosure of outstanding amounts owed in the ordinary course of business for which payment has not yet been received relating to the OCB Tax Services.

**Notice**

16.     The Debtors will provide notice of this Fourteenth MFS in accordance with the Interim Compensation Order.  Grant Thornton submits that no other or further notice be given.

**WHEREFORE**, Grant Thornton, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the aggregate amount of $164,564.30, composed of: (i) $148,274.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Grant Thornton incurred during the Fee Period (*i.e.*, $185,342.50) on account of the Plan Services; plus (ii) 100% of the actual, reasonable and necessary expenses for which Grant Thornton seeks reimbursement on account of the Plan Services in the amount of $8,890.00; plus (iii) 100% of the total amount of reasonable compensation in the amount of $7,400.70 for actual, necessary OCB Tax Services that Grant Thornton incurred through October 31, 2022.

December 8, 2022
New York, NY

**GRANT THORNTON LLP**

Raymond Werth
Partner, Grant Thornton LLP
757 Third Ave., 9th Floor
New York, NY 10017
Telephone:  (212) 599-0100

**EXHIBIT A**

**SUMMARY OF PLAN SERVICES BY CATEGORY**
**(For Fee Period October 1, 2022 through October 31, 2022)**

| Time Category | Category Descriptions | Exhibit | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|
| Business Advisory Services: General Analysis | This category includes activities associated with the general business advisory services related to the general analysis of the accounting and finance function, management processes, and understanding of EBITDA. | D1 | 154.10 | $93,856.50 |
| Business Advisory Services: Strategic Operations | This category includes activities associated with development of a standalone operating cost model and identifying one-time separation costs. | D2 | 150.50 | $82,043.50 |
| Employee Tax Services: Payroll Tax Support (Hourly Fees) | This category includes activities associated with preparation of state and local payroll tax registration, update and closure forms, preparation of payroll tax matrix, coordination with Ceridian, preparation of successorship memo, etc. | D3 | 14 | $9,442.50 |
| **TOTAL** | | | **318.60** | **$185,342.50** |

**<u>EXHIBIT B</u>**

**SUMMARY OF HOURLY PLAN SERVICES BY PROFESSIONAL**
**(For Fee Period October 1, 2022 through October 31, 2022)**

| LAST NAME | FIRST NAME | TITLE | TOTAL HOURS | HOURLY RATE | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Alekseev | Alex | Manager | 25.60 | 675.00 | $17,280.00 |
| Barenbaum | Glenn | Partner | 1.30 | 955.00 | $1,241.50 |
| Bellovin | Hal | Managing Director | 7.50 | 765.00 | $5,737.50 |
| Blessing | Luisa | Senior Associate | 53.20 | 515.00 | $27,398.00 |
| Cianciotta | Joe | Manager | 6.50 | 570.00 | $3,705.00 |
| Flynn | Meighan | Senior Associate | 83.00 | 515.00 | $42,745.00 |
| Frederick | Steven | Associate | 0.40 | 330.00 | $132.00 |
| McGurl | Scott | Principal | 1.00 | 955.00 | $955.00 |
| Sachdeva | Surbhi | Manager | 43.10 | 675.00 | $29,092.50 |
| Sauerlander | Gunter | Senior Associate | 70.70 | 515.00 | $36,410.50 |
| Shahkarami | Sean | Director | 26.30 | 785.00 | $20,645.50 |
| **TOTAL** | | | **318.60** | | **$185,342.50** |

**EXHIBIT C**

**SUMMARY OF OUT-OF-POCKET EXPENSES AND SUPPORTING INVOICES**

| CATEGORY | AMOUNT |
|---|---|
| External Legal Counsel<br>(See Attached Supporting Invoices) | $8,890.00 |
| **TOTAL** | **$8,890.00** |



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

November 16, 2022

Invoice #53233

Due Upon Receipt

For Professional Services Rendered Through October 31, 2022

---

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/03/2022 | ASB | Finalized 12th fee statement for signature. | 2.10 | $350.00 | $735.00 |
| | KKF | Reviewed and revised 12th MFS to send to D. Consla for review and filing (0.3).  Telephone conference with G. Barenbaum re: bankruptcy issues on timing and performance of work under the supplemental retention (0.1).  Drafted emails to R. Werth re: signatures on 12th MFS and declaration in support of supplemental retention application (0.2).  Finalized supplemental retention application to send to D. Consla for execution and filing (0.3). | 0.90 | $625.00 | $562.50 |
| 10/04/2022 | ASB | Draft 4th Interim Fee Application. | 5.80 | $350.00 | $2,030.00 |
| | KKF | Exchnaged emails with C. McDonald and B. Dimarie re: Purde request for additional information on sales and use tax July invoice (0.1).  Finalized 12th MFS pleading for filing and Werth Declaration in support of supplemental retention application to send to David Polk for filing (0.3). | 0.40 | $625.00 | $250.00 |
| 10/05/2022 | ASB | Continued to draft 4th Interim fee application. | 2.50 | $350.00 | $875.00 |
| | KKF | Drafted emails to P. Schwartzberg, T. Nobis, R. Werth and C. McDonald re: 12th MFS (0.2).  Drafted email to G. Barenbaum re: status and timing of supplemental employment application (0.1). | 0.30 | $625.00 | $187.50 |
| 10/10/2022 | ASB | Reviewed and revised Fourth Interim Application for compensation and refer to court orders for prior compensation. | 1.00 | $350.00 | $350.00 |
| | KKF | Reviewed and revised 4th Interim Fee Application and Werth Certificate. | 1.70 | $625.00 | $1,062.50 |
| 10/11/2022 | KKF | Final review of completed 4th interim fee application (0.3).  Drafted email to R. Werth re: timing and execution of 4th interim fee application (0.1). | 0.40 | $625.00 | $250.00 |
| 10/12/2022 | ASB | Finalized 4th Interim Fee application and request invoice and other billing information re: Sklar Kirsh invoices. | 3.30 | $350.00 | $1,155.00 |
| | KKF | Exchanged emails with A. Bender, M. Giddens and R. Werth re: status of filing of 4th Interim Fee Application. | 0.10 | $625.00 | $62.50 |

Grant Thornton LLP
November 16, 2022
Invoice # 53233

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/17/2022 | KKF | Prepared order for supplemental employment application (0.2). Reviewed docket for service of interim fee application and exchanged emails with M. Giddens and D. Consla re: service of application and entering order for supplemental employment (0.4). | 0.60 | $625.00 | $375.00 |
| 10/19/2022 | KKF | Confirmed on docket lack of objections to 12th MFS and email C. McDonald to process payment. | 0.20 | $625.00 | $125.00 |
| 10/20/2022 | KKF | Emailed GT teams re: status and timing of 13th MFS (0.1). Reviewed entered order for supplemental employment and forwarded same with email message to C. Stathopoulos, G. Barenbaum and S. Cho (0.2). | 0.30 | $625.00 | $187.50 |
| 10/21/2022 | KKF | Reviewed conflict disclosure report and respond to G. Barenbaum re: requirements for same. | 0.40 | $625.00 | $250.00 |
| 10/27/2022 | KKF | Drafted email to Grant Thornton teams for status on September invoices for 13th MFS (0.1). Reviewed employee tax consulting invoices and forward same to A. Bender (0.1). | 0.20 | $625.00 | $125.00 |
| 10/31/2022 | ASB | Reviewed all invoices submitted and began preparation of 13th Monthly fee application. | 0.70 | $350.00 | $245.00 |
| | KKF | Exchanged emails with B. DiMaria and A. Bender re: time entries for 13th MFS. | 0.10 | $625.00 | $62.50 |
| | | For professional services rendered | 21.0 hrs | | $8,890.00 |
| | SUBTOTAL | | | | $8,890.00 |

| | |
|---|---|
| Total amount of this bill | $8,890.00 |
| Previous balance | $15,860.00 |
| Total Payments and Adjustments | $0.00 |
| Balance due upon receipt | $24,750.00 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Kelly K. Frazier | KKF | Of Counsel | 5.60 | $625.00 | $3,500.00 |
| Amy S. Bender | ASB | Paralegal | 15.40 | $350.00 | $5,390.00 |

It is a pleasure working with you.  We appreciate your business.

**EXHIBIT D1**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**
**(Project Category: *Business Advisory Services – General Analysis*)**

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 10/3/2022 | 0.7 | $675.00 | $472.50 | Request list update with cost model IRL, internal review |
| Shahkarami, Sean | Director | 10/3/2022 | 2.3 | $785.00 | $1,805.50 | Review of materials in dataroom and review of Information Request List |
| Sachdeva, Surbhi | Manager | 10/4/2022 | 0.4 | $675.00 | $270.00 | Client introductions and internal catch up |
| Shahkarami, Sean | Director | 10/4/2022 | 0.3 | $785.00 | $235.50 | Call with Terrence Ronan to discuss IRL and materials |
| Sachdeva, Surbhi | Manager | 10/13/2022 | 0.3 | $675.00 | $202.50 | Sharepoint look through and mail client for follow up |
| Flynn, Meighan Patricia | Senior Associate | 10/14/2022 | 0.9 | $515.00 | $463.50 | Formation of analysis pack |
| Flynn, Meighan Patricia | Senior Associate | 10/14/2022 | 2.7 | $515.00 | $1,390.50 | Trial balance review and analysis pack set up |
| Flynn, Meighan Patricia | Senior Associate | 10/14/2022 | 0.9 | $515.00 | $463.50 | Reviewing file submissions and updating request list |
| Flynn, Meighan Patricia | Senior Associate | 10/14/2022 | 2.7 | $515.00 | $1,390.50 | Update information request list and review VDR |
| Sachdeva, Surbhi | Manager | 10/14/2022 | 1.8 | $675.00 | $1,215.00 | Analysis pack set up and trial balance reconciliation |
| Sachdeva, Surbhi | Manager | 10/14/2022 | 0.4 | $675.00 | $270.00 | Internal review and planning |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 10/14/2022 | 1.7 | $675.00 | $1,147.50 | Review of uploaded information and request list update |
| Shahkarami, Sean | Director | 10/14/2022 | 2.9 | $785.00 | $2,276.50 | Manage and provide instructions to team to update the IRL and begin building internal analysis |
| Shahkarami, Sean | Director | 10/14/2022 | 1.6 | $785.00 | $1,256.00 | Review and assess files uploaded into the VDR |
| Barenbaum, Glenn P. | Partner | 10/17/2022 | 0.2 | $955.00 | $191.00 | Internal communications |
| Flynn, Meighan Patricia | Senior Associate | 10/17/2022 | 0.2 | $515.00 | $103.00 | Financial information request list with Mr. Ronan and Mr. Darragh |
| Flynn, Meighan Patricia | Senior Associate | 10/17/2022 | 0.4 | $515.00 | $206.00 | Internal work allocation and planning |
| Flynn, Meighan Patricia | Senior Associate | 10/17/2022 | 3.6 | $515.00 | $1,854.00 | Review and analysis of accounts payable/receivable aging |
| Flynn, Meighan Patricia | Senior Associate | 10/17/2022 | 4.1 | $515.00 | $2,111.50 | Review of trial balance accounts & compilation of analysis pack schedules |
| Sachdeva, Surbhi | Manager | 10/17/2022 | 0.7 | $675.00 | $472.50 | Financial information request list with Mr. Ronan and Mr. Darragh and follow up mail |
| Sachdeva, Surbhi | Manager | 10/17/2022 | 0.4 | $675.00 | $270.00 | Internal daily work allocation and planning meeting |
| Sachdeva, Surbhi | Manager | 10/17/2022 | 3.1 | $675.00 | $2,092.50 | Review and update of trial balance and reconciliation to historical financials |
| Flynn, Meighan Patricia | Senior Associate | 10/18/2022 | 3.9 | $515.00 | $2,008.50 | Review and analysis of accounts receivable/payable agings |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Flynn, Meighan Patricia | Senior Associate | 10/18/2022 | 1.8 | $515.00 | $927.00 | Review and analysis of bank statements and reconciliations |
| Flynn, Meighan Patricia | Senior Associate | 10/18/2022 | 0.5 | $515.00 | $257.50 | Internal work allocation and planning |
| Flynn, Meighan Patricia | Senior Associate | 10/18/2022 | 2.4 | $515.00 | $1,236.00 | Review of trial balance accounts & compilation of analysis pack schedules |
| Sachdeva, Surbhi | Manager | 10/18/2022 | 2.4 | $675.00 | $1,620.00 | Review and update of trial balance mappings and sub-mappings |
| Sachdeva, Surbhi | Manager | 10/18/2022 | 2.4 | $675.00 | $1,620.00 | HTML coversion to excel for agings and trial balance update |
| Sachdeva, Surbhi | Manager | 10/18/2022 | 0.5 | $675.00 | $337.50 | Internal daily work allocation and planning |
| Flynn, Meighan Patricia | Senior Associate | 10/19/2022 | 2.2 | $515.00 | $1,133.00 | Review of trial balance accounts & compilation of analysis pack schedules |
| Flynn, Meighan Patricia | Senior Associate | 10/19/2022 | 3.4 | $515.00 | $1,751.00 | Review compiled date & prepare draft management meeting materials |
| Flynn, Meighan Patricia | Senior Associate | 10/19/2022 | 1.3 | $515.00 | $669.50 | Review and analysis of accounts payable/receivable aging |
| Flynn, Meighan Patricia | Senior Associate | 10/19/2022 | 0.3 | $515.00 | $154.50 | Internal work allocation and planning |
| Sachdeva, Surbhi | Manager | 10/19/2022 | 0.2 | $675.00 | $135.00 | Internal discussion and review with the operation diligence team |
| Sachdeva, Surbhi | Manager | 10/19/2022 | 0.6 | $675.00 | $405.00 | AR aging clean up, normalization and set up |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Flynn, Meighan Patricia | Senior Associate | 10/20/2022 | 0.9 | $515.00 | $463.50 | Review and analysis of bank statements and reconciliations |
| Flynn, Meighan Patricia | Senior Associate | 10/20/2022 | 0.3 | $515.00 | $154.50 | Internal work allocation and planning |
| Flynn, Meighan Patricia | Senior Associate | 10/20/2022 | 3.7 | $515.00 | $1,905.50 | Review of trial balance accounts & compilation of analysis pack schedules |
| Flynn, Meighan Patricia | Senior Associate | 10/20/2022 | 1.8 | $515.00 | $927.00 | Review compiled date & prepare draft management meeting materials |
| Sachdeva, Surbhi | Manager | 10/20/2022 | 2.7 | $675.00 | $1,822.50 | Review and update of TB walkthrough |
| Sachdeva, Surbhi | Manager | 10/20/2022 | 0.6 | $675.00 | $405.00 | Internal work allocation, update and planning |
| Sachdeva, Surbhi | Manager | 10/20/2022 | 1.2 | $675.00 | $810.00 | Review and update of management meeting agenda |
| Shahkarami, Sean | Director | 10/20/2022 | 3.6 | $785.00 | $2,826.00 | Review internal analysis and reconciliations of financials |
| Barenbaum, Glenn P. | Partner | 10/21/2022 | 0.2 | $955.00 | $191.00 | Discuss and evaluate disentanglements and corporation allocations |
| Flynn, Meighan Patricia | Senior Associate | 10/21/2022 | 4.2 | $515.00 | $2,163.00 | Review and analysis of sales revenue |
| Flynn, Meighan Patricia | Senior Associate | 10/21/2022 | 2.8 | $515.00 | $1,442.00 | Trending analysis of trial balance accounts |
| Flynn, Meighan Patricia | Senior Associate | 10/21/2022 | 0.9 | $515.00 | $463.50 | Internal update and planning |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 10/21/2022 | 2.9 | $675.00 | $1,957.50 | Entanglement discussion agenda and schedules |
| Sachdeva, Surbhi | Manager | 10/21/2022 | 0.9 | $675.00 | $607.50 | Internal update and planning |
| Sachdeva, Surbhi | Manager | 10/21/2022 | 4.2 | $675.00 | $2,835.00 | Management meeting word agenda and excel schedules |
| Shahkarami, Sean | Director | 10/21/2022 | 3.1 | $785.00 | $2,433.50 | Review and edit Agenda and supplementary schedules and request call to discuss financials and entanglements |
| Shahkarami, Sean | Director | 10/21/2022 | 2.3 | $785.00 | $1,805.50 | Analyze shared costs and potential entanglements to understand reconciling variances in financials |
| Flynn, Meighan Patricia | Senior Associate | 10/24/2022 | 2.6 | $515.00 | $1,339.00 | Review and analysis of compensation and headcount details |
| Flynn, Meighan Patricia | Senior Associate | 10/24/2022 | 2.1 | $515.00 | $1,081.50 | Review compiled date and prepare management meeting materials |
| Flynn, Meighan Patricia | Senior Associate | 10/24/2022 | 3.9 | $515.00 | $2,008.50 | Trending analysis of trial balance accounts |
| Barenbaum, Glenn P. | Partner | 10/25/2022 | 0.9 | $955.00 | $859.50 | Discuss internal financial reconciliation with Management |
| Flynn, Meighan Patricia | Senior Associate | 10/25/2022 | 0.9 | $515.00 | $463.50 | Review and analysis of sales revenue |
| Flynn, Meighan Patricia | Senior Associate | 10/25/2022 | 0.9 | $515.00 | $463.50 | Call with Sequoia management to discuss draft financials and reconciliation - team call to prevent redundant calls |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Flynn, Meighan Patricia | Senior Associate | 10/25/2022 | 0.3 | $515.00 | $154.50 | Internal update and planning |
| Flynn, Meighan Patricia | Senior Associate | 10/25/2022 | 2.3 | $515.00 | $1,184.50 | Review file submissions and update request list |
| Sachdeva, Surbhi | Manager | 10/25/2022 | 0.9 | $675.00 | $607.50 | Call with Sequoia management to discuss draft financials and reconciliation " |
| Sachdeva, Surbhi | Manager | 10/25/2022 | 0.3 | $675.00 | $202.50 | Internal update and planning |
| Shahkarami, Sean | Director | 10/25/2022 | 0.9 | $785.00 | $706.50 | Call with Sequoia management to discuss draft financials and reconciliation - team call to prevent redundant calls |
| Shahkarami, Sean | Director | 10/25/2022 | 0.9 | $785.00 | $706.50 | Call with Sequoia management to discuss draft financials and reconciliation - team call to prevent redundant calls |
| Shahkarami, Sean | Director | 10/25/2022 | 1.9 | $785.00 | $1,491.50 | Review new files uploaded to VDR and guide input into analysis |
| Flynn, Meighan Patricia | Senior Associate | 10/26/2022 | 0.8 | $515.00 | $412.00 | Review and analysis of bank statements and bank reconciliation to sales revenue |
| Flynn, Meighan Patricia | Senior Associate | 10/26/2022 | 0.8 | $515.00 | $412.00 | Review reconciliations and trial balance mapping |
| Flynn, Meighan Patricia | Senior Associate | 10/26/2022 | 1.3 | $515.00 | $669.50 | Internal update, review and planning |
| Flynn, Meighan Patricia | Senior Associate | 10/26/2022 | 3.2 | $515.00 | $1,648.00 | Review and analysis of sales revenue |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 10/26/2022 | 1.1 | $675.00 | $742.50 | Internal update, review and planning |
| Sachdeva, Surbhi | Manager | 10/26/2022 | 1.9 | $675.00 | $1,282.50 | payroll and internals reconciliation analysis and review of new uploads to data site |
| Sachdeva, Surbhi | Manager | 10/26/2022 | 2.9 | $675.00 | $1,957.50 | Update meeting agenda per new information, finalize and send for review |
| Shahkarami, Sean | Director | 10/26/2022 | 1.3 | $785.00 | $1,020.50 | Guide team and assist preparation of agenda for Management Meetings |
| Flynn, Meighan Patricia | Senior Associate | 10/27/2022 | 0.6 | $515.00 | $309.00 | Internal update, review and planning |
| Flynn, Meighan Patricia | Senior Associate | 10/27/2022 | 5.4 | $515.00 | $2,781.00 | Review file submissions and update request list |
| Flynn, Meighan Patricia | Senior Associate | 10/27/2022 | 2.7 | $515.00 | $1,390.50 | Review and analysis of bank statements and bank reconciliation to sales revenue |
| Sachdeva, Surbhi | Manager | 10/27/2022 | 1.4 | $675.00 | $945.00 | Update of analysis and meeting agenda basis new uploads (inventory, agings, etc.) and internal review |
| Sachdeva, Surbhi | Manager | 10/27/2022 | 0.6 | $675.00 | $405.00 | Internal update, review and planning |
| Sachdeva, Surbhi | Manager | 10/27/2022 | 0.9 | $675.00 | $607.50 | Review of new uploads |
| Flynn, Meighan Patricia | Senior Associate | 10/28/2022 | 2.6 | $515.00 | $1,339.00 | Review trial balance and management file submissions for potential adjustments |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Flynn, Meighan Patricia | Senior Associate | 10/28/2022 | 2.1 | $515.00 | $1,081.50 | Review and analysis of sales revenue |
| Shahkarami, Sean | Director | 10/28/2022 | 2.1 | $785.00 | $1,648.50 | Review of analysis from files in VDR and input in the agenda for Management Meetings. |
| Flynn, Meighan Patricia | Senior Associate | 10/31/2022 | 2.3 | $515.00 | $1,184.50 | Prepare management meeting materials |
| Flynn, Meighan Patricia | Senior Associate | 10/31/2022 | 1.9 | $515.00 | $978.50 | Review and analysis of inventory |
| Flynn, Meighan Patricia | Senior Associate | 10/31/2022 | 0.4 | $515.00 | $206.00 | Internal work allocation and planning |
| Frederick, Steven Christopher | Associate | 10/31/2022 | 0.4 | $330.00 | $132.00 | Internal work allocation and planning |
| Sachdeva, Surbhi | Manager | 10/31/2022 | 2.9 | $675.00 | $1,957.50 | Management meeting agenda review, finalize and send out |
| Sachdeva, Surbhi | Manager | 10/31/2022 | 2.1 | $675.00 | $1,417.50 | Review of new information provided and earnings analysis kick off |
| Shahkarami, Sean | Director | 10/31/2022 | 3.1 | $785.00 | $2,433.50 | Review and provide feedback and comments on Management Meeting materials |
| **TOTAL** | | | **154.10** | | **$93,856.50** | |

**EXHIBIT D2**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**
**(Project Category: _Business Advisory Services – Strategic Operations Services_)**

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sauerlander, Gunter Stephan | Senior Associate | 10/10/2022 | 1.8 | $515.00 | $927.00 | Multiple internal meetings with Alex Alekseev and Luisa Blessing discussing and reviewing data received to date |
| Sauerlander, Gunter Stephan | Senior Associate | 10/10/2022 | 1.2 | $515.00 | $618.00 | Detailed project planning - Interview framework development |
| Sauerlander, Gunter Stephan | Senior Associate | 10/10/2022 | 1.9 | $515.00 | $978.50 | Detailed project planning - Research framework development |
| Sauerlander, Gunter Stephan | Senior Associate | 10/10/2022 | 1.5 | $515.00 | $772.50 | Detailed project planning - Workback framework development |
| Sauerlander, Gunter Stephan | Senior Associate | 10/10/2022 | 1.6 | $515.00 | $824.00 | Detailed project planning - Meeting candence framework development |
| Alekseev, Alexey | Manager | 10/11/2022 | 1.4 | $675.00 | $945.00 | DR materials review |
| Alekseev, Alexey | Manager | 10/11/2022 | 0.7 | $675.00 | $472.50 | Review of historical financials |
| Alekseev, Alexey | Manager | 10/11/2022 | 1.8 | $675.00 | $1,215.00 | DR materials review |
| Alekseev, Alexey | Manager | 10/11/2022 | 1.1 | $675.00 | $742.50 | Review of trial balances |
| Alekseev, Alexey | Manager | 10/11/2022 | 0.9 | $675.00 | $607.50 | Review of the allocation methodology |
| Sauerlander, Gunter Stephan | Senior Associate | 10/11/2022 | 1.9 | $515.00 | $978.50 | Review and analysis of documents received to date - IT |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sauerlander, Gunter Stephan | Senior Associate | 10/11/2022 | 1.8 | $515.00 | $927.00 | Review and analysis of documents received to date - S&P |
| Sauerlander, Gunter Stephan | Senior Associate | 10/11/2022 | 1.7 | $515.00 | $875.50 | Review and analysis of documents received to date - G&A |
| Sauerlander, Gunter Stephan | Senior Associate | 10/11/2022 | 1.9 | $515.00 | $978.50 | Review and analysis of documents received to date - R&D |
| Sauerlander, Gunter Stephan | Senior Associate | 10/11/2022 | 0.4 | $515.00 | $206.00 | Review and analysis of documents received to date - Non-site |
| Alekseev, Alexey | Manager | 10/12/2022 | 0.6 | $675.00 | $405.00 | Internal Project Kick-off call with Gunter Sauerlander and Luisa Blessing |
| Alekseev, Alexey | Manager | 10/12/2022 | 0.6 | $675.00 | $405.00 | Review of materials, agenda for an internal Kick off call |
| Alekseev, Alexey | Manager | 10/12/2022 | 1.3 | $675.00 | $877.50 | Reviewed business operations overview for consideration in developing stand alone cost model and separation cost analysis. |
| Alekseev, Alexey | Manager | 10/12/2022 | 1.9 | $675.00 | $1,282.50 | Reviewed operational model for consideration in developing stand alone cost model and separation cost analysis. |
| Alekseev, Alexey | Manager | 10/12/2022 | 1.3 | $675.00 | $877.50 | Public source research. |
| Blessing, Luisa | Senior Associate | 10/12/2022 | 0.6 | $515.00 | $309.00 | Internal meeting with Alekseev, Alex and Sauerlander, Gunter for Kickoff. |
| Blessing, Luisa | Senior Associate | 10/12/2022 | 1.5 | $515.00 | $772.50 | Review Project SOW and engagement model |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sauerlander, Gunter Stephan | Senior Associate | 10/12/2022 | 1.6 | $515.00 | $824.00 | Preparation of project workplan draft - Identification of benchmarking resources |
| Sauerlander, Gunter Stephan | Senior Associate | 10/12/2022 | 1.5 | $515.00 | $772.50 | Preparation of project workplan draft - Identification of meeting candidates for interview |
| Sauerlander, Gunter Stephan | Senior Associate | 10/12/2022 | 1.2 | $515.00 | $618.00 | Preparation of project workplan draft - allocation of items to complete |
| Alekseev, Alexey | Manager | 10/13/2022 | 0.4 | $675.00 | $270.00 | Call with GS and LB / Workplan/Business model discussion & planning |
| Alekseev, Alexey | Manager | 10/13/2022 | 0.3 | $675.00 | $202.50 | Project plan review |
| Alekseev, Alexey | Manager | 10/13/2022 | 1.8 | $675.00 | $1,215.00 | SOW and project scope review |
| Alekseev, Alexey | Manager | 10/13/2022 | 0.3 | $675.00 | $202.50 | Review of materials, agenda for an internal call with GS and LB |
| Blessing, Luisa | Senior Associate | 10/13/2022 | 1.7 | $515.00 | $875.50 | Business model description and overview. |
| Blessing, Luisa | Senior Associate | 10/13/2022 | 0.9 | $515.00 | $463.50 | Review of sales documentation to review business model |
| Blessing, Luisa | Senior Associate | 10/13/2022 | 1.9 | $515.00 | $978.50 | Company business model review |
| Blessing, Luisa | Senior Associate | 10/13/2022 | 0.2 | $515.00 | $103.00 | Reviewed portfolio for consideration in developing stand alone cost model and separation cost analysis. |
| Blessing, Luisa | Senior Associate | 10/13/2022 | 1.6 | $515.00 | $824.00 | Project and company documentation review |
| Blessing, Luisa | Senior Associate | 10/13/2022 | 1.7 | $515.00 | $875.50 | Reviewed trial balance for consideration in developing |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | stand alone cost model and separation cost analysis. |
| Blessing, Luisa | Senior Associate | 10/13/2022 | 0.4 | $515.00 | $206.00 | Internal meeting with Alekseev, Alex and Sauerlander, Gunter |
| Alekseev, Alexey | Manager | 10/14/2022 | 1.5 | $675.00 | $1,012.50 | Review of the Business overview memo |
| Blessing, Luisa | Senior Associate | 10/14/2022 | 1.9 | $515.00 | $978.50 | Project and company operations documentation review |
| Blessing, Luisa | Senior Associate | 10/14/2022 | 1.4 | $515.00 | $721.00 | Historical financials review |
| Blessing, Luisa | Senior Associate | 10/14/2022 | 1.3 | $515.00 | $669.50 | P&L review |
| Blessing, Luisa | Senior Associate | 10/14/2022 | 1.7 | $515.00 | $875.50 | PowerBI intro to financial data review |
| Blessing, Luisa | Senior Associate | 10/14/2022 | 0.8 | $515.00 | $412.00 | Analysis on financial data |
| Blessing, Luisa | Senior Associate | 10/14/2022 | 0.9 | $515.00 | $463.50 | Portfolio P&L review |
| Alekseev, Alexey | Manager | 10/17/2022 | 1.1 | $675.00 | $742.50 | Review of DR documents (TB) |
| Alekseev, Alexey | Manager | 10/17/2022 | 1.4 | $675.00 | $945.00 | Review of DR documents (functional allocations) |
| Blessing, Luisa | Senior Associate | 10/17/2022 | 1.8 | $515.00 | $927.00 | Review of Trial Balances |
| Blessing, Luisa | Senior Associate | 10/17/2022 | 0.8 | $515.00 | $412.00 | New documentation received - TB review |
| McGurl, David Scott | Principal | 10/17/2022 | 0.5 | $955.00 | $477.50 | Partner - Model review |
| Sauerlander, Gunter Stephan | Senior Associate | 10/17/2022 | 1.6 | $515.00 | $824.00 | Internal review of documents uploaded to VDR and update of Information Request List - IT |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sauerlander, Gunter Stephan | Senior Associate | 10/17/2022 | 1.6 | $515.00 | $824.00 | Internal review of documents uploaded to VDR and update of Information Request List - S&P |
| Sauerlander, Gunter Stephan | Senior Associate | 10/17/2022 | 1.7 | $515.00 | $875.50 | Internal review of documents uploaded to VDR and update of Information Request List - G&A |
| Sauerlander, Gunter Stephan | Senior Associate | 10/17/2022 | 1.8 | $515.00 | $927.00 | Internal review of documents uploaded to VDR and update of Information Request List - R&D |
| Sauerlander, Gunter Stephan | Senior Associate | 10/17/2022 | 1.2 | $515.00 | $618.00 | Internal review of documents uploaded to VDR and update of Information Request List - Non-site |
| Alekseev, Alexey | Manager | 10/18/2022 | 0.8 | $675.00 | $540.00 | Review of DR documents (agreements, allocations), IRL update |
| Alekseev, Alexey | Manager | 10/18/2022 | 0.3 | $675.00 | $202.50 | Conf call with GS, LB on IRL review and next steps |
| Blessing, Luisa | Senior Associate | 10/18/2022 | 0.3 | $515.00 | $154.50 | Meeting with Alekseev, Alex and Sauerlander, Gunter for information request list review and next steps discussion |
| Blessing, Luisa | Senior Associate | 10/18/2022 | 1.9 | $515.00 | $978.50 | Document and materials review for Cost model (Compensation doc, Trial Balances) |
| Blessing, Luisa | Senior Associate | 10/18/2022 | 0.6 | $515.00 | $309.00 | Document and materials review for Cost model (Fixed assets rollovers, etc) |
| Blessing, Luisa | Senior Associate | 10/18/2022 | 1.6 | $515.00 | $824.00 | Status and comments update to information request matrix |
| Blessing, Luisa | Senior Associate | 10/18/2022 | 1.8 | $515.00 | $927.00 | Description of allocation and operation model |
| Blessing, Luisa | Senior Associate | 10/18/2022 | 1.8 | $515.00 | $927.00 | Historical financials and business performance review |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sauerlander, Gunter Stephan | Senior Associate | 10/18/2022 | 0.9 | $515.00 | $463.50 | Preparation of management meeting agenda - Topic identification |
| Sauerlander, Gunter Stephan | Senior Associate | 10/18/2022 | 1.3 | $515.00 | $669.50 | Preparation of management meeting agenda - Topics review |
| Sauerlander, Gunter Stephan | Senior Associate | 10/18/2022 | 1.9 | $515.00 | $978.50 | Preparation of management meeting agenda - Iterations to topics |
| Sauerlander, Gunter Stephan | Senior Associate | 10/18/2022 | 1.6 | $515.00 | $824.00 | Internal review of documents uploaded to VDR - S&P |
| Sauerlander, Gunter Stephan | Senior Associate | 10/18/2022 | 1.5 | $515.00 | $772.50 | Internal review of documents uploaded to VDR - R&D |
| Sauerlander, Gunter Stephan | Senior Associate | 10/18/2022 | 1.2 | $515.00 | $618.00 | Internal review of documents uploaded to VDR - G&A |
| Alekseev, Alexey | Manager | 10/19/2022 | 0.7 | $675.00 | $472.50 | Call with GS, LB on Allocation methodology, OP model and matrix review |
| Alekseev, Alexey | Manager | 10/19/2022 | 1.5 | $675.00 | $1,012.50 | Development of the client meeting agenda for week of 10/24 |
| Blessing, Luisa | Senior Associate | 10/19/2022 | 0.6 | $515.00 | $309.00 | IRL input review for allocation and additional information |
| Blessing, Luisa | Senior Associate | 10/19/2022 | 1.8 | $515.00 | $927.00 | Documentation review to create the entanglements matrix of the operations model |
| Blessing, Luisa | Senior Associate | 10/19/2022 | 0.8 | $515.00 | $412.00 | Review of entanglement matrix for operations model |
| Blessing, Luisa | Senior Associate | 10/19/2022 | 1.6 | $515.00 | $824.00 | Roles and Compensation Central Document Matrix |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Blessing, Luisa | Senior Associate | 10/19/2022 | 1.5 | $515.00 | $772.50 | Working session to edit the allocation and operations model and the entanglements matrix with Gunter Sauerlander |
| Blessing, Luisa | Senior Associate | 10/19/2022 | 0.6 | $515.00 | $309.00 | Description of allocation and operations model |
| Blessing, Luisa | Senior Associate | 10/19/2022 | 0.7 | $515.00 | $360.50 | Allocation methodology, OP model and matrix review with Alekseev, Alex and Sauerlander, Gunter |
| Sauerlander, Gunter Stephan | Senior Associate | 10/19/2022 | 1.4 | $515.00 | $721.00 | Revision to meeting agenda topics |
| Sauerlander, Gunter Stephan | Senior Associate | 10/19/2022 | 1.7 | $515.00 | $875.50 | Alignment on meeting agenda topics and support docs to be discussed |
| Sauerlander, Gunter Stephan | Senior Associate | 10/19/2022 | 0.6 | $515.00 | $309.00 | Finalization of meeting agenda |
| Alekseev, Alexey | Manager | 10/20/2022 | 0.3 | $675.00 | $202.50 | Review of agenda, send meeting request to Terrence Ronan |
| McGurl, David Scott | Principal | 10/21/2022 | 0.5 | $955.00 | $477.50 | Partner - Model review |
| Alekseev, Alexey | Manager | 10/24/2022 | 0.7 | $675.00 | $472.50 | Teams conference with L. Blessing and Gunter Saurlander re submission of new documentation and trial balance for intercompany allocations. |
| Blessing, Luisa | Senior Associate | 10/24/2022 | 1.1 | $515.00 | $566.50 | Review of new documentation submitted by client: Accounting memos, inventory narratives and trial balances. |
| Blessing, Luisa | Senior Associate | 10/24/2022 | 0.7 | $515.00 | $360.50 | Teams conference with A. Alekseev and Gunter Surlander re submission of new |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | documentation and trial balance for intercompany allocations. |
| Sauerlander, Gunter Stephan | Senior Associate | 10/24/2022 | 0.5 | $515.00 | $257.50 | Teams conference with A. Alekseev and L. Blessing re submission of new documentation and trial balance for intercompany allocations, left meeting early after addressing my agenda items pertaining to staff compensation and benefits. |
| Alekseev, Alexey | Manager | 10/25/2022 | 0.8 | $675.00 | $540.00 | Call with Sequoia management to discuss draft financials and reconciliation (Alekseev, Alex, Sauerlander, Gunter, Blessing, Luisa, Flynn, Meighan, Sachdeva, Surbhi, Barenbaum, Glenn, Shahkarami, Sean, Darragh, Keith, Lee, Chloe, Bagatini, Marilia, Ronan. Attended meeting to ask questions and lead the ops side of the call. |
| Alekseev, Alexey | Manager | 10/25/2022 | 0.4 | $675.00 | $270.00 | Call prep: agenda, outstanding items review and pending questions |
| Alekseev, Alexey | Manager | 10/25/2022 | 0.3 | $675.00 | $202.50 | Full staff - Interal prep for client call (Alekseev, Alex, Sauerlander, Gunter, Blessing, Luisa, Flynn, Meighan, Sachdeva, Surbhi, Barenbaum, Glenn, Shahkarami, Sean) |
| Alekseev, Alexey | Manager | 10/25/2022 | 0.1 | $675.00 | $67.50 | Review of materials, agenda for an internal call, DR information review |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Alekseev, Alexey | Manager | 10/25/2022 | 0.1 | $675.00 | $67.50 | Review of materials for client call (GS, LB) |
| Blessing, Luisa | Senior Associate | 10/25/2022 | 0.3 | $515.00 | $154.50 | Full staff internal meeting prep for client call with: Alekseev, Alex, Sauerlander, Gunter, Flynn, Meighan, Sachdeva, Surbhi, Barenbaum, Glenn and Shahkarami, Sean |
| Blessing, Luisa | Senior Associate | 10/25/2022 | 0.3 | $515.00 | $154.50 | Centralized sharepoint notebook with client meeting notes for team |
| Blessing, Luisa | Senior Associate | 10/25/2022 | 0.3 | $515.00 | $154.50 | Creation of IT Inventory spreadsheet |
| Blessing, Luisa | Senior Associate | 10/25/2022 | 0.9 | $515.00 | $463.50 | Call with Sequoia management to discuss draft financials and reconciliation. Participants: Alekseev, Alex, Sauerlander, Gunter, Flynn, Meighan, Sachdeva, Surbhi, Barenbaum, Glenn, Shahkarami, Sean, Darragh, Keith, Lee, Chloe, Bagatini, Marilia, Ronan, Terr. Attended meeting for efficient update with all professionals in lieu of multiple separate meetings. |
| Blessing, Luisa | Senior Associate | 10/25/2022 | 0.9 | $515.00 | $463.50 | Client meeting notes edits and review of business operations model |
| Sauerlander, Gunter Stephan | Senior Associate | 10/25/2022 | 1.2 | $515.00 | $618.00 | Internal review of client provided documents and analysis in preparation for client meetings - Trial balance |
| Sauerlander, Gunter Stephan | Senior Associate | 10/25/2022 | 1.1 | $515.00 | $566.50 | Internal review of client provided documents and |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | analysis in preparation for client meetings - internal financials |
| Sauerlander, Gunter Stephan | Senior Associate | 10/25/2022 | 1.9 | $515.00 | $978.50 | Internal review of client provided documents and analysis in preparation for client meetings - Accounting policies |
| Sauerlander, Gunter Stephan | Senior Associate | 10/25/2022 | 1.1 | $515.00 | $566.50 | Internal review of client provided documents and analysis in preparation for client meetings - Allocation methodologies |
| Sauerlander, Gunter Stephan | Senior Associate | 10/25/2022 | 0.1 | $515.00 | $51.50 | Ops team internal prep for client call |
| Sauerlander, Gunter Stephan | Senior Associate | 10/25/2022 | 0.9 | $515.00 | $463.50 | Call with Sequoia management to discuss draft financials and reconciliation. Attended meeting to take notes on discussion for the ops team. |
| Sauerlander, Gunter Stephan | Senior Associate | 10/25/2022 | 0.2 | $515.00 | $103.00 | Full staff - Internal prep for client call |
| Blessing, Luisa | Senior Associate | 10/27/2022 | 1.5 | $515.00 | $772.50 | IRL review with new information |
| Blessing, Luisa | Senior Associate | 10/27/2022 | 1.4 | $515.00 | $721.00 | Review of newly submitted documentation: financial and business operations model documentation |
| Sauerlander, Gunter Stephan | Senior Associate | 10/27/2022 | 1.5 | $515.00 | $772.50 | Review and analysis of files uploaded to VDR - Updated TBs |
| Sauerlander, Gunter Stephan | Senior Associate | 10/27/2022 | 1.6 | $515.00 | $824.00 | Review and analysis of files uploaded to VDR - Responses from client |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sauerlander, Gunter Stephan | Senior Associate | 10/27/2022 | 1.4 | $515.00 | $721.00 | Review and analysis of files uploaded to VDR - Non-site costs |
| Sauerlander, Gunter Stephan | Senior Associate | 10/27/2022 | 1.2 | $515.00 | $618.00 | Review and analysis of files uploaded to VDR - R&D |
| Sauerlander, Gunter Stephan | Senior Associate | 10/27/2022 | 0.3 | $515.00 | $154.50 | Discussion of action plan and next steps |
| Alekseev, Alexey | Manager | 10/28/2022 | 0.8 | $675.00 | $540.00 | Ops team review IRL and missing documentation for client request (AA, GS, LB) |
| Alekseev, Alexey | Manager | 10/28/2022 | 0.4 | $675.00 | $270.00 | Review of materials, IRL, client meeting agenda dev. |
| Blessing, Luisa | Senior Associate | 10/28/2022 | 1.3 | $515.00 | $669.50 | Allocation document review with Trial Balances |
| Blessing, Luisa | Senior Associate | 10/28/2022 | 0.7 | $515.00 | $360.50 | Ops team review IRL and missing documentation for client request with Alekseev, Alex and Sauerlander, Gunter |
| Blessing, Luisa | Senior Associate | 10/28/2022 | 0.5 | $515.00 | $257.50 | Call with Sauerlander, Gunter to edit the IRL |
| Blessing, Luisa | Senior Associate | 10/28/2022 | 0.2 | $515.00 | $103.00 | Discussion of IRL and pending information with Sauerlander, Gunter |
| Blessing, Luisa | Senior Associate | 10/28/2022 | 1.3 | $515.00 | $669.50 | Planning on agenda on pending items for potential client call |
| Blessing, Luisa | Senior Associate | 10/28/2022 | 1.6 | $515.00 | $824.00 | Review of documentaiton and update of IRL |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 0.7 | $515.00 | $360.50 | Ops team review IRL and missing documentation for client request |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 0.5 | $515.00 | $257.50 | Review and edits to the IRL |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 0.2 | $515.00 | $103.00 | Discussion of IRL and pending information |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 1.7 | $515.00 | $875.50 | Preparation of management meeting agenda - topics and review |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 1.3 | $515.00 | $669.50 | Preparation of updated information request list |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 1.1 | $515.00 | $566.50 | Analysis of support and schedules in preparation for client meeting |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 1.9 | $515.00 | $978.50 | Revision of files uploaded to VDR post client meeting |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 0.7 | $515.00 | $360.50 | Updated to IRL post client meeting |
| Sauerlander, Gunter Stephan | Senior Associate | 10/28/2022 | 1.3 | $515.00 | $669.50 | Identification of follow ups for client |
| Blessing, Luisa | Senior Associate | 10/31/2022 | 0.5 | $515.00 | $257.50 | Summary overview to team of pending information from client |
| Blessing, Luisa | Senior Associate | 10/31/2022 | 0.3 | $515.00 | $154.50 | Internal alignment on next steps and document review with Gunter |
| Blessing, Luisa | Senior Associate | 10/31/2022 | 0.3 | $515.00 | $154.50 | Review of IT entanglements documentation |
| Blessing, Luisa | Senior Associate | 10/31/2022 | 1.3 | $515.00 | $669.50 | New shared services documentation, Tie out file and trial balance review |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Blessing, Luisa | Senior Associate | 10/31/2022 | 1.1 | $515.00 | $566.50 | Review of sales and logistic agreements between client and Emerson |
| Sauerlander, Gunter Stephan | Senior Associate | 10/31/2022 | 0.3 | $515.00 | $154.50 | Alignment on next steps and document review |
| Sauerlander, Gunter Stephan | Senior Associate | 10/31/2022 | 1.9 | $515.00 | $978.50 | Meeting agenda development - Identification of topics |
| Sauerlander, Gunter Stephan | Senior Associate | 10/31/2022 | 1.2 | $515.00 | $618.00 | Meeting agenda development - Revision |
| Sauerlander, Gunter Stephan | Senior Associate | 10/31/2022 | 0.6 | $515.00 | $309.00 | Meeting agenda development - Communication with client |
| Sauerlander, Gunter Stephan | Senior Associate | 10/31/2022 | 1.5 | $515.00 | $772.50 | Review and analysis of new files provided - Supply chain and other non-site costs |
| Sauerlander, Gunter Stephan | Senior Associate | 10/31/2022 | 1.4 | $515.00 | $721.00 | Review and analysis of new files provided - Allocations |
| Sauerlander, Gunter Stephan | Senior Associate | 10/31/2022 | 1.4 | $515.00 | $721.00 | Review and analysis of new files provided - IT and applications |
| **TOTAL** | | | **150.50** | | **$82,043.50** | |

**EXHIBIT D3**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**
**(Project Category:  _Employee Tax Services: Payroll Tax Support (Hourly Fees)_)**

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Bellovin, Hal | Managing Director | 10/3/2022 | 1.00 | $765.00 | $765.00 | Continued assistance with registration form project, review of various entities and future state and calls to discuss. |
| Cianciotta, Joe | Manager | 10/4/2022 | 3.00 | $570.00 | $1,710.00 | Continued discussions regarding registration forms and internal reorganization |
| Bellovin, Hal | Managing Director | 10/4/2022 | 1.50 | $765.00 | $1,147.50 | Continued discussions regarding registration forms and internal reorganization |
| Bellovin, Hal | Managing Director | 10/11/2022 | 1.50 | $765.00 | $1,147.50 | Continued assistance with registration form project, review of various entities and future state and calls to discuss. |
| Bellovin, Hal | Managing Director | 10/13/2022 | 1.00 | $765.00 | $765.00 | Continued assistance with registration form project, review of various entities and future state and calls to discuss. |
| Cianciotta, Joe | Manager | 10/14/2022 | 3.50 | $570.00 | $1,995.00 | Continued assistance with registration form project, review of various entities and future state and calls to discuss. |
| Bellovin, Hal | Managing Director | 10/26/2022 | 2.50 | $765.00 | $1,912.50 | Continued discussions regarding registration forms and internal reorganization |
| **TOTAL** | | | **14.0** | | **$9,442.50** | |

**EXHIBIT D4**

**INVOICES FOR PLAN SERVICES**

The following is a summary of the invoices relating to Plan Services provided by Grant Thornton during the Fee Period.  Copies of the actual invoices are attached.

| GT Invoice No. | Total Amount | Invoice Date | Service Period | Plan Service Provided |
|---|---|---|---|---|
| 954059640 | 175,900.00 | 11/30/2022 | October 1-30, 2022 | Business Advisory Services |
| 954056893 | $9,442.50 | 11/29/2022 | October 1-30, 2022 | Employee Tax Services |
| **Total:** | **$185,342.50** | | | |

**Grant Thornton**

**Grant Thornton LLP**
1717 Main Street
Ste 1800
Dallas, TX 75201-4657

T 214.561.2300
F 214.561.2370
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*    Mr. Terrence Ronan, CFO
Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*    November 30, 2022

**Bill Number**: 954059640        **Client-Assignment Code:** 0200102-00024
**Client-Assignment Code:** 0200102-00025

Fees for Business Advisory Services                                    $    175,900.00

**Total Amount of Bill:**                                    $    **175,900.00**

*Terms:*    As agreed upon
Federal ID No. 36-6055558

**Grant**Thornton

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*     Purdue Pharma L.P.
          201 Tresser Boulevard
          Stamford, CT 06901-3431

*Date:*   November 29, 2022

          **Bill Number**: 954056893          **Client-Assignment Code:** 0200102-00017

          Fees for professional services from October 1, 2022 to October 31, 2022 related
          to:

          1) Payroll tax support based on hourly rates:
          - Continued discussions regarding registration forms and internal reorganization          $          9,442.50

          **Total Amount of Bill:**                                                              $          **9,442.50**

*Terms:*  As agreed upon
          Federal ID No. 36-6055558

**EXHIBIT E**

**INVOICES FOR OCB TAX SERVICES**

The following is a summary of the invoices relating to OCB Tax Services for which Grant Thornton seeks reimbursement pursuant to the Fourteenth MFS.  Copies of the actual invoices also are attached.

| GT Invoice No. | Amount | Invoice Date | Service Period | Type of OCB Tax Services |
|---|---|---|---|---|
| 954052553 | $5,763.00 | 11/18/22 | September 2022 Compliance processed in October 2022; Review of August's invoices filed with September's returns due in October 2022 | Sales and Use Tax Compliance Services |
| 954055131 | $1,637.70 | 11/29/22 | October 1 through October 31, 2022 | Global Mobility Services |
| **TOTAL** | **$7,400.70** | | | |

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*    Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*    November 18, 2022

**Bill Number**: 954052553      **Client-Assignment Code:** 0200102-00002
**Client-Assignment Code:** 0200102-00016

Sales & Use Tax Compliance & Invoice Review
September's 2022 Compliance processed in October 2022:

COMPLIANCE TOTAL:        $    2,000.00

Review of August Invoices filed with September returns due in October 2022
(filed on a one-month lag), notices & consulting

INVOICE REVIEW & CONSULTING TOTAL:    3,763.00

**Total Amount of Bill:**      **$    5,763.00**

*Terms:*    As agreed upon
Federal ID No. 36-6055558

**Grant Thornton**

**Grant Thornton LLP**
1100 Peachtree Street
Suite 1200
Atlanta, GA 30309

T 404.330.2000
F 404.475.0107
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
        201 Tresser Boulevard
        Stamford, CT 06901-3431

*Date:*   November 29, 2022

**Bill Number**: 954055131          **Client-Assignment Code:** 0200102-00021

Professional services rendered per the detail on page 2:          $          1,637.70

**Total Amount of Bill:**                                          **$          1,637.70**

*Terms:*   As agreed upon
           Federal ID No. 36-6055558