AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
Edan Lisovicz
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured*
*Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**THIRTY-SEVENTH MONTHLY FEE STATEMENT OF AKIN GUMP
STRAUSS HAUER & FELD LLP FOR PROFESSIONAL SERVICES
RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | September 26, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | October 1, 2022 Through October 31, 2022 |
| Fees Incurred: | $253,455.00 |
| 20% Holdback: | $50,691.00 |
| Total Compensation Less 20% Holdback: | $202,764.00 |
| Monthly Expenses Incurred: | $4,089.43 |
| Total Fees and Expenses Requested: | $257,544.43 |

This is a __x__ monthly _____ interim _____ final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Seventh Monthly Fee Statement") covering the period from October 1, 2022 through and including October 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327*, dated April 8, 2020 [ECF No. 1023]. By the Thirty-Seventh Monthly Fee Statement, and after taking

into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the amount of $202,764.00 (80% of $253,455.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $4,089.43 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Akin Gump for services rendered to the Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] The total amount sought for fees and expenses ($257,544.43) reflects (i) a voluntary reduction of $30,407.50 in fees, including substantially all fees incurred by professionals and paraprofessionals who provided fewer than five (5) hours of services during the Compensation Period, as well as other voluntary reductions, and (ii) a reduction of $25.85 in expenses incurred during the Compensation Period, reflecting a reduction required pursuant to the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 [General Order M-447]. Such fees and expenses are excluded from the exhibits and the summary tables included herein, and Akin Gump will not seek allowance of such fees and expenses in its interim or final fee applications. For the avoidance of doubt, the foregoing fee reductions are purely voluntary and not based on any determination that such fees are not appropriate or compensable.

**EXPENSES INCURRED**
**DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Thirty-Seventh Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Thirty-Seventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on December 23, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

4

If no objections to this Thirty-Seventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Thirty-Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
December 9, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Arik Preis*
    Ira Dizengoff
    Arik Preis
    Mitchell Hurley
    Sara L. Brauner
    Edan Lisovicz
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    idizengoff@akingump.com
    apreis@akingump.com
    mhurley@akingump.com
    sbrauner@akingump.com
    elisovicz@akingump.com

    *Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

## Exhibit A

### Timekeeper Summary

| Partners | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
|---|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | NY | 2011 | $1,400.00 | 1.2 | $1,680.00 |
| Ashley Vinson Crawford | Litigation | SF | 2003 | $1,265.00 | 16.9 | $21,378.50 |
| Mitchell Hurley | Litigation | NY | 1997 | $1,775.00 | 1.4 | $2,485.00 |
| Arik Preis | Financial Restructuring | NY | 2001 | $1,775.00 | 6.2 | $11,005.00 |
| David Vondle | Intellectual Property | DC | 2002 | $1,265.00 | 20.4 | $25,806.00 |
| **Partner Total:** | | | | | **46.1** | **$62,354.50** |
| **Senior Counsel & Counsel** | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
| Danielle Crockett Ginty | Litigation | NY | 2008 | $1,085.00 | 10.3 | $11,175.50 |
| Edan Lisovicz | Financial Restructuring | NY | 2014 | $1,190.00 | 16.5 | $19,635.00 |
| Shanna Miles | Litigation | NY | 2017 | $1,055.00 | 12.2 | $12,871.00 |
| Katherine Porter | Litigation | NY | 2011 | $1,240.00 | 1.2 | $1,488.00 |
| Dennis Windscheffel | Litigation | SA | 2004 | $1,105.00 | 12.3 | $13,591.50 |
| **Senior Counsel & Counsel Total:** | | | | | **52.5** | **$58,761.00** |
| **Associates** | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
| Braden Allman | Litigation | DA | 2018 | $940.00 | 31.9 | $29,986.00 |
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,045.00 | 45.1 | $47,129.50 |
| Alan Carrillo | Financial Restructuring | DA | 2018 | $880.00 | 5.9 | $5,192.00 |
| Richard Cochrane | Litigation | DA | 2019 | $775.00 | 11.7 | $9,067.50 |
| Kaila Zaharis | Financial Restructuring | NY | 2022 | $710.00 | 38.2 | $27,122.00 |
| **Associate Total:** | | | | | **132.8** | **$118,497.00** |
| **Paraprofessionals** | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
| Daniel Chau | EDiscovery | NY | N/A | $420.00 | 10.0 | $4,200.00 |

| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $475.00 | 20.3 | $9,642.50 |
|---|---|---|---|---|---|---|
| **Paraprofessional Total:** | | | | | **30.3** | **$13,842.50** |
| **Total Hours / Fees Requested:** | | | | | **261.7** | **$253,455.00** |

## Exhibit B

### Task Code Summary

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | Case Administration | 3.3 | $1,946.50 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 36.5 | $37,253.50 |
| 4 | Analysis of Other Professional Fee Applications/Reports | 9.9 | $8,778.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 31.1 | $28,575.50 |
| 8 | Hearings and Court Matters/Court Preparation | 8.8 | $9,530.50 |
| 12 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 2.5 | $1,775.00 |
| 14 | Insurance Issues | 93.6 | $93,202.50 |
| 20 | Interaction with/Review of Other Opioid Companies and Cases | 53.4 | $42,682.50 |
| 22 | Disclosure Statement/ Solicitation/ Plan/ Confirmation | 0.7 | $1,242.50 |
| 23 | Asset Dispositions/363 Asset Sales/ Bidding Procedures | 1.5 | $2,662.50 |
| 32 | Intellectual Property | 20.4 | $25,806.00 |
| | **TOTAL:** | **261.7** | **$253,455.0** |

## **Exhibit C**

**Itemized Fees**



PURDUE CREDITORS COMMITTEE
PURDUE PHARMA L.P.
ONE STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT 06901
ATTN: JOHN LOWNE

| | |
|---|---|
| Invoice Number | 2019148 |
| Invoice Date | 12/08/22 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 3.30 | $1,946.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 36.50 | $37,253.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 9.90 | $8,778.00 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 31.10 | $28,575.50 |
| 0008 | Hearings and Court Matters/Court Preparation | 8.80 | $9,530.50 |
| 0012 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 2.50 | $1,775.00 |
| 0014 | Insurance Issues | 93.60 | $93,202.50 |
| 0020 | Interaction with/Review of Other Opioid Companies and Cases | 53.40 | $42,682.50 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.70 | $1,242.50 |
| 0023 | Asset Dispositions/363 Asset Sales/Bidding Procedures | 1.50 | $2,662.50 |
| 0032 | Intellectual Property | 20.40 | $25,806.00 |
| | TOTAL | 261.70 | $253,455.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 10/05/22 | DK | 0002 | Review main case, adversary proceedings and appeals dockets. | 0.20 |
| 10/05/22 | BKB | 0002 | Review recent docket filings (.3); circulate same outside of normal business hours (.2). | 0.50 |
| 10/18/22 | KMZ | 0002 | Review recent docket filings. | 0.10 |
| 10/19/22 | KMZ | 0002 | Review docket filings (.2); circulate filings to team after regular business hours (.1). | 0.30 |
| 10/21/22 | DK | 0002 | Review main case and adversary proceedings dockets (.2); circulate filings to team for attorney review (.1). | 0.30 |
| 10/24/22 | DK | 0002 | Review main case and adversary proceedings dockets (.2); circulate filings (.1). | 0.30 |
| 10/25/22 | DK | 0002 | Review case dockets (.2); circulate filings to team (.1). | 0.30 |
| 10/26/22 | DK | 0002 | Review main case and adversary proceedings dockets (.3); circulate filings to team for attorney review (.1). | 0.40 |
| 10/27/22 | DK | 0002 | Review case dockets (.2); circulate filings to team for attorney review (.2). | 0.40 |
| 10/28/22 | DK | 0002 | Review main case and adversary proceedings dockets (.3); circulate filings to team (.2). | 0.50 |
| 10/03/22 | SLB | 0003 | Correspondence with K. Zaharis re Akin fee application and related issues. | 0.40 |
| 10/03/22 | KMZ | 0003 | Revise portions of Ninth Interim Fee Application (.3); correspondence with S. Brauner re same (.2). | 0.50 |
| 10/04/22 | BKB | 0003 | Review invoice for UST Guidelines compliance and privilege and confidentiality issues. | 1.60 |
| 10/05/22 | BKB | 0003 | Review invoice re privilege and confidentiality issues. | 2.20 |
| 10/08/22 | BKB | 0003 | Draft fee app section. | 1.80 |
| 10/09/22 | BKB | 0003 | Correspondence with K. Zaharis re prep of fee app sections (.3); analyze issues re same (.3). | 0.60 |
| 10/09/22 | KMZ | 0003 | Revise portions of Ninth Interim Fee Application (.6); prepare materials related to same (.3); correspondence to B. Barker re same (.2). | 1.10 |
| 10/10/22 | BKB | 0003 | Review invoice for privilege and confidentiality and for compliance with UST Guidelines. | 2.60 |
| 10/11/22 | ESL | 0003 | Review July and August invoices for privilege and confidentiality and compliance with UST guidelines. | 1.10 |
| 10/12/22 | ESL | 0003 | Review invoices for privilege and confidentiality and compliance with UST guidelines in connection with preparation of monthly fee statement (2.2); review materials in connection with interim fee app (1.0). | 3.20 |
| 10/12/22 | BKB | 0003 | Review invoice in connection with the prep of monthly fee statement and interim fee application. | 1.90 |
| 10/12/22 | KMZ | 0003 | Review invoice for July fee statement for compliance with UST guidelines and privilege and confidentiality. | 2.00 |
| 10/13/22 | BKB | 0003 | Review invoices for confidentiality and privilege in connection with prep of fee statement. | 1.20 |
| 10/13/22 | KMZ | 0003 | Draft interim fee application (2.0); review materials in connection with same (.2). | 2.20 |
| 10/14/22 | ESL | 0003 | Comment on July monthly fee statement. | 0.30 |
| 10/15/22 | BKB | 0003 | Draft (3.5) and revise (1.4) sections of interim fee application. | 4.90 |
| 10/16/22 | ESL | 0003 | Review (1.2) and comment on (.7) draft interim fee application. | 1.90 |
| 10/16/22 | BKB | 0003 | Review comments to interim fee application (.4); incorporate same (1.2); revise exhibits for interim fee application (.7); review updated draft of application (.9). | 3.20 |
| 10/17/22 | ESL | 0003 | Review August fee statement (.3); finalize interim fee application (.4). | 0.70 |
| 10/17/22 | BKB | 0003 | Finalize interim fee application. | 1.90 |
| 10/17/22 | CAC | 0003 | Review and revise exhibits in connection with finalizing interim fee | 0.80 |

PURDUE CREDITORS COMMITTEE                                                                                Page 3
Invoice Number: 2019148                                                                        December 8, 2022

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | application. | |
| 10/28/22 | BKB | 0003 | Correspondence with Debtors' counsel re fee statement issues. | 0.40 |
| 10/13/22 | ESL | 0004 | Review UCC professional fee statements for privilege and confidentiality (.5); correspond with UCC professionals re same (.1). | 0.60 |
| 10/14/22 | ESL | 0004 | Review and prepare filing versions of UCC professionals' July fee statements (.6); confer with B. Kemp re filing same (.1). | 0.70 |
| 10/16/22 | ESL | 0004 | Correspond with UCC professionals re interim fee apps (.2); comment on same (.4). | 0.60 |
| 10/17/22 | DK | 0004 | Confer with E. Lisovicz re filing of Committee Professionals' monthly fee statements and fee applications (.2); prepare fee statements for filing (.5); file same (.7); prepare fee statements for service (.4); correspondence with KCC re service of same (.1); prepare interim fee applications for filing (.6); file same (1.1); prepare fee applications for service (.5); correspondence with KCC re service of interim fee applications (.1). | 4.20 |
| 10/17/22 | ESL | 0004 | Review UCC professional August fee statements for privilege and confidentiality issues (1.3); correspond with UCC professionals re same (.2); comment on UCC professionals interim fee applications (.8); prepare filing versions of same (.5); confer with D. Krasa re filing same (.2). | 3.00 |
| 10/19/22 | ESL | 0004 | Prepare correspondence to fee examiner re fee detail (.2); correspondence with UCC professionals re same (.2). | 0.40 |
| 10/25/22 | ESL | 0004 | Correspond with fee examiner and UCC professional re monthly fee statement and fee detail. | 0.40 |
| 10/01/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.80 |
| 10/01/22 | CAC | 0007 | Call with claimant re case updates. | 0.10 |
| 10/02/22 | CAC | 0007 | Review UCC correspondence re case developments. | 0.10 |
| 10/03/22 | ESL | 0007 | Call with claimant re case inquiries. | 0.20 |
| 10/03/22 | KMZ | 0007 | Call with claimant re case and claim status (.2); update tracker with notes from same (.1). | 0.30 |
| 10/04/22 | KMZ | 0007 | Review multiple letters from incarcerated claimants re questions on claim status (.6); draft responses to same (1.7). | 2.30 |
| 10/04/22 | CAC | 0007 | Revise public calendar for creditors' website. | 0.50 |
| 10/05/22 | KMZ | 0007 | Draft responses to incarcerated claimant inquires re case and claim status. | 0.70 |
| 10/06/22 | EYP | 0007 | Calls with individual claimants re case updates. | 1.00 |
| 10/06/22 | KMZ | 0007 | Various calls with claimants re questions about claim status (.8); draft responses to claimant letters inquiring about claim status (1.2). | 2.00 |
| 10/07/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.80 |
| 10/07/22 | EYP | 0007 | Calls with various claimants re open case issues and case status. | 1.00 |
| 10/07/22 | KMZ | 0007 | Review letters from claimants re questions on case and claim status (.4); draft responses to same (1.0). | 1.40 |
| 10/09/22 | SLB | 0007 | Review case update correspondence to UCC. | 0.20 |
| 10/10/22 | CAC | 0007 | Review UCC correspondence re open case issues. | 0.10 |
| 10/11/22 | EYP | 0007 | Call claimants re case status. | 0.50 |
| 10/11/22 | ESL | 0007 | Call with claimant re case inquiries. | 0.20 |
| 10/11/22 | KMZ | 0007 | Call with claimant re inquiry into case and claim status. | 0.30 |
| 10/12/22 | ESL | 0007 | Calls with individual unsecured creditors re case inquiries (.4); correspondence with creditors re same (.1). | 0.50 |
| 10/13/22 | MPH | 0007 | Participate on Committee call re case updates. | 0.50 |
| 10/13/22 | KPP | 0007 | Attend Committee call re case status. | 0.50 |
| 10/13/22 | SLB | 0007 | Attend UCC call re open issues (.5); review update correspondence to UCC (.1). | 0.60 |
| 10/13/22 | EYP | 0007 | Lead conference call with UCC re updates (.5); correspondence with UCC (.2). | 0.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/13/22 | ESL | 0007 | Calls with claimants re case inquiries. | 0.30 |
| 10/13/22 | KMZ | 0007 | Review various correspondence from claimants re case status (.6); draft replies to same (1.1); update claimant inquiry tracker re same (.4); calls with claimants re same (.6). | 2.70 |
| 10/14/22 | ESL | 0007 | Calls with claimants re case inquiries. | 0.40 |
| 10/15/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.90 |
| 10/16/22 | CAC | 0007 | Revise case calendar for creditors' website. | 0.80 |
| 10/17/22 | ESL | 0007 | Calls with claimants re case inquiries. | 0.30 |
| 10/17/22 | KMZ | 0007 | Draft responses to various letters from incarcerated claimants (.6); confer with claimant re inquiries into case and claim status (.2); revise tracker re same (.1). | 0.90 |
| 10/17/22 | CAC | 0007 | Revise case calendar for creditors' website. | 0.30 |
| 10/19/22 | ESL | 0007 | Calls with claimants re case inquiries (.6); correspond with Debtors' counsel re claimant inquiries (.3); correspond with K. Zaharis re same (.1). | 1.00 |
| 10/19/22 | KMZ | 0007 | Call with claimant re case status (.1); follow up correspondence with claimant re same (.2); review letters from various incarcerated claimants (.6); draft replies to same (1.3); correspondence with E. Lisovicz re same (.3). | 2.50 |
| 10/20/22 | ESL | 0007 | Review (.3) and revise (.2) letters re claimant inquiries. | 0.50 |
| 10/20/22 | KMZ | 0007 | Revise reply letters to various claimant inquires re case claims and status (.2); update claimant correspondence tracker (.1). | 0.30 |
| 10/21/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.90 |
| 10/25/22 | CAC | 0007 | Review UCC correspondence re open case issues. | 0.10 |
| 10/26/22 | BKB | 0007 | Calls with claimants re case updates (.7); update correspondence tracker re same (.2). | 0.90 |
| 10/28/22 | KMZ | 0007 | Calls with claimants re case status and claim issues (.4); update tracker re same (.1); correspondence with claimant re same (.1). | 0.60 |
| 10/28/22 | CAC | 0007 | Call with claimant re case updates. | 0.10 |
| 10/31/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.60 |
| 10/31/22 | BKB | 0007 | Review UCC correspondence (.1); review letters from claimants re case inquiries (.3); correspondence with K. Zaharis re same (.1); call claimants re case updates (.4). | 0.90 |
| 10/31/22 | KMZ | 0007 | Review correspondence from Debtors' counsel re claimant inquiries (.1); review letter from incarcerated claimant re same (.1); correspond with B. Barker re same (.1). | 0.30 |
| 10/31/22 | CAC | 0007 | Revise public case calendar for creditors' website. | 0.50 |
| 10/24/22 | BKB | 0008 | Review 10.25.22 hearing agenda (.2);; call with A. Carrillo re prep for hearing (.1); review and prepare hearing materials (.8); draft correspondence re same (.2). | 1.30 |
| 10/24/22 | CAC | 0008 | Call with B. Barker re omnibus hearing prep. | 0.10 |
| 10/25/22 | MPH | 0008 | Attend omnibus hearing. | 0.70 |
| 10/25/22 | DK | 0008 | Review (.3) and update (.2) hearing transcripts file. | 0.50 |
| 10/25/22 | KPP | 0008 | Attend hearing. | 0.70 |
| 10/25/22 | EYP | 0008 | Attend hearing (.7); prepare for same (.3). | 1.00 |
| 10/25/22 | ESL | 0008 | Review summary of hearing. | 0.20 |
| 10/25/22 | BKB | 0008 | Attend hearing (.7); review materials re same (.4); revise summary re same for UCC (.7); correspondence with K. Zaharis re same (.2). | 2.00 |
| 10/25/22 | KMZ | 0008 | Review materials in advance of hearing (.6); correspond with B. Barker re same (.2); attend hearing and take notes on same (.7); draft summary of same for UCC (.8). | 2.30 |
| 10/10/22 | KMZ | 0012 | Review late claim motion (.3); conduct research re same (.7); correspondence with corrections facility in connection with same (.4). | 1.40 |
| 10/12/22 | KMZ | 0012 | Confer with corrections facility personnel re late claim motion filed by | 0.90 |

PURDUE CREDITORS COMMITTEE                                                          Page 5
Invoice Number: 2019148                                                    December 8, 2022

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | incarcerated claimants (.5); draft summary of results re same (.4). | |
| 10/14/22 | KMZ | 0012 | Review correspondence with Debtors' counsel re late claim motion. | 0.20 |
| 10/01/22 | AVC | 0014 | Analyze insurance adversary proceeding discovery issues. | 0.30 |
| 10/03/22 | AVC | 0014 | Confer with plaintiffs' counsel re insurance discovery issues. | 0.30 |
| 10/03/22 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.50 |
| 10/06/22 | AVC | 0014 | Draft discovery correspondence re open insurance adversary proceeding issues. | 0.20 |
| 10/06/22 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.20 |
| 10/10/22 | AVC | 0014 | Correspondence with D. Windscheffel re draft insurance adversary proceeding discovery responses. | 0.30 |
| 10/10/22 | DJW | 0014 | Correspondence with A. Crawford re discovery in insurance adversary proceeding. | 0.40 |
| 10/11/22 | AVC | 0014 | Review draft insurance adversary proceeding discovery correspondence (.3); confer with co-counsel re same (.1). | 0.40 |
| 10/12/22 | AVC | 0014 | Review stipulation with Steadfast re insurance adversary proceeding issues (.2); review draft discovery responses to Navigators (.6). | 0.80 |
| 10/13/22 | AVC | 0014 | Call with D. Ginty re research re insurance adversary proceeding issues (1.5); outline research issues (.7); call with S. Miles, B. Allman and D. Ginty re same (1.1); correspondence with S. Miles, B. Allman and D. Ginty re same (.2). | 3.50 |
| 10/13/22 | DJW | 0014 | Review scheduling issues in insurance adversary proceeding. | 0.20 |
| 10/13/22 | DCC | 0014 | Call with A. Crawford about discovery and trial plan strategy re insurance adversary proceeding (1.5); call with A. Crawford, S. Miles and B. Allman re research needed for trial plan (1.1); correspondence with A. Crawford, S. Miles and B. Allman re same (.1). | 2.70 |
| 10/13/22 | SLM | 0014 | Call with A. Crawford, D. Ginty and B. Allman re research needed for insurance adversary proceeding trial plan (1.1); conduct research re same (1.9); call with B. Allman re same (.1). | 3.10 |
| 10/13/22 | BA | 0014 | Review insurance adversary proceeding memo, and team correspondence in preparation for call (.8); call with A. Crawford, D. Ginty and S. Miles (1.1); follow up call with S. Miles re next steps (.1); correspondence with A. Crawford, D. Ginty and S. Miles re research (.1). | 2.10 |
| 10/14/22 | AVC | 0014 | Correspondence with D. Windscheffel re insurance adversary proceeding discovery issues (.2); call with D. Ginty re same (.4); review materials re same (.4). | 1.00 |
| 10/14/22 | DJW | 0014 | Correspondence with A. Crawford re insurance adversary proceeding deposition scheduling. | 0.40 |
| 10/14/22 | DCC | 0014 | Call with A. Crawford re discovery strategy for insurance adversary proceeding (.4); review summary of 30(b)(6) meet and confer call with insurers' counsel (.1); analyze issues in connection with same (.2). | 0.70 |
| 10/17/22 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.00 |
| 10/17/22 | SLM | 0014 | Conduct research in connection with insurance adversary proceeding (1.5); review materials re same (.6). | 2.10 |
| 10/17/22 | BA | 0014 | Conduct research of case law for insurance adversary proceeding issues. | 2.40 |
| 10/18/22 | SLM | 0014 | Conduct research in connection with insurance adversary proceeding issues (2.4); draft analysis re same (1.7). | 4.10 |
| 10/18/22 | BA | 0014 | Conduct research re issues in connection with insurance adversary proceeding (3.8); prepare summary re same (1.4). | 5.20 |
| 10/21/22 | AVC | 0014 | Correspondence with D. Windscheffel re discovery issues relating to insurance adversary proceeding. | 0.20 |
| 10/21/22 | DJW | 0014 | Analyze discovery issues in insurance adversary proceeding (.3); correspondence with A. Crawford re same (.5). | 0.80 |
| 10/21/22 | LC | 0014 | Prepare documents in discovery database for attorney review in | 2.20 |

PURDUE CREDITORS COMMITTEE                                                                                           Page 6
Invoice Number: 2019148                                                                                    December 8, 2022

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | connection with insurance adversary proceeding. | |
| 10/21/22 | SLM | 0014 | Analyze insurance adversary proceeding issues. | 0.10 |
| 10/21/22 | BA | 0014 | Conduct research re insurance coverage issues (4.5); draft summary re same (1.3). | 5.80 |
| 10/24/22 | AVC | 0014 | Prepare for meeting with Gilbert and Reed Smith re insurance adversary proceeding issues (.5); review update re complaint review (.1). | 0.60 |
| 10/24/22 | DJW | 0014 | Analyze issues re insurance adversary proceeding deposition scheduling. | 0.30 |
| 10/24/22 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 0.80 |
| 10/25/22 | AVC | 0014 | Review Gilbert memo re insurance coverage issues (.6); analyze issues re same (.3); participate in trial planning meeting with co-counsel re insurance adversary proceeding (6.2). | 7.10 |
| 10/25/22 | DJW | 0014 | Participate in meeting with co-counsel re trial prep relating to insurance adversary proceeding (partial). | 5.10 |
| 10/25/22 | DCC | 0014 | Attend call with co-counsel re trial prep and discovery strategy re insurance adversary proceeding. | 6.20 |
| 10/25/22 | SLM | 0014 | Review documents in connection with preparation for insurance adversary proceeding trial (2.4); analyze issues re same (.3). | 2.70 |
| 10/26/22 | AVC | 0014 | Coordinate insurance research projects (.5); analyze issues re same (.4); correspondence with D. Windscheffel re insurance adversary proceeding discovery issues (.1). | 1.00 |
| 10/26/22 | DJW | 0014 | Analyze insurance adversary proceeding discovery issues (.5); correspondence with A. Crawford re same (.4). | 0.90 |
| 10/26/22 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.80 |
| 10/27/22 | AVC | 0014 | Call with J. Sorkin re insurance adversary proceeding discovery issues (.5); confer with D. Ginty re same (.2); correspondence with lit team members re research issues (.2). | 0.90 |
| 10/27/22 | DJW | 0014 | Analyze discovery issues in insurance adversary proceeding (.3); analyze stipulation in connection with same (.2). | 0.50 |
| 10/27/22 | DCC | 0014 | Confer with A. Crawford re insurance discovery issues (.2); correspondence with lit team members re insurance research needs (.2); review research (.3). | 0.70 |
| 10/27/22 | BA | 0014 | Prepare research summary re open insurance adversary proceeding matters (4.8); conduct research re same (1.7); review related materials (.4); correspondence with lit team members re same (.3); draft internal correspondence re insurance related research (.5). | 7.70 |
| 10/28/22 | DJW | 0014 | Review produced documents in connection with deposition preparation in insurance adversary proceeding (2.8); analyze insurance discovery production issues (.3). | 3.10 |
| 10/28/22 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.00 |
| 10/28/22 | SLM | 0014 | Confer with B. Allman re summary of research re open insurance issues. | 0.10 |
| 10/28/22 | BA | 0014 | Prepare analysis of research findings re insurance adversary proceeding issues (3.2); confer with S. Miles re same (.1). | 3.30 |
| 10/31/22 | AVC | 0014 | Correspondence with D. Windscheffel re insurance adversary proceeding discovery issues. | 0.30 |
| 10/31/22 | DJW | 0014 | Correspondence with A. Crawford re discovery in insurance adversary proceeding (.3); review discovery production in connection with same (.3). | 0.60 |
| 10/31/22 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 0.50 |
| 10/31/22 | BA | 0014 | Conduct research re insurance coverage issues (3.6); prepare summary re same (1.8). | 5.40 |
| 10/01/22 | BKB | 0020 | Review updates to opioid lit trackers (.4); review filings in NY, remanded cases and WV litigation (.7); review updates re opioid lit settlements (.5); prepare summaries of WV filings and developments | 3.70 |

PURDUE CREDITORS COMMITTEE · Page 7
Invoice Number: 2019148 · December 8, 2022

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | (.8); revise tracker re opioid litigations (.6); review filings in McKinsey opioid lit (.4); prepare weekly opioid lit update (.5); review opioid lit articles (.3). | |
| 10/01/22 | KMZ | 0020 | Review docket in opioid related litigation for significant updates (.6); update tracker with information from same (.4); research in connection with same (.6). | 1.60 |
| 10/01/22 | CAC | 0020 | Review SF docket re opioid litigation tracker update. | 0.10 |
| 10/03/22 | DK | 0020 | Review materials re opioid litigations (.3); circulate same for attorney review (.2). | 0.50 |
| 10/03/22 | BKB | 0020 | Correspondence with A. Ijaz re opioid lit tracking (.2); review opioid litigation articles (.7). | 0.90 |
| 10/03/22 | BKB | 0020 | Review opioid lit tracker (.5); revise same (.7); prepare correspondence re same (.4); update judgment/settlements tracker (.3). | 1.90 |
| 10/03/22 | KMZ | 0020 | Revise litigation tracker with recent developments in opioid related litigation. | 0.30 |
| 10/04/22 | DK | 0020 | Organize materials re opioid litigations (.2); circulate same (.2). | 0.40 |
| 10/04/22 | KMZ | 0020 | Review docket in opioid related litigations (.2); draft updates re same (.2); update tracker re same (.2). | 0.60 |
| 10/05/22 | DK | 0020 | Review (.1) and organize (.1) materials related to opioid litigations; circulate same (.2). | 0.40 |
| 10/05/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker and cover correspondence re same (.2); call with opioid lit tracking team re updates (.1). | 0.30 |
| 10/05/22 | BKB | 0020 | Call with FR and lit team members re opioid lit tracking (.1); call with A. Ijaz re NY opioid lit tracking issues (.3); review articles and materials re same (.5). | 0.90 |
| 10/05/22 | KMZ | 0020 | Review recent articles re case updates in opioid related litigation (.2); draft summaries of same for litigation tracker (.2). | 0.40 |
| 10/06/22 | DK | 0020 | Review materials re opioid litigations (.3); circulate same (.2). | 0.50 |
| 10/06/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker (.8); draft cover correspondence re same (.4). | 1.20 |
| 10/07/22 | DK | 0020 | Organize materials re opioid litigations (.3); circulate same (.2). | 0.50 |
| 10/07/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker (2.1); draft cover correspondence re same (.7). | 2.80 |
| 10/07/22 | KMZ | 0020 | Review recent case updates in opioid related litigation. | 0.30 |
| 10/09/22 | BKB | 0020 | Review articles and summaries re opioid litigations. | 0.80 |
| 10/09/22 | KMZ | 0020 | Review docket in opioid-related litigation for updates (.2); review relevant pleadings re same (.5); draft summaries of same (1.1). | 1.80 |
| 10/10/22 | DK | 0020 | Review materials re opioid litigations (.6); circulate same (.2). | 0.80 |
| 10/10/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker for recent filings. | 1.00 |
| 10/10/22 | KMZ | 0020 | Update tracker with recent developments in opioid-related litigation. | 0.10 |
| 10/10/22 | CAC | 0020 | Review SF docket in connection with opioid litigation tracking project. | 0.20 |
| 10/11/22 | DK | 0020 | Review materials re opioid litigations (.6); circulate same (.2). | 0.80 |
| 10/14/22 | DK | 0020 | Review materials re opioid litigations (.3); circulate same (.2). | 0.50 |
| 10/14/22 | KMZ | 0020 | Review docket in opioid related litigation for recent case developments (.2); summarize pleadings from same (.4). | 0.60 |
| 10/15/22 | KMZ | 0020 | Summarize pleadings in opioid-related litigation (.6); update tracker with information from same (.3); summarize orders entered in opioid-related MDL (.5). | 1.40 |
| 10/16/22 | BKB | 0020 | Revise summaries for opioid lit update (1.3); prep new section of same re remanded cases (.3); review dockets and filings from remanded cases, WV and other opioid litigations (.7); review opioid lit articles (.4); prep (.2) and circulate (.1) weekly update. | 3.00 |
| 10/16/22 | KMZ | 0020 | Conduct research and review articles re developments in recent opioid-related cases (.4); circulate same to team (.1). | 0.50 |
| 10/17/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker with summaries re recent filings and developments (.5); draft cover correspondence summarizing same (.7). | 1.20 |
| 10/17/22 | CAC | 0020 | Review weekly opioid lit tracker updates. | 0.20 |

PURDUE CREDITORS COMMITTEE
Invoice Number: 2019148

Page 8
December 8, 2022

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/20/22 | RAC | 0020 | Update Ohio Opioid MDL tracker with summaries of new filings (.9); draft cover correspondence summarizing same for weekly update (.7). | 1.60 |
| 10/21/22 | DK | 0020 | Review materials re opioid litigations (.5); circulate same (.2). | 0.70 |
| 10/21/22 | BKB | 0020 | Review and revise opioid litigation summaries (.8); review articles with updates re same (.6). | 1.40 |
| 10/21/22 | KMZ | 0020 | Review case status and filings in opioid related litigations (.5); summarize relevant pleadings from same (.8); review articles related to same (.2). | 1.50 |
| 10/21/22 | CAC | 0020 | Review SF opioid lit case docket in connection with preparation of weekly opioid lit tracker. | 0.40 |
| 10/24/22 | DK | 0020 | Review and organize new articles and materials related to opioid litigations (.7); circulate same (.2). | 0.90 |
| 10/24/22 | BKB | 0020 | Call with FR and lit team members re opioid lit updates and tracking (.2); revise summaries for opioid lit update (.7); prep new section of same re remanded cases (.3); review dockets and filings thereon from remanded cases, WV and other opioid lits (.5); review opioid lit articles (.3); research case statuses (.6). | 2.60 |
| 10/24/22 | KMZ | 0020 | Call with members of Lit and FR re opioid litigation tracking updates (.2); review dockets and filings thereon in opioid litigations re same (.2); draft summary of same (.1). | 0.50 |
| 10/24/22 | CAC | 0020 | Call with opioid lit tracking team re opioid lit case updates (.2); review SF opioid lit docket for updates (.1). | 0.30 |
| 10/25/22 | DK | 0020 | Review materials re opioid litigations (.5); circulate same (.2). | 0.70 |
| 10/25/22 | RAC | 0020 | Review docket for Ohio opioid MDL. | 0.10 |
| 10/26/22 | DK | 0020 | Review and organize articles re opioid litigations (.3); circulate same to team for attorney review (.2). | 0.50 |
| 10/27/22 | DK | 0020 | Review materials and articles re opioid litigations (.4); circulate same to team (.2). | 0.60 |
| 10/27/22 | BKB | 0020 | Review articles re opioid litigation updates. | 0.40 |
| 10/27/22 | KMZ | 0020 | Summarize recent pleadings filed in opioid related litigation. | 0.30 |
| 10/28/22 | DK | 0020 | Review (.4) and organize (.2) materials re opioid litigations; circulate same for attorney review (.2). | 0.80 |
| 10/28/22 | RAC | 0020 | Review filings and related materials re Ohio opioid litigation (1.0); revise Ohio Opioid MDL tracker with summaries re same (1.4); draft cover correspondence summarizing update re same (1.1). | 3.50 |
| 10/28/22 | KMZ | 0020 | Review dockets in opioid-related litigation for relevant updates (.3); review pleadings filed on same (.7); draft summaries of pleadings from same (1.1); update tracker re same (.4). | 2.50 |
| 10/29/22 | KMZ | 0020 | Revise litigation tracker to reflect recent case developments in opioid related litigation (.4); conduct research re same (.1). | 0.50 |
| 10/30/22 | CAC | 0020 | Draft SF opioid case summary for weekly opioid lit tracker. | 1.20 |
| 10/31/22 | DK | 0020 | Review materials re opioid litigations (.4); circulate same to team for attorney review (.2). | 0.60 |
| 10/31/22 | BKB | 0020 | Review articles and filings re opioid litigations (.4); review (.8) and revise (.4) summaries and trackers. | 1.60 |
| 10/12/22 | EYP | 0022 | Call with Debtors' counsel re plan related issues. | 0.50 |
| 10/24/22 | MPH | 0022 | Analyze issues re plan alternatives. | 0.20 |
| 10/08/22 | EYP | 0023 | Review draft de minimis sale order (.7); call with Debtors' counsel re same (.5); comment on same (.3). | 1.50 |
| 10/03/22 | DCV | 0032 | Analyze patent litigation issues and related materials. | 1.20 |
| 10/04/22 | DCV | 0032 | Analyze litigation materials re pending patent trial. | 0.80 |
| 10/05/22 | DCV | 0032 | Prepare analysis re pending patent litigation (.8); review documents re same (1.0). | 1.80 |
| 10/06/22 | DCV | 0032 | Analyze trial documents re patent litigation (1.4); prepare analysis re same (.7). | 2.10 |
| 10/07/22 | DCV | 0032 | Review materials re patent litigation. | 1.20 |
| 10/14/22 | DCV | 0032 | Analyze documents in connection with patent litigation (1.1); analyze | 1.50 |

PURDUE CREDITORS COMMITTEE                                                                          Page 9
Invoice Number: 2019148                                                              December 8, 2022

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | issues re same (.4). | |
| 10/21/22 | DCV | 0032 | Analyze post-trial filings by defendant in patent litigation. | 2.80 |
| 10/25/22 | DCV | 0032 | Review post-trial filings in patent litigation (2.2); prepare analysis re same (.6). | 2.80 |
| 10/26/22 | DCV | 0032 | Analyze materials and issues re patent litigation (2.7); conduct research re issues in connection with same (.5). | 3.20 |
| 10/27/22 | DCV | 0032 | Review patent litigation filings and related documents. | 1.40 |
| 10/31/22 | DCV | 0032 | Analyze post-trial filings re patent litigation (.5); conduct research re issues related to same (1.1). | 1.60 |

                                                               Total Hours                        261.70

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| M P  HURLEY | 1.40 | at | $1775.00 | = | $2,485.00 |
| A V  CRAWFORD | 16.90 | at | $1265.00 | = | $21,378.50 |
| D C  VONDLE | 20.40 | at | $1265.00 | = | $25,806.00 |
| S L  BRAUNER | 1.20 | at | $1400.00 | = | $1,680.00 |
| A  PREIS | 6.20 | at | $1775.00 | = | $11,005.00 |
| D J  WINDSCHEFFEL | 12.30 | at | $1105.00 | = | $13,591.50 |
| D  CROCKETT GINTY | 10.30 | at | $1085.00 | = | $11,175.50 |
| K P  PORTER | 1.20 | at | $1240.00 | = | $1,488.00 |
| E S  LISOVICZ | 16.50 | at | $1190.00 | = | $19,635.00 |
| S L  MILES | 12.20 | at | $1055.00 | = | $12,871.00 |
| R A  COCHRANE | 11.70 | at | $775.00 | = | $9,067.50 |
| B K  BARKER | 45.10 | at | $1045.00 | = | $47,129.50 |
| K M  ZAHARIS | 38.20 | at | $710.00 | = | $27,122.00 |
| C A  CARRILLO | 5.90 | at | $880.00 | = | $5,192.00 |
| B  ALLMAN | 31.90 | at | $940.00 | = | $29,986.00 |
| D K  KRASA | 20.30 | at | $475.00 | = | $9,642.50 |
| L  CHAU | 10.00 | at | $420.00 | = | $4,200.00 |

                            Current Fees                                          $253,455.00


        **Total Amount of This Invoice**                                         **$257,544.43**

## Exhibit D

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $215.98 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $1,649.59 |
| Computerized Legal Research - Courtlink - In Contract 50% discount | $116.58 |
| Computerized Legal Research - Other | $804.48 |
| Computer Software - Expensed | $1,200.00 |
| Duplication - In House | $19.20 |
| Meals - Overtime | $20.00 |
| Postage | $7.20 |
| Transcripts | $56.40 |
| **TOTAL:** | **$4,089.43** |

## **Exhibit E**

**Itemized Disbursements**



PURDUE CREDITORS COMMITTEE
PURDUE PHARMA L.P.
ONE STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT  06901
ATTN: JOHN  LOWNE

| | |
|---|---|
| Invoice Number | 2019148 |
| Invoice Date | 12/08/22 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 3.30 | $1,946.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 36.50 | $37,253.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 9.90 | $8,778.00 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 31.10 | $28,575.50 |
| 0008 | Hearings and Court Matters/Court Preparation | 8.80 | $9,530.50 |
| 0012 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 2.50 | $1,775.00 |
| 0014 | Insurance Issues | 93.60 | $93,202.50 |
| 0020 | Interaction with/Review of Other Opioid Companies and Cases | 53.40 | $42,682.50 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.70 | $1,242.50 |
| 0023 | Asset Dispositions/363 Asset Sales/Bidding Procedures | 1.50 | $2,662.50 |
| 0032 | Intellectual Property | 20.40 | $25,806.00 |
| | TOTAL | 261.70 | $253,455.00 |

PURDUE CREDITORS COMMITTEE                                                      Page 2
Invoice Number: 2019148                                             December 8, 2022

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $215.98 | |
| Computerized Legal Research - Other | $804.48 | |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $116.58 | |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,649.59 | |
| Duplication - In House | $19.20 | |
| Meals - Overtime | $20.00 | |
| Computer Software - Expensed (<$1,000) | $1,200.00 | |
| Postage | $7.20 | |
| Transcripts | $56.40 | |
| | | |
| Current Expenses | | $4,089.43 |

| Date | | Value |
|---|---|---|
| 10/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/04/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/4/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: | $421.90 |

| Date | Description | Amount |
|---|---|---|
| | 10/5/2022 | |
| | -- Usage from 07/01/2022 to 09/30/2022 | |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 | $212.70 |
| | -- Usage from 07/01/2022 to 09/30/2022 | |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 | $102.30 |
| | -- Usage from 07/01/2022 to 09/30/2022 | |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 | $26.00 |
| | -- Usage from 07/01/2022 to 09/30/2022 | |
| 10/05/22 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q32022 DATE: 10/5/2022 | $29.60 |
| | -- Usage from 07/01/2022 to 09/30/2022 | |
| 10/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 10/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 10/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 10/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $8.21 |

PURDUE CREDITORS COMMITTEE                                                   Page 4
Invoice Number: 2019148                                             December 8, 2022

---

|            |                                                                                                                                                    |        |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            | DORIS Date: 10/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0                                                                                      |        |
| 10/10/22   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55  |
| 10/11/22   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55  |
| 10/11/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/11/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21  |
| 10/12/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21  |
| 10/12/22   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55  |
| 10/13/22   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55  |
| 10/13/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21  |
| 10/14/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21  |
| 10/14/22   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55  |
| 10/15/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21  |
| 10/16/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21  |
| 10/17/22   | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN | $8.21  |

| | | |
|---|---|---|
| | DORIS Date: 10/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | |
| 10/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: MILES SHANNA Date: 10/17/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $641.73 |
| 10/17/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/18/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: MILES SHANNA Date: 10/18/2022 AcctNumber: 1000193694 ConnectTime: 0.0 | $755.90 |
| 10/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/18/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/19/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/20/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/20/22 | Duplication - In House  Photocopy - Zaharis, Kaila, NY, 192 page(s) | $19.20 |
| 10/20/22 | Postage  US Postage - Zaharis, Kaila, NY, 1 piece(s) | $7.20 |
| 10/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: | $5.55 |

|         |                                                                                                                 |          |
|---------|-----------------------------------------------------------------------------------------------------------------|----------|
|         | COURTLINK TRACK; Employee: CLAUS AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0                      |          |
| 10/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/24/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/24/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: IJAZ ALEENA; Charge Type: ACCESS CHARGE; Quantity: 3.0 | $215.98 |
| 10/25/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/25/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/25/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 10/26/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/27/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/27/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 6132785 DATE: 10/27/2022 Transcriber fee for transcript of October 25, 2022 hearing. | $56.40 |
| 10/27/22 | Computerized Legal Research - Westlaw | $7.70 |

|  |  |  |
|---|---|---|
| | - in contract 30% discount  User: YEN DORIS Date: 10/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | |
| 10/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/28/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 10/28/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 10/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 10/30/22 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-156 DATE: 10/30/2022 Brooks Barker - Taco Bell - 10/25/2022 - Overtime Meal | $20.00 |
| 10/31/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 10/31/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 10/31/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 10/31/22 | Computer Software - Expensed (<$1,000) VENDOR: OPUS 2 INTERNATIONAL INC INVOICE#: 8306 DATE: 10/31/2022 Opus 2 Enterprise License - Purdue October 1 - 31st, 2022 | $1,200.00 |
| 10/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2210 DATE: 10/31/2022 - Document retrieval in various courts | $11.98 |

| | |
|---|---|
| Current Expenses | $4,089.43 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$257,544.43** |