AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-SECOND MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | October 1, 2022 – October 31, 2022 |
| **Total Fees Incurred** | $61,892.50 |
| **Voluntary Fee Reduction (10%)[2]** | $6,189.25 |
| **Total Fees Requested** (Total Fees – Voluntary Fee Reduction) | $55,703.25 |
| **20% Holdback** | $11,140.65 |
| **Total Fees Requested Less 20% Holdback** | $44,562.60 |
| **Total Expenses Incurred** | $7.00 |
| **Total Fees and Expenses Requested** | $55,710.25 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Second Monthly Fee Statement") covering the period from October 1, 2022 through and including October 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirty-Second Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $55,703.25 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $7.00 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

3

**NOTICE**

6. Notice of this Thirty-Second Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirty-Second Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than December 23, 2022 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirty-Second Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

4

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

| | |
|---|---|
| Dated: December 9, 2022<br>New York, New York | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>/s/ *Arik Preis*<br>Ira Dizengoff<br>Arik Preis<br>Mitchell Hurley<br>Sara Brauner<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*- and –*<br><br>**COLE SCHOTZ P.C.**<br>Justin R. Alberto (No. 5126)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. |

# EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 8.7 | $6,438.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $730.00 | 0.7 | $511.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $685.00 | 60.6 | $41,511.00 |
| Ian R. Phillips | 2015 | Associate (Litigation) (since 2016) | $480.00 | 7.1 | $3,408.00 |
| Peter Strom | 2021 | Associate (Bankruptcy) (since 2020) | $375.00 | 0.2 | $75.00 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 12.1 | $4,840.00 |
| Michael Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $400.00 | 0.2 | $80.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 1.2 | $450.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 12.9 | $4,579.50 |
| **TOTAL** | | | | **103.7** | **$61,892.50** |
| **Less Voluntary Reduction (10%)** | | | | | **($6,189.25)** |
| **Total Requested** | | | | | **$55,703.25** |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

## EXHIBIT B

### COMPENSATION BY PROJECT CATEGORY
### OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee Matters and Creditor Meetings | 3.4 | $2,437.50 |
| Fee Application Matters/Objections | 27.3 | $11,085.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 70.7 | $46,668.00 |
| Prepare for and Conduct Interview and Depositions | 2.3 | $1,702.00 |
| **TOTAL** | **103.7** | **$61,892.50** |
| **Less Voluntary Reduction (10%)** | | **($6,189.25)** |
| **Total Requested** | | **$55,703.25** |

## EXHIBIT C

## Invoice

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | December 4, 2022 |
| Invoice Number: | 935850 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2022

**COMMITTEE MATTERS AND CREDITOR MEETINGS**  3.40  2,437.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/03/22 | JRA | EMAIL WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 74.00 |
| 10/06/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 10/06/22 | JRA | EMAIL WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 74.00 |
| 10/09/22 | JRA | EMAIL WITH A. PREIS RE UCC CALL SCHEDULE | 0.10 | 74.00 |
| 10/13/22 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS | 0.50 | 365.00 |
| 10/13/22 | PJR | REVIEW MATERIALS IN ADVANCE OF COMMITTEE CALL | 0.20 | 146.00 |
| 10/13/22 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS | 0.60 | 411.00 |
| 10/13/22 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, E. MINN, L. SZLEZINGER AND UCC MEMBERS | 0.50 | 370.00 |
| 10/13/22 | ADL | ATTEND COMMITTEE CALL | 0.50 | 342.50 |
| 10/16/22 | JRA | EMAIL WITH A. PREIS RE UCC UPDATE | 0.10 | 74.00 |
| 10/17/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 10/20/22 | JRA | EMAIL WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 74.00 |
| 10/24/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |
| 10/26/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.20 | 148.00 |
| 10/27/22 | JRA | EMAILS WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 74.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**  27.30  11,085.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/03/22 | JMD | EMAIL L. MORTON AND A. DELEO RE: COLE SCHOTZ FEE APP STATUS | 0.10 | 40.00 |
| 10/03/22 | JMD | REVIEW AND REVISE DRAFT AUGUST FEE STATEMENT (1.5); EMAIL TO A. DELEO RE: REVISIONS TO SAME (.1). | 1.60 | 640.00 |
| 10/03/22 | LSM | REVIEW MONTHLY FEE APPLICATIONS FOR INTERIM FEE APPLICATION DRAFT PREPARATIONS | 0.80 | 284.00 |
| 10/03/22 | LSM | REVISE, UPDATE AND FORWARD AUGUST, 2022 MONTHLY FEE APPLICATION FOR COLE SCHOTZ TO J. DOUGHERTY | 0.50 | 177.50 |
| 10/04/22 | LSM | UPDATE ALL MONTHLY FEE APPLICATIONS FOR EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.90 | 319.50 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 935850 |
| | Client/Matter No. 60810-0001 | | December 4, 2022 |
| | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/06/22 | JMD | CALL W/ A. DELEO RE: INTERIM FEE APP | 0.10 | 40.00 |
| 10/06/22 | LSM | CONTINUE DRAFT OF EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 142.00 |
| 10/06/22 | ADL | CALL WITH J. DOUGHERTY RE: INTERIM FEE APPLICATION | 0.10 | 68.50 |
| 10/06/22 | ADL | REVIEW AND COMMENT ON CS AUGUST FEE APPLICATION | 0.50 | 342.50 |
| 10/07/22 | LSM | CONTINUE DRAFT OF EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.90 | 319.50 |
| 10/10/22 | LSM | CONTINUE DRAFT OF EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.50 | 177.50 |
| 10/10/22 | JMD | EMAIL L. MORTON RE: INTERIM FEE APP | 0.10 | 40.00 |
| 10/11/22 | JRA | EMAIL WITH A. DELEO RE FEE APP | 0.10 | 74.00 |
| 10/11/22 | JMD | CONTINUE TO REVIEW/REVISE DRAFT INTERIM FEE APPLICATION | 5.20 | 2,080.00 |
| 10/11/22 | LSM | COMPLETE DRAFT OF EIGHTH INTERIM FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 3.30 | 1,171.50 |
| 10/11/22 | JMD | REVIEW AND REVISE CS 8TH INTERIM FEE APP | 1.50 | 600.00 |
| 10/11/22 | JMD | EMAILS W/ A. DELEO RE: INTERIM FEE APP | 0.20 | 80.00 |
| 10/12/22 | JMD | FURTHER REVIEW AND REVISE INTERIM FEE APPLICATION | 1.10 | 440.00 |
| 10/12/22 | JMD | EMAIL TO A. DELEO RE: REVISIONS TO INTERIM FEE APPLICATION | 0.30 | 120.00 |
| 10/13/22 | JRA | EMAILS WITH A. PREIS AND E. LISOVICZ RE FEE APPS | 0.20 | 148.00 |
| 10/14/22 | ADL | REVIEW CS INTERIM FEE APPLICATION | 0.90 | 616.50 |
| 10/14/22 | JMD | CALL W/ A. DELEO RE: INTERIM FEE APP | 0.10 | 40.00 |
| 10/14/22 | JMD | EMAILS W/ A. DELEO AND J. ALBERTO RE: INTERIM FEE APP | 0.10 | 40.00 |
| 10/14/22 | ADL | CALL WITH J. DOUGHTERY RE: INTERIM FEE APPLICATION | 0.10 | 68.50 |
| 10/17/22 | ADL | EMAIL E. LISOVICZ RE: AUGUST FEE APPLICATION | 0.20 | 137.00 |
| 10/17/22 | JRA | EMAILS WITH A. DELEO RE REVISIONS TO FEE APP | 0.30 | 222.00 |
| 10/19/22 | ADL | EMAIL E. LISOVICZ RE: CS FEE APPLICATIONS | 0.10 | 68.50 |
| 10/25/22 | LSM | DRAFT THIRTY-FIRST MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: SEPTEMBER, 2022 FEES/EXPENSES | 1.30 | 461.50 |
| 10/25/22 | JMD | REVIEW EMAILS RE: FINALIZE SEPTEMBER INVOICE (.1); REVIEW SEPTEMBER INVOICE (.1); EMAIL TO L. MORTON AND A. DELEO RE: PREPARE FIRST DRAFT OF COLE SCHOTZ 31ST MONTHLY FEE STATEMENT (.1). | 0.30 | 120.00 |
| 10/26/22 | LSM | CONTINUE DRAFT OF THIRTY-FIRST MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: SEPTEMBER 2022 FEES/EXPENSES | 1.90 | 674.50 |
| 10/27/22 | LSM | REVISE EXHIBITS TO THIRTY-FIRST MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.60 | 213.00 |
| 10/27/22 | LSM | COMPLETE DRAFT OF THIRTY-FIRST MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD TO J. DOUGHERTY RE: SEPTEMBER 2022 FEES/EXPENSES | 0.90 | 319.50 |
| 10/27/22 | JMD | REVIEW/REVISE SEPTEMBER FEE STATEMENT | 1.10 | 440.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                            Invoice Number  935850
        Client/Matter No. 60810-0001                                          December 4, 2022
                                                                                        Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/27/22 | JMD | EMAIL TO A. DELEO RE: REVISIONS TO SEPTEMBER FEE STATEMENT | 0.10 | 40.00 |
| 10/27/22 | LSM | EMAILS WITH C. MCMULLAN REGARDING MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: SEPTEMBER 2022 | 0.30 | 106.50 |
| 10/28/22 | LSM | REVIEW AND EDIT EXHIBITS TO SEPTEMBER 2022 MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.60 | 213.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                                  **70.70**     **46,668.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/22 | JRA | EMAILS WITH J. RUBINSTEIN AND M. RUSH RE DISCOVERY AND CALL RE SAME | 0.30 | 222.00 |
| 10/06/22 | JRA | EMAILS WITH L. SYZMANSKI, A. CRAWFORD AND A. DELEO RE PRIVILEGE LOG | 0.30 | 222.00 |
| 10/06/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.10 | 2,123.50 |
| 10/06/22 | JRA | REVIEW GULF DISCOVERY RESPONSES | 0.40 | 296.00 |
| 10/06/22 | ADL | CALL WITH INSURER COUNSEL RE: POLICY STIPULATIONS | 0.30 | 205.50 |
| 10/07/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 0.90 | 616.50 |
| 10/07/22 | ADL | REVIEW INSURANCE CLAIMS RESARCH OUTLINE | 1.30 | 890.50 |
| 10/07/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.80 | 2,603.00 |
| 10/09/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 10/10/22 | JRA | REVIEW J. DAVIS DISCOVERY LETTER | 0.20 | 148.00 |
| 10/10/22 | JRA | EMAILS WITH A. CRAWFORD RE DISCOVERY FOR INSURANCE ADVERSARY | 0.30 | 222.00 |
| 10/11/22 | ADL | INSURANCE CLAIMS RESEARCH | 1.60 | 1,096.00 |
| 10/11/22 | ADL | REVIEW REVISED DRAFTS OF INSURANCE POLICY STIPULATIONS (.3); EMAIL J. ALBERTO RE: SAME (.1) | 0.40 | 274.00 |
| 10/11/22 | JRA | REVIEW SRCS AND ASPEN POLICY STIPS (.2) AND EMAILS WITH A. DELEO RE SAME (.1) | 0.30 | 222.00 |
| 10/12/22 | ADL | REVIEW STEADFAST STIPULATION OF DISMISSAL; EMAIL UCC TEAM RE: SAME | 0.20 | 137.00 |
| 10/12/22 | ADL | INSURANCE CLAIMS RESEARCH | 1.80 | 1,233.00 |
| 10/12/22 | ADL | CALL WITH INSURERS RE: POLICY STIPULATION | 0.30 | 205.50 |
| 10/12/22 | ADL | CALL WITH L. SZYMANSKI RE: INSURANCE POLICY STIPULATIONS AND DEPOSITIONS | 0.10 | 68.50 |
| 10/12/22 | JRA | EMAILS WITH A. DELEO AND A. CRAWFORD RE STIPULATION OF DISMISSAL | 0.20 | 148.00 |
| 10/12/22 | JRA | FURTHER EMAILS WITH P. BREENE AND A. CRAWFORD RE DISCOVERY RESPONSES | 0.30 | 222.00 |
| 10/12/22 | ADL | ATTEND MEET AND CONFER WITH INSURERS RE: 30(B)(6) | 1.50 | 1,027.50 |
| 10/13/22 | IRP | INSURANCE CLAIMS RESEARCH | 1.70 | 816.00 |
| 10/13/22 | IRP | INSURANCE CLAIMS RESEARCH | 2.30 | 1,104.00 |
| 10/13/22 | IRP | INSURANCE CLAIMS RESEARCH | 3.10 | 1,488.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  935850 |
| | Client/Matter No. 60810-0001 | | | December 4, 2022 |
| | | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/22 | JRA | REVIEW SUBSTANTIVE MEMO RE INSURANCE LITIGATION ISSUES | 0.60 | 444.00 |
| 10/14/22 | ADL | REVIEW EMAILS RE: INSURANCE LITIGATION ISSUES | 0.30 | 205.50 |
| 10/14/22 | ADL | INSURANCE CLAIMS RESEARCH | 0.50 | 342.50 |
| 10/14/22 | ADL | CALL WITH I. PHILLIPS RE: INSURANCE CLAIMS RESEARCH | 0.20 | 137.00 |
| 10/14/22 | JRA | EMAILS WITH R. LEVERIDGE AND A. CRAWFORD RE DISCOVERY | 0.20 | 148.00 |
| 10/14/22 | JRA | EMAILS WITH M. RUSH AND N. CRAMB RE MEET AND CONFER | 0.20 | 148.00 |
| 10/17/22 | JRA | EMAILS WITH A. DELEO RE SUPPLEMENTAL DISCOVERY RESPONSES | 0.20 | 148.00 |
| 10/17/22 | ADL | REVIEW EMAILS RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 10/17/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.20 | 2,192.00 |
| 10/17/22 | JRA | EMAILS WITH A. DELEO RE EXPERT RETENTION | 0.10 | 74.00 |
| 10/18/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 0.60 | 411.00 |
| 10/18/22 | ADL | INITIAL REVIEW OF INSURANCE CLAIMS RESEARCH MEMORANDUM | 2.60 | 1,781.00 |
| 10/19/22 | ADL | MEET WITH C. MCMULLAN TO PREPARE REPORT RE: 30(B)(6) MEET AND CONFER | 0.30 | 205.50 |
| 10/19/22 | ADL | REVIEW EMAILS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 10/19/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.00 | 2,055.00 |
| 10/19/22 | CDM | CONFERENCE WITH ANTHONY DELEO RE: DISCOVERY CALL. | 0.30 | 112.50 |
| 10/19/22 | ADL | ATTEND CONTINUED MEET AND CONFER RE: INSURER 30(B)(6) DEPOSITIONS | 0.60 | 411.00 |
| 10/19/22 | JRA | EMAILS WITH C. SORENSEN, A. GASKE, J. RUBINSTEIN RE INSURANCE DISCOVERY | 0.30 | 222.00 |
| 10/19/22 | CDM | CALL RE: ADVERSARY PLAINTIFFS AND INSURERS RE: DISCOVERY. | 0.60 | 225.00 |
| 10/19/22 | ADL | CALL WITH A. CRAWFORD RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 10/19/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.30 | 2,260.50 |
| 10/20/22 | ADL | INITIAL REVIEW AND ANALYSIS OF CASE LAW CITED IN INSURANCE CLAIMS RESEARCH MEMORANDUM | 4.10 | 2,808.50 |
| 10/20/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.80 | 2,603.00 |
| 10/21/22 | ADL | REVIEW AND ANALYZE CASE LAW CITED IN INSURANCE CLAIMS RESEARCH MEMORANDUM | 2.10 | 1,438.50 |
| 10/21/22 | ADL | EMAIL R. LEVERIDGE RE: INSURANCE CLAIMS RESEARCH | 0.10 | 68.50 |
| 10/21/22 | ADL | CONTINUE TO REVIEW AND ANALYZE CASE LAW CITED IN INSURANCE CLAIMS MEMORANDUM | 2.60 | 1,781.00 |
| 10/21/22 | ADL | INITIAL REVIEW OF DEPOSITION SCHEDULE; EMAIL CS TEAM RE: SAME | 0.20 | 137.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  935850 |
| | Client/Matter No. 60810-0001 | | | December 4, 2022 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/24/22 | JMD | CONFERENCE CALL W/ A. DELEO, M. FITZPATRICK, P. STROM AND C. MCMULLAN RE: DEPOSITION COVERAGE | 0.20 | 80.00 |
| 10/24/22 | ADL | INSURANCE CLAIMS RESEARCH AND EMAIL TO UCC TEAM RE: SAME | 3.20 | 2,192.00 |
| 10/24/22 | CDM | CALL WITH ANTHONY DELEO, PETER STROM, JACK DOUGHERTY, AND MIKE FITZPATRICK RE: DEPOSITION ATTENDANCE. | 0.30 | 112.50 |
| 10/24/22 | ADL | EMAILS RE: INSURANCE LITIGATION ISSUES | 0.30 | 205.50 |
| 10/24/22 | PJS | CALL WITH A. DE LEO, M. FITZPATRICK, C. MCMULLAN AND J. DOUGHERTY RE DEPOSITIONS | 0.20 | 75.00 |
| 10/24/22 | ADL | CALL WITH CS TEAM RE: INSURANCE ADVERSARY DEPOSITIONS | 0.10 | 68.50 |
| 10/24/22 | JRA | EMAILS WITH A. DELEO AND A. DELEO RE POTENTIAL ESTATE CLAIM | 0.20 | 148.00 |
| 10/24/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.90 | 1,986.50 |
| 10/24/22 | MEF | CALL W/ A. DE LEO, P. STROM, J. DOUGHERTY, AND C. MCMULLAN RE: COVERAGE FOR UPCOMING INSURANCE LITIGATION DEPOS | 0.20 | 80.00 |
| 10/25/22 | ADL | ATTEND TRIAL PREP IN PURDUE (PARTIAL ATTENDANCE) | 2.70 | 1,849.50 |
| 10/25/22 | ADL | REVIEW INSURANCE CLAIMS RESEARCH | 0.50 | 342.50 |
| 10/25/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY | 3.80 | 2,603.00 |
| 10/27/22 | JRA | EMAILS WITH A. GASKE AND A. DELEO RE DEPS AND DISOCVERY MATTERS | 0.20 | 148.00 |
| 10/29/22 | JRA | EMAILS WITH A. DELEO RE 30(B)(6) NOTICE | 0.10 | 74.00 |
| 10/31/22 | ADL | EMAIL P. CARRIG RE: INSURANCE ADVERSARY DEPOSITIONS | 0.10 | 68.50 |
| 10/31/22 | ADL | REVIEW STIPULATION RE: 30(B)(6) DEPOSITION | 0.30 | 205.50 |
| 10/31/22 | ADL | EMAILS RE: INSURANCE DISCOVERY ISSUES | 0.20 | 137.00 |

| | | | | |
|---|---|---|---|---|
| **PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS** | | | **2.30** | **1,702.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/11/22 | JRA | EMAILS WITH P. BREENE AND A. CRAWFORD RE DEPOSITIONS AND DISCOVERY | 0.30 | 222.00 |
| 10/12/22 | JRA | EMAIL WITH P. BREENE RE LANDAU DEP | 0.10 | 74.00 |
| 10/13/22 | JRA | EMAILS WITH A. DELEO RE DEPS | 0.10 | 74.00 |
| 10/21/22 | JRA | EMAILS WITH A. DELEO RE DEPOSITIONS | 0.30 | 222.00 |
| 10/24/22 | JRA | FURTHER EMAILS WITH A. DELEO AND A. CRAWDORD RE DEPOSITIONS | 0.30 | 222.00 |
| 10/26/22 | JRA | EMAILS WITH A. GASKE, A. CRAWFORD AND A. DELEO RE DEPOSITIONS | 0.30 | 222.00 |
| 10/26/22 | JRA | FURTHER EMAILS WITH GILBERT AND A. DELEO RE DEPOSITION ISSUES AND STRATEGY | 0.60 | 444.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 60810-0001

Invoice Number  935850  
December 4, 2022  
Page 6

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/31/22 | JRA | T/C (.1) AND EMAILS (.2) WITH A. DELEO AND A. CRAWFORD RE DEPS | 0.30 | 222.00 |
| | | TOTAL HOURS | 103.70 | |

| | |
|---|---|
| PROFESSIONAL SERVICES: | $61,892.50 |
| COURTESY DISCOUNT: | $(6,189.25) |
| ADJUSTED PROFESSIONAL SERVICES: | $55,703.25 |

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Anthony De Leo | Associate | 60.60 | 685.00 | 41,511.00 |
| Conor D. McMullan | Associate | 1.20 | 375.00 | 450.00 |
| Ian R. Phillips | Associate | 7.10 | 480.00 | 3,408.00 |
| Jack M. Dougherty | Associate | 12.10 | 400.00 | 4,840.00 |
| Justin R. Alberto | Member | 8.70 | 740.00 | 6,438.00 |
| Michael E. Fitzpatrick | Associate | 0.20 | 400.00 | 80.00 |
| Morton, Larry | Paralegal | 12.90 | 355.00 | 4,579.50 |
| Patrick J. Reilley | Member | 0.70 | 730.00 | 511.00 |
| Peter J. Strom | Associate | 0.20 | 375.00 | 75.00 |
| | **Total** | **103.70** | | **$61,892.50** |

**COST DETAIL**

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---|---|
| 10/03/22 | PHOTOCOPY /PRINTING/ SCANNING | 8.00 | 0.80 |
| 10/03/22 | PHOTOCOPY /PRINTING/ SCANNING | 2.00 | 0.20 |
| 10/11/22 | PHOTOCOPY /PRINTING/ SCANNING | 38.00 | 3.80 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 10.00 | 1.00 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 10.00 | 1.00 |
| | **Total** | | **$7.00** |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  935850 |
| | Client/Matter No. 60810-0001 | December 4, 2022 |
| | | Page 7 |

TOTAL SERVICES AND COSTS:  $  55,710.25

## EXHIBIT D

## EXPENSE SUMMARY
## OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopy/Printing/Scanning | | $7.00 |
| **TOTAL** | | **$7.00** |

# EXHIBIT E

## Expense Detail

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 935850 |
| | Client/Matter No. 60810-0001 | December 4, 2022 |
| | | Page 6 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 10/03/22 | PHOTOCOPY /PRINTING/ SCANNING | 8.00 | 0.80 |
| 10/03/22 | PHOTOCOPY /PRINTING/ SCANNING | 2.00 | 0.20 |
| 10/11/22 | PHOTOCOPY /PRINTING/ SCANNING | 38.00 | 3.80 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 10.00 | 1.00 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 10/27/22 | PHOTOCOPY /PRINTING/ SCANNING | 10.00 | 1.00 |
| | | **Total** | **$7.00** |

TOTAL SERVICES AND COSTS:                                $        55,710.25