**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>(Jointly Administered)<br><br>**Objection Deadline: December 23, 2022 at 12:00pm (ET)** |

**COVER SHEET OF THIRTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | October 1, 2022 through October 31, 2022 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00  (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00  (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $4,955.00 |

This is a(n):   monthly   x   interim ___   final application ___

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**
**HOURS BY CATEGORY AND PROFESSIONAL**
**October 1, 2022 through October 31, 2022**
**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 7.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 6.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 3.0 |
| 8 | Travel | - |
| 9 | Due Diligence | 41.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **57.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 9.5 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 7.0 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 17.5 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 3.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | - |
| William Maselli | Vice President, Global Healthcare Investment Banking | 10.0 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 10.0 |
| | | **57.0** |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**October 1, 2022 through October 31, 2022**

| Category | October 2022 |
|---|---|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 4,955.00 |
| General | - |
| **Total Expenses** | $ 4,955.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

Jefferies LLC ("Jefferies"),[2] the investment banker for the official committee of unsecured

creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement")

requesting (a) interim allowance of compensation for professional services rendered on behalf of

the Committee during the period from October 1, 2022 through October 31, 2022 (the

"Compensation Period") in the amount of $225,000.00; (b) payment in the amount of

$180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation

Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P.
(4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove
Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick
Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC
Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford
Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Retention
Application (as defined below).

during the Compensation Period in connection with its services to the Committee in the amount of $4,955.00.    In support of this Fee Statement, Jefferies respectfully represents as follows:

## Jurisdiction and Venue

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.    This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).    Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.    On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.    On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131].    Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.    On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").    A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.    On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order").    Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

## Relief Requested

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from October 1, 2022 through October 31, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $4,955.00.

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $4,955.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from October 1, 2022 through October 31, 2022; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $4,955.00.

Dated:  December 9, 2022                            Respectfully submitted,
       New York, New York

                                               */s/Leon Szlezinger*
                                               Leon Szlezinger
                                               Managing Director and Joint Global Head of
                                             Debt Advisory & Restructuring
                                             JEFFERIES LLC

**<u>Exhibit A</u>**

**Time Records**

| Date | Banker | Comments | Hours |
|---|---|---|---|
| | | **October 1, 2022 - October 31, 2022 Hours for Case Administration / General** | **7.0** |
| 10/03/22 | Jaspinder Kanwal | *Review August fee app* | 0.5 |
| 10/03/22 | Kevin Murray | *Prepare August fee app* | 1.0 |
| 10/04/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 10/06/22 | Leon Szlezinger | *Review August fee app* | 0.5 |
| 10/06/22 | Kevin Murray | *Prepare August fee app* | 0.5 |
| 10/11/22 | Leon Szlezinger | *Review August fee app and Interim fee app* | 0.5 |
| 10/11/22 | Jaspinder Kanwal | *Review August fee app and Interim fee app* | 0.5 |
| 10/11/22 | Kevin Murray | *Prepare August fee app and Interim fee app* | 0.5 |
| 10/12/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 10/14/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 10/17/22 | Leon Szlezinger | *Review Interim fee app* | 0.5 |
| 10/17/22 | Jaspinder Kanwal | *Review Interim fee app* | 0.5 |
| 10/17/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| | | **October 1, 2022 - October 31, 2022 Hours for Creditor Communication** | **6.0** |
| 10/13/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 |
| 10/13/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 |
| 10/13/22 | Kevin Murray | *Attend UCC update call* | 1.0 |
| 10/13/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 |
| 10/13/22 | William Maselli | *Attend UCC update call* | 1.0 |
| 10/13/22 | Connor Hattersley | *Attend UCC update call* | 1.0 |
| | | **October 1, 2022 - October 31, 2022 Hours for Plan of Reorganization** | **3.0** |
| 10/25/22 | Leon Szlezinger | *Attend court hearing* | 1.0 |
| 10/25/22 | Jaspinder Kanwal | *Attend court hearing* | 1.0 |
| 10/25/22 | Kevin Murray | *Attend court hearing* | 1.0 |
| | | **October 1, 2022 - October 31, 2022 Hours for Due Diligence** | **41.0** |
| 10/01/22 | Leon Szlezinger | *Review de minimis asset sale procedures* | 1.0 |
| 10/01/22 | Jaspinder Kanwal | *Review de minimis asset sale procedures* | 1.0 |
| 10/03/22 | Leon Szlezinger | *Discuss de minimis sale procedures* | 0.5 |
| 10/04/22 | Leon Szlezinger | *Review comments of other constituents re sale procedures* | 0.5 |
| 10/06/22 | Leon Szlezinger | *Discuss de minimis asset sale procedures* | 0.5 |
| 10/06/22 | Kevin Murray | *Review PPLP data room uploads* | 2.5 |
| 10/06/22 | William Maselli | *Review PPLP data room uploads* | 2.0 |
| 10/06/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.5 |
| 10/06/22 | Connor Hattersley | *Prepare PPLP financial analysis* | 1.0 |
| 10/13/22 | Leon Szlezinger | *Review various UCC memos and financial update* | 2.0 |
| 10/13/22 | Jaspinder Kanwal | *Review various UCC memos and financial update* | 1.0 |
| 10/13/22 | Kevin Murray | *Review court documents* | 0.5 |
| 10/13/22 | Kevin Murray | *Review various UCC memos and financial update* | 1.0 |
| 10/13/22 | Kevin Sheridan | *Review various UCC memos and financial update* | 1.0 |
| 10/13/22 | William Maselli | *Review various UCC memos and financial update* | 0.5 |
| 10/17/22 | Kevin Murray | *Review PPLP data room uploads* | 2.0 |
| 10/17/22 | Kevin Murray | *Prepare PPLP financial analysis* | 2.5 |
| 10/17/22 | William Maselli | *Review PPLP data room uploads* | 2.0 |
| 10/17/22 | William Maselli | *Prepare PPLP financial analysis* | 1.5 |
| 10/17/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 |
| 10/17/22 | Connor Hattersley | *Prepare PPLP financial analysis* | 1.5 |
| 10/18/22 | Leon Szlezinger | *Review PPLP financial analysis* | 1.0 |
| 10/18/22 | Jaspinder Kanwal | *Review PPLP financial analysis* | 1.0 |
| 10/18/22 | Kevin Sheridan | *Review PPLP financial analysis* | 1.0 |
| 10/26/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 |
| 10/26/22 | Jaspinder Kanwal | *Review various UCC memos / summaries* | 0.5 |
| 10/26/22 | Kevin Murray | *Review various UCC memos / summaries* | 0.5 |
| 10/31/22 | Kevin Murray | *Review PPLP data room uploads* | 2.5 |
| 10/31/22 | William Maselli | *Review PPLP data room uploads* | 3.0 |
| 10/31/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 |
| | | **October 1, 2022 - October 31, 2022 Total Hours** | **57.0** |

**Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Allen & Overy | $4,955.00 | 10/31/22 | Legal | Legal invoice from counsel |

| | | |
|---|---|---|
| **Total** | **$4,955.00** | |

# ALLEN & OVERY

Jefferies LLC
520 Madison Avenue
New York, NY  10022

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

For the attention of Leon Szlezinger

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |

| | |
|---|---|
| U.S. Taxpayer ID # | ███████ |
| Invoice Date | November 8, 2022 |
| Due Date | December 8, 2022 |
| **Invoice Number** | **6001042180** |

| | |
|---|---|
| **Subject** | **Jefferies - Purdue** |
| Our reference | 0113293-0000084/ROPS |
| Your reference | 5173 |
| Period | Through 10/31/2022 |

| | USD |
|---|---:|
| **Charges** | |
| Legal Services | 4,955.00 |
| **Total Professional Services** | **4,955.00** |
| **AMOUNT DUE** | **$4,955.00** |

We kindly request payment of $ 4,955.00 to the following bank account, quoting reference 6001042180/0113293-0000084. If the details below are different than those you currently hold, please contact our Finance team before making payment.



Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763.  t is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai,  Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                    **Invoice Number 6001042180**


**FEE DETAIL**

**LEGAL SERVICES**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|------|-----------|-------------|-------|
| 10/11/2022 | Jacob Herz | Review and revise July fee statement (.1); review and revise interim fee application and email to F. Micheo (.3). | 0.40 |
| 10/12/2022 | Jacob Herz | Review and revise interim fee application. | 0.30 |
| 10/12/2022 | Robin Spigel | Review and revise 9th interim fee application, email with F. Micheo re same | 0.40 |
| 10/14/2022 | Jacob Herz | Finalize July fee statement for filing. | 0.50 |
| 10/14/2022 | Francisco Micheo | Finalizing July monthly fee statement. | 0.40 |
| 10/16/2022 | Jacob Herz | Review and revise ninth interim fee application | 0.30 |
| 10/16/2022 | Robin Spigel | Emails with J. Herz re 9th interim fee application | 0.20 |
| 10/17/2022 | Jacob Herz | Review and revise interim fee application for filing. | 1.10 |
| 10/17/2022 | Francisco Micheo | Finalizing August monthly fee statement (.2); finalizing ninth Interim fee application (.5). | 0.70 |
| 10/20/2022 | Jacob Herz | Review and revise Sept. 2022 fee statement. | 0.10 |
| 10/20/2022 | Robin Spigel | Review 35th monthly fee application; email with F. Micheo re same | 0.10 |
| 10/26/2022 | Francisco Micheo | Draft September monthly fee statement and email to client regarding same (.3). | 0.50 |
| 10/31/2022 | Francisco Micheo | Review docket for objections to monthly fee statements and 9th interim and email to client re same (.2). | 0.20 |
| | **Total - New York** | | **5.20** |

| | | | |
|---|---|---|---|
| **LEGAL SERVICES** | | | **5.20** |

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                    **Invoice Number 6001042180**


**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Jacob Herz | 2.70 | 1,046.00 | 2,824.20 |
| Francisco Micheo | 1.80 | 693.00 | 1,247.40 |
| Robin Spigel | 0.70 | 1,262.00 | 883.40 |
| **Total** | **5.20** | | **4,955.00** |
| **TOTAL FOR LEGAL SERVICES** | **5.20** | | **$4,955.00** |