**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (SHL) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### THIRTY-SEVENTH MONTHLY FEE AND EXPENSE STATEMENT OF PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*, FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

| Name of Applicant: | Province, LLC[2] Financial Advisor to the Official Committee of Unsecured Creditors |
|---|---|
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | October 1, 2022 through and including October 31, 2022 |
| Fees Incurred: | $144,134.00[3] |
| Less 20% Holdback: | $28,826.80 |
| Fees Requested in this Statement: | $115,307.20 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested in This Statement: | $115,307.20 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from October 1, 2022 through October 31, 2022 reflect a voluntary discount of $7,586.00.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al*. (collectively, the "Debtors"), hereby submits its Thirty-Seventh Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of October 1, 2022 through October 31, 2022 (the "Statement Period") for (i) compensation in the amount of $115,307.20, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $144,134.00) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $0.00.

### Itemization of Services Rendered and Expenses Incurred

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

- Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were (a) $715.32/hour for all Timekeepers, and (b) $725.33/hour for all professionals.[4]

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $7,586.00.

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

### Total Fees and Expenses Sought for The Statement Period

2.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| | |
|---|---:|
| Fees | $144,134.00 |
| Disbursements | $0.00 |
| **Total** | **$144,134.00** |

### Notice and Objection Procedures

3.      Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on December 23, 2022 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5.      If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6.      If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by

the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the

Statement Period in the total amount of **$115,307.20** consisting of (a) 80% of Province's fees for

the Statement Period, and (b) 100% of total expenses incurred.

Dated: December 9, 2022

By:    */s/ Michael Atkinson*
          Michael Atkinson, Principal
          **PROVINCE, LLC**
          2360 Corporate Circle, Suite 340
          Henderson, NV 89074
          Telephone: (702) 685-5555
          Facsimile: (702) 685-5556
          Email: matkinson@provincefirm.com

          *Financial Advisor to the Official Committee*
          *of Unsecured Creditors*

**<u>EXHIBIT A</u>**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 53.8 | $33,776.00 |
| Claims Analysis and Objections | 44.1 | $26,209.00 |
| Committee Activities | 13.3 | $12,544.00 |
| Court Hearings | 1.0 | $1,075.00 |
| Fee/Employment Applications | 9.2 | $4,724.00 |
| Litigation | 75.9 | $61,122.00 |
| Plan and Disclosure Statement | 14.8 | $12,270.00 |
| **Subtotal** | **212.1** | **$151,720.00** |
| **Voluntary Discount** | | **($7,586.00)** |
| **Grand Total** | **212.1** | **$144,134.00** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,150 | 39.8 | $45,770.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $910 | 4.6 | $4,186.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $900 | 6.1 | $5,490.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $760 | 13.7 | $10,412.00 |
| James Bland | Director - Financial analysis and management consulting since 2016. | $715 | 1.0 | $715.00 |
| Christian Klawunder, CFA | Vice President - Investment banking. | $650 | 61.5 | $39,975.00 |
| Joshua Williams | Vice President - Investment banking. | $640 | 21.3 | $13,632.00 |
| Raul Busto | Vice President - Data analytics. | $600 | 0.6 | $360.00 |
| Mitchell Boal, CFA | Senior Associate - Financial and data analytics. | $530 | 7.2 | $3,816.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $530 | 47.0 | $24,910.00 |
| Leonardo Kim | Analyst | $300 | 5.1 | $1,530.00 |
| **Subtotal** | | | **207.9** | **$150,796.00** |
| **Blended Rate for Professionals** | | **$725.33** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric Mattson | | $220 | 4.2 | $924.00 |
| **Subtotal** | | | **4.2** | **$924.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| **Subtotal** | | | **212.1** | **$151,720.00** |
| **Blended Rate for all Timekeepers** | | **$715.32** | | |
| **Voluntary Discount** | | | | **($7,586.00)** |
| **Grand Total** | | | **212.1** | **$144,134.00** |

**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Expense Category | Description | Total Expenses |
|---|---|---|
| | | |
| **Total Expenses** | | **$0.00** |

**EXHIBIT D**

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/2022 | Christian Klawunder | Reviewed and analyzed debtors' latest business plan. | Business Analysis / Operations | 0.60 | 650.00 | $390.00 |
| 10/1/2022 | Jason Crockett | Review of potential issues with de minimis assets sales and abandonment and various thresholds. | Business Analysis / Operations | 0.90 | 910.00 | $819.00 |
| 10/2/2022 | Christian Klawunder | Continued to evaluate debtors' latest business plan. | Business Analysis / Operations | 1.90 | 650.00 | $1,235.00 |
| 10/2/2022 | Christian Klawunder | Evaluated latest estimate and business plan from debtors. | Business Analysis / Operations | 1.70 | 650.00 | $1,105.00 |
| 10/2/2022 | Michael Atkinson | Review recent settlements and relevance to plan options | Plan and Disclosure Statement | 1.40 | 1,150.00 | $1,610.00 |
| 10/3/2022 | Christian Klawunder | Analyzed and compared latest business plan to previous plan. | Business Analysis / Operations | 2.10 | 650.00 | $1,365.00 |
| 10/3/2022 | Timothy Strickler | Reviewed recently filed proofs of claim added to the claims register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 10/3/2022 | Michael Atkinson | Review and follow up on documents requests from the Sacklers | Litigation | 0.80 | 1,150.00 | $920.00 |
| 10/3/2022 | Timothy Strickler | Imported claims information into database, and updated tables/queries for analyses. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 10/3/2022 | Timothy Strickler | Reviewed and analyzed spreadsheet of claims data received from claims agent. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 10/4/2022 | Christian Klawunder | Continued to analyze latest business plan scenarios. | Business Analysis / Operations | 2.20 | 650.00 | $1,430.00 |
| 10/4/2022 | Michael Atkinson | Review and analyze insurance issues for counsel | Litigation | 0.90 | 1,150.00 | $1,035.00 |
| 10/4/2022 | Timothy Strickler | Updated and revised analysis of litigation claims. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 10/5/2022 | Timothy Strickler | Updated and revised analysis of non-litigation claims. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 10/5/2022 | Leonardo Kim | Prepared debtor cash flow updates, began compiling updated data. | Business Analysis / Operations | 1.20 | 300.00 | $360.00 |
| 10/5/2022 | Leonardo Kim | Began updating weekly cash flow presentation using updated data and exhibits. | Business Analysis / Operations | 0.40 | 300.00 | $120.00 |
| 10/5/2022 | Michael Atkinson | Review insurance claims questions for counsel | Litigation | 0.80 | 1,150.00 | $920.00 |
| 10/5/2022 | Michael Atkinson | Review and analyze questions related to historical financial analysis for counsel | Litigation | 1.90 | 1,150.00 | $2,185.00 |
| 10/5/2022 | Leonardo Kim | Finalized updating weekly cash flow presentation using updated data and exhibits. | Business Analysis / Operations | 2.10 | 300.00 | $630.00 |
| 10/5/2022 | Leonardo Kim | Prepared debtor cash flow updates, summarized and prepared exhibits. | Business Analysis / Operations | 1.40 | 300.00 | $420.00 |
| 10/5/2022 | Christian Klawunder | Analyzed net assets reports of Sackler family trusts and individuals. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 10/6/2022 | Stilian Morrison | Analyze latest branded opioid prescription data | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 10/6/2022 | Eunice Min | Review and revise CF tracker updated by L. Kim. | Business Analysis / Operations | 1.30 | 760.00 | $988.00 |
| 10/6/2022 | Joshua Williams | Continue to trace IAC current liabilities between recoverability analysis | Litigation | 1.20 | 640.00 | $768.00 |
| 10/6/2022 | Stilian Morrison | Analyze monthly Purdue and Rhodes product sales | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 10/6/2022 | Timothy Strickler | Reviewed and analyzed monthly financial reports. | Business Analysis / Operations | 2.70 | 530.00 | $1,431.00 |
| 10/6/2022 | Stilian Morrison | Analyze weekly Purdue and Rhodes sales for last five weeks | Business Analysis / Operations | 1.10 | 900.00 | $990.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/6/2022 | Joshua Williams | Examine sources of IAC financials from Management Revisions | Litigation | 0.50 | 640.00 | $320.00 |
| 10/6/2022 | Eunice Min | Review September time entries for preparation of fee statement. | Fee / Employment Applications | 1.20 | 760.00 | $912.00 |
| 10/6/2022 | Stilian Morrison | Analyze OxyContin IPD Analytics confidential report | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 10/6/2022 | Joshua Williams | Review sources of IAC financials | Litigation | 1.20 | 640.00 | $768.00 |
| 10/6/2022 | Michael Atkinson | Review language on update for non market participants | Committee Activities | 0.30 | 1,150.00 | $345.00 |
| 10/6/2022 | Joshua Williams | Compile missing current liability data for IAC payees | Litigation | 1.00 | 640.00 | $640.00 |
| 10/7/2022 | Timothy Strickler | Updated presentation with monthly financial slides | Business Analysis / Operations | 1.80 | 530.00 | $954.00 |
| 10/7/2022 | Joshua Williams | Examine available current assets for IAC analysis | Litigation | 1.00 | 640.00 | $640.00 |
| 10/7/2022 | Timothy Strickler | Prepared schedules of monthly financials. | Business Analysis / Operations | 2.60 | 530.00 | $1,378.00 |
| 10/7/2022 | Stilian Morrison | Analyze gross-to-net assumptions for latest branded opioid forecasts | Business Analysis / Operations | 0.70 | 900.00 | $630.00 |
| 10/7/2022 | Christian Klawunder | Evaluated recoverable value of inter-family loans and receivables. | Litigation | 1.90 | 650.00 | $1,235.00 |
| 10/7/2022 | Timothy Strickler | Updated claim summary and detail schedules. | Claims Analysis and Objections | 1.90 | 530.00 | $1,007.00 |
| 10/7/2022 | Joshua Williams | Traced IAC current liabilities between IAC payees for recoverability analysis | Litigation | 1.10 | 640.00 | $704.00 |
| 10/8/2022 | Michael Atkinson | Review and analyze insurance questions | Litigation | 0.90 | 1,150.00 | $1,035.00 |
| 10/8/2022 | Michael Atkinson | Review and analyze issues related to historical financial analysis for counsel | Litigation | 1.60 | 1,150.00 | $1,840.00 |
| 10/8/2022 | Michael Atkinson | Review opioid news for counsel | Committee Activities | 0.70 | 1,150.00 | $805.00 |
| 10/10/2022 | Mitchell Boal | Analyzed historical sales data for various drugs for cumulative update. | Business Analysis / Operations | 0.60 | 530.00 | $318.00 |
| 10/10/2022 | Christian Klawunder | Drafted correspondence to counsel regarding settlement. | Plan and Disclosure Statement | 0.90 | 650.00 | $585.00 |
| 10/10/2022 | Mitchell Boal | Analyzed most recent prescription data and prepare trend analysis. | Business Analysis / Operations | 1.50 | 530.00 | $795.00 |
| 10/10/2022 | Mitchell Boal | Analyzed weekly NPA data for TRx analysis. | Business Analysis / Operations | 0.50 | 530.00 | $265.00 |
| 10/10/2022 | Michael Atkinson | Review and follow up regarding Sackler financial update requests | Plan and Disclosure Statement | 0.70 | 1,150.00 | $805.00 |
| 10/10/2022 | Eric Mattson | Began drafting interim fee app. | Fee / Employment Applications | 1.00 | 220.00 | $220.00 |
| 10/10/2022 | Christian Klawunder | Evaluated net assets of IAC entities. | Litigation | 1.20 | 650.00 | $780.00 |
| 10/10/2022 | Mitchell Boal | Updated branded ER data with most recent. | Business Analysis / Operations | 1.20 | 530.00 | $636.00 |
| 10/10/2022 | Eunice Min | Review M. Boal's prescription/sales by product analysis. | Business Analysis / Operations | 1.30 | 760.00 | $988.00 |
| 10/10/2022 | Mitchell Boal | Updated prescription and sales tracking analysis for branded ER opioids. | Business Analysis / Operations | 1.00 | 530.00 | $530.00 |
| 10/10/2022 | Timothy Strickler | Reviewed/analyzed weekly spreadsheet of claims data received from claims agent. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 10/10/2022 | Mitchell Boal | Analyzed periodic sales and prescription data. | Business Analysis / Operations | 1.50 | 530.00 | $795.00 |
| 10/10/2022 | Timothy Strickler | Imported claims data into database, and updated tables and queries for analyses. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 10/10/2022 | Timothy Strickler | Reviewed newly filed proofs of claim. | Claims Analysis and Objections | 0.30 | 530.00 | $159.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2022 | Michael Atkinson | Review and analyze historical claims issues for counsel related to litigation issues | Claims Analysis and Objections | 2.30 | 1,150.00 | $2,645.00 |
| 10/11/2022 | Eunice Min | Prepare additional edits to cash flow update slides. | Business Analysis / Operations | 0.90 | 760.00 | $684.00 |
| 10/11/2022 | Eunice Min | Review and revise August fee statement for sharing with Akin. | Fee / Employment Applications | 1.40 | 760.00 | $1,064.00 |
| 10/11/2022 | Christian Klawunder | Evaluated family trusts with de minimis net assets. | Plan and Disclosure Statement | 1.30 | 650.00 | $845.00 |
| 10/11/2022 | Eunice Min | Continue preparing and finalizing financial update slides for next committee call. | Committee Activities | 1.50 | 760.00 | $1,140.00 |
| 10/11/2022 | Michael Atkinson | Review opioid studies and provide counsel analysis regarding | Claims Analysis and Objections | 1.60 | 1,150.00 | $1,840.00 |
| 10/11/2022 | Timothy Strickler | Updated and reconciled analysis of litigation claims. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 10/11/2022 | Timothy Strickler | Reviewed recent opioid litigation articles. | Business Analysis / Operations | 0.80 | 530.00 | $424.00 |
| 10/11/2022 | Mitchell Boal | Updated NPA Analysis model. | Business Analysis / Operations | 0.90 | 530.00 | $477.00 |
| 10/11/2022 | Christian Klawunder | Evaluated collateral trust agreement markup. | Plan and Disclosure Statement | 1.40 | 650.00 | $910.00 |
| 10/11/2022 | Jason Crockett | Analyze information related to known and knowable opioid exposure at various points in time. | Claims Analysis and Objections | 1.10 | 910.00 | $1,001.00 |
| 10/11/2022 | Eunice Min | Review and revise slides on July YTD results for UCC. | Committee Activities | 1.70 | 760.00 | $1,292.00 |
| 10/12/2022 | Eric Mattson | Completed draft of interim fee app and emailed to E. Min for review. | Fee / Employment Applications | 1.80 | 220.00 | $396.00 |
| 10/12/2022 | Christian Klawunder | Evaluated net asset value of IACs. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 10/12/2022 | Michael Atkinson | Review and prepare committee materials | Committee Activities | 1.60 | 1,150.00 | $1,840.00 |
| 10/12/2022 | Timothy Strickler | Updated and reconciled analysis of non-litigation claims. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 10/13/2022 | Michael Atkinson | Committee call | Committee Activities | 0.50 | 1,150.00 | $575.00 |
| 10/13/2022 | Eunice Min | Review counsel's edits to July fee app and prepare final billing details. | Fee / Employment Applications | 0.20 | 760.00 | $152.00 |
| 10/13/2022 | Michael Atkinson | Review insurance litigation issues for counsel | Litigation | 0.70 | 1,150.00 | $805.00 |
| 10/13/2022 | Christian Klawunder | Analyzed distributions for tax purposes and actual tax remittances. | Litigation | 1.90 | 650.00 | $1,235.00 |
| 10/13/2022 | Christian Klawunder | Traced debtor distributions intended for tax payments. | Litigation | 1.10 | 650.00 | $715.00 |
| 10/13/2022 | Jason Crockett | Review and analyze issues related to operations | Business Analysis / Operations | 1.40 | 910.00 | $1,274.00 |
| 10/13/2022 | Eunice Min | Participate on committee call regarding financial update and other matters. | Committee Activities | 0.60 | 760.00 | $456.00 |
| 10/13/2022 | Eunice Min | Prepare to give presentation to committee on financial and business update. | Committee Activities | 1.40 | 760.00 | $1,064.00 |
| 10/13/2022 | Jason Crockett | Review of recent financial and operations performance results, total cash flow activity, and related information for update to UCC. | Committee Activities | 1.20 | 910.00 | $1,092.00 |
| 10/14/2022 | Michael Atkinson | Committee update materials | Committee Activities | 0.70 | 1,150.00 | $805.00 |
| 10/14/2022 | Christian Klawunder | Evaluated recovery of inter-family loans and receivables. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 10/14/2022 | Michael Atkinson | Call with counsel regarding FDA issues | Committee Activities | 0.50 | 1,150.00 | $575.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2022 | Christian Klawunder | Evaluated latest business plan update from debtors. | Business Analysis / Operations | 1.20 | 650.00 | $780.00 |
| 10/15/2022 | Michael Atkinson | Review and analyze draft analysis of estate causes of action for counsel | Litigation | 2.30 | 1,150.00 | $2,645.00 |
| 10/16/2022 | Eunice Min | Review and revise draft ninth interim fee app. | Fee / Employment Applications | 1.90 | 760.00 | $1,444.00 |
| 10/17/2022 | Michael Atkinson | Review Sackler asset issues | Plan and Disclosure Statement | 0.80 | 1,150.00 | $920.00 |
| 10/17/2022 | Christian Klawunder | Analyzed economic considerations for plan alternative. | Plan and Disclosure Statement | 1.70 | 650.00 | $1,105.00 |
| 10/17/2022 | Eunice Min | Prepare final edits to August fee statement. | Fee / Employment Applications | 0.30 | 760.00 | $228.00 |
| 10/17/2022 | Stilian Morrison | Analyze cash forecast as of 10/6 | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 10/17/2022 | Michael Atkinson | Review insurance questions and analysis for counsel | Litigation | 1.20 | 1,150.00 | $1,380.00 |
| 10/17/2022 | Raul Busto | Review business plan schedule uploads to provide update to team. | Business Analysis / Operations | 0.60 | 600.00 | $360.00 |
| 10/17/2022 | Stilian Morrison | Review Debtors' diligence responses to questions on July 2022 business plan | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 10/17/2022 | Christian Klawunder | Evaluated trusts for inclusion in financial update. | Plan and Disclosure Statement | 0.80 | 650.00 | $520.00 |
| 10/17/2022 | Timothy Strickler | Reviewed weekly claims schedules received from claims agent. | Claims Analysis and Objections | 1.50 | 530.00 | $795.00 |
| 10/17/2022 | Timothy Strickler | Reviewed new proofs of claim added to the claims register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 10/17/2022 | Timothy Strickler | Imported claims information into database, and updated tables and queries for analyses. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 10/17/2022 | Stilian Morrison | Analyze cash reporting for week ended 9/23 | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 10/17/2022 | Stilian Morrison | Analyze branded opioid competing prescription data | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 10/18/2022 | Timothy Strickler | Updated claims summary and detail schedules for recent activity. | Claims Analysis and Objections | 1.90 | 530.00 | $1,007.00 |
| 10/18/2022 | Michael Atkinson | Review and consider updated cash tracing materials for counsel | Litigation | 2.60 | 1,150.00 | $2,990.00 |
| 10/18/2022 | Christian Klawunder | Revised slides for distribution tracing analysis. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 10/19/2022 | Christian Klawunder | Analyzed debtors' current and projected cash position. | Business Analysis / Operations | 1.40 | 650.00 | $910.00 |
| 10/19/2022 | Christian Klawunder | Analyzed branded sales projections in updated business plan. | Business Analysis / Operations | 1.80 | 650.00 | $1,170.00 |
| 10/20/2022 | Michael Atkinson | Review insurance litigation issues | Litigation | 1.40 | 1,150.00 | $1,610.00 |
| 10/20/2022 | Joshua Williams | Traced IAC RE change of ownership | Litigation | 1.60 | 640.00 | $1,024.00 |
| 10/20/2022 | Christian Klawunder | Analyzed updated projections in latest business plan. | Business Analysis / Operations | 1.60 | 650.00 | $1,040.00 |
| 10/20/2022 | Christian Klawunder | Evaluated scenarios under latest business plan. | Business Analysis / Operations | 1.30 | 650.00 | $845.00 |
| 10/20/2022 | Joshua Williams | Continue to trace IAC current assets between recoverability analysis | Litigation | 1.30 | 640.00 | $832.00 |
| 10/20/2022 | Joshua Williams | Traced IAC current assets between IAC payees for recoverability analysis | Litigation | 2.10 | 640.00 | $1,344.00 |
| 10/20/2022 | Joshua Williams | Traced IAC equipment and materials charges | Litigation | 0.60 | 640.00 | $384.00 |
| 10/21/2022 | Michael Atkinson | Review questions from counsel related to insurance litigation issues | Litigation | 1.40 | 1,150.00 | $1,610.00 |
| 10/21/2022 | Christian Klawunder | Analyzed actual tax remittances from recipients of debtor distributions. | Litigation | 2.20 | 650.00 | $1,430.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/2022 | Christian Klawunder | Evaluated recovery of distributions to IACs. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 10/22/2022 | Michael Atkinson | Review and consider committee presentation materials | Committee Activities | 1.60 | 1,150.00 | $1,840.00 |
| 10/23/2022 | Christian Klawunder | Continued to evaluate recoverable value of distributions to IACs. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 10/23/2022 | Eric Mattson | Drafted September fee statement and emailed to E. Min for review. | Fee / Employment Applications | 1.40 | 220.00 | $308.00 |
| 10/24/2022 | Joshua Williams | Examine and read audits for intercompany accounting practices | Litigation | 0.70 | 640.00 | $448.00 |
| 10/24/2022 | Christian Klawunder | Analyzed scenarios under latest business plan. | Business Analysis / Operations | 1.30 | 650.00 | $845.00 |
| 10/24/2022 | Joshua Williams | Examine intercompany liabilities for IAC payees | Litigation | 0.80 | 640.00 | $512.00 |
| 10/24/2022 | Joshua Williams | Review and aggregate intercompany liabilities for IAC payees | Litigation | 2.30 | 640.00 | $1,472.00 |
| 10/24/2022 | Timothy Strickler | Imported new claims information into database; updated tables and queries for analyses. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 10/24/2022 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 10/24/2022 | Timothy Strickler | Reviewed claims update schedules received from claims agent. | Claims Analysis and Objections | 1.40 | 530.00 | $742.00 |
| 10/24/2022 | Christian Klawunder | Analyzed debtors' projected and current cash position. | Business Analysis / Operations | 1.60 | 650.00 | $1,040.00 |
| 10/24/2022 | Stilian Morrison | Review Rhodes Pharma weekly sales report | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 10/24/2022 | Joshua Williams | Analyze IAC accounting from Management Revisions | Litigation | 2.10 | 640.00 | $1,344.00 |
| 10/24/2022 | Stilian Morrison | Analyze weekly cash reporting for weeks ended 9/30 and 10/7 | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 10/25/2022 | Joshua Williams | Review accounting for IAC JVs and associated liabilities | Litigation | 1.60 | 640.00 | $1,024.00 |
| 10/25/2022 | Joshua Williams | Analyze transfers between IAC for recoverability analyses | Litigation | 0.50 | 640.00 | $320.00 |
| 10/25/2022 | Joshua Williams | Continue to examine intercompany liabilities for IAC payees | Litigation | 1.70 | 640.00 | $1,088.00 |
| 10/25/2022 | Christian Klawunder | Evaluated flows of funds for distribution tracing exhibit. | Litigation | 2.60 | 650.00 | $1,690.00 |
| 10/25/2022 | Michael Atkinson | Review and analyze questions from counsel related to draft analysis related to estate claims | Litigation | 2.40 | 1,150.00 | $2,760.00 |
| 10/25/2022 | Michael Atkinson | Attend hearing | Court Hearings | 0.70 | 1,150.00 | $805.00 |
| 10/26/2022 | Michael Atkinson | Review and analyze various plan options | Plan and Disclosure Statement | 1.40 | 1,150.00 | $1,610.00 |
| 10/26/2022 | Christian Klawunder | Analyzed tax remittances from recipients of debtor distributions. | Litigation | 1.70 | 650.00 | $1,105.00 |
| 10/26/2022 | Christian Klawunder | Evaluated revised projections in latest business plan. | Business Analysis / Operations | 1.40 | 650.00 | $910.00 |
| 10/27/2022 | Christian Klawunder | Analyzed net assets of IAC entities. | Business Analysis / Operations | 1.30 | 650.00 | $845.00 |
| 10/27/2022 | Timothy Strickler | Updated analysis of litigation claims filed to date. | Claims Analysis and Objections | 2.10 | 530.00 | $1,113.00 |
| 10/27/2022 | Christian Klawunder | Analyzed family trusts with IAC related assets. | Litigation | 1.70 | 650.00 | $1,105.00 |
| 10/28/2022 | James Bland | Analyzed NAS claims | Committee Activities | 1.00 | 715.00 | $715.00 |
| 10/28/2022 | Christian Klawunder | Analyzed recovery of distributions to IACs. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 10/28/2022 | Stilian Morrison | Review transcript from 10/25 hearing | Court Hearings | 0.30 | 900.00 | $270.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2022 | Timothy Strickler | Updated analysis of non-litigation claims filed to date. | Claims Analysis and Objections | 1.90 | 530.00 | $1,007.00 |
| 10/28/2022 | Michael Atkinson | Follow up on status of production from Sacklers | Plan and Disclosure Statement | 0.70 | 1,150.00 | $805.00 |
| 10/29/2022 | Michael Atkinson | Review and analyze cash tracing update materials for counsel related to trusts | Litigation | 3.60 | 1,150.00 | $4,140.00 |
| 10/29/2022 | Christian Klawunder | Reviewed and analyzed latest markup of CTA from Sacklers. | Plan and Disclosure Statement | 1.80 | 650.00 | $1,170.00 |
| 10/30/2022 | Michael Atkinson | Review tax tracing update for counsel | Litigation | 1.50 | 1,150.00 | $1,725.00 |
| 10/30/2022 | Michael Atkinson | Follow up on diligence request from Sacklers | Plan and Disclosure Statement | 0.30 | 1,150.00 | $345.00 |
| 10/30/2022 | Christian Klawunder | Evaluated issues in latest markup of collateral trust agreement. | Plan and Disclosure Statement | 1.60 | 650.00 | $1,040.00 |
| 10/31/2022 | Timothy Strickler | Reviewed newly filed proofs of claim. | Claims Analysis and Objections | 0.30 | 530.00 | $159.00 |
| 10/31/2022 | Stilian Morrison | Review weekly cash reporting | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 10/31/2022 | Timothy Strickler | Imported recent claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 2.10 | 530.00 | $1,113.00 |
| 10/31/2022 | Christian Klawunder | Traced subsequent transfers from I-Way Entities. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 10/31/2022 | Timothy Strickler | Reviewed weekly claims schedules uploaded by claims agent. | Claims Analysis and Objections | 1.30 | 530.00 | $689.00 |
| 10/31/2022 | Stilian Morrison | Analyze September filed 2022 Purdue and Rhodes sales by product | Business Analysis / Operations | 0.50 | 900.00 | $450.00 |
| 10/31/2022 | Stilian Morrison | Analyze weekly Purdue and Rhodes sales by products | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |