UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

# TENTH SUPPLEMENTAL DECLARATION OF
# LISA DONAHUE OF ALIXPARTNERS, LLP

Under 28 U.S.C. § 1746, I, LISA DONAHUE, declare as follows under the penalty of perjury, that:

1.  I am a managing director of AlixPartners, LLP ("**AlixPartners**" or the "**Firm**"), which has a principal place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.  Except as otherwise noted, I have personal knowledge of the matters set forth herein. If called and sworn as a witness, I could, and would, testify competently to the matters set forth herein.

3.  I make this supplemental declaration in furtherance of paragraph 7 of the *Order Authorizing Debtors (*the "**Debtors**"*) to Retain and Employ AlixPartners, LLP as Financial*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Advisor nunc pro tunc to the Petition Date*[2], entered on November 21, 2019 [Docket No. 528], and in accordance with Section 330 (a)(3)(F) of the Bankruptcy Code.

4.	Effective January 1, 2023, the standard hourly rate ranges established by AlixPartners for professionals are set forth below:

| Rate Ranges as of January 1, 2023 | |
| --- | --- |
| **Title** | **Hourly Rate** |
| Managing Director | US$1,140 – US$1,400 |
| Partner | US$1,115 |
| Director | US$880 – US$1,070 |
| Senior Vice President | US$735 – US$860 |
| Vice President | US$585 – US$725 |
| Consultant | US$215 – US$565 |
| Paraprofessional | US$360 – US$380 |

5.	The increased rates are consistent with, and typical of, compensation arrangements entered into by comparable firms that render similar services. The increase in rates set forth herein is reasonable, market-based, and designed as fair compensation for the services provided.

6.	The individual billing rates assigned to the professionals providing services in these chapter 11 cases will be reflected on the invoices and fee applications.

7.	The engagement letter dated as of March 5, 2019 (the "**Engagement Letter**"), as modified on April 24, 2019 (the "**First Addendum**") and as further modified on May 8, 2019 (the "**Second Addendum**"), and as amended on August 15, 2019 (the "**First Amendment**" and

---

[2] Capitalized terms used but not otherwise defined hereing have the same meanings set forth in the Application.

together with the Engagement Letter, First Addendum and Second Addendum, the "**Agreements**"), by and between AlixPartners and the Debtors informed the Debtors that our rates are revised annually.

8. On December 13, 2023, the Debtors consented to the rate increases set forth herein.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: December 15, 2022                                AlixPartners, LLP


                                                         */s/ Lisa Donahue*
                                                        Lisa Donahue
                                                        Managing Director