UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.¹ | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF GREGORY G. GARRE
IN SUPPORT APPLICATION OF DEBTORS FOR AUTHORITY TO
RETAIN AND EMPLOY LATHAM & WATKINS LLP AS SPECIAL COUNSEL
TO THE DEBTORS EFFECTIVE AS OF JANUARY 13, 2022**

I, Gregory G. Garre, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the bar of the District of Columbia, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

2. On April 1, 2022, the Debtors filed an application to retain and employ L&W as special counsel to the Debtors [D.I. 4627] (the "Application").² My declaration in support of the Application (the "Initial Declaration") was attached to the Application as Exhibit B. On April 18, 2022, the Court entered the *Order Authorizing the Retention and Employment of Latham &*

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

² Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

*Watkins LLP as Special Counsel to the Debtors Effective as of January 13, 2022* [D.I. 4670] (the "Retention Order").

3. I submit this supplemental declaration in connection with the Application to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b) and the Retention Order, which requires L&W to provide notice of changes to its hourly rates during the Chapter 11 Cases.

4. In the Initial Declaration, I disclosed L&W's hourly rates in effect at that time for the L&W Services. I also disclosed that the hourly rates are subject to periodic adjustments. As such, in the ordinary course of L&W's business and in keeping with L&W's established billing practices and procedures, L&W's standard billing rates will be adjusted firm-wide on January 1, 2023. Specifically, effective January 1, 2023, L&W's hourly rates for professionals and paraprofessionals who may provide services to the Debtors will range as follows:

| Billing Category | Range |
|---|---|
| Partners | $1,360 to $2,230 |
| Counsel | $1,300 to $1,690 |
| Associates | $705 to $1,400 |
| Professional Staff | $210 to $1,050 |
| Paralegals | $300 to $660 |

5. As disclosed in the Initial Declaration, L&W has agreed to a 10% discount on its standard hourly rates and will apply such discount to the rates listed above.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 15th day of December, 2022.

/s/ Gregory G. Garre
Gregory G. Garre