DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF FILING MONTHLY REPORT PURSUANT TO THE ORDER APPROVING PROCEDURES FOR DE MINIMIS ASSET TRANSACTIONS

**PLEASE TAKE NOTICE** that on that on November 11, 2022, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered the *Order Approving Procedures for (i) the Sale of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (ii) the Abandonment of Certain of the Debtors' Property* [ECF No. 5211] (the "**De Minimis Asset Transactions Order**").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the De Minimis Asset Transactions Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 15 of the De Minimis Asset Transactions Order, the Debtors are required to file a written report with the Court within 30 days after the end of each calendar month in which De Minimis Assets were sold, transferred or abandoned, which report shall include the names of the purchasing or recipient parties, if any, and the types and amounts of the transactions (each such report, a "**Monthly Report**").

**PLEASE TAKE FURTHER NOTICE** that the Monthly Report for the month ending on December 31, 2022, is attached hereto as Exhibit A.

Dated:   December 15, 2022
         New York, New York

                                 DAVIS POLK & WARDWELL LLP

                                 By:   */s/ Eli J. Vonnegut*
                                          Eli J. Vonnegut

                                 450 Lexington Avenue
                                 New York, New York 10017
                                 Telephone: (212) 450-4000
                                 Facsimile:  (212) 701-5800
                                 Marshall S. Huebner
                                 Benjamin S. Kaminetzky
                                 Eli J. Vonnegut
                                 Christopher S. Robertson

                                 *Counsel to the Debtors*
                                 *and Debtors in Possession*

# Exhibit A

## Monthly Report for Month Ending on December 31, 2022

**PURDUE PHARMA L.P.**
De Minimis Asset Transaction Summary – December 2022

This report summarizes transactions consummated between December 1, 2022, and December 31, 2022, pursuant to the De Minimis Asset Transactions Order [ECF No. 5211].

| Asset Description | Transaction Type/Description | Purchasing Party | Sale Price |
|---|---|---|---|
| Surplus equipment | Sale | Pharmaron Manufacturing Services (US) LLC | $475,000 |