COMMONWEALTH OF MASSACHUSETTS
Office of the Attorney General
Gillian Feiner
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
617-680-8297
gillian.feiner@mass.gov
*Counsel to the Commonwealth of Massachusetts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 19-23649-shl<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Honorable Sean H. Lane, United States Bankruptcy Judge:

　　The undersigned attorney, Gillian Feiner, hereby withdraws her appearance as counsel for the Commonwealth of Massachusetts in the above-captioned Chapter 11 cases, because she will conclude her service as an Assistant Attorney General on December 16, 2022. The Commonwealth will continue to be represented by Assistant Attorney General Eric Gold.

Dated: December 16, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Respectfully submitted,

*/s/ Gillian Feiner*
Gillian Feiner, Mass. BBO No. 664152
Senior Enforcement Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: 617-963-2571
gillian.feiner@mass.gov

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2022, I served a true and correct copy of this document by electronic mail to all parties who are deemed to have consented to electronic service through the Court's CM/ECF system.
.

*/s/ Gillian Feiner*
Gillian Feiner, Mass. BBO No. 664152
Senior Enforcement Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: 617-963-2571
gillian.feiner@mass.gov

2