Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTIETH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | October 1, 2022 through October 31, 2022 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| Total compensation and reimbursement requested in this statement | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**   _X_ Monthly Application____Interim Application____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirtieth Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2022 through October 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from October 1, 2022 through and including October 31, 2022, is referred to herein as the "**Fee Period**".

2

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### <u>Notice</u>

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: December 20, 2022                    **BIELLI & KLAUDER LLC**


                                            */s/ Thomas D. Bielli*
                                            Thomas D. Bielli, Esquire (ID No. 5831474)
                                            1905 Spruce Street
                                            Philadelphia, PA 19103
                                            Phone: (215) 642-8271
                                            tbielli@bk-legal.com

                                            *Counsel to Fee Examiner*
                                            *David M. Klauder, Esquire*

## Exhibit A

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 17.1 |
| Fee/Employment Applications- Retained Professionals | 65.50 |
| Case Administration | 14.40 |
| **Total** | **97.00** |

## Exhibit B

### Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 4.80 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 9.20 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 25.30 |
| Melissa Hartlipp | Law Clerk; joined B&K in 2020 | $175.00 | 27.20 |
| Brooke Hoffmann | Legal Assistant; joined B&K in 2022 | $150.00 | 11.40 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 19.10 |

## Exhibit C

### Computation of Monthly Fee

| Fee Description | Amount |
|---|---:|
| Monthly Fee for October 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

| | |
|---|---|
| **INVOICE #** | 1419 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - October 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

## $24,250.00

## **Exhibit D**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

December 19, 2022

Purdue Pharma, L.P.

**Invoice Number: 2647**
Invoice Period: 10-01-2022 - 10-31-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Arnold & Porter's Thirty-Fifth Monthly Fee Statement; Receipt of Caplin's Thirty-Fifth Monthly Fee Statement; Receipt of PJT's Thirtieth Monthly Fee Statement; Receipt of Gilbert's Thirty-Fourth Monthly Fee Statement, review key and corresponding data; Receipt of KCC's Thirtieth Monthly Fee Statement; Receipt of Province's Thirty-Second Monthly Fee Statement; Receipt of Jefferies' Thirty-First Monthly Fee Statement; Receipt of Bedell Cristin's Twenty-Fifth Monthly Fee Statement; Receipt of Cole Schotz's Twenty-Seventh Monthly Fee Statement; Receipt of Akin Gump's Thirty-Second Monthly Fee Statement; Receipt of FTI's Thirty-Fourth Monthly Fee Statement; Receipt of Brown Rudnick's Thirty-Fourth Monthly Fee Statement | | | |
| 10-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Otterbourg's Thirty-Fourth Monthly Fee Statement; Receipt of Skadden's Thirty-Third Monthly Fee Statement; Receipt of Arnold & Porter's 35th month data; Receipt of FTI's 34th month data; Receipt of Reed Smith's Fourth Monthly Fee Statement; Receipt of Skadden's 33rd month data; Receipt of Dechert's Thirty-Fifth Monthly Fee Statement; Receipt of Alix Partners' Thirty-Fifth Monthly Fee Statement; Receipt of Reed Smith's 4th month data; Receipt of Grant Thornton's Eleventh Monthly Fee Statement and corresponding data; email correspondence with Legal Decoder re: published and outstanding data | | | |
| 10-08-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Ernst & Young's Fourteenth Monthly Fee Statement; Receipt of Caplin's 35th month data; Receipt of Kramer Levin's Thirty-Third Monthly Fee Statement; Receipt of King & Spalding's 36th monthly fee statement and corresponding data; receipt and review of correspondence from T. Bielli regarding 9th interim deadlines; Receipt of Arnold & Porter's Thirty-Sixth Monthly Fee Statement and corresponding data | | | |
| 10-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discussions with BK team re: upcoming interim fee app review | | | |
| 10-10-2022 | Isabel Bielli | [ALL] Case Administration | 0.70 | 125.00 | 87.50 |
| | | Go through july and august filings | | | |
| 10-10-2022 | Isabel Bielli | [ALL] Case Administration | 0.10 | 125.00 | 12.50 |
| | | Add up BK monthly averages | | | |
| 10-10-2022 | Isabel Bielli | [ALL] Case Administration | 1.20 | 125.00 | 150.00 |
| | | Team Meeting | | | |
| 10-10-2022 | Melissa Hartlipp | [ALL] Case Administration | 1.10 | 175.00 | 192.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | [ALL] Case Administration; Zoom training with TN, IB, BH | | | |
| 10-10-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 125.00 | 125.00 |
| | | Draft BK 27 & 28 fee applications and exhibits | | | |
| 10-10-2022 | Isabel Bielli | [ALL] Case Administration | 0.70 | 125.00 | 87.50 |
| | | go through september filings | | | |
| 10-10-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Attention to and final edits to July Monthly Fee Statement | | | |
| 10-10-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Attention to and final edits to August Monthly Fee Statement | | | |
| 10-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Team conference call | | | |
| 10-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Conference call with team with respect to Interim review | | | |
| 10-10-2022 | Brooke Hoffmann | B110 - Case Administration | 1.20 | 150.00 | 180.00 |
| | | Review using Legal Decoder and Excel to review expenses and create reports. | | | |
| 10-10-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Meeting with fee reviewers to go over LSA, assignments and review protocol | | | |
| 10-11-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Review monthly fee apps for BK | | | |
| 10-11-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.60 | 150.00 | 90.00 |
| | | File and service Twenty Seventh Monthly Fee Statement of Bielli & Klauder, LLC for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner, David M. Klauder, for the Period from July 1, 2022 Through July 31, 2022 and Twenty-Eighth Monthly Fee Statement of Bielli & Klauder, LLC for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner, David M. Klauder, for the Period from August 1, 2022 Through August 31, 2022 | | | |
| 10-11-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 125.00 | 100.00 |
| | | Draft September Monthly | | | |
| 10-11-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 125.00 | 187.50 |
| | | Draft 8th interim fee application | | | |
| 10-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Final review, revisions and edits to July Fee Statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Final review, revisions and edits to Auust Fee Statement | | | |
| 10-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Draft September Fee Statement | | | |
| 10-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Interim Fee Statement | | | |
| 10-12-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to BK interim fee app | | | |
| 10-12-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.50 | 150.00 | 75.00 |
| | | File and serve Twenty-Ninth Monthly Fee Statement of Bielli & Klauder, LLC for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner, David M. Klauder, for the Period From September 1, 2022 Through September 30, 2022 | | | |
| 10-12-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Attention to September Monthly Fee Statement and oversee filing and service of same | | | |
| 10-12-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Attention to Eighth Interim Fee Application and oversee filing and service of same | | | |
| 10-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Latham & Watkins monthly fee app and detail | | | |
| 10-15-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Receipt of Jones Day's Thirty-Third Monthly Fee Statement; Receipt of KCC's Thirty-First Monthly Fee Statement; Receipt of Province's Thirty-Third Monthly Fee Statement; Receipt of Jefferies' Thirty-Second Monthly Fee Statement; Receipt of Bedell Cristin's Twenty-Sixth Monthly Fee Statement; Receipt of Cole Schotz's Twenty-Eighth Monthly Fee Statement; Receipt of Akin Gump's Thirty-Third Monthly Fee Statement; Receipt of Dechert's Thirty-Sixth Monthly Fee Statement; Receipt of UCC Professionals' May and June data | | | |
| 10-15-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Kramer Levin's Thirty-Fourth Monthly Fee Statement; Receipt of Kleinberg Kaplan's Seventh Monthly Fee Statement; Receipt of Jones Day's 31 - 33rd month data; Receipt of Houlihan's Twenty-Ninth and Thirtieth Monthly Fee Statements; Receipt of PJT's Thirty-First Monthly Fee Statement; Receipt of E&Y's Eighth Interim Fee Application; Receipt of Reed Smith's Fifth Monthly Fee Statement; Receipt of Skadden's Thirty-Fourth Monthly Fee Statement and corresponding data | | | |
| 10-15-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Grant Thornton's Twelfth Monthly Fee Statement and corresponding fee data; Receipt of Alix Partners' Thirty-Sixth Monthly Fee Statement; Email correspondence with Legal Decoder re: Reed Smith and Arnold & Porter's outstanding data; email correspondence with I. Bielli re: review assignments; email correspondence with B. Hoffman re: docket efficiencies; Receipt of Gilbert's Thirty-Fifth Monthly Fee Statement and corresponding data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-15-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

Receipt of FTI's Thirty-Fifth Monthly Fee Statement; Receipt of Grant Thornton's Fourth Interim Fee Application; Receipt of Latham Watkins' Third Monthly Fee Statement (Combined) and corresponding data; Receipt of Brown Rudnick's Thirty-Fifth Monthly Fee Statement; Receipt of PJT Partners' Ninth Interim data; Receipt of KCC's Thirty-Second Monthly Fee Statement; Receipt of Province's Thirty-Fourth Monthly Fee Statement; Receipt of Jefferies' Thirty-Third Monthly Fee Statement; Receipt of Bedell Cristin's Twenty-Seventh Monthly Fee Statement

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-15-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |

Receipt of Jones Day's Thirty-Third and Thirty-Fourth Monthly Fee Statements; Receipt of Cole Schotz's Twenty-Ninth Monthly Fee Statement; Receipt of Akin Gump's Thirty-Fourth Monthly Fee Statement; Receipt of Dechert's Ninth Interim Fee Application; Receipt of Arnold & Porter's Ninth Interim Fee Application

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-15-2022 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 0.70 | 225.00 | 157.50 |

Review of and revision of Assignment Log; correspondence to Alix Partners, Brown Rudnick, Cole Schotz, Dechert, FTI, Houlihan Lokey, Jones Day, Kleinberg Kaplan, Kramer Levin, KCC and Pullman & Comley requesting interim data; correspondence to Fee Examiner re: status update for interim reviews; email correspondence to/from Legal Decoder re: data publishing

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-16-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |

Correspondence with B-K team re: review assignments

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-16-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |

Complete review of Davis Polk's 33rd month fee and expenses

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-16-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |

Review of King & Spalding's 33-36th month fee and expenses

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-16-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |

Review of Caplin's 32-35th month fee and expenses

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-16-2022 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 175.00 | 52.50 |

[ALL] BK/Fee Examiner - Retention and Fee Applications; review monthly fee info

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-16-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |

Review of Reed Smith's 3-5th month fee and expenses

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-16-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Review current status of interim fee review

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-17-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 175.00 | 227.50 |

[ALL] Fee/Employment Applications - Retained Professionals; Zoom training with TN

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-17-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 175.00 | 87.50 |

[ALL] Fee/Employment Applications - Retained Professionals; review fee review instruction manual

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 10-17-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review various interim fee app filings | | | |
| 10-17-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 175.00 | 140.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Davis Polk fee review | | | |
| 10-17-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 225.00 | 270.00 |
| | | Work with MH on Davis Polk interim review | | | |
| 10-18-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 4.40 | 175.00 | 770.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Davis Polk fee review | | | |
| 10-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Discussions with BK team re: interim fee review, assignments and to do list | | | |
| 10-18-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 175.00 | 35.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; BK team phone call | | | |
| 10-18-2022 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Conference with team regarding fee procedure | | | |
| 10-18-2022 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Conference with FE regarding distribution of reports | | | |
| 10-18-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.30 | 150.00 | 45.00 |
| | | Discuss plans on internal conference call with starting Fee Reviews for Purdue | | | |
| 10-19-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 175.00 | 350.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Davis Polk fee report | | | |
| 10-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review notice of interim fee hearing | | | |
| 10-19-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss interim fee review status with T. Bielli | | | |
| 10-19-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 175.00 | 17.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; communication with TN regarding Davis Polk fee review | | | |
| 10-19-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 175.00 | 35.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; check status on data of assigned professionals to download | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 10-19-2022 | Isabel Bielli | [ALL] Case Administration | 0.50 | 125.00 | 62.50 |
| | | Internal call regarding update on interim | | | |
| 10-19-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 175.00 | 122.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Davis Polk few review | | | |
| 10-20-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 175.00 | 315.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Zoom training with BH and IB | | | |
| 10-20-2022 | Isabel Bielli | [ALL] Case Administration | 2.20 | 125.00 | 275.00 |
| | | Internal Training | | | |
| 10-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discuss fee review status and issues with M. Hartlipp | | | |
| 10-20-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 175.00 | 262.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Davis Polk fee review | | | |
| 10-20-2022 | Brooke Hoffmann | [ALL] Case Administration | 1.50 | 150.00 | 225.00 |
| | | Zoom with Isabel and Melissa to review Fee Reviews | | | |
| 10-21-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 3.50 | 175.00 | 612.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Davis Polk fee review | | | |
| 10-21-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 175.00 | 70.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Davis Polk fee review report | | | |
| 10-21-2022 | Isabel Bielli | [ALL] Case Administration | 2.50 | 125.00 | 312.50 |
| | | Training with brooke | | | |
| 10-21-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 2.50 | 150.00 | 375.00 |
| | | Start Ninth Interim Period review for FTI | | | |
| 10-23-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 175.00 | 122.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Draft Davis Polk fee review | | | |
| 10-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of FTI's 35th month data; Receipt of Alix Partners' interim data; Receipt of Otterbourg's July and August data; Receipt of Jones Day's 34th & 35th month data; Receipt of King & Spalding's Ninth Interim Fee Application; Receipt of Dechert's Ninth Interim Fee data | | | |
| 10-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Skadden's 35th monthly fee statement and 9th Interim Fee Application; Receipt of Kramer Levin's Thirty-Fifth Monthly Fee Statement and 9th Interim Fee Application; Receipt of KCC's 33rd monthly fee statement and Ninth Interim Fee Application; Receipt of Province's 35th monthly fee statement and 9th Interim | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | fee application; Receipt of Jefferies' 34th monthly fee statement and 9th interim fee application; Receipt of Bedell Cristin's 28th monthly fee statement and 8th interim fee application | | | |
| 10-23-2022 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 0.60 | 225.00 | 135.00 |
| | | Receipt of Cole Schotz's 30th monthly fee statement and 8th interim fee application; Receipt of Akin Gump's Thirty-Fifth Monthly Fee Statement and Ninth Interim Fee Application; Receipt of Kleinberg Kaplan's 2nd interim fee application; Receipt of Houlihan's 31st & 32nd monthly fee statement and 8th interim fee application; Receipt of Otterbourg's 35th monthly fee statement and 9th interim fee application; Receipt of Gilbert's Ninth Interim Fee Application | | | |
| 10-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Receipt of Reed Smith's First Interim Fee Application; Receipt of Alix Partners' Ninth Interim Fee Application; Receipt of Davis Polk's Ninth Interim Fee Application; Receipt of Latham Watkins' Second Interim Fee Application; Receipt of Kramer Levin's 9th interim data; Receipt of Brown Rudnick's Ninth Interim Fee Application; Receipt of balance of all UCC professionals' interim data | | | |
| 10-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Brief review of Davis Polk's draft review report and email correspondence to MH re: further work needed; Receipt of Brown Rudnick's July and August data and email correspondence to same requesting balance of interim data; Receipt of Caplin's 4th interim fee application; Receipt of Kleinberg's 2nd interim data; Review of Assignment log for outstanding data; email correspondence to and from Legal Decoder re: published data | | | |
| 10-23-2022 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 225.00 | 157.50 |
| | | Receipt of FTI's 9th Interim Fee Application; Update Assignment Log with published data status; email correspondence with MH re: Jones Day's published data; email correspondence with I. Bielli re: E&Y's data; email correspondence with Skadden and Houlihan Lokey requesting balance of interim data; Receipt of Jones Day's 9th interim fee application; Receipt of Skadden's 35th month data | | | |
| 10-23-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Call with Legal Decoder re: corrupted files; troubleshooting of same | | | |
| 10-23-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review fee app review status/update | | | |
| 10-24-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 175.00 | 35.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; circulate Zoom dial in and download Latham Watkins data | | | |
| 10-24-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 175.00 | 262.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Davis Polk fee review | | | |
| 10-24-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 150.00 | 150.00 |
| | | Examine months May and June 2022 for Ninth Interim Fee Application for Kurtzman | | | |
| 10-24-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review status of interim fee review and discuss with T. Bielli | | | |
| 10-24-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained | 0.30 | 175.00 | 52.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Latham & Watkins fee review | | | |
| 10-24-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 175.00 | 17.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; check for new data | | | |
| 10-24-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Meeting with M. Harlipp re: review of Davis Polk | | | |
| 10-24-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 175.00 | 140.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Zoom training with TN | | | |
| 10-24-2022 | Isabel Bielli | [ALL] Case Administration | 0.50 | 125.00 | 62.50 |
| | | Call with brooke regarding KCC repeated entries | | | |
| 10-24-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 150.00 | 150.00 |
| | | Examined May 2022 for Ninth Interim period for Province | | | |
| 10-25-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 150.00 | 150.00 |
| | | Edit May and June 2022 Kurtzman and May 2022 Province data | | | |
| 10-25-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 175.00 | 297.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft fee review | | | |
| 10-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discuss status of fee review with BK team | | | |
| 10-25-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 175.00 | 35.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Davis Polk fee review | | | |
| 10-25-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 150.00 | 75.00 |
| | | Complete review for expenses for Houlihan Lokey Capital, Inc. | | | |
| 10-25-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 175.00 | 35.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; pull Cole shotz data | | | |
| 10-25-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 175.00 | 70.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Cole Shotz fee review | | | |
| 10-25-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email re: UCC fee data | | | |
| 10-25-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained | 0.60 | 125.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review KCC and Province spreadsheets | | | |
| 10-25-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 175.00 | 70.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Latham Watkins fee review | | | |
| 10-25-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 175.00 | 175.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Latham Watkins review | | | |
| 10-26-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 175.00 | 87.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Cole Shotz fee review | | | |
| 10-28-2022 | Melissa Hartlipp | [ALL] Case Administration | 0.20 | 175.00 | 35.00 |
| | | [ALL] Case Administration; check status of available data | | | |
| 10-28-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 175.00 | 35.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; pull Dechert data and Dechert fee review | | | |
| 10-28-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of data and assigned reviews | | | |
| 10-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review PJT data | | | |
| 10-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review E&Y data | | | |
| 10-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Review Akin Gump 9th interim data | | | |
| 10-29-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Draft Akin Gump Review Report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence with Legal Decoder re: published and outstanding data; Review of Assignment Log; email correspondence with B-K team re: published data; receipt and review of email correspondence from Akin Gump re: Bedell Cristin's August data and correspondence to Legal Decoder re: same; Correspondence to I. Bielli re: E&Y Report; brief review of Akin Gump's review report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Review PJT's Ninth Interim fee data; revision of report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 225.00 | 427.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review and revise Davis Polk's 9th interim review report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Email correspondence to M. Hartlipp re: notes on Davis Polk review and requests for Latham review; email correspondence with Legal Decoder re: data updates | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Preparation of King & Spalding's Ninth Interim Review Report | | | |
| 10-30-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 125.00 | 250.00 |
| | | Draft interim report letters | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Preparation of Caplin Drysdale's 4th interim review report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Review of Alix Partners' Ninth Interim data | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Preparation of Alix Partners' Ninth Interim review report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review of Otterbourg's Ninth Interim fee data and preparation of Ninth Interim Review Report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review of Arnold & Porter's Ninth Interim data | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Preparation of Arnold & Porter's Ninth Interim review report | | | |
| 10-30-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Preparation of status report for Fee Examiner; correspondence to fee reviewers with due dates for balance of reviews; email correspondence with Legal Decoder re: remaining data; email correspondence with Houlihan and Kramer Levin requesting data | | | |
| 10-30-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Akin Gump interim fee analysis | | | |
| 10-30-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review interim fee review breakdown among BK team | | | |
| 10-31-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review E&Y fees | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-31-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 150.00 | 150.00 |
| | | Start review of data for Kleinberg, Kaplan, Wolff & Cohen PC | | | |
| 10-31-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 150.00 | 45.00 |
| | | Finish Fee Examiner Report of Kleinberg, Kaplan, Wolff & Cohen PC | | | |
| 10-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Reed Smith data and process same | | | |
| 10-31-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Cornerstone's March-June 2022 monthly fee statement | | | |

We appreciate your business