Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-FIRST MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | November 1, 2022 through November 30, 2022 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| Total compensation and reimbursement requested in this statement | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):** ___X___ Monthly Application _____Interim Application _____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirty-First Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2022 through November 30, 2022* (this "**Fee Statement**").[2] By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

1.       Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from November 1, 2022 through and including November 30, 2022, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: December 20, 2022

**BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

**Exhibit A**

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 10.50 |
| Fee/Employment Applications- Retained Professionals | 112.00 |
| Case Administration | 5.00 |
| **Total** | **127.50** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 27.50 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 47.60 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 16.90 |
| Melissa Hartlipp | Law Clerk; joined B&K in 2020 | $175.00 | 18.50 |
| Brooke Hoffmann | Legal Assistant; joined B&K in 2022 | $150.00 | 13.00 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 4.00 |

**Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for November 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1424
**DATE** 11/30/2022
**DUE DATE** 11/30/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - November 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

## $24,250.00

## Exhibit D

## Detailed Time Records

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

December 19, 2022

Purdue Pharma, L.P.

**Invoice Number: 2648**
Invoice Period: 11-01-2022 - 11-30-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|------:|-----:|-------:|
| 11-01-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 150.00 | 150.00 |
| | | Finish reviewing data and writing review for FTI Consulting | | | |
| 11-01-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Kleinberg report/ send edits to Brooke | | | |
| 11-01-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 150.00 | 120.00 |
| | | Start reviewing data for Province Inc. | | | |
| 11-01-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Prepare Interim Report re Arnold & Porter | | | |
| 11-01-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review AlixPartners interim fee app analysis and prepare report | | | |
| 11-01-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Caplin interim fee app analysis and prepare report | | | |
| 11-01-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review Akin Gump interim fee app analysis and prepare report | | | |
| 11-01-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Davis Polk interim fee app analysis | | | |
| 11-01-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 350.00 | 280.00 |
| | | Attention to Otterbourg review and correspond with Fee Examiner regarding same | | | |
| 11-02-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review interim report draft for Arnold & Porter and discuss with T. Bielli | | | |
| 11-02-2022 | David Klauber | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review analysis on Otterbourg fees | | | |
| 11-02-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 175.00 | 227.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Dechert fee review | | | |
| 11-02-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 175.00 | 262.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Kramer fee review | | | |
| 11-02-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 175.00 | 17.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Jones Day fee review | | | |
| 11-02-2022 | David Klauber | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee review, discuss issues with BK team | | | |
| 11-02-2022 | Isabel Bielli | [ALL] Case Administration | 0.30 | 125.00 | 37.50 |
| | | meeting with Brooke and Time | | | |
| 11-02-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Call with Thomas Bielli and Isabel Bielli on coordinating Isabel teaching Brooke spreadsheets | | | |
| 11-03-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 4.00 | 150.00 | 600.00 |
| | | Work on Fee Examiner reports for Kleinberg Kaplan & Wolff, Province Inc., FTI, and Kurtzman Carson Consultants | | | |
| 11-03-2022 | David Klauber | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee review | | | |
| 11-03-2022 | David Klauber | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Finalize interim report for Akin Gump | | | |
| 11-03-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 175.00 | 315.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Jones Day fee review | | | |
| 11-03-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 125.00 | 87.50 |
| | | Create final spreadsheets | | | |
| 11-04-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 175.00 | 280.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Cole Shotz fee review | | | |
| 11-04-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Create chart for Arnold Porter | | | |
| 11-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Arnold & Porter interim report letter and send out same | | | |
| 11-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Caplin interim report letter and send out same | | | |
| 11-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review AlixPartners interim report letter and send out same | | | |
| 11-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review and edit Akin Gump interim report letter and send out same | | | |
| 11-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Email to Otterbourg re: no issues with interim fee app | | | |
| 11-04-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Davis Polk interim fee review | | | |
| 11-04-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 175.00 | 210.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Cole Shots fee review | | | |
| 11-04-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.90 | 150.00 | 135.00 |
| | | Finish up reviews for Province Inc, Kleinberg, Kaplan, Wolff, & Cohen, and FTI. | | | |
| 11-04-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 175.00 | 35.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; edit Latham Watkins | | | |
| 11-04-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 175.00 | 192.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Dechert fee review | | | |
| 11-04-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 175.00 | 175.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Jones Day fee review | | | |
| 11-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review data transfer | | | |
| 11-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review file and correspondence regarding Arnold & Porter Fee Request | | | |
| 11-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.60 | 350.00 | 210.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review of final Akin Gump Report; input information into tracking software and calendar next steps | | | |
| 11-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of final Caplin & Drysdale Report; input information into tracking software | | | |
| 11-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of final Arnold & Porter Report; input information into tracking software | | | |
| 11-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Otterbourg Report; input information into tracking software | | | |
| 11-04-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of final Alix and Partners Report; input information into tracking software | | | |
| 11-04-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.10 | 150.00 | 15.00 |
| | | Insert charts into letter for Arnold Porter | | | |
| 11-05-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to DPW Report | | | |
| 11-05-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review data transfer status/issues | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Davis Polk's Thirty-Seventh Monthly Fee Statement and corresponding fee data; Receipt of Cornerstone's Twenty-First Monthly Fee Statement; Receipt of Kleinberg Kaplan's Amended Seventh Monthly Fee Statement; Receipt of King & Spalding's Thirty-Seventh Monthly Fee Statement and corresponding fee data; email correspondence with Legal Decoder re: Bedell's August data issues; Receipt of Reed Smith's Sixth Monthly Fee Statement; Receipt of Kleinberg Kaplan's Eighth Monthly Fee Statement; Receipt of PJT's Thirty-Second Monthly Fee Statement; Receipt of Brown Rudnick's Thirty-Sixth Monthly Fee Statement | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Receipt of Arnold & Porter's Thirty-Seventh Monthly Fee Statement and corresponding data; Receipt of Kramer Levin's Thirty-Sixth Monthly Fee Statement; Receipt of Dechert's Thirty-Seventh Monthly Fee Statement | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt and review of revised E&Y Eighth Interim Report; Receipt of Reed Smith's Sixth Month data; troubleshoot issues with Brown Rudnick's interim data; Receipt of Brown Rudnick's May and June data and email correspondence with Legal Decoder and B-K team re: same; Email correspondence with B. Hoffmann and Legal Decoder re: issues with KCC's August data | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review and revise Cole Schotz's 8th interim review report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Review and revise Dechert's 9th Interim Review Report | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review and revise Jones Day's 9th Interim Review Report | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review and revise Latham Watkins' Second Interim Review Report and correspondence to M. Hartlipp on reviews completed | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 225.00 | 270.00 |
| | | Review and revise Province's Ninth Interim Review and Report | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Review and revise Kleinberg's Second Interim Review and Report | | | |
| 11-05-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 175.00 | 297.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; review fee request edits | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Review and revise FTI's Ninth Interim review and report | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Email correspondence with M. Hartlipp re: revision needed to Davis Polk report and correspondence to Fee Examiner re: same: email correspondence to B. Hoffmann re: review feedback | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Review of data and preparation of Grant Thornton's Fourth Interim Report | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 225.00 | 315.00 |
| | | Review of Gilbert's Ninth Interim data | | | |
| 11-05-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 175.00 | 87.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Kramer fee review | | | |
| 11-05-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 175.00 | 192.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft Kramer Levin fee review | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Preparation of Gilbert's Ninth Interim review report | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 0.50 | 225.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review of Jefferies' Ninth Interim data | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Preparation of Jefferies' Ninth Interim review report | | | |
| 11-05-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review of Assignment log for outstanding reviews and data needed; email correspondence to Fee Examiner with completed reviews and interim status; email correspondence with Legal Decoder re: status of published data | | | |
| 11-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 350.00 | 630.00 |
| | | Prepare King & Spalding Report | | | |
| 11-06-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Jones Day Interim Fee Report; correspondence with Fee Examiner regarding same | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Troubleshoot data issues with KCC's and Bedell's August fee detail with Legal Decoder | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Review of Bedell Cristin's Eighth Interim fee application and data; preparation of Review Report | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Email correspondence with B. Hoffmann re: outstanding reviews and additional review training; email correspondence with M. Hartlipp re: status of review of Skadden and Kramer Levin; email correspondence with Legal Decoder re: status of data publishing | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Meet with B. Hoffmann re: Brown Rudnick review | | | |
| 11-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss interim fee review status with T. Bielli | | | |
| 11-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Jones Day review analysis and draft interim report and discuss with T. Bielli | | | |
| 11-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review King & Spalding review analysis and draft interim report and discuss with T. Bielli | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 225.00 | 495.00 |
| | | Review of Reed Smith's First Interim data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-06-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 175.00 | 210.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; update voluntary discount info | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Preparation of Reed Smith's First Interim review report | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review and revise Kramer Levin's 9th Interim review report | | | |
| 11-06-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Email correspondence with D. Klauder re: Houlihan review; Email correspondence with M. Hartlipp re: review of Kramer Levin expenses; Email correspondence to Fee Examiner with completed reports and status of outstanding reports; Update Review Instructions | | | |
| 11-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Dechert interim fee review and prepare interim report | | | |
| 11-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to Cole Schotz interim fee review and prepare interim report | | | |
| 11-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Province interim fee review and prepare interim report | | | |
| 11-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review various professionals interim fee apps and analysis | | | |
| 11-06-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Work with Brooke regarding final letters | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 375.00 | 562.50 |
| | | Edit and send out interim reports for various professionals, including Davis Polk, Cole Schotz, Dechert and FTI | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discussions with T. Bielli re: interim fee review | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of King & Spalding final fee report and discuss same with Fee Examiner | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Edit Province interim report and send out same | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Edit Kleinberg Kaplan letter | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Latham & Watkins interim fee app and edit letter to them | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review King & Spalding interim report and send out same | | | |
| 11-07-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 175.00 | 105.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Skadden fee review | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Jones Day interim report, discuss with T. Bielli and send out same | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Grant Thornton Review; correspondence with Fee Examiner regarding same | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.90 | 350.00 | 1,015.00 |
| | | Prepare Gilbert Fee Review report | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Grant Thornton interim fee analysis | | | |
| 11-07-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Gilbert interim fee analysis and discuss with T. Bielli | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to tracking software and requisite information regarding same | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review report with respect to Latham & Watkins; conference with Fee Examiner regarding same | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspond with Fee Examiner with respect to review of Kleinberg Kaplan Fee Report | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review final DPW Fee Report; input information in to tracking software | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 350.00 | 245.00 |
| | | Review final FTI Fee Report; input information in to tracking software | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review final Cole Shotz Fee Report; input information in to tracking software | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review final Dechert Fee Report; input information in to tracking software | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review final Provence Fee Report; input information in to tracking software | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review final Jones Day Fee Report; input information in to tracking software | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final KIng & Spalding Fee Report; input information in to tracking software | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Fee Examiner regarding Grant Thornton | | | |
| 11-07-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Fee Examiner regarding Gilbert | | | |
| 11-07-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.10 | 150.00 | 15.00 |
| | | Pull professionals from Jones Day have previously billed and create pivot table | | | |
| 11-07-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 150.00 | 60.00 |
| | | Download and upload final reviews and spreadsheets to GD for Otterbourg, Alixpartners, Arnold & Porter Kaye Scholer, Caplin Drysdale, and Akin Gump. | | | |
| 11-07-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 150.00 | 75.00 |
| | | Create formatted spreadsheets from data for reports for Province and Dechert. | | | |
| 11-07-2022 | Brooke Hoffmann | [ALL] BK Retention and Fee Applications | 0.10 | 150.00 | 15.00 |
| | | Save final interim report for King & Spalding and upload to GD | | | |
| 11-07-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload interim report for Jones Day to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.20 | 150.00 | 30.00 |
| | | Download and upload final interim report letter and spreadsheets for Davis Polk to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload final interim report letter for FTI Consulting to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.20 | 150.00 | 30.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Download and upload final interim report letter and spreadsheets for Dechert to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.20 | 150.00 | 30.00 |
| | | Download and upload final interim report letter and spreadsheets for Province to GD. | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload final interim report letter for Jones Day to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload final interim report letter for Kleinberg to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload final interim report letter for Latham and Watkins to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload final interim report letter for Gilbert to GD | | | |
| 11-08-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and upload final interim report letter for Grant Thornton to GD | | | |
| 11-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Prepare and send out letter to Kleinberg Kaplan | | | |
| 11-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Prepare and send out letter to Latham & Watkins | | | |
| 11-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss fee review with T. Bielli | | | |
| 11-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review final Kleinberg Kaplan Fee Report; input information in to tracking software | | | |
| 11-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final Kramer Levin Fee Report; input information in to tracking software | | | |
| 11-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit Gilbert report | | | |
| 11-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Gilbert interim report letter, discuss with T. Bielli and send out same | | | |
| 11-08-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Grant Thornton interim report letter and send out same | | | |
| 11-08-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Draft reed smith letter | | | |
| 11-08-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | Review time entries for reed smith | | | |
| 11-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Attention to Reed Smith Fee Request and prepare draft Fee Examiner Report | | | |
| 11-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Latham & Watkins Fee Request and prepare draft Fee Examiner Report | | | |
| 11-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final Gilbert Fee Report; input information in to tracking software | | | |
| 11-08-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review final Grant Thornton Fee Report; input information in to tracking software | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Reed Smith fee analysis and proposed interim report and send out same | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Kramer Levin fee analysis and proposed interim report and send out same | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: FTI interim report and resolution thereof | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Calls/emails with Dechert re: interim report issues | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review response to interim report from Arnold Porter, discuss with T. Bielli and emails re: same | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss current status of fee review with T. Bielli | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Draft letter to Bedell Cristin and send out same re: interim fee app | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review PJT interim fee app | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.30 | 375.00 | 112.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review Ernst & Young interim fee app | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Jefferies interim fee app | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Houlihan interim fee app | | | |
| 11-09-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.40 | 150.00 | 60.00 |
| | | Insert charts into final interim report letter and create spreadsheets for Reed Smith. Download the final documents and upload to GD | | | |
| 11-09-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 150.00 | 105.00 |
| | | Finish analyzing data and drafting interim review for Brown Rudnick | | | |
| 11-09-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Call with Kleinberg Kaplan re: interim fee app and issues raised | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from FTI in response to Fee Examiner Report | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit Reed Smith Fee Examiner Report | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit Kramer Levin Fee Examiner Report | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Global review and reconciliation of open professionals for review | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final Reed Smith Fee Report; input information in to tracking software | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final Kramer Levin Fee Report; input information in to tracking software | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response by Arnold & Porter to Fee Examiner Report | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for call with Dechert regarding Fee Examiner Report; correspondence with client regarding same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and respond to correspondence from DPW re Fee Examiner Reports | | | |
| 11-09-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence with FTI with respect to Fee Examiner's Report; revise tracking software regarding same | | | |
| 11-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss status of fee review with BK team | | | |
| 11-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails with professionals re: fee reports | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review and draft response to King & Spalding's response to Fee Examiner's Report | | | |
| 11-10-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 175.00 | 420.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; Skadden fee review | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with L&W regarding Response to Fee Examiner Report | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review of Fee Examiner Report to Bedell and inclusion of same | | | |
| 11-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review King & Spalding response to interim report, discuss with T. Bielli and reply accordingly | | | |
| 11-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to Latham interim fee review including call re: same | | | |
| 11-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review response to interim report by Jones day, discuss with T. Bielli and reply accordingly | | | |
| 11-10-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Davis Polk interim fee report including review of issues and call with DP re: same | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Conference with DPW with respect to Fee Examiner's report | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Review of Fee Examiner Report to E&Y and inclusion of same in tracking software | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Fee Examiner Report to PJT and inclusion of same in tracking software | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Fee Examiner Report to Jefferies and inclusion of same in tracking software | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Fee Examiner Report to Houlihan and inclusion of same in tracking software | | | |
| 11-10-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of response of Jones Day to Fee Examiner Report and update tracking software regarding same | | | |
| 11-10-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 175.00 | 122.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; draft fee review | | | |
| 11-10-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt and review of correspondence from Legal Decoder re: published data; review of multiple correspondence between B. Hoffmann and J. Chi regarding issues with KCC's data; Receipt of Caplin's Thirty-Sixth Monthly Fee Statement and Thirty-Seventh Monthly Fee Statement | | | |
| 11-10-2022 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review and revise Brown Rudnick's Ninth Interim Review Report; Review and revise Skadden's Ninth Interim Review Report | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review response from L&W and discuss same with Fee Examiner | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response from Reed Smith and discuss same with Fee Examiner | | | |
| 11-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Davis Polk response to interim report issues and reply accordingly | | | |
| 11-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review Reed Smith response to interim report issues, discuss with T. Bielli and reply accordingly | | | |
| 11-11-2022 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 175.00 | 87.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; review transient timekeeper info | | | |
| 11-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review AlixPartners response to interim report and reply accordingly | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Skadden Arps interim fee review with BK team | | | |
| 11-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review Brown Rudnick interim fee app and analysis and draft letter re: same | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Skadden Fee Examiner Report | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review and respond to correspondence from Reed Smith with respect to my response to Examiner's report | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review and respond to correspondence from DPW with respect to my response to Examiner's report | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 350.00 | 245.00 |
| | | Review correspondence/response from Alix Partners to Fee Examiner's Report | | | |
| 11-11-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Skadden Arps fee review and interim report, send out same | | | |
| 11-11-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.60 | 150.00 | 90.00 |
| | | Add tables and prepare spreadsheets for the Skadden Final Report Letter. | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner's Report to Brown Rudnick | | | |
| 11-11-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Correspondence and conference with Fee Examiner regarding Skadden report | | | |
| 11-11-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 150.00 | 180.00 |
| | | Review 33rd month data for Kurtzman Carson Consultants. Prepare and finalize ninth interim review. | | | |
| 11-11-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 150.00 | 105.00 |
| | | Finish review for Brown Rudnick | | | |
| 11-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Akin Gump interim fee review including review of response and draft reply | | | |
| 11-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss current status of interim fee review with BK team | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 11-13-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | QC Fee Examiner Spreadsheet reflecting status and open professionals | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare KCC report | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Discuss KCC report and review same with Fee Examiner | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Fee Examiner follow up to Province re Fee Examiner Report | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Fee Examiner follow up to Kramer Levin re Fee Examiner Report | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Fee Examiner follow up to Gilbert re Fee Examiner Report | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Fee Examiner follow up to Capdale re Fee Examiner Report | | | |
| 11-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review KCC letter and send out same | | | |
| 11-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Follow up emails with various professionals and discuss status of fee review with BK team | | | |
| 11-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to Caplin Drysdale review | | | |
| 11-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Province fee review and emails re: same | | | |
| 11-14-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to Kramer Levin fee review and expenses for appellate counsel and discussions re: same | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 350.00 | 245.00 |
| | | Prepare for and participate in call with Caplin Drysdale regarding Fee Examiner's Report | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review resolution with Akin Gump and update software regarding same | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Discussions with Fee Examiner with respect to Kramer Levin Fee Report | | | |
| 11-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Province correspondence regarding Fee Examiner's Report | | | |
| 11-14-2022 | Brooke Hoffmann | [ALL] Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and circulate Notice of Agenda for Hearing in re: Davis Polk | | | |
| 11-15-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to Skadden response and resolution re: same | | | |
| 11-15-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Skadden's response to Fee Examiner's Report; correspond with Fee Examiner regarding same | | | |
| 11-15-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with DPW regarding resolution of Skadden's Fee Report | | | |
| 11-16-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Prepare for hearing on Fee Report | | | |
| 11-16-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Attend fee hearing | | | |
| 11-16-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prep for interim fee hearing, review summary of reductions | | | |
| 11-16-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attend interim fee hearing | | | |
| 11-27-2022 | Isabel Bielli | [ALL] Case Administration | 0.20 | 125.00 | 25.00 |
| | | review case docket | | | |
| 11-30-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to BK monthly fee app prep | | | |