December 13, 2022

Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Case No:19-23649 (RDD)

Claims 10231, 614344, 615270, 67036

Your Honor,

This letter is to confirm the correct address is on file for the above referenced claims. The correct name and address is Deborah (Clonts) Rodi, 2831 Tanager Trace, Katy, TX 77493, ph 254-410-3637. I have not received any correspondence regarding the Purdue Pharma Bankruptcy in approximately 2 years, Therefore, I have however received a few phone calls from someone identifying himself as Adam and a manager with Kroll calling from 347-817-4181 inquiring about my claims, however, I have no way of verifying who he is. I have tried to obtain representation on these claims to no avail and have read on the docket of others having the same issue. Is there any help for the claimants who request help? I've done my due diligence throughout this extensive Court process and would certainly appreciate some type of court appointed legal advice or representation to navigate through the remainder of this. I humbly request a update on the Court case be mailed to me.

Respectfully,

Deborah Rodi