UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | Jointly Administered |

**NINTH SUPPLEMENTAL DECLARATION OF MARSHALL S. HUEBNER
IN SUPPORT OF THE APPLICATION OF DEBTORS FOR ENTRY OF
AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN
DAVIS POLK & WARDWELL LLP AS ATTORNEYS FOR THE DEBTORS
*NUNC PRO TUNC* TO THE PETITION DATE**

I, Marshall S. Huebner, being duly sworn, state the following under penalty of perjury:

1.  I am a partner of Davis Polk & Wardwell LLP ("**Davis Polk**"), a law firm with its principal office at 450 Lexington Avenue, New York, New York 10017 and other offices in Washington, D.C., Northern California, London, Madrid, São Paulo, Tokyo, Beijing and Hong Kong.

2.  On September 15, 2019 (the "**Petition Date**"), each of the above captioned debtors (collectively, the "**Debtors**") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). On November 5, 2019, the Debtors filed an application to employ and retain Davis Polk as attorneys for the Debtors [D.I.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

419] (the "**Application**")[2] pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York.

3. My declaration in support of the Application (the "**Original Declaration**") was attached to the Application as Exhibit A. On November 25, 2019, the Court entered the *Order Granting Debtors' Application for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors* Nunc Pro Tunc *to the Petition Date* [D.I. 542] (the "**Retention Order**"). I submitted supplemental declarations in support of the Application on December 26, 2019 [D.I. 703], May 28, 2020 [D.I. 1190], November 18, 2020 [D.I. 2011], January 5, 2021 [D.I. 2219], June 9, 2021 [D.I. 3013], November 18, 2021 [D.I. 4159], December 31, 2021 [D.I. 4259], and June 6, 2022 [D.I. 4882].

4. In connection with the Application and the Retention Order, I submit this ninth supplemental declaration (this "**Ninth Supplemental Declaration**") to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order. Unless otherwise stated in this Ninth Supplemental Declaration, I have personal knowledge of the facts set forth herein.

5. In the Original Declaration, I disclosed Davis Polk's billing rates in effect at that time for matters related to the Chapter 11 Cases. I also disclosed that that the billing rates are subject to periodic adjustments, generally on or around January 1 of each year. Pursuant to the Retention Order, Davis Polk must provide notice of changes to its billing rates during the Chapter 11 Cases. Davis Polk's billing rates that will take effect as of January 1, 2023 for matters related to the Chapter 11 Cases, range as follows:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

| Billing Category | Range |
|---|---|
| Partners | $1,705 - $2,155 |
| Counsel | $1,615 |
| Associates | $645 - $1,465 |
| Paraprofessionals | $420 - $555 |

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on December 23, 2022.

[*Signature Page Follows*]

Dated: December 23, 2022

By: */s/ Marshall S. Huebner*
Marshall S. Huebner
Partner
Davis Polk & Wardwell LLP