# Exhibit A

**Timekeeper Summary as Attorneys for
the States of CT, DE, RI, VT, OR and DC**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 37.3 | $21,074.50 |
| Geoffrey F. Fay, Partner | $495 | 5.8 | $2,871.00 |
| Total Hours | | 33.1 | |
| Total Fees | | | $23,945.50 |

ACTIVE/82754.3/IJG/10783211v1