# EXHIBIT B

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

| | |
|---|---|
| The Committee of Participating States<br>c/o Office of the Attorney General, State of Connecticut<br>Attn: Matthew Fitzsimmons, Esq., AAG<br>165 Capitol Avenue<br>Hartford, CT 06106 | August 15, 2022<br>**Invoice #** 396350<br>**Matter #** 082754.0003 |

**Re:**    **Purdue Pharma Post-Appeal Matter**

For services rendered through July 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/22 | Goldman | Review of SOAF Agreement in preparation for 3 pm Teams meeting and note comments/issues (.5); Teams meeting with Matt Gold and Bob Berman re issues/comments with first draft of SOAF Agreement in preparation for Teams meeting with States on 7/19 | 1.50 | 565.00 | 847.50 |
| 07/19/22 | Goldman | Review and outline pertinent provisions of Direct Settlement Agreement relating to actions/decisions of Nine/SOAF in preparation for 3 pm Teams meeting | 1.50 | 565.00 | 847.50 |
| 07/19/22 | Goldman | Review of revisions/comments to SOAF agreement from Matt Gold and provide revisions/comments (.8); Teams meeting with States re same (.7) | 1.50 | 565.00 | 847.50 |
| 07/20/22 | Goldman | Zoom meeting with Davis Polk attorneys, Matt Gold, Barney and Tim from CA re SOAF structure and other settlement implementation issues | 0.80 | 565.00 | 452.00 |
| 07/20/22 | Goldman | Teams meeting with Matt Gold, Bob Berman and Barney Eskandari re thoughts/approaches to SOAF and other issues discussed on earlier call with Davis Polk | 0.50 | 565.00 | 282.50 |
| 07/26/22 | Goldman | Review of reimbursement spreadsheet and Teams meeting with States re same | 0.20 | 565.00 | 113.00 |
| 07/26/22 | Goldman | Review notes of call with Davis Polk attorneys and Teams meeting with States to report on progress of | 0.50 | 565.00 | 282.50 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

19-23649-shl    Doc 5328-2    Filed 01/06/23    Entered 01/06/23 14:28:25    Exhibit B
Pg 3 of 10

Purdue Pharma Post-Appeal Matter

Invoice No.: 396350
August 15, 2022
Page 2

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | negotiations | | | |
| 07/28/22 | Goldman | Review of revised reimbursement spreadsheet; correct draft email prepared by Jeff Rupert for WA cost-share and draft and transmit email to States group re revised reimbursement calculations | 0.30 | 565.00 | 169.50 |
| 07/29/22 | Goldman | Review of May, June, July 2022 invoices for possible redaction and prepare Third Monthly Fee Statement | 1.50 | 565.00 | 847.50 |
| | | **Fees** | | | **$4,689.50** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 8.30 | 565.00 | 4,689.50 |
| | **Fees** | | | **$4,689.50** |

| | | |
|---|---|---|
| **Total Fees** | | **$4,689.50** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$4,689.50** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

The Committee of Participating States  
c/o Office of the Attorney General, State of Connecticut  
Attn: Matthew Fitzsimmons, Esq., AAG  
165 Capitol Avenue  
Hartford, CT 06106

September 9, 2022  
**Invoice #** 397397  
**Matter #** 082754.0003

**Re:**    **Purdue Pharma Post-Appeal Matter**

For services rendered through August 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/15/22 | Goldman | Review of revised SOAF Agreement with WA proposed revisions (.5); review of provisions of Direct Settlement Agreement and MDT Settlement Agreement that are referenced in SOAF Agreement and make further suggested revisions (2.5) | 3.00 | 565.00 | 1695.00 |
| 08/15/22 | Goldman | Telephone conference with Matt Gold re revisions to SOAF Agreement | 0.30 | 565.00 | 169.50 |
| 08/15/22 | Goldman | Attend Teams meeting of States re SOAF Agreement | 0.50 | 565.00 | 282.50 |
| 08/16/22 | Goldman | Telephone conference with Matt Gold re finalizing and transmitting SOAF Agreement (.2); register for 8/17 hearings and finalize clean version of SOAF Agreement for implementation of Direct Settlement Agreement | 0.50 | 565.00 | 282.50 |
| 08/17/22 | Goldman | Attend 8/17 hearings | 1.50 | 565.00 | 847.50 |
| 08/19/22 | Goldman | Review of clean and comparison draft of SOAF Agreement circulated by Matt Gold and draft and transmit responsive email | 0.30 | 565.00 | 169.50 |
| 08/22/22 | Fay | Review attorneys' e-mails regarding legal structure of SOAF | 0.40 | 495.00 | 198.00 |
| 08/25/22 | Goldman | Review of draft emails to send to Purdue re SOAF Agreement and chronology of emails re ICA comments and where we stand on documenting settlement and ancillary documents (1.0); prepare response draft email to | 1.20 | 565.00 | 678.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

19-23649-shl    Doc 5328-2    Filed 01/06/23    Entered 01/06/23 14:28:25    Exhibit B
Pg 5 of 10

Purdue Pharma Post-Appeal Matter

Invoice No.: 397397
September 9, 2022
Page 2

| **Date** | **Professional** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | send to Purdue (.2) | | | | |
| | **Fees** | | | | **$4,322.50** |

## Professional Summary

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 0.40 | 495.00 | 198.00 |
| Irve J. Goldman | Partner | 7.30 | 565.00 | 4,124.50 |
| | **Fees** | | | **$4,322.50** |

| | | |
|---|---|---|
| **Total Fees** | | **$4,322.50** |
| **Total Disbursements** | | **$0.00** |
| **Total Due This Invoice** | | **$4,322.50** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

>>Matter Note

October 19, 2022
**Invoice #** 398994
**Matter #** 082754.0003

>>End Matter Note
>>Printer:File
>>Matter User Defined Fields

**Re:    Purdue Pharma Post-Appeal Matter**

For services rendered through September 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/22 | Goldman | Review select provisions of Intercreditor Agreement which were subject to prior comments/revisions by Nine (1.2); Teams meeting with Matt Gold, Bob Berman, Tim Lungren and Barney Eskandari of CA re next steps in completing comments/suggested revisions to Intercreditor Agreement (.5) | 1.70 | 565.00 | 960.50 |
| 09/13/22 | Goldman | Detailed review of intercreditor agreement up to Article IX and note comments in preparation for meeting with counsel for WA and CA re getting collective comments to Purdue | 3.50 | 565.00 | 1977.50 |
| 09/19/22 | Goldman | Complete comprehensive review of Intercreditor Agreement and note comments (1.5); Teams meeting with state representatives from WA and CA re suggested changes (1.0) | 2.50 | 565.00 | 1412.50 |
| 09/19/22 | Fay | Review Inter-Creditor Agreement and my comments thereto from last March; Review Mathew Gold's issues memo; participate in conference call to discuss Inter-Creditor issues. | 3.40 | 495.00 | 1683.00 |
| | | **Fees** | | | **$6,033.50** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 3.40 | 495.00 | 1,683.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

Purdue Pharma Post-Appeal Matter

Invoice No.: 398994
October 19, 2022
Page 2

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 7.70 | 565.00 | 4,350.50 |
| | **Fees** | | | **$6,033.50** |
| | **Total Fees** | | | **$6,033.50** |
| | **Total Disbursements** | | | **$0.00** |
| | **Total Due This Invoice** | | | **$6,033.50** |



The Committee of Participating States  
c/o Office of the Attorney General, State of Connecticut  
Attn: Matthew Fitzsimmons, Esq., AAG  
165 Capitol Avenue  
Hartford, CT 06106

December 22, 2022  
**Invoice #** 402037  
**Matter #** 082754.0003

**Re:    Purdue Pharma Post-Appeal Matter**

For services rendered through November 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/22 | Goldman | Review of marked version of intercreditor agreement with changes from original draft in preparation for meeting with state representatives on 11/18 | 5.00 | 565.00 | 2825.00 |
| 11/18/22 | Goldman | Teams meeting with Matt Gold and Tim Lungren for CA and others re marked comments to Intercreditor Agreement (2.0); make marked changes to agreement (1.0) | 3.00 | 565.00 | 1695.00 |
| 11/18/22 | Fay | Prepare for and participate in conference call to discuss Inter creditor issues. | 2.00 | 495.00 | 990.00 |
| | | **Fees** | | | **$5,510.00** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 2.00 | 495.00 | 990.00 |
| Irve J. Goldman | Partner | 8.00 | 565.00 | 4,520.00 |
| | **Fees** | | | **$5,510.00** |

**Total Fees**     $5,510.00  
**Total Disbursements**     $0.00

**Total Due This Invoice**     $5,510.00

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains



| | |
|---|---|
| The Committee of Participating States<br>c/o Office of the Attorney General, State of Connecticut<br>Attn: Matthew Fitzsimmons, Esq., AAG<br>165 Capitol Avenue<br>Hartford, CT 06106 | January 5, 2023<br>**Invoice #** 402290<br>**Matter #** 082754.0003 |

**Re:    Purdue Pharma Post-Appeal Matter**

For services rendered through December 31, 2022

| **Date** | **Professional** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 12/09/22 | Goldman | Review of revised draft of intercreditor agreement with Kleinberg Kaplan revisions/comments in preparation for 12/12 meeting with States | 3.00 | 565.00 | 1695.00 |
| 12/12/22 | Goldman | Complete review of Kleinberg Kaplan revised version of Intercreditor Agreement in preparation for meeting with the State (.8); Zoom meeting with State Attorney Generals to go over revisions to Intercreditor Agreement (1.0) | 1.80 | 565.00 | 1017.00 |
| 12/21/22 | Goldman | Review of invoices for 4th monthly fee statement for possible privileged communications which should be redacted (.4); prepare 4th monthly fee statement (.8) | 1.20 | 565.00 | 678.00 |
| | | **Fees** | | | **$3,390.00** |

**Professional Summary**

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 6.00 | 565.00 | 3,390.00 |
| | **Fees** | | | **$3,390.00** |
| | **Total Fees**<br>**Total Disbursements** | | | **$3,390.00**<br>**$0.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

19-23649-shl    Doc 5328-2    Filed 01/06/23    Entered 01/06/23 14:28:25    Exhibit B
Pg 10 of 10

Purdue Pharma Post-Appeal Matter

Invoice No.: 402290
January 5, 2023
Page 2

| | |
|---|---:|
| **Total Due This Invoice** | **$3,390.00** |