UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
-----------------------------------------------------------x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of November 1, 2022 through November 30, 2022 (the "Thirty-Fifth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"). The Debtors are operating their businesses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Thirty-Fifth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,168.53, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,168.53 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirty-Fifth Compensation Period). Although

2

every effort has been made to include all out-of-pocket expenses incurred during the Thirty-Fifth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-Fifth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Thirty-Fifth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirty-Fifth Compensation Period is outlined below:

| Thirty-Fifth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| November 1 – 30, 2022 | $225,000.00 | ($45,000.00) | $1,168.53 | **$181,168.53** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 427.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-Fifth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | November 2022 |
|---|---|
| Jamie O'Connell | 9.0 |
| Rafael Schnitzler | 105.5 |
| Tom Melvin | 54.5 |
| Jin Won Park | 55.0 |
| Marilia Bagatini | 90.0 |
| Christopher Fletcher | 12.0 |
| Chloe Lee | 101.0 |
| **Total Hours** | **427.0** |

## III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,168.53, in each case earned or incurred during the Thirty-Fifth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 1,168.53 |
| **Total Amount Due** | **$181,168.53** |

Dated: January 10, 2023

PJT PARTNERS LP

By: /s/ *John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

# APPENDIX A

**PJT Partners**

January 10, 2023

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of November 1, 2022 through November 30, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through December 6, 2022:[1]

| | | | | |
|---|---|---|---|---|
| Ground Transportation | $ | 1,111.47 | | |
| Meals | | 57.06 | | 1,168.53 |
| **Total Amount Due** | | | **$** | **181,168.53** |

**Invoice No. 10022984**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | **GL Detail Dec-22** | **Total Expenses** |
|---|---:|---:|
| Ground Transportation | $ 1,111.47 | $ 1,111.47 |
| Employee Meals | 57.06 | 57.06 |
| **Total Expenses** | **$ 1,168.53** | **$ 1,168.53** |
| | | |
| **Ground Transportation** | | **$ 1,111.47** |
| **Meals** | | **57.06** |
| | | |
| **Total Expenses** | | **$ 1,168.53** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through December 6, 2022**
**Invoice No. 10022984**

**Ground Transportation**

| Description | Date | Amount |
|---|---|---|
| Bagatini (taxi to PJT from client offices in Stamford, CT) | 11/02/22 | 86.98 |
| Bagatini (taxi to client offices in Stamford, CT from home) | 11/02/22 | 144.20 |
| Bagatini (weeknight taxi home from office) | 11/18/22 | 30.95 |
| Bagatini (taxi to client offices in Stamford, CT from home) | 11/21/22 | 131.93 |
| Bagatini (weeknight taxi home from office) | 11/21/22 | 18.80 |
| Park (taxi to client offices in Stamford, CT from home) | 11/02/22 | 173.71 |
| Park (taxi to PJT from client offices in Stamford, CT) | 11/02/22 | 156.31 |
| Park (weeknight taxi home from office) | 11/02/22 | 31.78 |
| Park (weeknight taxi home from office) | 11/04/22 | 36.96 |
| Park (weeknight taxi home from office) | 11/08/22 | 33.23 |
| Park (weeknight taxi home from office) | 11/09/22 | 34.66 |
| Park (weeknight taxi home from office) | 11/15/22 | 41.73 |
| Park (weeknight taxi home from office) | 11/16/22 | 30.45 |
| Park (taxi to client offices in Stamford, CT from home) | 11/21/22 | 159.78 |
| **Subtotal - Ground Transportation** | | **$ 1,111.47** |

**Employee Meals**

| Description | Date | Amount |
|---|---|---|
| Lee (weeknight working dinner meal) | 09/20/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/02/22 | 20.00 |
| Park (working breakfast meal while Stamford, CT) | 11/03/22 | 8.53 |
| Park (working lunch meal while in Stamford, CT) | 11/03/22 | 8.53 |
| **Subtotal - Employee Meals** | | **57.06** |
| **Total Expenses** | | **$ 1,168.53** |

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 9.0 |
| Rafael Schnitzler | Managing Director | 105.5 |
| Tom Melvin | Vice President | 54.5 |
| Jin Won Park | Vice President | 55.0 |
| Marilia Bagatini | Associate | 90.0 |
| Christopher Fletcher | Analyst | 12.0 |
| Chloe Lee | Analyst | 101.0 |
| | **Total** | **427.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 11/01/22 | 0.5 | Email correspondences regarding various matters |
| Jamie O'Connell | 11/10/22 | 0.5 | Weekly update call with management and counsel |
| Jamie O'Connell | 11/14/22 | 0.5 | Meeting with R. Schnitzler regarding various matters |
| Jamie O'Connell | 11/15/22 | 0.5 | Call with counsel regarding various matters |
| Jamie O'Connell | 11/16/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 11/17/22 | 1.0 | Weekly update call with management and counsel |
| Jamie O'Connell | 11/21/22 | 0.5 | Call and correspondence regarding various matters |
| Jamie O'Connell | 11/22/22 | 1.0 | Videoconference with management regarding business matter |
| Jamie O'Connell | 11/22/22 | 1.0 | Calls with management regarding business matter |
| Jamie O'Connell | 11/28/22 | 1.5 | Calls with management and counsel regarding business matter |
| Jamie O'Connell | 11/29/22 | 0.5 | Videoconference with management and counsel regarding business matter |
| Jamie O'Connell | 11/30/22 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 11/30/22 | 0.5 | Review and comment on draft fee statement |
|  |  | **9.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 11/01/22 | 2.0 | Review materials for meeting with client |
| Rafael Schnitzler | 11/01/22 | 1.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/02/22 | 5.0 | In-person client meeting |
| Rafael Schnitzler | 11/02/22 | 1.0 | Discuss financial presentation |
| Rafael Schnitzler | 11/02/22 | 1.0 | Review various due diligence items |
| Rafael Schnitzler | 11/03/22 | 3.5 | Draft and preparation of materials |
| Rafael Schnitzler | 11/03/22 | 2.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/03/22 | 1.5 | Review and respond to various emails |
| Rafael Schnitzler | 11/08/22 | 2.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/08/22 | 2.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/09/22 | 2.0 | Meetings on business matters |
| Rafael Schnitzler | 11/09/22 | 4.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/10/22 | 3.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/10/22 | 3.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/11/22 | 2.5 | Draft and preparation of materials |
| Rafael Schnitzler | 11/12/22 | 1.5 | Draft and preparation of materials |
| Rafael Schnitzler | 11/13/22 | 1.0 | Discuss financial presentation |
| Rafael Schnitzler | 11/13/22 | 4.0 | Preparation of materials |
| Rafael Schnitzler | 11/14/22 | 0.5 | Meeting with J. O'Connell regarding various matters |
| Rafael Schnitzler | 11/14/22 | 1.5 | Internal meetings on various matters |
| Rafael Schnitzler | 11/14/22 | 2.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/15/22 | 2.0 | Review financial analyses and draft presentation |
| Rafael Schnitzler | 11/15/22 | 3.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/15/22 | 1.0 | Call to discuss various legal matters |
| Rafael Schnitzler | 11/16/22 | 3.0 | Review financial analyses and draft presentation |
| Rafael Schnitzler | 11/16/22 | 2.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/17/22 | 4.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/17/22 | 1.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/18/22 | 2.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/18/22 | 2.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/19/22 | 1.5 | Review and respond to various emails |
| Rafael Schnitzler | 11/20/22 | 2.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/21/22 | 7.0 | In-person client meeting |
| Rafael Schnitzler | 11/21/22 | 1.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/22/22 | 2.5 | Review and respond to various emails |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 11/22/22 | 1.0 | Discussion with client on various matters |
| Rafael Schnitzler | 11/22/22 | 2.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/23/22 | 4.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/23/22 | 2.5 | Review financial presentation |
| Rafael Schnitzler | 11/25/22 | 1.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/23/22 | 4.0 | Draft and preparation of materials |
| Rafael Schnitzler | 11/27/22 | 4.0 | Prepare materials related to business matters |
| Rafael Schnitzler | 11/28/22 | 1.0 | Review and respond to various emails |
| Rafael Schnitzler | 11/29/22 | 2.0 | Prepare materials related to business matters |
| Rafael Schnitzler | 11/29/22 | 1.0 | Call with creditor financial advisors |
| Rafael Schnitzler | 11/30/22 | 3.0 | Review and respond to various emails |
| | | **105.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 11/01/22 | 0.5 | Update call regarding business matter |
| Tom Melvin | 11/01/22 | 1.0 | Weekly update call with creditor financial advisors |
| Tom Melvin | 11/01/22 | 1.0 | E-mail correspondence with internal team and Company management regarding various matters |
| Tom Melvin | 11/01/22 | 1.0 | Review materials related to business matter |
| Tom Melvin | 11/01/22 | 0.5 | Review materials related to legal matter |
| Tom Melvin | 11/02/22 | 2.0 | Review and respond to diligence requests |
| Tom Melvin | 11/02/22 | 1.0 | E-mail correspondence with internal team and Company management regarding business matter |
| Tom Melvin | 11/02/22 | 1.0 | Review AlixPartners analysis related to management request |
| Tom Melvin | 11/03/22 | 2.0 | Call with management and 3rd party regarding business matter |
| Tom Melvin | 11/03/22 | 0.5 | Call with member of management to discuss various matters |
| Tom Melvin | 11/03/22 | 1.5 | Review and respond to diligence requests |
| Tom Melvin | 11/04/22 | 1.0 | Review and respond to diligence requests |
| Tom Melvin | 11/07/22 | 1.5 | Review and respond to diligence requests |
| Tom Melvin | 11/08/22 | 0.5 | Update call regarding business matter |
| Tom Melvin | 11/08/22 | 1.5 | E-mail correspondence with Company management regarding business matter |
| Tom Melvin | 11/08/22 | 0.5 | Review material related to business matter |
| Tom Melvin | 11/08/22 | 1.0 | Review financial analysis related to business matter |
| Tom Melvin | 11/09/22 | 1.0 | Call with management and 3rd party regarding business matter |
| Tom Melvin | 11/09/22 | 1.5 | Review and respond to diligence requests |
| Tom Melvin | 11/09/22 | 0.5 | E-mail correspondence with Company management regarding business matter |
| Tom Melvin | 11/10/22 | 1.0 | Update call with Company management and debtor advisors and related preparation |
| Tom Melvin | 11/10/22 | 2.0 | Review and respond to diligence requests |
| Tom Melvin | 11/11/22 | 1.0 | Respond to questions from creditor financial advisors |
| Tom Melvin | 11/11/22 | 1.0 | Liaise with vendor at request of management |
| Tom Melvin | 11/14/22 | 0.5 | Call with management and 3rd party regarding business matter |
| Tom Melvin | 11/14/22 | 0.5 | Call with management regarding strategic matter |
| Tom Melvin | 11/14/22 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 11/14/22 | 0.5 | Review and respond to diligence requests |
| Tom Melvin | 11/14/22 | 1.0 | E-mail correspondence with Company management regarding various business matters |
| Tom Melvin | 11/15/22 | 0.5 | Weekly call regarding business matter |
| Tom Melvin | 11/15/22 | 1.0 | Call with management regarding strategic matter |
| Tom Melvin | 11/15/22 | 1.0 | Weekly update call with creditor financial advisors |
| Tom Melvin | 11/15/22 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 11/15/22 | 1.0 | Review material from Company management related to legal matter |
| Tom Melvin | 11/16/22 | 0.5 | Omnibus court hearing |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 11/16/22 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 11/16/22 | 1.0 | Correspondence with AlixPartners related to various business and financial matters |
| Tom Melvin | 11/17/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 11/17/22 | 0.5 | Call with Company management and outside counsel regarding various matters |
| Tom Melvin | 11/21/22 | 1.0 | Review materials related to legal and business matter |
| Tom Melvin | 11/21/22 | 1.0 | E-mail correspondence with internal team and AlixPartners regarding business matters |
| Tom Melvin | 11/22/22 | 0.5 | Call with AlixPartners to discuss business matter |
| Tom Melvin | 11/22/22 | 1.0 | Call with Company management regarding business matter |
| Tom Melvin | 11/22/22 | 0.5 | Call with Company management and outside counsel regarding various matters |
| Tom Melvin | 11/22/22 | 0.5 | Review materials related to business matter |
| Tom Melvin | 11/22/22 | 0.5 | E-mail correspondence with AlixPartners and internal team regarding business matter |
| Tom Melvin | 11/28/22 | 1.0 | Call with management and 3rd party regarding business matter |
| Tom Melvin | 11/28/22 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 11/28/22 | 1.0 | Review and respond to diligence requests |
| Tom Melvin | 11/28/22 | 1.0 | Review materials related to business and legal matter |
| Tom Melvin | 11/29/22 | 1.0 | Call with management regarding business matter |
| Tom Melvin | 11/29/22 | 1.0 | Weekly update call with creditor financial advisors |
| Tom Melvin | 11/29/22 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 11/29/22 | 0.5 | Call with management to discuss various matters |
| Tom Melvin | 11/29/22 | 1.0 | E-mail correspondence with internal team related to upcoming meetings |
| Tom Melvin | 11/29/22 | 1.0 | Review materials related to business and legal matter |
| Tom Melvin | 11/29/22 | 0.5 | E-mail correspondence with creditor financial advisors related to upcoming meeting |
| Tom Melvin | 11/30/22 | 0.5 | Call with Company management regarding business matter |
| Tom Melvin | 11/30/22 | 1.0 | Review materials related to business matter |
| Tom Melvin | 11/30/22 | 2.0 | Review board materials |
| | | **54.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 11/01/22 | 1.0 | Internal meeting and preparation of materials |
| Jin Won Park | 11/02/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/03/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/04/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 11/07/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 11/08/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/09/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 11/10/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/11/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 11/14/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 11/15/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/16/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/17/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 11/18/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/21/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/22/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/23/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/24/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/28/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/29/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 11/30/22 | 3.0 | Prepare materials related to business matters |
| | | **55.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 11/01/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 11/01/22 | 3.0 | Preparation of materials |
| Marilia Bagatini | 11/02/22 | 3.0 | In-person client meeting |
| Marilia Bagatini | 11/02/22 | 2.0 | Preparation of materials |
| Marilia Bagatini | 11/03/22 | 2.0 | Preparation of materials |
| Marilia Bagatini | 11/04/22 | 3.0 | Meetings on business matters |
| Marilia Bagatini | 11/06/22 | 4.0 | Preparation of materials |
| Marilia Bagatini | 11/07/22 | 1.0 | Financial analysis |
| Marilia Bagatini | 11/08/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 11/09/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 11/10/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 11/11/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 11/13/22 | 4.0 | Preparation of materials |
| Marilia Bagatini | 11/14/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 11/15/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 11/16/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 11/17/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 11/18/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 11/18/22 | 3.0 | Preparation of materials |
| Marilia Bagatini | 11/20/22 | 8.0 | Preparation of materials |
| Marilia Bagatini | 11/21/22 | 7.0 | In-person client meeting |
| Marilia Bagatini | 11/22/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 11/23/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 11/24/22 | 10.0 | Prepare materials related to business matters |
| Marilia Bagatini | 11/25/22 | 8.0 | Financial analysis |
| Marilia Bagatini | 11/27/22 | 4.0 | Prepare materials related to business matters |
| Marilia Bagatini | 11/28/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 11/29/22 | 4.0 | Meetings on business matters |
| Marilia Bagatini | 11/30/22 | 2.0 | Meetings on business matters |
| | | **90.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 11/01/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 11/02/22 | 3.0 | Financial analysis |
| Christopher Fletcher | 11/03/22 | 2.0 | Call with management |
| Christopher Fletcher | 11/04/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 11/07/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 11/08/22 | 0.5 | Call with management |
| Christopher Fletcher | 11/10/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 11/10/22 | 0.5 | Call with management |
| Christopher Fletcher | 11/17/22 | 1.0 | Call with management |
| Christopher Fletcher | 11/22/22 | 1.0 | Financial analysis |
| | | **12.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 11/01/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 11/01/22 | 3.0 | Preparation of materials |
| Chloe Lee | 11/02/22 | 5.0 | In-person client meeting |
| Chloe Lee | 11/02/22 | 2.0 | Preparation of materials |
| Chloe Lee | 11/03/22 | 4.0 | Preparation of materials |
| Chloe Lee | 11/04/22 | 3.0 | Financial analysis |
| Chloe Lee | 11/06/22 | 4.0 | Preparation of materials |
| Chloe Lee | 11/07/22 | 3.0 | Financial analysis |
| Chloe Lee | 11/08/22 | 2.0 | Financial analysis |
| Chloe Lee | 11/09/22 | 4.0 | Meetings on business matters |
| Chloe Lee | 11/10/22 | 3.0 | Meetings on financial analysis |
| Chloe Lee | 11/11/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 11/13/22 | 4.0 | Preparation of materials |
| Chloe Lee | 11/14/22 | 2.0 | Meetings on financial analysis |
| Chloe Lee | 11/14/22 | 2.0 | Financial analysis |
| Chloe Lee | 11/15/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 11/16/22 | 1.0 | Meetings on business matters |
| Chloe Lee | 11/17/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 11/18/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 11/18/22 | 3.0 | Preparation of materials |
| Chloe Lee | 11/20/22 | 8.0 | Preparation of materials |
| Chloe Lee | 11/21/22 | 7.0 | In-person client meeting |
| Chloe Lee | 11/22/22 | 1.0 | Meetings on business matters |
| Chloe Lee | 11/23/22 | 1.0 | Meetings on business matters |
| Chloe Lee | 11/24/22 | 10.0 | Prepare materials related to business matters |
| Chloe Lee | 11/25/22 | 8.0 | Financial analysis |
| Chloe Lee | 11/27/22 | 4.0 | Prepare materials related to business matters |
| Chloe Lee | 11/28/22 | 1.0 | Meetings on business matters |
| Chloe Lee | 11/29/22 | 4.0 | Meetings on business matters |
| Chloe Lee | 11/30/22 | 2.0 | Meetings on business matters |
| | | **101.0** | |