**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTY-NINTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | November 1, 2022 through November 30, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $79,657.67[2] |
| Less 20% Holdback | $15,931.53 |
| Total Reimbursement Requested | $267.40 |
| Total Compensation and Reimbursement Requested in this Statement | $63,993.54 |

**This is a(n):**    X Monthly Application    __ Interim Application    __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2022 Through November 30, 2022* (this "**Fee Statement**").[3]    By this Fee Statement, Arnold & Porter seeks (i) compensation in the

---

[2]    This amount reflects a reduction in fees in the amount of $17,485.83 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from November 1, 2022, through and including November 30, 2022, is referred to herein as the "**Fee Period.**"

amount of $63,726.14 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $79,657.67) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $79,657.67 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $63,726.14.

2.     Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $897.42.[4]  The blended hourly billing rate of all paraprofessionals is $356.70.[5]

3.     Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $267.40 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.    Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.    Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $63,726.14, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $79,657.67) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

January 11, 2023                                Respectfully submitted,

By:   */s/* Rory Greiss
     **ARNOLD & PORTER KAYE SCHOLER LLP**
     Rory Greiss
     250 West 55th Street
     New York, New York 10019
     rory.greiss@arnoldporter.com

     **-AND-**

     Rosa J. Evergreen
     601 Massachusetts Ave, NW
     Washington, DC 2001-3743
     rosa.evergreen@arnoldporter.com

     ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 8.60 | $7,825.26 |
| Retention and Fee Applications | 16.00 | $11,643.59 |
| Government Contracts | 24.60 | $22,596.33 |
| Project Falcon | 12.10 | $8,899.87 |
| General Contracts Advice | 7.50 | $7,687.50 |
| Transactions | 24.00 | $21,005.12 |
| **Total[1]** | **92.80** | **$79,657.67** |

---

[1]  This amount reflects a reduction in fees in the amount of $17,485.83 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 3.40 | $3,910.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 0.30 | $438.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,170.00 | 20.30 | $23,751.00 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 0.80 | $832.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,250.00 | 34.60 | $43,250.00 |
| Pantea Garroussi | Counsel | 1993 | 945.00 | 3.00 | $2,835.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 1.70 | $1,844.50 |
| Ju, Esther | Associate | 2021 | 630.00 | 6.80 | $4,284.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 4.30 | $3,805.50 |
| Sullivan, Sam | Associate | 2020 | 710.00 | 4.50 | $3,195.00 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 0.80 | $708.00 |
| Marra, Bryan | Senior Attorney | 2003 | 960.00 | 5.60 | $5,376.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 6.70 | $2,914.50 |
| **Total** | | | | **92.80** | **97,143.50** |
| Less 18% Discount | | | | | ($17,485.83) |
| **Discounted Total** | | | | | **$79,657.67** |
| Less 20% Holdback | | | | | ($15,931.53) |
| **Total Amount Requested Herein** | | | | | **$63,726.14** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Near-Line Storage | $267.40 |
| **Total Expenses** | **$267.40** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

January 11, 2023
Invoice # 30151644
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2022** | $ | 9,543.00 |
| Discount: | | -1,717.74 |
| **Fee Total** | | 7,825.26 |
| **Total Amount Due** | $ | 7,825.26 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**       Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 11, 2023                                                                Invoice # 30151644

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/01/22 | 0.80 | Correspondence with Purdue team re: response to counterparty on supply agreement. |
| Rory Greiss | 11/04/22 | 0.90 | Correspondence with Purdue team, A. Miner and E. Rothman re: budget for potential contract dispute matter. |
| Rory Greiss | 11/08/22 | 0.90 | Review correspondence from counterparty re: status of supply agreement (.2); correspondence with Purdue team re: same (.2); correspondence with E. Zausner re: points to include in cover note to accompany revised draft of supply agreement (.5). |
| Ethan Zausner | 11/08/22 | 0.80 | Draft pdated supply agreement (.6); correspond with R. Greiss re same (.2). |
| Rory Greiss | 11/09/22 | 0.70 | Correspondence with Purdue team re: questions on supply agreement and sending revised draft to counterparty (.5); review letter sent to counterparty in contract dispute matter (.2). |
| Rory Greiss | 11/11/22 | 0.60 | Correspondence with Purdue team and E. Zausner re: clearance to send revised draft of supply agreement to counterparty. |
| Rory Greiss | 11/15/22 | 0.30 | Correspondence with P. Garroussi re: software services agreement. |
| Rory Greiss | 11/16/22 | 0.60 | Correspondence with P. Garroussi re: software services agreement (.2); review of revisions of agreement (.2); further correspondence with P. Garroussi (.2). |
| Pantea Garroussi | 11/16/22 | 3.00 | Review, revise software services agreement. |
| **Total Hours** | | **8.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 4.80 | 1,250.00 | 6,000.00 |
| Pantea Garroussi | 3.00 | 945.00 | 2,835.00 |
| Ethan Zausner | 0.80 | 885.00 | 708.00 |
| **TOTAL** | **8.60** | | **9,543.00** |

**Total Current Amount Due**                                                    **$7,825.26**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                          January 11, 2023
**Attn: Roxana Aleali**                                         Invoice # 30151647
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2022** | $ | 14,199.50 |
| Discount: | | -2,555.91 |
| **Fee Total** | | **11,643.59** |
| **Total Amount Due** | $ | **11,643.59** |


**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

### Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 11, 2023                                                                                                    Invoice # 30151647

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 11/01/22 | 0.30 | Correspondence with R. Evergreen re: filing of Supplemental Declaration with Bankruptcy Court. |
| Rosa J. Evergreen | 11/01/22 | 0.50 | Review and finalize declaration (.2); correspond with R. Greiss re same (.1); attend to filing of same (.2). |
| Darrell B. Reddix | 11/01/22 | 0.10 | Finalize R. Greiss supplemental declaration. |
| Rory Greiss | 11/02/22 | 1.20 | Review October monthly statement. |
| Rosa J. Evergreen | 11/02/22 | 0.50 | Correspond with R. Greiss and D. Reddix re September monthly report (.2); review and comment on statement (.2); correspond with R. Greiss re same (.1). |
| Darrell B. Reddix | 11/02/22 | 1.80 | Prepare September monthly fee statement (1.3); correspond with R. Evergreen and R. Greiss re same (.5). |
| Rosa J. Evergreen | 11/03/22 | 0.50 | Review and comment on monthly statement (.3); correspond with D. Reddix and R. Greiss re same (.2). |
| Darrell B. Reddix | 11/03/22 | 1.60 | Prepare September monthly fee statement (1.1); correspond with R. Evergreen and R. Greiss re same (.2); file and serve same (.3). |
| Rosa J. Evergreen | 11/04/22 | 0.40 | Correspond with R. Greiss re monthly application (.1); review Fee Examiner's interim report (.2); correspond with R. Greiss re same (.1). |
| Rory Greiss | 11/05/22 | 1.30 | Review Fee Examiner's Report on Ninth Interim Fee Application (.3); prepare response (1.0). |
| Rory Greiss | 11/07/22 | 0.60 | Finalize draft response to Fee Examiner's report (.3); correspondence with R. Evergreen re same (.3). |
| Rosa J. Evergreen | 11/07/22 | 0.30 | Correspond with R. Greiss re application and fee examiner report. |
| Rory Greiss | 11/09/22 | 0.30 | Finalize response to Fee Examiner's Report (.2); correspondece with Fee Examiner re same (.1). |
| Rosa J. Evergreen | 11/09/22 | 0.20 | Review monthly statement (.1); correspond with R. Greiss re same (.1). |
| Rory Greiss | 11/14/22 | 0.30 | Correspondence with DPW re: hearing on interim fee applications. |
| Rosa J. Evergreen | 11/14/22 | 0.20 | Review K. Fine correspondence re hearing and agenda (.1); correspond with R. Greiss re same (.1). |
| Rory Greiss | 11/15/22 | 0.40 | Review proposed order re: interim fee applications (.2); correspondence with DPW re: same (.2). |
| Rosa J. Evergreen | 11/15/22 | 0.30 | Review hearing notice (.1); correspond with R. Greiss re same (.1); review order re: interim fee applications (.1). |
| Rory Greiss | 11/16/22 | 0.80 | Prepare for and attend bankruptcy court hearing on interim fee applications. |
| Rory Greiss | 11/17/22 | 0.40 | Review revised monthly statement (.3); correspond with D. Reddix re same (.1). |
| Rosa J. Evergreen | 11/17/22 | 0.20 | Correspond with D. Reddix and R. Greiss re monthly statement. |
| Darrell B. Reddix | 11/17/22 | 1.70 | Prepare October monthly fee statement. |
| Rory Greiss | 11/18/22 | 0.30 | Correspondence with A&P team and Purdue billing team re: September statement. |
| Rosa J. Evergreen | 11/18/22 | 0.30 | Correspond with R. Greiss re September statement and order (1); review October statement (.2). |

Page 1

January 11, 2023

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Darrell B. Reddix | 11/18/22 | 1.50 | Prepare October monthly fee report. |
| **Total Hours** | | **16.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 3.40 | 1,150.00 | 3,910.00 |
| Rory Greiss | 5.90 | 1,250.00 | 7,375.00 |
| Darrell B. Reddix | 6.70 | 435.00 | 2,914.50 |
| **TOTAL** | **16.00** | | **14,199.50** |

**Total Current Amount Due**                                        **$11,643.59**

# Arnold&Porter

|  |  |
|---|---|
| **Purdue Pharma L.P.** | January 11, 2023 |
| **Attn: Roxana Aleali** | Invoice # 30151645 |
| **Associate General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** |  |
| **Dept. VN: 1008442** |  |
| **Stamford, CT  06901-3431** |  |

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---|
| **For Legal Services Rendered through November 30, 2022** | **27,556.50** |
| Discount: | -4,960.17 |
| **Fee Total** | **22,596.33** |
| **Total Amount Due**          $ | **22,596.33** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 11, 2023                                                    Invoice # 30151645

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Elizabeth F. Lindquist | 11/01/22 | 2.60 | Telephone conference with Purdue team regarding government contracting issues (.7); draft analysis of certain issues regarding government program contracts in connection with project (1.9). |
| Thomas A. Pettit | 11/04/22 | 0.40 | Draft System for Award Management certifications and representations cover letter. |
| Elizabeth F. Lindquist | 11/11/22 | 0.50 | Draft communication to VA regarding subcontracting plan. |
| Thomas A. Pettit | 11/11/22 | 0.20 | Review e-mail correspondence regarding subcontracting plan. |
| Elizabeth F. Lindquist | 11/14/22 | 3.80 | Teleconference with client regarding government contracting issues (.6); draft analysis of certain issues regarding government program agreements in connection with project (2.8); correspond with client regarding same (.4). |
| Thomas A. Pettit | 11/14/22 | 0.60 | Teleconference with client regarding government contracts issues. |
| Elizabeth F. Lindquist | 11/17/22 | 0.70 | Review, revise draft subcontracting plan change request (.5); correspond with T. Pettit regarding same (.2). |
| Thomas A. Pettit | 11/18/22 | 2.40 | Analysis of small business subcontracting plan (1.2); draft letter to the Department of Veterans Affairs regarding subcontracting plan (.7); revise Avrio System for Award Management letter (.5). |
| Elizabeth F. Lindquist | 11/23/22 | 1.80 | Research questions posed by Purdue team regarding certain issues regarding government program agreements in connection with project. |
| Elizabeth F. Lindquist | 11/28/22 | 4.40 | Telephone conference with client regarding government contracting issues (.4); prepare draft communication to VA regarding small business subcontracting plan issues (1.6); draft response to questions posed by client regarding System for Award Management registration representations and certifications (1.1); draft letter regarding System for Award Management responses (1.1); correspond with T. Pettit regarding same (.2). |
| Thomas A. Pettit | 11/28/22 | 0.70 | Research re certification question (.3); teleconference with client regarding government contracting issues (.4). |
| Elizabeth F. Lindquist | 11/29/22 | 2.90 | Correspond with T. Pettit regarding System for Award Management registration issues (.3); draft project documentation (1.5); draft memorandum to file regarding System for Award Management disclosures (1.1). |
| Elizabeth F. Lindquist | 11/30/22 | 3.60 | Revise project documentation (1.4); correspond with Purdue team (Skadden) regarding same (.4); draft memorandum to file regarding System for Award Management disclosures (1.0); draft responses to questions posed by Purdue team regarding System for Award Management registration issues (.8). |

**Total Hours**          **24.60**

Page 1

January 11, 2023                                                                    Invoice # 30151645

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 20.30 | 1,170.00 | 23,751.00 |
| **Subtotal:** | **20.30** | | **23,751.00** |
| **Associate** | | | |
| Thomas A. Pettit | 4.30 | 885.00 | 3,805.50 |
| **Subtotal:** | **4.30** | | **3,805.50** |
| **TOTAL** | **24.60** | | **27,556.50** |

**Total Current Amount Due**                                                        **$22,596.33**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

January 11, 2023
Invoice # 30151648
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through November 30, 2022** | **10,853.50** |
| Discount: | <u>-1,953.63</u> |
| **Fee Total** | **8,899.87** |
| **Disbursements Recorded through November 30, 2022** | |
| eData: Near-Line Storage          267.40 | |
| **Disbursements Total**          $ | <u>**267.40**</u> |
| **Total Amount Due**          $ | <u>**9,167.27**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 11, 2023

Invoice # 30151648

**(1049218.00157)**
**Project Falcon**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 11/08/22 | 0.10 | Telephone call with Purdue team re debrief. |
| Bryan M. Marra | 11/09/22 | 1.00 | Correspond with A&P team re potential clawback documents (.3); review potential clawback documents (.7). |
| Bryan M. Marra | 11/10/22 | 0.50 | Correspond with A&P team re potential clawback documents (.2); review potential clawback documents (.3). |
| Bryan M. Marra | 11/11/22 | 0.30 | Review, comment on email summary of clawback documents. |
| Sam Sullivan | 11/12/22 | 0.20 | Draft outline of white paper to be sent to agency. |
| Sam Sullivan | 11/14/22 | 3.30 | Correspond with D. Feinstein, B. Marra, and B. Wootton regarding appropriate redactions on documents to be clawed back (.6); draft outline of white paper to be submitted to agency (2.7). |
| Bryan M. Marra | 11/14/22 | 0.50 | Correspond with A&P team re clawback documents. |
| Barbara H. Wootton | 11/15/22 | 0.10 | Correspond with D. Feinstein, S. Sullivan and B. Marra re privilege status of documents, potential claw backs and privilege downgrades. |
| Sam Sullivan | 11/15/22 | 0.80 | Review documents to be clawed back for redaction (.7); correspond with A&P team re same (.1). |
| Bryan M. Marra | 11/15/22 | 1.50 | Correspond with A&P team re clawback documents. |
| Barbara H. Wootton | 11/23/22 | 0.10 | Correspond with D. Feinstein re agency letter re data questions. |
| Deborah L. Feinstein | 11/27/22 | 0.30 | Edit outline for white paper. |
| Sam Sullivan | 11/27/22 | 0.20 | Revise white paper outline. |
| Barbara H. Wootton | 11/28/22 | 0.90 | Review, analyze prior produced data for response to agency data questions (.4); correspond with Purdue team re same (.1); correspond with economist team re same (.1); telephone call with Purdue team re agency theories and deposition preparation (.3). |
| Barbara H. Wootton | 11/29/22 | 0.40 | Review, revise draft white paper outline. |
| Bryan M. Marra | 11/29/22 | 1.00 | Correspond with A&P team re: clawbacks; (.6); review searches of potential clawbacks (.4). |
| Barbara H. Wootton | 11/30/22 | 0.10 | Review and comment re draft claw back letter to agency. |
| Bryan M. Marra | 11/30/22 | 0.80 | Draft clawback letter (.5); correspond with A&P team re: same (.3). |

**Total Hours**                            **12.10**

January 11, 2023                                                                 Invoice # 30151648

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Deborah L. Feinstein | | 0.30 | 1,460.00 | 438.00 |
| | **Subtotal:** | **0.30** | | **438.00** |
| **Counsel** | | | | |
| Barbara H. Wootton | | 1.70 | 1,085.00 | 1,844.50 |
| | **Subtotal:** | **1.70** | | **1,844.50** |
| **Senior Attorney** | | | | |
| Bryan M. Marra | | 5.60 | 960.00 | 5,376.00 |
| | **Subtotal:** | **5.60** | | **5,376.00** |
| **Associate** | | | | |
| Sam Sullivan | | 4.50 | 710.00 | 3,195.00 |
| | **Subtotal:** | **4.50** | | **3,195.00** |
| | | | | |
| **TOTAL** | | **12.10** | | **10,853.50** |

**Total Current Amount Due**                                                    **$9,167.27**

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

January 11, 2023
Invoice # 30151649
EIN 53-0208605

**Client/Matter # 1051218.00004**

General Contracts Advice

20220003291

| | |
|---|---:|
| **For Legal Services Rendered through November 30, 2022** | **9,375.00** |
| Discount: | -1,687.50 |
| **Fee Total** | **7,687.50** |
| **Total Amount Due** | $ 7,687.50 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 11, 2023                                                                              Invoice # 30151649

**(1051218.00004)**
**General Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/03/22 | 2.80 | Complete preparation of draft amendment to exclusive license and supply agreement (2.2); correspondence with E. Rothman re: draft (.3); correspondence with Rhodes team re: draft (.3). |
| Rory Greiss | 11/08/22 | 0.80 | Correspondence with Rhodes team re: amendment to license agreement (.3); revise amendment (.4); correspondence with Rhodes team re same (.1). |
| Rory Greiss | 11/14/22 | 0.60 | Review correspondence from Rhodes team re: equipment sale agreement (.1); review, analyze agreement (.5). |
| Rory Greiss | 11/15/22 | 2.70 | Review and revise equipment sale agreement (2.3); and correspondence with Rhodes team re: same (.4). |
| Rory Greiss | 11/30/22 | 0.60 | Correspondence with Rhodes team re: surplus assets agreement (.2); prepare comparison document to show changes in draft agreement re: surplus assets (.4). |

**Total Hours**                        **7.50**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Counsel** | | | | |
| Rory Greiss | | 7.50 | 1,250.00 | 9,375.00 |
| | **Subtotal:** | **7.50** | | **9,375.00** |
| | **TOTAL** | **7.50** | | **9,375.00** |

**Total Current Amount Due**                                              **$7,687.50**

Page 1

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

January 11, 2023
Invoice # 30151650
EIN 53-0208605

**Client/Matter # 1051218.00005**

Transactions

20220003292

| | |
|---|---|
| **For Legal Services Rendered through November 30, 2022** | **25,616.00** |
| Discount: | -4,610.88 |
| **Fee Total** | **21,005.12** |
| **Total Amount Due** | **$**     **21,005.12** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 11, 2023

**(1051218.00005)**
**Transactions**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/08/22 | 0.40 | Correspondence with Rhodes team re: MOU. |
| Rory Greiss | 11/14/22 | 0.30 | Review correspondence with Rhodes team re: comments from counterparty on purchase agreement. |
| Rory Greiss | 11/17/22 | 2.60 | Correspondence with Rhodes team re: new supply agreements (.5); review term sheet for supply agreement (.4); review documents for appropriate precedents (.8); correspondence with E. Rothman re: new agreements (.3); videoconference with E. Ju re: terms and schedule (.6). |
| Esther Ju | 11/17/22 | 0.60 | Correspond with R. Greiss re supply agreement (.2); draft agreement (.4). |
| Esther Ju | 11/18/22 | 0.90 | Further draft supply agreement. |
| Rory Greiss | 11/21/22 | 2.80 | Review term sheet for sale of patch assets (.5); revise term sheet (1.4); correspondence with E. Rothman re further revisions (.9). |
| Eric Rothman | 11/21/22 | 0.80 | Review and comment on term sheet. |
| Esther Ju | 11/21/22 | 4.30 | Proofread and revise supply agreement. |
| Rory Greiss | 11/22/22 | 4.40 | Review, revise draft supply agreement (3.9); correspondence with E. Ju re same (.1); review further revised draft to be sent to Rhodes team (.3). |
| Esther Ju | 11/22/22 | 1.00 | Review and finalize supply agreement (.2); correspond with R. Greiss re same (.1); revise supply agreement (.7). |
| Rory Greiss | 11/28/22 | 2.60 | Videoconference with Rhodes team re: draft term sheet (.8); revise term sheet (1.8). |
| Rory Greiss | 11/29/22 | 2.80 | Correspondence with Rhodes team re: comments on latest draft of term sheet (.7); revise term sheet (1.8); review correspondence re: supply agreement (.3). |
| Rory Greiss | 11/30/22 | 0.50 | Correspondence with Rhodes team re: revised term sheet. |

**Total Hours**                     **24.00**

January 11, 2023                                                          Invoice # 30151650

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Eric Rothman | | 0.80 | 1,040.00 | 832.00 |
| | **Subtotal:** | **0.80** | | **832.00** |
| **Counsel** | | | | |
| Rory Greiss | | 16.40 | 1,250.00 | 20,500.00 |
| | **Subtotal:** | **16.40** | | **20,500.00** |
| **Associate** | | | | |
| Esther Ju | | 6.80 | 630.00 | 4,284.00 |
| | **Subtotal:** | **6.80** | | **4,284.00** |
| | | | | |
| **TOTAL** | | **24.00** | | **25,616.00** |

**Total Current Amount Due**                                            **$21,005.12**