ADIRONDACK CORR, FAC
PO BOX 110
RAY BROOK NEW YORK 12977-0110

12/19/2022

HONORABLE Robert D. DRAIN
US BANKRUPTY COURT
SOUTHERN DISTRICT of NEW YORK
300 Quarropas Street
White Plains NEW YORK 10601-4140

Reason... Purdue Pharma Bankrupty Case # 19-23649 (RDD)
Claims Numbers # 56980, 59420, 48984, 74484

Dear Judge R. DRAIN
I'm writing to you at this time because I'm incarcerated, and I've tried to write to Prime Clerk, were I Sent my Claims too, but they wrote me back Saying to go to the web Site. and that they can not give out legal advise cause they worke for Purdue Pharma. Sir I have no access to A Computer, to go to the web site., nor do I have access to an open telephone line. and I won't have that can of access until october of 2027, and I don't know if there is a time limit on the Claims, Sir if there is anyway possible you could put me in contact with someone or an agency that I can contact through mail to find out about my claims. Sir thank you for your time and consideration.
   I Humbly await your Response

Respectfully
Carl Malloy

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**ADIRONDACK CORRECTIONAL FACILITY**
P.O. BOX 110
RAY BROOK, NEW YORK 12977-0110

NAME: Carl Moller    DIN: 14A4526

ADIRONDACK
CORRECTIONAL FACILITY

NEOPOST
12/20/2022
US POSTAGE $000.570

FIRST-CLASS MAIL

ZIP 12977
041M11284987



Legal Mail

Honorable Robert D Drain
US Bankrupty Court
Southern District of New York
300 Quarropas Street
White Plains New York
10601-4140

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Carl Mollee　DIN: 14A4526

Legal Mail