United States Bankruptcy Court Southern District New York
21 CV 7969, 7:21-CV-01532
Case Nos: 19-23649  7:21-CV-8402
in re: Purdue Pharma        19-23649

Notification
Change of Address
Motion for Service

My name is Derek Ralph Lichtenwalter
My address was Derek Ralph Lichtenwalter
768383, PO Box 540 St. Clairsville OH 43950
Also, Derek R. Lichtenwalter 1617
Frederick Ave S.W. Canton OH 44706

I have claims and ask that you
please send mail to me now at
Derek R. Lichtenwalter, a807103, Brutton Correctional institution, 2500 S. Avon Belden Rd. Grafton OH 44044

I filed my claims Pro Se
and request any updates since 2/10/2021

As a prisoner I cannot access PACER.

I motion for service on Purdue Pharma via email, on my behalf by the Clerk of Courts simply because I cannot access e-mail, and it is extremely relevant to my life what Purdue Pharma did. I am now on Suboxen for tx.

Derek Lichtenwalter 12/25/2022
807103
G.C.I
2500 S. Avon Belden Rd
Grafton OH 44044.

United States District Court Southern Dist New York
19-23649
in re: Purdue Pharma

Letter to Class Counsel
Letter to Purdue Pharma
and it's owners.

My name is Derek R. Lichtenwalter
my D.O.B is 8/21/1475, my
SSN is 278 86 0722.

Since you have & I have been
involved in your drugs; By selling
me drugs I did not know
the consequences of I have
died twice in a year. I
died twice last year. I ask
can there really be a deadline
for new claims? I relapsed last
Year, I died 2 times last
Year. Your drugs will kill me,
they have & it not for another
drug (suboxen) I would be
dead. (& noloxone)

Please, Treat me with respect when you pay out the Claims remember me, because I have been injured and still suffer in a real way. I am in prison, broke and homeless. I became addicted because my family Doctor Prescribed meds, and I was not aware of the Pain & Struggle opiates, would give me, But you knew full well.

My life would be Completely different, minus your deception. If I would have known. But I did not. I accept what you can give, but proof of my troubles is easily veritable, Suboxen is now what I'm on.

Derek Lichtman Jr   12/25/2022