KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **PURDUE PHARMA L.P,** *et al.,* | : Case No. 19-23649 (RDD) |
| | : |
| **Debtors.**[1] | : |
| | : |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | November 1, 2022 through and including November 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $33,987.00 |
| **Current Fee Request** | $27,189.60 (80% of $33,987.0) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,195.19 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $29,384.79 |
| **Total Fees and Expenses Inclusive of Holdback** | $36,182.19 |
| **This is a(n):**    X monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| 9/9/2021 3746 | 6/1/2021- 6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
|---|---|---|---|---|---|---|
| 9/15/2021 3768 | 7/1/2021- 7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021- 8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021- 9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021- 10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021- 11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021- 12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022- 1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022- 2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022- 3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022- 4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022- 5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022 5077 | 6/1/2022- 6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022 5098 | 7/1/2022- 7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022 5162 | 8/1/2022- 8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022 5215 | 9/1/2022- 9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $19,703.40 |
| 11/21/2022 5250 | 10/1/2022- 10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $8,230.20 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together

with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Eighth Monthly Fee Statement (the "**Statement**") for the period of November 1, 2022 through and including November 30, 2022 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,353.04.[2] The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

### Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $32,067.00 by the total hours of 23.70.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $1,920.00 by the total hours of 4.00.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $27,189.60, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $2,195.19.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
         January 13, 2023

Respectfully submitted,

By:   _/s/ Kenneth H. Eckstein_

Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
             rringer@kramerlevin.com
             cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|---|---|---|---|
| 00003 | Business Operations | 1.50 | $1,710.00 |
| 00004 | Case Administration | 0.60 | $420.00 |
| 00006 | Employment and Fee Applications | 7.20 | $5,832.00 |
| 00008 | Litigation | 2.40 | $2,802.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 3.70 | $5,853.00 |
| 00011 | Plan and Disclosure Statement | 12.30 | $17,370.00 |
| **TOTAL** | | **27.70** | **$33,987.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 7.70 | $12,974.50 |
| Rachael Ringer | Partner | 20111 | Creditors' Rights | 1315 | 0.80 | $1,052.00 |
| Adam Rogoff | Partner | 1989 | Creditors' Rights | 1555 | 0.70 | $1,088.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 1.20 | $1,680.00 |
| Joseph Shifer | Special Counsel | 2010 | Creditors' Rights | 1195 | 1.20 | $1,434.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1195 | 0.80 | $956.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1140 | 11.30 | $12,882.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 4.00 | $1,920.00 |
| **TOTAL** | | | | | **27.70** | **$33,987.00** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---:|
| Data Hosting Charges | 2,100.69 |
| Pacer Online Research | 6.00 |
| Telecommunication Charges | 6.90 |
| Transcript Fees | 81.60 |
| **TOTAL EXPENSES** | **$2,195.19** |

**EXHIBIT D**

# Kramer Levin



December 20, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 871320
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through November 30, 2022.**

| | |
|---|---|
| Fees | $33,987.00 |
| Disbursements and Other Charges | 2,195.19 |
| **TOTAL BALANCE DUE** | **$36,182.19** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



December 20, 2022
Invoice #: 871320
072952
Page 2

## MATTER SUMMARY

**For professional services rendered through November 30, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---:|---:|---:|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $2,195.19 | **$2,195.19** |
| 072952-00003 | Business Operations | 1,710.00 | 0.00 | **1,710.00** |
| 072952-00004 | Case Administration | 420.00 | 0.00 | **420.00** |
| 072952-00006 | Employment and Fee Applications | 5,832.00 | 0.00 | **5,832.00** |
| 072952-00008 | Litigation | 2,802.00 | 0.00 | **2,802.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 5,853.00 | 0.00 | **5,853.00** |
| 072952-00011 | Plan and Disclosure Statement | 17,370.00 | 0.00 | **17,370.00** |
| **Subtotal** | | **33,987.00** | **2,195.19** | **36,182.19** |
| **TOTAL CURRENT INVOICE** | | | | **$36,182.19** |



December 20, 2022
Invoice #: 871320
072952-00003
Page 3

**Business Operations**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 1.50 | $1,710.00 |
| **TOTAL FEES** | | **1.50** | **$1,710.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/2022 | Gange, Caroline | Prep for (0.3); attend omnibus hearing (1.2). | 1.50 | $1,710.00 |
| **TOTAL** | | | **1.50** | **$1,710.00** |



December 20, 2022
Invoice #: 871320
072952-00004
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 0.20 | $228.00 |
| Kane, Wendy | Paralegal | 0.40 | 192.00 |
| **TOTAL FEES** | | **0.60** | **$420.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/8/2022 | Kane, Wendy | Review notice of omnibus hearing dates and update case calendar. | 0.10 | $48.00 |
| 11/15/2022 | Gange, Caroline | Coordinate registration for hearing. | 0.20 | 228.00 |
| 11/15/2022 | Kane, Wendy | Register KL team and A. Benjamin for omnibus hearing. | 0.20 | 96.00 |
| 11/16/2022 | Kane, Wendy | Calls to chambers re hearing line for A. Benjamin; emails to A. Benjamin and C. Gange re same. | 0.10 | 48.00 |
| **TOTAL** | | | **0.60** | **$420.00** |



December 20, 2022
Invoice #: 871320
072952-00006
Page 5

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 3.60 | $4,104.00 |
| Kane, Wendy | Paralegal | 3.60 | 1,728.00 |
| **TOTAL FEES** | | **7.20** | **$5,832.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/1/2022 | Gange, Caroline | Finalize September fee statement. | 0.30 | $342.00 |
| 11/1/2022 | Kane, Wendy | Revise September fee statement and email C. Gange re same. | 0.20 | 96.00 |
| 11/3/2022 | Gange, Caroline | Review and finalize September invoice. | 1.00 | 1,140.00 |
| 11/3/2022 | Kane, Wendy | Prepare fee statement for filing; email C. Gange re same; file fee statement. | 0.40 | 192.00 |
| 11/8/2022 | Kane, Wendy | Review October fee statement for compliance with UST guidelines and local rules (0.5); further review same and send to C. Gange (0.1). | 0.60 | 288.00 |
| 11/10/2022 | Gange, Caroline | Review and respond to fee examiner inquiries (0.3); review October invoice for privilege/confidentiality and compliance with UST guidelines (0.5). | 0.80 | 912.00 |



December 20, 2022
Invoice #: 871320
072952-00006
Page 6

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/15/2022 | Gange, Caroline | Review interim fee order (0.4) and emails w/ AHC professionals re same (0.2). | 0.60 | 684.00 |
| 11/15/2022 | Kane, Wendy | Coordinate with other professional re September and October fee statements and file same (0.5); prepare KL October fee statement (0.4); email C. Gange re same (0.1). | 1.00 | 480.00 |
| 11/16/2022 | Kane, Wendy | Review proposed fee order (0.8); calls w/ F. Arias re same (0.2); email C. Gange re same (0.1). | 1.10 | 528.00 |
| 11/21/2022 | Gange, Caroline | Review October fee statements for privilege/confidentiality and compliance with UST guidelines. | 0.90 | 1,026.00 |
| 11/21/2022 | Kane, Wendy | Revise fee statement and file same; email C. Gange re same. | 0.30 | 144.00 |
| **TOTAL** | | | **7.20** | **$5,832.00** |



December 20, 2022
Invoice #: 871320
072952-00008
Page 7

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Shifer, Joseph A. | Spec Counsel | 1.20 | $1,434.00 |
| Gange, Caroline | Associate | 1.20 | 1,368.00 |
| **TOTAL FEES** | | **2.40** | **$2,802.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/2022 | Gange, Caroline | Review Debtors draft motion to dismiss equitable subordination adversary proceeding (0.7); emails w/ D. Blabey re same (0.1); attend call w/ Debtors and UCC re same (0.4). | 1.20 | $1,368.00 |
| 11/21/2022 | Shifer, Joseph A. | Emails with D. Blabey re Abbott tolling extension (0.2), draft (0.8) and email same to counsel (0.2). | 1.20 | 1,434.00 |
| **TOTAL** | | | **2.40** | **$2,802.00** |



December 20, 2022
Invoice #: 871320
072952-00009
Page 8

**Meetings and Communications with Ad-Hoc Committee & Creditors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 3.00 | $5,055.00 |
| Gange, Caroline | Associate | 0.70 | 798.00 |
| **TOTAL FEES** | | **3.70** | **$5,853.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/1/2022 | Eckstein, Kenneth H. | Prepare for (0.3) and attend Working Group call (0.7). | 1.00 | $1,685.00 |
| 11/1/2022 | Gange, Caroline | Attend working group call re case status. | 0.70 | 798.00 |
| 11/10/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8); review related correspondence and pleadings (0.6). | 1.40 | 2,359.00 |
| 11/29/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.6). | 0.60 | 1,011.00 |
| **TOTAL** | | | **3.70** | **$5,853.00** |



December 20, 2022
Invoice #: 871320
072952-00011
Page 9

**Plan and Disclosure Statement**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 4.70 | $7,919.50 |
| Ringer, Rachael L. | Partner | 0.80 | 1,052.00 |
| Rogoff, Adam C. | Partner | 0.70 | 1,088.50 |
| Rosenbaum, Jordan M. | Partner | 1.20 | 1,680.00 |
| Taub, Jeffrey | Spec Counsel | 0.80 | 956.00 |
| Gange, Caroline | Associate | 4.10 | 4,674.00 |
| **TOTAL FEES** | | **12.30** | **$17,370.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/1/2022 | Eckstein, Kenneth H. | Call with protentional NewCo board member re status (0.6). | 0.60 | $1,011.00 |
| 11/25/2022 | Rosenbaum, Jordan M. | Review of plan issues. | 0.40 | 560.00 |
| 11/28/2022 | Eckstein, Kenneth H. | Review plan issues (1.2); correspondence with J. Rosenbaum, J. Taub same (0.4). | 1.60 | 2,696.00 |
| 11/28/2022 | Gange, Caroline | Review background re plan issues. | 1.20 | 1,368.00 |
| 11/29/2022 | Rogoff, Adam C. | Attend call w/ K. Eckstein, R. Ringer, C. Gange, J. Rosenblum and J. Taub re plan and term sheet. | 0.70 | 1,088.50 |



December 20, 2022
Invoice #: 871320
072952-00011
Page 10

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/29/2022 | Rosenbaum, Jordan M. | Attend portion of call with K. Eckstein, R. Ringer, A. Rogoff, C. Gange, J. Taub re term sheet. | 0.60 | 840.00 |
| 11/29/2022 | Eckstein, Kenneth H. | Attend call with A. Rogoff, J. Rosenbaum, C. Gange re plan issues (0.7); email A. Rogoff re same (0.1). | 0.80 | 1,348.00 |
| 11/29/2022 | Ringer, Rachael L. | Prepare for (0.1) and attend call with KL team re: next steps (0.7). | 0.80 | 1,052.00 |
| 11/29/2022 | Taub, Jeffrey | Attend internal KL call re plan issues (0.7), review same (0.1). | 0.80 | 956.00 |
| 11/29/2022 | Gange, Caroline | Attend call w/ K. Eckstein, A. Rogoff, J. Rosenbaum, R. Ringer and J. Taub re plan issues (0.7); review documents and issues re same (2.0); call and emails w/ A. Rogoff re same (0.2). | 2.90 | 3,306.00 |
| 11/30/2022 | Eckstein, Kenneth H. | Call with E. Vonnegut, A. Preis re plan issues (0.8); follow up calls re case issues (0.5); correspond with M. Diaz re asset sale issues (0.4). | 1.70 | 2,864.50 |
| 11/30/2022 | Rosenbaum, Jordan M. | Review of plan documents. | 0.20 | 280.00 |
| **TOTAL** | | | **12.30** | **$17,370.00** |

# Kramer Levin



December 20, 2022

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 871320
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through November 30, 2022.**

Disbursements and Other Charges                2,195.19

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



December 20, 2022
Invoice #: 871320
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | 6.00 |
| Telecommunication Charges | 6.90 |
| Transcript Fees | 81.60 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,195.19** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/28/2022 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**Pacer Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/21/2022 | Ortega-Rodriguez Sealtiel | Pacer Online Research Ortega-Rodriguez, Sealtiel | $6.00 |
| **Subtotal** | | | **$6.00** |



December 20, 2022
Invoice #: 871320
072952
Page 2

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 9/1/2022 | Fisher David J. | Telecommunication Charges by David Fisher | $6.90 |
| **Subtotal** | | | **$6.90** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|------|------------|-------------|--------|
| 11/18/2022 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing Transcript, Transaction Date: 11/18/22, Invoice Number: 6185509 | $81.60 |
| **Subtotal** | | | **$81.60** |
| **TOTAL** | | | **$2,195.19** |