KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** [1] | **Case No. 19-23649 (SHL)** |
| **Debtors.** | **(Jointly Administered)** |

**FORTIETH MONTHLY FEE STATEMENT OF KING &
SPALDING LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
<u>DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022</u>**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543]<br>August 18, 2021 [Docket No. 3596] |
| **Period for Which Compensation and Reimbursement is Sought** | December 1, 2022 through December 31, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $29,977.17<br>(80% of $37,471.46) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $29,977.17 |
| **This is a(n):   X  Monthly Application   __  Interim Application   __  Final Application** | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July 7, 2021*, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

2

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2022 Through December 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $29,977.17, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $37,471.46) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $37,471.46 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $29,977.17.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]   The period from December 1, 2022 through and including December 31, 2022 is referred to herein as the "**Fee Period**."

[3]   K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $374.15.[4]  The

blended hourly billing rate of all paraprofessionals is $0.00.[5]

3.       Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.       Attached hereto as **<u>Exhibit D</u>** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

### <u>Notice</u>

5.       K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $29,977.17, which is equal

to 80% of the total amount of reasonable compensation for actual, necessary legal services that

K&S incurred in connection with such services during the Fee Period (*i.e.*, $37,471.46) and (ii)

payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]     The blended hourly rate of $374.15 for attorneys is derived by dividing the total fees for attorneys of $37,471.46 by the total hours of 100.0.

[5]     No paraprofessional time was incurred during the Fee Period.

Dated:    January 18, 2023
        New York, New York

                                 **KING & SPALDING LLP**

                                 */s/ Scott Davidson*
                                 Scott Davidson
                                 1185 Avenue of the Americas
                                 New York, New York  10036-2601
                                 Telephone: (212) 556-2100
                                 Facsimile:  (212) 556-2222

                                 *Special Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Fees by Project Category[6]**

---

[6] The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 11.3 | $12,438.48 |
| Document/File Management | 1.5 | $810.00 |
| Document Production (Defense) | 85.0 | $23,362.50 |
| Retention and Fee Applications | 2.2 | $2,552.55 |
| **TOTALS** | **100.0** | **$39,163.53** |

**Exhibit B**

**Professional & Paraprofessional Fees[7]**

---

[7]    The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Virginia 1995, Washington, D.C. 1996 | $1,295.00 | 11.3 | $14,633.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $540.00 | 1.5 | $810.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,365.00 | 2.2 | $3,003.00 |
| **Discovery Counsel** | | | | |
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $375.00 | 16.9 | $6,337.50 |
| **Privilege Review Attorneys** | | | | |
| Shannon Ziliak | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $250.00 | 35.4 | $8,850.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $250.00 | 32.7 | $8,175.00 |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
|  |  |
| **TOTAL** | **$0.00** |

**Exhibit D**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA 30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10587711 |
| Invoice Date | 01/11/23 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 12/31/22:

| | | |
|---|---|---|
| Fees | $ | 14,633.50 |
| Less Courtesy Discount (15.0%) | | -2,195.02 |
| **Total this Invoice** | **$** | **12,438.48** |

*Payment is Due Upon Receipt*

08714    Purdue Pharma LP                                                    Invoice No. 10587711
158001    DOJ Opioid Marketing Investigations                                              Page 2
01/11/23

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/02/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ issues | 0.3 |
| 12/03/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, team regarding DOJ issues | 0.2 |
| 12/04/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Adams, M. Florence, team regarding DOJ issues | 1.7 |
| 12/05/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, team regarding DOJ issues | 0.8 |
| 12/06/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, team regarding DOJ issues | 0.2 |
| 12/08/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Aleali, P. Fitzgerald, M. Huebner, Board, team regarding DOJ and bankruptcy issues | 0.8 |
| 12/13/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, Board, team regarding DOJ and bankruptcy issues | 1.5 |
| 12/14/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, team regarding DOJ issues (1.1), review materials regarding same (0.3) | 1.4 |
| 12/15/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, team regarding DOJ issues | 1.2 |
| 12/16/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ issues | 0.4 |
| 12/21/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ issues | 0.2 |
| 12/23/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, team regarding DOJ issues | 0.2 |
| 12/26/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Adams, M. Florence regarding DOJ issues | 1.2 |
| 12/27/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, team regarding DOJ issues | 0.2 |
| 12/28/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, team regarding DOJ issues | 0.3 |
| 12/29/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, team regarding DOJ issues | 0.7 |

|  |  |  |  |  | 11.3 |

08714    Purdue Pharma LP                                                          Invoice No. 10587711
158001    DOJ Opioid Marketing Investigations                                      Page 3
01/11/23

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Jeffrey Bucholtz | Partner | 11.3 | 1295.00 | 14,633.50 |
| Total | | 11.3 | | $14,633.50 |

08714      Purdue Pharma LP                                              Invoice No. 10587711
158001     DOJ Opioid Marketing Investigations                                        Page 4
01/11/23


**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|-------|-------|
| L120 | Analysis/Strategy | 11.3 | 12,438.48 |
| | Total Fees | 11.3 | 12,438.48 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10587707 |
| Invoice Date | 01/11/23 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 12/31/22:

| | | |
|---|---|---|
| Fees | $ | 3,003.00 |
| Less Courtesy Discount (15.0%) | | -450.45 |
| **Total this Invoice** | **$** | **2,552.55** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | | | Invoice No. 10587707 |
| 240001 | Retention And Fee Application | | | | Page 2 |
| 01/11/23 | | | | | |

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/02/22 | S Davidson | L120 | A104 | Prepare monthly fee statement for November | 0.7 |
| 12/06/22 | S Davidson | L120 | A104 | Continue to prepare Monthly Fee Statement (0.6); review, revise and finalize same (0.3); coordinate filing and service of Monthly Fee Statement (0.3); e-mail to group regarding same and LEDES data (0.2); circulate LEDES data to Fee Examiner (0.1) | 1.5 |
| | | | | | 2.2 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Scott Davidson | Counsel | 2.2 | 1365.00 | 3,003.00 |
| Total | | 2.2 | | $3,003.00 |

08714     Purdue Pharma LP                                              Invoice No. 10587707
240001    Retention And Fee Application                                          Page 3
01/11/23

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 2.2 | 2,552.55 |
| | Total Fees | 2.2 | 2,552.55 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10588303 |
| Invoice Date | 01/17/23 |
| Client No. | 44444 |
| Matter No. | 795002 |

RE: Bankruptcy Insurance Matter
Client Matter Reference: 20210003073

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 12/31/22:

| | | |
|---|---|---|
| Fees | $ | 22,875.00 |
| Less Tiered Discount | | -1,601.25 |
| **Total this Invoice** | **$** | **21,273.75** |

*Payment is Due Upon Receipt*

44444      Purdue Pharma, LP (Document Matters)                                  Invoice No. 10588303
795002     Bankruptcy Insurance Matter                                                          Page 2
01/17/23

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/01/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 7.3 |
| 12/02/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.3 |
| 12/07/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.8 |
| 12/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 12/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 12/12/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 12/16/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 12/16/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.6 |
| 12/17/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.2 |
| 12/18/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.7 |
| 12/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10588303
795002     Bankruptcy Insurance Matter                                                           Page 3
01/17/23

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/19/22 | S Ziliak | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 12/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 12/22/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 12/23/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 5.4 |
| 12/23/22 | K Lynch | L320 | A104 | Review and analyze documents for privilege log challenge | 5.2 |
| 12/26/22 | K Lynch | L320 | A104 | Review and analyze documents for privilege log challenge | 8.2 |
| 12/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |
| 12/27/22 | K Lynch | L320 | A104 | Review and analyze documents for privilege log challenge | 11.7 |
| 12/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 12/28/22 | K Lynch | L320 | A104 | Review and analyze documents for privilege log challenge | 7.6 |
| 12/29/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| | | | | | 83.7 |

44444  Purdue Pharma, LP (Document Matters)      Invoice No. 10588303
795002  Bankruptcy Insurance Matter          Page 4
01/17/23

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Kassi Burns | Discovery Counsel | 15.6 | 375.00 | 5,850.00 |
| Shannon Ziliak | Privilege Review Attorney | 35.4 | 250.00 | 8,850.00 |
| Kathleen Lynch | Privilege Review Attorney | 32.7 | 250.00 | 8,175.00 |
| Total | | 83.7 | | 22,875.00 |

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--|-------|-------|
| L320 | Document Production (Defense) | 83.7 | 22,875.00 |
| | Total Fees | 83.7 | 22,875.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10588305 |
| Invoice Date | 01/17/23 |
| Client No. | 44444 |
| Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 12/31/22:

| | | |
|---|---|---|
| Fees | $ | 1,297.50 |
| Less Tiered Discount | | -90.82 |
| **Total this Invoice** | **$** | **1,206.68** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10588305 |
|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | Page 2 |
| 01/17/23 | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 12/09/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 12/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 12/12/22 | R Jones | L140 | A110 | Advise and counsel the client on production workflows in response to ongoing case team and discovery requests | 0.7 |
| 12/16/22 | R Jones | L140 | A110 | Advise and counsel the client on production workflows in response to ongoing case team and discovery requests | 0.8 |
| 12/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| | | | | | 2.8 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 1.5 | 540.00 | 810.00 |
| Kassi Burns | Discovery Counsel | 1.3 | 375.00 | 487.50 |
| Total | | 2.8 | | 1,297.50 |

| | | |
|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10588305 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | Page 3 |
| 01/17/23 | | |

**Task Summary - Fees**

| Task | | Hours | Value |
|---|---|---|---|
| L140 | Document/File Management | 1.5 | 810.00 |
| L320 | Document Production (Defense) | 1.3 | 487.50 |
| | Total Fees | 2.8 | 1,297.50 |