AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
Edan Lisovicz
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF AKIN GUMP
STRAUSS HAUER & FELD LLP FOR PROFESSIONAL SERVICES
RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | September 26, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | November 1, 2022 Through November 30, 2022 |
| Fees Incurred: | $368,953.50 |
| 20% Holdback: | $73,790.70 |
| Total Compensation Less 20% Holdback: | $295,162.80 |
| Monthly Expenses Incurred: | $5,533.51 |
| Total Fees and Expenses Requested: | $374,487.01 |

This is a __x__ monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Eighth Monthly Fee Statement") covering the period from November 1, 2022 through and including November 30, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327*, dated April 8, 2020 [ECF No. 1023]. By the Thirty-Eighth Monthly Fee Statement,

and after taking into account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the amount of $295,162.80 (80% of $368,953.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $5,533.51 incurred by Akin Gump during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Committee during the Compensation Period.  The rates charged by Akin Gump for services rendered to the Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] The total amount sought for fees and expenses ($374,487.01) reflects (i) a voluntary reduction of $20,604.50 in fees, including all fees incurred by professionals and paraprofessionals who provided fewer than five (5) hours of services during the Compensation Period, as well as other voluntary reductions, and (ii) a reduction of $6.30 in expenses incurred during the Compensation Period, reflecting a reduction required pursuant to the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 [General Order M-447].  Such fees and expenses are excluded from the exhibits and the summary tables included herein, and Akin Gump will not seek allowance of such fees and expenses in its interim or final fee applications.  For the avoidance of doubt, the foregoing fee reductions are purely voluntary and not based on any determination that such fees are not appropriate or compensable.

**EXPENSES INCURRED**
**DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Thirty-Eighth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj. gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Thirty-Eighth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on February 1, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

4

If no objections to this Thirty-Eighth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Thirty-Eight Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.


Dated: New York, New York                    AKIN GUMP STRAUSS HAUER & FELD LLP
January 18, 2023

                                              By:  /s/  Arik Preis
                                                   Ira Dizengoff
                                                   Arik Preis
                                                   Mitchell Hurley
                                                   Sara L. Brauner
                                                   Edan Lisovicz
                                                   One Bryant Park
                                                   New York, New York 10036
                                                   Telephone: (212) 872-1000
                                                   Facsimile: (212) 872-1002
                                                   idizengoff@akingump.com
                                                   apreis@akingump.com
                                                   mhurley@akingump.com
                                                   sbrauner@akingump.com
                                                   elisovicz@akingump.com


                                                   *Counsel to the Official Committee of
                                                   Unsecured Creditors of Purdue Pharma L.P.,*
                                                   et al.

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
|---|---|---|---|---|---|---|
| Sara Brauner | Financial Restructuring | NY | 2011 | $1,400.00 | 11.6 | $16,240.00 |
| Ashley Vinson Crawford | Litigation | SF | 2003 | $1,265.00 | 14.3 | $18,089.50 |
| Arik Preis | Financial Restructuring | NY | 2001 | $1,775.00 | 15.5 | $27,512.50 |
| David Vondle | Intellectual Property | DC | 2002 | $1,265.00 | 22.5 | $28,462.50 |
| **Partner Total:** | | | | | **63.9** | **$90,304.50** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Danielle Crockett Ginty | Litigation | NY | 2008 | $1,085.00 | 10.0 | $10,850.00 |
| Edan Lisovicz | Financial Restructuring | NY | 2014 | $1,190.00 | 7.0 | $8,330.00 |
| Shanna Miles | Litigation | NY | 2017 | $1,055.00 | 5.5 | $5,802.50 |
| James Salwen | Financial Restructuring | NY | 2017 | $1,095.00 | 5.4 | $5,913.00 |
| Dennis Windscheffel | Litigation | SA | 2004 | $1,105.00 | 44.6 | $49,283.00 |
| **Senior Counsel & Counsel Total:** | | | | | **72.5** | **$80,178.50** |
| **Associates** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Braden Allman | Litigation | DA | 2018 | $940.00 | 60.0 | $56,400.00 |
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,045.00 | 43.1 | $45,039.50 |
| Alan Carrillo | Financial Restructuring | DA | 2018 | $880.00 | 11.9 | $10,472.00 |
| Richard Cochrane | Litigation | DA | 2019 | $775.00 | 6.8 | $5,270.00 |
| William Foster | Litigation | SF | 2017 | $940.00 | 59.9 | $56,306.00 |
| Kaila Zaharis | Financial Restructuring | NY | 2022 | $710.00 | 19.8 | $14,058.00 |
| **Associate Total:** | | | | | **201.5** | **$187,545.50** |
| **Paraprofessionals** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $475.00 | 23.0 | $10,925.00 |

| | | |
|---|---|---|
| **Paraprofessional Total:** | **23.0** | **$10,925.00** |
| **Total Hours / Fees Requested:** | **360.9** | **$368,953.50** |

2

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|:---:|:---|---:|---:|
| 2 | Case Administration | 6.0 | $3,204.50 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 19.5 | $20,660.00 |
| 4 | Analysis of Other Professional Fee Applications/Reports | 1.1 | $1,393.00 |
| 6 | Retention of Professionals | 1.5 | $2,100.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 28.8 | $32,434.00 |
| 8 | Hearings and Court Matters/Court Preparation | 11.8 | $10,957.00 |
| 12 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 8.5 | $7,978.00 |
| 13 | Prepetition Transactions (incl. all Sackler transactions/ distributions) | 0.2 | $219.00 |
| 14 | Insurance Issues | 192.1 | $194,452.00 |
| 17 | Adversary Proceedings (including Preliminary Injunction Motion) | 31.8 | $37,488.00 |
| 20 | Interaction with/Review of Other Opioid Companies and Cases | 33.6 | $23,393.00 |
| 22 | Disclosure Statement/ Solicitation/ Plan/ Confirmation | 3.5 | $6,212.50 |
| 32 | Intellectual Property | 22.5 | $28,462.50 |
| | **TOTAL:** | **360.9** | **$368,953.50** |

## **Exhibit C**

**Itemized Fees**



Akin Gump
Strauss Hauer & Feld LLP

| | |
|---|---|
| PURDUE CREDITORS COMMITTEE | |
| PURDUE PHARMA L.P. | |
| ONE STAMFORD FORUM | |
| 201 TRESSER BOULEVARD | |
| STAMFORD, CT  06901 | |
| ATTN: JOHN  LOWNE | |

| | |
|---|---|
| Invoice Number | 2023475 |
| Invoice Date | 01/18/23 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 6.00 | $3,204.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 19.50 | $20,660.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.10 | $1,393.00 |
| 0006 | Retention of Professionals | 1.50 | $2,100.00 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 28.80 | $32,434.00 |
| 0008 | Hearings and Court Matters/Court Preparation | 11.80 | $10,957.00 |
| 0012 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 8.50 | $7,978.00 |
| 0013 | Prepetition Transactions (incl. all Sackler transactions/distributions) | 0.20 | $219.00 |
| 0014 | Insurance Issues | 192.10 | $194,452.00 |
| 0017 | Adversary Proceedings (including Preliminary Injunction Motion) | 31.80 | $37,488.00 |
| 0020 | Interaction with/Review of Other Opioid Companies and Cases | 33.60 | $23,393.00 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 3.50 | $6,212.50 |
| 0032 | Intellectual Property | 22.50 | $28,462.50 |
| | TOTAL | 360.90 | $368,953.50 |

PURDUE CREDITORS COMMITTEE
Invoice Number: 2023475

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 09/14/22 | DJW | 0014 | Attend deposition of Marsh re insurance adversary proceeding (6.1); draft summary of deposition (1.2). | 7.30 | $8,066.50 |
| 11/01/22 | AVC | 0014 | Correspondence with lit team members re preparation for Mahony deposition re insurance adversary proceeding (.4); call with D. Ginty re same (.2); analyze issues re same (.4). | 1.00 | $1,265.00 |
| 11/01/22 | DJW | 0014 | Correspondence with lit team members re Mahoney deposition re insurance adversary proceeding (.2); conduct research in preparation for same (.9). | 1.10 | $1,215.50 |
| 11/01/22 | DCV | 0032 | Analyze post-trial briefs filed in Accord litigation re patent issues. | 2.30 | $2,909.50 |
| 11/01/22 | DK | 0020 | Review (.4) and organize (.4) materials related to opioid litigations; circulate same (.2). | 1.00 | $475.00 |
| 11/01/22 | DCC | 0014 | Correspondence with lit team members re deposition in connection with insurance adversary proceeding (.2); call with A. Crawford re same (.2); correspondence with Debtors' counsel re related discovery matters (.2). | 0.60 | $651.00 |
| 11/01/22 | ESL | 0007 | Calls with claimants re case inquiries. | 0.30 | $357.00 |
| 11/01/22 | BKB | 0007 | Calls with claimants re case updates. | 0.40 | $418.00 |
| 11/01/22 | KMZ | 0007 | Review correspondence from claimant re claim status (.1); draft reply to same (.4). | 0.50 | $355.00 |
| 11/01/22 | CAC | 0007 | Finalize revisions to public case calendar for UCC website. | 0.20 | $176.00 |
| 11/01/22 | BA | 0014 | Conduct research re opioid-related insurance issues (4.5); prepare summary re same (2.7). | 7.20 | $6,768.00 |
| 11/02/22 | AVC | 0014 | Correspondence with lit team members re Mahoney deposition preparation (.2); attend deposition preparation session (3.0) (partial); revise summary of same (.7); review research re opioid-related insurance matters (.3). | 4.20 | $5,313.00 |
| 11/02/22 | DJW | 0014 | Attend deposition prep of witness for insurance adversary proceeding (4.8); correspondence with lit team members re same (.3). | 5.10 | $5,635.50 |
| 11/02/22 | DK | 0020 | Organize materials related to opioid litigation (.4); circulate same (.2). | 0.60 | $285.00 |
| 11/02/22 | DCC | 0014 | Attend E. Mahoney deposition preparation re insurance adversary proceeding (4.5); draft summary re same (.3). | 4.80 | $5,208.00 |
| 11/02/22 | BKB | 0003 | Review invoice issues (.4); correspondence with Debtors' counsel re same (.1). | 0.50 | $522.50 |
| 11/02/22 | SLM | 0014 | Correspondence with B. Allman re research for insurance adversary proceeding (.6); analyze research materials in connection with same (3.9); conduct follow-up research re same (.8). | 5.30 | $5,591.50 |

PURDUE CREDITORS COMMITTEE                                                          Page 3
Invoice Number: 2023475                                                    January 18, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 11/02/22 | KMZ | 0007 | Update claimant tracker re information from recent call with claimant. | 0.10 | $71.00 |
| 11/02/22 | CAC | 0007 | Review public case calendar for creditors' website (.1); circulate same to KCC (.1). | 0.20 | $176.00 |
| 11/02/22 | BA | 0014 | Conduct research re opioid-related insurance matters (3.5); prepare analysis re same (3.1) correspondence with S. Miles re same (.7). | 7.30 | $6,862.00 |
| 11/03/22 | DCV | 0032 | Review post-trial filings from Accord patent litigation re analysis of patent matters. | 2.50 | $3,162.50 |
| 11/03/22 | DK | 0020 | Review (.4) and organize (.2) materials related to opioid litigations; circulate same (.2). | 0.80 | $380.00 |
| 11/03/22 | BKB | 0017 | Draft joinder to Debtors' motion to dismiss complaint in Bridges adversary proceeding. | 2.80 | $2,926.00 |
| 11/03/22 | SLM | 0014 | Confer with B. Allman re research in connection with insurance adversary proceeding. | 0.10 | $105.50 |
| 11/03/22 | KMZ | 0007 | Draft reply to claimant re inquiry into claim status. | 0.50 | $355.00 |
| 11/03/22 | CAC | 0020 | Review SF docket for case updates for weekly opioid lit tracker. | 0.10 | $88.00 |
| 11/03/22 | CAC | 0003 | Review invoice to ensure compliance with U.S. Trustee Guidelines and privilege and confidentiality. | 0.80 | $704.00 |
| 11/03/22 | BA | 0014 | Conduct research re opioid-related insurance matters (4.6); prepare analysis re same (3.0); confer with S. Miles re same (.1). | 7.70 | $7,238.00 |
| 11/04/22 | AVC | 0014 | Review correspondence between parties in interest re discovery issues in insurance adversary proceeding. | 0.30 | $379.50 |
| 11/04/22 | DCV | 0032 | Analyze materials and briefing re Accord litigation in connection with analysis of patent issues. | 1.50 | $1,897.50 |
| 11/04/22 | DK | 0007 | Revise case calendar with key dates and deadlines for UCC website. | 1.00 | $475.00 |
| 11/04/22 | DK | 0020 | Review (.5) and organize (.3) materials related to opioid litigations; circulate same (.2). | 1.00 | $475.00 |
| 11/04/22 | DK | 0002 | Review main case and adversary proceeding dockets (.2); organize newly filed pleadings (.2); circulate same to team (.1). | 0.50 | $237.50 |
| 11/04/22 | SLB | 0017 | Comment on joinder to Debtors' motion to dismiss Bridges complaint (1.0); correspondence with B. Barker re same (.2). | 1.20 | $1,680.00 |
| 11/04/22 | BKB | 0020 | Review opioid litigation articles. | 0.40 | $418.00 |
| 11/04/22 | BKB | 0017 | Revise draft joinder to Debtors' motion to dismiss Bridges complaint (2.6); correspondence with S. Brauner re same (.3). | 2.90 | $3,030.50 |
| 11/04/22 | KMZ | 0020 | Conduct research re recent updates in opioid-related litigation (.2); update litigation trackers with information from same (.1). | 0.30 | $213.00 |
| 11/04/22 | CAC | 0020 | Draft summary of SF case for weekly opioid | 0.40 | $352.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | lit tracker. | | |
| 11/04/22 | BA | 0014 | Conduct research re opioid-related insurance matters (3.2); draft and revise analysis re same (4.6). | 7.80 | $7,332.00 |
| 11/05/22 | EYP | 0007 | Calls with claimants re case status. | 0.50 | $887.50 |
| 11/06/22 | KMZ | 0020 | Update opioid litigation and settlement tracker with information from recent case updates. | 0.40 | $284.00 |
| 11/07/22 | DK | 0020 | Organize materials re opioid litigation (.8); circulate same (.2). | 1.00 | $475.00 |
| 11/07/22 | EYP | 0007 | Calls with claimants re case questions. | 0.30 | $532.50 |
| 11/07/22 | ESL | 0007 | Review correspondence from claimants re case inquiries. | 0.20 | $238.00 |
| 11/07/22 | BKB | 0020 | Review opioid lit articles (.3); review updates to opioid lit trackers (.5). | 0.80 | $836.00 |
| 11/07/22 | KMZ | 0020 | Review dockets in opioid related litigation for relevant updates (.2); summarize pleadings from same (.5); update tracker re same (.2). | 0.90 | $639.00 |
| 11/07/22 | KMZ | 0007 | Update claimant correspondence tracker (.7); review claim inquiry from incarcerated claimant (.3); draft reply letter to incarcerated claimant re claim inquiry (.4). | 1.40 | $994.00 |
| 11/07/22 | BA | 0014 | Draft summary of opioid-related insurance research issues. | 3.70 | $3,478.00 |
| 11/08/22 | AVC | 0014 | Confer with Province re stipulation and case status of insurance adversary proceeding. | 0.50 | $632.50 |
| 11/08/22 | DJW | 0014 | Review documents in conjunction with deposition outline re insurance adversary proceeding (1.8); review deposition outline (.9). | 2.70 | $2,983.50 |
| 11/08/22 | DK | 0020 | Review (.2) and organize (.2) materials re opioid litigation; circulate same (.2). | 0.60 | $285.00 |
| 11/08/22 | SLB | 0006 | Draft correspondence to UCC re conflict waiver for supplemental declaration in support of Akin's retention. | 0.60 | $840.00 |
| 11/08/22 | ESL | 0007 | Call with creditors re case inquiries. | 0.20 | $238.00 |
| 11/08/22 | BKB | 0003 | Correspondence with Debtors' counsel re invoice issue (.2); review materials re same (.3); review invoice re U.S. Trustee guidelines compliance and privilege issues (.7). | 1.20 | $1,254.00 |
| 11/08/22 | CAC | 0003 | Review invoice to ensure compliance with U.S. Trustee Guidelines and privilege and confidentiality. | 1.90 | $1,672.00 |
| 11/08/22 | BA | 0014 | Conduct additional research re opioid-related insurance matters (2.4); continue drafting analysis of same (4.3). | 6.70 | $6,298.00 |
| 11/09/22 | AVC | 0014 | Prepare analysis re stipulation re insurance adversary proceeding (.5); follow up correspondence with Province re same (.2); attend Navigators' deposition (1.3) (partial). | 2.00 | $2,530.00 |
| 11/09/22 | DJW | 0014 | Attend deposition of Linda Schultz for insurance adversary proceeding. | 5.80 | $6,409.00 |
| 11/09/22 | DK | 0020 | Review materials related to opioid litigation (.5); circulate same (.2). | 0.70 | $332.50 |

PURDUE CREDITORS COMMITTEE
Invoice Number: 2023475

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 11/09/22 | DK | 0002 | Review main case and adversary proceedings dockets (.2); circulate significant pleadings (.2); update internal case calendar (.3). | 0.70 | $332.50 |
| 11/09/22 | DCC | 0014 | Correspondence with W. Foster re research needs in connection with insurance adversary proceeding (1.1); comment on insurance adversary proceeding research memo (.5). | 1.60 | $1,736.00 |
| 11/09/22 | SLB | 0006 | Correspondence with UCC re conflict waiver request (.2); follow-up correspondence with UCC members re same (.4). | 0.60 | $840.00 |
| 11/09/22 | EYP | 0012 | Review briefing re McGaha motions. | 0.50 | $887.50 |
| 11/09/22 | BKB | 0012 | Review McGaha motions (.4); review Debtors' and United States' oppositions to same (1.4); correspondence with FR team members re same (.2). | 2.00 | $2,090.00 |
| 11/09/22 | KMZ | 0012 | Review Debtors' objection to McGaha motion (.5); draft summary of same (1.0); correspond with FR team members re same (.3). | 1.80 | $1,278.00 |
| 11/09/22 | KMZ | 0007 | Call with claimant re status of case and claim (.3); update claimant tracker with notes from same (.1). | 0.40 | $284.00 |
| 11/09/22 | CAC | 0012 | Draft summary of United States' response to McGaha motions (.9); correspondence with FR team members re same (.1). | 1.00 | $880.00 |
| 11/09/22 | BA | 0014 | Conduct further research re analysis of opioid-related insurance issues (1.2); incorporate internal comments to memo (.6); review materials in connection with same (.5); further revise memo re same (2.5). | 4.80 | $4,512.00 |
| 11/10/22 | AVC | 0014 | Analyze issues re insurance adversary proceeding stipulation (.7); correspondence with D. Windscheffel re same (.3); confer with D. Ginty re research project (.2). | 1.20 | $1,518.00 |
| 11/10/22 | DJW | 0014 | Correspondence with A. Crawford re stipulation in insurance adversary proceeding (.1); review same (.3). | 0.40 | $442.00 |
| 11/10/22 | DK | 0020 | Review materials re opioid litigation (.4); circulate same (.2). | 0.60 | $285.00 |
| 11/10/22 | DK | 0002 | Review main case and adversary proceeding dockets (.2); review and organize newly filed pleadings for attorney review (.2); circulate same (.1). | 0.50 | $237.50 |
| 11/10/22 | DCC | 0014 | Call with B. Foster re research needed for insurance adversary proceeding (1.0); confer with A. Crawford re same (.2). | 1.20 | $1,302.00 |
| 11/10/22 | SLB | 0017 | Review revised joinder to Debtors' motion to dismiss Bridges complaint (.4); correspondence with FR team members re same (.4); review Debtors' draft motion to dismiss (.5); analyze issues re same (.8). | 2.10 | $2,940.00 |
| 11/10/22 | EYP | 0017 | Review issues regarding Bridges adversary proceeding briefing (1.2); correspondence | 2.00 | $3,550.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | with FR and lit team members re same (.3); calls with parties in interest re same (.5). | | |
| 11/10/22 | TJS | 0017 | Review correspondence among parties in interest re joinder to Debtors' motion to dismiss Bridges complaint issues (.4); correspondence with FR team members re same (.1). | 0.50 | $547.50 |
| 11/10/22 | BKB | 0012 | Revise summaries of oppositions to McGaha motions (.9); review Debtors' and United States' oppositions in connection with same (.4); correspondence with A. Carrillo re same (.2). | 1.50 | $1,567.50 |
| 11/10/22 | BKB | 0003 | Prepare responses to Fee Examiner's initial ninth interim report (2.5); review materials and exhibits to report re same (.5). | 3.00 | $3,135.00 |
| 11/10/22 | CAC | 0012 | Revise McGaha briefing summary per B. Barker comments (.3); circulate summary to FR team members (.1). | 0.40 | $352.00 |
| 11/10/22 | BA | 0014 | Further revise sections of research memo for insurance adversary proceeding (6.1); conduct follow up research for same (1.8). | 7.90 | $7,426.00 |
| 11/10/22 | WAF | 0014 | Call with D. Ginty re insurance adversary proceeding research issues (1.0); prepare for same (.1). | 1.10 | $1,034.00 |
| 11/11/22 | AVC | 0014 | Confer with Reed Smith re discovery issues in insurance adversary proceeding. | 0.30 | $379.50 |
| 11/11/22 | DJW | 0014 | Analyze discovery stipulation re insurance adversary proceeding (.2); correspondence with parties in interest re deposition scheduling in same (.3). | 0.50 | $552.50 |
| 11/11/22 | DK | 0020 | Organize materials related to opioid litigations (.5); circulate same (.1). | 0.60 | $285.00 |
| 11/11/22 | DK | 0007 | Revise case calendar with key dates and deadlines for UCC website. | 0.90 | $427.50 |
| 11/11/22 | DK | 0002 | Review main case and adversary proceeding dockets (.2); review and organize significant pleadings (.3); circulate same to team for attorney review (.1). | 0.60 | $285.00 |
| 11/11/22 | SLB | 0017 | Review revised joinder to motion to dismiss re Bridges complaint (.4); review correspondence with FR team members re same (.6); review correspondence from Debtors' counsel re same (.2). | 1.20 | $1,680.00 |
| 11/11/22 | SLB | 0003 | Revise response to fee examiner report (.9); correspondence with members of FR team re same (.3). | 1.20 | $1,680.00 |
| 11/11/22 | EYP | 0017 | Comment on joinder to motion to dismiss in Bridges adversary proceeding (1.6); correspondence with FR team members re same (.4). | 2.00 | $3,550.00 |
| 11/11/22 | ESL | 0003 | Comment on draft response to fee examiner report (.5); correspondence with FR team members re same (.2). | 0.70 | $833.00 |
| 11/11/22 | ESL | 0007 | Calls with creditors re case issues. | 0.50 | $595.00 |
| 11/11/22 | TJS | 0017 | Review motions to dismiss Bridges complaints (.6); analyze issues re same (.3); correspondence with FR team | 1.10 | $1,204.50 |

PURDUE CREDITORS COMMITTEE

Invoice Number: 2023475

Page 7

January 18, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| | | | members re same (.2). | | |
| 11/11/22 | BKB | 0003 | Review comments to responses to Fee Examiner's initial ninth interim report (.4); revise based on same (.7); finalize same (.3); correspondence with FR team members re same (.1). | 1.50 | $1,567.50 |
| 11/11/22 | BKB | 0017 | Review comments to joinder to Debtors' motion to dismiss Bridges complaint (.7); revise same (1.4); correspondence with FR team members re same (.4); review Debtors' motion to dismiss (.4); review US's motion to dismiss (.5); coordinate filing of joinder to motion to dismiss (.2); confer with B. Kemp re same (.1). | 3.70 | $3,866.50 |
| 11/11/22 | BKB | 0002 | Review and circulate docket filings outside of regular business hours. | 0.30 | $313.50 |
| 11/11/22 | SLM | 0014 | Confer with B. Allman re insurance adversary proceeding research. | 0.10 | $105.50 |
| 11/11/22 | KMZ | 0020 | Review dockets in opioid related litigations for recent updates (.4); summarize same (.4); research articles in connection with same (.2). | 1.00 | $710.00 |
| 11/11/22 | BA | 0014 | Further revise research memo for insurance adversary proceeding (5.2); conduct follow up research for same (1.7). | 6.90 | $6,486.00 |
| 11/11/22 | WAF | 0014 | Analyze insurance policy and related materials (2.4); review legal research memorandum re issues in connection with same (1.7); analyze produced documents in connection with same (1.8). | 5.90 | $5,546.00 |
| 11/12/22 | ESL | 0003 | Finalize response to fee examiner report (.1); correspondence with fee examiner re same (.1). | 0.20 | $238.00 |
| 11/12/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker (2.6); draft summary re same (.8). | 3.40 | $2,635.00 |
| 11/12/22 | BKB | 0017 | Review Debtor-Defendants' motion to dismiss Bridges adversary proceeding and supporting memorandum of law (.7); research issue re same (.4); review United States' motion to dismiss and memorandum of law re same (2.4). | 3.50 | $3,657.50 |
| 11/12/22 | KMZ | 0017 | Review pleadings filed in Bridges adversary proceeding (.5); draft summaries of same (1.3). | 1.80 | $1,278.00 |
| 11/12/22 | CAC | 0017 | Draft summary of United States' motion to dismiss Bridges adversary proceeding Complaint (1.4); review related plead-ings (1.1). | 2.50 | $2,200.00 |
| 11/12/22 | CAC | 0020 | Review SF docket for opioid lit updates. | 0.20 | $176.00 |
| 11/13/22 | EYP | 0017 | Correspondence with parties in interest re adversary proceeding issues. | 0.50 | $887.50 |
| 11/13/22 | EYP | 0017 | Correspondence with counsel to plaintiffs in Bridges adversary proceeding. | 0.20 | $355.00 |
| 11/13/22 | BKB | 0017 | Review and revise summaries re motions to dismiss Bridges adversary proceeding (1.7); review materials and underlying pleadings re same (1.0). | 2.70 | $2,821.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 11/13/22 | BKB | 0020 | Review opioid articles (.6); review summaries re opioid litigation developments (.8). | 1.40 | $1,463.00 |
| 11/13/22 | KMZ | 0017 | Review (.4) and revise (.2) summaries of pleadings filed in Bridges adversary proceeding. | 0.60 | $426.00 |
| 11/14/22 | AVC | 0014 | Analyze insurance adversary proceeding discovery issues. | 0.10 | $126.50 |
| 11/14/22 | DJW | 0014 | Attend deposition of Gough in insurance adversary proceeding (4.3); prepare summary of same (.7). | 5.00 | $5,525.00 |
| 11/14/22 | DCV | 0032 | Continue analysis of Purdue's post-trial filings in Accord litigation re patent issues. | 2.50 | $3,162.50 |
| 11/14/22 | SLB | 0003 | Review fee examiner response. | 0.40 | $560.00 |
| 11/14/22 | EYP | 0007 | Correspondence with UCC re case status. | 0.30 | $532.50 |
| 11/14/22 | EYP | 0017 | Analyze issues re Bridges adversary proceeding (.2); call with F. Ozment re same (.3). | 0.50 | $887.50 |
| 11/14/22 | BKB | 0007 | Calls with claimants re case issues (.4); revise letter to claimant re case updates (.4). | 0.80 | $836.00 |
| 11/14/22 | BKB | 0008 | Prep materials for hearing (.2); call with A. Carrillo re same (.1). | 0.30 | $313.50 |
| 11/14/22 | KMZ | 0007 | Review correspondence from various incarcerated claimants re case status and claim status (.6); prepare responses to same (1.2); update claimant correspondence tracker re same (.2). | 2.00 | $1,420.00 |
| 11/14/22 | KMZ | 0008 | Prepare materials for Akin team in advance of upcoming hearing (.3); correspond with A. Carrillo re same (.1). | 0.40 | $284.00 |
| 11/14/22 | KMZ | 0012 | Finalize summary of McGaha pleadings for circulation to UCC. | 0.20 | $142.00 |
| 11/14/22 | CAC | 0007 | Revise case calendar for creditors' website (.9); review UCC correspondence re case developments (.1). | 1.00 | $880.00 |
| 11/14/22 | CAC | 0008 | Coordinate preparation of 11/16 hearing materials (.1); call with B. Barker re same (.1); correspondence with K. Zaharis re same (.1). | 0.30 | $264.00 |
| 11/14/22 | CAC | 0002 | Circulate docket filings after regular business hours. | 0.10 | $88.00 |
| 11/14/22 | WAF | 0014 | Analyze insurance policy and related insurance matters and materials (2.1); conduct research re same (.9); analyze document productions in connection with same (1.9). | 4.90 | $4,606.00 |
| 11/15/22 | AVC | 0014 | Correspondence with D. Windscheffel re insurance adversary proceeding issues. | 0.10 | $126.50 |
| 11/15/22 | DJW | 0014 | Correspondence with A. Crawford re draft stipulation re insurance adversary proceeding matters (.3); review correspondence between parties in interest re same (.3). | 0.60 | $663.00 |
| 11/15/22 | DK | 0020 | Review (.5) and organize (.3) materials related to opioid litigations; circulate same (.2). | 1.00 | $475.00 |

PURDUE CREDITORS COMMITTEE                                                                      Page 9
Invoice Number: 2023475                                                                    January 18, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| 11/15/22 | DK | 0002 | Review main case and adversary proceedings dockets (.2); review and organize recently filed pleadings (.2); circulate same (.1). | 0.50 | $237.50 |
| 11/15/22 | ESL | 0004 | Correspondence with Committee professionals re proposed order approving interim fee applications and upcoming hearing. | 0.30 | $357.00 |
| 11/15/22 | ESL | 0008 | Review hearing agenda. | 0.10 | $119.00 |
| 11/15/22 | TJS | 0008 | Analyze issues re upcoming hearing (.2); review materials re same (.5). | 0.70 | $766.50 |
| 11/15/22 | BKB | 0003 | Review invoice to ensure compliance with privilege and confidentiality and U.S. Trustee Guidelines. | 2.10 | $2,194.50 |
| 11/15/22 | KMZ | 0007 | Finalize letters to incarcerated claimant (.2); update claimant correspondence tracker (.1); organize same (.1). | 0.40 | $284.00 |
| 11/15/22 | KMZ | 0012 | Review McGaha response to objections to motion re claim disbursements (.8); prepare summary re same (.3). | 1.10 | $781.00 |
| 11/15/22 | CAC | 0007 | Review UCC correspondence re case status. | 0.10 | $88.00 |
| 11/16/22 | AVC | 0014 | Review draft discovery letter re insurance adversary proceeding (.2); confer with Gilbert and Reed Smith re same (.2). | 0.40 | $506.00 |
| 11/16/22 | DJW | 0014 | Review draft stipulation re insurance adversary proceeding matters (.3); review correspondence between parties in interest re same (.2). | 0.50 | $552.50 |
| 11/16/22 | DK | 0008 | Prepare materials for attorney review in connection with prep of hearing (.4); attention to logistics re same (.3); collect and organize hearing transcripts re same (.3). | 1.00 | $475.00 |
| 11/16/22 | DK | 0002 | Review main case and adversary proceeding dockets (.1); review and organize pleadings for attorney review (.2); prepare and circulate update for team (.1). | 0.40 | $190.00 |
| 11/16/22 | DK | 0020 | Review (.4) and organize (.2) materials re opioid litigation; circulate same (.2). | 0.80 | $380.00 |
| 11/16/22 | SLB | 0008 | Attend hearing (1.3); review summary of same (.2). | 1.50 | $2,100.00 |
| 11/16/22 | ESL | 0007 | Review claimant inquiry and related materials (.2); correspond with Kroll re same (.1). | 0.30 | $357.00 |
| 11/16/22 | ESL | 0008 | Review materials re hearing (.3); review summary re same (.2). | 0.50 | $595.00 |
| 11/16/22 | ESL | 0004 | Correspond with UCC professionals and Debtors' counsel re proposed order approving interim fee applications. | 0.20 | $238.00 |
| 11/16/22 | TJS | 0008 | Attend hearing remotely. | 1.30 | $1,423.50 |
| 11/16/22 | BKB | 0020 | Revise summaries for opioid lit update (.8); prep new section of same re remanded opioid cases (.4); review dockets and filings thereon from remanded cases, WV and other opioid litigations (.5); review opioid lit articles (.3); prep updates re opioid | 3.10 | $3,239.50 |

PURDUE CREDITORS COMMITTEE | Page 10
--- | ---
Invoice Number: 2023475 | January 18, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | litigations and settlements (.9); circulate weekly update (.2). | | |
| 11/16/22 | BKB | 0008 | Attend hearing (1.3); review materials re same (.2); revise summary of hearing for UCC (.4); correspondence with K. Zaharis re same (.1). | 2.00 | $2,090.00 |
| 11/16/22 | KMZ | 0008 | Attend hearing on fee applications and McGaha motion UCC (1.3); draft summary of same (1.2); correspond with B. Barker re same (.2); revise same (.3); circulate same to FR team (.1). | 3.10 | $2,201.00 |
| 11/16/22 | KMZ | 0020 | Revise litigation tracker per recent updates in opioid-related litigation. | 0.80 | $568.00 |
| 11/16/22 | CAC | 0020 | Review SF docket for case updates. | 0.20 | $176.00 |
| 11/17/22 | DJW | 0014 | Attend deposition of J. Volgende re insurance adversary proceeding (4.6); draft summary of deposition (.5). | 5.10 | $5,635.50 |
| 11/17/22 | DK | 0020 | Organize materials related to opioid litigations (.7); circulate same (.2). | 0.90 | $427.50 |
| 11/17/22 | DK | 0002 | Review main case and adversary proceeding dockets for newly filed pleadings (.2); organize same pleadings for attorney review (.2); circulate same to team (.1). | 0.50 | $237.50 |
| 11/17/22 | SLB | 0007 | Review recent claimant filings. | 0.40 | $560.00 |
| 11/17/22 | EYP | 0007 | Various calls with claimants re case updates. | 1.50 | $2,662.50 |
| 11/17/22 | ESL | 0007 | Review update correspondence with Committee (.1); correspondence with claimants re proof of claim and related inquiries (.3). | 0.40 | $476.00 |
| 11/17/22 | KMZ | 0020 | Conduct research re articles connected to recent opioid settlements. | 0.30 | $213.00 |
| 11/17/22 | WAF | 0014 | Conduct research of insurance issues (4.1); analyze insurance policies to assess same (1.1); draft memorandum analyzing same (1.2). | 6.40 | $6,016.00 |
| 11/18/22 | AVC | 0014 | Confer with D. Windscheffel re discovery updates in connection with insurance adversary proceeding. | 0.30 | $379.50 |
| 11/18/22 | DJW | 0014 | Confer with A. Crawford re discovery in insurance adversary proceeding (.3); prepare J. Volgende deposition summary (.6). | 0.90 | $994.50 |
| 11/18/22 | DK | 0008 | Review and update transcripts file. | 0.50 | $237.50 |
| 11/18/22 | DK | 0020 | Review materials related to opioid litigations (.6); circulate same (.2). | 0.80 | $380.00 |
| 11/18/22 | DK | 0002 | Review main case and adversary proceeding docket filings (.2); organize significant pleadings for attorney review (.2); circulate same (.1). | 0.50 | $237.50 |
| 11/18/22 | SLB | 0006 | Analyze issues re Akin retention and related supplemental declaration. | 0.30 | $420.00 |
| 11/18/22 | SLB | 0007 | Review claimant inquiries (.2); attend UCC call re case status (.9). | 1.10 | $1,540.00 |
| 11/18/22 | EYP | 0007 | Lead call with UCC re case updates (.9); correspondence with UCC re same (.1). | 1.00 | $1,775.00 |

PURDUE CREDITORS COMMITTEE                                                              Page 11
Invoice Number: 2023475                                                                January 18, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 11/18/22 | ESL | 0002 | Review recent docket filings. | 0.20 | $238.00 |
| 11/18/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker (1.2); draft summary re same (.6). | 1.80 | $1,395.00 |
| 11/18/22 | TJS | 0007 | Attend UCC call re case updates (.9); review materials in connection with same (.4). | 1.30 | $1,423.50 |
| 11/18/22 | KMZ | 0007 | Draft responses to inquiries from incarcerated claimants. | 0.80 | $568.00 |
| 11/18/22 | CAC | 0020 | Review opioid litigation articles (.1); review SF docket for updates (.1). | 0.20 | $176.00 |
| 11/18/22 | WAF | 0014 | Analyze case law re insurance issues (3.1); draft memorandum analyzing same (1.6). | 4.70 | $4,418.00 |
| 11/19/22 | CAC | 0008 | Review summary of 11/16 hearing. | 0.10 | $88.00 |
| 11/19/22 | CAC | 0007 | Review UCC correspondence re case issues. | 0.10 | $88.00 |
| 11/20/22 | DJW | 0014 | Review correspondence between parties in interest re discovery issues in connection with insurance adversary proceeding. | 0.30 | $331.50 |
| 11/20/22 | KMZ | 0020 | Review dockets in opioid related litigation for significant updates. | 0.10 | $71.00 |
| 11/21/22 | AVC | 0014 | Attend call with Reed Smith and Gilbert re discovery schedule in insurance adversary proceeding (.7); call with D. Windscheffel re same (.3). | 1.00 | $1,265.00 |
| 11/21/22 | DJW | 0014 | Call with A. Crawford re discovery issues in connection with insurance adversary proceeding (.3); analyze issues re same (.2); call with plaintiffs' counsel re same (.7). | 1.20 | $1,326.00 |
| 11/21/22 | DCV | 0032 | Review post-trial briefing submitted by Purdue in Accord litigation re analysis of patent issues (.8); conduct research re patent issues relating to same (1.7). | 2.50 | $3,162.50 |
| 11/21/22 | DK | 0020 | Review (.8) and organize (.2) materials related to opioid litigations; circulate same (.2). | 1.20 | $570.00 |
| 11/21/22 | DK | 0002 | Review main case and adversary proceeding dockets (.1); organize recently filed pleadings from same (.2); circulate same to team for attorney review (.1). | 0.40 | $190.00 |
| 11/21/22 | DCC | 0014 | Correspondence with W. Foster re research in connection with insurance adversary proceeding. | 0.50 | $542.50 |
| 11/21/22 | EYP | 0014 | Attend call with Reed Smith and Gilbert re insurance adversary proceeding issues (.7); prepare for same (.1). | 0.80 | $1,420.00 |
| 11/21/22 | ESL | 0004 | Correspond with UCC professionals re filing of monthly fee statements. | 0.20 | $238.00 |
| 11/21/22 | BKB | 0003 | Review invoice for U.S. Trustee guidelines compliance and privilege issues. | 2.80 | $2,926.00 |
| 11/21/22 | KMZ | 0020 | Update litigation tracker with recent developments from opioid-related litigation. | 0.20 | $142.00 |
| 11/21/22 | CAC | 0007 | Revise UCC calendar for creditors' website. | 0.80 | $704.00 |
| 11/21/22 | WAF | 0014 | Analyze issues re insurance policies (4.4); correspondence with D. Ginty re same (.3); continue drafting sections of memorandum analyzing issues re same (2.6). | 7.30 | $6,862.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| 11/22/22 | DJW | 0014 | Attend deposition preparation session for witness re insurance adversary proceeding. | 4.30 | $4,751.50 |
| 11/22/22 | DK | 0002 | Review main case and adversary proceeding dockets (.1); review (.1) and circulate significant pleadings for attorney review (.2). | 0.40 | $190.00 |
| 11/22/22 | DK | 0020 | Organize materials related to opioid litigations (.6); circulate same (.2). | 0.80 | $380.00 |
| 11/22/22 | DCC | 0014 | Analyze deposition issues in insurance adversary proceeding. | 0.30 | $325.50 |
| 11/22/22 | CAC | 0007 | Finalize review of UCC calendar for creditors' website (.3); correspondence with KCC re same (.1). | 0.40 | $352.00 |
| 11/22/22 | WAF | 0014 | Conduct research re insurance policies and related issues (3.4); draft sections of memorandum analyzing issues re same (2). | 5.40 | $5,076.00 |
| 11/23/22 | AVC | 0007 | Present to UCC re insurance update (.4); review materials in preparation for same (2.0). | 2.40 | $3,036.00 |
| 11/23/22 | DJW | 0007 | Attend UCC call re insurance update (.4); prepare for same (.2). | 0.60 | $663.00 |
| 11/23/22 | DCV | 0032 | Analyze post-trial filings re Accord litigation for analysis of patent matters (.9); continue research re related patent issues (1.6). | 2.50 | $3,162.50 |
| 11/23/22 | DK | 0002 | Review main case and adversary proceeding dockets (.1); review and organize recent filings for attorney review (.2); circulate same (.1). | 0.40 | $190.00 |
| 11/23/22 | DK | 0020 | Review materials related to opioid litigations (.6); circulate same (.2). | 0.80 | $380.00 |
| 11/23/22 | DCC | 0014 | Correspondence with W. Foster re research in connection with insurance adversary proceeding. | 0.20 | $217.00 |
| 11/23/22 | SLB | 0007 | Attend UCC call re case issues (.4); review update correspondence to UCC re same (.2). | 0.60 | $840.00 |
| 11/23/22 | EYP | 0007 | Lead call with UCC re open case issues. | 0.40 | $710.00 |
| 11/23/22 | ESL | 0007 | Review update correspondence to Committee and related materials re open case issues. | 0.20 | $238.00 |
| 11/23/22 | BKB | 0020 | Review opioid articles (.2); review docket filings in opioid litigations (.4). | 0.60 | $627.00 |
| 11/23/22 | BKB | 0007 | Review opioid claimant correspondence (.3); review and revise letters in response to same (.4); draft correspondence to K. Zaharis and E. Lisovicz re same (.2); review UCC correspondence (.1). | 1.00 | $1,045.00 |
| 11/23/22 | BKB | 0003 | Review invoice re UST guidelines compliance. | 1.50 | $1,567.50 |
| 11/23/22 | KMZ | 0020 | Update opioid-related litigation tracker to reflect recent case developments. | 0.30 | $213.00 |
| 11/23/22 | CAC | 0003 | Review invoice for privilege and confidentiality and for compliance with U.S. Trustee Guidelines. | 0.50 | $440.00 |
| 11/23/22 | WAF | 0014 | Research issues re insurance policy (1.2); revise memo re issues in connection with | 2.10 | $1,974.00 |

PURDUE CREDITORS COMMITTEE

Invoice Number: 2023475

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | same (.5); correspondence with D. Ginty re same (.4). | | |
| 11/25/22 | BKB | 0020 | Review opioid litigation articles. | 0.30 | $313.50 |
| 11/25/22 | CAC | 0020 | Review SF docket for updates for weekly opioid tracker. | 0.20 | $176.00 |
| 11/26/22 | SLB | 0004 | Analyze issue re fee examiner order and related matters. | 0.40 | $560.00 |
| 11/26/22 | EYP | 0022 | Review alternative plan term sheet (.6); analyze issues re same (.4). | 1.00 | $1,775.00 |
| 11/26/22 | CAC | 0003 | Review invoice to ensure compliance with U.S. Trustee Guidelines and privilege and confidentiality. | 0.20 | $176.00 |
| 11/27/22 | EYP | 0022 | Analyze issues re alternative plan term sheet (.9); correspondence with parties in interest re same (.6). | 1.50 | $2,662.50 |
| 11/27/22 | KMZ | 0020 | Update tracker re recent developments in opioid related litigation. | 0.40 | $284.00 |
| 11/28/22 | DJW | 0014 | Review discovery correspondence between parties in interest re insurance adversary proceeding. | 0.30 | $331.50 |
| 11/28/22 | DCV | 0032 | Analyze post-trial briefing in Accord litigation and related materials (2.4); conduct research re same (1.4). | 3.80 | $4,807.00 |
| 11/28/22 | DCC | 0014 | Correspondence with W. Foster re research issues relating to insurance adversary proceeding. | 0.30 | $325.50 |
| 11/28/22 | EYP | 0007 | Calls with claimants re open case issues. | 1.00 | $1,775.00 |
| 11/28/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker (1.2); draft summary re same (.4). | 1.60 | $1,240.00 |
| 11/28/22 | TJS | 0013 | Review analysis of open issues re estate claims. | 0.20 | $219.00 |
| 11/28/22 | WAF | 0014 | Research issues re insurance adversary proceeding (4.1); revise sections of memorandum analyzing issues re same (2.1); correspondence with D. Ginty re same (.2). | 6.40 | $6,016.00 |
| 11/29/22 | DJW | 0014 | Correspondence with parties in interest re deposition scheduling in insurance adversary proceeding (.6); conduct research re insurance issues re same (1.2). | 1.80 | $1,989.00 |
| 11/29/22 | DCV | 0032 | Analyze materials re open patent issues (1.4); conduct follow-up research re same (1.0). | 2.40 | $3,036.00 |
| 11/29/22 | DCC | 0014 | Correspondence with Cole Schotz re discovery issues relating to insurance adversary proceeding (.2); draft analysis in connection with same (.3). | 0.50 | $542.50 |
| 11/29/22 | WAF | 0014 | Conduct research re insurance coverage issues (6.1); draft sections of memorandum re same (2.4). | 8.50 | $7,990.00 |
| 11/30/22 | AVC | 0014 | Review materials for deposition preparation in connection with insurance adversary proceeding discovery (.4); correspondence with D. Windscheffel re same (.1). | 0.50 | $632.50 |
| 11/30/22 | DJW | 0014 | Review deposition prep material re insurance adversary proceeding (.8); correspondence with A. Crawford re same | 1.10 | $1,215.50 |

PURDUE CREDITORS COMMITTEE
Invoice Number: 2023475

Page 14
January 18, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|------|------|
| | | | (.3). | | |
| 11/30/22 | DCV | 0032 | Analyze patent related materials (1.6); conduct further research re open issues relating to same (.9). | 2.50 | $3,162.50 |
| 11/30/22 | DK | 0020 | Review (.3) and organize (.5) materials re opioid litigation; circulate same (.2). | 1.00 | $475.00 |
| 11/30/22 | EYP | 0007 | Calls with claimants re case status and related questions. | 0.50 | $887.50 |
| 11/30/22 | EYP | 0022 | Call with counsel to the Debtors and to the States re potential alternative plan proposals. | 1.00 | $1,775.00 |
| 11/30/22 | ESL | 0003 | Review September invoice for privilege and confidentiality and compliance with U.S. Trustee guidelines in connection with preparation of fee statement. | 1.00 | $1,190.00 |
| 11/30/22 | ESL | 0007 | [WRITE OFF] | 1.50 | $1,785.00 |
| 11/30/22 | TJS | 0007 | Call with pro se claimant re case inquiry. | 0.30 | $328.50 |
| 11/30/22 | WAF | 0014 | Conduct research in connection with insurance adversary proceeding (5.3); prepare summary of same (1.9). | 7.20 | $6,768.00 |

Total Hours          360.90

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| A V CRAWFORD | 14.30 | at | $1265.00 | = | $18,089.50 |
| D C VONDLE | 22.50 | at | $1265.00 | = | $28,462.50 |
| S L BRAUNER | 11.60 | at | $1400.00 | = | $16,240.00 |
| A PREIS | 15.50 | at | $1775.00 | = | $27,512.50 |
| D J WINDSCHEFFEL | 44.60 | at | $1105.00 | = | $49,283.00 |
| D CROCKETT GINTY | 10.00 | at | $1085.00 | = | $10,850.00 |
| E S LISOVICZ | 7.00 | at | $1190.00 | = | $8,330.00 |
| J SALWEN | 5.40 | at | $1095.00 | = | $5,913.00 |
| B K BARKER | 43.10 | at | $1045.00 | = | $45,039.50 |
| S L MILES | 5.50 | at | $1055.00 | = | $5,802.50 |
| B ALLMAN | 60.00 | at | $940.00 | = | $56,400.00 |
| W A FOSTER | 59.90 | at | $940.00 | = | $56,306.00 |
| R A COCHRANE | 6.80 | at | $775.00 | = | $5,270.00 |
| K M ZAHARIS | 19.80 | at | $710.00 | = | $14,058.00 |
| C A CARRILLO | 11.90 | at | $880.00 | = | $10,472.00 |
| D K KRASA | 23.00 | at | $475.00 | = | $10,925.00 |

Current Fees          $368,953.50

**Total Amount of This Invoice**          **$374,487.01**

**Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $626.51 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $3,192.78 |
| Computerized Legal Research - Courtlink - In Contract 50% discount | $134.41 |
| Computerized Legal Research - Other | $11.98 |
| Computer Software - Expensed | $1,200.00 |
| Duplication - In House | $6.30 |
| Meals - In House Catered | $359.61 |
| Postage | $1.92 |
| **TOTAL:** | **$5,533.51** |

## **Exhibit E**

**Itemized Disbursements**



PURDUE CREDITORS COMMITTEE
PURDUE PHARMA L.P.
ONE STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT  06901
ATTN: JOHN  LOWNE

| | |
|---|---|
| Invoice Number | 2023475 |
| Invoice Date | 01/18/23 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 11/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 11/01/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/02/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 11/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: MILES SHANNA Date: 11/2/2022 AcctNumber: | $150.50 |

PURDUE CREDITORS COMMITTEE                                                      Page 2
Invoice Number: 2023475                                                January 18, 2023

---

|          |                                                                                                                                                              |         |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|
|          | 1000193694 ConnectTime: 0.0                                                                                                                                  |         |
| 11/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 11/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0                      | $8.21   |
| 11/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55   |
| 11/03/22 | Computerized Legal Research - Lexis - in contract 30% discount Service: SEARCH; Employee: ALLMAN BRADEN; Charge Type: ACCESS CHARGE; Quantity: 1.0           | $71.41  |
| 11/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK DOCKET UPDATE; Employee: LEHRKE  SARAH; Charge Type: DOCKET UPDATE; Quantity: 1.0 | $3.53   |
| 11/03/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: US DOCKETS; Employee: LEHRKE SARAH; Charge Type: DOC ACCESS; Quantity: 3.0       | $10.60  |
| 11/04/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55   |
| 11/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 11/4/2022 AcctNumber: 1003389479 ConnectTime: 0.0                      | $8.21   |
| 11/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 11/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0                      | $8.21   |
| 11/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 11/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0                      | $8.21   |
| 11/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount User: YEN DORIS Date: 11/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0                      | $8.21   |
| 11/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56   |
| 11/08/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type:                            | $5.56   |

|          | OTHER FREQUENCY TRACKS; Quantity: 1.0 | |
| 11/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $7.70 |
| 11/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/10/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: US DOCKETS; Employee: LEHRKE SARAH; Charge Type: DOC ACCESS; Quantity: 1.0 | $3.54 |
| 11/11/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/11/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/11/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/12/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; | $5.56 |

| | | |
|---|---|---|
| | Quantity: 1.0 | |
| 11/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/15/22 | Meals - In House Catered CONSTELLATION IN HOUSE CATERING: JONATHAN LEE INVOICE: 23465  GUEST COUNT: 10 DATE: 11/15/2022 | $359.61 |
| 11/15/22 | Postage  US Postage - Zaharis, Kaila, NY, 1 piece(s) | $1.92 |
| 11/15/22 | Duplication - In House  Photocopy - Zaharis, Kaila, NY, 63 page(s) | $6.30 |
| 11/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/16/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/17/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 11/17/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $709.64 |
| 11/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 11/18/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $1,558.07 |
| 11/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/18/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/18/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: | $5.56 |

|          |                                                                                                                                                                  |          |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | OTHER FREQUENCY TRACKS; Quantity: 1.0                                                                                                                             |          |
| 11/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0                       | $8.21    |
| 11/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0                       | $8.21    |
| 11/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0                       | $8.21    |
| 11/21/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56    |
| 11/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 11/21/2022 AcctNumber: 1003229222 ConnectTime: 0.0                     | $529.80  |
| 11/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56    |
| 11/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0                       | $8.21    |
| 11/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0                       | $8.21    |
| 11/23/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56    |
| 11/23/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: FOSTER  BILL; Charge Type: ACCESS CHARGE; Quantity: 1.0               | $69.30   |
| 11/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0                       | $8.21    |
| 11/25/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/25/2022 AcctNumber: 1003389479 ConnectTime: 0.0                       | $8.21    |

PURDUE CREDITORS COMMITTEE                                                    Page 6
Invoice Number: 2023475                                                 January 18, 2023

| | | |
|---|---|---|
| 11/25/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/28/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/28/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: FOSTER  BILL; Charge Type: ACCESS CHARGE; Quantity: 6.0 | $415.80 |
| 11/28/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US MOTIONS; Employee: FOSTER  BILL; Charge Type: DOC ACCESS; Quantity: 1.0 | $70.00 |
| 11/28/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/29/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 11/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 11/30/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 11/30/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2211 DATE: 11/30/2022 | $11.98 |

| | | |
|---|---|---|
| | - Document retrieval in various courts | |
| 11/30/22 | Computer Software - Expensed (<$1,000) | $1,200.00 |
| | VENDOR: OPUS 2 INTERNATIONAL INC INVOICE#: 8451 DATE: 11/30/2022 | |
| | Opus 2 Enterprise License - Purdue Dates of Service: November 1- 30th, 2022 | |

Current Expenses                                                          $5,533.51

**Total Amount of This Invoice**                                   **$374,487.01**