AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

**THIRTY-THIRD MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | November 1, 2022 – November 30, 2022[2] |
| **Total Fees Incurred** | $66,412.50 |
| **Voluntary Fee Reduction (10%)[3]** | $6,641.25 |
| **Total Fees Requested (Total Fees – Voluntary Fee Reduction)** | $59,771.25 |
| **20% Holdback** | $11,954.25 |
| **Total Fees Requested Less 20% Holdback** | $47,817.00 |
| **Total Expenses Incurred** | $541.80 |
| **Total Fees and Expenses Requested** | $60,313.05 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Third Monthly Fee Statement") covering the period from November 1, 2022 through and including November 30, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirty-Third Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $59,771.25 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and

---

[2] Cole Schotz's internal billing cutoff date for the month of November was November 28, 2022. Cole Schotz will request allowance of compensation for services rendered and reimbursement of expenses from November 29, 2022 through November 30, 2022 in its December, 2022 invoice.

[3] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

(b) reimbursement of actual and necessary costs and expenses in the amount of $541.80 incurred by Cole Schotz during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[4]

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[4] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

3

## NOTICE

6. Notice of this Thirty-Third Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirty-Third Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than February 1, 2023 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirty-Third Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

4

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

| | |
|---|---|
| Dated: January 18, 2023<br>New York, New York | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>/s/ *Arik Preis*<br>Ira Dizengoff<br>Arik Preis<br>Mitchell Hurley<br>Sara Brauner<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*- and –*<br><br>**COLE SCHOTZ P.C.**<br>Justin R. Alberto (No. 5126)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. |

5

# EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 7.9 | $5,846.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $685.00 | 67.0 | $45,895.00 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 1.7 | $680.00 |
| Michael Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $400.00 | 10.4 | $4,160.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 21.2 | $7,950.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 5.3 | $1,881.50 |
| **TOTAL** | | | | 113.5 | $66,412.50 |
| **Less Voluntary Reduction (10%)** | | | | | ($6,641.25) |
| **Total Requested** | | | | | $59,771.25 |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee Matters and Creditor Meetings | 1.9 | $1,334.50 |
| Creditor Inquiries | 0.5 | $353.50 |
| Fee Application Matters/Objections | 8.9 | $3,912.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 98.8 | $58,296.00 |
| Prepare for and Conduct Interview and Depositions | 3.4 | $2,516.00 |
| **TOTAL** | **113.5** | **$66,412.50** |
| **Less Voluntary Reduction (10%)** | | **($6,641.25)** |
| **Total Requested** | | **$59,771.25** |

# EXHIBIT C

## Invoice

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas  — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

|  |  |
|---|---|
| Invoice Date: | December 8, 2022 |
| Invoice Number: | 936192 |
| Matter Number: | 60810-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 28, 2022

### COMMITTEE MATTERS AND CREDITOR MEETINGS     1.90     1,334.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/22 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 11/17/22 | JRA | REVIEW UCC UPDATE MATERIALS IN ADVANCE OF TOMORROW'S CALL | 0.40 | 296.00 |
| 11/18/22 | ADL | ATTEND UCC CALL (PARTIAL ATTENDANCE) | 0.80 | 548.00 |
| 11/19/22 | JRA | EMAIL WITH A. PREIS RE CALL THIS WEEK | 0.10 | 74.00 |
| 11/21/22 | JRA | EMAIL WITH A. PREIS RE UCC UPDATE CALL | 0.10 | 74.00 |
| 11/23/22 | ADL | ATTEND UCC CALL | 0.40 | 274.00 |

### CREDITOR INQUIRIES     0.50     353.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/08/22 | JRA | EMAILS WITH A. DELEO RE CREDITOR INQUIRIES | 0.20 | 148.00 |
| 11/14/22 | ADL | RETURN CREDITOR CALLS | 0.30 | 205.50 |

### FEE APPLICATION MATTERS/OBJECTIONS     8.90     3,912.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/22 | JRA | REVIEW DRAFT FEE APP | 0.50 | 370.00 |
| 11/08/22 | JRA | EMAILS WITH FEE EXAMINER RE INTERIM FEE APP RECOMMENDATION | 0.20 | 148.00 |
| 11/09/22 | LSM | DRAFT THIRTY-SECOND MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: OCTOBER 2022 FEES/EXPENSES AND FORWARD SAME TO J DOUGHERTY WITH COMMENTS | 3.60 | 1,278.00 |
| 11/09/22 | JMD | EMAIL TO L. MORTON RE: PREPARE OCTOBER MONTHLY FEE APP | 0.10 | 40.00 |
| 11/10/22 | LSM | UPDATE AND REVISE EXHIBITS TO THIRTY-SECOND MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.50 | 177.50 |
| 11/15/22 | ADL | EMAIL E. LISOVICZ RE: INTERIM FEE ORDER | 0.10 | 68.50 |
| 11/21/22 | LSM | REVISE EXHIBITS TO THIRTY-FIRST AND THIRTY-SECOND MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY WITH COMMENTS | 0.80 | 284.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 936192 |
|---|---|---|
|  | Client/Matter No. 60810-0001 | December 8, 2022 |
|  |  | Page 2 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/21/22 | LSM | COMPILE LEDES FILES FOR SEPTEMBER AND OCTOBER MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ | 0.40 | 142.00 |
| 11/21/22 | JMD | EMAILS W/ A. DELEO AND J. ALBERTO RE: FEE APPS | 0.20 | 80.00 |
| 11/21/22 | JRA | EMAILS WITH E. LISOVICZ AND LM RE FEE APPS | 0.20 | 148.00 |
| 11/21/22 | JMD | REVIEW/REVISE OCTOBER DRAFT FEE APPLICATION AND EMAILS W/ L. MORTON RE: SAME. | 1.10 | 440.00 |
| 11/21/22 | JMD | EMAILS W/ L. MORTON RE: UPDATE EXHIBITS TO FEE APPS (.2); EMAILS W/ A. DELEO RE: SAME (.1). | 0.30 | 120.00 |
| 11/23/22 | ADL | REVIEW OCTOBER FEE APPLICATION | 0.40 | 274.00 |
| 11/23/22 | ADL | REVIEW SEPTEMBER FEE APPLICATION | 0.50 | 342.50 |

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **98.80** | **58,296.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 11/01/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.70 | 1,849.50 |
| 11/02/22 | ADL | EMAILS RE: INSURANCE LITIGATION DEPOSITIONS | 0.10 | 68.50 |
| 11/02/22 | ADL | ATTEND DEPOSITION PREP SESSION | 4.30 | 2,945.50 |
| 11/04/22 | ADL | REVIEW EMAILS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 11/04/22 | JRA | EMAILS WITH A. CRAWFORD, C. TURNER, AND A. DELEO RE 30(B)(1) DEP | 0.30 | 222.00 |
| 11/07/22 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY AND DEPOSITIONS | 0.30 | 205.50 |
| 11/08/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.70 | 1,849.50 |
| 11/08/22 | ADL | EMAIL UCC TEAM RE DEPOSITIONS | 0.10 | 68.50 |
| 11/08/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.70 | 1,849.50 |
| 11/09/22 | CDM | ATTEND DEPOSITION OF LINDA SCHULTZ VIA ZOOM. | 4.00 | 1,500.00 |
| 11/09/22 | CDM | ATTEND DEPOSITION OF LINDA SCHULTZ VIA ZOOM. | 2.90 | 1,087.50 |
| 11/09/22 | ADL | PRE-DEPOSITION MEETINGS AND OTHER PREPARATION FOR SCHULTZ DEPOSITION | 0.70 | 479.50 |
| 11/09/22 | ADL | POST-DEPOSITION MEETING | 0.40 | 274.00 |
| 11/09/22 | ADL | ATTEND LINDA SCHULTZ DEPOSITION | 7.30 | 5,000.50 |
| 11/10/22 | ADL | EMAILS RE: INSURANCE POLICY STIPULATION | 0.10 | 68.50 |
| 11/10/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.90 | 2,671.50 |
| 11/11/22 | CDM | CONFERENCE WITH A. DE LEO RE: POTENTIAL ESTATE CLAIM | 0.70 | 262.50 |
| 11/11/22 | CDM | REVIEW AND REVISE NOTES FROM DEPOSITION OF LINDA SCHULTZ (NAVIGATORS). | 1.10 | 412.50 |
| 11/14/22 | ADL | PREPARE FOR GOUGH DEPOSITION | 0.50 | 342.50 |
| 11/14/22 | ADL | EMAILS RE: ESTATE CLAIM ISSUES | 0.20 | 137.00 |
| 11/14/22 | CDM | REVISE SUMMARY OF LINDA SCHULTZ DEPOSITION. | 1.00 | 375.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 936192 |
| --- | --- | --- |
| | Client/Matter No. 60810-0001 | December 8, 2022 |
| | | Page 3 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| --- | --- | --- | --- | --- |
| 11/14/22 | ADL | ATTEND S. GOUGH DEPOSITION | 4.70 | 3,219.50 |
| 11/14/22 | JRA | EMAILS WITH A. DELEO AND M. TOBAK RE TOLLING OF STATUTE OF LIMITATIONS FOR POTENTIAL ESTATE CLAIM | 0.40 | 296.00 |
| 11/14/22 | ADL | MEET WITH C. MCMULLIN RE: SCHULTZ DEPOSITION REPORT | 0.70 | 479.50 |
| 11/14/22 | MEF | REVIEW NOTES FROM DEPOSITION OF SUZANNE GOUGH AND SUMMARIZE NOTES FOR COMMITTEE UPDATE | 4.50 | 1,800.00 |
| 11/14/22 | CDM | DRAFT SUMMARY OF LINDA SCHULTZ DEPOSITION. | 2.50 | 937.50 |
| 11/14/22 | MEF | ATTEND DEPOSITION OF SUZANNE GOUGH | 3.10 | 1,240.00 |
| 11/14/22 | ADL | REVIEW EMAILS RE: INSURANCE DEPOSITIONS | 0.40 | 274.00 |
| 11/14/22 | JRA | REVIEW L. MURRAY DISCOVERY LETTER | 0.20 | 148.00 |
| 11/15/22 | ADL | REVIEW MARK UP OF NAVIGATORS POLICY STIPULATION | 0.20 | 137.00 |
| 11/15/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.20 | 2,192.00 |
| 11/15/22 | ADL | REVIEW ZURICH AMENDED ANSWER | 0.30 | 205.50 |
| 11/15/22 | JRA | EMAILS WITH A. DELEO AND A. PREIS RE POTENTIAL ESTATE CLAIM AND TOLLING OF STATUTE OF LIMITATIONS FOR SAME | 0.20 | 148.00 |
| 11/15/22 | ADL | PREPARE TOLLING AGREEMENT RE: ESTATE CLAIMS | 0.30 | 205.50 |
| 11/15/22 | ADL | EMAILS RE: ESTATE CLAIM ISSUES | 0.20 | 137.00 |
| 11/15/22 | MEF | REVIEW D. WINDSCHEFFEL NOTES FROM 11/14 DEPO OF SUZANNE GOUGH AND LAYER NOTES ON TOP OF MY NOTES FOR UPDATE TO UCC | 1.80 | 720.00 |
| 11/16/22 | MEF | FINALIZE DEPOSITION NOTES OF GOUGH DEPO AND EMAILS W/ A. DE LEO RE SAME | 1.00 | 400.00 |
| 11/17/22 | ADL | REVIEW EMAILS RE: INSURANCE LIIGATION DISCOVERY ISSUES | 0.40 | 274.00 |
| 11/17/22 | CDM | ATTEND DEPOSITION OF JANE VOLGENDE (ZURICH) VIA ZOOM. | 6.10 | 2,287.50 |
| 11/17/22 | CDM | CONFER WITH A. DE LEO RE: DEPOSITION OF JANE VOLGENDE. | 0.20 | 75.00 |
| 11/17/22 | ADL | CALL WITH C. MCMULLAN REL VENGOLE DEPOSITION | 0.20 | 137.00 |
| 11/17/22 | ADL | ATTEND VOLGENDE DEPOSITION | 5.30 | 3,630.50 |
| 11/18/22 | CDM | REVISE AND EDIT SUMMARY OF VOLGENDE DEPOSITION. | 0.40 | 150.00 |
| 11/18/22 | CDM | DRAFT SUMMARY OF DEPOSITION OF JANE VOLGENDE. | 1.70 | 637.50 |
| 11/18/22 | JRA | EMAILS WITH P. BREENE, A. CRAWFORD AND A. DELEO RE SCHEDULING | 0.20 | 148.00 |
| 11/18/22 | JRA | REVIEW DISCOVERY LETTER (.1) AND FURTHER EMAILS WITH A. DELEO, P. BREENE AND A. CRAWFORD RE SCHEDULING AND DISCOVERY ISSUES | 0.40 | 296.00 |
| 11/21/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.30 | 222.00 |
| 11/21/22 | JRA | REVIEW DISCOVERY LETTERS | 0.30 | 222.00 |
| 11/21/22 | CDM | REVISE VOLGENDE DEPOSITION SUMMARY. | 0.60 | 225.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                         Invoice Number  936192
      Client/Matter No. 60810-0001                                      December 8, 2022
                                                                        Page 4

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/21/22 | ADL | REVIEW INSURANCE LITIGATION LETTERS AND RELATED DOCUMENTS | 0.30 | 205.50 |
| 11/21/22 | ADL | CALL WITH THIRD PARTY COUNSEL RE: ESTATE CLAIMS ISSUES | 0.10 | 68.50 |
| 11/21/22 | ADL | REVIEW AND COMMENT ON DRAFT DEPOSITION REPORTS | 1.70 | 1,164.50 |
| 11/21/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.80 | 1,233.00 |
| 11/21/22 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LITIGATION ISSUES | 0.70 | 479.50 |
| 11/21/22 | ADL | EMAILS RE: ESTATE CLAIMS ISSUES | 0.10 | 68.50 |
| 11/22/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.30 | 1,575.50 |
| 11/22/22 | ADL | CALL WITH DEBTORS' COUNSEL RE: ESTATE CLAIM ISSUES | 0.10 | 68.50 |
| 11/22/22 | ADL | ATTEND DEPOSITION PREP SESSION | 4.40 | 3,014.00 |
| 11/23/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.40 | 2,329.00 |
| 11/23/22 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY | 1.30 | 890.50 |
| 11/28/22 | JRA | FURTHER EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.30 | 222.00 |
| 11/28/22 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.90 | 1,301.50 |
| 11/28/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.20 | 148.00 |
| 11/28/22 | ADL | EMAILS WITH UCC TEAM RE: INSURANCE CLAIMS RESEARCH | 0.20 | 137.00 |
| 11/28/22 | ADL | EMAILS RE: ESTATE CLAIM ISSUES | 0.30 | 205.50 |
| 11/28/22 | ADL | CALL WITH R. LEVERIDGE RE: INSURANCE CLAIMS RESEARCH | 0.10 | 68.50 |
| 11/28/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.60 | 2,466.00 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS**                                    **3.40**      **2,516.00**

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/01/22 | JRA | EMAILS WITH INSURERS, A. GASKE AND A. DELEO RE DEPOSITIONS | 0.60 | 444.00 |
| 11/02/22 | JRA | EMAILS WITH A. CRAWFORD RE MAHONEY DEP PREP | 0.20 | 148.00 |
| 11/03/22 | JRA | FURTHER EMAILS WITH A. DELEO AND A. CRAWFORD RE DEPOSITIONS | 0.30 | 222.00 |
| 11/08/22 | JRA | EMAILS WITH L. SYZMANSKI, A. DELEO AND K. MCCLOSKEY RE 30(B)(6) STIP | 0.20 | 148.00 |
| 11/08/22 | JRA | T/C'S WITH A. DELEO RE DEP ISSUES | 0.40 | 296.00 |
| 11/10/22 | JRA | EMAILS WITH A. DELEO RE DEPOSITION PROTOCOL | 0.20 | 148.00 |
| 11/11/22 | JRA | EMAILS WITH A. CRAWFORD AND P. BREENE RE MAHONEY DEPOSITION | 0.30 | 222.00 |
| 11/11/22 | JRA | EMAILS WITH L. MURRAY AND A. DELEO RE DEPOSITIONS | 0.20 | 148.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  936192 |
| | Client/Matter No. 60810-0001 | | | December 8, 2022 |
| | | | | Page 5 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/15/22 | JRA | T/C (.1) AND EMAILS (.2) WITH A. DELEO RE DEPOSITIONS | 0.30 | 222.00 |
| 11/16/22 | JRA | EMAILS WITH A. CRAWFORD AND A. DELEO RE DEPOSITIONS | 0.40 | 296.00 |
| 11/21/22 | JRA | REVIEW DRAFT GOUGH DEP REPORT (.2) AND EMAILS WITH A. DELEO RE SAME (.1) | 0.30 | 222.00 |
| | | TOTAL HOURS | 113.50 | |

| | |
|---|---|
| PROFESSIONAL SERVICES: | $66,412.50 |
| COURTESY DISCOUNT: | $(6,641.25) |
| ADJUSTED PROFESSIONAL SERVICES: | $59,771.25 |

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Anthony De Leo | Associate | 67.00 | 685.00 | 45,895.00 |
| Conor D. McMullan | Associate | 21.20 | 375.00 | 7,950.00 |
| Jack M. Dougherty | Associate | 1.70 | 400.00 | 680.00 |
| Justin R. Alberto | Member | 7.90 | 740.00 | 5,846.00 |
| Michael E. Fitzpatrick | Associate | 10.40 | 400.00 | 4,160.00 |
| Morton, Larry | Paralegal | 5.30 | 355.00 | 1,881.50 |
| | **Total** | **113.50** | | **$66,412.50** |

**EXHIBIT D**

**EXPENSE SUMMARY**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | Westlaw/LexisNexis | $18.50 |
| Out of Town Travel | | $519.20 |
| Photocopy/Printing/Scanning | | $4.10 |
| **TOTAL** | | **$541.80** |

# EXHIBIT E

## Expense Detail

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                  Invoice Number  936192
       Client/Matter No. 60810-0001                                               December 8, 2022
                                                                                  Page 6

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 10/11/22 | ONLINE RESEARCH | 27.00 | 2.70 |
| 10/11/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/11/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/11/22 | ONLINE RESEARCH | 11.00 | 1.10 |
| 10/11/22 | ONLINE RESEARCH | 21.00 | 2.10 |
| 10/11/22 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/11/22 | ONLINE RESEARCH | 10.00 | 1.00 |
| 10/11/22 | ONLINE RESEARCH | 26.00 | 2.60 |
| 10/15/22 | TRAVEL - AIR FARE | 1.00 | 77.00 |
| 10/15/22 | TRAVEL - AIR FARE | 1.00 | 208.60 |
| 10/15/22 | TRAVEL - AIR FARE | 1.00 | 233.60 |
| 11/09/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 11/09/22 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 11/21/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 11/21/22 | PHOTOCOPY /PRINTING/ SCANNING | 10.00 | 1.00 |
| 11/21/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 11/21/22 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 11/21/22 | PHOTOCOPY /PRINTING/ SCANNING | 10.00 | 1.00 |

                                                                       **Total**          **$541.80**


                    TOTAL SERVICES AND COSTS:                                    $      60,313.05