**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

**THIRTY-EIGHTH MONTHLY FEE AND EXPENSE STATEMENT OF PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*, FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Name of Applicant: | **Province, LLC**[2]<br>Financial Advisor to the Official Committee of Unsecured Creditors |
|---|---|
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | November 1, 2022 through and including November 30, 2022 |
| Fees Incurred: | $133,669.75[3] |
| Less 20% Holdback: | $26,733.95 |
| Fees Requested in this Statement: | $106,935.80 |
| Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested in This Statement: | $106,935.80 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from November 1, 2022 through November 30, 2022 reflect a voluntary discount of $7,035.25.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al*. (collectively, the "Debtors"), hereby submits its Thirty-Eighth Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of November 1, 2022 through November 30, 2022 (the "Statement Period") for (i) compensation in the amount of $106,935.80, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $133,669.75) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $0.00.

**Itemization of Services Rendered and Expenses Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

    - Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were

2

(a) $703.88/hour for all Timekeepers, and (b) $710.75/hour for all professionals.[4]

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

### Total Fees and Expenses Sought for The Statement Period

2. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Fees | $133,669.75 |
|---|---|
| Disbursements | $0.00 |
| **Total** | **$133,669.75** |

### Notice and Objection Procedures

3. Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on February 1, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6. If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $7,035.25.

which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$106,935.80** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: January 18, 2023

By: */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 49.3 | $30,982.00 |
| Claims Analysis and Objections | 27.6 | $14,628.00 |
| Committee Activities | 8.4 | $8,747.00 |
| Court Hearings | 0.8 | $920.00 |
| Fee/Employment Applications | 5.9 | $3,167.00 |
| Litigation | 97.9 | $75,311.00 |
| Plan and Disclosure Statement | 10.0 | $6,950.00 |
| **Subtotal** | **199.9** | **$140,705.00** |
| **Voluntary Discount** | | **($7,035.25)** |
| **Grand Total** | **199.9** | **$133,669.75** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,150 | 41.1 | $47,265.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $910 | 0.9 | $819.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $900 | 2.5 | $2,250.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $760 | 12.9 | $9,804.00 |
| Christian Klawunder, CFA | Vice President - Investment banking. | $650 | 73.1 | $47,515.00 |
| Joshua Williams | Vice President - Investment banking. | $640 | 9.5 | $6,080.00 |
| Ryan Power | Senior Associate - Financial and data analytics. | $570 | 1.8 | $1,026.00 |
| Mitchell Boal, CFA | Senior Associate - Financial and data analytics. | $530 | 10.4 | $5,512.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $530 | 27.6 | $14,628.00 |
| Leonardo Kim | Analyst | $300 | 17.3 | $5,190.00 |
| | **Subtotal** | | **197.1** | **$140,089.00** |
| | **Blended Rate for Professionals** | **$710.75** | | |
| **Para Professionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | | $220 | 2.8 | $616.00 |
| | **Subtotal** | | **2.8** | **$616.00** |
| | | | Fee Statement Hours | Total Compensation |
| | **Subtotal** | | **199.9** | **$140,705.00** |
| | **Blended Rate for all Timekeepers** | **$703.88** | | |
| | **Voluntary Discount** | | | **($7,035.25)** |
| | **Grand Total** | | **199.9** | **$133,669.75** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| **Total Expenses** |  | **$0.00** |

# **EXHIBIT D**

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 11/1/2022 | Timothy Strickler | Updated and revised claims summary and detail schedules. | Claims Analysis and Objections | 1.90 | 530.00 | $1,007.00 |
| 11/1/2022 | Michael Atkinson | Review and analyze various open issues for call with debtor FA's | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 11/1/2022 | Eunice Min | Review business and financial update from debtors. | Business Analysis / Operations | 0.60 | 760.00 | $456.00 |
| 11/1/2022 | Michael Atkinson | Call with debtor FA's regarding case issues | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 11/1/2022 | Michael Atkinson | Call with counsel to update regarding case update from debtor FA's | Business Analysis / Operations | 0.40 | 1,150.00 | $460.00 |
| 11/1/2022 | Christian Klawunder | Analyzed recoverability of transfers from I-Way Entities. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 11/2/2022 | Christian Klawunder | Evaluated release provision under potential alternate plan. | Plan and Disclosure Statement | 2.20 | 650.00 | $1,430.00 |
| 11/3/2022 | Christian Klawunder | Reviewed and analyzed latest version of settlement collateral docs. | Plan and Disclosure Statement | 1.30 | 650.00 | $845.00 |
| 11/3/2022 | Timothy Strickler | Updated schedule of litigation claims filed to date. | Claims Analysis and Objections | 1.90 | 530.00 | $1,007.00 |
| 11/3/2022 | Christian Klawunder | Reviewed and analyzed proposed changes to settlement intercreditor agreement. | Plan and Disclosure Statement | 2.10 | 650.00 | $1,365.00 |
| 11/4/2022 | Christian Klawunder | Analyzed IAC net assets and inter-trust loans. | Litigation | 2.70 | 650.00 | $1,755.00 |
| 11/4/2022 | Timothy Strickler | Updated schedule of non-litigation claims filed to date. | Claims Analysis and Objections | 1.80 | 530.00 | $954.00 |
| 11/6/2022 | Christian Klawunder | Continued to trace transfers between trusts for estate claims analysis. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 11/7/2022 | Christian Klawunder | Evaluated distributions from debtors intended for taxes. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 11/7/2022 | Michael Atkinson | Review and analyze tax tracing update materials for counsel | Business Analysis / Operations | 2.10 | 1,150.00 | $2,415.00 |
| 11/7/2022 | Stilian Morrison | Analyze year-to-date pipeline spend | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 11/7/2022 | Timothy Strickler | Reviewed weekly claims report prepared by claims agent. | Claims Analysis and Objections | 1.20 | 530.00 | $636.00 |
| 11/7/2022 | Ryan Power | Revised and updated Purdue Financial Update presentation to include tables and commentary for August results. | Committee Activities | 0.70 | 570.00 | $399.00 |
| 11/7/2022 | Stilian Morrison | Analyze August 2022 monthly report | Business Analysis / Operations | 1.10 | 900.00 | $990.00 |
| 11/7/2022 | Timothy Strickler | Reviewed recently filed proofs of claim added to register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 11/7/2022 | Ryan Power | Spread updated August 2022 financials for Purdue Pharma. | Business Analysis / Operations | 1.10 | 570.00 | $627.00 |
| 11/7/2022 | Timothy Strickler | Imported recently added claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 1.80 | 530.00 | $954.00 |
| 11/7/2022 | Stilian Morrison | Review cash reporting for week ended 10/21 | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 11/7/2022 | Eunice Min | Review October time to ensure adherence to guidelines. | Fee / Employment Applications | 1.20 | 760.00 | $912.00 |
| 11/8/2022 | Michael Atkinson | Review and analyze solvency issues for potential estate claims | Litigation | 1.70 | 1,150.00 | $1,955.00 |
| 11/8/2022 | Christian Klawunder | Evaluated drafts of filings for counsel. | Plan and Disclosure Statement | 1.40 | 650.00 | $910.00 |
| 11/8/2022 | Eunice Min | Draft thoughts related to issues raised by counsel related to proposed insurance stipulation to supplement Province team's points. | Litigation | 1.10 | 760.00 | $836.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 11/8/2022 | Eunice Min | Review and revise slides on August YTD financials and other recent results. | Business Analysis / Operations | 1.60 | 760.00 | $1,216.00 |
| 11/8/2022 | Michael Atkinson | Review insurance litigation issues for counsel | Litigation | 0.70 | 1,150.00 | $805.00 |
| 11/9/2022 | Michael Atkinson | Call with insurance counsel regarding insurance issues | Litigation | 0.60 | 1,150.00 | $690.00 |
| 11/9/2022 | Michael Atkinson | Review and research various questions from insurance counsel and provide responses | Business Analysis / Operations | 1.40 | 1,150.00 | $1,610.00 |
| 11/9/2022 | Christian Klawunder | Reviewed and analyzed latest draft of estate causes of action memo. | Litigation | 1.70 | 650.00 | $1,105.00 |
| 11/10/2022 | Christian Klawunder | Continued to trace transfers for estate causes of action analysis. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 11/11/2022 | Stilian Morrison | Analyze cash reporting for week ended 10/28 | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 11/11/2022 | Christian Klawunder | Traced tax distributions for estate causes of action analysis. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 11/11/2022 | Stilian Morrison | Analyze naloxone partner update for October 2022 | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 11/12/2022 | Christian Klawunder | Continued to evaluate debtor distributions for taxes. | Litigation | 1.70 | 650.00 | $1,105.00 |
| 11/12/2022 | Michael Atkinson | Review and discuss insurance analysis and discovery issues for counsel | Litigation | 1.70 | 1,150.00 | $1,955.00 |
| 11/13/2022 | Michael Atkinson | Review tax tracing analysis | Litigation | 1.30 | 1,150.00 | $1,495.00 |
| 11/13/2022 | Michael Atkinson | Review and analyze updated cash tracing analysis | Litigation | 2.60 | 1,150.00 | $2,990.00 |
| 11/13/2022 | Christian Klawunder | Continued to trace tax distributions for estate causes of action analysis. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 11/14/2022 | Christian Klawunder | Continued to trace tax distributions for estate claims analysis. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 11/14/2022 | Mitchell Boal | Analyzed Rhodes Cash flow updates for internal tracker. | Business Analysis / Operations | 1.30 | 530.00 | $689.00 |
| 11/14/2022 | Timothy Strickler | Reviewed current claims schedule uploaded by claims agent. | Claims Analysis and Objections | 1.10 | 530.00 | $583.00 |
| 11/14/2022 | Mitchell Boal | Analyzed Purdue cash flow updates for internal tracker. | Business Analysis / Operations | 1.00 | 530.00 | $530.00 |
| 11/14/2022 | Mitchell Boal | Formatted Cash Flow tracker. | Business Analysis / Operations | 0.20 | 530.00 | $106.00 |
| 11/14/2022 | Mitchell Boal | Analyzed Monthly Flash Reports and Weekly Cash forecasts. | Business Analysis / Operations | 0.90 | 530.00 | $477.00 |
| 11/14/2022 | Timothy Strickler | Reviewed newly filed proofs of claim added to register. | Claims Analysis and Objections | 0.30 | 530.00 | $159.00 |
| 11/14/2022 | Timothy Strickler | Imported newly filed claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 11/14/2022 | Eunice Min | Review recent cash results. | Business Analysis / Operations | 0.60 | 760.00 | $456.00 |
| 11/15/2022 | Christian Klawunder | Continued to trace tax distributions. | Litigation | 1.90 | 650.00 | $1,235.00 |
| 11/15/2022 | Michael Atkinson | Review and prepare materials for committee call | Committee Activities | 0.90 | 1,150.00 | $1,035.00 |
| 11/15/2022 | Mitchell Boal | Analyzed Oxycodone prescriptions historically. | Business Analysis / Operations | 0.70 | 530.00 | $371.00 |
| 11/15/2022 | Michael Atkinson | Call with FA's for debtor | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 11/15/2022 | Mitchell Boal | Updated financial update presentation with newest Cash Flow data. | Business Analysis / Operations | 1.50 | 530.00 | $795.00 |
| 11/15/2022 | Mitchell Boal | Analyzed Purdue and Rhodes cash actuals and forecasts for Cash Reporting analysis. | Business Analysis / Operations | 1.20 | 530.00 | $636.00 |
| 11/15/2022 | Michael Atkinson | Update counsel on call with fa's | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |

2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2022 | Mitchell Boal | Analyzed Purdue and Rhodes weekly cash flow report. | Business Analysis / Operations | 1.30 | 530.00 | $689.00 |
| 11/15/2022 | Mitchell Boal | Analyzed weekly cash flow report. | Business Analysis / Operations | 0.40 | 530.00 | $212.00 |
| 11/16/2022 | Mitchell Boal | Updated weekly cash flow variance data for financial update presentation. | Business Analysis / Operations | 0.30 | 530.00 | $159.00 |
| 11/16/2022 | Timothy Strickler | Updated and revised schedule of litigation claims filed to date. | Claims Analysis and Objections | 2.10 | 530.00 | $1,113.00 |
| 11/16/2022 | Eunice Min | Review and revise analysis related to August flash results. | Business Analysis / Operations | 1.80 | 760.00 | $1,368.00 |
| 11/16/2022 | Christian Klawunder | Created summary of traced tax distributions. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 11/16/2022 | Michael Atkinson | Attend fee hearing | Court Hearings | 0.80 | 1,150.00 | $920.00 |
| 11/16/2022 | Michael Atkinson | Prepare for fee hearing | Fee / Employment Applications | 0.50 | 1,150.00 | $575.00 |
| 11/16/2022 | Eunice Min | Revise and finalize draft financial update for UCC call. | Business Analysis / Operations | 1.50 | 760.00 | $1,140.00 |
| 11/16/2022 | Mitchell Boal | Formatted Financial Update presentation. | Business Analysis / Operations | 0.20 | 530.00 | $106.00 |
| 11/16/2022 | Mitchell Boal | Prepared analysis of branded opioid prescription trends | Business Analysis / Operations | 1.20 | 530.00 | $636.00 |
| 11/16/2022 | Mitchell Boal | Formatted branded opioid market share charts. | Business Analysis / Operations | 0.20 | 530.00 | $106.00 |
| 11/17/2022 | Christian Klawunder | Revised exhibit for estate causes of action analysis. | Plan and Disclosure Statement | 2.10 | 650.00 | $1,365.00 |
| 11/17/2022 | Timothy Strickler | Analyzed claims data to identify opioid claims filed outside the U.S. | Claims Analysis and Objections | 2.10 | 530.00 | $1,113.00 |
| 11/17/2022 | Eunice Min | Draft points to share with committee on financial and operational update. | Committee Activities | 1.30 | 760.00 | $988.00 |
| 11/17/2022 | Michael Atkinson | Prepare for committee meeting | Committee Activities | 0.80 | 1,150.00 | $920.00 |
| 11/17/2022 | Michael Atkinson | Review and analyze materials for committee meeting | Committee Activities | 0.60 | 1,150.00 | $690.00 |
| 11/18/2022 | Michael Atkinson | Committee call | Committee Activities | 0.90 | 1,150.00 | $1,035.00 |
| 11/18/2022 | Christian Klawunder | Reviewed and analyzed documentation for debtor distributions. | Litigation | 1.40 | 650.00 | $910.00 |
| 11/18/2022 | Timothy Strickler | Updated and revised schedule of non-litigation claims filed to date. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 11/18/2022 | Leonardo Kim | Continued sourcing monthly fee filings for bankruptcy professionals. | Business Analysis / Operations | 2.30 | 300.00 | $690.00 |
| 11/18/2022 | Michael Atkinson | Prepare for committee call and prepare materials | Committee Activities | 1.90 | 1,150.00 | $2,185.00 |
| 11/18/2022 | Leonardo Kim | Began sourcing monthly fee filings for bankruptcy professionals. | Business Analysis / Operations | 2.90 | 300.00 | $870.00 |
| 11/18/2022 | Jason Crockett | Prepare information for UCC meeting regarding financial and operational update. | Business Analysis / Operations | 0.90 | 910.00 | $819.00 |
| 11/18/2022 | Christian Klawunder | Evaluated timing of debtor distributions for tax payments. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 11/18/2022 | Leonardo Kim | Began updating professional fee tracker for bankruptcy professionals. | Business Analysis / Operations | 0.70 | 300.00 | $210.00 |
| 11/18/2022 | Leonardo Kim | Began updating professional fee tracker for bankruptcy professionals. | Business Analysis / Operations | 2.10 | 300.00 | $630.00 |
| 11/19/2022 | Leonardo Kim | Continued sourcing fee filings for professionals in docket. | Business Analysis / Operations | 1.70 | 300.00 | $510.00 |
| 11/19/2022 | Michael Atkinson | Review and analyze insurance litigation issues and prepare materials for committee call | Litigation | 1.90 | 1,150.00 | $2,185.00 |
| 11/19/2022 | Christian Klawunder | Compiled documentation for tracing analysis. | Litigation | 2.60 | 650.00 | $1,690.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2022 | Leonardo Kim | Continued sourcing fee filings for professionals in docket. | Business Analysis / Operations | 2.30 | 300.00 | $690.00 |
| 11/19/2022 | Leonardo Kim | Continued sourcing fee filings for professionals in docket. | Business Analysis / Operations | 2.10 | 300.00 | $630.00 |
| 11/19/2022 | Christian Klawunder | Continued to compile documentation for tracing analysis. | Litigation | 1.40 | 650.00 | $910.00 |
| 11/20/2022 | Eric Mattson | Drafted October fee statement and emailed to E. Min for review | Fee / Employment Applications | 1.40 | 220.00 | $308.00 |
| 11/20/2022 | Christian Klawunder | Continued to analyze timing of debtor distributions for tax payments. | Litigation | 1.90 | 650.00 | $1,235.00 |
| 11/20/2022 | Christian Klawunder | Analyzed timing of debtor distributions for tax payments. | Litigation | 2.30 | 650.00 | $1,495.00 |
| 11/20/2022 | Michael Atkinson | Review and research various questions of counsel and update tracing materials | Litigation | 2.80 | 1,150.00 | $3,220.00 |
| 11/20/2022 | Christian Klawunder | Traced transfers between trusts for estate claims analysis. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 11/21/2022 | Timothy Strickler | Reviewed new POCs added to claims register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 11/21/2022 | Joshua Williams | Review IAC gaps for net asset value workbook | Litigation | 2.60 | 640.00 | $1,664.00 |
| 11/21/2022 | Leonardo Kim | Begin updating professional fee tracker from latest docket updates. | Business Analysis / Operations | 1.80 | 300.00 | $540.00 |
| 11/21/2022 | Timothy Strickler | Imported new claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 11/21/2022 | Eunice Min | Review and revise draft September fee statement. | Fee / Employment Applications | 1.40 | 760.00 | $1,064.00 |
| 11/21/2022 | Leonardo Kim | Continue updating professional fee tracker from latest docket updates. | Business Analysis / Operations | 1.40 | 300.00 | $420.00 |
| 11/21/2022 | Michael Atkinson | Review insurance summary information for counsel | Litigation | 0.90 | 1,150.00 | $1,035.00 |
| 11/21/2022 | Christian Klawunder | Evaluated support for estate claims analysis. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 11/21/2022 | Timothy Strickler | Reviewed current claims schedule prepared by claims agent. | Claims Analysis and Objections | 1.20 | 530.00 | $636.00 |
| 11/22/2022 | Christian Klawunder | Continued to evaluate support for estate claims analysis. | Litigation | 2.30 | 650.00 | $1,495.00 |
| 11/22/2022 | Joshua Williams | Strategize on next deliverable for cash tracing exercise | Litigation | 1.70 | 640.00 | $1,088.00 |
| 11/22/2022 | Joshua Williams | Discuss possible updates to cash tracing analysis | Litigation | 1.80 | 640.00 | $1,152.00 |
| 11/22/2022 | Eric Mattson | Drafted October fee statement and emailed to E. Min for review. | Fee / Employment Applications | 1.40 | 220.00 | $308.00 |
| 11/22/2022 | Timothy Strickler | Updated claims summary and detail schedules for current claims filed. | Claims Analysis and Objections | 1.40 | 530.00 | $742.00 |
| 11/23/2022 | Timothy Strickler | Updated summary of litigation claims filed. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 11/23/2022 | Joshua Williams | Review cash tracing updates | Litigation | 1.90 | 640.00 | $1,216.00 |
| 11/23/2022 | Michael Atkinson | Review and analyze materials for committee call | Committee Activities | 0.90 | 1,150.00 | $1,035.00 |
| 11/23/2022 | Joshua Williams | Provide commentary on cash tracing updates | Litigation | 1.50 | 640.00 | $960.00 |
| 11/23/2022 | Christian Klawunder | Analyzed state taxes paid for estate causes of action analysis. | Litigation | 1.90 | 650.00 | $1,235.00 |
| 11/23/2022 | Christian Klawunder | Evaluated bank statements for estate claims analysis. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 11/23/2022 | Michael Atkinson | Committee call | Committee Activities | 0.40 | 1,150.00 | $460.00 |
| 11/24/2022 | Michael Atkinson | Review and analyze tax tracing updated analysis for counsel | Litigation | 1.70 | 1,150.00 | $1,955.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/2022 | Michael Atkinson | Continue reviewing and preparing comments for updated distribution tracing analysis for counsel | Litigation | 1.90 | 1,150.00 | $2,185.00 |
| 11/25/2022 | Christian Klawunder | Continued to analyze state taxes paid for estate causes of action analysis. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 11/25/2022 | Michael Atkinson | Review and analyze cash tax tracing analysis and provide to counsel and update | Litigation | 1.70 | 1,150.00 | $1,955.00 |
| 11/25/2022 | Christian Klawunder | Continued to evaluate bank statements for tracing analysis. | Litigation | 1.40 | 650.00 | $910.00 |
| 11/25/2022 | Michael Atkinson | Review and analyze cash tax tracing analysis and provide to counsel and update | Litigation | 2.50 | 1,150.00 | $2,875.00 |
| 11/26/2022 | Michael Atkinson | Review tax tracing analysis email to share update with counsel | Litigation | 1.30 | 1,150.00 | $1,495.00 |
| 11/26/2022 | Christian Klawunder | Revised presentation for estate causes of action analysis. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 11/26/2022 | Michael Atkinson | Review business plan scenario analysis for committee | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |
| 11/27/2022 | Christian Klawunder | Created slides for estate causes of action analysis. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 11/28/2022 | Timothy Strickler | Reviewed recent POCs added to claims register. | Claims Analysis and Objections | 0.50 | 530.00 | $265.00 |
| 11/28/2022 | Christian Klawunder | Continued to create slides for estate causes of action analysis. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 11/28/2022 | Timothy Strickler | Imported recent claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 11/28/2022 | Timothy Strickler | Reviewed and analyzed weekly claims schedule prepared by claims agent. | Claims Analysis and Objections | 1.30 | 530.00 | $689.00 |
| 11/29/2022 | Eunice Min | Call with debtors' advisors for bi-weekly update | Business Analysis / Operations | 0.70 | 760.00 | $532.00 |
| 11/29/2022 | Michael Atkinson | Call with debtor FA's regarding update | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 11/29/2022 | Eunice Min | Summarize key financials for Avrio and potential impact of licensing arrangements. | Business Analysis / Operations | 1.10 | 760.00 | $836.00 |
| 11/29/2022 | Christian Klawunder | Evaluated documentation in support of estate claims analysis. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 11/29/2022 | Christian Klawunder | Continued to evaluate documentation in support of estate claims analysis. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 11/30/2022 | Christian Klawunder | Continued to trace tax payments for estate claims analysis. | Litigation | 1.50 | 650.00 | $975.00 |
| 11/30/2022 | Christian Klawunder | Traced tax payments for estate claims analysis. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 11/30/2022 | Michael Atkinson | Call with counsel regarding plan issues | Plan and Disclosure Statement | 0.90 | 1,150.00 | $1,035.00 |
| 11/30/2022 | Michael Atkinson | Update counsel on call with debtor | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |

5