**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 (SHL) |
| Debtors.[1] | **(Jointly Administered)**<br>Objection Deadline: February 2, 2023<br>at 5:00 p.m. ET |

### THIRTY-NINTH MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM <u>NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>

| | |
|---|---|
| Name of Applicant: | Dechert LLP |
| Authorized to Provide Professional Services to: | Purdue Debtors and Debtors in Possession |
| Effective Date of Retention: | November 21, 2019 Nunc Pro Tunc to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | November 1, 2022 through November 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | **$138,048.30**[2] |
| Eighty percent of actual, reasonable and necessary compensation: | **$110,438.64** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$1,366.39** |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]  This amount reflects a reduction in fees in the amount of $15,338.70 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

18207968

This is a(n):    __X__ Monthly    _____Interim    _____Final application.

Is this the first monthly application?    ___Yes    _X_ No

This application includes 21.2 hours with a discounted value of $13,413.15 incurred in connection with the preparation of Fee Applications for the Debtors.

### Compensation by Individual for Debtors for Litigation Services

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate (Including Changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Sheila L Birnbaum | Partner | 1965 | 1,575.00 | 5.00 | 7,875.00 |
| Hayden A. Coleman | Partner | 1985 | 1,105.00 | 54.00 | 59,670.00 |
| Paul A. LaFata | Partner | 2007 | 1,025.00 | 3.60 | 3,690.00 |
| Shmuel Vasser | Partner | 1988 | 1,315.00 | 7.30 | 9,599.50 |
| Christopher R. Boisvert | Counsel | 2009 | 1,025.00 | 0.50 | 512.50 |
| Danielle Gentin Stock | Counsel | 1999 | 1,025.00 | 26.60 | 27,265.00 |
| Meghan Agostinelli | Associate | 2018 | 935.00 | 26.90 | 25,151.50 |
| Daniel Goldberg-Gradess | Associate | 2018 | 935.00 | 8.10 | 7,573.50 |
| Alyssa L. Walters | Associate | 2017 | 970.00 | 8.00 | 7,760.00 |
| Antonella Capobianco-Ranallo | Paralegal | N/A | 300.00 | 1.90 | 570.00 |
| Matthew B. Stone | Paralegal | N/A | 300.00 | 12.40 | 3,720.00 |
| **Total** | | | | **154.30** | **$153,387.00** |
| **10% Volume Discount** | | | | | **($15,338.70)** |
| **Discounted Total** | | | | | **$138,048.30** |
| **Total Amount Requested Herein** | | | | | **$110,438.64** |

The blended hourly billing rate of professionals for all services provided during the Fee Period is $894.67.

---

[3]    As described in the Notice of Increased Litigation Fees, these billing rates reflect voluntary discounts of 4.5% to 12.3% for senior partners, 11.6% to 14.6% for partners, 6.8% for counsel, and 4.1% to 6.7% for associates.

**Compensation by Project Category for Debtors**

| Code | Project Category | Total Hours | Total Fees | Discounted Total |
|------|------------------|-------------|------------|------------------|
| B110 | Case Administration | 0.80 | 747.50 | 672.75 |
| B160 | Fee/Employment Applications | 21.20 | 14,903.50 | 13,413.15 |
| B260 | Board of Directors Matters | 6.00 | 6,786.00 | 6,107.40 |
| L120 | Analysis/Strategy | 18.40 | 18,813.00 | 16,931.70 |
| L160 | Settlement/Non-Binding ADR | 15.10 | 16,125.00 | 14,512.50 |
| L210 | Pleadings | 1.10 | 1,127.50 | 1,014.75 |
| L220 | Preliminary Injunctions/Provisional Remedies | 59.50 | 60,454.50 | 54,409.05 |
| L230 | Court Mandated Conferences | 1.40 | 1,515.00 | 1,363.50 |
| L250 | Other Written Motions and Submissions | 0.40 | 442.00 | 397.80 |
| L310 | Written Discovery | 1.20 | 1,230.00 | 1,107.00 |
| L320 | Document Production | 7.50 | 7,965.50 | 7,168.95 |
| L330 | Depositions | 21.70 | 23,277.50 | 20,949.75 |
| | | | | |
| **Totals** | | **154.30** | **$153,387.00**[4] | **$138,048.30**[5] |

---

[4]    This amount reflects the discounted billing rates but not the discounts for aggregate fees.

[5]    This amount reflects the discounted billing rates and discounts for aggregate fees.

### Expense Summary for Debtors

| Expenses Category | Total Expenses |
|---|---|
| Pacer Research Fees | 37.10 |
| UCC Filing Fees | 100.00 |
| Westlaw Search Fees | 1,229.29 |
| | |
| **Total** | **$1,366.39** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | **(Jointly Administered)** Objection Deadline: February 2, 2023 at 5:00 p.m. ET |

### THIRTY-NINTH MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022

By this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Dechert LLP ("**Dechert**") hereby moves this Court for discounted reasonable compensation for professional legal services rendered as attorneys to the Debtors in the amount of **$110,438.64** together with reimbursement for actual and necessary expenses incurred in the amount of **$1,366.39**, for the period commencing November 1, 2022 through and including November 30, 2022 (the "**Fee Period**"). In support of the Application, Dechert respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.      Dechert was employed under a general retainer to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases pursuant to an order entered by this Court on November 21, 2019 [Docket No. 525] (the "**Retention Order**").  The Retention Order authorized Dechert to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Dechert were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period showing the amount of $138,048.30,[2] of which $110,438.64 is requested for fees in this Application.  **Exhibit B** is a detailed statement of expenses paid during the Fee Period showing the amount of $1,366.39 for reimbursement of expenses.

4.      The services rendered by Dechert during the Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Dechert has incurred out-of-pocket disbursements during the Fee Period in the amount of $1,366.39.  This disbursement sum is broken down into categories of charges, including, among other things, document hosting and management, temporary employee

---

[2]    This amount reflects a reduction in fees in the amount of $15,338.70 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

expenses, expert consulting charges, telephone and telecopier toll and other charges, mail and

express mail charges, special or hand delivery charges, document processing, photocopying

charges, charges for mailing supplies (including, without limitation, envelopes and labels)

provided by Dechert to outside copying services for use in mass mailings, travel expenses,

expenses for "working meals," computerized research, and transcription costs.

6.      A complete review of the expenses incurred for the Fee Period may be

found in the attachments hereto as **Exhibit B**.  To the extent such itemization is insufficient to

satisfy the requirements of Rule 2016-1(a) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the Southern District of New York (the

"**Local Rules**"), Dechert respectfully requests that the Court waive strict compliance with such

rule.

7.      Costs incurred for computer assisted research are not included in

Dechert's normal hourly billing rates and, therefore, are itemized and included in Dechert's

disbursements.  Pursuant to Local Rule 2016-1, Dechert represents that its rate for duplication is

$.10 per page, there is no charge for incoming or outgoing telecopier transmissions, and there is

no surcharge for computerized research.

## VALUATION OF SERVICES

8.      Attorneys and paraprofessionals of Dechert have expended a total of 191.7

hours in connection with the Debtors' chapter 11 cases during the Fee Period.

9.      The amount of time spent by each of these persons providing services to

the Debtors for the Fee Period is fully set forth in detail in **Exhibit A**.  These are Dechert's

discounted hourly rates for compensation in this case, as reflected in the Retention Application.

The Discounted value of the services rendered by Dechert for the Fee Period as counsel for the

Debtors in these cases under chapter 11 is $138,048.30, of which $110,438.64 is requested for fees in this Application.

10.     Dechert believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-1.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.     This Application covers the period of November 1, 2022 through and including November 30, 2022 with respect to the Debtors.  Dechert has and will continue to perform additional necessary services for the Debtors subsequent to November 30, 2022, for which Dechert will file subsequent fee applications.

*[Remainder of page left intentionally blank]*

## <u>CONCLUSION</u>

WHEREFORE, Dechert respectfully requests that (a) allowance be made to it in the sum of $110,438.64 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $1,366.39 for reimbursement of actual necessary costs and expenses incurred during the Fee Period, (b) such other further relief as this Court may deem just and proper.

Dated: January 19, 2023                    Respectfully submitted,

                                           */s/ Shmuel Vasser*
                                           Shmuel Vasser
                                           DECHERT LLP
                                           1095 Avenue of the Americas
                                           New York, New York 10036
                                           Telephone:  (212) 698-3500
                                           Facsimile:  (212) 698-3599

                                           *Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## VERIFICATION OF SHMUEL VASSER

I, Shmuel Vasser, Esquire, hereby declare the following under penalty of perjury:

1.       I am a Partner in the applicant firm, Dechert LLP, and have been admitted to the bar of New York since 1991.

2.       I have personally performed some of the legal services rendered by Dechert LLP as counsel for the Debtors, and I am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3.       The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*[Remainder of page left intentionally blank]*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

18207968

4.      I hereby certify under 28 U.S.C. § 1746 that the foregoing is true and

correct to the best of my knowledge, information, and belief.


Dated: January 19, 2023                 Respectfully submitted,

                                        /s/ Shmuel Vasser
                                        Shmuel Vasser
                                        DECHERT LLP
                                        1095 Avenue of the Americas
                                        New York, New York 10036
                                        Telephone:  (212) 698-3500
                                        Facsimile:  (212) 698-3599
                                        shmuel.vasser@dechert.com

                                        *Attorneys for Debtors and Debtors in Possession*

## **EXHIBIT A**

**Description of Legal Services**

18207968



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.  
201 Tresser Blvd.  
Stamford, CT 06901

January 18, 2023
Invoice Number 1010085638

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.  
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations  
Electronic Billing Number: 20210003064

Professional Services Rendered Through November 30, 2022

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE ................................................................................................. 132,533.50

Less 10% Discount ................................................................................................................... (13,253.35)

NET TOTAL FEES FOR THIS INVOICE......................................................................................  119,280.15

TOTAL DISBURSEMENTS THIS INVOICE .................................................................................. 1,366.39

**TOTAL AMOUNT DUE FOR THIS INVOICE .....................................................................USD 120,646.54**

| Payment by Wire or ACH |
|---|
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B110 – Case Administration** | | | | | |
| 11/03/22 | Shmuel Vasser | 0.50 | B110 | A105 | 657.50 |
| | Communicate internally regarding case status, appeal timing, and Monitor issues. | | | | |
| 11/14/22 | Matthew Stone | 0.30 | B110 | A104 | 90.00 |
| | Arrange attorney appearances regarding October 16 omnibus hearing (.2); email with H. Coleman and S. Vasser regarding same (.1). | | | | |
| **B110 SUBTOTAL HOURS AND FEES:** | | **0.80** | | | **747.50** |
| **B260 – Board of Directors Matters** | | | | | |
| 11/07/22 | Hayden Coleman | 3.90 | B260 | A104 | 4,309.50 |
| | Review Twelfth Monitor Report and related materials in preparation for presentation by Monitor to Board of Directors. | | | | |
| 11/08/22 | Sheila Birnbaum | 0.40 | B260 | A104 | 630.00 |
| | Review Board of Directors note. | | | | |
| 11/08/22 | Danielle Gentin Stock | 0.20 | B260 | A105 | 205.00 |
| | Confer and correspond internally in preparation for court-appoint Monitor report to the Board of Directors. | | | | |
| 11/09/22 | Hayden Coleman | 1.30 | B260 | A109 | 1,436.50 |
| | Prepare for and attend Board of Directors meeting regarding Monitor's report. | | | | |
| 11/21/22 | Danielle Gentin Stock | 0.10 | B260 | A107 | 102.50 |
| | Correspond regarding upcoming reports to the Board of Directors by the court-appointed Monitor. | | | | |
| 11/30/22 | Danielle Gentin Stock | 0.10 | B260 | A107 | 102.50 |
| | Correspond regarding upcoming Board of Directors meetings. | | | | |
| **B260 SUBTOTAL HOURS AND FEES:** | | **6.00** | | | **6,786.00** |
| **L120 – Analysis/Strategy** | | | | | |
| 11/01/22 | Sheila Birnbaum | 0.50 | L120 | A105 | 787.50 |
| | Attend Purdue team call regarding strategy and litigation. | | | | |
| 11/01/22 | Hayden Coleman | 0.60 | L120 | A106 | 663.00 |
| | Prepare for and participate in strategy and update call with client and co-counsel. | | | | |
| 11/01/22 | Danielle Gentin Stock | 0.70 | L120 | A106 | 717.50 |
| | Prepare for and participate on weekly client update call (0.7). | | | | |

Client Name: Purdue Pharma L.P.                                                        Invoice 1010085638
Firm Matter Number: 399631.178405                                                      Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/02/22 | Hayden Coleman | 0.30 | L120 | A107 | 331.50 |
| | Emails to/from co-counsel and NAS group regarding meet-and-confer. | | | | |
| 11/03/22 | Hayden Coleman | 2.20 | L120 | A106 | 2,431.00 |
| | Conferences and emails to/from client regarding UCSF Database (1.4); review of same (0.8). | | | | |
| 11/04/22 | Hayden Coleman | 1.40 | L120 | A103 | 1,547.00 |
| | Revise response to Leopold v. Meyer indemnification request. | | | | |
| 11/04/22 | Danielle Gentin Stock | 0.20 | L120 | A104 | 205.00 |
| | Review and analyze new filing for the client. | | | | |
| 11/04/22 | Antonella Capobianco-Ranallo | 0.20 | L120 | A102 | 60.00 |
| | Research regarding notice of bankruptcy filing (0.1); email with D. Gentin Stock regarding same (0.1). | | | | |
| 11/07/22 | Hayden Coleman | 0.40 | L120 | A107 | 442.00 |
| | Emails to/from MA AG's office. | | | | |
| 11/07/22 | Hayden Coleman | 0.30 | L120 | A107 | 331.50 |
| | Telephone conference with co-counsel regarding request from MA AG's office. | | | | |
| 11/07/22 | Hayden Coleman | 0.40 | L120 | A106 | 442.00 |
| | Emails to/from client and co-counsel regarding publication of certain Purdue documents. | | | | |
| 11/07/22 | Christopher Boisvert | 0.30 | L120 | A103 | 307.50 |
| | Revise status report requested by Colorado AG. | | | | |
| 11/09/22 | Hayden Coleman | 0.70 | L120 | A106 | 773.50 |
| | Emails to/from Davis Polk regarding communication from Texas court regarding pending litigation (0.3); emails to/from co-counsel regarding preparation for conference with MA AG's office (0.4). | | | | |
| 11/09/22 | Hayden Coleman | 1.30 | L120 | A103 | 1,436.50 |
| | Finalize response to Leopold v. Meyer demand for indemnification and communicate to opposing counsel. | | | | |
| 11/09/22 | Hayden Coleman | 1.00 | L120 | A104 | 1,105.00 |
| | Review emails and supporting documents regarding McKinsey Adversary Proceedings (0.4); review DOJ objections submitting in advance of Omnibus (0.3); review and analyze communication from Texas court regarding pending litigation (0.3). | | | | |
| 11/09/22 | Antonella Capobianco-Ranallo | 0.50 | L120 | A102 | 150.00 |
| | Research regarding County of Fort Bend, TX (0.4); email with P. LaFata regarding same (0.1). | | | | |
| 11/10/22 | Christopher Boisvert | 0.20 | L120 | A103 | 205.00 |
| | Revise status report requested by Colorado AG. | | | | |
| 11/16/22 | Danielle Gentin Stock | 0.10 | L120 | A104 | 102.50 |
| | Review correspondence from and correspond with client regarding query in Guam litigation. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/17/22 | **Danielle Gentin Stock** | **0.10** | L120 | A104 | **102.50** |
| | Review correspondence regarding requested status report for court in Guam. | | | | |
| 11/22/22 | **Antonella Capobianco-Ranallo** | **0.30** | L120 | A102 | **90.00** |
| | Research regarding Anne Arundel County filings (0.2); email with D. Gentin Stock regarding same (0.1). | | | | |
| 11/28/22 | **Hayden Coleman** | **0.80** | L120 | A107 | **884.00** |
| | Emails to/from counsel for Abbott regarding prior settlements (0.5); emails to/from co-counsel regarding notices of bankruptcy in other opioid cases (0.3). | | | | |
| 11/29/22 | **Hayden Coleman** | **0.70** | L120 | A107 | **773.50** |
| | Prepare for and participate in weekly video conference with client and co-counsel. | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **13.20** | | | **13,888.00** |

**L160 – Settlement/Non-Binding ADR**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/01/22 | **Hayden Coleman** | **1.10** | L160 | A102 | **1,215.50** |
| | Research recent settlements and other developments in opioid litigation (0.8); draft emails regarding same (0.3). | | | | |
| 11/01/22 | **Danielle Gentin Stock** | **0.10** | L160 | A105 | **102.50** |
| | Correspond internally regarding updated opioid litigation settlements (0.1). | | | | |
| 11/02/22 | **Hayden Coleman** | **0.30** | L160 | A104 | **331.50** |
| | Review revised settlement memorandum regarding other opioid settlements. | | | | |
| 11/02/22 | **Hayden Coleman** | **1.80** | L160 | A102 | **1,989.00** |
| | Research regarding "opt in" terms of CVS/Walgreen's announced settlement and similar provisions in J&J/Distributor settlement. | | | | |
| 11/02/22 | **Alyssa Walters** | **2.60** | L160 | A103 | **2,522.00** |
| | Revise and update chart regarding settlements and verdicts per client request (2.6). | | | | |
| 11/02/22 | **Danielle Gentin Stock** | **0.20** | L160 | A105 | **205.00** |
| | Correspond internally regarding updated information on settlements. | | | | |
| 11/03/22 | **Sheila Birnbaum** | **0.30** | L160 | A104 | **472.50** |
| | Review settlement documents for settlement reached between state AG and pharmacies. | | | | |
| 11/03/22 | **Hayden Coleman** | **0.40** | L160 | A102 | **442.00** |
| | Research regarding Teva settlement. | | | | |
| 11/03/22 | **Alyssa Walters** | **0.60** | L160 | A103 | **582.00** |
| | Revise and update chart regarding settlements and verdicts per client request (0.6). | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 5

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/03/22 | **Danielle Gentin Stock** | **0.60** | L160 | A104 | **615.00** |
| | Review and update verdict/settlement information for client and correspond accordingly. | | | | |
| 11/07/22 | **Sheila Birnbaum** | **0.30** | L160 | A104 | **472.50** |
| | Review CVS/Walgreens settlement documents. | | | | |
| 11/15/22 | **Alyssa Walters** | **0.60** | L160 | A103 | **582.00** |
| | Revise and update chart regarding settlements and verdicts per client request (0.6). | | | | |
| 11/15/22 | **Danielle Gentin Stock** | **0.10** | L160 | A105 | **102.50** |
| | Correspond internally regarding updates to the settlement chart. | | | | |
| 11/23/22 | **Alyssa Walters** | **1.80** | L160 | A111 | **1,746.00** |
| | Review Teva settlement agreement and revise tracking chart (1.8). | | | | |
| 11/23/22 | **Danielle Gentin Stock** | **0.30** | L160 | A107 | **307.50** |
| | Correspond with client and internally regarding developments in Teva settlement. | | | | |
| 11/29/22 | **Sheila Birnbaum** | **0.50** | L160 | A107 | **787.50** |
| | Telephone conference with counsel regarding other opioid settlements. | | | | |
| 11/29/22 | **Alyssa Walters** | **0.20** | L160 | A111 | **194.00** |
| | Update opioid settlement tracker (0.2). | | | | |
| 11/29/22 | **Danielle Gentin Stock** | **0.20** | L160 | A104 | **205.00** |
| | Review settlement chart and correspond internally regarding the same. | | | | |
| 11/29/22 | **Danielle Gentin Stock** | **0.60** | L160 | A105 | **615.00** |
| | Review materials in preparation for and participate on weekly client coordination call. | | | | |
| 11/30/22 | **Hayden Coleman** | **1.40** | L160 | A104 | **1,547.00** |
| | Review and comment on revised opioid settlement tracking chart and related materials. | | | | |
| 11/30/22 | **Alyssa Walters** | **0.70** | L160 | A111 | **679.00** |
| | Assess subpoena request for Alabama deposition (0.2); review settlement overview for brief client update (0.5). | | | | |
| 11/30/22 | **Danielle Gentin Stock** | **0.40** | L160 | A107 | **410.00** |
| | Reach out to third -party company obtain prior settlement information and review background materials. | | | | |
| **L160 SUBTOTAL HOURS AND FEES:** | | **15.10** | | | **16,125.00** |
| | | | | | |
| **L210 – Pleadings** | | | | | |
| 11/14/22 | **Paul LaFata** | **0.10** | L210 | A104 | **102.50** |
| | Analyze omnibus hearing agenda (0.1). | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **0.10** | | | **102.50** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L220 – Preliminary Injunctions/Provisional Remedies** | | | | | |
| **11/01/22** | **Hayden Coleman** | **0.30** | **L220** | **A104** | **331.50** |
| | Review updates on court appointed Monitor requests. | | | | |
| **11/01/22** | **Meghan Agostinelli** | **2.30** | **L220** | **A106** | **2,150.50** |
| | Conference calls with client in preparation for meetings with the court-appointed Monitor. | | | | |
| **11/01/22** | **Meghan Agostinelli** | **4.50** | **L220** | **A104** | **4,207.50** |
| | Review and prepare compliance materials, privilege log, other materials in preparation for providing to court-appointed Monitor (3.7); update tracker regarding same (0.5); correspond with D. Goldberg-Gradess regarding same (0.3). | | | | |
| **11/01/22** | **Daniel Goldberg-Gradess** | **3.20** | **L220** | **A104** | **2,992.00** |
| | Collect, review, and catalogue documents responsive to information request from court-appointed monitor (2.1); conference with client regarding same (0.5); conference with D. Gentin Stock regarding same (0.6). | | | | |
| **11/01/22** | **Danielle Gentin Stock** | **1.70** | **L220** | **A106** | **1,742.50** |
| | Correspond and confer with client in preparation for discussion with court-appointed Monitor on market access (1.6); correspond with client to collect updated information for the court-appointed Monitor (0.1). | | | | |
| **11/01/22** | **Danielle Gentin Stock** | **0.40** | **L220** | **A105** | **410.00** |
| | Confer internally and with client regarding updated information for the court-appointed Monitor (0.4). | | | | |
| **11/01/22** | **Danielle Gentin Stock** | **0.20** | **L220** | **A104** | **205.00** |
| | Review and respond internally to proposed production for the court-appointed Monitor. | | | | |
| **11/01/22** | **Danielle Gentin Stock** | **1.30** | **L220** | **A107** | **1,332.50** |
| | Participate on court-appointed Monitor updates regarding market access and quotas. | | | | |
| **11/02/22** | **Meghan Agostinelli** | **3.50** | **L220** | **A104** | **3,272.50** |
| | Prepare and review materials for court-appointed Monitor (3.2); update tracker regarding the same (0.3). | | | | |
| **11/02/22** | **Daniel Goldberg-Gradess** | **0.40** | **L220** | **A108** | **374.00** |
| | Conference with outside co-counsel regarding processing documents for delivery to court-appointed monitor (0.3); conference with D. Gentin Stock and M. Agostinelli regarding same (0.1). | | | | |
| **11/02/22** | **Danielle Gentin Stock** | **0.50** | **L220** | **A104** | **512.50** |
| | Review and revise tracker and other information for the court-appointed Monitor. | | | | |
| **11/02/22** | **Danielle Gentin Stock** | **0.60** | **L220** | **A106** | **615.00** |
| | Correspond with the client regarding responsive materials for the court-appointed Monitor. | | | | |

Client Name: Purdue Pharma L.P.                                        Invoice 1010085638
Firm Matter Number: 399631.178405                                              Page 7

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/02/22 | Danielle Gentin Stock | 1.10 | L220 | A107 | 1,127.50 |
| | Participate in update for the court-appointed Monitor (0.9); correspond with court-appointed Monitor regarding additional responsive materials (0.1); correspond with other counsel and the client regarding discussion on obtaining 867 data (0.1). | | | | |
| 11/02/22 | Danielle Gentin Stock | 0.50 | L220 | A105 | 512.50 |
| | Correspond internally regarding responses and productions for the court-appointed Monitor. | | | | |
| 11/03/22 | Meghan Agostinelli | 2.50 | L220 | A104 | 2,337.50 |
| | Review and prepare materials for court-appointed Monitor (1.7); update tracker (0.4); correspond with co-counsel regarding the same (0.4). | | | | |
| 11/03/22 | Danielle Gentin Stock | 0.20 | L220 | A104 | 205.00 |
| | Review and analyze privilege log for production to the court-appointed Monitor. | | | | |
| 11/04/22 | Meghan Agostinelli | 2.40 | L220 | A104 | 2,244.00 |
| | Prepare materials for court-appointed Monitor (1.5); update tracker regarding same (0.3); email with Davis Polk regarding same (0.2); revise privilege log regarding same (0.4). | | | | |
| 11/04/22 | Danielle Gentin Stock | 1.70 | L220 | A106 | 1,742.50 |
| | Confer and correspond with client and internally regarding responsive information for the court-appointed Monitor. | | | | |
| 11/04/22 | Danielle Gentin Stock | 0.50 | L220 | A107 | 512.50 |
| | Confer with other counsel and the client regarding obtaining 867 data. | | | | |
| 11/04/22 | Danielle Gentin Stock | 1.40 | L220 | A104 | 1,435.00 |
| | Review and analyze materials for the court-appointed Monitor (0.7); draft update note regarding court-appointed Monitor review (0.7). | | | | |
| 11/05/22 | Danielle Gentin Stock | 0.40 | L220 | A107 | 410.00 |
| | Review additional questions from the court-appointed Monitor (0.1); correspond with court-appointed Monitor regarding responsive materials (0.3). | | | | |
| 11/06/22 | Danielle Gentin Stock | 0.10 | L220 | A106 | 102.50 |
| | Correspond with client regarding request from court-appointed Monitor. | | | | |
| 11/07/22 | Sheila Birnbaum | 0.70 | L220 | A104 | 1,102.50 |
| | Review Monitor's report. | | | | |
| 11/07/22 | Meghan Agostinelli | 3.50 | L220 | A104 | 3,272.50 |
| | Prepare materials for court-appointed Monitor (3.1); update tracker regarding same (0.4). | | | | |
| 11/07/22 | Danielle Gentin Stock | 0.40 | L220 | A105 | 410.00 |
| | Correspond and confer internally regarding productions for the court-appointed Monitor. | | | | |
| 11/07/22 | Danielle Gentin Stock | 0.30 | L220 | A104 | 307.50 |
| | Review court-appointed Monitor findings of fact. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 8

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|---|---|---|---|---|---|
| 11/07/22 | Danielle Gentin Stock | 1.50 | L220 | A106 | 1,537.50 |
| | Confer and correspond with client for follow up information for the court-appointed Monitor. | | | | |
| 11/08/22 | Sheila Birnbaum | 1.10 | L220 | A104 | 1,732.50 |
| | Review Monitor's report and emails regarding same (0.8); review emails regarding Monitor issues (0.3). | | | | |
| 11/08/22 | Hayden Coleman | 2.10 | L220 | A104 | 2,320.50 |
| | Review and comment on factual statements in court appointed Monitor report. | | | | |
| 11/08/22 | Meghan Agostinelli | 1.30 | L220 | A106 | 1,215.50 |
| | Call with D. Gentin Stock and R. Silbert regarding draft court-appointed Monitor report and status of outstanding requests. | | | | |
| 11/08/22 | Meghan Agostinelli | 1.70 | L220 | A104 | 1,589.50 |
| | Update tracker and organize materials shared with Monitor (1.6); email with Davis Polk regarding same (0.1). | | | | |
| 11/08/22 | Danielle Gentin Stock | 0.30 | L220 | A107 | 307.50 |
| | Correspond with Monitor regarding responses to new queries. | | | | |
| 11/08/22 | Danielle Gentin Stock | 0.90 | L220 | A104 | 922.50 |
| | Review and comments to the court-appointed Monitor's findings of fact (0.7); review draft report to the Board on findings by the court-appointed Monitor (0.2). | | | | |
| 11/08/22 | Danielle Gentin Stock | 1.50 | L220 | A106 | 1,537.50 |
| | Correspond and confer with client regarding information due to the court-appointed Monitor. | | | | |
| 11/08/22 | Danielle Gentin Stock | 0.30 | L220 | A105 | 307.50 |
| | Correspond internally regarding productions for the court-appointed Monitor. | | | | |
| 11/09/22 | Meghan Agostinelli | 1.50 | L220 | A104 | 1,402.50 |
| | Review and prepare lobbying reports, other requested documents, to provide to court-appointed Monitor (1.3); correspond with Davis Polk regarding same (0.2). | | | | |
| 11/09/22 | Danielle Gentin Stock | 0.30 | L220 | A106 | 307.50 |
| | Confer with client and internally regarding court-appointed Monitor report to the Board (0.2); respond to client request regarding Operating Injunction (0.1). | | | | |
| 11/09/22 | Danielle Gentin Stock | 0.20 | L220 | A105 | 205.00 |
| | Correspond internally regarding additional productions for the Monitor. | | | | |
| 11/10/22 | Meghan Agostinelli | 0.30 | L220 | A106 | 280.50 |
| | Conference call with R. Silbert, D. Gentin Stock regarding upcoming meeting with court-appointed Monitor. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 9

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/10/22 | **Meghan Agostinelli** | **1.10** | L220 | A104 | **1,028.50** |
| | Review and prepare materials for court-appointed Monitor (0.9); update tracker regarding same (0.2). | | | | |
| 11/10/22 | **Danielle Gentin Stock** | **0.10** | L220 | A105 | **102.50** |
| | Correspond internally regarding outstanding information for the court-appointed Monitor. | | | | |
| 11/10/22 | **Danielle Gentin Stock** | **0.80** | L220 | A106 | **820.00** |
| | Confer and correspond with client regarding outstanding information for the court-appointed Monitor. | | | | |
| 11/10/22 | **Danielle Gentin Stock** | **0.40** | L220 | A107 | **410.00** |
| | Confer and correspond with court-appointed Monitor and client regarding fact check. | | | | |
| 11/11/22 | **Danielle Gentin Stock** | **0.10** | L220 | A105 | **102.50** |
| | Correspond internally regarding court-appointed Monitor findings. | | | | |
| 11/11/22 | **Danielle Gentin Stock** | **0.10** | L220 | A104 | **102.50** |
| | Review and analyze fact-checking analysis of court-appointed Monitor report. | | | | |
| 11/11/22 | **Danielle Gentin Stock** | **0.20** | L220 | A106 | **205.00** |
| | Confer with client regarding fact-checking analysis of court-appointed Monitor report. | | | | |
| 11/11/22 | **Danielle Gentin Stock** | **0.20** | L220 | A107 | **205.00** |
| | Correspond and confer with other counsel regarding efforts to obtain 867 data. | | | | |
| 11/12/22 | **Danielle Gentin Stock** | **0.40** | L220 | A106 | **410.00** |
| | Confer and correspond with client regarding clarification questions from the court-appointed Monitor. | | | | |
| 11/14/22 | **Sheila Birnbaum** | **1.20** | L220 | A104 | **1,890.00** |
| | Review Monitor's report (0.8); review emails regarding Monitor's report (0.4). | | | | |
| 11/14/22 | **Hayden Coleman** | **1.00** | L220 | A104 | **1,105.00** |
| | Review and analyze final version of Monitor report. | | | | |
| 11/14/22 | **Paul LaFata** | **0.30** | L220 | A104 | **307.50** |
| | Analyze monitor report (0.3). | | | | |
| 11/14/22 | **Shmuel Vasser** | **1.00** | L220 | A104 | **1,315.00** |
| | Review Monitor's report. | | | | |
| 11/14/22 | **Meghan Agostinelli** | **2.00** | L220 | A104 | **1,870.00** |
| | Review updated Final Report from Monitor. | | | | |
| 11/14/22 | **Danielle Gentin Stock** | **0.40** | L220 | A104 | **410.00** |
| | Review and analyze court-appointed Monitor report. | | | | |
| 11/14/22 | **Danielle Gentin Stock** | **0.20** | L220 | A105 | **205.00** |
| | Correspond internally regarding new court-appointed Monitor report. | | | | |

Client Name: Purdue Pharma L.P.                                              Invoice 1010085638
Firm Matter Number: 399631.178405                                                   Page 10

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **11/14/22** | **Danielle Gentin Stock** | **0.20** | L220 | A107 | **205.00** |
| | Correspond with court-appointed Monitor and co-counsel on filing of the report. | | | | |
| **11/14/22** | **Danielle Gentin Stock** | **0.90** | L220 | A106 | **922.50** |
| | Confer and correspond with client regarding court-appointed Monitor report and filing. | | | | |
| **11/15/22** | **Meghan Agostinelli** | **0.30** | L220 | A104 | **280.50** |
| | Update tracker regarding Monitor materials. | | | | |
| **11/15/22** | **Danielle Gentin Stock** | **0.10** | L220 | A104 | **102.50** |
| | Review correspondence regarding new productions for the court-appointed Monitor. | | | | |
| **11/17/22** | **Danielle Gentin Stock** | **0.60** | L220 | A106 | **615.00** |
| | Confer with client regarding next steps in following upon court-appointed Monitor recommendations (0.5); correspond with client regarding 867 data use (0.1). | | | | |
| **11/30/22** | **Danielle Gentin Stock** | **0.30** | L220 | A106 | **307.50** |
| | Confer with client regarding future injunction trainings. | | | | |
| **L220 SUBTOTAL HOURS AND FEES:** | | **59.50** | | | **60,454.50** |

| **L230 – Court Mandated Conferences** | | | | | |
|------|-----------|-------|------|----------|--------|
| **11/16/22** | **Hayden Coleman** | **1.00** | L230 | A109 | **1,105.00** |
| | Prepare for and attend Omnibus hearing. | | | | |
| **11/16/22** | **Paul LaFata** | **0.40** | L230 | A109 | **410.00** |
| | Monitor portion of omnibus hearing regarding fee administration and case status. | | | | |
| **L230 SUBTOTAL HOURS AND FEES:** | | **1.40** | | | **1,515.00** |

| **L250 – Other Written Motions and Submissions** | | | | | |
|------|-----------|-------|------|----------|--------|
| **11/04/22** | **Hayden Coleman** | **0.40** | L250 | A104 | **442.00** |
| | Review McGaha motions and emails to/from client and co-counsel regarding same. | | | | |
| **L250 SUBTOTAL HOURS AND FEES:** | | **0.40** | | | **442.00** |

| **L310 – Written Discovery** | | | | | |
|------|-----------|-------|------|----------|--------|
| **11/01/22** | **Paul LaFata** | **0.30** | L310 | A106 | **307.50** |
| | Insurance adversary: confer with client, Reed Smith, Wiggin, and DPW regarding response to discovery demand. | | | | |
| **11/02/22** | **Paul LaFata** | **0.20** | L310 | A106 | **205.00** |
| | Insurance adversary: confer with client, DPW, Reed Smith, and counsel regarding revisions to proposed response to discovery demand. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/02/22 | **Danielle Gentin Stock** | **0.10** | L310 | A104 | **102.50** |
| | Review correspondence regarding NAS Committee request. | | | | |
| 11/03/22 | **Paul LaFata** | **0.50** | L310 | A104 | **512.50** |
| | Document repository: analyze public posting of documents (0.4); confer with Wiggin and internally regarding same (0.1). | | | | |
| 11/22/22 | **Paul LaFata** | **0.10** | L310 | A107 | **102.50** |
| | Insurance adversary: confer with Wiggin regarding response to discovery demand. | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **1.20** | | | **1,230.00** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L320 – Document Production** | | | | | |
| 11/01/22 | **Hayden Coleman** | **0.30** | L320 | A108 | **331.50** |
| | Emails to/from NAS group and co-counsel regarding document production. | | | | |
| 11/04/22 | **Hayden Coleman** | **1.40** | L320 | A107 | **1,547.00** |
| | Emails to/from Davis Polk and Wiggin regarding additional discovery requests from NAS group (1.0); emails to/from MA AG's office and co-counsel regarding third party discovery issues (0.4). | | | | |
| 11/08/22 | **Hayden Coleman** | **0.80** | L320 | A107 | **884.00** |
| | Emails to/from co-counsel regarding NAS discovery demands. | | | | |
| 11/09/22 | **Hayden Coleman** | **0.60** | L320 | A106 | **663.00** |
| | Emails to/from client and co-counsel regarding NAS discovery requests. | | | | |
| 11/10/22 | **Hayden Coleman** | **1.50** | L320 | A108 | **1,657.50** |
| | Plan for and participate in video conference with co-counsel and MA AG regarding third party document production and related issues (1.2); follow up emails regarding same (0.3). | | | | |
| 11/14/22 | **Hayden Coleman** | **0.60** | L320 | A107 | **663.00** |
| | Emails to/from MA AG's office and co-counsel regarding third-party document requests and related issues. | | | | |
| 11/15/22 | **Hayden Coleman** | **0.30** | L320 | A106 | **331.50** |
| | Emails to/from client and co-counsel regarding 3rd party document requests. | | | | |
| 11/16/22 | **Hayden Coleman** | **0.40** | L320 | A107 | **442.00** |
| | Emails to/from MA AG and co-counsel regarding document production. | | | | |
| 11/22/22 | **Hayden Coleman** | **0.50** | L320 | A107 | **552.50** |
| | Emails to/from MA AG's office regarding third-party discovery. | | | | |
| 11/22/22 | **Antonella Capobianco-Ranallo** | **0.40** | L320 | A102 | **120.00** |
| | Research regarding documents produced by Portenoy (0.3); email with P. LaFata regarding same (0.1). | | | | |
| 11/28/22 | **Hayden Coleman** | **0.50** | L320 | A107 | **552.50** |
| | Emails to/from co-counsel and MA AG office regarding third-party discovery and document production. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 12

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| 11/30/22 | Hayden Coleman | 0.20 | L320 | A107 | 221.00 |
| | Emails to/from MA AG office and co-counsel regarding third-party document production. | | | | |
| **L320 SUBTOTAL HOURS AND FEES:** | | **7.50** | | | **7,965.50** |

| **L330 – Depositions** | | | | | |
|------|------------|-------|------|----------|--------|
| 11/01/22 | Hayden Coleman | 0.40 | L330 | A106 | 442.00 |
| | Emails to/from client and co-counsel regarding additional requests for depositions in insurance adversary case. | | | | |
| 11/02/22 | Hayden Coleman | 1.10 | L330 | A103 | 1,215.50 |
| | Draft memorandum to client and co-counsel regarding additional requests for depositions in insurance adversary proceeding. | | | | |
| 11/02/22 | Hayden Coleman | 0.50 | L330 | A106 | 552.50 |
| | Emails to/from client and co-counsel regarding additional requests for depositions in insurance adversary proceeding. | | | | |
| 11/09/22 | Hayden Coleman | 0.80 | L330 | A104 | 884.00 |
| | Review subpoena requesting third party deposition of former Purdue employees and emails to/from co-counsel regarding same (0.8). | | | | |
| 11/09/22 | Paul LaFata | 0.20 | L330 | A104 | 205.00 |
| | Insurance adversary: analyze subpoena for deposition. | | | | |
| 11/10/22 | Hayden Coleman | 0.50 | L330 | A107 | 552.50 |
| | Emails to/from Davis Polk regarding NAS Group request regarding use of depositions in other opioid cases. | | | | |
| 11/14/22 | Hayden Coleman | 2.80 | L330 | A104 | 3,094.00 |
| | Review R. Fanelli deposition transcript for NAS request. | | | | |
| 11/17/22 | Paul LaFata | 0.10 | L330 | A104 | 102.50 |
| | Analyze subpoenas to former employees. | | | | |
| 11/17/22 | Danielle Gentin Stock | 0.10 | L330 | A105 | 102.50 |
| | Correspond internally regarding witness representation in the insurance adversary proceedings. | | | | |
| 11/21/22 | Hayden Coleman | 1.40 | L330 | A107 | 1,547.00 |
| | Conferences and emails with co-counsel regarding Insurers' request for depositions of former Purdue employees in connection with insurance adversary. | | | | |
| 11/21/22 | Hayden Coleman | 3.40 | L330 | A104 | 3,757.00 |
| | Review prior depositions and other work product regarding existing testimony responsive to insurers inquiries in adversary proceedings. | | | | |
| 11/21/22 | Alyssa Walters | 1.30 | L330 | A111 | 1,261.00 |
| | Compile sales training materials for future company witness deposition per client request (1.3). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085638

Page 13

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 11/23/22 | **Hayden Coleman** | **3.90** | L330 | A104 | **4,309.50** |
| | Review email and other documents in preparation for meeting with depositions preparation team in insurance adversary. | | | | |
| 11/23/22 | **Hayden Coleman** | **0.60** | L330 | A106 | **663.00** |
| | Emails with client and co-counsel regarding meeting with deposition preparation team in insurance adversary. | | | | |
| 11/23/22 | **Paul LaFata** | **0.40** | L330 | A106 | **410.00** |
| | Insurance adversary: research prior work product in support of deposition defense (0.3); email with client, Reed Smith, and Wiggin regarding same (0.1). | | | | |
| 11/23/22 | **Alyssa Walters** | **0.20** | L330 | A107 | **194.00** |
| | Oversee transmission of sales training documents to Reed Smith regarding future company witness deposition (0.2). | | | | |
| 11/23/22 | **Antonella Capobianco-Ranallo** | **0.50** | L330 | A110 | **150.00** |
| | Upload files to third party site regarding J. Koch deposition preparation (0.4); email with co-counsel regarding same (0.1). | | | | |
| 11/28/22 | **Hayden Coleman** | **0.50** | L330 | A106 | **552.50** |
| | Emails to/from client and co-counsel regarding deposition subpoena served on former Purdue employee. | | | | |
| 11/30/22 | **Hayden Coleman** | **1.60** | L330 | A106 | **1,768.00** |
| | Emails to/from client and co-counsel regarding deposition subpoena for former Purdue employee and related materials. | | | | |
| 11/30/22 | **Hayden Coleman** | **1.00** | L330 | A104 | **1,105.00** |
| | Review deposition subpoena for former Purdue employee and related materials. | | | | |
| 11/30/22 | **Danielle Gentin Stock** | **0.40** | L330 | A104 | **410.00** |
| | Review subpoena on former employee in Alabama case and confer internally regarding next steps. | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **21.70** | | | **23,277.50** |

| | | | | |
|---|---|---|---|---|
| **TOTAL HOURS AND FEES** | | **126.90** | | **USD 132,533.50** |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 14

**VALUES ON THIS INVOICE ARE BILLED IN USD**

<table>
<tr><td colspan="5" align="center">**TIMEKEEPER SUMMARY:**</td></tr>
<tr><td>**TIMEKEEPER**</td><td>**TITLE**</td><td>**RATE**</td><td>**HOURS**</td><td>**AMOUNT**</td></tr>
<tr><td>S. Birnbaum</td><td>Partner</td><td>1,575.00</td><td>5.00</td><td>7,875.00</td></tr>
<tr><td>S. Vasser</td><td>Partner</td><td>1,315.00</td><td>1.50</td><td>1,972.50</td></tr>
<tr><td>H. Coleman</td><td>Partner</td><td>1,105.00</td><td>50.70</td><td>56,023.50</td></tr>
<tr><td>P. LaFata</td><td>Partner</td><td>1,025.00</td><td>2.60</td><td>2,665.00</td></tr>
<tr><td>A. Walters</td><td>Associate</td><td>970.00</td><td>8.00</td><td>7,760.00</td></tr>
<tr><td>M. Agostinelli</td><td>Associate</td><td>935.00</td><td>26.90</td><td>25,151.50</td></tr>
<tr><td>D. Goldberg-Gradess</td><td>Associate</td><td>935.00</td><td>3.60</td><td>3,366.00</td></tr>
<tr><td>C. Boisvert</td><td>Counsel</td><td>1,025.00</td><td>0.50</td><td>512.50</td></tr>
<tr><td>D. Gentin Stock</td><td>Counsel</td><td>1,025.00</td><td>25.90</td><td>26,547.50</td></tr>
<tr><td>A. Capobianco-Ranallo</td><td>Legal Assistant</td><td>300.00</td><td>1.90</td><td>570.00</td></tr>
<tr><td>M. Stone</td><td>Legal Assistant</td><td>300.00</td><td>0.30</td><td>90.00</td></tr>
<tr><td>**TOTALS**</td><td></td><td></td><td>**126.90**</td><td>**USD 132,533.50**</td></tr>
</table>



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                      January 18, 2023
201 Tresser Blvd.                                                       Invoice Number
Stamford, CT 06901                                                      1010085638

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through November 30, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ........................................................................................USD 120,646.54

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010085638) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                     January 18, 2023
201 Tresser Blvd.                              Invoice Number 1010085639
Stamford, CT 06901

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

---

Professional Services Rendered Through November 30, 2022

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE...........................................................................................5,950.00

Less 10% Discount ....................................................................................................(595.00)

NET TOTAL FEES FOR THIS INVOICE .......................................................... 5,355.00

**TOTAL AMOUNT DUE FOR THIS INVOICE ......................................................USD 5,355.00**

**Payment by Wire or ACH**
Bank Name: Citi Private Bank
Bank Address: 153 East 53rd St., New York, NY
Account Name: Dechert LLP Main Account
Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33

Client Name: Purdue Pharma L.P.  
Firm Matter Number: 399631.161942

Invoice 1010085639  
Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L120 – Analysis/Strategy** | | | | | |
| 11/01/22 | **Daniel Goldberg-Gradess** | **4.50** | L120 | A102 | 4,207.50 |
| | Perform legal research regarding complaint in CA state court (4.3); conference with H. Coleman regarding same (0.2). | | | | |
| 11/07/22 | **Danielle Gentin Stock** | **0.20** | L120 | A104 | 205.00 |
| | Review and analyze state court filing. | | | | |
| 11/09/22 | **Danielle Gentin Stock** | **0.40** | L120 | A106 | 410.00 |
| | Confer with client and co-counsel regarding service in state court proceeding. | | | | |
| 11/22/22 | **Danielle Gentin Stock** | **0.10** | L120 | A104 | 102.50 |
| | Research and respond to client query regarding Notice of Bankruptcy in state court case. | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **5.20** | | | **4,925.00** |
| | | | | | |
| **L210 – Pleadings** | | | | | |
| 11/09/22 | **Paul LaFata** | **0.50** | L210 | A104 | 512.50 |
| | Ft. Bend: analyze court notice regarding dismissal hearing and related docket (0.3); confer with DPW regarding same (0.2). | | | | |
| 11/11/22 | **Paul LaFata** | **0.30** | L210 | A104 | 307.50 |
| | Seattle: analyze briefing on motion to stay. | | | | |
| 11/23/22 | **Paul LaFata** | **0.20** | L210 | A104 | 205.00 |
| | Seattle: analyze briefing in support of motion to stay. | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **1.00** | | | **1,025.00** |
| | | | | | |
| **TOTAL HOURS AND FEES** | | **6.20** | | | **USD 5,950.00** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.161942

Invoice 1010085639

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### TIMEKEEPER SUMMARY:

| TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| P. LaFata | Partner | 1,025.00 | 1.00 | 1,025.00 |
| D. Goldberg-Gradess | Associate | 935.00 | 4.50 | 4,207.50 |
| D. Gentin Stock | Counsel | 1,025.00 | 0.70 | 717.50 |
| **TOTALS** | | | **6.20** | **USD 5,950.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                    January 18, 2023
201 Tresser Blvd.                                                    Invoice Number
Stamford, CT 06901                                                    1010085639

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through November 30, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ...........................................................................................USD 5,355.00

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   |   ABA #: 021272655   |   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010085639) in the check memo. Mail to:<br>Dechert LLP  |  P.O. Box 7247-6643 Philadelphia, PA  |  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                    January 18, 2023
201 Tresser Blvd.                                          Invoice Number 1010085637
Stamford, CT 06901

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through November 30, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE..................................................................................................14,903.50

Less 10% Discount ........................................................................................................(1,490.35)

NET TOTAL FEES FOR THIS INVOICE ........................................................................... 13,413.15

**TOTAL AMOUNT DUE FOR THIS INVOICE .......................................................................USD 13,413.15**

| **Payment by Wire or ACH** |
|---|
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.                                                                    Invoice 1010085637
Firm Matter Number: 399631.178406                                                                              Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B160 – Fee/Employment Applications** | | | | | |
| 11/01/22 | **Hayden Coleman** | **2.40** | **B160** | **A104** | **2,652.00** |
| | Review and revise September invoices. | | | | |
| 11/02/22 | **Matthew Stone** | **1.20** | **B160** | **A104** | **360.00** |
| | Revise September fee statement (1.1); email with H. Coleman regarding same (.1). | | | | |
| 11/03/22 | **Matthew Stone** | **0.50** | **B160** | **A103** | **150.00** |
| | Revise September fee statement. | | | | |
| 11/04/22 | **Shmuel Vasser** | **0.90** | **B160** | **A104** | **1,183.50** |
| | Review September fee statement. | | | | |
| 11/04/22 | **Matthew Stone** | **1.00** | **B160** | **A103** | **300.00** |
| | Finalize September fee statement (.5); email with S. Vasser regarding same (.1); file same (.2); serve same (.2). | | | | |
| 11/07/22 | **Shmuel Vasser** | **1.00** | **B160** | **A104** | **1,315.00** |
| | Review Fee Examiner's report. | | | | |
| 11/08/22 | **Shmuel Vasser** | **0.30** | **B160** | **A105** | **394.50** |
| | Discuss Examiner's report/issues with Dechert team. | | | | |
| 11/09/22 | **Shmuel Vasser** | **0.30** | **B160** | **A104** | **394.50** |
| | Conference call with Examiner and confirming emails. | | | | |
| 11/10/22 | **Matthew Stone** | **2.20** | **B160** | **A103** | **660.00** |
| | Revise October fee statement. | | | | |
| 11/11/22 | **Matthew Stone** | **1.70** | **B160** | **A103** | **510.00** |
| | Revise October fee statement. | | | | |
| 11/14/22 | **Matthew Stone** | **1.60** | **B160** | **A103** | **480.00** |
| | Revise October fee statement. | | | | |
| 11/15/22 | **Hayden Coleman** | **0.70** | **B160** | **A101** | **773.50** |
| | Plan for and prepare for Omnibus hearing regarding fee application. | | | | |
| 11/15/22 | **Hayden Coleman** | **0.20** | **B160** | **A105** | **221.00** |
| | Emails to/from team confirming Omnibus hearing regarding fee application. | | | | |
| 11/15/22 | **Matthew Stone** | **0.40** | **B160** | **A105** | **120.00** |
| | Email with H. Coleman regarding interim fee application (.2); review proposed interim fee order (.1); email with S. Vasser regarding same (.1). | | | | |
| 11/15/22 | **Matthew Stone** | **1.70** | **B160** | **A103** | **510.00** |
| | Revise October fee statement. | | | | |
| 11/16/22 | **Shmuel Vasser** | **0.80** | **B160** | **A109** | **1,052.00** |
| | Participate in Omnibus quarterly fee applications hearing. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178406

Invoice 1010085637

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **11/28/22** | **Shmuel Vasser** | **2.50** | **B160** | **A104** | **3,287.50** |
| | Review October time entries, comments, questions. | | | | |
| **11/28/22** | **Matthew Stone** | **1.20** | **B160** | **A105** | **360.00** |
| | Email with I. Campos regarding ninth interim fee order (.2); call with I. Campos regarding same (.2); revise October invoices (.7); email with H. Coleman and S. Vasser regarding same (.1). | | | | |
| **11/30/22** | **Matthew Stone** | **0.60** | **B160** | **A104** | **180.00** |
| | Revise October fee statement. | | | | |
| **B160 SUBTOTAL HOURS AND FEES:** | | **21.20** | | | **14,903.50** |
| **TOTAL HOURS AND FEES** | | **21.20** | | | **USD 14,903.50** |

| | | TIMEKEEPER SUMMARY: | | |
|---|---|---|---|---|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Vasser | Partner | 1,315.00 | 5.80 | 7,627.00 |
| H. Coleman | Partner | 1,105.00 | 3.30 | 3,646.50 |
| M. Stone | Legal Assistant | 300.00 | 12.10 | 3,630.00 |
| **TOTALS** | | | **21.20** | **USD 14,903.50** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                January 18, 2023
201 Tresser Blvd.                                                Invoice Number
Stamford, CT 06901                                                  1010085637

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through November 30, 2022

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ......................................................................................USD 13,413.15

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010085637) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |

## **EXHIBIT B**

### **Expenses**

18207968

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085638
Page 15

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**DISBURSEMENTS:**

| DESCRIPTION | AMOUNT |
| --- | --- |
| **UCC Filing Fees** | |
| Vendor: File & ServeXpress, LLC; Invoice#: 202209064221401; Date: 10/3/2022  -  Search fees | 100.00 |
| | **100.00** |
| **Westlaw Search Fees** | |
| Westlaw Search Fees | 1,229.29 |
| | **1,229.29** |
| **Pacer Research Fees** | |
| Pacer Research Fees | 37.10 |
| | **37.10** |
| | |
| **TOTAL DISBURSEMENTS** | **USD 1,366.39** |