# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (SHL) |
| Debtors. ) | |
| ) | (Jointly Administered) |

### FIFTEENTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES FOR THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2022 through December 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $325,000.00 |
| Less 20% Holdback: | $65,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Total Fees and Expenses Due: | $260,000.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: January 19, 2023

*/s/Amelia M. Caporale*
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A
# SUMMARY BY PROFESSIONAL

*2022 Consolidated Audit*

| Last Name | First Name | Rank | Time |
|---|---|---|---|
| Arora | Simran | Staff/Assistant | 9.0 |
| Caporale | Amelia | Partner/Principal | 3.0 |
| Casella | John M. | Staff/Assistant | 3.0 |
| D'Alessandro | Nicholas A | Manager | 11.0 |
| Fan | Wenhan | Senior | 5.2 |
| Fox | Nicholas K. | Manager | 4.0 |
| Furtado | Justin V | Senior Manager | 6.0 |
| Gupta | Aarti | Staff/Assistant | 12.0 |
| Jain | Chetan | Manager | 10.0 |
| Kaushik | Utkarsh | Staff/Assistant | 9.0 |
| Nayyar | Deepankar | Senior | 22.0 |
| Pereira | Christopher A. | Partner/Principal | 3.0 |
| Rathod | Dimple | Senior | 38.5 |
| Robinson | Benjamin Ryan | Staff/Assistant | 9.0 |
| Sharma | Bhavik | Staff/Assistant | 4.0 |
| Sonika | Avinash | Executive Director | 4.0 |
| Tran | Hong | Staff/Assistant | 1.3 |
|  |  | **Total** | **154.0** |

**Total Fixed Fees Sought for 2022 Consolidated Audit During the Fee Period: $325,000.00**

# EXHIBIT B
# SUMMARY BY CATEGORY

*2022 Consolidated Audit*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Planning Activities | This category relates to all audit planning activities. | 40.5 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 113.5 |
|  | **Total** | **154.0** |

# EXHIBIT C
## SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*2022 Consolidated Audit*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Dimple Rathod | Senior | 01 Dec 2022 | Year-End Substantive Testing | 9.5 | Performance of Gross revenue testing procedures |
| Sonika,Avinash | Executive Director | 01 Dec 2022 | Planning Activities | 1.0 | Review of audit planning presentation for December audit committee meeting |
| Utkarsh Kaushik | Staff/Assistant | 01 Dec 2022 | Year-End Substantive Testing | 9.0 | Performance of Vendor chargeback testing procedures |
| Dimple Rathod | Senior | 02 Dec 2022 | Year-End Substantive Testing | 7.0 | Performance of Gross revenue testing procedures continued |
| Tran,Hong | Staff/Assistant | 02 Dec 2022 | Year-End Substantive Testing | 0.3 | Review of actuarial scoping and testing plan |
| Chetan Jain | Manager | 05 Dec 2022 | Planning Activities | 2.0 | Review of account level scoping and process flow mappings |
| Dimple Rathod | Senior | 05 Dec 2022 | Year-End Substantive Testing | 9.0 | Performance of Gross revenue testing procedures for Rhodes Pharma |
| Chetan Jain | Manager | 06 Dec 2022 | Planning Activities | 2.0 | Review of account level scoping and process flow mappings continued |
| D'Alessandro,Nicholas A | Manager | 06 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents |
| Dimple Rathod | Senior | 06 Dec 2022 | Year-End Substantive Testing | 9.5 | Performance of Gross revenue testing procedures for Rhodes Pharma continued. |
| Chetan Jain | Manager | 07 Dec 2022 | Planning Activities | 2.0 | Review of account level scoping and process flow mappings continued |
| D'Alessandro,Nicholas A | Manager | 07 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Dimple Rathod | Senior | 07 Dec 2022 | Year-End Substantive Testing | 3.5 | Performance of Gross revenue testing procedures for Rhodes Pharma continued. |
| Sonika,Avinash | Executive Director | 07 Dec 2022 | Planning Activities | 3.0 | Audit Committee Meeting |
| Chetan Jain | Manager | 08 Dec 2022 | Planning Activities | 4.0 | Review of account level scoping and process flow mappings continued |
| D'Alessandro,Nicholas A | Manager | 08 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Robinson,Benjamin Ryan | Staff/Assistant | 08 Dec 2022 | Year-End Substantive Testing | 8.0 | Performance of inventory count procedures at Wilson North Carolina plant |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Fox,Nicholas K. | Manager | 09 Dec 2022 | Year-End Substantive Testing | 4.0 | Review of actuarial scoping and testing plan |
| Robinson,Benjamin Ryan | Staff/Assistant | 09 Dec 2022 | Year-End Substantive Testing | 1.0 | Documentation of inventory count testing workpapers |
| Fan,Wenhan | Senior | 11 Dec 2022 | Planning Activities | 0.5 | Preparation for team planning meeting |
| Fan,Wenhan | Senior | 11 Dec 2022 | Year-End Substantive Testing | 0.2 | Review of revenue cash anchor testing selection samples |
| D'Alessandro,Nicholas A | Manager | 12 Dec 2022 | Planning Activities | 2.0 | Review of audit planning documents continued. |
| D'Alessandro,Nicholas A | Manager | 13 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Fan,Wenhan | Senior | 13 Dec 2022 | Year-End Substantive Testing | 1.5 | Review of accounts receivable testing selections to date |
| D'Alessandro,Nicholas A | Manager | 14 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Fan,Wenhan | Senior | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, J. Furtado, N. D'Alessandro, J. Casella |
| Tran,Hong | Staff/Assistant | 14 Dec 2022 | Year-End Substantive Testing | 1.0 | Review of actuarial scoping and testing plan |
| Aarti Gupta | Staff/Assistant | 15 Dec 2022 | Year-End Substantive Testing | 2.0 | Documentation of accounts receivable confirmations |
| Bhavik Sharma | Staff/Assistant | 15 Dec 2022 | Year-End Substantive Testing | 4.0 | Establishment of actuarial audit procedure workplan |
| Casella,John M. | Staff/Assistant | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, J. Furtado, N. D'Alessandro, W. Fan |
| D'Alessandro,Nicholas A | Manager | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, J. Furtado, W. Fan, J. Casella |
| Deepankar Nayyar | Senior | 15 Dec 2022 | Year-End Substantive Testing | 9.0 | Review of accounts receivable testing selections |
| Furtado,Justin V | Senior Manager | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, N. D'Alessandro, W. Fan, J. Casella |
| Caporale, Amelia | Partner/Principal | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, J. Furtado, N. D'Alessandro, W. Fan, J. Casella |
| Pereira, Christopher A. | Partner/Principal | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: A. Caporale, J. Furtado, N. D'Alessandro, W. Fan, J. Casella |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| D'Alessandro,Nicholas A | Manager | 16 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Deepankar Nayyar | Senior | 16 Dec 2022 | Year-End Substantive Testing | 5.0 | Review of revenue cash anchor testing procedures |
| Simran Arora | Staff/Assistant | 16 Dec 2022 | Year-End Substantive Testing | 9.0 | Performance of revenue cash anchor testing procedures |
| Aarti Gupta | Staff/Assistant | 19 Dec 2022 | Year-End Substantive Testing | 7.0 | Performance of accounts receivable existence testing |
| Deepankar Nayyar | Senior | 19 Dec 2022 | Year-End Substantive Testing | 5.0 | Re-performance of accounts receivable existence testing procedures |
| Furtado,Justin V | Senior Manager | 19 Dec 2022 | Year-End Substantive Testing | 2.5 | Review of planning documents |
| Aarti Gupta | Staff/Assistant | 20 Dec 2022 | Year-End Substantive Testing | 3.0 | Performance of accounts receivable existence testing continued. |
| Deepankar Nayyar | Senior | 20 Dec 2022 | Year-End Substantive Testing | 3.0 | Re-performance of accounts receivable existence testing procedures continued |
| Furtado,Justin V | Senior Manager | 20 Dec 2022 | Year-End Substantive Testing | 0.5 | Review of planning documents continued. |
| | | | **Total** | **154.0** | |

**Total Fixed Fees Sought for 2022 Consolidated Audit During the Fee Period: $325,000.00**