**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)**<br>**Objection Deadline: February 6, 2023**<br>**at 5:00 p.m. ET** |

**FORTIETH MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE**
**OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN**
**POSSESSION FOR THE PERIOD FROM**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Dechert LLP |
| Authorized to Provide Professional Services to: | Purdue Debtors and Debtors in Possession |
| Effective Date of Retention: | November 21, 2019 Nunc Pro Tunc to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | December 1, 2022 through December 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | **$165,622.05**[2] |
| Eighty percent of actual, reasonable and necessary compensation: | **$132,497.64** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$85.10** |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]  This amount reflects a reduction in fees in the amount of $18,402.45 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

18207968

This is a(n):    __X__ Monthly    _____Interim    _____Final application.

Is this the first monthly application?    ___Yes   _X_ No

This application includes 13.9 hours with a discounted value of $5,441.40 incurred in connection with the preparation of Fee Applications for the Debtors.

### Compensation by Individual for Debtors for Litigation Services

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate (Including Changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Sheila L Birnbaum | Partner | 1965 | 1,575.00 | 3.60 | 5,670.00 |
| Hayden A. Coleman | Partner | 1985 | 1,105.00 | 65.70 | 72,598.50 |
| Paul A. LaFata | Partner | 2007 | 1,025.00 | 18.70 | 19,167.50 |
| Shmuel Vasser | Partner | 1988 | 1,315.00 | 0.50 | 657.50 |
| Danielle Gentin Stock | Counsel | 1999 | 1,025.00 | 39.20 | 40,180.00 |
| Meghan Agostinelli | Associate | 2018 | 935.00 | 3.80 | 3,553.00 |
| Alyssa L. Walters | Associate | 2017 | 970.00 | 38.40 | 37,248.00 |
| Antonella Capobianco-Ranallo | Paralegal | N/A | 300.00 | 4.80 | 1,440.00 |
| Matthew B. Stone | Paralegal | N/A | 300.00 | 11.70 | 3,510.00 |
| **Total** | | | | **186.40** | **$184,024.50** |
| **10% Volume Discount** | | | | | **($18,402.45)** |
| **Discounted Total** | | | | | **$165,622.05** |
| **Total Amount Requested Herein** | | | | | **$132,497.64** |

The blended hourly billing rate of professionals for all services provided during the Fee Period is $888.53.

---

[3]    As described in the Notice of Increased Litigation Fees, these billing rates reflect voluntary discounts of 4.5% to 12.3% for senior partners, 11.6% to 14.6% for partners, 6.8% for counsel, and 4.1% to 6.7% for associates.

## Compensation by Project Category for Debtors

| Code | Project Category | Total Hours | Total Fees | Discounted Total |
|------|------------------|-------------|------------|------------------|
| B160 | Fee/Employment Applications | 13.90 | 6,046.00 | 5,441.40 |
| B260 | Board of Directors Matters | 3.10 | 4,223.50 | 3,801.15 |
| L120 | Analysis/Strategy | 48.80 | 45,661.50 | 41,095.35 |
| L160 | Settlement/Non-Binding ADR | 12.80 | 13,803.50 | 12,423.15 |
| L210 | Pleadings | 1.50 | 1,537.50 | 1,383.75 |
| L220 | Preliminary Injunctions/Provisional Remedies | 24.30 | 24,950.50 | 22,455.45 |
| L310 | Written Discovery | 1.70 | 1,774.50 | 1,597.05 |
| L320 | Document Production | 5.00 | 5,525.00 | 4,972.50 |
| L330 | Depositions | 72.30 | 77,251.50 | 69,526.35 |
| L390 | Other Discovery | 0.20 | 205.00 | 184.50 |
| L510 | Appellate Motions and Submissions | 2.20 | 2,431.00 | 2,187.90 |
| L520 | Appellate Briefs | 0.60 | 615.00 | 553.50 |
| | | | | |
| **Totals** | | **186.40** | **$184,024.50**[4] | **$165,622.05**[5] |

---

[4]    This amount reflects the discounted billing rates but not the discounts for aggregate fees.

[5]    This amount reflects the discounted billing rates and discounts for aggregate fees.

### Expense Summary for Debtors

| Expenses Category | Total Expenses |
|---|---|
| Docket Fees | 30.80 |
| Overtime Dinner Expense | 40.00 |
| Pacer Research Fees | 14.30 |
| | |
| **Total** | **$85.10** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)**<br>**Objection Deadline: February 6, 2023 at 5:00 p.m. ET** |

## FORTIETH MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

By this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Dechert LLP ("**Dechert**") hereby moves this Court for discounted reasonable compensation for professional legal services rendered as attorneys to the Debtors in the amount of **$132,497.64** together with reimbursement for actual and necessary expenses incurred in the amount of **$85.10**, for the period commencing December 1, 2022 through and including December 31, 2022 (the "**Fee Period**"). In support of the Application, Dechert respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

18207968

1.      Dechert was employed under a general retainer to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases pursuant to an order entered by this Court on November 21, 2019 [Docket No. 525] (the "**Retention Order**").  The Retention Order authorized Dechert to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Dechert were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period showing the amount of $165,622.05,[2] of which $132,497.64 is requested for fees in this Application.  **Exhibit B** is a detailed statement of expenses paid during the Fee Period showing the amount of $85.10 for reimbursement of expenses.

4.      The services rendered by Dechert during the Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Dechert has incurred out-of-pocket disbursements during the Fee Period in the amount of $85.10.  This disbursement sum is broken down into categories of charges, including, among other things, document hosting and management, temporary employee

---

[2]    This amount reflects a reduction in fees in the amount of $18,402.45 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

expenses, expert consulting charges, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Dechert to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, and transcription costs.

6.      A complete review of the expenses incurred for the Fee Period may be found in the attachments hereto as **Exhibit B**.  To the extent such itemization is insufficient to satisfy the requirements of Rule 2016-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), Dechert respectfully requests that the Court waive strict compliance with such rule.

7.      Costs incurred for computer assisted research are not included in Dechert's normal hourly billing rates and, therefore, are itemized and included in Dechert's disbursements.  Pursuant to Local Rule 2016-1, Dechert represents that its rate for duplication is $.10 per page, there is no charge for incoming or outgoing telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.      Attorneys and paraprofessionals of Dechert have expended a total of 191.7 hours in connection with the Debtors' chapter 11 cases during the Fee Period.

9.      The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in detail in **Exhibit A**.  These are Dechert's discounted hourly rates for compensation in this case, as reflected in the Retention Application. The Discounted value of the services rendered by Dechert for the Fee Period as counsel for the

Debtors in these cases under chapter 11 is $165,622.05, of which $132,497.64 is requested for fees in this Application.

10.     Dechert believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-1.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.     This Application covers the period of December 1, 2022 through and including December 31, 2022 with respect to the Debtors.  Dechert has and will continue to perform additional necessary services for the Debtors subsequent to December 31, 2022, for which Dechert will file subsequent fee applications.

*[Remainder of page left intentionally blank]*

## CONCLUSION

WHEREFORE, Dechert respectfully requests that (a) allowance be made to it in the sum of $132,497.64 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $85.10 for reimbursement of actual necessary costs and expenses incurred during the Fee Period, (b) such other further relief as this Court may deem just and proper.

Dated: January 21, 2023                    Respectfully submitted,

                                           /s/ Shmuel Vasser
                                           Shmuel Vasser
                                           DECHERT LLP
                                           1095 Avenue of the Americas
                                           New York, New York 10036
                                           Telephone:  (212) 698-3500
                                           Facsimile:  (212) 698-3599

                                           *Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## <u>VERIFICATION OF SHMUEL VASSER</u>

I, Shmuel Vasser, Esquire, hereby declare the following under penalty of perjury:

1.    I am a Partner in the applicant firm, Dechert LLP, and have been admitted to the bar of New York since 1991.

2.    I have personally performed some of the legal services rendered by Dechert LLP as counsel for the Debtors, and I am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*[Remainder of page left intentionally blank]*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

18207968

4.      I hereby certify under 28 U.S.C. § 1746 that the foregoing is true and

correct to the best of my knowledge, information, and belief.

Dated: January 21, 2023                    Respectfully submitted,

                                           _/s/ Shmuel Vasser_____
                                           Shmuel Vasser
                                           DECHERT LLP
                                           1095 Avenue of the Americas
                                           New York, New York 10036
                                           Telephone:  (212) 698-3500
                                           Facsimile:  (212) 698-3599
                                           shmuel.vasser@dechert.com

                                           *Attorneys for Debtors and Debtors in Possession*

## EXHIBIT A

**Description of Legal Services**

18207968



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                    January 19, 2023
201 Tresser Blvd.                                        Invoice Number 1010085744
Stamford, CT 06901

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through December 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE ................................................................................. 174,596.00

Less 10% Discount ................................................................................................ (17,459.60)

NET TOTAL FEES FOR THIS INVOICE.......................................................................  157,136.40

TOTAL DISBURSEMENTS THIS INVOICE ............................................................................ 85.10

**TOTAL AMOUNT DUE FOR THIS INVOICE ...................................................USD 157,221.50**

| Payment by Wire or ACH |
|---|
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085744
Page 2

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B260 – Board of Directors Matters** | | | | | |
| 12/08/22 | Sheila Birnbaum | 1.00 | B260 | A109 | 1,575.00 |
| | Attend Board of Directors meeting. | | | | |
| 12/08/22 | Sheila Birnbaum | 0.80 | B260 | A101 | 1,260.00 |
| | Prepare for Board of Directors meeting. | | | | |
| 12/08/22 | Hayden Coleman | 0.70 | B260 | A104 | 773.50 |
| | Review and comment on materials prepared for Board of Directors meeting. | | | | |
| 12/08/22 | Danielle Gentin Stock | 0.60 | B260 | A104 | 615.00 |
| | Review, analyze and provide settlement information regarding other opioid settlements in advance of Board of Directors call. | | | | |
| **B260 SUBTOTAL HOURS AND FEES:** | | **3.10** | | | **4,223.50** |
| | | | | | |
| **L120 – Analysis/Strategy** | | | | | |
| 12/01/22 | Hayden Coleman | 1.30 | L120 | A106 | 1,436.50 |
| | Research and respond to client inquiries regarding potential new suits filed in ostensible violation of the injunction. | | | | |
| 12/01/22 | Danielle Gentin Stock | 0.10 | L120 | A104 | 102.50 |
| | Review and analyze correspondence on suggestion of bankruptcy in Alabama case (0.1). | | | | |
| 12/01/22 | Antonella Capobianco-Ranallo | 0.50 | L120 | A102 | 150.00 |
| | Review newly received complaint (.1); email with Dechert team regarding same (.1); conduct research regarding notice of bankruptcy submission (.3). | | | | |
| 12/07/22 | Hayden Coleman | 1.00 | L120 | A106 | 1,105.00 |
| | Evaluate draft of Endo information sharing stipulation and emails to/from client regarding same. | | | | |
| 12/07/22 | Danielle Gentin Stock | 0.20 | L120 | A105 | 205.00 |
| | Correspond internally and with client regarding preparation for meeting on insurance proceedings. | | | | |
| 12/08/22 | Sheila Birnbaum | 0.30 | L120 | A104 | 472.50 |
| | Review email on documents regarding rescue medications. | | | | |
| 12/08/22 | Danielle Gentin Stock | 2.10 | L120 | A104 | 2,152.50 |
| | Research and analyze work product from underlying cases and confer with client in support of same (2.0); review correspondence regarding product donation (0.1). | | | | |
| 12/09/22 | Paul LaFata | 0.80 | L120 | A105 | 820.00 |
| | Insurance: confer internally in response to coverage defenses regarding research into underlying tort cases. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085744

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| 12/09/22 | **Alyssa Walters** | **1.20** | L120 | A104 | **1,164.00** |
| | Discuss insurance litigation research questions with P. Lafata (0.7); review MDL transcripts to locate citations regarding scope of liability (0.5). | | | | |
| 12/09/22 | **Danielle Gentin Stock** | **0.30** | L120 | A106 | **307.50** |
| | Confer with client regarding case tracking information. | | | | |
| 12/11/22 | **Paul LaFata** | **0.20** | L120 | A105 | **205.00** |
| | Insurance: confer internally regarding research from underlying cases in support of coverage. | | | | |
| 12/11/22 | **Alyssa Walters** | **3.00** | L120 | A104 | **2,910.00** |
| | For insurance adversary: Review MDL transcripts to locate citations regarding scope of liability (3.0). | | | | |
| 12/12/22 | **Danielle Gentin Stock** | **0.50** | L120 | A105 | **512.50** |
| | Prepare for call and confer internally regarding collection of materials relevant to insurance proceedings. | | | | |
| 12/12/22 | **Antonella Capobianco-Ranallo** | **3.00** | L120 | A102 | **900.00** |
| | Perform research regarding ARCOS production and IMS data (2.8); email with A. Walters regarding same (.2). | | | | |
| 12/13/22 | **Hayden Coleman** | **1.30** | L120 | A104 | **1,436.50** |
| | Review and analyze 6th Circuit decision rejecting challenge to the MDL fee order. | | | | |
| 12/13/22 | **Alyssa Walters** | **2.60** | L120 | A104 | **2,522.00** |
| | Review transcripts and decisions relating to insurance litigation claims (2.6). | | | | |
| 12/14/22 | **Hayden Coleman** | **0.50** | L120 | A107 | **552.50** |
| | Emails to/from client and co-counsel regarding updates on various ongoing litigations (.5). | | | | |
| 12/14/22 | **Paul LaFata** | **0.30** | L120 | A107 | **307.50** |
| | Insurance: confer with Reed Smith and counsel regarding research from underlying tort cases in support of insurance claims. | | | | |
| 12/14/22 | **Antonella Capobianco-Ranallo** | **1.30** | L120 | A102 | **390.00** |
| | Conduct research regarding rulings on motions to dismiss and related oppositions (1.1); email with A. Walters regarding same (.2). | | | | |
| 12/15/22 | **Alyssa Walters** | **1.00** | L120 | A104 | **970.00** |
| | Review transcripts and decisions relating to insurance litigation claims (1.0). | | | | |
| 12/16/22 | **Alyssa Walters** | **0.90** | L120 | A104 | **873.00** |
| | Review transcripts and decisions relating to insurance litigation claims (0.9). | | | | |
| 12/16/22 | **Danielle Gentin Stock** | **0.10** | L120 | A107 | **102.50** |
| | Correspond with third party regarding indemnification information. | | | | |
| 12/16/22 | **Danielle Gentin Stock** | **0.40** | L120 | A104 | **410.00** |
| | Review and analyze materials related to adversary insurance proceedings. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085744

Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/17/22 | **Paul LaFata** | **2.00** | L120 | A104 | **2,050.00** |
| | Insurance: analyze proposed research results and research reporting from underlying tort cases in support of insurance claims (1.7); confer with counsel regarding same and subsequent research (0.3). | | | | |
| 12/19/22 | **Paul LaFata** | **0.20** | L120 | A104 | **205.00** |
| | Insurance: analyze research results from underlying tort cases in support of insurance claims. | | | | |
| 12/19/22 | **Alyssa Walters** | **6.10** | L120 | A104 | **5,917.00** |
| | Review transcripts, motions, and decisions relating to insurance litigation claims (4.6); discuss the same with D. Gentin-Stock (0.1); prepare summary regarding same (1.4). | | | | |
| 12/20/22 | **Paul LaFata** | **1.60** | L120 | A104 | **1,640.00** |
| | Insurance: analyze research results from underlying tort cases in support of insurance claims (1.3); confer internally regarding same and further research (0.3). | | | | |
| 12/20/22 | **Alyssa Walters** | **6.00** | L120 | A104 | **5,820.00** |
| | Review transcripts, motions, and decisions relating to insurance litigation claims (6.0). | | | | |
| 12/21/22 | **Alyssa Walters** | **6.90** | L120 | A104 | **6,693.00** |
| | Review transcripts, motions, and decisions relating to insurance litigation claims (6.9). | | | | |
| 12/22/22 | **Hayden Coleman** | **1.90** | L120 | A104 | **2,099.50** |
| | Review and analyze WA AG complaint against pharmacies for allegations involving Purdue (1.9). | | | | |
| 12/22/22 | **Paul LaFata** | **1.00** | L120 | A104 | **1,025.00** |
| | Insurance: analyze interim research results from underlying tort cases in support of insurance claims (0.8); confer with counsel regarding revisions to same (0.2). | | | | |
| 12/22/22 | **Danielle Gentin Stock** | **0.20** | L120 | A104 | **205.00** |
| | Review historic litigation materials (.1); respond to queries relating to insurance adversary proceedings (.1). | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **48.80** | | | **45,661.50** |

**L160 – Settlement/Non-Binding ADR**

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 12/01/22 | **Hayden Coleman** | **1.20** | L160 | A104 | **1,326.00** |
| | Review and provide comments on updated opioid settlement chart. | | | | |
| 12/01/22 | **Alyssa Walters** | **0.30** | L160 | A103 | **291.00** |
| | Revise opioid litigation settlement chart (0.3). | | | | |
| 12/01/22 | **Danielle Gentin Stock** | **1.10** | L160 | A104 | **1,127.50** |
| | Review, research and revise opioid litigation settlement/verdict chart (1.1). | | | | |
| 12/02/22 | **Alyssa Walters** | **0.90** | L160 | A103 | **873.00** |
| | Revise opioid litigation settlement chart (0.9). | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085744
Page 5

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/02/22 | **Danielle Gentin Stock** | **0.10** | L160 | A105 | **102.50** |
| | Correspond internally regarding additional opioid litigation settlement information. | | | | |
| 12/04/22 | **Danielle Gentin Stock** | **0.10** | L160 | A104 | **102.50** |
| | Review and revise opioid litigation settlement/verdict chart. | | | | |
| 12/05/22 | **Alyssa Walters** | **0.20** | L160 | A103 | **194.00** |
| | Revise opioid litigation settlement chart (0.2). | | | | |
| 12/05/22 | **Danielle Gentin Stock** | **0.10** | L160 | A104 | **102.50** |
| | Revise opioid litigation settlement chart. | | | | |
| 12/08/22 | **Alyssa Walters** | **0.20** | L160 | A103 | **194.00** |
| | Revise opioid litigation settlement chart (0.2). | | | | |
| 12/09/22 | **Danielle Gentin Stock** | **0.10** | L160 | A104 | **102.50** |
| | Review and analyze opioid litigation settlement summary. | | | | |
| 12/13/22 | **Alyssa Walters** | **1.10** | L160 | A103 | **1,067.00** |
| | Revise opioid litigation settlement chart (1.1). | | | | |
| 12/14/22 | **Danielle Gentin Stock** | **0.20** | L160 | A104 | **205.00** |
| | Review and comment on opioid settlement summaries. | | | | |
| 12/16/22 | **Danielle Gentin Stock** | **0.20** | L160 | A104 | **205.00** |
| | Review and analyze terms of Oklahoma settlement. | | | | |
| 12/16/22 | **Danielle Gentin Stock** | **0.50** | L160 | A106 | **512.50** |
| | Confer with client regarding Oklahoma settlement. | | | | |
| 12/19/22 | **Sheila Birnbaum** | **0.80** | L160 | A106 | **1,260.00** |
| | Telephone conference with R. Silbert, H. Coleman, and D. Stock regarding settlement issues. | | | | |
| 12/19/22 | **Hayden Coleman** | **1.70** | L160 | A106 | **1,878.50** |
| | Prepare for and participate in video conference with client and Dechert team regarding settlement issues. | | | | |
| 12/19/22 | **Danielle Gentin Stock** | **0.20** | L160 | A105 | **205.00** |
| | Correspond internally regarding state settlement query from client. | | | | |
| 12/19/22 | **Danielle Gentin Stock** | **0.20** | L160 | A107 | **205.00** |
| | Contact third party group regarding prior settlement information. | | | | |
| 12/19/22 | **Danielle Gentin Stock** | **0.60** | L160 | A106 | **615.00** |
| | Confer with client regarding state settlement query. | | | | |
| 12/19/22 | **Danielle Gentin Stock** | **0.60** | L160 | A104 | **615.00** |
| | Review, analyze and outline state settlement materials. | | | | |
| 12/22/22 | **Hayden Coleman** | **1.30** | L160 | A104 | **1,436.50** |
| | Review and analyze reported terms of Walmart/CVS/Albertsons settlement with New Mexico and emails to/from settlement team regarding same (1.3). | | | | |
| 12/22/22 | **Danielle Gentin Stock** | **0.40** | L160 | A104 | **410.00** |
| | Review and analyze new opioids settlement. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085744
Page 6

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **12/23/22** | **Hayden Coleman** | **0.70** | **L160** | **A105** | **773.50** |
| | Emails to/from Dechert team regarding settlement issues. | | | | |
| **L160 SUBTOTAL HOURS AND FEES:** | | **12.80** | | | **13,803.50** |

| **L210 – Pleadings** | | | | | |
|------|-----------|-------|------|----------|--------|
| **12/23/22** | **Paul LaFata** | **0.20** | **L210** | **A104** | **205.00** |
| | Insurance: analyze pretrial schedule. | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **0.20** | | | **205.00** |

| **L220 – Preliminary Injunctions/Provisional Remedies** | | | | | |
|------|-----------|-------|------|----------|--------|
| **12/01/22** | **Danielle Gentin Stock** | **0.60** | **L220** | **A104** | **615.00** |
| | Review, analyze and outline operating injunction at client request. | | | | |
| **12/05/22** | **Danielle Gentin Stock** | **0.20** | **L220** | **A106** | **205.00** |
| | Confer with client regarding court-appointed Monitor recommendations and operating injunction. | | | | |
| **12/06/22** | **Danielle Gentin Stock** | **0.10** | **L220** | **A104** | **102.50** |
| | Review correspondence to court-appointed Monitor regarding updates. | | | | |
| **12/07/22** | **Danielle Gentin Stock** | **0.60** | **L220** | **A106** | **615.00** |
| | Confer with client regarding implementation of court-appointed Monitor's recommendation and operating injunction. | | | | |
| **12/07/22** | **Danielle Gentin Stock** | **0.20** | **L220** | **A104** | **205.00** |
| | Review and revise update for the court-appointed Monitor. | | | | |
| **12/09/22** | **Danielle Gentin Stock** | **0.30** | **L220** | **A106** | **307.50** |
| | Confer with client regarding court-appointed Monitor recommendations and next steps. | | | | |
| **12/12/22** | **Danielle Gentin Stock** | **1.00** | **L220** | **A106** | **1,025.00** |
| | Confer and correspond with client regarding annotated operating injunction. | | | | |
| **12/13/22** | **Danielle Gentin Stock** | **0.70** | **L220** | **A106** | **717.50** |
| | Confer with client regarding operating injunction and new questions from court-appointed Monitor. | | | | |
| **12/13/22** | **Danielle Gentin Stock** | **0.50** | **L220** | **A104** | **512.50** |
| | Review correspondence regarding court-appointed Monitor's new requests for information (0.3); review correspondence and correspond with co-counsel regarding efforts to obtain 867 data (0.2). | | | | |
| **12/14/22** | **Danielle Gentin Stock** | **1.10** | **L220** | **A106** | **1,127.50** |
| | Correspond with client regarding new request from court-appointed Monitor (0.3); confer with client and do-counsel regarding new request from court-appointed Monitor (0.8). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085744

Page 7

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/14/22 | **Danielle Gentin Stock** | **3.30** | L220 | A104 | **3,382.50** |
| | Review and analyze operating injunction (1.6); draft requested charts for client regarding implementation and training (1.7). | | | | |
| 12/15/22 | **Danielle Gentin Stock** | **1.40** | L220 | A106 | **1,435.00** |
| | Confer and correspond with client regarding latest requests from court-appointed Monitor (1.2); correspond with client regarding requested meeting with court-appointed Monitor (0.2). | | | | |
| 12/15/22 | **Danielle Gentin Stock** | **1.40** | L220 | A104 | **1,435.00** |
| | Review and revise tables on operating injunction requirements. | | | | |
| 12/15/22 | **Danielle Gentin Stock** | **0.50** | L220 | A105 | **512.50** |
| | Correspond internally regarding updates to be produced to the court-appointed Monitor. | | | | |
| 12/16/22 | **Sheila Birnbaum** | **0.40** | L220 | A104 | **630.00** |
| | Review emails and filings regarding court appointed Monitor. | | | | |
| 12/16/22 | **Danielle Gentin Stock** | **0.80** | L220 | A106 | **820.00** |
| | Respond to client query regarding information produced to the court-appointed Monitor (0.3); confer with client regarding information requested by court-appointed Monitor (0.5). | | | | |
| 12/16/22 | **Danielle Gentin Stock** | **0.10** | L220 | A105 | **102.50** |
| | Correspond internally regarding productions for court-appointed Monitor. | | | | |
| 12/16/22 | **Danielle Gentin Stock** | **1.20** | L220 | A104 | **1,230.00** |
| | Review and analyze materials requested by the court-appointed Monitor (0.6); draft updated chart of recommendations by court-appointed Monitor (0.5); review and analyze query related to voluntary injunction (0.1). | | | | |
| 12/19/22 | **Danielle Gentin Stock** | **0.10** | L220 | A104 | **102.50** |
| | Review and analyze voluntary injunction query from client. | | | | |
| 12/20/22 | **Sheila Birnbaum** | **0.30** | L220 | A105 | **472.50** |
| | Telephone conference with D. Stock regarding Monitor issues. | | | | |
| 12/20/22 | **Danielle Gentin Stock** | **1.10** | L220 | A106 | **1,127.50** |
| | Confer with client in preparation for discussion with court-appointed Monitor and to discuss follow up steps. | | | | |
| 12/20/22 | **Danielle Gentin Stock** | **0.50** | L220 | A105 | **512.50** |
| | Confer internally regarding discussion with court-appointed Monitor and next steps. | | | | |
| 12/20/22 | **Danielle Gentin Stock** | **1.50** | L220 | A107 | **1,537.50** |
| | Respond to query from co-counsel regarding terms of the operating injunction (0.3); confer with the court-appointed Monitor and client in response to the Monitor's request for a call (1.1); correspond with co-counsel regarding queries from court-appointed Monitor (0.1). | | | | |
| 12/21/22 | **Meghan Agostinelli** | **3.80** | L220 | A104 | **3,553.00** |
| | Review and prepare files to produce to Monitor (3.4); update tracker regarding same (0.4). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085744

Page 8

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/21/22 | **Danielle Gentin Stock** | **0.80** | **L220** | **A107** | **820.00** |
| | Confer with co-counsel regarding responses to court-appointed Monitor request. | | | | |
| 12/21/22 | **Danielle Gentin Stock** | **0.20** | **L220** | **A106** | **205.00** |
| | Confer with client regarding next steps in responding to court-appointed Monitor requests. | | | | |
| 12/21/22 | **Danielle Gentin Stock** | **0.10** | **L220** | **A104** | **102.50** |
| | Review and analyze court-appointed Monitor's new requests. | | | | |
| 12/22/22 | **Danielle Gentin Stock** | **1.20** | **L220** | **A106** | **1,230.00** |
| | Confer with client and other counsel regarding court-appointed Monitor requests. | | | | |
| 12/28/22 | **Danielle Gentin Stock** | **0.30** | **L220** | **A104** | **307.50** |
| | Draft agenda of follow-ups regarding voluntary and operating injunctions. | | | | |
| **L220 SUBTOTAL HOURS AND FEES:** | | **24.30** | | | **24,950.50** |

**L310 – Written Discovery**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/08/22 | **Hayden Coleman** | **0.40** | **L310** | **A106** | **442.00** |
| | Emails to/from client and co-counsel regarding NAS group discovery requests. | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **0.40** | | | **442.00** |

**L320 – Document Production**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/08/22 | **Hayden Coleman** | **0.40** | **L320** | **A108** | **442.00** |
| | Telephone conference with MA AG's office regarding document production. | | | | |
| 12/12/22 | **Hayden Coleman** | **0.40** | **L320** | **A108** | **442.00** |
| | Emails to/from MA AG's office and co-counsel regarding third-party document production. | | | | |
| 12/21/22 | **Hayden Coleman** | **0.60** | **L320** | **A106** | **663.00** |
| | Emails to/from client and co-counsel regarding MA AG subpoena to Purdue regarding Publicis Health. | | | | |
| 12/21/22 | **Hayden Coleman** | **1.40** | **L320** | **A104** | **1,547.00** |
| | Review and analyze MA AG document subpoena to Purdue regarding Publicis Health. | | | | |
| 12/28/22 | **Hayden Coleman** | **2.20** | **L320** | **A104** | **2,431.00** |
| | Review emails and document subpoena regarding Publicis from MA AG. | | | | |
| **L320 SUBTOTAL HOURS AND FEES:** | | **5.00** | | | **5,525.00** |

Client Name: Purdue Pharma L.P.                                               Invoice 1010085744
Firm Matter Number: 399631.178405                                                    Page 9

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| **L330 – Depositions** | | | | | |
| 12/01/22 | **Hayden Coleman** | **1.70** | **L330** | **A106** | **1,878.50** |
| | Emails to/from client and co-counsel regarding deposition subpoena issued to former Purdue employee. | | | | |
| 12/01/22 | **Hayden Coleman** | **0.60** | **L330** | **A104** | **663.00** |
| | Review docket in DCH Healthcare v. Purdue in connection with regarding deposition subpoena issued to former Purdue employee. | | | | |
| 12/02/22 | **Hayden Coleman** | **0.70** | **L330** | **A107** | **773.50** |
| | Multiple telephone conferences to counsel for DCH Healthcare regarding deposition subpoena issued to former Purdue employee. | | | | |
| 12/02/22 | **Hayden Coleman** | **2.10** | **L330** | **A106** | **2,320.50** |
| | Prepare for and participate in video conference with client and co-counsel regarding deposition subpoena issued to former Purdue employee (1.4); follow up emails to/from client and co-counsel regarding same (0.7). | | | | |
| 12/05/22 | **Paul LaFata** | **0.20** | **L330** | **A107** | **205.00** |
| | Insurance: confer with Reed Smith regarding response to deposition inquiry. | | | | |
| 12/05/22 | **Danielle Gentin Stock** | **0.10** | **L330** | **A104** | **102.50** |
| | Review correspondence regarding transcript of former employee. | | | | |
| 12/06/22 | **Hayden Coleman** | **3.70** | **L330** | **A101** | **4,088.50** |
| | For insurance adversary, plan and prepare for meeting with co-counsel regarding deposition planning and preparation. | | | | |
| 12/06/22 | **Paul LaFata** | **0.80** | **L330** | **A104** | **820.00** |
| | Insurance: analyze deposition materials to prepare witness for deposition (0.5); confer with Reed Smith and counsel regarding witness preparation for deposition (0.3). | | | | |
| 12/07/22 | **Hayden Coleman** | **2.70** | **L330** | **A104** | **2,983.50** |
| | Review deposition transcripts, summaries, and preparatory materials from MDL and state court litigation on sales practices and related issues. | | | | |
| 12/07/22 | **Hayden Coleman** | **0.40** | **L330** | **A107** | **442.00** |
| | Emails to/from co-counsel regarding deposition transcripts, summaries, and preparatory materials from MDL and state court litigation on sales practices and related issues. | | | | |
| 12/07/22 | **Hayden Coleman** | **0.50** | **L330** | **A106** | **552.50** |
| | Video conference with D. Gentin-Stock and P. LaFata regarding preparation for meeting with co-counsel regarding preparation for upcoming depositions. | | | | |
| 12/07/22 | **Paul LaFata** | **1.50** | **L330** | **A104** | **1,537.50** |
| | Insurance: research and analyze work product from underlying tort cases to support witness preparation for deposition (0.9); confer with Reed Smith and internally regarding same and related strategy (0.6). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085744

Page 10

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/08/22 | Hayden Coleman | 4.20 | L330 | A107 | 4,641.00 |

For insurance adversary, prepare for and participate in meeting with co-counsel regarding deposition preparation.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/08/22 | Hayden Coleman | 1.20 | L330 | A106 | 1,326.00 |

Post meeting wrap up and diligence regarding discovery and other related issues.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/08/22 | Paul LaFata | 4.10 | L330 | A107 | 4,202.50 |

Insurance: confer with Reed Smith, Skadden, witness counsel, and co-counsel regarding strategy in response to deposition demands, deposition preparation, and affirmative insurance claims (3.7); research and analyze work product from underlying cases in support of same (0.4).

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/08/22 | Danielle Gentin Stock | 2.50 | L330 | A107 | 2,562.50 |

Confer with Reed Smith, Skadden, witness counsel, and co-counsel regarding strategy in response to deposition demands, deposition preparation, and affirmative insurance claims.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/09/22 | Hayden Coleman | 2.70 | L330 | A107 | 2,983.50 |

For insurance adversary: conferences and emails with Dechert team and co-counsel regarding follow up information gathering activity for deposition witness preparation.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/09/22 | Hayden Coleman | 0.50 | L330 | A106 | 552.50 |

Emails to/from client regarding Alabama subpoena of former employee.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/12/22 | Hayden Coleman | 0.40 | L330 | A107 | 442.00 |

Telephone conference with Alabama counsel regarding deposition subpoena issued to former employee.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/12/22 | Hayden Coleman | 0.60 | L330 | A107 | 663.00 |

For insurance adversary: emails to/from co-counsel regarding deposition preparation and related issues.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/12/22 | Hayden Coleman | 1.90 | L330 | A104 | 2,099.50 |

For insurance adversary: review memorandums created during underlying state court and MDL litigation regarding sales practices and related topics.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/12/22 | Hayden Coleman | 0.30 | L330 | A106 | 331.50 |

Emails to/from client regarding deposition subpoena issued to former employee.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/12/22 | Alyssa Walters | 5.40 | L330 | A104 | 5,238.00 |

Discuss preparation materials for Merlot deposition with D. Stock (0.5); review transcripts and decisions relating to insurance litigation claims (4.9).

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/13/22 | Danielle Gentin Stock | 0.10 | L330 | A105 | 102.50 |

Correspond internally regarding follow up for adversary proceedings discovery.

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/14/22 | Hayden Coleman | 1.60 | L330 | A104 | 1,768.00 |

For insurance adversary: review materials and emails to/from Dechert discovery team and co-counsel regarding deposition preparation on Purdue's historical sponsorship of continuing medical education (1.6).

Client Name: Purdue Pharma L.P.                                                  Invoice 1010085744
Firm Matter Number: 399631.178405                                               Page 11

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/14/22 | **Alyssa Walters** | **2.60** | L330 | A104 | **2,522.00** |
| | Review and compile materials for Merlot deposition (0.9); review transcripts and decisions relating to insurance litigation claims (1.7). | | | | |
| 12/14/22 | **Danielle Gentin Stock** | **0.30** | L330 | A104 | **307.50** |
| | Review materials relevant to discovery in adversary proceedings. | | | | |
| 12/15/22 | **Hayden Coleman** | **1.10** | L330 | A107 | **1,215.50** |
| | Conferences to/from client and co-counsel regarding third party discovery issues in pending cases. | | | | |
| 12/15/22 | **Hayden Coleman** | **1.90** | L330 | A106 | **2,099.50** |
| | For insurance adversary: conferences and emails regarding upcoming deposition preparation. | | | | |
| 12/15/22 | **Paul LaFata** | **0.30** | L330 | A106 | **307.50** |
| | Confer with client regarding discovery vendor retainer. | | | | |
| 12/16/22 | **Hayden Coleman** | **0.70** | L330 | A106 | **773.50** |
| | For insurance adversary, emails to/from client and co-counsel regarding deposition request for former Purdue employees. | | | | |
| 12/16/22 | **Paul LaFata** | **0.20** | L330 | A107 | **205.00** |
| | Insurance: analyze update on deposition demands by witness counsel. | | | | |
| 12/19/22 | **Hayden Coleman** | **3.10** | L330 | A104 | **3,425.50** |
| | For insurance adversary: review document collections from state and MDL litigation for use in upcoming fact and 30(b)(6) depositions. | | | | |
| 12/19/22 | **Danielle Gentin Stock** | **1.50** | L330 | A104 | **1,537.50** |
| | Review and analyze discovery materials relating to insurance adversary proceeding. | | | | |
| 12/20/22 | **Danielle Gentin Stock** | **2.00** | L330 | A104 | **2,050.00** |
| | Review and analyze materials relating to discovery in the insurance adversary proceedings. | | | | |
| 12/21/22 | **Hayden Coleman** | **1.50** | L330 | A101 | **1,657.50** |
| | For insurance adversary: plan and prepare for video conference with co-counsel regarding witness preparation for upcoming depositions of former Purdue employees. | | | | |
| 12/21/22 | **Paul LaFata** | **1.30** | L330 | A107 | **1,332.50** |
| | Insurance: for response to deposition demand and deposition preparation, confer with witness counsel, Wiggin, Reed Smith, and Skadden regarding strategy (1.1); confer with counsel regarding follow-up research from underlying tort cases (0.2). | | | | |
| 12/21/22 | **Danielle Gentin Stock** | **1.40** | L330 | A107 | **1,435.00** |
| | Confer with other counsel regarding discovery in the insurance adversary proceedings. | | | | |
| 12/21/22 | **Danielle Gentin Stock** | **2.60** | L330 | A104 | **2,665.00** |
| | Review and analyze discovery materials related to insurance adversary proceedings (2.2); correspond internally regarding the same (0.4). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085744

Page 12

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 12/22/22 | Hayden Coleman | 1.20 | L330 | A107 | 1,326.00 |
| | For insurance adversary, emails to/from co-counsel regarding witness preparation for upcoming depositions of former Purdue employees. | | | | |
| 12/22/22 | Paul LaFata | 0.20 | L330 | A107 | 205.00 |
| | For deposition preparation: confer with witness counsel, Wiggin, and Skadden regarding document analysis from underlying tort cases (0.2). | | | | |
| 12/23/22 | Hayden Coleman | 2.70 | L330 | A107 | 2,983.50 |
| | Prepare for and participate in video conference with co-counsel regarding depositions in insurance adversary. | | | | |
| 12/27/22 | Hayden Coleman | 3.30 | L330 | A104 | 3,646.50 |
| | For insurance adversary, coordinate various discovery issues related to deposition requests. | | | | |
| 12/28/22 | Hayden Coleman | 2.20 | L330 | A107 | 2,431.00 |
| | Conferences and emails to/from co-counsel regarding discovery issues with insurance adversary proceeding. | | | | |
| 12/30/22 | Hayden Coleman | 1.30 | L330 | A106 | 1,436.50 |
| | For insurance adversary: review emails to/from co-counsel and client regarding deposition preparation on former Purdue employees. | | | | |
| 12/30/22 | Paul LaFata | 0.40 | L330 | A107 | 410.00 |
| | Insurance: for company witness deposition, analyzed proposed witness preparation strategy (0.2); confer with Wiggin, Skadden. counsel, and witness's counsel regarding same (0.2). | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **72.30** | | | **77,251.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L390 – Other Discovery** | | | | | |
| 12/09/22 | Paul LaFata | 0.10 | L390 | A106 | 102.50 |
| | Confer with client regarding discovery vendor invoice and revisions to vendor relationship. | | | | |
| **L390 SUBTOTAL HOURS AND FEES:** | | **0.10** | | | **102.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L510 – Appellate Motions and Submissions** | | | | | |
| 12/13/22 | Hayden Coleman | 2.20 | L510 | A102 | 2,431.00 |
| | Research recent decisions by Second Circuit to assess potential timing of appeal. | | | | |
| **L510 SUBTOTAL HOURS AND FEES:** | | **2.20** | | | **2,431.00** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **TOTAL HOURS AND FEES** | | **169.20** | | | **USD 174,596.00** |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010085744
Page 13

**VALUES ON THIS INVOICE ARE BILLED IN USD**

## TIMEKEEPER SUMMARY:

| TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
|------------|-------|------|-------|--------|
| S. Birnbaum | Partner | 1,575.00 | 3.60 | 5,670.00 |
| H. Coleman | Partner | 1,105.00 | 64.00 | 70,720.00 |
| P. LaFata | Partner | 1,025.00 | 15.40 | 15,785.00 |
| A. Walters | Associate | 970.00 | 38.40 | 37,248.00 |
| M. Agostinelli | Associate | 935.00 | 3.80 | 3,553.00 |
| D. Gentin Stock | Counsel | 1,025.00 | 39.20 | 40,180.00 |
| A. Capobianco-Ranallo | Legal Assistant | 300.00 | 4.80 | 1,440.00 |
| **TOTALS** | | | **169.20** | **USD 174,596.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                          January 19, 2023
201 Tresser Blvd.                                                          Invoice Number
Stamford, CT 06901                                                        1010085744

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through December 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ...........................................................................................USD 157,221.50

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010085744) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.
201 Tresser Blvd.
Stamford, CT 06901

January 19, 2023
Invoice Number 1010085742

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through December 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE.................................................................................................6,046.00

Less 10% Discount ...............................................................................................................(604.60)

NET TOTAL FEES FOR THIS INVOICE ......................................................................... 5,441.40

**TOTAL AMOUNT DUE FOR THIS INVOICE** .........................................................................**USD 5,441.40**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.                                              Invoice 1010085742
Firm Matter Number: 399631.178406                                                    Page 2

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B160 – Fee/Employment Applications** | | | | | |
| 12/01/22 | **Matthew Stone** | **0.90** | **B160** | **A104** | **270.00** |
| | Prepare summary regarding received payments (.8); email with H. Coleman and D. Gentin-Stock regarding same (.1). | | | | |
| 12/06/22 | **Hayden Coleman** | **1.70** | **B160** | **A104** | **1,878.50** |
| | Review and revise October invoices. | | | | |
| 12/06/22 | **Matthew Stone** | **0.50** | **B160** | **A103** | **150.00** |
| | Revise November fee statement. | | | | |
| 12/08/22 | **Shmuel Vasser** | **0.50** | **B160** | **A104** | **657.50** |
| | Review October fee statement. | | | | |
| 12/08/22 | **Matthew Stone** | **1.40** | **B160** | **A103** | **420.00** |
| | Revise October fee statement (.8); email with S. Vasser regarding same (.1); file same (.2); serve same (.2); calendar objection deadline regarding same (.1). | | | | |
| 12/12/22 | **Matthew Stone** | **1.60** | **B160** | **A103** | **480.00** |
| | Revise November fee statement. | | | | |
| 12/13/22 | **Matthew Stone** | **1.50** | **B160** | **A103** | **450.00** |
| | Revise November fee statement. | | | | |
| 12/14/22 | **Matthew Stone** | **1.30** | **B160** | **A103** | **390.00** |
| | Revise November fee statement. | | | | |
| 12/15/22 | **Matthew Stone** | **0.60** | **B160** | **A103** | **180.00** |
| | Revise November fee statement. | | | | |
| 12/16/22 | **Matthew Stone** | **1.20** | **B160** | **A103** | **360.00** |
| | Revise November fee statement. | | | | |
| 12/21/22 | **Matthew Stone** | **1.50** | **B160** | **A103** | **450.00** |
| | Revise November fee statement. | | | | |
| 12/22/22 | **Matthew Stone** | **0.20** | **B160** | **A105** | **60.00** |
| | Email with I. Campos regarding October fee statement. | | | | |
| 12/30/22 | **Matthew Stone** | **1.00** | **B160** | **A103** | **300.00** |
| | Revise November fee statement. | | | | |
| **B160 SUBTOTAL HOURS AND FEES:** | | **13.90** | | | **6,046.00** |

| | | | |
|---|---|---|---|
| **TOTAL HOURS AND FEES** | **13.90** | | **USD 6,046.00** |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178406

Invoice 1010085742
Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| TIMEKEEPER SUMMARY: | | | | |
|---|---|---|---|---|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Vasser | Partner | 1,315.00 | 0.50 | 657.50 |
| H. Coleman | Partner | 1,105.00 | 1.70 | 1,878.50 |
| M. Stone | Legal Assistant | 300.00 | 11.70 | 3,510.00 |
| **TOTALS** | | | **13.90** | **USD 6,046.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                        January 19, 2023
201 Tresser Blvd.                                                        Invoice Number
Stamford, CT 06901                                                       1010085742

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through December 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ........................................................................USD 5,441.40

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010085742) in the check memo. Mail to:<br>Dechert LLP  |  P.O. Box 7247-6643 Philadelphia, PA  |  19170-6643 |



Three Bryant Park<br>
1095 Avenue of the Americas<br>
New York, NY  10036-6797<br>
FED. ID. 23-1425587<br>
www.dechert.com

Purdue Pharma L.P.                                                    January 19, 2023
201 Tresser Blvd.                                          Invoice Number 1010085743
Stamford, CT 06901


Firm Client Matter Number: 399631.161942


Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through December 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE.................................................................................................3,382.50

Less 10% Discount ....................................................................................................................(338.25)

NET TOTAL FEES FOR THIS INVOICE ........................................................................ 3,044.25

**TOTAL AMOUNT DUE FOR THIS INVOICE ..........................................................USD 3,044.25**

**Payment by Wire or ACH**
Bank Name: Citi Private Bank
Bank Address: 153 East 53rd St., New York, NY
Account Name: Dechert LLP Main Account
Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.161942

Invoice 1010085743

Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L210 – Pleadings** | | | | | |
| 12/01/22 | Paul LaFata | 0.10 | L210 | A104 | 102.50 |
| | Seattle: analyze rulings on motion to stay case. | | | | |
| 12/07/22 | Paul LaFata | 0.30 | L210 | A104 | 307.50 |
| | NY AG matter: analyze ruling on post trial motion. | | | | |
| 12/08/22 | Paul LaFata | 0.20 | L210 | A104 | 205.00 |
| | Ford Bend: analyze docket update and case status regarding dismissal order. | | | | |
| 12/14/22 | Paul LaFata | 0.10 | L210 | A104 | 102.50 |
| | Fort Bend: analyze order on status conference regarding dismissal of action. | | | | |
| 12/14/22 | Paul LaFata | 0.20 | L210 | A104 | 205.00 |
| | MDL: analyze order on writ of mandamus on attorney fee liability. | | | | |
| 12/22/22 | Paul LaFata | 0.20 | L210 | A104 | 205.00 |
| | MDL: analyze request to certify question to state supreme court regarding claims resolution. | | | | |
| 12/27/22 | Paul LaFata | 0.10 | L210 | A104 | 102.50 |
| | MDL: analyze order regarding summary judgment. | | | | |
| 12/29/22 | Paul LaFata | 0.10 | L210 | A104 | 102.50 |
| | MDL: analyze order on trials and pretrial proceedings. | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **1.30** | | | **1,332.50** |
| | | | | | |
| **L310 – Written Discovery** | | | | | |
| 12/21/22 | Paul LaFata | 0.40 | L310 | A104 | 410.00 |
| | MA: analyze subpoena from third party. | | | | |
| 12/22/22 | Paul LaFata | 0.20 | L310 | A104 | 205.00 |
| | Various state jurisdictions: respond to inquiry by co-defendants regarding e-discovery maintenance. | | | | |
| 12/22/22 | Paul LaFata | 0.70 | L310 | A104 | 717.50 |
| | MA: analyze subpoena from third party (0.6); confer with client and Wiggin regarding same (0.1). | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **1.30** | | | **1,332.50** |
| | | | | | |
| **L390 – Other Discovery** | | | | | |
| 12/21/22 | Paul LaFata | 0.10 | L390 | A104 | 102.50 |
| | MDL: review e-discovery vendor invoice and report to client regarding same. | | | | |
| **L390 SUBTOTAL HOURS AND FEES:** | | **0.10** | | | **102.50** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.161942

Invoice 1010085743

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L520 – Appellate Briefs** | | | | | |
| 12/05/22 | **Paul LaFata** | **0.60** | L520 | A104 | **615.00** |
| | MDL: analyze appellate brief on adverse jury verdict and abatement order. | | | | |
| **L520 SUBTOTAL HOURS AND FEES:** | | **0.60** | | | **615.00** |
| **TOTAL HOURS AND FEES** | | **3.30** | | | **USD 3,382.50** |

| TIMEKEEPER SUMMARY: | | | | |
|---------------------|-------|------|-------|--------|
| TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
| P. LaFata | Partner | 1,025.00 | 3.30 | 3,382.50 |
| **TOTALS** | | | **3.30** | **USD 3,382.50** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.
201 Tresser Blvd.
Stamford, CT 06901

January 19, 2023
Invoice Number
1010085743

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through December 31, 2022

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** .........................................................................................USD 3,044.25

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010085743) in the check memo. Mail to: |
| Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |

## EXHIBIT B

**Expenses**

18207968

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010085744

Page 14

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**DISBURSEMENTS:**

| DESCRIPTION | AMOUNT |
|---|---|
| **Overtime Dinner Expense** | |
| Vendor: SeamlessWeb Professional Solutions, Inc.; Invoice#: SL-307-104 Date: 12/11/2022;  Seamless - Alyssa Walters 12/11/22 | 20.00 |
| Vendor: SeamlessWeb Professional Solutions, Inc.; Invoice#: SL-307-105 Date: 12/18/2022;  Seamless - Alyssa Walters 12/12/22 | 20.00 |
| | **40.00** |
| **Docket Fees** | |
| Vendor: File & ServeXpress, LLC; Invoice#: 202211064221401; Date: 12/1/2022 | 20.00 |
| | **20.00** |
| **Pacer Research Fees** | |
| Pacer Research Fees | 14.30 |
| | **14.30** |
| **DOCKET FEES** | |
| DOCKET FEES | 10.80 |
| | **10.80** |
| **TOTAL DISBURSEMENTS** | **USD 85.10** |