DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.**, *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (SHL) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS**, *et al.*, | |
| Defendants. | |

**AGENDA FOR JANUARY 24, 2023 HEARING**

| | |
|---|---|
| Time and Date of Hearing: | January 24, 2023 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

        (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

        Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 646-518-9805, Meeting ID 976 8179 5900, Passcode 667169.

Copies of Motions:  A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma.

## I. CONTESTED MATTERS:

1. ***Richard Paiva Late Claims Motion***. Motion to File Proof of Claim after Claims Bar Date filed by Richard Paiva [ECF No. 5269]

  Objection Deadline: January 17, 2023 at 4:00 p.m. (prevailing Eastern Time).

  Responses Received:

    A. Debtors' and The Official Committee of Unsecured Creditors' Joint Response to Motions to File Proof of Claim after Claims Bar Date [ECF No. 5345]

  Related Documents:

    A. Notice of Hearing Regarding Late Claim Motion [Richard Paiva] [ECF No. 5283]

  Status: This matter is going forward on a contested basis.

## II. MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:

2. ***Status and Scheduling Conference***. Motion for a Preliminary Injunction [ECF No. 2]. Thirty-First Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction [ECF No. 400]

  Objection Deadline: January 10, 2023 at 12:00 a.m. (prevailing Eastern Time).

  Responses Received:

    A. Initial Opposition of Plaintiff Lac La Ronge Indian Band, Individually, and on Behalf of All Other Similarly Situated Plaintiffs, to Debtors' Extension of the Preliminary Injunction [ECF No. 402]

Reply Deadline: January 17, 2023 at 12:00 a.m. (prevailing Eastern Time).

Reply:

    A. Debtors' Reply in Further Support of Application of the Preliminary Injunction to Plaintiff Lac La Ronge Indian Band [ECF No. 403]

Related Documents:

    A. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Reply in Further Support of Application of the Preliminary Injunction to Plaintiff Lac La Ronge Indian Band [ECF No. 404]

    B. Debtors' Motion for Leave to Exceed the Page Limit in Filing Reply in Further Support of Application of the Preliminary Injunction to Plaintiff Lac La Ronge Indian Band [ECF No. 405]

Status: This matter is going forward on a contested basis.

## III. ADJOURNED MATTERS IN ADVERSARY PROCEEDING CASE NO. 21-07088:

3. ***Status Conference.***

    Status: This matter has been adjourned to a date to later be determined by the Court.

Dated: January 23, 2023
       New York, New York

                        DAVIS POLK & WARDWELL LLP

                        By:  */s/ Eli J. Vonnegut*
                              Eli J. Vonnegut

                        450 Lexington Avenue
                        New York, New York 10017
                        Telephone: (212) 450-4000
                        Facsimile:  (212) 701-5800
                        Marshall S. Huebner
                        Benjamin S. Kaminetzky
                        Eli J. Vonnegut
                        Christopher S. Robertson

                        *Counsel to the Debtors*
                        *and Debtors in Possession*