**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Purdue Pharma L.P., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-23649-RDD<br><br>(Jointly Administered) |
| Purdue Pharma, L.P, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Commonwealth of Massachusetts, *et al.*,<br><br>    Defendants. | Adversary Proceeding<br><br>Case No. 19-08289-RDD |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE,*
**WITH PROPOSED ORDER**

I, Ethan W. Marks, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the Commonwealth of Massachusetts, a creditor in the above-referenced Chapter 11 cases. *I certify that I am a member in good standing* of the bar in the Commonwealth of Massachusetts. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

January 23, 2023

    Respectfully submitted:

    */s/ Ethan W. Marks*
    Ethan W. Marks, Mass. BBO No. 690746
    Assistant Attorney General
    Office of the Attorney General
    One Ashburton Place
    Boston, MA 02108
    Tel: 617-963-2104
    Ethan.W.Marks@mass.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Purdue Pharma L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649-RDD<br><br>(Jointly Administered) |
| Purdue Pharma, L.P, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Commonwealth of Massachusetts, *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 19-08289-RDD |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Ethan W. Marks, to be admitted, ***pro hac vice***, to represent the Commonwealth of Massachusetts, (the "Client"), a creditor in the above-referenced Chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts, it is hereby **ORDERED**, that Ethan Marks, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January ___, 2023

_____
UNITED STATES BANKRUPTCY JUDGE