**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Purdue Pharma L.P., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 19-23649-SHL<br><br>(Jointly Administered) |
| Purdue Pharma, L.P, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>Commonwealth of Massachusetts, *et al.*,<br><br>      Defendants. | Adversary Proceeding<br><br>Case No. 19-08289-SHL |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*,**
**WITH PROPOSED ORDER**

I, Gregory A. Hardy, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent the Commonwealth of Massachusetts, a creditor in the above-referenced Chapter 11 cases. ***I certify that I am a member in good standing*** of the bar in the Commonwealth of Massachusetts. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

                                                              Respectfully submitted:

                                                              */s/ Gregory A. Hardy*
                                                              Gregory A. Hardy, Mass. BBO No. 705433
                                                              Assistant Attorney General
                                                              Office of the Attorney General
                                                              One Ashburton Place
                                                              Boston, MA 02108
                                                              Tel: 617-963-2353
                                                              Gregory.Hardy@mass.gov

January 23, 2023

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Purdue Pharma L.P., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 19-23649-SHL<br><br>(Jointly Administered) |
| Purdue Pharma, L.P, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Commonwealth of Massachusetts, *et al.*,<br><br>　　　　Defendants. | Adversary Proceeding<br><br>Case No. 19-08289-SHL |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Gregory A. Hardy, to be admitted, ***pro hac vice***, to represent the Commonwealth of Massachusetts, (the "Client"), a creditor in the above-referenced Chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts, it is hereby **ORDERED**, that Gregory Hardy, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

　　　　　　　　　　　　　　　　Dated: January ____, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE