REED SMITH LLP
599 Lexington Avenue
New York, New York, 10022
(212) 521-5400
Ann V. Kramer

*Special Insurance Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Name of Applicant | Reed Smith LLP |
|---|---|
| **Applicant's Role in Case** | Special Insurance Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | May 18, 2022 [Docket No. 4850] |
| **Period for which compensation and reimbursement is sought** | December 1, 2022 to December 31, 2022 |
| **Summary of Total Fees and Expenses Requested** | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Total compensation requested in this statement** | **$182,765.44** [2]<br><br>**(80% of $228,456.80)** |
| **Total reimbursement requested in this statement** | $41.58 |
| **Total compensation and reimbursement requested in this statement** | $182,807.02 |
| **This is a(n):**            X Monthly Application _____ Interim Application _ Final Application | |

Pursuant to sections 327(e) and 328(a) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to Bankruptcy Code Sections 327(e) and 328(a) Authorizing the Retention and Employment of Reed Smith LLP as Special Insurance Counsel, Nunc Pro Tunc To March 1, 2022*, dated May 18, 2022 [Docket No. 4850], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Reed Smith LLP ("**Reed Smith**"), special counsel for the above- captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this ninth monthly fee statement of services rendered and expenses incurred for the period from December 1, 2022 through December 31, 2022 (the "**Fee Period**") seeking (i) compensation in the amount of $182,765.44, which is equal to 80% of the total amount of

---

[2] This amount reflects a reduction in fees in the amount of $57,114.20 on account of a previously agreed upon discount, as described in *Debtors' Application for Entry of an Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Retention and Employment of Reed Smith LLP as Special Insurance Counsel, Nunc Pro Tunc to March 1, 2022* [Docket No. 4674], that Reed Smith agreed to provide to the Debtors.

reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $228,456.80) and (ii) payment of $41.58 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Reed Smith professionals and paraprofessionals during the Fee Period with respect to each of the project categories Reed Smith established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Reed Smith incurred $228,456.80 in fees during the Fee Period. Pursuant to this Fee Statement, Reed Smith seeks reimbursement for 80% of such fees, totaling $182,765.44.

2.      Attached hereto as **Exhibit B** is a chart of the Reed Smith professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $880.16.[3] The blended hourly billing rate of all paraprofessionals is $325.79.[4]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Reed Smith incurred or disbursed in the amount of $41.58 in connection with providing professional services to the Debtors during the Fee Period.

---

[3] The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $271,529.50 by the total hours of 308.50.

[4] The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $14,041.50 by the total hours of 43.10.

4.      Attached hereto as **Exhibit D** are the time records of Reed Smith for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

**Notice**

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Reed Smith, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $182,765.44, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $228,456.80) and (ii) payment of $41.58 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

Dated:     January 23, 2023
          New York, New York

*/s/ Ann V. Kramer*
        Ann V. Kramer
        Reed Smith LLP

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.50 | $150.00 |
| Case Assessment, Development & Strategy | 186.20 | $152,178.50 |
| Pre-Trial Pleadings & Motion Practice | 11.00 | $6,158.00 |
| Discovery | 136.80 | $113,493.50 |
| Trial Preparation | 0.90 | $306.00 |
| Retention & Fee Application Matters | 16.20 | $13,285.00 |
| **TOTAL** | | **$285,571.00** |
| **(Less Discount)** | | **$(57,114.20)** |
| **GRAND TOTAL** | **351.60** | **$228,456.80** |

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kramer | Partner; joined firm in 2008; admitted in New York 1985 | $1,305.00 | 22.90 | $29,884.50 |
| Aaron Javian | Partner; joined firm in 2018; admitted in New York 2006 | $1,215.00 | 4.30 | $5,224.50 |
| Lisa Szymanski | Partner; joined firm in 2010; admitted in New Jersey and Pennsylvania 2009 | $850.00 | 87.80 | $74,630.00 |
| Anthony Crawford | Partner; joined firm in 2012; admitted in New York 2017 | $715.00 | 54.50 | $38,967.50 |
| Paul Breene | Counsel; joined firm in 2008; admitted in New York 1984 | $1,290.00 | 51.50 | $66,435.00 |
| John Berringer | Counsel; joined firm in 2016; admitted in New York 1981 | $1,205.00 | 0.50 | $602.50 |
| Shaun Lee | Associate; joined firm in 2021; admitted in New York 2017 | $700.00 | 7.60 | $5,320.00 |
| Margaret McDonald | Associate; joined firm in 2019; admitted in California 2015 | $665.00 | 22.70 | $15,095.50 |
| Adrienne Kitchen | Associate; joined firm in 2017; admitted in Illinois 2015 | $660.00 | 22.50 | $14,850.00 |
| Elizabeth Vieyra | Associate, joined firm in 2019; admitted in New York, 2013 and Pennsylvania 2012 | $600.00 | 34.20 | $20,520.00 |
| Scott DeMaris | Analyst; joined firm in 2006; N/A | $380.00 | 0.30 | $114.00 |

Exhibit C - 2

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kyle McCloskey | Senior Paralegal; joined firm in 2005; N/A | $360.00 | 17.40 | $6,264.00 |
| Shikendra Rhea | Senior Paralegal; joined firm in 2019; N/A | $315.00 | 2.90 | $913.50 |
| Lianna Simmonds | Paralegal; joined firm in 2019; N/A | $300.00 | 22.50 | $6,750.00 |
| **TOTAL** | | | | **$285,571.00** |
| **(Less Discount)** | | | | **($57,114.20)** |
| **GRAND TOTAL** | | | **351.60** | **$228,456.80** |

Exhibit C - 3

**Exhibit C**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone | LEVEL 3 Communications, LLC | $1.58 |
| General Expense | Administrative Office of the Courts | $40.00 |
| **TOTAL** | | **$41.58** |

Exhibit C - 2

**Exhibit D**

**Detailed Time Records**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: –+1 212 521 5400
Fax: –+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.  
One Stamford Forum  
201 Tresser Boulevard  
Stamford, CT 06901  

| | |
|---|---|
| Invoice Number: | **3576675** |
| Invoice Date: | **1/14/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Tower Insurance/Settlement**  
Client File No.: 20190002678

Fees....................................................................................$          750.00  
Less 20% Fee Discount........................................................$       (150.00)  
Total Current Fees...............................................................$          600.00  

**Total Due This Invoice:**                                    **$          600.00**

Please Remit to:

*Mail To:*  
*Reed Smith LLP*  
*Lockbox 10096*  
*PO BOX 70280*  
*Philadelphia, PA 19176-0280*





Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3576675** |
| Invoice Date: | **1/14/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

**RE: Tower Insurance/Settlement**
Client File No.: 20190002678

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees............................................................................ | $ | 750.00 |
| Less 20% Fee Discount................................................... | $ | (150.00) |
| Total Current Fees........................................................ | $ | 600.00 |
| **Total Due This Invoice:** | **$** | **600.00** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*





Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Purdue Pharma L.P. | Invoice Number:        **3576675** |
| One Stamford Forum | Invoice Date:          **1/14/2023** |
| 201 Tresser Boulevard | Client Number:          **395187** |
| Stamford, CT 06901 | Matter Number:    **395187.60002** |

Client File No.: 20190002678

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/22 | L. E. Simmonds | Communicate with Antonella Capobianco-Ranallo re: ███████ | 0.50 | 300.00 | 150.00 |
| 12/01/22 | L. E. Simmonds | Research ███████ | 1.00 | 300.00 | 300.00 |
| 12/02/22 | L. E. Simmonds | Transmit ███████ | 0.50 | 300.00 | 150.00 |
| 12/16/22 | L. E. Simmonds | Review/revise database re: ███████ | 0.50 | 300.00 | 150.00 |
| **Totals** | | | **2.50** | | **750.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lianna E. Simmonds | 2.50 hrs @ $ | 300.00 / hr | 750.00 |
| **Total Professional Services** | | | **750.00** |

**INVOICE SUMMARY**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | | |
|---|---|---:|
| Fees | $ | 750.00 |
| Less 20% Fee Discount | $ | (150.00) |
| Total Fees | $ | 600.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **600.00** |
| **Total Amount Due** | **$** | **600.00** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Purdue Pharma L.P. | Invoice Number:    **3576674** |
| One Stamford Forum | Invoice Date:    **1/14/2023** |
| 201 Tresser Boulevard | Client Number:    **395187** |
| Stamford, CT 06901 | Matter Number:    **395187.60004** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: General Insurance**
Client File No.: 20190002676

Fees..............................................................................$    13,285.00
Less 20% Fee Discount....................................................$    (2,657.00)
Total Current Fees.........................................................$    10,628.00

**Total Due This Invoice:**                    **$    10,628.00**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*





Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3576674** |
| Invoice Date: | **1/14/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 10/17/22 | 3551394 | 14,993.29 | 11,994.63 | 2,998.66 |
| 11/15/22 | 3560768 | 24,110.00 | 19,288.00 | 4,822.00 |
| 12/29/22 | 3572307 | 9,639.20 | 0.00 | 9,639.20 |

**Total Unpaid Balance Previously Billed**              $         17,459.86

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*





Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3576674** |
| Invoice Date: | **1/14/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

**RE: General Insurance**
Client File No.: 20190002676

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees.......................................................................................... | $ | 13,285.00 |
| Less 20% Fee Discount................................................................ | $ | (2,657.00) |
| Total Current Fees....................................................................... | $ | 10,628.00 |
| **Total Due This Invoice:** | **$** | **10,628.00** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*





Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: –+1 212 521 5400
Fax: –+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3576674** |
| Invoice Date: | **1/14/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

Client File No.: 20190002676

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2022**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/22 | A. Kramer | email exchanges with C. McDonald, Javian and Lee re ███████ | 0.30 | 1,305.00 | 391.50 |
| 12/08/22 | A. Javian | Consider and respond to client inquiry re: ███████ | 0.30 | 1,215.00 | 364.50 |
| 12/08/22 | S. C. Lee | Respond to query concerning ███████ (0.7) | 0.70 | 700.00 | 490.00 |
| 12/12/22 | S. C. Lee | Attention to ███████ (0.1) | 0.10 | 700.00 | 70.00 |
| 12/15/22 | A. Javian | Correspondence w. A Kramer re: ██████. | 0.50 | 1,215.00 | 607.50 |
| 12/16/22 | S. C. Lee | Communicate with client concerning ███████ (0.1) | 0.10 | 700.00 | 70.00 |
| 12/16/22 | A. Javian | Correspondence w. A Kramer re: ███████ | 0.50 | 1,215.00 | 607.50 |
| 12/19/22 | A. Javian | Analyze retention order re: requirements re: ███████ | 1.00 | 1,215.00 | 1,215.00 |
| 12/20/22 | S. C. Lee | Attention to ███████ | 1.30 | 700.00 | 910.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ██████████ e ██████████ (0.1); draft second supplemental declaration (1.2) | | | |
| 12/20/22 | A. Javian | Review/revise supplemental declaration. Attention to finalizing same. | 1.50 | 1,215.00 | 1,822.50 |
| 12/21/22 | S. B. Rhea | Finalize and submit Second Supplemental Declaration of Ann V. Kramer in Connection with the Debtors' Retention and Employment of Reed Smith LLP as Special Insurance Counsel in accordance with local rules. | 0.40 | 315.00 | 126.00 |
| 12/21/22 | S. C. Lee | Attention to Second Supplemental Declaration | 0.30 | 700.00 | 210.00 |
| 12/29/22 | S. C. Lee | Attention to monthly fee statement | 0.40 | 700.00 | 280.00 |
| 12/30/22 | A. Javian | Attention to monthly fee statement. | 0.50 | 1,215.00 | 607.50 |
| 12/30/22 | S. B. Rhea | Redact invoices for filing Seventh Monthly Fee Statement of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Insurance Counsel to the Debtors for the period from November 1, 2022 through November 30, 2022. | 2.10 | 315.00 | 661.50 |
| 12/30/22 | S. B. Rhea | Finalize and submit the Eighth Monthly Fee Statement of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Insurance Counsel to | 0.40 | 315.00 | 126.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | the Debtors for the period from November 1, 2022 through November 30, 2022. | | | |
| 12/30/22 | S. C. Lee | Review and revise monthly fee statement | 4.70 | 700.00 | 3,290.00 |
| 12/30/22 | A. Kramer | Address invoice redactions and statement submission | 1.10 | 1,305.00 | 1,435.50 |
| **Totals** | | | **16.20** | | **13,285.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 1.40 hrs @ $ | 1,305.00 / hr | 1,827.00 |
| Aaron Javian | 4.30 hrs @ $ | 1,215.00 / hr | 5,224.50 |
| Shaun C. Lee | 7.60 hrs @ $ | 700.00 / hr | 5,320.00 |
| Shikendra B. Rhea | 2.90 hrs @ $ | 315.00 / hr | 913.50 |
| **Total Professional Services** | | | **13,285.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 13,285.00 |
| Less 20% Fee Discount | $ | (2,657.00) |
| Total Fees | $ | 10,628.00 |

**TOTAL CURRENT INVOICE DUE**          $    10,628.00

**Total Amount Due**          $    10,628.00