UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF COUNSEL FOR THE RAYMOND SACKLER FAMILY**

PLEASE TAKE NOTICE that the firm affiliation and address of one member of the counsel team for The Raymond Sackler Family have changed to:

Gerard Uzzi
GHU Associates LLC
11 Center Street
Sea Bright, NJ 07760-2211
Telephone: (732) 675-9503
guzzi@ghuassociates.com

PLEASE TAKE FURTHER NOTICE that Alexander B. Lees, Eric Stodola, and Daniel Porat of Milbank LLP will continue to represent The Raymond Sackler Family as co-counsel with Mr. Uzzi.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: January 23, 2023
      Sea Bright, New Jersey

                                             */s/ Gerard Uzzi*
                                             Gerard Uzzi
                                             **GHU ASSOCIATES LLC**
                                             11 Center Street
                                             Sea Bright, NJ 07760-2211
                                             Telephone: (732) 675-9503
                                             guzzi@ghuassociates.com

                                             *Counsel for the Raymond Sackler Family*