Mr. Robert Harris
235 Fitzwilliam Road
Jaffrey, NH 03452
Telephone (978) 503-4392

*Pro Se*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

Robert Anthony Harris

        Plaintiff

 -*against*-

Purdue Pharma, L.P., et al,.

        Defendants

        Case No. 19-23649

## Notice of Pro Se Request

To the Honorable Sean Lane, United States Bankruptcy Judge:

   I Robert Harris respectfully request to represent myself.  I would like to withdraw my current representation, ASK LLP, but  not withdraw my claim in the case (64345).I am also requesting the Pro Hac Vice to be terminated against Attorney Alexandra Roberts, and any and all ASK LLP attorneys due to negligence.  I am also requesting to reserve any rights I may have against ASK LLP.

     I also request that all future correspondence be mailed to me at the address below.  I also understand that if my address changes, I must immediately notify the court and all parties.

Dated:  January 23, 2023					Respectfully submitted,

							Robert Harris
							235 Fitzwilliam Road
							Jaffrey, NH 03452
							978-503-4392
							E-mail:  scutting@live.com