COMMONWEALTH OF MASSACHUSETTS
Office of the Attorney General
Eric Gold
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
Eric.Gold@mass.gov
*Counsel to the Commonwealth of Massachusetts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649-rdd<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Honorable Sean H. Lane, United States Bankruptcy Judge:

The undersigned attorney, Eric Gold, hereby withdraws his appearance as counsel for the Commonwealth of Massachusetts in the above-captioned Chapter 11 cases and all related adversary proceedings, because he will conclude his service as an Assistant Attorney General on January 27, 2023. The Commonwealth will continue to be represented by Assistant Attorneys General Greg Hardy and Ethan Marks.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: January 27, 2023

Respectfully submitted,

*/s/ Eric Gold*
Eric Gold, BBO # 660393
Assistant Attorney General
Chief, Health Care Division
Health Care & Fair Competition Bureau
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
Eric.Gold@mass.gov

**CERTIFICATE OF SERVICE**

I certify that on January 27, 2023, I served a true and correct copy of this document through the Court's CM/ECF system.

*/s/ Eric Gold*
Eric Gold
Assistant Attorney General