KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.**, *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**ELEVENTH MONTHLY FEE STATEMENT OF
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO
THE STATE OF WASHINGTON FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

Page **1**

12339787.1 - 01/31/23

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | December 1, 2022 through December 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $39,010.40 |
| **Current Fee Request** | $31,208.32 (80% of $39,010.40) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $31,208.32 |
| **Total Fees and Expenses Inclusive of Holdback** | $39,010.40 |
| **This is a(n):**   X   Monthly Application       ___Interim Application       ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Eleventh Monthly Fee Statement (the "Fee Statement") for the period of December 1, 2022 through and including December 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $39,010.40 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $31,208.32.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit C**.

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: January 31, 2023

        Respectfully submitted,

        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:  */s/ Matthew J. Gold*
     Matthew J. Gold
     Robert M. Tuchman

     500 Fifth Avenue
     New York, New York 10110
     Tel:  (212) 986-6000
     Fax:  (212) 986-8866
     E-mail:   mgold@kkwc.com
                rtuchman@kkwc.com

     *Attorneys for the State of Washington*

12339787.1 - 01/31/23

# EXHIBIT A

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 29.7 | $32,426.90 |
| 005 Fee Applications | 9.1 | $6,583.50 |
| **Total** | | **$39,010.40** |
| | | |
| 20% Fee Holdback | | **$7,802.08** |
| 80% of Fees | | **$31,208.32** |
| Plus Expenses | | **$0.00** |
| Requested Amount | | **$31,208.32** |

# EXHIBIT B

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,060 | 26.3 | $27,878.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,176 | 8.9 | $10,466.40 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $185 | 3.6 | $666.00 |
| **Total Fees Requested** | | | | **$39,010.40** |

12339787.1 - 01/31/23

# EXHIBIT C

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.  
500 Fifth Avenue  
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: January 24, 2023 |
| SAAG Administrator | Invoice Number: 117063 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through December 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 32,426.90 |
| **Total Amount Due** | **$32,426.90** |

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>Citibank N.A.<br>ABA Number: 021000089<br>Swift Code: CITIUS33 (International)<br>Account # 9987286692<br>**(Please Reference Invoice Number)** |
|---|---|---|

| Client: State of Washington | Invoice Date: | January 24, 2023 |
| Matter: Purdue Pharma | Invoice Number: | 117063 |
| | Matter Number: | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2022 | Matthew J. Gold | Reviewing comments to Intercreditor Agreement; preparing email to J. Rupert regarding same | 1.60 | 1,060.00 | 1,696.00 |
| 12/01/2022 | Robert Berman | Conferring regarding email to client explaining liquidation of collateral issue | 0.60 | 1,176.00 | 705.60 |
| 12/04/2022 | Matthew J. Gold | Preparing email for J. Rupert regarding collateral issues | 1.20 | 1,060.00 | 1,272.00 |
| 12/04/2022 | Robert Berman | Reviewing email to client | 0.20 | 1,176.00 | 235.20 |
| 12/05/2022 | Matthew J. Gold | Exchanging emails with J. Rupert regarding collateral issues; conferring regarding same; preparing email to states regarding Intercreditor Agreement | 2.40 | 1,060.00 | 2,544.00 |
| 12/05/2022 | Robert Berman | Reviewing emails regarding group call and separate call with client; conferring regarding next steps and collateral issues | 0.60 | 1,176.00 | 705.60 |
| 12/06/2022 | Matthew J. Gold | Conferring with J. Rupert regarding collateral issues; revising email to states group | 0.60 | 1,060.00 | 636.00 |
| 12/06/2022 | Robert Berman | Conference call with J. Rupert regarding collateral issues and next steps; reviewing Waterfall provisions | 1.30 | 1,176.00 | 1,528.80 |
| 12/06/2022 | Ellie Taylor | Circulating requested docket entry | 0.10 | 185.00 | 18.50 |
| 12/07/2022 | Matthew J. Gold | Revising email to states group regarding Intercreditor Agreement; exchanging emails with I. Goldman regarding same; revising outline concerning same; conferring regarding same | 2.70 | 1,060.00 | 2,862.00 |
| 12/07/2022 | Robert Berman | conferring regarding call with states on revised draft collateral trust agreement | 0.20 | 1,176.00 | 235.20 |
| 12/08/2022 | Matthew J. Gold | Finalizing email to states group regarding intercreditor agreement | 0.70 | 1,060.00 | 742.00 |

Client: State of Washington  
Matter: Purdue Pharma  

Invoice Date: January 24, 2023  
Invoice Number: 117063  
Matter Number: 7263-0001  

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/2022 | Robert Berman | Reviewing email to the States regarding comments on Intercreditor Agreement and conferring regarding email and next steps; conferring regarding same | 0.90 | 1,176.00 | 1,058.40 |
| 12/12/2022 | Matthew J. Gold | Reviewing notice of cancelation of omnibus hearing; preparing for call with states; participating in conference call with states regarding Intercreditor Agreement; conferring regarding same; preparing draft cover email regarding same | 3.80 | 1,060.00 | 4,028.00 |
| 12/12/2022 | Robert Berman | Preparation for call with states regarding intercreditor agreement; conference call with states | 2.40 | 1,176.00 | 2,822.40 |
| 12/16/2022 | Matthew J. Gold | Preparing outline regarding Intercreditor Agreement and presentation to Purdue | 2.40 | 1,060.00 | 2,544.00 |
| 12/19/2022 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement and presentation to Purdue | 1.20 | 1,060.00 | 1,272.00 |
| 12/20/2022 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement and presentation to Purdue | 1.70 | 1,060.00 | 1,802.00 |
| 12/21/2022 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement and presentation to Purdue | 2.40 | 1,060.00 | 2,544.00 |
| 12/21/2022 | Robert Berman | Reviewing and commenting on draft email to Davis Polk regarding comments on Intercreditor Agreement | 0.50 | 1,176.00 | 588.00 |
| 12/23/2022 | Robert Berman | Conferring regarding unitranche concepts; reviewing LSTA form | 0.90 | 1,176.00 | 1,058.40 |
| 12/27/2022 | Robert Berman | Researching unitranche concepts for possible application to Intercreditor agreement | 1.30 | 1,176.00 | 1,528.80 |
| **Total** | | | **29.70** | | **$32,426.90** |

**Timekeeper Summary**

| Name | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ellie Taylor | | | 0.10 | 185.00 | 18.50 |

| Client: State of Washington | Invoice Date: | January 24, 2023 |
| Matter: Purdue Pharma | Invoice Number: | 117063 |
| | Matter Number: | 7263-0001 |

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Matthew J. Gold | 20.70 | 1,060.00 | 21,942.00 |
| Robert Berman | 8.90 | 1,176.00 | 10,466.40 |
| **Total** | **29.70** | | **$32,426.90** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: January 24, 2023 |
| SAAG Administrator | Invoice Number: 117064 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0005 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:     State of Washington
Matter:    Fee applications

*For professional services rendered through December 31, 2022*

Currency: USD

| | |
|---|---|
| Fees | 6,583.50 |
| **Total Amount Due** | **$6,583.50** |

| Please Remit to: | *Mail To:* <br> *Kleinberg, Kaplan, Wolff & Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | **Wire Instructions:** <br> Citibank N.A. <br> ABA Number: 021000089 <br> Swift Code: CITIUS33 (International) <br> Account # 9987286692 <br> **(Please Reference Invoice Number)** |
|---|---|---|

| | | Invoice Date: | January 24, 2023 |
|---|---|---|---|
| Client: State of Washington | | Invoice Number: | 117064 |
| Matter: Fee applications | | Matter Number: | 7263-0005 |

## Time Detail

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2022 | Matthew J. Gold | Conducting review of draft monthly statement | 0.80 | 1,060.00 | 848.00 |
| 12/01/2022 | Ellie Taylor | Drafting Ninth Monthly Fee Statement of KKWC | 0.80 | 185.00 | 148.00 |
| 12/02/2022 | Matthew J. Gold | Conducting further review of monthly statement; exchanging emails regarding information to be provided to fee examiner | 0.40 | 1,060.00 | 424.00 |
| 12/02/2022 | Ellie Taylor | Editing, filing and serving Ninth Monthly Fee Statement; Drafting and filing declaration of service regarding the same | 1.00 | 185.00 | 185.00 |
| 12/06/2022 | Ellie Taylor | Coordinating regarding spreadsheet for fee examiner | 0.20 | 185.00 | 37.00 |
| 12/08/2022 | Ellie Taylor | Checking spreadsheet and sending to fee examiner | 0.30 | 185.00 | 55.50 |
| 12/19/2022 | Matthew J. Gold | Exchanging emails with C. MacDonald regarding monthly fee statement; reviewing time records for fee statement | 0.90 | 1,060.00 | 954.00 |
| 12/19/2022 | Ellie Taylor | Confirming objection timeline for Ninth Monthly Fee Statement and drafting communication regarding the same | 0.20 | 185.00 | 37.00 |
| 12/20/2022 | Matthew J. Gold | Conferring regarding monthly fee statement; reviewing time records for same | 0.70 | 1,060.00 | 742.00 |
| 12/21/2022 | Matthew J. Gold | Reviewing time entries for reimbursement | 1.20 | 1,060.00 | 1,272.00 |
| 12/22/2022 | Matthew J. Gold | Conferring regarding adjustments to reimbursement requests and time entries; reviewing same | 1.60 | 1,060.00 | 1,696.00 |
| 12/28/2022 | Ellie Taylor | Drafting Tenth Monthly Fee Statement, updating internal tracker, and submitting for review | 1.00 | 185.00 | 185.00 |
| **Total** | | | **9.10** | | **$6,583.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 3.50 | 185.00 | 647.50 |
| Matthew J. Gold | 5.60 | 1,060.00 | 5,936.00 |
| **Total** | **9.10** | | **$6,583.50** |