UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                              :        Chapter 11
                                    :
PURDUE PHARMA L.P., *et al.*,       :        Case No. 19-23649 (SHL)
                                    :
                       Debtors.[1]  :        (Jointly Administered)
                                    :

------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of December 1, 2022 through December 31, 2022 (the "Thirty-Sixth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1.  On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.   For the Thirty-Sixth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $2,052.22, and (b) in accordance with the Procedures Order, seeks payment in the amount of $182,052.22 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirty-Sixth Compensation Period). Although

every effort has been made to include all out-of-pocket expenses incurred during the Thirty-Sixth

Compensation Period, some expenses might not be included in this Monthly Fee Statement due

to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of

such out-of-pocket expenses incurred during the Thirty-Sixth Compensation Period but not

included herein.

6.   An invoice detailing the monthly fees earned by PJT during the Thirty-Sixth

Compensation Period is attached hereto as Appendix A. A summary of the compensation earned

during the Thirty-Sixth Compensation Period is outlined below:

| Thirty-Sixth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| December 1 – 31, 2022 | $225,000.00 | ($45,000.00) | $2,052.22 | **$182,052.22** |

7.   The amount of compensation sought in this Monthly Fee Statement and PJT's

compensation practices are consistent with market practices both in and out of a bankruptcy

context.   PJT has never billed its clients based on the number of hours expended by its

professionals.   Accordingly, PJT does not have hourly rates for its professionals and PJT's

professionals generally do not maintain detailed time records of the work performed for its

clients.   PJT has, however, maintained contemporaneous time records in one-half hour

increments. Time records with respect to the 445.0 hours expended by PJT professionals in

providing investment banking services to the Debtors during the Thirty-Sixth Compensation

Period are provided in Appendix B. A summary of the total amount of hours expended by PJT

professionals is provided below:

| Professional | December 2022 |
|---|---:|
| Jamie O'Connell | 11.5 |
| Rafael Schnitzler | 96.5 |
| Tom Melvin | 46.0 |
| Jin Won Park | 58.0 |
| Marilia Bagatini | 101.0 |
| Christopher Fletcher | 15.0 |
| Chloe Lee | 117.0 |
| **Total Hours** | **445.0** |

## III. Requested Relief

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's

(a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of

$2,052.22, in each case earned or incurred during the Thirty-Sixth Compensation Period, PJT

hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 2,052.22 |
| **Total Amount Due** | **$182,052.22** |

Dated: January 31, 2023                     PJT PARTNERS LP

By: /s/ John James O'Connell III
   John James O'Connell III
   Partner
   280 Park Avenue
   New York, NY 10017
   (212) 364-7800

4

**APPENDIX A**

PJT Partners

PJT

January 31, 2023

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of December 1, 2022 through December 31 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through January 19, 2023:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 985.62 | |
| Meals | | 1,066.60 | 2,052.22 |
| **Total Amount Due** | | **$** | **182,052.22** |

**Invoice No. 10023362**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Jan-23 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 985.62 | $ 985.62 |
| Employee Meals | 1,066.60 | 1,066.60 |
| **Total Expenses** | **$ 2,052.22** | **$ 2,052.22** |
| | | |
| **Ground Transportation** | | **$ 985.62** |
| **Meals** | | **1,066.60** |
| | | |
| **Total Expenses** | | **$ 2,052.22** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through January 19, 2023**
**Invoice No. 10023362**

## Ground Transportation

| | | |
|---|---|---|
| Lee (taxi to client meeting in Stamford, CT from home) | 11/02/22 | 184.74 |
| Lee (weeknight taxi home from office) | 11/03/22 | 28.44 |
| Lee (taxi to client meeting in Stamford, CT from office) | 11/21/22 | 177.68 |
| Park (taxi to client meeting in Stamford, CT from home) | 11/02/22 | 173.71 |
| Park (weeknight taxi home from office) | 11/28/22 | 33.59 |
| Park (weeknight taxi home from office) | 11/29/22 | 29.31 |
| Park (weeknight taxi home from office) | 11/30/22 | 57.39 |
| Park (weeknight taxi home from office) | 12/05/22 | 36.90 |
| Park (weeknight taxi home from office) | 12/06/22 | 64.26 |
| Park (weeknight taxi home from office) | 12/08/22 | 56.73 |
| Park (weeknight taxi home from office) | 12/12/22 | 36.12 |
| Park (weeknight taxi home from office) | 12/14/22 | 49.32 |
| Park (weeknight taxi home from office) | 12/15/22 | 57.43 |
| **Subtotal - Ground Transportation** | | **$ 985.62** |

## Employee Meals

| | | |
|---|---|---|
| Bagatini (weeknight working dinner meal) | 10/13/22 | 18.74 |
| Bagatini (weeknight working dinner meal) | 10/14/22 | 20.00 |
| Bagatini (weekend working lunch meal) | 10/16/22 | 20.00 |
| Bagatini (weekend working dinner meal) | 10/16/22 | 20.00 |
| Bagatini (weeknight working dinner meal) | 10/17/22 | 20.00 |
| Bagatini (weeknight working dinner meal) | 10/17/22 | 15.23 |
| Bagatini (weeknight working dinner meal) | 10/21/22 | 20.00 |
| Bagatini (weekend working lunch meal) | 11/20/22 | 20.00 |
| Bagatini (weeknight working dinner meal) | 11/25/22 | 20.00 |
| Bagatini (weekend working lunch meal) | 11/27/22 | 20.00 |
| Bagatini (weekend working dinner meal) | 11/27/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/13/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/14/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/17/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/20/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/21/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/25/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/27/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/28/22 | 20.00 |
| Lee (weeknight working dinner meal) | 10/30/22 | 20.00 |
| Lee (weekend working lunch meal) | 10/30/22 | 18.51 |
| Lee (weeknight working dinner meal) | 11/01/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/02/22 | 20.00 |
| Lee (working lunch meal while in Stamford, CT) | 11/03/22 | 9.19 |
| Lee (weeknight working dinner meal) | 11/03/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/04/22 | 20.00 |
| Lee (weekend working lunch meal) | 11/06/22 | 19.05 |
| Lee (weekend working dinner meal) | 11/06/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/07/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/09/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/10/22 | 20.00 |
| Lee (weekend working dinner meal) | 11/13/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/14/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/18/22 | 20.00 |
| Lee (weekend working dinner meal) | 11/19/22 | 20.00 |
| Lee (weekend working lunch meal) | 11/20/22 | 11.21 |
| Lee (weekend working dinner meal) | 11/20/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/21/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/24/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/25/22 | 20.00 |
| Lee (weeknight working dinner meal) | 11/27/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/06/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/12/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/13/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/16/22 | 14.68 |
| Lee (weeknight working dinner meal) | 12/19/22 | 20.00 |
| Park (weeknight working dinner meal) | 10/05/22 | 20.00 |
| Park (weeknight working dinner meal) | 10/12/22 | 20.00 |
| Park (weeknight working dinner meal) | 10/18/22 | 20.00 |
| Park (weekend working lunch meal) | 10/23/22 | 19.99 |
| Park (weeknight working dinner meal) | 10/26/22 | 20.00 |
| Park (weeknight working dinner meal) | 10/27/22 | 20.00 |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through January 19, 2023**
**Invoice No. 10023362**

| | | |
|---|---|---|
| Park (weeknight working dinner meal) | 11/09/22 | 20.00 |
| Park (weeknight working dinner meal) | 11/14/22 | 20.00 |
| Park (weeknight working dinner meal) | 11/22/22 | 20.00 |
| **Subtotal - Employee Meals** | | **1,066.60** |
| **Total Expenses** | | **$ 2,052.22** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 11.5 |
| Rafael Schnitzler | Managing Director | 96.5 |
| Tom Melvin | Vice President | 46.0 |
| Jin Won Park | Vice President | 58.0 |
| Marilia Bagatini | Associate | 101.0 |
| Christopher Fletcher | Analyst | 15.0 |
| Chloe Lee | Analyst | 117.0 |
| | **Total** | **445.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 12/01/22 | 1.0 | Weekly update call |
| Jamie O'Connell | 12/04/22 | 0.5 | Correspondences regarding business matter |
| Jamie O'Connell | 12/07/22 | 0.5 | Call with R. Schnitzler regarding business matter |
| Jamie O'Connell | 12/08/22 | 5.0 | Board meeting |
| Jamie O'Connell | 12/14/22 | 0.5 | Correspondence regarding business matter |
| Jamie O'Connell | 12/15/22 | 0.5 | Weekly update call |
| Jamie O'Connell | 12/16/22 | 0.5 | Calls regarding business matters |
| Jamie O'Connell | 12/19/22 | 0.5 | Correspondences regarding business matter |
| Jamie O'Connell | 12/21/22 | 0.5 | Correspondences regarding business matter |
| Jamie O'Connell | 12/22/22 | 0.5 | Correspondences regarding business matter |
| Jamie O'Connell | 12/26/22 | 0.5 | Correspondences regarding case matter |
| Jamie O'Connell | 12/27/22 | 0.5 | Correspondences and review of analysis regarding case matter |
| Jamie O'Connell | 12/28/22 | 0.5 | Call with other professionals regarding case matter |
| | | **11.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 12/01/22 | 1.5 | Internal meetings and preparation of materials |
| Rafael Schnitzler | 12/02/22 | 3.0 | Internal meetings and preparation of materials |
| Rafael Schnitzler | 12/02/22 | 1.5 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/04/22 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/05/22 | 2.0 | Internal meetings and preparation of materials |
| Rafael Schnitzler | 12/05/22 | 1.0 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/05/22 | 2.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/06/22 | 4.0 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/06/22 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/07/22 | 2.5 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/07/22 | 2.0 | Preparation of materials |
| Rafael Schnitzler | 12/08/22 | 5.0 | Board meeting |
| Rafael Schnitzler | 12/08/22 | 2.0 | Preparation of materials |
| Rafael Schnitzler | 12/09/22 | 2.0 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/09/22 | 0.5 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/11/22 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/12/22 | 2.5 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/12/22 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/12/22 | 3.0 | Preparation of materials |
| Rafael Schnitzler | 12/13/22 | 2.5 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/13/22 | 2.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/14/22 | 1.0 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/14/22 | 2.0 | Preparation of materials |
| Rafael Schnitzler | 12/14/22 | 1.5 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/15/22 | 2.0 | Meetings on financial analysis |
| Rafael Schnitzler | 12/15/22 | 2.0 | Review and draft materials |
| Rafael Schnitzler | 12/16/22 | 3.0 | Discussion of materials and meetings related to business matters |
| Rafael Schnitzler | 12/16/22 | 2.0 | Review and draft materials |
| Rafael Schnitzler | 12/18/22 | 2.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/18/22 | 1.0 | Review and draft materials |
| Rafael Schnitzler | 12/19/22 | 4.0 | Discussion of materials and meetings related to business matters |
| Rafael Schnitzler | 12/19/22 | 2.0 | Review and draft materials |
| Rafael Schnitzler | 12/20/22 | 1.0 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/20/22 | 2.5 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/20/22 | 2.0 | Review and draft materials |
| Rafael Schnitzler | 12/21/22 | 2.0 | Discussion of materials related to business matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 12/21/22 | 3.0 | Review and draft materials |
| Rafael Schnitzler | 12/21/22 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/22/22 | 1.0 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/22/22 | 2.5 | Review and draft materials |
| Rafael Schnitzler | 12/23/22 | 2.0 | Discussion of materials related to business matters |
| Rafael Schnitzler | 12/26/22 | 3.0 | Review and draft materials |
| Rafael Schnitzler | 12/27/22 | 3.0 | Review and draft materials |
| Rafael Schnitzler | 12/27/22 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/28/22 | 4.0 | Preparation of materials |
| Rafael Schnitzler | 12/28/22 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/29/22 | 1.5 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 12/30/22 | 0.5 | E-mail correspondence with internal team regarding business matter |
| | | **96.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 12/01/22 | 1.0 | Review draft board meeting materials from management |
| Tom Melvin | 12/02/22 | 0.5 | Call with creditor advisors regarding legal matter |
| Tom Melvin | 12/02/22 | 2.0 | Review draft board meeting materials from management |
| Tom Melvin | 12/03/22 | 1.0 | Review materials for upcoming board meeting |
| Tom Melvin | 12/03/22 | 0.5 | E-mail correspondence with internal team regarding business matter |
| Tom Melvin | 12/04/22 | 0.5 | E-mail correspondence with internal team regarding business matter |
| Tom Melvin | 12/05/22 | 0.5 | E-mail correspondence with Company management regarding business matter |
| Tom Melvin | 12/06/22 | 0.5 | Dialed into court hearing |
| Tom Melvin | 12/06/22 | 1.0 | Review materials for upcoming board meeting |
| Tom Melvin | 12/07/22 | 0.5 | Call with Company vendor to discuss business matter |
| Tom Melvin | 12/07/22 | 0.5 | E-mail correspondence with Company management regarding business matter |
| Tom Melvin | 12/07/22 | 0.5 | E-mail correspondence with AlixPartners regarding upcoming meetings |
| Tom Melvin | 12/08/22 | 5.0 | Board meeting |
| Tom Melvin | 12/09/22 | 1.0 | Call with Company vendor to discuss business matter |
| Tom Melvin | 12/09/22 | 1.0 | Review materials from Company legal advisors related to business matter |
| Tom Melvin | 12/09/22 | 1.5 | E-mail correspondence with AlixPartners and Company management regarding upcoming meetings |
| Tom Melvin | 12/09/22 | 1.0 | Review materials from Company vendor related to business matter |
| Tom Melvin | 12/12/22 | 1.0 | Call with creditor advisors regarding public health initiatives |
| Tom Melvin | 12/12/22 | 0.5 | Call with Company management regarding business matter |
| Tom Melvin | 12/13/22 | 1.0 | Board Special Committee meeting |
| Tom Melvin | 12/13/22 | 1.0 | Weekly update call with creditor financial advisors |
| Tom Melvin | 12/13/22 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 12/13/22 | 1.5 | Review materials related to business matters |
| Tom Melvin | 12/13/22 | 1.0 | E-mail correspondence with Company management regarding business matter |
| Tom Melvin | 12/14/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 12/14/22 | 0.5 | Call with internal team to discuss various matters |
| Tom Melvin | 12/14/22 | 1.5 | E-mail correspondence with Company management regarding business matters |
| Tom Melvin | 12/14/22 | 1.0 | Review materials from management related to business development matter |
| Tom Melvin | 12/15/22 | 0.5 | Call with creditor financial advisors regarding business matter |
| Tom Melvin | 12/15/22 | 0.5 | Call with Company management regarding business development matter |
| Tom Melvin | 12/15/22 | 0.5 | Review materials related to business matter |
| Tom Melvin | 12/16/22 | 1.0 | Call with Company management and third party regarding business matter |
| Tom Melvin | 12/16/22 | 0.5 | Call with creditor financial advisors regarding business matter |
| Tom Melvin | 12/16/22 | 0.5 | Call with AlixPartners to discuss various business and financial matters |
| Tom Melvin | 12/16/22 | 0.5 | Call with internal team member to discuss analysis |
| Tom Melvin | 12/19/22 | 0.5 | Call with Company management to discuss business development matter |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 12/19/22 | 1.0 | E-mail correspondence with Company management regarding various matters |
| Tom Melvin | 12/19/22 | 0.5 | E-mail correspondence with internal team regarding business matter |
| Tom Melvin | 12/19/22 | 1.0 | Review analysis related to business matter |
| Tom Melvin | 12/20/22 | 0.5 | Call with Company vendor to discuss business matter |
| Tom Melvin | 12/21/22 | 0.5 | Call with Company vendor to discuss business matter |
| Tom Melvin | 12/21/22 | 0.5 | Call with internal team to discuss financial analysis |
| Tom Melvin | 12/21/22 | 0.5 | Call with Company management to discuss business development matter |
| Tom Melvin | 12/21/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 12/21/22 | 1.0 | Review materials related to business matter |
| Tom Melvin | 12/21/22 | 1.0 | E-mail correspondence with internal team and Company management regarding various matters |
| Tom Melvin | 12/21/22 | 0.5 | E-mail correspondence with Company vendor related to business matter |
| Tom Melvin | 12/21/22 | 0.5 | Review materials from DPW related to business matter |
| Tom Melvin | 12/22/22 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 12/22/22 | 0.5 | Call with AlixPartners and creditor financial advisors to discuss various matters |
| Tom Melvin | 12/23/22 | 1.0 | Review materials from Company legal advisor related to business matter |
| Tom Melvin | 12/27/22 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 12/27/22 | 1.0 | Prepare and review analysis |
| Tom Melvin | 12/30/22 | 1.0 | Review materials related to business matter |
| | | **46.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 12/01/22 | 1.0 | Internal meeting and preparation of materials |
| Jin Won Park | 12/02/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/05/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/06/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 12/07/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 12/08/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/09/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 12/12/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/13/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 12/14/22 | 3.0 | Internal meeting and preparation of materials |
| Jin Won Park | 12/15/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/16/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/19/22 | 1.0 | Prepare materials related to business matters |
| Jin Won Park | 12/20/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/21/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/22/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/23/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/26/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/27/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/28/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/29/22 | 3.0 | Prepare materials related to business matters |
| Jin Won Park | 12/30/22 | 3.0 | Prepare materials related to business matters |
| | | **58.0** | |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 12/01/22 | 3.0 | Preparation of materials |
| Marilia Bagatini | 12/02/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 12/04/22 | 6.0 | Preparation of materials |
| Marilia Bagatini | 12/05/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 12/05/22 | 2.0 | Preparation of materials |
| Marilia Bagatini | 12/06/22 | 3.0 | Meetings on business matters |
| Marilia Bagatini | 12/06/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 12/07/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 12/07/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 12/08/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 12/08/22 | 2.0 | Preparation of materials |
| Marilia Bagatini | 12/09/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 12/09/22 | 3.0 | Preparation of materials |
| Marilia Bagatini | 12/11/22 | 5.0 | Preparation of materials |
| Marilia Bagatini | 12/12/22 | 1.0 | Meetings on business matters |
| Marilia Bagatini | 12/12/22 | 3.0 | Preparation of materials |
| Marilia Bagatini | 12/13/22 | 3.0 | Meetings on business matters |
| Marilia Bagatini | 12/13/22 | 2.0 | Financial analysis |
| Marilia Bagatini | 12/14/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 12/15/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 12/16/22 | 2.0 | Meetings on business matters |
| Marilia Bagatini | 12/16/22 | 2.0 | Preparation of materials |
| Marilia Bagatini | 12/18/22 | 5.0 | Preparation of materials |
| Marilia Bagatini | 12/19/22 | 4.0 | Preparation of materials |
| Marilia Bagatini | 12/19/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 12/20/22 | 5.0 | Preparation of materials |
| Marilia Bagatini | 12/21/22 | 4.0 | Preparation of materials |
| Marilia Bagatini | 12/22/22 | 4.0 | Financial analysis |
| Marilia Bagatini | 12/23/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 12/26/22 | 3.0 | Financial analysis |
| Marilia Bagatini | 12/27/22 | 3.0 | Preparation of materials |
| Marilia Bagatini | 12/28/22 | 4.0 | Preparation of materials |
| Marilia Bagatini | 12/28/22 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 12/29/22 | 4.0 | Preparation of materials |
| Marilia Bagatini | 12/30/22 | 5.0 | Financial analysis |
| | | **101.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 12/05/22 | 3.0 | Financial analysis |
| Christopher Fletcher | 12/13/22 | 0.5 | Financial analysis |
| Christopher Fletcher | 12/13/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 12/15/22 | 0.5 | Call with management regarding various items |
| Christopher Fletcher | 12/15/22 | 1.0 | Financial analysis |
| Christopher Fletcher | 12/16/22 | 1.0 | Call with operational consultants |
| Christopher Fletcher | 12/16/22 | 2.0 | Financial analysis |
| Christopher Fletcher | 12/18/22 | 3.0 | Financial analysis |
| Christopher Fletcher | 12/19/22 | 1.0 | Call with management regarding various items |
| Christopher Fletcher | 12/21/22 | 0.5 | Internal call re: financial analysis |
| Christopher Fletcher | 12/21/22 | 0.5 | Call with management regarding various items |
| Christopher Fletcher | 12/27/22 | 1.0 | Financial analysis |
| | | **15.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 12/01/22 | 2.0 | Internal meetings |
| Chloe Lee | 12/01/22 | 2.0 | Financial analysis |
| Chloe Lee | 12/02/22 | 4.0 | Financial analysis |
| Chloe Lee | 12/02/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 12/05/22 | 8.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/06/22 | 5.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/07/22 | 5.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/07/22 | 4.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/08/22 | 4.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/09/22 | 5.0 | Preparation of materials |
| Chloe Lee | 12/11/22 | 6.0 | Preparation of materials |
| Chloe Lee | 12/12/22 | 4.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/12/22 | 3.0 | Financial analysis |
| Chloe Lee | 12/13/22 | 4.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/13/22 | 3.0 | Financial analysis |
| Chloe Lee | 12/14/22 | 5.0 | Correspondence and preparation for meetings |
| Chloe Lee | 12/15/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 12/15/22 | 4.0 | Financial analysis |
| Chloe Lee | 12/16/22 | 4.0 | Meetings on business matters |
| Chloe Lee | 12/17/22 | 8.0 | Prepare materials related to business matters |
| Chloe Lee | 12/19/22 | 4.0 | Meetings on business matters |
| Chloe Lee | 12/20/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 12/21/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 12/22/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 12/22/22 | 7.0 | Prepare materials related to business matters |
| Chloe Lee | 12/23/22 | 2.0 | Meetings on business matters |
| Chloe Lee | 12/23/22 | 3.0 | Prepare materials related to business matters |
| Chloe Lee | 12/26/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 12/27/22 | 3.0 | Prepare materials related to business matters |
| Chloe Lee | 12/28/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 12/29/22 | 2.0 | Prepare materials related to business matters |
| Chloe Lee | 12/30/22 | 2.0 | Prepare materials related to business matters |
| | | **117.0** | |