**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re:                                              :        **Chapter 11**
                                                    :
**PURDUE PHARMA L.P**, *et al.*,                    :        **Case No. 19-23649 (RDD)**
                                                    :
                    **Debtors.**[1]                 :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-FIFTH MONTHLY FEE STATEMENT OF**
**HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER AND CO-FINANCIAL**
**ADVISOR TO THE AD HOC COMMITTEE, FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**<u>NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>**

|  | Houlihan Lokey Capital, Inc. |
|---|---|
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | August 26, 2020 |
| **Period for which compensation and reimbursement is sought** | November 1, 2022 through and including November 30, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $200,000.00 |
| **Current Fee Request** | $160,000.00 (80% of $200,000.00) |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Amount of Expense Reimbursement sought as actual, reasonable, and necessary[2]: | $0.00 |
|---|---|
| Amount of Compensation and Expenses sought as allowed under the Fee Order | $200,000.00 |
| Total Fees and Expenses Inclusive of Holdback | $160,000.00 |
| This is a(n):    X monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 8/27/2020 [Dkt. No. 1669] | 1/1/2020-1/31/2020 | $200,000.00 | $22,704.61 | $160,000.00 | $20,965.53[3] | $0.00 |
| 8/27/2020 [Dkt. No. 1670] | 2/1/2020-2/29/2020 | $200,000.00 | $3,387.40 | $160,000.00 | $3,387.40 | $0.00 |
| 8/27/2020 [Dkt. No. 1671] | 3/1/2020-3/31/2020 | $200,000.00 | $2,034.15 | $160,000.00 | $2,034.15 | $0.00 |
| 8/27/2020 [Dkt. No. 1672] | 4/1/2020-4/30/2020 | $200,000.00 | $201.57 | $160,000.00 | $201.57 | $0.00 |
| 8/27/2020 [Dkt. No. 1673] | 5/1/2020-5/31/2020 | $200,000.00 | $208.41 | $160,000.00 | $208.41 | $0.00 |
| 11/13/2020 [Dkt. No. 1946] | 6/1/2020-6/30/2020 | $200,000.00 | $179.82 | $160,000.00 | $179.82 | $0.00 |
| 11/13/2020 [Dkt. No. 1947] | 7/1/2020-7/31/2020 | $200,000.00 | $439.54 | $160,000.00 | $439.54 | $0.00 |
| 11/13/2020 [Dkt. No. 1948] | 8/1/2020-8/31/2020 | $200,000.00 | $296.45 | $160,000.00 | $296.45 | $0.00 |
| 11/13/2020 [Dkt. No. 1949] | 9/1/2020-9/30/2020 | $200,000.00 | $42.46 | $160,000.00 | $42.46 | $0.00 |
| 1/15/2021 [Dkt. No. 2283] | 10/1/2020-10/31/2020 | $200,000.00 | $323.63 | $160,000.00 | $323.63 | $0.00 |
| 1/15/2021 [Dkt. No. 2284] | 11/1/2020-11/30/2020 | $200,000.00 | $316.01 | $160,000.00 | $316.01 | $0.00 |
| 1/15/2021 [Dkt. No. 2285] | 12/1/2020-12/31/2020 | $200,000.00 | $173.22 | $160,000.00 | $173.22 | $0.00 |
| 3/17/2021 [Dkt. No. 2517] | 1/1/2021-1/31/2021 | $200,000.00 | $341.02 | $160,000.00 | $341.02 | $0.00 |
| 5/25/2021 [Dkt. No. 2929] | 2/1/2021-2/28/2021 | $200,000.00 | $632.23 | $160,000.00 | $632.23 | $0.00 |

[2] Houlihan Lokey limits overtime meal expenses to $25 per person per day. The amount of overages, if any, is reflected in Houlihan Lokey's voluntary reductions.

[3] Includes $1,739.08 of additional voluntary expense reductions as agreed upon with the Fee Examiner.

| 5/25/2021 [Dkt. No. 2930] | 3/1/2021- 3/31/2021 | $200,000.00 | $152.45 | $160,000.00 | $152.45 | $0.00 |
|---|---|---|---|---|---|---|
| 5/25/2021 [Dkt. No. 2931] | 4/1/2021- 4/30/2021 | $200,000.00 | $213.70 | $160,000.00 | $213.70 | $0.00 |
| 5/25/2021 [Dkt. No. 3227] | 5/1/2021- 5/31/2021 | $200,000.00 | $392.19 | $160,000.00 | $392.19 | $0.00 |
| 10/1/2021 [Dkt. No. 3862] | 6/1/2021- 6/30/2021 | $200,000.00 | $640.98 | $160,000.00 | $640.98 | $0.00 |
| 11/03/2021 [Dkt. No. 4063] | 7/1/2021- 7/31/2021 | $200,000.00 | $1,039.09 | $160,000.00 | $1,039.09 | $0.00 |
| 11/15/2021 [Dkt. No. 4130] | 8/1/2021- 8/31/2021 | $200,000.00 | $936.20 | $160,000.00 | $936.20 | $0.00 |
| 11/15/2021 [Dkt. No. 4131] | 9/1/2021- 9/30/2021 | $200,000.00 | $607.44 | $160,000.00 | $607.44 | $0.00 |
| 1/3/2022 [Dkt. No. 4263] | 10/1/2021- 10/31/2021 | $200,000.00 | $578.24 | $160,000.00 | $578.24 | $0.00 |
| 2/28/2022 [Dkt. No. 4401] | 11/1/2021- 11/30/2021 | $200,000.00 | $757.68 | $160,000.00 | $757.68 | $0.00 |
| 2/28/2022 [Dkt. No. 4402] | 12/1/2021- 12/31/2021 | $200,000.00 | $561.11 | $160,000.00 | $561.11 | $0.00 |
| 3/17/2022 [Dkt. No. 4555] | 1/1/2022- 1/31/2022 | $200,000.00 | $786.45 | $160,000.00 | $786.45 | $0.00 |
| 5/16/2022 [Dkt. No. 4820] | 2/1/2022- 2/28/2022 | $200,000.00 | $756.86 | $160,000.00 | $756.86 | $0.00 |
| 5/16/2022 [Dkt. No. 4824] | 3/1/2022- 3/31/2022 | $200,000.00 | $714.76 | $160,000.00 | $714.76 | $0.00 |
| 5/16/2022 [Dkt. No. 4832] | 4/1/2022- 4/30/2022 | $200,000.00 | $139.56 | $160,000.00 | $139.56 | $0.00 |
| 9/28/2022 [Dkt. No. 5102] | 5/1/2022- 5/31/2022 | $200,000.00 | $544.73 | $160,000.00 | $544.73 | $0.00 |
| 9/28/2022 [Dkt. No. 5103] | 6/1/2022- 6/30/2022 | $200,000.00 | $100.75 | $160,000.00 | $100.75 | $0.00 |
| 9/28/2022 [Dkt. No. 5157] | 7/1/2022- 7/31/2022 | $200,000.00 | $32.78 | $160,000.00 | $32.78 | $0.00 |
| 9/28/2022 [Dkt. No. 5160] | 8/1/2022- 8/31/2022 | $200,000.00 | $0.00 | $160,000.00 | $0.00 | $0.00 |
| 1/31/2023 [Dkt. No. 5386] | 9/1/2022- 9/30/2022 | $200,000.00 | $0.00 | $160,000.00 | $85.36 | $200,085.36 |
| 1/31/2023 [Dkt. No. 5387] | 10/1/2022- 10/31/2022 | $200,000.00 | $0.00 | $160,000.00 | $56.22 | $200,056.22 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"),

and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Houlihan Lokey Capital, Inc. (the "**Applicant**"), Investment Banker and Co-Financial Advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Fifth Monthly Fee Statement (the "**Statement**") for the period of November 1, 2022 through and including November 30, 2022 (the "**Monthly Fee Period**").

**Itemization of Services Rendered by Applicant**

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" is a detailed schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each professional.

In accordance with the Fee Order, Applicant has separately recorded work performed relating to allocation of value among the Debtors' creditors, and, to the best of its knowledge, Applicant has not included time relating to such allocation in this Application.[4]

---

[4] Applicant may request fees related to allocation among creditors at a later date by separate motion.

## Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $160,000.00, which represents 80% of fees for services rendered by Applicant as investment banker and co-financial advisor to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $0.00.

Dated: New York, New York
1/31/2023

Respectfully submitted,

By:    _/s/ Saul E. Burian_

     Saul E. Burian, Managing Director
     **HOULIHAN LOKEY CAPITAL, INC.**
     245 Park Ave
     New York, New York 10167
     Telephone: (212) 497-4245
     Email:  sburian@hl.com

# EXHIBIT A

## Purdue Pharma L.P.

Houlihan Lokey

*Time Detail - Summary*

*(Units in hours)*

**Category Code:**

| | |
|---|---|
| **1 = Asset Analysis & Recovery** | **7 = Emergency Financing** |
| **2 = Assumption & Rejection of Leases & Contracts** | **8 = Litigation** |
| **3 = Business Operations** | **9 = Meetings & Communications with Ad Hoc Committee & Creditors** |
| **4 = Case Administration** | **10 = Non-Working Travel** |
| **5 = Claims Analysis** | **11 = Plan & Disclosure Statement** |
| **6 = Employment and Fee Applications** | **12 = Intercreditor Allocation** |

| | S. Burian MD | D. Drone MD | G. Coutts MD | H. Schenk Director | A. Benjamin SVP | R. Balakrishna Analyst | Total |
|---|---|---|---|---|---|---|---|
| **November 1, 2022 - November 30, 2022** | | | | | | | |
| **1** | 11.5 | 4.5 | 15.5 | 26.5 | 42.0 | 56.0 | 156.0 |
| **2** | - | - | - | - | - | - | - |
| **3** | - | - | - | - | - | - | - |
| **4** | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 12.0 |
| **5** | - | - | - | - | - | - | - |
| **6** | 0.5 | 0.5 | 0.5 | 1.0 | 1.0 | 1.5 | 5.0 |
| **7** | - | - | - | - | - | - | - |
| **8** | - | - | - | - | - | - | - |
| **9** | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 12.0 |
| **10** | - | - | - | - | - | - | - |
| **11** | - | - | - | - | - | - | - |
| **12** | - | - | - | - | - | - | - |
| **November 2022 Total** | **16.0** | **9.0** | **20.0** | **31.5** | **47.0** | **61.5** | **185.0** |

**EXHIBIT B**

# Houlihan Lokey

**Invoice #  16569-17**

**PERSONAL & CONFIDENTIAL**                                                    January 15, 2023

Purdue Pharma L.P.                                                              Client #  36555
201 Tresser Blvd                                                               Case #  72528
Stamford, Connecticut 06901
United States

ATTN: Jon Lowne, Senior Vice President and Chief Financial Officer

| | | |
|---|---|---|
| **Professional Fees** | | |
| Monthly Fee due November 1, 2022 | $    200,000.00 | |
| Professional Fees Due | | $    200,000.00 |
| **Out of Pocket Expenses** | | |
| Out of Pocket Expenses Due | | $            - |
| | | |
| **TOTAL AMOUNT DUE AND PAYABLE** | | **$    200,000.00** |

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:                              Wire Transfer Instructions:
Houlihan Lokey Capital, Inc.                          Bank of America
Accounts Receivable Department                   Wire Transfer ABA #026009593
10250 Constellation Boulevard, 5th Floor            ACH ABA #121000358
Los Angeles, California 90067-6802                 fbo Houlihan Lokey Capital, Inc.
                                                    Account #1453120593
                                       Swift Code (Int'l Wires Only): BOFAUS3N
                                                    Federal ID #95-4024056

10250 Constellation Boulevard, 5th Floor • Los Angeles, California 90067 • tel.310.553.8871 • fax.310.553.2173 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**EXHIBIT C**

# Purdue Pharma L.P.

Houlihan Lokey

*Expense Detail - Summary*

| November 2022 Summary Table: | Total Out of Pocket Expenses | Voluntary Reduction | Net Out of Pocket Expenses |
|---|---|---|---|
| **[A]** Lodging | - | - | - |
| **[B]** Travel & Overtime Meals | - | - | - |
| **[C]** Airfare | - | - | - |
| **[D]** Ground Transportation | - | - | - |
| **[E]** Telephone and Data | - | - | - |
| **November 2022 Total** | **$0.00** | **$0.00** | **$0.00** |

**[A]** *No Lodging Expenses*

**[B]** *No Overtime Meals*

**[C]** *No Airfare Expenses*

**[D]** *No Ground Transportation Expenses*

**[E]** *No Telephone Bills & No IT-Voice/Data Expenses*

**EXHIBIT D**

**Purdue Pharma L.P.**                                                                                                               Houlihan Lokey

*Time Detail for:*    *Saul Burian*

*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **November 2022** | | | | | | | | | | | | | | | |
| 11/1/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee | 1.0 | - | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/2/2022 | Wed | Review of financial analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/3/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/4/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/5/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/6/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/7/2022 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/8/2022 | Tue | Review of financial analysis, asset analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/9/2022 | Wed | Review of financial analysis, diligence materials | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/10/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/11/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/12/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/13/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/14/2022 | Mon | Review of financial analysis, diligence materials | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/15/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee | 1.0 | - | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/16/2022 | Wed | Call into court hearing | 2.0 | - | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 11/17/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/18/2022 | Fri | Review of financial analysis | 1.5 | 1.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/19/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/20/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/21/2022 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/22/2022 | Tue | Review of financial analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/23/2022 | Wed | Review of financial analysis, diligence materials | 1.5 | 1.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/24/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/25/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/26/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/27/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/28/2022 | Mon | Review of financial analysis | 1.5 | 1.0 | - | - | - | - | 0.5 | - | - | - | - | - | - |
| 11/29/2022 | Tue | Review of financial analysis, fee application | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/30/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **November 2022 Total** | | | **16.0** | **11.5** | **-** | **-** | **2.0** | **-** | **0.5** | **-** | **-** | **2.0** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                    Houlihan Lokey

*Time Detail for:*    *Dimitri Drone*

*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|------|-----|-------|-------------|---|---|---|---|---|---|---|---|---|----|----|----|
| **November 2022** | | | | | | | | | | | | | | | |
| 11/1/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee | 1.0 | - | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/2/2022 | Wed | Review of financial analysis | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/3/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/4/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/5/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/6/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/7/2022 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/8/2022 | Tue | Review of financial analysis, asset analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/9/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/10/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/11/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/12/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/13/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/14/2022 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/15/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee | 1.0 | - | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/16/2022 | Wed | Call into court hearing | 2.0 | - | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 11/17/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/18/2022 | Fri | Review of financial analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/19/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/20/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/21/2022 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/22/2022 | Tue | Review of financial analysis | 1.5 | 1.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/23/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/24/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/25/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/26/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/27/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/28/2022 | Mon | Review of financial analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/29/2022 | Tue | Review of financial analysis, fee application | 1.0 | 0.5 | - | - | - | - | 0.5 | - | - | - | - | - | - |
| 11/30/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **November 2022 Total** | | | **9.0** | **4.5** | **-** | **-** | **2.0** | **-** | **0.5** | **-** | **-** | **2.0** | **-** | **-** | **-** |

## Purdue Pharma L.P.

Houlihan Lokey

*Time Detail for:*   *Geoffrey Coutts*

*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|------|-----|-------|-------------|---|---|---|---|---|---|---|---|---|----|----|----|
| **November 2022** | | | | | | | | | | | | | | | |
| 11/1/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee | 1.0 | - | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/2/2022 | Wed | Review of financial analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/3/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/4/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/5/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/6/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/7/2022 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/8/2022 | Tue | Review of financial analysis, asset analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/9/2022 | Wed | Review of financial analysis, diligence materials | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/10/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/11/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/12/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/13/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/14/2022 | Mon | Review of financial analysis, diligence materials | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/15/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee | 1.0 | - | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/16/2022 | Wed | Call into court hearing | 2.0 | - | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 11/17/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/18/2022 | Fri | Review of financial analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/19/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/20/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/21/2022 | Mon | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/22/2022 | Tue | Review of financial analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/23/2022 | Wed | Review of financial analysis, diligence materials | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/24/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/25/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/26/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/27/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/28/2022 | Mon | Review of financial analysis | 2.0 | 1.5 | - | - | - | - | 0.5 | - | - | - | - | - | - |
| 11/29/2022 | Tue | Review of financial analysis, fee application | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/30/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **November 2022 Total** | | | **20.0** | **15.5** | **-** | **-** | **2.0** | **-** | **0.5** | **-** | **-** | **2.0** | **-** | **-** | **-** |

**Purdue Pharma L.P.**

Houlihan Lokey

*Time Detail for:*    *Hannes Schenk*

*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|------|-----|-------|-------------|---|---|---|---|---|---|---|---|---|----|----|----|
| **November 2022** | | | | | | | | | | | | | | | |
| 11/1/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee, financial analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/2/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/3/2022 | Thu | Financial analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/4/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/5/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/6/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/7/2022 | Mon | Financial analysis, asset analysis | 1.5 | 1.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/8/2022 | Tue | Financial analysis, diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/9/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/10/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/11/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/12/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/13/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/14/2022 | Mon | Financial analysis, diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/15/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee, financial analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/16/2022 | Wed | Call into court hearing | 2.0 | - | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 11/17/2022 | Thu | Financial analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/18/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/19/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/20/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/21/2022 | Mon | Financial analysis | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/22/2022 | Tue | Financial analysis, diligence materials | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/23/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/24/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/25/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/26/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/27/2022 | Sun | Financial analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/28/2022 | Mon | Financial analysis, fee application | 2.5 | 1.5 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 11/29/2022 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/30/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **November 2022 Total** | | | **31.5** | **26.5** | **-** | **-** | **2.0** | **-** | **1.0** | **-** | **-** | **2.0** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                                        Houlihan Lokey

*Time Detail for:*    *Andrew Benjamin*
*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|------|-----|-------|-------------|---|---|---|---|---|---|---|---|---|----|----|----|
| **November 2022** | | | | | | | | | | | | | | | |
| 11/1/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee, financial analysis | 5.0 | 4.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/2/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/3/2022 | Thu | Financial analysis | 3.5 | 3.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/4/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/5/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/6/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/7/2022 | Mon | Financial analysis, asset analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/8/2022 | Tue | Financial analysis, diligence materials | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/9/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/10/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/11/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/12/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/13/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/14/2022 | Mon | Financial analysis, diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/15/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee, financial analysis | 4.5 | 3.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/16/2022 | Wed | Call into court hearing | 2.0 | - | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 11/17/2022 | Thu | Financial analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/18/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/19/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/20/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/21/2022 | Mon | Financial analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/22/2022 | Tue | Financial analysis, diligence materials | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/23/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/24/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/25/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/26/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/27/2022 | Sun | Financial analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/28/2022 | Mon | Financial analysis, fee application | 4.0 | 3.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 11/29/2022 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/30/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **November 2022 Total** | | | **47.0** | **42.0** | **-** | **-** | **2.0** | **-** | **1.0** | **-** | **-** | **2.0** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                      Houlihan Lokey

*Time Detail for:*    *Rohan Balakrishna*
*(Units in hours)*

**Category Code:**

| | |
|---|---|
| 1 = Asset Analysis and Recovery | 7 = Emergency Financing |
| 2 = Assumption and Rejection of Leases and Contracts | 8 = Litigation |
| 3 = Business Operations | 9 = Meetings & Communications with Ad Hoc Committee & Creditors |
| 4 = Case Administration | 10 = Non-Working Travel |
| 5 = Claims Analysis | 11 = Plan and Disclosure Statement |
| 6 = Employment and Fee Applications | 12 = Intercreditor Allocation |

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **November 2022** | | | | | | | | | | | | | | | |
| 11/1/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee, financial analysis | 6.0 | 5.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/2/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/3/2022 | Thu | Financial analysis | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/4/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/5/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/6/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/7/2022 | Mon | Financial analysis, asset analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/8/2022 | Tue | Financial analysis, diligence materials | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/9/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/10/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/11/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/12/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/13/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/14/2022 | Mon | Financial analysis, diligence materials | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/15/2022 | Tue | Call with Advisors, recurring call with Ad Hoc Committee, financial analysis | 6.0 | 5.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 11/16/2022 | Wed | Call into court hearing | 2.0 | - | - | - | 2.0 | - | - | - | - | - | - | - | - |
| 11/17/2022 | Thu | Financial analysis | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/18/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/19/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/20/2022 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/21/2022 | Mon | Financial analysis | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/22/2022 | Tue | Financial analysis, diligence materials | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 11/23/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/24/2022 | Thu | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/25/2022 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/26/2022 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/27/2022 | Sun | Financial analysis | 6.0 | 6.0 | - | - | - | - | - | - | - | - | - | - | - |
| 11/28/2022 | Mon | Financial analysis, fee application | 7.0 | 5.5 | - | - | - | - | 1.5 | - | - | - | - | - | - |
| 11/29/2022 | Tue | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/30/2022 | Wed | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **November 2022 Total** | | | **61.5** | **56.0** | **-** | **-** | **2.0** | **-** | **1.5** | **-** | **-** | **2.0** | **-** | **-** | **-** |