**Objection Deadline: February 14, 2023 @ 12:00 p.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

**FORTIETH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS, FOR**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | | |
|---|---|---|
| **Name of Applicant** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case** | **Financial Advisor to the Chapter 11 Debtors** | |
| **Date Order of Employment Signed** | **November 21, 2019 [Docket No. 528],** *nunc pro tunc* **to September 15, 2019** | |
| **Time period covered by this Fee Statement** | **Beginning of Period** | **End of Period** |
| | **December 1, 2022** | **December 31, 2022** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this Fee Statement** | **$203,385.40 (80% of $254,231.75)** | |
| **Total expenses requested in this Fee Statement** | **$78,983.70** | |
| **Total fees and expenses requested in this Fee Statement** | **$282,369.10** | |
| **This is a(n):   X  Monthly Application ___ Interim Application ___ Final Application** | | |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Lisa Donahue | Managing Director | $1,335 | 7.1 | $    9,478.50 |
| Jesse DelConte | Managing Director | $1,085 | 35.6 | 38,626.00 |
| James Nelson | Director | $945 | 2.2 | 2,079.00 |
| Daniel A Sax | Director | $945 | 7.5 | 7,087.50 |
| Harsimrat Bhattal | Director | $880 | 91.1 | 80,168.00 |
| Daniel Kelsall | Director | $880 | 4.9 | 4,312.00 |
| Andrew D DePalma | Senior Vice President | $700 | 2.4 | 1,680.00 |
| Lan T Nguyen | Vice President | $555 | 49.7 | 27,583.50 |
| Limi Gong | Vice President | $555 | 137.7 | 76,423.50 |
| Ryan Aurand | Vice President | $555 | 7.0 | 3,885.00 |
| Lisa Marie Bonito | Vice President | $475 | 10.6 | 5,035.00 |
| **Total Professional Hours and Fees** | | | **355.8** | **$   256,358.00** |
| Less 50% Travel Fees | | | | (2,126.25) |
| **Subtotal** | | | | **$   254,231.75** |
| Less 20% Holdback | | | | (50,846.35) |
| **Total Professional Fees** | | | | **$   203,385.40** |
| | | | | |
| **Average Billing Rate** | | | | **$        714.54** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| MATTER CODE | MATTER CATEGORY | HOURS | FEES |
|---|---|---|---|
| 1.1 | Chapter 11 Process/Case Management | 18.1 | $ 15,286.50 |
| 1.3 | Cash Management | 84.0 | 48,797.00 |
| 1.4 | Communication with Interested Parties | 18.3 | 14,140.50 |
| 1.5 | U. S. Trustee / Court Reporting Requirements | 19.5 | 11,542.50 |
| 1.6 | Business Analysis & Operations | 198.5 | 155,656.50 |
| 1.9 | Claims Process | 1.6 | 888.00 |
| 1.12 | Retention and Engagement Administration | 0.4 | 434.00 |
| 1.13 | Fee Statements and Fee Applications | 10.9 | 5,360.50 |
| 1.17 | Travel | 4.5 | 2,126.25 |
| | **Total Hours and Professional Fees Before Holdback** | **355.8** | **$ 254,231.75** |
| | **Average Billing Rate** | | **$ 714.54** |

**ALIXPARTNERS, LLP**

**SUMMARY OF EXPENSES**
**FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| EXPENSE CATEGORY | | EXPENSE |
|---|---|---|
| Ground Transportion | $ | 98.11 |
| Meals | | 77.76 |
| Rental Car | | 165.83 |
| Hosting Fees | $ | 78,642.00 |
| **Total Expenses** | **$** | **78,983.70** |

AlixPartners, LLP ("AlixPartners"), as financial advisor to the above-captioned debtors (the "Debtors"), hereby submits this Fortieth Monthly Fee Statement (the "Fee Statement") seeking compensation for professional services rendered and reimbursement of out-of-pocket expenses for the period from December 1, 2022 through December 31, 2022 (the "Compensation Period"), pursuant to the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] and the *Order Authorizing Debtors to Retain and Employ AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to the September 16, 2019* [Docket No. 528].

The Interim Compensation Order provides that fourteen (14) days after the filing of this Fee Statement (the "Objection Deadline"), the Debtors are authorized and directed to pay AlixPartners 80% of the professional fees and 100% of the out-of-pocket expenses requested in this Fee Statement, with the exception of any fees and/or expenses subject to an objection.

Detailed descriptions of the professional services performed by each professional, organized by matter category and by date, and the aggregate hours of services provided (in tenths of an hour) during the Compensation Period are attached hereto as **Exhibit A**.

A detailed list of the out-of-pocket expenses incurred during the Compensation Period are attached hereto as **Exhibit B**.

**WHEREFORE**, AlixPartners, as financial advisor to the Debtors, respectfully requests: (i) an interim allowance of compensation for professional services rendered in the amount of $254,231.75 and reimbursement of out-of-pocket expenses in the amount of $78,983.70 for the Compensation Period; (ii) that, upon expiration of the Objection Deadline, the Debtors are authorized and directed to pay AlixPartners fees in the amount of $203,385.40 (80% of $254,231.75) and 100% of out-of-pocket expenses in the amount of $78,983.70, for a total amount of $282,369.10; and (iii) such other and further relief as this Court deems proper.

Dated:  January 31, 2023

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, NY  10022

*/s/ Lisa Donahue*

By:  Lisa Donahue
        Managing Director

# Exhibit A

**Detailed Description of AlixPartners' Fees and Hours by Matter Category**

# AlixPartners

January 29, 2023

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Inv. No.: 90029802
Client: 20000191P00001

Federal Tax ID: 38-3637158

For Professional Services: December 1, 2022 Through December 31, 2022

| Current Charges: | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Lisa Donahue | Managing Director | 7.1 | $1,335 | $ | 9,478.50 |
| Jesse DelConte | Managing Director | 35.6 | $1,085 | | 38,626.00 |
| James Nelson | Director | 2.2 | $945 | | 2,079.00 |
| Daniel A Sax | Director | 7.5 | $945 | | 7,087.50 |
| Harsimrat Bhattal | Director | 91.1 | $880 | | 80,168.00 |
| Daniel Kelsall | Director | 4.9 | $880 | | 4,312.00 |
| Andrew D DePalma | Senior Vice President | 2.4 | $700 | | 1,680.00 |
| Lan T Nguyen | Vice President | 49.7 | $555 | | 27,583.50 |
| Limi Gong | Vice President | 137.7 | $555 | | 76,423.50 |
| Ryan Aurand | Vice President | 7.0 | $555 | | 3,885.00 |
| Lisa Marie Bonito | Vice President | 10.6 | $475 | | 5,035.00 |
| **Total Hours & Fees** | | **355.8** | | **$** | **256,358.00** |
| Less 50% Travel Fees | | | | | (2,126.25) |
| **Subtotal** | | | | **$** | **254,231.75** |
| Expenses | | | | | 78,983.70 |
| **Total Amount Due** | | | | **$** | **333,215.45** |

Please reference the invoice number noted above on any payment remittance. Thank You.

**If Remitting in any currency:**
Account Name: AlixPartners LLP
Account Number: 8670119732
Bank Name: Bank of America
ACH ABA/Routing & Transit: 071 000 039
Wire ABA/Routing & Transit: 026 009 593
SWIFT: BOFAUS3N

# AlixPartners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Client: 20000191P00001
Inv. No.: 90029802

| Project Code | Description | | Amount |
|---|---|---|---|
| 20000191P00001.1.1 | Chapter 11 Process/Case Management | $ | 15,286.50 |
| 20000191P00001.1.3 | Cash Management | | 48,797.00 |
| 20000191P00001.1.4 | Communication with Interested Parties | | 14,140.50 |
| 20000191P00001.1.5 | U. S. Trustee / Court Reporting Requirements | | 11,542.50 |
| 20000191P00001.1.6 | Business Analysis & Operations | | 155,656.50 |
| 20000191P00001.1.9 | Claims Process | | 888.00 |
| 20000191P00001.1.12 | Retention and Engagement Administration | | 434.00 |
| 20000191P00001.1.13 | Fee Statements and Fee Applications | | 5,360.50 |
| 20000191P00001.1.17 | Travel | | 2,126.25 |
| **Total Fees Incurred** | | **$** | **254,231.75** |

# **Alix**Partners

10-Jan-23

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Client: 20000191P00001
Inv. No.: 90029802
and 90028848

| **Expenses** | | **Amount** |
|---|---|---|
| Ground Transportation | $ | 98.11 |
| Meals | | 77.76 |
| Rental Car | | 165.83 |
| Hosting Fees | | 78,642.00 |
| **Total Disbursements** | **$** | **78,983.70** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Chapter 11 Process/Case Management
Code:      20000191P00001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|------------------------|-------|
| 12/01/2022 | HSB | Call with T. Ronan, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, (PJT), M. Huebner, C. Robertson, E. Vonnegut, (all Davis Polk), J. DelConte and H. Bhattal (both AlixPartners) re: weekly updates and planning | 0.7 |
| 12/01/2022 | JD | Call with T. Ronan, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, (PJT), M. Huebner, C. Robertson, E. Vonnegut, (all Davis Polk), J. DelConte and H. Bhattal (both AlixPartners) re: weekly updates and planning | 0.7 |
| 12/02/2022 | DK | Call with J. DelConte, J. Nelson, D. Kelsall, L. Gong, R. Aurand and H. Bhattal (all AlixPartners) re: bankruptcy update & planning | 0.7 |
| 12/02/2022 | HSB | Call with J. DelConte, J. Nelson, D. Kelsall, L. Gong, R. Aurand and H. Bhattal (all AlixPartners) re: bankruptcy update & planning | 0.7 |
| 12/02/2022 | HSB | Plan Purdue workstreams re: open items. | 0.4 |
| 12/02/2022 | HSB | Prepare email correspondence with Purdue management re: Purdue updates and planning | 0.3 |
| 12/02/2022 | JN | Call with J. DelConte, J. Nelson, D. Kelsall, L. Gong, R. Aurand and H. Bhattal (all AlixPartners) re: bankruptcy update & planning | 0.7 |
| 12/02/2022 | JD | Call with J. DelConte, J. Nelson, D. Kelsall, L. Gong, R. Aurand and H. Bhattal (all AlixPartners) re: bankruptcy update & planning | 0.7 |
| 12/02/2022 | LG | Call with J. DelConte, J. Nelson, D. Kelsall, L. Gong, R. Aurand and H. Bhattal (all AlixPartners) re: bankruptcy update & planning | 0.7 |
| 12/02/2022 | RA | Call with J. DelConte, J. Nelson, D. Kelsall, L. Gong, R. Aurand and H. Bhattal (all AlixPartners) re: bankruptcy update & planning | 0.7 |
| 12/05/2022 | HSB | Prepare emails to Purdue management in connection with Purdue bankruptcy related matters | 0.3 |
| 12/06/2022 | HSB | Plan Purdue workstreams re: open items. | 0.3 |
| 12/09/2022 | HSB | Weekly team update call among J. DelConte, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) re: case updates | 0.6 |
| 12/09/2022 | JN | Weekly team update call among J. DelConte, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) re: case updates | 0.6 |
| 12/09/2022 | JD | Weekly team update call among J. DelConte, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) re: case updates | 0.6 |
| 12/09/2022 | LTN | Weekly team update call among J. DelConte, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) re: case updates | 0.6 |
| 12/09/2022 | LG | Weekly team update call among J. DelConte, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) re: case updates | 0.6 |
| 12/13/2022 | HSB | Call with H. Bhattal and L.Nguyen (both AlixPartners)  re: case related matters | 0.1 |
| 12/13/2022 | LTN | Call with H. Bhattal and L.Nguyen (both AlixPartners)  re: case related matters | 0.1 |
| 12/14/2022 | HSB | Meeting with H. Bhattal and J. DelConte (both AlixPartners) re: catch up on previous meetings | 0.3 |
| 12/14/2022 | HSB | Prepare Purdue financial info requested by Davis Polk in connection with Purdue bankruptcy administration | 1.8 |
| 12/14/2022 | JD | Meeting with H. Bhattal and J. DelConte (both AlixPartners) re: catch up on previous meetings | 0.3 |
| 12/15/2022 | HSB | Plan Purdue workstreams re: open items. | 0.4 |
| 12/16/2022 | DK | Weekly team update call among J. DelConte, D. Kelsall, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) | 0.5 |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:         Chapter 11 Process/Case Management
Code:       20000191P00001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/16/2022 | HSB | Call among J. Bernadel (Purdue), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue work transfer planning | 0.4 |
| 12/16/2022 | HSB | Weekly team update call among J. DelConte, D. Kelsall, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) | 0.5 |
| 12/16/2022 | HSB | Prepare agenda for Purdue update call and related open items list | 0.3 |
| 12/16/2022 | JN | Weekly team update call among J. DelConte, D. Kelsall, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) | 0.5 |
| 12/16/2022 | JD | Weekly team update call among J. DelConte, D. Kelsall, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) | 0.5 |
| 12/16/2022 | LTN | Weekly team update call among J. DelConte, D. Kelsall, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) | 0.5 |
| 12/16/2022 | LG | Call among J. Bernadel (Purdue), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue work transfer planning | 0.4 |
| 12/16/2022 | LG | Weekly team update call among J. DelConte, D. Kelsall, H. Bhattal, J. Nelson, L. Nguyen, and L. Gong (all AlixPartners) | 0.5 |
| 12/20/2022 | HSB | Update Purdue work transfer planning related document and emailed to Purdue management for review | 0.8 |
| 12/21/2022 | HSB | Plan Purdue workstreams re: open items. | 0.3 |
| **Total Professional Hours** | | | **18.1** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:           Chapter 11 Process/Case Management
Code:         20000191P00001.1.1

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,085 | 2.8 | $ | 3,038.00 |
| James Nelson | $945 | 1.8 | | 1,701.00 |
| Harsimrat Bhattal | $880 | 8.2 | | 7,216.00 |
| Daniel Kelsall | $880 | 1.2 | | 1,056.00 |
| Lan T Nguyen | $555 | 1.2 | | 666.00 |
| Limi Gong | $555 | 2.2 | | 1,221.00 |
| Ryan Aurand | $555 | 0.7 | | 388.50 |
| **Total Professional Hours and Fees** | | **18.1** | **$** | **15,286.50** |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Cash Management
Code:      20000191P00001.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/01/2022 | HSB | Call with L. Gong and H. Bhattal (both AlixPartners) re: professional fee | 0.2 |
| 12/01/2022 | LG | Call with L. Gong and H. Bhattal (both AlixPartners) re: professional fee | 0.2 |
| 12/01/2022 | LG | Prepare professional fee tracker requested by Purdue management | 1.3 |
| 12/02/2022 | HSB | Review Purdue weekly cash report prepared by L.Gong (AlixPartners) | 0.7 |
| 12/02/2022 | JD | Provide comments on latest forecast to actual report | 0.3 |
| 12/02/2022 | LG | Continue to prepare professional fee tracker requested by Purdue management | 2.6 |
| 12/02/2022 | LG | Prepare the deck for the cash actuals report week ended 11.25 | 1.9 |
| 12/02/2022 | LG | Update the actual vs forecast variance and notes for the cash actuals report week ended 11.25 | 1.8 |
| 12/05/2022 | JD | Call with B. Soper (Stretto) re: cash management opportunities | 0.4 |
| 12/05/2022 | LTN | Call with L. Nguyen and L. Gong (both AlixPartners) re: 13 week cash forecast | 0.2 |
| 12/05/2022 | LG | Call with L. Nguyen and L. Gong (both AlixPartners) re: 13 week cash forecast | 0.2 |
| 12/05/2022 | LG | Categorize east west transactions for the cash actuals report week ended 12.02 | 1.4 |
| 12/05/2022 | LG | Revise professional fee analysis tracker requested by Purdue management | 2.7 |
| 12/05/2022 | LG | Prepare detailed and summary sheets for the cash actuals report week ended 12.02 | 0.6 |
| 12/05/2022 | LG | Reconcile pay source and east west transactions for the cash actuals report week ended 12.02 | 1.5 |
| 12/05/2022 | LG | Email Treasury to confirm open items for the cash actuals report week ended 12.02 | 0.5 |
| 12/05/2022 | LG | Update bank account summary and IAC summary for the cash actuals report week ended 12.02 | 1.0 |
| 12/05/2022 | LG | Update legal fee schedule and restructuring fee schedule for the cash actuals report week ended 12.02 | 0.6 |
| 12/06/2022 | HSB | Review Purdue cash forecasts | 1.3 |
| 12/06/2022 | LG | Extract the updated AR and AP reports from SAP system for 13 week cash forecast starting week 12.09 | 1.9 |
| 12/06/2022 | LG | Update all Purdue and Rhodes actuals tables for the cash actuals report week ended 12.02 | 1.8 |
| 12/06/2022 | LG | Update Rhodes AR rollforward for 13 week cash forecast starting week 12.09 | 1.5 |
| 12/06/2022 | LG | Update Rhodes operating expense and AP rollforward for 13 week cash forecast starting week 12.09 | 1.7 |
| 12/06/2022 | LG | Update Rhodes sales forecast and legal fee forecast for 13 week cash forecast starting week 12.09 | 1.3 |
| 12/07/2022 | HSB | Call among H. Bhattal, L. Nguyen, and L. Gong (all AlixPartners) to discuss data for 13 week cash forecast | 0.4 |
| 12/07/2022 | LTN | Call with L. Nguyen and L. Gong (both AlixPartners) re: 13 week cash forecast | 0.1 |
| 12/07/2022 | LTN | Call among H. Bhattal, L. Nguyen, and L. Gong (all AlixPartners) to discuss data for 13 week cash forecast | 0.4 |
| 12/07/2022 | LG | Call with L. Nguyen and L. Gong (both AlixPartners) re: 13 week cash forecast | 0.1 |
| 12/07/2022 | LG | Call among H. Bhattal, L. Nguyen, and L. Gong (all AlixPartners) to discuss data for 13 week cash forecast | 0.4 |
| 12/07/2022 | LG | Update Purdue customer receipts and AR rollforward for 13 week cash forecast starting week 12.09 | 1.7 |
| 12/07/2022 | LG | Update Purdue IAC receipts and disbursements for 13 week cash forecast starting week 12.09 | 0.9 |
| 12/07/2022 | LG | Update Purdue sales forecast for 13 week cash forecast starting week 12.09 | 1.2 |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:         Cash Management
Code:       20000191P00001.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/07/2022 | LG | Update Rhodes cash forecast summary for 13 week cash forecast starting week 12.09 | 1.3 |
| 12/07/2022 | LG | Update Rhodes rebates forecast for 13 week cash forecast starting week 12.09 | 1.6 |
| 12/08/2022 | LG | Continue to update Purdue rebates forecast for 13 week cash forecast starting week 12.09 | 1.6 |
| 12/08/2022 | LG | Update Purdue operating expense and AP rollforward for 13 week cash forecast starting week 12.09 | 1.8 |
| 12/08/2022 | LG | Update Purdue rebates forecast for 13 week cash forecast starting week 12.09 | 2.5 |
| 12/08/2022 | LG | Update Purdue restructuring fee and legal fee for 13 week cash forecast starting week 12.09 | 2.7 |
| 12/09/2022 | LG | Continue to update Purdue restructuring fee and legal fee for 13 week cash forecast starting week 12.09 | 2.6 |
| 12/09/2022 | LG | Update Purdue cash forecast summary for 13 week cash forecast starting week 12.09 | 2.0 |
| 12/12/2022 | LG | Prepare detailed and summary sheets for the cash actuals report week ended 12.09 | 0.8 |
| 12/12/2022 | LG | Prepare the deck for the cash actuals report week ended 12.02 | 1.8 |
| 12/12/2022 | LG | Update the actual vs forecast variance and notes for the cash actuals report week ended 12.02 | 1.6 |
| 12/12/2022 | LG | Update the professional fee analysis tracker requested by Purdue management | 2.6 |
| 12/13/2022 | HSB | Call with L. Gong and H. Bhattal (both AlixPartners) re: professional fee analysis | 0.2 |
| 12/13/2022 | HSB | Review Purdue weekly cash report prepared by L.Gong (AlixPartners) | 0.7 |
| 12/13/2022 | JD | Review and provide comments on latest weekly forecast to actual report | 0.3 |
| 12/13/2022 | LG | Call with L. Gong and H. Bhattal (both AlixPartners) re: professional fee analysis | 0.2 |
| 12/13/2022 | LG | Categorize east west transactions for the cash actuals report week ended 12.09 | 1.6 |
| 12/13/2022 | LG | Reconcile pay source and east west transactions for the cash actuals report week ended 12.09 | 1.8 |
| 12/13/2022 | LG | Send emails to Treasury to confirm open items for the cash actuals report week ended 12.09 | 0.5 |
| 12/13/2022 | LG | Update all Purdue and Rhodes actuals tables for the cash actuals report week ended 12.09 | 1.7 |
| 12/13/2022 | LG | Update bank account summary and IAC summary for the cash actuals report week ended 12.09 | 0.9 |
| 12/13/2022 | LG | Update legal fee schedule and restructuring fee schedule for the cash actuals report week ended 12.09 | 0.6 |
| 12/14/2022 | LTN | Call with L. Nguyen and L. Gong  (both AlixPartners) re: emergence cash forecast | 0.4 |
| 12/14/2022 | LG | Call with L. Nguyen and L. Gong  (both AlixPartners) re: emergence cash forecast | 0.4 |
| 12/14/2022 | LG | Match actual cash flows for the first week with the 13 week cash forecast starting week 12.09 | 2.4 |
| 12/14/2022 | LG | Prepare the deck for the 13 week cash forecast starting week 12.09 | 1.5 |
| 12/14/2022 | LG | Prepare the summary of forecast and actuals for the 13 week cash forecast starting week 12.09 | 1.3 |
| 12/14/2022 | LG | Update Rhodes weekly sales report week ended 12.09 | 0.9 |
| 12/15/2022 | JD | Correspondence with T. Ronan (Purdue) re: cash management options | 0.3 |
| 12/16/2022 | HSB | Call with L. Gong and H. Bhattal (both AlixPartners) re: cash forecast | 0.1 |
| 12/16/2022 | LG | Call with L. Gong and H. Bhattal (both AlixPartners) re: cash forecast | 0.1 |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:         Cash Management
Code:       20000191P00001.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|------------------------|-------|
| 12/19/2022 | JD | Review and provide comments on latest 13 week cash flow forecast from L. Gong (AlixPartners). | 0.6 |
| 12/19/2022 | LG | Categorize east west transactions for the cash actuals report week ended 12.16 | 1.5 |
| 12/19/2022 | LG | Prepare detailed and summary sheets for the cash actuals report week ended 12.16 | 0.7 |
| 12/19/2022 | LG | Reconcile pay source and east west transactions for the cash actuals report week ended 12.16 | 1.8 |
| 12/19/2022 | LG | Send emails to Treasury to confirm open items for the cash actuals report week ended 12.16 | 0.7 |
| 12/19/2022 | LG | Update all Purdue and Rhodes actuals tables for the cash actuals report week ended 12.16 | 1.6 |
| 12/19/2022 | LG | Update bank account summary and IAC summary for the cash actuals report week ended 12.16 | 1.0 |
| 12/19/2022 | LG | Update legal fee schedule and restructuring fee schedule for the cash actuals report week ended 12.16 | 0.9 |
| 12/21/2022 | LG | Prepare the deck for the cash actuals report week ended 12.09 | 1.9 |
| 12/21/2022 | LG | Update the actual vs forecast variance and notes for the cash actuals report week ended 12.09 | 1.7 |
| **Total Professional Hours** | | | **84.0** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:             Cash Management
Code:          20000191P00001.1.3

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jesse DelConte | $1,085 | 1.9 | 2,061.50 |
| Harsimrat Bhattal | $880 | 3.6 | 3,168.00 |
| Lan T Nguyen | $555 | 1.1 | 610.50 |
| Limi Gong | $555 | 77.4 | 42,957.00 |
| **Total Professional Hours and Fees** | | **84.0** | **$ 48,797.00** |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:         Communication with Interested Parties
Code:       20000191P00001.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/02/2022 | HSB | Call with G. Coutts, H. Sun (both Houlihan), M. Atkinson, E. Min (both Province), M. Diaz, B. Bromberg (both FTI), J. Kanwal, L. Szlezinger, K. Sheridan (all Jefferies), A. Preis, E. Miller (both Akin Gump), K. Eckstein, D. Vondle (both Kramer Levin), R. Aleali, M. Kesselman, T. Ronan (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Gibson, R. Schlossberg (both Skadden), J. O'Connell, R. Schnitzler, T. Melvin (all PJT) and H. Bhattal and J. DelConte (both AlixPartners) re: Project Sequoia | 0.7 |
| 12/02/2022 | JD | Call with G. Coutts, H. Sun (both Houlihan), M. Atkinson, E. Min (both Province), M. Diaz, B. Bromberg (both FTI), J. Kanwal, L. Szlezinger, K. Sheridan (all Jefferies), A. Preis, E. Miller (both Akin Gump), K. Eckstein, D. Vondle (both Kramer Levin), R. Aleali, M. Kesselman, T. Ronan (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Gibson, R. Schlossberg (both Skadden), J. O'Connell, R. Schnitzler, T. Melvin (all PJT) and H. Bhattal and J. DelConte (both AlixPartners) re: Project Sequoia | 0.7 |
| 12/02/2022 | JD | Correspond with Purdue legal re: PHI meetings with creditors | 0.3 |
| 12/02/2022 | LG | Review and revise documents to be uploaded for various stakeholders. | 1.8 |
| 12/05/2022 | JD | Correspondence with management and Committee advisors re: PHI update presentation | 0.3 |
| 12/07/2022 | HSB | Call with Y.Schmied, C.Quigley (both Intralinks) and T.Melvin (PJT) re: Purdue contract | 0.5 |
| 12/07/2022 | JD | Correspondence with management and creditor advisors re: agenda for next week's creditor update call. | 0.4 |
| 12/09/2022 | JD | Correspondence with management and creditor advisors re: creditor meeting next week. | 0.4 |
| 12/12/2022 | HSB | Call with M. Kesselman, R. Aleali and others (all Purdue), M. Diaz, B. Bromberg (both FTI), A. Benjamin, G. Coutts (both Houlihan), T. Melvin (PJT), J. DelConte, H. Bhattal (both AlixPartners) and various parties from the AHC state AG offices re: PHI update | 0.9 |
| 12/12/2022 | JD | Call with M. Kesselman, R. Aleali and others (all Purdue), M. Diaz, B. Bromberg (both FTI), A. Benjamin, G. Coutts (both Houlihan), T. Melvin (PJT), J. DelConte, H. Bhattal (both AlixPartners) and various parties from the AHC state AG offices re: PHI update | 0.9 |
| 12/12/2022 | JD | Correspondence with R. Aleali and M. Kesselman (both Purdue) re: follow up diligence requests from the AHC. | 0.3 |
| 12/13/2022 | HSB | Call with R.Schnitzler, T.Melvin (both PJT); M.Diaz, B.Bromberg, E.Kurtz (FTI), M.Atkinson, E.Min (both Province), G.Coutts, D.Li, A.Benjamin (all Houlihan); J.Kanwal, K.Murray (both Jefferies) re: Purdue updates | 0.5 |
| 12/13/2022 | JD | Correspondence with management and FTI re: PHI follow up items | 0.5 |
| 12/15/2022 | JD | Follow-up with M. Diaz (FTI) re: PHI discussion | 0.3 |
| 12/15/2022 | LTN | Call with L. Nguyen and L. Gong  (both AlixPartners) re: due diligence request | 0.1 |
| 12/15/2022 | LG | Call with L. Nguyen and L. Gong  (both AlixPartners) re: due diligence request | 0.1 |
| 12/16/2022 | HSB | Prepare email communications to FTI in connection with Purdue case related matters | 0.2 |
| 12/16/2022 | LG | Continue to update Purdue due diligence files onto Intralinks and have permissions assigned accordingly | 2.6 |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:         Communication with Interested Parties
Code:       20000191P00001.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/16/2022 | LG | Update Purdue due diligence files onto Intralinks and have permissions assigned accordingly | 2.8 |
| 12/18/2022 | LG | Revise Purdue due diligence files on Intralinks | 1.7 |
| 12/18/2022 | LG | Revise documents to be uploaded for various stakeholders. | 0.6 |
| 12/19/2022 | JD | Review and provide comments on weekly sales report prior to providing to creditor advisors | 0.3 |
| 12/22/2022 | JD | Call with T. Melvin (PJT) re: planning for call with creditors | 0.3 |
| 12/27/2022 | JD | Call with T. Melvin (PJT) and M. Atkinson (Province) re: status updates | 0.3 |
| 12/27/2022 | JD | Call with T. Melvin (PJT), B. Bromberg (FTI) re: status updates | 0.3 |
| 12/28/2022 | JD | Correspondence with FTI re: upcoming creditor meetings | 0.2 |
| 12/28/2022 | JD | Correspondence with PJT and management re: discussions with creditor groups | 0.3 |
| **Total Professional Hours** | | | **18.3** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:                          Communication with Interested Parties
Code:                        20000191P00001.1.4

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jesse DelConte | $1,085 | 5.8 | 6,293.00 |
| Harsimrat Bhattal | $880 | 2.8 | 2,464.00 |
| Lan T Nguyen | $555 | 0.1 | 55.50 |
| Limi Gong | $555 | 9.6 | 5,328.00 |
| **Total Professional Hours and Fees** | | **18.3** | **$    14,140.50** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        U. S. Trustee / Court Reporting Requirements
Code:      20000191P00001.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/07/2022 | LG | Email Purdue finance to retrieve data for November MOR | 0.8 |
| 12/15/2022 | LG | SAP data collection to update the director fees of the insider payments report for November 2022 MOR | 1.8 |
| 12/15/2022 | LG | SAP data collection to update the professional payments for November 2022 MOR | 2.2 |
| 12/16/2022 | LG | Update the housing and IAC payments of the insider payments report for November MOR | 1.5 |
| 12/19/2022 | HSB | Review Purdue financial info in connection with MOR prepared by L.Gong (AlixPartners) | 0.6 |
| 12/20/2022 | HSB | Review Purdue MOR prepared by L.Gong (AlixPartners) | 0.8 |
| 12/20/2022 | LG | Combine all data for draft November 2022 MOR | 2.3 |
| 12/20/2022 | LG | Prepare the draft version of November 2022 MOR | 2.6 |
| 12/20/2022 | LG | Update the bank balances for November 2022 MOR | 1.9 |
| 12/20/2022 | LG | Update the cash activity and cash schedule for November 2022 MOR | 2.2 |
| 12/20/2022 | LG | Update the compensation and T&E reimbursements of the insider payments report for November MOR | 1.0 |
| 12/20/2022 | LG | Update the indemnification of the insider payments report for November MOR | 0.5 |
| 12/21/2022 | JD | Review and provide comments on the draft November MOR before: providing to management | 0.5 |
| 12/21/2022 | LG | Revise the draft version of November 2022 MOR | 0.8 |
| **Total Professional Hours** | | | **19.5** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:           U. S. Trustee / Court Reporting Requirements
Code:         20000191P00001.1.5

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,085 | 0.5 | | 542.50 |
| Harsimrat Bhattal | $880 | 1.4 | | 1,232.00 |
| Limi Gong | $555 | 17.6 | | 9,768.00 |
| **Total Professional Hours and Fees** | | **19.5** | **$** | **11,542.50** |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Business Analysis & Operations
Code:      20000191P00001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/01/2022 | DK | Call with R. Aurand and D. Kelsall (both AlixPartners) and E. Nowakowski (Purdue) re: ASC842 and CECL | 0.5 |
| 12/01/2022 | DK | Review o.s diligence and analysis for call with R Aurand and  E. Nowakowski (Purdue) re: ASC842 and CECL | 0.3 |
| 12/01/2022 | DAS | Call with D. Sax and H. Bhattal (all AlixPartners) re: strategic analysis. | 0.8 |
| 12/01/2022 | HSB | Call with D. Sax and H. Bhattal (all AlixPartners) re: strategic analysis. | 0.8 |
| 12/01/2022 | HSB | Call among R. Aleali (Purdue), J. DelConte, H. Bhattal, and L. Gong (both AlixPartners)  re: professional fee review | 0.3 |
| 12/01/2022 | HSB | Review draft of Purdue board presentation | 0.4 |
| 12/01/2022 | HSB | Review Rhodes financial information in connection with request from Purdue management | 0.4 |
| 12/01/2022 | HSB | Review Purdue financial info in connection with analysis requested by Purdue management | 0.7 |
| 12/01/2022 | HSB | Review Purdue financial forecasts in connection with ongoing analysis | 1.1 |
| 12/01/2022 | JD | Call among R. Aleali (Purdue), J. DelConte, H. Bhattal, and L. Gong (both AlixPartners)  re: professional fee review | 0.3 |
| 12/01/2022 | JD | Review correspondence from management and Skadden re: government diligence requests | 0.3 |
| 12/01/2022 | JD | Begin review of 2023 budget and long-term plan slides | 1.2 |
| 12/01/2022 | LG | Call among R. Aleali (Purdue), J. DelConte, H. Bhattal, and L. Gong (both AlixPartners)  re: professional fee review | 0.3 |
| 12/01/2022 | LG | Check the financial data for October 2022 monthly Flash Report | 2.2 |
| 12/01/2022 | LG | Prepare the deck for October 2022 monthly Flash Report | 2.5 |
| 12/01/2022 | RA | Call with R. Aurand and D. Kelsall (both AlixPartners) and E. Nowakowski (Purdue) re: ASC842 and CECL | 0.5 |
| 12/02/2022 | DK | Call with R. Aurand and D. Kelsall (both AlixPartners) re: amendments to the ASC842 deliverable to E. Nowakowski (Purdue) | 0.4 |
| 12/02/2022 | DK | Review 842 analysis for the Company prior to issuing deliverable to E. Nowakowski (Purdue) | 0.8 |
| 12/02/2022 | DAS | Review and update strategic analysis per comments from the team. | 1.6 |
| 12/02/2022 | HSB | Call with H. Bhattal and L. Gong (both AlixPartners) re: Rhodes sales data | 0.1 |
| 12/02/2022 | HSB | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy (all Purdue), J. Park, C. Lee, M. Bagatini (all PJT), M. Gibson, A. Frizzo, C. Yuh, R. Schlossberg, B. VanKan (all Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue business operations | 0.3 |
| 12/02/2022 | HSB | Review draft of Purdue board presentation in connection with upcoming Purdue board meeting | 0.8 |
| 12/02/2022 | HSB | Review Purdue financial forecasts prepared by Purdue management | 1.2 |
| 12/02/2022 | HSB | Review Purdue financial information prepared by Purdue management in connection with ongoing analysis | 1.6 |
| 12/02/2022 | JN | Review Rhodes business plan update materials | 0.4 |
| 12/02/2022 | JD | Correspondence with Purdue HR re: upcoming incentive compensation payments | 0.3 |
| 12/02/2022 | LG | Call with H. Bhattal and L. Gong (both AlixPartners) re: Rhodes sales data | 0.1 |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:      Business Analysis & Operations
Code:    20000191P00001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/02/2022 | LG | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy (all Purdue), J. Park, C. Lee, M. Bagatini (all PJT), M. Gibson, A. Frizzo, C. Yuh, R. Schlossberg, B. VanKan (all Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue business operations | 0.3 |
| 12/02/2022 | RA | Call with R. Aurand and D. Kelsall (both AlixPartners) re: amendments to the ASC842 deliverable to E. Nowakowski (Purdue) | 0.4 |
| 12/02/2022 | RA | Prepare ASC 842 Disclosure tables for client | 1.8 |
| 12/02/2022 | RA | Model update to account for client monthly updating | 3.6 |
| 12/05/2022 | HSB | Review excel analysis prepared by L.Gong (AlixPartners) in response to request from Purdue management | 0.3 |
| 12/05/2022 | HSB | Review Purdue analysis prepared by D.Sax (AlixPartners) in connection with ongoing requests from management | 0.8 |
| 12/05/2022 | HSB | Review Purdue financial forecasts prepared by L.Gong (AlixPartners) | 1.7 |
| 12/05/2022 | HSB | Review Purdue financial forecasts prepared by Purdue management | 1.6 |
| 12/05/2022 | JD | Initial review and comments on the draft finance Board slides for Thursday's board meeting. | 1.3 |
| 12/05/2022 | JD | Prepare outline of Purdue strategic analysis to share: with Purdue operations team. | 1.5 |
| 12/05/2022 | JD | Review and provide comments on our final slides for Thursday's board meeting. | 0.5 |
| 12/05/2022 | JD | Review updated payment analysis from Purdue HR | 0.2 |
| 12/05/2022 | LTN | Review RP operating expense model and update the consolidated 2023 budget | 2.1 |
| 12/05/2022 | LTN | Revise COGS data based on the latest data from Purdue finance. | 1.6 |
| 12/06/2022 | HSB | Review draft of Purdue board presentation prepared by Purdue management | 1.6 |
| 12/06/2022 | HSB | Review revised Purdue business plan forecasts prepared by Purdue management | 1.8 |
| 12/07/2022 | HSB | Call with H. Bhattal and L. Gong (both AlixPartners) re: diligence requests | 0.2 |
| 12/07/2022 | HSB | Review draft of Purdue business plan prepared by Purdue management | 1.7 |
| 12/07/2022 | HSB | Review draft of Purdue financial analysis prepared by D.Sox (AlixPartners) in connection with upcoming board meeting | 1.6 |
| 12/07/2022 | HSB | Review Purdue financial forecasts prepared by Purdue management | 1.2 |
| 12/07/2022 | LG | Call with H. Bhattal and L. Gong (both AlixPartners) re: diligence requests | 0.2 |
| 12/08/2022 | DK | Work on diligence request and updates | 0.3 |
| 12/08/2022 | HSB | Attend Purdue Board meeting with Board members, L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) | 6.0 |
| 12/08/2022 | HSB | Review Purdue board materials prepared by Purdue management | 0.7 |
| 12/08/2022 | JD | Attend Purdue Board meeting with Board members, L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) | 6.0 |
| 12/08/2022 | LTN | Continue to update Rhodes operating expense section in the consolidated 2023 budget | 2.0 |
| 12/08/2022 | LJD | Attend Purdue Board meeting with Board members, L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) | 5.7 |
| 12/09/2022 | DK | Communication with E. Nowakowski (Purdue) and R. Aurand and H. Bhattal (both AlixPartners) re: ASC 842 | 0.3 |
| 12/09/2022 | HSB | Call with H. Bhattal and L. Gong (both AlixPartners) to discuss Purdue diligence documents | 0.1 |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Business Analysis & Operations
Code:      20000191P00001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/09/2022 | HSB | Attend call with B. Weingarten, R. Aleali, K. McCarthy, K. Darragh (all Purdue), A. Frizzo, C. Yuh (both Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue business operations | 0.8 |
| 12/09/2022 | HSB | Call with H. Bhattal and J. DelConte (both AlixPartnrs) re: strategic options | 0.5 |
| 12/09/2022 | HSB | Discussion with T. Melvin (PJT), T. Ronan (Purdue), J. DelConte, H. Bhattal (both AlixPartners) and Intralinks re: contract renewal | 0.4 |
| 12/09/2022 | HSB | Review Purdue financial forecasts prepared by Purdue management in connection with ongoing analysis | 1.6 |
| 12/09/2022 | HSB | Review Purdue financial info prepared by Purdue management in connection with Project Sequoia | 1.3 |
| 12/09/2022 | JD | Call with H. Bhattal and J. DelConte (both AlixPartnrs) re: strategic options | 0.5 |
| 12/09/2022 | JD | Discussion with T. Melvin (PJT), T. Ronan (Purdue), J. DelConte, H. Bhattal (both AlixPartners) and Intralinks re: contract renewal | 0.4 |
| 12/09/2022 | JD | Call with R. Aleali (Purdue) re: board meeting follow up | 0.3 |
| 12/09/2022 | LTN | Review the latest Dec board deck and revise the consolidated 2023 budget | 2.2 |
| 12/09/2022 | LTN | Start updating RP balance sheet section in the consolidated 2023 budget | 2.1 |
| 12/09/2022 | LTN | Update Rhodes Gross profit at SKUs level in the consolidated 2023 budget | 1.8 |
| 12/09/2022 | LTN | Update Rhodes Net sales at SKUs level in the consolidated 2023 budget | 2.4 |
| 12/09/2022 | LG | Call with H. Bhattal and L. Gong (both AlixPartners) to discuss Purdue diligence documents | 0.1 |
| 12/09/2022 | LG | Attend call with B. Weingarten, R. Aleali, K. McCarthy, K. Darragh (all Purdue), A. Frizzo, C. Yuh (both Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue business operations | 0.8 |
| 12/09/2022 | LG | Continue to prepare the deck for October 2022 monthly Flash Report | 2.4 |
| 12/11/2022 | ADD | Download data from SAP accounting system and compile liabilities subject to compromise report for November month end | 2.4 |
| 12/11/2022 | JD | Call with R. Aleali, M. Kesselman and others (all Purdue) re: prep call for upcoming creditor meeting. | 1.2 |
| 12/11/2022 | JD | Review draft PHI progress presentation in advance of meeting with creditors | 0.5 |
| 12/11/2022 | JD | Review final compensation details in advance of payments going out at request of Purdue HR. | 0.2 |
| 12/12/2022 | DK | ASC 842 emails with E. Nowakowski (Purdue) | 0.2 |
| 12/12/2022 | DAS | Call with J. DelConte, H. Bhattal and D. Sax (all AlixPartners) re: strategic analysis request from T. Ronan (Purdue) | 0.6 |
| 12/12/2022 | HSB | Call with J. DelConte, H. Bhattal and D. Sax (all AlixPartners) re: strategic analysis request from T. Ronan (Purdue) | 0.6 |
| 12/12/2022 | HSB | Prepare excel analysis requested by Purdue management | 1.3 |
| 12/12/2022 | HSB | Review Purdue financial model prepared by K.McCafferty (AlixPartners) in connection with ongoing analysis | 1.7 |
| 12/12/2022 | JD | Call with J. DelConte, H. Bhattal and D. Sax (all AlixPartners) re: strategic analysis request from T. Ronan (Purdue) | 0.6 |
| 12/12/2022 | JD | Call with R. Aleali (Purdue) re: follow up to earlier PHI meeting. | 0.5 |
| 12/12/2022 | JD | Call with R. Aleali (Purdue), M. Linder, E. Vonnegut, D. Consla (all Davis Polk) re: compensation programs | 0.5 |
| 12/12/2022 | JD | Correspondence with Davis Polk and AlixPartners' team re: opioid tax payments | 0.3 |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Business Analysis & Operations
Code:      20000191P00001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/12/2022 | JD | Correspondence with Purdue legal re: professional fee payments | 0.3 |
| 12/12/2022 | LG | Prepare documents for Purdue business operations requested by Purdue management | 2.7 |
| 12/13/2022 | HSB | Prepare email communications to Purdue management in connection with ongoing analysis | 0.2 |
| 12/13/2022 | HSB | Review and analyzed Purdue financial forecasts prepared by Purdue management | 1.6 |
| 12/13/2022 | HSB | Review professional fee summary prepared by L.Gong (AlixPartners) | 0.2 |
| 12/13/2022 | HSB | Review Purdue financial info prepared by L.Gong (AlixPartners) in response to request from Purdue management | 0.6 |
| 12/13/2022 | HSB | Review Purdue financial info prepared by Purdue management in connection with Project Sequoia | 1.7 |
| 12/13/2022 | HSB | Update excel analysis requested by Purdue management | 0.3 |
| 12/13/2022 | JD | Call with B. Weingarten and T. Ronan (both Purdue) re: corporate scorecard | 0.5 |
| 12/13/2022 | JD | Review and provide comments on the analysis of professional fee spend put together by H. Bhattal and L. Gong (both AlixPartners). | 0.3 |
| 12/13/2022 | LG | Continue to work on documents for Purdue business operations requested by Purdue management | 2.5 |
| 12/14/2022 | DK | ASC 842 analysis review | 0.3 |
| 12/14/2022 | HSB | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee, M. Bagatini (all PJT), M. Gibson, A. Frizzo, C. Yuh (all Skadden), H. Bhattal and L. Gong (both AlixPartners) re: Purdue business operations | 0.5 |
| 12/14/2022 | HSB | Call with T. Ronan, D. Maguire, J. Carlisle and (all Purdue) to discuss strategic analysis | 0.4 |
| 12/14/2022 | HSB | Prepare email communications to Purdue management in connection with Purdue case related matters | 0.2 |
| 12/14/2022 | HSB | Review Purdue financial forecasts prepared by L.Gong (AlixPartners) | 0.8 |
| 12/14/2022 | HSB | Review Purdue financial info requested by Purdue management | 1.6 |
| 12/14/2022 | HSB | Review Rhodes weekly sales report prepared by L.Gong (AlixPartners) | 0.2 |
| 12/14/2022 | JD | Call with T. Melvin (PJT) re: creditor update call | 0.3 |
| 12/14/2022 | LG | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee, M. Bagatini (all PJT), M. Gibson, A. Frizzo, C. Yuh (all Skadden), H. Bhattal and L. Gong (both AlixPartners) re: Purdue business operations | 0.5 |
| 12/14/2022 | LG | Revise the deck for October 2022 monthly Flash Report | 2.3 |
| 12/15/2022 | HSB | Call with L. Nguyen and H. Bhattal (both AlixPartners) re: financial forecasts. | 0.7 |
| 12/15/2022 | HSB | Call with L. Szlezinger, K. Sheridan and others (all Jefferies), M. Diaz, B. Bromberg (both FTI), M. Atkinson, E. Min (both Province), G. Coutts, A. Benjamin (both Houlihan), R. Schnitzler, T. Melvin (both PJT), J. DelConte (partial) and H. Bhattal (both AlixPartners) re: Project Sequoia | 0.7 |
| 12/15/2022 | HSB | Review Purdue financial analysis prepared by PJT in response to request from Purdue management | 1.2 |
| 12/15/2022 | HSB | Review Purdue financial info in connection with analysis requested by Purdue management | 1.6 |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431


Re:        Business Analysis & Operations
Code:      20000191P00001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/15/2022 | HSB | Review Purdue financial information prepared by Purdue management in connection with Project Sequoia | 0.7 |
| 12/15/2022 | JD | Call with L. Szlezinger, K. Sheridan and others (all Jefferies), M. Diaz, B. Bromberg (both FTI), M. Atkinson, E. Min (both Province), G. Coutts, A. Benjamin (both Houlihan), R. Schnitzler, T. Melvin (both PJT), J. DelConte (partial) and H. Bhattal (both AlixPartners) re: Project Sequoia | 0.6 |
| 12/15/2022 | JD | Call with R. Aleali (Purdue) re: Project Sequoia. | 0.4 |
| 12/15/2022 | JD | Discussion with B. Steele (Kroll) re: professional fee forecast | 0.3 |
| 12/15/2022 | LTN | Call with L. Nguyen and H. Bhattal (both AlixPartners) re: financial forecasts. | 0.7 |
| 12/15/2022 | LG | Call with C. Yuh (Skadden) to discuss documents for Purdue due diligence request | 0.4 |
| 12/15/2022 | LG | Continue to prepare documents for Purdue due diligence request | 2.7 |
| 12/15/2022 | LG | Prepare documents for Purdue due diligence request | 2.5 |
| 12/16/2022 | HSB | Call among B. Weingarten, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee (both PJT), A. Frizzo (Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue due diligence documents | 0.7 |
| 12/16/2022 | HSB | Call with R. Schnitzler, T. Melvin, C. Fletcher (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: strategic planning. | 0.6 |
| 12/16/2022 | HSB | Review Rhodes equipment sale agreement | 0.2 |
| 12/16/2022 | HSB | Review Purdue financial forecast prepared by L.Gong (AlixPartners) | 0.7 |
| 12/16/2022 | HSB | Review Purdue financial info in connection with Project Sequoia | 1.1 |
| 12/16/2022 | HSB | Review financial info received from Purdue operations in connection with ongoing analysis requested by Purdue management | 1.2 |
| 12/16/2022 | JD | Call with R. Schnitzler, T. Melvin, C. Fletcher (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: strategic planning. | 0.6 |
| 12/16/2022 | JD | Correspondence with Purdue legal re: year-end professional fee payments | 0.1 |
| 12/16/2022 | LTN | Correspondence with E. Nowakowski (Purdue) re: data requests | 0.7 |
| 12/16/2022 | LTN | Review and start updating Purdue balance sheet section in the consolidated 2023 budget | 3.1 |
| 12/16/2022 | LG | Call among B. Weingarten, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee (both PJT), A. Frizzo (Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue due diligence documents | 0.7 |
| 12/19/2022 | DK | Prepare ASC 842 and CECL analysis | 0.6 |
| 12/19/2022 | HSB | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee, M. Bagatini, R. Schnitzler (all PJT), M. Gibson, A. Frizzo, C. Yuh (all Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: due diligence documents | 0.4 |
| 12/19/2022 | HSB | Review Purdue financial forecast prepared by L.Gong (AlixPartners) | 1.4 |
| 12/19/2022 | HSB | Review Purdue financial info in connection with Project Sequoia | 0.8 |
| 12/19/2022 | HSB | Review Purdue financial report prepared by Purdue management in connection with communications with Creditors | 1.4 |
| 12/19/2022 | HSB | Review Purdue monthly report prepared by L.Gong (AlixPartners) | 1.2 |
| 12/19/2022 | JD | Call with R. Aleali (Purdue) re: Project Sequoia | 0.3 |
| 12/19/2022 | JD | Call with T. Ronan (Purdue) re: cash management options and strategic analysis | 0.3 |
| 12/19/2022 | JD | Review latest filed professional fee invoices | 0.3 |
| 12/19/2022 | JD | Update HR tracking file for revisions from Purdue HR | 0.3 |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Business Analysis & Operations
Code:      20000191P00001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/19/2022 | LG | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee, M. Bagatini, R. Schnitzler (all PJT), M. Gibson, A. Frizzo, C. Yuh (all Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: due diligence documents | 0.4 |
| 12/20/2022 | HSB | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee, M. Bagatini (all PJT), M. Gibson, A. Frizzo, C. Yuh (all Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue due diligence discussion | 0.3 |
| 12/20/2022 | HSB | Review Purdue financial forecasts in connection with ongoing analysis | 1.3 |
| 12/20/2022 | HSB | Review Purdue financial info prepared by Purdue management in connection with business plan update | 1.3 |
| 12/20/2022 | LG | Call among B. Weingarten, T. Ronan, R. Aleali, K. McCarthy, K. Darragh (all Purdue), J. Park, C. Lee, M. Bagatini (all PJT), M. Gibson, A. Frizzo, C. Yuh (all Skadden), H. Bhattal, and L. Gong (both AlixPartners) re: Purdue due diligence discussion | 0.3 |
| 12/20/2022 | LJD | Call with J. Dubel (board member) re: 2023 planning. | 0.3 |
| 12/21/2022 | HSB | Call with T. Melvin, R. Schnitzler, C. Fletcher (all PJT), R. Aleali, T. Ronan and others (all Purdue), J. DelConte and H. Bhattal (both AlixPartners) re: business development opportunity | 0.4 |
| 12/21/2022 | HSB | Review emails from Purdue management re: Project Sequoia | 0.2 |
| 12/21/2022 | HSB | Review financial model prepared by Purdue management in connection with ongoing business planning | 1.6 |
| 12/21/2022 | HSB | Review Purdue analysis prepared by PJT in connection with requests from Purdue management | 0.8 |
| 12/21/2022 | HSB | Review Purdue financial forecasts prepared by L.Gong (AlixPartners) | 0.7 |
| 12/21/2022 | HSB | Review Purdue financial info per request from Purdue management | 2.2 |
| 12/21/2022 | JD | Call with T. Melvin, R. Schnitzler, C. Fletcher (all PJT), R. Aleali, T. Ronan and others (all Purdue), J. DelConte and H. Bhattal (both AlixPartners) re: business development opportunity | 0.4 |
| 12/21/2022 | JD | Correspondence with Purdue finance re: year-end professional fee payments | 0.2 |
| 12/21/2022 | JD | Review and provide comments on the latest monthly flash report prior to providing to creditor advisors | 0.7 |
| 12/21/2022 | LG | Update Purdue weekly sales report week ended 12.02 | 1.3 |
| 12/22/2022 | HSB | Review Purdue analysis prepared by PJT | 1.1 |
| 12/22/2022 | HSB | Review Purdue business plan details in connection with review of Purdue financial forecasts | 1.7 |
| 12/22/2022 | HSB | Review Purdue financial info emailed by Purdue management | 1.7 |
| 12/22/2022 | JD | Correspondence with Purdue legal re: professional fee payments | 0.3 |
| 12/22/2022 | LG | Prepare the deck for November 2022 monthly Flash Report | 2.0 |
| 12/22/2022 | LG | Update the financial data for November 2022 monthly Flash Report | 2.1 |
| 12/23/2022 | HSB | Call with L. Donahue, J. DelConte and H. Bhattal (all AlixPartners) re: analysis requested by the board | 0.6 |
| 12/23/2022 | HSB | Review Purdue financial forecasts in connection with updates to cash flow | 1.8 |
| 12/23/2022 | HSB | Review Purdue financial report in connection with monthly reporting requirements | 0.3 |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Business Analysis & Operations
Code:      20000191P00001.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/23/2022 | JD | Call with L. Donahue, J. DelConte and H. Bhattal (all AlixPartners) re: analysis requested by the board | 0.6 |
| 12/23/2022 | LJD | Call with L. Donahue, J. DelConte and H. Bhattal (all AlixPartners) re: analysis requested by the board | 0.6 |
| 12/27/2022 | LTN | Update Butrans - Gross to Net Sales base case model to the consolidated 2023 budget | 1.6 |
| 12/27/2022 | LTN | Update Hysinla - Gross to Net Sales base case model to the consolidated 2023 budget | 2.2 |
| 12/27/2022 | LTN | Update OxyContin - Gross to Net Sales base case model to the consolidated 2023 budget | 2.8 |
| 12/27/2022 | LTN | Update Worst case Gross to Net model for all products to the consolidated 2023 budget | 2.7 |
| 12/28/2022 | HSB | Call with L. Donahue, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut (both Davis Polk), J. O'Connell (PJT) re: go forward professional fee forecasts | 0.5 |
| 12/28/2022 | HSB | Prepare email in response to request from Davis Polk | 0.1 |
| 12/28/2022 | HSB | Research Purdue financial info in connection with request from Davis Polk | 0.4 |
| 12/28/2022 | JD | Call with L. Donahue, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut (both Davis Polk), J. O'Connell (PJT) re: go forward professional fee forecasts | 0.5 |
| 12/28/2022 | LTN | Update High case A - Gross to Net section for all product type to the consolidated 2023 budget | 1.5 |
| 12/28/2022 | LTN | Update High case B - Gross to Net section for all product type to the consolidated 2023 budget | 2.0 |
| 12/28/2022 | LTN | Update Low case Gross to Net section for all products to the consolidated 2023 budget | 1.9 |
| 12/28/2022 | LTN | Update Other items section in the consolidated P&L Purdue 2023 long term budget | 2.6 |
| 12/28/2022 | LJD | Call with L. Donahue, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut (both Davis Polk), J. O'Connell (PJT) re: go forward professional fee forecasts | 0.5 |
| 12/29/2022 | LTN | Continue updating the Branded Business P&L model to the consolidated 2023 budget | 3.1 |
| 12/29/2022 | LTN | Update the breaks in the Purdue source model | 2.7 |
| 12/29/2022 | LTN | Start updating the Consolidated Purdue & Rhodes P&L model for the 2023 plan | 2.9 |
| 12/29/2022 | LTN | Update the Branded Business P&L model to the consolidated 2023 budget | 2.6 |
| **Total Professional Hours** | | | **198.5** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Re: | Business Analysis & Operations |
| Code: | 20000191P00001.1.6 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Lisa Donahue | $1,335 | 7.1 | $ | 9,478.50 |
| Jesse DelConte | $1,085 | 23.9 | | 25,931.50 |
| James Nelson | $945 | 0.4 | | 378.00 |
| Daniel A Sax | $945 | 3.0 | | 2,835.00 |
| Harsimrat Bhattal | $880 | 75.1 | | 66,088.00 |
| Daniel Kelsall | $880 | 3.7 | | 3,256.00 |
| Andrew D DePalma | $700 | 2.4 | | 1,680.00 |
| Lan T Nguyen | $555 | 47.3 | | 26,251.50 |
| Limi Gong | $555 | 29.3 | | 16,261.50 |
| Ryan Aurand | $555 | 6.3 | | 3,496.50 |
| **Total Professional Hours and Fees** | | **198.5** | **$** | **155,656.50** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431


Re:         Claims Process
Code:       20000191P00001.1.9

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|--------------------------|-------|
| 12/01/2022 | LG | Continue to update the claims analysis documents | 1.6 |
| **Total Professional Hours** | | | **1.6** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:             Claims Process
Code:           20000191P00001.1.9

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Limi Gong | $555 | 1.6 | 888.00 |
| **Total Professional Hours and Fees** | | **1.6** | **$        888.00** |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:        Retention and Engagement Administration
Code:      20000191P00001.1.12

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/13/2022 | JD | Correspondence with AlixPartners' team and T. Ronan (Purdue) re: updated rate card | 0.2 |
| 12/15/2022 | JD | Review details on various parties in interest | 0.2 |
| **Total Professional Hours** | | | **0.4** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:             Retention and Engagement Administration
Code:           20000191P00001.1.12

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jesse DelConte | $1,085 | 0.4 | 434.00 |
| **Total Professional Hours and Fees** | | **0.4** | **$            434.00** |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:         Fee Statements and Fee Applications
Code:       20000191P00001.1.13

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 12/01/2022 | LMB | Prepare Monthly Fee Statement, supporting schedules and exhibits (October 2022) | 1.0 |
| 12/01/2022 | LMB | Analyze professional fees for 38th Monthly Fee Statement (October 2022) | 1.2 |
| 12/02/2022 | LMB | Prepare 38th Monthly Fee Statement, supporting schedules and exhibits | 1.2 |
| 12/04/2022 | LMB | Continue preparation of 38th Monthly Fee Statement, supporting schedules and exhibits (October 2022) | 1.0 |
| 12/05/2022 | JD | Final review of October fee statement | 0.3 |
| 12/05/2022 | LMB | Finalize 38th Monthly Fee Statement (October 2022), supporting schedules and exhibits | 0.2 |
| 12/05/2022 | LMB | Email to M. Pera (AlixPartners) attaching the 38th Monthly Fee Statement (October 2022) | 0.2 |
| 12/14/2022 | LMB | Prepare professional fees for November 2022 monthly fee statement | 1.0 |
| 12/15/2022 | LMB | Prepare professional fees for November 2022 monthly fee statement | 2.2 |
| 12/16/2022 | LMB | Prepare professional fees for November 2022 monthly fee statement | 2.2 |
| 12/28/2022 | LMB | Update fee application status chart | 0.4 |
| **Total Professional Hours** | | | **10.9** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:                        Fee Statements and Fee Applications
Code:                      20000191P00001.1.13

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,085 | 0.3 | $ | 325.50 |
| Lisa Marie Bonito | $475 | 10.6 | | 5,035.00 |
| **Total Professional Hours and Fees** | | **10.9** | **$** | **5,360.50** |

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:           Travel
Code:         20000191P00001.1.17

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 12/01/2022 | DAS | Travel to Client Site | 4.5 |
| **Total Professional Hours** | | | **4.5** |

**AlixPartners**

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Re:                    Travel
Code:                  20000191P00001.1.17

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Daniel A Sax | $945 | 4.5 | $ | 4,252.50 |
| **Total Professional Hours and Fees** | | **4.5** | **$** | **4,252.50** |
| Less 50% Travel | | | | (2,126.25) |
| **Total Professional Fees** | | | **$** | **2,126.25** |

# **Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

**Alix**Partners

Terrence Ronan, Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle, Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:         Expenses
Code:       20000191P00001.1.18

| DATE | DESCRIPTION OF EXPENSES | AMOUNT |
|------|-------------------------|--------|
| 12/01/2022 | December 2022 Hosting Fees | $78,642.00 |
| 12/01/2022 | Car Rental Daniel Sax 2 Days White Plains, NY | 165.83 |
| 12/01/2022 | Individual Meal - Daniel Sax - Dinner | 43.25 |
| 12/01/2022 | Individual Meal - Daniel Sax - Breakfast | 14.51 |
| 12/01/2022 | Taxi/Car Service Daniel Sax Ord to Home | 98.11 |
| 12/01/2022 | Individual Meal - Daniel Sax - Breakfast | 20.00 |
| | | $ 78,983.70 |

## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | EXPENSE |
|---|---|
| Ground Transportion | $ 98.11 |
| Meals | 77.76 |
| Rental Car | 165.83 |
| Hosting Fees | 78,642.00 |
| **Total Expenses** | **$ 78,983.70** |