Kami E. Quinn
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gilbertlegal.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**THIRTY-NINTH MONTHLY FEE STATEMENT OF GILBERT LLP,**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC**
**COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION**
**CLAIMANTS FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Gilbert LLP |
|---|---|
| Authorized to provide professional services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 (Docket #553) |
| Period for which compensation and reimbursement is sought: | November 1, 2022 through November 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $207,147.60 (80% of $258,934.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $31,178.75 (100%) |
| This is a: | Monthly Fee Statement |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this thirty-ninth monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing December 1, 2022 through December 31, 2022 (the "**Application Period**").

**Itemization of Services Rendered and Expenses Incurred**

1.       Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $258,934.50 in fees during the

Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks reimbursement of 80% of such fees, totaling $207,147.60.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each attorney and paraprofessional who rendered services to the AHC in connection with these chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys during the Application Period is $877.10.  The blended hourly rate of paraprofessionals during the Application Period is $295.90.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP incurred $494.75 in expenses during the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $494.75.

4.      Annexed hereto as **Exhibit D** is the summary of reasonable and necessary expenses incurred by Gilbert LLP for retained consulting experts, which have not yet been paid.  Pursuant to the retention agreements applicable to these consulting experts, Gilbert LLP is not obligated to actually pay the incurred amounts until those expenses have been approved pursuant to the process mandated by the Procedures Order.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks payment for 100% of such expenses, totaling $30,684.00.  Upon receipt, Gilbert LLP will promptly pay the accrued expenses that are approved.

5.      Annexed hereto as **Exhibit E** are the time records of Gilbert LLP for the Application Period, organized by project category with a daily log detailing the time spent by each professional and an itemization of expenses.

## **FILING AND SERVICE**

6.      This Monthly Fee Statement will be filed and served in accordance with the directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

[THE REMAINDER OF THIS PAGE IS INTENTIONAL BLANK]

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $207,147.60 (80% of $258,934.50) and reimbursement of reasonable and necessary expenses incurred in the amount of $31,178.75 (100%), for a total amount of $238,326.35 for the Application Period.

Dated:  February 1, 2023
       Washington, DC

Respectfully submitted,

**GILBERT LLP**

*/s/ Kami E. Quinn*

Kami E. Quinn
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gilbertlegal.com

*Counsel for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.*

**<u>Exhibit A</u>**

**<u>Summary of Services by Category</u>**

### SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A004 | Case Administration | 4.0 | $800.00 |
| A009 | Meetings / Communications with AHC & Creditors | 1.0 | $1,800.00 |
| A015 | Non-Working Travel (Billed @ 50%) | 7.3 | $3,102.50 |
| A020 | Insurance Adversary Proceeding | 320.7 | $253,232.00 |
| | | **333.0** | **$258,934.50** |

**<u>Exhibit B</u>**

**<u>Summary of Compensation by Professional</u>**

| Name of Professional | Position / Year Admitted Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims - 2019 | $1,800 | 2.6 | $4,680.00 |
| Richard Leveridge | Partner / State of New York – 1997<br>District of Columbia – 1981<br>U.S. Court of Appeals for the District of Columbia – 1981<br>U.S. District Court for the District of Columbia – 1982<br>U.S. Supreme Court - 1986<br>U.S. Court of Appeals for the Fourth Circuit - 1988<br>U.S. District Court for the Eastern District of New York – 1988<br>U.S. District Court for the Southern District of New York - 1998<br>U.S. District Court for the District of Maryland – 2000<br>U.S. Court of Appeals for the Second Circuit - 2020 | $1,450 | 44.3 | $64,235.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,450 | 14.9 | $21,605.00 |
| Jason Rubinstein | Partner / State of Maryland – 2006<br>District of Columbia – 2007<br>U.S. District Court for the District of Maryland – 2007<br>U.S. District Court for the District of Columbia – 2011 | $850<br>$425[2] | 65.9<br>7.3 | $56,015.00<br>$3,102.50 |
| Jon Dougherty | Of Counsel / State of New York – 2014<br>U.S. District Court for the Southern District of New York – 2014<br>District of Columbia – 2016<br>U.S. District Court for District of Wisconsin – 2017<br>U.S. Bankruptcy Court for the Southern District of New York – 2022 | $720 | 14.6 | $10,512.00 |
| Mike Rush | Of Counsel / State of Delaware – 2007<br>District of Columbia – 2017 | $700 | 50.5 | $35,350.00 |
| Adam Farra | Associate / State of Maryland – 2011<br>U.S. District Court for the District of Maryland – 2013<br>District of Columbia – 2015<br>U.S. Court of Appeals for the Second Circuit – 2017 | $710 | 2.7 | $1,917.00 |

---

[2] Non-working travel is billed @ 50% of regular hourly rate.

| Name of Professional | Position / Year Admitted Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Sarah Sraders | Associate / State of New York – 2016<br>District of Columbia – 2017 | $660 | 14.5 | $9,570.00 |
| Alison Gaske | Associate / District of Columbia – 2016 | $610 | 48.0 | $29,280.00 |
| Ethan Kaminsky | Associate / State of New York – 2018<br>U.S. Court of Appeals for the Second Circuit – 2018<br>U.S. District Court for the Southern District of New York - 2019<br>Second Circuit Court of Appeals – 2020 | $560 | 7.2 | $4,032.00 |
| December Huddleston | Associate / District of Columbia – 2021 | $475 | 4.1 | $1,947.50 |
| Blair Hubbard | Director of Analytics – Joined firm in 2021 | $425 | 13.2 | $5,610.00 |
| Alyssa Bonesteel | eDiscovery & Policy Review Coordinator– Joined firm in 2018 | $375 | 3.0 | $1,125.00 |
| Sherley Martinez | Paralegal – Joined firm in 2017 | $325 | 3.0 | $975.00 |
| Nick Poz | Paralegal – Joined firm in 2022 | $325 | 10.9 | $3,542.50 |
| Sara Ogrey | Paralegal – Joined firm in 2019 | $240 | 4.4 | $1,056.00 |
| Carmen Turner | Junior Paralegal – Joined firm in 2021 | $200 | 21.9 | $4,380.00 |
| | **Totals** | | | **$258,934.50** |
| | **Attorney Blended Rate** | **$875.80** | | |
| | **Paraprofessional Blended Rate** | **$295.90** | | |

**<u>Exhibit C</u>**

**<u>Summary of Expenses Incurred</u>**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Travel – Meals | $11.75 |
| Travel – Parking | $25.00 |
| Travel – Train Fare | $458.00 |
| **Total** | **$494.75** |

**Exhibit D**

**Summary of Expenses Incurred and Not Yet Paid**

## SUMMARY OF EXPENSES INCURRED BUT NOT YET PAID

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Insurance Consulting Expert A | $30,684.00 |
| **Total** | **$30,684.00** |

**Exhibit E**

**Time and Expense Detail**



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

January 23, 2023

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Invoice Number:   11329197
Client Number:        1599
Tax ID:       52-2283869

---

**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2022**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 258,934.50 | 494.75 | 259,429.25 |
| **Total** | **258,934.50** | **494.75** | **259,429.25** |

|  |  |
|---|---|
| TOTAL FEES | $ 258,934.50 |
| TOTAL EXPENSES | $ 494.75 |
| **TOTAL FEES AND EXPENSES** | **$ 259,429.25** |



**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2022**

**Purdue Bankruptcy**

### A004:  Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Turner, C. | 12/01/22 | Review court docket re recently filed insurance-related pleadings. | .40 | 80.00 |
| Turner, C. | 12/05/22 | Review court docket for recently filed insurance-related pleadings. | 1.10 | 220.00 |
| Turner, C. | 12/12/22 | Review court docket for recently filed insurance-related pleadings. | 1.00 | 200.00 |
| Turner, C. | 12/19/22 | Review court docket re recently filed insurance-related pleadings. | 1.50 | 300.00 |
| | | **Project Total:** | **4.00** | **$ 800.00** |

### A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/06/22 | Confer with Ad Hoc Committee working group re status and strategy. | .50 | 900.00 |
| Gilbert, S. | 12/20/22 | Confer with Ad Hoc Committee working group re strategy. | .50 | 900.00 |
| | | **Project Total:** | **1.00** | **$ 1,800.00** |

### A015:  Non-Working Travel (Billed @ 50%)

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Rubinstein, J. | 12/01/22 | Travel from Washington DC to Stamford, CT (roundtrip) for deposition preparation meeting. | 7.30 | 3,102.50 |
| | | **Project Total:** | **7.30** | **$ 3,102.50** |

Invoice Number: 11329197
January 23, 2023

## A020:  Insurance Adversary Proceeding

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Rubinstein, J. | 12/01/22 | Meet with co-counsel and Deponent #6 in preparation for deposition (4.5); review materials in preparation for Deponent #6 deposition preparation meeting (3.0). | 7.50 | 6,375.00 |
| Rush, M. | 12/01/22 | Meet with Deponent #6 to prepare for deposition. | 4.50 | 3,150.00 |
| Rush, M. | 12/01/22 | Review documents in preparation for Deponent #6 deposition. | 1.00 | 700.00 |
| Gaske, A. | 12/01/22 | Confer with S. Sraders re Issue #52. | .40 | 244.00 |
| Gaske, A. | 12/01/22 | Review prior analysis re Issue #52. | .40 | 244.00 |
| Leveridge, R. | 12/01/22 | Communicate with counsel for Deponent #13 (0.8); communicate with co-counsel re Deponent #6 (0.4). | 1.20 | 1,740.00 |
| Leveridge, R. | 12/01/22 | Revise task list for Consulting Expert A (0.4); communicate with Consulting Expert A re same (0.2). | .60 | 870.00 |
| Ogrey, S. | 12/01/22 | Review and organize additional documents in preparation for Deponent #6 deposition. | .10 | 24.00 |
| Sraders, S. | 12/01/22 | Confer with A. Gaske re Issue #52. | .40 | 264.00 |
| Sraders, S. | 12/01/22 | Analyze policies re Issue #52. | .60 | 396.00 |
| Kaminsky, E. | 12/01/22 | Revise memorandum re Issue #51. | 3.20 | 1,792.00 |
| Poz, N. | 12/01/22 | Communicate with Veritext re Deponents #1, #2 and #3 depositions. | .20 | 65.00 |
| Shore, R. | 12/02/22 | Draft outline re litigation strategy. | 1.50 | 2,175.00 |
| Rubinstein, J. | 12/02/22 | Review communications with Consulting Expert A re analysis (0.3); confer with R. Leveridge re deposition coverage (0.2); analysis re claim data (0.3); review discovery correspondence (0.3). | 1.10 | 935.00 |
| Rush, M. | 12/02/22 | Continue reviewing documents in preparation for Deponent #6 deposition. | 4.10 | 2,870.00 |
| Leveridge, R. | 12/02/22 | Communicate with co-counsel re deposition of Deponent #7 (0.3); review communications from counsel for Deponent #7 (0.7); communicate with J. Rubinstein re preparation of deposition of Deponent #6 (0.2). | 1.20 | 1,740.00 |
| Leveridge, R. | 12/02/22 | Review communications with Consulting Expert A re materials. | .40 | 580.00 |
| Sraders, S. | 12/02/22 | Analyze Issue #52. | 1.90 | 1,254.00 |
| Sraders, S. | 12/02/22 | Analyze amended answer from AIGLIC. | .90 | 594.00 |
| Turner, C. | 12/02/22 | Finalize reviewing and organizing Deponent #1 materials. | .30 | 60.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Huddleston, D. | 12/02/22 | Factual research in support of upcoming depositions. | 2.70 | 1,282.50 |
| Poz, N. | 12/02/22 | Communicate with Veritext re Deponents #1, #2 and #3 depositions. | .20 | 65.00 |
| Shore, R. | 12/05/22 | Confer with R. Leveridge and J. Rubinstein re status, strategy, next steps. | 1.40 | 2,030.00 |
| Shore, R. | 12/05/22 | Review R. Leveridge comments on A. Gaske letter re Issue #45. | .30 | 435.00 |
| Rubinstein, J. | 12/05/22 | Confer with R. Shore and R. Leveridge re strategy and open tasks (1.4); communicate with J. Dougherty re Rule 30(b)(6) deficiency letter status (0.2); communicate with M. Rush re Insurer #25 discovery letter (0.1); communicate with co-counsel re deposition tracking chart (0.2); review AIGLIC amended answer (0.8); review discovery correspondence (0.3); correspond with R. Leveridge re Consulting Expert A analysis (0.3); analysis re Navigators' amended answer (0.3); review co-counsel edits to Rule 30(b)(6) position statements (0.3). | 3.90 | 3,315.00 |
| Rush, M. | 12/05/22 | Review documents in preparation for deposition of Deponent #6. | 1.50 | 1,050.00 |
| Rush, M. | 12/05/22 | Draft letter to Insurer #25 re discovery deficiencies. | .80 | 560.00 |
| Gaske, A. | 12/05/22 | Revise and resend policy stipulation for Navigators. | .50 | 305.00 |
| Gaske, A. | 12/05/22 | Review email from S. Sraders re Issue #52. | .20 | 122.00 |
| Leveridge, R. | 12/05/22 | Confer with R. Shore and J. Rubinstein re status of outstanding legal research projects, discovery, and related matters. | 1.40 | 2,030.00 |
| Leveridge, R. | 12/05/22 | Review legal memorandums on a number of outstanding topics. | 2.20 | 3,190.00 |
| Leveridge, R. | 12/05/22 | Listen to podcast re prescribing of opioids. | .50 | 725.00 |
| Leveridge, R. | 12/05/22 | Confer with Consulting Expert A re materials. | .90 | 1,305.00 |
| Leveridge, R. | 12/05/22 | Communicate with co-counsel re offensive discovery issues. | .60 | 870.00 |
| Leveridge, R. | 12/05/22 | Begin review of materials for deposition of Deponent #7. | .60 | 870.00 |
| Turner, C. | 12/05/22 | Review and organize insurers' answers and affirmative defenses. | 1.00 | 200.00 |
| Hubbard, B. | 12/05/22 | Review and organize materials for meeting with Consulting Expert A. | 5.20 | 2,210.00 |
| Hubbard, B. | 12/05/22 | Confer with Consulting Expert A re data access. | .90 | 382.50 |
| Poz, N. | 12/05/22 | Organize transcripts and exhibits re Deponents #1 and #2. | .60 | 195.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Dougherty, J. | 12/05/22 | Revise draft letter re meet-and-confer re parties' positions on Rule 30(b)(6) deposition topics. | 3.30 | 2,376.00 |
| Dougherty, J. | 12/05/22 | Review and comment on revised draft of memorandum re Issue #53. | 1.10 | 792.00 |
| Shore, R. | 12/06/22 | Confer with R. Leveridge and J. Rubinstein re case strategy (0.3); outline strategy memorandum for client (0.4). | .70 | 1,015.00 |
| Shore, R. | 12/06/22 | Communicate with S. Sraders re Issue #52. | .10 | 145.00 |
| Rubinstein, J. | 12/06/22 | Confer with R. Shore and R. Leveridge re case strategy (0.3); review correspondence with Consulting Expert A (0.2); confer with S. Sraders re depositions (0.2); confer with J. Dougherty re Rule 30(b)(6) letter (0.2); revise next steps analysis for discussion with S. Gilbert, R. Shore, and R. Leveridge (0.6); revise discovery letter to Insurer #25 (1.1). | 2.60 | 2,210.00 |
| Rush, M. | 12/06/22 | Draft letter to Insurer #25 re discovery deficiencies. | .70 | 490.00 |
| Gaske, A. | 12/06/22 | Confer with S. Sraders re analysis of Issue #52. | .80 | 488.00 |
| Gaske, A. | 12/06/22 | Draft memorandum re Issue #67. | 3.30 | 2,013.00 |
| Gaske, A. | 12/06/22 | Analyze Issue #52. | .30 | 183.00 |
| Leveridge, R. | 12/06/22 | Confer with R. Shore and J. Rubinstein re status of litigation (0.3); draft outline for report to client (2.9). | 3.20 | 4,640.00 |
| Ogrey, S. | 12/06/22 | Revise letter to Insurer #25 re deficiencies in production. | 2.60 | 624.00 |
| Sraders, S. | 12/06/22 | Confer with J. Rubinstein re next steps re depositions. | .20 | 132.00 |
| Sraders, S. | 12/06/22 | Analysis re Issue #52 (0.8); confer with A. Gaske re same (0.8); communicate with R. Shore re same (0.1). | 1.70 | 1,122.00 |
| Kaminsky, E. | 12/06/22 | Draft memorandum re Issue #51. | 1.30 | 728.00 |
| Turner, C. | 12/06/22 | Review documents re Consulting Expert A engagement. | .30 | 60.00 |
| Turner, C. | 12/06/22 | Review and organize materials from Consulting Expert A. | .90 | 180.00 |
| Hubbard, B. | 12/06/22 | Prepare additional materials for Consulting Expert A review. | .80 | 340.00 |
| Hubbard, B. | 12/06/22 | Communicate with Consulting Expert A re materials. | .40 | 170.00 |
| Poz, N. | 12/06/22 | Review discovery responses as relates to letter to insurers re Rule 30(b)(6) depositions. | 1.20 | 390.00 |
| Dougherty, J. | 12/06/22 | Confer with J. Rubinstein re revisions to draft letter memorializing meet-and-confer re parties' positions on Rule 30(b)(6) deposition topics. | .20 | 144.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Dougherty, J. | 12/06/22 | Revise draft letter memorializing meet-and-confer re Rule 30(b)(6) deposition topics. | 2.40 | 1,728.00 |
| Gilbert, S. | 12/07/22 | Confer with R. Shore, R. Leveridge and J. Rubinstein re insurance strategy. | 1.60 | 2,880.00 |
| Shore, R. | 12/07/22 | Confer with S. Gilbert, R. Leveridge and J. Rubinstein re insurance litigation strategy. | 1.60 | 2,320.00 |
| Rubinstein, J. | 12/07/22 | Confer with S. Gilbert, R. Shore, and R. Leveridge re case strategy (1.6); review insurer proposed modifications to scheduling order (0.2); communicate with team re edits to discovery letter to Insurer #25 (0.2); review Debtors' production correspondence (0.1); review and provide comments on various legal research memoranda (3.4). | 5.50 | 4,675.00 |
| Rush, M. | 12/07/22 | Draft letter to Insurer #25 re discovery deficiencies. | 1.10 | 770.00 |
| Bonesteel, A. | 12/07/22 | Review deposition transcripts and prepare for attorney review. | 1.10 | 412.50 |
| Gaske, A. | 12/07/22 | Analyze policy language relevant to Issue #52. | .90 | 549.00 |
| Gaske, A. | 12/07/22 | Review documents in preparation for deposition of Deponent #14. | 2.00 | 1,220.00 |
| Leveridge, R. | 12/07/22 | Confer with S. Gilbert, R. Shore, and J. Rubinstein re report to client on status. | 1.60 | 2,320.00 |
| Leveridge, R. | 12/07/22 | Communicate with opposing counsel re status of insurers' proposal for extension of schedule (0.4); review proposal from insurers (0.6); communicate with co-counsel re insurers' proposal for extension of schedule (0.4). | 1.40 | 2,030.00 |
| Leveridge, R. | 12/07/22 | Review communications with opposing counsel re discovery issues. | .30 | 435.00 |
| Leveridge, R. | 12/07/22 | Communicate with Consulting Expert A re analysis. | .90 | 1,305.00 |
| Ogrey, S. | 12/07/22 | Communicate with S. Martinez, N. Poz, and C. Turner re materials to be sent to experts. | .30 | 72.00 |
| Sraders, S. | 12/07/22 | Review expert tracking chart. | .30 | 198.00 |
| Sraders, S. | 12/07/22 | Analysis re Issue #52. | 3.10 | 2,046.00 |
| Turner, C. | 12/07/22 | Revise cites in research memorandum re Issue #45. | 2.40 | 480.00 |
| Poz, N. | 12/07/22 | Update tracking database to include information sent to perspective expert. | .60 | 195.00 |
| Poz, N. | 12/07/22 | Update case deposition calendar. | .10 | 32.50 |
| Poz, N. | 12/07/22 | Review and organize co-plaintiffs' 43rd document production. | .50 | 162.50 |
| Poz, N. | 12/07/22 | Communicate with Veritext re final deposition transcript of Deponent #3. | .10 | 32.50 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Poz, N. | 12/07/22 | Update tracking database to include information re three claw-back letters from co-plaintiffs. | .40 | 130.00 |
| Poz, N. | 12/07/22 | Cite-check memorandum re Issue #33. | .80 | 260.00 |
| Poz, N. | 12/07/22 | Review transcript of Deponent #3 deposition and organize supporting materials. | .40 | 130.00 |
| Shore, R. | 12/08/22 | Confer with A. Gaske re memorandum on Issue #45. | .70 | 1,015.00 |
| Shore, R. | 12/08/22 | Draft correspondence to AHC working group re strategic recommendations re insurance adversary proceeding (1.2); communicate with R. Leveridge and J. Rubinstein re same (0.7); confer with team re case status (0.6). | 2.50 | 3,625.00 |
| Rubinstein, J. | 12/08/22 | Correspond with Debtors' counsel re Deponent #7 deposition (0.2); communicate with M. Rush re meet-and-confer with Navigators (0.2); correspond with team re Deponent #3 deposition materials (0.2); confer with M. Rush re discovery tasks (0.5); update litigation task list (0.8); revise case update to client (1.3); revise draft notice letter to insurers re Leopold claim (0.3); confer with team re strategy and open tasks (0.6); confer with R. Leveridge and M. Rush re Deponent #13 (0.3); communicate with team re claim analysis (0.5). | 4.90 | 4,165.00 |
| Rush, M. | 12/08/22 | Confer with J. Rubinstein re discovery strategy. | .80 | 560.00 |
| Rush, M. | 12/08/22 | Confer with R. Leveridge and J. Rubinstein re Deponent #13. | .30 | 210.00 |
| Rush, M. | 12/08/22 | Review meet-and-confer letter re Rule 30(b)(6) topics. | .50 | 350.00 |
| Rush, M. | 12/08/22 | Confer with team re case status and strategy. | .60 | 420.00 |
| Rush, M. | 12/08/22 | Review prior deposition transcripts of Deponent #13. | 1.00 | 700.00 |
| Martinez, S. | 12/08/22 | Confer with team re case status and strategy. | .60 | 195.00 |
| Martinez, S. | 12/08/22 | Confer with A. Bonesteel re complaint analysis. | .70 | 227.50 |
| Martinez, S. | 12/08/22 | Review pre-petition complaint analysis tracking sheet. | .20 | 65.00 |
| Bonesteel, A. | 12/08/22 | Organize deposition transcripts for attorney review. | .60 | 225.00 |
| Bonesteel, A. | 12/08/22 | Confer with team re case updates and ongoing projects. | .60 | 225.00 |
| Bonesteel, A. | 12/08/22 | Confer with S. Martinez re case tracking. | .70 | 262.50 |
| Gaske, A. | 12/08/22 | Confer with R. Shore re memorandum on Issue #45. | .70 | 427.00 |
| Gaske, A. | 12/08/22 | Revise outline re Issue #52. | 2.30 | 1,403.00 |
| Gaske, A. | 12/08/22 | Confer with team re strategy and next steps. | .60 | 366.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 12/08/22 | Revise draft of report to client re status of proceeding. | 1.20 | 1,740.00 |
| Leveridge, R. | 12/08/22 | Review previous deposition transcript of Deponent #13 (2.4); confer with J. Rubinstein and M. Rush re deposition of Deponent #7 (0.3). | 2.70 | 3,915.00 |
| Leveridge, R. | 12/08/22 | Confer with team re case status and next steps. | .60 | 870.00 |
| Ogrey, S. | 12/08/22 | Confer with team re case status and strategy. | .60 | 144.00 |
| Farra, A. | 12/08/22 | Confer with team re litigation status update. | .60 | 426.00 |
| Sraders, S. | 12/08/22 | Confer with team re update and next steps. | .60 | 396.00 |
| Sraders, S. | 12/08/22 | Draft outline for discussion re Issue #52. | 2.80 | 1,848.00 |
| Kaminsky, E. | 12/08/22 | Research re meet-and-confer with insurers re Rule 30(b)(6). | 2.10 | 1,176.00 |
| Kaminsky, E. | 12/08/22 | Confer with team re case status and next steps. | .60 | 336.00 |
| Turner, C. | 12/08/22 | Revise cites in research memorandum re Issue #45. | 4.80 | 960.00 |
| Turner, C. | 12/08/22 | Confer with team re strategy and case update. | .60 | 120.00 |
| Turner, C. | 12/08/22 | Review and organize Insurers #5 and #36 answers and affirmative defenses. | .30 | 60.00 |
| Hubbard, B. | 12/08/22 | Confer with team re status and strategy. | .60 | 255.00 |
| Hubbard, B. | 12/08/22 | Review pre-petition complaints listings and productions re Issue #52. | 2.20 | 935.00 |
| Poz, N. | 12/08/22 | Continue cite-checking memorandum re Issue #33. | .50 | 162.50 |
| Poz, N. | 12/08/22 | Compile supporting factual assertions for meet-and-confer letter. | .60 | 195.00 |
| Poz, N. | 12/08/22 | Confer with team re case status and next steps. | .60 | 195.00 |
| Dougherty, J. | 12/08/22 | Revise draft letter re meet-and-confer re Rule 30(b)(6) deposition topics. | 2.70 | 1,944.00 |
| Dougherty, J. | 12/08/22 | Confer with team re case status and strategy. | .60 | 432.00 |
| Shore, R. | 12/09/22 | Communicate with R. Leveridge and J. Rubinstein re co-counsel analysis of underlying complaints. | .50 | 725.00 |
| Rubinstein, J. | 12/09/22 | Review analysis re pre-petition complaints (0.3); correspond with A. Gaske re policy stipulation project (0.3); correspond with Debtors' counsel re multiple litigation issues (0.2); correspond with R. Shore and R. Leveridge re update to clients (0.5). | 1.30 | 1,105.00 |
| Gaske, A. | 12/09/22 | Draft correspondence re status of policy stipulations. | .50 | 305.00 |
| Gaske, A. | 12/09/22 | Analyze Issue #52 re underlying factual investigation. | 1.90 | 1,159.00 |
| Leveridge, R. | 12/09/22 | Communicate with counsel for Deponent #13 re potential schedule evolution and potential impact on deposition. | .60 | 870.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Leveridge, R. | 12/09/22 | Review and provide comments to strategy memorandum for clients. | .60 | 870.00 |
| Leveridge, R. | 12/09/22 | Communicate with co-counsel re schedule and co-counsel analysis of underlying complaints. | .70 | 1,015.00 |
| Sraders, S. | 12/09/22 | Correspond with A. Gaske re communication to opposing counsel re depositions. | .20 | 132.00 |
| Sraders, S. | 12/09/22 | Communicate with A. Gaske re analysis of Issue #52. | .30 | 198.00 |
| Turner, C. | 12/09/22 | Finalize revising cites in research memorandum re Issue #45. | 1.00 | 200.00 |
| Turner, C. | 12/09/22 | Continue to review and organize Insurers #5 and #36 answer and affirmative defenses. | 2.60 | 520.00 |
| Hubbard, B. | 12/09/22 | Correspond with Consulting Expert A re data and documentation access. | .50 | 212.50 |
| Poz, N. | 12/09/22 | Review and organize final transcript of Deponent #2 deposition and supporting materials. | .30 | 97.50 |
| Poz, N. | 12/09/22 | Communicate with court reporter re Deponent #3 deposition. | .20 | 65.00 |
| Rubinstein, J. | 12/10/22 | Correspond with J. Dougherty re analysis of pre-petition complaints. | .30 | 255.00 |
| Shore, R. | 12/11/22 | Review S. Gilbert comments to insurance strategy memorandum for working group. | 1.20 | 1,740.00 |
| Shore, R. | 12/12/22 | Confer with R. Leveridge and J. Rubinstein re strategy. | 1.10 | 1,595.00 |
| Shore, R. | 12/12/22 | Finalize and send strategy memorandum to Ad Hoc Committee working group. | 1.00 | 1,450.00 |
| Rubinstein, J. | 12/12/22 | Confer with R. Leveridge and R. Shore re strategy (1.1); review memorandum to client (0.8); defensive deposition preparation (0.8); correspond with co-counsel re same (0.2); confer with A. Gaske re status and next steps re policy stipulations (0.6); correspond with co-counsel re process for providing notice of new claims (0.2); correspond with co-counsel re pleadings (0.3); correspond with co-counsel re updated deposition tracking chart (0.3). | 4.30 | 3,655.00 |
| Rush, M. | 12/12/22 | Revise meet-and-confer letter re Rule 30(b)(6) topics. | 5.30 | 3,710.00 |
| Rush, M. | 12/12/22 | Review prior deposition transcripts of Deponent #13. | 1.70 | 1,190.00 |
| Martinez, S. | 12/12/22 | Review historical correspondence re Ad Hoc and working group service list. | 1.20 | 390.00 |
| Martinez, S. | 12/12/22 | Correspond with L. Szymanski re pre-petition complaints. | .10 | 32.50 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gaske, A. | 12/12/22 | Analyze underlying facts re Issue #52. | 1.40 | 854.00 |
| Gaske, A. | 12/12/22 | Confer with J. Rubinstein re policy stipulation status. | .60 | 366.00 |
| Gaske, A. | 12/12/22 | Correspond with counsel for multiple insurers re rescheduling depositions (0.4); correspond with co-plaintiffs re status of policy stipulations (0.3). | .70 | 427.00 |
| Gaske, A. | 12/12/22 | Confer with C. Turner re revising pleading tracking spreadsheet. | .30 | 183.00 |
| Gaske, A. | 12/12/22 | Draft portion of analysis of Issue #45. | .70 | 427.00 |
| Leveridge, R. | 12/12/22 | Confer with R. Shore and J. Rubinstein re report to client working group. | 1.10 | 1,595.00 |
| Leveridge, R. | 12/12/22 | Communicate with J. Rubinstein, J. Dougherty, and B. Hubbard re analysis of underlying claims. | .40 | 580.00 |
| Leveridge, R. | 12/12/22 | Communicate with co-counsel re deposition of Deponent #7. | .40 | 580.00 |
| Sraders, S. | 12/12/22 | Correspond with insurer counsel re deposition scheduling. | .20 | 132.00 |
| Sraders, S. | 12/12/22 | Communicate with A. Gaske re Issue #52. | .10 | 66.00 |
| Turner, C. | 12/12/22 | Finalize review and organization of Insurers #5 and #36 answers and affirmative defenses. | 1.70 | 340.00 |
| Turner, C. | 12/12/22 | Communicate with A. Gaske re insurers' answers and affirmative defenses tracking. | .30 | 60.00 |
| Hubbard, B. | 12/12/22 | Analyze options for review of pre-petition complaints. | .80 | 340.00 |
| Poz, N. | 12/12/22 | Review case materials re historical complaints. | 1.10 | 357.50 |
| Dougherty, J. | 12/12/22 | Analyze opioid complaints re nature of damages claimed. | 1.10 | 792.00 |
| Shore, R. | 12/13/22 | Communicate with R. Leveridge, J. Rubinstein, and B. Hubbard re Consulting Expert A projects. | .30 | 435.00 |
| Rubinstein, J. | 12/13/22 | Correspond with team re notice process re new claims (0.2); analysis re complaints (0.6); confer with R. Leveridge re strategy (0.3); communicate with Debtors' counsel re deposition scheduling (0.2). | 1.30 | 1,105.00 |
| Rubinstein, J. | 12/13/22 | Review materials for deposition preparation for Deponent #7. | .60 | 510.00 |
| Rush, M. | 12/13/22 | Review prior declarations by Deponent #13. | 1.70 | 1,190.00 |
| Rush, M. | 12/13/22 | Revise summary judgment brief re Issue #14. | .80 | 560.00 |
| Rush, M. | 12/13/22 | Review materials and issues in preparation for meet-and-confer with Navigators. | 1.10 | 770.00 |
| Rush, M. | 12/13/22 | Review prior deposition transcripts of Deponent #13. | 2.90 | 2,030.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Rush, M. | 12/13/22 | Confer with Deponent #7 re deposition preparation. | .50 | 350.00 |
| Gaske, A. | 12/13/22 | Draft correspondence to R. Shore and J. Rubinstein re response to co-counsels' question on Issue #45. | 1.90 | 1,159.00 |
| Gaske, A. | 12/13/22 | Finalize policy stipulation for Navigators (1.0); correspond with insurers re next steps in policy stipulation process (0.3). | 1.30 | 793.00 |
| Gaske, A. | 12/13/22 | Revise deposition outline for Deponent #4 pursuant to J. Rubinstein and R. Leveridge comments. | 1.20 | 732.00 |
| Leveridge, R. | 12/13/22 | Communicate with Consulting Expert A re projects. | .60 | 870.00 |
| Leveridge, R. | 12/13/22 | Review materials in preparation for deposition of Deponent #7. | 1.90 | 2,755.00 |
| Leveridge, R. | 12/13/22 | Communicate with J. Rubinstein and J. Dougherty re review of underlying complaints. | .40 | 580.00 |
| Leveridge, R. | 12/13/22 | Communicate with counsel for Deponent #13. | .20 | 290.00 |
| Sraders, S. | 12/13/22 | Communicate with B. Hubbard re Issue #52. | .30 | 198.00 |
| Turner, C. | 12/13/22 | Revise case calendar re upcoming depositions. | .20 | 40.00 |
| Hubbard, B. | 12/13/22 | Review listing of pre petition complaints filed against Debtors. | 1.80 | 765.00 |
| Dougherty, J. | 12/13/22 | Continue review of opioid complaints re nature claims (2.7); draft summary of findings re same (0.5). | 3.20 | 2,304.00 |
| Rubinstein, J. | 12/14/22 | Communicate with co-counsel team re policy evidence (0.2); review and execute final Navigators' policy stipulation (0.6); communicate with R. Leveridge re case schedule extension (0.1); review materials in preparation for meet-and-confer with Navigators re discovery (0.5); participate in same (0.7); confer with M. Rush re same (0.3); review Insurer #25 discovery (0.3); communicate with co-counsel re case management schedule (0.2); communicate with co-counsel re new claim notice process (0.1). | 3.00 | 2,550.00 |
| Rush, M. | 12/14/22 | Review prior deposition transcripts of Deponent #13. | 2.80 | 1,960.00 |
| Rush, M. | 12/14/22 | Review discovery issues in preparation for meet-and-confer with Navigators. | 1.10 | 770.00 |
| Rush, M. | 12/14/22 | Meet-and-confer with Navigators re discovery issues. | .70 | 490.00 |
| Rush, M. | 12/14/22 | Confer with J. Rubinstein re Navigators' meet-and-confer. | .30 | 210.00 |
| Rush, M. | 12/14/22 | Review notes from Navigators' meet-and-confer. | 1.60 | 1,120.00 |
| Martinez, S. | 12/14/22 | Review and organize pre-petition litigation tracker. | .20 | 65.00 |
| Gaske, A. | 12/14/22 | Analyze deposition transcript of Deponent #3. | 1.70 | 1,037.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Gaske, A. | 12/14/22 | Analyze portion of deposition transcript for Deponent #2. | .80 | 488.00 |
| Gaske, A. | 12/14/22 | Revise deposition outline for Deponent #4 pursuant to R. Leveridge and J. Rubinstein comments. | 1.70 | 1,037.00 |
| Gaske, A. | 12/14/22 | Analyze produced documents in preparation for deposition of Deponent #14. | 2.10 | 1,281.00 |
| Leveridge, R. | 12/14/22 | Confirm agreement among plaintiffs and defense counsel re extension of schedule. | .40 | 580.00 |
| Leveridge, R. | 12/14/22 | Communicate with Consulting Expert A re analysis (0.3); confer with Consulting Expert A re same (0.6). | .90 | 1,305.00 |
| Ogrey, S. | 12/14/22 | Attend and take notes at meet-and-confer with Navigators re discovery issues. | .70 | 168.00 |
| Poz, N. | 12/14/22 | Update citations to materials relied on in discovery letter to Insurer #25. | 1.40 | 455.00 |
| Rubinstein, J. | 12/15/22 | Confer with Debtors' counsel and R. Leveridge re case schedule (0.5); revise letter to Court re same (0.3); communicate with co-plaintiffs and insurer defendants re deposition scheduling (0.3). | 1.10 | 935.00 |
| Rush, M. | 12/15/22 | Confer with R. Leveridge re meet-and-confer with Navigators. | .50 | 350.00 |
| Rush, M. | 12/15/22 | Review draft letter to Court re schedule extension. | .20 | 140.00 |
| Gaske, A. | 12/15/22 | Draft deposition outline for Deponent #14. | 1.70 | 1,037.00 |
| Leveridge, R. | 12/15/22 | Confer with co-counsel and J. Rubinstein re schedule issues (0.5); confer with co-counsel and opposing counsel re same (0.5); revise draft letter to Court re same (0.3); review comments from J. Rubinstein re same (0.2). | 1.50 | 2,175.00 |
| Leveridge, R. | 12/15/22 | Review communications re deposition of Deponent #7. | 1.20 | 1,740.00 |
| Sraders, S. | 12/15/22 | Communicate with B. Hubbard re Issue #52. | .20 | 132.00 |
| Turner, C. | 12/15/22 | Calendar interrogatories deadline. | .30 | 60.00 |
| Turner, C. | 12/15/22 | Review and organize deposition materials for Deponent #20. | .80 | 160.00 |
| Turner, C. | 12/15/22 | Revise deposition calendar. | .20 | 40.00 |
| Rubinstein, J. | 12/16/22 | Revise notes from Navigators' meet-and-confer discussion (0.7); confer with R. Leveridge re multiple litigation issues (0.6); analysis re Issue #33 (0.8); revise discovery correspondence re Debtors' privilege logs (0.7); correspond with co-counsel re policy stipulations (0.2). | 3.00 | 2,550.00 |
| Rush, M. | 12/16/22 | Review prior deposition transcripts of Deponent #13. | 4.20 | 2,940.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Rush, M. | 12/16/22 | Research re Issue #14 | .30 | 210.00 |
| Rush, M. | 12/16/22 | Review notes from meet-and-confer with Navigators. | .20 | 140.00 |
| Leveridge, R. | 12/16/22 | Communicate with P. Breene re Deponent #13 (0.5); communicate with J. Rubinstein re same and additional discovery issues (0.6); review materials re discovery communications from insurers (0.3); review legal opinions relevant to case (0.7). | 2.10 | 3,045.00 |
| Ogrey, S. | 12/16/22 | Review M. Rush comments to notes re meet-and-confer with Navigators. | .10 | 24.00 |
| Shore, R. | 12/19/22 | Confer with R. Leveridge and J. Rubinstein re strategy. | .70 | 1,015.00 |
| Rubinstein, J. | 12/19/22 | Confer with R. Leveridge and R. Shore re litigation strategy (0.7); confer with R. Leveridge re offensive discovery (0.6); correspond with co-counsel re offensive deposition scheduling (0.2). | 1.50 | 1,275.00 |
| Rush, M. | 12/19/22 | Review prior deposition transcripts of Deponent #13. | 2.30 | 1,610.00 |
| Rush, M. | 12/19/22 | Review and outline topics re Rule 30(b)(6) deposition issues. | 2.60 | 1,820.00 |
| Leveridge, R. | 12/19/22 | Confer with R. Shore and J. Rubinstein re litigation status and strategy. | .70 | 1,015.00 |
| Leveridge, R. | 12/19/22 | Confer with J. Rubinstein re offensive discovery issues (0.6); communicate with A. Gaske re outstanding projects (0.1). | .70 | 1,015.00 |
| Shore, R. | 12/20/22 | Confer with R. Leveridge, J. Rubinstein, and M. Rush re deposition issues. | 1.10 | 1,595.00 |
| Rubinstein, J. | 12/20/22 | Correspond with co-counsel re deposition scheduling (0.3); confer with R. Shore, R. Leveridge, and M. Rush re Rule 30(b)(6) deposition strategy (1.1); confer with S. Sraders re projects (0.3); correspond with co-counsel re case schedule letter to Court (0.2); review discovery correspondence from C. Sorensen (0.3); provide comments on Issue #33 analysis (0.4). | 2.60 | 2,210.00 |
| Rush, M. | 12/20/22 | Continue review of prior deposition transcripts of Deponent #13. | 1.70 | 1,190.00 |
| Rush, M. | 12/20/22 | Confer with R. Shore, R. Leveridge, and J. Rubinstein re Rule 30(b)(6) depositions. | 1.10 | 770.00 |
| Gaske, A. | 12/20/22 | Revise policy stipulations for NAE and Aspen re execution version. | .70 | 427.00 |
| Leveridge, R. | 12/20/22 | Communicate with Debtors' counsel, UCC counsel and J. Rubinstein re status of correspondence to Court re case management order. | .40 | 580.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 12/20/22 | Confer with R. Shore, J. Rubinstein and M. Rush re Rule 30(b)(6) deposition topics and related issues. | 1.10 | 1,595.00 |
| Leveridge, R. | 12/20/22 | Analysis of various legal research memoranda. | 1.70 | 2,465.00 |
| Leveridge, R. | 12/20/22 | Review communication from counsel for Navigators re discovery issues. | .30 | 435.00 |
| Leveridge, R. | 12/20/22 | Communicate with counsel for Deponent #13. | .30 | 435.00 |
| Sraders, S. | 12/20/22 | Confer with J. Rubinstein re strategy for upcoming case management. | .30 | 198.00 |
| Sraders, S. | 12/20/22 | Review documents for deposition of Deponent #18. | .40 | 264.00 |
| Turner, C. | 12/20/22 | Review and organize Insurer #25 letter. | .20 | 40.00 |
| Shore, R. | 12/21/22 | Communicate with team re expert. | .20 | 290.00 |
| Rubinstein, J. | 12/21/22 | Review execution versions of NAE and Aspen policy stipulations (1.0); review edits to case management schedule and correspond with co-counsel re same (0.2); analysis re potential expert re Issue #27 (0.9); continue review of historic deposition testimony re Deponent #17 (1.4). | 3.50 | 2,975.00 |
| Gaske, A. | 12/21/22 | Review and send execution version of policy stipulations for NAE and Aspen. | .60 | 366.00 |
| Gaske, A. | 12/21/22 | Continue drafting deposition outline for Deponent #14. | 3.80 | 2,318.00 |
| Leveridge, R. | 12/21/22 | Communicate with Debtors' and UCC counsel re proposed schedule extension and revision to one date (0.2); communicate with Deponent #13 counsel re status (0.1). | .30 | 435.00 |
| Leveridge, R. | 12/21/22 | Review legal research from A. Gaske re Issue #45. | .90 | 1,305.00 |
| Leveridge, R. | 12/21/22 | Review material for potential expert. | .90 | 1,305.00 |
| Huddleston, D. | 12/21/22 | Research expert report and materials. | 1.40 | 665.00 |
| Poz, N. | 12/21/22 | Research factual background of Deponent #14. | .30 | 97.50 |
| Rubinstein, J. | 12/22/22 | Review correspondence and submission to Court re case schedule (0.3); confer with R. Leveridge re strategy (0.3); continue review of prior Deponent #17 testimony in preparation for defense of deposition (2.7); revise discovery correspondence to Insurer #25 and review associated case law (1.1); review signed scheduling order (0.2). | 4.60 | 3,910.00 |
| Gaske, A. | 12/22/22 | Confer with A. Farra re deposition outline for Deponent #14. | 2.10 | 1,281.00 |
| Gaske, A. | 12/22/22 | Revise deposition outline for Deponent #14 pursuant to discussion with A. Farra. | 2.00 | 1,220.00 |
| Gaske, A. | 12/22/22 | Complete drafting of deposition outline for Deponent #14. | 3.80 | 2,318.00 |

Invoice Number: 11329197
January 23, 2023

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 12/22/22 | Communicate with co-counsel, opposing counsel, and counsel for Deponent #13 re filing related proposed schedule extension. | .90 | 1,305.00 |
| Leveridge, R. | 12/22/22 | Review draft response to Insurer #25 discovery letter. | .50 | 725.00 |
| Farra, A. | 12/22/22 | Confer with A. Gaske re Deponent #14 deposition. | 2.10 | 1,491.00 |
| Poz, N. | 12/22/22 | Review and organize co-plaintiffs' 44th document production. | .40 | 130.00 |
| Rubinstein, J. | 12/23/22 | Revise deposition outline of Deponent #14 (2.8); confer with Debtors' counsel and R. Leveridge re draft discovery correspondence (0.7). | 3.50 | 2,975.00 |
| Leveridge, R. | 12/23/22 | Communicate with co-counsel (Debtors) re response to Insurer #25 discovery letter. | .40 | 580.00 |
| Rubinstein, J. | 12/25/22 | Review documents re Deponent #13 deposition. | 3.10 | 2,635.00 |
| Poz, N. | 12/27/22 | Update case calendar per amended scheduling order. | .40 | 130.00 |
| Rubinstein, J. | 12/28/22 | Review R. Leveridge comments to draft Deponent #14 deposition outline. | .30 | 255.00 |
| Rubinstein, J. | 12/28/22 | Continue reviewing documents relevant to Deponent #13 deposition preparation. | 1.30 | 1,105.00 |
| Gaske, A. | 12/28/22 | Review comments from J. Rubinstein and R. Leveridge re deposition outline for Deponent #14. | .20 | 122.00 |
| Leveridge, R. | 12/28/22 | Review and comment on outline for deposition of Deponent #14. | .70 | 1,015.00 |
| Gaske, A. | 12/29/22 | Revise deposition outline for Deponent #14 pursuant to J. Rubinstein and R. Leveridge comments. | 3.90 | 2,379.00 |
| Rubinstein, J. | 12/30/22 | Continue review of materials relevant to Deponent #13 deposition. | 5.10 | 4,335.00 |
| | | Project Total: | 320.70 | $ 253,232.00 |
| | | **TOTAL CHARGEABLE HOURS** | **333.00** | |
| | | **TOTAL FEES** | | **$ 258,934.50** |

Invoice Number: 11329197
January 23, 2023

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 2.60 | 1,800.00 | 4,680.00 |
| Shore, R. | 14.90 | 1,450.00 | 21,605.00 |
| Rubinstein, J. | 7.30 | 425.00 | 3,102.50 |
| Rubinstein, J. | 65.90 | 850.00 | 56,015.00 |
| Rush, M. | 50.50 | 700.00 | 35,350.00 |
| Martinez, S. | 3.00 | 325.00 | 975.00 |
| Bonesteel, A. | 3.00 | 375.00 | 1,125.00 |
| Gaske, A. | 48.00 | 610.00 | 29,280.00 |
| Leveridge, R. | 44.30 | 1,450.00 | 64,235.00 |
| Ogrey, S. | 4.40 | 240.00 | 1,056.00 |
| Farra, A. | 2.70 | 710.00 | 1,917.00 |
| Sraders, S. | 14.50 | 660.00 | 9,570.00 |
| Kaminsky, E. | 7.20 | 560.00 | 4,032.00 |
| Turner, C. | 21.90 | 200.00 | 4,380.00 |
| Hubbard, B. | 13.20 | 425.00 | 5,610.00 |
| Huddleston, D. | 4.10 | 475.00 | 1,947.50 |
| Poz, N. | 10.90 | 325.00 | 3,542.50 |
| Dougherty, J. | 14.60 | 720.00 | 10,512.00 |
| **TOTALS** | **333.00** | | **$ 258,934.50** |

## TASK SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| A004 | Case Administration | 4.00 | 800.00 |
| A009 | Meetings / Communications with AHC & Creditors | 1.00 | 1,800.00 |
| A015 | Non-Working Travel (Billed @ 50%) | 7.30 | 3,102.50 |
| A020 | Insurance Adversary Proceeding | 320.70 | 253,232.00 |

## EXPENSE DETAILS

### E110:  Out-of-Town Travel

| Date | Description | Task | Amount |
|---|---|---|---|
| 12/01/22 | Travel - Train Fare / Jason Rubinstein / Travel (roundtrip) from Washington, DC to Stamford CT / Attend deposition preparation meeting / December 1, 2022 | E110 | 458.00 |
| 12/01/22 | Travel - Parking / Jason Rubinstein / Stamford CT / Attend deposition preparation meeting / December 1, 2022 | E110 | 25.00 |
| 12/01/22 | Travel - Meals / Jason Rubinstein / Stamford CT / Attend deposition preparation meeting / December 1, 2022 | E110 | 11.75 |
| | **Sub-Total of Expenses:** | | **$ 494.75** |
| | **TOTAL EXPENSES** | | **$ 494.75** |
| | **TOTAL FEES AND EXPENSES** | | **$ 259,429.25** |