Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                          : Chapter 11
                                               :
PURDUE PHARMA L.P., *et al.*,                  : Case No. 19-23649 (SHL)
                                               :
            Debtors[1].                        : (Jointly Administered)
------------------------------------------------------------ x

**THIRTY NINTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF <u>DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

7309663.1

| | |
|---|---|
| Period for Which Compensation is Sought: | December 1, 2022 – December 31, 2022 |
| Total Amount of Fees Incurred: | $4,659.00 |
| Total Fees Requested (80%): | $3,727.20 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $3,727.20 |
| This is Applicant's: | Thirty Ninth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirty Ninth Monthly Fee Statement (the "Fee Statement") for the period of December 1, 2022 through and including December 31, 2022 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $4,659.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $3,727.20.

2

7309663.1

2.       Annexed hereto as **Exhibit B** is a chart of Applicant's professionals, including the standard hourly rate for each attorney who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,502.90[2]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.       Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

4.       Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $3,727.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $4,659.00).

---

[2]   The blended hourly billing rate of $1,502.90 is derived by dividing the total fees for attorneys of $4,659.00 by the total hours of 3.1.

Dated: February 1, 2023
    New York, New York

                                              OTTERBOURG P.C.

By:   */s/ Melanie L. Cyganowski*
      Melanie L. Cyganowski, Esq.
      Jennifer S. Feeney, Esq.
      230 Park Avenue
      New York, New York 10169
      Telephone:   (212) 661-9100
      Facsimile:    (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

# EXHIBIT A

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU03 | Business Operations | 1.4 | $2,086.50 |
| PU08 | Litigation: Contested Matters, Adversary | 1.2 | $1,762.50 |
| PU09 | Meetings and Communications w/ Ad Hoc | .5 | $810.00 |
| | **TOTALS:** | **3.1** | **$4,659.00** |

7309663.1

## EXHIBIT B

**Professional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1,620.00 | 2.5 | $4,050.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $1,015.00 | .6 | $609.00 |
| | | **TOTAL** | **3.1** | **$4,659.00** |

1

7309663.1

# EXHIBIT C

## Time Detail

7309663.1

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

January 19, 2023
BILL NO. 228468

Client/Matter No.:   20186/0002
Matter Name:         CHAPTER 11
Billing Partner:     RL STEHL

For Services Rendered Through December 31, 2022:

---

| Phase: PU03 | | | BUSINESS OPERATIONS |
|---|---|---|---|
| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 12/06/22 JSF | Examine Documents / Review of Update on Avrio Business | .10 | 101.50 |
| 12/13/22 MLC | Review Documents / Review of FTI report re: Narcan | .50 | 810.00 |
| 12/16/22 MLC | Review Documents / Review of FTI prepared presentation re: PHI update | .60 | 972.00 |
| 12/19/22 JSF | Examine Documents / Review of Report from Financial Advisors re: Business Operations and Public Health Initiative | .20 | 203.00 |
| TOTAL PHASE PU03 | | 1.40 | $2,086.50 |

---

| Phase: PU08 | | | LITIGATION: CONTESTED MATTERS, ADVERSARY |
|---|---|---|---|
| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 20186/0002 | January 19, 2023 |
|---|---|
| Page 2 | BILL NO. 228468 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/13/22 JSF | Examine Documents<br>Review of Update and Strategy Recommendation re: Insurance Adversary Proceeding | .30 | 304.50 |
| 12/13/22 MLC | Review Documents<br>Review of summary memo re: status of insurance litigation | .90 | 1,458.00 |
| TOTAL PHASE PU08 | | 1.20 | $1,762.50 |

| Phase: PU09 | MEETINGS & COMMUNICATIONS W/ AD HOC |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/13/22 MLC | Conference call(s)<br>Conference call with States leadership and co-counsel | .50 | 810.00 |
| TOTAL PHASE PU09 | | .50 | $810.00 |
| | TOTAL FOR SERVICES | | $4,659.00 |
| | TOTAL THIS STATEMENT | | $4,659.00 |