KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P,** *et al.,* | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**THIRTY-NINTH MONTHLY FEE STATEMENT OF KRAMER LEVIN**
**NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | December 1, 2022 through and including December 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $43,506.50 |
| **Current Fee Request** | $34,805.20 (80% of $43,506.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $136.10 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $34,941.30 |
| **Total Fees and Expenses Inclusive of Holdback** | $43,642.60 |
| **This is a(n):**      X monthly          ___interim application          ___final application | |

### SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| **Date Filed/ Docket No.** | **Period Covered** | **Total Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees and Expenses** |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022-4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022-5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022 5077 | 6/1/2022-6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022 5098 | 7/1/2022-7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022 5162 | 8/1/2022-8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022 5215 | 9/1/2022-9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $19,703.40 |
| 11/21/2022 5250 | 10/1/2022-10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $8,230.20 |
| 1/13/2023 5339 | 11/1/2023-11/30/2023 | $33,987.00 | $2,195.19 | $27,189.60 | $2,195.19 | $36,182.19 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

*for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Thirty-Ninth Monthly Fee Statement (the "**Statement**") for the period of December 1, 2022 through and including December 31, 2022 (the "**Monthly Fee Period**").

<strong><u>Itemization of Services Rendered by Applicant</u></strong>

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,404.41.[2] The blended hourly billing rate of all paraprofessionals is $480.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

<strong><u>Notice</u></strong>

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $42,834.50 by the total hours of 30.50.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $672.00 by the total hours of 1.40.

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $34,805.20, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $136.10.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
      February 1, 2023

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

      Kenneth H. Eckstein
      Rachael Ringer
      Caroline F. Gange
      **KRAMER LEVIN NAFTALIS &
      FRANKEL LLP**
      1177 Avenue of the Americas
      New York, New York 10036
      Telephone: (212) 715-9100
      Fax: (212) 715-8000
      Emails:  keckstein@kramerlevin.com
               rringer@kramerlevin.com
               cgange@kramerlevin.com

      *Attorneys for the Ad Hoc Committee of
      Governmental and Other Contingent
      Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|---|---|---|---|
| 00003 | Business Operations | 3.30 | 4,579.50 |
| 00004 | Case Administration | 0.60 | 288.00 |
| 00006 | Employment and Fee Applications | 1.40 | 1,068.00 |
| 00008 | Litigation | 1.70 | 1,960.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 3.40 | 4,966.00 |
| 00011 | Plan and Disclosure Statement | 21.50 | 30,645.00 |
| **TOTAL** | | **31.90** | **$43,506.50** |

**EXHIBIT B**

### SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1685 | 9.00 | $15,165.00 |
| Adam Rogoff | Partner | 1989 | Creditors' Rights | 1555 | 6.30 | $9,796.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1400 | 1.80 | $2,520.00 |
| Joseph Shifer | Special Counsel | 2010 | Creditors' Rights | 1195 | 0.40 | $478.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1195 | 1.00 | $1,195.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1140 | 12.00 | $13,680.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 480 | 1.40 | $672.00 |
| **TOTAL** | | | | | **31.90** | **$43,506.50** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Pacer Online Research | $0.50 |
| Transcript Fees | $135.60 |
| **TOTAL EXPENSES** | **$136.10** |

**EXHIBIT D**

# Kramer Levin



January 27, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 873791
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through December 31, 2022.**

| | |
|---|---:|
| Fees | $43,506.50 |
| Disbursements and Other Charges | 136.10 |
| **TOTAL BALANCE DUE** | **$43,642.60** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



January 27, 2023
Invoice #: 873791
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through December 31, 2022 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $136.10 | **$136.10** |
| 072952-00003 | Business Operations | 4,579.50 | 0.00 | **4,579.50** |
| 072952-00004 | Case Administration | 288.00 | 0.00 | **288.00** |
| 072952-00006 | Employment and Fee Applications | 1,068.00 | 0.00 | **1,068.00** |
| 072952-00008 | Litigation | 1,960.00 | 0.00 | **1,960.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 4,966.00 | 0.00 | **4,966.00** |
| 072952-00011 | Plan and Disclosure Statement | 30,645.00 | 0.00 | **30,645.00** |
| **Subtotal** | | **43,506.50** | **136.10** | **43,642.60** |
| **TOTAL CURRENT INVOICE** | | | | **$43,642.60** |



January 27, 2023
Invoice #: 873791
072952-00001
Page 3

**Asset Analysis and Recovery**

<u>**DISBURSEMENTS AND OTHER CHARGES SUMMARY**</u>

| DESCRIPTION | AMOUNT |
|---|---|
| Pacer Online Research | $0.50 |
| Transcript Fees | 135.60 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$136.10** |



January 27, 2023
Invoice #: 873791
072952-00003
Page 4

**Business Operations**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 1.50 | $2,527.50 |
| Gange, Caroline | Associate | 1.80 | 2,052.00 |
| **TOTAL FEES** | | **3.30** | **$4,579.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/8/2022 | Gange, Caroline | Emails w/ FTI re PHI update. | 0.20 | $228.00 |
| 12/12/2022 | Eckstein, Kenneth H. | Call with company re PHI presentation (1.0); review follow-up emails re same (0.5). | 1.50 | 2,527.50 |
| 12/12/2022 | Gange, Caroline | Attend call w/ Company re PHI updated (1.0); draft email to K. Eckstein re same (0.4). | 1.40 | 1,596.00 |
| 12/16/2022 | Gange, Caroline | Review FTI PHI update. | 0.20 | 228.00 |
| **TOTAL** | | | **3.30** | **$4,579.50** |



January 27, 2023
Invoice #: 873791
072952-00004
Page 5

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.60 | $288.00 |
| **TOTAL FEES** | | **0.60** | **$288.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/5/2022 | Kane, Wendy | Email Chambers and C. Gange re public dial in line for Ascent hearing. | 0.10 | $48.00 |
| 12/14/2022 | Kane, Wendy | Review docket and compile Akin invoices; email C. Gange re same. | 0.50 | 240.00 |
| **TOTAL** | | | **0.60** | **$288.00** |



January 27, 2023
Invoice #: 873791
072952-00006
Page 6

**Employment and Fee Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---:|---:|
| Gange, Caroline | Associate | 0.60 | $684.00 |
| Kane, Wendy | Paralegal | 0.80 | 384.00 |
| **TOTAL FEES** | | **1.40** | **$1,068.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 12/7/2022 | Kane, Wendy | Review November fee statement for compliance with UST guidelines and local rules. | 0.50 | $240.00 |
| 12/16/2022 | Kane, Wendy | Email Gilbert re fee statement and file same (0.3). | 0.30 | 144.00 |
| 12/20/2022 | Gange, Caroline | Review November fee statement for privilege/confidentiality and compliance with UST guidelines. | 0.60 | 684.00 |
| **TOTAL** | | | **1.40** | **$1,068.00** |



January 27, 2023
Invoice #: 873791
072952-00008
Page 7

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Shifer, Joseph A. | Spec Counsel | 0.40 | $478.00 |
| Gange, Caroline | Associate | 1.30 | 1,482.00 |
| **TOTAL FEES** | | **1.70** | **$1,960.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/5/2022 | Shifer, Joseph A. | Emails with D. Blabey and M. Tobak re tolling agreement. | 0.40 | $478.00 |
| 12/6/2022 | Gange, Caroline | Attend portion of Ascent hearing. | 1.30 | 1,482.00 |
| **TOTAL** | | | **1.70** | **$1,960.00** |



January 27, 2023
Invoice #: 873791
072952-00009
Page 8

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 2.00 | $3,370.00 |
| Gange, Caroline | Associate | 1.40 | 1,596.00 |
| **TOTAL FEES** | | **3.40** | **$4,966.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/6/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.5). | 0.50 | $842.50 |
| 12/13/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.7). | 0.70 | 1,179.50 |
| 12/13/2022 | Gange, Caroline | Attend working group call. | 0.70 | 798.00 |
| 12/20/2022 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,348.00 |
| 12/20/2022 | Gange, Caroline | Attend working group call. | 0.70 | 798.00 |
| **TOTAL** | | | **3.40** | **$4,966.00** |



January 27, 2023
Invoice #: 873791
072952-00011
Page 9

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 5.50 | $9,267.50 |
| Rogoff, Adam C. | Partner | 6.30 | 9,796.50 |
| Rosenbaum, Jordan M. | Partner | 1.80 | 2,520.00 |
| Taub, Jeffrey | Spec Counsel | 1.00 | 1,195.00 |
| Gange, Caroline | Associate | 6.90 | 7,866.00 |
| **TOTAL FEES** | | **21.50** | **$30,645.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2022 | Rosenbaum, Jordan M. | Review of plan documents. | 0.30 | $420.00 |
| 12/2/2022 | Rosenbaum, Jordan M. | Review of plan issues. | 0.40 | 560.00 |
| 12/2/2022 | Eckstein, Kenneth H. | Call with company, UCC re settlement status (0.8); follow up call and correspond re same (0.4). | 1.20 | 2,022.00 |
| 12/4/2022 | Rogoff, Adam C. | Review plan issues and related materials. | 1.10 | 1,710.50 |
| 12/5/2022 | Rosenbaum, Jordan M. | Attend portion of call w/ A. Rogoff and C. Gange re plan issues. | 0.50 | 700.00 |
| 12/5/2022 | Rogoff, Adam C. | Call w/ J. Rosenbaum, C. Gange re plan issues and related materials. | 0.60 | 933.00 |



January 27, 2023
Invoice #: 873791
072952-00011
Page 10

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/5/2022 | Taub, Jeffrey | T/c w/ KL team re plan issues. | 0.30 | 358.50 |
| 12/5/2022 | Gange, Caroline | Review plan issues (1.3); call w/ A. Rogoff and J. Rosenbaum re same. (0.6). | 2.90 | 3,306.00 |
| 12/6/2022 | Rogoff, Adam C. | Prepare for (0.5) and participate in call w/ K. Eckstein, C. Gange, J. Rosenbaum, and J. Taub re plan next steps (0.7); review materials re same (1.6). | 2.80 | 4,354.00 |
| 12/6/2022 | Rosenbaum, Jordan M. | Attend majority of call with K. Eckstein, A. Rogoff, C. Gange, J. Taub re plan issues. | 0.60 | 840.00 |
| 12/6/2022 | Eckstein, Kenneth H. | Review correspondence from DPW re plan issues and documents (1.0); call with A. Rogoff, J. Rosenbaum, J. Taub and C. Gange re plan options (0.7); correspond with M. Diaz re company presentation (0.3). | 2.00 | 3,370.00 |
| 12/6/2022 | Taub, Jeffrey | Attend call w/ KL Bankruptcy team and J. Rosenbaum re plan issues. | 0.70 | 836.50 |
| 12/6/2022 | Gange, Caroline | Call w/ K. Eckstein, A. Rogoff, J. Taub and J. Rosenbaum re plan issues (0.7); follow-up w/ A. Rogoff re same (0.4); legal research re same (2.9). | 4.00 | 4,560.00 |
| 12/8/2022 | Rogoff, Adam C. | Review materials re plan issues and structure (0.5); and discuss w/ C. Gange re same. | 0.90 | 1,399.50 |
| 12/13/2022 | Eckstein, Kenneth H. | Review documents re plan, Avrio, PHI (0.6). | 0.60 | 1,011.00 |



January 27, 2023
Invoice #: 873791
072952-00011
Page 11

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/15/2022 | Rogoff, Adam C. | Review materials re plan issues and structure. | 0.90 | 1,399.50 |
| 12/16/2022 | Eckstein, Kenneth H. | Call with A. Preis re de minimus asset sale and proceeds (0.3); call w/ M. Diaz re same (0.4); call with R. Ringer re same (0.3). | 1.00 | 1,685.00 |
| 12/20/2022 | Eckstein, Kenneth H. | Correspond with A. Preis re plan/sale issues (0.3); review plan documents (0.4). | 0.70 | 1,179.50 |
| **TOTAL** | | | **21.50** | **$30,645.00** |