ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FORTIETH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | December 1, 2022 through December 31, 2022 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $102,100.66[2] |
| Less 20% Holdback | $20,420.13 |
| Total Reimbursement Requested | $267.40 |
| Total Compensation and Reimbursement Requested in this Statement | $81,947.93 |

**This is a(n):**   <u>X</u> Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2022 Through December 31, 2022* (this "**Fee Statement**").[3]   By this Fee Statement, Arnold & Porter seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $22,412.34 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from December 1, 2022, through and including December 31, 2022, is referred to herein as the "**Fee Period**."

amount of $81,680.53 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $102,100.66) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $102,100.66 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $81,680.53.

2.      Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $793.53.[4]  The blended hourly billing rate of all paraprofessionals is $356.70.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $267.40 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $81,680.53, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $102,100.66) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

February 2, 2023                                  Respectfully submitted,


By:   */s/* Rory Greiss
       **ARNOLD & PORTER KAYE SCHOLER LLP**
       Rory Greiss
       250 West 55th Street
       New York, New York 10019
       rory.greiss@arnoldporter.com

       **-AND-**

       Rosa J. Evergreen
       601 Massachusetts Ave, NW
       Washington, DC 2001-3743
       rosa.evergreen@arnoldporter.com

       ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 7.00 | $5,815.44 |
| Retention and Fee Applications | 10.40 | $6,142.62 |
| Government Contracts | 5.40 | $4,900.32 |
| Project Falcon | 40.10 | $27,497.47 |
| General Contracts Advice | 8.50 | $8,247.56 |
| Transactions | 60.90 | $49,497.25 |
| **Total**[1] | **132.30** | **$102,100.66** |

---

[1] This amount reflects a reduction in fees in the amount of $22,412.34 on account of voluntary discounts as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Davar, Mahnu V. | Partner | 2007 | 995.00 | 0.30 | $298.50 |
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 1.30 | $1,495.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,170.00 | 4.20 | $4,914.00 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 2.70 | $2,808.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,250.00 | 45.40 | $56,750.00 |
| Pantea Garroussi | Counsel | 1993 | 945.00 | 4.00 | $3,780.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 4.50 | $4,882.50 |
| Ju, Esther | Associate | 2021 | 630.00 | 25.30 | $15,939.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 1.20 | $1,062.00 |
| Sullivan, Sam | Associate | 2020 | 710.00 | 22.10 | $15,691.00 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 1.20 | $1,062.00 |
| Marra, Bryan | Senior Attorney | 2003 | 960.00 | 13.50 | $12,960.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 6.60 | $2,871.00 |
| **Total** | | | | **132.30** | **$124,513.00** |
| Less 18% Discount | | | | | ($22,412.34) |
| **Discounted Total** | | | | | **$102,100.66** |
| Less 20% Holdback | | | | | ($20,420.13) |
| **Total Amount Requested Herein** | | | | | **$81,680.53** |

## **Exhibit C**

## **Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Near-Line Storage | $267.40 |
| **Total Expenses** | **$267.40** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

February 2, 2023
Invoice # 30152504
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2022** | $ | 7,092.00 |
| Discount: | | -1,276.56 |
| **Fee Total** | | 5,815.44 |
| **Total Amount Due** | $ | **5,815.44** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2023                                                                    Invoice # 30152504

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Pantea Garroussi | 12/01/22 | 2.50 | Review revised supply agreement (1.5); review agreement attachments (1.0). |
| Pantea Garroussi | 12/02/22 | 1.50 | Revise supply agreement (1.1); draft email advising regarding outstanding issues (.4). |
| Rory Greiss | 12/12/22 | 0.70 | Review comments on supply agreement (.4); correspondence with Purdue team re: same (.3). |
| Rory Greiss | 12/16/22 | 0.40 | Correspondence from Purdue team re: draft of supply agreement (.2); correspondence with E. Zausner re: revised draft (.2). |
| Ethan Zausner | 12/17/22 | 0.50 | Review, analyze supply agreement. |
| Rory Greiss | 12/20/22 | 0.70 | Finalize draft of supply agreement (.4); correspondence with E. Zausner and Purdue team re: same (.3). |
| Ethan Zausner | 12/20/22 | 0.70 | Correspondence with R. Greiss and client re: Supply Agreement. |

**Total Hours**                   **7.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 1.80 | 1,250.00 | 2,250.00 |
| Pantea Garroussi | 4.00 | 945.00 | 3,780.00 |
| Ethan Zausner | 1.20 | 885.00 | 1,062.00 |
| **TOTAL** | **7.00** | | **7,092.00** |

**Total Current Amount Due**                                        **$5,815.44**

# Arnold&Porter

**Purdue Pharma L.P.**                                          February 2, 2023
**Attn: Roxana Aleali**                                       Invoice # 30152507
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2022** | $ | 7,491.00 |
| Discount: | | -1,348.38 |
| **Fee Total** | | 6,142.62 |
| **Total Amount Due** | $ | **6,142.62** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                             P.O. Box 719451
                             Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2023

Invoice # 30152507

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/05/22 | 1.30 | Review November monthly statement. |
| Rosa J. Evergreen | 12/05/22 | 0.20 | Correspond with R. Greiss re monthly statement. |
| Rory Greiss | 12/06/22 | 0.50 | Review monthly statement for October (.4); correspondence with D. Reddix and R. Evergreen re: same (.1). |
| Rosa J. Evergreen | 12/06/22 | 0.30 | Review and comment on monthly statement. |
| Darrell B. Reddix | 12/06/22 | 1.80 | Prepare October monthly fee report (1.6); correspond with R. Evergreen and R. Greiss re same (.2). |
| Rosa J. Evergreen | 12/07/22 | 0.10 | Review final monthly statement. |
| Darrell B. Reddix | 12/07/22 | 1.00 | Finalize October monthly fee report (.7); file and serve same (.3). |
| Rory Greiss | 12/16/22 | 0.40 | Review monthly statement for November (.3); correspondence with D. Reddix and R. Evergreen re: same (.1). |
| Rosa J. Evergreen | 12/16/22 | 0.20 | Review monthly statement (.1); correspond with R. Greiss and D. Reddix re same (.1). |
| Darrell B. Reddix | 12/16/22 | 1.40 | Prepare monthly fee report (1.1); correspond with R. Evergreen and R. Greiss re same (.3). |
| Rosa J. Evergreen | 12/18/22 | 0.30 | Correspond with R. Greiss and D. Reddix re monthly statement (.1); review statement (.2). |
| Rory Greiss | 12/21/22 | 0.30 | Review monthly statement for November (.2); correspondence with D. Reddix and R. Evergreen re: same (.1). |
| Rosa J. Evergreen | 12/21/22 | 0.20 | Review docket re fee application deadline (.1); correspond with R. Greiss re same (.1). |
| Darrell B. Reddix | 12/21/22 | 2.40 | Prepare November monthly fee statement. |
| **Total Hours** | | **10.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 1.30 | 1,150.00 | 1,495.00 |
| Rory Greiss | 2.50 | 1,250.00 | 3,125.00 |
| Darrell B. Reddix | 6.60 | 435.00 | 2,871.00 |
| **TOTAL** | **10.40** | | **7,491.00** |

**Total Current Amount Due**                                    **$6,142.62**

# Arnold&Porter

**Purdue Pharma L.P.**                                          February 2, 2023
**Attn: Roxana Aleali**                                         Invoice # 30152505
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


| | |
|---|---:|
| **For Legal Services Rendered through December 31, 2022** | **5,976.00** |
| Discount: | -1,075.68 |
| **Fee Total** | **4,900.32** |
| **Total Amount Due**                                    $ | **4,900.32** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2023

Invoice # 30152505

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Thomas A. Pettit | 12/08/22 | 0.20 | E-mail L. Lindquist regarding System for Award Management letter. |
| Elizabeth F. Lindquist | 12/12/22 | 2.00 | Draft letter regarding System for Award Management registration (1.4); telephone conference with client team regarding government contract issues (.6). |
| Thomas A. Pettit | 12/12/22 | 0.50 | Teleconference with client to discuss government contracts issues (.3.); revise System for Award Management letter (.2). |
| Elizabeth F. Lindquist | 12/13/22 | 0.50 | Revise letter regarding System for Award Management registration (.3); correspond with client team and T. Pettit regarding same (.2). |
| Elizabeth F. Lindquist | 12/14/22 | 0.60 | Review proposed revisions to letter regarding System for Award Management registration (.4); correspond with client team regarding same (.2). |
| Elizabeth F. Lindquist | 12/15/22 | 0.80 | Review and analyze revisions to draft System for Award Management certification letter (.5); correspond with client team regarding same (.3). |
| Thomas A. Pettit | 12/19/22 | 0.30 | Weekly teleconference with client regarding government contracts matters. |
| Elizabeth F. Lindquist | 12/22/22 | 0.30 | Review correspondence with client team regarding System for Award Management certification letter. |
| Thomas A. Pettit | 12/22/22 | 0.20 | Review e-mail correspondence regarding System for Award Management certifications. |

**Total Hours**          **5.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Elizabeth F. Lindquist | 4.20 | 1,170.00 | 4,914.00 |
| Subtotal: | **4.20** | | **4,914.00** |
| **Associate** | | | |
| Thomas A. Pettit | 1.20 | 885.00 | 1,062.00 |
| Subtotal: | **1.20** | | **1,062.00** |
| **TOTAL** | **5.40** | | **5,976.00** |

**Total Current Amount Due**                                    **$4,900.32**

# Arnold & Porter

**Purdue Pharma L.P.**                                    February 2, 2023
**Attn: Rachel Kreppel**                                  Invoice # 30152508
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00157**

Project Falcon

20210003133


**For Legal Services Rendered through December 31, 2022**                    33,533.50

 Discount:                                                                  -6,036.03

**Fee Total**                                                               27,497.47

**Disbursements Recorded through December 31, 2022**

   eData: Limited Action Storage              267.40

**Disbursements Total**                                          $          267.40


**Total Amount Due**                                             $        27,764.87


**Wire Transfer Instructions:**

|              | Account Name:   | Arnold & Porter Kaye Scholer LLP |
|              | Bank Info:      | Wells Fargo Bank NA              |
|              |                 | 420 Montgomery Street           |
|              |                 | San Francisco, CA  94104        |
|              | Account Number: | 4127865475                      |
|              | ABA Number:     | 121000248 (ACH and wires)       |
|              | Swift Code:     | WFBIUS6S                         |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

### Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2023

Invoice # 30152508

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 12/01/22 | 0.40 | Correspond with B. Marra and S. Sullivan re claw back and redaction questions. |
| Sam Sullivan | 12/01/22 | 1.90 | Identify and review claw back documents (.3); summarize proposed plans for downgrade redactions (.2); correspond with B. Marra and B. Wootton regarding redaction of near duplicate documents (.4); redact documents to be clawed back (1.0). |
| Bryan M. Marra | 12/01/22 | 2.50 | Draft emails re clawbacks (.4); review potential clawback documents (1.1); review/revise redactions on clawback documents (1.0). |
| Sam Sullivan | 12/02/22 | 0.30 | Revise clawback letter (.2); correspond with B. Marra and B. Wootton re clawback process (.1). |
| Bryan M. Marra | 12/02/22 | 2.00 | Correspond with B. Wootton and S. Sullivan re clawback production (.4); review potential clawback documents (1.6). |
| Barbara H. Wootton | 12/05/22 | 0.10 | Correspond with Purdue team re agency questions. |
| Bryan M. Marra | 12/05/22 | 3.50 | Correspond with B. Wootton and S. Sullivan re clawback production (.6); review potential clawback documents (2.9). |
| Barbara H. Wootton | 12/06/22 | 0.80 | Review, analyze materials re claw back production and privilege log (.4); correspond with B. Marra and S. Sullivan re same (.4). |
| Sam Sullivan | 12/06/22 | 0.70 | Correspond with B. Marra and B. Wootton re: privilege claims on claw back documents. |
| Bryan M. Marra | 12/06/22 | 3.00 | Correspond with B. Wootton and S. Sullivan re clawback production (.7); review clawback production (1.5); revise clawback letter (.8). |
| Bryan M. Marra | 12/07/22 | 1.50 | Correspond with B. Wootton and S. Sullivan re clawback production (.5); review clawback production (.6); revise clawback letter (.4). |
| Sam Sullivan | 12/08/22 | 2.40 | Draft white paper for submission to agency. |
| Barbara H. Wootton | 12/09/22 | 1.10 | Participate in meeting with Purdue team and expert team re responding to agency questions re data (1.0); email with agency re follow up to questions (.1). |
| Sam Sullivan | 12/10/22 | 0.80 | Draft white paper for submission to agency. |
| Sam Sullivan | 12/13/22 | 2.30 | Coordinate transmission documents (.2); draft white paper for submission to agency (2.1). |
| Barbara H. Wootton | 12/14/22 | 0.10 | Email with expert, Purdue team, and agency re data questions. |
| Bryan M. Marra | 12/14/22 | 0.50 | Draft emails re: clawbacks. |
| Barbara H. Wootton | 12/15/22 | 0.50 | Correspond with agency and Purdue team re data questions (.1); review, analyze draft responses to data questions (.3); correspond with expert re same (.1). |
| Sam Sullivan | 12/16/22 | 0.20 | Draft white paper for submission to agency. |
| Bryan M. Marra | 12/16/22 | 0.50 | Correspond with agency re clawbacks. |

February 2, 2023                                                                      Invoice # 30152508

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 12/19/22 | 1.50 | Review materials in preparation for agency data call (.3); correspond with Purdue team re same (.1); participate in data call with agency (1.0); follow up call with D. Feinstein (.1). |
| Sam Sullivan | 12/19/22 | 0.20 | Correspond with D. Feinstein re discussion with agency expert. |
| Sam Sullivan | 12/26/22 | 2.60 | Draft white paper for submission to agency. |
| Sam Sullivan | 12/27/22 | 3.90 | Draft white paper for submission to agency. |
| Sam Sullivan | 12/28/22 | 3.90 | Draft white paper for submission to agency. |
| Sam Sullivan | 12/29/22 | 2.90 | Draft white paper for submission to agency. |
| **Total Hours** | | **40.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Counsel** | | | | |
| Barbara H. Wootton | | 4.50 | 1,085.00 | 4,882.50 |
| | Subtotal: | **4.50** | | **4,882.50** |
| **Senior Attorney** | | | | |
| Bryan M. Marra | | 13.50 | 960.00 | 12,960.00 |
| | Subtotal: | **13.50** | | **12,960.00** |
| **Associate** | | | | |
| Sam Sullivan | | 22.10 | 710.00 | 15,691.00 |
| | Subtotal: | **22.10** | | **15,691.00** |
| | **TOTAL** | **40.10** | | **33,533.50** |

**Total Current Amount Due**                                               **$27,764.87**

# Arnold&Porter

Rhodes Pharmaceuticals L.P.                         February 2, 2023
**Attn: Roxana Aleali**                              Invoice # 30152509
**498 Washington St.**                                 EIN 53-0208605
**Coventry, RI  02816**

**Client/Matter # 1051218.00004**

General Contracts Advice

20220003291

**For Legal Services Rendered through December 31, 2022**              **10,058.00**

 Discount:                                                            -1,810.44

**Fee Total**                                                          8,247.56

**Total Amount Due**                                        $         8,247.56

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                       P.O. Box 719451
                       Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2023                                                                 Invoice # 30152509

**(1051218.00004)**
**General Contracts Advice**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/12/22 | 0.50 | Begin review of documents relating to non-binding term sheet. |
| Rory Greiss | 12/14/22 | 0.40 | Correspondence with Rhodes team re: non-binding LOI and schedule videoconference for Thursday. |
| Rory Greiss | 12/15/22 | 1.20 | Review materials to prepare for videoconference with Rhodes team (.4); participate in videoconference with Rhodes team and E. Rothman regarding non-binding letter of intent (.8). |
| Rory Greiss | 12/19/22 | 1.10 | Videoconference with Rhodes team and E. Rothman re: non-binding letter of intent and potential dispute. |
| Eric Rothman | 12/19/22 | 1.10 | Teleconference with Rhodes team to discuss letter of intent. |
| Rory Greiss | 12/21/22 | 2.20 | Review correspondence from Rhodes team re: contract dispute and underlying agreement materials (.6); videoconference with Rhodes team and E. Rothman re: letter to counterparty (.5); revise letter (.6); correspondence with E. Rothman re same (.1); further revise draft letter (.3); correspondence with Rhodes team re same (.1). |
| Eric Rothman | 12/21/22 | 1.60 | Teleconference with Rhodes team and R. Greiss re letter to counterparty (.5); review, revise Rhodes letter to counterparty (1.1). |
| Rory Greiss | 12/22/22 | 0.40 | Correspondence with Rhodes team re: letter regarding contract dispute. |

**Total Hours**                                    **8.50**


**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Eric Rothman | | 2.70 | 1,040.00 | 2,808.00 |
| | Subtotal: | **2.70** | | **2,808.00** |
| **Counsel** | | | | |
| Rory Greiss | | 5.80 | 1,250.00 | 7,250.00 |
| | Subtotal: | **5.80** | | **7,250.00** |
| | TOTAL | **8.50** | | **10,058.00** |


**Total Current Amount Due**                                              **$8,247.56**

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

February 2, 2023
Invoice # 30152510
EIN 53-0208605

**Client/Matter # 1051218.00005**

Transactions

20220003292

| | |
|---|---|
| **For Legal Services Rendered through December 31, 2022** | **60,362.50** |
| Discount: | -10,865.25 |
| **Fee Total** | **49,497.25** |
| **Total Amount Due** | $ **49,497.25** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2023

Invoice # 30152510

**(1051218.00005)**
**Transactions**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 12/01/22 | 1.30 | Review, analyze mark-up of MSA from counterparty. |
| Rory Greiss | 12/05/22 | 0.80 | Review correspondence from Rhodes team re term sheet (.2); prepare comparison documents regarding term sheet for asset sale (.6). |
| Rory Greiss | 12/06/22 | 0.90 | Correspondence with Rhodes team re status update on documents required for supply agreement. |
| Rory Greiss | 12/09/22 | 1.30 | Correspondence with Purdue team re: regulatory issues. |
| Mahnu V. Davar | 12/11/22 | 0.30 | Correspond with R. Greiss re product supply and NDC question. |
| Rory Greiss | 12/12/22 | 1.70 | Review materials to prepare for videoconference with Rhodes team (.6); participate in conference call with Rhodes team re: term sheet (.7); follow-up call with Rhodes team (.4). |
| Esther Ju | 12/12/22 | 0.30 | Call with Rhodes team re term sheet. |
| Rory Greiss | 12/13/22 | 1.30 | Draft summary of videoconference (.9); correspondence with Rhodes team re: next steps and schedule for videoconference with counterparty (.4). |
| Rory Greiss | 12/14/22 | 2.70 | Review mark-up of MSA by counterparty (2.2); correspondence with Rhodes team re: same (.5). |
| Esther Ju | 12/14/22 | 0.60 | Review redline changes received from counterparty to MSA (.3); review amendment to development and license agreement (.2); correspond with Rory Greiss re revisions received from counterparty (.1). |
| Rory Greiss | 12/16/22 | 7.70 | Videoconference with Rhodes team and counterparty regarding proposed sale of assets (1.0); correspondence with E. Ju and E. Rothman re: precedent for asset purchase agreement (1.4); videoconference with Rhodes team and E. Ju re: revised drafts of MSA and amendment to development and license agreement (2.6); correspondence with E. Ju re revisions (.8); review revised MSA (1.9). |
| Esther Ju | 12/16/22 | 7.00 | Correspond with Rhodes Team and counterparty re term sheet (.7); call with Purdue and Rhodes team re term sheet (.4); call with Rory Greiss and Rhodes team to discuss Master Supply Agreement redlines (2.0); revise MSA (1.5); revise Amendment No. 1 to License Agreement (2.4). |
| Rory Greiss | 12/17/22 | 2.30 | Review and comment on revised draft of amendment to development and license agreement (1.7); correspondence with E. Ju re: revisions (.6). |
| Rory Greiss | 12/18/22 | 0.50 | Correspondence with E. Ju re: distributing revised versions of agreements. |
| Esther Ju | 12/18/22 | 1.20 | Revise MSA and Amendment No. 1 agreements (.7); prepare draft redlines (.2); draft email to client summarizing changes made to agreements (.3). |
| Rory Greiss | 12/19/22 | 1.70 | Finalize draft of amendment to development and license agreement and commercial supply terms (.9); correspondence with Rhodes team re: final draft to be sent to counterparty (.5); correspondence with E. Ju re: preparation of asset purchase agreement draft (.3). |

Page 1

February 2, 2023                                                                                    Invoice # 30152510

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Esther Ju | 12/19/22 | 5.70 | Review background documents to prepare for drafting of Asset Purchase Agreement (.5); revise Amendment No. 1 Commercial Supply Terms (.5); draft asset purchase agreement (4.7). |
| Rory Greiss | 12/20/22 | 3.10 | Review and comment on initial draft of asset purchase agreement (2.7); correspondence with E. Ju re: same (.4). |
| Esther Ju | 12/20/22 | 4.50 | Draft Asset Purchase Agreement (3.4); revise draft of purchase agreement (1.1). |
| Rory Greiss | 12/21/22 | 2.80 | Review, comment on asset purchase agreement (.8); videoconference with E. Ju to discuss revisions (.7); review, comment on revised draft (.6); finalize draft for distribution to Rhodes team with E. Ju (.7). |
| Esther Ju | 12/21/22 | 3.20 | Call with Rory Greiss re revisions to draft Asset Purchase Agreement (.6); revise APA (2.3); draft correspondence to Rhodes team and restructuring counsel re: APA (.3). |
| Rory Greiss | 12/22/22 | 5.10 | Review comments to draft asset purchase agreement from Rhodes team and DPW (2.2); revise APA with E. Ju (2.5); correspondence with Rhodes team re: revisions (.4). |
| Esther Ju | 12/22/22 | 2.50 | Review comments from Rhodes team on asset purchase agreement (.2); correspond with Rory Greiss re same (.1); call with R. Greiss to discuss Rhodes' comments on agreement (.4); revise agreement to incorporate changes (1.6); draft email to Rhodes team re: updated agreement (.1); draft email to C. Robertson (DPW) re: title representation in agreement (.1). |
| Rory Greiss | 12/23/22 | 1.30 | Review, comment on draft asset purchase agreement. |
| Esther Ju | 12/23/22 | 0.30 | Distribute updated and correct redline to Rhodes team. |
| Rory Greiss | 12/26/22 | 0.80 | Correspondence with E. Ju and Rhodes team re: final revisions to asset purchase agreement. |

**Total Hours**                              **60.90**

February 2, 2023                                                                    Invoice # 30152510

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Mahnu V. Davar | | 0.30 | 995.00 | 298.50 |
| | **Subtotal:** | **0.30** | | **298.50** |
| **Counsel** | | | | |
| Rory Greiss | | 35.30 | 1,250.00 | 44,125.00 |
| | **Subtotal:** | **35.30** | | **44,125.00** |
| **Associate** | | | | |
| Esther Ju | | 25.30 | 630.00 | 15,939.00 |
| | **Subtotal:** | **25.30** | | **15,939.00** |
| | | | | |
| **TOTAL** | | **60.90** | | **60,362.50** |

**Total Current Amount Due**                                          **$49,497.25**