# Exhibit A

## OCP Statement

19-23649-shl    Doc 5399-1    Filed 02/04/23    Entered 02/04/23 18:43:54    Exhibit A-OCP Report    Pg 2 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (SHL)

OCP Payment Report - Three Month Fee Average
December 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 20,907,783 | 722,845 | 668,978 | 626,872 | 557,058 | 479,682 | 462,208 | 427,206 | 438,041 | 443,917 | 410,161 | 375,064 | 306,906 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 9,996,173 | 236,473 | 182,647 | 174,350 | 169,369 | 175,699 | 168,159 | 172,332 | 172,495 | 198,287 | 208,503 | 206,539 | 166,768 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 376,568 | 4,455 | 2,278 | 1,500 | 413 | 437 | 616 | 850 | 1,020 | 807 | 453 | 471 | 572 |
| OCP Total | Total | | 37,000,000 | 31,280,524 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 72,683 | 1,973 | 1,973 | | | 2,467 | 2,674 | 2,746 | 1,287 | 1,080 | 3,153 | 2,535 | 2,535 |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | 144 | 144 | 144 | | | | | | | | | |
| Bech-Bruun Law P/S | OCP Tier 2 | 75,000 | 900,000 | 8,850 | | | | | | | | | | | 2,950 | 2,950 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 945,000 | 840,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,703 | 1,085 | | | | | | | 358 | 365 | 375 | 17 | 10 |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 446 | 446 | 446 | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 5,158 | | | | 39 | 39 | 39 | 117 | 117 | 117 | 58 | 58 | 58 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | 62,592 | 328 | 328 | 709 | 709 | 1,558 | 1,344 | 3,294 | 2,870 | 3,276 | 1,755 | 1,330 | 429 |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 18 | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | |
| Dentons US LLP[2] | OCP Tier 2 | 75,000 | 2,265,000 | 1,960,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 2 | 30,000 | 360,000 | 52,632 | 83 | | | | | | 83 | 146 | 146 | 208 | 187 | 187 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 297,857 | 4,234 | 5,617 | 6,499 | 8,105 | 6,805 | 5,724 | 5,170 | 5,624 | 5,202 | 4,551 | 3,216 | 3,703 |
| Duke Scanlan | OCP Tier 2 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 735 | 47 | 58 | 93 | 58 | 82 | 35 | 93 | 58 | 93 | 35 | 35 | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | 29 | 29 | 15 | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,359 | | | | | 7 | 7 | 7 | | 7 | 7 | 7 | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | 1,010 | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 208,474 | 5,311 | 3,738 | 6,094 | 5,102 | 5,753 | 5,350 | 9,650 | 10,124 | 8,374 | 4,396 | 3,797 | 5,408 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 238,052 | 4,690 | 6,194 | 4,197 | 8,658 | 7,082 | 6,747 | 1,723 | 1,031 | | 780 | 780 | 780 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 1,024,860 | 17,327 | 17,486 | 11,776 | 12,115 | 12,968 | 11,317 | 8,877 | 4,545 | 5,033 | 9,730 | 10,805 | 7,938 |
| Larson & O'Brien | OCP Tier 2 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 49,834 | 1,288 | 1,312 | 1,246 | 803 | 1,477 | 698 | 757 | 58 | 717 | 1,206 | 1,206 | 606 |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | 508 | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 925,000 | 782,407 | 8,688 | 10,132 | 12,665 | 14,194 | 17,128 | 16,065 | 14,697 | 11,691 | 16,740 | 20,530 | 19,975 | 16,482 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,298,784 | 31,915 | 20,616 | 19,828 | 18,818 | 19,647 | 18,298 | 18,491 | 17,346 | 18,417 | 22,882 | 28,640 | 28,326 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 165,593 | 11,537 | 9,490 | 6,178 | 3,895 | 3,556 | 4,660 | 4,167 | 5,882 | 5,585 | 5,090 | 4,571 | 4,606 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 6,095,000 | 5,525,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 129,667 | 112,333 | 95,000 | 95,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 244,585 | 10,401 | 3,507 | 2,390 | 1,622 | 720 | 1,511 | 3,464 | 7,308 | 33,636 | 36,519 | 35,547 | 8,143 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 392,065 | 15,966 | 7,021 | 1,045 | 1,212 | 1,212 | 594 | 427 | 427 | 351 | 351 | 351 | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 7,001 | 474 | 474 | 525 | 128 | 128 | 77 | | | | | | 204 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 20,527 | 3,619 | 3,619 | 2,196 | | | | | | | 27 | 27 | 27 |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | |

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Potomac Law Group, PLLC[3] | OCP Tier 1 | 150,000 | 1,750,000 | 1,434,687 | 36,368 | 45,767 | 53,464 | 75,745 | 63,500 | 67,606 | 52,733 | 83,558 | 132,356 | 125,926 | 96,328 | 26,795 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 567,074 | 4,438 | 6,276 | 10,603 | 10,419 | 9,949 | 8,362 | 10,657 | 11,764 | 9,975 | 7,444 | 9,893 | 8,344 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 200,616 | 181,446 | 110,489 | 68,698 | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 14,967 | 902 | 902 | 14 | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,600,000 | 3,068,293 | 208,880 | 197,048 | 200,716 | 140,354 | 124,138 | 96,096 | 65,910 | 62,359 | 59,157 | 58,538 | 52,037 | 47,923 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 925,000 | 832,799 | 16,286 | 15,634 | 15,552 | 14,957 | 15,283 | 12,173 | 11,578 | 10,099 | 9,811 | 7,334 | 5,722 | 3,759 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 156,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | 51 | 22 | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 612,450 | 12,077 | 15,080 | 15,557 | 12,567 | 11,860 | 15,215 | 17,781 | 23,023 | 17,899 | 22,079 | 13,249 | 10,846 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,629,089 | 84,405 | 19,249 | 19,928 | 24,615 | 38,451 | 45,909 | 51,443 | 44,774 | 36,147 | 35,505 | 48,611 | 56,997 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 154,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 531,914 | 7,266 | 5,913 | 6,341 | 8,169 | 9,463 | 6,972 | 3,568 | 2,291 | 5,081 | 8,840 | 15,866 | 15,520 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 10,079 | 234 | 224 | 224 | 181 | 181 | 380 | 199 | 328 | 128 | 128 | 181 | 181 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 3,000,000 | 2,497,529 | 48,629 | 51,658 | 71,248 | 73,169 | 79,864 | 80,552 | 89,907 | 81,974 | 68,174 | 54,197 | 53,669 | 51,084 |

[1] Represents Fees since the Commencement Date
[2] Dentons US LLP has been correctly designated as Tier 2 in this report (from Tier 1)
[3] Potomac Law Group, PLLC was changed to a Tier 1 OCP in February 2022 per the bankruptcy court's order. Therefore, all costs incurred from commencement through January 2022 have been included within the Tier 2 Total in this report and the costs from February 2022 to date have been included in the Tier 1 Total

In re: PURDUE PHARMA L.P., et al.                                                                                                              Case No.: 19-23649 (SHL)

OCP Payment Report - Monthly Fees
OCP Report
December 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 20,907,783 | 694,262 | 627,270 | 519,426 | 524,476 | 395,144 | 467,004 | 419,470 | 427,649 | 484,631 | 318,203 | 322,357 | 280,156 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 9,996,173 | 209,388 | 165,596 | 187,724 | 154,788 | 184,584 | 165,105 | 167,308 | 185,073 | 242,481 | 197,956 | 179,179 | 123,168 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 376,568 | 4,053 | 35 | 410 | 795 | 105 | 948 | 1,498 | 613 | 309 | 437 | 668 | 612 |
| OCP Total | Total | | 37,000,000 | 31,280,524 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 72,683 | | | | | 7,402 | 621 | 215 | 3,026 | | 6,433 | 1,172 | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,601 | 432 | | | | | | | | | | | |
| Bech-Bruun Law P/S | OCP Tier 2 | 75,000 | 900,000 | 8,850 | | | | | | | | | | | | 8,850 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 945,000 | 840,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,703 | | | | | | | | 1,073 | 22 | 29 | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | 1,338 | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 5,158 | | | 117 | | | 350 | | | 175 | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | 62,592 | | | 2,128 | | 2,547 | 1,485 | 5,849 | 1,277 | 2,704 | 1,286 | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 2,265,000 | 1,960,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 52,632 | | | | | | | | 250 | 187 | | 437 | 125 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 297,857 | 3,577 | 10,058 | 5,864 | 8,395 | 6,156 | 2,623 | 6,731 | 7,520 | 1,357 | 4,776 | 3,515 | 2,818 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 735 | 105 | 35 | 140 | | 105 | | 175 | | 105 | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | 44 | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,359 | | | | | | 21 | | | 20 | | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 208,474 | 4,782 | 4,136 | 9,363 | 1,807 | 6,089 | 8,154 | 14,706 | 7,511 | 2,904 | 2,772 | 5,716 | 7,735 |
| Karr Tuttle Campbell | OCP Tier 2 | 40,000 | 480,000 | 2,026 | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 238,052 | 1,689 | 6,805 | 4,097 | 15,073 | 2,076 | 3,092 | | | 2,340 | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 1,024,860 | 10,577 | 10,839 | 13,910 | 11,595 | 13,400 | 8,958 | 4,274 | 403 | 10,423 | 18,365 | 3,629 | 1,821 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 49,834 | 1,330 | 73 | 2,335 | | 2,095 | | 175 | | 1,975 | 1,643 | | 175 |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 925,000 | 782,407 | 8,284 | 13,392 | 16,321 | 12,870 | 22,192 | 13,132 | 8,768 | 13,175 | 28,277 | 20,138 | 11,510 | 17,797 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,298,784 | 17,487 | 17,269 | 24,729 | 14,455 | 19,758 | 20,683 | 15,031 | 16,323 | 23,896 | 28,426 | 33,597 | 22,957 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 165,593 | 11,999 | 4,778 | 1,758 | 5,150 | 3,760 | 5,069 | 3,673 | 8,906 | 4,178 | 2,186 | 7,350 | 4,281 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 6,095,000 | 5,525,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 95,000 | 95,000 | 95,000 | 95,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 244,585 | 2,359 | 3,954 | 856 | 56 | 1,248 | 3,228 | 5,917 | 12,778 | 82,213 | 14,566 | 9,863 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 392,065 | | | 3,134 | 501 | | 1,282 | | 1,052 | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 7,001 | 1,421 | | 154 | 230 | | | | | | | | 612 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 20,527 | 6,587 | | | | | | | | 80 | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.    19-23649-shl    Doc 5399-1    Filed 02/04/23    Entered 02/04/23 18:43:54    Exhibit A-OCP Report    Pg 5 of 7    Case No.: 19-23649 (SHL)

OCP Payment Report - Monthly Fees
December 2022

| Name | Tier | Rolling Cap | Case Cap | Case Total | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,750,000 | 1,434,687 | 39,657 | 58,214 | 62,523 | 106,498 | 21,478 | 74,841 | 61,880 | 113,954 | 221,234 | 42,591 | 25,160 | 12,634 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 567,074 | 8,071 | 8,958 | 14,780 | 7,519 | 7,548 | 10,018 | 14,406 | 10,869 | 4,649 | 6,814 | 18,217 | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | 125,374 | 206,094 | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 14,967 | 42 | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,600,000 | 3,068,293 | 321,236 | 127,499 | 153,413 | 140,150 | 78,852 | 69,287 | 49,592 | 68,198 | 59,682 | 47,734 | 48,695 | 47,340 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 925,000 | 832,799 | 14,746 | 11,808 | 20,102 | 12,960 | 12,787 | 10,771 | 11,174 | 8,352 | 9,907 | 3,744 | 3,514 | 4,020 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 156,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 612,450 | 16,789 | 17,371 | 12,512 | 7,818 | 15,249 | 22,578 | 15,516 | 30,974 | 7,208 | 28,055 | 4,485 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,629,089 | 19,840 | 6,459 | 33,487 | 33,900 | 47,967 | 55,861 | 50,501 | 27,960 | 29,979 | 48,577 | 67,275 | 55,139 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 154,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 531,914 | 5,132 | 4,731 | 9,160 | 10,616 | 8,612 | 1,687 | 405 | 4,783 | 10,056 | 11,680 | 25,860 | 9,021 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 10,079 | 672 | | | 543 | | 598 | | 384 | | | 543 | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 3,000,000 | 2,497,529 | 61,636 | 57,930 | 94,177 | 67,400 | 78,014 | 96,241 | 95,466 | 54,215 | 54,840 | 53,535 | 52,631 | 47,087 |

19-23649-shl    Doc 5399-1    Filed 02/04/23    Entered 02/04/23 18:43:54    Exhibit A-
OCP Report    Pg 6 of 7

In re: PURDUE PHARMA L.P., et al.                                                                                              Case No.: 19-23649 (SHL)

OCP Payment Report - Monthly Expenses
December 2022

| Name | Tier | Case Total[1] | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,717,511 | 11,447 | 9,634 | 15,007 | 118,970 | 25,863 | 90,131 | 28,934 | 17,781 | 278,227 | 32,898 | 35,005 | 20,876 |
| OCP Tier 2 Total | OCP Tier 2 | 1,283,940 | 59,932 | 7,434 | 26,257 | 11,095 | 19,275 | 10,707 | 12,869 | 7,652 | 75,694 | 18,796 | 68,144 | 21,213 |
| OCP Tier 3 Total | OCP Tier 3 | 4,086 | | | | | 221 | | | 23 | | | | |
| OCP Total | Total | 3,005,538 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 80,769 | | | | | | | | 131 | 77 | | 703 | 50,849 |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | |
| Bech-Bruun Law P/S | OCP Tier 2 | 43 | | | | | | | | | | | 43 | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 2,150 | | | | | 221 | | | 22 | | | | |
| Clement Rivers LLP | OCP Tier 2 | 62 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 28 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 567 | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 3,532 | | | | | 39 | | 208 | 36 | 127 | | 1,688 | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | | | | | | | | | |
| Dentons US LLP[2] | OCP Tier 2 | 21,735 | 2,696 | | 50 | | | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 570 | | | | | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 87,320 | | 1,449 | 15,162 | 25 | 2,999 | 1,234 | | 1,225 | 284 | 775 | 1,159 | |
| Duke Scanlan | OCP Tier 3 | 4 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 555 | | | | | | | | 1 | | | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 8 | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 55 | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | | | | | | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 7,310 | | | 170 | | 170 | | | | 2,730 | | | |
| Lenz & Staehelin | OCP Tier 2 | 53 | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 284,633 | | 1,480 | 2,140 | 3,335 | 2,220 | 2,700 | 3,360 | 430 | 3,394 | 6,039 | 3,068 | 7,898 |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | |
| Maiwald[2] | OCP Tier 1 | 1,006,713 | 11,272 | 5,778 | 5,453 | 8,729 | 21,008 | 7,597 | 11,893 | 16,863 | 18,473 | 23,334 | 25,978 | 20,682 |
| McCarter & English | OCP Tier 2 | 55,615 | 2,178 | 720 | 3,020 | 2,400 | 260 | 716 | 2,400 | 650 | 4,620 | 12 | 2,630 | 4,895 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 57,880 | | | | | 1 | | | 403 | 143 | 54,745 | 26 | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 168 | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | |

| Name | Tier | Case Total[1] | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | |
| Potomac Law Group, PLLC[3] | OCP Tier 1 | 758,983 | 43,104 | 3,596 | 9,554 | 110,115 | 4,779 | 82,495 | 16,656 | 918 | 259,588 | 9,335 | 8,999 | |
| Poyner Spruill LLP | OCP Tier 2 | 401 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 142,609 | 4 | 681 | 34 | 598 | 5,064 | 3,188 | 1,545 | 52 | 49 | 4,900 | 5,152 | |
| Reed Smith, LLP | OCP Tier 1 | 31,118 | 122 | 162 | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | | | | | | | | | | | | |
| Skarzynski Black | OCP Tier 2 | 4,557 | | | | | | | | | | | | |
| Smith Anderson | OCP Tier 2 | 756 | | 504 | | | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 108,417 | 6,306 | 2,870 | 1,480 | 3,000 | 8,073 | 2,700 | 3,230 | 4,460 | 6,600 | 1,780 | | |
| Stikeman Elliott, LLP | OCP Tier 1 | 8,941 | | | | 2 | 13 | 39 | | | | | 28 | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 159,255 | 5,141 | 234 | 4,201 | 1,735 | 450 | 169 | 1,591 | 579 | 5,875 | 169 | 5,217 | 8,420 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 115,334 | 53 | 97 | | 124 | 63 | | 385 | | 166 | 228 | | 194 |

[1] Represents Fees since the Commencement Date
[2] Dentons US LLP has been correctly designated as Tier 2 in this report (from Tier 1)
[3] Potomac Law Group, PLLC was changed to a Tier 1 OCP in February 2022 per the bankruptcy court's order. Therefore, all costs incurred from commencement through January 2022 have been included within the Tier 2 Total in this report and the costs from February 2022 to date have been included in the Tier 1 Total