**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF THIRTY-SEVENTH MONTHLY FEE STATEMENT OF JONES DAY
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | November 1, 2022 through November 30, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $317,888.87 |
| **Less 20% Holdback** | $63,577.77 |
| **Net of Holdback**: | $254,311.09 |
| **Amount of Expense Reimbursement Requested:** | $183,962.36 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $438,273.45 |
| **This is a** | X   Monthly _____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-seventh monthly fee statement (the "Thirty-Seventh Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from November 1, 2022 through November 30, 2022 (the "Thirty-Seventh Monthly Fee Period"). By this Thirty-Seventh Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $438,273.45 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Seventh Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Seventh Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $47,500.64 for the Thirty-Seventh Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed).

blended hourly billing rate of Jones Day timekeepers during the Thirty-Seventh Monthly Fee Period is approximately $760.14.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-Seventh Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-Seventh Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-Seventh Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Seventh Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Seventh Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Thirty-Seventh Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary (nyeary@jonesday.com) no later than February 21, 2023 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Thirty-Seventh Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirty-Seventh Monthly Fee Statement.

8.      To the extent that an objection to this Thirty-Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.     No prior request for the relief sought in this Thirty-Seventh Monthly Fee Statement

has been made to this or any other court.

| | |
|---|---|
| Dated: February 7, 2023<br>New York, NY | _/s/  Nathan Yeary_____<br>JONES DAY<br>John J. Normile<br>Nathan Yeary<br>250 Vesey Street<br>New York, NY 10281<br>Telephone:     (212) 326-3939<br>Facsimile:     (212) 755-7306<br>Email:         jjnormile@jonesday.com<br>               nyeary@jonesday.com<br><br>*Special Counsel to the Debtors and*<br>*Debtors in Possession* |

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**NOVEMBER 1, 2022 – NOVEMBER 30, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,025.00 | $913.50 | 30.2 | $30,955.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 14 | $16,800.00 |
| Christopher Morrison | 2002 | $1,100.00 | $957.00 | 0.4 | $440.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 54.2 | $73,170.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 57.6 | $67,680.00 |
| **TOTAL PARTNER:** | | | | **156.4** | **$189,045.00** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 58.2 | $42,195.00 |
| Chané Buck | 2017 | $645.00 | $561.15 | 6.3 | $4,063.50 |
| Patrick Huang | 2013 | $550.00 | $487.50 | 3.5 | $1,925.00 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 4.1 | $3,669.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 77.3 | $61,840.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 73.3 | $53,509.00 |
| **TOTAL ASSOCIATE:** | | | | **222.7** | **$167,202.00** |
| **PARALEGAL & STAFF** | | | | | |
| Kayla Cao | N/A | $50.00 | $43.50 | 6.0 | $300.00 |
| Cindy Gugg | N/A | $450.00 | $391.50 | 0.4 | $180.00 |
| Karida Li | N/A | $50.00 | $43.50 | 2.0 | $100.00 |
| Gabrielle Ma | N/A | $150.00 | $130.50 | 4.5 | $675.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 1.2 | $450.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 24.5 | $7,350.00 |
| Brook Zywick | N/A | $175.00 | $152.25 | 0.5 | $87.50 |
| **TOTAL PARALEGAL & STAFF:** | | | | **39.1** | **$9,142.50** |
| **TOTAL:** | | | | **418.2** | **$365,389.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER  1, 2022 – NOVEMBER 30, 2022**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 4.2 | $4,195.00 |
| Intellipharmaceutics Corp. | 2.0 | $2,150.00 |
| Collegium 961 PGR | 55.5 | $42,740.00 |
| Retention Matters | 14.6 | $12,053.00 |
| Accord Healthcare Inc. | 270.2 | $261,596.50 |
| Confidential Matter I | 4.3 | $3,282.50 |
| Confidential Matter II | 67.4 | $39,372.50 |
| **TOTAL** | | **$365,389.50** |
| **13% DISCOUNT** | | **($47,500.64)** |
| **TOTAL FEES** | | **$317,888.87** |

## EXHIBIT C

**EXPENSE SUMMARY**
**NOVEMBER 1, 2022 – NOVEMBER 30, 2022**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $183,821.86 |
| Court Costs | $54.00 |
| Publication Expenses | $86.50 |
| **TOTAL** | **$183,962.36** |

# EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                                                305158.000002
                                                                 Invoice: 220909886

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

|  |  |  |
|---|---|---|
| ██████████████████████ | USD | 39,372.50 |
| Less 13% Fee Discount |  | (5,118.43) |
| Total Billed Fees | USD | 34,254.07 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 37,441.53 | | |
| | | USD | 37,441.53 |
| **TOTAL** | | **USD** | **71,695.60** |









# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                                                      305158.000002
                                                                                           Invoice: 220909887

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

████████████████████████████████                     USD                    0.00

### Disbursement & Charges Summary

Consultants and Agents Fees                          80,301.79

                                                                     USD              80,301.79

**TOTAL**                                              **USD**           **80,301.79**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.000003
Invoice: 220909888

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | | |
|---|---|---|---|
| ███████████████████████ | | USD | 3,282.50 |
| Less 13% Discount | | | (426.73) |
| Total Billed Fees | | USD | 2,855.77 |

## Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 63,078.54 | | |
| | | USD | 63,078.54 |
| **TOTAL** | | **USD** | **65,934.31** |





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                                                305158.610005
                                                                               Invoice: 220909889

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 4,195.00 |
| Less 13% Discount | | (545.35) |
| Total Billed Fees | USD | 3,649.65 |
| **TOTAL** | **USD** | **3,649.65** |

# JONES DAY

305158.610005

Page: 2
December 8, 2022
Invoice: 220909889

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| C M Morrison | 0.40 | 1,100.00 | 440.00 |
| J J Normile | 1.30 | 1,350.00 | 1,755.00 |
| Associate |  |  |  |
| K McCarthy | 2.50 | 800.00 | 2,000.00 |
| **Total** | **4.20** | **USD** | **4,195.00** |

# JONES DAY

305158.610005                                                            Page: 3
                                                                   December 8, 2022
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 220909889

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/02/22 | K McCarthy | 1.00 |

Draft/revise stipulation and proposed order regarding amending scheduling order deadlines ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 11/02/22 | J J Normile | 0.50 |

Attention to draft stipulation regarding Case Management Order.

| 11/07/22 | K McCarthy | 0.50 |

Finalize stipulation and proposed order regarding amending scheduling order deadlines and communicate with opposing counsel regarding filing same.

| 11/07/22 | C M Morrison | 0.40 |

Review and finalize stipulation and communicate with clerk regarding continuation of status conference.

| 11/28/22 | K McCarthy | 1.00 |

Draft/revise Collegium bankruptcy appeal joint status report and communicate with bankruptcy counsel regarding same.

| 11/28/22 | J J Normile | 0.80 |

Review and revise Joint Status Report to the SDNY and related correspondence with K. McCarthy.

|  |  | ———————— |
| **Total** |  | **4.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                              305158.610013
                                                             Invoice: 220909890

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---:|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 2,150.00 |
| Less 13% Discount | | (279.50) |
| Total Billed Fees | USD | 1,870.50 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Consultants and Agents Fees | 3,000.00 | |
| | USD | 3,000.00 |
| **TOTAL** | **USD** | **4,870.50** |

# JONES DAY

305158.610013

Page: 2
December 8, 2022
Invoice: 220909890

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.00 | 1,350.00 | 1,350.00 |
| Associate |  |  |  |
| K McCarthy | 1.00 | 800.00 | 800.00 |
| **Total** | **2.00** | **USD** | **2,150.00** |

# JONES DAY

305158.610013

Page: 3
December 8, 2022
Invoice: 220909890

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/21/22 | K McCarthy | 1.00 |

Draft/revise stipulation regarding protective order deadlines and communicate internally, with local counsel, and with opposing counsel regarding finalizing and filing same.

| 11/21/22 | J J Normile | 1.00 |

Various office and teleconferences with K. McCarthy, M. Dellinger and S. Upadhye regarding Protective Order Stipulation.

|  | **Total** | **2.00** |

# JONES DAY

305158.610013                                                                                    Page: 4
December 8, 2022

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice: 220909890

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 11/07/22 | J J Normile | NYC | 1,500.00 | |
| Vendor: Pace Analytical Services, LLC; Invoice#: 27419; Date: 10/27/2022 for October storage. | | | | |
| 11/21/22 | J J Normile | NYC | 1,500.00 | |
| Vendor: Pace Analytical Services, LLC; Invoice#: 27542; Date: 11/18/2022 for November 2022 storage. | | | | |
| **Consultants and Agents Fees Subtotal** | | | | **3,000.00** |

| | | | | |
|---|---|---|---|---|
| **Total Disbursements and Charges** | | | **USD** | **3,000.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                                305158.610022
                                                               Invoice: 220909891

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 42,740.00 |
| Less 13% Discount | | (5,556.20) |
| Total Billed Fees | USD | 37,183.80 |
| **TOTAL** | **USD** | **37,183.80** |

# JONES DAY

305158.610022

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.30 | 1,350.00 | 1,755.00 |
| J L Swize | 5.30 | 1,175.00 | 6,227.50 |
| Associate |  |  |  |
| J R Boule | 47.20 | 725.00 | 34,220.00 |
| Project Assistant |  |  |  |
| Q M Sargent | 1.20 | 375.00 | 450.00 |
| Librarian |  |  |  |
| B A Zywick | 0.50 | 175.00 | 87.50 |
| **Total** | **55.50** | **USD** | **42,740.00** |

# JONES DAY

305158.610022

Page: 3
December 8, 2022
Invoice: 220909891

Collegium 961 PGR

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/07/22 | J R Boule | 1.10 |
| 11/07/22 | J J Normile | 0.80 |
| 11/07/22 | Q M Sargent | 0.10 |
| | Update case files with pleadings. | |
| 11/08/22 | J R Boule | 2.60 |
| 11/11/22 | J R Boule | 2.50 |
| 11/11/22 | Q M Sargent | 0.10 |
| | Update case files with pleadings. | |
| 11/14/22 | J R Boule | 0.90 |
| 11/15/22 | J R Boule | 2.60 |
| 11/16/22 | J R Boule | 0.10 |
| 11/17/22 | J R Boule | 6.70 |
| 11/18/22 | J R Boule | 5.40 |
| 11/21/22 | J R Boule | 1.30 |
| 11/21/22 | Q M Sargent | 0.10 |
| | Prepare attorney calendars with updated dates for appeal brief deadlines. | |
| 11/21/22 | J L Swize | 0.30 |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 4
December 8, 2022
Invoice: 220909891

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/22/22 | J R Boule | 3.50 |
| 11/22/22 | J L Swize | 0.30 |
| 11/23/22 | J L Swize | 4.50 |
| 11/28/22 | J R Boule | 8.40 |
| 11/28/22 | J J Normile | 0.50 |
| 11/28/22 | J L Swize | 0.20 |
| 11/29/22 | J R Boule | 4.50 |
| 11/29/22 | Q M Sargent | 0.90 |
| | Prepare folder of cited case law from the USPTO brief. | |
| 11/29/22 | B A Zywick | 0.50 |
| | Research regarding pulling PTAB decisions for Q. Sargent. | |
| 11/30/22 | J R Boule | 7.60 |
| | **Total** | **55.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                              305158.610028
                                                             Invoice: 220909892

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 261,596.50 |
| Less 13% Discount | | (34,007.55) |
| Total Billed Fees | USD | 227,588.95 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Miscellaneous Expenses | 54.00 | |
| Publication Expenses | 86.50 | |
| | USD | 140.50 |
| **TOTAL** | **USD** | **227,729.45** |

# JONES DAY

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 14.00 | 1,200.00 | 16,800.00 |
| J J Normile | 47.60 | 1,350.00 | 64,260.00 |
| J L Swize | 52.30 | 1,175.00 | 61,452.50 |
| Associate |  |  |  |
| J R Boule | 11.00 | 725.00 | 7,975.00 |
| K McCarthy | 72.00 | 800.00 | 57,600.00 |
| A M Nicolais | 73.30 | 730.00 | 53,509.00 |
| **Total** | **270.20** | **USD** | **261,596.50** |

# JONES DAY

305158.610028

Page: 3<br>
December 8, 2022<br>
Invoice: 220909892

Accord Healthcare Inc.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/01/22 | G J Larosa | 1.00 |

Attention to post trial brief ███████████████████

| 11/01/22 | K McCarthy | 2.50 |
|---|---|---|

Draft/revise Purdue's post-trial brief ████████████████████

| 11/01/22 | A M Nicolais | 6.20 |
|---|---|---|

Continue drafting Accord post-trial briefing and reviewing exhibits and testimony re same (6.2).

| 11/01/22 | J J Normile | 2.60 |
|---|---|---|
| 11/01/22 | J L Swize | 0.70 |
| 11/02/22 | J R Boule | 0.20 |
| 11/02/22 | K McCarthy | 3.00 |
| 11/02/22 | A M Nicolais | 4.50 |
| 11/02/22 | J J Normile | 3.30 |
| 11/02/22 | J L Swize | 0.50 |
| 11/03/22 | J R Boule | 6.80 |
| 11/03/22 | K McCarthy | 4.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 11/03/22 | A M Nicolais | 7.30 |
| 11/03/22 | J J Normile | 3.00 |
| 11/03/22 | J L Swize | 1.30 |
| 11/04/22 | J R Boule | 1.10 |
| 11/04/22 | K McCarthy | 4.00 |
| 11/04/22 | A M Nicolais | 4.60 |
| 11/04/22 | J J Normile | 3.00 |
| 11/04/22 | J L Swize | 1.80 |
| 11/05/22 | J J Normile | 1.50 |
| 11/05/22 | J L Swize | 2.80 |
| 11/06/22 | J R Boule | 1.20 |
| 11/06/22 | K McCarthy | 3.00 |
| 11/06/22 | J J Normile | 1.00 |
| 11/06/22 | J L Swize | 4.70 |

# JONES DAY

Accord Healthcare Inc.



| 11/07/22 | J R Boule | 1.70 |
| 11/07/22 | G J Larosa | 1.00 |
| 11/07/22 | K McCarthy | 7.50 |
| 11/07/22 | A M Nicolais | 10.10 |
| 11/07/22 | J J Normile | 2.80 |
| 11/07/22 | J L Swize | 5.10 |
| 11/08/22 | K McCarthy | 9.00 |
| 11/08/22 | A M Nicolais | 5.20 |
| 11/08/22 | J J Normile | 2.00 |
| 11/08/22 | J L Swize | 8.10 |
| 11/09/22 | G J Larosa | 3.00 |
| 11/09/22 | K McCarthy | 8.00 |
| 11/09/22 | A M Nicolais | 6.80 |



# JONES DAY

305158.610028

Page: 6
December 8, 2022
Invoice: 220909892

Accord Healthcare Inc.



| Date | Name | Hours |
|---|---|---|
| 11/09/22 | J J Normile | 3.00 |
| 11/09/22 | J L Swize | 5.80 |
| 11/10/22 | G J Larosa | 2.00 |
| 11/10/22 | K McCarthy | 7.00 |
| 11/10/22 | A M Nicolais | 5.70 |
| 11/10/22 | J J Normile | 4.00 |
| 11/10/22 | J L Swize | 3.80 |
| 11/11/22 | G J Larosa | 3.00 |
| 11/11/22 | K McCarthy | 7.00 |
| 11/11/22 | J J Normile | 3.50 |
| 11/11/22 | J L Swize | 2.90 |
| 11/12/22 | K McCarthy | 3.00 |

# JONES DAY



| | | |
|---|---|---|
| 11/12/22 | J L Swize | 2.90 |
| 11/13/22 | K McCarthy | 4.50 |
| 11/13/22 | A M Nicolais | 7.50 |
| 11/13/22 | J J Normile | 1.50 |
| 11/13/22 | J L Swize | 4.50 |
| 11/14/22 | G J Larosa | 1.00 |
| 11/14/22 | K McCarthy | 8.00 |
| 11/14/22 | A M Nicolais | 8.50 |
| 11/14/22 | J J Normile | 4.00 |
| 11/14/22 | J L Swize | 5.30 |
| 11/15/22 | J J Normile | 2.50 |
| 11/15/22 | J L Swize | 0.20 |

# JONES DAY

| 11/16/22 | A M Nicolais | 0.90 |
|---|---|---|
| | ████████████████████████████ | |
| 11/16/22 | J J Normile | 2.50 |
| | (████████████████████████████████████ | |
| | ████████████████████████████ | |
| 11/18/22 | A M Nicolais | 1.40 |
| | Reviewing Accord post-trial briefing hyperlink version and communication with vendor re same (.9); | |
| | ███████████████████████████ | |
| 11/21/22 | G J Larosa | 1.00 |
| | █████████████████████████████ | |
| 11/21/22 | K McCarthy | 0.50 |
| | ████████████████████████████████ | |
| | ██████ | |
| 11/21/22 | A M Nicolais | 1.60 |
| | ████████████████████████████████████ | |
| | █████████ | |
| 11/21/22 | J J Normile | 2.00 |
| | (████████████████████████████████████ | |
| | ████████████████ | |
| 11/22/22 | A M Nicolais | 0.20 |
| | ███████████████████████████ | |
| 11/28/22 | G J Larosa | 2.00 |
| | ████████████████████████ | |
| 11/28/22 | K McCarthy | 1.00 |
| | ████████████████████████████████ | |
| | █████████████████ | |
| 11/28/22 | A M Nicolais | 0.60 |
| | ██████████████████████████ | |
| 11/28/22 | J J Normile | 1.80 |
| | ████████████████████████████████ | |
| | ████████ | |
| 11/28/22 | J L Swize | 0.40 |
| | ██████████████ | |

## JONES DAY

305158.610028

Accord Healthcare Inc.



| 11/29/22 | A M Nicolais | 2.20 |
| 11/29/22 | J J Normile | 1.60 |
| 11/30/22 | J J Normile | 2.00 |
| 11/30/22 | J L Swize | 1.50 |
| | **Total** | **270.20** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 10
December 8, 2022
Invoice: 220909892

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **MISCELLANEOUS EXPENSES** | | | | |
| 11/30/22 | A M Nicolais | NYC | 54.00 | |
| | Docket charges - 11/28/22  1:50 hours at $36 per hour | | | |
| **Miscellaneous Expenses Subtotal** | | | | **54.00** |
| **PUBLICATION EXPENSES** | | | | |
| 11/10/22 | B Y Keenan | ZFI | 86.50 | |
| | Vendor: Brendan Y Keenan Invoice#: 5491707011101216 Date: 11/10/2022  -  - Publication Expenses Vendor: PNC Bank N.A.; Invoice#: 1012202201; Date: 10/12/2022 - PNC credit card charges CHI, PIT, DET, MIN, ZFI - Stmt date 09/27/2022 - PNC VISA Charge, Merchant Name: WISCONSIN TECH SEARCH, COLLEGES,UNIVERSITIES,PROFESSIONAL SCHLS AND JR COLLEGES | | | |
| **Publication Expenses Subtotal** | | | | **86.50** |
| **Total Disbursements and Charges** | | | **USD** | **140.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.999007
Invoice: 220909893

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| Retention Matters | USD | 12,053.00 |
| Less 13% Discount | | (1,566.89) |
| Total Billed Fees | USD | 10,486.11 |
| **TOTAL** | **USD** | **10,486.11** |

# JONES DAY

305158.999007

Retention Matters

Page: 2
December 8, 2022
Invoice: 220909893

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 2.00 | 1,350.00 | 2,700.00 |
| Associate | | | |
| C Buck | 6.30 | 645.00 | 4,063.50 |
| A Kordas | 4.10 | 895.00 | 3,669.50 |
| K McCarthy | 1.80 | 800.00 | 1,440.00 |
| Paralegal | | | |
| C M Gugg | 0.40 | 450.00 | 180.00 |
| **Total** | **14.60** | **USD** | **12,053.00** |

# JONES DAY

305158.999007

Page: 3
December 8, 2022
Invoice: 220909893

Retention Matters

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/07/22 | C Buck | 0.50 |

Revise Purdue invoices.

| 11/07/22 | A Kordas | 0.90 |

Review/analyze the fee examiner's report (.1); review records and backup invoices in connection with same (.5); confer with J. Normile regarding matter (.3).

| 11/09/22 | C Buck | 0.30 |

Review edits to invoices.

| 11/09/22 | J J Normile | 0.50 |

Review of Fee Examiner's Interim Report on Jones Day's Ninth Interim Fee Application and related office conference with C. Buck.

| 11/15/22 | C Buck | 0.80 |

Revise K. McCarthy notes for Interim Fee Application hearing (.4); prepare for and attend call with J. Normile regarding hearing (.4).

| 11/15/22 | A Kordas | 0.60 |

Confer with J. Normile and C. Buck regarding fee hearing prep (.3); review fee application in connection with same (.2); confer with DPW regarding proposed order (.1).

| 11/15/22 | K McCarthy | 0.50 |

Draft/revise notes in preparation for fee application and communicate internally regarding same.

| 11/15/22 | J J Normile | 1.00 |

Various office and teleconferences regarding Ninth Interim Fee Petition.

| 11/16/22 | C Buck | 2.80 |

Prepare for and attend interim fee application hearing.

| 11/16/22 | A Kordas | 1.20 |

Prepare for and attend fee hearing (.9); communicate with JD team regarding game (.3).

| 11/16/22 | K McCarthy | 1.30 |

Prepare for and attend fee application hearing and draft internal summary of same.

| 11/16/22 | J J Normile | 0.50 |

Review various correspondence regarding hearing on Purdue's Ninth Fee Petition.

| 11/21/22 | A Kordas | 0.40 |

Review October invoices (.3); confer with C. Buck regarding monthly fee statement (.1).

| 11/22/22 | C Buck | 1.90 |

Draft monthly fee statement (1.4); redact invoices (.3); prepare statement for filing (.2)

| 11/22/22 | C M Gugg | 0.40 |

Review and e-file monthly fee statement (0.20); and prepare service of same (0.20).

| 11/22/22 | A Kordas | 1.00 |

Draft/revise monthly fee statement (.5); draft/revise worksheet (.3); coordinate filing and service of same (.2).

## JONES DAY

305158.999007

Page: 4
December 8, 2022
Invoice: 220909893

Retention Matters

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| **Total** | | **14.60** |