**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF THIRTY-EIGHTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | December 1, 2022 through December 31, 2022 |
| **Amount of Compensation Requested (after 13% discount):** | $166,116.93 |
| **Less 20% Holdback** | $33,223.39 |
| **Net of Holdback:** | $132,893.54 |
| **Amount of Expense Reimbursement Requested:** | $40,800.00 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $173,693.54 |
| **This is a** | X   Monthly ____Interim ___ Final Fee Statement |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-eighth monthly fee statement (the "Thirty-Eighth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from December 1, 2022 through December 31, 2022 (the "Thirty-Eighth Monthly Fee Period"). By this Thirty-Eighth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $173,693.54 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Eighth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Eighth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $39.15 and (b) application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $24,822.07 for the Thirty-Eighth Monthly Fee Period), for an overall voluntary reduction of approximately 13.02%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2022, Jones Day is using 2021 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.02% reduction.

hourly billing rate of Jones Day timekeepers during the Thirty-Eighth Monthly Fee Period is approximately $808.75.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-Eighth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-Eighth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-Eighth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Eighth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Eighth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Thirty-Eighth Monthly Fee Statement, if any, must be served

via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary

(nyeary@jonesday.com) no later than February 21, 2023 at 12:00 p.m. (prevailing Eastern Time)

(the "Objection Deadline"), setting forth the nature of the objection and the specific amount of

fees at issue.

7.      If no objections to this Thirty-Eighth Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Thirty-Eighth Monthly Fee Statement.

8.      To the extent that an objection to this Thirty-Eighth Monthly Fee Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Thirty-Eighth Monthly Fee Statement to which the objection is directed and promptly pay

the remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Thirty-Eighth Monthly Fee Statement

has been made to this or any other court.

Dated: February 7, 2023
      New York, NY

          _/s/  Nathan Yeary_____
          JONES DAY
          John J. Normile
          Nathan Yeary
          250 Vesey Street
          New York, NY 10281
          Telephone:     (212) 326-3939
          Facsimile:     (212) 755-7306
          Email:          jjnormile@jonesday.com
                       nyeary@jonesday.com

          *Special Counsel to the Debtors and*
          *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**DECEMBER 1, 2022 – DECEMBER 31, 2022**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 10.5 | $12,862.50 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 7.0 | $8,400.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 37.2 | $50,220.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 32.0 | $37,600.00 |
| **TOTAL PARTNER:** | | | | **86.7** | **$109,082.50** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 92.5 | $67,062.50 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 5.0 | $4,000.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 4.8 | $3,504.00 |
| A M Smith | 2021 | $500.00 | $435.00 | 9.9 | $4,950.00 |
| **TOTAL ASSOCIATE:** | | | | **112.2** | **$79,516.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jacob Chludzinski | N/A | $350.00 | $304.50 | 3.5 | $1,225.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 2.6 | $975.00 |
| Elizabeth Pratt | N/A | $350.00 | $304.50 | 0.4 | $140.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **6.5** | **$2,340.00** |
| **TOTAL:** | | | | **205.4** | **$190,939.00** |

## EXHIBIT B

### COMPENSATION BY PROJECT CATEGORY
### DECEMBER 1, 2022 – DECEMBER 31, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 5.4 | $4,140.00 |
| Collegium 961 PGR | 165.6 | $143,785.00 |
| Accord Healthcare Inc. | 34.4 | $43,014.00 |
| **TOTAL** | **205.4** | **$190,939.00** |
| **13% DISCOUNT** | | **($24,822.07)** |
| **TOTAL FEES** | | **$166,116.93** |

## EXHIBIT C

**EXPENSE SUMMARY**
**DECEMBER 1, 2022 – DECEMBER 31, 2022**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $40,800.00 |
| **TOTAL** | **$40,800.00** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

January 23, 2023

305158.610005
Invoice: 230900395

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 4,140.00 |
| Less 13% Discount | | (538.20) |
| Total Billed Fees | USD | 3,601.80 |
| **TOTAL** | **USD** | **3,601.80** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| K McCarthy | 5.00 | 800.00 | 4,000.00 |
| Project Manager |  |  |  |
| E Pratt | 0.40 | 350.00 | 140.00 |
| **Total** | **5.40** | **USD** | **4,140.00** |

# JONES DAY

305158.610005

Page: 3
January 23, 2023
Invoice: 230900395

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/12/22 | K McCarthy | 1.00 |



| | | |
|---|---|---|
| 12/13/22 | K McCarthy | 2.00 |
| 12/19/22 | K McCarthy | 1.50 |

| | | |
|---|---|---|
| 12/19/22 | E Pratt | 0.40 |

Communicate with K McCarthy regarding receipt of hard drive from custodian at termination with company and options for storage of same.

| 12/21/22 | K McCarthy | 0.50 |
|---|---|---|
| | **Total** | **5.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

January 23, 2023

305158.610022
Invoice: 230900396

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 143,785.00 |
| Less 13% Discount | | (18,692.05) |
| Total Billed Fees | USD | 125,092.95 |
| **TOTAL** | **USD** | **125,092.95** |

# JONES DAY

305158.610022

Page: 2
January 23, 2023
Invoice: 230900396

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G A Castanias | 10.50 | 1,225.00 | 12,862.50 |
| G J Larosa | 4.00 | 1,200.00 | 4,800.00 |
| J J Normile | 10.60 | 1,350.00 | 14,310.00 |
| J L Swize | 32.00 | 1,175.00 | 37,600.00 |
| **Associate** | | | |
| J R Boule | 92.50 | 725.00 | 67,062.50 |
| A M Smith | 9.90 | 500.00 | 4,950.00 |
| **Paralegal** | | | |
| J Chludzinski | 3.50 | 350.00 | 1,225.00 |
| **Project Assistant** | | | |
| Q M Sargent | 2.60 | 375.00 | 975.00 |
| **Total** | **165.60** | **USD** | **143,785.00** |

# JONES DAY

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/01/22 | J R Boule | 7.60 |
| | ██████████████████████████████) | |
| 12/01/22 | J J Normile | 0.30 |
| | ████████████████████ | |
| 12/01/22 | J L Swize | 0.20 |
| | ██████████████████ | |
| 12/02/22 | J R Boule | 3.80 |
| | ███████████ | |
| 12/02/22 | J L Swize | 1.70 |
| | ██████████████████████████████ | |
| 12/03/22 | J R Boule | 2.00 |
| | ███████████ | |
| 12/04/22 | J R Boule | 1.20 |
| | ███████████ | |
| 12/04/22 | J L Swize | 0.50 |
| | ███████████████ | |
| 12/05/22 | J R Boule | 2.30 |
| | ████████████ | |
| 12/05/22 | J L Swize | 2.80 |
| | ███████████████████ | |
| 12/06/22 | J R Boule | 4.10 |
| | ███████████████████████ | |
| 12/06/22 | G J Larosa | 1.00 |
| | ██████████████ | |
| 12/06/22 | Q M Sargent | 0.10 |
| | Update docket calendars with new brief deadline and upload pleading to team folders. | |
| 12/06/22 | A M Smith | 3.50 |
| | ████████████████████████ | |

# JONES DAY

| Date | Name | Hours |
|------|------|-------|
| 12/06/22 | J L Swize | 2.10 |
| 12/07/22 | J R Boule | 0.20 |
| 12/07/22 | A M Smith | 1.20 |
| 12/08/22 | J R Boule | 2.90 |
| 12/08/22 | G A Castanias | 1.80 |
| 12/08/22 | J J Normile | 1.00 |
| 12/08/22 | J L Swize | 0.80 |
| 12/09/22 | J R Boule | 1.10 |
| 12/09/22 | G J Larosa | 1.00 |
| 12/09/22 | J J Normile | 1.00 |
| 12/09/22 | J L Swize | 0.50 |
| 12/10/22 | J J Normile | 0.50 |
| 12/12/22 | J R Boule | 1.90 |
| 12/12/22 | A M Smith | 4.10 |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 5
January 23, 2023
Invoice: 230900396

| | | |
|---|---|---|
| 12/12/22 | J L Swize | 0.20 |
| 12/13/22 | J R Boule | 5.00 |
| 12/13/22 | A M Smith | 1.10 |
| 12/14/22 | J R Boule | 8.20 |
| 12/14/22 | J J Normile | 1.50 |
| 12/14/22 | Q M Sargent | 1.30 |

Revise joint appendix log to incorporate appendix cites from both Purdue and Collegium briefs.

| | | |
|---|---|---|
| 12/15/22 | J R Boule | 10.00 |
| 12/16/22 | J R Boule | 2.20 |
| 12/16/22 | G J Larosa | 2.00 |
| 12/16/22 | J L Swize | 5.50 |
| 12/17/22 | J R Boule | 7.20 |
| 12/17/22 | J L Swize | 3.70 |
| 12/18/22 | J R Boule | 4.90 |
| 12/18/22 | J L Swize | 5.40 |
| 12/19/22 | J R Boule | 5.40 |

# JONES DAY

305158.610022

Collegium 961 PGR

| Date | Name | | Hours |
|---|---|---|---|
| 12/19/22 | G A Castanias | ██████████ | 3.70 |
| 12/19/22 | J J Normile | ██████████ | 2.50 |
| 12/19/22 | J L Swize | ██████████ | 2.30 |
| 12/20/22 | J R Boule | ████ | 3.10 |
| 12/20/22 | J Chludzinski | Complete cite-check of reply brief. | 2.50 |
| 12/20/22 | J J Normile | ██████████ | 1.50 |
| 12/20/22 | J L Swize | ██████████ | 0.70 |
| 12/21/22 | J R Boule | ████ | 3.30 |
| 12/21/22 | G A Castanias | ██████ | 2.20 |
| 12/21/22 | J J Normile | ████████ | 1.00 |
| 12/21/22 | J L Swize | ████████ | 2.20 |
| 12/22/22 | J R Boule | ████ | 7.50 |
| 12/22/22 | G A Castanias | ██████ | 2.80 |
| 12/22/22 | J Chludzinski | Add tables to reply brief. | 1.00 |
| 12/22/22 | J J Normile | ████ | 0.80 |

# JONES DAY

305158.610022

Collegium 961 PGR

| 12/22/22 | Q M Sargent | 0.30 |
|---|---|---|

Prepare and communicate with J. Boule regarding filing reply brief (0.2); file reply brief (0.1).

| 12/22/22 | J L Swize | 3.00 |
|---|---|---|

███████████████████████████████████

| 12/23/22 | J R Boule | 3.10 |
|---|---|---|

Prepare joint appendix.

| 12/23/22 | Q M Sargent | 0.90 |
|---|---|---|

Prepare joint appendix log to track final citations from reply brief (0.5); combine all citations in log from all briefs and provide log to J. Boule (0.4).

| 12/23/22 | J L Swize | 0.40 |
|---|---|---|

████████████████████████████████████████

| 12/24/22 | J R Boule | 0.70 |
|---|---|---|

Prepare joint appendix.

| 12/26/22 | J R Boule | 3.10 |
|---|---|---|

Prepare joint appendix.

| 12/26/22 | J J Normile | 0.50 |
|---|---|---|

███████████████████████████

| 12/27/22 | J R Boule | 0.60 |
|---|---|---|

███████████████████████████████

| 12/29/22 | J R Boule | 1.10 |
|---|---|---|

███████████

|  | **Total** | **165.60** |
|---|---|---|

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


January 23, 2023                                                    305158.610028
                                                                   Invoice: 230900397

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America


For legal services rendered for the period through December 31, 2022:

| | | | |
|---|---|---|---|
| Accord Healthcare Inc. | | USD | 43,014.00 |
| Less 13% Discount | | | (5,591.82) |
| Total Billed Fees | | USD | 37,422.18 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 40,800.00 | | |
| | | USD | 40,800.00 |
| **TOTAL** | | **USD** | **78,222.18** |

# JONES DAY

305158.610028

Page: 2
January 23, 2023
Invoice: 230900397

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 3.00 | 1,200.00 | 3,600.00 |
| J J Normile | 26.60 | 1,350.00 | 35,910.00 |
| Associate | | | |
| A M Nicolais | 4.80 | 730.00 | 3,504.00 |
| **Total** | **34.40** | **USD** | **43,014.00** |

# JONES DAY

305158.610028

Page: 3
January 23, 2023
Invoice: 230900397

Accord Healthcare Inc.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/01/22 | A M Nicolais | 0.90 |
| 12/01/22 | J J Normile | 0.60 |
| 12/02/22 | A M Nicolais | 0.20 |
| 12/02/22 | J J Normile | 1.00 |
| 12/05/22 | G J Larosa | 1.00 |
| 12/05/22 | A M Nicolais | 0.60 |
| 12/05/22 | J J Normile | 0.60 |
| 12/07/22 | J J Normile | 0.30 |
| 12/08/22 | J J Normile | 1.00 |
| 12/09/22 | J J Normile | 1.00 |
| 12/12/22 | G J Larosa | 1.00 |
| 12/12/22 | A M Nicolais | 0.70 |
| 12/12/22 | J J Normile | 2.50 |



Prepare for and participate in outside counsel weekly meeting (.50); prepare for and participate in weekly team meeting with client (.50);

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
January 23, 2023
Invoice: 230900397



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | ▓▓▓▓▓▓▓▓ | |
| 12/13/22 | J J Normile | 1.00 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/14/22 | A M Nicolais | 0.60 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/14/22 | J J Normile | 1.50 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/15/22 | A M Nicolais | 1.30 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/15/22 | J J Normile | 2.50 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/16/22 | J J Normile | 1.00 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/19/22 | G J Larosa | 1.00 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/19/22 | A M Nicolais | 0.50 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/19/22 | J J Normile | 2.50 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/22/22 | J J Normile | 1.00 |
| | Review various correspondence from M. Kesselman, B. Koch and R. Aleali regarding settlement and related teleconference with B. Koch. | |
| 12/24/22 | J J Normile | 0.50 |
| | ▓▓▓▓▓▓▓▓ | |
| 12/27/22 | J J Normile | 1.30 |
| | ▓▓▓▓▓▓▓▓ | |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 5
January 23, 2023
Invoice: 230900397

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/28/22 | J J Normile | 3.80 |
| 12/29/22 | J J Normile | 3.00 |
| 12/30/22 | J J Normile | 1.50 |
| | **Total** | **34.40** |



# JONES DAY

305158.610028

Accord Healthcare Inc.

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 01/17/23 | J J Normile | NYC | 40,800.00 | |
| | Vendor: Bates White, LLC; Invoice#: 27960; Date: 10/10/2022 (9/7 - 21/2022) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **40,800.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **40,800.00** |