January 26, 2023

**Case:**   *Purdue Pharma L.P. (nysb-7:2019-bk-23649)*

**Court:**  Southern District of New York (Bankruptcy)

**To the Judge,**

I called this court to obtain the contact information of those in charge of the settlement funds, already distributed. Funds that are bound by the settlement agreement to help people battle Opioid Addiction.

I was provided some contact information from the bankruptcy proceedings for those who they thought were the persons in charge of the settlement funds. I reached out to all of them. I was told by the person themselves they were not the right person. According to my understanding, the names I were provided were attorneys directly involved in the bankruptcy proceedings and settlement agreement. I asked those I did speak to please provided the contact information to the right person. I was told they do not know but it was not them. Those I reached out to via email because that was the information, I was provided either never followed through or did not respond. It felt like I was stonewalled.

To this day, I still do not have this information, hence this letter.

I understand the information I am requesting is supposed to be a matter of public record, as well as the 3-month expenditure report these entities are obligated by law in exchange for the money to report and submit to this court. However, I cannot find any information on who to contact regarding the settlement funds anywhere.

This foundation is requesting the contact information of those in charge/oversee the settlement funds and a day before this court with them present, so I am not excluded from requesting funds for this foundation.

I am asking this court to please address the following issues:

1. A day in court with those in charge of the distribution of the settlement funds.
2. Who makes the decision on who gets funds?
3. How those in charge make the decision on who gets funds?
4. A list of who already received funds, how much they received, why and the terms!
5. A copy of their 3-month report.
6. What is the procedure to get settlement funds?
7. How much money was awarded to each entity and how much is left?

1 | Page

The plan of this foundation is to get funds to help those in need of battling addiction with options that work better than those being offered right now. For that to happen this non-profit needs direct contact and funds from the settlement fund.

Funds that are bound by the law and the settlement agreement to be used to help people battle addiction and that is exactly what this foundation will do. This foundation will help people abandon the use and abuse of opioids with safe, effective and proven nutritional services.

The settlement funds are not just for large entities to use for the same failing services, for example Methadone, that obviously do not address the chemical dependency in the brain and the body.

It is obvious that traditional detoxes and drug rehabs are not working as they should otherwise, overdoses and chronic relapsing would be on the decline, and they are not. Insurance companies do their best to deny claims making the process to get help harder than it should be.

It is the goal of this foundation to change lives, save lives and rebuild families and communities by opening up Wellness Centers across our great nation to help people abandon the use and abuse of Opioids, Street Drugs, Prescription Drugs and Alcohol with Nutritional Services that work much better coupled with inpatient services.

If we do not begin to offer people an alternative to traditional detoxes and drug rehabs, this epidemic will never get better, never end and we will continue to lose lives unnecessarily. This proven service needs to be offered in every community so a person can be offered alternative services and a real chance at recovery after failing time and time again in traditional detoxes and rehabs.

In this Wellness Program, a person is **NOT** put on a daily maintenance program like methadone. A drug worse than what they are taking. Maintenance programs only mask the problem and keeps a persons' life on hold and addicted for much longer than a person needs to be. Making a person already in need of help falling deeper into a life of addiction.

The option of daily dosing with Methadone, a highly addictive Opioid Synthetic as an option to help someone end addiction is a deterrence to help a person recover. Yes, methadone can help to keep a person from drug searching and taking street drugs. But it keeps a person's body and brain addicted to Methadone for years and years to come.

As Methadone clinics consistently increase the dosage they administer to each person. The dosage starts at 30 milligrams and increases to 100 or more before a person can even be eligible to begin a detox from Methadone. This process takes years.

Even after years of taking Methadone there is no guarantee when a person tries to tapper from Methadone, the pain of battling Opioid Addiction, the anguish, and the

2 | Page

cravings, many, many times begins all over again. Regardless of how long they have been on methadone. So, **NO** a person is not Sober or clean from Opioids just pacified with yet another highly addictive drug. Methadone continues the cycle of Opioid Addiction and a very sad way to help someone recover.

It seems hospitals, insurance companies and States have already received settlement funds. How did they know about it and how and why did they get money?

This foundation needs your help as soon as possible to help people abandon drugs with nutritional services and hand-held inpatient services that can work much better than long-term maintenance programs like Methadone.

Please your honor, you will never know what a person, and their family goes through during chemical dependency that causes years of addiction unless you have experienced it yourself or know those who have. Addiction affects people from all walks of life and economics for all different reasons. Sadly enough, especially for those who became addicted as a result of an injury and the failure of Big Pharma to disclose the highly addictive chemicals they intentional put in their pills then forced distribution and scripts.

Opioid Chemical Dependency is a horrific cycle.

To reiterate, this foundation is requesting a court date before this court with those in charge so this foundation can go through the process for funds as well as the above requests.

Please put this foundation on the calendar as soon as possible and please have those in charge that make the decisions for the distribution of funds present on this day.

Thank you in advance for your anticipated time,

*Laureen Ferrante*

Miracle Health Restoration

A non-for profit

718-710-9480

3 | P a g e