Att United States Bankruptcy

January 30 2023

I am a Pardue Pharma Claim Reciepent and I'm wondering whats going on? with it — My Claim # is
#623861

I Haven't Heard from the Pardue Pharma Claims processing center and have wrote to them & Some how or other their mail is lost, or I simply havent been wrote back To.

Could you please help me in this matter? Do I need to Obtain another lawyer other than the one they assed to me?

Thank you for All your Time & Efforts in this Matter

Respectfully Yours
Theresa Simmons
Birthday ~~-~~-~~

Can You Assist me in which Website is Now Useful because the one they have is not or has not seemed to be working —

Ty

Theresa Simmons 1836736
14400 49th St North  Echo-6
Clearwater Fl
      33762

TAMPA FL 335

RETURN SERVICE
REQUESTED

US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 33778
02 4W $ 000.60⁰
0000375820 FEB 02 2023

✓ LAW
LIBRARY
APPROVED

183 6734

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains N.Y. 10601

10601-414000