AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
Edan Lisovicz
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**THIRTY-NINTH MONTHLY FEE STATEMENT OF AKIN GUMP
STRAUSS HAUER & FELD LLP FOR PROFESSIONAL SERVICES
RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | September 26, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | December 1, 2022 Through December 31, 2022 |
| Fees Incurred: | $263,434.00 |
| 20% Holdback: | $52,686.80 |
| Total Compensation Less 20% Holdback: | $210,747.20 |
| Monthly Expenses Incurred: | $6,695.66 |
| Total Fees and Expenses Requested: | $270,129.66 |

This is a  x  monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Ninth Monthly Fee Statement") covering the period from December 1, 2022 through and including December 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327*, dated April 8, 2020 [ECF No. 1023]. By the Thirty-Ninth Monthly Fee Statement, and after taking into

account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the amount of $210,747.20 (80% of $263,434.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $6,695.66 incurred by Akin Gump during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Akin Gump for services rendered to the Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] The total amount sought for fees and expenses ($270,129.66) reflects a voluntary reduction of $41,600.50 in fees, including all fees incurred by professionals and paraprofessionals who provided fewer than five (5) hours of services during the Compensation Period, as well as other voluntary reductions. Such fees are excluded from the exhibits and the summary tables included herein, and Akin Gump will not seek allowance of such fees in its interim or final fee applications. For the avoidance of doubt, the foregoing fee reductions are purely voluntary and not based on any determination that such fees are not appropriate or compensable.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirty-Ninth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Thirty-Ninth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on February 22, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Thirty-Ninth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Thirty-Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
February 8, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Arik Preis*
    Ira Dizengoff
    Arik Preis
    Mitchell Hurley
    Sara L. Brauner
    Edan Lisovicz
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    idizengoff@akingump.com
    apreis@akingump.com
    mhurley@akingump.com
    sbrauner@akingump.com
    elisovicz@akingump.com

    *Counsel to the Official Committee of*
    *Unsecured Creditors of Purdue Pharma L.P.,*
    et al.

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
|---|---|---|---|---|---|---|
| Arik Preis | Financial Restructuring | NY | 2001 | $1,775.00 | 6.5 | $11,537.50 |
| David Vondle | Intellectual Property | DC | 2002 | $1,265.00 | 19.5 | $24,667.50 |
| **Partner Total:** | | | | | **26.0** | **$36,205.00** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Danielle Crockett Ginty | Litigation | NY | 2008 | $1,085.00 | 63.3 | $68,680.50 |
| Edan Lisovicz | Financial Restructuring | NY | 2014 | $1,190.00 | 14.5 | $17,255.00 |
| Dennis Windscheffel | Litigation | SA | 2004 | $1,105.00 | 9.2 | $10,166.00 |
| **Senior Counsel & Counsel Total:** | | | | | **87.0** | **$96,101.50** |
| **Associates** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,045.00 | 35.4 | $36,993.00 |
| Richard Cochrane | Litigation | DA | 2019 | $775.00 | 6.2 | $4,805.00 |
| William Foster | Litigation | SF | 2017 | $940.00 | 65.3 | $61,382.00 |
| Kaila Zaharis | Financial Restructuring | NY | 2022 | $710.00 | 21.5 | $15,265.00 |
| **Associate Total:** | | | | | **128.4** | **$118,445.00** |
| **Paraprofessionals** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $475.00 | 26.7 | $12,682.50 |
| **Paraprofessional Total:** | | | | | **26.7** | **$12,682.50** |
| **Total Hours / Fees Requested:** | | | | | **268.1** | **$263,434.00** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | Case Administration | 4.3 | $2,113.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 9.6 | $9,804.00 |
| 4 | Analysis of Other Professional Fee Applications/Reports | 7.4 | $5,231.00 |
| 6 | Retention of Professionals | 9.0 | $8,779.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 38.6 | $39,803.00 |
| 8 | Hearings and Court Matters/Court Preparation | 13.0 | $10,227.50 |
| 14 | Insurance Issues | 137.8 | $140,228.50 |
| 17 | Adversary Proceedings (including Preliminary Injunction Motion) | 1.4 | $1,463.00 |
| 20 | Interaction with/Review of Other Opioid Companies and Cases | 26.5 | $19,342.50 |
| 22 | Disclosure Statement/ Solicitation/ Plan/ Confirmation | 1.0 | $1,775.00 |
| 32 | Intellectual Property | 19.5 | $24,667.50 |
| **TOTAL:** | | **268.1** | **$263,434.00** |

## Exhibit C

**Itemized Fees**



PURDUE CREDITORS COMMITTEE
PURDUE PHARMA L.P.
ONE STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT  06901
ATTN: JOHN  LOWNE

| | |
|---|---|
| Invoice Number | 2026775 |
| Invoice Date | 02/08/23 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 4.30 | $2,113.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 9.60 | $9,804.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 7.40 | $5,231.00 |
| 0006 | Retention of Professionals | 9.00 | $8,779.00 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 38.60 | $39,803.00 |
| 0008 | Hearings and Court Matters/Court Preparation | 13.00 | $10,227.50 |
| 0014 | Insurance Issues | 137.80 | $140,228.50 |
| 0017 | Adversary Proceedings (including Preliminary Injunction Motion) | 1.40 | $1,463.00 |
| 0020 | Interaction with/Review of Other Opioid Companies and Cases | 26.50 | $19,342.50 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 1.00 | $1,775.00 |
| 0032 | Intellectual Property | 19.50 | $24,667.50 |
| | TOTAL | 268.10 | $263,434.00 |

PURDUE CREDITORS COMMITTEE                                                                          Page 2
Invoice Number: 2026775                                                                    February 8, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/01/22 | DJW | 0014 | Attend deposition preparation for Rhodes witness in insurance adversary proceeding. | 4.30 | $4,751.50 |
| 12/01/22 | DCV | 0032 | Analyze post-trial filings re patent litigation (.6); review materials re IP issues in connection with potential transaction (.7). | 1.30 | $1,644.50 |
| 12/01/22 | DK | 0020 | Review (.4) and organize (.3) materials re opioid litigations; circulate same (.2). | 0.90 | $427.50 |
| 12/01/22 | EYP | 0007 | Lead call with UCC re case next steps. | 0.50 | $887.50 |
| 12/01/22 | ESL | 0007 | Calls with claimants re case inquiries. | 0.70 | $833.00 |
| 12/01/22 | BKB | 0003 | Comment on September 2022 fee statement (1.3); review invoice in connection with same (1.2); correspondence with K. Zaharis re same (.3). | 2.80 | $2,926.00 |
| 12/01/22 | BKB | 0008 | Review prior hearing transcript (.2); correspondence with Cole Schotz re same (.1). | 0.30 | $313.50 |
| 12/01/22 | BKB | 0007 | Call with claimant re case status (.3); review UCC correspondence re case updates (.1); attend UCC call re same (.5). | 0.90 | $940.50 |
| 12/01/22 | KMZ | 0003 | Review September invoice in connection with preparation of September fee statement (.5); revise fee statement (.6); correspondence with B. Barker re same (.1). | 1.20 | $852.00 |
| 12/01/22 | WAF | 0014 | Conduct research of open issues re insurance adversary proceeding litigation (5.2); draft memorandum analyzing same (1.4). | 6.60 | $6,204.00 |
| 12/02/22 | DCV | 0032 | Prepare for (1.3) and attend (.5) telephone conference with Debtors' advisors re patent litigation and IP issues. | 1.80 | $2,277.00 |
| 12/02/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 1.10 | $522.50 |
| 12/02/22 | DK | 0020 | Review (.3) and organize (.5) materials re opioid litigations; circulate same (.2). | 1.00 | $475.00 |
| 12/02/22 | DK | 0004 | Confer with E. Lisovicz re filing of Committee professionals' monthly fee statements (.2); prepare fee statements for filing (1.1); file same (.8); prepare fee statements for service (.4); correspondence with KCC re service of same (.1). | 2.60 | $1,235.00 |
| 12/02/22 | ESL | 0007 | Calls with claimants re case updates. | 0.30 | $357.00 |
| 12/02/22 | ESL | 0004 | Review UCC professional draft monthly fee statements for privilege and confidentiality (.6); confer with Cole Schotz re same (.1); prepare filing versions of same (.3); confer with D. Krasa re same (.2). | 1.20 | $1,428.00 |
| 12/02/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker with summaries of recent filings (1.3); review dockets and filings thereon re same (.8). | 2.10 | $1,627.50 |
| 12/02/22 | BKB | 0003 | Revise sections of monthly fee statement (1.1); review invoice re prep of schedules to same (1.4). | 2.50 | $2,612.50 |

PURDUE CREDITORS COMMITTEE

Invoice Number: 2026775

Page 3

February 8, 2023

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 12/02/22 | WAF | 0014 | Conduct further research re open insurance issues (2.8); continue drafting memorandum analyzing same (1.1); analyze insurance policy re same (2.3). | 6.20 | $5,828.00 |
| 12/05/22 | DJW | 0014 | Correspond with A. Crawford re insurance adversary proceeding discovery. | 0.30 | $331.50 |
| 12/05/22 | ESL | 0007 | Call with creditor re case inquiries. | 0.20 | $238.00 |
| 12/05/22 | BKB | 0008 | Correspondence with S. Brauner re hearing (.2); prepare materials for same (.7). | 0.90 | $940.50 |
| 12/05/22 | BKB | 0007 | Review (.6) and draft responses (.4) to claimant letters re case inquiries; review UCC correspondence re case updates (.2). | 1.20 | $1,254.00 |
| 12/06/22 | DK | 0020 | Review (.5) and organize (.3) materials re opioid litigations; circulate same (.2). | 1.00 | $475.00 |
| 12/06/22 | DK | 0020 | Review (.2) and prepare (.4) materials re opioid litigations; circulate same (.2). | 0.80 | $380.00 |
| 12/06/22 | EYP | 0007 | Various calls with claimants re case updates. | 1.00 | $1,775.00 |
| 12/06/22 | ESL | 0003 | Review invoice for privilege and confidentiality and compliance with UST Guidelines. | 1.00 | $1,190.00 |
| 12/06/22 | ESL | 0004 | Prepare UCC professionals' fee detail for fee examiner (.2); correspondence with fee examiner re same (.1). | 0.30 | $357.00 |
| 12/06/22 | ESL | 0007 | Review correspondence from claimants re case inquiries (.1); revise draft letters in response to same (.2); calls with claimants re case inquiries (.2). | 0.50 | $595.00 |
| 12/06/22 | BKB | 0008 | Attend hearing (1.2) (partial); correspondence with K. Zaharis re summary of same (.2). | 1.40 | $1,463.00 |
| 12/06/22 | KMZ | 0008 | Prepare folders of hearing materials (.5); circulate same (.2); correspondence with B. Barker re summary of hearing (.3); attend hearing (2.5); draft summary of same (1.8). | 5.30 | $3,763.00 |
| 12/06/22 | KMZ | 0007 | Draft letter in response to inquiry from incarcerated claimant. | 0.40 | $284.00 |
| 12/06/22 | WAF | 0014 | Conduct research of open issues in insurance adversary proceedings. | 2.10 | $1,974.00 |
| 12/07/22 | DJW | 0014 | Analyze insurance discovery issues (.3); review new draft scheduling order (.3); correspondence with A. Crawford re discovery scheduling in insurance adversary proceeding (.3); review of Debtors' production in insurance adversary proceeding (2.1). | 3.00 | $3,315.00 |
| 12/07/22 | DCV | 0032 | Review materials re potential transaction (.9); research and analyze IP issues re same (1.1). | 2.00 | $2,530.00 |
| 12/07/22 | DK | 0008 | Review and organize transcript files for attorney review. | 0.50 | $237.50 |
| 12/07/22 | DK | 0020 | Review (.4) and organize (.3) materials re opioid litigations; circulate same (.2). | 0.90 | $427.50 |
| 12/07/22 | DK | 0002 | Review main case and adversary proceeding dockets (.4); prepare detailed update for team (.2). | 0.60 | $285.00 |
| 12/07/22 | DCC | 0014 | Correspondence with A. Crawford re | 0.20 | $217.00 |

PURDUE CREDITORS COMMITTEE                                                    Page 4
Invoice Number: 2026775                                                February 8, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | insurance research issues (.1); correspondence with W. Foster re same (.1). | | |
| 12/07/22 | ESL | 0007 | Call with claimant re case inquiries. | 0.10 | $119.00 |
| 12/07/22 | BKB | 0003 | Review invoice re prep of fee statement (1.0); coordinate prep of fee statement (.4). | 1.40 | $1,463.00 |
| 12/07/22 | BKB | 0008 | Review (.5) and comment on (.6) hearing summary; confer with K. Zaharis re same (.4). | 1.50 | $1,567.50 |
| 12/07/22 | KMZ | 0008 | Confer with B. Barker re draft hearing summary (.4); revise summary of hearing (.7); review materials in connection with same (.9). | 2.00 | $1,420.00 |
| 12/07/22 | WAF | 0014 | Research issues re insurance policy provisions (2.8); continue drafting memorandum analyzing same (1.9); review materials in connection with same (1.4). | 6.10 | $5,734.00 |
| 12/08/22 | DJW | 0014 | Analyze issues re insurance adversary proceeding discovery schedule. | 0.20 | $221.00 |
| 12/08/22 | DCV | 0032 | Analyze materials re Purdue patent litigation and post-trial briefing. | 1.50 | $1,897.50 |
| 12/08/22 | DK | 0002 | Review main case and adversary proceeding dockets (.3); organize materials for attorney review and circulate to team (.2). | 0.50 | $237.50 |
| 12/08/22 | DK | 0020 | Review (.3) and prep (.3) materials re opioid litigation updates; circulate same (.2). | 0.80 | $380.00 |
| 12/08/22 | DCC | 0014 | Call with W. Foster about research need for insurance adversary proceeding (.3); call with A. Crawford re progress of same (.5); review research memos and other materials to advise W. Foster re same (1.0). | 1.80 | $1,953.00 |
| 12/08/22 | ESL | 0007 | Calls (.6) and correspondence (.1) with claimants re case inquiries. | 0.70 | $833.00 |
| 12/08/22 | BKB | 0020 | Analyze issues re opioid lit tracking (.2); review updates re same (.5). | 0.70 | $731.50 |
| 12/08/22 | BKB | 0007 | Review UCC correspondence re case updates (.1); calls with claimants re same (.4); updates tracker re same (.2). | 0.70 | $731.50 |
| 12/08/22 | WAF | 0014 | Analyze research findings and materials re open insurance matters (2.9); call with D. Ginty re case law research (.5); conduct additional research re legal issues in connection with same (3.5). | 6.90 | $6,486.00 |
| 12/09/22 | DJW | 0014 | Correspondence with A. Crawford re discovery in insurance adversary proceeding. | 0.10 | $110.50 |
| 12/09/22 | DK | 0020 | Review (.4) and organize (.3) materials re opioid litigations; circulate same (.2). | 0.90 | $427.50 |
| 12/09/22 | DK | 0004 | Confer with E. Lisovicz re filing of Committee Professionals' monthly fee statements (.2); prepare fee statements for filing (.7); file same (.8); prepare fee statements for service (.5); correspondence with KCC re service of same (.2). | 2.40 | $1,140.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/09/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 1.00 | $475.00 |
| 12/09/22 | DCC | 0014 | Correspondence with Cole Schotz re insurance adversary proceeding case issues. | 0.30 | $325.50 |
| 12/09/22 | ESL | 0003 | Review and revise monthly fee statement. | 0.20 | $238.00 |
| 12/09/22 | ESL | 0004 | Review UCC professional invoices for privilege and confidentiality (.2); prepare filing versions and attend to filing of UCC professionals' monthly fee statements (.2); confer with D. Krasa re same (.2). | 0.60 | $714.00 |
| 12/09/22 | BKB | 0007 | Calls with claimants re case updates (.5); review UCC correspondence re same (.2). | 0.70 | $731.50 |
| 12/09/22 | BKB | 0003 | Finalize fee statement for filing. | 0.50 | $522.50 |
| 12/09/22 | KMZ | 0007 | Review claimant correspondence re case inquiry (.2); draft reply to same (.2). | 0.40 | $284.00 |
| 12/09/22 | WAF | 0014 | Analyze case law re open insurance adversary proceeding issues (3.2); review and revise research memorandums in connection with same (2.8). | 6.00 | $5,640.00 |
| 12/10/22 | DCC | 0014 | Review materials in connection with analysis for insurance adversary proceeding (.5); correspondence with Cole Schotz re same (.2); prepare summary of same (1.7). | 2.40 | $2,604.00 |
| 12/10/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker. | 1.20 | $930.00 |
| 12/10/22 | BKB | 0020 | Revise opioid litigation update summaries (.3); review articles re same (.2). | 0.50 | $522.50 |
| 12/11/22 | KMZ | 0020 | Review dockets in opioid related litigation for recent updates (.2); review relevant filings from same (.4); summarize same (.7). | 1.30 | $923.00 |
| 12/12/22 | DK | 0020 | Review (.5) and organize (.3) materials re opioid litigations; circulate same (.2). | 1.00 | $475.00 |
| 12/12/22 | DK | 0002 | Review main case and adversary proceeding dockets (.6); prepare detailed update for team (.2). | 0.80 | $380.00 |
| 12/12/22 | DCC | 0014 | Review notice letter to insurer re insurance issues. | 0.30 | $325.50 |
| 12/12/22 | EYP | 0007 | Calls with claimants re case updates. | 0.30 | $532.50 |
| 12/12/22 | BKB | 0020 | Review opioid articles (.4); revise summaries re opioid lit tracking work stream (.4). | 0.80 | $836.00 |
| 12/12/22 | BKB | 0006 | Correspondence with K. Zaharis re notice of rate increase (.1); analyze issues re same (.2). | 0.30 | $313.50 |
| 12/12/22 | KMZ | 0006 | Draft notice of rate increase (.4); correspondence with B. Barker re same (.1). | 0.50 | $355.00 |
| 12/12/22 | WAF | 0014 | Review memoranda and documents re open issues in connection with insurance adversary proceeding (3.1); analyze case law re analysis of open insurance matters (2.6). | 5.70 | $5,358.00 |
| 12/13/22 | DCV | 0032 | Review materials re IP matters (1.2); analyze issues re same (.6). | 1.80 | $2,277.00 |
| 12/13/22 | DK | 0008 | Review and organize transcript files for | 0.60 | $285.00 |

PURDUE CREDITORS COMMITTEE
Invoice Number: 2026775

Page 6
February 8, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | attorney review. | | |
| 12/13/22 | DK | 0020 | Review (.4) and organize (.3) materials re opioid litigations; circulate same (.2). | 0.90 | $427.50 |
| 12/13/22 | DK | 0002 | Review main case and adversary proceeding dockets (.5); prepare and organize filings and circulate to team (.2). | 0.70 | $332.50 |
| 12/13/22 | EYP | 0007 | Calls with claimants re case status. | 0.50 | $887.50 |
| 12/13/22 | ESL | 0006 | Review notice of rate increase (.1); correspondence with K. Zaharis re same (.2). | 0.30 | $357.00 |
| 12/13/22 | ESL | 0007 | Review letters from claimants re case inquiries (.4); revise draft responses to same (.6); calls with claimants re case inquiries (.6); review materials re same (.2); draft follow up correspondence re same (.1). | 1.90 | $2,261.00 |
| 12/13/22 | ESL | 0004 | Correspond with UCC professionals re October fee detail (.1); prepare correspondence re same for fee examiner (.2). | 0.30 | $357.00 |
| 12/13/22 | KMZ | 0006 | Finalize draft of fee increase notice for filing (.1); correspondence with E. Lisovicz re same (.1). | 0.20 | $142.00 |
| 12/13/22 | KMZ | 0007 | Review correspondence from incarcerated claimants (.7); draft replies to same (.9); update claimant correspondence tracker re same (.2). | 1.80 | $1,278.00 |
| 12/13/22 | WAF | 0014 | Analyze memoranda and research results re insurance policy considerations (3.2); research case law re same (2.3); confer with A. Crawford re status of same (.2). | 5.70 | $5,358.00 |
| 12/14/22 | DJW | 0014 | Analyze issues re discovery in insurance adversary proceeding. | 0.30 | $331.50 |
| 12/14/22 | ESL | 0007 | Review letters from claimants re case inquiries (.2); revise same (.3); confer with K. Zaharis re same (.1). | 0.60 | $714.00 |
| 12/14/22 | BKB | 0007 | Calls with claimants re case updates. | 0.40 | $418.00 |
| 12/14/22 | BKB | 0006 | Revise notice of rate increase. | 0.90 | $940.50 |
| 12/14/22 | KMZ | 0007 | Call with claimant re case status and updates (.2); confer with E. Lisovicz re claimant letter (.1). | 0.30 | $213.00 |
| 12/14/22 | WAF | 0014 | Review key insurance policy provisions (.9); review memorandum analyzing same (.6); analyze case law re same (2.6). | 4.10 | $3,854.00 |
| 12/15/22 | DJW | 0014 | Correspondence with A. Crawford re deposition scheduling in insurance adversary proceeding. | 0.20 | $221.00 |
| 12/15/22 | DCV | 0032 | Review materials re IP issues in connection with potential transaction (.9); prepare analysis re same (.8). | 1.70 | $2,150.50 |
| 12/15/22 | DK | 0006 | Confer with B. Barker re filing of supplemental declaration re rate increase (.2); prepare declaration for filing (.2); file same (.2); prepare declaration to be served (.2); follow up with KCC re above (.1). | 0.90 | $427.50 |
| 12/15/22 | DK | 0002 | Review main case and adversary proceeding dockets (.5); prepare detailed | 0.80 | $380.00 |

PURDUE CREDITORS COMMITTEE
Invoice Number: 2026775

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | update for team (.3). | | |
| 12/15/22 | DK | 0020 | Review (.2) and organize (.4) materials re opioid litigations; circulate same (.2). | 0.80 | $380.00 |
| 12/15/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 1.00 | $475.00 |
| 12/15/22 | ESL | 0007 | Review claimant correspondence. | 0.20 | $238.00 |
| 12/15/22 | BKB | 0006 | Correspondence with S. Brauner re notice of rate increase (.1); correspondence with K. Zaharis re finalizing same (.4); coordinate filing of same (.2); confer with D. Krasa re same (.2). | 0.90 | $940.50 |
| 12/15/22 | BKB | 0007 | Calls with claimants re case updates (.4); review claimant letter (.2); correspondence with K. Zaharis re same (.1). | 0.70 | $731.50 |
| 12/15/22 | KMZ | 0007 | Correspondence with B. Barker re claimant correspondence. | 0.20 | $142.00 |
| 12/15/22 | KMZ | 0006 | Finalize notice of rate increase for filing. | 0.20 | $142.00 |
| 12/15/22 | WAF | 0014 | Draft summary of analysis of open legal issues re insurance matters (.6); conduct research re same (3.1); draft memorandum analyzing same (1.6). | 5.30 | $4,982.00 |
| 12/16/22 | DJW | 0014 | Review draft letter re discovery in insurance adversary proceeding (.4); confer with A. Crawford re same (.1). | 0.50 | $552.50 |
| 12/16/22 | EYP | 0007 | Calls with claimants re case status. | 0.30 | $532.50 |
| 12/16/22 | RAC | 0020 | Review Ohio Opioid MDL litigation docket (.2); review filings thereon (.2); prepare summaries of same (.6). | 1.00 | $775.00 |
| 12/16/22 | KMZ | 0007 | Review claimant correspondence (.6); update tracker re same (.4). | 1.00 | $710.00 |
| 12/17/22 | KMZ | 0007 | Draft responses to various claimant inquiries (1.1); update tracker re same (.2). | 1.30 | $923.00 |
| 12/18/22 | EYP | 0007 | Correspondence with UCC re case updates and developments. | 0.30 | $532.50 |
| 12/18/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker for recent filings. | 0.50 | $387.50 |
| 12/18/22 | BKB | 0020 | Review updates to opioid lit trackers (.2); revise same (.2). | 0.40 | $418.00 |
| 12/18/22 | KMZ | 0020 | Review docket in opioid related litigation (.8); prepare summaries of same (.8); review articles in connection with same (.3). | 1.90 | $1,349.00 |
| 12/18/22 | KMZ | 0007 | Update list of claimant letters to reflect recent correspondence (.4); prepare responses to remaining claimant inquiries (.9); revise same (.3). | 1.60 | $1,136.00 |
| 12/19/22 | DCC | 0014 | Correspondence with A. Crawford re research needed in connection with insurance adversary proceeding (.4); review opioid related insurance research materials (.5). | 0.90 | $976.50 |
| 12/19/22 | EYP | 0022 | Correspondence with parties in interest re open plan issues. | 0.50 | $887.50 |
| 12/19/22 | ESL | 0007 | Calls with claimants re case inquiries. | 0.40 | $476.00 |
| 12/19/22 | KMZ | 0002 | Circulate docket filings after regular business hours. | 0.30 | $213.00 |
| 12/20/22 | DCV | 0032 | Continue to analyze materials re IP issues. | 1.50 | $1,897.50 |
| 12/20/22 | EYP | 0007 | Calls with claimants re case updates. | 0.50 | $887.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/20/22 | ESL | 0007 | Calls with claimants re case issues (.3); review correspondence from claimants re same (.2). | 0.50 | $595.00 |
| 12/20/22 | ESL | 0006 | Review and comment on supplemental declaration re Akin retention (.5); confer with B. Barker re same (.3); correspondence with FR team members re same (.2). | 1.00 | $1,190.00 |
| 12/20/22 | BKB | 0006 | Review ninth supplemental Preis declaration (.2); revise same (.4); review materials re same (.2); correspondence with FR team members re same (.3); review internal comments to same (.2); revise based on same (.1); confer with E. Lisovicz re same (.3). | 1.70 | $1,776.50 |
| 12/20/22 | BKB | 0007 | Review claimant letters re case inquiries (.4); review UCC correspondence re case issues (.2). | 0.60 | $627.00 |
| 12/20/22 | WAF | 0014 | Research open legal issues re insurance policies (2.4); prepare memorandum analyzing same (1.2); confer with A. Crawford re same (.3). | 3.90 | $3,666.00 |
| 12/21/22 | ESL | 0007 | Calls with creditors re case issues and updates. | 0.50 | $595.00 |
| 12/21/22 | BKB | 0006 | Analyze issues re disclosure matters for ninth supplemental A. Preis declaration (.4); revise declaration based on same (.9). | 1.30 | $1,358.50 |
| 12/21/22 | KMZ | 0007 | Review correspondence from claimant re case inquiries (.1); prepare response to same (.3). | 0.40 | $284.00 |
| 12/21/22 | WAF | 0014 | Research case law re open insurance matters (3.3); prepare new section of memorandum analyzing same (2.3). | 5.60 | $5,264.00 |
| 12/22/22 | DJW | 0014 | Analyze issues re discovery in insurance adversary proceeding. | 0.30 | $331.50 |
| 12/22/22 | DCV | 0032 | Review materials re potential transaction (1.2); analyze IP issues re same (.3). | 1.50 | $1,897.50 |
| 12/22/22 | DCC | 0014 | Conduct follow up research re open issues in insurance adversary proceeding (.8); revise sections of analysis re same (1.3); review Gilbert's trial plan for insurance adversary proceeding (.5); review chart summarizing insurance opioid cases nationwide (.5); review additional research on policy issues (.3). | 3.40 | $3,689.00 |
| 12/22/22 | ESL | 0007 | Review update correspondence with Committee re case status (.1); call with claimant re case issues (.1). | 0.20 | $238.00 |
| 12/22/22 | BKB | 0020 | Review opioid articles. | 0.20 | $209.00 |
| 12/22/22 | BKB | 0006 | Further revise disclosures in A. Preis supplemental declaration (.6); coordinate filing of same (.2). | 0.80 | $836.00 |
| 12/22/22 | BKB | 0017 | Review Debtors' combined response to motions to dismiss Bridges adversary proceeding. | 0.50 | $522.50 |
| 12/22/22 | BKB | 0007 | Review claimant letters (.3); revise draft response to same (.3); calls with claimants | 1.20 | $1,254.00 |

PURDUE CREDITORS COMMITTEE                                                    Page 9
Invoice Number: 2026775                                              February 8, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | re case inquiries (.6). | | |
| 12/22/22 | WAF | 0014 | Research case law re insurance issues (.9); correspondence with A. Crawford re same (.2). | 1.10 | $1,034.00 |
| 12/23/22 | DCC | 0014 | Conduct further research re open issues relating to insurance adversary proceeding (1.5); review insurance policies in connection with same (.7); revise analysis based on same (.8). | 3.00 | $3,255.00 |
| 12/23/22 | EYP | 0007 | Calls with claimants re case issues. | 0.50 | $887.50 |
| 12/23/22 | ESL | 0007 | Calls with claimants re case inquiries (.8); correspond with Kroll re same (.1). | 0.90 | $1,071.00 |
| 12/23/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker (.4); draft summary re same (.3). | 0.70 | $542.50 |
| 12/23/22 | BKB | 0017 | Review (.4) and revise (.5) summary for UCC of opposition to motions to dismiss Bridges adversary proceeding. | 0.90 | $940.50 |
| 12/23/22 | BKB | 0007 | Calls with claimants re case updates (.9); update tracker re same (.5); review claimant letters re same (.4); review responses to same (.5); review UCC correspondence re case status (.1). | 2.40 | $2,508.00 |
| 12/24/22 | EYP | 0022 | Analyze open plan issues (.2); review materials in connection with same (.3). | 0.50 | $887.50 |
| 12/24/22 | BKB | 0020 | Review opioid litigation summaries (.7); revise same (1.2); circulate same (.2). | 2.10 | $2,194.50 |
| 12/26/22 | DCC | 0014 | Continue researching issues re insurance adversary proceeding (3.2); conduct further review of insurance policies for same (.8); prepare further comments to memo analyzing same (1.5); continue reviewing Gilbert's trial plan (.8); comment on insurance analysis in connection with research memo (1.1). | 7.40 | $8,029.00 |
| 12/26/22 | EYP | 0020 | Review of tracker of opioid cases. | 0.30 | $532.50 |
| 12/26/22 | BKB | 0020 | Analyze issues re opioid related cases. | 0.50 | $522.50 |
| 12/27/22 | DCV | 0032 | Analyze post-trial materials and related patent litigation (1.1); conduct research re same (1.9). | 3.00 | $3,795.00 |
| 12/27/22 | DK | 0008 | Review and update transcripts file. | 0.50 | $237.50 |
| 12/27/22 | DK | 0002 | Review main case and adversary proceedings dockets (.4); prepare and organize detailed update for team re filings from same (.2). | 0.60 | $285.00 |
| 12/27/22 | DK | 0020 | Organize materials re opioid litigations (.3); circulate same (.2). | 0.50 | $237.50 |
| 12/27/22 | DCC | 0014 | Revise analysis for trial plan re insurance adversary proceeding (2.4); review research summaries (.5); conduct follow up research on related issues (3.2); conduct research for trial plan (2.1); revise section of trial plan (.6). | 8.80 | $9,548.00 |
| 12/27/22 | EYP | 0020 | Further review tracker an updates re opioid cases. | 0.30 | $532.50 |
| 12/27/22 | ESL | 0007 | Calls with claimants re case inquiries (.3); correspond with Kroll re same (.1); update claimant inquiry tracker (.1). | 0.50 | $595.00 |

PURDUE CREDITORS COMMITTEE                                                                    Page 10
Invoice Number: 2026775                                                                 February 8, 2023

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/27/22 | RAC | 0020 | Revise Ohio Opioid MDL tracker (.3); draft cover email re same (.2); correspondence with B. Barker re same (.2). | 0.70 | $542.50 |
| 12/27/22 | BKB | 0020 | Correspondence with R. Cochrane re opioid lit tracking research (.2); review materials re same (.2). | 0.40 | $418.00 |
| 12/27/22 | BKB | 0007 | Review claimant response letters re case inquiries (.4); revise same (.8). | 1.20 | $1,254.00 |
| 12/28/22 | DCC | 0014 | Conduct research re trial plan and related considerations in connection with insurance adversary proceeding (3.2); revise trial plan to reflect same (4.3); draft section of trial plan (.5); revise sections of trial plan (1.1). | 9.10 | $9,873.50 |
| 12/28/22 | EYP | 0007 | Various calls with claimants re case updates. | 1.00 | $1,775.00 |
| 12/28/22 | ESL | 0007 | Review letters from claimants re case inquiries (.2); draft response to same (.2); finalize responses to same (.4); calls with claimants re case inquiries (.3). | 1.10 | $1,309.00 |
| 12/28/22 | BKB | 0007 | Revise responses to claimant letters (.7); confer with K. Zaharis re same (.2). | 0.90 | $940.50 |
| 12/28/22 | KMZ | 0007 | Prepare responses to letter inquiries from incarcerated claimants (1.0); confer with B. Barker re same (.2). | 1.20 | $852.00 |
| 12/29/22 | DCV | 0032 | Analyze post-trial briefings and stipulations in patent litigation (1.5); conduct research re issues in connection with same (1.9). | 3.40 | $4,301.00 |
| 12/29/22 | DK | 0020 | Organize materials re opioid litigations (.3); circulate same (.2). | 0.50 | $237.50 |
| 12/29/22 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 1.50 | $712.50 |
| 12/29/22 | DCC | 0014 | Conduct research for trial plan re insurance adversary proceeding (2.9); review materials re same (.6); draft section of trial plan (1.8); review language in policies in connection with same (1.1); review insurers' and Debtors' discovery responses re same (2.2); revise section of trial plan based on same (1.2). | 9.80 | $10,633.00 |
| 12/30/22 | DK | 0020 | Review (.2) and organize (.2) materials related to opioid litigations; circulate same (.2). | 0.60 | $285.00 |
| 12/30/22 | DCC | 0014 | Revise section of trial plan for insurance adversary proceeding (1.2); conduct research re same (4.8); revise trial plan to reflect further analysis of same (.8). | 6.80 | $7,378.00 |
| 12/30/22 | ESL | 0007 | Calls with creditors re case inquiries. | 0.30 | $357.00 |
| 12/31/22 | DCC | 0014 | Conduct further research for trial plan re insurance adversary proceeding (6.1); review materials and policies in connection with same (1.5); further revise trial plan to reflect additional analysis concerning same (1.5). | 9.10 | $9,873.50 |
| 12/31/22 | BKB | 0020 | Review opioid lit articles. | 0.30 | $313.50 |
| | | | Total Hours | 268.10 | |

PURDUE CREDITORS COMMITTEE                                                    Page 11
Invoice Number: 2026775                                                 February 8, 2023

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D C  VONDLE | 19.50 | at | $1265.00 | = | $24,667.50 |
| A   PREIS | 6.50 | at | $1775.00 | = | $11,537.50 |
| D J  WINDSCHEFFEL | 9.20 | at | $1105.00 | = | $10,166.00 |
| D  CROCKETT GINTY | 63.30 | at | $1085.00 | = | $68,680.50 |
| E S  LISOVICZ | 14.50 | at | $1190.00 | = | $17,255.00 |
| B K  BARKER | 35.40 | at | $1045.00 | = | $36,993.00 |
| W A  FOSTER | 65.30 | at | $940.00 | = | $61,382.00 |
| R A  COCHRANE | 6.20 | at | $775.00 | = | $4,805.00 |
| K M  ZAHARIS | 21.50 | at | $710.00 | = | $15,265.00 |
| D K  KRASA | 26.70 | at | $475.00 | = | $12,682.50 |

                        Current Fees                                    $263,434.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $1,700.30 |
| Computerized Legal Research - Other | $14.97 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $132.72 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $3,564.66 |
| Duplication - In House | $63.80 |
| Computer Software - Expensed (<$1,000) | $1,200.00 |
| Postage | $19.21 |

                        Current Expenses                                $6,695.66

                        **Total Amount of This Invoice**                **$270,129.66**

**Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $1,700.30 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $3,564.66 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $132.72 |
| Computerized Legal Research - Other | $14.97 |
| Computer Software - Expensed | $1,200.00 |
| Duplication - In House | $63.80 |
| Postage | $19.21 |
| **TOTAL:** | **$6,695.66** |

## Exhibit E

### Itemized Disbursements



| | |
|---|---|
| Invoice Number | 2026775 |
| Invoice Date | 02/08/23 |
| Client Number | 101476 |
| Matter Number | 0001 |

PURDUE CREDITORS COMMITTEE
PURDUE PHARMA L.P.
ONE STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT  06901
ATTN: JOHN  LOWNE

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $1,700.30 | |
| Computerized Legal Research - Other | $14.97 | |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $132.72 | |
| Computerized Legal Research - Westlaw - in contract 30% discount | $3,564.66 | |
| Duplication - In House | $63.80 | |
| Computer Software - Expensed (<$1,000) | $1,200.00 | |
| Postage | $19.21 | |
| | | |
| Current Expenses | | $6,695.66 |

| Date | | Value |
|---|---|---|
| 12/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 12/1/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $320.87 |
| 12/01/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/1/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/01/22 | Computerized Legal Research - Courtlink | $5.56 |

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 |  |
| 12/01/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: FOSTER  BILL; Charge Type: ACCESS CHARGE; Quantity: 8.0 | $554.40 |
| 12/02/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: FOSTER  BILL; Charge Type: ACCESS CHARGE; Quantity: 11.0 | $762.30 |
| 12/02/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US PRACTICE GUIDES; Employee: FOSTER  BILL; Charge Type: DOC ACCESS; Quantity: 1.0 | $37.10 |
| 12/02/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 12/02/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/2/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/03/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/3/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/04/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/4/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/05/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/5/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/05/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 12/06/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/06/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/6/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |

| | | |
|---|---|---|
| 12/06/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: FOSTER  BILL; Charge Type: ACCESS CHARGE; Quantity: 3.0 | $207.90 |
| 12/06/22 | Postage  US Postage - Zaharis, Kaila, NY, 1 piece(s) | $6.00 |
| 12/07/22 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: FOSTER  BILL; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $138.60 |
| 12/07/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/7/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/07/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/08/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/8/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/08/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 12/8/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $160.43 |
| 12/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 12/9/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $422.35 |
| 12/09/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/9/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/09/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK DOCKET UPDATE; Employee: LEHRKE  SARAH; Charge Type: DOCKET UPDATE; Quantity: 2.0 | $7.06 |
| 12/09/22 | Computerized Legal Research - Courtlink | $3.53 |

PURDUE CREDITORS COMMITTEE                                           Page 4
Invoice Number: 2026775                                        February 8, 2023

|          |                                                                                      |          |
|----------|--------------------------------------------------------------------------------------|----------|
|          | - In Contract 50% Discount  Service: US DOCKETS; Employee: LEHRKE SARAH; Charge Type: DOC ACCESS; Quantity: 1.0 |          |
| 12/10/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/10/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21    |
| 12/11/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/11/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21    |
| 12/12/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/12/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21    |
| 12/12/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55    |
| 12/13/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55    |
| 12/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/13/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21    |
| 12/13/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 12/13/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $802.17  |
| 12/13/22 | Duplication - In House  Photocopy - Zaharis, Kaila, NY, 190 page(s) | $38.00   |
| 12/13/22 | Postage  US Postage - Zaharis, Kaila, NY, 1 piece(s) | $5.76    |
| 12/14/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/14/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21    |
| 12/14/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55    |
| 12/15/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55    |
| 12/15/22 | Computerized Legal Research - Westlaw | $8.21    |

PURDUE CREDITORS COMMITTEE                                                          Page 5
Invoice Number: 2026775                                                    February 8, 2023

---

|          |                                                                                          |            |
|----------|------------------------------------------------------------------------------------------|------------|
|          | - in contract 30% discount  User: YEN DORIS Date: 12/15/2022 AcctNumber: 1003389479 ConnectTime: 0.0 |            |
| 12/15/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 12/15/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $1,443.90  |
| 12/15/22 | Postage  US Postage - Zaharis, Kaila, NY, 1 piece(s)                                      | $1.84      |
| 12/16/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/16/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21      |
| 12/16/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55      |
| 12/17/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/17/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21      |
| 12/18/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/18/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21      |
| 12/19/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/19/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21      |
| 12/19/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55      |
| 12/20/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55      |
| 12/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/20/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21      |
| 12/20/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 12/20/2022 AcctNumber: 1003229222 ConnectTime: 0.0 | $160.43    |
| 12/21/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/21/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21      |
| 12/21/22 | Computerized Legal Research - Courtlink                                                   | $5.55      |

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 |  |
| 12/22/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/22/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/22/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/23/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/23/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/23/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/24/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/24/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/25/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/25/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/26/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/26/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/26/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/27/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/27/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/27/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/28/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/28/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/28/22 | Computerized Legal Research - Courtlink | $5.55 |

PURDUE CREDITORS COMMITTEE                                                                 Page 7
Invoice Number: 2026775                                                          February 8, 2023

|  | | |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | |
| 12/28/22 | Postage  US Postage - Lisovicz, Edan, NY, 1 piece(s) | $0.57 |
| 12/28/22 | Duplication - In House  Photocopy - Zaharis, Kaila, NY, 129 page(s) | $25.80 |
| 12/28/22 | Postage  US Postage - Zaharis, Kaila, NY, 1 piece(s) | $5.04 |
| 12/29/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/29/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/29/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/30/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/30/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 12/30/22 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 12/31/22 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2212 DATE: 12/31/2022 - Document retrieval in various courts | $14.97 |
| 12/31/22 | Computer Software - Expensed (<$1,000) VENDOR: OPUS 2 INTERNATIONAL INC INVOICE#: 8597 DATE: 12/31/2022 Opus 2 Enterprise License - Purdue Dates of Service: December 1-31st, 2022 | $1,200.00 |
| 12/31/22 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 12/31/2022 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |

|  | |
|---|---|
| Current Expenses | $6,695.66 |

**Total Amount of This Invoice**                                              **$270,129.66**