AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | : | Case No. 19-23649 (SHL) |
| Debtors.[1] | : | (Jointly Administered) |

**THIRTY-FOURTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | December 1, 2022 – December 31, 2022[2] |
| **Total Fees Incurred** | $38,463.00 |
| **Voluntary Fee Reduction (10%)[3]** | $3,846.30 |
| **Total Fees Requested** (Total Fees – Voluntary Fee Reduction) | $34,616.70 |
| **20% Holdback** | $6,923.34 |
| **Total Fees Requested Less 20% Holdback** | $27,693.36 |
| **Total Expenses Incurred** | $2.90 |
| **Total Fees and Expenses Requested** | $34,619.60 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Fourth Monthly Fee Statement") covering the period from December 1, 2022 through and including December 31, 2022 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirty-Fourth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $34,616.70 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and

---

[2] Cole Schotz's internal billing cutoff date for the month of November was November 28, 2022. As such, Cole Schotz is requesting allowance of compensation for services rendered and reimbursement of expenses from November 29, 2022 through November 30, 2022 in its December, 2022 invoice.

[3] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

(b) reimbursement of actual and necessary costs and expenses in the amount of $2.90 incurred by Cole Schotz during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[4]

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[4] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

3

**NOTICE**

6. Notice of this Thirty-Fourth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirty-Fourth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than February 22, 2023 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirty-Fourth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-Fourth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

4

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

| | |
|---|---|
| Dated: February 8, 2023<br>New York, New York | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>/s/    *Arik Preis*<br>Ira Dizengoff<br>Arik Preis<br>Mitchell Hurley<br>Sara Brauner<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*- and –*<br><br>**COLE SCHOTZ P.C.**<br>Justin R. Alberto (No. 5126)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. |

# EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 4.8 | $3,552.00 |
| Anthony De Leo | 2013 | Member (Bankruptcy) (since 2020) | $685.00 | 44.6 | $30,551.00 |
| Ian R. Phillips | 2015 | Associate (Litigation) (since 2016) | $480.00 | 3.2 | $1,536.00 |
| Jack Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 2.8 | $1,120.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 4.8 | $1,704.00 |
| **TOTAL** | | | | **60.2** | **$38,463.00** |
| **Less Voluntary Reduction (10%)** | | | | | **($3,846.30)** |
| **Total Requested** | | | | | **$34,616.70** |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.8 | $284.00 |
| Committee Matters and Creditor Meetings | 1.2 | $849.50 |
| Fee Application Matters/Objections | 7.5 | $3,041.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 49.4 | $33,326.00 |
| Prepare for and Conduct Interview and Depositions | 1.3 | $962.00 |
| **TOTAL** | **60.2** | **$38,463.00** |
| **Less Voluntary Reduction (10%)** | | **($3,846.30)** |
| **Total Requested** | | **$34,616.70** |

**EXHIBIT C**

**Invoice**

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | January 6, 2023 |
| Invoice Number: | 937372 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2022

## CASE ADMINISTRATION                                               0.80        284.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/22/22 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH DISCOVERY DEADLINES | 0.80 | 284.00 |

## COMMITTEE MATTERS AND CREDITOR MEETINGS                        1.20        849.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/22 | ADL | ATTEND UCC CALL | 0.50 | 342.50 |
| 12/08/22 | JRA | EMAIL WITH A. PREIS RE UCC CALL | 0.10 | 74.00 |
| 12/09/22 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |
| 12/15/22 | ADL | ATTEND COMMITTEE CALL | 0.20 | 137.00 |
| 12/19/22 | JRA | REVIEW UCC UPDATE MATERIALS | 0.30 | 222.00 |

## FEE APPLICATION MATTERS/OBJECTIONS                              7.50      3,041.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/22 | ADL | EMAIL E. LISOVICZ RE: FEE APPLICATIONS | 0.10 | 68.50 |
| 12/05/22 | JMD | EMAILS W/ A. DELEO RE: REVISE OCTOBER FEE STATEMENT | 0.10 | 40.00 |
| 12/05/22 | JMD | REVISE OCTOBER FEE APPLICATION AND EXHIBITS IN ACCORDANCE WITH REVISED INVOICE | 1.00 | 400.00 |
| 12/05/22 | JRA | EMAILS WITH J. DOUGHERTY RE FEE APPS | 0.20 | 148.00 |
| 12/05/22 | ADL | EMAIL E. LISOVICZ RE: CS FEE APPLICATIONS | 0.10 | 68.50 |
| 12/06/22 | JRA | EMAILS WITH E. LISOVICZ RE FEE APPS | 0.10 | 74.00 |
| 12/07/22 | LSM | REVIEW EXHIBITS FOR PREPARATION FOR DRAFT OF NOVEMBER 2022 MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 142.00 |
| 12/08/22 | JMD | EMAIL A. DELEO RE: INVOICE FOR NOVEMBER FEE STATEMENT | 0.10 | 40.00 |
| 12/08/22 | JMD | EMAIL TO L. MORTON RE: DRAFT NOVEMBER FEE STATEMENT | 0.10 | 40.00 |
| 12/09/22 | JMD | REVIEW/REVISE 33RD MONTHLY FEE APP (1.0); EMAIL TO L. MORTON RE: REVISE EXHIBITS TO SAME (.1). | 1.10 | 440.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 937372 |
| | Client/Matter No. 60810-0001 | | | January 6, 2023 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/09/22 | JMD | CORRES. W/ A. DELEO RE: TIMING FOR FILING NEXT INTERIM FEE APPLICATION | 0.10 | 40.00 |
| 12/09/22 | LSM | DRAFT THIRTY-THIRD MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY WITH COMMENTS | 3.10 | 1,100.50 |
| 12/09/22 | LSM | REVISE EXHIBITS TO THIRTY-THIRD MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 0.50 | 177.50 |
| 12/12/22 | JMD | CONTINUE TO REVIEW/REVISE COLE SCHOTZ NOVEMBER FEE STATEMENT (.2); EMAIL TO A. DELEO RE: SAME (.1). | 0.30 | 120.00 |
| 12/13/22 | ADL | EMAIL E. LISOVICZ RE: OCTOBER FEE APPLICATION | 0.10 | 68.50 |
| 12/13/22 | JRA | EMAILS WITH E. LISOVICZ RE FEE APPS | 0.10 | 74.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**         49.40    33,326.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESARCH | 3.40 | 2,329.00 |
| 11/29/22 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 11/29/22 | ADL | INSURANCE CLAIMS RESEARCH | 1.80 | 1,233.00 |
| 11/30/22 | ADL | INSURANCE CLAIMS RESEARCH | 0.80 | 548.00 |
| 12/01/22 | ADL | PREPARE EXECUTION VERSION OF TOLLING STIPULATION AND CIRCULATE TO PARTIES | 0.30 | 205.50 |
| 12/01/22 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 12/01/22 | ADL | ATTEND INSURANCE DEPOSITION PREP SESSION (PARTIAL ATTENDANCE) | 1.20 | 822.00 |
| 12/01/22 | ADL | EMAIL THIRD PARTY COUNSEL RE: ESTATE CLAIM ISSUES | 0.10 | 68.50 |
| 12/01/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.30 | 222.00 |
| 12/05/22 | JRA | REVIEW SORENSON DISCOVERY LETTER | 0.10 | 74.00 |
| 12/05/22 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.30 | 222.00 |
| 12/05/22 | ADL | EMAIL DEBTORS' COUNSEL RE: ESTATE CLAIM ISSUES | 0.10 | 68.50 |
| 12/06/22 | ADL | REVIEW ESTATE CLAIMS TOLLING AMENDMENT, COMPILE SIGNATURE PAGES, AND CIRCULATE FULLY EXECUTED VERSION | 0.50 | 342.50 |
| 12/07/22 | JRA | REVIEW PROPOSED AMENDMENT TO SCHEDULING ORDER | 0.10 | 74.00 |
| 12/07/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 2.40 | 1,644.00 |
| 12/07/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.90 | 1,986.50 |
| 12/08/22 | JRA | EMAIL WITH R. LEVERIDGE RE POLICY STIP | 0.10 | 74.00 |
| 12/08/22 | IRP | INSURANCE CLAIMS RESEARCH | 3.20 | 1,536.00 |
| 12/08/22 | ADL | EMAILS RE: INSURANCE DISCOVERY ISSUES | 0.10 | 68.50 |
| 12/08/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 2.50 | 1,712.50 |
| 12/08/22 | ADL | INSURANCE CLAIMS RESEARCH | 3.80 | 2,603.00 |
| 12/09/22 | ADL | EMAIL PLAINTIFFS TEAMS RE: INSURANCE CLAIMS RESEARCH | 0.10 | 68.50 |
| 12/09/22 | JRA | EMAILS WITH R. LEVERIDGE AND A. DELEO RE POLICY STIPS | 0.20 | 148.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 937372 |
| | Client/Matter No. 60810-0001 | | | January 6, 2023 |
| | | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/09/22 | JRA | EMAILS WITH A. DELEO AND R. LEVERIDGE RE POTENTIAL ESTATE CLAIM | 0.30 | 222.00 |
| 12/09/22 | ADL | ADDITIONAL INSURANCE CLAIMS RESEARCH | 0.50 | 342.50 |
| 12/09/22 | ADL | INSURANCE CLAIMS RESEARCH | 4.80 | 3,288.00 |
| 12/09/22 | ADL | REVIEW INSURANCE CLAIMS RESEARCH REPORT | 0.90 | 616.50 |
| 12/12/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.70 | 1,849.50 |
| 12/12/22 | JRA | EMAILS WITH A. DELEO RE POLICY STIPULATIONS | 0.20 | 148.00 |
| 12/14/22 | ADL | ATTEND MEET AND CONFER WITH NAVIGATORS | 0.60 | 411.00 |
| 12/14/22 | JRA | EMAIL WITH A. GASKE RE EXECUTED POLICY STIPULATION | 0.10 | 74.00 |
| 12/14/22 | JRA | EMAILS WITH J. RUBINSTEIN, A. DELEO AND A. CRAWFORD RE DISCOVERY | 0.30 | 222.00 |
| 12/15/22 | ADL | CALL WITH INSURERS RE: SCHEDULING ISSUES | 0.20 | 137.00 |
| 12/15/22 | JRA | REVIEW DRAFT LETTER TO J. LANE (.1) AND EMAILS WITH A. CRAWFORD AND A. DELEO RE SAME (.2) | 0.30 | 222.00 |
| 12/16/22 | JRA | REVIEW BREENE LETTER | 0.30 | 222.00 |
| 12/16/22 | ADL | EMAILS RE: INSURANCE LITIGATION AND DISCOVERY | 0.30 | 205.50 |
| 12/21/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 0.70 | 479.50 |
| 12/21/22 | ADL | INSURANCE CLAIMS RESEARCH | 2.40 | 1,644.00 |
| 12/21/22 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.80 | 1,918.00 |
| 12/22/22 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.30 | 2,260.50 |
| 12/28/22 | ADL | REVIEW DOCUMENTS PRIDUCED IN INSURANCE ADVERSARY PROCEEDING | 2.90 | 1,986.50 |
| 12/28/22 | ADL | CONTINUE REVIEWING DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.20 | 822.00 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS**     **1.30**     **962.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/22 | JRA | EMAILS WITH A. DELEO AND A. VINSON RE DEPOSITIONS | 0.20 | 148.00 |
| 12/12/22 | JRA | EMAILS WITH A. DELEO AND A. CRAWFORD RE MAHONEY DEP | 0.30 | 222.00 |
| 12/13/22 | JRA | EMAILS WITH R. LEVERIDGE, A. DELEO AND A. CRAWFORD RE DEPS | 0.20 | 148.00 |
| 12/15/22 | JRA | EMAILS WITH L. SYZMANSKI AND A. DELEO RE MAHONEY DEP | 0.20 | 148.00 |
| 12/16/22 | JRA | EMAILS WITH INSURERS, REED SMITH AND A. DELEO RE DEPOSITIONS | 0.40 | 296.00 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 937372 |
| | Client/Matter No. 60810-0001 | January 6, 2023 |
| | | Page 4 |

| | | |
|---|---|---|
| | TOTAL HOURS | 60.20 |

| | |
|---|---|
| PROFESSIONAL SERVICES: | $38,463.00 |
| COURTESY DISCOUNT: | $(3,846.30) |
| ADJUSTED PROFESSIONAL SERVICES: | $34,616.70 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 44.60 | 685.00 | 30,551.00 |
| Ian R. Phillips | Associate | 3.20 | 480.00 | 1,536.00 |
| Jack M. Dougherty | Associate | 2.80 | 400.00 | 1,120.00 |
| Justin R. Alberto | Member | 4.80 | 740.00 | 3,552.00 |
| Morton, Larry | Paralegal | 4.80 | 355.00 | 1,704.00 |
| | **Total** | **60.20** | | **$38,463.00** |

**EXHIBIT D**

**EXPENSE SUMMARY**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | Westlaw/LexisNexis | $0.90 |
| Photocopy/Printing/Scanning | | $2.00 |
| **TOTAL** | | **$2.90** |

## **EXHIBIT E**

**Expense Detail**

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  937372 |
| | Client/Matter No. 60810-0001 | January 6, 2023 |
| | | Page 5 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 11/07/22 | ONLINE RESEARCH | 1.00 | 0.10 |
| 11/07/22 | ONLINE RESEARCH | 8.00 | 0.80 |
| 12/09/22 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 12/09/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 12/09/22 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 12/09/22 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| | **Total** | | **$2.90** |

TOTAL SERVICES AND COSTS:  $  34,619.60