**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRTY-NINTH MONTHLY FEE AND EXPENSE STATEMENT OF
PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*,
FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | **Province, LLC**[2]<br>Financial Advisor to the Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | December 1, 2022 through and including December 31, 2022 |
| Fees Incurred: | $159,554.40[3] |
| Less 20% Holdback: | $31,910.88 |
| Fees Requested in this Statement: | $127,643.52 |
| Expenses Incurred: | $335.90 |
| Total Fees and Expenses Requested in This Statement: | $127,979.42 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from December 1, 2022 through December 31, 2022 reflect a voluntary discount of $8,397.60.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors"), hereby submits its Thirty-Ninth Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of December 1, 2022 through December 31, 2022 (the "Statement Period") for (i) compensation in the amount of $127,643.52, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $159,554.40) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $335.90.

**Itemization of Services Rendered and Expenses Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

    - Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were

2

(a) $726.12/hour for all Timekeepers, and (b) $729.20/hour for all professionals.[4]

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

**Total Fees and Expenses Sought for The Statement Period**

2. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Fees | $159,554.40 |
|---|---|
| Disbursements | $335.90 |
| **Total** | **$159,890.30** |

**Notice and Objection Procedures**

3. Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on February 22, 2023 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6. If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $8,397.60.

which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$127,979.42** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: February 8, 2023

By: */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 73.3 | $56,049.00 |
| Claims Analysis and Objections | 30.3 | $17,175.00 |
| Committee Activities | 6.5 | $7,475.00 |
| Court Filings | 0.5 | $325.00 |
| Court Hearings | 1.7 | $1,955.00 |
| Fee/Employment Applications | 3.3 | $1,752.00 |
| Litigation | 96.3 | $64,561.00 |
| Plan and Disclosure Statement | 19.4 | $18,660.00 |
| **Subtotal** | **231.3** | **$167,952.00** |
| **Voluntary Discount** | | **($8,397.60)** |
| **Grand Total** | **231.3** | **$159,554.40** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,150 | 48.2 | $55,430.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $900 | 8.3 | $7,470.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $760 | 13.2 | $10,032.00 |
| Christian Klawunder, CFA | Vice President - Investment banking. | $650 | 78.9 | $51,285.00 |
| Joshua Williams | Vice President - Investment banking. | $640 | 33.6 | $21,504.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $530 | 33.1 | $17,543.00 |
| Leonardo Kim | Analyst | $300 | 14.6 | $4,380.00 |
| | **Subtotal** | | **229.9** | **$167,644.00** |
| | **Blended Rate for Professionals** | **$729.20** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric Mattson | | $220 | 1.4 | $308.00 |
| | **Subtotal** | | **1.4** | **$308.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Subtotal** | | **231.3** | **$167,952.00** |
| | **Blended Rate for all Timekeepers** | **$726.12** | | |
| | **Voluntary Discount** | | | **($8,397.60)** |
| | **Grand Total** | | **231.3** | **$159,554.40** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Miscellaneous | Research fees. | $335.90 |
| **Total Expenses** | | **$335.90** |

**EXHIBIT D**

**BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/1/2022 | Eunice Min | Draft points for committee update on Avrio. | Business Analysis / Operations | 0.80 | 760.00 | $608.00 |
| 12/1/2022 | Christian Klawunder | Analyzed timing of tax distributions for estate claims analysis. | Litigation | 1.90 | 650.00 | $1,235.00 |
| 12/1/2022 | Michael Atkinson | Review and prepare to provide update on committee call | Committee Activities | 0.90 | 1,150.00 | $1,035.00 |
| 12/1/2022 | Joshua Williams | Trace taxes on B-side by year | Litigation | 2.10 | 640.00 | $1,344.00 |
| 12/1/2022 | Christian Klawunder | Continued to analyze timing of tax distributions. | Litigation | 1.70 | 650.00 | $1,105.00 |
| 12/1/2022 | Michael Atkinson | Review and analyze documents related to operations | Business Analysis / Operations | 1.10 | 1,150.00 | $1,265.00 |
| 12/1/2022 | Michael Atkinson | Committee call | Committee Activities | 0.50 | 1,150.00 | $575.00 |
| 12/2/2022 | Stilian Morrison | Analyze Rhodes Pharma weekly sales report | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 12/2/2022 | Eunice Min | Review and revise draft October fee statement. | Fee / Employment Applications | 1.10 | 760.00 | $836.00 |
| 12/2/2022 | Christian Klawunder | Analyzed and compared tax distributions from debtors to remittances to taxing authorities. | Litigation | 2.30 | 650.00 | $1,495.00 |
| 12/2/2022 | Stilian Morrison | Analyze latest cash forecast | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 12/2/2022 | Stilian Morrison | Analyze weekly sales by product | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 12/2/2022 | Stilian Morrison | Analyze latest weekly cash reporting | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 12/2/2022 | Stilian Morrison | Analyze latest branded opioid prescription data | Business Analysis / Operations | 0.30 | 900.00 | $270.00 |
| 12/2/2022 | Michael Atkinson | IP call with debtor regarding Avrio | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 12/2/2022 | Michael Atkinson | Review and analyze plan alternatives for counsel | Plan and Disclosure Statement | 2.10 | 1,150.00 | $2,415.00 |
| 12/2/2022 | Joshua Williams | Continue to trace taxes on B-side by year | Litigation | 2.40 | 640.00 | $1,536.00 |
| 12/2/2022 | Stilian Morrison | Analyze September 2022 monthly flash report | Business Analysis / Operations | 0.90 | 900.00 | $810.00 |
| 12/3/2022 | Michael Atkinson | Review comparable opioid settlement for counsel | Claims Analysis and Objections | 0.90 | 1,150.00 | $1,035.00 |
| 12/3/2022 | Michael Atkinson | Review and prepare materials for committee on Avrio | Business Analysis / Operations | 1.80 | 1,150.00 | $2,070.00 |
| 12/4/2022 | Eunice Min | Review all November time entries in advance of fee app. | Fee / Employment Applications | 0.80 | 760.00 | $608.00 |
| 12/4/2022 | Michael Atkinson | Review and analyze financial update materials for committee | Committee Activities | 0.90 | 1,150.00 | $1,035.00 |
| 12/5/2022 | Timothy Strickler | Reviewed recent proofs of claim added to claims register. | Claims Analysis and Objections | 0.60 | 530.00 | $318.00 |
| 12/5/2022 | Timothy Strickler | Reviewed and analyzed claims schedule uploaded by claims agent. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 12/5/2022 | Christian Klawunder | Evaluated discovery materials related to IACs. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 12/5/2022 | Christian Klawunder | Continued to evaluate discovery materials related to IACs. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 12/5/2022 | Timothy Strickler | Imported recent claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 12/5/2022 | Joshua Williams | Review cash tracing analysis for implied subsequent tax transfers | Litigation | 1.70 | 640.00 | $1,088.00 |
| 12/6/2022 | Christian Klawunder | Created slide for distribution tracing analysis. | Litigation | 1.70 | 650.00 | $1,105.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/6/2022 | Michael Atkinson | Attend court hearing | Court Hearings | 1.70 | 1,150.00 | $1,955.00 |
| 12/6/2022 | Timothy Strickler | Reviewed and analyzed non-litigation claims filed to date. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 12/6/2022 | Joshua Williams | Revise transfer sequence for cash tracing | Litigation | 3.10 | 640.00 | $1,984.00 |
| 12/7/2022 | Michael Atkinson | Review insurance uploaded materials | Litigation | 1.30 | 1,150.00 | $1,495.00 |
| 12/7/2022 | Christian Klawunder | Analyzed waterfall under MDT and SOAF collateral trust agreement. | Plan and Disclosure Statement | 1.90 | 650.00 | $1,235.00 |
| 12/7/2022 | Joshua Williams | Provide support and updates for cash tracing | Litigation | 1.80 | 640.00 | $1,152.00 |
| 12/8/2022 | Joshua Williams | Research recent Mundipharma press releases | Litigation | 2.00 | 640.00 | $1,280.00 |
| 12/8/2022 | Christian Klawunder | Continued to refine presentation on estate claims analysis. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 12/9/2022 | Christian Klawunder | Analyzed breach and remedy provisions in collateral trust agreement. | Plan and Disclosure Statement | 1.80 | 650.00 | $1,170.00 |
| 12/9/2022 | Christian Klawunder | Continued to analyze provisions in collateral trust agreement. | Litigation | 1.40 | 650.00 | $910.00 |
| 12/9/2022 | Michael Atkinson | Review sensitivity analysis on cash flows for committee | Business Analysis / Operations | 1.10 | 1,150.00 | $1,265.00 |
| 12/10/2022 | Michael Atkinson | Review insurance litigation information for counsel | Litigation | 1.30 | 1,150.00 | $1,495.00 |
| 12/10/2022 | Christian Klawunder | Evaluated IAC management's initiatives as of last update. | Business Analysis / Operations | 1.90 | 650.00 | $1,235.00 |
| 12/11/2022 | Christian Klawunder | Analyzed current status and progress of IAC management's initiatives. | Business Analysis / Operations | 1.60 | 650.00 | $1,040.00 |
| 12/11/2022 | Christian Klawunder | Continued to analyze progress of IAC management's initiatives. | Business Analysis / Operations | 1.30 | 650.00 | $845.00 |
| 12/12/2022 | Christian Klawunder | Continued to trace payments to taxing authorities. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 12/12/2022 | Timothy Strickler | Imported new claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 12/12/2022 | Timothy Strickler | Reviewed and analyzed claims data uploaded by claims agent. | Claims Analysis and Objections | 1.50 | 530.00 | $795.00 |
| 12/12/2022 | Timothy Strickler | Reviewed recent proofs of claim filed. | Claims Analysis and Objections | 0.50 | 530.00 | $265.00 |
| 12/13/2022 | Eunice Min | Review Avrio materials from debtors | Business Analysis / Operations | 1.90 | 760.00 | $1,444.00 |
| 12/13/2022 | Michael Atkinson | Call with debtor FA's | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 12/13/2022 | Christian Klawunder | Continued to evaluate latest business plan from debtors. | Business Analysis / Operations | 1.90 | 650.00 | $1,235.00 |
| 12/13/2022 | Michael Atkinson | Review projection assumptions | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 12/13/2022 | Christian Klawunder | Evaluated latest business plan from debtors. | Business Analysis / Operations | 1.70 | 650.00 | $1,105.00 |
| 12/14/2022 | Michael Atkinson | Review alternative plan scenario analysis | Plan and Disclosure Statement | 1.80 | 1,150.00 | $2,070.00 |
| 12/14/2022 | Christian Klawunder | Evaluated recoverability of transfers from I-Way Entities to trusts. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 12/14/2022 | Michael Atkinson | Update counsel on various issues related to FA update call with the debtor | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 12/14/2022 | Joshua Williams | Compile Mundipharma news articles | Litigation | 1.40 | 640.00 | $896.00 |
| 12/14/2022 | Michael Atkinson | Review Avrio materials provided by the debtor | Business Analysis / Operations | 1.60 | 1,150.00 | $1,840.00 |
| 12/15/2022 | Joshua Williams | Analyze IAC holding companies owned by B-side | Litigation | 3.10 | 640.00 | $1,984.00 |

2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2022 | Stilian Morrison | Correspondence with committee professionals re: subsidiary | Business Analysis / Operations | 0.10 | 900.00 | $90.00 |
| 12/15/2022 | Leonardo Kim | Began spreading debtor financials for purpose of comparing projections. | Business Analysis / Operations | 2.10 | 300.00 | $630.00 |
| 12/15/2022 | Timothy Strickler | Prepared slides for financial update. | Business Analysis / Operations | 2.10 | 530.00 | $1,113.00 |
| 12/15/2022 | Michael Atkinson | Committee call | Committee Activities | 0.50 | 1,150.00 | $575.00 |
| 12/15/2022 | Timothy Strickler | Reviewed and analyzed September 2022 financials. | Business Analysis / Operations | 2.50 | 530.00 | $1,325.00 |
| 12/15/2022 | Michael Atkinson | Review Avrio materials before call with debtor | Business Analysis / Operations | 1.30 | 1,150.00 | $1,495.00 |
| 12/15/2022 | Christian Klawunder | Traced distributions from debtors intended for taxes. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 12/15/2022 | Leonardo Kim | Began reviewing and analyzing material from debtor projections for operating segment | Business Analysis / Operations | 2.90 | 300.00 | $870.00 |
| 12/15/2022 | Michael Atkinson | Call with debtor FA regarding Avrio | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |
| 12/15/2022 | Leonardo Kim | Analysis and review of latest projections from debtor entity. | Business Analysis / Operations | 2.80 | 300.00 | $840.00 |
| 12/16/2022 | Leonardo Kim | Continued spreading debtor financials for purpose of comparing business plans. | Business Analysis / Operations | 2.30 | 300.00 | $690.00 |
| 12/16/2022 | Eunice Min | Analyze variance between historical projections and latest for Avrio. | Business Analysis / Operations | 1.60 | 760.00 | $1,216.00 |
| 12/16/2022 | Stilian Morrison | Analyze latest indications related to subsidiary | Business Analysis / Operations | 0.90 | 900.00 | $810.00 |
| 12/16/2022 | Stilian Morrison | Review materials on operating segment | Business Analysis / Operations | 0.50 | 900.00 | $450.00 |
| 12/16/2022 | Christian Klawunder | Continued to trace distributions from debtors intended for taxes. | Litigation | 2.50 | 650.00 | $1,625.00 |
| 12/16/2022 | Michael Atkinson | Review and prepare committee update materials | Committee Activities | 1.50 | 1,150.00 | $1,725.00 |
| 12/16/2022 | Stilian Morrison | Analyze financial model for subsidiary | Business Analysis / Operations | 1.10 | 900.00 | $990.00 |
| 12/16/2022 | Leonardo Kim | Finalized analysis and comparison of business plan analysis | Business Analysis / Operations | 2.60 | 300.00 | $780.00 |
| 12/16/2022 | Leonardo Kim | Updated fee tracker | Business Analysis / Operations | 1.90 | 300.00 | $570.00 |
| 12/16/2022 | Stilian Morrison | Analyze additional materials for operating subsidiary | Business Analysis / Operations | 1.90 | 900.00 | $1,710.00 |
| 12/17/2022 | Christian Klawunder | Analyzed debtors' current and forecasted cash position. | Business Analysis / Operations | 1.40 | 650.00 | $910.00 |
| 12/18/2022 | Michael Atkinson | Review committee update materials | Committee Activities | 0.80 | 1,150.00 | $920.00 |
| 12/18/2022 | Stilian Morrison | Review weekly cash variance from 11/11 through 12/2 | Business Analysis / Operations | 0.60 | 900.00 | $540.00 |
| 12/18/2022 | Christian Klawunder | Evaluated changes in IAC assets over time. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 12/19/2022 | Michael Atkinson | Review and analyze insurance claims analysis | Litigation | 0.70 | 1,150.00 | $805.00 |
| 12/19/2022 | Michael Atkinson | Review and update counsel on Avrio | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 12/19/2022 | Joshua Williams | Analyze IAC holding companies owned by A-side | Litigation | 1.90 | 640.00 | $1,216.00 |
| 12/19/2022 | Joshua Williams | Analyze IAC holding companies owned with third parties & Sacklers | Litigation | 2.00 | 640.00 | $1,280.00 |
| 12/19/2022 | Timothy Strickler | Reviewed and analyzed claims schedule uploaded by claims agent. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 12/19/2022 | Christian Klawunder | Analyzed docs for MDT settlement. | Plan and Disclosure Statement | 1.30 | 650.00 | $845.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2022 | Timothy Strickler | Imported new claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 12/19/2022 | Michael Atkinson | Review and analyze documents related to Avrio for counsel | Business Analysis / Operations | 1.90 | 1,150.00 | $2,185.00 |
| 12/19/2022 | Christian Klawunder | Continued to analyze docs for MDT trustees. | Plan and Disclosure Statement | 1.10 | 650.00 | $715.00 |
| 12/19/2022 | Timothy Strickler | Reviewed recent claims added to claims register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 12/20/2022 | Christian Klawunder | Continued to evaluate materials from debtors related to Avrio | Business Analysis / Operations | 1.40 | 650.00 | $910.00 |
| 12/20/2022 | Michael Atkinson | Review insurance litigation issues for insurance counsel | Litigation | 0.60 | 1,150.00 | $690.00 |
| 12/20/2022 | Christian Klawunder | Evaluated materials from debtors related to Avrio. | Business Analysis / Operations | 0.90 | 650.00 | $585.00 |
| 12/20/2022 | Timothy Strickler | Prepared updated analysis of non-litigation claims filed to date. | Claims Analysis and Objections | 2.30 | 530.00 | $1,219.00 |
| 12/20/2022 | Michael Atkinson | Review sensitivities of projections for counsel | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |
| 12/21/2022 | Christian Klawunder | Analyzed debtors' consumer health business model and strategy. | Business Analysis / Operations | 1.80 | 650.00 | $1,170.00 |
| 12/21/2022 | Eric Mattson | Drafted November fee statement (1.3). Emailed to E. Min for review (0.1). | Fee / Employment Applications | 1.40 | 220.00 | $308.00 |
| 12/21/2022 | Joshua Williams | Analyze IAC JV companies owned by Sacklers | Litigation | 1.70 | 640.00 | $1,088.00 |
| 12/21/2022 | Christian Klawunder | Continued to analyze debtors' consumer health business growth drivers. | Plan and Disclosure Statement | 1.20 | 650.00 | $780.00 |
| 12/22/2022 | Michael Atkinson | Review and analyze committee update materials | Business Analysis / Operations | 0.40 | 1,150.00 | $460.00 |
| 12/22/2022 | Timothy Strickler | Reviewed and analyzed non-litigation claims. | Claims Analysis and Objections | 1.80 | 530.00 | $954.00 |
| 12/22/2022 | Michael Atkinson | Review Avrio materials and discuss with counsel | Business Analysis / Operations | 1.40 | 1,150.00 | $1,610.00 |
| 12/22/2022 | Stilian Morrison | Review data room materials | Business Analysis / Operations | 0.60 | 900.00 | $540.00 |
| 12/22/2022 | Eunice Min | Analyze November monthly operating report. | Business Analysis / Operations | 0.80 | 760.00 | $608.00 |
| 12/23/2022 | Michael Atkinson | Review and analyze documents uploaded related to Avrio | Business Analysis / Operations | 1.60 | 1,150.00 | $1,840.00 |
| 12/24/2022 | Michael Atkinson | Preliminary review of Side B updated financials | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |
| 12/26/2022 | Christian Klawunder | Analyzed updated net assets report from shareholders. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 12/26/2022 | Michael Atkinson | Review and compare changes to side B net assets for counsel | Plan and Disclosure Statement | 1.70 | 1,150.00 | $1,955.00 |
| 12/26/2022 | Christian Klawunder | Evaluated shareholders' changes in net assets. | Litigation | 2.20 | 650.00 | $1,430.00 |
| 12/26/2022 | Christian Klawunder | Continued to analyze updated net assets report. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 12/27/2022 | Michael Atkinson | Review public vs private split data points for counsel | Committee Activities | 1.40 | 1,150.00 | $1,610.00 |
| 12/27/2022 | Joshua Williams | Review remaining workstreams on cash tracing analysis | Litigation | 2.60 | 640.00 | $1,664.00 |
| 12/27/2022 | Eunice Min | Analyze latest weeks of cash flow results. | Business Analysis / Operations | 1.60 | 760.00 | $1,216.00 |
| 12/27/2022 | Michael Atkinson | Review sensitivities for counsel on projections | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |
| 12/27/2022 | Michael Atkinson | Call with debtor FA's regarding a number of items | Business Analysis / Operations | 0.30 | 1,150.00 | $345.00 |
| 12/27/2022 | Christian Klawunder | Continued to shareholder parties' net assets. | Litigation | 2.30 | 650.00 | $1,495.00 |
| 12/27/2022 | Timothy Strickler | Imported new claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/27/2022 | Michael Atkinson | Review updated materials on Sackler assets | Plan and Disclosure Statement | 1.30 | 1,150.00 | $1,495.00 |
| 12/27/2022 | Eunice Min | Review latest from debtors on PHI, retention, and pipeline. | Business Analysis / Operations | 0.50 | 760.00 | $380.00 |
| 12/27/2022 | Christian Klawunder | Evaluated debtors' business development strategic alternatives. | Business Analysis / Operations | 1.60 | 650.00 | $1,040.00 |
| 12/27/2022 | Stilian Morrison | Update on potential asset interest | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 12/27/2022 | Michael Atkinson | Review and analyze a number of items from call with debtor FA and update counsel on call and research. | Business Analysis / Operations | 1.30 | 1,150.00 | $1,495.00 |
| 12/27/2022 | Timothy Strickler | Reviewed and analyzed claims schedule uploaded by claims agent. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 12/27/2022 | Timothy Strickler | Reviewed recent claims added to claims register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 12/27/2022 | Joshua Williams | Research data room filings for entities involved in cash tracing | Litigation | 2.20 | 640.00 | $1,408.00 |
| 12/28/2022 | Christian Klawunder | Continued to analyze updated net assets. | Litigation | 1.70 | 650.00 | $1,105.00 |
| 12/28/2022 | Michael Atkinson | Review Insurance issues for counsel | Business Analysis / Operations | 0.70 | 1,150.00 | $805.00 |
| 12/28/2022 | Michael Atkinson | Review and analyze claims data for counsel | Claims Analysis and Objections | 0.90 | 1,150.00 | $1,035.00 |
| 12/28/2022 | Christian Klawunder | Continued to create slides for net assets update. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 12/28/2022 | Christian Klawunder | Created slides for net assets update. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 12/29/2022 | Christian Klawunder | Analyzed historical trends of shareholders' net assets. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 12/29/2022 | Timothy Strickler | Continued review and analysis of non-litigation claims. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 12/29/2022 | Christian Klawunder | Created presentation on shareholders' net assets. | Litigation | 1.60 | 650.00 | $1,040.00 |
| 12/29/2022 | Michael Atkinson | Review and analyze PHI status and news articles and update counsel | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 12/29/2022 | Christian Klawunder | Continued to evaluate debtors' business development strategic alternatives. | Litigation | 2.30 | 650.00 | $1,495.00 |
| 12/29/2022 | Michael Atkinson | Update counsel on PHI and other matters | Business Analysis / Operations | 0.60 | 1,150.00 | $690.00 |
| 12/29/2022 | Joshua Williams | Prepare next round of updates to cash tracing analysis | Litigation | 2.30 | 640.00 | $1,472.00 |
| 12/29/2022 | Joshua Williams | Continue analysis on refining cash tracing | Litigation | 3.30 | 640.00 | $2,112.00 |
| 12/29/2022 | Christian Klawunder | Analyzed shareholders' assets by category. | Litigation | 1.80 | 650.00 | $1,170.00 |
| 12/29/2022 | Eunice Min | Analyze net assets report for shareholders and variances from prior estimates. | Litigation | 1.00 | 760.00 | $760.00 |
| 12/30/2022 | Timothy Strickler | Updated analysis of litigation claims filed to date. | Claims Analysis and Objections | 1.90 | 530.00 | $1,007.00 |
| 12/30/2022 | Eunice Min | Continue analyzing net assets report of shareholders and variances from prior estimates. | Litigation | 2.20 | 760.00 | $1,672.00 |
| 12/30/2022 | Michael Atkinson | Review and compare last side B asset report to current | Plan and Disclosure Statement | 1.40 | 1,150.00 | $1,610.00 |
| 12/30/2022 | Christian Klawunder | Created net assets update presentation for counsel. | Litigation | 2.80 | 650.00 | $1,820.00 |
| 12/30/2022 | Christian Klawunder | Drafted summary of net assets update for counsel. | Litigation | 2.10 | 650.00 | $1,365.00 |
| 12/30/2022 | Christian Klawunder | Continued to create net assets update presentation for counsel. | Litigation | 2.40 | 650.00 | $1,560.00 |
| 12/30/2022 | Eunice Min | Review management presentation from debtors. | Business Analysis / Operations | 0.90 | 760.00 | $684.00 |

5

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 12/30/2022 | Michael Atkinson | Review, prepare and analyze materials for counsel on side b assets | Plan and Disclosure Statement | 3.80 | 1,150.00 | $4,370.00 |
| 12/31/2022 | Christian Klawunder | Evaluated recent filings from shareholder parties. | Court Filings | 0.50 | 650.00 | $325.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 12/31/2022 | Miscellaneous | December research fees. | $335.90 |
| | **Total Expenses** | | **$335.90** |