KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re:                                    :     Chapter 11
                                          :
PURDUE PHARMA L.P., *et al.*              :     Case No. 19-23649 (SHL)
                                          :
            Debtors.[1]                   :     (Jointly Administered)
------------------------------------------------------------x

**THIRTY-SEVENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | December 1, 2022 through December 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $7,526.89 (80% of $9,408.61) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $933.22 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $8,460.11 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its thirty-seventh monthly fee statement (the "Monthly Fee Statement") for the period beginning December 1, 2022 through and including December 31, 2022 (the "Fee Period"). During the Fee Period, the fees incurred by KCC were $9,408.61 and the expenses incurred were $933.22.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $8,460.11, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on February 22, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  February 8, 2023
　　　　El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## **CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

     a)    I am Assistant General Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

     b)    I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

     c)    I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  February 8, 2023
     El Segundo, California

                           /s/ *Sarah Harbuck*

                           Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | Consultant | 3.1 | $200.86 | $622.66 |
| BIF | Bianca Barrera | Consultant | 0.2 | $200.86 | $40.17 |
| CET | Christopher Estes | Consultant | 8.2 | $203.28 | $1,666.92 |
| CJC | Caitlin Corrie | Consultant | 0.1 | $125.24 | $12.52 |
| EAG | Esmeralda Aguayo | Consultant | 0.5 | $200.86 | $100.43 |
| EJG | Evan Gershbein | Senior Managing Consultant | 2 | $231.53 | $463.05 |
| HEF | Heather Fellows | Consultant | 0.1 | $149.44 | $14.94 |
| HUM | Hugo Morales | Consultant | 0.2 | $155.49 | $31.10 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.6 | $143.39 | $86.04 |
| JBU | Joseph Bunning | Senior Consultant | 11.6 | $206.91 | $2,400.17 |
| JDG | Jennifer Grageda | Consultant | 0.1 | $149.44 | $14.94 |
| LRA | Luis Rios | Consultant | 0.1 | $200.86 | $20.09 |
| MAP | Manuel Pastor | Consultant | 1.6 | $200.86 | $321.38 |
| MDO | Matthew Orr | Consultant | 2.3 | $200.86 | $461.98 |
| MPE | Mario Perez | Clerk | 0.2 | $53.85 | $10.76 |
| PS | Other Project Specialist | Project Specialist | 0.7 | $115.00 | $80.50 |
| SEB | Senayt Berhe | Consultant | 0.2 | $149.44 | $29.88 |
| SEW | Scott Ewing | Senior Consultant | 2.6 | $206.91 | $537.95 |
| SYU | Susan Yu | Consultant | 9.3 | $203.28 | $1,890.55 |
| VTM | Vien Marquez | Consultant | 3 | $200.86 | $602.58 |
| | | | | | |
| | **TOTALS** | | **46.7** | | **$9,408.61** |

**Exhibit B**
**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $239.65 |
| Printing and Mailing Expenses | | | $662.52 |
| Sales and Use Tax | | | $31.05 |
| | | | |
| **TOTAL** | | | **$933.22** |

**Exhibit C**
**Invoice**



January 23, 2023

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period December 1, 2022 to
December 31, 2022 in the amount of $10,341.83 for the above referenced matter. Pursuant to our services
agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring



Enclosures



January 23, 2023

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

## *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | January 23, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2419176 | Due Date | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**
*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $9,408.61 |
| *Total of Hourly Fees* | $9,408.61 |
| | |
| **Expenses** | |
| Expenses | $902.17 |
| *Total Expenses* | $902.17 |
| | |
| *Invoice Subtotal* | **$10,310.78** |
| Sales and Use Tax | 31.05 |
| *Total Invoice* | **$10,341.83** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA |
|---|---|
| Invoice Number | US_KCC2419176 |
| Total Amount Due | $10,341.83 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# *Kurtzman Carson Consultants LLC*

12/01/2022 - 12/31/2022

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AOP | Alfredo Pastor | CON | 3.10 | $200.86 | $622.66 |
| BIF | Bianca Barrera | CON | 0.20 | $200.86 | $40.17 |
| CET | Christopher Estes | CON | 8.20 | $203.28 | $1,666.92 |
| CJC | Caitlin Corrie | CON | 0.10 | $125.24 | $12.52 |
| EAG | Esmeralda Aguayo | CON | 0.50 | $200.86 | $100.43 |
| EJG | Evan Gershbein | SMC | 2.00 | $231.53 | $463.05 |
| HEF | Heather Fellows | CON | 0.10 | $149.44 | $14.94 |
| HUM | Hugo Morales | CON | 0.20 | $155.49 | $31.10 |
| IRJ | Ivan Rios Jimenez | CON | 0.60 | $143.39 | $86.04 |
| JBU | Joseph Bunning | SC | 11.60 | $206.91 | $2,400.17 |
| JDG | Jennifer Grageda | CON | 0.10 | $149.44 | $14.94 |
| LRA | Luis Rios | CON | 0.10 | $200.86 | $20.09 |
| MAP | Manuel Pastor | CON | 1.60 | $200.86 | $321.38 |
| MDO | Matthew Orr | CON | 2.30 | $200.86 | $461.98 |
| MPE | Mario Perez | CL | 0.20 | $53.85 | $10.76 |
| PS | Other Project Specialist | PS | 0.70 | $115.00 | $80.50 |
| SEB | Senayt Berhe | CON | 0.20 | $149.44 | $29.88 |
| SEW | Scott Ewing | SC | 2.60 | $206.91 | $537.95 |
| SYU | Susan Yu | CON | 9.30 | $203.28 | $1,890.55 |
| VTM | Vien Marquez | CON | 3.00 | $200.86 | $602.58 |

| | | | | *Total* | ***$9,408.61*** |

# *Kurtzman Carson Consultants LLC*

### 12/01/2022 - 12/31/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 12/1/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 12/1/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | *Total for 12/1/2022* | | | *1.20* |
| 12/2/2022 | EJG | Attention to Monthly Fee Statements [DNs 5271-5276] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 12/2/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 12/2/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 12/2/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 12/2/2022 | SEW | Coordinate and generate Monthly Fee Statements [DNs 5271-5276], including preparing service lists, reviewing document, and performing quality checks | SC | Noticing | 0.80 |
| 12/2/2022 | SEW | Review email and respond to D. Krasa @ Akin re service of Monthly Fee Statements [DNs 5271-5276] | SC | Noticing | 0.10 |
| | | *Total for 12/2/2022* | | | *2.70* |
| 12/5/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 12/5/2022 | SYU | Perform administrative review of the Monthly Fee Statements [DNs 5271-5276] mailing to ensure accuracy | CON | Noticing | 0.30 |
| 12/5/2022 | SYU | Review Certificate of Service re Monthly Fee Statements [DNs 5271-5276] mailing | CON | Noticing | 0.30 |
| 12/5/2022 | SYU | Review the Master Service List for any updates re the Notice of Withdrawal of Appearance | CON | Noticing | 0.20 |
| 12/5/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 12/5/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 12/5/2022 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 12/5/2022 | SEW | Review/upload certificate of service for Monthly Fee Statements [DNs 5271-5276] mailing | SC | Noticing | 0.10 |
| 12/5/2022 | SEW | Prepare certificate of service for Monthly Fee Statements [DNs 5271-5276] mailing | SC | Noticing | 0.40 |
| | | *Total for 12/5/2022* | | | *2.80* |
| 12/6/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 12/6/2022 | SYU | Review the Master Service List re Notice of Change of Address of Creditor | CON | Noticing | 0.20 |
| | | *Total for 12/6/2022* | | | *1.30* |
| 12/7/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 12/7/2022 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 12/7/2022 | EAG | Prepare updates to return mail tracking sheet and correspondence with KCC Team re same | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 12/01/2022 - 12/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | *Total for 12/7/2022* | | *2.10* |
| 12/8/2022 | LRA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 12/8/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 12/8/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 12/8/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | *Total for 12/8/2022* | | *0.70* |
| 12/9/2022 | EJG | Attention to Fee Statements [DNs 5288-5293] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 12/9/2022 | SYU | Correspond with counsel re service of Fee Statements | CON | Noticing | 0.10 |
| 12/9/2022 | SYU | Coordinate and generate Fee Statements [DNs 5288-5293] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 12/9/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 12/9/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 12/9/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 12/9/2022 | SEW | Quality control review of Fee Statements [DNs 5288-5293] mailing | SC | Noticing | 0.20 |
| | | | *Total for 12/9/2022* | | *2.20* |
| 12/12/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 12/12/2022 | SYU | Perform administrative review of Fee Statements [DNs 5288-5293] mailing to ensure accuracy | CON | Noticing | 0.30 |
| 12/12/2022 | SYU | Prepare Certificate of Service re Fee Statements [DNs 5288-5293] mailing | CON | Noticing | 0.60 |
| 12/12/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/12/2022 | SEW | Quality control review of certificate of service re Fee Statements [DNs 5288-5293] | SC | Noticing | 0.10 |
| | | | *Total for 12/12/2022* | | *1.90* |
| 12/13/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 12/13/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 12/13/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | *Total for 12/13/2022* | | *1.50* |
| 12/14/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 12/14/2022 | SYU | Upload the case calendar and update the important dates section on the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 12/14/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 12/01/2022 - 12/31/2022

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/14/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 12/14/2022 | EAG | Respond to creditor inquiry regarding information about a class action case | CON | Communications / Call Center | 0.20 |
| 12/14/2022 | EAG | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | *Total for 12/14/2022* | | *2.10* |
| 12/15/2022 | EJG | Attention to Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 12/15/2022 | MPE | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302]  mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/15/2022 | VTM | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| 12/15/2022 | MDO | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 12/15/2022 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 12/15/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 12/15/2022 | IRJ | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302]  mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 12/15/2022 | HUM | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302]  mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/15/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 12/15/2022 | SYU | Correspond with counsel re service of Supplemental Declaration of Arik Preis ISO Akin Gump Retention App | CON | Noticing | 0.10 |
| 12/15/2022 | SYU | Coordinate and generate Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 12/15/2022 | SYU | Update the Master Service List per undeliverable email | CON | Noticing | 0.20 |
| 12/15/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 12/15/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 12/15/2022 | AOP | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 12/15/2022 | SEW | Quality control review of Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing | SC | Noticing | 0.20 |
| | | | *Total for 12/15/2022* | | *6.30* |
| 12/16/2022 | MPE | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party  mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

12/01/2022 - 12/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/16/2022 | VTM | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| 12/16/2022 | MDO | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 12/16/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 12/16/2022 | IRJ | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party  mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 12/16/2022 | HUM | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party  mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/16/2022 | MAP | Assist with Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.30 |
| 12/16/2022 | SYU | Prepare Certificate of Service re Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing | CON | Noticing | 0.60 |
| 12/16/2022 | SYU | Perform administrative review of the Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] mailing to ensure accuracy | CON | Noticing | 0.30 |
| 12/16/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/16/2022 | SYU | Electronically file Supplemental Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/16/2022 | SYU | Review the Master Service List for any updates re Notice of Withdrawal of Appearance | CON | Noticing | 0.20 |
| 12/16/2022 | SYU | Update the Master Service List per undeliverable email | CON | Noticing | 0.20 |
| 12/16/2022 | SYU | Coordinate and generate Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.40 |
| 12/16/2022 | SYU | Prepare Supplemental Certificate of Service re Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party mailing | CON | Noticing | 0.40 |
| 12/16/2022 | SEB | Manage and review tracking of undeliverable mail re Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | CON | Undeliverable Mail Processing | 0.10 |
| 12/16/2022 | SEW | Quality control review of certificate of service re Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | SC | Noticing | 0.10 |
| 12/16/2022 | SEW | Review Notice of Withdrawal [DN 5305] for service list revisions | SC | Noticing | 0.10 |
| | | | | **Total for 12/16/2022** | **6.70** |
| 12/19/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 12/19/2022 | CET | Assist consultants in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 12/19/2022** | **1.10** |
| 12/20/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 12/20/2022 | BIF | Respond to creditor inquiries (1) regarding the status of case | CON | Communications / Call Center | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 12/01/2022 - 12/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 12/20/2022* | *1.00* |
| 12/21/2022 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | CON | Noticing | 0.40 |
| 12/21/2022 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party | CON | Noticing | 0.40 |
| 12/21/2022 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party | CON | Noticing | 0.30 |
| 12/21/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 12/21/2022 | SYU | Review mail report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party | CON | Noticing | 0.10 |
| 12/21/2022 | SYU | Review mail report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | CON | Noticing | 0.10 |
| 12/21/2022 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | CON | Noticing | 0.40 |
| | | | | *Total for 12/21/2022* | *1.90* |
| 12/22/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 12/22/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/22/2022* | *0.50* |
| 12/23/2022 | EJG | Attention to Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 12/23/2022 | VTM | Assist with Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| 12/23/2022 | MDO | Assist with Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 12/23/2022 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.70 |
| 12/23/2022 | SYU | Correspond with counsel re service of Ninth Supplemental Declaration of Arik Preis | CON | Noticing | 0.10 |
| 12/23/2022 | SYU | Coordinate and generate Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 12/23/2022 | AOP | Assist with Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.30 |
| 12/23/2022 | SEW | Quality control review of Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing | SC | Noticing | 0.30 |
| 12/23/2022 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 0.70 |

# *Kurtzman Carson Consultants LLC*

12/01/2022 - 12/31/2022

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 12/23/2022* | *5.20* |
| 12/27/2022 | SYU | Perform administrative review of Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing to ensure accuracy | CON | Noticing | 0.30 |
| 12/27/2022 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 12/27/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 12/27/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 12/27/2022* | *1.10* |
| 12/28/2022 | SYU | Prepare Certificate of Service re Ninth Supplemental Declaration of Arik Preis [DN 5316] mailing | CON | Noticing | 0.60 |
| 12/28/2022 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/28/2022 | SEB | Manage and review tracking of undeliverable mail re Ninth Supplemental Declaration of Arik Preis [DN 5316] | CON | Undeliverable Mail Processing | 0.10 |
| 12/28/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 12/28/2022 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 12/28/2022 | SEW | Quality control review of certificate of service re Ninth Supplemental Declaration of Arik Preis [DN 5316] | SC | Noticing | 0.20 |
| | | | | *Total for 12/28/2022* | *1.90* |
| 12/29/2022 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Ninth Supplemental Declaration of Arik Preis [DN 5316] | CON | Noticing | 0.30 |
| 12/29/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 12/29/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 12/29/2022 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Ninth Supplemental Declaration of Arik Preis [DN 5316] | CON | Noticing | 0.40 |
| | | | | *Total for 12/29/2022* | *1.30* |
| 12/30/2022 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party | CON | Noticing | 0.30 |
| 12/30/2022 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | CON | Noticing | 0.30 |
| 12/30/2022 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 12/30/2022 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 12/30/2022 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |

## *Kurtzman Carson Consultants LLC*

*12/01/2022 - 12/31/2022*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | *Total for 12/30/2022* | | *1.20* |
| | | | ***Total Hours*** | | ***46.70*** |

# *Kurtzman Carson Consultants LLC*

*12/01/2022 - 12/31/2022*

## *Expenses*

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| First Class Mail | | | $239.65 |
| Printing and Mailing Expenses (See Exhibit) | | | $662.52 |
| | | ***Total Expenses*** | ***$902.17*** |

## *Kurtzman Carson Consultants LLC*

*12/01/2022 - 12/31/2022*

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|-----------|--------------|----------|-------------|------|-------|
| 12/15/2022 | Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | 1 | Email Service Setup to 200 Email Parties | $275.00 | $275.00 |
| | | 57 | First Class Mail | | |
| | | 342 | Image notice printing for 1 document, including Purdue DN 5302 - 8th Supplemental Preis Declaration | $0.11 | $37.62 |
| | | 57 | Standard Envelopes | $0.20 | $11.40 |
| 12/16/2022 | Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party | 1 | First Class Mail | | |
| | | 6 | Image notice printing for 1 document, including Purdue DN 5302 - 8th Supplemental Preis Declaration | $0.11 | $0.66 |
| | | 1 | Standard Envelopes | $0.20 | $0.20 |
| 12/23/2022 | Ninth Supplemental Declaration of Arik Preis [DN 5316] | 1 | Email Service Setup to 198 Email Parties | $275.00 | $275.00 |
| | | 58 | First Class Mail | | |
| | | 464 | Image notice printing for Ninth Supplemental Declaration of Arik Preis [DN 5316] | $0.11 | $51.04 |
| | | 58 | Standard Envelopes | $0.20 | $11.60 |

### *Total Printing and Mailing Expenses* — *$662.52*