IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (SHL) |
| Debtors. ) | |
| ) | (Jointly Administered) |

**COVER SHEETS FOR NINTH INTERIM FEE APPLICATION OF
ERNST & YOUNG LLP FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED AS AUDITORS AND PROVIDERS OF OTHER
PROFESSIONAL SERVICES FOR THE DEBTORS FOR THE
PERIOD FROM SEPTEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Ernst & Young LLP ("EY LLP") |
| | Auditors to the Debtors and Debtors in Possession |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Petition Date:** | September 15, 2019 |
| **Retention Date:** | December 23, 2019 *nunc pro tunc* to September 15, 2019 |
| **Date of Order Approving Retention:** | December 23, 2019 [ECF No. 698] |
| **Time Period Covered by This Application:** | September 1, 2022 through December 31, 2022 |
| **Total Compensation Requested:** | $325,000.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Total Expenses Requested:** | $-0- |
| **Total Compensation and Expenses Requested:** | $325,000.00 |
| **Number of Professionals Included in This Application:** | 17 |
| **Number of Professionals Billing Fewer Than 15 Hours During This Period:** | 15 |

This is a(n): \_\_\_monthly    X   interim    \_\_\_final application

# SUMMARY BY PROFESSIONAL

*2022 Consolidated Audit*

| Last Name | First Name | Rank | Time |
|---|---|---|---|
| Arora | Simran | Staff/Assistant | 9.0 |
| Caporale | Amelia | Partner/Principal | 3.0 |
| Casella | John M. | Staff/Assistant | 3.0 |
| D'Alessandro | Nicholas A | Manager | 11.0 |
| Fan | Wenhan | Senior | 5.2 |
| Fox | Nicholas K. | Manager | 4.0 |
| Furtado | Justin V | Senior Manager | 6.0 |
| Gupta | Aarti | Staff/Assistant | 12.0 |
| Jain | Chetan | Manager | 10.0 |
| Kaushik | Utkarsh | Staff/Assistant | 9.0 |
| Nayyar | Deepankar | Senior | 22.0 |
| Pereira | Christopher A. | Partner/Principal | 3.0 |
| Rathod | Dimple | Senior | 38.5 |
| Robinson | Benjamin Ryan | Staff/Assistant | 9.0 |
| Sharma | Bhavik | Staff/Assistant | 4.0 |
| Sonika | Avinash | Executive Director | 4.0 |
| Tran | Hong | Staff/Assistant | 1.3 |
| | | **Total** | **154.0** |

**Total Fixed Fees Sought for 2022 Consolidated Audit During the Fee Period: $325,000.00.**

## SUMMARY BY PROJECT CATEGORY

*2022 Consolidated Audit*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Planning Activities | This category relates to all audit planning activities. | 40.5 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 113.5 |
| | **Total** | **154.0** |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[2] ) | |
| ) | Case No. 19-23649 (SHL) |
| Debtors. ) | |
| ) | (Jointly Administered) |

### NINTH INTERIM FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES FOR THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH DECEMBER 31, 2022

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's November 21, 2019 order approving procedures for professional compensation requests in these cases, Ernst & Young LLP ("EY LLP") hereby files this Interim Application for compensation as a retained professional to the above-captioned Debtors (this "Application"). By this Application, EY LLP respectfully requests allowance and payment of $325,000.00 as compensation, with respect to services it provided to the Debtors during the period from September 1, 2022 through December 31, 2022 (the "Fee Period").

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

2. The Debtors' retention of EY LLP was approved by this Court's Order entered on December 23, 2019, *nunc pro tunc* to September 15, 2019.

3. EY LLP is authorized to be compensated under the terms set forth in the engagement letters between the Debtors and EY LLP, and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

4. All services for which EY LLP requests compensation were performed for or on behalf of the Debtors. EY LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity in connection with the matters covered by this Application.

## Supporting Detail

5. The supporting detail for this Application is attached hereto as **Exhibit A.** Exhibit A contains the daily time information for each EY LLP professional performing services during the period from September 1, 2022 through December 31, 2022.

## Applicable Law

6. Section 330(a)(1) of the Bankruptcy Code provides, in relevant part, as follows:

(a) (1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a … professional person employed under section 327 or 1103 –

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B) reimbursement for actual, necessary expenses.

7. Section 330 of the Bankruptcy Code prescribes the general standards for determining the reasonableness of the amount of compensation sought by a professional. *See* 3 *Collier on Bankruptcy* ¶ 331.03 at 331-12. Congress enacted section 330 of the Bankruptcy Code to liberalize the practice of granting the allowance of compensation to professionals in bankruptcy cases in order to ensure that professionals be reasonably compensated and that future professionals not be deterred from taking bankruptcy cases due to a failure to pay adequate compensation. *See In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 72 (2d Cir. 1996) (quoting *In re UNR Indus., Inc.*, 986 F.2d 207, 208-09 (7th Cir. 1993)).

8. Section 330(a) of the Bankruptcy Code provides for the compensation of reasonable and necessary services rendered by professionals based on the time, the nature, the extent and the value of such services, and the cost of comparable services other than in a case under the Bankruptcy Code. *See* 11 U.S.C. § 330. The test for determining necessity is objective; focusing on what services a reasonable professional would have performed under the same circumstances. *See, e.g.*, *In re Angelika Films 57th, Inc.*, 227 B.R. 29, 42 (Bankr. S.D.N.Y. 1998). This test does not rely on hindsight to determine the ultimate success or failure of the professional's actions. *See id.*; *In re Keene Corp.*, 205 B.R. 690, 696 (Bankr. S.D.N.Y. 1997). Ultimately, if the services of a professional are reasonably likely to benefit the debtor's estate, they should be compensable. *See Angelika Films*, 227 B.R. at 42.

9. EY LLP respectfully submits that the compensation sought in this Application is necessary and reasonable. The services that EY LLP rendered to the Debtors during the Fee

Period required a high degree of professional competence. EY LLP performed efficiently, effectively and economically, and the results obtained have benefited the Debtors, their estates and creditors.

**WHEREFORE,** EY LLP hereby respectfully requests allowance and payment of $325,000.00, with respect to services it provided to the Debtors during the Fee Period. EY LLP also respectfully requests that it be granted such other and further relief as the Court may deem just and proper.

Dated: February 9, 2023

/s/Amelia M. Caporale
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

## VERIFICATION

I hereby certify that:

1.     I am a partner with the firm of Ernst & Young LLP ("EY LLP"). This certification is made pursuant to the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York* (the "Amended Guidelines"), in support of the foregoing fee application of EY LLP (the "Application").

2.     I hereby certify as follows: (a) I have read the Application; (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Amended Guidelines, except as specifically noted herein or in the Application; (c) except to the extent that fees or disbursements are prohibited by the Amended Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by EY LLP and generally accepted by EY LLP's clients; and (d) in providing a service for which EY LLP seeks reimbursement of expenses, EY LLP does not make a profit on the service, whether the service is performed by EY LLP in-house or through a third party.

Dated: February 9, 2023

 /s/Amelia M. Caporale
 Amelia M. Caporale
 Partner, Ernst & Young LLP
 20 Church Street
 Hartford, CT  06103

**EXHIBIT A**
**SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL**

*2022 Consolidated Audit*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Dimple Rathod | Senior | 01 Dec 2022 | Year-End Substantive Testing | 9.5 | Performance of Gross revenue testing procedures |
| Sonika,Avinash | Executive Director | 01 Dec 2022 | Planning Activities | 1.0 | Review of audit planning presentation for December audit committee meeting |
| Utkarsh Kaushik | Staff/Assistant | 01 Dec 2022 | Year-End Substantive Testing | 9.0 | Performance of Vendor chargeback testing procedures |
| Dimple Rathod | Senior | 02 Dec 2022 | Year-End Substantive Testing | 7.0 | Performance of Gross revenue testing procedures continued |
| Tran,Hong | Staff/Assistant | 02 Dec 2022 | Year-End Substantive Testing | 0.3 | Review of actuarial scoping and testing plan |
| Chetan Jain | Manager | 05 Dec 2022 | Planning Activities | 2.0 | Review of account level scoping and process flow mappings |
| Dimple Rathod | Senior | 05 Dec 2022 | Year-End Substantive Testing | 9.0 | Performance of Gross revenue testing procedures for Rhodes Pharma |
| Chetan Jain | Manager | 06 Dec 2022 | Planning Activities | 2.0 | Review of account level scoping and process flow mappings continued |
| D'Alessandro,Nicholas A | Manager | 06 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents |
| Dimple Rathod | Senior | 06 Dec 2022 | Year-End Substantive Testing | 9.5 | Performance of Gross revenue testing procedures for Rhodes Pharma continued. |
| Chetan Jain | Manager | 07 Dec 2022 | Planning Activities | 2.0 | Review of account level scoping and process flow mappings continued |
| D'Alessandro,Nicholas A | Manager | 07 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Dimple Rathod | Senior | 07 Dec 2022 | Year-End Substantive Testing | 3.5 | Performance of Gross revenue testing procedures for Rhodes Pharma continued. |
| Sonika,Avinash | Executive Director | 07 Dec 2022 | Planning Activities | 3.0 | Audit Committee Meeting |
| Chetan Jain | Manager | 08 Dec 2022 | Planning Activities | 4.0 | Review of account level scoping and process flow mappings continued |
| D'Alessandro,Nicholas A | Manager | 08 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Robinson,Benjamin Ryan | Staff/Assistant | 08 Dec 2022 | Year-End Substantive Testing | 8.0 | Performance of inventory count procedures at Wilson North Carolina plant |
| Fox,Nicholas K. | Manager | 09 Dec 2022 | Year-End | 4.0 | Review of actuarial scoping and |

10

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Substantive Testing | | testing plan |
| Robinson,Benjamin Ryan | Staff/Assistant | 09 Dec 2022 | Year-End Substantive Testing | 1.0 | Documentation of inventory count testing workpapers |
| Fan,Wenhan | Senior | 11 Dec 2022 | Planning Activities | 0.5 | Preparation for team planning meeting |
| Fan,Wenhan | Senior | 11 Dec 2022 | Year-End Substantive Testing | 0.2 | Review of revenue cash anchor testing selection samples |
| D'Alessandro,Nicholas A | Manager | 12 Dec 2022 | Planning Activities | 2.0 | Review of audit planning documents continued. |
| D'Alessandro,Nicholas A | Manager | 13 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Fan,Wenhan | Senior | 13 Dec 2022 | Year-End Substantive Testing | 1.5 | Review of accounts receivable testing selections to date |
| D'Alessandro,Nicholas A | Manager | 14 Dec 2022 | Planning Activities | 1.0 | Review of audit planning documents continued. |
| Fan,Wenhan | Senior | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, J. Furtado, N. D'Alessandro, J. Casella |
| Tran,Hong | Staff/Assistant | 14 Dec 2022 | Year-End Substantive Testing | 1.0 | Review of actuarial scoping and testing plan |
| Aarti Gupta | Staff/Assistant | 15 Dec 2022 | Year-End Substantive Testing | 2.0 | Documentation of accounts receivable confirmations |
| Bhavik Sharma | Staff/Assistant | 15 Dec 2022 | Year-End Substantive Testing | 4.0 | Establishment of actuarial audit procedure workplan |
| Casella,John M. | Staff/Assistant | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, J. Furtado, N. D'Alessandro, W. Fan |
| D'Alessandro,Nicholas A | Manager | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, J. Furtado, W. Fan, J. Casella |
| Deepankar Nayyar | Senior | 15 Dec 2022 | Year-End Substantive Testing | 9.0 | Review of accounts receivable testing selections |
| Furtado,Justin V | Senior Manager | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, A. Caporale, N. D'Alessandro, W. Fan, J. Casella |
| Caporale, Amelia | Partner/Principal | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: C. Pereira, J. Furtado, N. D'Alessandro, W. Fan, J. Casella |
| Pereira, Christopher A. | Partner/Principal | 15 Dec 2022 | Planning Activities | 3.0 | Purdue audit planning meeting; Present: A. Caporale, J. Furtado, N. D'Alessandro, W. Fan, J. Casella |
| D'Alessandro,Nicholas A | Manager | 16 Dec 2022 | Planning | 1.0 | Review of audit planning |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Activities | | documents continued. |
| Deepankar Nayyar | Senior | 16 Dec 2022 | Year-End Substantive Testing | 5.0 | Review of revenue cash anchor testing procedures |
| Simran Arora | Staff/Assistant | 16 Dec 2022 | Year-End Substantive Testing | 9.0 | Performance of revenue cash anchor testing procedures |
| Aarti Gupta | Staff/Assistant | 19 Dec 2022 | Year-End Substantive Testing | 7.0 | Performance of accounts receivable existence testing |
| Deepankar Nayyar | Senior | 19 Dec 2022 | Year-End Substantive Testing | 5.0 | Re-performance of accounts receivable existence testing procedures |
| Furtado,Justin V | Senior Manager | 19 Dec 2022 | Year-End Substantive Testing | 2.5 | Review of planning documents |
| Aarti Gupta | Staff/Assistant | 20 Dec 2022 | Year-End Substantive Testing | 3.0 | Performance of accounts receivable existence testing continued. |
| Deepankar Nayyar | Senior | 20 Dec 2022 | Year-End Substantive Testing | 3.0 | Re-performance of accounts receivable existence testing procedures continued |
| Furtado,Justin V | Senior Manager | 20 Dec 2022 | Year-End Substantive Testing | 0.5 | Review of planning documents continued. |
| | | | **Total** | **154.0** | |

**Total Fixed Fees Sought for 2022 Consolidated Audit During the Fee Period: $325,000.00**