Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-SECOND MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,
FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | December 1, 2022 through December 31, 2022 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**   _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirty-Second Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2022 through December 31, 2022* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from December 1, 2022 through and including December 31, 2022, is referred to herein as the "**Fee Period**".

2

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: February 13, 2023          **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

4

## <u>Exhibit A</u>

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 6.10 |
| Fee/Employment Applications- Retained Professionals | 30.60 |
| Case Administration | 10.50 |
| **Total** | **47.20** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 7.50 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 10.80 |
| Brooke Hoffmann | Legal Assistant; joined B&K in 2022 | $150.00 | 11.30 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 17.60 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for December 2022 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1427
**DATE** 12/28/2022
**DUE DATE** 12/28/2022
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - December 2022 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

## $24,250.00

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

February 11, 2023

Purdue Pharma, L.P.

**Invoice Number: 2690**
Invoice Period: 12-01-2022 - 12-31-2022

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|------:|-----:|-------:|
| 12-05-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Review 9th monthly fee statement for Kleinberg | | | |
| 12-05-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 150.00 | 105.00 |
| | | Review Akin Gump 36th Monthly | | | |
| 12-06-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review email with various monthly fee apps from UCC professionals | | | |
| 12-07-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | Review Bedell Cristin 29th monthly | | | |
| 12-07-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Kurtzman 34th Monthly | | | |
| 12-09-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Coordinate with LD regarding data for Cole Schotz 31st interim | | | |
| 12-09-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 150.00 | 150.00 |
| | | Review Akin Gump 36th monthly | | | |
| 12-09-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Create spreadsheet for Cole Schotz 31st monthly data | | | |
| 12-09-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 150.00 | 150.00 |
| | | Create spreadsheet for Akin Gump expenses | | | |
| 12-11-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 125.00 | 75.00 |
| | | Review data King & Spalding 29th Monthly | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-12-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Arnold Porter 38th Monthly | | | |
| 12-13-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Coordinate with team regarding current status of reviews | | | |
| 12-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Coordinate with team regarding current status | | | |
| 12-13-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 150.00 | 150.00 |
| | | Review Jefferies 35th monthly report | | | |
| 12-13-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review UCC October monthly fee apps | | | |
| 12-14-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Province 36th monthly | | | |
| 12-14-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 150.00 | 105.00 |
| | | Review Dechert 38th Monthly app | | | |
| 12-14-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 150.00 | 150.00 |
| | | Draft review report for Dechert 38th Monthly | | | |
| 12-14-2022 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | | Coordinate with team regarding current status of outstanding reviews | | | |
| 12-15-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Coordinate with LD regarding current data status | | | |
| 12-15-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.40 | 125.00 | 175.00 |
| | | Draft November fee app | | | |
| 12-15-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 125.00 | 150.00 |
| | | Review Arnold Porter 38th monthly fee statement | | | |
| 12-16-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.40 | 125.00 | 175.00 |
| | | Draft October fee app | | | |
| 12-16-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 350.00 | 455.00 |
| | | Review of Province 37th Monthly report, emails with D.Klauder regarding review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-16-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 125.00 | 100.00 |
| | | Review BK fee apps filed since july | | | |
| 12-16-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review email from Gilbert with monthly fee app | | | |
| 12-16-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 150.00 | 150.00 |
| | | Review Brown Rudnick 36th monthly statement | | | |
| 12-17-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Create Review report for Akin Gump 37th monthly fee app | | | |
| 12-17-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Jefferies 36th monthly fee app | | | |
| 12-18-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review data for BK monthly fee apps | | | |
| 12-18-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review AlixPartners 38th Monthly data | | | |
| 12-19-2022 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Discuss with team re BK fee apps | | | |
| 12-19-2022 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 150.00 | 75.00 |
| | | Discuss with team re BK fee apps | | | |
| 12-19-2022 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 125.00 | 62.50 |
| | | Discuss with team re BK fee apps | | | |
| 12-19-2022 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review with team regarding BK fee statements | | | |
| 12-20-2022 | Isabel Bielli | [ALL] Case Administration | 1.00 | 125.00 | 125.00 |
| | | Update team chart regarding LD data | | | |
| 12-20-2022 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Final Review and edits of BK fee apps, circulate to team | | | |
| 12-20-2022 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review, revise and edit BK October and November Fee Statements; correspond with team regarding same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-20-2022 | Brooke Hoffmann | [ALL] Case Administration | 1.00 | 150.00 | 150.00 |
| | File Monthly Fee Statements of Bielli & Klauder LLC for October and November | | | | |
| 12-21-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 150.00 | 180.00 |
| | Draft review report Grant Thornton 14th monthly | | | | |
| 12-21-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | Review status of data entry into LD, coordinate plan with team | | | | |
| 12-27-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | Create a spreadsheet Cole Schotz 32nd Monthly expenses | | | | |
| 12-28-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 150.00 | 105.00 |
| | Review Gilbert 37th Monthly statement | | | | |
| 12-29-2022 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | Communicate with LD regarding outstanding data | | | | |
| 12-29-2022 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | Communicate with LD regarding outstanding data status | | | | |
| 12-30-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | Create spreadsheet for Davis Polk expenses | | | | |
| 12-30-2022 | David Klauder | [ALL] Case Administration | 1.00 | 375.00 | 375.00 |
| | Communication with team regarding professionals who filed monthlies in December | | | | |
| 12-30-2022 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | Communication with team regarding professionals who filed monthlies in December | | | | |
| 12-30-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | Review expenses for Caplin Drysdale 38th Monthly app | | | | |
| 12-30-2022 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | Review Davis Polk 38th Monthly | | | | |
| 12-30-2022 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 125.00 | 212.50 |
| | Review Davis Polk 39th fee statement | | | | |

We appreciate your business