# EXHIBIT A



The Committee of Participating States
c/o Office of the Attorney General, State of Connecticut
Attn: Matthew Fitzsimmons, Esq., AAG
165 Capitol Avenue
Hartford, CT 06106

May 16, 2022
**Invoice #** 392494
**Matter #** 082754.0003

**Re:    Purdue Pharma Post-Appeal Matter**

For services rendered through April 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/22 | Kaplan | Telephone conference with Mr. Goldman, review debtor's motion to approve settlement term sheet, review objections to term sheet and joinders filed by various states, pro se and municipalities; conference call with Mr. Gold, et al; research issues raised in objections including divestiture rule, advisory opinion and 11 USC 1123(a)(4) | 6.00 | 425.00 | 2550.00 |
| 03/08/22 | Kaplan | Review additional objections to motion to approve term sheet and continue to analyze, research and draft responses to objections (3.7); conference call with Debtor's counsel/Attorney General counsel (0.6); additional email exchange regarding decision not to file written reply (0.2) | 4.50 | 425.00 | 1912.50 |
| 04/07/22 | Fay | Review current draft of Inter-creditor Agreement; Review open issues following previous discussion with Davis Polk; Participate in call with Attorneys Gold and Goldman to discuss strategy for future negotiations with Davis Polk; and participate in conference call with representatives of the NINE regarding foregoing. | 1.50 | 495.00 | 742.50 |
| 04/07/22 | Goldman | Teams meeting re next steps | 0.50 | 565.00 | 282.50 |
| 04/19/22 | Fay | Conference call with Attorneys Gold and Goldman to prepare for call with Attorneys for the Nine to discuss status of Inter-creditor Agreement negotiations | 0.90 | 495.00 | 445.50 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

19-23649-shl    Doc 5427-1    Filed 02/14/23    Entered 02/14/23 16:09:51    Exhibit A
Pg 3 of 16

Purdue Pharma Post-Appeal Matter

Invoice No.: 392494
May 16, 2022
Page 2

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and conference call with Attorneys for the Nine regarding same. | | | |
| 04/19/22 | Goldman | Teams meeting with Matt Gold, Robert Berman, Tim Lungren and Geoff Fay re pre-call for 3 pm conference call with Davis Polk re intercreditor agreement (.4); conference with Angela Libby and Jacob Weiner of Davis Polk, Matt Gold, Robert Berman and Geoff Fay re intercreditor agreement and collateral documents issues (.6) | 1.00 | 565.00 | 565.00 |
| 04/25/22 | Goldman | Teams meeting with States Group re SOAF/intercreditor | 0.70 | 565.00 | 395.50 |
| 04/25/22 | Fay | Review Attorney Gold's memo with additional comments/issues with David Polk's draft of the Inter creditor Agreement; participate in conference call with client team to discuss form of SOAF committee and inter-creditor agreement. | 1.40 | 495.00 | 693.00 |
| | | **Fees** | | | **$7,586.50** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 3.80 | 495.00 | 1,881.00 |
| Irve J. Goldman | Partner | 2.20 | 565.00 | 1,243.00 |
| Jonathan A. Kaplan | Partner | 10.50 | 425.00 | 4,462.50 |
| **Fees** | | | | **$7,586.50** |

| | |
|---|---|
| **Total Fees** | **$7,586.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$7,586.50** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

The Committee of Participating States  
c/o Office of the Attorney General, State of Connecticut  
Attn: Matthew Fitzsimmons, Esq., AAG  
165 Capitol Avenue  
Hartford, CT 06106

June 17, 2022  
**Invoice #** 394014  
**Matter #** 082754.0003

**Re:** Purdue Pharma Post-Appeal Matter

For services rendered through May 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/22 | Fay | Review Attorney Gold's memo to Davis Polk with issues relative to Inter-creditor agreement. | 0.50 | 495.00 | 247.50 |
| 05/10/22 | Goldman | Telephone conference with Marion Quirk re objection to bonus motion and whether it is precluded by Direct Settlement Agreement; review of Direct Settlement Agreement and get back to Marion Quirk | 1.00 | 565.00 | 565.00 |
| 05/13/22 | Goldman | Review of invoices for February and prepare second monthly fee statement | 1.00 | 565.00 | 565.00 |
| 05/16/22 | Goldman | Allocated time to prepare first interim fee application for P&C to get reimbursed for fees incurred for States' representation | 3.00 | 565.00 | 1695.00 |
| 05/20/22 | Fay | Review several client team e-mails with proposed requests to Davis Polk regarding revisions to inter-creditor agreement and form of SOAF. | 0.50 | 495.00 | 247.50 |
| | | **Fees** | | | **$3,320.00** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 1.00 | 495.00 | 495.00 |
| Irve J. Goldman | Partner | 5.00 | 565.00 | 2,825.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com  Bridgeport  Hartford  Springfield  Stamford  Waterbury  Westport  White Plains

19-23649-shl    Doc 5427-1    Filed 02/14/23    Entered 02/14/23 16:09:51    Exhibit A
Pg 5 of 16

Purdue Pharma Post-Appeal Matter

Invoice No.: 394014
June 17, 2022
Page 2

| | |
|---|---:|
| **Fees** | **$3,320.00** |
| **Total Fees** | **$3,320.00** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$3,320.00** |

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

| | |
|---|---|
| The Committee of Participating States<br>c/o Office of the Attorney General, State of Connecticut<br>Attn: Matthew Fitzsimmons, Esq., AAG<br>165 Capitol Avenue<br>Hartford, CT 06106 | July 12, 2022<br>**Invoice #** 394666<br>**Matter #** 082754.0003 |

**Re:     Purdue Pharma Post-Appeal Matter**

For services rendered through June 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/22 | Goldman | Receipt/review of email from Matt Gold to Angela Libby re intercreditor issues and review of exchange of emails with Davis Polk transactional attorneys to re-focus existing issues on intercreditor agreement | 0.70 | 565.00 | 395.50 |
| 06/07/22 | Fay | Review Attorney Gold's proposed memo to Davis Polk regarding Inter-creditor Agreement open issues. | 0.40 | 495.00 | 198.00 |
| 06/07/22 | Goldman | Review Matt Gold draft email re intercreditor agreement and telephone conference with Matt Gold re same | 0.50 | 565.00 | 282.50 |
| 06/08/22 | Goldman | Telephone conference with Matt Gold re intercreditor and fee issues | 0.40 | 565.00 | 226.00 |
| 06/08/22 | Goldman | Review of latest draft of and emails re intercreditor agreement in preparation for 4 pm Teams meeting (2.0); confer with Geoff Fay re intercreditor issues (.2); Teams meeting with States group re status of intercreditor Agreement issues (.5) | 2.70 | 565.00 | 1525.50 |
| 06/08/22 | Fay | Telephone conference with Attorney Goldman to discuss open issues with respect to Inter-creditor Agreement; participate in conference call with client team to discuss foregoing issues. | 0.90 | 495.00 | 445.50 |
| 06/13/22 | Goldman | Allocated time to locate/review notice of fee application hearing and register for 6/15 Zoom hearing | 0.20 | 565.00 | 113.00 |
| 06/13/22 | Goldman | Review of draft of Matt Gold email to Angela Libby and draft proposed | 0.30 | 565.00 | 169.50 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | revisions | | | |
| 06/14/22 | Goldman | Allocate time for review and responding to Davis Polk email re proposed interim fee order for P&C first interim fee order | 0.20 | 565.00 | 113.00 |
| 06/15/22 | Goldman | Allocated time for attending hearing on first interim fee application | 0.60 | 565.00 | 339.00 |
| 06/24/22 | Goldman | Teams meeting with Matt Gold and Robert Berman re intercreditor and Davis Polk checklist issues | 1.00 | 565.00 | 565.00 |
| 06/27/22 | Goldman | Review collateral document checklist and confer with Geoff Fay in preparation for 4 pm Teams meeting (.4); participate in Teams meeting (.4) | 0.80 | 565.00 | 452.00 |
| 06/27/22 | Goldman | Review of emails/notes in preparation for 4 pm call | 0.50 | 565.00 | 282.50 |
| 06/27/22 | Fay | Preliminary review of collateral document checklist; conference with Attorney Goldman regarding opinions needed as to lien perfection; conference call with committee of participating states to discuss SOAF structure and inter-creditor agreement issues. | 1.50 | 495.00 | 742.50 |
| | | **Fees** | | | **$5,849.50** |

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 2.80 | 495.00 | 1,386.00 |
| Irve J. Goldman | Partner | 7.90 | 565.00 | 4,463.50 |
| **Fees** | | | | **$5,849.50** |
| **Total Fees** | | | | **$5,849.50** |
| **Total Disbursements** | | | | **$0.00** |
| **Total Due This Invoice** | | | | **$5,849.50** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

| | |
|---|---|
| The Committee of Participating States<br>c/o Office of the Attorney General, State of Connecticut<br>Attn: Matthew Fitzsimmons, Esq., AAG<br>165 Capitol Avenue<br>Hartford, CT 06106 | August 15, 2022<br>**Invoice #** 396350<br>**Matter #** 082754.0003 |

**Re:** Purdue Pharma Post-Appeal Matter

For services rendered through July 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/22 | Goldman | Review of SOAF Agreement in preparation for 3 pm Teams meeting and note comments/issues (.5); Teams meeting with Matt Gold and Bob Berman re issues/comments with first draft of SOAF Agreement in preparation for Teams meeting with States on 7/19 | 1.50 | 565.00 | 847.50 |
| 07/19/22 | Goldman | Review and outline pertinent provisions of Direct Settlement Agreement relating to actions/decisions of Nine/SOAF in preparation for 3 pm Teams meeting | 1.50 | 565.00 | 847.50 |
| 07/19/22 | Goldman | Review of revisions/comments to SOAF agreement from Matt Gold and provide revisions/comments (.8); Teams meeting with States re same (.7) | 1.50 | 565.00 | 847.50 |
| 07/20/22 | Goldman | Zoom meeting with Davis Polk attorneys, Matt Gold, Barney and Tim from CA re SOAF structure and other settlement implementation issues | 0.80 | 565.00 | 452.00 |
| 07/20/22 | Goldman | Teams meeting with Matt Gold, Bob Berman and Barney Eskandari re thoughts/approaches to SOAF and other issues discussed on earlier call with Davis Polk | 0.50 | 565.00 | 282.50 |
| 07/26/22 | Goldman | Review of reimbursement spreadsheet and Teams meeting with States re same | 0.20 | 565.00 | 113.00 |
| 07/26/22 | Goldman | Review notes of call with Davis Polk attorneys and Teams meeting with States to report on progress of | 0.50 | 565.00 | 282.50 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

19-23649-shl    Doc 5427-1    Filed 02/14/23    Entered 02/14/23 16:09:51    Exhibit A
Pg 9 of 16

Purdue Pharma Post-Appeal Matter

Invoice No.: 396350
August 15, 2022
Page 2

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | negotiations | | | |
| 07/28/22 | Goldman | Review of revised reimbursement spreadsheet; correct draft email prepared by Jeff Rupert for WA cost-share and draft and transmit email to States group re revised reimbursement calculations | 0.30 | 565.00 | 169.50 |
| 07/29/22 | Goldman | Review of May, June, July 2022 invoices for possible redaction and prepare Third Monthly Fee Statement | 1.50 | 565.00 | 847.50 |
| | | **Fees** | | | **$4,689.50** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 8.30 | 565.00 | 4,689.50 |
| | **Fees** | | | **$4,689.50** |

| | |
|---|---|
| **Total Fees** | **$4,689.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$4,689.50** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

| | |
|---|---|
| The Committee of Participating States | September 9, 2022 |
| c/o Office of the Attorney General, State of Connecticut | **Invoice #** 397397 |
| Attn: Matthew Fitzsimmons, Esq., AAG | **Matter #** 082754.0003 |
| 165 Capitol Avenue | |
| Hartford, CT 06106 | |

**Re:** Purdue Pharma Post-Appeal Matter

For services rendered through August 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/15/22 | Goldman | Review of revised SOAF Agreement with WA proposed revisions (.5); review of provisions of Direct Settlement Agreement and MDT Settlement Agreement that are referenced in SOAF Agreement and make further suggested revisions (2.5) | 3.00 | 565.00 | 1695.00 |
| 08/15/22 | Goldman | Telephone conference with Matt Gold re revisions to SOAF Agreement | 0.30 | 565.00 | 169.50 |
| 08/15/22 | Goldman | Attend Teams meeting of States re SOAF Agreement | 0.50 | 565.00 | 282.50 |
| 08/16/22 | Goldman | Telephone conference with Matt Gold re finalizing and transmitting SOAF Agreement (.2); register for 8/17 hearings and finalize clean version of SOAF Agreement for implementation of Direct Settlement Agreement | 0.50 | 565.00 | 282.50 |
| 08/17/22 | Goldman | Attend 8/17 hearings | 1.50 | 565.00 | 847.50 |
| 08/19/22 | Goldman | Review of clean and comparison draft of SOAF Agreement circulated by Matt Gold and draft and transmit responsive email | 0.30 | 565.00 | 169.50 |
| 08/22/22 | Fay | Review attorneys' e-mails regarding legal structure of SOAF | 0.40 | 495.00 | 198.00 |
| 08/25/22 | Goldman | Review of draft emails to send to Purdue re SOAF Agreement and chronology of emails re ICA comments and where we stand on documenting settlement and ancillary documents (1.0); prepare response draft email to | 1.20 | 565.00 | 678.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

19-23649-shl   Doc 5427-1   Filed 02/14/23   Entered 02/14/23 16:09:51   Exhibit A
Pg 11 of 16

Purdue Pharma Post-Appeal Matter

Invoice No.: 397397
September 9, 2022
Page 2

| Date | Professional | Hours | Rate | Amount |
|---|---|---|---|---|
| | send to Purdue (.2) | | | |
| | **Fees** | | | **$4,322.50** |

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 0.40 | 495.00 | 198.00 |
| Irve J. Goldman | Partner | 7.30 | 565.00 | 4,124.50 |
| | **Fees** | | | **$4,322.50** |

| | |
|---|---|
| **Total Fees** | **$4,322.50** |
| **Total Disbursements** | **$0.00** |
| **Total Due This Invoice** | **$4,322.50** |



>>Matter Note

October 19, 2022
**Invoice #** 398994
**Matter #** 082754.0003

>>End Matter Note
>>Printer:File
>>Matter User Defined Fields

**Re:    Purdue Pharma Post-Appeal Matter**

For services rendered through September 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/22 | Goldman | Review select provisions of Intercreditor Agreement which were subject to prior comments/revisions by Nine (1.2); Teams meeting with Matt Gold, Bob Berman, Tim Lungren and Barney Eskandari of CA re next steps in completing comments/suggested revisions to Intercreditor Agreement (.5) | 1.70 | 565.00 | 960.50 |
| 09/13/22 | Goldman | Detailed review of intercreditor agreement up to Article IX and note comments in preparation for meeting with counsel for WA and CA re getting collective comments to Purdue | 3.50 | 565.00 | 1977.50 |
| 09/19/22 | Goldman | Complete comprehensive review of Intercreditor Agreement and note comments (1.5); Teams meeting with state representatives from WA and CA re suggested changes (1.0) | 2.50 | 565.00 | 1412.50 |
| 09/19/22 | Fay | Review Inter-Creditor Agreement and my comments thereto from last March; Review Mathew Gold's issues memo; participate in conference call to discuss Inter-Creditor issues. | 3.40 | 495.00 | 1683.00 |

**Fees**                                                                                                                                                 **$6,033.50**

**Professional Summary**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 3.40 | 495.00 | 1,683.00 |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

19-23649-shl    Doc 5427-1    Filed 02/14/23    Entered 02/14/23 16:09:51    Exhibit A
Pg 13 of 16

Purdue Pharma Post-Appeal Matter

Invoice No.: 398994
October 19, 2022
Page 2

| **Professional** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 7.70 | 565.00 | 4,350.50 |
| | **Fees** | | | **$6,033.50** |
| | **Total Fees** | | | **$6,033.50** |
| | **Total Disbursements** | | | **$0.00** |
| | **Total Due This Invoice** | | | **$6,033.50** |

# PULLMAN & COMLEY
### ATTORNEYS AT LAW

The Committee of Participating States  
c/o Office of the Attorney General, State of Connecticut  
Attn: Matthew Fitzsimmons, Esq., AAG  
165 Capitol Avenue  
Hartford, CT 06106

December 22, 2022  
**Invoice #** 402037  
**Matter #** 082754.0003

**Re:    Purdue Pharma Post-Appeal Matter**

For services rendered through November 30, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/22 | Goldman | Review of marked version of intercreditor agreement with changes from original draft in preparation for meeting with state representatives on 11/18 | 5.00 | 565.00 | 2825.00 |
| 11/18/22 | Goldman | Teams meeting with Matt Gold and Tim Lungren for CA and others re marked comments to Intercreditor Agreement (2.0); make marked changes to agreement (1.0) | 3.00 | 565.00 | 1695.00 |
| 11/18/22 | Fay | Prepare for and participate in conference call to discuss Inter creditor issues. | 2.00 | 495.00 | 990.00 |
| | | **Fees** | | | **$5,510.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Geoffrey F. Fay | Partner | 2.00 | 495.00 | 990.00 |
| Irve J. Goldman | Partner | 8.00 | 565.00 | 4,520.00 |
| | **Fees** | | | **$5,510.00** |

**Total Fees** $5,510.00  
**Total Disbursements** $0.00

**Total Due This Invoice** $5,510.00

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

# PULLMAN & COMLEY
## ATTORNEYS AT LAW

The Committee of Participating States  
c/o Office of the Attorney General, State of Connecticut  
Attn: Matthew Fitzsimmons, Esq., AAG  
165 Capitol Avenue  
Hartford, CT 06106

January 5, 2023  
**Invoice #** 402290  
**Matter #** 082754.0003

**Re:**   **Purdue Pharma Post-Appeal Matter**

For services rendered through December 31, 2022

| Date | Professional | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/22 | Goldman | Review of revised draft of intercreditor agreement with Kleinberg Kaplan revisions/comments in preparation for 12/12 meeting with States | 3.00 | 565.00 | 1695.00 |
| 12/12/22 | Goldman | Complete review of Kleinberg Kaplan revised version of Intercreditor Agreement in preparation for meeting with the State (.8); Zoom meeting with State Attorney Generals to go over revisions to Intercreditor Agreement (1.0) | 1.80 | 565.00 | 1017.00 |
| 12/21/22 | Goldman | Review of invoices for 4th monthly fee statement for possible privileged communications which should be redacted (.4); prepare 4th monthly fee statement (.8) | 1.20 | 565.00 | 678.00 |
| | | **Fees** | | | **$3,390.00** |

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irve J. Goldman | Partner | 6.00 | 565.00 | 3,390.00 |
| | **Fees** | | | **$3,390.00** |
| | **Total Fees** | | | **$3,390.00** |
| | **Total Disbursements** | | | **$0.00** |

Connecticut law requires us to advise you that this communication is an attempt to collect a debt.

pullcom.com    Bridgeport    Hartford    Springfield    Stamford    Waterbury    Westport    White Plains

19-23649-shl Doc 5427-1 Filed 02/14/23 Entered 02/14/23 16:09:51 Exhibit A
Pg 16 of 16

Purdue Pharma Post-Appeal Matter

Invoice No.: 402290
January 5, 2023
Page 2

| | |
|---|---:|
| **Total Due This Invoice** | **$3,390.00** |