# EXHIBIT B

**Timekeeper Summary as Attorneys for**
**The States of CT, DE, RI, VT, OR and DC – Matter 82754.3**

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Irve J. Goldman, Partner | $565 | 52.4 | $29,606.00 |
| Geoffrey Fay, Partner | $495 | 13.4 | $6,633.00 |
| Jonathan Kaplan, Partner | $425 | 10.5 | $4,462.50 |
| Total Hours | | 76.3 | |
| Total | | | $40,701.50 |