**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 19-23649 (RDD) <br> ) <br> ) (Jointly Administered) <br> ) |
| **PURDUE PHARMA, L.P.,** *et al.*, | |
| **Debtors.** | |

**ORDER APPROVING SECOND INTERIM**
**APPLICATIONOF PULLMAN & COMLEY, LLC,**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AS COUNSEL TO THE STATES OF CT, DE,**
**RI, VT, OR AND DC, FOR THE PERIOD FROM**
**MARCH 7, 2022 THROUGH DECEMBER 31, 2022**

Upon the *Second Interim Fee Application Of Pullman & Comley, LLP for Allowance of Compensation for Services Rendered As Counsel to the States of CT, DE, RI, VT, OR and DC, for the Period From March 7, 2022 through December 31, 2022* (the "Application") [ECF No. ___] by Pullman & Comley, LLP (the "Applicant"), as counsel to the States of Connecticut, Delaware, Rhode Island, Vermont, Oregon and the District of Columbia (collectively, the "States")., in the jointly administered chapter 11 cases of Purdue Pharma, L.P. and its affiliates (the "Debtors"), and in accordance with this Court's Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet [ECF No. 4503], and there being due and sufficient notice of the relief requested and there being no objection, it is therefore

**ORDERED**, that the Application is hereby GRANTED, and the Applicant is awarded for the period from March 7, 2022 through December 31, 2022, interim compensation in the amount of $40,701.50.50 (the "Allowed Fees"); and it is further

-2-

**ORDERED**, that the Debtors are authorized to pay any amounts allowed hereby that have not been paid pursuant to the Third and Fourth Monthly Fee Statements filed by Applicant [ECF Nos. 4989 and 5328]; and it is further

**ORDERED**, that such awards of the Allowed Fees are hereby awarded on an interim basis pursuant to 11 U.S.C. § 331.