**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

**TENTH INTERIM FEE APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Name of Client: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Period for which Compensation and Expense Reimbursement Are Sought in this Application: | September 1, 2022 through December 31, 2022 |
| Petition Date: | September 16, 2019 |
| Retention Date: | December 2, 2019, *nunc pro tunc* to September 19, 2019 |
| Total Amount of Compensation and Expense Reimbursement Sought to be Allowed in this Application: | $156,629.50 |
| Total Amount of Compensation Sought to be Allowed in this Application: | $156,621.50 |
| Total Amount of Expense Reimbursement Sought to be Allowed in this Application: | $8.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| | |
|---|---|
| Total Amount of Compensation and Expense Reimbursement Previously Allowed Pursuant to the Interim Compensation Order: | $91,561.20 |
| Compensation Sought in this Application and Already Paid Pursuant to the Interim Compensation Order: | $42,575.20 |
| Expenses Sought in this Application and Already Paid Pursuant to the Interim Compensation Order: | $8.00 |
| Blended Hourly Rate of Included Professionals: | $985.66 |
| Number of Professionals Included in This Application: | 5 |

This is a: _____ monthly __X__ interim _____ final application

FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, ("**FTI**") financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Committee**") of Purdue Pharma L.P., et al. (the "**Debtors**"), hereby makes its Tenth Interim Fee Application for Compensation Earned and Expenses Incurred for the Period from September 1, 2022 through December 31, 2022 (this "**Application**") and respectfully represents as follows:

**Introduction**

1.  FTI provided services to the Committee in accordance with the instructions and directions of the Committee. FTI is compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI.

2.  By this Application, FTI seeks allowance of (i) compensation for actual and necessary professional services rendered by FTI as financial advisor to the Committee for the period from September 1, 2022 through December 31, 2022 (the "**Compensation Period**") in the

2

amount of $156,621.50 and (ii) reimbursement for expenses incurred in the Compensation Period in the amount of $8.00, for a total of $156,629.50 for the Compensation Period.

3. The statutory bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**"). This Application has been prepared in accordance with General Order M-447, the Amended Guidelines for Fees and *Disbursements for Professionals in the Southern District of New York* (June 17, 2013) promulgated pursuant to Local Bankruptcy Rule 2016-1(a) (the "**Local Guidelines**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**").

4. This Application summarizes the services rendered by FTI on behalf of the Committee during the Compensation Period. While it is not possible or practical to describe each and every activity undertaken by FTI, FTI has maintained contemporaneous time records which include a detailed chronology of the daily services rendered, describing the precise nature of the work, the specific tasks performed, and the time expended by each professional. A breakdown of the hours and fees by professional is annexed hereto as **Exhibit A**. A breakdown of the hours and fees by task code is annexed hereto as **Exhibit B**. A detailed copy of the time records for the Compensation Period is annexed hereto as **Exhibit C**.

3

5.  FTI has incurred out-of-pocket disbursements during the Compensation Period broken down into categories of charges itemized in **Exhibit D**. A detailed breakdown of these charges is annexed hereto as **Exhibit E**. Each charge incurred by FTI was necessary and reasonable and was incurred as a direct result of FTI's representation of the Committee.

6.  In accordance with the Interim Compensation Order, FTI has requested payment for 80% of the fees for actual and necessary services incurred during the Compensation Period in the amount of $125,297.20 and for 100% of the expenses incurred during the Compensation Period in the amount of $8.00 for a total amount of $125,305.20. FTI submitted monthly fee statements during the Compensation Period, summarized as follows:

| Docket No./Filed | Compensation Period | Fees and Expenses Incurred | | | Monthly Amounts Previously Requested | Payments Received as of the Date of this Application | Total Fees and Expenses Owed |
|---|---|---|---|---|---|---|---|
| | | Fees (100%) | Fees (80%) | Expenses (100%) | Fees (80%) + Expenses (100%) | | |
| Docket No. 5240 Filed on 11/15/2022 | September 1, 2022 - September 30, 2022 | $ 53,219.00 | $ 42,575.20 | $ 8.00 | $ 42,583.20 | $ 42,583.20 | $ 10,643.80 |
| Docket No. 5341 Filed on 1/13/2023 | October 1, 2022 - October 31, 2022 | 30,107.50 | 24,086.00 | - | 24,086.00 | - | 30,107.50 |
| Docket No. 5342 Filed on 1/13/2023 | November 1, 2022 - November 30, 2022 | 31,105.00 | 24,884.00 | - | 24,884.00 | - | 31,105.00 |
| Docket No. 5393 Filed on 2/1/2023 | December 1, 2022 - December 31, 2022 | 42,190.00 | 33,752.00 | - | 33,752.00 | - | 42,190.00 |
| Total | | $ 156,621.50 | $ 125,297.20 | $ 8.00 | $ 125,305.20 | $ 42,583.20 | $ 114,046.30 |

7.  As of the date of this Application, FTI is owed $114,046.30 for professional fees and $0.00 for actual and necessary expenses for a total of $114,046.30.

## Jurisdiction

8.  The Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

## Background

9.  On September 16, 2019 (the "**Petition Date**"), the Debtors each filed with the United States Bankruptcy Court for the Southern District of New York (this "**Court**") their

voluntary petitions for relief under chapter 11 of the Bankruptcy Code. For the bankruptcy process, the Debtors selected Davis Polk & Wardwell as counsel ("**Davis Polk**") and AlixPartners LLP as financial advisor ("**Alix**").

10. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

11. On September 18, 2019, the Court entered an order [Docket No. 59] authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b). No examiner has been appointed in the chapter 11 cases pursuant to section 1104 of the Bankruptcy Code.

12. On November 21, 2019, the Court entered its Interim Compensation Order [Docket No. 529] establishing the procedures for interim compensation and reimbursement of expenses incurred by professionals retained by the Debtors pursuant to sections 327 or 1103 of the Bankruptcy Code ("**Retained Professionals**").

13. On December 2, 2019, the Court entered the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Retention Order**").

14. During the Compensation Period, FTI has represented the Committee, in connection with these chapter 11 cases, including with respect to, among other things, the Debtors' domestic and international business plans, employee compensation plans, and historical cash transfers. The fees earned and the expenses incurred by FTI in connection with these activities are the subject of this Application and are described in more detail below and the exhibits hereto.

5

**Terms and Conditions of Employment**

15.     FTI is compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI. For further information regarding the terms and conditions of FTI's retention, please see the Retention Order. The Committee has been given the opportunity to review and approve this Application.

**Summary of FTI's Services Rendered**

16.     During the Compensation Period, FTI provided extensive financial services to the Committee. The primary services rendered by FTI include, but are not limited to, the categories set forth below (each a "**Task Code**") which were billed pursuant to the requirements of Section C(8)(c) of the U.S. Trustee Guidelines:

   a. **Task Code 1: Current Operating Results & Events (38.9 Hours):** During the Compensation Period, time detail under this task code related to FTI's work evaluating the Debtors' monthly operating reports, results, and current events. FTI prepared analyses comparing the Debtors' YTD performance relative to their business plans and prepared presentations to share findings and update the Committee.

   b. **Task Code 7: Analysis of Domestic Business Plan (78.3 Hours):** During the Compensation Period, time detail under this task code relates to FTI's work evaluating the Debtors' revised go-forward business plan and the cost projections within the business plan forecast. FTI participated on calls with the Debtors' advisors to discuss the business plan forecast and various operating updates that could impact the business plan. FTI prepared various analyses and presentations to the Committee regarding (i) the Debtors' Public Health

Initiatives, (ii) ongoing patent litigation and the potential impact to business plan forecasts, and (iii) Avrio operating updates.

## Basis for Relief Requested

17. Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code that govern the Court's award of such compensation. See 11 U.S.C. § 331. Section 330 provides that the Court may award a professional employed under section 327 "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330(a)(3) also outlines specific criteria that the Court shall consider in determining the amount of reasonable compensation, including:

   a. the time spent on such services;

   b. the rates charged for such services;

   c. whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

   d. whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

   e. with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

   f. whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

 18. All of the services for which FTI seeks compensation were necessary for, beneficial to, and in the best interests of the Committee. FTI's fees are reasonable given the size and complexity of the Debtors' cases.

 19. All of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee. FTI respectfully submits that the professional services rendered were necessary, appropriate, and have contributed to the effective administration of the Debtors' chapter 11 cases and maximization of value. It is respectfully submitted that the services rendered to the Committee were performed efficiently, effectively, and economically, and the results have benefitted the Committee.

 20. The hourly rates that FTI has charged are consistent with the market rate for comparable services. The hourly rates and fees charged by FTI are the same as those generally charged to, and paid by, FTI's other clients. FTI regularly reviews its hourly rates on an annual basis and, accordingly, the rates included in this Application reflect an ordinary course hourly rate increase.

 21. Whenever possible, FTI sought to minimize the costs of its services to the Committee by utilizing talented junior professionals to handle more routine aspects of case administration. A small group of the same FTI professionals was utilized for the vast majority of the work in these cases to minimize the costs of intra-FTI communication and education about the Debtors' circumstances.

8

22. FTI believes that the expenses incurred are reasonable and economical relative to the services required by the Committee and were incurred as a direct result of FTI's representation of the Committee. These expenses are the type customarily charged to non-bankruptcy clients of FTI. None of the expenses relate to non-reimbursable overhead. FTI has adhered to allowable rates for expenses as fixed by 2016-1 of the Local Rules for the United States Bankruptcy Court of the Southern District of New York.

23. In accordance with the factors enumerated in section 331 of the Bankruptcy Code, the amounts requested herein are fair and reasonable given (i) the complexity of the cases, (ii) the time expanded, (iii) the nature and extent of services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under the Bankruptcy Code.

24. FTI submits that pursuant to the criteria normally examined in bankruptcy cases and based upon the factors considered in accordance with sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, the results achieved provide more than sufficient justification for approval of compensation sought by FTI.

WHEREFORE, FTI respectfully requests that the Court enter an order:

a. Granting this Application;

b. Awarding FTI, on an interim basis, compensation for professional services rendered during the Compensation Period in the amount of $156,621.50 and reimbursement of actual, reasonable and necessary expenses incurred by FTI during the Compensation Period in the amount of $8.00;

Dated: New York, New York
February 14, 2022

                FTI CONSULTING, INC.
                Financial Advisors to the Ad Hoc Committee of
                Governmental and Other Contingent Litigation
                Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Professional | Position | Specialty | Blended Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,287 | 50.7 | $ 65,227.50 |
| Shafer, Patterson | Managing Director | Healthcare | 675 | 3.7 | 2,497.50 |
| Bromberg, Brian | Senior Director | Restructuring | 932 | 59.5 | 55,428.50 |
| Suric, Emil | Senior Director | Healthcare Valuation | 907 | 2.5 | 2,267.50 |
| Kurtz, Emma | Senior Consultant | Restructuring | 734 | 42.5 | 31,200.50 |
| **Grand Total** | | | | **158.9** | **$ 156,621.50** |

1. Blended billing rates are presented and reflect ordinary course rate increases.

**EXHIBIT B**

**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 38.9 | $ 37,646.00 |
| 2 | Cash & Liquidity Analysis | 3.9 | 5,005.00 |
| 6 | Asset Sales | 3.8 | 3,630.00 |
| 7 | Analysis of Domestic Business Plan | 78.3 | 77,565.00 |
| 11 | Prepare for and Attend Court Hearings | 1.1 | 1,282.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 7.1 | 6,602.50 |
| 18 | Review of Historical Transactions | 3.8 | 3,816.00 |
| 19 | Case Management | 0.6 | 795.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 4.2 | 5,005.00 |
| 24 | Preparation of Fee Application | 14.3 | 12,507.50 |
| 28 | Review of IAC Business Plan | 2.9 | 2,767.00 |
| | **GRAND TOTAL** | **158.9** | **$ 156,621.50** |

EXHIBIT C
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 9/1/2022 | Diaz, Matthew | 1.1 | Review Debtors' updated reporting analysis re: sales and cash. |
| 1 | 9/1/2022 | Diaz, Matthew | 0.5 | Review Debtors' Avrio analysis. |
| 1 | 9/1/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/7/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/8/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/13/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/14/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/15/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/19/2022 | Diaz, Matthew | 0.3 | Review updated injunction order. |
| 1 | 9/19/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/20/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/21/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/22/2022 | Diaz, Matthew | 0.7 | Review latest monthly operating report to evaluate performance. |
| 1 | 9/22/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/23/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/27/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/28/2022 | Diaz, Matthew | 1.1 | Review Debtors' latest reporting re: sales and cash. |
| 1 | 9/29/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/30/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/3/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/6/2022 | Diaz, Matthew | 0.6 | Review PI and voluntary injunction materials. |
| 1 | 10/7/2022 | Diaz, Matthew | 0.8 | Review Debtors' current operating results. |
| 1 | 10/7/2022 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/13/2022 | Diaz, Matthew | 0.8 | Review Debtors' latest operating results. |
| 1 | 10/13/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/14/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/17/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: Debtors' reporting to share with team. |
| 1 | 10/17/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/18/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/19/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/20/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/21/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |

EXHIBIT C
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/24/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents re: sales and cash flow reporting to share with team. |
| 1 | 10/25/2022 | Diaz, Matthew | 0.9 | Review Debtors' latest MOR. |
| 1 | 10/25/2022 | Diaz, Matthew | 0.3 | Review hearing summary re: case updates. |
| 1 | 10/25/2022 | Diaz, Matthew | 0.9 | Review Debtors' updated cash reporting. |
| 1 | 10/25/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/26/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/27/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/28/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/31/2022 | Diaz, Matthew | 0.8 | Review Debtors' updated sales reporting re: Purdue and Rhodes. |
| 1 | 10/31/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 10/31/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/1/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/3/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/4/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/7/2022 | Diaz, Matthew | 1.4 | Review August operating report to evaluate financial performance. |
| 1 | 11/7/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/8/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/10/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/11/2022 | Bromberg, Brian | 0.9 | Review monthly reporting report summary to provide comments. |
| 1 | 11/11/2022 | Diaz, Matthew | 1.5 | Review operating report presentation to the Committee. |
| 1 | 11/11/2022 | Kurtz, Emma | 2.4 | Prepare monthly operating report update for August. |
| 1 | 11/11/2022 | Kurtz, Emma | 0.7 | Prepare revisions to operating report update per comments from internal team. |
| 1 | 11/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/15/2022 | Bromberg, Brian | 1.1 | Edit monthly operating report summary. |
| 1 | 11/15/2022 | Diaz, Matthew | 0.8 | Review updated analysis of the Debtors' August operating report. |
| 1 | 11/16/2022 | Bromberg, Brian | 1.1 | Finalize monthly operating report summary to incorporate updates from call. |
| 1 | 11/16/2022 | Diaz, Matthew | 0.6 | Review updated draft financial report. |
| 1 | 11/16/2022 | Diaz, Matthew | 0.7 | Review Monitor's report. |
| 1 | 11/21/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/23/2022 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/28/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/5/2022 | Diaz, Matthew | 1.3 | Review September operating report. |
| 1 | 12/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/5/2022 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 12/13/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/19/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **38.9** | |
| 2 | 9/9/2022 | Diaz, Matthew | 0.6 | Review Debtors' latest cash flow reporting. |
| 2 | 9/13/2022 | Diaz, Matthew | 0.7 | Review Debtors' updated cash flow analysis. |
| 2 | 11/7/2022 | Diaz, Matthew | 0.6 | Review updated cash flow variance analysis. |
| 2 | 11/11/2022 | Diaz, Matthew | 0.5 | Review Debtors latest cash flow projections. |
| 2 | 12/5/2022 | Diaz, Matthew | 0.7 | Review latest budget to actual cash analysis. |

EXHIBIT C
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 12/20/2022 | Diaz, Matthew | 0.8 | Review Debtors' updated cash reporting. |
| **2 Total** | | | **3.9** | |
| 6 | 9/22/2022 | Bromberg, Brian | 1.4 | Review de minimis asset procedures. |
| 6 | 9/23/2022 | Bromberg, Brian | 0.6 | Prepare comments on de minimis asset sale procedures. |
| 6 | 9/23/2022 | Diaz, Matthew | 0.8 | Review proposed de minimis asset sale procedures. |
| 6 | 9/30/2022 | Bromberg, Brian | 1.0 | Review and send comments on asset sale procedures to Debtors. |
| **6 Total** | | | **3.8** | |
| 7 | 9/7/2022 | Bromberg, Brian | 1.3 | Review and investigate ANDA issues. |
| 7 | 9/7/2022 | Suric, Emil | 0.8 | Research Accord ANDA filing and potential for earlier than anticipated LOE. |
| 7 | 9/9/2022 | Diaz, Matthew | 1.1 | Review Debtors' updated business plan. |
| 7 | 9/12/2022 | Bromberg, Brian | 0.9 | Continue to evaluate potential ANDA issues. |
| 7 | 9/13/2022 | Bromberg, Brian | 1.1 | Review Debtors' latest business plan. |
| 7 | 9/13/2022 | Bromberg, Brian | 0.7 | Evaluate potential impact of ANDA issues on latest business plan. |
| 7 | 9/13/2022 | Bromberg, Brian | 0.3 | Review materials to prepare for call with Debtors' advisors re: ANDA issues. |
| 7 | 9/13/2022 | Bromberg, Brian | 1.6 | Review generics business plan to evaluate impact of ANDA issues. |
| 7 | 9/13/2022 | Bromberg, Brian | 0.7 | Discuss ANDA issues with Debtors and their advisors. |
| 7 | 9/13/2022 | Kurtz, Emma | 0.7 | Attend call with the Company and their advisors re: Accord update. |
| 7 | 9/13/2022 | Suric, Emil | 0.7 | Attend call with Debtors and advisors to discuss Accord patent challenge. |
| 7 | 9/14/2022 | Bromberg, Brian | 0.5 | Attend call with internal team re: ANDA issues. |
| 7 | 9/14/2022 | Bromberg, Brian | 0.6 | Prepare summary of ANDA issues. |
| 7 | 9/14/2022 | Bromberg, Brian | 0.4 | Finalize and send update on ANDA issues. |
| 7 | 9/14/2022 | Bromberg, Brian | 0.5 | Discuss ANDA issues with counsel. |
| 7 | 9/14/2022 | Diaz, Matthew | 0.8 | Review Oxycontin patent status. |
| 7 | 9/14/2022 | Diaz, Matthew | 0.7 | Review Debtors' updated business plan. |
| 7 | 9/14/2022 | Kurtz, Emma | 0.5 | Attend call with internal team to discuss business plan and patent litigation update. |
| 7 | 9/14/2022 | Suric, Emil | 0.5 | Attend call with counsel to discuss Accord patent challenge. |
| 7 | 9/15/2022 | Bromberg, Brian | 1.4 | Review business plan projections and potential impact of ANDA. |
| 7 | 9/15/2022 | Bromberg, Brian | 0.5 | Attend call with HL and BR to discuss ANDA issues. |
| 7 | 9/15/2022 | Bromberg, Brian | 0.6 | Review prior OxyContin forecasts. |
| 7 | 9/15/2022 | Bromberg, Brian | 0.5 | Prepare updated summary re: ANDA issues for working group. |
| 7 | 9/15/2022 | Diaz, Matthew | 0.5 | Participate in call with BR and Houlihan to discuss the Oxycontin patents. |
| 7 | 9/15/2022 | Diaz, Matthew | 0.4 | Draft correspondence to counsel re: Oxycontin patents. |
| 7 | 9/15/2022 | Kurtz, Emma | 0.5 | Attend call with Houlihan and Brown Rudnick to discuss patents. |
| 7 | 9/16/2022 | Diaz, Matthew | 0.9 | Prepare updates to summary for the Committee re: ANDA issues. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.4 | Review FDA inspection and 483 response letter. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.8 | Review ANDA summary for Committee to prepare updates. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.3 | Finalize and send draft ANDA summary to the working group in advance of call. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.4 | Review potential FDA inspection issues. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.6 | Review latest business plan. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.6 | Review business plan cash flow forecast. |
| 7 | 9/20/2022 | Bromberg, Brian | 0.6 | Discuss ANDA issues with working group. |
| 7 | 9/20/2022 | Diaz, Matthew | 0.8 | Review Purdue patent considerations. |
| 7 | 9/21/2022 | Bromberg, Brian | 0.9 | Finalize and send ANDA summary to AHC. |
| 7 | 9/21/2022 | Diaz, Matthew | 0.6 | Draft correspondence to Committee on certain issues in lieu of meeting. |
| 7 | 9/22/2022 | Bromberg, Brian | 0.2 | Coordinate call for FDA inspection issues. |
| 7 | 9/23/2022 | Bromberg, Brian | 1.0 | Attend call with team re: FDA inspection. |
| 7 | 9/23/2022 | Bromberg, Brian | 0.9 | Prepare summary of FDA inspection issues. |
| 7 | 9/23/2022 | Shafer, Patterson | 1.0 | Attend call with team to discuss FDA inspection and 483 response letter. |
| 7 | 9/23/2022 | Shafer, Patterson | 0.5 | Prepare analysis of 483 response letter and share with team. |
| 7 | 9/26/2022 | Bromberg, Brian | 0.7 | Draft AHC update on FDA issues. |
| 7 | 9/26/2022 | Bromberg, Brian | 1.0 | Edit FDA update based on comments from team. |
| 7 | 9/26/2022 | Bromberg, Brian | 0.7 | Provide further comments to Debtors on asset sale procedures. |
| 7 | 9/27/2022 | Bromberg, Brian | 0.5 | Finalize and send update on FDA inspection. |
| 7 | 9/30/2022 | Bromberg, Brian | 0.4 | Review Wilson business plan data. |
| 7 | 9/30/2022 | Bromberg, Brian | 0.5 | Review business plan backup information. |
| 7 | 9/30/2022 | Diaz, Matthew | 1.5 | Review updated business plan materials to evaluate changes. |
| 7 | 10/3/2022 | Bromberg, Brian | 0.3 | Review and send comments on asset sale procedures to Debtors. |
| 7 | 10/4/2022 | Diaz, Matthew | 0.6 | Review patent analysis. |
| 7 | 10/5/2022 | Shafer, Patterson | 2.2 | Review form 483 and Debtors response letter. |
| 7 | 10/6/2022 | Diaz, Matthew | 1.1 | Review Debtors' updated business plan information. |
| 7 | 10/6/2022 | Suric, Emil | 0.5 | Review Accord IPD analytics data. |
| 7 | 10/14/2022 | Diaz, Matthew | 0.6 | Review update re: Purdue's patents. |

EXHIBIT C
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 11/1/2022 | Bromberg, Brian | 0.7 | Prepare for financial advisors call with the Debtors' advisors re: operations updates. |
| 7 | 11/1/2022 | Bromberg, Brian | 0.9 | Prepare summary for counsel re: operations updates. |
| 7 | 11/9/2022 | Bromberg, Brian | 0.2 | Review marketing status for assets. |
| 7 | 11/15/2022 | Bromberg, Brian | 0.7 | Prepare for bi-weekly update call with the Debtors' advisors re: operations. |
| 7 | 11/15/2022 | Bromberg, Brian | 0.7 | Prepare operations summary for counsel. |
| 7 | 11/22/2022 | Bromberg, Brian | 0.2 | Review Avrio operating data. |
| 7 | 11/26/2022 | Bromberg, Brian | 0.9 | Review cash distributions analysis. |
| 7 | 11/29/2022 | Bromberg, Brian | 0.4 | Prepare for bi-weekly call with Debtors' advisors re: operations. |
| 7 | 11/29/2022 | Bromberg, Brian | 0.3 | Prepare summary of update call for team. |
| 7 | 11/30/2022 | Diaz, Matthew | 0.9 | Review Avrio materials provided by the Debtor. |
| 7 | 11/30/2022 | Diaz, Matthew | 0.5 | Participate in call with Houlihan re: operations update from the Debtors. |
| 7 | 12/1/2022 | Diaz, Matthew | 0.6 | Prepare for call with the Debtors re: strategic alternatives. |
| 7 | 12/2/2022 | Bromberg, Brian | 0.7 | Participate in update call with the Debtors' advisors re: Avrio. |
| 7 | 12/2/2022 | Bromberg, Brian | 0.6 | Prepare summary for clients of FA update call. |
| 7 | 12/5/2022 | Bromberg, Brian | 0.5 | Draft revised update for counsel on Avrio. |
| 7 | 12/5/2022 | Bromberg, Brian | 0.7 | Coordinate PHI update meeting for AHC. |
| 7 | 12/12/2022 | Bromberg, Brian | 1.3 | Review prior PHI update documents provided by the Debtors. |
| 7 | 12/12/2022 | Bromberg, Brian | 0.6 | Evaluate PHI budget under the plan. |
| 7 | 12/12/2022 | Diaz, Matthew | 1.0 | Participate in a call with the Debtors to discuss the PHI updates. |
| 7 | 12/12/2022 | Diaz, Matthew | 1.3 | Review materials to prepare for call on the PHI status. |
| 7 | 12/12/2022 | Diaz, Matthew | 1.6 | Provide comments to team re: update presentation on PHI for the working group. |
| 7 | 12/12/2022 | Kurtz, Emma | 1.0 | Attend call with the Company and their advisors re: PHI. |
| 7 | 12/12/2022 | Kurtz, Emma | 0.9 | Prepare revisions to PHI update presentation per comments from team. |
| 7 | 12/12/2022 | Kurtz, Emma | 2.4 | Prepare draft presentation re: PHI updates. |
| 7 | 12/13/2022 | Bromberg, Brian | 0.5 | Discuss Avrio update with Debtors. |
| 7 | 12/13/2022 | Bromberg, Brian | 0.5 | Review prior business plan projections re: Avrio. |
| 7 | 12/13/2022 | Diaz, Matthew | 0.8 | Attend call with working group to discuss PHI updates from the Debtors. |
| 7 | 12/13/2022 | Diaz, Matthew | 0.7 | Review Avrio analysis to provide comments to team. |
| 7 | 12/13/2022 | Diaz, Matthew | 0.6 | Participate in call case professionals to discuss company status. |
| 7 | 12/13/2022 | Kurtz, Emma | 0.8 | Attend call with working group to discuss PHI update. |
| 7 | 12/14/2022 | Bromberg, Brian | 2.1 | Review Avrio materials provided by Debtors. |
| 7 | 12/14/2022 | Bromberg, Brian | 0.7 | Draft questions list for the Debtors re: Avrio. |
| 7 | 12/14/2022 | Bromberg, Brian | 0.5 | Continue to review Avrio materials provided by Debtors. |
| 7 | 12/14/2022 | Diaz, Matthew | 2.3 | Conduct detailed review of the updated Avrio business plan. |
| 7 | 12/14/2022 | Kurtz, Emma | 1.7 | Review Avrio model and materials to draft observations and questions. |
| 7 | 12/15/2022 | Bromberg, Brian | 0.4 | Coordinate Avrio questions with Houlihan. |
| 7 | 12/15/2022 | Bromberg, Brian | 0.7 | Participate in call re: Avrio with Debtors advisors. |
| 7 | 12/15/2022 | Bromberg, Brian | 0.9 | Prepare summary of Avrio call for team. |
| 7 | 12/15/2022 | Diaz, Matthew | 0.9 | Review questions and related open items on the new business plan. |
| 7 | 12/15/2022 | Diaz, Matthew | 0.7 | Review updated Avrio analysis. |
| 7 | 12/15/2022 | Kurtz, Emma | 0.7 | Attend call with the Debtors' advisors re: Avrio. |
| 7 | 12/16/2022 | Bromberg, Brian | 0.8 | Review Avrio materials provided by the Debtors. |
| 7 | 12/27/2022 | Bromberg, Brian | 0.9 | Discuss R&D call with Debtors and team. |
| 7 | 12/29/2022 | Bromberg, Brian | 1.6 | Review Avrio presentation from the Debtors |
| **7 Total** | | | **78.3** | |
| 11 | 11/16/2022 | Bromberg, Brian | 0.5 | Participate in hearing re: fees. |
| 11 | 11/16/2022 | Diaz, Matthew | 0.6 | Attend (partial) the court hearing re fee applications and other topics. |
| **11 Total** | | | **1.1** | |
| 16 | 9/13/2022 | Diaz, Matthew | 0.5 | Participate in bi-weekly call with the Debtors' advisors to discuss current Company developments. |
| 16 | 9/13/2022 | Kurtz, Emma | 0.3 | Attend bi-weekly professionals call to discuss case status and emergence prep. |
| 16 | 9/27/2022 | Bromberg, Brian | 0.6 | Participate in call with Debtors' advisors re: case updates, including the business plan. |
| 16 | 9/27/2022 | Kurtz, Emma | 0.4 | Attend biweekly professionals call to discuss case updates and emergence preparation. |
| 16 | 10/3/2022 | Bromberg, Brian | 1.2 | Review prior summary of Sackler net assets. |
| 16 | 10/5/2022 | Bromberg, Brian | 0.8 | Review form 483. |
| 16 | 10/6/2022 | Bromberg, Brian | 0.3 | Review Purdue claims presentation. |
| 16 | 10/6/2022 | Bromberg, Brian | 0.4 | Review IPD analytics report. |
| 16 | 10/7/2022 | Bromberg, Brian | 0.3 | Review de minimis asset sale procedures. |
| 16 | 10/10/2022 | Bromberg, Brian | 0.4 | Review latest asset sale motion. |
| 16 | 10/25/2022 | Bromberg, Brian | 0.6 | Review analysis of Sackler net asset reports. |
| 16 | 10/25/2022 | Kurtz, Emma | 0.7 | Review net asset reports to evaluate update requests. |
| 16 | 11/8/2022 | Bromberg, Brian | 0.2 | Review Sackler asset reports. |

EXHIBIT C
**PURDUE PHARMA L.P., et al. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 12/16/2022 | Bromberg, Brian | 0.4 | Review Purdue de minimis sales. |
| **16 Total** | | | **7.1** | |
| 18 | 9/2/2022 | Diaz, Matthew | 0.8 | Review of Purdue case summaries. |
| 18 | 9/26/2022 | Bromberg, Brian | 0.4 | Review Sackler responses on net asset reports. |
| 18 | 9/27/2022 | Bromberg, Brian | 1.1 | Review Sackler net asset reports to evaluate information request. |
| 18 | 9/27/2022 | Bromberg, Brian | 0.6 | Draft suggested response re: updated net asset reports. |
| 18 | 9/27/2022 | Diaz, Matthew | 0.6 | Review of the Sackler information request and related reporting. |
| 18 | 9/29/2022 | Bromberg, Brian | 0.3 | Prepare updates to suggested response for net asset reports. |
| **18 Total** | | | **3.8** | |
| 19 | 11/8/2022 | Diaz, Matthew | 0.6 | Review of case open issues and related items. |
| **19 Total** | | | **0.6** | |
| 20 | 11/1/2022 | Bromberg, Brian | 0.6 | Participate in call with the Debtors' advisors re: business operations. |
| 20 | 11/1/2022 | Diaz, Matthew | 0.8 | Participate in call with the Debtors and the UCC to discuss case developments. |
| 20 | 11/1/2022 | Diaz, Matthew | 0.5 | Review materials to prepare for the call with the Debtors. |
| 20 | 11/15/2022 | Bromberg, Brian | 0.5 | Participate in b-weekly financial advisors call re: operations. |
| 20 | 11/15/2022 | Diaz, Matthew | 0.7 | Participate in call with the Debtor's and UCC's advisors to discuss business updates. |
| 20 | 11/29/2022 | Bromberg, Brian | 0.5 | Participate in bi-weekly call with Debtors' advisors re: operations updates. |
| 20 | 11/29/2022 | Diaz, Matthew | 0.6 | Participate in call with the Debtors' and UCC's advisors re: case updates. |
| **20 Total** | | | **4.2** | |
| 24 | 10/1/2022 | Kurtz, Emma | 2.4 | Prepare draft August fee application per local rules. |
| 24 | 10/4/2022 | Diaz, Matthew | 0.6 | Review draft August fee application. |
| 24 | 10/11/2022 | Kurtz, Emma | 2.3 | Prepare ninth interim fee application per local rules. |
| 24 | 10/13/2022 | Diaz, Matthew | 0.9 | Review ninth interim fee application. |
| 24 | 10/25/2022 | Kurtz, Emma | 1.6 | Begin to prepare September fee application per local rules. |
| 24 | 10/26/2022 | Kurtz, Emma | 1.4 | Finish preparing draft September fee application per fee examiner guidance. |
| 24 | 11/1/2022 | Diaz, Matthew | 0.6 | Review draft September fee application. |
| 24 | 11/15/2022 | Diaz, Matthew | 0.3 | Review of the 9th interim application. |
| 24 | 12/7/2022 | Kurtz, Emma | 1.8 | Prepare draft October fee application per local rules. |
| 24 | 12/18/2022 | Kurtz, Emma | 1.7 | Prepare draft November 2022 fee statement. |
| 24 | 12/19/2022 | Diaz, Matthew | 0.7 | Review draft November fee statement. |
| **24 Total** | | | **14.3** | |
| 28 | 9/6/2022 | Bromberg, Brian | 0.9 | Review previously provided IAC information. |
| 28 | 9/6/2022 | Bromberg, Brian | 1.0 | Participate in call with IAC management re: financial updates. |
| 28 | 9/6/2022 | Bromberg, Brian | 0.4 | Summarize IAC call for team and Houlihan. |
| 28 | 9/12/2022 | Diaz, Matthew | 0.6 | Review IAC operating results. |
| **28 Total** | | | **2.9** | |
| **Grand Total** | | | **158.9** | |

# EXHIBIT D

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Expense Type | Amount |
|---|---:|
| Other | $ 8.00 |
| **Grand Total** | **$ 8.00** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO DECEMBER 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 9/20/2022 | Bromberg, Brian | Other | Flight internet charge to complete case work. | 8.00 |
| | | **Other Total** | | **$ 8.00** |
| | | **Grand Total** | | **$ 8.00** |