**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,* [1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

## SUMMARY SHEET OF TENTH INTERIM APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION EARNED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

Name of Applicant:                                              Jefferies LLC

Authorized to Provide Professional Services to:      Official Committee of Unsecured Creditors

Date of Retention:                                               November 21, 2019 *nunc pro tunc* to October 4, 2019

Period for Which Compensation and
Reimbursement Are Requested:                            September 1, 2022 through December 31, 2022

Amount of Compensation Requested:                    $900,000.00

Amount of Expense Reimbursement Requested:      $10,354.30

Amount of payment sought:                                  $910,354.30

This is a(n):   monthly __    interim   x   final application   __

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## TENTH INTERIM FEE APPLICATION
## OF JEFFERIES LLC AS INVESTMENT BANKER FOR
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### SUMMARY OF FEES AND EXPENSES
### October 4, 2019 – December 31, 2022

| FEE STATEMENT | REQUESTED | | PAID | | OUTSTANDING |
|---|---|---|---|---|---|
| | FEES | EXPENSES | FEES | EXPENSES | |
| MONTHLY FEE STATEMENTS | | | | | |
| First Monthly Fee Statement [Docket No. 790] | $450,000.00 | $31,280.90 | $450,000.00 | $31,280.90 | - |
| Second Monthly Fee Statement [Docket No. 923] | $225,000.00 | $7,323.23 | $225,000.00 | $7,323.23 | - |
| Third Monthly Fee Statement [Docket No. 924] | $225,000.00 | $36,599.76 | $225,000.00 | $36,599.76 | - |
| Fourth Monthly Fee Statement [Docket No. 1102] | $225,000.00 | $8,952.69 | $225,000.00 | $8,952.69 | - |
| Fifth Monthly Fee Statement [Docket No. 1166] | $225,000.00 | $18,479.65 | $225,000.00 | $18,479.65 | - |
| Sixth Monthly Fee Statement [Docket No. 1271] | $225,000.00 | $5,422.10 | $225,000.00 | $5,422.10 | - |
| Seventh Monthly Fee Statement [Docket No. 1385] | $225,000.00 | $3,110.10 | $225,000.00 | $3,110.10 | - |
| Eighth Monthly Fee Statement [Docket No. 1561] | $225,000.00 | $19,855.00 | $225,000.00 | $19,855.00 | - |
| Ninth Monthly Fee Statement [Docket No. 1699] | $225,000.00 | $11,535.50 | $225,000.00 | $11,535.50 | - |
| Tenth Monthly Fee Statement [Docket No. 1873] | $225,000.00 | $2,394.00 | $225,000.00 | $2,394.00 | - |
| Eleventh Monthly Fee Statement [Docket No. 1927] | $225,000.00 | $1,065.50 | $225,000.00 | $1,065.50 | - |
| Twelfth Monthly Fee Statement [Docket No. 2243] | $225,000.00 | $748.00 | $225,000.00 | $748.00 | - |
| Thirteenth Monthly Fee Statement [Docket No. 2333] | $225,000.00 | $7,040.00 | $225,000.00 | $7,040.00 | - |

| FEE STATEMENT | REQUESTED | | PAID | | OUTSTANDING |
|---|---|---|---|---|---|
| | FEES | EXPENSES | FEES | EXPENSES | |
| **MONTHLY FEE STATEMENTS** | | | | | |
| Fourteenth Monthly Fee Statement [Docket No. 2410] | $225,000.00 | $3,626.63 | $225,000.00 | $3,626.63 | - |
| Fifteenth Monthly Fee Statement [Docket No. 2476] | $225,000.00 | $1,497.93 | $225,000.00 | $1,497.93 | - |
| Sixteenth Monthly Fee Statement [Docket No. 2798] | $225,000.00 | $1,316.00 | $225,000.00 | $1,316.00 | - |
| Seventeenth Monthly Fee Statement [Docket No. 2997] | $225,000.00 | $4,607.50 | $225,000.00 | $4,607.50 | - |
| Eighteenth Monthly Fee Statement [Docket No. 3084] | $225,000.00 | $7,607.50 | $225,000.00 | $7,607.50 | - |
| Nineteenth Monthly Fee Statement [Docket No. 3177] | $225,000.00 | $367.00 | $225,000.00 | $367.00 | - |
| Twentieth Monthly Fee Statement [Docket No. 3823] | $225,000.00 | $1,410.00 | $225,000.00 | $1,410.00 | - |
| Twenty-First Monthly Fee Statement [Docket No. 3979] | $225,000.00 | $6,701.50 | $225,000.00 | $6,701.50 | - |
| Twenty-Second Monthly Fee Statement [Docket No. 4079] | $225,000.00 | $1,410.00 | $225,000.00 | $1,410.00 | - |
| Twenty-Third Monthly Fee Statement [Docket No. 4105] | $225,000.00 | $1,458.50 | $225,000.00 | $1,458.50 | - |
| Twenty-Fourth Monthly Fee Statement [Docket No. 4328] | $112,500.00 | $3,235.50 | $225,000.00 | $3,235.50 | - |
| Twenty-Fifth Monthly Fee Statement [Docket No. 4386] | $112,500.00 | $5,736.50 | $112,500.00 | $5,736.50 | - |
| Twenty-Sixth Monthly Fee Statement [Docket No. 4423] | $112,500.00 | $5,665.50 | $112,500.00 | $5,665.50 | - |
| Twenty-Seventh Monthly Fee Statement [Docket No. 4536] | $225,000.00 | $688.00 | $225,000.00 | $688.00 | - |
| Twenty-Eighth Monthly Fee Statement [Docket No. 4755] | $225,000.00 | $3,387.29 | $225,000.00 | $3,387.29 | - |

| FEE STATEMENT | REQUESTED | | PAID | | OUTSTANDING |
|---|---|---|---|---|---|
| | FEES | EXPENSES | FEES | EXPENSES | |
| MONTHLY FEE STATEMENTS | | | | | |
| Twenty-Ninth Monthly Fee Statement [Docket No. 4788] | $225,000.00 | $12,843.56 | $225,000.00 | $12,843.56 | - |
| Thirtieth Monthly Fee Statement [Docket No. 4805] | $225,000.00 | $2,408.49 | $225,000.00 | $2,408.49 | - |
| Thirty-First Monthly Fee Statement [Docket No. 5056] | $225,000.00 | $6,216.54 | $225,000.00 | $6,216.54 | - |
| Thirty-Second Monthly Fee Statement [Docket No. 5089] | $225,000.00 | $2,121.18 | $225,000.00 | $2,121.18 | - |
| Thirty-Third Monthly Fee Statement [Docket No. 5146] | $225,000.00 | $204.00 | $225,000.00 | $204.00 | - |
| Thirty-Fourth Monthly Fee Statement [Docket No. 5167] | $225,000.00 | $1,127.53 | $225,000.00 | $1,127.53 | - |
| Thirty-Fifth Monthly Fee Statement [Docket No. 5274] | $225,000.00 | $2,335.50 | $180,000 | $2,335.50 | $45,000.00 |
| Thirty-Sixth Monthly Fee Statement [Docket No. 5291] | $225,000.00 | $4,955.00 | $180,000 | $4,955.00 | $45,000.00 |
| Thirty-Seventh Monthly Fee Statement [Docket No. 5351] | $225,000.00 | $2,742.50 | $180,000 | $2,742.50 | $45,000.00 |
| Thirty-Eighth Monthly Fee Statement[2] [Docket No. 5409] | $225,000.00 | $321.30 | - | - | $225,321.30 |
| TOTAL | $8,437,500.00 | $237,797.38 | $8,077,500.00 | $237,476.08 | $360,321.30 |

---

[2]    As of the date hereof, the objection deadline for the Thirty-Eighth Monthly Fee Statement has not yet expired. In accordance with the Interim Compensation Order (as defined below), Jefferies expects to be paid 80% of fees and 100% of expenses requested in such fee statement prior to the hearing on this Application (as defined below).

| INTERIM FEE APPLICATIONS | | | | | |
|---|---|---|---|---|---|
| **FEE STATEMENT** | **REQUESTED** | | **PAID** | | **OUTSTANDING** |
| | **FEES** | **EXPENSES** | **FEES** | **EXPENSES** | |
| | | | | | |
| First Interim Fee Application [Docket No. 940] | $900,000.00 | $75,203.89 | $900,000.00 | $74,005.56[3] | - |
| Second Interim Fee Application [Docket No. 1444] | $900,000.00 | $35,964.54 | $900,000.00 | $35,964.54 | - |
| Third Interim Fee Application [Docket No. 1979] | $900,000.00 | $34,850.00 | $900,000.00 | $34,850.00 | - |
| Fourth Interim Fee Application [Docket No. 2519] | $900,000.00 | $12,912.56 | $900,000.00 | $12,912.56 | - |
| Fifth Interim Fee Application [Docket No. 3215] | $900,000.00 | $13,898.00 | $900,000.00 | $13,898.00 | - |
| Sixth Interim Fee Application [Docket No. 3215] | $900,000.00 | $10,980.00 | $900,000.00 | $10,980.00 | - |
| Seventh Interim Fee Application [Docket No. 4564] | $562,500.00 | $15,325.50 | $562,500.00 | $15,325.50 | - |
| Eighth Interim Fee Application [Docket No. 4822] | $675,000.00 | $18,639.34 | $675,000.00 | $18,639.34 | - |
| Ninth Interim Fee Application [Docket No. 5177] | $900,000.00 | $9,669.25 | $900,000.00 | $9,669.25 | - |

---

[3]    Based on informal objections received from the Fee Examiner (as defined below), Jefferies agreed to a voluntary reduction in the amount of $1,198.33.

**TENTH INTERIM FEE APPLICATION**
**OF JEFFERIES LLC AS INVESTMENT BANKER FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**SUMMARY OF HOURS EXPENDED**
**September 1, 2022 – December 31, 2022**

**Jefferies LLC**
Summary of Hours by Category
September 1, 2022 – December 31, 2022

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 16.0 |
| 2 | Sale Process | 111.5 |
| 3 | Creditor Communication | 22.5 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 3.0 |
| 8 | Travel | - |
| 9 | Due Diligence | 143.5 |
| 10 | Business Plan | 60.5 |
| 11 | Case Strategy | - |
| **Total** | | **357.0** |

**Jefferies LLC**
Summary of Hours by Professional
September 1, 2022 – December 31, 2022

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 51.5 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 50.0 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 99.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 34.5 |
| William Maselli | Senior Vice President, Global Healthcare Investment Banking | 47.5 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 74.0 |
| **Total** | | **357.0** |

**TENTH INTERIM FEE APPLICATION**
**OF JEFFERIES LLC AS INVESTMENT BANKER FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**SUMMARY OF EXPENSES INCURRED**

<u>September 1, 2022 – December 31, 2022</u>

| Category | September 2022 | October 2022 | November 2022 | December 2022 | Tenth Interim Fee Application |
|---|---|---|---|---|---|
| Meals | $          - | $          - | $          - | $          - | $          - |
| Transportation | - | - | - | - | - |
| Travel | - | - | - | - | - |
| Presentation Services | - | - | - | - | - |
| Printing Services | - | - | - | - | - |
| Legal | 2,335.50 | $4,955.00 | 2,742.50 | 321.30 | 10,354.30 |
| General | - | - | - | - | - |
| **Total Expenses** | **$2,335.50** | **$4,955.00** | **$2,742.50** | **$321.30** | **$10,354.30** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

**TENTH INTERIM APPLICATION OF JEFFERIES LLC FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
SEPTEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

TO THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE:

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured

creditors (the "Committee") of the above-captioned debtors and debtors in possession

(collectively, the "Debtors"), hereby submits its tenth interim application (this "Application") for

interim approval and allowance of (a) compensation for Jefferies' professional services to the

Committee during the period from September 1, 2022 through and including December 31, 2022

(the "Compensation Period") in the amount of $900,000.00 and (b) reimbursement of 100% of

actual and necessary expenses incurred by Jefferies during the Compensation Period in connection

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P.
(4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove
Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425),
Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP
(0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located
at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

with such services in the amount of $10,354.30.   In support of this Application, Jefferies respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated January 31, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 328(a), 331 and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), General Order M-447 and the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, adopted by the Court on January 29, 2013 (the "Amended Guidelines").

## BACKGROUND

3.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4.      On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131].  Shortly after its appointment, the Committee selected Jefferies as its investment banker.

5.      On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter is annexed to the Retention Application as Exhibit B.

6.      On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify Jefferies in accordance with the terms and conditions of the Engagement Letter as modified by the Retention Order.

7.      Also on November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases.

8.      On April 8, 2020, the Court entered the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employment Pursuant to 11 U.S.C. § 327* [Docket No. 1023] (the "Fee Examiner Order") appointing David M. Klauder (the "Fee Examiner") as the fee examiner in these chapter 11 cases and modified the Interim Compensation Order as set forth therein.

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Retention Application.

9.      By order, dated September 17, 2021 (the "Confirmation Order"), the Court

confirmed the *Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P.*

*and its Affiliated Debtors*, dated September 2, 2021 (the "Plan").

## TERMS OF JEFFERIES' RETENTION

10.      The Retention Order approved the payment of certain fees to Jefferies, as set forth

in detail in the Retention Application, the Engagement Letter and the Retention Order.

Specifically, Jefferies' fees are as follows:[3]

     (a)      **Monthly Fee**. A monthly fee (the "Monthly Fee") equal to $225,000 per
month until the expiration or termination of the Engagement Letter. Fifty
percent of the Monthly Fees in excess of $2,700,000 (12 Monthly Fees)
actually paid to Jefferies are to be credited once (without duplication)
against the Transaction Fee (defined below) due to Jefferies.

     (b)      **Transaction Fee.** Upon the consummation of any chapter 11 plan or other
Transaction, a fee (the "Transaction Fee") equal to $7,500,000. For the
avoidance of doubt, only one Transaction Fee is payable to Jefferies under
the terms of the Engagement Letter.

11.      In addition to any fees that may be paid to Jefferies under the Engagement Letter,

the Engagement Letter provides that the Debtors shall reimburse Jefferies for all reasonable and

documented out-of-pocket expenses (including reasonable and documented fees and expenses of

its counsel) incurred by Jefferies in connection with its engagement by the Committee.

## COMPENSATION REQUESTED

12.      By this Application, Jefferies requests interim approval and allowance of

(a) compensation for Jefferies' professional services to the Committee during the Compensation

Period in the amount of $900,000.00 and (b) reimbursement of 100% of actual and necessary

---

[3]      The below is a summary of the fees payable to Jefferies. If there is any inconsistency between the below and
the Engagement Letter, as modified by the Retention Order, the Engagement Letter, as modified by the
Retention Order, shall control.

expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $10,354.30.

13.    During the Compensation Period, Jefferies filed the monthly fee statements (the "Monthly Fee Statements") shown in the table below:

| FEE STATEMENT | REQUESTED | | PAID[4] | | OUTSTANDING |
|---|---|---|---|---|---|
| | FEES | EXPENSES | FEES | EXPENSES | |
| Thirty-Fifth Monthly Fee Statement [Docket No. 5274] | $225,000.00 | $2,335.50 | $180,000 | $2,335.50 | $45,000.00 |
| Thirty-Sixth Monthly Fee Statement [Docket No. 5291] | $225,000.00 | $4,955.00 | $180,000 | $4,955.00 | $45,000.00 |
| Thirty-Seventh Monthly Fee Statement [Docket No. 5351] | $225,000.00 | $2,742.50 | $180,000 | $2,742.50 | $45,000.00 |
| Thirty-Eighth Monthly Fee Statement [Docket No. 5409] | $225,000.00 | $321.30 | - | - | $225,321.30 |
| TOTAL | $900,000.00 | $10,354.30 | $540,000.00 | $10,033.00 | $360,321.30 |

14.    Detailed time records documenting the work performed by Jefferies' professionals during the Compensation Period are attached hereto as Exhibit A. As authorized by the Retention Order, Jefferies kept track of its time during the Compensation Period in half-hour increments.

15.    The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation

---

[4]    As of the date hereof, the objection deadline for the Thirty-Eighth Monthly Fee Statement has not yet expired. In accordance with the Interim Compensation Order, Jefferies expects to be paid 80% of fees and 100% of expenses requested in such fee statement prior to the hearing on this Application.

charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

16.    In connection with its services to the Committee, Jefferies also incurred certain necessary expenses in the amount of $10,354.30 during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  Detailed records of expenses incurred in the Compensation Period are attached hereto as Exhibit B.

17.    In accordance with the Amended Guidelines, attached hereto as Exhibit C is the Certification of Leon Szlezinger in support of the Application.

18.    No previous request for interim allowance of compensation for professional services rendered for reimbursement of expenses incurred have been made.

## SUMMARY OF SERVICES RENDERED

19.    During the Compensation Period, Jefferies performed significant services on behalf of the Committee, including, but not limited to, the following:

a.    **Due Diligence**. Jefferies continued to conduct significant due diligence during the Compensation Period, which included, but was not limited to: (i) reviewing and analyzing materials provided by the Debtors and their professionals regarding their operations and financial performance; (ii) conducting due diligence regarding the Debtors' assets, operations and liabilities; (iii) researching and analyzing the businesses of the Debtors' competitors; (iv) preparing and presenting presentations to the Committee on matters related to the Debtors' restructuring and financial performance; and (v) analyzing various pleadings filed by the Debtors and other parties-in-interest.  This due diligence was essential for the Committee to understand the Debtors' assets, operations, and financial performance.

b.    **Creditor Communications**. Jefferies continued to participate in a number of telephonic meetings with the Committee during the Compensation Period. Jefferies' continued participation in these meetings was essential to keeping the Committee updated on, among other things, various case developments and the results of various due diligence projects. These telephonic meetings also provided Jefferies with an opportunity to advise the Committee on the viability of various restructuring and business plan alternatives.

6

c.    **Debtor Communications**. Jefferies continued to participate in various telephonic meetings and communications with the Debtors and their professionals regarding diligence of the Debtors' business plan, diligence of the sale process and business plan for the Independent Associates Companies, issues related to the chapter 11 cases and the Debtors' restructuring.

d.    **Business Plan**. Jefferies continued to review and analyze iterative drafts of the Debtors' business plan. In coordination with the Committee's other professionals, Jefferies (i) conducted due diligence and financial analyses of the underlying financial and operational assumptions of the business plans and related financial projections; and (ii) reviewed and analyzed the financial projections of various non-debtor international affiliates.

e.    **Sale Process**: Jefferies spent a significant amount of time reviewing and analyzing the Debtors' sale process, including reviewing potentially interested parties, buyer diligence materials, process milestones, and having discussions with the advisors to the Debtors. Jefferies monitored progress and discussed with the Debtors' advisors the bidder diligence process and efforts to solicit bids. Jefferies prepared updates for the Committee on the sale process.

f.    **Restructuring Strategy**. Jefferies, along with other Committee professionals, continued to analyze the Debtors' business and financial performance in relation to the Debtors' proposed restructuring strategy and various other restructuring alternatives. Additionally, Jefferies continued to assist the Committee regarding issues related to the Debtors' financial performance and operations, potential restructuring strategy and general corporate finance matters.

g.    **Case Administration/General**. Jefferies continued to attend to various general and administrative tasks such as collecting information relating to completing Jefferies' monthly fee statements and interim fee applications, as well as, among things, other day-to-day engagement requirements that do not fall into other project categories.

## BASIS FOR RELIEF

20.    Section 328(a) of the Bankruptcy Code permits the debtor, with court approval, to employ a professional person "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis." 11 U.S.C. § 328(a). Accordingly, section 328(a) of the Bankruptcy Code permits the compensation of professionals, including

7

investment bankers, on flexible terms that reflect the nature of their services and prevailing market conditions.

21.     Courts consistently find that the purpose of section 328 of the Bankruptcy Code is to permit the pre-approval of compensation arrangements as a method of insuring that the most competent professionals would be available to provide services in bankruptcy cases. *In re National Gypsum Co.,* 123 F.3d 861, 862-63 (5th Cir. 1997) ("If the most competent professionals are to be available for complicated capital restructurings and the development of corporate reorganization, they must know what they will receive for their expertise and commitment.  Courts must protect those agreements and expectations, once found to be acceptable.").  Once the terms of a professional's retention have been approved under section 328(a) of the Bankruptcy Code, the agreed-upon compensation cannot be altered unless the agreed terms "prove to have been improvident in light of the developments not capable of being anticipated at the time of fixing of such terms and conditions."   11 U.S.C. § 328(a); *In re Smart World Techs.*, 552 F.3d. 228, 232 (2d. Cir. 2009) ("Where the court pre-approves the terms and conditions of the retention under section 328(a), its power to amend those terms is severely constrained."); s*ee also In re Graces Restaurant Group, Inc.*, No. 18-19054 (JNP), 2019 WL 182547, at *4 (Bankr. D.N.J. Jan. 11, 2019) ("Section 328 permits a debtor to seek court approval to determine the reasonableness of a fee arrangement before services are rendered.").

22.     The Retention Order approved Jefferies' compensation and expense reimbursement pursuant to section 328 of the Bankruptcy Code, subject to the rights of the United States Trustee to review the Application pursuant to section 330 of the Bankruptcy Code. Jefferies submits that nothing has arisen in these cases that would cause the agreed-upon compensation requested herein to be altered and that the Application should be approved.

8

**WHEREFORE**, Jefferies requests interim approval and allowance of (a) compensation for Jefferies' professional services to the Committee during the Compensation Period in the amount of $900,000.00, inclusive of any holdbacks (20% of the amounts sought in the Monthly Fee Statements) not yet paid to Jefferies; (b) reimbursement of 100% of actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount $10,354.30; and (c) such other relief as may be just and proper.

Dated:  February 14, 2023
        New York, New York

JEFFERIES LLC

*/s/ Leon Szlezinger*
Leon Szlezinger
Managing Director and Joint Global Head of Debt
Advisory & Restructuring

9

**Exhibit A**

**Time Records of Jefferies' Professionals**

**TENTH INTERIM FEE APPLICATION
OF JEFFERIES LLC AS INVESTMENT BANKER FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**SUMMARY OF HOURS EXPENDED
September 1, 2022 – December 31, 2022**

**Jefferies LLC**
Summary of Hours by Category
September 1, 2022 – December 31, 2022

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 16.0 |
| 2 | Sale Process | 111.5 |
| 3 | Creditor Communication | 22.5 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 3.0 |
| 8 | Travel | - |
| 9 | Due Diligence | 143.5 |
| 10 | Business Plan | 60.5 |
| 11 | Case Strategy | - |
| **Total** | | **357.0** |

**Jefferies LLC**
Summary of Hours by Professional
September 1, 2022 – December 31, 2022

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 51.5 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 50.0 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 99.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 34.5 |
| William Maselli | Senior Vice President, Global Healthcare Investment Banking | 47.5 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 74.0 |
| **Total** | | **357.0** |

| Date | Banker | Comments | Hours |
|------|--------|----------|-------|
| | | **October 1, 2022 - October 31, 2022 Hours for Case Administration / General** | **2.5** |
| 09/26/22 | Kevin Murray | *Prepare July fee app* | 1.0 |
| 09/28/22 | Leon Szlezinger | *Review July fee app* | 0.5 |
| 09/28/22 | Kevin Murray | *Prepare July fee app* | 1.0 |
| | | **October 1, 2022 - October 31, 2022 Hours for Creditor Communication** | **4.5** |
| 09/06/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 |
| 09/06/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 |
| 09/06/22 | Kevin Murray | *Attend UCC update call* | 1.0 |
| 09/22/22 | Leon Szlezinger | *Attend UCC update call* | 0.5 |
| 09/22/22 | Jaspinder Kanwal | *Attend UCC update call* | 0.5 |
| 09/22/22 | Kevin Murray | *Attend UCC update call* | 0.5 |
| | | **October 1, 2022 - October 31, 2022 Hours for Due Diligence** | **40.0** |
| 09/03/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 |
| 09/03/22 | Jaspinder Kanwal | *Review various UCC memos / summaries* | 0.5 |
| 09/03/22 | Kevin Murray | *Review various UCC memos / summaries* | 0.5 |
| 09/06/22 | Leon Szlezinger | *Internal discussion re: IACs* | 1.0 |
| 09/06/22 | Jaspinder Kanwal | *Internal discussion re: IACs* | 1.0 |
| 09/06/22 | Kevin Murray | *Internal discussion re: IACs* | 1.0 |
| 09/06/22 | Kevin Sheridan | *Internal discussion re: IACs* | 1.0 |
| 09/07/22 | Kevin Murray | *Review PPLP data room uploads* | 1.5 |
| 09/09/22 | Kevin Murray | *Review PPLP data room uploads* | 1.5 |
| 09/09/22 | Kevin Murray | *Prepare Purdue financial update* | 1.0 |
| 09/09/22 | Connor Hattersley | *Review PPLP data room uploads* | 1.5 |
| 09/09/22 | Connor Hattersley | *Prepare Purdue financial update* | 0.5 |
| 09/12/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 |
| 09/12/22 | Jaspinder Kanwal | *Review various UCC memos / summaries* | 0.5 |
| 09/12/22 | Kevin Murray | *Review various UCC memos / summaries* | 0.5 |
| 09/13/22 | Leon Szlezinger | *Attend advisors update call #2* | 1.0 |
| 09/13/22 | Jaspinder Kanwal | *Attend advisors update call #2* | 1.0 |
| 09/13/22 | Kevin Murray | *Attend advisors update call #2* | 1.0 |
| 09/13/22 | Kevin Sheridan | *Attend advisors update call #2* | 1.0 |
| 09/19/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 |
| 09/19/22 | Jaspinder Kanwal | *Review various UCC memos / summaries* | 0.5 |
| 09/19/22 | Kevin Murray | *Review various UCC memos / summaries* | 0.5 |
| 09/23/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 09/23/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 09/23/22 | Kevin Murray | *Attend advisors update call* | 1.0 |
| 09/23/22 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| 09/27/22 | Kevin Murray | *Review PPLP data room uploads* | 1.5 |
| 09/27/22 | William Maselli | *Review PPLP data room uploads* | 1.0 |
| 09/30/22 | Leon Szlezinger | *Review Purdue financial update* | 2.5 |
| 09/30/22 | Jaspinder Kanwal | *Review Purdue financial update* | 2.0 |
| 09/30/22 | Kevin Murray | *Review PPLP data room uploads* | 3.5 |
| 09/30/22 | Kevin Murray | *Prepare Purdue financial update* | 2.0 |
| 09/30/22 | Kevin Sheridan | *Review Purdue financial update* | 1.5 |
| 09/30/22 | William Maselli | *Review Purdue financial update* | 0.5 |
| 09/30/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 |
| 09/30/22 | Connor Hattersley | *Prepare Purdue financial update* | 2.0 |
| | | **October 1, 2022 - October 31, 2022 Hours for Business Plan** | **24.5** |
| 09/06/22 | Kevin Murray | *Review business plan update* | 3.0 |
| 09/06/22 | Connor Hattersley | *Review business plan update* | 1.5 |
| 09/07/22 | Jaspinder Kanwal | *Review business plan update* | 1.5 |
| 09/07/22 | Kevin Murray | *Prepare Purdue financial update* | 1.5 |
| 09/07/22 | Connor Hattersley | *Review business plan update* | 2.0 |
| 09/07/22 | Connor Hattersley | *Prepare Purdue financial update* | 1.5 |
| 09/09/22 | Leon Szlezinger | *Review business plan update* | 1.5 |
| 09/09/22 | Jaspinder Kanwal | *Review business plan update* | 0.5 |
| 09/09/22 | Kevin Sheridan | *Review business plan update* | 1.5 |
| 09/09/22 | William Maselli | *Review business plan update* | 1.0 |
| 09/09/22 | William Maselli | *Prepare Purdue financial update* | 1.0 |
| 09/13/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 09/13/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 09/13/22 | Kevin Murray | *Attend advisors update call* | 1.0 |
| 09/13/22 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| 09/27/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 09/27/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 09/27/22 | Kevin Murray | *Attend advisors update call* | 1.0 |
| 09/27/22 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| | | **October 1, 2022 - October 31, 2022 Total Hours** | **71.5** |

| Date | Banker | Comments | Hours |
|------|--------|----------|-------|
| | | **October 1, 2022 - October 31, 2022 Hours for Case Administration / General** | **7.0** |
| 10/03/22 | Jaspinder Kanwal | *Review August fee app* | 0.5 |
| 10/03/22 | Kevin Murray | *Prepare August fee app* | 1.0 |
| 10/04/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 10/06/22 | Leon Szlezinger | *Review August fee app* | 0.5 |
| 10/06/22 | Kevin Murray | *Prepare August fee app* | 0.5 |
| 10/11/22 | Leon Szlezinger | *Review August fee app and Interim fee app* | 0.5 |
| 10/11/22 | Jaspinder Kanwal | *Review August fee app and Interim fee app* | 0.5 |
| 10/11/22 | Kevin Murray | *Prepare August fee app and Interim fee app* | 0.5 |
| 10/12/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 10/14/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 10/17/22 | Leon Szlezinger | *Review Interim fee app* | 0.5 |
| 10/17/22 | Jaspinder Kanwal | *Review Interim fee app* | 0.5 |
| 10/17/22 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| | | **October 1, 2022 - October 31, 2022 Hours for Creditor Communication** | **6.0** |
| 10/13/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 |
| 10/13/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 |
| 10/13/22 | Kevin Murray | *Attend UCC update call* | 1.0 |
| 10/13/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 |
| 10/13/22 | William Maselli | *Attend UCC update call* | 1.0 |
| 10/13/22 | Connor Hattersley | *Attend UCC update call* | 1.0 |
| | | **October 1, 2022 - October 31, 2022 Hours for Plan of Reorganization** | **3.0** |
| 10/25/22 | Leon Szlezinger | *Attend court hearing* | 1.0 |
| 10/25/22 | Jaspinder Kanwal | *Attend court hearing* | 1.0 |
| 10/25/22 | Kevin Murray | *Attend court hearing* | 1.0 |
| | | **October 1, 2022 - October 31, 2022 Hours for Due Diligence** | **41.0** |
| 10/01/22 | Leon Szlezinger | *Review de minimis asset sale procedures* | 1.0 |
| 10/01/22 | Jaspinder Kanwal | *Review de minimis asset sale procedures* | 1.0 |
| 10/03/22 | Leon Szlezinger | *Discuss de minimis sale procedures* | 0.5 |
| 10/04/22 | Leon Szlezinger | *Review comments of other constituents re sale procedures* | 0.5 |
| 10/06/22 | Leon Szlezinger | *Discuss de minimis asset sale procedures* | 0.5 |
| 10/06/22 | Kevin Murray | *Review PPLP data room uploads* | 2.5 |
| 10/06/22 | William Maselli | *Review PPLP data room uploads* | 2.0 |
| 10/06/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.5 |
| 10/06/22 | Connor Hattersley | *Prepare PPLP financial analysis* | 1.0 |
| 10/13/22 | Leon Szlezinger | *Review various UCC memos and financial update* | 2.0 |
| 10/13/22 | Jaspinder Kanwal | *Review various UCC memos and financial update* | 1.0 |
| 10/13/22 | Kevin Murray | *Review court documents* | 0.5 |
| 10/13/22 | Kevin Murray | *Review various UCC memos and financial update* | 1.0 |
| 10/13/22 | Kevin Sheridan | *Review various UCC memos and financial update* | 1.0 |
| 10/13/22 | William Maselli | *Review various UCC memos and financial update* | 0.5 |
| 10/17/22 | Kevin Murray | *Review PPLP data room uploads* | 2.0 |
| 10/17/22 | Kevin Murray | *Prepare PPLP financial analysis* | 2.5 |
| 10/17/22 | William Maselli | *Review PPLP data room uploads* | 2.0 |
| 10/17/22 | William Maselli | *Prepare PPLP financial analysis* | 1.5 |
| 10/17/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 |
| 10/17/22 | Connor Hattersley | *Prepare PPLP financial analysis* | 1.5 |
| 10/18/22 | Leon Szlezinger | *Review PPLP financial analysis* | 1.0 |
| 10/18/22 | Jaspinder Kanwal | *Review PPLP financial analysis* | 1.0 |
| 10/18/22 | Kevin Sheridan | *Review PPLP financial analysis* | 1.0 |
| 10/26/22 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 |
| 10/26/22 | Jaspinder Kanwal | *Review various UCC memos / summaries* | 0.5 |
| 10/26/22 | Kevin Murray | *Review various UCC memos / summaries* | 0.5 |
| 10/31/22 | Kevin Murray | *Review PPLP data room uploads* | 2.5 |
| 10/31/22 | William Maselli | *Review PPLP data room uploads* | 3.0 |
| 10/31/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 |
| | | **October 1, 2022 - October 31, 2022 Total Hours** | **57.0** |

| Date | Banker | Comments | Hours |
|------|--------|----------|-------|
| | November 1, 2022 - November 30, 2022 Hours for Business Plan | | 28.0 |
| 11/01/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 11/01/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 11/01/22 | Kevin Murray | *Attend advisors update call* | 1.0 |
| 11/01/22 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| 11/01/22 | William Maselli | *Attend advisors update call* | 1.0 |
| 11/15/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 11/15/22 | Leon Szlezinger | *Internal discussion re potential buyers* | 0.5 |
| 11/15/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 11/15/22 | Jaspinder Kanwal | *Internal discussion re potential buyers* | 0.5 |
| 11/15/22 | Kevin Murray | *Attend advisors update call* | 1.0 |
| 11/15/22 | Kevin Murray | *Internal discussion re potential buyers* | 0.5 |
| 11/15/22 | Kevin Murray | *Research on OTC market landscape* | 2.0 |
| 11/15/22 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| 11/15/22 | Kevin Sheridan | *Internal discussion re potential buyers* | 0.5 |
| 11/15/22 | William Maselli | *Attend advisors update call* | 1.0 |
| 11/15/22 | William Maselli | *Internal discussion re potential buyers* | 0.5 |
| 11/15/22 | Connor Hattersley | *Attend advisors update call* | 1.0 |
| 11/15/22 | Connor Hattersley | *Internal discussion re potential buyers* | 0.5 |
| 11/29/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 11/29/22 | Leon Szlezinger | *Internal discussion re sale processes* | 1.0 |
| 11/29/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 11/29/22 | Jaspinder Kanwal | *Internal discussion re sale processes* | 1.0 |
| 11/29/22 | Kevin Murray | *Attend advisors update call* | 1.0 |
| 11/29/22 | Kevin Murray | *Internal discussion re sale processes* | 1.0 |
| 11/29/22 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| 11/29/22 | Kevin Sheridan | *Internal discussion re sale processes* | 1.0 |
| 11/29/22 | William Maselli | *Attend advisors update call* | 1.0 |
| 11/29/22 | William Maselli | *Internal discussion re sale processes* | 1.0 |
| 11/29/22 | Connor Hattersley | *Attend advisors update call* | 1.0 |
| 11/29/22 | Connor Hattersley | *Internal discussion re sale processes* | 1.0 |
| | November 1, 2022 - November 30, 2022 Total Hours | | 84.5 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| | | **October 1, 2022 - October 31, 2022 Hours for Case Administration / General** | **2.0** | |
| 12/05/22 | Leon Szlezinger | Review October 2022 fee app | 0.5 | 1 |
| 12/05/22 | Jaspinder Kanwal | Review October 2022 fee app | 0.5 | 1 |
| 12/05/22 | Kevin Murray | Prepare October 2022 fee app | 0.5 | 1 |
| 12/07/22 | Kevin Murray | Prepare October 2022 fee app | 0.5 | 1 |
| | | **October 1, 2022 - October 31, 2022 Hours for Sale Process** | **111.5** | |
| 12/13/22 | Leon Szlezinger | Review marketing materials for sale process | 1.0 | 2 |
| 12/13/22 | Jaspinder Kanwal | Review marketing materials for sale process | 1.0 | 2 |
| 12/13/22 | Kevin Murray | Review marketing materials for sale process | 1.0 | 2 |
| 12/13/22 | Kevin Sheridan | Review marketing materials for sale process | 1.0 | 2 |
| 12/13/22 | William Maselli | Review marketing materials for sale process | 1.0 | 2 |
| 12/13/22 | Connor Hattersley | Review marketing materials for sale process | 1.0 | 2 |
| 12/14/22 | Leon Szlezinger | Review updated financial projections for sale process | 0.5 | 2 |
| 12/14/22 | Leon Szlezinger | Internal discussion re sale processes | 1.0 | 2 |
| 12/14/22 | Leon Szlezinger | Prepare discussion topics re: sale process | 0.5 | 2 |
| 12/14/22 | Jaspinder Kanwal | Review updated financial projections for sale process | 1.5 | 2 |
| 12/14/22 | Jaspinder Kanwal | Internal discussion re sale processes | 1.0 | 2 |
| 12/14/22 | Jaspinder Kanwal | Prepare discussion topics re: sale process | 0.5 | 2 |
| 12/14/22 | Kevin Murray | Review updated financial projections for sale process | 3.0 | 2 |
| 12/14/22 | Kevin Murray | Internal discussion re sale processes | 1.0 | 2 |
| 12/14/22 | Kevin Murray | Prepare discussion topics re: sale process | 1.0 | 2 |
| 12/14/22 | Kevin Sheridan | Review updated financial projections for sale process | 0.5 | 2 |
| 12/14/22 | Kevin Sheridan | Prepare discussion topics re: sale process | 0.5 | 2 |
| 12/14/22 | William Maselli | Review updated financial projections for sale process | 1.0 | 2 |
| 12/14/22 | Connor Hattersley | Review updated financial projections for sale process | 2.5 | 2 |
| 12/14/22 | Connor Hattersley | Prepare discussion topics re: sale process | 0.5 | 2 |
| 12/15/22 | Leon Szlezinger | Internal discussion re sale processes | 1.0 | 2 |
| 12/15/22 | Leon Szlezinger | Attend advisors update call re: sale process | 1.0 | 2 |
| 12/15/22 | Jaspinder Kanwal | Internal discussion re sale processes | 1.0 | 2 |
| 12/15/22 | Jaspinder Kanwal | Attend advisors update call re: sale process | 1.0 | 2 |
| 12/15/22 | Kevin Murray | Internal discussion re sale processes | 1.0 | 2 |
| 12/15/22 | Kevin Murray | Attend advisors update call re: sale process | 1.0 | 2 |
| 12/15/22 | Kevin Sheridan | Internal discussion re sale processes | 1.0 | 2 |
| 12/15/22 | Kevin Sheridan | Attend advisors update call re: sale process | 1.0 | 2 |
| 12/15/22 | William Maselli | Internal discussion re sale processes | 1.0 | 2 |
| 12/15/22 | William Maselli | Attend advisors update call re: sale process | 1.0 | 2 |
| 12/15/22 | Connor Hattersley | Internal discussion re sale processes | 1.0 | 2 |
| 12/15/22 | Connor Hattersley | Attend advisors update call re: sale process | 1.0 | 2 |
| 12/22/22 | Leon Szlezinger | Review sale process materials | 1.0 | 2 |
| 12/22/22 | Jaspinder Kanwal | Review sale process materials | 4.0 | 2 |
| 12/22/22 | Kevin Murray | Call with PJT re: buyer data room | 0.5 | 2 |
| 12/22/22 | Kevin Murray | Review sale process materials | 3.0 | 2 |
| 12/22/22 | Kevin Sheridan | Review sale process materials | 2.0 | 2 |
| 12/22/22 | William Maselli | Review sale process materials | 2.0 | 2 |
| 12/22/22 | Connor Hattersley | Review sale process materials | 3.5 | 2 |
| 12/23/22 | Leon Szlezinger | Review sale process materials | 2.0 | 2 |
| 12/23/22 | Jaspinder Kanwal | Review sale process materials | 1.0 | 2 |
| 12/23/22 | Kevin Murray | Review sale process materials | 3.5 | 2 |
| 12/23/22 | Kevin Sheridan | Review sale process materials | 4.0 | 2 |
| 12/23/22 | William Maselli | Review sale process materials | 4.0 | 2 |
| 12/23/22 | Connor Hattersley | Review sale process materials | 4.0 | 2 |
| 12/26/22 | Jaspinder Kanwal | Review discussion materials re: sale | 1.5 | 2 |
| 12/26/22 | Kevin Murray | Review sale process materials | 2.0 | 2 |
| 12/26/22 | Kevin Murray | Prepare discussion materials re: sale | 2.0 | 2 |
| 12/26/22 | Connor Hattersley | Review sale process materials | 3.0 | 2 |
| 12/26/22 | Connor Hattersley | Prepare discussion materials re: sale | 3.0 | 2 |
| 12/27/22 | Leon Szlezinger | Review discussion materials re: sale | 2.0 | 2 |
| 12/27/22 | Leon Szlezinger | Internal discussion re sale process and diligence materials | 1.0 | 2 |
| 12/27/22 | Jaspinder Kanwal | Review discussion materials re: sale | 0.5 | 2 |
| 12/27/22 | Jaspinder Kanwal | Internal discussion re sale process and diligence materials | 1.0 | 2 |
| 12/27/22 | Kevin Murray | Review sale process materials | 1.5 | 2 |
| 12/27/22 | Kevin Murray | Prepare discussion materials re: sale | 1.5 | 2 |
| 12/27/22 | Kevin Murray | Internal discussion re sale process and diligence materials | 1.0 | 2 |
| 12/27/22 | Kevin Sheridan | Review discussion materials re: sale | 2.5 | 2 |
| 12/27/22 | Kevin Sheridan | Internal discussion re sale process and diligence materials | 1.0 | 2 |
| 12/27/22 | William Maselli | Review discussion materials re: sale | 1.5 | 2 |
| 12/27/22 | William Maselli | Internal discussion re sale process and diligence materials | 1.0 | 2 |
| 12/27/22 | Connor Hattersley | Review sale process materials | 1.5 | 2 |
| 12/27/22 | Connor Hattersley | Prepare discussion materials re: sale | 3.0 | 2 |
| 12/27/22 | Connor Hattersley | Internal discussion re sale process and diligence materials | 1.0 | 2 |
| 12/28/22 | Leon Szlezinger | Review discussion materials re: sale | 1.0 | 2 |
| 12/28/22 | Jaspinder Kanwal | Review discussion materials re: sale | 1.0 | 2 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 12/28/22 | Kevin Murray | *Prepare discussion materials re: sale* | 1.0 | 2 |
| 12/28/22 | Kevin Sheridan | *Review discussion materials re: sale* | 1.0 | 2 |
| 12/28/22 | William Maselli | *Review discussion materials re: sale* | 1.0 | 2 |
| 12/28/22 | Connor Hattersley | *Prepare discussion materials re: sale* | 1.0 | 2 |
| 12/30/22 | Leon Szlezinger | *Review sale process materials* | 1.5 | 2 |
| 12/30/22 | Jaspinder Kanwal | *Review sale process materials* | 1.0 | 2 |
| 12/30/22 | Kevin Murray | *Review sale process materials* | 2.5 | 2 |
| 12/30/22 | Kevin Sheridan | *Review sale process materials* | 2.0 | 2 |
| 12/30/22 | William Maselli | *Review sale process materials* | 1.5 | 2 |
| 12/30/22 | Connor Hattersley | *Review sale process materials* | 1.0 | 2 |
| | **October 1, 2022 - October 31, 2022 Hours for Creditor Communication** | | **9.0** | |
| 12/01/22 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/01/22 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/01/22 | Kevin Murray | *Attend UCC update call* | 1.0 | 3 |
| 12/01/22 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 12/01/22 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 12/01/22 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 12/15/22 | Leon Szlezinger | *Attend UCC update call* | 0.5 | 3 |
| 12/15/22 | Jaspinder Kanwal | *Attend UCC update call* | 0.5 | 3 |
| 12/15/22 | Kevin Murray | *Attend UCC update call* | 0.5 | 3 |
| 12/15/22 | Kevin Sheridan | *Attend UCC update call* | 0.5 | 3 |
| 12/15/22 | William Maselli | *Attend UCC update call* | 0.5 | 3 |
| 12/15/22 | Connor Hattersley | *Attend UCC update call* | 0.5 | 3 |
| | **October 1, 2022 - October 31, 2022 Hours for Due Diligence** | | **13.5** | |
| 12/02/22 | Kevin Murray | *Review PPLP data room uploads* | 1.5 | 9 |
| 12/02/22 | William Maselli | *Review PPLP data room uploads* | 1.0 | 9 |
| 12/02/22 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 | 9 |
| 12/03/22 | Kevin Murray | *Review PPLP data room uploads* | 1.5 | 9 |
| 12/03/22 | Connor Hattersley | *Review PPLP data room uploads* | 1.5 | 9 |
| 12/15/22 | Kevin Murray | *Prepare public comparables analysis* | 0.5 | 9 |
| 12/15/22 | Connor Hattersley | *Prepare public comparables analysis* | 0.5 | 9 |
| 12/19/22 | Kevin Murray | *Review PPLP data room uploads* | 1.5 | 9 |
| 12/20/22 | Kevin Murray | *Review PPLP data room uploads* | 0.5 | 9 |
| 12/18/23 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 | 9 |
| 12/18/23 | Jaspinder Kanwal | *Review various UCC memos / summaries* | 0.5 | 9 |
| 12/20/23 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 | 9 |
| | **October 1, 2022 - October 31, 2022 Hours for Business Plan** | | **8.0** | |
| 12/13/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 | 10 |
| 12/13/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 | 10 |
| 12/13/22 | Kevin Murray | *Attend advisors update call* | 1.0 | 10 |
| 12/13/22 | Kevin Sheridan | *Attend advisors update call* | 1.0 | 10 |
| 12/13/22 | William Maselli | *Attend advisors update call* | 1.0 | 10 |
| 12/13/22 | Connor Hattersley | *Attend advisors update call* | 1.0 | 10 |
| 12/27/22 | Leon Szlezinger | *Attend advisors update call* | 1.0 | 10 |
| 12/27/22 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 | 10 |
| | **October 1, 2022 - October 31, 2022 Total Hours** | | **144.0** | |

**Exhibit B**

**Expenses**

## SUMMARY OF EXPENSES INCURRED

### September 1, 2022 – December 31, 2022

| Category | September 2022 | October 2022 | November 2022 | December 2022 | Tenth Interim Fee Application |
|---|---|---|---|---|---|
| Meals | $            - | $            - | $            - | $            - | $            - |
| Transportation | - | - | - | - | - |
| Travel | - | - | - | - | - |
| Presentation Services | - | - | - | - | - |
| Printing Services | - | - | - | - | - |
| Legal | 2,335.50 | $4,955.00 | 2,742.50 | 321.30 | 10,354.30 |
| General | - | - | - | - | - |
| **Total Expenses** | **$2,335.50** | **$4,955.00** | **$2,742.50** | **$321.30** | **$10,354.30** |

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Allen & Overy | $2,335.50 | 09/30/22 | Legal | Legal invoice from counsel |
| Allen & Overy | $4,955.00 | 10/31/22 | Legal | Legal invoice from counsel |
| Allen & Overy | $2,742.50 | 11/30/22 | Legal | Legal invoice from counsel |
| Allen & Overy | $321.30 | 12/31/22 | Legal | Legal invoice from counsel |
| **Total** | **10,354.30** | | | |

# ALLEN & OVERY

Jefferies LLC
520 Madison Avenue
New York, NY 10022

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

For the attention of Leon Szlezinger

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| | |
| U.S. Taxpayer ID # | ▇▇▇ |
| Invoice Date | October 12, 2022 |
| Due Date | November 11, 2022 |
| **Invoice Number** | **6001041856** |

| | |
|---|---|
| **Subject** | **Jefferies - Purdue** |
| | |
| Our reference | 0113293-0000084/ROPS |
| Your reference | 5173 |
| Period | Through 9/30/2022 |

| | USD |
|---|---|
| **Charges** | |
| Legal Services | 2,335.50 |
| **Total Professional Services** | **2,335.50** |
| **AMOUNT DUE** | **$2,335.50** |

We kindly request payment of $ 2,335.50 to the following bank account, quoting reference 6001041856/0113293-0000084. If the details below are different than those you currently hold, please contact our Finance team before making payment.



Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. t is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084

**Invoice Number 6001041856**

**FEE DETAIL**

**LEGAL SERVICES**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|------|-----------|-------------|-------|
| 9/12/2022 | Jacob Herz | Review June 2022 fee statement | 0.20 |
| 9/12/2022 | Francisco Micheo | Finishing draft of July fee statement (.1); preparing file ready version and sending to client (.1); drafting August fee statement (.2); revising 9th interim fee application (.1). | 0.50 |
| 9/13/2022 | Jacob Herz | Email K. Murray concerning Aug. fee statement and preparing narrative for same. | 0.10 |
| 9/15/2022 | Jacob Herz | Begin to draft 9th Interim Fee App. | 0.30 |
| 9/19/2022 | Jacob Herz | Review and revise 9th interim fee application | 0.50 |
| 9/23/2022 | Jacob Herz | Finalize June fee statement (.6). | 0.60 |
| 9/28/2022 | Jacob Herz | Email R. Spigel concerning status of interim fee app and related fee statements (.1); review July fee statement (.2) | 0.30 |
| | **Total - New York** | | **2.50** |

**LEGAL SERVICES** **2.50**

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                    **Invoice Number 6001041856**


**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Jacob Herz | 2.00 | 1,020.00 | 2,040.00 |
| Francisco Micheo | 0.50 | 591.00 | 295.50 |
| **Total** | **2.50** | | **2,335.50** |
| **TOTAL FOR LEGAL SERVICES** | **2.50** | | **$2,335.50** |

# ALLEN & OVERY

Jefferies LLC
520 Madison Avenue
New York, NY  10022

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

For the attention of Leon Szlezinger

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |

| | |
|---|---|
| U.S. Taxpayer ID # | |
| Invoice Date | November 8, 2022 |
| Due Date | December 8, 2022 |
| **Invoice Number** | **6001042180** |

| | |
|---|---|
| **Subject** | **Jefferies - Purdue** |
| Our reference | 0113293-0000084/ROPS |
| Your reference | 5173 |
| Period | Through 10/31/2022 |

| | USD |
|---|---|
| **Charges** | |
| Legal Services | 4,955.00 |
| **Total Professional Services** | **4,955.00** |
| **AMOUNT DUE** | **$4,955.00** |

We kindly request payment of $ 4,955.00 to the following bank account, quoting reference 6001042180/0113293-0000084. If the details below are different than those you currently hold, please contact our Finance team before making payment.



Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763.  t is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai,  Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                          **Invoice Number 6001042180**


**FEE DETAIL**

**LEGAL SERVICES**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|------|------------|-------------|-------|
| 10/11/2022 | Jacob Herz | Review and revise July fee statement (.1); review and revise interim fee application and email to F. Micheo (.3). | 0.40 |
| 10/12/2022 | Jacob Herz | Review and revise interim fee application. | 0.30 |
| 10/12/2022 | Robin Spigel | Review and revise 9th interim fee application, email with F. Micheo re same | 0.40 |
| 10/14/2022 | Jacob Herz | Finalize July fee statement for filing. | 0.50 |
| 10/14/2022 | Francisco Micheo | Finalizing July monthly fee statement. | 0.40 |
| 10/16/2022 | Jacob Herz | Review and revise ninth interim fee application | 0.30 |
| 10/16/2022 | Robin Spigel | Emails with J. Herz re 9th interim fee application | 0.20 |
| 10/17/2022 | Jacob Herz | Review and revise interim fee application for filing. | 1.10 |
| 10/17/2022 | Francisco Micheo | Finalizing August monthly fee statement (.2); finalizing ninth Interim fee application (.5). | 0.70 |
| 10/20/2022 | Jacob Herz | Review and revise Sept. 2022 fee statement. | 0.10 |
| 10/20/2022 | Robin Spigel | Review 35th monthly fee application; email with F. Micheo re same | 0.10 |
| 10/26/2022 | Francisco Micheo | Draft September monthly fee statement and email to client regarding same (.3). | 0.50 |
| 10/31/2022 | Francisco Micheo | Review docket for objections to monthly fee statements and 9th interim and email to client re same (.2). | 0.20 |
| | **Total - New York** | | **5.20** |

**LEGAL SERVICES**                                                                                        **5.20**

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084

**Invoice Number 6001042180**

**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Jacob Herz | 2.70 | 1,046.00 | 2,824.20 |
| Francisco Micheo | 1.80 | 693.00 | 1,247.40 |
| Robin Spigel | 0.70 | 1,262.00 | 883.40 |
| **Total** | **5.20** | | **4,955.00** |
| **TOTAL FOR LEGAL SERVICES** | **5.20** | | **$4,955.00** |

# ALLEN & OVERY

Jefferies LLC
520 Madison Avenue
10th Floor
New York, NY  10022

For the attention of Leon Szlezinger

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |

| | |
|---|---|
| U.S. Taxpayer ID # | 13-3302093 |
| Invoice Date | December 12, 2022 |
| Due Date | January 11, 2023 |
| **Invoice Number** | ▮▮▮▮▮ |

| | |
|---|---|
| **Subject** | **Jefferies - Purdue** |
| Our reference | 0113293-0000084/ROPS |
| Your reference | 5173 |
| Period | Through 11/30/2022 |

| | USD |
|---|---|
| **Charges** | |
| Legal Services | 2,742.50 |
| **Total Professional Services** | **2,742.50** |
| **AMOUNT DUE** | **$2,742.50** |

We kindly request payment of $ 2,742.50 to the following bank account, quoting reference 6001042502/0113293-0000084. If the details below are different than those you currently hold, please contact our Finance team before making payment.



Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763.  It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai,  Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084

**Invoice Number 6001042502**

**FEE DETAIL**

**LEGAL SERVICES**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|------|-----------|-------------|-------|
| 11/16/2022 | Robin Spigel | Attend interim fee application hearing | 0.80 |
| 11/21/2022 | Josh Neifeld | Review September fee statement and email correspondence concerning same | 0.50 |
| 11/21/2022 | Robin Spigel | Review September monthly fee application; email to F. Micheo re same | 0.10 |
| 11/23/2022 | Robin Spigel | Review 36th monthly fee statement; email with F. Micheo re same | 0.10 |
| 11/28/2022 | Francisco Micheo | Finalizing September monthly fee statement (.5); drafting October monthly (.3); email with client on filed applications and reviewing docket for objections (.1). | 0.90 |
| 11/28/2022 | Josh Neifeld | Review October fee application; email correspondence concerning same | 0.30 |
| | **Total - New York** | | **2.70** |

**LEGAL SERVICES**                                                                          **2.70**

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084

**Invoice Number 6001042502**

**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Francisco Micheo | 0.90 | 693.00 | 623.70 |
| Josh Neifeld | 0.80 | 1,071.00 | 856.80 |
| Robin Spigel | 1.00 | 1,262.00 | 1,262.00 |
| **Total** | **2.70** | | **2,742.50** |
| **TOTAL FOR LEGAL SERVICES** | **2.70** | | **$2,742.50** |

# ALLEN & OVERY

Jefferies LLC
520 Madison Avenue
New York, NY 10022

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

For the attention of Leon Szlezinger

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |

| | |
|---|---|
| U.S. Taxpayer ID # | |
| Invoice Date | January 11, 2023 |
| Due Date | February 10, 2023 |
| **Invoice Number** | **6001042826** |

| | |
|---|---|
| **Subject** | **Jefferies - Purdue** |

| | |
|---|---|
| Our reference | 0113293-0000084/ROPS |
| Your reference | 5173 |
| Period | Through 12/31/2022 |

| | USD |
|---|---|
| **Charges** | |
| Legal Services | 321.30 |
| **Total Professional Services** | **321.30** |
| **AMOUNT DUE** | **$321.30** |

We kindly request payment of $ 321.30 to the following bank account, quoting reference 6001042826/0113293-0000084. If the details below are different than those you currently hold, please contact our Finance team before making payment.



Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763.  It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084

**Invoice Number 6001042826**

**FEE DETAIL**

**LEGAL SERVICES**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|------|-----------|-------------|-------|
| 12/7/2022 | Josh Neifeld | Review Jefferies' October fee application and email correspondence to K. Murray re same (.3) | 0.30 |
| | **Total - New York** | | **0.30** |

| **LEGAL SERVICES** | | | **0.30** |

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                      **Invoice Number 6001042826**

**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Josh Neifeld | 0.30 | 1,071.00 | 321.30 |
| **TOTAL FOR LEGAL SERVICES** | **0.30** | | **$321.30** |

**<u>Exhibit C</u>**

**Certification of Leon Szlezinger**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., *et al.*,[1]

Debtors.

Chapter 11

Case No. 19-23649 (SHL)

(Jointly Administered)

## <u>CERTIFICATION</u>

I, Leon Szlezinger, certify as follows:

1.     I am the Managing Director and Joint Global Head of Debt Advisory & Restructuring at Jefferies LLC ("<u>Jefferies</u>") and I am the professional designated with the responsibility in these chapter 11 cases for compliance with the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, adopted by the Court on January 29, 2013 (the "<u>Amended Guidelines</u>").

2.     I have read Jefferies' tenth interim fee application (the "<u>Application</u>") for compensation for services rendered and reimbursement of expenses incurred in connection with such services for the period of September 1, 2022 through and including December 31, 2022.

3.     To the best of my knowledge, information and belief formed after reasonable inquiry: (a) the fees and disbursements sought fall within the Amended Guidelines; (b) the fees and out-of-pocket expenses requested herein are customarily charged by Jefferies and generally

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Tresser Forum, 201 Tresser Boulevard, Stamford, CT 06901.

accepted by Jefferies' clients; (c) in providing a reimbursable service, Jefferies does not make a profit on that service, whether the service is performed by Jefferies in-house or through a third party; and (d) copies of the Application have or will be served upon the Debtors,[2] the chair of the Committee and each of the Application Recipients (as defined in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order") and modified by the Fee Examiner Order).

4.      Pursuant to Section B.2 of the Amended Guidelines, I certify that Jefferies has advised the chair of the Committee on a regular basis of the fees and expenses incurred by Jefferies, and has provided or will provide the Application Recipients with the Monthly Fee Statements, which include Jefferies' time records, that form the basis of the Application. As of the date of the Application, no objections have been filed in relation to the Monthly Fee Statements.

5.      With respect to Section B.3 of the Amended Guidelines, I certify that the Debtors, the chair of the Committee and the U.S. Trustee have been or will be provided with a copy of the Application pursuant to the procedures set forth in the Interim Compensation Order and such parties will have at least 14 days to review the Application prior to any objection deadline with respect thereto.

*[This space is intentionally left blank.]*

---

[2]    Capitalized terms used but not otherwise defined in this Certification have the meanings given to such terms in the Application.

2

6.      Except as permitted pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, no agreement or understanding exists between Jefferies and any person for the sharing of compensation or reimbursement received or to be received by Jefferies in connection with these cases.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2023
New York, New York

JEFFERIES LLC

*/s/ Leon Szlezinger*
Leon Szlezinger
Managing Director and Joint Global Head of Debt Advisory & Restructuring