JONES DAY
John J. Normile
Nathan Yeary
250 Vesey Street
New York, NY 10281
Telephone:     212.326.3939
Facsimile:      212.755.7306

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## SUMMARY OF JONES DAY'S TENTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM SEPTEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2022 through and including December 31, 2022 |
| Amount of Compensation Requested for this Period: | $1,605,257.97 |
| Amount of Expense Reimbursement Requested for this Period: | $302,853.41 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $1,908,111.38 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $980,956.51 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $873.40 |
| Blended Rate in This Application for all Timekeepers: | $823.25 |
| Number of Timekeepers Included in this Application: | 17 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 7 |
| This is a | __ Monthly  _X_ Interim  ___ Final Fee Application |

**Fee Summary for the Period from September 1, 2022
through and including December 31, 2022**

| NAME | YEAR OF ADMISSION | 2022 RATE[1] | EFFECTIVE 2022 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 13 | $15,925.00 |
| Anthony C. Chen | 1993 | $1,025.00 | $891.75 | 48 | $49,200.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 197 | $236,400.00 |
| Scott D. Lyne | 2001 | $1,100.00 | $957.00 | 9.6 | $10,560.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 392 | $529,200.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 219.6 | $258,030.00 |
| **TOTAL PARTNER:** | | | | **879.2** | **$1,099,315.00** |
| John Boulé | 2018 | $725.00 | $630.75 | 201.3 | $145,942.50 |
| Chané Buck | 2017 | $645.00 | $561.15 | 13.9 | $8,965.50 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 21.4 | $19,153.00 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 347.3 | $277,840.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 282.6 | $206,298.00 |
| A M Smith | 2021 | $500.00 | $435.00 | 9.9 | $4,950.00 |
| **TOTAL ASSOCIATE:** | | | | **876.4** | **$663,149.00** |
| Kayla Cao | N/A | $50.00 | $43.50 | 6.0 | $300 |
| Stephen Ferry | N/A | $425.00 | $369.75 | 5.2 | $2,210.00 |
| Diane Hughes | N/A | $475.00 | $413.25 | 140.6 | $66,785.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 8.2 | $3,075 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 34.3 | $10,290.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **194.3** | **$82,660.00** |
| **TOTAL:** | | | | **1,949.9** | **$1,845,124.00** |
| **AFTER 13% DISCOUNT:** | | | | | **$1,605,257.97** |

---

[1] This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2022, Jones Day used 2021 standard billable rates in calculating amounts due for legal services performed).

[2] This rate reflects the effective 2022 billable rate after application of the thirteen percent (13%) discount.

**Summary of Disbursements and Expenses for the Period from**
**September 1, 2022 through and including December 31, 2022**

| Expenses | Amount |
|---|---|
| Overnight Courier | $1,470.36 |
| Consultant Fees | $251,421.56 |
| Printing Charges | $33,073.39 |
| Travel - Food | $1,214.91 |
| Travel - Hotel | $8,389.70 |
| Travel - Taxi | $972.13 |
| Travel - Train | $4,092.00 |
| Travel - Air | $2,014.38 |
| Travel - Parking | $24.50 |
| Mailing Charges | $39.98 |
| Court Costs | $54.00 |
| Publication Expenses | $86.50 |
| **Total:** | **$302,853.41** |

### Blended Rate of Professionals – Total (After 13% Discount)

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation | Total Compensation (after discount) |
|---|---|---|---|---|
| Partners & Counsel | $1,087.81 | 879.2 | $1,099,315.00 | $956,404.05 |
| Associates | $658.31 | 876.4 | $663,149.00 | $576,939.63 |
| Legal Support | $370.12 | 194.3 | $82,660.00 | $71,914.20 |
| **TOTAL** | **$823.25** | **1,949.90** | **$1,845,124.00** | **$1,605,257.88** |

### Comparable and Customary Compensation Disclosure

| Category of Timekeepers | Blended Rate[1] Comparable Non-Bankruptcy Invoices[2] | Blended Rate This Compensation Period[3] |
|---|---|---|
| Partners & Counsel | $1,028 | $1,087.32 |
| Associates | $615 | $658.31 |
| Legal Support | $363 | $370.12 |
| **TOTAL** | **$810** | **$818.45** |

---

[1]  Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]."  During the Compensation Period, no domestic office other than New York and D.C. offices billed at least 10% of the hours to the bankruptcy case.

[2]  Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3]  Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

## Monthly Fee Statements/Interim Fee Applications (Filed)

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| March 16, 2020 ECF 948 | September 15, 2019 – January 31, 2020 | $1,067,512.46 | $1,067,512.46 (100%) | $12,001.56 | $1,046,946.21 (reduced by $20,566.25) | $12,001.56 (100%) | $1,058,947.77 | $0.00 |
| July 15, 2020 ECF 1406 | February 1, 2020 – May 31, 2020 | $735,002.54 | $735,002.54 (100%) | $40,243.35 | $725,002.54 (reduced by $10,000) | $40,243.35 (100%) | $765,245.89 | $0.00 |
| November 16, 2020 ECF 1968 | June 1, 2020 – September 30, 2020 | $640,809.81 | $640,809.81 (100%) | $10,725.56 | $620,809.81 (reduced by $20,000) | $10,725.56 (100%) | $631,535.38 | $0.00 |
| March 17, 2021 ECF 2510 | October 1, 2020 – January 31, 2021 | $374,357.09 | $374,357.09 (100%) | $9,729.37 | $374,357.09 (100%) | $9,729.37 (100%) | $384,087.50 | $0.00 |
| July 15, 2021 ECF 3207 | February 1, 2021 – May 31, 2021 | $882,115.82 | $882,115.82 (100%) | $21,909.83 | $880,797.82 (reduced by $1,318) | $21,909.83 (100%) | $902,707.65 | $0.00 |
| November 15, 2021 ECF 4123 | June 1, 2021 – September 30, 2021 | $1,151,574.20 | $1,151,574.20 (100%) | $91,270.27 | $1,147,639.70 (reduced by $3,934.50) | $91,270.27 (100%) | $1,238,909.92 | $0.00 |
| March 17, 2022 ECF 4716 | October 1, 2021 – January 31, 2022 | $1,166,724.81 | $1,166,724.81 (100%) | $110,609.55 | $1,161,725.00 (reduced by $5,000) | $110,544.95 (reduced by $64.60) | $1,272,269.69 | $0.00 |
| October 17, 2022 ECF 5163 | May 1, 2022 – August 31, 2022 | $1,150,485.39 | $1,150,485.39 (100%) | $339,454.17 | $1,148,945.39 (reduced by $1,540) | $339,078.87 (reduced by $375.30) | $1,488,024.26 | $0.00 |
| October 14, 2022 ECF 5144 | September 1, 2022 – September 30, 2022 | $843,115.78 | $674,492.63 (80%) | $35,447.57 | $674,492.63 (80%) | $35,447.57 | $709,940.12 | $168,623.12 |
| November 22, 2022 ECF 5253 | October 1, 2022 – October 31, 2022 | $285,466.14 | $228,372.91 (80%) | $42,643.48 | $228,372.91 (80%) | $42,643.48 | $271,016.39 | $57,093.22 |
| February 7, 2023 ECF 5400 | November 1, 2022 – November 30, 2022 | $317,888.87 | $254,311.09 (80%) | $183,962.36 | N/A | N/A | $0.00 | $501,185.21 |
| February 7, 2023 ECF 5401 | December 1, 2022 – December 31, 2022 | $166,116.93 | $132,893.54 (80%) | $40,800.00 | N/A | N/A | $0.00 | $206,916.93 |
| **TOTAL**[1] | | **$8,781,169.84** | **$8,458,652.29** | **$938,797.07** | **$8,009,089.10** | **$713,594.81** | **$8,722,684.57** | **$933,818.48** |

---

[1] While preparing this Application, Jones Day determined to exclude fees incurred by 10 transient timekeepers, in the total amount of 20.4 hours, that performed minimal amount of work during the relevant Compensation Period. This adjustment is not reflected in the Monthly Fee Statements submitted for the Compensation Period.

JONES DAY
John J. Normile
Nathan Yeary
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## JONES DAY'S TENTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM SEPTEMBER 1, 2022 THROUGH DECEMBER 31, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby files its tenth interim application (this "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), for (i) allowance of compensation in the amount of $1,605,257.97 (as discounted from $1,845,124.10) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $302,853.41, for the period from September 1, 2022 through and including December 31, 2022 (the "Compensation Period"). In support of this Application, Jones Day respectfully represents as follows:

**Background**

*General Background*

1.     On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to manage and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee has been appointed in the Debtors' chapter 11 cases (the "Chapter 11 Cases") as of the date hereof.

2.     Background information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, corporate structure, financial condition and the events leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on September 16, 2019 [ECF No. 17].

3.      On December 5, 2019, the Debtors filed an *Application of the Debtors for an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 601].

4.      On December 20, 2019, this Court entered an *Order Authorizing the Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 690].

5.      On April 8, 2020, the Court entered an order appointing an independent fee examiner (the "Fee Examiner") in these Chapter 11 Cases [ECF No. 1023].

6.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

7.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law, including with respect to on-going domestic patent litigation matters and two highly confidential foreign patent litigation matters.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

**Statements by Jones Day**

8.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S.

Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

**Statements by Jones Day Pursuant to Section C(5) of
the U.S. Trustee Guidelines – Certain Fee and Rate Matters**

9.    Consistent with the pre-petition practice, Jones Day agreed to charge the Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2022, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2021 billable rates for 2022 in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

10.    None of the hourly rates of Jones Day's professionals and paralegals included in this Application have been varied based on the geographic location of these Chapter 11 Cases.

11.    This Application includes minimal time (0.7 hours) related to reviewing time records to ensure the protection of any privileged or other confidential information and revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee Statements (as defined below) or this Application.

**Statements by Jones Day Pursuant to Section C(6) of the
U.S. Trustee Guidelines — Information About Budget and Staffing Plans**

12.    Jones Day and the Debtors agreed to a budget for each significant litigation matter being handled by Jones Day during the Compensation Period.  The fees sought in this Application are within the budgets discussed with and approved in advance by the Debtors.  Moreover, for matters for which no budget was agreed upon, the work flow was either minimal or not as predictable and hours expended were not as susceptible to estimation.

**Jurisdiction and Venue**

13.    The Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested and Reasons Therefore**

*Authority for Relief*

14.    Jones Day makes this Application (a) pursuant to sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and (b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local Guidelines, the "Guidelines").

*Request for Interim Allowance of*
*Compensation and Reimbursement of Expenses*

15.    Jones Day hereby seeks interim (i) allowance of compensation in the amount of $1,605,257.97 (as discounted from $1,845,124.10) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $302,853.41 for the Compensation Period.  This is the tenth interim application for reimbursement of fees and expenses filed by Jones Day in connection with the Debtors' Chapter 11 Cases.

16.    Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and incorporated herein are the following:

(a)      a cover sheet summarizing the contents of this Application;

(b)      a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)      a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)      computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)      a summary of total compensation and expenses previously awarded by the court.

17.      In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as Exhibit A; (b) a table identifying the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as Exhibit B; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as Exhibit C; (d) a table identifying, by project category, the number of hours worked and amount of fees requested as compared to the agreed-upon budget is attached hereto as Exhibit D; and (e) detailed time records for the Compensation Period are attached hereto as Exhibit E.[2]

---

[2] The time records included in Exhibit E have been redacted to protect privileged and sensitive information.

***Prior Payments to Jones Day***

18.    In accordance with the Interim Compensation Procedures Order, to date Jones Day filed the following 9 fee applications (the "<u>Interim Fee Applications</u>") and 4 monthly fee statements (the "<u>Monthly Fee Statements</u>"):

a.    On March 16, 2020, Jones Day filed the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* [ECF No. 948], seeking allowance of $1,067,512.46 (after application of agreed upon discount) in fees for services rendered and reimbursement of $12,001.56 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $20,566.25 reduction agreed upon between Jones Day and the Fee Examiner.

b.    On July 15, 2020, Jones Day filed the *Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2020 to May 31, 2020* [ECF No. 1406], seeking allowance of $735,002.54 (after application of agreed upon discount) in fees for services rendered and reimbursement of $40,243.35 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $10,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

c.    On November 16, 2020, Jones Day filed the *Third Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2020 to September 30, 2020* [ECF No. 1968], seeking allowance of $640,809.81 (after application of agreed upon discount) in fees for services rendered and reimbursement of $10,725.56 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $20,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

d.    On March 17, 2021, Jones Day filed the *Fourth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from October 1, 2020 to January 31, 2021* [ECF No. 2510], seeking allowance of $374,357.09 (after application of agreed upon discount) in fees for services rendered and

reimbursement of $9,729.37 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application.

e.  On July 15, 2021, Jones Day filed the *Fifth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2021 to May 31, 2021* [ECF No. 3207], seeking allowance of $882,115.82 (after application of agreed upon discount) in fees for services rendered and reimbursement of $21,909.83 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $1,318.00 reduction agreed upon between Jones Day and the Fee Examiner.

f.  On November 15, 2021, Jones Day filed the *Sixth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2021 to September 30, 2021* [ECF No. 4123], seeking allowance of $1,151,574.20 (after application of agreed upon discount) in fees for services rendered and reimbursement of $91,270.27 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $3,934.50 reduction agreed upon between Jones Day and the Fee Examiner.

g.  On March 17, 2022, Jones Day filed the *Seventh Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from October 1, 2021 through January 31, 2022* [ECF No. 4553], seeking allowance of $1,166,724.81 (after application of agreed upon discount) in fees for services rendered and reimbursement of $110,609.55 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $5,000 reduction in fees and $64.60 reduction in expenses agreed upon between Jones Day and the Fee Examiner.

h.  On May 16, 2022, Jones Day filed the *Eighth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2022 through April 30, 2022* [ECF No. 4803], seeking allowance of $1,246,658.67 (after application of agreed upon discount) in fees for services rendered and reimbursement of $27,752.70 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application.

i.        On October 17, 2022, Jones Day filed the *Ninth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from May 1, 2022 through August 31, 2022* [ECF No. 5163], seeking allowance of $1,150,482.39 (after application of agreed upon discount) in fees for services rendered and reimbursement of $339,454.17 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $1,540.00 reduction in fees and $375.30 reduction in expenses agreed upon between Jones Day and the Fee Examiner.

j.        On October 14, 2022, Jones Day filed and served the *Thirty-Fifth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from September 1, 2022 through September 31, 2022* [ECF No. 5144], seeking allowance of $843,115.78 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $35,447.57 in expenses incurred in connection with the services provided for the Debtors.

k.        On November 22, 2022, Jones Day filed and served the *Thirty-Sixth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from October 1, 2022 through October 31, 2022* [ECF No. 5253] seeking allowance of $285,466.14 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $42,643.48 in expenses incurred in connection with the services provided for the Debtors.

l.        On February 7, 2023. Jones Day filed and served the *Thirty-Seventh Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from November 1, 2022 through November 30, 2022* [ECF No. 5400] seeking allowance of $317,888.87 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $183,962.36 in expenses incurred in connection with the services provided for the Debtors.

m.       On February 7, 2023, Jones Day filed and served the *Thirty-Eighth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from December 1, 2022 through December 31, 2022* [ECF No. 5401] seeking

allowance of $166,116.93 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $40,800.00 in expenses incurred in connection with the services provided for the Debtors.

19.    To date, Jones Day has received $8,722,684.57 on account of the aforementioned Interim Fee Applications and Monthly Fee Statements.

**Services Provided by Jones Day by Project Category**

20.    The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines.  For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines, including, for each project category, (a) the identity of each person providing services on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

**(1) *Purdue Pharma L.P., et al. v Collegium Pharmaceuticals (12.8 hours)***

21.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter.  Specifically, Jones Day professionals negotiated and prepared stipulations regarding extension of litigation timelines, prepared for and participated in several meet and confers, and addressed various discovery disputes.  Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation..

(1)   *Intellipharmaceutics Corp. (2.0 hours)*

22.   During the Compensation Period, Jones Day professionals performed minimal work relating to the Stipulation and Order regarding destruction of documents.

(3)   *Collegium 961 PGR (253.3 hours)*

23.   During the Compensation Period, Jones Day professionals continued advising the Debtors with respect to this on-going matter.  Specifically, Jones Day professionals reviewed and analyzed the PTO's intervenor brief, drafted the Debtors' reply brief to Collegium's opposition brief and the PTO's intervenor brief, and extensively researched legal issues in connection therewith.  Jones Day professionals further engaged in numerous internal and external conferences in connection with the appeal, and advised the Debtors with respect to strategic decisions in connection with this appeal.

(4)   *Accord Healthcare Inc. (1,533.7  hours)*

24.   During the Compensation Period, Jones Day professionals advised the Debtors with respect to these two on-going litigation matters.   Specifically, Jones Day professionals prepared for and attended trial in September 2022, drafted the Debtors' post-trial brief and proposed findings of fact, reviewed and analyzed Accord's corresponding post-trial briefing, and extensively researched legal issues in connection therewith.  Jones Day professionals further engaged in numerous internal and external conferences in connection with the trial and post-trial briefing.  In the second patent infringement litigation initiated against Accord, Jones Day prepared and filed joint stipulations regarding personal jurisdiction, venue, discovery, infringement, and claim construction; and exchanged initial discovery.  Jones Day further advised the Debtors with respect to strategic decisions in connection with these litigations..

(5) *Confidential Matter I (42.8  hours)*

25.   The work performed on this matter is highly confidential.

**(6)** *Retention Matters (53.3 hours)*

26.     During the Compensation Period, Jones Day professionals prepared Jones Day's ninth interim fee application and four Monthly Fee Statements.  Jones Day professionals also spent time attending hearings, preparing budgets and communicating with the fee examiner appointed in these bankruptcy proceedings.

**(7)** *Confidential Matter II (72.4 hours)*

27.     The work performed on this matter is highly confidential.

***The Requested Fees Are Reasonable***

28.     The amount of fees sought by Jones Day is appropriate given the issues presented by the Debtors' Chapter 11 Cases.  In addition, these fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar chapter 11 cases.  Jones Day's work on the aforementioned active litigation matters is beneficial to the Debtors, the Debtors' estates and other parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates for the benefit of all parties in interest.

**Expenses Incurred By Jones Day**

29.     Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case.  11 U.S.C. § 330.  Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $302,853.41.

30.     During the Compensation Period, the bulk of expenses was incurred in connection with expert fees.  In connection with on-going patent litigation, Jones Day worked with technical and damages experts, and also incurred fees in connection with storage charges for maintaining chemical samples crucial to certain litigation matters.  Incurrence of these expenses was essential to preparation for trial that commenced in September 2022, in which the

Debtors extensively relied on expert testimony, and was necessary to the preservation of the Debtors' assets during the bankruptcy proceedings. The expenses for which Jones Day seeks reimbursement are reasonable, actual and necessary, and are of the kind customarily billed to non-bankruptcy clients.

31.     Consistent with section C(13) of the U.S. Trustee Guidelines and sections A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as Exhibits C and E hereto identify the expenses sought to be reimbursed herein in chronological order, including for each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for the expense.

32.     In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a)     No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)     Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)     The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends.  Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

33.     Jones Day believes that this Application reflects all expenses incurred during the Compensation Period.  To the extent any such expenses have not yet been billed as of

the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

### Adjustment to Fees and Expenses

34. Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors. Jones Day wrote off a total sum of $19,948.29 during the Compensation Period.[3] The adjustments made by Jones Day result from, among other things: (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones Day or required by applicable rules.

### The Requested Compensation Should Be Allowed

35. Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)  reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)  reimbursement for actual, necessary expenses.

---

[3] While preparing this Application, Jones Day determined to exclude fees incurred by 10 transient timekeepers, in the total amount of 20.4 hours, that performed minimal amount of work during the relevant Compensation Period. This adjustment is not reflected in the $19,948.29 write off.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the

Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> 1.    the time spent on such services;
>
> 2.    the rates charged for such services;
>
> 3.    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> 4.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> 5.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> 6.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

36.    Jones Day respectfully submits that it has satisfied the requirements for the

allowance of the compensation and reimbursement of expenses sought herein.  The services

described above were necessary to the administration of the Debtors' Chapter 11 Cases and were

beneficial to the Debtors and parties in interest.  Jones Day's services were often performed in a

minimum amount of time and commensurate with the complexity of the matters facing the

Debtors.  Further, the compensation sought by Jones Day is reasonable because it is based on the

customary compensation charged by comparably skilled practitioners outside of bankruptcy.

## Review by the Debtors

37.    The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

## Notice

38.    Notice of this Application has been provided in accordance with procedures set forth in the Interim Compensation Procedures Order and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498]. Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing on an interim basis compensation in the amount of $1,605,257.97 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $302,853.41 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated:  February 14, 2023
       New York, New York

Respectfully submitted,

/s/ Nathan Yeary
JONES DAY
John J. Normile
Nathan Yeary
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:  jnormile@jonesday.com
       nyeary@jonesday.com

## EXHIBIT A

**Certification of John J. Normile**

JONES DAY
John J. Normile
Nathan Yeary
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | : |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## <u>CERTIFICATION OF JOHN J. NORMILE</u>

I, John J. Normile, hereby certify as follows:

1.    I am a partner in the law firm of Jones Day.  I submit this certification with respect to *Jones Day's Tenth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 1, 2022 through December 31, 2022* (the "Application").[2]

2.    I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]  All capitalized terms used but not defined herein have the meanings given to them in the Application.

3.      In connection therewith, I hereby certify that:

(a)      I have read the Application;

(b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)      Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)      The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)      In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)      With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

(g)      With respect to section B.3 of the Local Guidelines, I certify that the Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

<u>Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines</u>

4.      The following statement is provided pursuant to section C.5 of the U.S. Trustee Guidelines:

(a)    **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

       **Answer:**  Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

(b)    **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

       **Answer:**  The fees sought in this Application are within the matter-specific budgets discussed with and approved in advance by the Debtors as shown on <u>Exhibit D</u>.  For matters for which no budget was agreed upon, the work flow was either minimal or not as predictable and hours expended were not as susceptible to estimation.

(c)    **Question:**  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

       **Answer:**  No.

(d)    **Question:**  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

       **Answer:**  No.

(e)    **Question:**  Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

       **Answer:**  Yes, the application includes .7 hours spent on redacting privileged and confidential information from the time records.

(f)    **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

       **Answer:**  Yes, the Debtor reviewed and approved the rate increase in advance and agreed to future rate increases.

Dated:  February 14, 2023
        New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:        jnormile@jonesday.com

*Special Counsel to the Debtors*

## EXHIBIT B

**Summary of Professionals for Compensation Period**

## SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | 2022 RATE[1] | EFFECTIVE 2022 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Gregory A. Castanias | 1990 | $1,225.00 | $1,065.75 | 13 | $15,925.00 |
| Anthony C. Chen | 1993 | $1,025.00 | $891.75 | 48 | $49,200.00 |
| Gasper J. LaRosa | 2002 | $1,200.00 | $1,044.00 | 197 | $236,400.00 |
| Scott D. Lyne | 2001 | $1,100.00 | $957.00 | 9.6 | $10,560.00 |
| John J. Normile | 1989 | $1,350.00 | $1,174.50 | 392 | $529,200.00 |
| Jennifer L. Swize | 2005 | $1,175.00 | $1,022.25 | 219.6 | $258,030.00 |
| **TOTAL PARTNER:** | | | | **879.2** | **$1,099,315.00** |
| John Boulé | 2018 | $725.00 | $630.75 | 201.3 | $145,942.50 |
| Chané Buck | 2017 | $645.00 | $561.15 | 13.9 | $8,965.50 |
| Anna Kordas | 2014 | $895.00 | $778.65 | 21.4 | $19,153.00 |
| Kevin V. McCarthy | 2016 | $800.00 | $696.00 | 347.3 | $277,840.00 |
| Adam M. Nicolais | 2017 | $730.00 | $635.10 | 282.6 | $206,298.00 |
| A M Smith | 2021 | $500.00 | $435.00 | 9.9 | $4,950.00 |
| **TOTAL ASSOCIATE:** | | | | **876.4** | **$663,149.00** |
| Kayla Cao | N/A | $50.00 | $43.50 | 6.0 | $300 |
| Stephen Ferry | N/A | $425.00 | $369.75 | 5.2 | $2,210.00 |
| Diane Hughes | N/A | $475.00 | $413.25 | 140.6 | $66,785.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 8.2 | $3,075 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 34.3 | $10,290.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **194.3** | **$82,660.00** |
| **TOTAL:** | | | | **1,949.9** | **$1,845,124.00** |
| **AFTER 13% DISCOUNT:** | | | | | **$1,605,257.97** |

---

[1] This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2022, Jones Day used 2021 standard billable rates in calculating amounts due for legal services performed).

[2] This rate reflects the effective 2022 billable rate after application of the thirteen percent (13%) discount.

# **EXHIBIT C**

**Summary of Disbursements and Expenses for Compensation Period**

NAI-1535384004v4

## SUMMARY OF DISBURSEMENTS AND EXPENSES
## FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Overnight Courier | $1,470.36 |
| Consultant Fees | $251,421.56 |
| Printing Charges | $33,073.39 |
| Travel - Food | $1,214.91 |
| Travel - Hotel | $8,389.70 |
| Travel - Taxi | $972.13 |
| Travel – Train | $4,092.00 |
| Travel - Air | $2,014.38 |
| Travel - Parking | $24.50 |
| Mailing Charges | $39.98 |
| Court Costs | $54.00 |
| Publication Expenses | $86.50 |
| **Total:** | **$302,853.41** |

# **EXHIBIT D**

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPLIANCE WITH THE BUDGET

| Matter | Hours Billed this Compensation Period | Fees Incurred this Compensation Period (after application of 13% discount) | Agreed Upon Budget for this Compensation Period |
|---|---|---|---|
| Collegium Pharmaceuticals | 12.8 | $11,009.85 | $185,000.00 |
| Intellipharmaceutics Corp. | 2.0 | $1,870.50 | $100,000.00 |
| Collegium 961 PGR | 253.3 | $185,070.75 | $258,000.00 |
| Accord Healthcare Inc. | 1,533.7 | $1,306,033.56 | $1,535,000.00 |
| Retention Matters | 53.3 | $38,165.68 | |
| Confidential Matter I | 42.8 | $32,753.33 | $58,000.00 |
| Confidential Matter II | 72.4 | $37,684.05 | $70,000.00 |
| Transient Timekeeper Reduction[1] | (20.4) | ($7,329.75) | |
| **Total:** | **1,949.9** | **$1,605,257.97** | **$2,206,000.00** |

---

[1] While preparing this Application, Jones Day determined to exclude fees incurred by 10 transient timekeepers, in the total amount of 20.4 hours, that performed minimal amount of work during the relevant Compensation Period. This adjustment is not reflected in the Monthly Fee Statements submitted for the Compensation Period.

# **EXHIBIT E**

**Time Detail for September 1, 2022 through December 31, 2022**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022                                                   305158.000002
                                                                    Invoice: 220908015

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

|  |  |  |
|---|---|---|
| ███████████████████████ | USD | 3,942.50 |
| Less 13% Fee Discount | | (512.53) |
| Total Billed Fees | USD | 3,429.97 |
| **TOTAL** | **USD** | **3,429.97** |





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022                                                   305158.000003
                                                          Invoice: 220908016

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---|
| ██████████████████████ | USD | 25,812.50 |
| Less 13% Discount | | (3,355.63) |
| Total Billed Fees | USD | 22,456.87 |
| **TOTAL** | **USD** | **22,456.87** |







# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022                                                    305158.610005
                                                                Invoice: 220908017

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 3,510.00 |
| Less 13% Discount | | (456.30) |
| Total Billed Fees | USD | 3,053.70 |
| **TOTAL** | **USD** | **3,053.70** |

Please remit payment to:

**JONES DAY**

Page: 2
October 12, 2022
Invoice: 220908017

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 2.60 | 1,350.00 | 3,510.00 |
| **Total** | **2.60** | **USD** | **3,510.00** |

# JONES DAY

305158.610005

Page: 3
October 12, 2022

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 220908017

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/29/22 | J J Normile | 1.80 |

| 09/30/22 | J J Normile | 0.80 |
| | **Total** | **2.60** |

JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022                                                      305158.610022
                                                                    Invoice: 220908018

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 20,382.50 |
| Less 13% Discount | | (2,649.73) |
| Total Billed Fees | USD | 17,732.77 |
| **TOTAL** | **USD** | **1, ., 327, ,** |

Please remit payment to:

PLEASE REFERENCE 305158 610022/220908018 WITH YOUR PAYMENT

JONES DAY

305158.610022

Collegium 961 PGR

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 2.00 | 1,225.00 | 2,450.00 |
| J J Normile | 1.00 | 1,350.00 | 1,350.00 |
| J L Swize | 5.00 | 1,175.00 | 5,875.00 |
| Associate |  |  |  |
| J R Boule | 12.70 | 725.00 | 9,207.50 |
| Project Assistant |  |  |  |
| Q M Sargent | 4.00 | 375.00 | 1,500.00 |
| **Total** | **24.70** | **USD** | **20,382.50** |

# JONES DAY

305158.610022

Collegium 961 PGR

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/02/22 | J L Swize | 0.30 |
| 09/07/22 | J R Boule | 0.30 |
| 09/15/22 | J R Boule | 1.60 |
| 09/15/22 | J L Swize | 0.50 |
| 09/28/22 | J R Boule | 6.40 |
| 09/28/22 | G A Castanias | 1.50 |
| 09/28/22 | J J Normile | 1.00 |
| 09/28/22 | Q M Sargent | 0.20 |
| 09/28/22 | J L Swize | 0.40 |
| 09/29/22 | J R Boule | 2.40 |
| 09/29/22 | G A Castanias | 0.50 |
| 09/29/22 | Q M Sargent | 2.10 |
| 09/29/22 | J L Swize | 0.70 |
| 09/30/22 | J R Boule | 2.00 |

## JONES DAY

305158.610022

Collegium 961 PGR

Page: 4
October 12, 2022
Invoice: 220908018

| | | |
|---|---|---|
| 09/30/22 | Q M Sargent | 1.70 |
| | ███████████████████ | |
| 09/30/22 | J L Swize | 3.10 |
| | ███████████████████ | |
| | **Total** | **24.70** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.610028
Invoice: 220908019

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | | |
|---|---|---|---|
| Accord Healthcare Inc. | | USD | 910,094.50 |
| Less 13% Discount | | | (118,312.29) |
| Total Billed Fees | | USD | 791,782.21 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 26,799.70 | | |
| Travel - Air Fare | 1,028.82 | | |
| Travel - Food and Beverage Expenses | 1,063.31 | | |
| Travel - Hotel Charges | 3,331.90 | | |
| Travel - Other Costs | 200.10 | | |
| Travel - Taxi Charges | 204.38 | | |
| Travel - Train Fare | 1,349.00 | | |
| United Parcel Service Charges | 1,470.36 | | |
| | | USD | 35,447.57  ** |
| **TOTAL** | | **USD** | **827,229.78** |

Please remit payment to:

PLEASE REFERENCE 305158 610028/220908019 WITH YOUR PAYMENT

** = Food, beverage and entertainment expense in accordance with I R C  Sect  274(e)3, included in this amount is USD1,063 31

305158.610028

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| G J Larosa | 146.00 | 1,200.00 | 175,200.00 |
| J J Normile | 227.00 | 1,350.00 | 306,450.00 |
| J L Swize | 94.30 | 1,175.00 | 110,802.50 |
| **Associate** |  |  |  |
| K McCarthy | 176.00 | 800.00 | 140,800.00 |
| A M Nicolais | 151.90 | 730.00 | 110,887.00 |
| **Paralegal** |  |  |  |
| D L Hughes | 134.20 | 475.00 | 63,745.00 |
| **Project Manager** |  |  |  |
| S Ferry | 5.20 | 425.00 | 2,210.00 |
| **Total** | **934.60** | **USD** | **910,094.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/22 | K McCarthy | 1.00 |
| 09/01/22 | J J Normile | 8.30 |
| | Travel to Wilmington, Delaware for upcoming pretrial conference | |
| 09/01/22 | J L Swize | 7.40 |
| 09/02/22 | G J Larosa | 2.00 |
| 09/02/22 | K McCarthy | 1.00 |
| 09/02/22 | J J Normile | 7.80 |
| | Prepare for and participate in pretrial conference before Judge Andrews | |
| 09/02/22 | J L Swize | 3.50 |
| 09/03/22 | J J Normile | 4.60 |
| 09/04/22 | A M Nicolais | 2.50 |
| 09/04/22 | J J Normile | 4.80 |
| 09/04/22 | J L Swize | 0.20 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
October 12, 2022
Invoice: 220908019



| 09/05/22 | G J Larosa | 3.00 |
|---|---|---|
| 09/05/22 | K McCarthy | 7.00 |
| 09/05/22 | A M Nicolais | 1.40 |
| 09/05/22 | J J Normile | 5.00 |
| 09/06/22 | G J Larosa | 6.00 |
| 09/06/22 | K McCarthy | 8.00 |
| 09/06/22 | A M Nicolais | 9.50 |
| 09/06/22 | J J Normile | 7.90 |
| 09/06/22 | J L Swize | 3.20 |
| 09/07/22 | D L Hughes | 1.50 |

Multiple emails to Morris Nichols (local counsel) regarding logistics for trial.

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
October 12, 2022
Invoice: 220908019

| 09/07/22 | G J Larosa | 4.00 |
|---|---|---|



| 09/07/22 | K McCarthy | 7.00 |
|---|---|---|

| 09/07/22 | A M Nicolais | 4.60 |
|---|---|---|

| 09/07/22 | J J Normile | 6.00 |
|---|---|---|

| 09/07/22 | J L Swize | 1.70 |
|---|---|---|

| 09/08/22 | S Ferry | 3.10 |
|---|---|---|

Conference calls (multiple) with M. Petrella, B. Borkowski (Firm network engineers), and D. Kelley, I. Murphy (Morris Nichols) regarding logistics and technology support for Purdue Pharma trial in Wilmington, DE; draft technology support plan regarding same.

| 09/08/22 | D L Hughes | 0.40 |
|---|---|---|

Emails to K. Abebe, B. Nicoll, and J. Sullivan regarding COVID tests.

| 09/08/22 | G J Larosa | 5.00 |
|---|---|---|

| 09/08/22 | K McCarthy | 8.00 |
|---|---|---|

| 09/08/22 | A M Nicolais | 0.30 |
|---|---|---|

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 6
October 12, 2022
Invoice: 220908019



| 09/08/22 | J J Normile | 6.70 |

| 09/08/22 | J L Swize | 3.30 |

| 09/09/22 | S Ferry | 1.30 |

Correspond by email (multiple) with M. Cashmere, B. Borkowski, and R. Tam (Firm I.T.) staff regarding Wilmington, DE, war room printers and scanner installation to support trial team.

| 09/09/22 | G J Larosa | 6.00 |

| 09/09/22 | K McCarthy | 7.50 |

| 09/09/22 | A M Nicolais | 8.90 |

| 09/09/22 | J J Normile | 5.80 |

| 09/09/22 | J L Swize | 2.20 |

| 09/10/22 | S Ferry | 0.80 |

Review printer/scanner installation progress for Wilmington, DE (Purdue Pharma war room); draft updated directions to I.T. where necessary.

# JONES DAY



| 09/10/22 | J J Normile | 4.00 |
| 09/11/22 | G J Larosa | 3.00 |
| 09/11/22 | A M Nicolais | 0.50 |
| 09/11/22 | J J Normile | 4.50 |
| 09/11/22 | J L Swize | 0.80 |
| 09/12/22 | D L Hughes | 5.50 |

Prepare supplies/documents for shipment to Wilmington DE (4.2); prepare trial team contact list (1.3).

| 09/12/22 | G J Larosa | 7.00 |
| 09/12/22 | K McCarthy | 10.00 |
| 09/12/22 | A M Nicolais | 9.40 |
| 09/12/22 | J J Normile | 10.80 |
| 09/12/22 | J L Swize | 0.30 |

**JONES DAY**

09/13/22          D L Hughes                                      7.30
Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

09/13/22          G J Larosa                                      11.00


09/13/22          K McCarthy                                      10.00

09/13/22          A M Nicolais                                    13.20

09/13/22          J J Normile                                     11.00

09/14/22          D L Hughes                                      14.00
Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

09/14/22          G J Larosa                                      11.00

09/14/22          K McCarthy                                      12.00

09/14/22          A M Nicolais                                    13.30

09/14/22          J J Normile                                     13.50

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 9
October 12, 2022
Invoice: 220908019



| | | |
|---|---|---|
| 09/14/22 | J L Swize | 1.00 |

| | | |
|---|---|---|
| 09/15/22 | D L Hughes | 15.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| | | |
|---|---|---|
| 09/15/22 | G J Larosa | 9.00 |

| | | |
|---|---|---|
| 09/15/22 | K McCarthy | 13.00 |

| | | |
|---|---|---|
| 09/15/22 | A M Nicolais | 13.70 |

| | | |
|---|---|---|
| 09/15/22 | J J Normile | 13.50 |

| | | |
|---|---|---|
| 09/15/22 | J L Swize | 5.20 |

| | | |
|---|---|---|
| 09/16/22 | D L Hughes | 14.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

# JONES DAY

305158.610028

Accord Healthcare Inc.

| 09/16/22 | G J Larosa | 11.00 |
|---|---|---|

| 09/16/22 | K McCarthy | 12.00 |
|---|---|---|

| 09/16/22 | A M Nicolais | 12.50 |
|---|---|---|

| 09/16/22 | J J Normile | 13.50 |
|---|---|---|

| 09/16/22 | J L Swize | 6.90 |
|---|---|---|

| 09/17/22 | D L Hughes | 15.00 |
|---|---|---|

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| 09/17/22 | G J Larosa | 11.00 |
|---|---|---|

| 09/17/22 | K McCarthy | 12.00 |
|---|---|---|

| 09/17/22 | A M Nicolais | 10.50 |
|---|---|---|



**JONES DAY**

305158.610028

Page: 11
October 12, 2022

Accord Healthcare Inc.

Invoice: 220908019



| 09/17/22 | J J Normile | 13.50 |
| 09/17/22 | J L Swize | 5.70 |
| 09/18/22 | D L Hughes | 15.00 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| 09/18/22 | G J Larosa | 13.00 |
| 09/18/22 | K McCarthy | 14.00 |
| 09/18/22 | A M Nicolais | 15.00 |
| 09/18/22 | J J Normile | 14.30 |
| 09/18/22 | J L Swize | 8.50 |

# JONES DAY



| 09/19/22 | D L Hughes | 15.00 |
|---|---|---|

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| 09/19/22 | G J Larosa | 13.50 |
|---|---|---|

| 09/19/22 | K McCarthy | 14.00 |
|---|---|---|

| 09/19/22 | A M Nicolais | 15.00 |
|---|---|---|

| 09/19/22 | J J Normile | 15.00 |
|---|---|---|

| 09/19/22 | J L Swize | 15.00 |
|---|---|---|

| 09/20/22 | D L Hughes | 15.00 |
|---|---|---|

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders.

| 09/20/22 | G J Larosa | 13.00 |
|---|---|---|

| 09/20/22 | K McCarthy | 14.00 |
|---|---|---|

| 09/20/22 | A M Nicolais | 15.00 |
|---|---|---|

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 09/20/22 | J J Normile | 15.00 |
| 09/20/22 | J L Swize | 11.60 |
| 09/21/22 | D L Hughes | 13.50 |

Support trial team handling miscellaneous requests regarding logistics and witness prep/binders, including breakdown of workspace.

| Date | Name | Hours |
|------|------|-------|
| 09/21/22 | G J Larosa | 8.00 |
| 09/21/22 | K McCarthy | 7.00 |
| 09/21/22 | A M Nicolais | 5.00 |
| 09/21/22 | J J Normile | 7.00 |
| 09/21/22 | J L Swize | 4.50 |
| 09/22/22 | G J Larosa | 3.00 |
| 09/22/22 | J J Normile | 5.30 |
| 09/22/22 | J L Swize | 1.60 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 14
October 12, 2022
Invoice: 220908019



| 09/23/22 | D L Hughes | 0.80 |
|---|---|---|

FTP documents to Potomac Law regarding trial.

| 09/23/22 | G J Larosa | 3.50 |
|---|---|---|

| 09/23/22 | J J Normile | 2.50 |
|---|---|---|

| 09/23/22 | J L Swize | 3.50 |
|---|---|---|

| 09/25/22 | J J Normile | 2.10 |
|---|---|---|

| 09/25/22 | J L Swize | 0.50 |
|---|---|---|

| 09/26/22 | J J Normile | 5.10 |
|---|---|---|

| 09/26/22 | J L Swize | 1.00 |
|---|---|---|

| 09/27/22 | G J Larosa | 1.00 |
|---|---|---|

| 09/27/22 | K McCarthy | 3.00 |
|---|---|---|

| 09/27/22 | A M Nicolais | 1.60 |
|---|---|---|

| 09/27/22 | J J Normile | 6.60 |
|---|---|---|

# JONES DAY

305158.610028

Accord Healthcare Inc.

Invoice: 220908019



| 09/27/22 | J L Swize | 5.10 |

| 09/28/22 | D L Hughes | 2.20 |
Update pleadings/correspondence files.

| 09/28/22 | G J Larosa | 1.00 |

| 09/28/22 | K McCarthy | 7.00 |

| 09/28/22 | J J Normile | 4.60 |

| 09/28/22 | J L Swize | 0.40 |

| 09/29/22 | G J Larosa | 1.00 |

| 09/29/22 | K McCarthy | 5.00 |

| 09/29/22 | J J Normile | 4.50 |

| 09/30/22 | K McCarthy | 3.50 |

| 09/30/22 | J J Normile | 3.80 |

| 09/30/22 | J L Swize | 1.20 |

305158.610028

Accord Healthcare Inc.

| | |
|---|---|
| **Total** | **934.60** |

PHOEBE PAY

305158.610028

Accord Healthcare Inc.

Page: 17
October 12, 2022
Invoice: 220908019

Disbursement Detail



305158.610028

Accord Healthcare Inc.

Page: 18
October 12, 2022
Invoice: 220908019

305158.610028

Accord Healthcare Inc.

Page: 19
October 12, 2022
Invoice: 220908019

305158.610028

Accord Healthcare Inc.

305158.610028

Accord Healthcare Inc.

305158.610028

Accord Healthcare Inc.

305158.610028                                                                    Page: 23
                                                                          October 12, 2022
Accord Healthcare Inc.                                                  Invoice: 220908019

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 12, 2022

305158.999007
Invoice: 220908020

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through September 30, 2022:

| | | |
|---|---|---:|
| Retention Matters | USD | 5,356.50 |
| Less 13% Discount | | (696.35) |
| Total Billed Fees | USD | 4,660.15 |
| **TOTAL** | **USD** | **4,660.15** |

Please remit payment to:

JONES DAY

305158.999007

Retention Matters

## Timekeeper/Fee Earner Summary

|                 | Hours | Rate   | Amount   |
|-----------------|-------|--------|----------|
| Associate       |       |        |          |
| C Buck          | 3.20  | 645.00 | 2,064.00 |
| A Kordas        | 3.50  | 895.00 | 3,132.50 |
| Paralegal       |       |        |          |
| C L Smith       | 0.40  | 400.00 | 160.00   |
| **Total**       | **7.10** | **USD** | **5,356.50** |

305158.999007                                                                              Page: 3
                                                                                   October 12, 2022
Retention Matters                                                              Invoice: 220908020


## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/06/22 | C Buck | 0.90 |
| | Update excel regarding Thirty-third monthly fee statement information. | |
| 09/07/22 | C Buck | 1.00 |
| | Draft thirty-third fee statement. | |
| 09/09/22 | A Kordas | 1.20 |
| | Draft/revise monthly fee application (1.0); correspond with J. Normile and C. Buck regarding same. | |
| 09/15/22 | C Buck | 0.40 |
| | Revise Fee Statement. | |
| 09/16/22 | C Buck | 0.90 |
| | Finalize fee statement for filing (.5); redact invoices for filing (.4). | |
| 09/16/22 | A Kordas | 1.00 |
| | Finalize monthly fee statement (.5); coordinate filing and service of same (.3); correspondence with C. Buck regarding fee application (.2). | |
| 09/16/22 | C L Smith | 0.40 |
| | Emails with Buck regarding filing monthly fee application (.10); prepare same for filing and email to Buck for review (.10); e-file monthly fee applications (.10); perfect service of same on notice parties (.10). | |
| 09/30/22 | A Kordas | 1.30 |
| | Confer internally regarding status of fee applications (.4); draft revise interim fee application (.9). | |

**Total**                                                                                    **7.10**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

November 17, 2022                                              305158.000003
                                                          Invoice: 220909221

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | | |
|---|---|---|---|
| ███████████████████ | | USD | 8,552.50 |
| Less 13% Discount | | | (1,111.83) |
| Total Billed Fees | | USD | 7,440.67 |
| **TOTAL** | | **USD** | **7,440.67** |





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022                                                305158.610005
                                                                 Invoice: 220909222

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 810.00 |
| Less 13% Discount | | (105.30) |
| Total Billed Fees | USD | 704.70 |
| **TOTAL** | **USD** | **704.70** |

Please remit payment to:

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 0.60 | 1,350.00 | 810.00 |
| **Total** | **0.60** | **USD** | **810.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
November 17, 2022
Invoice: 220909222

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/17/22 | J J Normile | 0.30 |
| | Prepare for and participate in teleconference with J. Holdreith regarding case status and scheduling matters. | |
| 10/23/22 | J J Normile | 0.30 |
| | Various correspondence with J. Holdreith regarding scheduling matters. | |
| **Total** | | **0.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

November 17, 2022

305158.610022
Invoice: 220909223

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 5,817.50 |
| Less 13% Discount | | (756.28) |
| Total Billed Fees | USD | 5,061.22 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Document Reproduction Charges | 19.70 | | |
| | | USD | 19.70 |
| **TOTAL** | | **USD** | **5,080.92** |

Please remit payment to:

# JONES DAY

305158.610022

Page: 2
November 17, 2022
Invoice: 220909223

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G A Castanias | 0.50 | 1,225.00 | 612.50 |
| J L Swize | 0.60 | 1,175.00 | 705.00 |
| **Associate** | | | |
| J R Boule | 6.00 | 725.00 | 4,350.00 |
| **Project Assistant** | | | |
| Q M Sargent | 0.40 | 375.00 | 150.00 |
| **Total** | **7.50** | **USD** | **5,817.50** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 3
November 17, 2022
Invoice: 220909223

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/03/22 | J R Boule | 2.50 |
| 10/03/22 | Q M Sargent | 0.20 |
| | Update case files with pleadings (0.1); | |
| 10/03/22 | J L Swize | 0.60 |
| 10/05/22 | J R Boule | 3.00 |
| 10/05/22 | G A Castanias | 0.50 |
| 10/05/22 | Q M Sargent | 0.20 |
| | Update case file with pleadings. | |
| 10/06/22 | J R Boule | 0.50 |
| **Total** | | **7.50** |

# JONES DAY

305158.610022                                                        Page: 4
                                                            November 17, 2022
Collegium 961 PGR                                          Invoice: 220909223

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 10/03/22 | W E Rhones | WAS | 0.10 | |
| | Photocopying: Black & White (SDUP)-WA- Duplication Center - Xerox 4112  (2)-Oct  3 2022  2:27PM (1 copy @ $0.10 per copy) | | | |
| 10/17/22 | J R Boule | WAS | 19.60 | |
| | Photocopying: Black & White (SDUP)-WA - Duplication Center - Xerox WC Pro 265 (2)-dup request-Oct 17 2022 2:46PM (196 copies @ $0.10 per copy) | | | |
| **Document Reproduction Charges Subtotal** | | | | **19.70** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **19.70** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022

305158.610028
Invoice: 220909224

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 286,483.00 |
| Less 13% Discount | | (37,242.79) |
| Total Billed Fees | USD | 249,240.21 |

## Disbursement & Charges Summary

| | |
|---|---:|
| Document Reproduction Charges | 2,219.50 |
| Imaging Services | 30,834.19 |
| Travel - Air Fare | 985.56 |
| Travel - Food and Beverage Expenses | 151.60 |
| Travel - Hotel Charges | 5,057.80 |
| Travel - Other Costs | 24.50 |
| Travel - Taxi Charges | 567.65 |
| Travel - Train Fare | 2,743.00 |
| United Parcel Service Charges | 39.98 |

| | | |
|---|---|---:|
| | USD | 42,623.78  ** |
| **TOTAL** | **USD** | **291,863.99** |

Please remit payment to:

PLEASE REFERENCE 305158 610028/220909224 WITH YOUR PAYMENT

** = Food, beverage and entertainment expense in accordance with I R C  Sect  274(e)3, included in this amount is USD151 60

# JONES DAY

305158.610028

Page: 2
November 17, 2022
Invoice: 220909224

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 30.00 | 1,200.00 | 36,000.00 |
| J J Normile | 65.00 | 1,350.00 | 87,750.00 |
| J L Swize | 30.10 | 1,175.00 | 35,367.50 |
| Associate |  |  |  |
| J R Boule | 31.90 | 725.00 | 23,127.50 |
| K McCarthy | 78.50 | 800.00 | 62,800.00 |
| A M Nicolais | 52.60 | 730.00 | 38,398.00 |
| Paralegal |  |  |  |
| D L Hughes | 6.40 | 475.00 | 3,040.00 |
| **Total** | **294.50** | **USD** | **286,483.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/01/22 | J J Normile | 3.50 |
| 10/01/22 | J L Swize | 0.60 |
| 10/02/22 | J J Normile | 6.30 |
| 10/02/22 | J L Swize | 3.00 |
| 10/03/22 | G J Larosa | 9.00 |
| 10/03/22 | K McCarthy | 5.00 |
| 10/03/22 | A M Nicolais | 4.80 |
| 10/03/22 | J J Normile | 8.00 |
| 10/03/22 | J L Swize | 6.00 |
| 10/04/22 | D L Hughes | 4.80 |
| | Update files regarding exchanges between counsel during trial. | |
| 10/04/22 | G J Larosa | 5.00 |



# JONES DAY

305158.610028

Accord Healthcare Inc.



| 10/04/22 | K McCarthy | 5.00 |
| 10/04/22 | A M Nicolais | 0.20 |
| 10/04/22 | J J Normile | 4.00 |
| 10/04/22 | J L Swize | 3.00 |
| 10/05/22 | G J Larosa | 1.00 |
| 10/05/22 | K McCarthy | 5.00 |
| 10/05/22 | J J Normile | 2.30 |
| 10/06/22 | J R Boule | 1.50 |
| 10/06/22 | G J Larosa | 3.00 |
| 10/06/22 | K McCarthy | 5.50 |
| 10/06/22 | A M Nicolais | 2.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
November 17, 2022
Invoice: 220909224



| Date | Timekeeper | Hours |
|---|---|---|
| 10/06/22 | J J Normile | 3.00 |
| 10/06/22 | J L Swize | 0.90 |
| 10/07/22 | J R Boule | 1.40 |
| 10/07/22 | K McCarthy | 5.00 |
| 10/07/22 | J J Normile | 1.50 |
| 10/10/22 | G J Larosa | 2.00 |
| 10/10/22 | K McCarthy | 7.00 |
| 10/10/22 | A M Nicolais | 4.00 |
| 10/10/22 | J J Normile | 3.40 |
| 10/11/22 | J R Boule | 2.40 |
| 10/11/22 | K McCarthy | 4.50 |

finalize joint trial transcript errata for submission to Court (0.4);

attention to administration of case file and correspondence (1.0);

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 10/12/22 | J R Boule | 6.80 |

| 10/12/22 | D L Hughes | 0.80 |
Update case files.

| 10/12/22 | K McCarthy | 4.00 |

| 10/12/22 | A M Nicolais | 0.60 |

| 10/12/22 | J J Normile | 1.00 |

| 10/13/22 | G J Larosa | 1.00 |

| 10/13/22 | K McCarthy | 4.00 |

| 10/13/22 | A M Nicolais | 2.00 |

| 10/13/22 | J J Normile | 1.00 |

| 10/13/22 | J L Swize | 0.30 |

| 10/14/22 | K McCarthy | 2.50 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| 10/14/22 | A M Nicolais | 4.60 |
| 10/16/22 | J J Normile | 2.00 |
| 10/17/22 | J R Boule | 2.70 |
| 10/17/22 | G J Larosa | 2.00 |
| 10/17/22 | K McCarthy | 3.00 |
| 10/17/22 | A M Nicolais | 7.50 |
| 10/17/22 | J J Normile | 2.80 |
| 10/17/22 | J L Swize | 2.50 |
| 10/18/22 | K McCarthy | 1.50 |
| 10/18/22 | A M Nicolais | 6.20 |
| 10/18/22 | J J Normile | 1.50 |

## JONES DAY

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 10/19/22 | G J Larosa | 1.00 |
| 10/19/22 | A M Nicolais | 6.50 |
| 10/19/22 | J J Normile | 4.60 |
| 10/20/22 | J R Boule | 0.20 |
| 10/20/22 | G J Larosa | 1.00 |
| 10/20/22 | K McCarthy | 4.50 |
| 10/20/22 | A M Nicolais | 0.30 |
| 10/20/22 | J J Normile | 3.50 |
| 10/20/22 | J L Swize | 0.50 |
| 10/21/22 | J R Boule | 6.60 |
| 10/21/22 | K McCarthy | 1.50 |
| 10/21/22 | A M Nicolais | 0.90 |

# JONES DAY



| 10/21/22 | J J Normile | 5.50 |
| 10/21/22 | J L Swize | 3.00 |
| 10/24/22 | J R Boule | 2.90 |
| 10/24/22 | D L Hughes | 0.80 |

Compile admitted trial exhibits for client and forward by ftp.

| 10/24/22 | K McCarthy | 1.50 |
| 10/24/22 | A M Nicolais | 1.90 |
| 10/24/22 | J J Normile | 5.00 |
| 10/25/22 | J R Boule | 3.20 |
| 10/25/22 | G J Larosa | 2.00 |
| 10/25/22 | K McCarthy | 2.00 |
| 10/25/22 | A M Nicolais | 1.70 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 10
November 17, 2022
Invoice: 220909224



| 10/25/22 | J L Swize | 1.70 |
| 10/26/22 | J R Boule | 2.50 |
| 10/26/22 | K McCarthy | 1.00 |
| 10/26/22 | J J Normile | 1.00 |
| 10/26/22 | J L Swize | 1.50 |
| 10/27/22 | J R Boule | 0.80 |
| 10/27/22 | K McCarthy | 4.00 |
| 10/27/22 | A M Nicolais | 1.50 |
| 10/27/22 | J J Normile | 1.60 |
| 10/27/22 | J L Swize | 2.50 |
| 10/28/22 | K McCarthy | 2.00 |
| 10/28/22 | A M Nicolais | 2.00 |
| 10/28/22 | J J Normile | 1.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 11
November 17, 2022
Invoice: 220909224

| Date | Name | Hours |
|------|------|-------|
| 10/29/22 | K McCarthy | 4.00 |
| 10/29/22 | J L Swize | 0.50 |
| 10/30/22 | K McCarthy | 1.00 |
| 10/30/22 | J L Swize | 3.60 |
| 10/31/22 | J R Boule | 0.90 |
| 10/31/22 | G J Larosa | 3.00 |
| 10/31/22 | K McCarthy | 5.00 |
| 10/31/22 | A M Nicolais | 5.40 |
| 10/31/22 | J J Normile | 2.00 |
| 10/31/22 | J L Swize | 0.50 |
| | **Total** | **294.50** |



**JONES DAY**

305158.610028                                                                 Page: 12
                                                                    November 17, 2022
Accord Healthcare Inc.                                              Invoice: 220909224

Disbursement Detail



**JONES DAY**

305158.610028

Accord Healthcare Inc.

**JONES DAY**

305158.610028

Accord Healthcare Inc.

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 15
November 17, 2022
Invoice: 220909224

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 17, 2022                                                   305158.999007
                                                                  Invoice: 220909225

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through October 31, 2022:

| | | |
|---|---|---|
| Retention Matters | USD | 26,459.00 |
| Less 13% Discount | | (3,439.67) |
| Total Billed Fees | USD | 23,019.33 |
| **TOTAL** | **USD** | **23,019.33** |

Please remit payment to:

**JONES DAY**

305158.999007                                                        Page: 2
                                                        November 17, 2022

Retention Matters                                        Invoice: 220909225

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.80 | 1,350.00 | 2,430.00 |
| Associate |  |  |  |
| C Buck | 4.40 | 645.00 | 2,838.00 |
| A Kordas | 13.80 | 895.00 | 12,351.00 |
| K McCarthy | 10.50 | 800.00 | 8,400.00 |
| Paralegal |  |  |  |
| C L Smith | 1.10 | 400.00 | 440.00 |
| **Total** | **31.60** | **USD** | **26,459.00** |

# JONES DAY

305158.999007

Retention Matters

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/04/22 | A Kordas | 1.10 |

Confer with J. Normile and C. Buck regarding fee application (.4); draft/revise same (.7).

| 10/05/22 | C Buck | 2.10 |
|---|---|---|

Draft Ninth Interim Fee application.

| 10/10/22 | J J Normile | 1.00 |
|---|---|---|

██████████████████████████████

| 10/12/22 | K McCarthy | 2.00 |
|---|---|---|

████████████████████████████████████████████

| 10/13/22 | A Kordas | 3.60 |
|---|---|---|

Draft/revise monthly fee statements and interim fee application.

| 10/14/22 | C Buck | 0.40 |
|---|---|---|

Finalize thirty-fourth and thirty-fifth fee statements for filing.

| 10/14/22 | A Kordas | 4.10 |
|---|---|---|

Draft/revise fee statement and fee application worksheet (1.3); draft/revise two monthly fee statements (1.8); draft/revise fee application (.5); confer with K. McCarthy and C. Buck regarding same (.5).

| 10/14/22 | K McCarthy | 2.00 |
|---|---|---|

████████████████████████████████████████████

| 10/14/22 | C L Smith | 0.50 |
|---|---|---|

Communications with Buck regarding filing of Jones Day August and September 2022 monthly statements (.10); prepare monthly statements for filing (.10); forward monthly statements to Buck for review (.10); e-file August and September monthly statements (.10); submit same to notice parties (.10).

| 10/15/22 | C Buck | 1.50 |
|---|---|---|

Draft ninth interim fee application.

| 10/16/22 | A Kordas | 2.50 |
|---|---|---|

Draft/revise ninth interim fee application (2.2); correspond with K. McCarthy and C. Buck regarding same (.3).

| 10/17/22 | C Buck | 0.40 |
|---|---|---|

Finalize interim fee statement for filing.

| 10/17/22 | A Kordas | 2.10 |
|---|---|---|

Draft/revise ninth interim fee application (1.5); correspond with J. Normile, K. McCarthy, C. Buck regarding same (.3); coordinate filing and service with DPW (.3).

| 10/17/22 | K McCarthy | 5.00 |
|---|---|---|

████████████████████████████████████████████

| 10/17/22 | J J Normile | 0.80 |
|---|---|---|

Review Ninth Interim Fee Petition and related teleconferences with A. Kordas.

| 10/17/22 | C L Smith | 0.60 |
|---|---|---|

Review Buck email regarding exhibits for Jones Day interim fee application(.10); prepare exhibits for interim fee

**JONES DAY**

305158.999007

Retention Matters

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | application and forward same to Buck (.20); prepare Jones Day interim fee application for filing (.10); emails with Buck regarding same (.10); e-file same (.10). | |
| 10/20/22 | K McCarthy | 1.50 |
| | ████████████████████████████ | |
| 10/28/22 | A Kordas | 0.40 |
| | Confer with C. McDonald regarding fee statements (.2); correspond with C. Buck regarding same (.2). | |
| | **Total** | **31.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.000002
Invoice: 220909886

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | | |
|---|---|---|---|
| ███████████████████████ | USD | | 39,372.50 |
| Less 13% Fee Discount | | | (5,118.43) |
| Total Billed Fees | USD | | 34,254.07 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 37,441.53 | | |
| | USD | | 37,441.53 |
| **TOTAL** | **USD** | | **71,695.60** |









# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.000002
Invoice: 220909887

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| ██████████████████████ | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 80,301.79 | |
| | USD | 80,301.79 |
| **TOTAL** | **USD** | **80,301.79** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                          305158.000003
                                                  Invoice: 220909888

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

|  |  |  |
|---|---|---|
| ████████████████████ | USD | 3,282.50 |
| Less 13% Discount | | (426.73) |
| Total Billed Fees | USD | 2,855.77 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 63,078.54 | |
| | USD | 63,078.54 |
| **TOTAL** | **USD** | **65,934.31** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.610005
Invoice: 220909889

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 4,195.00 |
| Less 13% Discount | | (545.35) |
| Total Billed Fees | USD | 3,649.65 |
| **TOTAL** | **USD** | **3,649.65** |

Please remit payment to:

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| C M Morrison | 0.40 | 1,100.00 | 440.00 |
| J J Normile | 1.30 | 1,350.00 | 1,755.00 |
| Associate |  |  |  |
| K McCarthy | 2.50 | 800.00 | 2,000.00 |
| **Total** | **4.20** | **USD** | **4,195.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
December 8, 2022
Invoice: 220909889

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/02/22 | K McCarthy | 1.00 |

Draft/revise stipulation and proposed order regarding amending scheduling order deadlines ██

| 11/02/22 | J J Normile | 0.50 |

Attention to draft stipulation regarding Case Management Order.

| 11/07/22 | K McCarthy | 0.50 |

Finalize stipulation and proposed order regarding amending scheduling order deadlines and communicate with opposing counsel regarding filing same.

| 11/07/22 | C M Morrison | 0.40 |

Review and finalize stipulation and communicate with clerk regarding continuation of status conference.

| 11/28/22 | K McCarthy | 1.00 |

Draft/revise Collegium bankruptcy appeal joint status report and communicate with bankruptcy counsel regarding same.

| 11/28/22 | J J Normile | 0.80 |

Review and revise Joint Status Report to the SDNY and related correspondence with K. McCarthy.

|  |  | _____ |
| **Total** |  | **4.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.610013
Invoice: 220909890

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 2,150.00 |
| Less 13% Discount | | (279.50) |
| Total Billed Fees | USD | 1,870.50 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 3,000.00 | | |
| | | USD | 3,000.00 |
| **TOTAL** | | **USD** | **4,870.50** |

Please remit payment to:

**JONES DAY**

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.00 | 1,350.00 | 1,350.00 |
| Associate |  |  |  |
| K McCarthy | 1.00 | 800.00 | 800.00 |
| **Total** | **2.00** | **USD** | **2,150.00** |

# JONES DAY

305158.610013

Page: 3
December 8, 2022
Invoice: 220909890

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/21/22 | K McCarthy | 1.00 |

Draft/revise stipulation regarding protective order deadlines and communicate internally, with local counsel, and with opposing counsel regarding finalizing and filing same.

| 11/21/22 | J J Normile | 1.00 |

Various office and teleconferences with K. McCarthy, M. Dellinger and S. Upadhye regarding Protective Order Stipulation.

| | **Total** | **2.00** |

# JONES DAY

305158.610013

Page: 4
December 8, 2022

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 220909890

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 11/07/22 | J J Normile | NYC | 1,500.00 | |
| | Vendor: Pace Analytical Services, LLC; Invoice#: 27419; Date: 10/27/2022 for October storage. | | | |
| 11/21/22 | J J Normile | NYC | 1,500.00 | |
| | Vendor: Pace Analytical Services, LLC; Invoice#: 27542; Date: 11/18/2022 for November 2022 storage. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **3,000.00** |

**Total Disbursements and Charges**                              **USD**      **3,000.00**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.610022
Invoice: 220909891

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 42,740.00 |
| Less 13% Discount | | (5,556.20) |
| Total Billed Fees | USD | 37,183.80 |
| **TOTAL** | **USD** | **37,183.80** |

Please remit payment to:

# JONES DAY

305158.610022

December 8, 2022

Collegium 961 PGR

Invoice: 220909891

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 1.30 | 1,350.00 | 1,755.00 |
| J L Swize | 5.30 | 1,175.00 | 6,227.50 |
| Associate | | | |
| J R Boule | 47.20 | 725.00 | 34,220.00 |
| Project Assistant | | | |
| Q M Sargent | 1.20 | 375.00 | 450.00 |
| Librarian | | | |
| B A Zywick | 0.50 | 175.00 | 87.50 |
| **Total** | **55.50** | **USD** | **42,740.00** |

# JONES DAY

305158.610022                                                                              Page: 3
                                                                               December 8, 2022
Collegium 961 PGR                                                            Invoice: 220909891

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/07/22 | J R Boule | 1.10 |
| 11/07/22 | J J Normile | 0.80 |
| 11/07/22 | Q M Sargent | 0.10 |
| | Update case files with pleadings. | |
| 11/08/22 | J R Boule | 2.60 |
| 11/11/22 | J R Boule | 2.50 |
| 11/11/22 | Q M Sargent | 0.10 |
| | Update case files with pleadings. | |
| 11/14/22 | J R Boule | 0.90 |
| 11/15/22 | J R Boule | 2.60 |
| 11/16/22 | J R Boule | 0.10 |
| 11/17/22 | J R Boule | 6.70 |
| 11/18/22 | J R Boule | 5.40 |
| 11/21/22 | J R Boule | 1.30 |
| 11/21/22 | Q M Sargent | 0.10 |
| | Prepare attorney calendars with updated dates for appeal brief deadlines. | |
| 11/21/22 | J L Swize | 0.30 |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 4
December 8, 2022
Invoice: 220909891

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/22/22 | J R Boule | 3.50 |
| 11/22/22 | J L Swize | 0.30 |
| 11/23/22 | J L Swize | 4.50 |
| 11/28/22 | J R Boule | 8.40 |
| 11/28/22 | J J Normile | 0.50 |
| 11/28/22 | J L Swize | 0.20 |
| 11/29/22 | J R Boule | 4.50 |
| 11/29/22 | Q M Sargent | 0.90 |
| | Prepare folder of cited case law from the USPTO brief. | |
| 11/29/22 | B A Zywick | 0.50 |
| | Research regarding pulling PTAB decisions for Q. Sargent. | |
| 11/30/22 | J R Boule | 7.60 |

**Total**  **55.50**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022

305158.610028
Invoice: 220909892

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 261,596.50 |
| Less 13% Discount | | (34,007.55) |
| Total Billed Fees | USD | 227,588.95 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Miscellaneous Expenses | 54.00 | |
| Publication Expenses | 86.50 | |
| | USD | 140.50 |
| **TOTAL** | **USD** | **227,729.45** |

Please remit payment to:

# JONES DAY

305158.610028

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 14.00 | 1,200.00 | 16,800.00 |
| J J Normile | 47.60 | 1,350.00 | 64,260.00 |
| J L Swize | 52.30 | 1,175.00 | 61,452.50 |
| Associate |  |  |  |
| J R Boule | 11.00 | 725.00 | 7,975.00 |
| K McCarthy | 72.00 | 800.00 | 57,600.00 |
| A M Nicolais | 73.30 | 730.00 | 53,509.00 |
| **Total** | **270.20** | **USD** | **261,596.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
December 8, 2022
Invoice: 220909892

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/01/22 | G J Larosa | 1.00 |

Attention to post trial brief ███████████████████

| 11/01/22 | K McCarthy | 2.50 |

Draft/revise Purdue's post-trial brief ████████████████████

| 11/01/22 | A M Nicolais | 6.20 |

Continue drafting Accord post-trial briefing and reviewing exhibits and testimony re same (6.2).

| 11/01/22 | J J Normile | 2.60 |

███████████████████████████████████████

| 11/01/22 | J L Swize | 0.70 |

████████████████

| 11/02/22 | J R Boule | 0.20 |

██████████████

| 11/02/22 | K McCarthy | 3.00 |

██████████████

| 11/02/22 | A M Nicolais | 4.50 |

████████████████████

| 11/02/22 | J J Normile | 3.30 |

███████████████████████

| 11/02/22 | J L Swize | 0.50 |

███████████████████████

| 11/03/22 | J R Boule | 6.80 |

█████████████

| 11/03/22 | K McCarthy | 4.00 |

██████████████████████

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 11/03/22 | A M Nicolais | 7.30 |
| 11/03/22 | J J Normile | 3.00 |
| 11/03/22 | J L Swize | 1.30 |
| 11/04/22 | J R Boule | 1.10 |
| 11/04/22 | K McCarthy | 4.00 |
| 11/04/22 | A M Nicolais | 4.60 |
| 11/04/22 | J J Normile | 3.00 |
| 11/04/22 | J L Swize | 1.80 |
| 11/05/22 | J J Normile | 1.50 |
| 11/05/22 | J L Swize | 2.80 |
| 11/06/22 | J R Boule | 1.20 |
| 11/06/22 | K McCarthy | 3.00 |
| 11/06/22 | J J Normile | 1.00 |
| 11/06/22 | J L Swize | 4.70 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| Date | Name | Hours |
|------|------|-------|
| 11/07/22 | J R Boule | 1.70 |
| 11/07/22 | G J Larosa | 1.00 |
| 11/07/22 | K McCarthy | 7.50 |
| 11/07/22 | A M Nicolais | 10.10 |
| 11/07/22 | J J Normile | 2.80 |
| 11/07/22 | J L Swize | 5.10 |
| 11/08/22 | K McCarthy | 9.00 |
| 11/08/22 | A M Nicolais | 5.20 |
| 11/08/22 | J J Normile | 2.00 |
| 11/08/22 | J L Swize | 8.10 |
| 11/09/22 | G J Larosa | 3.00 |
| 11/09/22 | K McCarthy | 8.00 |
| 11/09/22 | A M Nicolais | 6.80 |



# JONES DAY

305158.610028

Accord Healthcare Inc.



| 11/09/22 | J J Normile | 3.00 |
| 11/09/22 | J L Swize | 5.80 |
| 11/10/22 | G J Larosa | 2.00 |
| 11/10/22 | K McCarthy | 7.00 |
| 11/10/22 | A M Nicolais | 5.70 |
| 11/10/22 | J J Normile | 4.00 |
| 11/10/22 | J L Swize | 3.80 |
| 11/11/22 | G J Larosa | 3.00 |
| 11/11/22 | K McCarthy | 7.00 |
| 11/11/22 | J J Normile | 3.50 |
| 11/11/22 | J L Swize | 2.90 |
| 11/12/22 | K McCarthy | 3.00 |

# JONES DAY

305158.610028

December 8, 2022

Accord Healthcare Inc.

Invoice: 220909892



| 11/12/22 | J L Swize | 2.90 |
| 11/13/22 | K McCarthy | 4.50 |
| 11/13/22 | A M Nicolais | 7.50 |
| 11/13/22 | J J Normile | 1.50 |
| 11/13/22 | J L Swize | 4.50 |
| 11/14/22 | G J Larosa | 1.00 |
| 11/14/22 | K McCarthy | 8.00 |
| 11/14/22 | A M Nicolais | 8.50 |
| 11/14/22 | J J Normile | 4.00 |
| 11/14/22 | J L Swize | 5.30 |
| 11/15/22 | J J Normile | 2.50 |
| 11/15/22 | J L Swize | 0.20 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| Date | Name | Hours |
|------|------|-------|
| 11/16/22 | A M Nicolais | 0.90 |
| 11/16/22 | J J Normile | 2.50 |
| 11/18/22 | A M Nicolais | 1.40 |
| | Reviewing Accord post-trial briefing hyperlink version and communication with vendor re same (.9); | |
| 11/21/22 | G J Larosa | 1.00 |
| 11/21/22 | K McCarthy | 0.50 |
| 11/21/22 | A M Nicolais | 1.60 |
| 11/21/22 | J J Normile | 2.00 |
| 11/22/22 | A M Nicolais | 0.20 |
| 11/28/22 | G J Larosa | 2.00 |
| 11/28/22 | K McCarthy | 1.00 |
| 11/28/22 | A M Nicolais | 0.60 |
| 11/28/22 | J J Normile | 1.80 |
| 11/28/22 | J L Swize | 0.40 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| 11/29/22 | A M Nicolais | 2.20 |
|---|---|---|
| 11/29/22 | J J Normile | 1.60 |
| 11/30/22 | J J Normile | 2.00 |
| 11/30/22 | J L Swize | 1.50 |

|  | **Total** | **270.20** |
|---|---|---|

# JONES DAY

305158.610028                                      Page: 10

December 8, 2022

Accord Healthcare Inc.                         Invoice: 220909892

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **MISCELLANEOUS EXPENSES** | | | | |
| 11/30/22 | A M Nicolais | NYC | 54.00 | |
| | Docket charges - 11/28/22  1:50 hours at $36 per hour | | | |
| **Miscellaneous Expenses Subtotal** | | | | **54.00** |
| | | | | |
| **PUBLICATION EXPENSES** | | | | |
| 11/10/22 | B Y Keenan | ZFI | 86.50 | |
| | Vendor: Brendan Y Keenan Invoice#: 5491707011101216 Date: 11/10/2022  -  - Publication Expenses Vendor: PNC Bank N.A.; Invoice#: 1012202201; Date: 10/12/2022 - PNC credit card charges CHI, PIT, DET, MIN, ZFI - Stmt date 09/27/2022 - PNC VISA Charge, Merchant Name: WISCONSIN TECH SEARCH, COLLEGES,UNIVERSITIES,PROFESSIONAL SCHLS AND JR COLLEGES | | | |
| **Publication Expenses Subtotal** | | | | **86.50** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **140.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 8, 2022                                                    305158.999007
                                                              Invoice: 220909893

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through November 30, 2022:

| | | |
|---|---|---|
| Retention Matters | USD | 12,053.00 |
| Less 13% Discount | | (1,566.89) |
| Total Billed Fees | USD | 10,486.11 |
| **TOTAL** | **USD** | **10,486.11** |

Please remit payment to:

# JONES DAY

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 2.00 | 1,350.00 | 2,700.00 |
| Associate | | | |
| C Buck | 6.30 | 645.00 | 4,063.50 |
| A Kordas | 4.10 | 895.00 | 3,669.50 |
| K McCarthy | 1.80 | 800.00 | 1,440.00 |
| Paralegal | | | |
| C M Gugg | 0.40 | 450.00 | 180.00 |
| **Total** | **14.60** | **USD** | **12,053.00** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
December 8, 2022
Invoice: 220909893

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/07/22 | C Buck | 0.50 |
| | Revise Purdue invoices. | |
| 11/07/22 | A Kordas | 0.90 |
| | Review/analyze the fee examiner's report (.1); review records and backup invoices in connection with same (.5); confer with J. Normile regarding matter (.3). | |
| 11/09/22 | C Buck | 0.30 |
| | Review edits to invoices. | |
| 11/09/22 | J J Normile | 0.50 |
| | Review of Fee Examiner's Interim Report on Jones Day's Ninth Interim Fee Application and related office conference with C. Buck. | |
| 11/15/22 | C Buck | 0.80 |
| | Revise K. McCarthy notes for Interim Fee Application hearing (.4); prepare for and attend call with J. Normile regarding hearing (.4). | |
| 11/15/22 | A Kordas | 0.60 |
| | Confer with J. Normile and C. Buck regarding fee hearing prep (.3); review fee application in connection with same (.2); confer with DPW regarding proposed order (.1). | |
| 11/15/22 | K McCarthy | 0.50 |
| | Draft/revise notes in preparation for fee application and communicate internally regarding same. | |
| 11/15/22 | J J Normile | 1.00 |
| | Various office and teleconferences regarding Ninth Interim Fee Petition. | |
| 11/16/22 | C Buck | 2.80 |
| | Prepare for and attend interim fee application hearing. | |
| 11/16/22 | A Kordas | 1.20 |
| | Prepare for and attend fee hearing (.9); communicate with JD team regarding game (.3). | |
| 11/16/22 | K McCarthy | 1.30 |
| | Prepare for and attend fee application hearing and draft internal summary of same. | |
| 11/16/22 | J J Normile | 0.50 |
| | Review various correspondence regarding hearing on Purdue's Ninth Fee Petition. | |
| 11/21/22 | A Kordas | 0.40 |
| | Review October invoices (.3); confer with C. Buck regarding monthly fee statement (.1). | |
| 11/22/22 | C Buck | 1.90 |
| | Draft monthly fee statement (1.4); redact invoices (.3); prepare statement for filing (.2) | |
| 11/22/22 | C M Gugg | 0.40 |
| | Review and e-file monthly fee statement (0.20); and prepare service of same (0.20). | |
| 11/22/22 | A Kordas | 1.00 |
| | Draft/revise monthly fee statement (.5); draft/revise worksheet (.3); coordinate filing and service of same (.2). | |

**JONES DAY**

305158.999007

Retention Matters

Page: 4

December 8, 2022

Invoice: 220909893

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | | |
| **Total** | | **14.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

January 23, 2023

305158.610005
Invoice: 230900395

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2022:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 4,140.00 |
| Less 13% Discount | | (538.20) |
| Total Billed Fees | USD | 3,601.80 |
| **TOTAL** | **USD** | **3,601.80** |

Please remit payment to:

# JONES DAY

305158.610005

Page: 2
January 23, 2023
Invoice: 230900395

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| K McCarthy | 5.00 | 800.00 | 4,000.00 |
| Project Manager |  |  |  |
| E Pratt | 0.40 | 350.00 | 140.00 |
| **Total** | **5.40** | **USD** | **4,140.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
January 23, 2023
Invoice: 230900395

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/12/22 | K McCarthy | 1.00 |
| 12/13/22 | K McCarthy | 2.00 |
| 12/19/22 | K McCarthy | 1.50 |
| 12/19/22 | E Pratt | 0.40 |
| | Communicate with K McCarthy regarding receipt of hard drive from custodian at termination with company and options for storage of same. | |
| 12/21/22 | K McCarthy | 0.50 |
| **Total** | | **5.40** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

January 23, 2023

305158.610022
Invoice: 230900396

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2022:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 143,785.00 |
| Less 13% Discount | | (18,692.05) |
| Total Billed Fees | USD | 125,092.95 |
| **TOTAL** | **USD** | **125,092.95** |

Please remit payment to:

PLEASE REFERENCE 305158 610022/230900396 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Page: 2
January 23, 2023
Invoice: 230900396

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G A Castanias | 10.50 | 1,225.00 | 12,862.50 |
| G J Larosa | 4.00 | 1,200.00 | 4,800.00 |
| J J Normile | 10.60 | 1,350.00 | 14,310.00 |
| J L Swize | 32.00 | 1,175.00 | 37,600.00 |
| **Associate** | | | |
| J R Boule | 92.50 | 725.00 | 67,062.50 |
| A M Smith | 9.90 | 500.00 | 4,950.00 |
| **Paralegal** | | | |
| J Chludzinski | 3.50 | 350.00 | 1,225.00 |
| **Project Assistant** | | | |
| Q M Sargent | 2.60 | 375.00 | 975.00 |
| **Total** | **165.60** | **USD** | **143,785.00** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/01/22 | J R Boule | 7.60 |
| 12/01/22 | J J Normile | 0.30 |
| 12/01/22 | J L Swize | 0.20 |
| 12/02/22 | J R Boule | 3.80 |
| 12/02/22 | J L Swize | 1.70 |
| 12/03/22 | J R Boule | 2.00 |
| 12/04/22 | J R Boule | 1.20 |
| 12/04/22 | J L Swize | 0.50 |
| 12/05/22 | J R Boule | 2.30 |
| 12/05/22 | J L Swize | 2.80 |
| 12/06/22 | J R Boule | 4.10 |
| 12/06/22 | G J Larosa | 1.00 |
| 12/06/22 | Q M Sargent | 0.10 |

Update docket calendars with new brief deadline and upload pleading to team folders.

| 12/06/22 | A M Smith | 3.50 |

**JONES DAY**

305158.610022

Collegium 961 PGR

| 12/06/22 | J L Swize | 2.10 |
| 12/07/22 | J R Boule | 0.20 |
| 12/07/22 | A M Smith | 1.20 |
| 12/08/22 | J R Boule | 2.90 |
| 12/08/22 | G A Castanias | 1.80 |
| 12/08/22 | J J Normile | 1.00 |
| 12/08/22 | J L Swize | 0.80 |
| 12/09/22 | J R Boule | 1.10 |
| 12/09/22 | G J Larosa | 1.00 |
| 12/09/22 | J J Normile | 1.00 |
| 12/09/22 | J L Swize | 0.50 |
| 12/10/22 | J J Normile | 0.50 |
| 12/12/22 | J R Boule | 1.90 |
| 12/12/22 | A M Smith | 4.10 |

# JONES DAY

305158.610022

Collegium 961 PGR

| Date | Name | Hours |
|---|---|---|
| 12/12/22 | J L Swize | 0.20 |
| 12/13/22 | J R Boule | 5.00 |
| 12/13/22 | A M Smith | 1.10 |
| 12/14/22 | J R Boule | 8.20 |
| 12/14/22 | J J Normile | 1.50 |
| 12/14/22 | Q M Sargent | 1.30 |

Revise joint appendix log to incorporate appendix cites from both Purdue and Collegium briefs.

| Date | Name | Hours |
|---|---|---|
| 12/15/22 | J R Boule | 10.00 |
| 12/16/22 | J R Boule | 2.20 |
| 12/16/22 | G J Larosa | 2.00 |
| 12/16/22 | J L Swize | 5.50 |
| 12/17/22 | J R Boule | 7.20 |
| 12/17/22 | J L Swize | 3.70 |
| 12/18/22 | J R Boule | 4.90 |
| 12/18/22 | J L Swize | 5.40 |
| 12/19/22 | J R Boule | 5.40 |

# JONES DAY

305158.610022

Collegium 961 PGR

| Date | Name | | Hours |
|---|---|---|---|
| 12/19/22 | G A Castanias | ██████████ | 3.70 |
| 12/19/22 | J J Normile | ██████████ | 2.50 |
| 12/19/22 | J L Swize | ██████████ | 2.30 |
| 12/20/22 | J R Boule | ██████████ | 3.10 |
| 12/20/22 | J Chludzinski | Complete cite-check of reply brief. | 2.50 |
| 12/20/22 | J J Normile | ██████████ | 1.50 |
| 12/20/22 | J L Swize | ██████████ | 0.70 |
| 12/21/22 | J R Boule | ██████████ | 3.30 |
| 12/21/22 | G A Castanias | ██████████ | 2.20 |
| 12/21/22 | J J Normile | ██████████ | 1.00 |
| 12/21/22 | J L Swize | ██████████ | 2.20 |
| 12/22/22 | J R Boule | ██████████ | 7.50 |
| 12/22/22 | G A Castanias | ██████████ | 2.80 |
| 12/22/22 | J Chludzinski | Add tables to reply brief. | 1.00 |
| 12/22/22 | J J Normile | ██████████ | 0.80 |

# JONES DAY

| 12/22/22 | Q M Sargent | 0.30 |
|---|---|---|

Prepare and communicate with J. Boule regarding filing reply brief (0.2); file reply brief (0.1).

| 12/22/22 | J L Swize | 3.00 |
|---|---|---|

| 12/23/22 | J R Boule | 3.10 |
|---|---|---|

Prepare joint appendix.

| 12/23/22 | Q M Sargent | 0.90 |
|---|---|---|

Prepare joint appendix log to track final citations from reply brief (0.5); combine all citations in log from all briefs and provide log to J. Boule (0.4).

| 12/23/22 | J L Swize | 0.40 |
|---|---|---|

| 12/24/22 | J R Boule | 0.70 |
|---|---|---|

Prepare joint appendix.

| 12/26/22 | J R Boule | 3.10 |
|---|---|---|

Prepare joint appendix.

| 12/26/22 | J J Normile | 0.50 |
|---|---|---|

| 12/27/22 | J R Boule | 0.60 |
|---|---|---|

| 12/29/22 | J R Boule | 1.10 |
|---|---|---|

|  | **Total** | **165.60** |
|---|---|---|

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

January 23, 2023

305158.610028
Invoice: 230900397

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through December 31, 2022:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 43,014.00 |
| Less 13% Discount | | (5,591.82) |
| Total Billed Fees | USD | 37,422.18 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---:|
| Consultants and Agents Fees | 40,800.00 | | |
| | | USD | 40,800.00 |
| **TOTAL** | | **USD** | **78,222.18** |

Please remit payment to:

# JONES DAY

305158.610028

Page: 2
January 23, 2023
Invoice: 230900397

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 3.00 | 1,200.00 | 3,600.00 |
| J J Normile | 26.60 | 1,350.00 | 35,910.00 |
| Associate |  |  |  |
| A M Nicolais | 4.80 | 730.00 | 3,504.00 |
| **Total** | **34.40** | **USD** | **43,014.00** |

# JONES DAY

305158.610028

Page: 3
January 23, 2023
Invoice: 230900397

Accord Healthcare Inc.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/01/22 | A M Nicolais | 0.90 |
| 12/01/22 | J J Normile | 0.60 |
| 12/02/22 | A M Nicolais | 0.20 |
| 12/02/22 | J J Normile | 1.00 |
| 12/05/22 | G J Larosa | 1.00 |
| 12/05/22 | A M Nicolais | 0.60 |
| 12/05/22 | J J Normile | 0.60 |
| 12/07/22 | J J Normile | 0.30 |
| 12/08/22 | J J Normile | 1.00 |
| 12/09/22 | J J Normile | 1.00 |
| 12/12/22 | G J Larosa | 1.00 |
| 12/12/22 | A M Nicolais | 0.70 |
| 12/12/22 | J J Normile | 2.50 |



Prepare for and participate in outside counsel weekly meeting (.50); prepare for and participate in weekly team meeting with client (.50);

# JONES DAY

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | | |
| 12/13/22 | J J Normile | 1.00 |
| 12/14/22 | A M Nicolais | 0.60 |
| 12/14/22 | J J Normile | 1.50 |
| 12/15/22 | A M Nicolais | 1.30 |
| 12/15/22 | J J Normile | 2.50 |
| 12/16/22 | J J Normile | 1.00 |
| 12/19/22 | G J Larosa | 1.00 |
| 12/19/22 | A M Nicolais | 0.50 |
| 12/19/22 | J J Normile | 2.50 |
| 12/22/22 | J J Normile | 1.00 |

Review various correspondence from M. Kesselman, B. Koch and R. Aleali regarding settlement and related teleconference with B. Koch.

| | | |
|---|---|---|
| 12/24/22 | J J Normile | 0.50 |
| 12/27/22 | J J Normile | 1.30 |



**JONES DAY**

305158.610028

Accord Healthcare Inc.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 12/28/22 | J J Normile | 3.80 |
| 12/29/22 | J J Normile | 3.00 |
| 12/30/22 | J J Normile | 1.50 |
| | **Total** | **34.40** |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 6
January 23, 2023
Invoice: 230900397

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 01/17/23 | J J Normile | NYC | 40,800.00 | |
| | Vendor: Bates White, LLC; Invoice#: 27960; Date: 10/10/2022 (9/7 - 21/2022) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **40,800.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **40,800.00** |