UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

CONSOLIDATED MONTHLY FEE STATEMENT OF
CORNERSTONE RESEARCH FOR COMPENSATION FOR
SERVICES RENDERED AS CONSULTANT TO THE
DEBTORS FOR THE PERIOD FROM
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Dates Order of Employment and Supplemental Order of Employment Signed | June 11, 2020 and October 26, 2021 |
| Period for which compensation and reimbursement is sought | December 1, 2022 through December 31, 2022 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $3,082.00 (80% of $3,852.50) |
| Total reimbursement requested in this statement | $0 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| **Total compensation and reimbursement requested in this statement** | **$3,082.00** |
|---|---|
| **This is a(n):**   X  Monthly Application_____Interim Application_____Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from December 1, 2022 Through December 31, 2022* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks (i) compensation in the amount of **$3,082.00** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$3,852.50**) and (ii) payment of **$0** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from December 1, 2022 through and including December 31, 2022, is referred to herein as the "**Fee Period**."

2

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$3,852.50** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$3,082.00.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $621.37.[3]

3. Attached hereto as **Exhibit C** is a chart of expenses that Cornerstone Research incurred or disbursed in the amount of $0 in connection with providing professional services to the Debtors during the Fee Period.

4. Attached hereto as **Exhibit D** are the time records of Cornerstone Research for the Fee Period organized by month and project category with a daily time log describing the time spent by each consultant and litigation support staff member during the Fee Period.

---

[3] The blended hourly rate of $621.37 for consultants is derived by dividing the total fees for consultants of $3,852.50 by the total hours of 6.2.

**Notice**

5.    The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of **$3,082.00** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$3,852.50**) and payment of **$0** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

Dated:    February 16, 2023
         Boston, Massachusetts

                                    CORNERSTONE RESEARCH

                                    By:  /s/ Zoya Marriott


                                    699 Boylston Street
                                    Boston, Massachusetts 02116
                                    Telephone: (617) 927-3000
                                    Facsimile: (617) 927-3100

# Exhibit A

## Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 0.0 | $ 0.00 |
| Consulting Services | 6.2 | $ 3,852.50 |
| **Total** | 6.2 | $ 3,852.50 |

5

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Marriott, Zoya | Vice President | $ 845.00 | 1.00 | $ 845.00 |
| Guo, Fang | Associate | $ 645.00 | 4.10 | $ 2,644.50 |
| Clark, Lindsey | Analyst | $ 330.00 | 1.10 | $ 363.00 |
| | | ***Total*** | **6.20** | **$ 3,852.50** |

## Exhibit C

### Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | | $ 0.00 |
| **Total** | | $ 0.00 |

7

## Exhibit D

## Time Detail by Project Category and Month

**Project Category: Consulting Services**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Marriott, Zoya | 12/1/2022 | 0.2 | Reviewed |
| Clark, Lindsey | 12/2/2022 | 1.1 | Reviewed analyses. |
| Guo, Fang | 12/2/2022 | 1.1 | Reviewed |
| Guo, Fang | 12/6/2022 | 0.5 | Reviewed |
| Guo, Fang | 12/9/2022 | 1.0 | Call with client |
| Guo, Fang | 12/14/2022 | 1.0 | Reviewed |
| Guo, Fang | 12/15/2022 | 0.5 | Reviewed |
| Marriott, Zoya | 12/15/2022 | 0.8 | Reviewed |
| **Total** | | **6.2** | |