KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.**, *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

------------------------------------------ x

**TWELFTH MONTHLY FEE STATEMENT OF**
**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO**
**THE STATE OF WASHINGTON FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

Page **1**

12347961.1

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | January 1, 2023 through January 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $48,950.27* |
| **Current Fee Request** | $39,160.22 (80% of $48,950.27) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $42.51 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $39,202.73 |
| **Total Fees and Expenses Inclusive of Holdback** | $48,992.78 |
| **This is a(n):**   X   Monthly Application       ___Interim Application       ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Twelfth Monthly Fee Statement (the "Fee Statement") for the period of January 1, 2023 through and including January 31, 2023 (the "Statement Period").

*This amount reflects a statement credit of $72.23.

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $49,022.50 in fees during the Statement Period, against which Kleinberg Kaplan applied a credit of $72.23. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such net amount of fees, totaling $39,160.22.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $42.51 in connection with providing professional services prior to and during the Statement Period and a copy of the computer-generated list of expenses.

12347961.1

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: February 28, 2023

                                                              Respectfully submitted,

                                                              KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:  */s/ Matthew J. Gold*
      Matthew J. Gold
      Robert M. Tuchman

      500 Fifth Avenue
      New York, New York 10110
      Tel:  (212) 986-6000
      Fax:  (212) 986-8866
      E-mail:     mgold@kkwc.com
                       rtuchman@kkwc.com

*Attorneys for the State of Washington*

12347961.1

# EXHIBIT A

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING JANUARY 1, 2023 THROUGH JANUARY 31, 2023

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 30.1 | $37,354.00 |
| 004 Injunction Adversary Proceeding | .9 | $1,020.50 |
| 005 Fee Applications | 13.2 | $10,648.00 |
| **Subtotal** | **44.2** | **$49,022.50** |
| Credit | | ($72.23) |
| **Net total** | | **$48,950.27** |
| | | |
| 20% Fee Holdback | | **$9,790.05** |
| 80% of Net Fees | | **$39,160.22** |
| Plus Expenses | | **$42.51** |
| Requested Amount | | **$39,202.73** |

# EXHIBIT B

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

### COMMENCING JANUARY 1, 2023 THROUGH JANUARY 31, 2023

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,250 | 33.2 | $41,500.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,280 | 4.9 | $6,272.00 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $205 | 6.1 | $1,250.50 |
| **Total Fees Requested** | | | | **$49,022.50** |

# EXHIBIT C

## ACTUAL AND NECESSARY COSTS INCURRED BY
## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
## COMMENCING JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| EXPENSE | AMOUNT |
|---|---|
| Court Fees | $10.20 |
| Meals | $32.31 |
| **Total Expenses** | **$42.51** |

12347961.1

| | |
|---|---|
| Client: State of Washington | Invoice Date: February 17, 2023 |
| Matter: Fee applications | Invoice Number: 117554 |
| | Matter Number: 7263-0005 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/23/2023 | Pacer Service Center - Inv#3974096-Q42022-1/4/23 10/1/22-12/31/22-4th Qtr 2022 | 1.00 | 10.20 |
| 01/31/2023 | American Express - October 2022 - pd.11/14/22 ck#85980 | 1.00 | 32.31 |
| **Total** | | | **$42.51** |

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: February 17, 2023 |
| SAAG Administrator | Invoice Number: 117537 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through January 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | 37,354.00 |
| Costs | (72.23) |
| **Total Amount Due** | **$37,281.77** |

| Please Remit to: | *Mail To:* <br> *Kleinberg, Kaplan, Wolff & Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | **Wire Instructions:** <br> Citibank N.A. <br> ABA Number: 021000089 <br> Swift Code: CITIUS33 (International) <br> Account # 9987286692 <br> **(Please Reference Invoice Number)** |
|---|---|---|

| | | Invoice Date: | February 17, 2023 |
|---|---|---|---|
| Client: State of Washington | | Invoice Number: | 117537 |
| Matter: Purdue Pharma | | Matter Number: | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2023 | Matthew J. Gold | Conferring with J. Rupert regarding Intercreditor Agreement | 0.20 | 1,250.00 | 250.00 |
| 01/03/2023 | Robert Berman | Reviewing emails related to draft email and intercreditor agreement | 0.10 | 1,280.00 | 128.00 |
| 01/04/2023 | Matthew J. Gold | Conferring regarding Intercreditor Agreement; exchanging emails with States' representatives regarding same | 0.90 | 1,250.00 | 1,125.00 |
| 01/04/2023 | Robert Berman | Reviewing emails regarding email to Davis Polk and intercreditor agreement | 0.40 | 1,280.00 | 512.00 |
| 01/05/2023 | Matthew J. Gold | Reviewing presentation draft of Intercreditor Agreement; preparing email to Davis Polk regarding same | 1.40 | 1,250.00 | 1,750.00 |
| 01/05/2023 | Robert Berman | Reviewing email to Davis Polk | 0.10 | 1,280.00 | 128.00 |
| 01/06/2023 | Matthew J. Gold | Revising outline of Intercreditor Agreement issues | 1.20 | 1,250.00 | 1,500.00 |
| 01/09/2023 | Matthew J. Gold | Revising outline of Intercreditor Agreement issues | 0.40 | 1,250.00 | 500.00 |
| 01/10/2023 | Matthew J. Gold | Revising outline of Intercreditor Agreement issues | 0.80 | 1,250.00 | 1,000.00 |
| 01/11/2023 | Matthew J. Gold | Revising outline of Intercreditor Agreement issues | 0.60 | 1,250.00 | 750.00 |
| 01/12/2023 | Matthew J. Gold | Conferring regarding case status; reviewing J. Rupert email regarding Canadian entities; revising outline | 0.50 | 1,250.00 | 625.00 |
| 01/13/2023 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement and strategy | 1.20 | 1,250.00 | 1,500.00 |
| 01/18/2023 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement and strategy | 0.80 | 1,250.00 | 1,000.00 |
| 01/23/2023 | Ellie Taylor | Confirming attorney registration for omnibus hearing on 1/24 | 0.10 | 205.00 | 20.50 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | February 17, 2023 |
| Matter: Purdue Pharma | | | Invoice Number: | | 117537 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/2023 | Matthew J. Gold | Attending omnibus hearing; exchanging emails with I. Goldman regarding same; preparing notes regarding same; exchanging emails with J. Weiner regarding Intercreditor Agreement | 3.20 | 1,250.00 | 4,000.00 |
| 01/24/2023 | Ellie Taylor | Completing attorney registration for omnibus hearings; recording hearing registration in internal records | 0.30 | 205.00 | 61.50 |
| 01/24/2023 | Robert Berman | Conferring regarding Davis Polk and next steps; reviewing email to Davis Polk and email from J. Weiner and conferring regarding same | 1.50 | 1,280.00 | 1,920.00 |
| 01/25/2023 | Matthew J. Gold | Exchanging emails with J. Rupert regarding omnibus hearing and Intercreditor Agreement; conferring regarding Intercreditor Agreement; revising outline regarding same | 2.40 | 1,250.00 | 3,000.00 |
| 01/26/2023 | Matthew J. Gold | Exchanging emails with J. Rupert regarding omnibus hearing and Intercreditor Agreement; revising outline regarding Intercreditor Agreement | 2.70 | 1,250.00 | 3,375.00 |
| 01/27/2023 | Matthew J. Gold | Conferring with J. Rupert regarding omnibus hearing and Intercreditor Agreement; revising outline regarding Intercreditor Agreement | 2.80 | 1,250.00 | 3,500.00 |
| 01/27/2023 | Robert Berman | Conferring regarding email from J. Weiner and next steps; reviewing emails to and from I. Goldman about next steps | 1.20 | 1,280.00 | 1,536.00 |
| 01/28/2023 | Robert Berman | Reviewing email from O. Lefkon regarding status | 0.10 | 1,280.00 | 128.00 |
| 01/30/2023 | Matthew J. Gold | Conferring with I. Goldman regarding email exchange concerning Intercreditor Agreement; revising outline regarding Intercreditor Agreement | 2.30 | 1,250.00 | 2,875.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | February 17, 2023 |
| Matter: Purdue Pharma | | | Invoice Number: | | 117537 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2023 | Robert Berman | Conference call with I. Goldman regarding next steps and email from J. Weiner; preparation; reviewing response to O. Lefkon and conferring same | 1.50 | 1,280.00 | 1,920.00 |
| 01/31/2023 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement | 3.40 | 1,250.00 | 4,250.00 |
| **Total** | | | **30.10** | | **$37,354.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 0.40 | 205.00 | 82.00 |
| Matthew J. Gold | 24.80 | 1,250.00 | 31,000.00 |
| Robert Berman | 4.90 | 1,280.00 | 6,272.00 |
| **Total** | **30.10** | | **$37,354.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/30/2022 | American Express - Jan 2022 - pd.12/30/21 ck#84603 | 1.00 | (72.23) |
| **Total** | | | **($72.23)** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: February 17, 2023 |
| SAAG Administrator | Invoice Number: 117538 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0004 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Injunction adversary proceeding |

*For professional services rendered through January 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | 1,020.50 |
| **Total Amount Due** | **$1,020.50** |

| Please Remit to: | *Mail To:* | **Wire Instructions:** |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | Citibank N.A. |
| | *500 Fifth Avenue* | ABA Number: 021000089 |
| | *New York, N.Y. 10110* | Swift Code: CITIUS33 (International) |
| | | Account # 9987286692 |
| | | **(Please Reference Invoice Number)** |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | February 17, 2023 |
| Matter: Injunction adversary proceeding | | | Invoice Number: | | 117538 |
| | | | Matter Number: | | 7263-0004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/2023 | Ellie Taylor | Retrieving requested docket entries | 0.10 | 205.00 | 20.50 |
| 01/19/2023 | Matthew J. Gold | Reviewing Purdue reply to Canadian objection; revising outline regarding same | 0.80 | 1,250.00 | 1,000.00 |
| **Total** | | | **0.90** | | **$1,020.50** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 0.10 | 205.00 | 20.50 |
| Matthew J. Gold | 0.80 | 1,250.00 | 1,000.00 |
| **Total** | **0.90** | | **$1,020.50** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

|  |  |
|---|---|
| State of Washington | Invoice Date: February 17, 2023 |
| SAAG Administrator | Invoice Number: 117554 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0005 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client: State of Washington
Matter: Fee applications

*For professional services rendered through January 31, 2023*

Currency: USD

| | |
|---|---:|
| Fees | 10,648.00 |
| Costs | 42.51 |
| **Total Amount Due** | **$10,690.51** |

| Please Remit to: | *Mail To:* <br> *Kleinberg, Kaplan, Wolff & Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | **Wire Instructions:** <br> Citibank N.A. <br> ABA Number: 021000089 <br> Swift Code: CITIUS33 (International) <br> Account # 9987286692 <br> **(Please Reference Invoice Number)** |
|---|---|---|

| | |
|---|---|
| Client: State of Washington | Invoice Date: February 17, 2023 |
| Matter: Fee applications | Invoice Number: 117554 |
| | Matter Number: 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2023 | Matthew J. Gold | Reviewing draft monthly statement; conferring regarding same; conferring with J. Rupert regarding reimbursement | 2.10 | 1,250.00 | 2,625.00 |
| 01/03/2023 | Ellie Taylor | Completing edits on Tenth Monthly Fee Statement | 0.50 | 205.00 | 102.50 |
| 01/04/2023 | Matthew J. Gold | Conferring and exchanging emails regarding monthly statement and report for fee examiner | 0.80 | 1,250.00 | 1,000.00 |
| 01/04/2023 | Ellie Taylor | Finalizing and filing Tenth Monthly Fee Statement; serving Tenth Monthly Fee Statement; preparing affirmation regarding service of Tenth Monthly Fee Statement; filing affirmation | 1.20 | 205.00 | 246.00 |
| 01/05/2023 | Matthew J. Gold | Exchanging emails regarding report for fee examiner | 0.80 | 1,250.00 | 1,000.00 |
| 01/05/2023 | Ellie Taylor | Adjusting data from accounting to conform with previous spreadsheet sent to fee examiner; preparing communication with fee examiner and transmitting spreadsheet and Tenth Monthly Fee Statement | 0.80 | 205.00 | 164.00 |
| 01/13/2023 | Matthew J. Gold | Reviewing time records for reimbursement | 0.60 | 1,250.00 | 750.00 |
| 01/17/2023 | Matthew J. Gold | Conducting further review of time records for reimbursement; conferring regarding same | 0.20 | 1,250.00 | 250.00 |
| 01/18/2023 | Ellie Taylor | Reviewing fee examiner request and referring request to accounting department | 0.10 | 205.00 | 20.50 |
| 01/19/2023 | Ellie Taylor | Preparing draft email regarding passage of objection deadline | 0.20 | 205.00 | 41.00 |
| 01/19/2023 | Matthew J. Gold | Exchanging emails regarding reimbursement; preparing notification email to C. MacDonald regarding same | 1.40 | 1,250.00 | 1,750.00 |
| 01/24/2023 | Ellie Taylor | Reviewing accounting materials for response to fee examiner request; circulating materials for fee examiner | 0.40 | 205.00 | 82.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | February 17, 2023 |
| Matter: Fee applications | | | Invoice Number: | | 117554 |
| | | | Matter Number: | | 7263-0005 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2023 | Matthew J. Gold | Reviewing draft of monthly fee statement; exchanging emails regarding same | 0.90 | 1,250.00 | 1,125.00 |
| 01/30/2023 | Ellie Taylor | Drafting Eleventh Monthly Fee Statement | 1.00 | 205.00 | 205.00 |
| 01/31/2023 | Matthew J. Gold | Reviewing revised draft of monthly fee statement; exchanging emails regarding same | 0.80 | 1,250.00 | 1,000.00 |
| 01/31/2023 | Ellie Taylor | Completing edits and re-compiling Eleventh Monthly Fee Statement (.4); conferring regarding edits (.2); filing and serving Eleventh Monthly Fee Statement (.2); preparing declaration regarding service of Eleventh Monthly Fee Statement (.2); editing and filing the same (.3); conferring regarding preparations for fee examiner (.1) | 1.40 | 205.00 | 287.00 |
| **Total** | | | **13.20** | | **$10,648.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 5.60 | 205.00 | 1,148.00 |
| Matthew J. Gold | 7.60 | 1,250.00 | 9,500.00 |
| **Total** | **13.20** | | **$10,648.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/23/2023 | Pacer Service Center - Inv#3974096-Q42022-1/4/23 10/1/22-12/31/22-4th Qtr 2022 | 1.00 | 10.20 |
| 01/31/2023 | American Express - October 2022 - pd.11/14/22 ck#85980 | 1.00 | 32.31 |
| **Total** | | | **$42.51** |