UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                          :        Chapter 11
                                                :
PURDUE PHARMA L.P., *et al.*,                   :        Case No. 19-23649 (SHL)
                                                :
                        Debtors.[1]             :        (Jointly Administered)
                                                :

------------------------------------------------------------ x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JANUARY 31, 2023

     PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of January 1, 2023 through January 31, 2023 (the "Thirty-Seventh Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

     1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.    For the Thirty-Seventh Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,343.96, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,343.96 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirty-Seventh Compensation Period).

Although every effort has been made to include all out-of-pocket expenses incurred during the Thirty-Seventh Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-Seventh Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned by PJT during the Thirty-Seventh Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirty-Seventh Compensation Period is outlined below:

| Thirty-Seventh Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| January 1 – 31, 2023 | $225,000.00 | ($45,000.00) | $1,343.96 | **$181,343.96** |

7.    The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 484.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-Seventh Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | January 2023 |
|---|---|
| Jamie O'Connell | 9.0 |
| Rafael Schnitzler | 102.5 |
| Tom Melvin | 71.0 |
| Jin Won Park | 75.0 |
| Marilia Bagatini | 105.0 |
| Christopher Fletcher | 31.0 |
| Chloe Lee | 91.0 |
| **Total Hours** | **484.5** |

### III. <u>Requested Relief</u>

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,343.96, in each case earned or incurred during the Thirty-Seventh Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | $1,343.96 |
| **Total Amount Due** | **$181,343.96** |

Dated: March 1, 2023

PJT PARTNERS LP

By: */s/ John James O'Connell III*
     John James O'Connell III
     Partner
     280 Park Avenue
     New York, NY 10017
     (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

February 28, 2023

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of January 1, 2023 through January 31, 2023: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through February 23, 2023:[1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 1,022.23 | |
| Meals | | 263.66 | |
| Research | | 12.30 | |
| Document Production | | 45.77 | 1,343.96 |
| **Total Amount Due** | | **$** | **181,343.96** |

**Invoice No. 10023666**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Feb-23 | | 2/28/2023 Expenses |
|---|---|---|---|
| Ground Transportation | $ | 1,022.23 | $ 1,022.23 |
| Employee Meals | | 263.66 | 263.66 |
| Research - Online Database | | 12.30 | 12.30 |
| Document Production | | 45.77 | 45.77 |
| **Total Expenses** | **$** | **1,343.96** | **$ 1,343.96** |

| | | |
|---|---|---|
| **Ground Transportation** | **$** | **1,022.23** |
| **Meals** | | **263.66** |
| **Research** | | **12.30** |
| **Document Production** | | **45.77** |
| **Total Expenses** | **$** | **1,343.96** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through February 23, 2023**
**Invoice No. 10023666**

**Ground Transportation**

| | | | |
|---|---|---|---|
| Lee (weeknight taxi home from office) | 12/15/22 | 14.82 | |
| Lee (taxi to client meeting in Stamford, CT from office) | 01/26/23 | 160.26 | |
| Melvin (weeknight taxi home client dinner meeting) | 12/07/22 | 37.65 | |
| Melvin (weeknight taxi home client dinner meeting) | 12/08/22 | 50.70 | |
| Park (weeknight taxi home from office) | 01/09/23 | 16.31 | |
| Park (weeknight taxi home from office) | 01/10/23 | 35.69 | |
| Park (weeknight taxi home from office) | 01/11/23 | 31.21 | |
| Park (weeknight taxi home from office) | 01/17/23 | 27.45 | |
| Park (weeknight taxi home from office) | 01/19/23 | 35.63 | |
| Park (weeknight taxi home from office) | 01/23/23 | 26.93 | |
| Park (weeknight taxi home from office) | 01/25/23 | 28.87 | |
| Park (weeknight taxi home from office) | 01/26/23 | 34.67 | |
| Park (taxi to client meeting in Stamford, CT from home) | 01/27/23 | 160.01 | |
| Schnitzler (taxi to client meeting in Stamford, CT from home) | 11/02/22 | 316.03 | |
| Schnitzler (round trip train travel to/from Stamford,  CT from/to New York, NY) | 11/21/22 | 46.00 | |
| **Subtotal - Ground Transportation** | | | **$        1,022.23** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Lee (weeknight working dinner meal) | 12/12/22 | 20.00 | |
| Lee (weeknight working dinner meal) | 12/13/22 | 20.00 | |
| Lee (weeknight working dinner meal) | 12/19/22 | 20.00 | |
| Lee (weeknight working dinner meal) | 12/22/22 | 20.00 | |
| Lee (weeknight working dinner meal) | 12/23/22 | 19.98 | |
| Lee (weeknight working dinner meal) | 12/27/22 | 20.00 | |
| Lee (weeknight working dinner meal) | 01/04/23 | 20.00 | |
| Lee (weeknight working dinner meal) | 01/06/23 | 20.00 | |
| Lee (weeknight working dinner meal) | 01/09/23 | 20.00 | |
| Lee (weeknight working dinner meal) | 01/10/23 | 20.00 | |
| Lee (weekend working lunch meal) | 01/14/23 | 8.38 | |
| Lee (weeknight working dinner meal) | 01/16/23 | 20.00 | |
| Lee (weeknight working dinner meal) | 01/19/23 | 20.00 | |
| Lee (weeknight working dinner meal) | 01/26/23 | 15.30 | |
| **Subtotal - Employee Meals** | | | **263.66** |

**Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 09/30/22 | 12.30 | |
| **Subtotal - Research - Online Database** | | | **12.30** |

**Document Production**

| | | | |
|---|---|---|---|
| Lee (240 color photocopies) | 10/05/22 | 10.31 | |
| Lee (696 color photocopies) | 11/20/22 | 35.46 | |
| **Subtotal - Document Production** | | | **45.77** |

| | | |
|---|---|---|
| **Total Expenses** | | **$        1,343.96** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 9.0 |
| Rafael Schnitzler | Managing Director | 102.5 |
| Tom Melvin | Vice President | 71.0 |
| Jin Won Park | Vice President | 75.0 |
| Marilia Bagatini | Associate | 105.0 |
| Christopher Fletcher | Analyst | 31.0 |
| Chloe Lee | Analyst | 91.0 |
| | **Total** | **484.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 01/03/23 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/04/23 | 0.5 | Review of financial analysis |
| Jamie O'Connell | 01/05/23 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 01/05/23 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/06/23 | 1.0 | Meeting with management and counsel on plan matters |
| Jamie O'Connell | 01/09/23 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 01/10/23 | 0.5 | Committee meeting regarding case matter |
| Jamie O'Connell | 01/10/23 | 0.5 | Meeting with management regarding business matter |
| Jamie O'Connell | 01/19/23 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 01/20/23 | 0.5 | Call with R. Schnitzler regarding business matter |
| Jamie O'Connell | 01/25/23 | 0.5 | Call with team regarding business matter |
| Jamie O'Connell | 01/25/23 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/26/23 | 0.5 | Weekly update call |
| Jamie O'Connell | 01/27/23 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/30/23 | 0.5 | Review and comment on draft analysis |
| Jamie O'Connell | 01/31/23 | 0.5 | Review and comment on draft analysis |
| | | **9.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 01/02/23 | 2.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/03/23 | 1.0 | Internal meeting related to business matters |
| Rafael Schnitzler | 01/03/23 | 3.5 | Internal meetings and preparation of materials |
| Rafael Schnitzler | 01/04/23 | 1.0 | Discussions regarding business matters |
| Rafael Schnitzler | 01/04/23 | 1.5 | Email correspondence regarding business matters |
| Rafael Schnitzler | 01/04/23 | 2.0 | Review and draft presentation |
| Rafael Schnitzler | 01/05/23 | 1.0 | Discussions regarding business matters |
| Rafael Schnitzler | 01/05/23 | 3.0 | Review and respond to various emails regarding business matters |
| Rafael Schnitzler | 01/06/23 | 2.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/09/23 | 1.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/09/23 | 2.5 | Review and draft presentation |
| Rafael Schnitzler | 01/10/23 | 1.5 | Review and draft presentation |
| Rafael Schnitzler | 01/10/23 | 1.0 | Email correspondence regarding business matters |
| Rafael Schnitzler | 01/11/23 | 3.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/11/23 | 1.0 | Email correspondence regarding business matters |
| Rafael Schnitzler | 01/12/23 | 3.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/12/23 | 1.0 | Discussions regarding business matters |
| Rafael Schnitzler | 01/12/23 | 3.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/13/23 | 2.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/13/23 | 1.0 | Discussions regarding business matters |
| Rafael Schnitzler | 01/14/23 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 01/17/23 | 3.5 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/18/23 | 5.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/19/23 | 3.0 | Review and draft presentation |
| Rafael Schnitzler | 01/19/23 | 5.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/20/23 | 4.5 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/21/23 | 4.0 | Review document related to business matter |
| Rafael Schnitzler | 01/23/23 | 4.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/23/23 | 2.5 | Review and draft presentation |
| Rafael Schnitzler | 01/24/23 | 2.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/24/23 | 3.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 01/25/23 | 3.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/25/23 | 3.5 | Review and draft various presentations and materials |
| Rafael Schnitzler | 01/26/23 | 3.0 | Review and draft presentation |
| Rafael Schnitzler | 01/26/23 | 1.5 | Correspondence and meetings related to business matter |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 01/27/23 | 6.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/28/23 | 1.5 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 01/28/23 | 1.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/29/23 | 0.5 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 01/30/23 | 3.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/30/23 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Rafael Schnitzler | 01/31/23 | 1.5 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 01/31/23 | 2.5 | Review and draft various presentations and materials |
| | | **102.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 01/03/23 | 1.0 | E-mail correspondence with Company management and internal team regarding various matters |
| Tom Melvin | 01/04/23 | 1.0 | E-mail correspondence and review of materials |
| Tom Melvin | 01/05/23 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 01/06/23 | 1.0 | Call with Company management and counsel to discuss various matters |
| Tom Melvin | 01/09/23 | 0.5 | Correspondence with AlixPartners and creditor financial advisors regarding various matters |
| Tom Melvin | 01/10/23 | 1.0 | Call with Company management to discuss financial matter |
| Tom Melvin | 01/10/23 | 0.5 | Special Committee Meeting |
| Tom Melvin | 01/10/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/10/23 | 1.0 | Review of materials related to financial analysis |
| Tom Melvin | 01/10/23 | 1.0 | E-mail correspondence with AlixPartners and internal team regarding various matters |
| Tom Melvin | 01/10/23 | 1.0 | Update call with creditor financial advisors |
| Tom Melvin | 01/11/23 | 1.0 | Review of materials from management related to financial matter |
| Tom Melvin | 01/11/23 | 1.5 | Review of materials related to diligence requests |
| Tom Melvin | 01/11/23 | 1.0 | E-mail correspondence with Company management related to upcoming meetings |
| Tom Melvin | 01/12/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/12/23 | 0.5 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 01/13/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/13/23 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 01/15/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/16/23 | 1.0 | Review of materials from management related to financial matter |
| Tom Melvin | 01/16/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/17/23 | 1.0 | Call with internal team regarding various matters |
| Tom Melvin | 01/17/23 | 0.5 | E-mail correspondence with AlixPartners and creditor financial advisors related to upcoming meetings |
| Tom Melvin | 01/17/23 | 1.0 | Review of materials from management related to financial matter |
| Tom Melvin | 01/17/23 | 1.5 | Review of materials related to diligence requests |
| Tom Melvin | 01/18/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/18/23 | 0.5 | E-mail correspondence with AlixPartners and Company management related to various matters |
| Tom Melvin | 01/18/23 | 0.5 | Review of materials from management related to financial matter |
| Tom Melvin | 01/19/23 | 0.5 | Review of materials related to business development matters |
| Tom Melvin | 01/19/23 | 1.0 | Call with Company management to discuss public health initiatives |
| Tom Melvin | 01/19/23 | 0.5 | Call with internal team member regarding financial analysis |
| Tom Melvin | 01/19/23 | 0.5 | Review of materials related to diligence requests |
| Tom Melvin | 01/19/23 | 0.5 | E-mail correspondence with Company management related to various matters |
| Tom Melvin | 01/20/23 | 0.5 | Call with Company management to discuss upcoming meeting |
| Tom Melvin | 01/20/23 | 1.5 | Review of materials related to diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 01/20/23 | 0.5 | E-mail correspondence with internal team and AlixPartners related to various matters |
| Tom Melvin | 01/22/23 | 1.0 | Review of materials related to financial matters |
| Tom Melvin | 01/22/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/23/23 | 0.5 | Call with Company management regarding business development |
| Tom Melvin | 01/23/23 | 0.5 | Call with internal team member regarding financial analysis |
| Tom Melvin | 01/23/23 | 1.0 | Review of materials related to business development matters |
| Tom Melvin | 01/23/23 | 1.5 | Review of materials related to diligence requests |
| Tom Melvin | 01/23/23 | 1.0 | Review of materials related to financial matter |
| Tom Melvin | 01/23/23 | 1.0 | Review of financial analysis |
| Tom Melvin | 01/23/23 | 0.5 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 01/24/23 | 1.0 | Call with Company management to discuss financial matter |
| Tom Melvin | 01/24/23 | 0.5 | Call with Company management and DPW to discuss legal matter |
| Tom Melvin | 01/24/23 | 1.5 | Call with AlixPartners, Company management and creditor financial advisors regarding business plan |
| Tom Melvin | 01/24/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 01/24/23 | 1.0 | Review of materials related to financial matter |
| Tom Melvin | 01/24/23 | 0.5 | E-mail correspondence with AlixPartners and creditor financial advisors regarding various matters |
| Tom Melvin | 01/25/23 | 0.5 | Call with Company management to discuss financial matter |
| Tom Melvin | 01/25/23 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 01/25/23 | 1.0 | Review of materials related to financial matter |
| Tom Melvin | 01/25/23 | 1.0 | E-mail correspondence with AlixPartners and Company management related to various matters |
| Tom Melvin | 01/25/23 | 0.5 | Draft and review weekly call agenda |
| Tom Melvin | 01/25/23 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Tom Melvin | 01/26/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 01/26/23 | 1.0 | Call with Company management and counsel to discuss business development matter |
| Tom Melvin | 01/26/23 | 1.0 | Call with Company management to discuss financial matter |
| Tom Melvin | 01/26/23 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 01/26/23 | 1.0 | Review of materials related to financial matter |
| Tom Melvin | 01/26/23 | 1.0 | Review of materials related to business development matter |
| Tom Melvin | 01/26/23 | 1.5 | E-mail correspondence with Company management, AlixPartners and internal team regarding various matters |
| Tom Melvin | 01/27/23 | 1.0 | Call with Company management to discuss financial matter |
| Tom Melvin | 01/27/23 | 0.5 | Call with creditor financial advisors related to financial matter |
| Tom Melvin | 01/27/23 | 0.5 | Call with Company management and counsel related to financial matter |
| Tom Melvin | 01/27/23 | 0.5 | Call with DPW and AlixPartners to discuss legal matters |
| Tom Melvin | 01/27/23 | 0.5 | Call with AlixPartners to discuss operating strategy |
| Tom Melvin | 01/27/23 | 1.0 | Review of materials related to diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 01/27/23 | 1.0 | Review of materials related to financial matter |
| Tom Melvin | 01/27/23 | 1.0 | E-mail correspondence with Company management and creditor financial advisors regarding various matters |
| Tom Melvin | 01/28/23 | 1.0 | Review materials related to upcoming board meeting |
| Tom Melvin | 01/28/23 | 0.5 | E-mail correspondence with Company management and counsel related to financial matter |
| Tom Melvin | 01/29/23 | 1.0 | Review of materials from Company management related to financial matter |
| Tom Melvin | 01/29/23 | 1.0 | Review materials from AlixPartners related to upcoming board meeting |
| Tom Melvin | 01/30/23 | 1.0 | Call with Company management regarding financial matter |
| Tom Melvin | 01/30/23 | 0.5 | Call with Company management, AlixPartners and DPW regarding various matters |
| Tom Melvin | 01/30/23 | 1.0 | Review materials from AlixPartners related to upcoming board meeting |
| Tom Melvin | 01/30/23 | 1.0 | Review of materials related to financial matter |
| Tom Melvin | 01/31/23 | 1.0 | Review materials related to business development matter |
| Tom Melvin | 01/31/23 | 0.5 | E-mail correspondence with Company management and internal team regarding various matters |
| Tom Melvin | 01/31/23 | 1.0 | Review of materials related to financial matter |
| | | **71.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 01/02/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/03/23 | 1.0 | Internal meeting |
| Jin Won Park | 01/03/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/04/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/05/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/06/23 | 1.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/09/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/10/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/10/23 | 1.0 | Internal meeting |
| Jin Won Park | 01/11/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/12/23 | 1.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/13/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/16/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/17/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/17/23 | 1.0 | Internal meeting |
| Jin Won Park | 01/18/23 | 1.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/19/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/20/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/23/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/23/23 | 3.0 | Internal meetings |
| Jin Won Park | 01/24/23 | 6.0 | Preparation of materials |
| Jin Won Park | 01/25/23 | 6.0 | Preparation of materials |
| Jin Won Park | 01/26/23 | 6.0 | Preparation of materials |
| Jin Won Park | 01/27/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/30/23 | 3.0 | Correspondence and meetings related to business matter |
| Jin Won Park | 01/31/23 | 3.0 | Correspondence and meetings related to business matter |
| | | **75.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 01/02/23 | 4.0 | Meetings on financial analysis |
| Marilia Bagatini | 01/03/23 | 4.0 | Meetings on business matters |
| Marilia Bagatini | 01/04/23 | 4.0 | Meetings on business matters |
| Marilia Bagatini | 01/05/23 | 5.0 | Meetings on business matters |
| Marilia Bagatini | 01/06/23 | 3.0 | Financial analysis |
| Marilia Bagatini | 01/08/23 | 4.0 | Financial analysis |
| Marilia Bagatini | 01/09/23 | 4.0 | Meetings on business matters |
| Marilia Bagatini | 01/10/23 | 5.0 | Meetings on business matters |
| Marilia Bagatini | 01/11/23 | 3.0 | Meetings on business matters |
| Marilia Bagatini | 01/12/23 | 3.0 | Meetings on business matters |
| Marilia Bagatini | 01/13/23 | 3.0 | Meetings on business matters |
| Marilia Bagatini | 01/15/23 | 5.0 | Financial analysis |
| Marilia Bagatini | 01/16/23 | 3.0 | Preparation of materials |
| Marilia Bagatini | 01/17/23 | 6.0 | Preparation of materials |
| Marilia Bagatini | 01/18/23 | 5.0 | Preparation of materials |
| Marilia Bagatini | 01/19/23 | 5.0 | Meetings on business matters |
| Marilia Bagatini | 01/20/23 | 5.0 | Meetings on business matters |
| Marilia Bagatini | 01/22/23 | 6.0 | Preparation of materials |
| Marilia Bagatini | 01/23/23 | 4.0 | Financial analysis |
| Marilia Bagatini | 01/24/23 | 3.0 | Financial analysis |
| Marilia Bagatini | 01/25/23 | 2.0 | Meetings on financial analysis |
| Marilia Bagatini | 01/26/23 | 4.0 | Meetings on business matters |
| Marilia Bagatini | 01/27/23 | 3.0 | Meetings on business matters |
| Marilia Bagatini | 01/29/23 | 6.0 | Financial analysis |
| Marilia Bagatini | 01/30/23 | 3.0 | Meetings on financial analysis |
| Marilia Bagatini | 01/31/23 | 3.0 | Meetings on financial analysis |
| | | **105.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 01/03/23 | 0.5 | Financial analysis |
| Christopher Fletcher | 01/04/23 | 3.0 | Financial analysis |
| Christopher Fletcher | 01/06/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 01/09/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 01/10/23 | 0.5 | Call with creditors financial advisors |
| Christopher Fletcher | 01/11/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 01/13/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 01/16/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 01/17/23 | 1.0 | Internal call regarding various matters |
| Christopher Fletcher | 01/17/23 | 3.0 | Financial analysis |
| Christopher Fletcher | 01/18/23 | 1.5 | Financial analysis |
| Christopher Fletcher | 01/19/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 01/19/23 | 0.5 | Call with internal team member and related preparation |
| Christopher Fletcher | 01/19/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 01/19/23 | 1.0 | Call with UCC advisors, management |
| Christopher Fletcher | 01/23/23 | 0.5 | Call with internal team member and related preparation |
| Christopher Fletcher | 01/24/23 | 0.5 | Financial analysis |
| Christopher Fletcher | 01/24/23 | 1.5 | Call with UCC advisors, management |
| Christopher Fletcher | 01/25/23 | 0.5 | Internal call regarding various matters |
| Christopher Fletcher | 01/25/23 | 0.5 | Preparation for internal call, financial analysis |
| Christopher Fletcher | 01/26/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 01/26/23 | 1.0 | Call with management, advisors regarding various matters |
| Christopher Fletcher | 01/26/23 | 1.0 | Call with management, advisors regarding various matters |
| Christopher Fletcher | 01/27/23 | 0.5 | Call with creditors financial advisors |
| Christopher Fletcher | 01/27/23 | 0.5 | Call with Company's counsel regarding various matters |
| Christopher Fletcher | 01/27/23 | 0.5 | Call with operational advisor regarding various matters |
| Christopher Fletcher | 01/27/23 | 1.0 | Financial analysis |
| | | **31.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 01/02/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/03/23 | 1.0 | Internal meeting |
| Chloe Lee | 01/03/23 | 3.0 | Preparation of materials |
| Chloe Lee | 01/03/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/04/23 | 4.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/05/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/06/23 | 3.0 | Preparation of materials |
| Chloe Lee | 01/06/23 | 1.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/09/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/09/23 | 2.0 | Preparation of materials |
| Chloe Lee | 01/10/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/10/23 | 1.0 | Internal meeting |
| Chloe Lee | 01/11/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/12/23 | 1.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/13/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/14/23 | 3.0 | Preparation of materials |
| Chloe Lee | 01/16/23 | 5.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/17/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/17/23 | 1.0 | Internal meeting |
| Chloe Lee | 01/18/23 | 1.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/19/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/20/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/23/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/23/23 | 3.0 | Internal meetings |
| Chloe Lee | 01/24/23 | 4.0 | Preparation of materials |
| Chloe Lee | 01/24/23 | 3.0 | Internal meetings |
| Chloe Lee | 01/25/23 | 6.0 | Preparation of materials |
| Chloe Lee | 01/26/23 | 2.0 | Preparation of materials |
| Chloe Lee | 01/26/23 | 3.0 | Preparation of materials |
| Chloe Lee | 01/26/23 | 2.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/27/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/30/23 | 3.0 | Correspondence and meetings related to business matter |
| Chloe Lee | 01/31/23 | 3.0 | Correspondence and meetings related to business matter |
| | | **91.0** | |