Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FORTY-FIRST MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE
<u>PERIOD COMMENCING JANUARY 1, 2023, THROUGH JANUARY 31, 2023</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | January 1, 2023, through January 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $17,021.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $694.60 |
| **Total compensation requested in this statement:** | $13,617.20 (80% of $17,021.50) |
| **Total expenses requested in this statement:** | $694.60 |
| **Total compensation and expenses requested in this statement:** | $14,311.80 |

**This is a:**   _X_ monthly   ___ interim   ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Forty-First Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing January 1, 2023, through January 31, 2023 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 24.6 hours of professional services during the Fee Period, resulting in fees totaling $17,021.50. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $13,617.20.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $845.96. The blended hourly rate of all paraprofessionals is $424.94. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $694.60 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: March 2, 2023

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

**SUMMARY OF SERVICES BY CATEGORY**

**JANUARY 1, 2023, THROUGH JANUARY 31, 2023**

| TASK CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| .04 | Case Administration | 0.8 | $343.50 |
| .07 | Fee Applications-Self | 4.7 | $2,329.50 |
| .10 | Litigation | 15.4 | $12,387.00 |
| .15 | MSGE Group Meetings/Conferences | 0.5 | $697.50 |
| .17 | Docket Review & File Maintenance | 3.2 | $1,264.00 |
| **TOTAL** | | **24.6** | **$17,021.50** |

1

# EXHIBIT B

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**

**JANUARY 1, 2023, THROUGH JANUARY 31, 2023**

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,395.00 | 2.6 | $3,627.00 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $1,050.00 | 0.2 | $210.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $1,125.00 | 4.4 | $4,950.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $525.00 | 8.4 | $4,410.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $450.00 | 4.0 | $1,800.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $450.00 | 0.9 | $405.00 |
| Rachael L. Davis | Paralegal / N/A / Bankruptcy | $395.00 | 4.1 | $1,619.50 |
| **TOTAL** | | | **24.6** | **$17,021.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### JANUARY 1, 2023, THROUGH JANUARY 31, 2023

| CATEGORY | AMOUNT |
|---|---:|
| PACER Service | $694.60 |
| **TOTAL** | **$694.60** |

1

# EXHIBIT D

# CAPLIN & DRYSDALE

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

|  |  |
|---|---|
| Invoice #: | 346766 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through January 31, 2023

| | |
|---|---|
| Total Services | $17,021.50 |
| Total Disbursements | $694.60 |
| Total Current Charges | $17,716.10 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

## CAPLIN & DRYSDALE

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

February 28, 2023
Invoice #:    346766
Page:    1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through January 31, 2023

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 1/24/2023 | RLD | Update calendar re upcoming omnibus hearing dates. | 0.3 | $395.00 | $118.50 |
| 1/27/2023 | JAG | Review dockets and update calendar. | 0.3 | $450.00 | $135.00 |
| 1/29/2023 | JAG | Attorney hearing registrations (.1); communications w/ JAL and GMO re same (.1). | 0.2 | $450.00 | $90.00 |
| | | Total | 0.80 | | $343.50 |
| **.07** | **Fee Applications-Self** | | | | |
| 1/5/2023 | CG | Draft, revise and finalize monthly fee application (1.4); communications w/ T. Nobis and C. MacDonald re fee-related issues (.2). | 1.6 | $450.00 | $720.00 |
| 1/6/2023 | CG | Communications w/ C. MacDonald re fee-related issues. | 0.2 | $450.00 | $90.00 |
| 1/8/2023 | TEP | Review and edit monthly fee application and communicate w/ JAG re same (.1); confer w/ CG re same (.1). | 0.2 | $1,050.00 | $210.00 |
| 1/8/2023 | CG | Confer w/ TEP re monthly fee app. | 0.1 | $450.00 | $45.00 |
| 1/8/2023 | JAG | Prepare monthly fee statement (.3); communications w/ TEP re same (.1). | 0.4 | $450.00 | $180.00 |
| 1/16/2023 | KCM | Review/edit December monthly fee app. | 0.1 | $1,395.00 | $139.50 |
| 1/31/2023 | CG | Prepare and file monthly fee application and accompanying exhibits (1.8); update fee-related materials re same (.3). | 2.1 | $450.00 | $945.00 |
| | | Total | 4.70 | | $2,329.50 |
| **.10** | **Litigation** | | | | |

February 28, 2023
Invoice #:    346766

Page:    2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 1/11/2023 | GMO | Review Lac La Ronge opposition to PI extension and related papers. | 1.5 | $525.00 | $787.50 |
| 1/17/2023 | JAL | Review and analyze draft reply in support of entry of PI against Lac La Ronge Indian Band (2.1); correspondence w/ KCM re same (.3); teleconference w/ KCM re same (.5). | 2.9 | $1,125.00 | $3,262.50 |
| 1/17/2023 | KCM | Review and analyze draft reply in support of entry of PI against Lac La Ronge Indian Band. | 0.9 | $1,395.00 | $1,255.50 |
| 1/17/2023 | KCM | Communications w/ JAL re draft reply in support of entry of PI against Lac La Ronge Indian Band (.3); teleconference w/ JAL re same (.5). | 0.8 | $1,395.00 | $1,116.00 |
| 1/17/2023 | KCM | Teleconference w/ M. Tobak re draft reply in support of entry of PI against Lac La Ronge Indian Band. | 0.3 | $1,395.00 | $418.50 |
| 1/17/2023 | GMO | Review Debtors' draft brief re Lac La Ronge PI objection (.9); review related papers re same (.8). | 1.7 | $525.00 | $892.50 |
| 1/23/2023 | GMO | Review and analyze Canadian first nation's lift-stay motion and responses (1.4); research re same (.5); prepare for hearing (.2). | 2.1 | $525.00 | $1,102.50 |
| 1/23/2023 | RLD | Hearing prep re 1/24/2023 hearing. | 0.3 | $395.00 | $118.50 |
| 1/24/2023 | JAL | Attend hearing on late-claim motion and Debtors' motion to extend preliminary injunction to Canadian first nation (1.3); review correspondence from the Court, A. Underwood, M. Tobak, and A. Preis re scheduled bench ruling (.2). | 1.5 | $1,125.00 | $1,687.50 |
| 1/24/2023 | GMO | Prepare for hearing (.7); attend hearing (1.3). | 2.0 | $525.00 | $1,050.00 |
| 1/25/2023 | GMO | Research re lift stay motion (.8); review responsive pleadings re same (.3). | 1.1 | $525.00 | $577.50 |
| 1/31/2023 | RLD | Hearing prep re 2/1 bench ruling. | 0.3 | $395.00 | $118.50 |
| | | **Total** | **15.40** | | **$12,387.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 1/17/2023 | KCM | Teleconference w/ client re draft reply in support of entry of PI against Lac La Ronge Indian Band. | 0.5 | $1,395.00 | $697.50 |
| | | **Total** | **0.50** | | **$697.50** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 1/3/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.1 | $395.00 | $39.50 |
| 1/5/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $395.00 | $79.00 |
| 1/9/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $395.00 | $79.00 |
| 1/11/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $395.00 | $79.00 |

February 28, 2023
Invoice #: 346766

Page: 3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 1/12/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $395.00 | $79.00 |
| 1/13/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.4 | $395.00 | $158.00 |
| 1/17/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $395.00 | $79.00 |
| 1/18/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.1 | $395.00 | $39.50 |
| 1/19/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.4 | $395.00 | $158.00 |
| 1/20/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.1 | $395.00 | $39.50 |
| 1/23/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $395.00 | $79.00 |
| 1/24/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.2 | $395.00 | $79.00 |
| 1/30/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.4 | $395.00 | $158.00 |
| 1/31/2023 | RLD | Review docket and update internal files re recently filed pleadings. | 0.3 | $395.00 | $118.50 |
| | | **Total** | **3.20** | | **$1,264.00** |
| | | Total Professional Services | 24.6 | | $17,021.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 4.4 | $1,125.00 | $4,950.00 |
| KCM | Kevin C. Maclay | Member | 2.6 | $1,395.00 | $3,627.00 |
| TEP | Todd E. Phillips | Member | 0.2 | $1,050.00 | $210.00 |
| GMO | George M. O'Connor | Associate | 8.4 | $525.00 | $4,410.00 |
| RLD | Rachael L. Davis | Paralegal | 4.1 | $395.00 | $1,619.50 |
| JAG | Jessica A. Giglio | Paralegal | 0.9 | $450.00 | $405.00 |
| CG | Cecilia Guerrero | Paralegal | 4.0 | $450.00 | $1,800.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 01/23/2023 | PACER SERVICE CENTER - Pacer Charges - RLD [.11] | $694.60 |
| | Total Disbursements | $694.60 |

February 28, 2023
Invoice #:      346766

Page:      4

| | |
|---|---:|
| Total Services | $17,021.50 |
| Total Disbursements | $694.60 |
| Total Current Charges | $17,716.10 |

February 28, 2023
Invoice #:    346766

Page:    5

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---|---|
| .04 | 0.80 | $343.50 |
| .07 | 4.70 | $2,329.50 |
| .10 | 15.40 | $12,387.00 |
| .15 | 0.50 | $697.50 |
| .17 | 3.20 | $1,264.00 |
|  | 24.60 | $17,021.50 |

### Disbursements

| Category | Amount |
|---|---|
| .11 | $694.60 |
|  | $694.60 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| RLD | Rachael L. Davis | .04 | 0.30 | $395.00 | $118.50 |
| JAG | Jessica A. Giglio | .04 | 0.50 | $450.00 | $225.00 |
| KCM | Kevin C. Maclay | .07 | 0.10 | $1,395.00 | $139.50 |
| TEP | Todd E. Phillips | .07 | 0.20 | $1,050.00 | $210.00 |
| JAG | Jessica A. Giglio | .07 | 0.40 | $450.00 | $180.00 |
| CG | Cecilia Guerrero | .07 | 4.00 | $450.00 | $1,800.00 |
| JAL | Jeffrey A. Liesemer | .10 | 4.40 | $1,125.00 | $4,950.00 |
| KCM | Kevin C. Maclay | .10 | 2.00 | $1,395.00 | $2,790.00 |
| GMO | George M. O'Connor | .10 | 8.40 | $525.00 | $4,410.00 |
| RLD | Rachael L. Davis | .10 | 0.60 | $395.00 | $237.00 |
| KCM | Kevin C. Maclay | .15 | 0.50 | $1,395.00 | $697.50 |
| RLD | Rachael L. Davis | .17 | 3.20 | $395.00 | $1,264.00 |
|  |  |  | 24.60 |  | $17,021.50 |