ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **PURDUE PHARMA L.P., et al.,**[1] | ) Case No. 19-23649 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**FORTY-FIRST MONTHLY FEE STATEMENT OF ARNOLD & PORTER**
**KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS**
**FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | January 1, 2023 through January 31, 2023 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $195,999.79[2] |
| Less 20% Holdback | $39,199.96 |
| Total Reimbursement Requested | $267.40 |
| Total Compensation and Reimbursement Requested in this Statement | $157,067.23 |

| | |
|---|---|
| **This is a(n):**   X Monthly Application    __ Interim Application    __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2023 through January 31, 2023* (this "**Fee Statement**").[3] By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $34,588.21 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from January 1, 2023, through and including January 31, 2023, is referred to herein as the "**Fee Period.**"

$156,799.83 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $195,999.79) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $195,999.79 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $156,799.83.

2.      Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is 906.02.[4]  The blended hourly billing rate of all paraprofessionals is $356.70.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $267.40 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

## <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $156,799.83, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $195,999.79) and (ii) payment of $267.40 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

March 3, 2023                                    Respectfully submitted,


By:  _/s/ Rory Greiss_
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 19.00 | $20,925.30 |
| Retention and Fee Applications | 11.20 | $7,133.62 |
| Project Kelp III | 5.30 | $4,334.15 |
| Government Contracts | 67.10 | $69,724.65 |
| Project Falcon | 54.40 | $40,760.05 |
| General Contracts Advice | 13.20 | $13,792.95 |
| Transactions | 42.80 | $39,329.07 |
| **Total[1]** | **213.00** | **$195,999.79** |

---

[1] This amount reflects a reduction in fees in the amount of $34,588.21 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,200.00 | 0.90 | $1,080.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,500.00 | 0.30 | $450.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,230.00 | 65.30 | $80,319.00 |
| Rothman, Eric | Partner | 2008 | 1,110.00 | 10.40 | $11,544.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,320.00 | 52.20 | $68,904.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,140.00 | 5.60 | $6,384.00 |
| Ju, Esther | Associate | 2021 | 755.00 | 8.40 | $6,342.00 |
| Krantz, Alexa D. | Associate | 2021 | 755.00 | 9.70 | $7,323.50 |
| Pettit, Thomas A. | Associate | 2017 | 950.00 | 1.80 | $1,710.00 |
| Sullivan, Sam | Associate | 2020 | 830.00 | 43.70 | $36,271.00 |
| Williams, Alexus | Associate | 2019 | 830.00 | 2.80 | $2,324.00 |
| Marra, Bryan | Senior Attorney | 2003 | 1,010.00 | 4.80 | $4,848.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 7.10 | $3,088.50 |
| **Total** | | | | **213.00** | **$230,588.00** |
| Less 15% Discount | | | | | ($34,588.21) |
| **Discounted Total** | | | | | **$195,999.79** |
| Less 20% Holdback | | | | | ($39,199.96) |
| **Total Amount Requested Herein** | | | | | **$156,799.83** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Near-Line Storage | $267.40 |
| **Total Expenses** | **$267.40** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

February 28, 2023
Invoice # 30153602
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2023** | $ | 24,618.00 |
| Discount: | | -3,692.70 |
| **Fee Total** | | 20,925.30 |
| **Total Amount Due** | $ | **20,925.30** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

### Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2023                                                                                    Invoice # 30153602

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/10/23 | 0.70 | Review correspondence from Purdue team re: preparation of new funding agreement and scheduling videoconference to discuss terms and timing. |
| Rory Greiss | 01/12/23 | 3.80 | Videoconference with Purdue team and E. Rothman to discuss terms of new funding agreement (1.3); draft funding agreement (2.5). |
| Eric Rothman | 01/12/23 | 1.10 | Teleconference with R. Griess and Purdue team to discuss funding agreement. |
| Rory Greiss | 01/13/23 | 1.60 | Review, revise funding agreement. |
| Eric Rothman | 01/13/23 | 1.10 | Draft funding agreement. |
| Rory Greiss | 01/16/23 | 1.20 | Review preliminary comments on funding agreement from members of Purdue team (.5); Revise agreement and send to Purdue team and DPW for review (.7). |
| Rory Greiss | 01/17/23 | 1.60 | Review comments re: new funding agreement (.5); revise agreement (1.1). |
| Rory Greiss | 01/18/23 | 0.50 | Review Purdue team comments to funding agreement. |
| Rory Greiss | 01/19/23 | 0.80 | Correspondence with E. Rothman re: possible side letter to license and option agreement (.3); correspondence with Purdue team re: internal comments on funding agreement (.5). |
| Rory Greiss | 01/24/23 | 1.00 | Review counterparty comments to draft funding agreement (.8); review correspondence from Purdue team re: agreement (.2). |
| Rory Greiss | 01/25/23 | 0.60 | Review comments from counterparty on funding agreement (.4); correspondence with Purdue team re same (.2). |
| Rory Greiss | 01/26/23 | 2.70 | Correspondence with Purdue team re: issues on funding agreement (.5); review and comment on slide deck for BOD presentation (1.0); review amendment to option and license agreement (1.2). |
| Rory Greiss | 01/27/23 | 1.60 | Revise funding agreement (.9); revise amendment to License and Option Agreement (.7). |
| Rory Greiss | 01/28/23 | 0.40 | Correspondence with Purdue team re: revisions to BOD presentation. |
| Rory Greiss | 01/30/23 | 0.30 | Correspondence with Purdue team re: funding agreement revisions. |

**Total Hours**                          **19.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 2.20 | 1,110.00 | 2,442.00 |
| Rory Greiss | 16.80 | 1,320.00 | 22,176.00 |
| **TOTAL** | **19.00** | | **24,618.00** |

**Total Current Amount Due**                                                 **$20,925.30**

# Arnold&Porter

**Purdue Pharma L.P.**                                         February 28, 2023
**Attn: Roxana Aleali**                                        Invoice # 30153605
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2023** | $ | 8,392.50 |
| Discount: | | -1,258.88 |
| **Fee Total** | | 7,133.62 |
| **Total Amount Due** | $ | 7,133.62 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2023                                                                    Invoice # 30153605

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/04/23 | 0.30 | Correspondence with Purdue team re: November monthly statement. |
| Rory Greiss | 01/05/23 | 1.30 | Revise December monthly statement. |
| Rory Greiss | 01/06/23 | 0.70 | Review November and December monthly statements. |
| Rory Greiss | 01/11/23 | 0.50 | Review November Monthly Statement for filing. |
| Rosa J. Evergreen | 01/11/23 | 0.30 | Review monthly statement (.2); correspond with D. Reddix re filing same (.1). |
| Darrell B. Reddix | 01/11/23 | 1.90 | Draft November monthly fee report (1.1); correspond with R. Evergreen and R. Greiss re same (.2); finalize monthly report (.3); file and serve same (.3). |
| Rosa J. Evergreen | 01/13/23 | 0.20 | Correspond with R. Greiss re monthly reports. |
| Darrell B. Reddix | 01/17/23 | 0.50 | Draft December monthly fee report. |
| Darrell B. Reddix | 01/18/23 | 2.20 | Prepare December monthly fee report (2.1); correspond with R. Greiss and R. Evergreen re same (.1). |
| Rory Greiss | 01/19/23 | 0.40 | Correspond with D. Reddix re: December monthly statement. |
| Rosa J. Evergreen | 01/19/23 | 0.30 | Review D. Reddix correspondence re monthly statement (.1); review statement (.2). |
| Darrell B. Reddix | 01/19/23 | 2.50 | Prepare December monthly fee report (2.2), correspond with R. Greiss and R. Evergreen re same (.3). |
| Rosa J. Evergreen | 01/27/23 | 0.10 | Correspond with R. Greiss re retention. |
| **Total Hours** | | **11.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 0.90 | 1,200.00 | 1,080.00 |
| Rory Greiss | 3.20 | 1,320.00 | 4,224.00 |
| Darrell B. Reddix | 7.10 | 435.00 | 3,088.50 |
| **TOTAL** | **11.20** | | **8,392.50** |

**Total Current Amount Due**                                            **$7,133.62**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                        February 28, 2023
**Attn: Roxana Aleali**                                       Invoice # 30153606
**Associate General Counsel**                                 EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00151**

Project Kelp III

20200002984

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2023** | $ | **5,099.00** |
| Discount: | | -764.85 |
| **Fee Total** | | **4,334.15** |
| **Total Amount Due** | $ | **4,334.15** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 719451
                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2023                                                                    Invoice # 30153606

**(1049218.00151)**
**Project Kelp III**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Alexus Williams | 01/23/23 | 0.30 | Confer with E. Rothman regarding amendment to license and option agreement. |
| Eric Rothman | 01/26/23 | 1.30 | Review and comment on amendment to license and option agreement. |
| Alexus Williams | 01/26/23 | 2.50 | Prepare draft amendment to license and option agreement (1.3); update same in accordance with feedback received from R. Greiss and E. Rothman (1.2). |
| Eric Rothman | 01/27/23 | 1.20 | Revise amendment to license and option agreement. |
| **Total Hours** | | **5.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Eric Rothman | 2.50 | 1,110.00 | 2,775.00 |
| Alexus Williams | 2.80 | 830.00 | 2,324.00 |
| **TOTAL** | **5.30** | | **5,099.00** |

**Total Current Amount Due**                                        **$4,334.15**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

February 28, 2023
Invoice # 30153603
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2023** | **82,029.00** |
| Discount: | -12,304.35 |
| **Fee Total** | **69,724.65** |
| **Total Amount Due**  $ | **69,724.65** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2023                                                                Invoice # 30153603

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 01/06/23 | 3.60 | Review of contract issues (1.9); discussion of contract issues with client team (1.7). |
| Elizabeth F. Lindquist | 01/09/23 | 1.00 | Telephone conferences with client team regarding government contracting issues. |
| Thomas A. Pettit | 01/09/23 | 0.60 | Teleconference with client regarding government contracting issues (.3); review System for Award Management letter to Department of Veterans Affairs (.3). |
| Elizabeth F. Lindquist | 01/11/23 | 4.70 | Draft analysis of government pricing and contracting issues (2.3); correspond with client team regarding revisions to draft contract documents (1.8); review correspondence with client team regarding draft contract documents (.6). |
| Elizabeth F. Lindquist | 01/12/23 | 5.00 | Draft and revise analysis of government pricing and contracting issues (3.9); correspond with client team regarding questions pertaining to draft contract documents (.7); draft responses to questions posed by client team regarding draft contract documents (.4). |
| Elizabeth F. Lindquist | 01/13/23 | 4.80 | Correspond with client team regarding revisions to draft contract documents (1.1); participate in telephone conference with client team regarding government pricing and contracting issues (1.8); revise draft contract documents per client team's comments (.6); correspond with client team regarding government pricing and contracting issues (1.3). |
| Elizabeth F. Lindquist | 01/14/23 | 1.20 | Correspond with client team regarding revisions to draft contract documents. |
| Elizabeth F. Lindquist | 01/15/23 | 3.20 | Review, comment on draft contract documents (1.4); draft and revise PowerPoint slide deck regarding government pricing and contracting issues for meeting with client team (1. 8). |
| Elizabeth F. Lindquist | 01/16/23 | 6.30 | Draft and revise PowerPoint slide deck in preparation for meeting with client team (3.2); review, comment on draft contract documents (1.9); Review correspondence with client team related to government pricing and contracting issues (.5); telephone conference with client team (.7). |
| Thomas A. Pettit | 01/16/23 | 0.40 | Teleconference with client regarding government contracting issues. |
| Elizabeth F. Lindquist | 01/17/23 | 2.20 | Teleconference with client team regarding government contracting issues. |
| Elizabeth F. Lindquist | 01/20/23 | 1.20 | Review, comment on draft contract documents (.8); review, analyze correspondence with client team (.4). |
| Elizabeth F. Lindquist | 01/22/23 | 1.60 | Review and analyze draft contract documents. |
| Elizabeth F. Lindquist | 01/23/23 | 0.90 | Draft responses to questions posed by client team regarding draft contract documents. |

February 28, 2023                                                                                      Invoice # 30153603

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Elizabeth F. Lindquist | 01/24/23 | 3.30 | Review proposed revisions to and comments on draft contract documents (.9); draft responses to questions posed by client team regarding draft contract documents (1.4); correspond with client team regarding draft contract documents (.6); review correspondence with client team regarding draft contract documents (.4). |
| Elizabeth F. Lindquist | 01/25/23 | 6.20 | Review, analyze proposed revisions to draft contract (.8); research government contracting issues (1.3); draft responses to questions posed by client team regarding government pricing and contracting issues (1.0); review draft contract documents (.6); participate in telephone conference with client team regarding government contracting issues (1.0); review draft memorandum and related presentation regarding government contracting issues (.7); draft and revise correspondence with government agency (.5); review, analyze government contract documents (1.1); review, analyze documents provided by client team (.5). |
| Elizabeth F. Lindquist | 01/25/23 | 1.30 | Research government contracting issues. |
| Thomas A. Pettit | 01/25/23 | 0.50 | Draft response to Department of Veterans Affairs regarding System for Award Management registration correspondence (.2); revise Department of Veterans Affairs correspondence (.3). |
| Elizabeth F. Lindquist | 01/26/23 | 5.40 | Review draft contract documents (.5); attend telephone conferences with client regarding draft contract documents (1.2); revise draft contract documents (1.4); research government contracting issues (1.7); review correspondence with client team regarding contracting issues (.6). |
| Elizabeth F. Lindquist | 01/27/23 | 2.20 | Correspond with client team regarding draft contract documents (.8); redline draft contract documents (1.4). |
| Elizabeth F. Lindquist | 01/28/23 | 2.70 | Correspond with client team regarding revisions to draft contract documents (1.1); redline draft contract documents (1.6). |
| Elizabeth F. Lindquist | 01/29/23 | 2.90 | Review, comment on revisions to draft contract documents (2.1); correspond with client team regarding proposed revisions to draft contract documents (.8). |
| Elizabeth F. Lindquist | 01/30/23 | 3.10 | Telephone conference with client team (.3); draft communication with government agency (.4); correspond with client team regarding contracting matters (1.5); review, analyze correspondence with client team regarding contracting matters (.9). |
| Thomas A. Pettit | 01/30/23 | 0.30 | Teleconference with client regarding government contracts issues. |
| Elizabeth F. Lindquist | 01/31/23 | 2.50 | Correspond with client team regarding contracting matters (1.9); draft response to VA contracting personnel (.6). |

**Total Hours**                     **67.10**

February 28, 2023                                                                Invoice # 30153603

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 65.30 | 1,230.00 | 80,319.00 |
| **Subtotal:** | **65.30** | | **80,319.00** |
| **Associate** | | | |
| Thomas A. Pettit | 1.80 | 950.00 | 1,710.00 |
| **Subtotal:** | **1.80** | | **1,710.00** |
| **TOTAL** | **67.10** | | **82,029.00** |

**Total Current Amount Due**                                                     **$69,724.65**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

February 28, 2023
Invoice # 30153607
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2023** | **47,953.00** |
| Discount: | -7,192.95 |
| **Fee Total** | **40,760.05** |
| **Disbursements Recorded through January 31, 2023** | |
| eData: Limited Action Storage          267.40 | |
| **Disbursements Total**          $ | **267.40** |
| **Total Amount Due**          $ | **41,027.45** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2023                                                                    Invoice # 30153607

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Sam Sullivan | 01/03/23 | 2.30 | Draft white paper for submission to agency. |
| Barbara H. Wootton | 01/04/23 | 0.20 | Correspond with Purdue team re agency follow up letter on data (.1); correspond with client re status (.1). |
| Sam Sullivan | 01/04/23 | 3.70 | Draft white paper for submission to agency. |
| Deborah L. Feinstein | 01/05/23 | 0.30 | Call with client re: data issues. |
| Barbara H. Wootton | 01/05/23 | 0.50 | Video conference with D. Feinstein and Purdue team re agency follow up data requests (.4); edit draft email to agency re same (.1). |
| Sam Sullivan | 01/05/23 | 4.20 | Draft white paper for submission to agency. |
| Sam Sullivan | 01/06/23 | 3.70 | Draft white paper for submission to agency. |
| Sam Sullivan | 01/07/23 | 1.10 | Draft white paper for submission to agency. |
| Sam Sullivan | 01/08/23 | 2.50 | Draft white paper for submission to agency. |
| Sam Sullivan | 01/09/23 | 6.70 | Draft white paper for submission to agency (6.3); meet with counsel (.4). |
| Bryan M. Marra | 01/12/23 | 0.20 | Correspond with A&P team re: potential clawback. |
| Barbara H. Wootton | 01/13/23 | 0.80 | Revise and comment re draft white paper to agency. |
| Sam Sullivan | 01/13/23 | 0.30 | Revise white paper for submission to agency. |
| Bryan M. Marra | 01/13/23 | 0.30 | Correspond with A&P team re: clawback searches to run. |
| Barbara H. Wootton | 01/16/23 | 0.30 | Correspondence with S. Sullivan and B. Marra re potential privilege claw backs. |
| Sam Sullivan | 01/16/23 | 3.40 | Review potentially privileged documents (2.5); revise white paper for submission to agency (.9). |
| Bryan M. Marra | 01/16/23 | 0.50 | Correspond with A&P team re: potential clawbacks; review clawback search. |
| Sam Sullivan | 01/17/23 | 1.90 | Revise white paper for submission to agency. |
| Barbara H. Wootton | 01/18/23 | 0.10 | Correspond with client. |
| Sam Sullivan | 01/18/23 | 2.50 | Revise white paper for submission to agency. |
| Sam Sullivan | 01/19/23 | 1.40 | Research application of privilege and work product protection to certain documents. |
| Barbara H. Wootton | 01/20/23 | 0.30 | Review, analyze legal research summary re potential privilege claw backs (.2); correspondence with S. Sullivan re follow up (.1). |
| Sam Sullivan | 01/20/23 | 1.80 | Research application of subject matter waiver to certain documents. |
| Barbara H. Wootton | 01/23/23 | 0.70 | Teleconference with client re status and strategy. |
| Sam Sullivan | 01/23/23 | 0.10 | Correspond with B. Wootton regarding agency submission. |
| Bryan M. Marra | 01/23/23 | 1.00 | Correspond with A&P team re: potential clawbacks (.6); draft emails re: clawback production & priv log (.4). |
| Barbara H. Wootton | 01/24/23 | 1.10 | Review, comment re draft privilege claw back letter and privilege log (.2); correspond with S. Sullivan re analysis of certain terms (.2); review materials re newly named deponents (.6); correspond with D. Feinstein and S. Sullivan re submissions to agency. (.1). |
| Sam Sullivan | 01/24/23 | 1.90 | Revise white paper for submission to agency (.4); correspond with D. Feinstein and B. Wootton regarding agency submissions (.3); draft clawback letter to agency (.5); review documents to assess question raised by counsel (.7). |
| Bryan M. Marra | 01/24/23 | 0.50 | Correspond with A&P team re: clawback production. |

Page 1

February 28, 2023                                                                Invoice # 30153607

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 01/25/23 | 0.20 | Correspond with S. Sullivan re joint defense communications with client and team re terms (.1); correspond with agency. (.1). |
| Sam Sullivan | 01/25/23 | 0.40 | Revise white paper for submission to agency (.2); correspond with counsel (.2). |
| Barbara H. Wootton | 01/26/23 | 1.00 | Review, comment on draft privilege claw back log (.1); telephone call with client re developments with agency (.7); telephone call with C. Minerva re developments with agency (.1); correspond with D. Feinstein, S. Sullivan and Purdue team. (.1). |
| Sam Sullivan | 01/26/23 | 0.90 | Revise white paper for submission to agency. |
| Bryan M. Marra | 01/26/23 | 1.50 | Correspond with A&P team re: clawback (.3); review clawback production (.7); review/revise clawback privilege log (.5). |
| Barbara H. Wootton | 01/27/23 | 0.10 | Correspond with B. Marra and S. Sullivan re privileged claw backs. |
| Sam Sullivan | 01/27/23 | 3.50 | Revise white paper for submission to agency. |
| Bryan M. Marra | 01/27/23 | 0.80 | Correspond with A&P team re: clawback production (.3); revise clawback letter (.5). |
| Sam Sullivan | 01/30/23 | 1.00 | Discuss agency investigation with counsel for related party (.4); correspond with B. Wootton (.2); review documents (.4). |
| Barbara H. Wootton | 01/31/23 | 0.30 | Conference with D. Feinstein re agency case. |
| Sam Sullivan | 01/31/23 | 0.40 | Review documents. |
| **Total Hours** | | **54.40** | |

February 28, 2023                                                    Invoice # 30153607

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Deborah L. Feinstein | | 0.30 | 1,500.00 | 450.00 |
| | **Subtotal:** | **0.30** | | **450.00** |
| **Counsel** | | | | |
| Barbara H. Wootton | | 5.60 | 1,140.00 | 6,384.00 |
| | **Subtotal:** | **5.60** | | **6,384.00** |
| **Senior Attorney** | | | | |
| Bryan M. Marra | | 4.80 | 1,010.00 | 4,848.00 |
| | **Subtotal:** | **4.80** | | **4,848.00** |
| **Associate** | | | | |
| Sam Sullivan | | 43.70 | 830.00 | 36,271.00 |
| | **Subtotal:** | **43.70** | | **36,271.00** |
| **TOTAL** | | **54.40** | | **47,953.00** |

**Total Current Amount Due**                                        **$41,027.45**

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

February 28, 2023
Invoice # 30153608
EIN 53-0208605

**Client/Matter # 1051218.00004**

General Contracts Advice

20220003291

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2023** | **16,227.00** |
| Discount: | <u>-2,434.05</u> |
| **Fee Total** | **13,792.95** |
| **Total Amount Due**           $ | <u>**13,792.95**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2023                                                          Invoice # 30153608


**(1051218.00004)**
**General Contracts Advice**


**Legal Services**:


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 01/04/23 | 0.40 | Correspondence with Rhodes team re: draft letter to counterparty in contract dispute. |
| Rory Greiss | 01/12/23 | 0.70 | Review correspondence from Rhodes team re: possible resolution of contract dispute. |
| Rory Greiss | 01/18/23 | 0.70 | Review response from counterparty to letter on contract dispute. |
| Eric Rothman | 01/18/23 | 1.10 | Review and comment on contract dispute letter. |
| Rory Greiss | 01/19/23 | 3.20 | Review background materials re: contract dispute (.6); review, revise letter re: contract dispute prepared by E. Rothman (.8); videoconference with Rhodes team re: letter (.9); correspondence with E. Rothman to discuss revisions to be made (.4); review quality agreement (.3); further correspondence with E. Rothman re: revised letter (.2). |
| Eric Rothman | 01/19/23 | 3.20 | Teleconference with Rhodes team to discuss contract dispute (.9); draft contract dispute letter (2.3). |
| Rory Greiss | 01/25/23 | 0.80 | Revise response letter re: contract dispute with E. Rothman. |
| Eric Rothman | 01/25/23 | 1.40 | Revise contract price dispute letter. |
| Rory Greiss | 01/26/23 | 0.40 | Review correspondence from Rhodes team re: comments to letter to counterparty in contract dispute. |
| Rory Greiss | 01/27/23 | 1.30 | Review correspondence from Rhodes team (.4); revise letter re: contract dispute (.9). |

**Total Hours**                                    **13.20**


**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Eric Rothman | | 5.70 | 1,110.00 | 6,327.00 |
| | Subtotal: | **5.70** | | **6,327.00** |
| **Counsel** | | | | |
| Rory Greiss | | 7.50 | 1,320.00 | 9,900.00 |
| | Subtotal: | **7.50** | | **9,900.00** |
| | **TOTAL** | **13.20** | | **16,227.00** |


**Total Current Amount Due**                                              **$13,792.95**

# Arnold & Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

February 28, 2023
Invoice # 30153609
EIN 53-0208605

**Client/Matter # 1051218.00005**

Transactions

20220003292

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2023** | **46,269.50** |
| Discount: | -6,940.43 |
| **Fee Total** | **39,329.07** |
| **Total Amount Due** | $ **39,329.07** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2023                                                                    Invoice # 30153609

**(1051218.00005)**
**Transactions**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/02/23 | 0.60 | Review counterparty comments to latest draft of amendment to license agreement and commercial supply terms. |
| Rory Greiss | 01/03/23 | 0.40 | Correspondence with Rhodes team re: distribution of asset purchase agreement draft to counterparty. |
| Rory Greiss | 01/05/23 | 4.60 | Review mark-up of supply agreement provided by counterparty (4.0); correspondence re: mark-up with A. Krantz and Rhodes team (.6). |
| Alexa D. Krantz | 01/05/23 | 0.70 | Review counterparty comments on supply agreement. |
| Rory Greiss | 01/12/23 | 1.20 | Review latest comments from counterparty on amendment to development and license agreement (.7); correspondence with Rhodes team re: same (.5). |
| Esther Ju | 01/12/23 | 0.40 | Call with Rory Greiss to re: amendment to license agreement and commercial supply terms (.1); review revisions to agreement received from Rhodes (.3). |
| Rory Greiss | 01/17/23 | 2.20 | Videoconference with Rhodes team and E. Ju re: amendment to license agreement and commercial terms (1.0); review revisions to be made to agreements with E. Ju (.7); review revised drafts (.5). |
| Esther Ju | 01/17/23 | 1.80 | Call with Rhodes team and Rory Greiss to discuss redline changes to amendment (.7); call with Rory Greiss to discuss proposed changes to Rhodes Amendment (.3); revise Amendment to implement changes (.8). |
| Rory Greiss | 01/18/23 | 1.50 | Review counterparty comments to sale agreement (.9); correspondence with Rhodes team re same (.6). |
| Rory Greiss | 01/19/23 | 1.90 | Review comments from counterparty on supply agreement (.4); videoconference with Rhodes team and A. Krantz re same (1.5). |
| Alexa D. Krantz | 01/19/23 | 1.50 | Call with Rhodes team to discuss supply agreement. |
| Rory Greiss | 01/22/23 | 0.40 | Correspondence with D. Kracov and M. Davar re: procedure for transfer of ANDA. |
| Rory Greiss | 01/23/23 | 1.20 | Review counterparty comments on draft agreement (.8); videoconference with Rhodes team and E. Ju re: comments and re: setting up conference with counterparty (.4). |
| Alexa D. Krantz | 01/23/23 | 1.30 | Revise supply agreement. |
| Esther Ju | 01/23/23 | 1.20 | Call with Rhodes team to discuss threshold issues (.4); review redline comments from counterparty on sale agreement (.7); discuss supply agreements with Eric Rothman (.1). |
| Esther Ju | 01/24/23 | 2.20 | Internal call with Rhodes team to prepare for call with counterparty (.5); call with Rhodes and counterparty to discuss amendment and commercial supply terms (1.7). |
| Rory Greiss | 01/25/23 | 2.20 | Review of comments on supply agreement from counterparty (.3) videoconference with Rhodes team and A. Krantz re: re same (1.3); revise draft supply agreement (.4); telephone conference with E. Rothman re: result of call on supply agreement with counterparty (.2). |
| Alexa D. Krantz | 01/25/23 | 1.30 | Call with Rhodes team and R. Greiss to discuss supply agreement. |

February 28, 2023                                                                 Invoice # 30153609

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 01/26/23 | 4.20 | Review sale agreement (.4); videoconference with Rhodes team, E. Ju, and counterparty to discuss sale agreement (.9); call with Rhodes team re follow up (.4); draft talking points for business call between Rhodes and counterparty (.3); review revisions to be made to agreement (.6); review, comment on revised draft (1.0); review revised amendment to license agreement and commercial supply terms provided by counterparty (.6). |
| Alexa D. Krantz | 01/26/23 | 2.40 | Revise supply agreement. |
| Esther Ju | 01/26/23 | 2.80 | Call with Rory Greiss to discuss revisions to sale agreement (.7); revise sale agreement (.4); call with counterparty and Rhodes team to discuss threshold issues in sale agreement (.8); further revise sale agreement (.9). |
| Alexa D. Krantz | 01/27/23 | 0.70 | Revise supply agreement. |
| Alexa D. Krantz | 01/29/23 | 0.70 | Revise supply agreement. |
| Rory Greiss | 01/30/23 | 2.50 | Review revised draft of supply agreement (1.6); review comments with A. Krantz (.7); clear revised version to be sent to Rhodes team (.2). |
| Alexa D. Krantz | 01/30/23 | 1.10 | Call with R. Greiss to discuss supply agreement (.7); revise supply agreement (.4). |
| Rory Greiss | 01/31/23 | 1.80 | Review amendment to license agreement and commercial supply terms (.4); videoconference with Rhodes team re: same (1.0); correspondence with Rhodes team re: final business terms on sale agreement (.4). |

**Total Hours**                          **42.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Counsel** | | | |
| Rory Greiss | 24.70 | 1,320.00 | 32,604.00 |
| Subtotal: | **24.70** | | **32,604.00** |
| **Associate** | | | |
| Esther Ju | 8.40 | 755.00 | 6,342.00 |
| Alexa D. Krantz | 9.70 | 755.00 | 7,323.50 |
| Subtotal: | **18.10** | | **13,665.50** |
| **TOTAL** | **42.80** | | **46,269.50** |

**Total Current Amount Due**                                              **$39,329.07**