**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 23, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Tenth Amended Order Extending Time to Object to Dischargeability of Certain Debts [Docket No. 5464]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 1, 2023

*/s/ Liz Santodomingo*
Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 1, 2023, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 67527

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Attorney General, State of Florida, the State of Ohio, the State of Alaska, the State of North Dakota, the State of Montana, the State of South Carolina, the State of Arkansas, the State of Arizona, the State of Georgia, the State of Kansas, the State of Louisiana, the State of Utah, the State of Nebraska, the Commonwealth of Kentucky, the State of Mississippi, the State of Missouri, the Commonwealth of Puerto Rico and the Territory of American Samoa | Agentis PLLC | Attn: Christopher B. Spuches, Esq. 55 Alhambra Plaza, Suite 800 Coral Gables FL 33134 | cbs@agentislaw.com | Email |
| Top 3 Largest Secured Creditor | Air Liquide Industrial U.S. LP | Attn: President or General Counsel 9811 Katy Freeway Suite 100 Houston TX 77024 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz One Bryant Park New York NY 10036 | idizengoff@akingump.com apreis@akingump.com mhurley@akingump.com sbrauner@akingump.com elisovicz@akingump.com | Email |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Hao 90 Park Avenue New York NY 10016-1387 | william.hao@alston.com | Email |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Sugden and Jacob Johnson 1201 West Peachtree Street Atlanta GA 30309-3424 | will.sugden@alston.com jacob.johnson@alston.com | Email |
| Pro Se Claimant | Andrew Ecke | Attn: Andrew Ecke 18 Meadowlark Rd West Simsbury CT 06092 | sagitarianm2004@yahoo.com | Email |
| Counsel to Ryan Hampton | Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko 4701 Von Karman Ave, Suite 300 Newport Beach CA 92660 | aa@andrewsthornton.com shiggins@andrewsthornton.com rsiko@andrewsthornton.com | Email |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq. 151 W. 46th St., 4th Floor New York NY 10036 | eneiger@askllp.com jchristian@askllp.com | Email |
| State Attorney General | Attorney General for the State of Wisconsin | Attn: Laura E. McFarlane - Assistant Attorney General 17 West Main Street, P.O. Box 7857 Madison WI 53707 | | First Class Mail |
| Counsel to Washington State Department of Revenue | Attorney General of Washington | Attn: Dina L. Yunker - Assistant Attorney General Bankruptcy & Collections Unit 800 Fifth Avenue, Suite 2000 Seattle WA 98104 | dina.yunker@atg.wa.gov | Email |
| Counsel to DuPont de Nemours, Inc. | Ballard Spahr LLP | Attn: Tobey M. Daluz and Laurel D. Roglen 919 N. Market Street, 11th Floor Wilmington DE 19801 | daluzt@ballardspahr.com roglenl@ballardspahr.com | Email |
| Counsel to Altergon Italia s.r.l | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg 200 West Madison Street Suite 3900 Chicago IL 60606 | nathan.rugg@bfkn.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | Attn: John W. Barrett, Esq. P.O. Box 927 404 Court Square Lexington MS 39095 | DonBarrettPA@gmail.com | Email |
| Counsel to Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. | Bentley & Bruning P.A. | Attn: Morgan R. Bentley and David A. Wallace 783 South Orange Avenue, Third Floor Sarasota FL 34236 | mbentley@bentleyandbruning.com dwallace@bentleyandbruning.com | Email |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law 633 Menlo Ave, Suite 100 Menlo Park CA 94025 | Klaw@bbslaw.com | Email |
| Proposed Counsel to Fee Examiner, David M. Klauder, Esquire | Bielli & Klauder, LLC | Attn: Thomas D. Bielli 1500 Walnut Street, Suite 900 Philadelphia PA 19103 | tbielli@bk-legal.com | Email |
| Counsel to the Public School District Creditors | Binder & Schwartz LLP | Attn: Eric B. Fisher 366 Madison Avenue 6th Floor New York NY 10017 | efisher@binderschwartz.com | Email |
| Counsel to Plumbers & Steamfitters Local 267 Insurance Fund | Blitman & King LLP | Attn: Daniel R. Brice 443 N. Franklin Street, Suite 300 Syracuse NY 13204 | drbrice@bklawyers.com | Email |
| Interested Party | BMC Group, Inc. | Attn: T Feil 3732 W. 120th Street Hawthorne CA 90250 | bmc@ecfAlerts.com | Email |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | Attn: Daniel S. Connolly & Robert G. Burns 1251 Avenue of the Americas, 49th Floor New York NY 10020-1100 | daniel.connolly@bracewell.com robert.burns@bracewell.com | Email |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman 6 North Broad Street, Suite 100 Woodbury NJ 08096 | dludman@brownconnery.com | Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton 7 Times Square New York NY 10036 | GCicero@brownrudnick.com DMolton@brownrudnick.com | Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Steven D. Pohl One Financial Center Boston MA 02111 | spohl@brownrudnick.com | Email |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. 18400 Von Karman Avenue, Suite 800 Irvine CA 92612-0514 | jgarfinkle@buchalter.com dslate@buchalter.com | Email |
| Counsel to the People of the State of California | California Department of Justice | Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart 300 South Spring Street, Suite 1702 Los Angeles CA 90013 | bernard.eskandari@doj.ca.gov michelle.burkart@doj.ca.gov timothy.lundgren@doj.ca.gov | Email |
| Counsel for the People of the State of California | California Department of Justice | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General 600 West Broadway, Suite 1800 San Diego CA 92101 | judith.fiorentini@doj.ca.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips<br>One Thomas Circle, NW, Suite 1100<br>Washington DC 20005 | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com | Email |
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn<br>28 Liberty Street<br>41st Floor<br>New York NY 10005 | bankruptcy@clm.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Sean H. Lane | Purdue Pharma L.P. - Chambers Copy<br>US Bankruptcy Court SDNY<br>300 Quarropas Street<br>White Plains NY 10601-4140 | | Overnight Mail |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | Attn: Justin R. Alberto<br>500 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | jalberto@coleschotz.com | Email |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant AG<br>Chief, Health Care Division<br>Office of the AG, One Ashburton Place<br>Boston MA 02108 | | First Class Mail |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn: Carol E. Momjian - Senior Deputy AG<br>Office of AG, The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia PA 19103 | cmomjian@attorneygeneral.gov | Email |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | Attn: J. Michael Connolly<br>1600 Wilson Boulevard, Suite 700<br>Arlington VA 22201 | mike@consovoymccarthy.com | Email |
| Counsel to Kara Trainor Brucato | Cooper Law Firm, LLC | Attn: Celeste Brustowicz, Jessica Detty, & Lisa Richardson<br>1525 Religious Street<br>New Orleans LA 70130 | cbrustowicz@clfnola.com<br>jdetty@clfnola.com<br>lrichardson@clfnola.com | Email |
| Counsel for NAS Ad Hoc Committee | Creadore Law Firm PC | Attn: Donald Creadore<br>450 Seventh Avenue<br>Suite 1408<br>New York NY 10123 | donald@creadorelawfirm.com | Email |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq.<br>16 Court Street, Suite 1012<br>Brooklyn NY 11241 | jonc@cuneolaw.com | Email |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq.<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington DC 20016 | jonc@cuneolaw.com | Email |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut<br>450 Lexington Avenue<br>New York NY 10017 | Purdue.noticing@dpw.com | Email |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (SHL)

Page 3 of 16

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Beacon Company | Debevoise & Plimpton LLP | Attn: Jasmine Ball, Maura Kathleen Monaghan, Jeffrey J. Rosen<br>919 Third Avenue<br>New York NY 10022 | jball@debevoise.com<br>mkmonaghan@debevoise.com<br>jrosen@debevoise.com | Email |
| Counsel to the State of Missouri | Doster, Ullom & Boyle, LLC | Attn: Gregory D. Willard<br>16090 Swingley Ridge Road<br>Suite 620<br>St. Louis MO 63017 | GWillard@dubllc.com | Email |
| Counsel to Nevada Counties and Municipalities | Eglet Adams | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger<br>400 South 7th Street, Suite 400<br>Las Vegas NV 89101 | badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com | Email |
| Counsel to Lynn Carbeno Buffalow, Stanley K. Hand, Jennifer Marie Hargrave, Catherine D. Harper, Cheryl And Richard Huley, Richard H. Hulsey, Jr., Sherry Marter, Sally Lorraine Morrison , Denise Murphy, William Alex Pate, Jr., Dalton Reach, Tim And Traci Reach, Derry Darnell Shambley, James Robert Sharp, Sr., Andrew Sharpe, George M. Tanton | Elizabeth A. Citrin, P.C. | Attn: Elizabeth A. Citrin<br>28311 N. Main Street<br>Suite B-103<br>Daphne AL 36526 | elizabeth@elizabethcitrin.com | Email |
| Pro Se Claimant | Ellen Isaacs | Attn: Ellen Isaacs<br>P.O. Box 6553<br>Delray Beach FL 33482 | ryansopc@gmail.com | Email |
| Counsel to Malcolm B. Kinnaird,  Justine R. Kinnaird, Hunt Kinnaird, and Joan E. Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty | Fetzko Law Offices, P.C. | Attn: Brian Fetzko<br>12 Evergreen Drive, Suite 102<br>Middletown NY 10940 | | First Class Mail |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc. and Various Related Entities | Foley & Lardner LLP | Attn: Geoffrey S. Goodman<br>321 N. Clark Street, Suite 3000<br>Chicago IL 60654-5313 | ggoodman@foley.com | Email |
| Counsel to CVS Caremark Part D Services, L.L.C., CaremarkPCS Health, L.L.C., Apotex Corp., Aveva Drug Delivery  Systems, Inc., CVS Pharmacy, Inc. and Various Related Entities | Foley & Lardner LLP | Attn: Jill L. Nicholson, and Alissa M. Nann<br>90 Park Avenue<br>New York NY 10016 | jcampos@foley.com<br>jnicholson@foley.com<br>anann@foley.com | Email |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson<br>200 W. Madison Street, Suite 3000<br>Chicago IL 60606 | panderson@foxswibel.com | Email |
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | Attn: Joseph D. Frank and Jeremy C. Kleinman<br>1327 W. Washington Blvd., Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Interested Party | Fredrick Hill | 25 Stephen Drive<br>Glendora NJ 08029 | fredhill70@gmail.com | Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert<br>1100 New York Ave., NW<br>Suite 700<br>Washington DC 20005 | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com | Email |
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | Attn: Katherine Stadler<br>One East Main Street, Suite 500<br>Madison  WI 53703 | kstadler@gklaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | Attn: Michael H. Goldstein, & Howard S. Steel<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | mgoldstein@goodwinlaw.com<br>hsteel@goodwinlaw.com | Email |
| Counsel to the City of Seattle | Hagens Berman Sobol Shapiro LLP | Attn: Ben Harrington<br>715 Hearst Ave., Suite 202<br>Berkeley CA 94710 | benh@hbsslaw.com | Email |
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | Attn: Thomas M. Sobol, Lauren G. Barnes<br>55 Cambridge Parkway, Suite 301<br>Cambridge MA 02142 | purduebankruptcy@hbsslaw.com | Email |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | Attn: David A. Zwally<br>745 Fifth Avenue<br>10th Floor<br>New York NY 10151 | dzwally@haugpartners.com | Email |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | Attn: John C. Dougherty<br>One Post Office Square<br>31st Floor<br>Boston MA 02109 | jdougherty@haugpartners.com | Email |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel<br>736 Georgia Avenue, Suite 300<br>Chattanooga TN 37402 | Caleb.Holzaepfel@huschblackwell.com | Email |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn: Marshall C. Turner<br>190 Carondelet Plaza, Suite 600<br>St. Louis MO 63105-3433 | | First Class Mail |
| Top 3 Largest Secured Creditor | Ikon Financial Services | Attn: President or General Counsel<br>1738 Bass Rd<br>Macon GA 31210-1043 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn: Catherine L. Steege, Esq.<br>353 N. Clark Street<br>Chicago IL 60654-3456 | CSteege@jenner.com | Email |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn: Richard Levin, Esq.<br>919 Third Avenue<br>New York NY 10022 | rlevin@jenner.com | Email |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley<br>485 Lexington Avenue<br>30th Floor<br>New York NY 10017 | mleventhal@jha.com<br>dpepe@jha.com<br>pjerdee@jha.com<br>cstanley@jha.com<br>gjoseph@jha.com | Email |
| Counsel to the State of Arizona | Keller Lenkner LLC | Attn: Seth A. Meyer<br>150 N. Riverside Plaza, Suite 4270<br>Chicago IL 60606 | sam@kellerlenkner.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Jung U. Kim | Kimm Law Firm | Attn: Michael S. Kimm<br>333 Sylvan Avenue, Suite 106<br>Englewood Cliffs NJ 07632 | | First Class Mail |
| Counsel to Noramco Coventry LLC | Kirkland & Ellis LLP | Attn: Anne G. Wallice<br>601 Lexington Avenue<br>New York NY 10022 | Anne.Wallice@Kirkland.com | Email |
| Counsel to Noramco Coventry LLC | Kirkland & Ellis LLP | Attn: James A. Stempel<br>300 North LaSalle Street<br>Chicago IL 60654 | | First Class Mail |
| Counsel to State of Washington | Kleinberg, Kaplan, Wolff & Cohen, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman<br>500 Fifth Avenue<br>New York NY 10110 | mgold@kkwc.com<br>rtuchman@kkwc.com | Email |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer<br>1177 Avenue of the Americas<br>New York NY 10036 | keckstein@kramerlevin.com<br>rringer@kramerlevin.com | Email |
| Counsel to Clifford Jeffery Meyer | Law Offices of Julianne Feliz | Attn: Julianne Feliz-Kidd, C Samuel Sutter<br>70 South Main Street<br>Fall River MA 02721 | kidesq1@aol.com | Email |
| Counsel to Walter Lee Simmons and NAS Children Ad Hoc Committee | Levenfeld Pearlstein, LLC | Attn: Harold D. Israel<br>2 North LaSalle Street, Suite 1300<br>Chicago IL 60602 | hisrael@lplegal.com | Email |
| Counsel to Guardian Law Group LLP as and for its clients The City of Grand Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, The City of Brantford, The City of Grand Prairie, Lac La Ronge Indian Band, The City of Lethbridge and The City of Wetaskiwin | Lite Depalma Greenberg & Afanador, LLC | Attn: Allen J. Underwood II<br>570 Broad Street, Suite 1201<br>Newark NJ 07102 | aunderwood@litedepalma.com | Email |
| Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | Attn: Vadim J. Rubinstein, Esq<br>345 Park Avenue<br>New York NY 10154 | vrubinstein@loeb.com | Email |
| Counsel to Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Holding Company, Express Scripts Pharmacy, Inc., and CuraScript, Inc. | Lowey Dannenberg, PC | Attn: Peter D. St. Phillip<br>44 South Broadway<br>Suite 1100<br>White Plains NY 10601 | PStPhillip@lowey.com | Email |
| Counsel to Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company | Luskin, Stern & Eisler LLP | Attn: Michael Luskin<br>50 Main Street<br>White Plains NY 10606 | luskin@lsellp.com | Email |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | Attn: Michael Luskin and Richard Stern<br>Eleven Times Square<br>New York NY 10036 | luskin@lsellp.com<br>stern@lsellp.com | Email |
| Counsel to Joan Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty | MacElree Harvey, Ltd. | Attn: Michael G. Louis<br>17 West Miner Street<br>PO Box 660<br>West Chester PA 19381-0660 | mlouis@macelree.com | Email |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq.<br>One Oxford Centre<br>301 Grant Street, 35th Floor<br>Pittsburgh PA 15219 | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Pro Se Claimant | Maria Ecke | Attn: Maria Ecke<br>8 Glenbrook Dr<br>West Simsbury CT 06092 | sagitarianm2004@yahoo.com | Email |
| Counsel to John H. Stewart | Marino, Tortorella & Boyle, P.C. | Attn: Kevin H. Marino, John D. Tortorella<br>437 Southern Boulevard<br>Chatham NJ 07928-1488 | kmarino@khmarino.com<br>jtortorella@khmarino.com | Email |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire<br>1617 John F. Kennedy Blvd., Ste. 1500<br>Philadelphia PA 19103 | gbressler@mdmc-law.com | Email |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire<br>225 Liberty Street, 36th Fl.<br>New York NY 10281 | mmorano@mdmc-law.com | Email |
| Counsel to the Ad Hoc Group of Hospitals | McGrail & Bensinger LLP | Attn: Ilana Volkov<br>888-C 8th Avenue #107<br>New York NY 10019 | ivolkov@mcgrailbensinger.com | Email |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler (Raymond Sackler Family) | Milbank LLP | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq.<br>55 Hudson Yards<br>New York NY 10001 | guzzi@milbank.com<br>estodola@milbank.com<br>alees@milbank.com | Email |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P.,  Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., TXP Services, Inc., The Purdue Frederick Company Inc., The P.F. Laboratories, Inc., Rhodes Technologies Inc., Avrio Health Inc. (fka Purdue Products Inc.), Caas Leasing, Inc., Connecticut Avenue Realty Co., Inc., Coventry Technologies L.P., E.R.G. Realty, Inc., Essential Raw Materials, Hospice Provident LLC, IAF Corporation, Midvale Chemical Company, Nappwood Land Corporation, New Suffolk Holdings LLP, One Stamford Land Inc., One Stamford Realty L.P., Pharma Associates Inc., Pharma Associates L.P. (fka Purdue Associates L.P.), Pharma Technologies Inc., Pharmaceutical Research Associates, Inc., PRA Holdings, Inc., Purdue Biopharma Inc., Purdue Biopharma L.P., Purdue Healthcare Technologies Inc., Purdue Healthcare Technologies L.P., Purdue Pharma Technologies Inc., Rhodes Pharmaceuticals Inc., RSJ Company L.P., Sawwood Land Corporation, The Seven Hundred Realty Corporation, Terramar Foundation, Inc., Vitamerican Chemicals, Inc.; and Vitamerican Corporation | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Katherine N. Galle<br>One Financial Center<br>Boston MA 02111 | kngalle@mintz.com | Email |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther - Special Assistant AG<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel to Tucson Medical Center | Mitchell & Speights | Attn: Samuel F. Mitchell<br>7161 E. Rancho Vista Dr<br>Suite 5009<br>Scottsdale AZ 85251 | sam@mitchellspeights.com | Email |
| Counsel to the Cherokee Nation | Mololamken LLP | Attn: Justin M. Ellis, Steven F. Molo, Jessica Ortiz<br>430 Park Avenue<br>New York NY 10022 | jellis@mololamken.com<br>smolo@mololamken.com<br>jortiz@mololamken.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | Attn: James Young 76 South Laura Street, Suite 1100 Jacksonville FL 32202 | jyoung@forthepeople.com | Email |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | Attn: Juan R. Martinez 201 North Franklin Street, 7th Floor Tampa FL 33602 | juanmartinez@forthepeople.com | Email |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | Attn: Alexander G. Rheaume John Hancock Tower 200 Clarendon Street, Floor 20 Boston MA 02116 | ARheaume@mofo.com | Email |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | Attn: Benjamin W. Butterfield 250 West 55th Street New York NY 10019 | BButterfield@mofo.com | Email |
| Counsel to Tucson Medical Center | Motley Rice LLC | Attn: Michael M. Buchman 777 Third Ave 27th Floor New York NY 10017 | mbuchman@motleyrice.com | Email |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | Attn: Katherine M. McCraw Assistant Attorney General Post Office Box 629 Raleigh NC 27602-0629 | kmccraw@ncdoj.gov | Email |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry 1850 M St., NW 12th Floor Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel One State Street New York NY 10004 | | First Class Mail |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Attn: Heather M. Crockett, Curtis T. Hill Jr. 302 West Washington Street Indiana Govt. Center South, 5th Floor Indianapolis IN 46204-2770 | Heather.Crockett@atg.in.gov | Email |
| State Attorney General | Office of the New Jersey State Attorney General | Attn: Lara J. Fogel, Deputy AG 124 Halsey Street, 5th Floor P.O. Box 45029-5029 Newark NJ 07101 | lara.fogel@law.njoag.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | Attn: David E. Nachman<br>Executive Division<br>28 Liberty Street<br>New York NY 10005 | David.Nachman@ag.ny.gov | Email |
| State Attorney General | Office of the New York State Attorney General | Attn: Kathryn J. Blake, Assistant AG<br>Section Chief, General Recoveries Bureau<br>The Capitol<br>Albany NY 12224-0341 | Kathryn.Blake@ag.ny.gov | Email |
| State Attorney General and Counsel for the People of the State of New York | Office of the New York State Attorney General | Attn: Louis J. Testa, Martin A. Mooney<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany  NY 12224-0341 | Louis.Testa@ag.ny.gov<br>Martin.Mooney@ag.ny.gov | Email |
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | Attn: Muhammad Umair Khan<br>28 Liberty Street<br>New York NY 10005 | Umair.Khan@ag.ny.gov | Email |
| Counsel to New York State Department of Taxation and Finance | Office of the New York State Attorney General | Attn: Leo V. Gagion<br>28 Liberty Street, 17th Floor<br>New York NY 10005 | leo.gagion@ag.ny.gov | Email |
| Counsel to the State of South Carolina | General | P.O. Box 11549 | jlibet@scag.gov | Email |
| State Attorney General | Office of the State of Connecticut Attorney General | Attn: Denise S. Mondell, Assistant AG<br>55 Elm Street, P.O. Box 120<br>Hartford CT 06141-0120 | Denise.Mondell@ct.gov | Email |
| State Attorney General | Office of the State of Idaho Attorney General | Attn: Brett T. DeLange - Deputy AG Chief,<br>Consumer Protection Division<br>Office of the AG<br>P. O. Box 83720<br>Boise ID 83720-0010 | brett.delange@ag.idaho.gov | Email |
| State Attorney General | Office of the State of Iowa Attorney General | Attn: William R. Pearson - Assistant AG<br>Hoover Building, 2nd Floor<br>1305 E. Walnut Street<br>Des Moines IA 50312 | william.pearson@ag.iowa.gov | Email |
| State Attorney General | Office of the State of Vermont Attorney General | Attn: Jill S. Abrams<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier VT 05403 | Jill.abrams@vermont.gov | Email |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York NY 10014 | paul.schwartzberg@usdoj.gov | Email |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Alison L. Archer, Assistant AG<br>Ohio AG's Office<br>615 W. Superior Avenue, 11th Floor<br>Cleveland OH 44113 | Alison.Archer@ohioattorneygeneral.gov | Email |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Patricia D. Lazich, Assistant AG<br>Ohio AG's Office<br>615 W. Superior Avenue, 11th Floor<br>Cleveland OH 44113 | Trish.Lazich@ohioattorneygeneral.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Alza Corporation, and Janssen Ortho LLC | O'Melveny & Myers LLP | Attn: Adam P. Haberkorn Seven Times Square New York NY 10036 | ahaberkorn@omm.com | Email |
| Counsel to the State of Texas | Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney 230 Park Avenue New York NY 10169 | mcyganowski@otterbourg.com jfeeney@otterbourg.com | Email |
| Counsel to RDC Liquidating Trust as Successor-In-Interest to Rochester Drug Co-Operative, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Erin Gray 10100 Santa Monica Blvd 13th Floor Los Angeles CA 90067 | egray@pszjlaw.com | Email |
| Counsel to RDC Liquidating Trust as Successor-In-Interest to Rochester Drug Co-Operative, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: Ilan D. Scharf 780 Third Avenue 34th Floor New York NY 10017 | ischarf@pszjlaw.com | Email |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | Attn: Melissa L. Van Eck - Senior Deputy AG Strawberry Square, 15th Floor Harrisburg PA 17120 | mvaneck@attorneygeneral.gov | Email |
| Interested Party | Peter F. Sottile | Attn: Peter F. Sottile 8 Glenbrook Dr. West Simsbury CT 06092 | valleypainter@yahoo.com sagitarianm2004@yahoo.com | Email |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop and Andrew V. Alfano 31 West 52nd Street New York NY 10019 | andrew.troop@pillsburylaw.com andrew.alfano@pillsburylaw.com | Email |
| Counsel to Walmart, Inc. and its Subsidiaries | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh 1313 North Market Street, Sixth Floor P.O. Box 951 Wilmington DE 19899 | jryan@potteranderson.com astulman@potteranderson.com | Email |
| Counsel to the State of Connecticut | Pullman & Comley, LLC | Attn: Irve J. Goldman 850 Main Street P.O. Box 7006 Bridgeport CT 06601-7006 | igoldman@pullcom.com | Email |
| Debtors | Purdue Pharma L.P. | Attn: President or General Counsel One Stamford Forum, 201 Tresser Boulevard Stamford CT 06901 | roxana.aleali@pharma.com marc.kesselman@pharma.com | Email |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | Attn: Mark D. Fischer 1 Eden Parkway La Grange KY 40031 | mdf@rawlingsandassociates.com | Email |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn: Christopher A. Lynch, Alissa K. Piccione 599 Lexington Avenue New York NY 10022-7650 | apiccione@reedsmith.com | Email |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn: Claudia Z. Springer Three Logan Square 1717 Arch Street, Suite 3100 Philadelphia PA 19103 | cspringer@reedsmith.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Jane Redwood | Reich Reich & Reich, P.C. | Attn: Lawrence R. Reich<br>235 Main Street, Suite 450<br>White Plains NY 10601 | lreich@reichpc.com | Email |
| Pro Se Claimant | Richard Ecke | Attn: Richard Ecke<br>18 Meadowlark Rd<br>West Simsbury CT 06092 | sagitarianm2004@yahoo.com | Email |
| Interested Party | Ronald George Dandar | c/o Legal Mail Department<br>50 Overlook Drive<br>KQ7780<br>Labelle PA 15450 | | First Class Mail |
| Pro Se Claimant | Ronald S. Bass | Attn: Ronald S. Bass<br>450 Little Place Apt. 53<br>N. Plainfield NJ 07060 | ronaldbass12345@gmail.com | First Class Mail and Email |
| Counsel to Jeffrey Bryan Pierce | Rosen & Associates, P.C. | Attn: Paris Gyparakis<br>747 Third Avenue<br>New York NY 10017-2803 | pgyparakis@rosenpc.com | Email |
| Counsel to Casey David Nadolski | Sahn Ward Coschignano, PLLC | Attn: Joel M. Shafferman<br>The Omni - 333 Earle Ovington Boulevard, Suite 601<br>Uniondale NY 11553 | jshafferman@swc-law.com | Email |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | Attn: Beth Kaswan and Judith S. Scolnick<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York NY 10169 | bkaswan@scott-scott.com | Email |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to PJT Partners LP, Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Elisha D. Graff, Jamie J. Fell, David R. Zylberberg, Bryce L. Friedman, William T. Russell, Jr.<br>425 Lexington Avenue<br>New York NY 10017 | jamie.fell@stblaw.com<br>egraff@stblaw.com<br>david.zylberberg@stblaw.com<br>bfriedman@stblaw.com<br>wrussell@stblaw.com | Email |
| Counsel to Dr. Craig Landau | Spears & Imes LLP | Attn: Linda Imes, Christopher W. Dysard, Reed M. Keefe<br>767 Third Avenue<br>New York NY 10017 | limes@spearsimes.com<br>cdysard@spearsimes.com<br>rkeefe@spearsimes.com | Email |
| Chapter 11 Examiner | Squire Patton Boggs | Attn: Stephen D. Lerner<br>1211 Avenue of the Americas, 26th Floor<br>New York NY 10036 | stephen.lerner@squirepb.com | Email |
| Chapter 11 Examiner | Squire Patton Boggs | Attn: Stephen D. Lerner<br>201 E. Fourth Street, Suite 1900<br>Cincinnati OH 45202 | stephen.lerner@squirepb.com | Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | oag@ArkansasAG.gov | Email |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | Attorney.General@ct.gov<br>Denise.mondell@ct.gov | Email |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | Attorney.General@state.DE.US | Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | hawaiiag@hawaii.gov | Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | | First Class Mail |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | | First Class Mail |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us | Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta  ME 04333 | oag.mediation@maine.gov | Email |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston  MA 02108-1698 | ago@state.ma.us | Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. BOX 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | | First Class Mail |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Jessica Sutton<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | jsutton2@ncdoj.gov | Email |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | Email |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department<br>P.O. Box 20207<br>Nashville TN 37202-0207 | reg.boards@tn.gov | Email |
| Counsel to the State of Texas | State of Texas | Attn: Rachel R. Obaldo, Esq.<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | bk-robaldo@oag.texas.gov | Email |
| Counsel to the State of Texas | State of Texas | Attn: Stephanie Eberhardt<br>300 W. 15th Street | stephanie.eberhardt@oag.texas.gov | Email |
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@vermont.gov | Email |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond  VA 23219 | mailoag@oag.state.va.us | Email |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | emailago@atg.wa.gov | Email |
| State Attorney General | State of West Virginia Attorney General | Attn: Abby Cunningham, Assistant AG for West Virginia<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | Abby.G.Cunningham@wvago.gov | Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P.O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York NY 10022 | nfk@stevenslee.com<br>cp@stevenslee.com | Email |
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn: Sander L. Esserman and Peter C. D'Apice<br>2323 Bryan Street, Suite 2200<br>Dallas TX 75201 | esserman@sbep-law.com<br>dapice@sbep-law.com | Email |
| Proposed Conflicts Counsel to the Debtors and Debtors in Possession | Sullivan & Worcester LLP | Attn: Jeffrey R. Gleit, Allison H. Weiss<br>1633 Broadway<br>New York NY 10019 | | First Class Mail |
| Counsel to Sun Pharmaceutical Industries, Inc., Ranbaxy Pharmaceuticals Canada Inc., and Sun Pharmaceuticals Canada, Inc. | Sun Pharmaceutical Industries Inc. | Attn: Jenna Pellecchia<br>2 Independence Way<br>Princeton NJ 08540 | Jenna.Pellecchia@sunpharma.com | Email |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq.<br>1350 Broadway, 11th Floor<br>New York NY 10018 | smarkowitz@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com<br>mbrownstein@tarterkrinsky.com | Email |
| State of Tennessee | Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207 | Marvin.Clements@ag.tn.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. | The Reporters Committee for Freedom of the Press | Attn: Katie Townsend 1156 15th St. NW, Suite 1020 Washington DC 20005 | ktownsend@rcfp.org | Email |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq. 1500 One PPG Place Pittsburgh PA 15222 | | First Class Mail |
| Top 3 Largest Secured Creditor | U.S. Bank Equipment Finance | Attn: President or General Counsel 1310 Madrid Street Marshall MN 56258 | | First Class Mail |
| United States Department of Justice | U.S. Department of Justice | Attn: Legal Department 950 Pennsylvania Avenue, NW Washington DC 20530-0001 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | Attn: U.S. Attorney 300 Quarropas Street, Room 248 White Plains NY 10601-4150 | | First Class Mail |
| Counsel to United Food and Commercial Workers; Western Pennsylvania Electrical Employees Insurance Trust Fund; International Brotherhood of Electrical Workers Local 98 Health & Welfare Fund; Iron Workers District Council of Philadelphia and Vicinity, Benefit Fund; and International Union of Painters and Allied Trades, District Council No. 21 Welfare Fund | VSCP Law | Attn: Gregory Spizer 1500 Market Street, East Tower 12th Floor Philadelphia PA 19102 | gspizer@vscplaw.com | Email |
| Counsel to the State of North Carolina | Waldrep LLP | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday 101 S. Stratford Road, Suite 210 Winston-Salem NC 27104 | twaldrep@waldrepllp.com jlyday@waldrepllp.com jlanik@waldrepllp.com | Email |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department 441 4th Street, NW Washington DC 20001 | | First Class Mail |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase 1221 Avenue of the Americas New York NY 10020 | cshore@whitecase.com michele.meises@whitecase.com alice.tsier@whitecase.com | Email |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | Attn: Thomas E. Lauria, Laura L. Femino 200 S Biscayne Blvd Miami FL 33131 | tlauria@whitecase.com laura.femino@whitecase.com | Email |
| Counsel to the State of Alabama | Wilk Auslander LLP | Attn: Eric J. Snyder 1515 Broadway, 43rd Floor New York NY 10036 | esnyder@wilkauslander.com | Email |