**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
In re:                                             :     Chapter 11
:
PURDUE PHARMA L.P., *et al.*,          :     Case No. 19-23649 (RDD)
:
Debtors[1].          :     (Jointly Administered)
:
------------------------------------------------------------ X

**FORTIETH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | January 1, 2023 through January 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $13,031.50 |
| **Current Fee Request** | $10,425.20 (80% of $13,031.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $553.90 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $10,979.10 |
| **Total Fees and Expenses Inclusive of Holdback** | $13,585.40 |
| **This is a(n):**   _X_ Monthly Application       ___Interim Application       ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Fortieth Monthly Fee Statement (the "Fee Statement") for the period of January 1, 2023 through and including January 31, 2023 (the "Statement Period").

## **Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $13,031.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $10,425.20.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional[2].  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,476.15.  The blended hourly rate of all paraprofessionals is $470.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $553.90 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

---

[2]    In accordance with the Interim Fee Order and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (June 17, 2013), Brown Rudnick is providing notice that it's hourly rates changed during the Statement Period.  Brown Rudnick's hourly rates are set at a level designed to fairly compensate Brown Rudnick for the work of its attorneys and paraprofessionals.  Brown Rudnick's hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged by other firms rendering comparable services.  Brown Rudnick determined to adjust its rates in the manner set forth herein after its annual review of its hourly rates.  In accordance with Section 330(a)(3)(F) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Brown Rudnick represents that the 2023 Hourly Rates, as set forth herein, (a) reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees"). To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application. Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

### Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: March 15, 2023     Respectfully submitted,

            BROWN RUDNICK LLP

            */s/ David J. Molton*
            David J. Molton
            Steven D. Pohl (admitted *pro hac vice*)
            Seven Times Square
            New York, New York 10019
            Telephone: (212) 209-4800

Facsimile:    (212) 209-4801
E-mail: dmolton@brownrudnick.com
        spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent Litigation*
*Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY**
**BROWN RUDNICK LLP**

**COMMENCING JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 0.5 | $217.50 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 7.4 | $3,219.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 3.3 | $4,785.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 3.2 | $4,810.00 |
| 014 Plan and Disclosure Statement | 0.0 | $0.00 |
| **Total** | **14.4** | **$13,031.50** |
| | | |
| 20% Fee Holdback | | **$2,606.30** |
| 80% of Fees | | **$10,425.20** |
| Plus Expenses | | **$553.90** |
| Requested Amount | | **$13,585.40** |

## EXHIBIT B

### SERVICES RENDERED BY BROWN RUDNICK LLP

### COMMENCING JANUARY 1, 2023 THROUGH JANUARY 31, 2023

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | 2022 Hourly Billing Rate | 2023 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,620.00 | $1,950.00 | 1.0 | $1,620.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,450.00 | $1,550.00 | 5.5 | $7,975.00 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $435.00 | $470.00 | 7.9 | $3,436.50 |
| **Total Fees Requested** | | | | **14.4** | **$13,031.50** |

## EXHIBIT C

### ACTUAL AND NECESSARY COSTS INCURRED BY
### BROWN RUDNICK LLP

### COMMENCING JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| EXPENSE | AMOUNT |
|---|---|
| | |
| eDiscovery Hosting | $553.90 |
| **Total Expenses** | **$553.90** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6954596 |
| ATTN: DAVID MOLTON | Date | Feb 10, 2023 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 553.90 | 553.90 |
| | **Total** | **0.00** | **553.90** | **553.90** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $553.90 |
| **Total Invoice** | **$553.90** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6954596
RE: COSTS                                                                                          Page 2
February 10, 2023

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 01/01/23 | EDISCOVERY HOSTING | 150.00 |
| 01/01/23 | EDISCOVERY HOSTING | 403.90 |
| | **Total Costs** | **553.90** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|------:|
| EDISCOVERY HOSTING | 553.90 |
| **Total Costs** | **553.90** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6954596 |
| ATTN: DAVID MOLTON | Date | Feb 10, 2023 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

**Balance Due: $553.90**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

## EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

64974403 v1

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6954597 |
| Date | Feb 10, 2023 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 217.50 | 0.00 | 217.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,219.00 | 0.00 | 3,219.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 4,785.00 | 0.00 | 4,785.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 4,810.00 | 0.00 | 4,810.00 |
| | **Total** | **13,031.50** | **0.00** | **13,031.50** |

| | |
|---|---|
| Total Current Fees | $13,031.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$13,031.50** |

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice  6954597 |
| ATTN: DAVID MOLTON | Date  Feb 10, 2023 |
| BROWN RUDNICK | Client  035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: CASE ADMINISTRATION

<div style="background:black;color:white;text-align:center">I N V O I C E</div>

For professional services rendered in connection with the above captioned matter through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 217.50 | 0.00 | 217.50 |
| | **Total** | **217.50** | **0.00** | **217.50** |

| | |
|---|---:|
| Total Current Fees | $217.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$217.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2023

Invoice 6954597
Page 3

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/12/23 | DEERING | UPDATE CASE CALENDAR | 0.50 | 217.50 |
| | **Total Hours and Fees** | | **0.50** | **217.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 0.50 | hours at | 435.00 | 217.50 |
| **Total Fees** | | | | **217.50** |

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice 6954597 |
| ATTN: DAVID MOLTON | Date Feb 10, 2023 |
| BROWN RUDNICK | Client 035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,219.00 | 0.00 | 3,219.00 |
| | **Total** | **3,219.00** | **0.00** | **3,219.00** |

| | |
|---|---|
| Total Current Fees | $3,219.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,219.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2023

Invoice 6954597
Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 01/11/23 | DEERING | FINALIZE AND FILE MONTHLY FEE STATEMENT (.5), SERVICE OF SAME (.2) AND UPDATE CASE CALENDAR RE OBJECTION DEADLINE (.2) | 0.90 | 391.50 |
| 01/18/23 | DEERING | DRAFT DECEMBER FEE STATEMENT | 1.50 | 652.50 |
| 01/19/23 | DEERING | DRAFT 10TH INTERIM FEE APPLICATION | 2.20 | 957.00 |
| 01/23/23 | DEERING | DRAFT 10TH INTERIM FEE APPLICATION | 2.00 | 870.00 |
| 01/24/23 | DEERING | REVISE 10TH INTERIM FEE APPLICATION | 0.80 | 348.00 |
| | **Total Hours and Fees** | | **7.40** | **3,219.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 7.40 | hours at | 435.00 | 3,219.00 |
| **Total Fees** | | | | **3,219.00** |

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6954597 |
| Date | Feb 10, 2023 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 4,785.00 | 0.00 | 4,785.00 |
| | **Total** | **4,785.00** | **0.00** | **4,785.00** |

| | |
|---|---|
| Total Current Fees | $4,785.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,785.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6954597
February 10, 2023                                                                                            Page 7

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/23/23 | POHL | REVIEW INJUNCTION PLEADINGS IN CONNECTION WITH UPCOMING HEARING | 1.80 | 2,610.00 |
| 01/24/23 | POHL | ATTEND INJUNCTION HEARING | 1.50 | 2,175.00 |
| | **Total Hours and Fees** | | **3.30** | **4,785.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| STEVEN POHL | 3.30 | hours at | 1,450.00 | 4,785.00 |
| **Total Fees** | | | | **4,785.00** |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6954597 |
| Date | Feb 10, 2023 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 4,810.00 | 0.00 | 4,810.00 |
| | **Total** | **4,810.00** | **0.00** | **4,810.00** |

| | |
|---|---|
| Total Current Fees | $4,810.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,810.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2023

Invoice 6954597
Page 9

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 01/25/23 | MOLTON | PARTICIPATE IN AHC STATUS CALL | 1.00 | 1,620.00 |
| 01/25/23 | POHL | REVIEW MATERIAL TO PREPARE FOR (1.1) AND ATTEND (1.1) CLIENT GROUP MEETING | 2.20 | 3,190.00 |
| | **Total Hours and Fees** | | **3.20** | **4,810.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 2.20 | hours at | 1,450.00 | 3,190.00 |
| DAVID J. MOLTON | 1.00 | hours at | 1,620.00 | 1,620.00 |
| **Total Fees** | | | | **4,810.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6954597 |
| ATTN: DAVID MOLTON | Date | Feb 10, 2023 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due:  $13,031.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200