DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>    **Debtors.**[1] | **Chapter 11**<br><br>**Case No. 19-23649 (SHL)**<br><br>**(Jointly Administered)** |
| **STACEY BRIDGES and CREIGHTON BLOYD,**<br>**and others similarly situated**<br><br>    **Plaintiffs**,<br><br>  **v.**<br><br>**PURDUE PHARMA L.P. and THE UNITED**<br>**STATES OF AMERICA**<br><br>    **Defendants.** | **Adv. Pro. No. 21-07088 (SHL)** |

## AGENDA FOR MARCH 21, 2023 HEARING

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Time and Date of Hearing: | March 21, 2023 at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Status Conferences are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-646-518-9805, Meeting ID 979 0322 9402, Passcode 157056. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. |

## I.    UNCONTESTED MATTERS

1. ***Interim Fee Applications.*** Notice of Tenth Interim Fee Hearing [ECF No. 5447]

   Objection Deadline: March 14, 2023 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Related Documents:

   A.  Interim Fee Applications of the following applicants:

   **Debtors' Professionals**
   A.    Dechert LLP [ECF No. 5425]
   B.    Arnold & Porter Kaye Scholer LLP [ECF No. 5424]
   C.    King & Spalding LLP [ECF No. 5421]
   D.    Davis Polk & Wardwell LLP [ECF No. 5422]
   E.    Jones Day [ECF No. 5441]
   F.    Ernst & Young LLP [ECF No. 5412]
   G.    AlixPartners, LLP [ECF No. 5443]
   H.    Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 5444]
   I.    PJT Partners LP [ECF No. 5432]
   J.    Grant Thornton LLP [ECF No. 5416]
   K.    Reed Smith LLP [ECF No. 5423]
   L.    Cornerstone Research [ECF No. 5458]

**Official Committee of Unsecured Creditors' Professionals**

M.  Jefferies LLC [ECF No. 5438]
N.  Cole Schotz P.C. [ECF No. 5437]
O.  Province, LLC [ECF No. 5440]
P.  Akin Gump Strauss Hauer & Feld LLP [ECF No. 5435]
Q.  Kurtzman Carson Consultants LLC [ECF No. 5439]
R.  Bedell Cristin Jersey Partnership [ECF No. 5436]

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

S.  Brown Rudnick LLP [ECF No. 5431]
T.  FTI Consulting, Inc. [ECF No. 5433]
U.  Otterbourg P.C. [ECF No. 5429]
V.  Gilbert LLP [ECF No. 5428]
W.  Kramer Levin Naftalis & Frankel LLP [ECF No. 5434]
X.  Houlihan Lokey Capital, Inc. [ECF No. 5430]

**Multi-State Governmental Entities Group**

Y.  Caplin & Drysdale, Chartered [ECF No. 5445]

**The Nine's Professionals**

Z.  Kleinberg, Kaplan, Wolff & Cohen P.C. [ECF No. 5418]
AA. Pullman & Comley, LLC [ECF No. 5427]

**Fee Examiner**

BB. Bielli & Klauder, LLC [ECF No. 5417]

B.  Supplemental Notice of Tenth Interim Fee Hearing [ECF No. 5459]

Status: This matter is going forward on an uncontested basis.

2.  ***Funding Agreement Motion***. Motion of Debtors for Authorization to Enter into Funding Agreement [ECF No. 5474]

Objection Deadline: March 14, 2023 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Related Documents:

A.  Declaration of Terrance Ronan in Support of Motion of Debtors for Authorization to Enter into Funding Agreement [ECF No. 5475]

Status: This matter is going forward on an uncontested basis.

3

## II.    MATTER IN ADVERSARY PROCEEDING CASE NO. 21-07088:

3.   ***Motions to Dismiss.*** United States of America's Motion to Dismiss the Adversary Proceeding [ECF No. 24] and Debtor-Defendant's Motion to Dismiss Adversary Proceeding Complaint [ECF No. 27]

> Objection Deadline: December 23, 2022 at 4:00 p.m. (prevailing Eastern Time)
>
> Responses Received:
>
> A.   Claimants' Combined Response to Motions to Dismiss Filed by The United States of America and the Debtors [ECF No. 35]
>
> Reply Deadline: January 27, 2023 at 4:00 p.m. (prevailing Eastern Time)
>
> Reply:
>
> A.   Reply Memorandum of Law in Further Support of the United States of America's Motion to Dismiss the Adversary Complaint [ECF No. 36]
>
> B.   Debtor-Defendant's Reply in Further Support of Motion to Dismiss Adversary Complaint [ECF No. 37]
>
> Related Documents:
>
> A.   Complaint and Motion to Subordinate the Claims and Liens of the United States [ECF No. 1]
>
> B.   Summons and Notice of PreTrial Conference in an Adversary Proceeding [ECF No. 2]
>
> C.   Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 4]
>
> D.   Second Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 7]
>
> E.   Third Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 9]
>
> F.   Fourth Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond to the Complaint [ECF No. 11]

G.     Fifth Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond and Setting a Briefing Schedule for any Motion to Dismiss the Complaint [ECF No. 16]

H.     Sixth Stipulation and Agreed Order Extending the Deadline for Defendants to Answer or Otherwise Respond and Setting a Briefing Schedule for any Motion to Dismiss the Complaint [ECF No. 23]

I.     Memorandum of Law in Support of the United States of America's Motion to Dismiss the Adversary Complaint [ECF No. 25]

J.     Memorandum of Law in Support of Debtor-Defendant's Motion to Dismiss Adversary Complaint [ECF No. 28]

K.     The Official Committee of Unsecured Creditors' Joinder to Debtors' Memorandum of Law in Support of Motion to Dismiss Adversary Proceeding Complaint [ECF No. 29]

L.     Notice of Hearing Regarding Motions to Dismiss Adversary Complaint [ECF No. 40]

Status: This matter is going forward on a contested basis.

Dated:    March 19, 2023
          New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:    */s/ Eli J. Vonnegut*
                                                Eli J. Vonnegut

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile:  (212) 701-5800
                                        Marshall S. Huebner
                                        Benjamin S. Kaminetzky
                                        Eli J. Vonnegut
                                        Christopher S. Robertson

                                        *Counsel to the Debtors*
                                        *and Debtors in Possession*