**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**FORTY-SECOND MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | February 1, 2023 through February 28, 2023 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $128,677.67[2] |
| Less 20% Holdback | $25,735.53 |
| Total Reimbursement Requested | $512.00 |
| Total Compensation and Reimbursement Requested in this Statement | $103,454.14 |

**This is a(n):**   X Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2023 through February 28, 2023* (this

---

[2]   This amount reflects a reduction in fees in the amount of $22,707.83 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

"**Fee Statement**").[3]  By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of $102,942.14 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $128,677.67) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.        Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $128,677.67 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $102,942.14.

2.        Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is 940.61.[4]  The blended hourly billing rate of all paraprofessionals is 365.31.[5]

---

[3]    The period from February 1, 2023, through and including February 28, 2023, is referred to herein as the "**Fee Period**."

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

3.       Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred

or disbursed in the amount of $512.00 in connection with providing professional services to the

Debtors during the Fee Period.

4.       Attached hereto as **Exhibit D** are the time records of Arnold & Porter for the Fee

Period organized by project category with a daily time log describing the time spent by each

attorney and other professional during the Fee Period.

### **Notice**

5.       Arnold & Porter will provide notice of this Fee Statement in accordance with the

Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $102,942.14, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $128,677.67) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

March 22, 2023                              Respectfully submitted,


                                            By:  /s/ Rory Greiss
                                            **ARNOLD & PORTER KAYE SCHOLER LLP**
                                            Rory Greiss
                                            250 West 55th Street
                                            New York, New York 10019
                                            rory.greiss@arnoldporter.com

                                            **-AND-**

                                            Rosa J. Evergreen
                                            601 Massachusetts Ave, NW
                                            Washington, DC 2001-3743
                                            rosa.evergreen@arnoldporter.com

                                            ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 2.80 | $3,034.50 |
| Retention and Fee Applications | 36.40 | $19,581.45 |
| Government Contracts | 19.20 | $19,954.60 |
| Project Falcon | 27.50 | $19,401.25 |
| General Contracts Advice | 2.10 | $2,249.10 |
| Transactions | 65.50 | $64,456.77 |
| **Total**[1] | **153.50** | **$128,677.67** |

---

[1] This amount reflects a reduction in fees in the amount of $22,707.83 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,200.00 | 5.90 | $7,080.00 |
| Kracov, Daniel | Partner | 1995 | 1,385.00 | 0.30 | $415.50 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,230.00 | 18.70 | $23,001.00 |
| Rothman, Eric | Partner | 2008 | 1,110.00 | 2.40 | $2,664.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,320.00 | 52.50 | $69,300.00 |
| Ju, Esther | Associate | 2021 | 755.00 | 16.60 | $12,533.00 |
| Krantz, Alexa D. | Associate | 2021 | 755.00 | 1.80 | $1,359.00 |
| Pettit, Thomas A. | Associate | 2017 | 950.00 | 0.50 | $475.00 |
| Sullivan, Sam | Associate | 2020 | 830.00 | 27.50 | $22,825.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 26.80 | $11,658.00 |
| Champagne, Louis | Docket Clerk | | 150.00 | 0.50 | $75.00 |
| **Total** | | | | **153.50** | **$151,385.50** |
| Less 15% Discount | | | | | ($22,707.83) |
| **Discounted Total** | | | | | **$128,677.67** |
| Less 20% Holdback | | | | | ($25,735.53) |
| **Total Amount Requested Herein** | | | | | **$102,942.14** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| eData: No Access Storage | $512.00 |
| **Total Expenses** | **$512.00** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                    March 20, 2023
**Attn: Maria Barton**                              Invoice # 30154475
**General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2023** | $ | **3,570.00** |
| Discount: | | -535.50 |
| **Fee Total** | | **3,034.50** |
| **Total Amount Due** | $ | **3,034.50** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 20, 2023

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/17/23 | 0.70 | Review, revise funding agreement (.4); correspondence with Purdue team re: same (.3). |
| Rory Greiss | 02/22/23 | 0.40 | Telephone conference with E. Rothman re: correspondence from Purdue team re: contract dispute. |
| Rory Greiss | 02/23/23 | 0.50 | Telephone conference with E. Rothman and Purdue team re: potential settlement framework for contract dispute. |
| Eric Rothman | 02/23/23 | 0.60 | Teleconference with Purdue and R. Greiss to discuss contract dispute matter. |
| Rory Greiss | 02/28/23 | 0.60 | Revise funding agreement (.5); correspondence with DPW re: same (.1). |

**Total Hours** **2.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 0.60 | 1,110.00 | 666.00 |
| Rory Greiss | 2.20 | 1,320.00 | 2,904.00 |
| **TOTAL** | **2.80** | | **3,570.00** |

**Total Current Amount Due** **$3,034.50**

# Arnold&Porter

**Purdue Pharma L.P.**                                  March 20, 2023
**Attn: Roxana Aleali**                              Invoice # 30154478
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2023** | $ | 23,037.00 |
| Discount: | | -3,455.55 |
| **Fee Total** | | **19,581.45** |
| **Total Amount Due** | $ | **19,581.45** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 719451
                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 20, 2023

Invoice # 30154478

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 02/01/23 | 0.10 | Correspond with R. Greiss re monthly application. |
| Rory Greiss | 02/02/23 | 0.40 | Review draft monthly statement for December (.3); correspondence with D. Reddix re: same (.1). |
| Rosa J. Evergreen | 02/02/23 | 0.40 | Review, comment on monthly statement (.3); correspond with D. Reddix re same (.1). |
| Rosa J. Evergreen | 02/02/23 | 0.30 | Review materials for quarterly application (.2); review D. Reddix correspondence re same (.1). |
| Darrell B. Reddix | 02/02/23 | 2.70 | Prepare December monthly fee report (2.3); file and serve same (.4). |
| Louis Champagne | 02/02/23 | 0.50 | Review and file document electronically with the USBC - SDNY Court. |
| Rory Greiss | 02/07/23 | 0.90 | Review January monthly statement. |
| Darrell B. Reddix | 02/07/23 | 2.80 | Draft Tenth Interim Fee report. |
| Rosa J. Evergreen | 02/08/23 | 0.80 | Correspond with D. Reddix re interim application (.1); review information for same (.6); correspond with R. Greiss re application (.1). |
| Darrell B. Reddix | 02/08/23 | 4.90 | Draft Tenth Interim Fee report. |
| Rosa J. Evergreen | 02/09/23 | 1.30 | Review interim application (.3); call with D. Reddix on same (.3); review and revise application (.4); correspond with D. Reddix re same (.3). |
| Darrell B. Reddix | 02/09/23 | 4.10 | Draft Tenth Interim Fee report (3.3); teleconference with R. Evergreen re same (.3); correspond with R. Evergreen re same (.5). |
| Rory Greiss | 02/10/23 | 0.60 | Review and comment on draft interim fee application. |
| Rosa J. Evergreen | 02/10/23 | 0.50 | Review and revise application (.2); correspond with D. Reddix re same (.2); review R. Greiss comments to interim application (.1). |
| Darrell B. Reddix | 02/10/23 | 1.10 | Draft Tenth Interim Fee report (1.0); correspond with R. Evergreen re same (.1). |
| Rosa J. Evergreen | 02/11/23 | 0.50 | Review and revise interim fee application (.4); correspond with D. Reddix and R. Greiss re same (.1). |
| Rory Greiss | 02/13/23 | 0.50 | Correspondence with D. Reddix and R. Evergreen re: updates to Interim Fee Application draft. |
| Rosa J. Evergreen | 02/13/23 | 1.20 | Correspond with D. Reddix re interim application (.2); review application (.3); call with D. Reddix re same (.6); call with R. Greiss re same (.1). |
| Darrell B. Reddix | 02/13/23 | 4.60 | Draft Tenth Interim Fee report (2.7); teleconference with R. Evergreen re same (.6); correspond with R. Evergreen and B. Buchholtz re same (1.3). |
| Rory Greiss | 02/14/23 | 0.50 | Finalize Interim Fee Application and clear for filing. |
| Rosa J. Evergreen | 02/14/23 | 0.40 | Review and revise fee application (.2); correspond with D. Reddix and R. Greiss re same (.2). |
| Darrell B. Reddix | 02/14/23 | 1.90 | Finalize Tenth Interim Fee report (1.3); file and serve same (.6). |
| Rory Greiss | 02/16/23 | 0.30 | Respond to D. Reddix's questions re: January narratives. |
| Rosa J. Evergreen | 02/16/23 | 0.20 | Review D. Reddix correspondence re January statement. |
| Darrell B. Reddix | 02/16/23 | 4.30 | Draft January monthly fee report. |

March 20, 2023

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 02/17/23 | 0.20 | Correspond with D. Reddix and R. Greiss re January statement. |
| Darrell B. Reddix | 02/17/23 | 0.40 | Draft January monthly fee report. |
| **Total Hours** | | **36.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 5.90 | 1,200.00 | 7,080.00 |
| Rory Greiss | 3.20 | 1,320.00 | 4,224.00 |
| Louis Champagne | 0.50 | 150.00 | 75.00 |
| Darrell B. Reddix | 26.80 | 435.00 | 11,658.00 |
| **TOTAL** | **36.40** | | **23,037.00** |

| **Total Current Amount Due** | | | **$19,581.45** |

# Arnold&Porter

**Purdue Pharma L.P.**                                                March 20, 2023
**Attn: Roxana Aleali**                                          Invoice # 30154476
**Associate General Counsel**                                      EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


**For Legal Services Rendered through February 28, 2023**              **23,476.00**


 Discount:                                                              -3,521.40

**Fee Total**                                                          **19,954.60**


**Total Amount Due**                                      $            **19,954.60**


**Wire Transfer Instructions:**

|                    |                                        |
|--------------------|----------------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP       |
| Bank Info:         | Wells Fargo Bank NA                     |
|                    | 420 Montgomery Street                   |
|                    | San Francisco, CA  94104               |
| Account Number:    | 4127865475                             |
| ABA Number:        | 121000248 (ACH and wires)              |
| Swift Code:        | WFBIUS6S                               |

**Or Remit To:**                        Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 719451
                                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 20, 2023                                                                Invoice # 30154476

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Elizabeth F. Lindquist | 02/01/23 | 1.70 | Draft communications to agency re: government contract issues (1.0); correspond with client team regarding communications to agency re: government contract issues (.4); review client team communications (.3). |
| Elizabeth F. Lindquist | 02/02/23 | 0.30 | Correspond with client team re: government contract issues. |
| Thomas A. Pettit | 02/06/23 | 0.30 | Teleconference with client regarding government contracting issues. |
| Elizabeth F. Lindquist | 02/07/23 | 2.90 | Review contract documents in preparation for client call (.6); participate in client team call (1.0); revise contract documents in follow-up to same (1.3). |
| Elizabeth F. Lindquist | 02/09/23 | 2.20 | Review, revise contract documents. |
| Elizabeth F. Lindquist | 02/14/23 | 0.70 | Review, analyze client team correspondence re: government contract issues. |
| Elizabeth F. Lindquist | 02/15/23 | 1.00 | Draft communication to government agency (.8); correspond with client team regarding same (.2). |
| Elizabeth F. Lindquist | 02/17/23 | 0.80 | Review, analyze client team emails related to government contracting matters. |
| Elizabeth F. Lindquist | 02/20/23 | 1.00 | Review contract documents in preparation for client call (.2); participate in client team call (.3); review client team correspondence (.5). |
| Thomas A. Pettit | 02/20/23 | 0.20 | Teleconference with client regarding government contracts issues. |
| Elizabeth F. Lindquist | 02/21/23 | 0.60 | Review, comment on draft documents (.5); correspond with client team regarding same (.1). |
| Elizabeth F. Lindquist | 02/22/23 | 1.90 | Review, comment on draft documents (1.7); correspond with client team regarding same (.2); further correspond with client team regarding government contracts (.6). |
| Elizabeth F. Lindquist | 02/22/23 | 0.60 | Correspond with client team regarding government contracts and pricing issues. |
| Elizabeth F. Lindquist | 02/23/23 | 0.90 | Prepare for calls with client team regarding government contracts and drug pricing matters. |
| Elizabeth F. Lindquist | 02/24/23 | 1.70 | Correspond with client team regarding government contracting and drug pricing issues (.5); prepare for calls with client team regarding government contracting and pricing issues (1.2). |
| Elizabeth F. Lindquist | 02/27/23 | 1.20 | Review contract documents in preparation for client call (.3); participate in client team call (.5); review client team communications (.4). |
| Elizabeth F. Lindquist | 02/28/23 | 1.20 | Review contract documents in preparation for client call (.4); participate in client team call (.5); review client team communications (.3). |

**Total Hours**                          **19.20**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 18.70 | 1,230.00 | 23,001.00 |
| **Subtotal:** | **18.70** | | **23,001.00** |
| **Associate** | | | |
| Thomas A. Pettit | 0.50 | 950.00 | 475.00 |
| **Subtotal:** | **0.50** | | **475.00** |
| **TOTAL** | **19.20** | | **23,476.00** |

**Total Current Amount Due**                                         **$19,954.60**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

March 20, 2023
Invoice # 30154479
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through February 28, 2023** | **22,825.00** |
| Discount: | -3,423.75 |
| **Fee Total** | **19,401.25** |

**Disbursements Recorded through February 28, 2023**

| | | |
|---|---:|---:|
| eData: No Access Storage | 512.00 | |
| **Disbursements Total** | **$** | **512.00** |
| **Total Amount Due** | **$** | **19,913.25** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

|  |  |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 20, 2023

Invoice # 30154479

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Sam Sullivan | 02/01/23 | 0.30 | Work with document vendor to create saved searches of documents for review. |
| Sam Sullivan | 02/03/23 | 1.70 | Review documents to prepare responses to agency (1.1); discuss responses to agency with B. Wootton and counsel for related party (.6). |
| Sam Sullivan | 02/07/23 | 0.70 | Coordinate meeting logistics with support staff (.4); review documents to prepare for meeting with agency (.3). |
| Sam Sullivan | 02/08/23 | 1.70 | Coordinate meeting logistics with support staff (.3); review documents to prepare for meeting with agency (1.4). |
| Sam Sullivan | 02/09/23 | 1.20 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/10/23 | 0.20 | Correspond with D. Feinstein and B. Wootton regarding meeting logistics. |
| Sam Sullivan | 02/14/23 | 2.00 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/15/23 | 2.00 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/16/23 | 0.70 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/17/23 | 2.50 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/20/23 | 4.00 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/23/23 | 3.90 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/27/23 | 2.10 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 02/28/23 | 4.50 | Review documents to prepare for meeting with agency. |

**Total Hours**          **27.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Associate** | | | |
| Sam Sullivan | 27.50 | 830.00 | 22,825.00 |
| **Subtotal:** | **27.50** | | **22,825.00** |
| **TOTAL** | **27.50** | | **22,825.00** |

**Total Current Amount Due**                                        **$19,913.25**

Page 1

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

March 20, 2023
Invoice # 30154480
EIN 53-0208605

**Client/Matter # 1051218.00004**

General Contracts Advice

20220003291

| | |
|---|---:|
| **For Legal Services Rendered through February 28, 2023** | **2,646.00** |
| Discount: | -396.90 |
| **Fee Total** | **2,249.10** |
| **Total Amount Due**           $ | **2,249.10** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 20, 2023

**(1051218.00004)**
**General Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/01/23 | 0.30 | Correspondence with Rhodes team re: contract dispute. |
| Rory Greiss | 02/14/23 | 0.70 | Review counterparty response to Rhodes letter on contract dispute (.5); Correspond with E. Rothman re same (.2). |
| Rory Greiss | 02/21/23 | 0.50 | Videoconference with Rhodes team and E. Rothman re: response letter from counterparty in contract dispute. |
| Eric Rothman | 02/21/23 | 0.60 | Teleconference with Rhodes team and R. Greiss to discuss contract dispute matter. |

**Total Hours**      **2.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Eric Rothman | 0.60 | 1,110.00 | 666.00 |
| **Subtotal:** | **0.60** | | **666.00** |
| **Counsel** | | | |
| Rory Greiss | 1.50 | 1,320.00 | 1,980.00 |
| **Subtotal:** | **1.50** | | **1,980.00** |
| **TOTAL** | **2.10** | | **2,646.00** |

**Total Current Amount Due**      **$2,249.10**

# Arnold&Porter

Rhodes Pharmaceuticals L.P.                                          March 20, 2023
**Attn: Roxana Aleali**                                          Invoice # 30154481
**498 Washington St.**                                          EIN 53-0208605
**Coventry, RI  02816**

**Client/Matter # 1051218.00005**

Transactions

20220003292

| | |
|---|---:|
| **For Legal Services Rendered through February 28, 2023** | **75,831.50** |
| Discount: | -11,374.73 |
| **Fee Total** | **64,456.77** |
| **Total Amount Due**                     $ | **64,456.77** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                     P.O. Box 719451
                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 20, 2023

**(1051218.00005)**
**Transactions**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/01/23 | 1.70 | Revise amendment to license agreement and commercial supply terms (1.3); correspondence with Rhodes team re: sale agreement status and open points (.4). |
| Rory Greiss | 02/02/23 | 2.40 | Revise sale agreement in accordance with comments of Rhodes team (1.2); correspondence with Rhodes team and E. Ju re: preparation of slides for BOD presentation (.4); review comments re: supply agreement and revisions made by A. Krantz (.4); discuss revisions with A. Krantz (.4). |
| Alexa D. Krantz | 02/02/23 | 0.80 | Call with R. Greiss to discuss supply agreement (.3); revise supply agreement (.5). |
| Rory Greiss | 02/03/23 | 2.00 | Finalize latest draft of sale agreement to be sent to counterparty (1.1); correspondence with Rhodes team re: same (.3); review and comment on slides for BOD presentation prepared by E. Ju (.6). |
| Esther Ju | 02/03/23 | 1.20 | Draft asset sale terms summary slide deck. |
| Rory Greiss | 02/06/23 | 2.50 | Review correspondence from counterparty re: comments on sale agreement (.3); discuss issues raised with E. Rothman and D. Kracov (.6); draft proposed response and correspondence with Rhodes team re: same (1.0); revise response (.2); correspond with counterparty same (.1); correspondence with Rhodes team re: supply agreement (.3). |
| Rory Greiss | 02/07/23 | 1.80 | Draft additional language for sale agreement re: counterparty concerns (1.1); correspondence with Rhodes team re: new language (.4); revise commercial supply terms (.3). |
| Eric Rothman | 02/07/23 | 1.20 | Discuss competition related issues in asset sale with R Greiss. |
| Esther Ju | 02/07/23 | 0.50 | Revise sale agreement (.3); revise Development and License agreement (.2). |
| Rory Greiss | 02/08/23 | 3.60 | Review tax comments on sale agreement (.6); videoconference with Rhodes team and DPW to discuss tax comments (.7); revise sale agreement (1.2); review revised version of supply agreement (.8); revise slides for BOD presentation (.3). |
| Esther Ju | 02/08/23 | 1.60 | Call with R. Greiss, Rhodes team, and DPW tax team to discuss tax comments to asset purchase agreement (.5); meet with R. Greiss to discuss tax comments to implement into asset purchase agreement (.3); call with R. Greiss to discuss final changes (.2); revise asset purchase agreement (.6). |
| Rory Greiss | 02/09/23 | 2.70 | Correspondence with Rhodes team re: status of final comments from counterparty and timing of BOD approval (.7); revise sale agreement (2.0). |
| Esther Ju | 02/09/23 | 0.10 | Revise asset purchase agreement to address Rory Greiss' comments. |

March 20, 2023

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/10/23 | 3.40 | Correspondence with Rhodes team and counterparty re: latest draft of sale agreement (.8); correspondence with Rhodes team re: Rhodes/counterparty call (.4); draft additional language for excluded assets provision (.9); videoconference with E. Ju to discuss revisions to be made in draft supply agreement (.4); review, comment on revised version of supply agreement prepared by E. Ju (.9). |
| Esther Ju | 02/10/23 | 1.00 | Meet with Rory Greiss to discuss and address Rhodes' comments to supply agreement (.4); revise supply agreement to incorporate changes discussed with Rory Greiss (.6). |
| Rory Greiss | 02/13/23 | 1.60 | Review correspondence re: tax review of sale agreement (.5); review correspondence re: supply agreement open points (.6); correspondence with Rhodes team re: commercial supply terms (.5). |
| Alexa D. Krantz | 02/13/23 | 0.10 | Review supply agreement for open items. |
| Rory Greiss | 02/14/23 | 2.40 | Call with Rhodes team and E. Ju re: commercial supply terms (.5); additional call with Rhodes team re: commercial supply terms (.7); revise terms for distribution to Rhodes team (.6); review correspondence from Rhodes team and counterparty re: open items on sale agreement (.6). |
| Esther Ju | 02/14/23 | 0.50 | Call with Rhodes team to discuss Amendment and Commercial Supply Terms (.5); discuss revisions to be made with Rory Greiss (.4); revise Amendment and Commercial Supply Terms (.8). |
| Rory Greiss | 02/15/23 | 2.90 | Review correspondence from Rhodes team (.3); review revised draft of sale agreement from counterparty (.9); correspondence with Rhodes team and E. Ju re: revisions and proposed responses (1.3); Analysis re questions from Rhodes team re: supply issues (.4). |
| Esther Ju | 02/15/23 | 0.80 | Draft email to Rhodes team summarizing redline changes to asset purchase agreement (.1); discuss counterparty redline changes to asset purchase agreement with Rory Greiss (.4); meet with Rory Greiss to discuss points from internal Rhodes team call and next steps for asset purchase agreement (.3). |
| Rory Greiss | 02/16/23 | 2.10 | Revise sale agreement (1.1); review revised draft (.6); review tax comments (.4). |
| Esther Ju | 02/16/23 | 2.40 | Discuss asset purchase agreement redline changes with Rory Greiss (.6); revise asset purchase agreement (.7); review David Polk tax comments (.6); draft cover email to Rhodes team accompanying draft of asset purchase agreement (.4); revise asset purchase agreement (.1). |
| Rory Greiss | 02/17/23 | 1.60 | Review manufacturing agreement in preparation for videoconference with Rhodes team re: supply issues (.4); participate in videoconference (.7); Correspondence with counterparty re: latest draft of sale agreement (.5). |
| Esther Ju | 02/17/23 | 0.20 | Call with Rory Greiss to discuss asset purchase agreement (.1); prepare and finalize redline and clean versions of asset purchase agreement (.1). |
| Rory Greiss | 02/21/23 | 1.20 | Review revised version of supply agreement (.4); correspondence with Rhodes team re: arrangements for video with counterparty on sale agreement (.8). |

March 20, 2023

Invoice # 30154481

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Esther Ju | 02/21/23 | 0.60 | Review correspondence sent from Rhodes team regarding counterparty comments to Master Commercial Supply Agreement (.3); prepare redline of Master Commercial Supply Agreement to send to Rhodes Team (.2); discuss recall language precedent with Rory Greiss (.1). |
| Rory Greiss | 02/22/23 | 4.60 | Videoconference with Rhodes and counterparty re: open points on sale agreement (.7); correspondence with Rhodes team re: exhibits and other items to be prepared (1.3); review revised agreement (1.0); further correspondence with Rhodes team (.8); review and comment on recall provisions for supply agreement (.8). |
| Esther Ju | 02/22/23 | 5.40 | Call with counterparty to discuss open items in asset purchase agreement (.7); prepare redline of latest draft of asset purchase agreement (.3); revise asset purchase agreement (1.3); draft form bill of sale for asset purchase agreement (.4); revise supply agreement (2.7). |
| Rory Greiss | 02/23/23 | 2.50 | Review, analyze sale agreement (.8); drafting responses in coordination with Rhodes team (1.3); review draft transfer letter and confer with D. Kracov re: same (.4). |
| Daniel Kracov | 02/23/23 | 0.30 | Correspond with R. Greiss regarding transfer issue. |
| Esther Ju | 02/23/23 | 0.40 | Review asset purchase agreement (.2); review redline prior to sending to counterparty (.1); draft cover email re: same (.1). |
| Rory Greiss | 02/24/23 | 2.50 | Revise sale agreement (1.4); correspondence with Rhodes team regarding schedules to agreement (1.1). |
| Esther Ju | 02/24/23 | 1.20 | Revise asset purchase agreement. |
| Rory Greiss | 02/27/23 | 1.70 | Revised sale agreement with E. Ju and Rhodes team. |
| Esther Ju | 02/27/23 | 0.70 | Prepare materials for APA signing. |
| Rory Greiss | 02/28/23 | 2.40 | Review, analyze supply agreement (.5); draft schedules for sale agreement (.8); correspondence with Rhodes team re: pharmacovigilance agreement and quality agreement preparation (.6); discuss preparation of termination agreement and manufacturer acknowledgment with E. Ju (.5). |
| Alexa D. Krantz | 02/28/23 | 0.90 | Revise supply agreement. |

**Total Hours**              **65.50**

March 20, 2023                                                                    Invoice # 30154481

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Daniel Kracov | | 0.30 | 1,385.00 | 415.50 |
| Eric Rothman | | 1.20 | 1,110.00 | 1,332.00 |
| | **Subtotal:** | **1.50** | | **1,747.50** |
| **Counsel** | | | | |
| Rory Greiss | | 45.60 | 1,320.00 | 60,192.00 |
| | **Subtotal:** | **45.60** | | **60,192.00** |
| **Associate** | | | | |
| Esther Ju | | 16.60 | 755.00 | 12,533.00 |
| Alexa D. Krantz | | 1.80 | 755.00 | 1,359.00 |
| | **Subtotal:** | **18.40** | | **13,892.00** |
| **TOTAL** | | **65.50** | | **75,831.50** |

**Total Current Amount Due**                                         **$64,456.77**