**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)**<br>**Objection Deadline: April 7, 2023 at 5:00 p.m. ET** |

## FORTY-FIRST MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM <u>JANUARY 1, 2023 THROUGH JANUARY 31, 2023</u>

| | |
|---|---|
| Name of Applicant: | Dechert LLP |
| Authorized to Provide Professional Services to: | Purdue Debtors and Debtors in Possession |
| Effective Date of Retention: | November 21, 2019 Nunc Pro Tunc to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | **$168,029.55**[2] |
| Eighty percent of actual, reasonable and necessary compensation: | **$134,423.64** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$21.97** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] This amount reflects a reduction in fees in the amount of $18,669.95 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

1

18207968

This is a(n):    __X__ Monthly    _____ Interim    _____ Final application.

Is this the first monthly application?    ____ Yes    _X_ No

This application includes 33.2 hours with a discounted value of $15,001.20 incurred in connection with the preparation of Fee Applications for the Debtors.

### Compensation by Individual for Debtors for Litigation Services

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate (Including Changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Sheila L Birnbaum | Partner | 1965 | 1,650.00 | 8.80 | 14,520.00 |
| Hayden A. Coleman | Partner | 1985 | 1,160.00 | 40.70 | 47,212.00 |
| Danielle Gentin Stock | Partner | 1999 | 1,125.00 | 36.50 | 41,062.50 |
| Paul A. LaFata | Partner | 2007 | 1,145.00 | 13.70 | 15,686.50 |
| Shmuel Vasser | Partner | 1988 | 1,380.00 | 4.30 | 5,934.00 |
| Christopher R. Boisvert | Counsel | 2009 | 1,075.00 | 0.60 | 645.00 |
| Meghan Agostinelli | Associate | 2018 | 960.00 | 8.20 | 7,872.00 |
| Noah Becker | Associate | 2019 | 880.00 | 4.50 | 3,960.00 |
| Alyssa L. Walters | Associate | 2017 | 995.00 | 34.50 | 34,327.50 |
| Antonella Capobianco-Ranallo | Paralegal | N/A | 300.00 | 25.00 | 7,500.00 |
| Matthew B. Stone | Paralegal | N/A | 300.00 | 26.60 | 7,980.00 |
| **Total** | | | | **203.40** | **$186,699.50** |
| **10% Volume Discount** | | | | | **($18,669.95)** |
| **Discounted Total** | | | | | **$168,029.55** |
| **Total Amount Requested Herein** | | | | | **$134,423.64** |

The blended hourly billing rate of professionals for all services provided during the Fee Period is $826.10.

---

[3]    As described in the Notice of Increased Litigation Fees, these billing rates reflect voluntary discounts of 4.5% to 12.3% for senior partners, 11.6% to 14.6% for partners, 6.8% for counsel, and 4.1% to 6.7% for associates.

**Compensation by Project Category for Debtors**

| Code | Project Category | Total Hours | Total Fees | Discounted Total |
|------|------------------|-------------|------------|------------------|
| B110 | Case Administration | 0.10 | 30.00 | 27.00 |
| B160 | Fee/Employment Applications | 33.20 | 16,668.00 | 15,001.20 |
| B260 | Board of Directors Matters | 3.10 | 3,788.50 | 3,409.65 |
| L120 | Analysis/Strategy | 12.00 | 14,334.00 | 12,900.60 |
| L160 | Settlement/Non-Binding ADR | 12.40 | 14,260.00 | 12,834.00 |
| L210 | Pleadings | 2.20 | 2,477.00 | 2,229.30 |
| L220 | Preliminary Injunctions/Provisional Remedies | 37.10 | 43,285.50 | 38,956.95 |
| L230 | Court Mandated Conferences | 2.20 | 2,694.50 | 2,425.05 |
| L310 | Written Discovery | 5.30 | 6,095.50 | 5,485.95 |
| L320 | Document Production | 1.30 | 1,508.00 | 1,357.20 |
| L330 | Depositions | 92.00 | 78,700.50 | 70,830.45 |
| L390 | Other Discovery | 2.50 | 2,858.00 | 2,572.20 |
|  |  |  |  |  |
| **Totals** |  | **203.40** | **$186,699.50**[4] | **$168,029.55**[5] |

---

[4]    This amount reflects the discounted billing rates but not the discounts for aggregate fees.

[5]    This amount reflects the discounted billing rates and discounts for aggregate fees.

**Expense Summary for Debtors**

| Expenses Category | Total Expenses |
|---|---|
| Courtlink Search | 21.97 |
| | |
| **Total** | **$21.97** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)**<br>**Objection Deadline: April 7, 2023 at**<br>**5:00 p.m. ET** |

### FORTY-FIRST MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023

By this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Dechert LLP ("**Dechert**") hereby moves this Court for discounted reasonable compensation for professional legal services rendered as attorneys to the Debtors in the amount of **$134,423.64** together with reimbursement for actual and necessary expenses incurred in the amount of **$21.97**, for the period commencing January 1, 2023 through and including January 31, 2023 (the "**Fee Period**"). In support of the Application, Dechert respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.      Dechert was employed under a general retainer to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases pursuant to an order entered by this Court on November 21, 2019 [Docket No. 525] (the "**Retention Order**").  The Retention Order authorized Dechert to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Dechert were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period showing the amount of $168,029.55,[2] of which $134,423.64 is requested for fees in this Application.  **Exhibit B** is a detailed statement of expenses paid during the Fee Period showing the amount of $21.97 for reimbursement of expenses.

4.      The services rendered by Dechert during the Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Dechert has incurred out-of-pocket disbursements during the Fee Period in the amount of $21.97.  This disbursement sum is broken down into categories of charges, including, among other things, document hosting and management, temporary employee

---

[2]    This amount reflects a reduction in fees in the amount of $18,669.95 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

expenses, expert consulting charges, telephone and telecopier toll and other charges, mail and

express mail charges, special or hand delivery charges, document processing, photocopying

charges, charges for mailing supplies (including, without limitation, envelopes and labels)

provided by Dechert to outside copying services for use in mass mailings, travel expenses,

expenses for "working meals," computerized research, and transcription costs.

6.      A complete review of the expenses incurred for the Fee Period may be

found in the attachments hereto as **Exhibit B**.  To the extent such itemization is insufficient to

satisfy the requirements of Rule 2016-1(a) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the Southern District of New York (the

"**Local Rules**"), Dechert respectfully requests that the Court waive strict compliance with such

rule.

7.      Costs incurred for computer assisted research are not included in

Dechert's normal hourly billing rates and, therefore, are itemized and included in Dechert's

disbursements.  Pursuant to Local Rule 2016-1, Dechert represents that its rate for duplication is

$.10 per page, there is no charge for incoming or outgoing telecopier transmissions, and there is

no surcharge for computerized research.

## VALUATION OF SERVICES

8.      Attorneys and paraprofessionals of Dechert have expended a total of 191.7

hours in connection with the Debtors' chapter 11 cases during the Fee Period.

9.      The amount of time spent by each of these persons providing services to

the Debtors for the Fee Period is fully set forth in detail in **Exhibit A**.  These are Dechert's

discounted hourly rates for compensation in this case, as reflected in the Retention Application.

The Discounted value of the services rendered by Dechert for the Fee Period as counsel for the

Debtors in these cases under chapter 11 is $168,029.55, of which $134,423.64 is requested for fees in this Application.

10.     Dechert believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-1.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.     This Application covers the period of January 1, 2023 through and including January 31, 2023 with respect to the Debtors.  Dechert has and will continue to perform additional necessary services for the Debtors subsequent to January 31, 2023, for which Dechert will file subsequent fee applications.

*[Remainder of page left intentionally blank]*

## CONCLUSION

WHEREFORE, Dechert respectfully requests that (a) allowance be made to it in the sum of $134,423.64 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $21.97 for reimbursement of actual necessary costs and expenses incurred during the Fee Period, (b) such other further relief as this Court may deem just and proper.

Dated: March 24, 2023                    Respectfully submitted,

                                         */s/ Shmuel Vasser*
                                         Shmuel Vasser
                                         DECHERT LLP
                                         1095 Avenue of the Americas
                                         New York, New York 10036
                                         Telephone:  (212) 698-3500
                                         Facsimile:  (212) 698-3599

                                         *Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## VERIFICATION OF SHMUEL VASSER

I, Shmuel Vasser, Esquire, hereby declare the following under penalty of perjury:

1.      I am a Partner in the applicant firm, Dechert LLP, and have been admitted to the bar of New York since 1991.

2.      I have personally performed some of the legal services rendered by Dechert LLP as counsel for the Debtors, and I am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*[Remainder of page left intentionally blank]*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.      I hereby certify under 28 U.S.C. § 1746 that the foregoing is true and

correct to the best of my knowledge, information, and belief.


Dated: March 24, 2023                    Respectfully submitted,

                                         */s/ Shmuel Vasser*
                                         Shmuel Vasser
                                         DECHERT LLP
                                         1095 Avenue of the Americas
                                         New York, New York 10036
                                         Telephone:  (212) 698-3500
                                         Facsimile:  (212) 698-3599
                                         shmuel.vasser@dechert.com

                                         *Attorneys for Debtors and Debtors in Possession*

# **EXHIBIT A**

## **Description of Legal Services**



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                          March 22, 2023
201 Tresser Blvd.                                                Invoice Number 1010092445
Stamford, CT 06901

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through January 31, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE ................................................................................................. 164,993.50

Less 10% Discount ...................................................................................................... (16,499.35)

NET TOTAL FEES FOR THIS INVOICE.......................................................................................  148,494.15

TOTAL DISBURSEMENTS THIS INVOICE ............................................................................................. 21.97

**TOTAL AMOUNT DUE FOR THIS INVOICE ....................................................................USD 148,516.12**

| **Payment by Wire or ACH** |
|---|
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010092445

Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B110 – Case Administration** | | | | | |
| 01/18/23 | Matthew Stone | 0.10 | B110 | A104 | 30.00 |
| | Calendar interim fee application deadline and hearing date for Dechert team. | | | | |
| **B110 SUBTOTAL HOURS AND FEES:** | | **0.10** | | | **30.00** |
| | | | | | |
| **B260 – Board of Directors Matters** | | | | | |
| 01/24/23 | Danielle Gentin Stock | 0.10 | B260 | A105 | 112.50 |
| | Confer internally regarding preparation for Board of Directors meeting. | | | | |
| 01/31/23 | Sheila Birnbaum | 0.50 | B260 | A104 | 825.00 |
| | Review materials for Board presentation. | | | | |
| 01/31/23 | Hayden Coleman | 0.40 | B260 | A105 | 464.00 |
| | Emails to/from S. Birnbaum and D. Gentin Stock regarding preparation for board meeting. | | | | |
| 01/31/23 | Hayden Coleman | 0.70 | B260 | A104 | 812.00 |
| | Review and revise litigation and settlement talking points for Board of Directors meeting. | | | | |
| 01/31/23 | Danielle Gentin Stock | 1.40 | B260 | A104 | 1,575.00 |
| | Review recent settlements, trials and Monitor requests and draft talking points for Board of Directors update. | | | | |
| **B260 SUBTOTAL HOURS AND FEES:** | | **3.10** | | | **3,788.50** |
| | | | | | |
| **L120 – Analysis/Strategy** | | | | | |
| 01/03/23 | Hayden Coleman | 0.50 | L120 | A107 | 580.00 |
| | Emails to/from co-counsel regarding prior joint defense agreements. | | | | |
| 01/04/23 | Sheila Birnbaum | 0.30 | L120 | A104 | 495.00 |
| | Review Attorney General announcements. | | | | |
| 01/05/23 | Hayden Coleman | 0.70 | L120 | A106 | 812.00 |
| | Emails to/from client regarding inquiries regarding pre-petition donations to certain charitable and governmental organizations. | | | | |
| 01/05/23 | Hayden Coleman | 0.70 | L120 | A104 | 812.00 |
| | Review order dismissing Schwartz vs. NYP et al (.5); email with Decherrt team regarding same (.2). | | | | |
| 01/05/23 | Danielle Gentin Stock | 0.40 | L120 | A104 | 450.00 |
| | Review and analyze query (0.2); provide responsive materials to the client regarding same (0.2). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010092445

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/09/23 | Hayden Coleman | 0.40 | L120 | A107 | 464.00 |
| | Emails to/from outside counsel regarding indemnification issues. | | | | |
| 01/09/23 | Hayden Coleman | 0.60 | L120 | A105 | 696.00 |
| | Emails to/from Dechert team and co-counsel regarding IL AG action. | | | | |
| 01/10/23 | Sheila Birnbaum | 0.80 | L120 | A105 | 1,320.00 |
| | Team status call. | | | | |
| 01/10/23 | Hayden Coleman | 0.60 | L120 | A108 | 696.00 |
| | Emails to/from IL AGs office regarding status conference. | | | | |
| 01/10/23 | Hayden Coleman | 1.20 | L120 | A106 | 1,392.00 |
| | Prepare for and participate in strategy and update meeting with client and co-counsel. | | | | |
| 01/12/23 | Sheila Birnbaum | 0.30 | L120 | A104 | 495.00 |
| | Review late claim response. | | | | |
| 01/18/23 | Hayden Coleman | 1.00 | L120 | A104 | 1,160.00 |
| | Review and follow up on order from Cumberland County, TN court setting status conference (1.0). | | | | |
| 01/18/23 | Hayden Coleman | 0.60 | L120 | A106 | 696.00 |
| | Emails to/from client and co-counsel regarding Publicis subpoena. | | | | |
| 01/18/23 | Antonella Capobianco-Ranallo | 0.30 | L120 | A102 | 90.00 |
| | Research status of stay notifications filed in Clay County v. Purdue (TN). | | | | |
| 01/24/23 | Hayden Coleman | 2.30 | L120 | A104 | 2,668.00 |
| | Review and analyze document subpoena issued in WV actions and emails to/from client and co-counsel regarding same. | | | | |
| 01/26/23 | Hayden Coleman | 0.60 | L120 | A106 | 696.00 |
| | Emails to/from client and co-counsel regarding Clay County v. Purdue status conference. | | | | |
| 01/30/23 | Hayden Coleman | 0.70 | L120 | A107 | 812.00 |
| | Emails to/from co-counsel regarding Clay County v. Purdue. | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **12.00** | | | **14,334.00** |

**L160 – Settlement/Non-Binding ADR**

| | | | | | |
|------|-----------|-------|------|----------|--------|
| 01/03/23 | Alyssa Walters | 0.70 | L160 | A103 | 696.50 |
| | Revise settlement chart (0.7). | | | | |
| 01/04/23 | Sheila Birnbaum | 0.50 | L160 | A104 | 825.00 |
| | Review updated settlements and verdict. | | | | |
| 01/04/23 | Hayden Coleman | 0.70 | L160 | A104 | 812.00 |
| | Review and comment on updated settlement/verdict chart. | | | | |
| 01/04/23 | Danielle Gentin Stock | 0.20 | L160 | A104 | 225.00 |
| | Review and edit updated settlement litigation chart. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010092445

Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| 01/06/23 | **Meghan Agostinelli** | **3.90** | L160 | A101 | **3,744.00** |
| | Prepare new settlement tracking summary (3.6); correspond with Davis Polk regarding Sharepoint uploads (0.3). | | | | |
| 01/10/23 | **Hayden Coleman** | **0.40** | L160 | A104 | **464.00** |
| | Review and comment on revised settlement chart. | | | | |
| 01/10/23 | **Danielle Gentin Stock** | **0.70** | L160 | A106 | **787.50** |
| | Participate on client update call. | | | | |
| 01/10/23 | **Danielle Gentin Stock** | **0.10** | L160 | A104 | **112.50** |
| | Review settlement tracker. | | | | |
| 01/10/23 | **Alyssa Walters** | **1.60** | L160 | A103 | **1,592.00** |
| | Revise settlement chart (1.6). | | | | |
| 01/17/23 | **Sheila Birnbaum** | **0.30** | L160 | A104 | **495.00** |
| | Review court filings regarding opioid settlement payouts. | | | | |
| 01/18/23 | **Sheila Birnbaum** | **0.80** | L160 | A106 | **1,320.00** |
| | Telephone conference with R. Silbert regarding settlement issues. | | | | |
| 01/18/23 | **Hayden Coleman** | **1.30** | L160 | A104 | **1,508.00** |
| | Review information regarding terms of West VA AG settlement with Walgreens and amendments to settlement chart regarding same (1.3). | | | | |
| 01/18/23 | **Danielle Gentin Stock** | **0.20** | L160 | A104 | **225.00** |
| | Review updated settlement tracker. | | | | |
| 01/18/23 | **Alyssa Walters** | **0.30** | L160 | A103 | **298.50** |
| | Update global settlement tracker (0.3). | | | | |
| 01/19/23 | **Sheila Birnbaum** | **0.30** | L160 | A104 | **495.00** |
| | Review court filing regarding opioid settlement. | | | | |
| 01/26/23 | **Sheila Birnbaum** | **0.40** | L160 | A106 | **660.00** |
| | Telephone conference with R. Silbert regarding settlement issues. | | | | |
| **L160 SUBTOTAL HOURS AND FEES:** | | **12.40** | | | **14,260.00** |

| L210 – Pleadings | | | | | |
|------|-----------|-------|------|----------|--------|
| 01/20/23 | **Christopher Boisvert** | **0.40** | L210 | A103 | **430.00** |
| | Revise proposed status report in Colorado AG action. | | | | |
| 01/23/23 | **Christopher Boisvert** | **0.20** | L210 | A103 | **215.00** |
| | Draft correspondence regarding Colorado AG status report. | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **0.60** | | | **645.00** |

Client Name: Purdue Pharma L.P.                                         Invoice 1010092445
Firm Matter Number: 399631.178405                                       Page 5

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L220 – Preliminary Injunctions/Provisional Remedies** | | | | | |
| 01/03/23 | **Danielle Gentin Stock** | **1.90** | L220 | A106 | **2,137.50** |
| | Confer with client regarding court-appointed Monitor recommendations and requests; confer regarding Operating Injunction terms (1.6); correspond with client regarding follow up to court-appointed Monitor recommendations and requests (0.3). | | | | |
| 01/04/23 | **Sheila Birnbaum** | **0.30** | L220 | A104 | **495.00** |
| | Review Monitor's questions. | | | | |
| 01/04/23 | **Danielle Gentin Stock** | **0.20** | L220 | A106 | **225.00** |
| | Correspond with client regarding court-appointed Monitor's new question. | | | | |
| 01/04/23 | **Danielle Gentin Stock** | **0.20** | L220 | A105 | **225.00** |
| | Correspond internally regarding tracking of materials provided to court-appointed Monitor (0.1); internal correspondence and review regarding tracking (0.1). | | | | |
| 01/04/23 | **Danielle Gentin Stock** | **1.00** | L220 | A104 | **1,125.00** |
| | Review and annotate new questions from court-appointed Monitor (0.2); review and analyze outline of HIPAA-related issues concerning requested information (0.2); review and analyze materials related to court-appointed Monitor's questions (0.6). | | | | |
| 01/05/23 | **Danielle Gentin Stock** | **1.80** | L220 | A106 | **2,025.00** |
| | Confer with client on multiple calls and correspond regarding collection of responses to new questions from court-appointed Monitor. | | | | |
| 01/05/23 | **Danielle Gentin Stock** | **0.80** | L220 | A104 | **900.00** |
| | Review and analyze materials responsive to court-appointed Monitor requests. | | | | |
| 01/06/23 | **Danielle Gentin Stock** | **0.10** | L220 | A106 | **112.50** |
| | Confer with client regarding query concerning the Voluntary Injunction. | | | | |
| 01/06/23 | **Danielle Gentin Stock** | **0.90** | L220 | A104 | **1,012.50** |
| | Review and analyze materials responsive to queries from the court-appointed Monitor (0.8); review and revise tracker of court-appointed Monitor productions (0.1). | | | | |
| 01/09/23 | **Danielle Gentin Stock** | **1.50** | L220 | A106 | **1,687.50** |
| | Confer and correspond with client, co-counsel, and internally regarding responses to new queries from court-appointed Monitor. | | | | |
| 01/09/23 | **Meghan Agostinelli** | **1.50** | L220 | A106 | **1,440.00** |
| | Conference call with client, co-counsel, and internally to discuss monitor's requests regarding standard operating procedures. | | | | |
| 01/10/23 | **Danielle Gentin Stock** | **1.00** | L220 | A106 | **1,125.00** |
| | Confer with client on multiple calls regarding collection of responses and meetings regarding new requests from court-appointed Monitor. | | | | |
| 01/10/23 | **Danielle Gentin Stock** | **0.30** | L220 | A104 | **337.50** |
| | Review materials for production to the court-appointed Monitor. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010092445

Page 6

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/10/23 | **Danielle Gentin Stock** | **0.10** | L220 | A107 | **112.50** |
| | Coordinate upcoming discussions with the court-appointed Monitor. | | | | |
| 01/11/23 | **Sheila Birnbaum** | **0.30** | L220 | A104 | **495.00** |
| | Review e-mails regarding Monitor. | | | | |
| 01/11/23 | **Danielle Gentin Stock** | **0.20** | L220 | A104 | **225.00** |
| | Review and analyze materials for court-appointed Monitor. | | | | |
| 01/11/23 | **Danielle Gentin Stock** | **1.70** | L220 | A106 | **1,912.50** |
| | Prepare for and confer with client and other counsel in preparation for meeting with court-appointed Monitor regarding recommendation (1.3); correspond with client regarding upcoming court-appointed Monitor meetings and dead-lines for next report (0.4). | | | | |
| 01/12/23 | **Danielle Gentin Stock** | **0.10** | L220 | A104 | **112.50** |
| | Review and analyze documents for production to court-appointed Monitor. | | | | |
| 01/12/23 | **Danielle Gentin Stock** | **1.00** | L220 | A106 | **1,125.00** |
| | Confer with client regarding responses to court-appointed Monitor query (0.5); confer with client regarding Voluntary Injunction query from client (0.5). | | | | |
| 01/13/23 | **Danielle Gentin Stock** | **0.70** | L220 | A106 | **787.50** |
| | Confer with client on multiple calls regarding upcoming discussions with court-appointed Monitor and next steps to implement recommendations. | | | | |
| 01/13/23 | **Danielle Gentin Stock** | **0.50** | L220 | A104 | **562.50** |
| | Review material and draft correspondence to court-appointed Monitor regarding productions. | | | | |
| 01/14/23 | **Danielle Gentin Stock** | **0.20** | L220 | A104 | **225.00** |
| | Review and analyze draft presentation for the court-appointed Monitor. | | | | |
| 01/16/23 | **Danielle Gentin Stock** | **0.10** | L220 | A106 | **112.50** |
| | Confer with client regarding information for the court-appointed Monitor. | | | | |
| 01/17/23 | **Sheila Birnbaum** | **1.00** | L220 | A105 | **1,650.00** |
| | Telephone conference regarding Monitor issues. | | | | |
| 01/17/23 | **Danielle Gentin Stock** | **1.20** | L220 | A106 | **1,350.00** |
| | Confer with client and other counsel in preparation for meeting with the court-appointed Monitor regarding his recommendations. | | | | |
| 01/17/23 | **Danielle Gentin Stock** | **0.10** | L220 | A105 | **112.50** |
| | Correspond internally regarding tracker of requests for the court-appointed Monitor. | | | | |
| 01/17/23 | **Danielle Gentin Stock** | **1.20** | L220 | A104 | **1,350.00** |
| | Confer and correspond with the client in preparation for discussion with court-appointed Monitor and to gather material responsive to his requests. | | | | |
| 01/18/23 | **Sheila Birnbaum** | **0.30** | L220 | A105 | **495.00** |
| | Conference with D. Stock regarding Monitor. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010092445
Page 7

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/18/23 | **Sheila Birnbaum** | **1.00** | L220 | A108 | 1,650.00 |
| | Telephone conference with Monitor and Purdue team. | | | | |
| 01/18/23 | **Danielle Gentin Stock** | **2.20** | L220 | A107 | 2,475.00 |
| | Participate in interviews with client, other counsel and the court-appointed Monitor. | | | | |
| 01/18/23 | **Danielle Gentin Stock** | **0.70** | L220 | A104 | 787.50 |
| | Draft correspondence for client regarding court-appointed Monitor requests. | | | | |
| 01/18/23 | **Danielle Gentin Stock** | **0.30** | L220 | A106 | 337.50 |
| | Confer with client and S. Birnbaum regarding follow up to Monitor discussions. | | | | |
| 01/18/23 | **Danielle Gentin Stock** | **0.70** | L220 | A104 | 787.50 |
| | Review and outline outstanding requests by court-appointed Monitor (0.4); draft correspondence to court-appointed Monitor (0.3). | | | | |
| 01/19/23 | **Sheila Birnbaum** | **0.30** | L220 | A104 | 495.00 |
| | Review Monitor issues. | | | | |
| 01/19/23 | **Danielle Gentin Stock** | **0.60** | L220 | A107 | 675.00 |
| | Confer with court-appointed Monitor and client in response to request for information (0.5); correspond with court-appointed Monitor as follow up to discussion with client (0.1). | | | | |
| 01/19/23 | **Danielle Gentin Stock** | **0.30** | L220 | A104 | 337.50 |
| | Correspond internally regarding productions for the court-appointed Monitor (0.1); draft correspondence to court-appointed Monitor regarding requests for information (0.2). | | | | |
| 01/19/23 | **Danielle Gentin Stock** | **1.10** | L220 | A106 | 1,237.50 |
| | Correspond with client and court-appointed Monitor regarding meeting on next Monitor Report (0.1); correspond and confer with client on collection of information and responses for court-appointed Monitor (1.0). | | | | |
| 01/20/23 | **Danielle Gentin Stock** | **1.80** | L220 | A106 | 2,025.00 |
| | Confer with the client on multiple calls regarding responses for the court-appointed Monitor (1.5); correspond with the client regarding questions from the court-appointed Monitor and next Report (0.3). | | | | |
| 01/23/23 | **Danielle Gentin Stock** | **0.10** | L220 | A106 | 112.50 |
| | Correspond with client regarding responsive information for court-appointed Monitor. | | | | |
| 01/23/23 | **Danielle Gentin Stock** | **0.10** | L220 | A104 | 112.50 |
| | Review correspondence from client regarding meetings with court-appointed Monitor. | | | | |
| 01/24/23 | **Sheila Birnbaum** | **0.50** | L220 | A104 | 825.00 |
| | Review letter to court (0.2); review emails regarding Monitor scheduling (0.3). | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010092445
Page 8

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| 01/24/23 | **Danielle Gentin Stock** | **0.80** | L220 | A106 | **900.00** |
| | Confer and correspond with client regarding responses for court-appointed Monitor (0.7); correspond with client regarding filing of court-appointed Monitor's next report (0.1). | | | | |
| 01/24/23 | **Meghan Agostinelli** | **1.10** | L220 | A101 | **1,056.00** |
| | Update document tracker and prepare productions to monitor | | | | |
| 01/25/23 | **Danielle Gentin Stock** | **0.10** | L220 | A107 | **112.50** |
| | Review correspondence from court-appointed Monitor. | | | | |
| 01/27/23 | **Danielle Gentin Stock** | **0.10** | L220 | A106 | **112.50** |
| | Confer with client regarding upcoming meeting with court-appointed Monitor. | | | | |
| 01/27/23 | **Meghan Agostinelli** | **1.70** | L220 | A101 | **1,632.00** |
| | Update tracker and files to reflect documents provided to Monitor, meeting with Monitor | | | | |
| 01/30/23 | **Sheila Birnbaum** | **0.30** | L220 | A104 | **495.00** |
| | Review emails regarding Monitor issue. | | | | |
| 01/30/23 | **Sheila Birnbaum** | **0.30** | L220 | A105 | **495.00** |
| | Telephone conference with D. Stock regarding Monitor issues. | | | | |
| 01/30/23 | **Danielle Gentin Stock** | **0.30** | L220 | A106 | **337.50** |
| | Correspond with client and internally regarding information for the next court-appointed Monitor report. | | | | |
| 01/30/23 | **Danielle Gentin Stock** | **1.00** | L220 | A107 | **1,125.00** |
| | Participate in informational meeting with the court-appointed Monitor and client (0.8); confer with the client regarding follow up (0.2). | | | | |
| 01/31/23 | **Danielle Gentin Stock** | **1.50** | L220 | A106 | **1,687.50** |
| | Correspond and confer with client regarding responses to court-appointed Monitor requests. | | | | |
| **L220 SUBTOTAL HOURS AND FEES:** | | **37.10** | | | **43,285.50** |

| **L230 – Court Mandated Conferences** | | | | | |
|------|------------|-------|------|----------|--------|
| 01/23/23 | **Sheila Birnbaum** | **0.30** | L230 | A104 | **495.00** |
| | Review agenda for hearing. | | | | |
| 01/24/23 | **Hayden Coleman** | **1.10** | L230 | A107 | **1,276.00** |
| | Conferences and emails with co-counsel regarding Order to Appear for in person status conference. | | | | |
| 01/25/23 | **Hayden Coleman** | **0.50** | L230 | A107 | **580.00** |
| | Emails to/from co-counsel regarding TN mandated status conference. | | | | |
| 01/26/23 | **Paul LaFata** | **0.30** | L230 | A107 | **343.50** |
| | Clay County: confer with local counsel regarding response to status conference order (0.2); discussions with co-defendants regarding same (0.1). | | | | |

Client Name: Purdue Pharma L.P.                                                    Invoice 1010092445
Firm Matter Number: 399631.178405                                                  Page 9

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L230 SUBTOTAL HOURS AND FEES:** | | **2.20** | | | **2,694.50** |

### L310 – Written Discovery

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/19/23 | Paul LaFata | 0.10 | L310 | A106 | 114.50 |
| | Confer with client regarding license renewal for document and information access. | | | | |
| 01/20/23 | Paul LaFata | 0.20 | L310 | A107 | 229.00 |
| | Confer with non-party counsel regarding license renewal for document and information access. | | | | |
| 01/25/23 | Hayden Coleman | 1.80 | L310 | A106 | 2,088.00 |
| | Prepare for and participate in video conference with client and co-counsel regarding third-party discovery demands related to WV action. | | | | |
| 01/30/23 | Paul LaFata | 0.10 | L310 | A106 | 114.50 |
| | Confer with client and non-party counsel regarding license extension for information access. | | | | |
| 01/31/23 | Paul LaFata | 0.30 | L310 | A106 | 343.50 |
| | Confer with client and non-party counsel regarding license extension for information access. | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **2.50** | | | **2,889.50** |

### L320 – Document Production

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/26/23 | Hayden Coleman | 0.90 | L320 | A106 | 1,044.00 |
| | Emails to/from client and co-counsel regarding third-party document production. | | | | |
| 01/31/23 | Hayden Coleman | 0.40 | L320 | A106 | 464.00 |
| | Emails to/from client and co-counsel regarding NAS document request. | | | | |
| **L320 SUBTOTAL HOURS AND FEES:** | | **1.30** | | | **1,508.00** |

### L330 – Depositions

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/03/23 | Hayden Coleman | 0.60 | L330 | A107 | 696.00 |
| | For insurance adversary, conference call with co-counsel regarding deposition preparation of former Purdue employees. | | | | |
| 01/03/23 | Danielle Gentin Stock | 0.20 | L330 | A105 | 225.00 |
| | Confer internally regarding requested materials for insurance adversary proceedings. | | | | |
| 01/03/23 | Paul LaFata | 1.60 | L330 | A107 | 1,832.00 |
| | Insurance: prepare for deposition of company witness (0.2); confer with Wiggin, Skadden, and Reed Smith regarding same (0.3) confer internally regarding follow-up research and document analysis (0.8); analyze status of research from underlying tort cases into materials in support of insurance defenses (0.3). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| 01/03/23 | **Alyssa Walters** | **2.70** | L330 | A104 | **2,686.50** |
| | Review transcripts, motions, and decisions relating to insurance litigation claims (2.3); discuss Merlo deposition preparation with P. LaFata (0.4). | | | | |
| 01/04/23 | **Danielle Gentin Stock** | **0.20** | L330 | A104 | **225.00** |
| | Review and analyze documents relating to insurance adversary proceeding. | | | | |
| 01/04/23 | **Paul LaFata** | **0.30** | L330 | A104 | **343.50** |
| | Insurance: for deposition preparation, analyze research results and related documents from underlying tort cases. | | | | |
| 01/04/23 | **Alyssa Walters** | **3.50** | L330 | A104 | **3,482.50** |
| | Review transcripts, motions, and decisions relating to insurance litigation claims (3.5). | | | | |
| 01/04/23 | **Antonella Capobianco-Ranallo** | **6.00** | L330 | A102 | **1,800.00** |
| | Conduct research regarding D. Merlo deposition preparation. | | | | |
| 01/05/23 | **Paul LaFata** | **0.10** | L330 | A104 | **114.50** |
| | Insurance: for deposition preparation, analyze research results from searches in underlying tort litigation. | | | | |
| 01/09/23 | **Hayden Coleman** | **3.20** | L330 | A104 | **3,712.00** |
| | For insurance adversary, review and analyze response from insurers on 30(b)(6) designation (0.9); for insurance adversary, review and analyze deposition transcripts referenced by insurers' designations (2.3). | | | | |
| 01/09/23 | **Paul LaFata** | **0.20** | L330 | A104 | **229.00** |
| | Insurance: analyze response to deposition proposal (0.1); confer with Reed Smith regarding same (0.1). | | | | |
| 01/09/23 | **Alyssa Walters** | **4.00** | L330 | A104 | **3,980.00** |
| | Review transcripts, motions, and decisions relating to insurance litigation claims (3.0); locate documents relating to D. Merlo deposition preparation (1.0). | | | | |
| 01/10/23 | **Danielle Gentin Stock** | **0.10** | L330 | A104 | **112.50** |
| | Review and analyze updated materials regarding insurance adversary proceedings. | | | | |
| 01/10/23 | **Paul LaFata** | **1.50** | L330 | A104 | **1,717.50** |
| | Insurance: analyze research results from underlying tort cases in support of insurance claims (1.2); confer internally regarding revisions to same (0.3). | | | | |
| 01/10/23 | **Alyssa Walters** | **2.60** | L330 | A111 | **2,587.00** |
| | Revise chart regarding scope of litigation (0.8); review documents relating to D. Merlo deposition preparation (1.8). | | | | |
| 01/11/23 | **Paul LaFata** | **0.40** | L330 | A107 | **458.00** |
| | Insurance: confer with Reed Smith regarding research results from underlying tort cases in support of insurance claims. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010092445

Page 11

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/11/23 | **Alyssa Walters** | **2.40** | **L330** | **A104** | **2,388.00** |
| | Draft email to Reed Smith regarding scope of litigation project (0.9); review transcripts and documents for materials for D. Merlo deposition preparation (1.5). | | | | |
| 01/12/23 | **Hayden Coleman** | **2.50** | **L330** | **A104** | **2,900.00** |
| | For insurance adversary: review and analyze response from defendant insurance company to 30(b)(6) designations and counter-designations. | | | | |
| 01/12/23 | **Paul LaFata** | **0.80** | **L330** | **A104** | **916.00** |
| | Insurance: analyze defense demand letter regarding deposition discovery and responses to proposals (0.6); analyze report of document review from underlying tort cases in support of deposition preparation (0.2). | | | | |
| 01/12/23 | **Alyssa Walters** | **3.10** | **L330** | **A104** | **3,084.50** |
| | Review transcripts and documents for materials for D. Merlo deposition preparation (3.1). | | | | |
| 01/12/23 | **Antonella Capobianco-Ranallo** | **8.80** | **L330** | **A102** | **2,640.00** |
| | Conduct research regarding D. Merlo deposition preparation. | | | | |
| 01/13/23 | **Hayden Coleman** | **1.00** | **L330** | **A106** | **1,160.00** |
| | Attend meeting with client and co-counsel regarding defendant's response to Purdue's 30(b)(6) designations and counter designations. | | | | |
| 01/13/23 | **Hayden Coleman** | **1.40** | **L330** | **A104** | **1,624.00** |
| | For insurance adversary: review and analyze defendant's response to Purdue's 30(b)(6) designations and counter-designations. | | | | |
| 01/13/23 | **Paul LaFata** | **1.50** | **L330** | **A104** | **1,717.50** |
| | Insurance: analyze defendant responses and objections to deposition proposal (0.4); confer with client, Reed Smith, Wiggin, and counsel regarding strategy in response to same (1.1). | | | | |
| 01/13/23 | **Alyssa Walters** | **4.10** | **L330** | **A104** | **4,079.50** |
| | Review transcripts and documents for materials for D. Merlo deposition preparation (4.1). | | | | |
| 01/13/23 | **Antonella Capobianco-Ranallo** | **3.20** | **L330** | **A102** | **960.00** |
| | Conduct research regarding D. Merlo deposition preparation. | | | | |
| 01/17/23 | **Hayden Coleman** | **0.50** | **L330** | **A105** | **580.00** |
| | For insurance adversary: meet with Dechert team regarding analysis of and response to insurance defendant's letter and counter-designations regarding 30(b)(6) deposition. | | | | |
| 01/17/23 | **Danielle Gentin Stock** | **0.50** | **L330** | **A104** | **562.50** |
| | Review and analyze requests from other counsel regarding discovery in the insurance adversary proceedings (0.2); review materials in response to a client query regarding a subpoena (0.3). | | | | |
| 01/17/23 | **Danielle Gentin Stock** | **0.20** | **L330** | **A105** | **225.00** |
| | Confer internally regarding discovery request query from other counsel in insurance adversary proceedings. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010092445

Page 12

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| 01/17/23 | Paul LaFata | 0.20 | L330 | A106 | 229.00 |
| | Insurance: confer with client regarding strategy. | | | | |
| 01/17/23 | Noah Becker | 0.50 | L330 | A105 | 440.00 |
| | Participate in team call regarding letter from Insurers responding to 30(b)(6) designations (0.4); Begin review of letter for analysis purposes (0.1). | | | | |
| 01/17/23 | Alyssa Walters | 5.30 | L330 | A104 | 5,273.50 |
| | Review transcripts and documents for materials for D. Merlo deposition preparation (4.6); email regarding the same to P.LaFata (0.4); insurance adversary proceeding – discuss deposition annotation with H. Coleman (0.3). | | | | |
| 01/17/23 | Antonella Capobianco-Ranallo | 6.00 | L330 | A102 | 1,800.00 |
| | Conduct research regarding D. Merlo deposition preparation. | | | | |
| 01/18/23 | Hayden Coleman | 0.70 | L330 | A107 | 812.00 |
| | Insurance adversary: emails to/from Reed Smith regarding response to defendant's letter objecting to 30(b)(6) designations. | | | | |
| 01/18/23 | Hayden Coleman | 1.10 | L330 | A104 | 1,276.00 |
| | Insurance adversary: review and comment on chart analyzing defendant's objections to Purdue's deposition designation. | | | | |
| 01/18/23 | Danielle Gentin Stock | 0.40 | L330 | A104 | 450.00 |
| | Review notice of disclosure and correspond internally and with co-counsel (0.3); review correspondence regarding review of transcripts relating to insurance adversary proceedings (0.1). | | | | |
| 01/18/23 | Paul LaFata | 0.70 | L330 | A104 | 801.50 |
| | Insurance: analyze research results and reporting in support of deposition preparation from underlying tort cases (0.3); confer with witness counsel, Wiggin, and counsel regarding same and subsequent research (0.4). | | | | |
| 01/18/23 | Noah Becker | 3.00 | L330 | A103 | 2,640.00 |
| | Draft chart with information regarding testimony disclosed regarding Insurers' objections. | | | | |
| 01/18/23 | Alyssa Walters | 1.80 | L330 | A104 | 1,791.00 |
| | Insurance adversary proceeding – review objections and prepare chart to review deposition citations (1.0); email to J. Cohan regarding Merlo preparation materials (0.8). | | | | |
| 01/19/23 | Alyssa Walters | 0.80 | L330 | A105 | 796.00 |
| | Insurance adversary proceeding – email to P. LaFata, H. Coleman, D. Gentin-Stock, and N. Becker regarding deposition review in response to Insurers' objections (0.8). | | | | |
| 01/23/23 | Hayden Coleman | 2.30 | L330 | A104 | 2,668.00 |
| | For insurance adversary: review and analyze defendants' objections and counter designations. | | | | |
| 01/23/23 | Noah Becker | 1.00 | L330 | A104 | 880.00 |
| | Analyze deposition transcripts regarding objections from the insurers including S. Seid's transcripts (.5); draft responses to same (.5). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010092445

Page 13

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/24/23 | **Hayden Coleman** | **1.90** | L330 | A104 | **2,204.00** |
| | For insurance adversary: review and analyze letter to R. Gasdia regarding deposition requests and emails to/from client and co-counsel regarding same. | | | | |
| 01/24/23 | **Paul LaFata** | **0.60** | L330 | A104 | **687.00** |
| | Insurance: analyze defendant response to objections to deposition (0.3); confer with client, Reed Smith, and Wiggin regarding same and strategy (0.3). | | | | |
| 01/25/23 | **Hayden Coleman** | **3.70** | L330 | A104 | **4,292.00** |
| | For insurance adversary: review and analyze deposition transcripts of former Purdue employees. | | | | |
| 01/25/23 | **Antonella Capobianco-Ranallo** | **0.70** | L330 | A102 | **210.00** |
| | Perform research as to witnesses deposition transcripts (.6); email with A. Walters regarding same (.1). | | | | |
| 01/26/23 | **Paul LaFata** | **0.40** | L330 | A107 | **458.00** |
| | Insurance: confer with non-party witness counsel and internally regarding deposition preparation and results from research of underlying tort cases. | | | | |
| 01/30/23 | **Alyssa Walters** | **1.00** | L330 | A104 | **995.00** |
| | Insurance adversary proceeding – review objections and prepare chart to review deposition citations (1.0). | | | | |
| 01/31/23 | **Danielle Gentin Stock** | **2.10** | L330 | A104 | **2,362.50** |
| | Review and analyze objections to discovery in insurance adversary proceedings (0.9); draft responses regarding same (1.2). | | | | |
| 01/31/23 | **Alyssa Walters** | **0.60** | L330 | A104 | **597.00** |
| | Insurance adversary proceeding – review objections and prepare chart to review deposition citations (0.6). | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **92.00** | | | **78,700.50** |

**L390 – Other Discovery**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/04/23 | **Hayden Coleman** | **0.40** | L390 | A106 | **464.00** |
| | Emails to/from client and co-counsel regarding third-party subpoenas. | | | | |
| 01/05/23 | **Hayden Coleman** | **0.40** | L390 | A106 | **464.00** |
| | Emails to/from client and co-counsel regarding communication with MA AG regarding third-party subpoena. | | | | |
| 01/09/23 | **Hayden Coleman** | **0.50** | L390 | A106 | **580.00** |
| | Conference call with client and co-counsel regarding 3rd party discovery. | | | | |
| 01/19/23 | **Danielle Gentin Stock** | **0.40** | L390 | A106 | **450.00** |
| | Correspond with client, co-counsel and other counsel regarding notice of disclosure. | | | | |

Client Name: Purdue Pharma L.P.                                                                 Invoice 1010092445
Firm Matter Number: 399631.178405                                                                     Page 14

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **01/23/23** | **Danielle Gentin Stock** | **0.40** | **L390** | **A104** | **450.00** |

Review response from other counsel regarding notice of disclosure (0.3); correspond with other counsel regarding additional information on notice of disclosure (0.1).

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **01/25/23** | **Danielle Gentin Stock** | **0.40** | **L390** | **A107** | **450.00** |

Correspond with co-counsel and other counsel regarding Notice of Disclosure (0.2); correspond with client regarding Notice of Disclosure (0.2).

**L390 SUBTOTAL HOURS AND FEES:**                          **2.50**                                    **2,858.00**

**TOTAL HOURS AND FEES**                                   **165.80**                            **USD 164,993.50**

---

| TIMEKEEPER SUMMARY: | | | | |
|---------------------|-------|------|-------|--------|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Birnbaum | Partner | 1,650.00 | 8.80 | 14,520.00 |
| H. Coleman | Partner | 1,160.00 | 38.30 | 44,428.00 |
| P. LaFata | Partner | 1,145.00 | 9.30 | 10,648.50 |
| D. Gentin Stock | Partner | 1,125.00 | 36.50 | 41,062.50 |
| A. Walters | Associate | 995.00 | 34.50 | 34,327.50 |
| M. Agostinelli | Associate | 960.00 | 8.20 | 7,872.00 |
| N. Becker | Associate | 880.00 | 4.50 | 3,960.00 |
| C. Boisvert | Counsel | 1,075.00 | 0.60 | 645.00 |
| A. Capobianco-Ranallo | Legal Assistant | 300.00 | 25.00 | 7,500.00 |
| M. Stone | Legal Assistant | 300.00 | 0.10 | 30.00 |
| **TOTALS** | | | **165.80** | **USD 164,993.50** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                      March 22, 2023
201 Tresser Blvd.                                                      Invoice Number
Stamford, CT 06901                                                     1010092445

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through January 31, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ............................................................................................USD 148,516.12

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010092445) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                                          March 22, 2023
201 Tresser Blvd.                                                               Invoice Number 1010092444
Stamford, CT 06901

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through January 31, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE.................................................................................................5,038.00

Less 10% Discount ........................................................................................................(503.80)

NET TOTAL FEES FOR THIS INVOICE ........................................................................ 4,534.20

**TOTAL AMOUNT DUE FOR THIS INVOICE ........................................................USD 4,534.20**

**Payment by Wire or ACH**
Bank Name: Citi Private Bank
Bank Address: 153 East 53rd St., New York, NY
Account Name: Dechert LLP Main Account
Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.161942

Invoice 1010092444

Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L210 – Pleadings** | | | | | |
| 01/03/23 | Paul LaFata | 0.10 | L210 | A104 | 114.50 |
| MDL: analyze order on dismissal and orders to show cause. | | | | | |
| 01/05/23 | Paul LaFata | 0.10 | L210 | A104 | 114.50 |
| Schwartz (NY): analyze dismissal order. | | | | | |
| 01/18/23 | Paul LaFata | 0.30 | L210 | A104 | 343.50 |
| Dunaway (TN): analyze status conference order and notice of bankruptcy (0.2); confer internally regarding response (0.1). | | | | | |
| 01/24/23 | Paul LaFata | 0.20 | L210 | A107 | 229.00 |
| Dowling (TN): confer with local counsel regarding response to hearing order. | | | | | |
| 01/25/23 | Paul LaFata | 0.90 | L210 | A107 | 1,030.50 |
| Clay County: analyze status conference order and report judge instructions on attendance (0.3); research pleadings (0.2); confer with Davis Polk, local counsel, and counsel regarding same (0.4). | | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **1.60** | | | **1,832.00** |
| | | | | | |
| **L310 – Written Discovery** | | | | | |
| 01/05/23 | Paul LaFata | 0.50 | L310 | A106 | 572.50 |
| MA: analyze document subpoena and related communication to prepare response (0.3); confer with client, Wiggin, and counsel regarding same (0.2). | | | | | |
| 01/09/23 | Paul LaFata | 0.70 | L310 | A106 | 801.50 |
| MA: prepare for call with client by analyzing correspondence and discovery demands (0.4); confer with client, Wiggin, and co-counsel regarding strategy in response (0.3). | | | | | |
| 01/18/23 | Paul LaFata | 0.40 | L310 | A104 | 458.00 |
| MA case: analyze discovery demands and responses to meet and confer correspondence (0.3); confer with client regarding same (0.1). | | | | | |
| 01/25/23 | Paul LaFata | 0.50 | L310 | A106 | 572.50 |
| Publicis Health: analyze discovery demand as non-party (0.3); confer with client regarding same (0.2). | | | | | |
| 01/25/23 | Paul LaFata | 0.40 | L310 | A106 | 458.00 |
| MDL: analyze protective order inquiry and confer with client regarding same. | | | | | |
| 01/26/23 | Paul LaFata | 0.30 | L310 | A106 | 343.50 |
| Publicis Health: confer with client regarding response to document subpoena. | | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **2.80** | | | **3,206.00** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.161942

Invoice 1010092444

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| **TOTAL HOURS AND FEES** | | **4.40** | | | **USD 5,038.00** |

| Timekeeper Summary: | | | | |
|---------------------|-------|------|-------|--------|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| P. LaFata | Partner | 1,145.00 | 4.40 | 5,038.00 |
| **TOTALS** | | | **4.40** | **USD 5,038.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.
201 Tresser Blvd.
Stamford, CT 06901

March 22, 2023
Invoice Number
1010092444

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through January 31, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** .............................................................................................USD 4,534.20

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010092444) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                                                      March 22, 2023
201 Tresser Blvd.                                                                        Invoice Number 1010092446
Stamford, CT 06901

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through January 31, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE..................................................................................................16,668.00

Less 10% Discount ........................................................................................................(1,666.80)

NET TOTAL FEES FOR THIS INVOICE .......................................................................... 15,001.20

**TOTAL AMOUNT DUE FOR THIS INVOICE .......................................................................USD 15,001.20**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178406

Invoice 1010092446
Page 2

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B160 – Fee/Employment Applications** | | | | | |
| 01/03/23 | Shmuel Vasser | 2.10 | B160 | A104 | 2,898.00 |
| | Review November 2022 time. | | | | |
| 01/03/23 | Matthew Stone | 2.50 | B160 | A103 | 750.00 |
| | Revise November fee statement (.4); email with H. Coleman and S. Vasser regarding same (.1); revise December fee statement (2.0). | | | | |
| 01/05/23 | Matthew Stone | 1.80 | B160 | A103 | 540.00 |
| | Revise November fee statement. | | | | |
| 01/06/23 | Matthew Stone | 2.40 | B160 | A103 | 720.00 |
| | Revise December fee statement. | | | | |
| 01/09/23 | Matthew Stone | 0.90 | B160 | A103 | 270.00 |
| | Revise December fee statement. | | | | |
| 01/10/23 | Matthew Stone | 1.30 | B160 | A103 | 390.00 |
| | Revise December fee statement. | | | | |
| 01/11/23 | Matthew Stone | 1.00 | B160 | A103 | 300.00 |
| | Revise December fee statement. | | | | |
| 01/13/23 | Matthew Stone | 2.30 | B160 | A103 | 690.00 |
| | Revise December fee statement (2.2); email with H. Coleman and S. Vasser regarding same (.1). | | | | |
| 01/17/23 | Matthew Stone | 0.10 | B160 | A105 | 30.00 |
| | Email with H. Coleman regarding November fee statement. | | | | |
| 01/18/23 | Hayden Coleman | 2.40 | B160 | A104 | 2,784.00 |
| | Review and revise November and December invoices. | | | | |
| 01/18/23 | Shmuel Vasser | 1.30 | B160 | A104 | 1,794.00 |
| | Review draft December invoices. | | | | |
| 01/18/23 | Matthew Stone | 1.60 | B160 | A103 | 480.00 |
| | Revise November fee statement (1.5); email with S. Vasser regarding same (.1). | | | | |
| 01/19/23 | Shmuel Vasser | 0.50 | B160 | A104 | 690.00 |
| | Review November fee statement. | | | | |
| 01/19/23 | Matthew Stone | 5.30 | B160 | A103 | 1,590.00 |
| | Revise November fee statement (.4); email with S. Vasser regarding same (.1); file November fee statement (.2); serve same (.1); email correspondence with S. Vasser and I. Campos regarding expenses (.3); email correspondence with L. Zanello regarding same (.2); email with H. Coleman regarding same (.1); revise December fee statement (1.2); revise interim fee application (2.7). | | | | |

Client Name: Purdue Pharma L.P.                                                                          Invoice 1010092446
Firm Matter Number: 399631.178406                                                                        Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 01/20/23 | **Shmuel Vasser** | **0.40** | B160 | A104 | **552.00** |
| | Review December fee statement, expense issue. | | | | |
| 01/20/23 | **Matthew Stone** | **1.90** | B160 | A103 | **570.00** |
| | Revise December fee statement (.3); email with S. Vasser regarding same (.1); prepare corrected November fee statement (.6); call with I. Campos regarding same (.2); email with S. Vasser regarding same (.1); revise interim fee application (.5); email with I. Campos regarding same (.1). | | | | |
| 01/21/23 | **Matthew Stone** | **1.00** | B160 | A103 | **300.00** |
| | Revise corrected November fee statement (.3); email with S. Vasser regarding same (.1); file December fee statement (.2); serve same (.1); file corrected November fee statement (.2); serve same (.1). | | | | |
| 01/23/23 | **Matthew Stone** | **0.10** | B160 | A108 | **30.00** |
| | Email with fee examiner regarding LEDES files for interim fee period. | | | | |
| 01/23/23 | **Matthew Stone** | **0.10** | B160 | A104 | **30.00** |
| | Calendar objection deadlines regarding November and December fee statements. | | | | |
| 01/26/23 | **Matthew Stone** | **1.40** | B160 | A103 | **420.00** |
| | Revise interim fee application (1.3); email with I. Campos regarding same (.1). | | | | |
| 01/27/23 | **Matthew Stone** | **1.00** | B160 | A103 | **300.00** |
| | Revise interim fee application. | | | | |
| 01/30/23 | **Matthew Stone** | **1.80** | B160 | A103 | **540.00** |
| | Revise interim fee application (1.5); email with H. Coleman and S. Vasser regarding same (.2); review revisions regarding same (.1). | | | | |
| **B160 SUBTOTAL HOURS AND FEES:** | | **33.20** | | | **16,668.00** |

| | | | |
|---|---|---|---|
| **TOTAL HOURS AND FEES** | | **33.20** | **USD 16,668.00** |

| **TIMEKEEPER SUMMARY:** | | | | |
|---|---|---|---|---|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Vasser | Partner | 1,380.00 | 4.30 | 5,934.00 |
| H. Coleman | Partner | 1,160.00 | 2.40 | 2,784.00 |
| M. Stone | Legal Assistant | 300.00 | 26.50 | 7,950.00 |
| **TOTALS** | | | **33.20** | **USD 16,668.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                                      March 22, 2023
201 Tresser Blvd.                                                                        Invoice Number
Stamford, CT 06901                                                                     1010092446

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through January 31, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ..........................................................................................USD 15,001.20

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010092446) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |

# EXHIBIT B

**Expenses**

18207968

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010092445
Page 15

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### DISBURSEMENTS:

| DESCRIPTION | AMOUNT |
|---|---|
| **Courtlink Search** | |
| Courtlink Search | 21.97 |
| | **21.97** |
| **TOTAL DISBURSEMENTS** | **USD 21.97** |