SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer, II
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| **Purdue Pharma L.P., et al.** | Case No. 19-23649 (SHL) |
| Debtors.[1] |  |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the appearance of Patrick Fitzgerald as special counsel to Debtors and Debtors in Possession in the above-captioned bankruptcy cases is hereby withdrawn and service of notices and papers upon him in these cases should be discontinued.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Notices and pleadings given or filed in these cases should continue to be given and served upon each of the following:

> Van C. Durrer II
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 300 South Grand Avenue
> Los Angeles, CA 90071
> Email: Van.Durrer@skadden.com
>
> Jennifer L. Bragg
> 1440 New York Avenue, N.W.
> Washington, D.C. 20005
> Email: Jennifer.Bragg@skadden.com
>
> Jennifer Madden
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 525 University Avenue
> Palo Alto, CA 94301
> Email: Jennifer.Madden@skadden.com

Dated: March 24, 2023

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

          By: */s/ Van C. Durrer II*
          Van C. Durrer II
          300 South Grand Avenue
          Los Angeles, CA 90071
          Telephone: (213) 687-5000
          Fax: (213) 687-5600

          - and -

          Jennifer L. Bragg
          1440 New York Avenue, N.W.
          Washington, D.C. 20005
          Telephone: (202) 371-7000
          Fax: (202) 393-5760

          *Special Counsel to Debtors and Debtors in Possession*