KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------- x | | |
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |
| ------------------------------------- x | | |

**THIRTEENTH MONTHLY FEE STATEMENT OF
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO
THE STATE OF WASHINGTON FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

Page **1**

12362822.1

| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
|---|---|
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | February 1, 2023 through February 28, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $80,303.00 |
| **Current Fee Request** | $64,242.40 (80% of $80,303.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $64,242.40 |
| **Total Fees and Expenses Inclusive of Holdback** | $80,303.00 |
| **This is a(n):**   X  Monthly Application      ___Interim Application      ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Thirteenth Monthly Fee Statement (the "Fee Statement") for the period of February 1, 2023 through and including February 28, 2023 (the "Statement Period").

Page **2**

12362822.1

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $80,303.00 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $64,242.40.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $0.00 in connection with providing professional services prior to and during the Statement Period.

12362822.1

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: March 30, 2023

        Respectfully submitted,

        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:  */s/ Matthew J. Gold*
      Matthew J. Gold
      Robert M. Tuchman

      500 Fifth Avenue
      New York, New York 10110
      Tel: (212) 986-6000
      Fax: (212) 986-8866
      E-mail:   mgold@kkwc.com
                    rtuchman@kkwc.com

      *Attorneys for the State of Washington*

# EXHIBIT A

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 47.6 | $59,549.50 |
| 005 Fee Applications | 31.4 | $20,753.50 |
| **Total** | | **$80,303.00** |
| | | |
| 20% Fee Holdback | | $16,060.60 |
| 80% of Fees | | $64,242.40 |
| Plus Expenses | | $0.00 |
| Requested Amount | | $64,242.40 |

# EXHIBIT B

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,250 | 48.9 | $61,125.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,280 | 12.1 | $15,488.00 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $205 | 18 | $3,690.00 |
| **Total Fees Requested** | | | | **$80,303.00** |

12362822.1

# **EXHIBIT C**

## **ACTUAL AND NECESSARY COSTS INCURRED BY**
## **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
## **COMMENCING FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

None.

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoices)**

12362822.1

Kleinberg Kaplan Wolff & Cohen P.C.  
500 Fifth Avenue  
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: March 15, 2023 |
| SAAG Administrator | Invoice Number: 118118 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through February 28, 2023*

Currency: USD

| | |
|---|---|
| Fees | 59,549.50 |
| **Total Amount Due** | **$59,549.50** |

| Please Remit to: | **Mail To:**<br>*Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>Citibank N.A.<br>ABA Number: 021000089<br>Swift Code: CITIUS33 (International)<br>Account # 9987286692<br>**(Please Reference Invoice Number)** |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | March 15, 2023 |
| Matter: Purdue Pharma | | | Invoice Number: | | 118118 |
| | | | Matter Number: | | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/2023 | Matthew J. Gold | Revising outline regarding Intercreditor Agreement | 2.10 | 1,250.00 | 2,625.00 |
| 02/02/2023 | Matthew J. Gold | Preparing draft email regarding Intercreditor Agreement; revising outline regarding same | 2.70 | 1,250.00 | 3,375.00 |
| 02/03/2023 | Matthew J. Gold | Revising draft email regarding Intercreditor Agreement; circulating same; revising outline regarding same | 2.60 | 1,250.00 | 3,250.00 |
| 02/03/2023 | Robert Berman | Reviewing draft response to Davis Polk | 0.40 | 1,280.00 | 512.00 |
| 02/06/2023 | Matthew J. Gold | Exchanging emails regarding draft email regarding Intercreditor Agreement | 0.20 | 1,250.00 | 250.00 |
| 02/06/2023 | Robert Berman | Reviewing and commenting on email to J. Weiner regarding open issues; conferring regarding same; | 1.00 | 1,280.00 | 1,280.00 |
| 02/07/2023 | Matthew J. Gold | Preparing email to I. Goldman regarding draft email regarding Intercreditor Agreement | 0.80 | 1,250.00 | 1,000.00 |
| 02/07/2023 | Robert Berman | Reviewing emails regarding draft email to J. Weiner at Davis Polk; conferring regarding same and next steps | 0.60 | 1,280.00 | 768.00 |
| 02/08/2023 | Matthew J. Gold | Exchanging emails with I. Goldman, B. Eskandari and T. Lundgren regarding draft email regarding Intercreditor Agreement; revising outline regarding same | 0.80 | 1,250.00 | 1,000.00 |
| 02/08/2023 | Robert Berman | Reviewing emails rregarding comments on draft email to Davis Polk; conferring regarding same | 0.90 | 1,280.00 | 1,152.00 |
| 02/10/2023 | Matthew J. Gold | Exchanging emails with states regarding draft email regarding Intercreditor Agreement; revising outline regarding same | 1.10 | 1,250.00 | 1,375.00 |
| 02/10/2023 | Robert Berman | Reviewing emails regarding next steps and conferring regarding same | 1.40 | 1,280.00 | 1,792.00 |
| 02/13/2023 | Matthew J. Gold | Revising draft email regarding Intercreditor Agreement; revising outline regarding same | 0.60 | 1,250.00 | 750.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | March 15, 2023 |
| Matter: Purdue Pharma | | | Invoice Number: | | 118118 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/2023 | Robert Berman | Conferring regarding responses from States to draft email to Davis Polk and next steps | 0.50 | 1,280.00 | 640.00 |
| 02/14/2023 | Matthew J. Gold | Exchanging emails with I. Goldman regarding draft email regarding Intercreditor Agreement | 0.20 | 1,250.00 | 250.00 |
| 02/14/2023 | Robert Berman | Reviewing material regarding SOAF issues | 0.90 | 1,280.00 | 1,152.00 |
| 02/15/2023 | Matthew J. Gold | Conferring with I. Goldman regarding discussions with Purdue; finalizing email to Purdue regarding Intercreditor Agreement; conferring regarding same | 0.80 | 1,250.00 | 1,000.00 |
| 02/15/2023 | Robert Berman | Conferring regarding status of sending email to Davis Polk; reviewing emails from Davis Polk and I. Goldman and conferring regarding same | 1.20 | 1,280.00 | 1,536.00 |
| 02/16/2023 | Matthew J. Gold | Exchanging emails with I. Goldman regarding discussions with Purdue and Intercreditor Agreement; conferring regarding same; revising outline regarding same | 4.80 | 1,250.00 | 6,000.00 |
| 02/17/2023 | Matthew J. Gold | Conferring with I. Goldman and J. Rupert regarding discussions with Purdue and Intercreditor Agreement; conferring regarding same; revising outline regarding same | 5.30 | 1,250.00 | 6,625.00 |
| 02/17/2023 | Robert Berman | Reviewing emails regarding next steps and conferring | 1.50 | 1,280.00 | 1,920.00 |
| 02/18/2023 | Robert Berman | Reviewing emails regarding scheduling a meeting of the working group | 0.10 | 1,280.00 | 128.00 |
| 02/21/2023 | Matthew J. Gold | Conferring with I. Goldman and J. Rupert regarding discussions with Purdue and Intercreditor Agreement; conferring regarding same; revising outline regarding same | 4.40 | 1,250.00 | 5,500.00 |

- Page 3 -

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | March 15, 2023 |
| Matter: Purdue Pharma | | | Invoice Number: | | 118118 |
| | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/22/2023 | Matthew J. Gold | Preparing for conference call; conferring with I. Goldman, T. Lundgren and B. Eskandari regarding discussions with Purdue and Intercreditor Agreement; conferring regarding same; revising outline regarding same; reviewing Supreme Court decision | 4.20 | 1,250.00 | 5,250.00 |
| 02/22/2023 | Robert Berman | Conference call with working group regarding response to Davis Polk and next steps; conferring regarding same | 1.20 | 1,280.00 | 1,536.00 |
| 02/23/2023 | Matthew J. Gold | Conferring with E. Vonnegut regarding negotiations; conferring with I. Goldman, T. Lundgren and B. Eskandari regarding same; conferring regarding same; revising outline regarding same; exchanging emails with J. Rupert regarding same | 3.20 | 1,250.00 | 4,000.00 |
| 02/23/2023 | Robert Berman | working group call regarding Davis Polk and next steps | 1.20 | 1,280.00 | 1,536.00 |
| 02/24/2023 | Matthew J. Gold | Conferring with J. Rupert regarding conversation with E. Vonnegut regarding negotiations; revising outline regarding same | 1.40 | 1,250.00 | 1,750.00 |
| 02/24/2023 | Robert Berman | Reviewing email from B. Eskandari regarding California concerns | 1.20 | 1,280.00 | 1,536.00 |
| 02/24/2023 | Ellie Taylor | Reviewing appeal form and setting up docket tracking | 0.30 | 205.00 | 61.50 |
| **Total** | | | **47.60** | | **$59,549.50** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 0.30 | 205.00 | 61.50 |
| Matthew J. Gold | 35.20 | 1,250.00 | 44,000.00 |
| Robert Berman | 12.10 | 1,280.00 | 15,488.00 |
| **Total** | **47.60** | | **$59,549.50** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: March 15, 2023 |
| SAAG Administrator | Invoice Number: 118117 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0005 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Fee applications |

*For professional services rendered through February 28, 2023*

Currency: USD

| | |
|---|---|
| Fees | 20,753.50 |
| **Total Due** | **$20,753.50** |

| Please Remit to: | *Mail To:* <br> *Kleinberg, Kaplan, Wolff & Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | **Wire Instructions:** <br> Citibank N.A. <br> ABA Number: 021000089 <br> Swift Code: CITIUS33 (International) <br> Account # 9987286692 <br> **(Please Reference Invoice Number)** |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | March 15, 2023 |
| Matter: Fee applications | | | Invoice Number: | | 118117 |
| | | | Matter Number: | | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/2023 | Matthew J. Gold | Exchanging emails with D. Consla regarding reimbursement | 0.20 | 1,250.00 | 250.00 |
| 02/03/2023 | Ellie Taylor | Reviewing and circulating spreadsheet for Eleventh Monthly Fee Statement for fee examiner; updating internal records regarding communication with C. MacDonald | 0.60 | 205.00 | 123.00 |
| 02/06/2023 | Ellie Taylor | Preparing Third Interim Fee Statement | 1.80 | 205.00 | 369.00 |
| 02/07/2023 | Matthew J. Gold | Conferring and exchanging emails with H. Nguyen regarding payments to Washington; reviewing charts regarding same; exchanging emails regarding interim fee application | 2.20 | 1,250.00 | 2,750.00 |
| 02/07/2023 | Ellie Taylor | Updating internal records to reflect all timekeepers' hours and fees for each FS; drafting Interim Fee Statement | 5.50 | 205.00 | 1,127.50 |
| 02/08/2023 | Matthew J. Gold | Conferring regarding payments to Washington; reviewing charts regarding same; commencing review of draft interim fee application | 3.60 | 1,250.00 | 4,500.00 |
| 02/08/2023 | Ellie Taylor | Conferring regarding fee statement tracker (.5); completing requested edits (1) | 1.50 | 205.00 | 307.50 |
| 02/09/2023 | Matthew J. Gold | Continuing review of draft interim fee application; preparing markup of same; conferring regarding same | 1.80 | 1,250.00 | 2,250.00 |
| 02/09/2023 | Ellie Taylor | Editing Third Interim Fee Statement | 1.50 | 205.00 | 307.50 |
| 02/10/2023 | Ellie Taylor | Completing edits on Third Interim Fee Statement | 1.30 | 205.00 | 266.50 |
| 02/10/2023 | Matthew J. Gold | Continuing review of draft interim fee application; revising same; conferring regarding same; preparing email to J. Rupert regarding same | 1.30 | 1,250.00 | 1,625.00 |

Client: State of Washington  
Matter: Fee applications

Invoice Date: March 15, 2023  
Invoice Number: 118117  
Matter Number: 7263-0005

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/2023 | Matthew J. Gold | Exchanging emails and conferring regarding Interim Fee Application; reviewing J. Rupert email regarding same | 0.70 | 1,250.00 | 875.00 |
| 02/13/2023 | Ellie Taylor | Finalizing, filing, and serving Third Interim Fee Application of KKWC | 0.50 | 205.00 | 102.50 |
| 02/15/2023 | Matthew J. Gold | Conferring regarding Interim Fee application and hearing schedule | 0.30 | 1,250.00 | 375.00 |
| 02/15/2023 | Ellie Taylor | Preparing, editing, and filing certificate regarding service of Third Interim Fee Application | 0.50 | 205.00 | 102.50 |
| 02/16/2023 | Matthew J. Gold | Reviewing time records and conferring regarding information for monthly statement | 0.80 | 1,250.00 | 1,000.00 |
| 02/17/2023 | Matthew J. Gold | Reviewing information for monthly statement; exchanging emails regarding objection deadline; preparing email to C. MacDonald regarding objection deadline | 0.80 | 1,250.00 | 1,000.00 |
| 02/17/2023 | Ellie Taylor | Reviewing objection deadline and drafting email language regarding the same | 0.30 | 205.00 | 61.50 |
| 02/23/2023 | Ellie Taylor | Preparing Twelfth Monthly Fee Statement | 1.90 | 205.00 | 389.50 |
| 02/24/2023 | Matthew J. Gold | Reviewing draft monthly statement; exchanging emails regarding same | 1.60 | 1,250.00 | 2,000.00 |
| 02/24/2023 | Ellie Taylor | Editing monthly fee statement | 1.20 | 205.00 | 246.00 |
| 02/28/2023 | Matthew J. Gold | Exchanging emails regarding monthly statement; reviewing filings | 0.40 | 1,250.00 | 500.00 |
| 02/28/2023 | Ellie Taylor | Filing and serving Twelfth Monthly Fee Statement (.3); preparing and filing declaration regarding service of the same (.8) | 1.10 | 205.00 | 225.50 |
| **Total** | | | **31.40** | | **$20,753.50** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 17.70 | 205.00 | 3,628.50 |
| Matthew J. Gold | 13.70 | 1,250.00 | 17,125.00 |
| **Total** | **31.40** | | **$20,753.50** |