KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.**, *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

# DECLARATION OF ELEANOR TAYLOR

Pursuant to 28 U.S.C. Section 1746, I, Eleanor Taylor, hereby declare as follows under penalty of perjury:

1. On March 30, 2023, I caused true and correct copies of the Thirteenth Monthly Fee Statement of Kleinberg, Kaplan, Wolff & Cohen, P.C. as Counsel to the State of Washington for Services and Reimbursement of Expenses Incurred for the Period of February 1, 2023 through February 28, 2023 [Dkt. 5514] to be served by email upon those named below:

- Jon Lowne, Purdue Pharma: jon.lowne@pharma.com
- Christopher Robertson, Davis Polk & Wardwell LLP: christopher.robertson@davispolk.com
- Dylan Consla, Davis Polk & Wardwell LLP: dylan.consla@davispolk.com
- Sara Lynne Brauner, Akin Gump Strauss Hauer & Feld LLP: sbrauner@akingump.com
- Arik Preis, Akin Gump Strauss Hauer & Feld LLP: apreis@akingump.com
- Daniel Brogan, Bayard, P.A.: dbrogan@bayardlaw.com
- Paul Schwartzberg, Office of the United States Trustee for the Southern District of New York: paul.schwartzberg@usdoj.gov

Page **1**

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2023

*/s/ Eleanor Taylor*
Eleanor Taylor