Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.***,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-THIRD MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | January 1, 2023 through January 31, 2023 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | $44,000.00 (80% of $55,000.00) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirty-Third Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2023 through January 31, 2023* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from January 1, 2023 through and including January 31, 2023, is referred to herein as the "**Fee Period**".

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: March 30, 2023 | **BIELLI & KLAUDER LLC**<br><br>*/s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire (ID No. 5831474)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 642-8271<br>tbielli@bk-legal.com<br><br>*Counsel to Fee Examiner*<br>*David M. Klauder, Esquire* |

## Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| BK/Fee Examiner- Retention and Fee Applications | 0.20 |
| Fee/Employment Applications- Retained Professionals | 21.10 |
| **Total** | **21.30** |

## Exhibit B

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 6.80 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 8.80 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 5.70 |

## Exhibit C

### Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for January 2023 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

## Exhibit D

**Detailed Time Records**

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1430
**DATE** 01/31/2023
**DUE DATE** 01/31/2023
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - January 2023 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** **$24,250.00**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-09-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Kleinberg Fee Application; input information in to tracking software | | | |
| 01-12-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Correspond with LD about upcoming monthly data | | | |
| 01-13-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Arnold Porter Fee Application | | | |
| 01-13-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: next interim fee app hearing | | | |
| 01-14-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review of email and docket; receipt of Grant Thornton's 13th monthly fee statement and corresponding data; receipt of Gilbert's Thirty-Sixth Monthly Fee Statement and corresponding data; Receipt of FTI's Thirty-Sixth Monthly Fee Statement; Receipt of Otterbourg's Thirty-Seventh Monthly Fee Statement | | | |
| 01-14-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Otterbourg's Thirty-Sixth Monthly Fee Statement; Receipt of Otterbourg data from September and October; Receipt of Skadden Arps Thirty-Sixth Monthly Fee Statement; Receipt of Alix Partners' Thirty-Seventh Monthly Fee Statement; Receipt of Kramer Levin's Thirty-Seventh Monthly Fee Statement; Receipt of Jones Day's Thirty-Sixth Monthly Fee Statement; Receipt of Skadden Arps' Thirty-Seventh Monthly Fee Statement | | | |
| 01-14-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Davis Polk's Thirty-Eighth Monthly Fee Statement and corresponding data; Receipt of King & Spalding's Thirty-Eighth Monthly Fee Statement and corresponding fee data; Receipt of Reed Smith's Seventh Monthly Fee Statement and corresponding data; Receipt of PJT's Thirty-Third Monthly Fee Statement; Receipt of Kleinberg Kaplan's Ninth Monthly Fee Statement; Receipt of KCC's Thirty-Fourth Monthly Fee Statement; Receipt of Province's Thirty-Sixth Monthly Fee Statement; Receipt of Jefferies' Thirty-Fifth Monthly Fee Statement | | | |
| 01-14-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 0.50 | 225.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Receipt of Bedell Cristin's Twenty-Ninth Monthly Fee Statement; Receipt of Cole Schotz's Thirty-First Monthly Fee Statement; Receipt of Akin Gump's Thirty-Sixth Monthly Fee Statement; Receipt of UCC professionals' September data files; Receipt of FTI's Thirty-Sixth Month data; Receipt of King & Spalding's Thirty-Ninth Monthly Fee Statement and corresponding data; Receipt of Brown Rudnick's Thirty-Seventh Monthly Fee Statement; Receipt of Arnold Porter's Thirty-Eighth Monthly Fee Statement and corresponding data | | | |
| 01-14-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Alix Partners' Thirty-Eighth Monthly Fee Statement; Receipt of Kleinberg Kaplan's 9th month data; correspondence to E. Taylor at KKWC requesting data from September; Receipt of Dechert's Thirty-Eighth Monthly Fee Statement; Receipt of KCC's Thirty-Fifth Monthly Fee Statement; Receipt of Province's Thirty-Seventh Monthly Fee Statement; Receipt of Jefferies' Thirty-Sixth Monthly Fee Statement; Receipt of Bedell Cristin's Thirtieth Monthly Fee Statement; Receipt of Cole Schotz's Thirty-Second Monthly Fee Statement; Receipt of Akin Gump's Thirty-Seventh Monthly Fee Statement; Receipt of Grant Thornton's Fourteenth Monthly Fee Statement | | | |
| 01-14-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt of UCC professionals' October data; Receipt of Grant Thornton's 14th month data; | | | |
| 01-16-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Gilbert's Thirty Seventh Monthly Fee Statement and corresponding data; Receipt of Caplin Drysdale's Thirty-Eighth Monthly Fee Statement; receipt of Caplin data from August thru October; Receipt of Davis Polk's Thirty-Ninth Monthly Fee Statement; Receipt of Davis Polk's Thirty-Ninth Monthly Fee Statement and corresponding data; Receipt of Reed Smith's Eighth Monthly Fee Statement and corresponding data; Receipt of Kleinberg Kaplan's Tenth Monthly Fee Statement; Receipt of Caplin Drysdales' Thirty-Ninth Monthly Fee Statement; Receipt of Kleinberg Kaplan's tenth month data | | | |
| 01-16-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Pullman & Comley's Fourth Monthly Fee Statement; Receipt of PJT's Thirty-Fourth Monthly Fee Statement; Receipt of Arnold & Porter's Thirty-Ninth Monthly Fee Statement and corresponding fee data; Receipt of Grant Thornton's Fifteenth Monthly Fee Statement and corresponding data; Receipt of emails from T. Bielli regarding timing of next fee application hearing; Receipt of Gilbert's Thirty-Eighth Monthly Fee Statement, review key, and corresponding data | | | |
| 01-16-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt of Alix Partners' Thirty-Ninth Monthly Fee Statement; Receipt of FTI's Thirty-Seventh Monthly Fee Statement and Thirty-Eighth Monthly Fee Statements; Receipt of Otterbourg's Thirty-Eighth Monthly Fee Statement; Receipt of Kramer Levin's Thirty-Eighth Monthly Fee Statement; Receipt of FTI's October and November data; email correspondence with Legal Decoder re: issues with Akin Gump's September data file; email correspondence to Akin Gump re: same | | | |
| 01-16-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Correspond with LD regarding data and next steps | | | |
| 01-18-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review email from debtors' counsel with schedule for 10th interim fee apps | | | |
| 01-18-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with team with respect to interim fee review | | | |
| 01-21-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 0.60 | 225.00 | 135.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Correspondence with B. Barker re: Akin Gump's September data files and receipt of corrected files; Receipt of Otterbourg's Thirty-Eighth Month data; Email correspondence with J. Chi and B. Barker re: incorrect file submitted for Akin Gump's 37th month; Receipt of King & Spalding's 40th Monthly Fee Statement and corresponding data; Receipt of KCC's Thirty-Sixth Monthly Fee Statement; Receipt of Province's Thirty-Eighth Monthly Fee Statement; Receipt of Jefferies' Thirty-Seventh Monthly Fee Statement; Receipt of Bedell Cristin's Thirty-First Monthly Fee Statement | | | |
| 01-21-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Cole Schotz's Thirty-Third Monthly Fee Statement; Receipt of Akin Gump's Thirty-Eighth Monthly Fee Statement; Receipt of E&Y's Fifteenth Monthly Fee Statement and corresponding data; Receipt of Dechert's Thirty-Ninth Monthly Fee Statement; Receipt of November data files from UCC professionals | | | |
| 01-21-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt of Davis Polk's Fortieth Monthly Fee Statement; follow up correspondence with B. Barker re: Akin Gump data issues; email correspondence with B. Stone requesting Dechert's data; email correspondence to C. Grange requesting Kramer Levin's data; email correspondence to R. McCoy requesting Pullman & Comley's data; email correspondence to J. Madden requesting Skadden's data | | | |
| 01-21-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Kurtzman Carson Fee Report; input information in to tracking software | | | |
| 01-21-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Brown Rudnick November data, correspond with LD | | | |
| 01-21-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review Arnold Porter November data, update spreadsheet | | | |
| 01-22-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Grant Thornton November monthly, send data to LD | | | |
| 01-22-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review FTI November monthly, send data to LD | | | |
| 01-24-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Province Fee Application; input information in to tracking software | | | |
| 01-26-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 350.00 | 280.00 |
| | | Review Cole Schotz Monthly App and update spreadsheet | | | |
| 01-27-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review corrected 39th monthly fee application Dechert | | | |
| 01-27-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review 40th Monthly for Dechert, update tracking spreadsheet | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Update tracking spreadsheet with Province November Data | | | |
| 01-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Update tracking spreadsheet with Jefferies November Data | | | |
| 01-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Update tracking spreadsheet with Cole Schotz November Data | | | |
| 01-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Update tracking spreadsheet with Alix Partners November Data | | | |
| 01-29-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Correspond with D. Klauder regarding tracking spreadsheet | | | |
| 01-29-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Correspond with T. Bielli regarding tracking spreadsheet | | | |
| 01-30-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Discuss interim fee review status with T. Bielli | | | |
| 01-30-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Discuss interim fee review status with D. Klauder | | | |
| 01-31-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Update tracking spreadsheet with Davis Polk December data | | | |
| 01-31-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Update tracking spreadsheet with PJT December data | | | |
| 01-31-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Update tracking spreadsheet with Kleinberg December data | | | |
| 01-31-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Update tracking spreadsheet with Skadden November data | | | |
| 01-31-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Update tracking spreadsheet with AlixPartners December data | | | |
| 01-31-2023 | David Klauder | [ALL] BK Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to Dec fee app for BK | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-31-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review issues related to Interim Application deadline and next steps | | | |

We appreciate your business