Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-FOURTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | February 1, 2023 through February 28, 2023 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirty-Fourth Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2023 through February 28, 2023* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from February 1, 2023 through and including February 28, 2023, is referred to herein as the "**Fee Period**".

2

2.  Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.  Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4.  Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5.  The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: March 30, 2023 | **BIELLI & KLAUDER LLC** |
| | */s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire (ID No. 5831474)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 642-8271<br>tbielli@bk-legal.com<br><br>*Counsel to Fee Examiner*<br>*David M. Klauder, Esquire* |

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| BK/Fee Examiner- Retention and Fee Applications | 24.10 |
| Fee/Employment Applications- Retained Professionals | 32.60 |
| Case Administration | 17.00 |
| **Total** | **73.70** |

## Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 5.90 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 14.90 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 17.50 |
| Melissa Hartlipp | Associate; joined B&K in 2020 | $225.99 | 13.70 |
| Brooke Hoffmann | Legal Assistant; joined B&K in 2022 | $150.00 | 17.00 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 4.70 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for February 2023 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1434
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - February 2023 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

# Exhibit D

## Detailed Time Records

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-03-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review monthly fee stmts filed by professionals | | | |
| 02-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence with Legal Decoder re: status of published data; Receipt of Dechert's Corrected Thirty-Ninth Monthly Fee Statement; Receipt of Dechert's Fortieth Monthly Fee Statement; Email correspondence with R. McCoy re: Pullman Comley's outstanding data; Receipt of Akin Gump's corrected October data; Receipt of Reed Smith's Ninth Monthly Fee Statement and corresponding data | | | |
| 02-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence with Legal Decoder re: status of published data and sample LEDES and non-LEDES files; receipt of Skadden's September and October data; Receipt of Davis Polk's 40th month data; Receipt of Kleinberg Kaplan's 8th month data; email correspondence with R. McCoy re: Pullman's outstanding data files; Receipt of Caplin Drysdale's Fortieth Monthly Fee Statement and corresponding data; Receipt of Alix Partners' Fortieth Monthly Fee Statement | | | |
| 02-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Grant Thornton's Sixteenth Monthly Fee Statement; Receipt of Houlihan Lokey's 33rd thru 36th monthly fee statements; Receipt of PJT's December fee statement; Receipt of Skadden Arps' Thirty-Eighth Monthly Fee Statement; Receipt of Kleinberg Kaplan's Eleventh Monthly Fee Statement; Receipt of Gilbert's Thirty-Ninth Monthly Fee Statement and corresponding fee data; Receipt of Kramer Levin's Thirty-Ninth Monthly Fee Statement | | | |
| 02-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Otterbourg's Thirty-Ninth Monthly Fee Statement; Receipt of FTI's Thirty-Ninth Monthly Fee Statement; Receipt of Kramer Levin's 10th interim data; Receipt of Otterbourg's Thirty-Ninth Month data; Receipt of Grant Thornton's Sixteenth Month data; Receipt of Arnold & Porter's Fortieth Monthly Fee Statement and corresponding data; Receipt of FTI's Thirty-Ninth Month data; Receipt of Kleinberg Kaplan's Eleventh Month data | | | |
| 02-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt of Brown Rudnick's Thirty-Eighth and Thirty-Ninth Monthly Fee Statements; email correspondence with J. Chi re: data uploaded today; email correspondence with L. Bonito re: Alix Partners' outstanding interim data; email correspondence with L. Yanicke requesting Brown Rudnick's outstanding interim data; email correspondence with H. Sun requesting outstanding Houlihan Lokey data; email correspondence to Jones Day | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | requesting outstanding data; email correspondence to PJT Partners requesting outstanding interim data; Email correspondence to J. Madden requesting Skadden's 38th month fee and expense data | | | |
| 02-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of PJT's 32nd - 35th month data files; Review of Assignment Log; email correspondence to B-K Review team with assignments of published data | | | |
| 02-05-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Review of King & Spaldings data for months 37, 38 & 40 | | | |
| 02-05-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Review of Arnold & Porter's 37-39 months data | | | |
| 02-05-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 225.00 | 427.50 |
| | | Review of Gilbert's 36-38 month data | | | |
| 02-05-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Data pulls for S. Zekoff's review needs; correspondence with J. Chi re: issues with Grant Thornton's data output | | | |
| 02-05-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Begin review of Reed Smith's Sixth Month data | | | |
| 02-06-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.10 | 225.00 | 22.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; review Jones Day monthly fee requests for interim period | | | |
| 02-06-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Pullman & Comley fee app | | | |
| 02-06-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence from Pullman & Comley LLC with respect to fee invoice requests | | | |
| 02-06-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Pull Province 36th, 37th, and 38th data from LSA | | | |
| 02-07-2023 | Brooke Hoffmann | B100 - Administration | 1.00 | 150.00 | 150.00 |
| | | Continue review for Months 36, 37, and 38 for Province, Inc. | | | |
| 02-07-2023 | Brooke Hoffmann | B110 - Case Administration | 1.00 | 150.00 | 150.00 |
| | | Pull data for FTI from LSA (0.2); Begin review months 36, 37, and 38 for FTI (0.8) | | | |
| 02-07-2023 | Brooke Hoffmann | B100 - Administration | 0.50 | 150.00 | 75.00 |
| | | Pull 36th month data for Brown Rudnick from LSA (0.1); Review data for 36th month (0.4) | | | |
| 02-08-2023 | Brooke Hoffmann | B110 - Case Administration | 0.90 | 150.00 | 135.00 |
| | | Pull data for 37th and 38th months (0.2); begin review of data for same (0.7) | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-10-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review data regarding BK Fee App | | | |
| 02-10-2023 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 125.00 | 187.50 |
| | | Review data for BK December fee statement | | | |
| 02-11-2023 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.70 | 125.00 | 212.50 |
| | | Review data for BK Interim application | | | |
| 02-12-2023 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 125.00 | 62.50 |
| | | Draft December Monthly fee statement | | | |
| 02-12-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence with Legal Decoder re: Grant Thornton's data; email correspondence with I. Bielli re: review assignment; Email correspondence with Pullman & Comley re: outstanding data needed; Receipt of Alix Partners' 10th interim data; Receipt of Houlihan Lokey's interim fee and expense data and correspondence to B. Hoffmann re: same; Receipt of E&Y's Ninth Interim Fee Application and correspondence to B. Hoffmann re: same; Receipt of KCC's Thirty-Seventh Monthly Fee Statement; Receipt of Province's Thirty-Ninth Monthly Fee Statement; Receipt of Jefferies' Thirty-Eighth Monthly Fee Statement | | | |
| 02-12-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Bedell Cristin's Thirty-Second Monthly Fee Statement; Receipt of Cole Schotz's Thirty-Fourth Monthly Fee Statement; Receipt of Jones Day's 10th interim data | | | |
| 02-12-2023 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 125.00 | 125.00 |
| | | Draft 9th interim fee statement | | | |
| 02-12-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 225.00 | 270.00 |
| | | Complete review of Redd Smith's 6th month data | | | |
| 02-12-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Review BK fee apps | | | |
| 02-12-2023 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Correspond with D.Klauder regarding December Monthly fee application | | | |
| 02-12-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 375.00 | 375.00 |
| | | Correspond with T. Bielli regarding Interim fee application | | | |
| 02-12-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Correspond with T. Bielli regarding December Monthly fee application | | | |
| 02-12-2023 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee | 1.00 | 350.00 | 350.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Applications | | | |
| | | Correspond with D.Klauder regarding Interim fee application | | | |
| 02-13-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Review final version of December Monthly fee app | | | |
| 02-13-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Review final version of Interim fee app | | | |
| 02-13-2023 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 350.00 | 245.00 |
| | | Correspond with D. Klauder regarding final review of Interim fee application | | | |
| 02-13-2023 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 350.00 | 245.00 |
| | | Correspond with D. Klauder regarding final review of December Monthly fee application | | | |
| 02-13-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 375.00 | 262.50 |
| | | Correspond with T.Bielli regarding final review of Interim fee application | | | |
| 02-13-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 375.00 | 262.50 |
| | | Correspond with T.Bielli regarding final review of December Monthly fee application | | | |
| 02-13-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Prepare, review, revise and edit December Monthly Fee Statement | | | |
| 02-13-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Prepare, review, revise and edit Interim Fee Application | | | |
| 02-13-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Interim Notice | | | |
| 02-13-2023 | Brooke Hoffmann | B110 - Case Administration | 0.70 | 150.00 | 105.00 |
| | | File BK Monthly Fee Statement (0.3); File Ninth Interim Fee Application (0.3); Send to Kroll team for service on notice parties (0.1) | | | |
| 02-13-2023 | Brooke Hoffmann | B110 - Case Administration | 0.30 | 150.00 | 45.00 |
| | | Begin review for Ernst & Young | | | |
| 02-14-2023 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications;  pull and review Davis Polk 10th interim fee review | | | |
| 02-14-2023 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 225.00 | 382.50 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; pull Davis polk data and begin review | | | |
| 02-14-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Finish preparing Ernst & Young review report | | | |
| 02-14-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review various interim fee app filings | | | |
| 02-15-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.30 | 225.00 | 292.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; Davis Polk fee review | | | |
| 02-15-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review notice for 10 interim fee hearing | | | |
| 02-16-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.10 | 225.00 | 247.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; Davis Polk fee | | | |
| 02-16-2023 | Brooke Hoffmann | B110 - Case Administration | 0.60 | 150.00 | 90.00 |
| | | Complete 10th Interim Review Examiner Chart | | | |
| 02-16-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Hearing Notice and update spreadsheet regarding same | | | |
| 02-17-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 2.90 | 225.00 | 652.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; review Davis Polk 10th interim data | | | |
| 02-17-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 225.00 | 45.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; check published data status for professionals | | | |
| 02-17-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 225.00 | 45.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; pull Dechert data and begin review | | | |
| 02-20-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss fee review with T. Bielli | | | |
| 02-20-2023 | Brooke Hoffmann | B110 - Case Administration | 0.60 | 150.00 | 90.00 |
| | | Pull and review FTI 39th month data (0.3); combine all months of data (0.3) | | | |
| 02-20-2023 | Brooke Hoffmann | B110 - Case Administration | 0.90 | 150.00 | 135.00 |
| | | Prepare FTI Report | | | |
| 02-21-2023 | Brooke Hoffmann | B110 - Case Administration | 1.00 | 150.00 | 150.00 |
| | | Pull 36th and 39th Months for Kleinberg and begin reviewing | | | |
| 02-22-2023 | Brooke Hoffmann | B110 - Case Administration | 0.30 | 150.00 | 45.00 |
| | | Upload Supplemental to Tenth Interim Fee Hearing to GD (0.1); Update spreadsheet (0.2) | | | |
| 02-22-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.10 | 375.00 | 37.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review supplemental notice of interim fee hearing | | | |
| 02-22-2023 | Brooke Hoffmann | B110 - Case Administration | 1.10 | 150.00 | 165.00 |
| | | Finish reviewing data for Kleinberg, begin preparing final review | | | |
| 02-22-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review supplemental notice | | | |
| 02-23-2023 | Brooke Hoffmann | B110 - Case Administration | 1.00 | 150.00 | 150.00 |
| | | Finish review report for Kleinberg | | | |
| 02-23-2023 | Brooke Hoffmann | B110 - Case Administration | 0.50 | 150.00 | 75.00 |
| | | Work on reviewing Province data | | | |
| 02-23-2023 | Brooke Hoffmann | B110 - Case Administration | 1.00 | 150.00 | 150.00 |
| | | Prepare review report for Houlihan Lokey Capital Inc. for Ninth Interim Period | | | |
| 02-23-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.40 | 225.00 | 315.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; finalize Davis Polk fee review and draft fee review report | | | |
| 02-25-2023 | Brooke Hoffmann | B110 - Case Administration | 3.00 | 150.00 | 450.00 |
| | | Finalize reviews and report for Kleinberg (1); Ernst & Young (0.5); and Houlihan (0.5); Pull Kurtzman data and begin review (0.8); Upload relevant documents to GD for same (0.2) | | | |
| 02-25-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of final interim data from the Ad Hoc Committee; Receipt of Kleinberg Kaplan's Third Interim Fee Application | | | |
| 02-25-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt and review of Grant Thornton's 5th Interim Fee Application, troubleshooting errors in application; Receipt of Pullman Comley's Fourth Monthly fee data; email correspondence to R McCoy requesting data from the third month filing; Receipt of King & Spalding's Tenth Interim Fee Application; Receipt of Arnold Porter's Tenth Interim Fee Application; Receipt of Skadden Arps's 38th month data; Receipt of Skadden Arps's Thirty-Ninth Monthly Fee Statement and Tenth Interim Fee Application | | | |
| 02-25-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Alix Partners' Tenth Interim Fee Application; Receipt of Jones Day's Tenth Interim Fee Application; Receipt of Ad Hoc Committee professionals' interim fee applications | | | |
| 02-26-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence to/from FE team and Reed Smith with respect to data | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of FTI's Tenth Interim Fee Application; Receipt of PJT's Tenth Interim Fee Application; Receipt of Brown Rudnick's Tenth Interim Fee Application; Receipt of Houlihan's Ninth Interim Fee Application; Receipt of Otterbourg's Tenth Interim Fee Application; Receipt of Gilbert's Tenth Interim Fee Application; Receipt of | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Pullman Comley's Second Interim Fee Application; Receipt of Dechert's Tenth Interim Fee Application; Receipt of Reed Smith's Second Interim Fee Application; Receipt of Davis Polk's Tenth Interim Fee Application | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt and review of Caplin Drysdale's Fifth Interim Fee Application; Email correspondence from J. Chi re: data published and email correspondence to review team with assignments; | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence with B. Hoffmann re: Kleinberg data issues; Receipt of Cornerstone's Seventh Interim Fee Application; Receipt of Cornerstone's Twenty-Second Consolidated Monthly Fee Statement; Receipt of Reed Smith's Tenth Monthly Fee Statement and subsequently filed Exhibit D; Receipt of Akin Gump's Tenth Interim Fee Application; Review docket for additional interim filings | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 225.00 | 315.00 |
| | | Review of Gilbert's December fee and expense data and consolidation of interim review | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Preparation of Gilbert's Tenth Interim Review Report | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 225.00 | 202.50 |
| | | Review of Arnold Porter's 40th month data and consolidation with balance of interim data | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Preparation of review report for Arnold Porter's 10th interim fee application | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review and revise E&Y's Ninth Interim Review Report; Review and revise Kleinberg's Third Interim Review Report | | | |
| 02-26-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review of assignment log and email correspondence to team with review due dates; email correspondence to Fee Examiner with completed reviews and status update | | | |
| 02-26-2023 | Brooke Hoffmann | B110 - Case Administration | 1.30 | 150.00 | 195.00 |
| | | Finalize FTI Consulting data and review report (.8); Finalize Houlihan review report (0.4); upload relevant documents for same to GD (0.1) | | | |
| 02-26-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review current status of fee reviews, discuss with BK team | | | |
| 02-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from Fee Examiner team with respect to distribution | | | |
| 02-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Arnold & Porter documents for Fee Review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to E&Y documents for Fee Review | | | |
| 02-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Kleinberg documents for Fee Review | | | |
| 02-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Gilbert documents for Fee Review | | | |
| 02-27-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.90 | 225.00 | 202.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; draft fee review report | | | |
| 02-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Prepare Fee Examiner Report with respect to Gilbert's 10th Interim. | | | |
| 02-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Prepare draft fee examiner report for Arnold & Porter | | | |
| 02-27-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 225.00 | 157.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; continue Dechert fee review | | | |
| 02-28-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Initial review of draft interim reports for Arnold & Porter and Gilbert and discuss with T. Bielli | | | |
| 02-28-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 225.00 | 180.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; finalize DPW fee review | | | |
| 02-28-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 225.00 | 45.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; finalize Dechert fee review | | | |
| 02-28-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 225.00 | 45.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; send correspondence to T. Nobis regarding DPW data | | | |
| 02-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Conference with Fee Examiner re Gilbert's Report | | | |
| 02-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Conference with Fee Examiner re Arnold & Porter's Report | | | |
| 02-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review, revise and edit Fee Examiner Report to Arnold & Porter | | | |
| 02-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review, revise and edit Fee Examiner Report to Gilbert | | | |
| 02-28-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 225.00 | 225.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; prepare Dechert fee review | | | |
| 02-28-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.10 | 225.00 | 22.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; pull Kramer Levin data | | | |
| 02-28-2023 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 225.00 | 157.50 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; begin Kramer Levin fee review | | | |
| 02-28-2023 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Finalize Arnold & Porter Report | | | |
| 02-28-2023 | Brooke Hoffmann | B110 - Case Administration | 0.50 | 150.00 | 75.00 |
| | | Finalize report and charts for Gilbert | | | |