**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

## FORTIETH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Monthly Fees Incurred: | $98,523.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Monthly Expenses Incurred:                    $0.00

Total Fees and Expenses Due:             $98,523.50

This is a: _X_ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed on 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

## PRIOR APPLICATIONS (cont.):

| Docked No./Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $96,849.50 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $52,374.00 | $0.00 |
| Docket No. 5051 Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $51,773.00 | $0.00 |
| Docket No. 5132 Filed on 10/12/2022 | 8/1/2022 – 8/31/2022 | $35,470.00 | $0.00 | $34,220.00 | $0.00 |
| Docket No. 5240 Filed on 11/15/2022 | 9/1/2022 – 9/30/2022 | $53,219.00 | $8.00 | $52,344.00 | $8.00 |
| Docket No. 5341 Filed on 1/13/2023 | 10/1/2022 – 10/31/2022 | $30,107.50 | $0.00 | $29,232.50 | $0.00 |
| Docket No. 5342 Filed on 1/13/23 | 11/1/2022 – 11/30/2022 | $31,105.00 | $0.00 | $30,230.00 | $0.00 |
| Docket No. 5393 Filed on 2/1/23 | 12/1/2022 – 12/31/2022 | $42,190.00 | $0.00 | $41,315.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, $6,929, $5,000, and $3,500 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1.      The fees and expenses for the period from January 1, 2023 through and including January 31, 2023 (the "**Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $98,523.50 |
| Expenses | 0.00 |
| **TOTAL** | **$98,523.50** |

2.      If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---|
| Professional Fees at 80% | $78,818.80 |
| Expenses at 100% | 0.00 |
| **TOTAL** | **$78,818.80** |

3.      The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A".**

4.      A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B".**

5.          Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6.          FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

### NOTICE AND OBJECTION PROCEDURES

7.          Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than April 13, 2023 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8.          If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.          If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        March 30, 2023

FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of
Governmental and Other Contingent Litigation
Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
       Matthew Diaz, Senior Managing Director
       1166 Avenue of the Americas, 15th Floor
       New York, New York 10036
       Telephone: (212) 499-3611
       Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,325 | 31.0 | $ 41,075.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,495 | 0.3 | 448.50 |
| Shafer, Patterson | Managing Director | Healthcare | 675 | 1.0 | 675.00 |
| Bromberg, Brian | Sr Director | Restructuring | 975 | 41.0 | 39,975.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 750 | 21.8 | 16,350.00 |
| **GRAND TOTAL** | | | | **95.1** | **$ 98,523.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 7.8 | $ 7,740.00 |
| 2 | Cash & Liquidity Analysis | 1.2 | 1,590.00 |
| 7 | Analysis of Domestic Business Plan | 37.6 | 38,046.00 |
| 9 | Analysis of Employee Comp Programs | 3.0 | 3,485.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 17.5 | 18,797.50 |
| 18 | Review of Historical Transactions | 19.0 | 19,340.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 2.7 | 3,347.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 3.3 | 3,447.50 |
| 24 | Preparation of Fee Application | 2.4 | 2,145.00 |
| 28 | Review of IAC Business Plan | 0.6 | 585.00 |
| | **GRAND TOTAL** | **95.1** | **$ 98,523.50** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/3/2023 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/4/2023 | Bromberg, Brian | 0.5 | Review Debtors' October operating results |
| 1 | 1/4/2023 | Diaz, Matthew | 0.9 | Review Debtors' October operating report. |
| 1 | 1/6/2023 | Bromberg, Brian | 0.4 | Review operating update report re: October results to provide comments. |
| 1 | 1/6/2023 | Kurtz, Emma | 2.2 | Prepare draft October monthly operating report presentation. |
| 1 | 1/9/2023 | Bromberg, Brian | 0.6 | Review October YTD update report slides to provide comments. |
| 1 | 1/9/2023 | Diaz, Matthew | 0.9 | Review draft report to the Committee re: October operating results. |
| 1 | 1/9/2023 | Kurtz, Emma | 0.4 | Prepare revisions to October operating report slides per comments from team. |
| 1 | 1/9/2023 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/11/2023 | Diaz, Matthew | 0.9 | Review updated report to the committee re: October results to provide comments. |
| **1 Total** | | | **7.8** | |
| 2 | 1/4/2023 | Diaz, Matthew | 0.5 | Review Debtors' latest cash flow reporting. |
| 2 | 1/10/2023 | Diaz, Matthew | 0.7 | Review latest budget to actual cash reporting. |
| **2 Total** | | | **1.2** | |
| 7 | 1/10/2023 | Diaz, Matthew | 0.4 | Review of certain strategic alternatives. |
| 7 | 1/17/2023 | Diaz, Matthew | 0.9 | Review operations report. |
| 7 | 1/18/2023 | Bromberg, Brian | 0.7 | Review prior presentations on health initiatives. |
| 7 | 1/18/2023 | Bromberg, Brian | 0.7 | Review prior presentations on Avrio. |
| 7 | 1/19/2023 | Bromberg, Brian | 0.5 | Provide guidance to team re: presentation on business update. |
| 7 | 1/19/2023 | Bromberg, Brian | 1.4 | Review updated draft presentation for AHC re: business update. |
| 7 | 1/19/2023 | Kurtz, Emma | 2.8 | Prepare updated analysis and slides for Purdue update presentation re: operating results, Avrio, PHI, and Sackler net assets. |
| 7 | 1/20/2023 | Diaz, Matthew | 2.1 | Review initial draft presentation to the AHC re: business operations update to provide comments. |
| 7 | 1/23/2023 | Bromberg, Brian | 0.6 | Review draft business update presentation to provide comments. |
| 7 | 1/23/2023 | Bromberg, Brian | 1.2 | Review updated presentation on business update to provide comments. |
| 7 | 1/23/2023 | Bromberg, Brian | 2.2 | Review latest business plan from the Debtors to evaluate changes. |
| 7 | 1/23/2023 | Diaz, Matthew | 0.9 | Review revised business update presentation to the Committee to provide comments. |
| 7 | 1/23/2023 | Kurtz, Emma | 1.1 | Prepare revisions to draft update slides per internal comments. |
| 7 | 1/23/2023 | Kurtz, Emma | 2.1 | Prepare additional slides to incorporate into update presentation re: patent litigation. |
| 7 | 1/24/2023 | Bromberg, Brian | 1.4 | Prepare further revisions to business update presentation for the AHC. |
| 7 | 1/24/2023 | Bromberg, Brian | 1.5 | Participate in business plan call with Debtors. |
| 7 | 1/24/2023 | Bromberg, Brian | 1.7 | Review latest and prior business plan to evaluate changes to forecast and assumptions. |
| 7 | 1/24/2023 | Diaz, Matthew | 1.3 | Participate in the Debtors' business plan update. |
| 7 | 1/24/2023 | Diaz, Matthew | 1.1 | Review latest Purdue business plan to prepare for call. |
| 7 | 1/24/2023 | Diaz, Matthew | 1.2 | Review latest draft of update presentation to the Committee. |
| 7 | 1/24/2023 | Kurtz, Emma | 0.6 | Prepare additional revisions to Purdue update deck per latest news from Debtors. |
| 7 | 1/24/2023 | Kurtz, Emma | 1.5 | Attend call with Debtors and their advisors to discuss updated business plan. |
| 7 | 1/25/2023 | Bromberg, Brian | 0.7 | Finalize business update slides for AHC. |
| 7 | 1/25/2023 | Bromberg, Brian | 1.1 | Review materials to prepare for discussion with AHC on business plan. |
| 7 | 1/25/2023 | Bromberg, Brian | 0.7 | Review prior business plan cash flows. |
| 7 | 1/25/2023 | Bromberg, Brian | 0.6 | Review Debtors' YTD performance against business plan. |
| 7 | 1/25/2023 | Kurtz, Emma | 0.4 | Finalize presentation for AHC update call re: business update. |
| 7 | 1/25/2023 | Simms, Steven | 0.3 | Review update from team re: latest business plan projections. |
| 7 | 1/26/2023 | Bromberg, Brian | 0.7 | Review prior business plan cash flows. |
| 7 | 1/26/2023 | Bromberg, Brian | 0.9 | Review prior business plan adjustments. |
| 7 | 1/27/2023 | Bromberg, Brian | 0.6 | Discuss Avrio with Debtors advisors. |
| 7 | 1/27/2023 | Kurtz, Emma | 0.5 | Attend call with Debtors advisors re: Avrio. |
| 7 | 1/28/2023 | Bromberg, Brian | 0.4 | Discuss cash flow with Houlihan. |
| 7 | 1/28/2023 | Bromberg, Brian | 0.7 | Review cash flow model. |
| 7 | 1/30/2023 | Bromberg, Brian | 0.7 | Review business plan presentation. |
| 7 | 1/30/2023 | Diaz, Matthew | 1.4 | Review Debtors' updated business plan. |
| **7 Total** | | | **37.6** | |
| 9 | 1/11/2023 | Bromberg, Brian | 0.5 | Review Avrio retention payments. |
| 9 | 1/11/2023 | Diaz, Matthew | 0.6 | Review proposed retention payments. |
| 9 | 1/23/2023 | Bromberg, Brian | 0.4 | Review proposed retention payments re: Avrio. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 1/28/2023 | Bromberg, Brian | 0.5 | Review Avrio retention issues. |
| 9 | 1/29/2023 | Diaz, Matthew | 0.6 | Review Debtors' proposed retention bonuses. |
| 9 | 1/30/2023 | Diaz, Matthew | 0.4 | Continue to evaluate proposed retention bonuses. |
| **9 Total** | | | **3.0** | |
| 16 | 1/23/2023 | Bromberg, Brian | 1.1 | Review emergence checklist issues. |
| 16 | 1/23/2023 | Bromberg, Brian | 0.4 | Review presentation on emergence from the Debtors. |
| 16 | 1/23/2023 | Diaz, Matthew | 1.1 | Review presentation from Debtors re: emergence considerations. |
| 16 | 1/24/2023 | Diaz, Matthew | 0.6 | Review potential emergence workstreams and key tasks. |
| 16 | 1/24/2023 | Kurtz, Emma | 1.2 | Prepare analysis of split in distributable value to privates vs. publics. |
| 16 | 1/25/2023 | Bromberg, Brian | 0.4 | Response to counsel questions on updates re: emergence. |
| 16 | 1/25/2023 | Diaz, Matthew | 1.3 | Review updated distributable value recovery analysis. |
| 16 | 1/26/2023 | Diaz, Matthew | 1.1 | Continue to review updated recovery analysis. |
| 16 | 1/26/2023 | Kurtz, Emma | 0.8 | Prepare updates to distributable value analysis per comments from team. |
| 16 | 1/27/2023 | Bromberg, Brian | 1.2 | Review prior distribution analyses to evaluate potential changes. |
| 16 | 1/27/2023 | Bromberg, Brian | 0.4 | Review prior plan analyses to understand updates. |
| 16 | 1/27/2023 | Bromberg, Brian | 0.6 | Review emergence documents. |
| 16 | 1/27/2023 | Diaz, Matthew | 2.4 | Detail review of the updated recovery presentation. |
| 16 | 1/29/2023 | Bromberg, Brian | 0.9 | Review emergence issues raised by Debtors. |
| 16 | 1/30/2023 | Bromberg, Brian | 1.5 | Review updated distributions presentation. |
| 16 | 1/31/2023 | Bromberg, Brian | 0.9 | Review potential emergence workstreams re: healthcare team. |
| 16 | 1/31/2023 | Diaz, Matthew | 0.6 | Review emergence issues and workstreams. |
| 16 | 1/31/2023 | Shafer, Patterson | 1.0 | Review of potential emergence workstreams, including transfer of licenses. |
| **16 Total** | | | **17.5** | |
| 18 | 1/6/2023 | Bromberg, Brian | 3.2 | Review Sackler asset report update. |
| 18 | 1/6/2023 | Diaz, Matthew | 1.4 | Review updated Sackler net assets reporting re: B-Side. |
| 18 | 1/9/2023 | Bromberg, Brian | 0.7 | Continue to review Sackler asset reports. |
| 18 | 1/9/2023 | Diaz, Matthew | 1.4 | Review draft analysis of Sackler B-Side net assets to provide comments. |
| 18 | 1/12/2023 | Kurtz, Emma | 2.4 | Prepare draft slides re: updated B-Side net asset values and associated coverage of settlement agreement obligations. |
| 18 | 1/13/2023 | Bromberg, Brian | 0.8 | Review updated analysis of B-side asset values and coverage. |
| 18 | 1/13/2023 | Diaz, Matthew | 2.1 | Review updated Sackler A-Side net assets and investment analysis. |
| 18 | 1/18/2023 | Bromberg, Brian | 0.4 | Review prior Sackler asset analysis to compare to current coverage. |
| 18 | 1/18/2023 | Bromberg, Brian | 0.6 | Review Sackler settlement agreement to understand reporting requirements. |
| 18 | 1/18/2023 | Bromberg, Brian | 1.2 | Review Sackler A-side net assets report. |
| 18 | 1/18/2023 | Kurtz, Emma | 1.6 | Prepare analysis of update A-side net assets report to evaluate changes and identify issues. |
| 18 | 1/19/2023 | Bromberg, Brian | 0.6 | Review draft presentation for AHC re: Sackler net assets. |
| 18 | 1/19/2023 | Bromberg, Brian | 0.6 | Continue to review updated Sackler net asset reports. |
| 18 | 1/27/2023 | Bromberg, Brian | 0.9 | Review Sackler settlement agreement to evaluate requirements for asset reporting. |
| 18 | 1/27/2023 | Bromberg, Brian | 0.5 | Draft follow up requests for Sackler advisors re: net assets. |
| 18 | 1/28/2023 | Bromberg, Brian | 0.6 | Review Sackler asset issues. |
| **18 Total** | | | **19.0** | |
| 20 | 1/10/2023 | Diaz, Matthew | 0.5 | Participate in call with the Debtors advisors to discuss case updates. |
| 20 | 1/10/2023 | Kurtz, Emma | 0.4 | Attend bi-weekly FA call to discuss case updates. |
| 20 | 1/23/2023 | Diaz, Matthew | 1.3 | Participate in call with the Debtors and the working group to discuss Purdue key issues. |
| 20 | 1/27/2023 | Diaz, Matthew | 0.5 | Participate in call with the Debtors' and the UCC's professionals to discuss key issues. |
| **20 Total** | | | **2.7** | |
| 21 | 1/25/2023 | Bromberg, Brian | 1.0 | Participate in call with AHC and advisors to discuss business plan and operational update. |
| 21 | 1/25/2023 | Diaz, Matthew | 1.0 | Participate in Committee meeting to discuss potential ruling, operations and insurance issues. |
| 21 | 1/25/2023 | Diaz, Matthew | 0.3 | Review presentation materials to prepare for the Committee meeting. |
| 21 | 1/25/2023 | Kurtz, Emma | 1.0 | Attend AHC update meeting to discuss business update. |
| **21 Total** | | | **3.3** | |
| 24 | 1/20/2023 | Bromberg, Brian | 0.6 | Review draft December fee application. |
| 24 | 1/20/2023 | Kurtz, Emma | 1.8 | Prepare draft December fee application per local rules. |
| **24 Total** | | | **2.4** | |
| 28 | 1/23/2023 | Bromberg, Brian | 0.6 | Review prior analysis of IAC business plan. |
| **28 Total** | | | **0.6** | |
| **Grand Total** | | | **95.1** | |