UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### FORTY-FIRST MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | February 1, 2023 through February 28, 2023 |
| Monthly Fees Incurred: | $125,875.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $125,875.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $96,849.50 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $52,374.00 | $0.00 |
| Docket No. 5051 Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $51,773.00 | $0.00 |
| Docket No. 5132 Filed on 10/12/2022 | 8/1/2022 – 8/31/2022 | $35,470.00 | $0.00 | $34,220.00 | $0.00 |
| Docket No. 5240 Filed on 11/15/2022 | 9/1/2022 – 9/30/2022 | $53,219.00 | $8.00 | $52,344.00 | $8.00 |
| Docket No. 5341 Filed on 1/13/2023 | 10/1/2022 – 10/31/2022 | $30,107.50 | $0.00 | $29,232.50 | $0.00 |
| Docket No. 5342 Filed on 1/13/23 | 11/1/2022 – 11/30/2022 | $31,105.00 | $0.00 | $30,230.00 | $0.00 |
| Docket No. 5393 Filed on 2/1/23 | 12/1/2022 – 12/31/2022 | $42,190.00 | $0.00 | $41,315.00 | $0.00 |
| Docket No. 5518 Filed on 3/30/23 | 1/1/2023 – 1/31/2023 | $98,523.50 | $0.00 | $0.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, $6,929, $5,000, and $3,500 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth interim period, respectively.

4

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from February 1, 2023 through and including February 28, 2023 (the "**Fee Period**") amount to:

    | | |
    |---|---|
    | Professional Fees | $125,875.00 |
    | Expenses | 0.00 |
    | **TOTAL** | **$125,875.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

    | | |
    |---|---|
    | Professional Fees at 80% | $100,700.00 |
    | Expenses at 100% | 0.00 |
    | **TOTAL** | **$100,700.00** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than April 13, 2023 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
       March 30, 2023

                              FTI CONSULTING, INC.
                              Financial Advisors to the Ad Hoc Committee of
                              Governmental and Other Contingent Litigation
                              Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        1166 Avenue of the Americas, 15th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,325 | 23.7 | $ 31,402.50 |
| Shafer, Patterson | Managing Director | Healthcare | 675 | 1.5 | 1,012.50 |
| Bromberg, Brian | Sr Director | Restructuring | 975 | 56.9 | 55,477.50 |
| Suric, Emil | Sr Director | Restructuring | 975 | 2.0 | 1,950.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 750 | 28.6 | 21,450.00 |
| Blittner, Jack | Consultant | Restructuring | 475 | 30.7 | 14,582.50 |
| **GRAND TOTAL** | | | | **143.4** | **$ 125,875.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 5.8 | $ 3,085.00 |
| 2 | Cash & Liquidity Analysis | 2.8 | 3,325.00 |
| 6 | Asset Sales | 0.9 | 877.50 |
| 7 | Analysis of Domestic Business Plan | 66.4 | 57,312.50 |
| 9 | Analysis of Employee Comp Programs | 1.4 | 1,855.00 |
| 13 | Analysis of Other Miscellaneous Motions | 13.4 | 10,735.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 35.9 | 31,407.50 |
| 18 | Review of Historical Transactions | 1.8 | 2,315.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 4.2 | 3,760.00 |
| 24 | Preparation of Fee Application | 3.5 | 2,970.00 |
| 30 | Emergence Preparation | 7.3 | 8,232.50 |
| | **GRAND TOTAL** | **143.4** | **$ 125,875.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/7/2023 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 2/8/2023 | Blittner, Jack | 0.7 | Prepare the 2/8 daily update email to the internal team. |
| 1 | 2/8/2023 | Kurtz, Emma | 0.4 | Review the 2/8 daily process update to provide feedback to the team. |
| 1 | 2/9/2023 | Blittner, Jack | 0.2 | Prepare the 2/9 daily update email to the internal team. |
| 1 | 2/10/2023 | Blittner, Jack | 0.3 | Prepare the 2/10 daily update email to the internal team. |
| 1 | 2/13/2023 | Blittner, Jack | 0.9 | Prepare the 2/13 daily update email to the internal team. |
| 1 | 2/15/2023 | Blittner, Jack | 0.6 | Prepare the 2/15 daily update email to the internal team. |
| 1 | 2/17/2023 | Blittner, Jack | 0.2 | Prepare the 2/17 daily update email to the internal team. |
| 1 | 2/20/2023 | Blittner, Jack | 0.3 | Prepare the 2/20 daily update email to the internal team. |
| 1 | 2/22/2023 | Blittner, Jack | 0.7 | Prepare the 2/22 daily update email to the internal team. |
| 1 | 2/23/2023 | Blittner, Jack | 0.3 | Prepare the 2/23 daily update email to the internal team. |
| 1 | 2/23/2023 | Kurtz, Emma | 0.2 | Finalize the 2/23 daily update email to the internal team. |
| 1 | 2/28/2023 | Blittner, Jack | 0.4 | Prepare the 2/28 daily update email to the internal team. |
| **1 Total** | | | **5.8** | |
| 2 | 2/13/2023 | Diaz, Matthew | 0.6 | Review the Debtors' updated cash position to assess long-term liquidity status. |
| 2 | 2/14/2023 | Bromberg, Brian | 1.1 | Review the Debtors' latest cash flow projections to evaluate updates. |
| 2 | 2/20/2023 | Diaz, Matthew | 1.1 | Review of the updated cash reporting analysis received from the Debtors. |
| **2 Total** | | | **2.8** | |
| 6 | 2/27/2023 | Bromberg, Brian | 0.3 | Participate in call with the Debtors re: product asset monetization. |
| 6 | 2/27/2023 | Bromberg, Brian | 0.6 | Review product asset monetization materials to prepare for meeting with the Debtors. |
| **6 Total** | | | **0.9** | |
| 7 | 2/1/2023 | Bromberg, Brian | 0.7 | Review business plan presentation from the Debtors. |
| 7 | 2/1/2023 | Bromberg, Brian | 1.0 | Participate in call with the internal team re: business plan review and internal workplan. |
| 7 | 2/1/2023 | Bromberg, Brian | 0.4 | Compare prior business plan to the current business plan presentation to evaluate changes. |
| 7 | 2/1/2023 | Diaz, Matthew | 0.7 | Review updated business plan from the Debtors. |
| 7 | 2/1/2023 | Kurtz, Emma | 1.0 | Participate in call with the internal team re: case status, business plan review, and upcoming deliverables. |
| 7 | 2/2/2023 | Bromberg, Brian | 0.6 | Prepare information request list re: business plan for the Debtors. |
| 7 | 2/2/2023 | Bromberg, Brian | 0.6 | Review slides summarizing business plan updates for governmental creditors presentation. |
| 7 | 2/2/2023 | Bromberg, Brian | 0.3 | Coordinate with Houlihan re: business plan update for the governmental creditors. |
| 7 | 2/2/2023 | Bromberg, Brian | 0.8 | Outline key cases issues for presentation for non consenting state group. |
| 7 | 2/2/2023 | Diaz, Matthew | 0.8 | Finalize the business plan diligence list to be sent to the Debtors. |
| 7 | 2/2/2023 | Shafer, Patterson | 0.8 | Review documents summarizing the Debtors' transfer of licenses. |
| 7 | 2/3/2023 | Blittner, Jack | 1.8 | Review updated business plan provided by the Debtors to evaluate latest projections. |
| 7 | 2/3/2023 | Blittner, Jack | 1.1 | Prepare slides summarizing key business plan updates in preparation for call with the governmental creditors. |
| 7 | 2/3/2023 | Blittner, Jack | 0.6 | Continue to prepare slides summarizing key business plan updates in preparation for call with the governmental creditors. |
| 7 | 2/3/2023 | Blittner, Jack | 0.6 | Incorporate updates to slides summarizing key business plan updates based on feedback from the team. |
| 7 | 2/3/2023 | Bromberg, Brian | 0.6 | Review updated business plan provided by the Debtors to assess draft presentation. |
| 7 | 2/3/2023 | Bromberg, Brian | 0.6 | Continue to review updated business plan provided by the Debtors to assess draft presentation. |
| 7 | 2/3/2023 | Bromberg, Brian | 0.9 | Prepare outline of upcoming governmental creditors presentation re: business plan updates. |
| 7 | 2/3/2023 | Diaz, Matthew | 0.6 | Review draft business plan presentation to provide comments. |
| 7 | 2/3/2023 | Kurtz, Emma | 0.9 | Compare 2023 business plan to 2022 business plan to evaluate key updates. |
| 7 | 2/4/2023 | Blittner, Jack | 1.4 | Prepare revisions to slides summarizing business plan updates per internal comments. |
| 7 | 2/5/2023 | Blittner, Jack | 1.1 | Prepare additional slides to incorporate into governmental creditors update presentation re: business plan updates. |
| 7 | 2/5/2023 | Kurtz, Emma | 1.4 | Compare Debtors' current business plan to past business plans to provide comments to team on presentation. |
| 7 | 2/6/2023 | Blittner, Jack | 2.4 | Prepare additional slides to incorporate into business plan update presentation per comments from team. |
| 7 | 2/6/2023 | Blittner, Jack | 2.3 | Incorporate updates to slides summarizing variance between current and prior business plan. |
| 7 | 2/6/2023 | Bromberg, Brian | 1.2 | Review slides outlining the variance to past business plan to provide comments to team. |
| 7 | 2/6/2023 | Bromberg, Brian | 1.2 | Review Debtors' 2022 performance to prepare revisions to slides summarizing 2022 performance. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 2/6/2023 | Bromberg, Brian | 1.6 | Review slides summarizing business plan updates to provide comments. |
| 7 | 2/6/2023 | Bromberg, Brian | 0.7 | Review business plan forecast model provided by the Debtors. |
| 7 | 2/6/2023 | Diaz, Matthew | 1.2 | Review projections and assumptions in Debtors' latest business plan model. |
| 7 | 2/6/2023 | Kurtz, Emma | 1.7 | Review updated business plan forecast model from the Debtors. |
| 7 | 2/6/2023 | Kurtz, Emma | 1.9 | Review updated draft business plan presentation to prepare revisions. |
| 7 | 2/6/2023 | Kurtz, Emma | 0.9 | Continue to review updated draft business plan presentation to prepare revisions. |
| 7 | 2/7/2023 | Blittner, Jack | 1.9 | Prepare additional revisions to draft business plan presentation re: 2022 performance. |
| 7 | 2/7/2023 | Bromberg, Brian | 0.9 | Review slides summarizing the Debtors' 2022 performance to provide comments for the team. |
| 7 | 2/7/2023 | Bromberg, Brian | 0.4 | Finalize draft business plan presentation for Counsel to review. |
| 7 | 2/7/2023 | Bromberg, Brian | 0.4 | Review redactions provided by the Debtors' to assess changes to the business plan update presentation. |
| 7 | 2/7/2023 | Bromberg, Brian | 0.7 | Participate in call with the Debtors' professionals re: business plan updates. |
| 7 | 2/7/2023 | Diaz, Matthew | 1.9 | Review draft business plan presentation to provide feedback to the team. |
| 7 | 2/7/2023 | Kurtz, Emma | 1.2 | Prepare revisions to slides summarizing the Debtors' updated business for the AHC presentation per comments from team. |
| 7 | 2/8/2023 | Bromberg, Brian | 0.6 | Finalize business plan update deck in preparation for call with the state AGs. |
| 7 | 2/9/2023 | Diaz, Matthew | 0.7 | Review outstanding business plan analysis to assess next steps. |
| 7 | 2/9/2023 | Suric, Emil | 0.9 | Review the Debtors' 2022 business plan to analyze key assumptions. |
| 7 | 2/10/2023 | Bromberg, Brian | 0.6 | Review the Debtors' business plan to evaluate certain assumptions. |
| 7 | 2/10/2023 | Diaz, Matthew | 1.3 | Review the Debtors' updated business plan to assess actionable next steps. |
| 7 | 2/13/2023 | Bromberg, Brian | 1.2 | Review PHI issues received from Debtors' to prepare updated analysis. |
| 7 | 2/13/2023 | Diaz, Matthew | 0.7 | Review the Debtors' recent HRT funding request to prepare updated HRT analysis. |
| 7 | 2/14/2023 | Blittner, Jack | 0.5 | Participate in call with the internal team re: business plan review. |
| 7 | 2/14/2023 | Bromberg, Brian | 0.5 | Participate in call with the internal team re: business plan analysis. |
| 7 | 2/14/2023 | Kurtz, Emma | 0.5 | Participate in call with the internal team re: business plan updates. |
| 7 | 2/15/2023 | Blittner, Jack | 1.9 | Review documents received from the Debtors' to assess key business plan assumptions. |
| 7 | 2/15/2023 | Bromberg, Brian | 0.7 | Review latest business plan received from the Debtors to evaluate changes. |
| 7 | 2/15/2023 | Bromberg, Brian | 0.6 | Prepare updated diligence request list for the Debtors based on latest business plan received from the Debtors. |
| 7 | 2/17/2023 | Blittner, Jack | 1.1 | Participate in call with the Debtors re: business plan review and diligence updates. |
| 7 | 2/17/2023 | Bromberg, Brian | 1.6 | Review the Debtors' updated business plan and diligence request list in preparation for call with the Debtors. |
| 7 | 2/17/2023 | Bromberg, Brian | 1.1 | Participate in call with the Debtors re: business plan diligence requests. |
| 7 | 2/17/2023 | Bromberg, Brian | 0.4 | Participate in call with the Debtors' professionals re: business plan updates. |
| 7 | 2/17/2023 | Bromberg, Brian | 0.7 | Review documents received from the Debtors' related to the updated business plan. |
| 7 | 2/17/2023 | Diaz, Matthew | 0.7 | Review materials to prepare for call with the Debtors re: latest business plan. |
| 7 | 2/17/2023 | Suric, Emil | 1.1 | Participate in call with the Debtors re: updated business plan. |
| 7 | 2/18/2023 | Bromberg, Brian | 0.4 | Draft list of key business plan issues for team. |
| 7 | 2/21/2023 | Bromberg, Brian | 0.6 | Participate in call with the Debtors' professionals re: business plan updates and review. |
| 7 | 2/22/2023 | Bromberg, Brian | 1.2 | Review recent documents received from the Debtors re: projected R&D spend, updated budget model, and next steps. |
| 7 | 2/23/2023 | Diaz, Matthew | 0.6 | Review updated R&D schedules received from the Debtors to assess next steps. |
| 7 | 2/23/2023 | Diaz, Matthew | 1.8 | Review updated business plan received from the Debtors to identify key updates. |
| 7 | 2/27/2023 | Blittner, Jack | 0.5 | Participate in call with the internal team re: recent business operations and performance. |
| 7 | 2/27/2023 | Blittner, Jack | 0.6 | Prepare analysis re: business plan review. |
| 7 | 2/27/2023 | Bromberg, Brian | 0.4 | Participate in call with the internal team re: business operations and review. |
| 7 | 2/28/2023 | Bromberg, Brian | 1.1 | Review updated business plan to address questions from the team. |
| **7 Total** | | | **66.4** | |
| 9 | 2/24/2023 | Diaz, Matthew | 1.4 | Review the 2023 proposed compensation information. |
| **9 Total** | | | **1.4** | |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 2/20/2023 | Diaz, Matthew | 0.8 | Review the 2004 information list. |
| 13 | 2/23/2023 | Bromberg, Brian | 0.9 | Review HRT funding motion to evaluate terms of request. |
| 13 | 2/23/2023 | Diaz, Matthew | 0.7 | Review HRT funding motion to evaluate key terms. |
| 13 | 2/24/2023 | Blittner, Jack | 1.4 | Review HRT funding request to prepare draft slides. |
| 13 | 2/24/2023 | Blittner, Jack | 1.4 | Continue to prepare slides summarizing HRT funding updates. |
| 13 | 2/24/2023 | Blittner, Jack | 1.2 | Update the HRT presentation to reflect comments from the team. |
| 13 | 2/24/2023 | Bromberg, Brian | 1.8 | Review HRT funding motion to address questions from the team. |
| 13 | 2/24/2023 | Bromberg, Brian | 0.9 | Review HRT funding presentation to provide comments to the team. |
| 13 | 2/24/2023 | Kurtz, Emma | 1.4 | Review HRT funding motion presentation to provide comments to team. |
| 13 | 2/27/2023 | Blittner, Jack | 0.9 | Incorporate additional revisions to HRT update presentation per comments from the team. |
| 13 | 2/27/2023 | Bromberg, Brian | 0.8 | Review updated HRT funding details. |
| 13 | 2/27/2023 | Bromberg, Brian | 0.4 | Review slides summarizing HRT funding to incorporate updated funding details. |
| 13 | 2/27/2023 | Kurtz, Emma | 0.4 | Review draft HRT funding motion to prepare revisions to slides. |
| 13 | 2/28/2023 | Bromberg, Brian | 0.4 | Review HRT funding details to assess updates to HRT update presentation. |
| **13 Total** | | | **13.4** | |
| 16 | 2/1/2023 | Bromberg, Brian | 0.4 | Review slides summarizing the distributable value analysis for the upcoming Committee presentation. |
| 16 | 2/7/2023 | Bromberg, Brian | 0.7 | Review distributable cash flow prior analyses. |
| 16 | 2/7/2023 | Diaz, Matthew | 0.7 | Participate in call with the Debtors' professionals re: key case issues. |
| 16 | 2/7/2023 | Kurtz, Emma | 0.4 | Participate in bi-weekly professionals call re: case updates and emergence preparations. |
| 16 | 2/14/2023 | Blittner, Jack | 0.7 | Review distributable value updates to assess the Debtors' latest assumptions. |
| 16 | 2/14/2023 | Bromberg, Brian | 0.8 | Review distributable value cash flow analysis from Houlihan to assess updated projections. |
| 16 | 2/14/2023 | Bromberg, Brian | 0.9 | Review distributable value cash flow model key issues. |
| 16 | 2/14/2023 | Bromberg, Brian | 1.4 | Review slides summarizing distributable value analysis to provide comments to the team. |
| 16 | 2/14/2023 | Kurtz, Emma | 0.6 | Update distributable value model to reflect latest assumptions received from the Debtors. |
| 16 | 2/15/2023 | Blittner, Jack | 1.4 | Incorporate updates to the distributable value model based on information received from the Debtors. |
| 16 | 2/15/2023 | Bromberg, Brian | 0.3 | Review insurance issues and potential impact on distributable values. |
| 16 | 2/15/2023 | Kurtz, Emma | 1.1 | Prepare analysis of timing adjustments for distributable value model and identify necessary updates. |
| 16 | 2/15/2023 | Kurtz, Emma | 1.3 | Prepare updates to distributable value model to reflect latest business plan assumptions. |
| 16 | 2/15/2023 | Kurtz, Emma | 1.2 | Review draft distributable value model updates to prepare revisions. |
| 16 | 2/16/2023 | Bromberg, Brian | 1.7 | Review distributable value analysis to provide feedback to the team. |
| 16 | 2/16/2023 | Bromberg, Brian | 1.2 | Review plan B cash flow. |
| 16 | 2/16/2023 | Kurtz, Emma | 1.4 | Incorporate updates to the distributable value model based on comments from team. |
| 16 | 2/20/2023 | Bromberg, Brian | 0.6 | Review updated distributable value analysis to provide feedback to the team. |
| 16 | 2/21/2023 | Bromberg, Brian | 0.7 | Prepare for call with the Debtors' professionals re: business updates. |
| 16 | 2/21/2023 | Bromberg, Brian | 0.3 | Review updated assumptions in the distributable value analysis to provide guidance to team. |
| 16 | 2/22/2023 | Bromberg, Brian | 1.1 | Incorporate updates to the distributable value model based on updated information received from the Debtors. |
| 16 | 2/23/2023 | Bromberg, Brian | 1.9 | Review updated distributable value cash flow model and variance to prior version. |
| 16 | 2/23/2023 | Bromberg, Brian | 1.1 | Review prior Houlihan cash flow analysis to assess updates to assumptions. |
| 16 | 2/23/2023 | Bromberg, Brian | 0.9 | Review revised distributable value cash flow analysis to provide further comments. |
| 16 | 2/23/2023 | Bromberg, Brian | 2.3 | Prepare cash flow analysis re: Knoa distributions. |
| 16 | 2/24/2023 | Bromberg, Brian | 0.6 | Review updated distributable value recovery analysis. |
| 16 | 2/24/2023 | Bromberg, Brian | 0.8 | Review updated distributable value model to provide further comments. |
| 16 | 2/24/2023 | Kurtz, Emma | 1.7 | Prepare additional revisions to distributable value model to incorporate latest Knoa cash flows. |
| 16 | 2/27/2023 | Bromberg, Brian | 0.4 | Review cash emergence analysis to provide comments to team. |
| 16 | 2/27/2023 | Bromberg, Brian | 1.9 | Review distributable value model to provide additional comments. |
| 16 | 2/27/2023 | Kurtz, Emma | 1.2 | Prepare revisions to distributable value model per comments from team. |
| 16 | 2/27/2023 | Kurtz, Emma | 2.2 | Prepare draft presentation re: distributable value to NOAT. |
| 16 | 2/28/2023 | Bromberg, Brian | 0.7 | Review distributable value model to provide feedback to team. |
| 16 | 2/28/2023 | Kurtz, Emma | 1.3 | Prepare revisions to distributable value model and accompanying slides per comments from team. |
| **16 Total** | | | **35.9** | |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2023 TO FEBRUARY 28, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 2/13/2023 | Diaz, Matthew | 0.8 | Review updated Sackler asset positions to evaluate changes. |
| 18 | 2/20/2023 | Bromberg, Brian | 0.2 | Review outstanding information requests re: the Sackler A-Side and B-Side balance sheets. |
| 18 | 2/20/2023 | Diaz, Matthew | 0.8 | Review updated Sackler financial status to assess next steps. |
| **18 Total** | | | **1.8** | |
| 21 | 2/8/2023 | Blittner, Jack | 1.3 | Participate in call with the state AGs re: case updates. |
| 21 | 2/8/2023 | Bromberg, Brian | 0.7 | Review materials to prepare for call with the state AGs. |
| 21 | 2/8/2023 | Bromberg, Brian | 1.3 | Participate in call with the state AGs re: case issues and business plan updates. |
| 21 | 2/14/2023 | Diaz, Matthew | 0.9 | Participate in call with the working group re: strategic alternatives. |
| **21 Total** | | | **4.2** | |
| 24 | 2/3/2023 | Diaz, Matthew | 0.6 | Review draft of 10th interim fee application to provide feedback to the team. |
| 24 | 2/3/2023 | Kurtz, Emma | 2.3 | Prepare draft of 10th interim fee application to comply with bankruptcy code. |
| 24 | 2/7/2023 | Kurtz, Emma | 0.4 | Prepare revisions to draft 10th interim fee application. |
| 24 | 2/14/2023 | Kurtz, Emma | 0.2 | Finalize 10th interim fee application to be filed. |
| **24 Total** | | | **3.5** | |
| 30 | 2/1/2023 | Bromberg, Brian | 0.7 | Participate in call with Counsel re: emergence workstreams. |
| 30 | 2/1/2023 | Diaz, Matthew | 0.7 | Participate in call with Counsel re: emergence considerations. |
| 30 | 2/1/2023 | Diaz, Matthew | 0.9 | Review emergence considerations in preparation for call with Counsel. |
| 30 | 2/1/2023 | Shafer, Patterson | 0.7 | Participate in call with Counsel re: emergence considerations and transfers of licenses. |
| 30 | 2/2/2023 | Bromberg, Brian | 0.8 | Participate in call with the Debtors re: key emergence issues. |
| 30 | 2/2/2023 | Diaz, Matthew | 0.8 | Participate in call with the Debtors re: emergence considerations and next steps. |
| 30 | 2/2/2023 | Diaz, Matthew | 0.4 | Review emergence considerations and updates in preparation for call with the Debtors. |
| 30 | 2/2/2023 | Kurtz, Emma | 0.8 | Participate in call with the Debtors re: emergence considerations. |
| 30 | 2/14/2023 | Diaz, Matthew | 0.6 | Review Debtors' emergence considerations presentation to evaluate key issues. |
| 30 | 2/27/2023 | Diaz, Matthew | 0.9 | Review emergence issues and workstreams. |
| **30 Total** | | | **7.3** | |
| **Grand Total** | | | **143.4** | |