AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
Edan Lisovicz
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FORTIETH MONTHLY FEE STATEMENT OF AKIN GUMP
STRAUSS HAUER & FELD LLP FOR PROFESSIONAL SERVICES
RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | September 26, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | January 1, 2023 Through January 31, 2023 |
| Fees Incurred: | $267,264.50 |
| 20% Holdback: | $53,452.90 |
| Total Compensation Less 20% Holdback: | $213,811.60 |
| Monthly Expenses Incurred: | $5,156.00 |
| Total Fees and Expenses Requested: | $272,420.50 |

This is a __x__ monthly _____interim _____final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fortieth Monthly Fee Statement") covering the period from January 1, 2023 through and including January 31, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327*, dated April 8, 2020 [ECF No. 1023]. By the Fortieth Monthly Fee Statement, and after taking into

account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the amount of $213,811.60 (80% of $267,264.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $5,156.00 incurred by Akin Gump during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Akin Gump for services rendered to the Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] The total amount sought for fees and expenses ($272,420.50) reflects (i) a voluntary reduction of $24,340.50 in fees, including all fees incurred by professionals and paraprofessionals who provided fewer than five (5) hours of services during the Compensation Period, as well as other voluntary reductions, and (ii) a reduction of $12.70 in expenses incurred during the Compensation Period, reflecting a reduction required pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, dated January 29, 2013 [General Order M-447]. Such fees and expenses are excluded from the exhibits and the summary tables included herein, and Akin Gump will not seek allowance of such fees and expenses in its interim or final fee applications. For the avoidance of doubt, the foregoing fee reductions are purely voluntary and not based on any determination that such fees are not appropriate or compensable.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fortieth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj. gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Fortieth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on April 13, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Fortieth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fortieth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fortieth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
March 30, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Arik Preis*
    Ira Dizengoff
    Arik Preis
    Mitchell Hurley
    Sara L. Brauner
    Edan Lisovicz
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    idizengoff@akingump.com
    apreis@akingump.com
    mhurley@akingump.com
    sbrauner@akingump.com
    elisovicz@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
|---|---|---|---|---|---|---|
| Ashley Vinson Crawford | Litigation | SF | 2003 | $1,440.00 | 11.5 | $16,560.00 |
| Arik Preis | Financial Restructuring | NY | 2001 | $1,995.00 | 3.5 | $6,982.50 |
| David Vondle | Intellectual Property | DC | 2002 | $1,440.00 | 16.8 | $24,192.00 |
| **Partner Total:** | | | | | **31.8** | **$47,734.50** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,250.00 | 62.7 | $78,375.00 |
| Danielle Crockett Ginty | Litigation | NY | 2008 | $1,220.00 | 24.6 | $30,012.00 |
| William Foster | Litigation | SF | 2017 | $1,120.00 | 35.8 | $40,096.00 |
| Edan Lisovicz | Financial Restructuring | NY | 2014 | $1,375.00 | 6.3 | $8,662.50 |
| James Salwen | Financial Restructuring | NY | 2017 | $1,320.00 | 5.0 | $6,600.00 |
| Dennis Windscheffel | Litigation | SA | 2004 | $1,245.00 | 12.0 | $14,940.00 |
| **Senior Counsel & Counsel Total:** | | | | | **146.4** | **$178,685.50** |
| **Associates** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Richard Cochrane | Litigation | DA | 2019 | $990.00 | 5.4 | $5,346.00 |
| Kaila Zaharis | Financial Restructuring | NY | 2022 | $875.00 | 22.4 | $19,600.00 |
| **Associate Total:** | | | | | **27.8** | **$24,946.00** |
| **Paraprofessionals** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Daniel Chau | EDiscovery | NY | N/A | $455.00 | 6.2 | $2,821.00 |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $510.00 | 21.5 | $10,965.00 |
| Melanie Langford | Paralegal, Intellectual Property | SA | N/A | $325.00 | 6.5 | $2,112.50 |
| **Paraprofessional Total:** | | | | | **34.2** | **$15,898.50** |
| **Total Hours / Fees Requested:** | | | | | **240.2** | **$267,264.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | Case Administration | 7.0 | $3,866.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 34.7 | $40,729.00 |
| 4 | Analysis of Other Professional Fee Applications/Reports | 6.5 | $8,375.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 24.9 | $27,852.00 |
| 8 | Hearings and Court Matters/Court Preparation | 9.2 | $12,750.50 |
| 12 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 4.7 | $4,853.00 |
| 14 | Insurance Issues | 96.3 | $106,168.00 |
| 17 | Adversary Proceedings (including Preliminary Injunction Motion) | 6.1 | $8,419.00 |
| 20 | Interaction with/Review of Other Opioid Companies and Cases | 33.6 | $29,532.00 |
| 22 | Disclosure Statement/ Solicitation/ Plan/ Confirmation | 0.4 | $528.00 |
| 32 | Intellectual Property | 16.8 | $24,192.00 |
| **TOTAL:** | | **240.2** | **$267,264.50** |

## **Exhibit C**

**Itemized Fees**

Akin Gump Strauss Hauer & Feld
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



PURDUE CREDITORS COMMITTEE
PURDUE PHARMA L.P.
ONE STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT  06901
ATTN: JOHN  LOWNE

| | |
|---|---|
| Invoice Number | 2033972 |
| Invoice Date | 03/30/23 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 7.00 | $3,866.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 34.70 | $40,729.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 6.50 | $8,375.00 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 24.90 | $27,852.00 |
| 0008 | Hearings and Court Matters/Court Preparation | 9.20 | $12,750.50 |
| 0012 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 4.70 | $4,853.00 |
| 0014 | Insurance Issues | 96.30 | $106,168.00 |
| 0017 | Adversary Proceedings (including Preliminary Injunction Motion) | 6.10 | $8,419.00 |
| 0020 | Interaction with/Review of Other Opioid Companies and Cases | 33.60 | $29,532.00 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 0.40 | $528.00 |
| 0032 | Intellectual Property | 16.80 | $24,192.00 |
| | TOTAL | 240.20 | $267,264.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 01/02/23 | RAC | 0020 | Review dockets and docket filings re Ohio opioid MDL (.4); review (.2) and revise (.5) Ohio Opioid MDL tracker and cover correspondence based on same. | 1.10 | $1,089.00 |
| 01/02/23 | BKB | 0003 | Correspondence with Debtors' counsel re payment of monthly fee invoice (.2); correspondence with E. Lisovicz re same (.1); review invoice re compliance with UST guidelines (1.1). | 1.40 | $1,750.00 |
| 01/02/23 | BKB | 0020 | Review opioid articles (.3); review sections for weekly update re opioid litigations (.5); review materials re same (.3); correspondence with K. Zaharis re same (.2). | 1.30 | $1,625.00 |
| 01/02/23 | KMZ | 0020 | Review dockets in opioid related litigations (.5); summarize recent pleadings from same (.9); update litigation tracker re same (.4); correspondence with B. Barker re same (.2). | 2.00 | $1,750.00 |
| 01/03/23 | ABC | 0014 | Review draft depo notice re insurance adversary proceeding (.1); confer with team re deposition of A. Must (.1). | 0.20 | $288.00 |
| 01/03/23 | DJW | 0014 | Review communications re discovery scheduling in insurance adversary proceeding. | 0.20 | $249.00 |
| 01/03/23 | DK | 0020 | Review (.5) and organize (.2) materials re opioid litigations; circulate same (.2). | 0.90 | $459.00 |
| 01/03/23 | DCC | 0014 | Correspondence about depositions re insurance adversary proceeding (.2); confer with A. Crawford about research for trial plan (.2). | 0.40 | $488.00 |
| 01/03/23 | ESL | 0007 | Revise responses to claimant letters. | 0.20 | $275.00 |
| 01/03/23 | BKB | 0007 | Review UCC correspondence (.2); review claimant letters (.2); call with E. Lisovicz re open case work streams (.2); analyze issues re same (.2). | 0.80 | $1,000.00 |
| 01/03/23 | BKB | 0003 | Attention to billing issues (.3); review invoice for compliance with UST guidelines and privilege considerations (1.5). | 1.80 | $2,250.00 |
| 01/04/23 | ABC | 0014 | Confer with D. Windscheffel and D. Ginty re discovery and depositions re insurance adversary proceeding (.2); review discovery meet and confer letter (.4). | 0.60 | $864.00 |
| 01/04/23 | DJW | 0014 | Confer with A. Crawford and D. Ginty re discovery in insurance adversary proceeding. | 0.30 | $373.50 |
| 01/04/23 | DK | 0020 | Review (.3) and organize (.2) materials re opioid litigations; circulate same (.2). | 0.70 | $357.00 |
| 01/04/23 | DCC | 0014 | Revise memo concerning claims and defenses for insurance adversary proceeding (.6); confer with A. Crawford and D. Windscheffel re discovery considerations in connection with same (.3); continue researching issues re insurance adversary proceeding (1.4). | 2.30 | $2,806.00 |
| 01/04/23 | ESL | 0007 | Review claimant letters (.3); revise and draft responses to same (.8); call with B. Barker re same (.2); correspond with FR | 1.60 | $2,200.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | team members re same (.1); correspond with Kroll re claimant inquiries (.2). | | |
| 01/04/23 | ESL | 0004 | Review draft UCC professional fee statements for privilege and confidentiality (.9); confer with B. Barker re same (.2). | 1.10 | $1,512.50 |
| 01/04/23 | ESL | 0003 | Review invoice for privilege and confidentiality considerations and compliance with UST guidelines. | 0.90 | $1,237.50 |
| 01/04/23 | BKB | 0004 | Correspondence with E. Lisovicz re review of UCC professional fee statements for privilege and confidentiality (.2); review same (.3). | 0.50 | $625.00 |
| 01/04/23 | BKB | 0003 | Review invoice for compliance with UST compliance and privilege/confidentiality issues. | 3.70 | $4,625.00 |
| 01/04/23 | BKB | 0007 | Review claimant letters re case inquiries (.2); correspondence with K. Zaharis re same (.3). | 0.50 | $625.00 |
| 01/04/23 | KMZ | 0007 | Update claimant communications tracker with information from recent claimant inquiry letters (.4); prepare responses to claimant inquiry letters (2.1); review previous correspondence in connection with same (.5); correspond with B. Barker re same (.2). | 3.20 | $2,800.00 |
| 01/05/23 | ABC | 0014 | Confer with D. Windscheffel and D. Ginty re discovery and next steps for insurance adversary proceeding. | 0.50 | $720.00 |
| 01/05/23 | DJW | 0014 | Confer with A. Crawford and D. Ginty re discovery matters re insurance adversary proceeding (.5); review materials re same (.1). | 0.60 | $747.00 |
| 01/05/23 | DCV | 0032 | Analyze materials relating to findings of fact in Purdue patent litigation. | 1.50 | $2,160.00 |
| 01/05/23 | DK | 0020 | Review (.5) and organize (.4) materials re opioid litigations; circulate same (.2); prepare materials for Province Team (.2). | 1.30 | $663.00 |
| 01/05/23 | DCC | 0014 | Review objections and correspondence concerning Debtors' 30(b)(6) deposition topics re insurance adversary proceeding (1.3); prepare chart of relevant objections re same (.4); confer with A. Crawford and D. Windscheffel re same and related discovery matters (.3); conduct legal research re insurance issues (2.1). | 4.10 | $5,002.00 |
| 01/05/23 | ESL | 0007 | Review and revise letters from claimants. | 0.40 | $550.00 |
| 01/05/23 | ESL | 0003 | Review invoice for privilege and confidentiality issues and compliance with UST guidelines in connection with preparation of monthly fee application. | 1.20 | $1,650.00 |
| 01/05/23 | BKB | 0003 | Review invoice for compliance with UST guidelines. | 0.80 | $1,000.00 |
| 01/05/23 | KMZ | 0007 | Finalize draft of letters responding to claimant inquiries. | 0.20 | $175.00 |
| 01/06/23 | DCV | 0032 | Analyze post-trial briefing in patent litigation and related IP matters. | 1.80 | $2,592.00 |
| 01/06/23 | DK | 0020 | Review (.6) and organize (.5) materials re opioid litigations; circulate same (.2). | 1.30 | $663.00 |
| 01/06/23 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.50 | $255.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 01/06/23 | DK | 0002 | Review case dockets and filings (.2); organize docket filings for attorney review (.2); prepare and circulate docket update (.2). | 0.60 | $306.00 |
| 01/06/23 | DCC | 0014 | Review outline for deposition of XL Insurance representative re insurance adversary proceeding (.8); review Debtors' draft interrogatory responses (.4); continue to conduct legal research re insurance issues (2.2). | 3.40 | $4,148.00 |
| 01/06/23 | ESL | 0004 | Correspondence with UCC professionals re filing of fee statements and interim fee applications (.2); review same (.2). | 0.40 | $550.00 |
| 01/06/23 | RAC | 0020 | Review dockets and docket filings re Ohio opioid MDL (.4); update Ohio Opioid MDL tracker and cover correspondence based on same (.7). | 1.10 | $1,089.00 |
| 01/06/23 | KMZ | 0007 | Prepare letter responses to various incarcerated claimants' inquiries (1.0); update claimant correspondence tracker re same (.2); call with claimant re case status and claim status (.2). | 1.40 | $1,225.00 |
| 01/08/23 | DJW | 0014 | Analyze insurance issues and materials re insurance adversary proceeding. | 0.30 | $373.50 |
| 01/08/23 | BKB | 0003 | Review and revise fee statement and schedules thereto. | 1.10 | $1,375.00 |
| 01/08/23 | KMZ | 0020 | Review dockets in opioid related litigation (.3); summarize recent pleadings in same (.6); conduct research re recent opioid settlements (.3). | 1.20 | $1,050.00 |
| 01/09/23 | ABC | 0014 | Call with R. Leveridge re next steps in connection with insurance adversary proceeding. | 0.20 | $288.00 |
| 01/09/23 | DJW | 0014 | Review communication re insurance document production (.2); review draft outline re deposition re insurance adversary proceeding (.2). | 0.40 | $498.00 |
| 01/09/23 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.50 | $682.50 |
| 01/09/23 | DK | 0020 | Review (.6) and organize (.3) materials re opioid litigations; circulate same (.2). | 1.10 | $561.00 |
| 01/09/23 | DCC | 0014 | Correspondence with Cole Shotz re deposition outlines re insurance adversary proceeding (.3); conduct legal research re insurance related issues (2.2). | 2.50 | $3,050.00 |
| 01/09/23 | BKB | 0007 | Review UCC correspondence re case developments (.2); calls with claimants re case inquiries (.5); update tracker re same (.1). | 0.80 | $1,000.00 |
| 01/09/23 | WAF | 0014 | Research and analyze issues re insurance policies. | 1.60 | $1,792.00 |
| 01/10/23 | ABC | 0014 | Attend deposition of E. Mahony re insurance adversary proceeding. | 8.30 | $11,952.00 |
| 01/10/23 | DJW | 0014 | Correspondence with D. Ginty re deposition in insurance adversary proceeding (.3); review research re insurance matters (.3). | 0.60 | $747.00 |
| 01/10/23 | DK | 0020 | Review (.2) and organize (.2) materials re opioid litigations; circulate same (.2). | 0.60 | $306.00 |
| 01/10/23 | DCC | 0014 | Attend E. Mahony deposition re insurance | 9.20 | $11,224.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | adversary proceeding (partial) (6.8); correspondence with D. Windscheffel re same (.3); revise notes from E. Mahony deposition (1.3); conduct research re insurance issues for trial plan (.8). | | |
| 01/10/23 | BKB | 0003 | Correspondence with Debtors' counsel re invoice matters. | 0.40 | $500.00 |
| 01/10/23 | WAF | 0014 | Research and analyze issues re insurance policy matters (3.2); review and analyze insurance policies (1.0); prepare memorandum analyzing arguments re same in connection with insurance adversary proceeding (3.7). | 7.90 | $8,848.00 |
| 01/11/23 | ABC | 0014 | Confer with D. Ginty re E. Mahony deposition in connection with insurance adversary proceeding (.3); correspondence with D. Windscheffel and D. Ginty re E. Mahony deposition summary (.2). | 0.50 | $720.00 |
| 01/11/23 | DJW | 0014 | Correspondence with A. Crawford and W. Foster re discovery logistics in insurance adversary proceeding. | 0.20 | $249.00 |
| 01/11/23 | DCC | 0014 | Prepare summary re E. Mahony deposition in connection with insurance adversary proceeding (1.6); confer with A. Crawford re same and additional research issues (.3); correspondence with A. Crawford and D. Windscheffel re same (.3). | 2.20 | $2,684.00 |
| 01/11/23 | BKB | 0003 | Correspondence with K. Zaharis re prep of interim fee app (.4); analyze issues re same (.3); review invoice re UST guidelines compliance and privilege issues (.9). | 1.60 | $2,000.00 |
| 01/12/23 | ABC | 0014 | Review summary of deposition re insurance adversary proceeding. | 0.20 | $288.00 |
| 01/12/23 | DJW | 0014 | Attend deposition in insurance adversary proceeding (3.0); prepare summary re same (.8); correspondence with D. Ginty re same (.2); review discovery production materials re insurance adversary proceeding (.3). | 4.30 | $5,353.50 |
| 01/12/23 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.30 | $591.50 |
| 01/12/23 | DK | 0002 | Review case dockets and filings thereon (.2); organize docket filings for attorney review (.2); prepare and circulate docket update to team re same (.2). | 0.60 | $306.00 |
| 01/12/23 | DK | 0003 | Confer with K. Zaharis re preparation of November fee statement (.2); review November invoice (.5); update November fee statement workbook (1.2); draft and update November fee statement and exhibits for attorney review (1.5). | 0.00 | $0.00 |
| 01/12/23 | DCC | 0014 | Review summary of deposition re insurance adversary proceeding (.2); correspondence with D. Windscheffel re same (.2). | 0.40 | $488.00 |
| 01/12/23 | BKB | 0003 | Review invoice for compliance with UST guidelines (.4); review invoices in connection with prep of fee statement for November (.2); correspondence with FR | 1.20 | $1,500.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | team members re prep of fee statement (.3) and finalizing numbers for same (.3). | | |
| 01/12/23 | KMZ | 0003 | Review November invoice for compliance with UST guidelines (.9); review and revise sections of fee statement (.7). | 1.60 | $1,400.00 |
| 01/12/23 | WAF | 0014 | Review and analyze memorandum re insurance coverage matters. | 0.20 | $224.00 |
| 01/13/23 | DJW | 0014 | Correspondence with W. Foster re insurance research needs re insurance adversary proceeding. | 0.30 | $373.50 |
| 01/13/23 | DK | 0002 | Review case dockets and filings (.2); organize docket filings for attorney review (.2); circulate filings (.2). | 0.60 | $306.00 |
| 01/13/23 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.70 | $357.00 |
| 01/13/23 | DK | 0020 | Review (.4) and organize (.5) materials re opioid litigations; circulate same (.2). | 1.10 | $561.00 |
| 01/13/23 | DK | 0003 | Review finalized invoices (.5); update fee statement workbook (.9); update tables for monthly fee statement (.4). | 1.80 | $918.00 |
| 01/13/23 | EYP | 0017 | Confer with DPW re objection to extension of preliminary injunction. | 0.50 | $997.50 |
| 01/13/23 | RAC | 0020 | Update Ohio Opioid MDL tracker and draft cover correspondence re recent opioid litigation updates. | 0.40 | $396.00 |
| 01/13/23 | TJS | 0017 | Review objection to extension of preliminary injunction (.3); analyze issues re same (.1); call with Debtors' counsel re same (.3). | 0.70 | $924.00 |
| 01/13/23 | BKB | 0007 | Call with claimants re case inquiries (.4); review UCC correspondence re case updates (.2); call with K. Zaharis re updates for UCC website and open work streams (.3). | 0.90 | $1,125.00 |
| 01/13/23 | BKB | 0003 | Review invoice re compliance with UST guidelines in connection with prep of fee statement (.9); correspondence with FR team members re comments to same (.3). | 1.20 | $1,500.00 |
| 01/13/23 | KMZ | 0003 | Revise fee statement based on internal comments (.4); correspondence with B. Barker re same (.1). | 0.50 | $437.50 |
| 01/13/23 | KMZ | 0007 | Call with B. Barker re calendar and updates for UCC website and open work streams. | 0.40 | $350.00 |
| 01/13/23 | WAF | 0014 | Review and analyze memorandum re insurance coverage matters (.7); research and analyze case law re same (1.5); correspondence with D. Windscheffel re same (.2). | 2.40 | $2,688.00 |
| 01/15/23 | ESL | 0004 | Correspond with UCC professionals re draft monthly fee statements (.2); review same (.3). | 0.50 | $687.50 |
| 01/15/23 | RAC | 0020 | Review recent filings from Ohio opioid MDL (.3); update tracker and cover correspondence re same (.5); correspondence with B. Barker re same (.1). | 0.90 | $891.00 |
| 01/15/23 | BKB | 0020 | Review articles re opioid litigations (.4); correspondence with R. Cochrane and K. Zaharis re opioid lit tracking (.3); review filings from opioid lit dockets (.4). | 1.10 | $1,375.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 01/15/23 | BKB | 0003 | Review invoice for compliance with UST guidelines and privilege considerations. | 1.40 | $1,750.00 |
| 01/15/23 | KMZ | 0020 | Review docket in opioid related litigation (.4); review motion to dismiss in opioid related multi district litigation (1.0); draft summary of same (1.2); update trackers with information from same (.7); correspond with B. Barker re same (.4). | 3.70 | $3,237.50 |
| 01/16/23 | DJW | 0014 | Analyze issues and materials re insurance adversary proceeding. | 0.30 | $373.50 |
| 01/16/23 | BKB | 0007 | Review UCC correspondence re case developments. | 0.10 | $125.00 |
| 01/16/23 | BKB | 0012 | Review late claim motion (.2); review draft joint response re same (.2); correspondence with K. Zaharis re considerations for same (.3). | 0.70 | $875.00 |
| 01/16/23 | BKB | 0003 | Analyze issues re fee detail (.3); correspondence with FR team members re same (.2); correspondence with fee examiner re same (.2). | 0.70 | $875.00 |
| 01/16/23 | BKB | 0020 | Review opioid articles (.4); review and revise summaries re opioid litigations (.7). | 1.10 | $1,375.00 |
| 01/16/23 | BKB | 0004 | Review UCC professionals' fee statements (.8); correspondence with Province re same (.2). | 1.00 | $1,250.00 |
| 01/16/23 | KMZ | 0012 | Correspondence with prison facility re late claim motion filed by claimant (.6); correspondence with B. Barker re same (.2). | 0.80 | $700.00 |
| 01/16/23 | KMZ | 0007 | Call with claimant re claim inquiry (.1); follow up correspondence with claimant re same (.1). | 0.20 | $175.00 |
| 01/17/23 | DJW | 0014 | Attend to discovery in insurance adversary proceeding. | 0.30 | $373.50 |
| 01/17/23 | DJW | 0014 | Analyze documents produced in insurance adversary proceeding. | 0.20 | $249.00 |
| 01/17/23 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.20 | $546.00 |
| 01/17/23 | TJS | 0012 | Correspondence with B. Barker re late claim motions (.3); review underlying materials re same (.1). | 0.40 | $528.00 |
| 01/17/23 | BKB | 0012 | Review comments to draft joint pleading re late claim motions (.4); correspondence with J. Salwen re same (.4). | 0.80 | $1,000.00 |
| 01/17/23 | BKB | 0004 | Correspondence with UCC professionals' re monthly fee statements (.3); review same (.3). | 0.60 | $750.00 |
| 01/17/23 | BKB | 0020 | Review docket filings in opioid litigations (.5); review and revise summary re same (.7). | 1.20 | $1,500.00 |
| 01/17/23 | KMZ | 0012 | Conduct research in connection with late claim motion filed by incarcerated claimant (.8); revierw materials re same (.4); prepare summary re same (.4); phone calls with facility re same (.4). | 2.00 | $1,750.00 |
| 01/18/23 | EYP | 0007 | Correspondence with UCC re case developments. | 0.50 | $997.50 |
| 01/18/23 | EYP | 0017 | Review objection to extension of preliminary injunction and related | 0.50 | $997.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | pleadings. | | |
| 01/18/23 | BKB | 0003 | Review and finalize fee statement for filing. | 1.20 | $1,500.00 |
| 01/18/23 | BKB | 0004 | Review UCC professionals' monthly fee statements for privilege and confidentiality considerations (.6); prepare and finalize same for filing (.8); correspondence with UCC professionals re same (.4); correspondence with B. Kemp re same (.3). | 2.10 | $2,625.00 |
| 01/18/23 | BKB | 0020 | Review opioid articles. | 0.30 | $375.00 |
| 01/18/23 | BKB | 0017 | Review Debtors' reply in further support of application of the preliminary injunction to plaintiff Lac La Ronge Indian Band. | 0.70 | $875.00 |
| 01/19/23 | ABC | 0014 | Correspondence with W. Foster re insurance related case law research (.1); review summary of same (.2). | 0.30 | $432.00 |
| 01/19/23 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.20 | $546.00 |
| 01/19/23 | TJS | 0007 | Attend call with UCC members and Debtors' counsel re public health initiative status (1.0); review materials re same (.4). | 1.40 | $1,848.00 |
| 01/19/23 | BKB | 0007 | Review UCC correspondence re case updates (.2); calls with claimants re case inquiries (.7); review claimant correspondence and drafts of responses to same (.7). | 1.60 | $2,000.00 |
| 01/19/23 | KMZ | 0007 | Review correspondence to UCC re case updates (.1); review claimant letters filed on docket (.2); prepare responses (.3). | 0.60 | $525.00 |
| 01/19/23 | WAF | 0014 | Research and analyze case law re insurance matters relating to insurance adversary proceeding (2.3); prepare memorandum analyzing same (1.3). | 3.60 | $4,032.00 |
| 01/20/23 | BKB | 0003 | Correspondence with UCC professionals re fee detail for Purdue November (.4); review same (.2); correspondence with Fee Examiner re same (.3); review invoice for compliance with UST guidelines (.5). | 1.40 | $1,750.00 |
| 01/20/23 | KMZ | 0007 | Call with claimant re case updates (.1); follow up correspondence with same (.1). | 0.20 | $175.00 |
| 01/20/23 | WAF | 0014 | Conduct research re case law for open issues in connection with insurance adversary proceeding (2.7); prepare memorandum analyzing arguments re same (2.3). | 5.00 | $5,600.00 |
| 01/21/23 | WAF | 0014 | Continue drafting sections of memorandum re insurance related research findings (1.9); review materials re same in connection with insurance adversary proceeding (.5). | 2.40 | $2,688.00 |
| 01/23/23 | ABC | 0014 | Correspondence with D. Windscheffel re discovery in insurance adversary proceeding (.2); confer with Reed Smith re same (.1). | 0.30 | $432.00 |
| 01/23/23 | DJW | 0014 | Review discovery produced by insurer in insurance adversary proceeding (.3); correspondence with A. Crawford and D. Ginty re same (.3). | 0.60 | $747.00 |
| 01/23/23 | DCC | 0014 | Correspondence with D. Windscheffel re discovery matters in connection with insurance adversary proceeding. | 0.10 | $122.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 01/23/23 | BKB | 0020 | Review opioid articles (.4); review summaries re opioid litigation tracking (.6). | 1.00 | $1,250.00 |
| 01/23/23 | BKB | 0008 | Review 1.24.23 hearing agenda (.2); coordinate prep of hearing materials (.2); review same (.5); coordinate logistics re hearing (.2). | 1.10 | $1,375.00 |
| 01/23/23 | BKB | 0003 | Attention to fee detail issue (.2); correspondence with Fee Examiner re same (.2). | 0.40 | $500.00 |
| 01/23/23 | BKB | 0004 | Review UCC professionals' draft fee statement (.2); correspondence with professional re same (.1). | 0.30 | $375.00 |
| 01/23/23 | KMZ | 0003 | Review materials in connection with preparation of tenth interim fee application. | 0.30 | $262.50 |
| 01/23/23 | WAF | 0014 | Draft section of memorandum analyzing issues in connection with insurance adversary proceeding (1.6); research and analyze legal issues re same (3.3); prepare section of memorandum re insurance policy matters (2.2); review and analyze materials in connection with same (.6). | 7.70 | $8,624.00 |
| 01/24/23 | MLL | 0014 | Review and organize materials re insurance adversary proceeding and discovery re same (4.2); update tracker re discovery productions for same (1.3). | 5.50 | $1,787.50 |
| 01/24/23 | DJW | 0014 | Attend meet and confer re discovery in insurance adversary proceeding (.6); review communications re discovery in insurance adversary proceeding (.4); attention to discovery exchange in insurance adversary proceeding (.3) | 1.30 | $1,618.50 |
| 01/24/23 | DK | 0002 | Review case dockets and filings thereon (.4); organize docket filings for attorney review (.2); prepare and circulate docket update to team re same (.2). | 0.80 | $408.00 |
| 01/24/23 | EYP | 0008 | Attend hearing. | 1.50 | $2,992.50 |
| 01/24/23 | TJS | 0008 | Prepare for (.2) and attend (1.5) hearing telephonically; correspondence with B. Barker re same (.2). | 1.90 | $2,508.00 |
| 01/24/23 | BKB | 0008 | Attend hearing and take notes on same (1.5); prepare summary re same (1.6); review hearing materials in prep for same (.5); correspondence with J. Salwen re hearing prep (.2). | 3.80 | $4,750.00 |
| 01/24/23 | BKB | 0007 | Review claimant correspondence re case updates (.2); correspondence with claimant re case inquiry (.1); call with claimants re case updates (.4). | 0.70 | $875.00 |
| 01/24/23 | BKB | 0020 | Review materials and filings re opioid litigations (.4); review opioid articles (.3). | 0.70 | $875.00 |
| 01/24/23 | BKB | 0003 | Correspondence with K. Zaharis re prep of interim fee application (.4); review materials re same (.4). | 0.80 | $1,000.00 |
| 01/24/23 | KMZ | 0003 | Correspond with accounting re interim fee workbook (.1); review (.1) and revise (.4) same; correspondence with B. Barker re prep of interim fee app (.2). | 0.80 | $700.00 |
| 01/24/23 | WAF | 0014 | Review and analyze materials re insurance adversary proceeding and related issues (1.4); review and analyze case law re | 5.00 | $5,600.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | insurance coverage matters (2.7); prepare memorandum analyzing same (.9). | | |
| 01/25/23 | DJW | 0014 | Review communications among parties in interest re discovery in insurance adversary proceeding. | 0.30 | $373.50 |
| 01/25/23 | LC | 0014 | Prepare documents in discovery database for attorney review in connection with insurance adversary proceeding. | 1.00 | $455.00 |
| 01/25/23 | DCV | 0032 | Analyze post-trial motions in Purdue patent litigation (2.9); analyze issues re same (.6). | 3.50 | $5,040.00 |
| 01/25/23 | DK | 0002 | Review case dockets and filings thereon (.4); organize docket filings for attorney review (.4); update internal team's calendar with critical case dates (.5); prepare and circulate docket update to team re same (.3). | 1.60 | $816.00 |
| 01/25/23 | DK | 0020 | Review (.5) and organize (.3) materials related to opioid litigations; circulate same (.2). | 1.00 | $510.00 |
| 01/25/23 | BKB | 0008 | Review prior hearing transcripts (.3); coordinate registrations for February 1 bench ruling (.2). | 0.50 | $625.00 |
| 01/25/23 | BKB | 0002 | Review docket updates (.2); correspondence with D. Krasa re updates to internal calendars (.2). | 0.40 | $500.00 |
| 01/25/23 | BKB | 0003 | Review invoices in connection with prep of correspondence to specialty groups re prep of descriptions for interim fee app (.4); correspondence with specialty groups re same (.5); review invoice re UST guidelines compliance (1.3). | 2.20 | $2,750.00 |
| 01/26/23 | DCV | 0032 | Continue to analyze post-trial materials re patent litigation (2.2); prepare analysis re same (.5). | 2.70 | $3,888.00 |
| 01/26/23 | DK | 0002 | Review case dockets and filings thereon (.3); organize docket filings for attorney review (.2); prepare and circulate docket update to team re same (.2). | 0.70 | $357.00 |
| 01/26/23 | BKB | 0003 | Review invoice for compliance with UST guidelines (1.4); follow up correspondence with specialty groups re prep of interim fee app sections (.2). | 1.60 | $2,000.00 |
| 01/26/23 | KMZ | 0003 | Prepare materials in connection with drafting tenth interim fee application. | 0.80 | $700.00 |
| 01/27/23 | DCV | 0032 | Review post-trial filings in Purdue patent litigation (1.1); conduct legal research re same (2.7). | 3.80 | $5,472.00 |
| 01/27/23 | DK | 0002 | Review case dockets and filings thereon (.4); organize docket filings for attorney review (.3); prepare and circulate docket update to team re same (.3). | 1.00 | $510.00 |
| 01/27/23 | DK | 0020 | Review (.6) and organize (.3) materials related to opioid litigations; circulate same (.2). | 1.10 | $561.00 |
| 01/27/23 | DK | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.80 | $408.00 |
| 01/27/23 | BKB | 0003 | Review invoice re confidentiality/privilege considerations and compliance with UST guidelines. | 2.80 | $3,500.00 |
| 01/27/23 | BKB | 0020 | Review opioid litigation articles (.5); | 0.70 | $875.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | correspondence with A. Ijaz re same (.2). | | |
| 01/27/23 | BKB | 0007 | Review UCC correspondence re case developments (.2); calls with claimants re case updates (.7); review detailed case calendar (.3). | 1.20 | $1,500.00 |
| 01/28/23 | BKB | 0017 | Review US's and Debtors' replies in support of motions to dismiss Bridges adversary proceeding (1.0); prepare summaries re same (1.5); review underlying pleadings (.4). | 2.90 | $3,625.00 |
| 01/28/23 | BKB | 0007 | Review claimant inquiry letters (.5); prepare responses to same (1.3). | 1.80 | $2,250.00 |
| 01/30/23 | ABC | 0014 | Analyze issues re insurance coverage in connection with insurance adversary proceeding. | 0.20 | $288.00 |
| 01/30/23 | DJW | 0014 | Review draft discovery correspondence in insurance adversary proceeding. | 1.20 | $1,494.00 |
| 01/30/23 | DCV | 0032 | Continue review and analysis of patent litigation filings and related documents (1.2); analyze issues re same (.8). | 2.00 | $2,880.00 |
| 01/30/23 | DK | 0020 | Review (.7) and organize (.4) materials related to opioid litigations; circulate same (.2). | 1.30 | $663.00 |
| 01/30/23 | RAC | 0020 | Review recent filings from Ohio opioid MDL (.7); update tracker and cover correspondence for same (1.0); correspondence with B. Barker re same (.2). | 1.90 | $1,881.00 |
| 01/30/23 | BKB | 0003 | Correspondence with UCC professionals re fee statement interim fee app filing schedule (.2); analyze considerations re same (.2); review materials re prep of interim fee app (.2). | 0.60 | $750.00 |
| 01/30/23 | BKB | 0020 | Review opioid lit articles (.3); correspondence with R. Cochrane re opioid lit tracking updates (.3). | 0.60 | $750.00 |
| 01/30/23 | BKB | 0007 | Calls with claimants re case inquiries (.5); review claimant correspondence (.1); review detailed case calendar for UCC website (.1). | 0.70 | $875.00 |
| 01/30/23 | KMZ | 0007 | Review letters from incarcerated claimants re case inquiries (.2); prepare response to same (.3). | 0.50 | $437.50 |
| 01/31/23 | ABC | 0014 | Correspondence with Debtors' counsel re discovery issues in connection with insurance adversary proceeding. | 0.20 | $288.00 |
| 01/31/23 | MLL | 0014 | Review and organize materials re insurance adversary proceeding and discovery re same (.4); update tracker re discovery productions for same (.6). | 1.00 | $325.00 |
| 01/31/23 | DJW | 0014 | Review Debtors' counsel's correspondence re discovery in insurance adversary proceeding. | 0.30 | $373.50 |
| 01/31/23 | DJW | 0003 | Prepare insurance work description for insert to interim fee application. | 0.30 | $373.50 |
| 01/31/23 | DCV | 0032 | Continue to conduct legal research re issues relating to patent litigation (1.0); analyze issues re same (.5). | 1.50 | $2,160.00 |
| 01/31/23 | DK | 0020 | Review (.3) and organize (.2) materials related to opioid litigations; circulate same | 0.70 | $357.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | (.2). | | |
| 01/31/23 | DK | 0002 | Review case dockets and filings thereon (.2); organize docket filings for attorney review (.2); prepare and circulate docket update to team re same (.1); update team's internal case calendar with upcoming key dates (.2). | 0.70 | $357.00 |
| 01/31/23 | EYP | 0007 | Call re status of case with PI AHG. | 0.50 | $997.50 |
| 01/31/23 | TJS | 0022 | Analyze issues re Second Circuit appeal (.3); conduct research in connection with same (.1). | 0.40 | $528.00 |
| 01/31/23 | TJS | 0007 | Review correspondence with claimants re case status (.1); review updated case calendar for UCC website (.1) | 0.20 | $264.00 |
| 01/31/23 | BKB | 0017 | Finalize summaries of replies in support of motions to dismiss Bridges adversary proceeding (.4); review materials and research issue re status of adversary proceeding (.4). | 0.80 | $1,000.00 |
| 01/31/23 | BKB | 0020 | Review opioid lit articles (.3); correspondence with Research team re research needs for updates to tracker of opioid litigation statuses (.5); review materials re same (.7). | 1.50 | $1,875.00 |
| 01/31/23 | BKB | 0008 | Coordinate hearing prep (.2); review materials in prep for same (.2). | 0.40 | $500.00 |
| 01/31/23 | BKB | 0007 | Confer with K. Zaharis re responses to claimant inquiry letters (.2); correspondence with K. Zaharis re same (.1); calls with claimants re case updates (.6); update tracker re claimant communications (.2); confer with K. Zaharis re detailed case calendar for OCC website (.1). | 1.20 | $1,500.00 |
| 01/31/23 | KMZ | 0020 | Review dockets in opioid related litigation (.2); summarize recent filings from same (.4); update tracker re same (.1). | 0.70 | $612.50 |
| 01/31/23 | KMZ | 0007 | Prepare responses to claimant inquiry letters (.9); review previous correspondence in connection with same (.2). | 1.10 | $962.50 |
| 01/31/23 | KMZ | 0003 | Review insurance section of fee application. | 0.20 | $175.00 |

Total Hours 240.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| A V CRAWFORD | 11.50 | at | $1440.00 | = | $16,560.00 |
| D C VONDLE | 16.80 | at | $1440.00 | = | $24,192.00 |
| A  PREIS | 3.50 | at | $1995.00 | = | $6,982.50 |
| D J WINDSCHEFFEL | 12.00 | at | $1245.00 | = | $14,940.00 |
| D  CROCKETT GINTY | 24.60 | at | $1220.00 | = | $30,012.00 |
| E S  LISOVICZ | 6.30 | at | $1375.00 | = | $8,662.50 |
| J  SALWEN | 5.00 | at | $1320.00 | = | $6,600.00 |
| B K  BARKER | 62.70 | at | $1250.00 | = | $78,375.00 |
| W A  FOSTER | 35.80 | at | $1120.00 | = | $40,096.00 |
| R A  COCHRANE | 5.40 | at | $990.00 | = | $5,346.00 |

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| K M  ZAHARIS | 22.40 | at | $875.00 | = | $19,600.00 |
| M L  LANGFORD | 6.50 | at | $325.00 | = | $2,112.50 |
| D K  KRASA | 21.50 | at | $510.00 | = | $10,965.00 |
| L   CHAU | 6.20 | at | $455.00 | = | $2,821.00 |

Current Fees                                                        $267,264.50

**Total Amount of This Invoice**                          **$272,420.50**

## **Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $369.90 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $1,780.48 |
| Computerized Legal Research - Courtlink - In Contract 50% discount | $888.50 |
| Computerized Legal Research - Other | $581.38 |
| Computer Software - Expensed | $1,200.00 |
| Duplication - In House | $12.70 |
| Postage | $3.84 |
| Transcripts | $319.20 |
| **TOTAL:** | **$5,156.00** |

**Exhibit E**

**Itemized Disbursements**

Akin Gump Strauss Hauer & Feld
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



PURDUE CREDITORS COMMITTEE
PURDUE PHARMA L.P.
ONE STAMFORD FORUM
201 TRESSER BOULEVARD
STAMFORD, CT  06901
ATTN: JOHN  LOWNE

| | |
|---|---|
| Invoice Number | 2033972 |
| Invoice Date | 03/30/23 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 11/18/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 6185513 DATE: 11/18/2022 Transcriber fee for transcript of November 16, 2022 hearing. | $81.60 |
| 12/13/22 | Transcripts  VENDOR: VERITEXT INVOICE#: 6234160 DATE: 12/13/2022 Transcriber fee for transcript of December 6, 2022 hearing. | $135.60 |
| 01/01/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/1/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/02/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/2/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/02/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |

| 01/03/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 01/03/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/3/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/04/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/4/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q42022 DATE: 1/4/2023 -- Usage from 10/1/22 to 12/31/22 | $277.40 |
| 01/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q42022 DATE: 1/4/2023 -- Usage from 10/1/22 to 12/31/22 | $77.40 |
| 01/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q42022 DATE: 1/4/2023 -- Usage from 10/1/22 to 12/31/22 | $41.40 |
| 01/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q42022 DATE: 1/4/2023 -- Usage from 10/1/22 to 12/31/22 | $105.80 |
| 01/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q42022 DATE: 1/4/2023 -- Usage from 10/1/22 to 12/31/22 | $6.70 |
| 01/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q42022 DATE: 1/4/2023 -- Usage from 10/1/22 to 12/31/22 | $3.70 |
| 01/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q42022 DATE: 1/4/2023 -- Usage from 10/1/22 to 12/31/22 | $57.00 |
| 01/04/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 1/4/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $160.43 |
| 01/04/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 01/04/23 | Duplication - In House  Photocopy - | $12.70 |

|  | Zaharis, Kaila, NY, 127 page(s) |  |
| 01/04/23 | Postage  US Postage - Zaharis, Kaila, NY, 1 piece(s) | $3.84 |
| 01/05/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 01/05/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/5/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/06/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/6/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/06/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.56 |
| 01/07/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/7/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/08/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/8/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/09/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/9/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/09/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/10/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/10/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/11/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/11/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/11/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/12/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |

| 01/12/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/12/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/13/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/13/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/13/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/13/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 1/13/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $160.43 |
| 01/14/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/14/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/15/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/15/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/16/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/16/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/16/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/17/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/17/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/17/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/18/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/18/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/18/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/19/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: | $5.55 |

|  |  |  |
|---|---|---|
|  | OTHER FREQUENCY TRACKS; Quantity: 1.0 |  |
| 01/19/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/19/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/20/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/20/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/20/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/20/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 1/20/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $160.43 |
| 01/21/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 1/21/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $201.47 |
| 01/21/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/21/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/22/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/22/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/23/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/23/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/23/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/23/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 1/23/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $522.34 |
| 01/24/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: FOSTER BILL Date: 1/24/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $320.87 |
| 01/24/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/24/23 | Computerized Legal Research - Westlaw | $8.21 |

|  |  |  |
|---|---|---|
|  | - in contract 30% discount  User: YEN DORIS Date: 1/24/2023 AcctNumber: 1003389479 ConnectTime: 0.0 |  |
| 01/25/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/25/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/25/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/26/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/26/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/26/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/27/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/27/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/27/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/28/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/28/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/29/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/29/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/30/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/30/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/30/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 01/30/23 | Transcripts  VENDOR: VERITEXT INVOICE#: 6324856 DATE: 1/30/2023 Transcriber fee for transcript of January 24, 2023 hearing. | $102.00 |
| 01/31/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: CLAUS  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |

| 01/31/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: US DOCKETS; Employee: OUTWIN PAMELA; Charge Type: DOC ACCESS; Quantity: 1.0 | $3.52 |
| 01/31/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: SEARCH; Employee: OUTWIN PAMELA; Charge Type: ACCESS CHARGE; Quantity: 1.0 | $49.81 |
| 01/31/23 | Computer Software - Expensed (<$1,000) VENDOR: OPUS 2 INTERNATIONAL INC INVOICE#: 8749 DATE: 1/31/2023 Opus 2 Enterprise License - Purdue Dates of Service: January 1-31st, 2023 | $1,200.00 |
| 01/31/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: YEN DORIS Date: 1/31/2023 AcctNumber: 1003389479 ConnectTime: 0.0 | $8.21 |
| 01/31/23 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2301 DATE: 1/31/2023 - Document retrieval in various courts | $11.98 |
| 01/31/23 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US LEGAL NEWS; Employee: BEVINS BRIAN; Charge Type: DOC ACCESS; Quantity: 2.0 | $77.05 |
| 01/31/23 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: BEVINS BRIAN; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $143.93 |
| 01/31/23 | Computerized Legal Research - Lexis - in contract 30% discount  Service: US NEWS; Employee: BEVINS BRIAN; Charge Type: DOC ACCESS; Quantity: 2.0 | $4.37 |
| 01/31/23 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: OUTWIN PAMELA; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $144.55 |
| 01/31/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK DOCKET UPDATE; Employee: BEVINS BRIAN; Charge Type: DOCKET UPDATE; Quantity: 1.0 | $3.52 |
| 01/31/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: US DOCKETS; Employee: BEVINS BRIAN; Charge Type: DOC ACCESS; Quantity: 5.0 | $17.60 |
| 01/31/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: SEARCH; Employee: BEVINS BRIAN; Charge Type: ACCESS CHARGE; Quantity: 13.0 | $647.49 |
| 01/31/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: | $49.96 |

SEARCH; Employee: BONO  JULIE;
Charge Type: ACCESS CHARGE;
Quantity: 1.0

Current Expenses                                                                    $5,156.00

**Total Amount of This Invoice**                                          **$272,420.50**