AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| Debtors.[1] | : | (Jointly Administered) |

**THIRTY-FIFTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | January 1, 2023 – January 31, 2023 |
| **Total Fees Incurred** | $62,071.50 |
| **Voluntary Fee Reduction (10%)[2]** | $6,207.15 |
| **Total Fees Requested** (Total Fees – Voluntary Fee Reduction) | $55,864.35 |
| **20% Holdback** | $11,172.87 |
| **Total Fees Requested Less 20% Holdback** | $44,691.48 |
| **Total Expenses Incurred** | $1,708.80 |
| **Total Fees and Expenses Requested** | $57,573.15 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Fifth Monthly Fee Statement") covering the period from January 1, 2023 through and including January 31, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirty-Fifth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $55,864.35 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,708.80 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

3

**NOTICE**

6. Notice of this Thirty-Fifth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirty-Fifth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than April 13, 2023 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirty-Fifth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-Fifth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Fifth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: March 30, 2023  **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/   *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

# EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 10.7 | $7,918.00 |
| Anthony De Leo | 2013 | Member (Bankruptcy) (since 2023) | $685.00 | 55.1 | $37,743.50 |
| Ian R. Phillips | 2015 | Associate (Litigation) (since 2016) | $480.00 | 15.6 | $7,488.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 1.0 | $375.00 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 9.2 | $3,680.00 |
| Michael E. Fitzpatrick | 2022 | Associate (Bankruptcy) (since 2020) | $400.00 | 5.6 | $2,240.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 7.4 | $2,627.00 |
| **TOTAL** | | | | 104.6 | $62,071.50 |
| **Less Voluntary Reduction (10%)** | | | | | ($6,207.15) |
| **Total Requested** | | | | | $55,864.35 |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 0.3 | $222.00 |
| Committee Matters and Creditor Meetings | 2.4 | $1,660.50 |
| Creditor Inquiries | 0.7 | $507.00 |
| Fee Application Matters/Objections | 18.3 | $7,521.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 44.5 | $29,057.00 |
| Preferences and Avoidance Actions | 0.8 | $300.00 |
| Prepare for and Conduct Interview and Depositions | 37.6 | $22,804.00 |
| **TOTAL** | **104.6** | **$62,071.50** |
| **Less Voluntary Reduction (10%)** | | **($6,207.15)** |
| **Total Requested** | | **$55,864.35** |

## EXHIBIT C

### Invoice

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | March 9, 2023 |
| Invoice Number: | 942645 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2023

### CASE ADMINISTRATION   0.30   222.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/17/23 | JRA | EMAILS WITH M. ATKINSON AND A. PREIS RE CASE STATUS | 0.30 | 222.00 |

### COMMITTEE MATTERS AND CREDITOR MEETINGS   2.40   1,660.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/23 | JRA | EMAIL WITH A. PREIS RE UCC UPDATE CALL | 0.10 | 74.00 |
| 01/12/23 | JRA | EMAIL WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 74.00 |
| 01/18/23 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS | 0.80 | 548.00 |
| 01/18/23 | JRA | EMAILS WITH A. PREIS RE UCC CALL | 0.10 | 74.00 |
| 01/19/23 | ADL | ATTEND UCC CALL | 1.00 | 685.00 |
| 01/23/23 | ADL | REVIEW UCC UPDATE | 0.10 | 68.50 |
| 01/27/23 | ADL | REVIEW COMMITTEE UPDATE | 0.20 | 137.00 |

### CREDITOR INQUIRIES   0.70   507.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/08/23 | JRA | RESPOND TO CREDITOR INQUIRIES | 0.30 | 222.00 |
| 01/09/23 | ADL | RETURN CREDITOR CALL | 0.10 | 68.50 |
| 01/30/23 | ADL | RETURN CREDITOR CALL | 0.10 | 68.50 |
| 01/30/23 | JRA | EMAILS WITH A. DE LEO RE OPIOID CREDITOR INQUIRY | 0.20 | 148.00 |

### FEE APPLICATION MATTERS/OBJECTIONS   18.30   7,521.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/23 | LSM | COMPILE, REVIEW AND ORGANIZE MONTHLY FEE APPLICATIONS FOR NINTH INTERIM FEE APPLICATION DRAFT PREPARATIONS | 0.40 | 142.00 |
| 01/04/23 | JRA | REVISE DRAFT FEE APP | 0.30 | 222.00 |
| 01/06/23 | LSM | DRAFT THIRTY-FOURTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.80 | 284.00 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 942645 |
| | Client/Matter No. 60810-0001 | | March 9, 2023 |
| | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/06/23 | JMD | REVIEW DECEMBER DRAFT INVOICE (.3); EMAILS W/ A. DE LEO AND ACCOUNTING DEPARTMENT RE: UPCOMING FEE APPLICATIONS (.2). | 0.50 | 200.00 |
| 01/06/23 | JMD | EMAIL TO L. MORTON TRANSMITTING DECEMBER INVOICE AND DRAFTING OF DECEMBER MONTHLY FEE APP | 0.10 | 40.00 |
| 01/06/23 | JRA | EMAIL WITH A. DE LEO RE FEE APP | 0.10 | 74.00 |
| 01/09/23 | JMD | REVIEW/REVISE CS DECEMBER MONTHLY FEE STATEMENT | 0.70 | 280.00 |
| 01/09/23 | JMD | EMAILS W/ A. DE LEO AND L. MORTON RE: REVISIONS TO CS DECEMBER FEE STATEMENT | 0.30 | 120.00 |
| 01/09/23 | LSM | COMPLETE DRAFT OF THIRTY-FOURTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD TO J. DOUGHERTY RE: DECEMBER 2022 FEES/EXPENSES | 2.90 | 1,029.50 |
| 01/09/23 | LSM | REVISE EXHIBITS TO COLE SCHOTZ THIRTY-FOURTH FEE APPLICATION AND RESEND TO J. DOUGHERTY | 0.20 | 71.00 |
| 01/10/23 | LSM | REVIEW AND REVISE EXHIBITS TO THIRTY-FOURTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ | 0.40 | 142.00 |
| 01/15/23 | JRA | EMAILS WITH E. LISOVICZ RE FEE APPS | 0.20 | 148.00 |
| 01/17/23 | LSM | REVIEW MONTHLY FEE APPLICATIONS FOR INTERIM FEE APPLICATION PREPARATIONS | 0.30 | 106.50 |
| 01/19/23 | LSM | UPDATE FEE APPLICATION CHARTS AND REVIEW LEDES FILES | 0.60 | 213.00 |
| 01/19/23 | JMD | DRAFT COLE SCHOTZ 9TH INTERIM FEE APP | 3.10 | 1,240.00 |
| 01/20/23 | JMD | CALL W/ A. DE LEO RE: FEE APP STATUS | 0.20 | 80.00 |
| 01/20/23 | JMD | CONTINUE TO DRAFT COLE SCHOTZ NINTH INTERIM FEE APPLICATION | 3.50 | 1,400.00 |
| 01/20/23 | LSM | EMAILS WITH ACCOUNTING DEPARTMENT REGARDING LEDES FILE AND EDITS TO EXHIBITS TO NOVEMBER, 2022 MONTHLY FEE APPLICATION FOR FORWARD SAME TO A. DE LEO | 0.50 | 177.50 |
| 01/20/23 | ADL | EMAIL CS TEAM RE: NOVEMBER FEE APPLICATION (.2); EMAIL AKIN TEAM RE: SAME (.1) | 0.30 | 205.50 |
| 01/20/23 | ADL | REVIEW DECEMBER FEE APPLICATION | 0.40 | 274.00 |
| 01/20/23 | JRA | EMAILS WITH A. DE LEO RE FEE APPS | 0.10 | 74.00 |
| 01/20/23 | ADL | EMAIL J. DOUGHERTY RE: INTERIM FEE APPLICATION | 0.10 | 68.50 |
| 01/20/23 | JMD | EMAIL TO COLE SCHOTZ ACCOUNTING TEAM REQUESTING ADDITIONAL INFORMATION RELATED TO 9TH INTERIM FEE APPLICATION | 0.30 | 120.00 |
| 01/23/23 | JMD | REVIEW CS INTERIM FEE APPLICATION (.4); EMAIL TO A. DE LEO RE: SAME (.1). | 0.50 | 200.00 |
| 01/30/23 | LSM | REVIEW EXHIBITS TO MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: DECEMBER 2022 FEES/EXPENSES | 0.70 | 248.50 |
| 01/30/23 | JRA | EMAILS WITH A. DE LEO AND B. BARKER RE FEE APPS | 0.20 | 148.00 |
| 01/31/23 | LSM | REVIEW AND REVISE NINTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.60 | 213.00 |
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **44.50** | **29,057.00** |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 942645 |
| | Client/Matter No. 60810-0001 | | | March 9, 2023 |
| | | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.20 | 2,192.00 |
| 01/03/23 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEDING | 3.60 | 2,466.00 |
| 01/04/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.60 | 1,096.00 |
| 01/04/23 | ADL | MEET WITH C. MCMULLAN RE: OSBORNE DEPOSITION | 0.10 | 68.50 |
| 01/04/23 | JRA | T/C WITH A. DE LEO RE POTENTIAL ESTATE CLAIM | 0.10 | 74.00 |
| 01/04/23 | JRA | REVIEW DRAFT STEVENS DEP OUTLINE | 0.40 | 296.00 |
| 01/05/23 | JRA | EMAILS WITH C. SCHERER AND L. SZYMANSKI RE PRODUCTION | 0.20 | 148.00 |
| 01/05/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 01/06/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.80 | 1,233.00 |
| 01/06/23 | ADL | REVIEW DOCUMENTS RE: STEVENS DEPOSITION | 2.10 | 1,438.50 |
| 01/06/23 | JRA | REVIEW SORENSEN DISCOVERY LETTER | 0.20 | 148.00 |
| 01/06/23 | JRA | REVIEW NAT'L UNION PRIVILEGE LOG | 0.10 | 74.00 |
| 01/06/23 | JRA | REVIEW DRAFT RESPONSE TO INTERROGATORIES | 0.20 | 148.00 |
| 01/09/23 | ADL | CONTINUE TO REVIEW DOCUMENTS RE: E. MAHONEY DEPOSITION | 3.10 | 2,123.50 |
| 01/09/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.40 | 274.00 |
| 01/09/23 | ADL | REVIEW DOCUMENTS RE: E. MAHONEY DEPOSITION | 0.80 | 548.00 |
| 01/09/23 | ADL | CALL WITH M. FITZPATRICK RE: INSURANCE DEPOSITION | 0.20 | 137.00 |
| 01/11/23 | JRA | EMAILS WITH A. CRAWFORD AND A. GASKE RE INTERROGATORIES RESPONSES | 0.20 | 148.00 |
| 01/12/23 | JRA | EMAIL WITH C. SORENSEN RE MEET AND CONFER | 0.10 | 74.00 |
| 01/12/23 | ADL | POST-DEPOSITION MEETING WITH DEBTORS AND AD HOC COMMITTEE | 0.90 | 616.50 |
| 01/12/23 | MEF | ATTEND DEPO OF SUSAN STEVENS | 1.60 | 640.00 |
| 01/12/23 | MEF | REVIEW NOTES FROM DEPOSITION OF S. STEVENS AND SUMMARIZE FOR UCC UPDATE AND EMAILS W/ A. DE LEO RE SAME | 3.80 | 1,520.00 |
| 01/13/23 | JRA | REVIEW UPDATED DEPOSITION CHART | 0.10 | 74.00 |
| 01/13/23 | ADL | REVIEW AND REVISE REPORT RE: STEVENS DEPOSITION | 0.70 | 479.50 |
| 01/13/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 01/13/23 | JRA | EMAILS WITH P. BREENE AND C. SORENSEN RE MEET AND CONFER | 0.20 | 148.00 |
| 01/13/23 | ADL | REVIEW NOTES RE: DEPOSITION OF SUSAN STEVENS IN CONNECTION WITH PREPARATION OF REPORT | 0.80 | 548.00 |
| 01/13/23 | ADL | INITIAL DRAFT OF REPORT RE: S. STEVENS DEPOSITION | 1.60 | 1,096.00 |
| 01/13/23 | JRA | REVEIW FINAL SUPPLEMENTAL INTERROGATORIES RESPONSES | 0.30 | 222.00 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 942645 |
| | Client/Matter No. 60810-0001 | March 9, 2023 |
| | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/17/23 | JRA | REVIEW GILBERT RESPONSE DISCOVERY LETTER | 0.20 | 148.00 |
| 01/17/23 | JRA | EMAIL WITH A. PEARLMAN RE PRODUCTION | 0.10 | 74.00 |
| 01/18/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.60 | 1,781.00 |
| 01/18/23 | JRA | EMAILS WITH A. CRAWFORD, A. DE LEO AND INSURERS RE DEPS AND DISCOVERY | 0.40 | 296.00 |
| 01/18/23 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.40 | 959.00 |
| 01/19/23 | JRA | EMAILS WITH C. SORENSEN AND P. BREENE RE MEET AND CONFER AND FOLLOW UP TO THE SAME | 0.20 | 148.00 |
| 01/20/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.10 | 1,438.50 |
| 01/23/23 | ADL | EMAIL C. MCMULLAN RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 01/23/23 | ADL | REVIEW PURDUE DEPOSITION CHART | 0.10 | 68.50 |
| 01/24/23 | ADL | ATTEND MEET AND CONFER WITH NAVIGATORS | 0.70 | 479.50 |
| 01/25/23 | ADL | REVIEW EMAILS RE: INSURANCE DISCOVERY ISSUES | 0.30 | 205.50 |
| 01/25/23 | ADL | REVIEW LETTER TO XL RE: PRODUCTION ISSUES | 0.20 | 137.00 |
| 01/27/23 | MEF | ESTATE CLAIMS RESEARCH | 0.20 | 80.00 |
| 01/27/23 | ADL | ESTATE CLAIMS RESEARCH | 0.10 | 68.50 |
| 01/30/23 | JRA | EMAILS WITH A. KRAMER RE ARBITRATION | 0.10 | 74.00 |
| 01/30/23 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.30 | 205.50 |
| 01/30/23 | ADL | REVIEW INSURANCE DISCOVERY LETTERS | 0.30 | 205.50 |
| 01/31/23 | ADL | INITIAL REVIEW OF LETTER RE: INSURANCE LITIGATION MEET AND CONFERS | 1.30 | 890.50 |
| 01/31/23 | ADL | REVIEW LIBERTY MUTUAL POLICY STIPULATION | 0.20 | 137.00 |
| 01/31/23 | ADL | EMAILS RE: ODARCZENKO DEPOSITION | 0.10 | 68.50 |
| 01/31/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 4.80 | 3,288.00 |

| | | |
|---|---|---|
| **PREFERENCES AND AVOIDANCE ACTIONS** | **0.80** | **300.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/24/23 | CDM | CALL W/ COUNSEL RE: PURDUE AND NAVIGATORS MEET AND CONFER RE: DISCOVERY ISSUES. | 0.80 | 300.00 |

| | | |
|---|---|---|
| **PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS** | **37.60** | **22,804.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/23 | JRA | EMAILS WITH L. SZYMANSKI, A. CRAWFORD, AND A. DE LEO RE DEPS (.4); T/C'S WITH A. DE LEO RE SAME (.2) | 0.60 | 444.00 |
| 01/04/23 | JRA | REVIEW 30(B)(6) DESIGNATIONS LETTER | 0.20 | 148.00 |
| 01/04/23 | JRA | EMAILS WITH A. CRAWFORD AND A. DE LEO RE MAHONEY SUBPOENA | 0.20 | 148.00 |
| 01/05/23 | JRA | SEVERAL EMAILS WITH P. BEDELL, A. CRAWFORD AND A. DE LEO RE RESCHEDULING OF DEPS | 0.30 | 222.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                              Invoice Number  942645
         Client/Matter No. 60810-0001                                                        March 9, 2023
                                                                                                  Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/23 | JRA | EMAILS WITH A. DE LEO RE 30(B)(6) DESIGNATIONS | 0.10 | 74.00 |
| 01/06/23 | JRA | REVIEW UPDATED DEP CHART (.1) AND T/C WITH A. DE LEO RE LOGISTICS (.1) | 0.20 | 148.00 |
| 01/06/23 | JRA | FURTHER EMAILS WITH G. DISPIRITO AND A. DE LEO RE DEPOSITIONS | 0.30 | 222.00 |
| 01/09/23 | JRA | EMAILS WITH N. POZ RE DEPOSITIONS (.2) AND T/C WITH A. DE LEO RE SAME (.1) | 0.30 | 222.00 |
| 01/09/23 | JRA | FURTHER EMAILS WITH A. DE LEO AND GILBERT RE DEPS | 0.30 | 222.00 |
| 01/10/23 | JRA | BEGIN REVIEWING MAHONEY TRANSCRIPT | 1.00 | 740.00 |
| 01/10/23 | IRP | ATTEND DEPOSITION OF E. MAHONEY. | 8.80 | 4,224.00 |
| 01/10/23 | JRA | CORRESPOND WITH A. DE LEO RE MAHONEY DEP | 0.30 | 222.00 |
| 01/10/23 | ADL | TRAVEL TO AND FROM E. MAHONEY DEPOSITION (1/2 TIME) | 1.60 | 1,096.00 |
| 01/10/23 | ADL | PREPARE FOR E. MAHONEY DEPOSITION | 0.60 | 411.00 |
| 01/10/23 | ADL | ATTEND DEPOSITION OF E. MAHONEY | 8.80 | 6,028.00 |
| 01/11/23 | JRA | CONTINUE REVIEWING MAHONEY TRANSCRIPT | 0.70 | 518.00 |
| 01/11/23 | JRA | REVIEW STEVENS DEP OUTLINE | 0.20 | 148.00 |
| 01/11/23 | IRP | DRAFTED SUMMARY OF DEPOSITION AND CIRCULATED SAME TO MR. DE LEO | 6.80 | 3,264.00 |
| 01/12/23 | JRA | FURTHER EMAILS WITH A. CRAWFORD AND A. DE LEO RE MAHONEY DEP | 0.30 | 222.00 |
| 01/12/23 | ADL | ATTEND DEPOSITION OF S. STEVENS | 2.80 | 1,918.00 |
| 01/12/23 | ADL | REVIEW DOCUMENTS AND OTHERWISE PREPARE FOR DEPOSITION | 2.40 | 1,644.00 |
| 01/12/23 | JRA | CORRESPOND WITH A. DE LEO RE TODAY'S DEP | 0.30 | 222.00 |
| 01/12/23 | JRA | EMAIL WITH S. SRADERS RE 2/7 DEPOSITION | 0.10 | 74.00 |
| 01/23/23 | CDM | UPDATE INTERNAL DEPOSITION CALENDAR. | 0.20 | 75.00 |
| 01/24/23 | JRA | EMAIL WITH A. PEARLMAN RE PORTENOY DEPOSITION | 0.10 | 74.00 |
| 01/27/23 | JRA | EMAIL WITH A. CRAWFORD RE MAHONEY DEP | 0.10 | 74.00 |
| | | TOTAL HOURS | 104.60 | |

PROFESSIONAL SERVICES:                                                                       $62,071.50
COURTESY DISCOUNT:                                                                          $(6,207.15)
ADJUSTED PROFESSIONAL SERVICES:                                                              $55,864.35

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 55.10 | 685.00 | 37,743.50 |
| Conor D. McMullan | Associate | 1.00 | 375.00 | 375.00 |
| Ian R. Phillips | Associate | 15.60 | 480.00 | 7,488.00 |
| Jack M. Dougherty | Associate | 9.20 | 400.00 | 3,680.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 942645 |
| --- | --- | --- | --- | --- |
| | Client/Matter No. 60810-0001 | | | March 9, 2023 |
| | | | | Page 6 |

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
| --- | --- | --- | --- | --- |
| Justin R. Alberto | Member | 10.70 | 740.00 | 7,918.00 |
| Michael E. Fitzpatrick | Associate | 5.60 | 400.00 | 2,240.00 |
| Morton, Larry | Paralegal | 7.40 | 355.00 | 2,627.00 |
| | **Total** | **104.60** | | **$62,071.50** |

## EXHIBIT D

**EXPENSE SUMMARY**
**JANUARY 1, 2023 THROUGH JANAURY 31, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopy/Printing/Scanning | | $19.00 |
| Travel – Air Fare | | $720.80 |
| Travel – Lodging | | $969.00 |
| **TOTAL** | | **$1,708.80** |

**Expense Detail**

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 942645 |
| | Client/Matter No. 60810-0001 | | March 9, 2023 |
| | | | Page 7 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 08/03/22 | PHOTOCOPY/PRINTING/ SCANNING | 2.00 | 0.20 |
| 11/08/22 | TRAVEL - AIR FARE | 1.00 | 315.00 |
| 11/11/22 | TRAVEL - LODGING | 1.00 | 969.00 |
| 12/06/22 | PHOTOCOPY/PRINTING/ SCANNING | 4.00 | 0.40 |
| 01/09/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 01/09/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 01/09/23 | PHOTOCOPY /PRINTING/ SCANNING | 10.00 | 1.00 |
| 01/09/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 01/09/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 01/23/23 | PHOTOCOPY /PRINTING/ SCANNING | 38.00 | 3.80 |
| 01/24/23 | TRAVEL - AIR FARE | 1.00 | 405.80 |
| 01/31/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 01/31/23 | PHOTOCOPY /PRINTING/ SCANNING | 22.00 | 2.20 |
| 01/31/23 | PHOTOCOPY /PRINTING/ SCANNING | 93.00 | 9.30 |
| | | **Total** | **$1,708.80** |

TOTAL SERVICES AND COSTS: $ 57,573.15