**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (SHL) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**FORTIETH MONTHLY FEE AND EXPENSE STATEMENT OF**
**PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*,**
**FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Name of Applicant: | Province, LLC[2]<br>Financial Advisor to the Official Committee of Unsecured Creditors |
|---|---|
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | January 1, 2023 through and including January 31, 2023 |
| Fees Incurred: | $180,010.75[3] |
| Less 20% Holdback: | $36,002.15 |
| Fees Requested in this Statement: | $144,008.60 |
| Expenses Incurred: | $592.00 |
| Total Fees and Expenses Requested in This Statement: | $144,600.60 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from January 1, 2023 through January 31, 2023 reflect a voluntary discount of $9,474.25.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors"), hereby submits its Fortieth Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of January 1, 2023 through January 31, 2023 (the "Statement Period") for (i) compensation in the amount of $144,008.60, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $180,010.75) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $592.00.

## **Itemization of Services Rendered and Expenses Incurred**

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

- Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were (a) $703.62/hour for all Timekeepers, and (b) $706.33/hour for all professionals.[4]

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $9,474.25.

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

**Total Fees and Expenses Sought for The Statement Period**

2.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| | |
|---|---|
| Fees | $180,010.75 |
| Disbursements | $592.00 |
| **Total** | **$180,602.75** |

**Notice and Objection Procedures**

3.      Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on April 13, 2023 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5.      If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6.      If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$144,600.60** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: March 30, 2023

By:    */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**<u>EXHIBIT A</u>**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 112.9 | $73,956.00 |
| Claims Analysis and Objections | 38.5 | $21,528.00 |
| Committee Activities | 14.3 | $11,299.00 |
| Court Filings | 3.0 | $2,220.00 |
| Fee/Employment Applications | 2.4 | $1,014.00 |
| Litigation | 94.3 | $75,675.00 |
| Plan and Disclosure Statement | 3.1 | $3,073.00 |
| Sale Process | 0.8 | $720.00 |
| **Subtotal** | **269.3** | **$189,485.00** |
| **Voluntary Discount** | | **($9,474.25)** |
| **Grand Total** | **269.3** | **$180,010.75** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,150 | 41.1 | $47,265.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $910 | 2.1 | $1,911.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $900 | 9.0 | $8,100.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $760 | 15.0 | $11,400.00 |
| Christian Klawunder, CFA | Director - Investment banking. | $740 | 97.9 | $72,446.00 |
| Joshua Williams | Vice President - Investment banking. | $640 | 12.0 | $7,680.00 |
| Raul Busto | Vice President - Data analytics. | $600 | 3.1 | $1,860.00 |
| Mitchell Boal, CFA | Senior Associate - Financial and data analytics. | $530 | 16.5 | $8,745.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $530 | 36.6 | $19,398.00 |
| Leonardo Kim | Analyst | $300 | 34.5 | $10,350.00 |
| | **Subtotal** | | **267.8** | **$189,155.00** |
| **Blended Rate for Professionals** | | **$706.33** | | |
| **Para Professionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | | $220 | 1.5 | $330.00 |
| | **Subtotal** | | **1.5** | **$330.00** |
| | | | Fee Statement Hours | Total Compensation |
| | **Subtotal** | | **269.3** | **$189,485.00** |
| **Blended Rate for all Timekeepers** | | **$703.62** | | |
| **Voluntary Discount** | | | | **($9,474.25)** |
| **Grand Total** | | | **269.3** | **$180,010.75** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Miscellaneous | Research fees. | $592.00 |
| **Total Expenses** | | **$592.00** |

**<u>EXHIBIT D</u>**

## **BILLING DETAILS**

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/1/2023 | Michael Atkinson | Review, create and analyze materials for counsel | Business Analysis / Operations | 2.70 | 1,150.00 | $3,105.00 |
| 1/1/2023 | Jason Crockett | Review of cash flow information and expenses related to IACs. | Business Analysis / Operations | 0.70 | 910.00 | $637.00 |
| 1/2/2023 | Christian Klawunder | Continued to compile supporting documentation for tracing analysis. | Litigation | 1.90 | 740.00 | $1,406.00 |
| 1/2/2023 | Mitchell Boal | Completed analysis of budget and variance report for updating internal models. | Business Analysis / Operations | 2.20 | 530.00 | $1,166.00 |
| 1/2/2023 | Christian Klawunder | Compiled supporting documentation for tracing analysis. | Litigation | 1.80 | 740.00 | $1,332.00 |
| 1/2/2023 | Stilian Morrison | Review draft presentation from debtors and analyze | Sale Process | 0.80 | 900.00 | $720.00 |
| 1/2/2023 | Michael Atkinson | Review and analyze committee update materials | Business Analysis / Operations | 1.60 | 1,150.00 | $1,840.00 |
| 1/3/2023 | Michael Atkinson | Review and analyze issues related to insurance for counsel | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 1/3/2023 | Stilian Morrison | Review October 2022 monthly flash report | Business Analysis / Operations | 0.60 | 900.00 | $540.00 |
| 1/3/2023 | Stilian Morrison | Review latest prescription data comps | Business Analysis / Operations | 0.40 | 900.00 | $360.00 |
| 1/3/2023 | Christian Klawunder | Continued to evaluate support docs for estate claims analysis. | Litigation | 1.60 | 740.00 | $1,184.00 |
| 1/3/2023 | Timothy Strickler | Reviewed new POCs added to claims register. | Claims Analysis and Objections | 0.70 | 530.00 | $371.00 |
| 1/3/2023 | Christian Klawunder | Evaluated supporting docs for estate claims analysis. | Litigation | 2.20 | 740.00 | $1,628.00 |
| 1/3/2023 | Timothy Strickler | Imported new claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.40 | 530.00 | $1,272.00 |
| 1/3/2023 | Timothy Strickler | Reviewed/analyzed claims schedule uploaded by claims agent. | Claims Analysis and Objections | 1.80 | 530.00 | $954.00 |
| 1/3/2023 | Stilian Morrison | Review latest sales by product data | Business Analysis / Operations | 0.90 | 900.00 | $810.00 |
| 1/4/2023 | Mitchell Boal | Formatted financial update file per internal guidelines. | Business Analysis / Operations | 0.40 | 530.00 | $212.00 |
| 1/4/2023 | Mitchell Boal | Spread newest budget and forecast reports from the debtor for financial update. | Business Analysis / Operations | 1.70 | 530.00 | $901.00 |
| 1/4/2023 | Christian Klawunder | Continued to evaluate bank statement support for tracing analysis. | Litigation | 1.70 | 740.00 | $1,258.00 |
| 1/4/2023 | Michael Atkinson | Review financial update for committee | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |
| 1/4/2023 | Mitchell Boal | Continued update of budget and forecast financial analysis file. | Business Analysis / Operations | 1.80 | 530.00 | $954.00 |
| 1/4/2023 | Christian Klawunder | Evaluated bank statement support for tracing analysis. | Litigation | 2.10 | 740.00 | $1,554.00 |
| 1/5/2023 | Joshua Williams | Evolve cash tracing analysis for counsel | Litigation | 1.70 | 640.00 | $1,088.00 |
| 1/5/2023 | Christian Klawunder | Evaluated discovery materials related to IAC assets. | Litigation | 1.40 | 740.00 | $1,036.00 |
| 1/5/2023 | Christian Klawunder | Continued to evaluate discovery materials related to IAC assets. | Litigation | 1.80 | 740.00 | $1,332.00 |
| 1/5/2023 | Michael Atkinson | Review and analyze financial update for committee | Business Analysis / Operations | 1.30 | 1,150.00 | $1,495.00 |
| 1/5/2023 | Mitchell Boal | Continued updating internal cash flow tracker and budget variance reports based on latest statements from the company. | Business Analysis / Operations | 1.50 | 530.00 | $795.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/6/2023 | Mitchell Boal | Began updating financial update presentation slides with newest information. | Business Analysis / Operations | 1.50 | 530.00 | $795.00 |
| 1/6/2023 | Joshua Williams | Examine additional diligence from ICSPs | Litigation | 1.40 | 640.00 | $896.00 |
| 1/6/2023 | Christian Klawunder | Evaluated debtors' strategic alternatives in latest business plan. | Business Analysis / Operations | 1.60 | 740.00 | $1,184.00 |
| 1/6/2023 | Joshua Williams | Review and analyze diligence docs related to cash tracing | Litigation | 2.60 | 640.00 | $1,664.00 |
| 1/6/2023 | Christian Klawunder | Evaluated debtors' motion regarding asset sale procedures. | Business Analysis / Operations | 0.80 | 740.00 | $592.00 |
| 1/6/2023 | Christian Klawunder | Correspondence with FA regarding updated net assets report. | Plan and Disclosure Statement | 1.20 | 740.00 | $888.00 |
| 1/6/2023 | Timothy Strickler | Prepared queries in database to analyze non-litigation claims. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 1/6/2023 | Michael Atkinson | Review PHI for committee and prepare update | Business Analysis / Operations | 0.90 | 1,150.00 | $1,035.00 |
| 1/7/2023 | Christian Klawunder | Continued to evaluate debtors' strategic alternatives in latest business plan. | Business Analysis / Operations | 1.30 | 740.00 | $962.00 |
| 1/8/2023 | Christian Klawunder | Created slides regarding changes in shareholders' net assets. | Litigation | 1.90 | 740.00 | $1,406.00 |
| 1/8/2023 | Christian Klawunder | Analyzed recoverable value of inter-family loans. | Litigation | 1.40 | 740.00 | $1,036.00 |
| 1/9/2023 | Christian Klawunder | Analyzed shareholders' net assets per latest report. | Litigation | 1.20 | 740.00 | $888.00 |
| 1/9/2023 | Stilian Morrison | Review latest weekly sales (0.2) and cash forecast (0.3). | Business Analysis / Operations | 0.50 | 900.00 | $450.00 |
| 1/9/2023 | Joshua Williams | Create additional analysis on cash tracing elements for counsel | Litigation | 1.80 | 640.00 | $1,152.00 |
| 1/9/2023 | Michael Atkinson | Review Side B materials for counsel | Litigation | 1.60 | 1,150.00 | $1,840.00 |
| 1/9/2023 | Eunice Min | Review and revise draft November fee statement. | Fee / Employment Applications | 0.80 | 760.00 | $608.00 |
| 1/9/2023 | Christian Klawunder | Analyzed net assets of recently terminated trusts. | Litigation | 2.40 | 740.00 | $1,776.00 |
| 1/10/2023 | Christian Klawunder | Spread shareholders' historical financials. | Litigation | 1.20 | 740.00 | $888.00 |
| 1/10/2023 | Mitchell Boal | Continued updates on budget and forecast presentation. | Business Analysis / Operations | 1.30 | 530.00 | $689.00 |
| 1/10/2023 | Michael Atkinson | Follow up with Side A on financial update information request | Litigation | 0.30 | 1,150.00 | $345.00 |
| 1/10/2023 | Joshua Williams | Model and prepare additional cash tracing exhibits for counsel | Litigation | 2.90 | 640.00 | $1,856.00 |
| 1/10/2023 | Christian Klawunder | Continued to analyze shareholders' net assets per latest report. | Litigation | 1.80 | 740.00 | $1,332.00 |
| 1/10/2023 | Mitchell Boal | Began updating financial update presentation with latest budget and variance data. | Business Analysis / Operations | 1.50 | 530.00 | $795.00 |
| 1/10/2023 | Joshua Williams | Expand cash tracing exhibits | Litigation | 1.60 | 640.00 | $1,024.00 |
| 1/10/2023 | Eunice Min | Review update from company's advisors. | Business Analysis / Operations | 0.40 | 760.00 | $304.00 |
| 1/10/2023 | Michael Atkinson | Call with debtor FA's | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 1/10/2023 | Mitchell Boal | Formatted financial update presentation. | Business Analysis / Operations | 0.30 | 530.00 | $159.00 |
| 1/10/2023 | Michael Atkinson | Review various questions from insurance counsel | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |
| 1/11/2023 | Leonardo Kim | Continued generating cash flow related exhibits for financial updates. | Business Analysis / Operations | 1.90 | 300.00 | $570.00 |
| 1/11/2023 | Leonardo Kim | Began spreading cash flow related items for purposes of financial updates. | Business Analysis / Operations | 2.70 | 300.00 | $810.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/11/2023 | Leonardo Kim | Continued spreading cash flow related items for purposes of financial updates. | Business Analysis / Operations | 1.80 | 300.00 | $540.00 |
| 1/11/2023 | Michael Atkinson | Update counsel on call with debtor FA | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 1/11/2023 | Eunice Min | Review proposed supplemental retention requested from debtors. | Business Analysis / Operations | 0.30 | 760.00 | $228.00 |
| 1/11/2023 | Christian Klawunder | Evaluated transfer tracing requirements for claims based on certain jurisdiction. | Litigation | 1.90 | 740.00 | $1,406.00 |
| 1/11/2023 | Christian Klawunder | Analyzed net assets reports of Sackler trusts and individuals. | Litigation | 1.40 | 740.00 | $1,036.00 |
| 1/11/2023 | Leonardo Kim | Began spreading cash flow related items for purposes of financial updates. | Business Analysis / Operations | 2.70 | 300.00 | $810.00 |
| 1/11/2023 | Christian Klawunder | Evaluated recoverable value of Sackler inter-family loans and receivables. | Litigation | 1.70 | 740.00 | $1,258.00 |
| 1/11/2023 | Mitchell Boal | Update financial update presentation with latest information on P&L's for each operating segment and included supplemental commentary. | Business Analysis / Operations | 2.00 | 530.00 | $1,060.00 |
| 1/11/2023 | Leonardo Kim | Continued generating cash flow related exhibits for financial updates. | Business Analysis / Operations | 0.50 | 300.00 | $150.00 |
| 1/11/2023 | Leonardo Kim | Began generating cash flow related exhibits for financial updates. | Business Analysis / Operations | 2.60 | 300.00 | $780.00 |
| 1/11/2023 | Eunice Min | Analyze flash results for October to assess ongoing trends | Business Analysis / Operations | 0.80 | 760.00 | $608.00 |
| 1/11/2023 | Mitchell Boal | Analyzed latest profit and loss from the debtors for commentary in financial update presentation. | Business Analysis / Operations | 1.80 | 530.00 | $954.00 |
| 1/12/2023 | Christian Klawunder | Created slide for estate claims analysis. | Litigation | 1.50 | 740.00 | $1,110.00 |
| 1/12/2023 | Jason Crockett | Review and analyze information related to potential insurance coverage availability and issues for certain years and types of claims. | Business Analysis / Operations | 1.40 | 910.00 | $1,274.00 |
| 1/12/2023 | Michael Atkinson | Review opioid claims issues for counsel | Litigation | 1.20 | 1,150.00 | $1,380.00 |
| 1/12/2023 | Christian Klawunder | Evaluated deposition from insurance adversary proceeding. | Litigation | 2.20 | 740.00 | $1,628.00 |
| 1/13/2023 | Timothy Strickler | Reviewed and analyzed schedule of claims prepared by claims agent. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 1/13/2023 | Christian Klawunder | Analyzed net assets and distributions received by terminated trusts. | Litigation | 1.90 | 740.00 | $1,406.00 |
| 1/13/2023 | Leonardo Kim | Began preparation of creating exhibits for purpose of analyzing market share. | Business Analysis / Operations | 2.10 | 300.00 | $630.00 |
| 1/13/2023 | Christian Klawunder | Examined Sackler financial update. | Litigation | 2.20 | 740.00 | $1,628.00 |
| 1/13/2023 | Timothy Strickler | Imported new claims data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 2.20 | 530.00 | $1,166.00 |
| 1/13/2023 | Michael Atkinson | Review and analyze PHI materials for committee | Business Analysis / Operations | 1.20 | 1,150.00 | $1,380.00 |
| 1/13/2023 | Leonardo Kim | Began spreading financials for purpose of analyzing market share. | Business Analysis / Operations | 2.40 | 300.00 | $720.00 |
| 1/13/2023 | Leonardo Kim | Continued spreading financials for purpose of analyzing market share. | Business Analysis / Operations | 2.30 | 300.00 | $690.00 |
| 1/13/2023 | Timothy Strickler | Reviewed new claims added to claims register. | Claims Analysis and Objections | 0.40 | 530.00 | $212.00 |
| 1/13/2023 | Christian Klawunder | Analyzed estimated recoverable value of related party receivables. | Litigation | 1.60 | 740.00 | $1,184.00 |
| 1/14/2023 | Christian Klawunder | Continued to examine Sackler financial update. | Litigation | 1.90 | 740.00 | $1,406.00 |
| 1/15/2023 | Christian Klawunder | Prepared slides for Sackler financial update. | Litigation | 2.40 | 740.00 | $1,776.00 |
| 1/15/2023 | Christian Klawunder | Continued to prepare slides for Sackler financial update. | Litigation | 1.30 | 740.00 | $962.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/16/2023 | Christian Klawunder | Created slides for Sackler financial update. | Litigation | 2.30 | 740.00 | $1,702.00 |
| 1/16/2023 | Christian Klawunder | Analyzed financial update for Sackler trusts. | Litigation | 2.10 | 740.00 | $1,554.00 |
| 1/16/2023 | Timothy Strickler | Reviewed recent POCs added to claims register. | Claims Analysis and Objections | 0.50 | 530.00 | $265.00 |
| 1/16/2023 | Timothy Strickler | Imported recent claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.70 | 530.00 | $1,431.00 |
| 1/16/2023 | Christian Klawunder | Continued to analyze shareholders' financial update. | Litigation | 1.60 | 740.00 | $1,184.00 |
| 1/16/2023 | Leonardo Kim | Spread out financials related to market share of certain debtor products. | Business Analysis / Operations | 0.10 | 300.00 | $30.00 |
| 1/16/2023 | Timothy Strickler | Reviewed/analyzed claims schedule prepared by claims agent. | Claims Analysis and Objections | 1.60 | 530.00 | $848.00 |
| 1/16/2023 | Eunice Min | Review counsel's edits to draft November fee statement | Fee / Employment Applications | 0.10 | 760.00 | $76.00 |
| 1/16/2023 | Leonardo Kim | Spread out financials related to market share of certain debtor products. | Business Analysis / Operations | 2.00 | 300.00 | $600.00 |
| 1/16/2023 | Michael Atkinson | Review and analyze side B materials and prepare comparison analysis for counsel | Litigation | 4.10 | 1,150.00 | $4,715.00 |
| 1/16/2023 | Leonardo Kim | Prepared exhibits related to market share of debtor products. | Business Analysis / Operations | 2.10 | 300.00 | $630.00 |
| 1/16/2023 | Leonardo Kim | Continued to spread out financials related to market share of certain debtor products. | Business Analysis / Operations | 1.70 | 300.00 | $510.00 |
| 1/17/2023 | Christian Klawunder | Evaluated shareholders' financial update. | Litigation | 1.90 | 740.00 | $1,406.00 |
| 1/17/2023 | Timothy Strickler | Updated analysis of litigation claims filed. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 1/17/2023 | Christian Klawunder | Continued to draft overview slides for shareholders' financial update. | Litigation | 1.50 | 740.00 | $1,110.00 |
| 1/17/2023 | Michael Atkinson | Review and analyze committee call materials | Committee Activities | 0.70 | 1,150.00 | $805.00 |
| 1/17/2023 | Christian Klawunder | Drafted overview slides for Sackler update. | Litigation | 1.80 | 740.00 | $1,332.00 |
| 1/17/2023 | Timothy Strickler | Reviewed and analyzed recent financial documents produced. | Business Analysis / Operations | 1.30 | 530.00 | $689.00 |
| 1/18/2023 | Timothy Strickler | Updated and revised claims summary and detail schedules. | Claims Analysis and Objections | 1.30 | 530.00 | $689.00 |
| 1/18/2023 | Christian Klawunder | Evaluated information brief. | Claims Analysis and Objections | 2.10 | 740.00 | $1,554.00 |
| 1/18/2023 | Christian Klawunder | Continued to draft slides for shareholders' financial update. | Litigation | 0.80 | 740.00 | $592.00 |
| 1/18/2023 | Christian Klawunder | Drafted slides for shareholders' financial update. | Litigation | 2.40 | 740.00 | $1,776.00 |
| 1/18/2023 | Timothy Strickler | Updated analysis of non-litigation claims filed. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 1/18/2023 | Mitchell Boal | Analyzed variance and budget reports for updates on financial status. | Business Analysis / Operations | 0.50 | 530.00 | $265.00 |
| 1/18/2023 | Eunice Min | Review latest naloxone and other PHI updates in preparation for call with company | Business Analysis / Operations | 1.20 | 760.00 | $912.00 |
| 1/19/2023 | Eunice Min | Committee call on PHI update from company. | Committee Activities | 1.00 | 760.00 | $760.00 |
| 1/19/2023 | Christian Klawunder | Prepared summary of PI-related issues and objections. | Court Filings | 1.20 | 740.00 | $888.00 |
| 1/19/2023 | Christian Klawunder | Continued to create slides for financial update. | Committee Activities | 1.60 | 740.00 | $1,184.00 |
| 1/19/2023 | Michael Atkinson | Review and analyze PHI issues before call | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 1/19/2023 | Stilian Morrison | Review most recent presentation from naloxone partner | Business Analysis / Operations | 0.60 | 900.00 | $540.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/19/2023 | Michael Atkinson | Committee call | Committee Activities | 1.00 | 1,150.00 | $1,150.00 |
| 1/19/2023 | Stilian Morrison | Call to update on Public Health Initiative | Business Analysis / Operations | 0.70 | 900.00 | $630.00 |
| 1/19/2023 | Christian Klawunder | Conducted analysis relevant to financial update. | Litigation | 2.60 | 740.00 | $1,924.00 |
| 1/19/2023 | Christian Klawunder | Evaluated PI-related recent filings. | Court Filings | 1.80 | 740.00 | $1,332.00 |
| 1/20/2023 | Christian Klawunder | Continued to create slides for financial update presentation. | Committee Activities | 2.40 | 740.00 | $1,776.00 |
| 1/20/2023 | Michael Atkinson | Review and analyze insurance materials | Litigation | 0.80 | 1,150.00 | $920.00 |
| 1/20/2023 | Christian Klawunder | Created charts for financial update presentation. | Committee Activities | 1.70 | 740.00 | $1,258.00 |
| 1/20/2023 | Michael Atkinson | Review and analyze alternative plan options for counsel | Plan and Disclosure Statement | 1.90 | 1,150.00 | $2,185.00 |
| 1/21/2023 | Michael Atkinson | Review and analyze Side B Sackler financial update for counsel | Litigation | 4.30 | 1,150.00 | $4,945.00 |
| 1/22/2023 | Michael Atkinson | Review and analyze Sackler side B financial update for counsel | Litigation | 1.80 | 1,150.00 | $2,070.00 |
| 1/22/2023 | Michael Atkinson | Review recent opioid settlements and provide update to committee | Claims Analysis and Objections | 1.10 | 1,150.00 | $1,265.00 |
| 1/23/2023 | Stilian Morrison | Update re: latest business plan update | Business Analysis / Operations | 0.20 | 900.00 | $180.00 |
| 1/23/2023 | Timothy Strickler | Imported new POC data into database; updated tables and queries for analyses. | Claims Analysis and Objections | 2.60 | 530.00 | $1,378.00 |
| 1/23/2023 | Raul Busto | Review business plan presentation. | Business Analysis / Operations | 1.60 | 600.00 | $960.00 |
| 1/23/2023 | Leonardo Kim | Spread financials related to variances within business plan. | Business Analysis / Operations | 1.40 | 300.00 | $420.00 |
| 1/23/2023 | Christian Klawunder | Revised financial update slides. | Committee Activities | 2.20 | 740.00 | $1,628.00 |
| 1/23/2023 | Timothy Strickler | Reviewed and analyzed schedule of claims uploaded by claims agent. | Claims Analysis and Objections | 1.70 | 530.00 | $901.00 |
| 1/23/2023 | Christian Klawunder | Continued to revise financial update slides. | Committee Activities | 1.40 | 740.00 | $1,036.00 |
| 1/23/2023 | Eunice Min | Start to review business plan presentation. | Business Analysis / Operations | 0.90 | 760.00 | $684.00 |
| 1/23/2023 | Timothy Strickler | Reviewed recent POCs filed. | Claims Analysis and Objections | 0.60 | 530.00 | $318.00 |
| 1/23/2023 | Stilian Morrison | Analyze 2023 budget and long-term plan | Business Analysis / Operations | 1.30 | 900.00 | $1,170.00 |
| 1/24/2023 | Michael Atkinson | Review, analyze and create Side B financial update analysis for counsel and committee | Litigation | 3.20 | 1,150.00 | $3,680.00 |
| 1/24/2023 | Eunice Min | Review business plan presentation in preparation for call with management | Business Analysis / Operations | 2.60 | 760.00 | $1,976.00 |
| 1/24/2023 | Stilian Morrison | Review E. Min update on 2023 budget and long-term plan | Business Analysis / Operations | 0.50 | 900.00 | $450.00 |
| 1/24/2023 | Christian Klawunder | Continued to analyze debtors' 2023 business plan and budget. | Business Analysis / Operations | 2.10 | 740.00 | $1,554.00 |
| 1/24/2023 | Timothy Strickler | Analyzed litigation claims and updated schedules. | Claims Analysis and Objections | 2.50 | 530.00 | $1,325.00 |
| 1/24/2023 | Eunice Min | Call with management and FAs to discuss new business plan | Business Analysis / Operations | 1.40 | 760.00 | $1,064.00 |
| 1/24/2023 | Christian Klawunder | Analyzed debtors' 2023 business plan and budget. | Business Analysis / Operations | 2.40 | 740.00 | $1,776.00 |
| 1/24/2023 | Leonardo Kim | Began spreading financials related to 2023 budget. | Business Analysis / Operations | 2.40 | 300.00 | $720.00 |
| 1/24/2023 | Leonardo Kim | Continued spreading financials related to 2023 budget. | Business Analysis / Operations | 1.70 | 300.00 | $510.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 1/24/2023 | Stilian Morrison | Call with management to go through 2023 budget and long-term plan | Business Analysis / Operations | 1.40 | 900.00 | $1,260.00 |
| 1/24/2023 | Leonardo Kim | Began generation of exhibits related to 2023 budget. | Business Analysis / Operations | 1.50 | 300.00 | $450.00 |
| 1/25/2023 | Christian Klawunder | Created charts for financial update. | Committee Activities | 2.30 | 740.00 | $1,702.00 |
| 1/25/2023 | Leonardo Kim | Finalized generating exhibits and spreading financials related to 2023 budget. | Business Analysis / Operations | 2.60 | 300.00 | $780.00 |
| 1/25/2023 | Christian Klawunder | Analyzed debtors' pipeline per latest business plan. | Business Analysis / Operations | 1.30 | 740.00 | $962.00 |
| 1/25/2023 | Christian Klawunder | Continued to analyze debtors' latest business plan. | Business Analysis / Operations | 1.70 | 740.00 | $1,258.00 |
| 1/25/2023 | Timothy Strickler | Analyzed non-litigation claims and updated schedules. | Claims Analysis and Objections | 2.80 | 530.00 | $1,484.00 |
| 1/25/2023 | Eunice Min | Start preparing analysis estimating cash flow impact of new business plan projections. | Business Analysis / Operations | 2.30 | 760.00 | $1,748.00 |
| 1/25/2023 | Stilian Morrison | Review business plan deck (0.7) and correspond with E. Min (0.4) on questions and follow-up re: same | Business Analysis / Operations | 1.10 | 900.00 | $990.00 |
| 1/26/2023 | Raul Busto | Draft memo for counsel on update. | Business Analysis / Operations | 0.60 | 600.00 | $360.00 |
| 1/26/2023 | Christian Klawunder | Continued to create slides for shareholder financial update. | Litigation | 1.90 | 740.00 | $1,406.00 |
| 1/26/2023 | Christian Klawunder | Evaluated debtors' 5-year business plan. | Business Analysis / Operations | 1.60 | 740.00 | $1,184.00 |
| 1/26/2023 | Michael Atkinson | Review and analyze updated business plan and supporting slides | Business Analysis / Operations | 2.90 | 1,150.00 | $3,335.00 |
| 1/26/2023 | Christian Klawunder | Created summary slides for financial update. | Litigation | 1.70 | 740.00 | $1,258.00 |
| 1/26/2023 | Timothy Strickler | Revised and updated claims detail schedules. | Claims Analysis and Objections | 1.90 | 530.00 | $1,007.00 |
| 1/27/2023 | Michael Atkinson | Review and prepare materials for committee regarding business plan | Business Analysis / Operations | 1.70 | 1,150.00 | $1,955.00 |
| 1/27/2023 | Raul Busto | Review update on case issues. | Business Analysis / Operations | 0.90 | 600.00 | $540.00 |
| 1/27/2023 | Eunice Min | Review Project Sequoia update from team. | Business Analysis / Operations | 0.30 | 760.00 | $228.00 |
| 1/27/2023 | Christian Klawunder | Compared debtors' current and previous business plans. | Business Analysis / Operations | 2.20 | 740.00 | $1,628.00 |
| 1/27/2023 | Michael Atkinson | Call with debtor regarding project sequoia | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |
| 1/27/2023 | Eunice Min | Analyze trends for branded extended release prescription and debtors' market share. | Business Analysis / Operations | 2.30 | 760.00 | $1,748.00 |
| 1/30/2023 | Eric Mattson | Drafted December fee statement (1.4). Emailed to E. Min for review (0.1). | Fee / Employment Applications | 1.50 | 220.00 | $330.00 |
| 1/31/2023 | Eunice Min | Review requested supplemental retention. | Business Analysis / Operations | 0.60 | 760.00 | $456.00 |
| 1/31/2023 | Michael Atkinson | Review and analyze Avrio update and retention issues | Business Analysis / Operations | 0.80 | 1,150.00 | $920.00 |
| 1/31/2023 | Michael Atkinson | Review and update counsel of Avrio | Business Analysis / Operations | 0.50 | 1,150.00 | $575.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|------|------------------|-------------|----------------|
| 1/31/2023 | Miscellaneous | January research fees. | $592.00 |
| | **Total Expenses** | | **$592.00** |