KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
PURDUE PHARMA L.P., *et al.* : Case No. 19-23649 (SHL)
: 
Debtors.[1] : (Jointly Administered)
---------------------------------------------------------------x

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | January 1, 2023 through January 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $6,272.44 (80% of $7,840.55) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $293.77 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $6,566.21 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its thirty-eighth monthly fee statement (the "Monthly Fee Statement") for the period beginning January 1, 2023 through and including January 31, 2023 (the "Fee Period"). During the Fee Period, the fees incurred by KCC were $7,840.55.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $6,566.21, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

### NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on April 13, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: March 30, 2023
El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

a)  I am Assistant General Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b)  I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c)  I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: March 30, 2023
      El Segundo, California

                                  /s/ *Sarah Harbuck*

                                  Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | Consultant | 1.4 | $200.86 | $281.20 |
| CET | Christopher Estes | Consultant | 3.8 | $203.28 | $772.49 |
| CHT | Cheryl Tracey | Consultant | 0.8 | $200.86 | $160.70 |
| CJC | Caitlin Corrie | Consultant | 0.2 | $125.24 | $25.04 |
| CJI | Cooper Ide | Technical Programming Consultant | 0.5 | $102.31 | $51.16 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.1 | $231.53 | $254.68 |
| HBU | Hannah Bussey | Consultant | 0.3 | $200.86 | $60.26 |
| HEF | Heather Fellows | Consultant | 0.5 | $149.44 | $74.72 |
| HUM | Hugo Morales | Consultant | 0.1 | $155.49 | $15.55 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $143.39 | $43.02 |
| JBU | Joseph Bunning | Senior Consultant | 18 | $206.91 | $3,724.39 |
| JDG | Jennifer Grageda | Consultant | 0.5 | $149.44 | $74.71 |
| MDO | Matthew Orr | Consultant | 1.4 | $200.86 | $281.20 |
| MPE | Mario Perez | Clerk | 0.1 | $53.85 | $5.38 |
| MVA | Maria Valencia | Consultant | 0.6 | $200.86 | $120.52 |
| SEB | Senayt Berhe | Consultant | 1.6 | $149.44 | $239.10 |
| SEW | Scott Ewing | Senior Consultant | 1.3 | $206.91 | $268.97 |
| SYU | Susan Yu | Consultant | 5.8 | $203.28 | $1,179.08 |
| VTM | Vien Marquez | Senior Managing Consultant | 0.9 | $231.53 | $208.38 |
| | | | | | |
| | **TOTALS** | | **39.2** | | **$7,840.55** |

**Exhibit B**
**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 18 | $0.11 | $1.98 |
| First Class Mail | | | $1.25 |
| PACER – Public Access Service Fees | | | $4.30 |
| Printing and Mailing Expenses | | | $275.00 |
| Sales and Use Tax | | | $11.24 |
| | | | |
| **TOTAL** | | | **$293.77** |

**Exhibit C**
**Invoice**



February 22, 2023

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
          USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period January 1, 2023 to January 31, 2023 in the amount of $8,134.32 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring



Enclosures



February 22, 2023

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | February 22, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2436902 | Due Date | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $7,840.55 |
| *Total of Hourly Fees* | $7,840.55 |
| **Expenses** | |
| Expenses | $282.53 |
| *Total Expenses* | $282.53 |
| *Invoice Subtotal* | $8,123.08 |
| Sales and Use Tax | 11.24 |
| *Total Invoice* | **$8,134.32** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA | Check Payments to: | Wire Payments to: |
|---|---|---|---|
| Invoice Number | US_KCC2436902 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $8,134.32 | Dept CH 16639 | HSBC Bank, NA |
| Amount Paid | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

01/01/2023 - 01/31/2023

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | CON | 1.40 | $200.86 | $281.20 |
| CET | Christopher Estes | CON | 3.80 | $203.28 | $772.49 |
| CHT | Cheryl Tracey | CON | 0.80 | $200.86 | $160.70 |
| CJC | Caitlin Corrie | CON | 0.20 | $125.24 | $25.04 |
| CJI | Cooper Ide | TPC | 0.50 | $102.31 | $51.16 |
| EJG | Evan Gershbein | SMC | 1.10 | $231.53 | $254.68 |
| HBU | Hannah Bussey | CON | 0.30 | $200.86 | $60.26 |
| HEF | Heather Fellows | CON | 0.50 | $149.44 | $74.72 |
| HUM | Hugo Morales | CON | 0.10 | $155.49 | $15.55 |
| IRJ | Ivan Rios Jimenez | CON | 0.30 | $143.39 | $43.02 |
| JBU | Joseph Bunning | SC | 18.00 | $206.91 | $3,724.39 |
| JDG | Jennifer Grageda | CON | 0.50 | $149.44 | $74.71 |
| MDO | Matthew Orr | CON | 1.40 | $200.86 | $281.20 |
| MPE | Mario Perez | CL | 0.10 | $53.85 | $5.38 |
| MVA | Maria Valencia | CON | 0.60 | $200.86 | $120.52 |
| SEB | Senayt Berhe | CON | 1.60 | $149.44 | $239.10 |
| SEW | Scott Ewing | SC | 1.30 | $206.91 | $268.97 |
| SYU | Susan Yu | CON | 5.80 | $203.28 | $1,179.08 |
| VTM | Vien Marquez | SMC | 0.90 | $231.53 | $208.38 |
| | | | | **Total** | **$7,840.55** |

## *Kurtzman Carson Consultants LLC*

01/01/2023 - 01/31/2023

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 1/3/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 1/3/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 1/3/2023 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 1/3/2023 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
|  |  |  | *Total for 1/3/2023* |  | *2.00* |
| 1/4/2023 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Ninth Supplemental Declaration of Arik Preis [DN 5316] | CON | Noticing | 0.40 |
| 1/4/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
|  |  |  | *Total for 1/4/2023* |  | *1.30* |
| 1/5/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 1/5/2023 | SYU | Review mail report for Ninth Supplemental Declaration of Arik Preis [DN 5316] | CON | Noticing | 0.10 |
| 1/5/2023 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 1/5/2023 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 1/5/2023 | HBU | Respond to creditor inquiry regarding case information | CON | Communications / Call Center | 0.20 |
| 1/5/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 1/5/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
|  |  |  | *Total for 1/5/2023* |  | *2.10* |
| 1/6/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 1/6/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 1/6/2023 | CHT | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.10 |
| 1/6/2023 | CET | Assist consultants in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
|  |  |  | *Total for 1/6/2023* |  | *1.30* |
| 1/9/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
|  |  |  | *Total for 1/9/2023* |  | *0.80* |
| 1/10/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 1/10/2023 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |

## Kurtzman Carson Consultants LLC

01/01/2023 - 01/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | **Total for 1/10/2023** | | **1.30** |
| 1/11/2023 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 1/11/2023 | JDG | Facilitate change of address processing, scan and input into KCC CaseView | CON | Document Processing | 0.10 |
| 1/11/2023 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 1/11/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 1/11/2023 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 1/11/2023 | HEF | Process and prepare changes of address received for scanning into KCC CaseView | CON | Document Processing | 0.20 |
| 1/11/2023 | CET | Assist consultants in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 1/11/2023 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 1/11/2023 | SEW | Review email and respond to KCC Team re COA; Research and update Master Service List | SC | Noticing | 0.30 |
| 1/11/2023 | MVA | Process and prepare undeliverable mail from Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] - Supplemental Party to be sent to creditor per Post Office forwarding address | CON | Noticing | 0.30 |
| | | | **Total for 1/11/2023** | | **2.50** |
| 1/12/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 1/12/2023 | SYU | Review the Master Service List for any updates per Notice of Change of Address of Creditor | CON | Noticing | 0.20 |
| 1/12/2023 | SYU | Perform administrative review of the Master Service List re change of address per mail forwarding | CON | Noticing | 0.20 |
| 1/12/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 1/12/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | **Total for 1/12/2023** | | **1.90** |
| 1/13/2023 | JDG | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 1/13/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 1/13/2023 | HEF | Review Supplemental Certificate of Service from Post Office Forwarding Mail re DNs 5302 & 5316 | CON | Noticing | 0.20 |
| 1/13/2023 | SEB | Prepare Supplemental Certificate of Service from Post Office Forwarding Mail re DNs 5302 & 5316 | CON | Noticing | 1.50 |
| 1/13/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 1/13/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 1/13/2023 | SEW | Review/upload supplemental certificate of service for Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | SC | Noticing | 0.10 |
| 1/13/2023 | SEW | Quality control review of supplemental certificate of service re Supplemental Declaration of Arik Preis ISO Akin Gump Retention App [DN 5302] | SC | Noticing | 0.10 |

## Kurtzman Carson Consultants LLC

01/01/2023 - 01/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 1/13/2023 | MVA | Process and prepare undeliverable mail from Ninth Supplemental Declaration of Arik Preis [DN 5316] to be sent to creditor per Post Office forwarding address | CON | Noticing | 0.30 |
| | | | | **Total for 1/13/2023** | **4.00** |
| 1/17/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 1/17/2023 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 1/17/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 1/17/2023 | CHT | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 1/17/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 1/17/2023** | **1.70** |
| 1/18/2023 | EJG | Attention to Fee Statements [DNs 5348-5353] mailings, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 1/18/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 1/18/2023 | SYU | Correspond with counsel re service of Fee Statements | CON | Noticing | 0.10 |
| 1/18/2023 | SYU | Coordinate and generate Fee Statements [DNs 5348-5353] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 1/18/2023 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 1/18/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 1/18/2023 | SEW | Quality control review of Fee Statements [DNs 5348-5353] mailing | SC | Noticing | 0.20 |
| | | | | **Total for 1/18/2023** | **3.00** |
| 1/19/2023 | EJG | Attention to Notice of Professional Fee Hourly Rates [DN 5357] mailings, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 1/19/2023 | MPE | Assist with Notice of Professional Fee Hourly Rates [DN 5357] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 1/19/2023 | MDO | Assist with Notice of Professional Fee Hourly Rates [DN 5357] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 1/19/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 1/19/2023 | IRJ | Assist with Notice of Professional Fee Hourly Rates [DN 5357] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 1/19/2023 | HUM | Assist with Notice of Professional Fee Hourly Rates [DN 5357] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 1/19/2023 | SYU | Correspond with counsel re service of Notice of Professional Fee Hourly Rates | CON | Noticing | 0.10 |
| 1/19/2023 | SYU | Prepare Certificate of Service re Fee Statements [DNs 5348-5353] mailing | CON | Noticing | 0.60 |
| 1/19/2023 | SYU | Coordinate and generate Notice of Professional Fee Hourly Rates [DN 5357] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |

## Kurtzman Carson Consultants LLC

01/01/2023 - 01/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 1/19/2023 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 1/19/2023 | SYU | Perform administrative review of the Fee Statements [DNs 5348-5353] mailing to ensure accuracy | CON | Noticing | 0.30 |
| 1/19/2023 | SYU | Update Master Service List per email undeliverable notification | CON | Noticing | 0.20 |
| 1/19/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 1/19/2023 | AOP | Assist with Notice of Professional Fee Hourly Rates [DN 5357] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 1/19/2023 | CJI | Review and update pleading images in KCC CaseView | TPC | Case Administration / Maintenance | 0.50 |
| 1/19/2023 | SEW | Quality control review of Notice of Professional Fee Hourly Rates [DN 5357] mailing | SC | Noticing | 0.20 |
| 1/19/2023 | SEW | Quality control review of certificate of service re Fee Statements [DNs 5348-5353] | SC | Noticing | 0.20 |
| 1/19/2023 | VTM | Assist with Notice of Professional Fee Hourly Rates [DN 5357] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.70 |
| | | | *Total for 1/19/2023* | | *7.30* |
| 1/20/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 1/20/2023 | SYU | Prepare Certificate of Service re Notice of Professional Fee Hourly Rates [DN 5357] mailing | CON | Noticing | 0.60 |
| 1/20/2023 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 1/20/2023 | SYU | Perform administrative review of the Notice of Professional Fee Hourly Rates [DN 5357] mailing to ensure accuracy | CON | Noticing | 0.30 |
| 1/20/2023 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 1/20/2023 | SEB | Manage and review tracking of undeliverable mail re Notice of Professional Fee Hourly Rates [DN 5357] | CON | Undeliverable Mail Processing | 0.10 |
| 1/20/2023 | SEW | Quality control review of certificate of service re Notice of Professional Fee Hourly Rates [DN 5357] | SC | Noticing | 0.20 |
| | | | *Total for 1/20/2023* | | *2.20* |
| 1/23/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 1/23/2023 | SYU | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| | | | *Total for 1/23/2023* | | *1.00* |
| 1/24/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| | | | *Total for 1/24/2023* | | *1.00* |
| 1/25/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 1/25/2023 | CET | Assist consultants in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |

## Kurtzman Carson Consultants LLC

01/01/2023 - 01/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 1/25/2023 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 5357] | CON | Noticing | 0.40 |
| | | | | **Total for 1/25/2023** | **1.50** |
| 1/26/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 1/26/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 1/26/2023** | **1.20** |
| 1/27/2023 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 5357] | CON | Noticing | 0.40 |
| 1/27/2023 | SYU | Update the Master Service List per Withdrawal of Notice of Appearance | CON | Noticing | 0.20 |
| 1/27/2023 | SYU | Review mail report for Notice of Professional Fee Hourly Rates [DN 5357] | CON | Noticing | 0.10 |
| | | | | **Total for 1/27/2023** | **0.70** |
| 1/28/2023 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 5357] | SMC | Noticing | 0.20 |
| | | | | **Total for 1/28/2023** | **0.20** |
| 1/30/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 1/30/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 1/30/2023** | **1.10** |
| 1/31/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 1/31/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 1/31/2023** | **1.10** |
| | | | | **Total Hours** | **39.20** |

## *Kurtzman Carson Consultants LLC*

01/01/2023 - 01/31/2023

### *Expenses*

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Photocopies | 18 | $0.11 | $1.98 |
| First Class Mail | | | $1.25 |
| PACER - Public Access Service Fees | | | $4.30 |
| Printing and Mailing Expenses (See Exhibit) | | | $275.00 |
| | | ***Total Expenses*** | ***$282.53*** |

## Kurtzman Carson Consultants LLC

01/01/2023 - 01/31/2023

### Printing and Mailing Expenses

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 1/19/2023 | Notice of Professional Fee Hourly Rates [DN 5357] | 1 | Email Service Setup to 198 Email Parties | $275.00 | $275.00 |

| | | | **Total Printing and Mailing Expenses** | | ***$275.00*** |