DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF PRESENTMENT OF PROPOSED STIPULATION AND
AGREED ORDER AUTHORIZING KROLL RESTRUCTURING ADMINISTRATION
LLC TO UTILIZE CONFIDENTIAL CLAIMANT NOTICING INFORMATION IN
CONNECTION WITH ENDO INTERNATIONAL PLC'S CHAPTER 11 CASES**

**PLEASE TAKE NOTICE** that on April 3, 2023, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Purdue Debtors**"), filed the *Proposed Stipulation and Agreed Order Authorizing Kroll Restructuring Administration LLC to Utilize Confidential Claimant Noticing*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Information in Connection with Endo International plc's Chapter 11 Cases* (the "**Stipulation and Order**").

**PLEASE TAKE FURTHER NOTICE** that the Stipulation and Order between the Purdue Debtors, Endo International plc and its affiliated debtors and debtors in possession (collectively, "*Endo*") in the jointly-administered Case No. 22-22549 (JLG) (the "*Endo Chapter 11 Cases*") in the United States Bankruptcy Court for the Southern District of New York, and the official committee of opioid-related creditors in the Endo Chapter 11 Cases (the "*Endo Committee*") allows Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) ("*Kroll*") to share and utilize certain confidential claimant contact information for purposes of providing notice of (a) the potential sale of substantially all of Endo's assets under section 363 of the Bankruptcy Code and (b) the establishment of a bar date and deadline to file proofs of claims in the Endo Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Stipulation and Order is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Sean H. Lane in the United States Bankruptcy Court for the Southern District of New York, so as to be received by **April 18, 2023 at 4:00 p.m. (prevailing Eastern Time)**, there will not be a hearing to consider the Stipulation and Order, and the Stipulation and Order will be presented for signature by the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **April 25, 2023 at 11:00 a.m. (prevailing Eastern Time)**.  A copy of the Stipulation and Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Stipulation and Order, a hearing (the "**Hearing**") will be held to consider the Stipulation and Order before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Stipulation and Order and all related papers may be obtained free of charge by visiting the website of Kroll at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: April 3, 2023
New York, New York

Respectfully submitted,

/s/ *James I. McClammy*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak

*Counsel to the Debtors
and Debtors in Possession*