**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF THIRTY-NINTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | January 1, 2023 Through January 31, 2023 |
| **Amount of Compensation Requested (after 13% discount):** | $179,030.77 |
| **Less 20% Holdback** | $35,806.15 |
| **Net of Holdback**: | $143,224.62 |
| **Amount of Expense Reimbursement Requested:** | $42,608.10 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $185,832.72 |
| **This is a** | X__ Monthly _____Interim ___ Final Fee Statement |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirty-ninth monthly fee statement (the "Thirty-Ninth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from January 1, 2023 through January 31, 2023 (the "Thirty-Ninth Monthly Fee Period"). By this Thirty-Ninth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $185,832.72 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirty-Ninth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirty-Ninth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $26,751.72 for the Thirty-Ninth Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2023, Jones Day is using 2022 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

hourly billing rate of Jones Day timekeepers during the Thirty-Ninth Monthly Fee Period is approximately $949.26.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirty-Ninth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirty-Ninth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirty-Ninth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirty-Ninth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirty-Ninth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

     6.     Objections to this Thirty-Ninth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary (nyeary@jonesday.com) no later than April 18, 2023 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

     7.     If no objections to this Thirty-Ninth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirty-Ninth Monthly Fee Statement.

     8.     To the extent that an objection to this Thirty-Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Thirty-Ninth Monthly Fee Statement

has been made to this or any other court.

Dated: April 4, 2023                             _/s/  Nathan Yeary_____
      New York, NY                         JONES DAY
                                                       John J. Normile
                                                       Nathan Yeary
                                                       250 Vesey Street
                                                       New York, NY 10281
                                                       Telephone:      (212) 326-3939
                                                       Facsimile:      (212) 755-7306
                                                       Email:          jjnormile@jonesday.com
                                                                         nyeary@jonesday.com

                                        *Special Counsel to the Debtors and*
                                        *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JANUARY 1, 2023 – JANUARY 31, 2023**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,300.00 | $1,131.00 | 13.4 | $15,155.40 |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 0.8 | $730.80 |
| Gasper J. LaRosa | 2002 | $1,300.00 | $1,131.00 | 10.0 | $11,310.00 |
| John J. Normile | 1989 | $1,450.00 | $1,261.50 | 44.7 | $56,389.05 |
| Jennifer L. Swize | 2005 | $1,250.00 | $1,087.50 | 13.9 | $15,116.25 |
| **TOTAL PARTNER:** | | | | **82.8** | **$98,701.50** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 6.2 | $3,910.65 |
| Kevin V. McCarthy | 2016 | $925.00 | $804.75 | 54.0 | $43,456.50 |
| Adam M. Nicolais | 2017 | $850.00 | $739.50 | 43.7 | $32,316.15 |
| **TOTAL ASSOCIATE:** | | | | **103.9** | **$79,683.30** |
| **PARALEGAL & STAFF** | | | | | |
| DL Hughes | N/A | $500.00 | $435.00 | 0.6 | $261.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 0.4 | $130.50 |
| B Zhu | N/A | $325.00 | $282.75 | 0.9 | $254.48 |
| **TOTAL PARALEGAL & STAFF:** | | | | **1.9** | **$645.98** |
| **TOTAL:** | | | | **188.6** | **$179,030.78** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY  1, 2023 – JANUARY 31, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Confidential Matter I | 1.7 | $1,132.50 |
| Collegium Pharmaceuticals | 14.5 | $15,175.00 |
| Collegium 961 PGR | 1.1 | $920.00 |
| Accord Healthcare Inc. | 171.3 | $188,555.00 |
| **TOTAL** | **188.6** | **$205,782.50** |
| **13% DISCOUNT** | | **($26,751.73)** |
| **TOTAL FEES** | | **$179,030.78** |

## EXHIBIT C

**EXPENSE SUMMARY**
**JANUARY 1 2023 – JANUARY 31, 2023**

| Expense Category | Total Expenses |
|---|---|
| Consultants and Agents | $39,158.10 |
| Printing Charges | $3,527.16 |
| United Parcel Service Charges | $22.84 |
| Travel – Train Fare | ($100.00) |
| **TOTAL** | **$42,608.10** |

# **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2023

305158.610005
Invoice: 230901400

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 15,175.00 |
| Less 13% Discount | | (1,972.75) |
| Total Billed Fees | USD | 13,202.25 |
| **TOTAL** | **USD** | **13,202.25** |



PLEASE REFERENCE 305158 610005/230901400 WITH YOUR PAYMENT

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 3.50 | 1,450.00 | 5,075.00 |
| Associate |  |  |  |
| K McCarthy | 10.00 | 925.00 | 9,250.00 |
| A M Nicolais | 1.00 | 850.00 | 850.00 |
| **Total** | **14.50** | **USD** | **15,175.00** |

## JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/05/23 | J J Normile | 2.00 |
| 01/09/23 | K McCarthy | 1.50 |
| 01/10/23 | K McCarthy | 3.50 |
| 01/10/23 | J J Normile | 1.50 |
| 01/11/23 | K McCarthy | 1.50 |
| 01/12/23 | K McCarthy | 1.00 |
| 01/24/23 | A M Nicolais | 1.00 |
| 01/26/23 | K McCarthy | 2.50 |
| **Total** | | **14.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2023                                                                      305158.610013
                                                                                       Invoice: 230901401

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 15,000.00 | |
| | USD | 15,000.00 |
| **TOTAL** | **USD** | **15,000.00** |



# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page: 2
February 28, 2023
Invoice: 230901401

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 01/10/23 | J J Normile | NYC | 1,500.00 | |
| Vendor: Pace Analytical Services, LLC; Invoice#: 27647; Date: 12/22/2022 for professional services rendered - December storage. | | | | |
| 01/12/23 | J J Normile | NYC | 12,000.00 | |
| Vendor: Pace Analytical Services, LLC; Invoice#: 27312; Date: 9/29/2022 for professional services rendered - February to September 2022. | | | | |
| 01/31/23 | J J Normile | NYC | 1,500.00 | |
| Vendor: Pace Analytical Services, LLC; Invoice#: 27821; Date: 1/27/2023 for professional services rendered - January storage. | | | | |
| **Consultants and Agents Fees Subtotal** | | | | **15,000.00** |

| | | | |
|---|---|---|---|
| **Total Disbursements and Charges** | | **USD** | **15,000.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2023                                          305158.610022
                                                    Invoice: 230901402

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2023:

| | | | |
|---|---|---|---:|
| Collegium 961 PGR | | USD | 920.00 |
| Less 13% Discount | | | (119.60) |
| Total Billed Fees | | USD | 800.40 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Printing Charges | 3,527.16 | | |
| United Parcel Service Charges | 22.84 | | |
| | | USD | 3,550.00 |
| **TOTAL** | | **USD** | **4,350.40** |



**JONES DAY**

305158.610022

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|                   | Hours | Rate     | Amount |
|-------------------|-------|----------|--------|
| Partner           |       |          |        |
| J L Swize         | 0.50  | 1,250.00 | 625.00 |
| Associate         |       |          |        |
| J R Boule         | 0.20  | 725.00   | 145.00 |
| Project Assistant |       |          |        |
| Q M Sargent       | 0.40  | 375.00   | 150.00 |
| **Total**         | **1.10** | **USD** | **920.00** |

# JONES DAY

305158.610022

Page: 3
February 28, 2023
Invoice: 230901402

Collegium 961 PGR

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/11/23 | J R Boule | 0.20 |
| | ██████████████████████████ | |
| 01/11/23 | Q M Sargent | 0.20 |
| | Update folders with newly filed docket submissions (.10); send new upcoming deadlines to calendaring team to update attorney calendars (.10). | |
| 01/11/23 | J L Swize | 0.20 |
| | ██████████████████████████ | |
| 01/19/23 | Q M Sargent | 0.20 |
| | Update pleadings folder and correct attorney calendars regarding new deadlines. | |
| 01/24/23 | J L Swize | 0.30 |
| | ██████████████████████ | |
| **Total** | | **1.10** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 4
February 28, 2023
Invoice: 230901402

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **PRINTING CHARGES** | | | | |
| 01/18/23 | A R Villar | WAS | 504.22 | |
| Vendor: B.P. PRINTING & OFFICE SUPPLY CO., INC.; Invoice#: 037575; Date: 1/18/2023  -  13 Copies Reply Brief of Appellants Purdue Pharma | | | | |
| 01/18/23 | A R Villar | WAS | 2,043.58 | |
| Vendor: B.P. PRINTING & OFFICE SUPPLY CO., INC.; Invoice#: 037573; Date: 1/18/2023  -  13 copies Joint Appendix | | | | |
| 01/18/23 | A R Villar | WAS | 979.36 | |
| Vendor: B.P. PRINTING & OFFICE SUPPLY CO., INC.; Invoice#: 037574; Date: 1/18/2023  -  13 Copies Brief of Appellants Purdue Pharma | | | | |
| **Printing Charges Subtotal** | | | | **3,527.16** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 01/17/23 | J Chludzinski | WAS | 20.58 | |
| Vendor: United Parcel Service, Inc. Invoice#: 230000271874033 Date: 1/21/2023  -  -  Ship To: Pablo D. Hendler, Potomac Law Group PLLC Ship Dt: 01/17/23 Airbill: 1Z2718740195062810 | | | | |
| 01/17/23 | J Chludzinski | WAS | 2.26 | |
| Vendor: United Parcel Service, Inc. Invoice#: 230000271874033 Date: 1/21/2023  -  -  Ship To: Pablo D. Hendler, Potomac Law Group PLLC Ship Dt: 01/17/23 Airbill: 1Z2718740195062810 | | | | |
| **United Parcel Service Charges Subtotal** | | | | **22.84** |
| **Total Disbursements and Charges** | | | **USD** | **3,550.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

February 28, 2023

305158.610028
Invoice: 230901403

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through January 31, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 188,555.00 |
| Less 13% Discount | | (24,512.15) |
| Total Billed Fees | USD | 164,042.85 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Travel - Train Fare | (100.00) | |
| | USD | (100.00) |
| **TOTAL** | **USD** | **163,942.85** |



# JONES DAY

305158.610028

Page: 2
February 28, 2023
Invoice: 230901403

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 13.40 | 1,300.00 | 17,420.00 |
| G J Larosa | 10.00 | 1,300.00 | 13,000.00 |
| J J Normile | 41.20 | 1,450.00 | 59,740.00 |
| J L Swize | 13.40 | 1,250.00 | 16,750.00 |
| Associate |  |  |  |
| J R Boule | 6.00 | 725.00 | 4,350.00 |
| K McCarthy | 44.00 | 925.00 | 40,700.00 |
| A M Nicolais | 42.70 | 850.00 | 36,295.00 |
| Paralegal |  |  |  |
| D L Hughes | 0.60 | 500.00 | 300.00 |
| **Total** | **171.30** | **USD** | **188,555.00** |

# JONES DAY

305158.610028

Page: 3
February 28, 2023
Invoice: 230901403

Accord Healthcare Inc.

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/01/23 | J J Normile | 1.50 |
| 01/02/23 | J J Normile | 2.00 |
| 01/03/23 | K McCarthy | 1.50 |
| 01/03/23 | A M Nicolais | 0.20 |
| | Draft weekly Purdue calendar/updates. | |
| 01/05/23 | J J Normile | 0.80 |
| 01/06/23 | J J Normile | 0.80 |
| 01/07/23 | J J Normile | 0.80 |
| 01/09/23 | A M Nicolais | 0.20 |
| 01/09/23 | J J Normile | 2.50 |
| 01/10/23 | A M Nicolais | 0.20 |
| | Draft weekly Purdue updates and agenda. | |
| 01/10/23 | J J Normile | 0.80 |
| 01/11/23 | J R Boule | 1.40 |
| 01/11/23 | G J Larosa | 1.00 |

## JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
February 28, 2023
Invoice: 230901403



| Date | Name | Hours |
|---|---|---|
| 01/11/23 | K McCarthy | 3.00 |
| 01/11/23 | A M Nicolais | 4.00 |
| 01/11/23 | J J Normile | 3.50 |
| 01/11/23 | J L Swize | 0.30 |
| 01/12/23 | J R Boule | 3.00 |
| 01/12/23 | G J Larosa | 2.00 |
| 01/12/23 | K McCarthy | 6.00 |
| 01/12/23 | A M Nicolais | 8.50 |
| 01/12/23 | J J Normile | 2.80 |
| 01/13/23 | J R Boule | 1.30 |
| 01/13/23 | G A Castanias | 3.10 |
| 01/13/23 | K McCarthy | 7.00 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 01/13/23 | A M Nicolais | 5.00 |
| 01/13/23 | J J Normile | 2.00 |
| 01/13/23 | J L Swize | 2.40 |
| 01/14/23 | J R Boule | 0.30 |
| 01/14/23 | A M Nicolais | 4.50 |
| 01/14/23 | J J Normile | 2.50 |
| 01/15/23 | G A Castanias | 2.10 |
| 01/15/23 | G J Larosa | 1.00 |
| 01/15/23 | A M Nicolais | 1.00 |
| 01/15/23 | J J Normile | 2.50 |
| 01/15/23 | J L Swize | 0.40 |
| 01/16/23 | G A Castanias | 3.20 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 6
February 28, 2023
Invoice: 230901403



| 01/16/23 | G J Larosa | 1.00 |
| 01/16/23 | A M Nicolais | 4.50 |
| 01/16/23 | J J Normile | 2.50 |
| 01/16/23 | J L Swize | 1.10 |
| 01/17/23 | G A Castanias | 2.60 |
| 01/17/23 | G J Larosa | 1.00 |
| 01/17/23 | K McCarthy | 6.00 |
| 01/17/23 | A M Nicolais | 5.50 |
| 01/17/23 | J J Normile | 3.00 |
| 01/17/23 | J L Swize | 1.70 |
| 01/18/23 | G A Castanias | 1.30 |
| 01/18/23 | G J Larosa | 2.00 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| 01/18/23 | K McCarthy | 5.00 |
| 01/18/23 | A M Nicolais | 4.50 |
| 01/18/23 | J J Normile | 4.30 |
| 01/18/23 | J L Swize | 3.50 |
| 01/19/23 | K McCarthy | 3.50 |
| 01/19/23 | A M Nicolais | 0.30 |
| 01/19/23 | J J Normile | 2.50 |
| 01/19/23 | J L Swize | 2.20 |
| 01/20/23 | G A Castanias | 1.10 |
| 01/20/23 | D L Hughes — Update R drive files. | 0.60 |
| 01/20/23 | G J Larosa | 1.00 |
| 01/20/23 | K McCarthy | 3.50 |

# JONES DAY

305158.610028

Page: 8
February 28, 2023
Invoice: 230901403

Accord Healthcare Inc.



| Date | Name | Hours |
|---|---|---|
| 01/20/23 | A M Nicolais | 0.70 |
| 01/20/23 | J J Normile | 2.50 |
| 01/20/23 | J L Swize | 1.80 |
| 01/23/23 | G J Larosa | 0.50 |
| 01/23/23 | K McCarthy | 3.00 |
| 01/23/23 | A M Nicolais | 0.90 |
| 01/23/23 | J J Normile | 1.60 |
| 01/24/23 | A M Nicolais | 1.00 |
| 01/25/23 | K McCarthy | 3.00 |
| 01/26/23 | K McCarthy | 2.50 |
| 01/30/23 | G J Larosa | 0.50 |
| 01/30/23 | A M Nicolais | 1.30 |

## JONES DAY

| Date | Name | | Hours |
|---|---|---|---|
| 01/30/23 | J J Normile |  | 1.80 |
| 01/31/23 | A M Nicolais | | 0.40 |
| 01/31/23 | J J Normile | | 0.50 |
| | **Total** | | **171.30** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 10
February 28, 2023
Invoice: 230901403

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **TRAVEL - TRAIN FARE** | | | | |
| 01/12/23 | J L Swize | WAS | (100.00) | |

Vendor: Jennifer Swize Invoice#: 5628250101121216 Date: 1/12/2023   -  - Train Vendor: Lawyers' Travel Service; Invoice#: 10/12/2022; Date: 10/12/2022 - LTS September 2022 Adjustments - SWIZE/JENNIFER LORAINE; INVOICE:08/31/2022; TICKET:0010125489;DEPARTURE: ;ROUTE:WAS WIL WAS;305158.610028;ARRIVE/RETURN:

| | | | |
|---|---|---|---|
| **Travel - Train Fare Subtotal** | | | **(100.00)** |
| **Total Disbursements and Charges** | | **USD** | **(100.00)** |