UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of February 1, 2023 through February 28, 2023 (the "Thirty-Eighth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"). The Debtors are operating their businesses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Thirty-Eighth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,127.61, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,127.61 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirty-Eighth Compensation Period).

Although every effort has been made to include all out-of-pocket expenses incurred during the Thirty-Eighth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-Eighth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Thirty-Eighth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned during the Thirty-Eighth Compensation Period is outlined below:

| Thirty-Eighth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| February 1 – 28, 2023 | $225,000.00 | ($45,000.00) | $1,127.61 | **$181,127.61** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 427.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-Eighth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

3

| Professional | February 2023 |
|---|---|
| Jamie O'Connell | 10.0 |
| Rafael Schnitzler | 76.0 |
| Tom Melvin | 66.5 |
| Jin Won Park | 61.0 |
| Marilia Bagatini | 94.0 |
| Christopher Fletcher | 23.0 |
| Chloe Lee | 97.0 |
| **Total Hours** | **427.5** |

## III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,127.61, in each case earned or incurred during the Thirty-Eighth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | $1,127.61 |
| **Total Amount Due** | **$181,127.61** |

Dated: March 31, 2023

PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

4

# APPENDIX A

**PJT Partners**

**PJT**

March 31, 2023

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of February 1, 2023 through February 28, 2023: | | $ | 225,000.00 |
| Less: Holdback @ 20% | | | (45,000.00) |
| Out-of-pocket expenses processed through March 16, 2023:[1] | | | |
| Ground Transportation | $ 307.61 | | |
| Meals | 820.00 | | 1,127.61 |
| **Total Amount Due** | | **$** | **181,127.61** |

Invoice No. 10023873

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | **GL Detail Mar-23** | **2/28/2023 Expenses** |
|---|---:|---:|
| Ground Transportation | $ 307.61 | $ 307.61 |
| Employee Meals | 820.00 | **820.00** |
| **Total Expenses** | **$ 1,127.61** | **$ 1,127.61** |
| **Ground Transportation** |  | **$ 307.61** |
| **Meals** |  | **820.00** |
| **Total Expenses** |  | **$ 1,127.61** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through March 16, 2023**
**Invoice No. 10023873**

**Ground Transportation**

| | | |
|---|---|---:|
| Bagatini (weeknight taxihome from office) | 12/01/22 | 19.00 |
| Bagatini (weeknight taxihome from office) | 12/06/22 | 15.91 |
| Bagatini (weeknight taxihome from office) | 12/08/22 | 45.95 |
| Bagatini (weeknight taxihome from office) | 12/09/22 | 38.94 |
| Lee (taxi home from client offices in Stamford, CT) | 01/26/23 | 187.81 |
| **Subtotal - Ground Transportation** | | **$ 307.61** |

**Employee Meals**

| | | |
|---|---|---:|
| Bagatini (weeknight working dinner meal) | 12/01/22 | 20.00 |
| Bagatini (weekend working lunch meal) | 12/04/22 | 20.00 |
| Bagatini (weekend working dinner meal) | 12/04/22 | 20.00 |
| Bagatini (weeknight working dinner meal) | 12/06/22 | 20.00 |
| Bagatini (weeknight working dinner meal) | 12/07/22 | 20.00 |
| Bagatini (weekend working lunch meal) | 12/11/22 | 20.00 |
| Bagatini (weekend working dinner meal) | 12/11/22 | 20.00 |
| Bagatini (weeknight working dinner meal) | 12/12/22 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/09/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/10/23 | 20.00 |
| Bagatini (weekend working lunch meal) | 01/15/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/16/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/17/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/18/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/19/23 | 20.00 |
| Bagatini (weekend working dinner meal) | 01/22/23 | 20.00 |
| Lee (weeknight working dinner meal) | 11/29/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/01/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/02/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/05/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/06/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/07/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/08/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/09/22 | 20.00 |
| Lee (weekend working dinner meal) | 12/11/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/15/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/16/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/19/22 | 20.00 |
| Lee (weeknight working dinner meal) | 12/22/22 | 20.00 |
| Lee (weeknight working dinner meal) | 01/03/23 | 20.00 |
| Lee (weeknight working dinner meal) | 01/09/23 | 20.00 |
| Lee (weeknight working dinner meal) | 01/17/23 | 20.00 |
| Lee (weeknight working dinner meal) | 02/01/23 | 20.00 |
| Lee (weeknight working dinner meal) | 02/02/23 | 20.00 |
| Lee (weeknight working dinner meal) | 02/07/23 | 20.00 |
| Lee (weeknight working dinner meal) | 02/08/23 | 20.00 |
| Lee (weeknight working dinner meal) | 02/09/23 | 20.00 |
| Lee (weekend working lunch meal) | 02/12/23 | 20.00 |
| Lee (weekend working dinner meal) | 02/12/23 | 20.00 |
| Lee (weeknight working dinner meal) | 02/15/23 | 20.00 |
| Park (weeknight working dinner meal) | 01/03/23 | 20.00 |
| **Subtotal - Employee Meals** | | **820.00** |
| **Total Expenses** | | **$ 1,127.61** |

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 10.0 |
| Rafael Schnitzler | Managing Director | 76.0 |
| Tom Melvin | Vice President | 66.5 |
| Jin Won Park | Vice President | 61.0 |
| Marilia Bagatini | Associate | 94.0 |
| Christopher Fletcher | Analyst | 23.0 |
| Chloe Lee | Analyst | 97.0 |
| | **Total** | **427.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 02/01/23 | 3.5 | Company Board meeting |
| Jamie O'Connell | 02/07/23 | 0.5 | Call with management regarding business matter |
| Jamie O'Connell | 02/09/23 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 02/09/23 | 0.5 | Calls regarding business matter |
| Jamie O'Connell | 02/14/23 | 0.5 | Review and comment on fee application |
| Jamie O'Connell | 02/14/23 | 0.5 | Update call on business matter |
| Jamie O'Connell | 02/16/23 | 0.5 | Review materials in advance of board meeting |
| Jamie O'Connell | 02/16/23 | 0.5 | Company Board meeting |
| Jamie O'Connell | 02/22/23 | 0.5 | Correspondence regarding business matter |
| Jamie O'Connell | 02/23/23 | 0.5 | Emails regarding various business matters |
| Jamie O'Connell | 02/23/23 | 0.5 | Review and comment on draft disclosure document |
| Jamie O'Connell | 02/24/23 | 0.5 | Call with management regarding business matter |
| Jamie O'Connell | 02/27/23 | 0.5 | Calls regarding business matter |
| Jamie O'Connell | 02/28/23 | 0.5 | Correspondence regarding business matter |
| | | **10.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 02/01/23 | 3.5 | Company Board Meeting |
| Rafael Schnitzler | 02/02/23 | 6.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 02/03/23 | 2.5 | Call related to business matter |
| Rafael Schnitzler | 02/05/23 | 2.0 | Review of Materials |
| Rafael Schnitzler | 02/06/23 | 5.0 | Correspondence and meetings related to business matter |
| Rafael Schnitzler | 02/06/23 | 0.5 | Review of materials |
| Rafael Schnitzler | 02/07/23 | 6.0 | Discussions regarding business matters |
| Rafael Schnitzler | 02/07/23 | 1.0 | Review of materials |
| Rafael Schnitzler | 02/08/23 | 6.5 | Discussions regarding business matters |
| Rafael Schnitzler | 02/09/23 | 3.0 | Discussions regarding business matters |
| Rafael Schnitzler | 02/09/23 | 0.5 | Correspondence related to various business matter |
| Rafael Schnitzler | 02/09/23 | 0.5 | Internal meeting |
| Rafael Schnitzler | 02/10/23 | 1.0 | Discussions regarding business matters |
| Rafael Schnitzler | 02/10/23 | 1.5 | Correspondence and meetings with management |
| Rafael Schnitzler | 02/12/23 | 2.0 | Review of Materials |
| Rafael Schnitzler | 02/13/23 | 4.0 | Discussions regarding business matters |
| Rafael Schnitzler | 02/14/23 | 2.5 | Correspondence and meetings with management |
| Rafael Schnitzler | 02/14/23 | 1.0 | Review of Materials |
| Rafael Schnitzler | 02/15/23 | 4.0 | Discussions regarding business matters |
| Rafael Schnitzler | 02/16/23 | 1.0 | Company Board Meeting |
| Rafael Schnitzler | 02/16/23 | 3.0 | Discussions regarding business matters |
| Rafael Schnitzler | 02/17/23 | 2.0 | Discussions regarding business matters |
| Rafael Schnitzler | 02/17/23 | 1.5 | Review of Materials |
| Rafael Schnitzler | 02/19/23 | 0.5 | Review of Materials |
| Rafael Schnitzler | 02/20/23 | 2.0 | Correspondence and meetings regarding business matters |
| Rafael Schnitzler | 02/21/23 | 1.0 | Review of Materials |
| Rafael Schnitzler | 02/22/23 | 0.5 | Review of Materials |
| Rafael Schnitzler | 02/23/23 | 1.0 | Internal meeting |
| Rafael Schnitzler | 02/27/23 | 6.0 | Correspondence and meetings regarding business matters |
| Rafael Schnitzler | 02/27/23 | 1.5 | Review of Materials |
| Rafael Schnitzler | 02/28/23 | 2.0 | Correspondence and meetings regarding business matters |
| Rafael Schnitzler | 02/28/23 | 1.0 | Review of Materials |
| | | **76.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 02/01/23 | 4.0 | Board meeting |
| Tom Melvin | 02/01/23 | 0.5 | Correspondence with internal team regarding various matters |
| Tom Melvin | 02/01/23 | 0.5 | Correspondence with AlixPartners and creditor financial advisors related to diligence requests |
| Tom Melvin | 02/01/23 | 0.5 | Correspondence with Company management regarding various matters |
| Tom Melvin | 02/02/23 | 1.0 | Call with Company management and creditor financial advisors regarding various matters |
| Tom Melvin | 02/02/23 | 2.0 | Review of materials related to business matters |
| Tom Melvin | 02/02/23 | 1.0 | E-mail correspondence with AlixPartners and creditor financial advisors related to diligence requests |
| Tom Melvin | 02/02/23 | 0.5 | E-mail correspondence with Company management and DPW regarding various matters |
| Tom Melvin | 02/03/23 | 0.5 | Call with Company management and AlixPartners regarding various matters |
| Tom Melvin | 02/03/23 | 1.0 | Review of materials related to business matter |
| Tom Melvin | 02/03/23 | 1.5 | Review of material related to diligence requests |
| Tom Melvin | 02/05/23 | 1.0 | Review of material related to diligence requests |
| Tom Melvin | 02/06/23 | 1.5 | Review of materials related to business matter |
| Tom Melvin | 02/06/23 | 0.5 | Review of materials from creditor financial advisors related to diligence requests |
| Tom Melvin | 02/06/23 | 1.0 | Correspondence with Company management and AlixPartners related to various matters |
| Tom Melvin | 02/07/23 | 0.5 | Call with AlixPartners regarding various matters |
| Tom Melvin | 02/07/23 | 1.0 | Calls with Company management regarding various matters |
| Tom Melvin | 02/07/23 | 1.0 | Biweekly update call with AlixPartners and creditor financial advisors |
| Tom Melvin | 02/07/23 | 0.5 | Call with Company management and AlixPartners regarding various matters |
| Tom Melvin | 02/07/23 | 2.0 | Review of materials related to business matter |
| Tom Melvin | 02/07/23 | 1.0 | Review of material related to diligence requests |
| Tom Melvin | 02/07/23 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 02/08/23 | 1.0 | Review of materials related to business matter |
| Tom Melvin | 02/08/23 | 1.0 | Review of materials related to diligence requests |
| Tom Melvin | 02/08/23 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 02/08/23 | 0.5 | Prepare and review agenda for weekly update call |
| Tom Melvin | 02/09/23 | 0.5 | Biweekly update call with Company management and debtor advisors |
| Tom Melvin | 02/09/23 | 1.0 | Review materials from management related to business matters |
| Tom Melvin | 02/09/23 | 1.0 | Review materials from outside counsel related to business matter |
| Tom Melvin | 02/09/23 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Tom Melvin | 02/10/23 | 1.0 | Review material from AlixPartners related to business matter |
| Tom Melvin | 02/10/23 | 1.0 | Review material from outside counsel related to business matter |
| Tom Melvin | 02/10/23 | 0.5 | E-mail correspondence with Company management related to business matter |
| Tom Melvin | 02/11/23 | 0.5 | Review material from outside counsel related to business matter |
| Tom Melvin | 02/13/23 | 0.5 | Call with Company management and AlixPartners to discuss upcoming meetings |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 02/13/23 | 1.0 | Review materials from AlixPartners related to diligence requests |
| Tom Melvin | 02/13/23 | 0.5 | E-mail correspondence with AlixPartners and creditor financial advisors related to diligence requests |
| Tom Melvin | 02/14/23 | 1.0 | Review material from Company management related to various matters |
| Tom Melvin | 02/14/23 | 0.5 | E-mail correspondence with Company management related to upcoming meeting |
| Tom Melvin | 02/15/23 | 0.5 | Call with Company management and outside counsel regarding business matter |
| Tom Melvin | 02/15/23 | 3.0 | Review materials from Company management related to business matters |
| Tom Melvin | 02/15/23 | 1.5 | Prepare and review analysis related to business matter |
| Tom Melvin | 02/15/23 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Tom Melvin | 02/16/23 | 1.0 | Board meeting |
| Tom Melvin | 02/16/23 | 2.0 | Review materials from AlixPartners related to diligence requests |
| Tom Melvin | 02/16/23 | 1.0 | Review materials from DPW related to business matter |
| Tom Melvin | 02/16/23 | 1.5 | Prepare and review analysis related to business matter |
| Tom Melvin | 02/16/23 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Tom Melvin | 02/17/23 | 1.0 | Call with AlixPartners and creditor financial advisors regarding diligence requests |
| Tom Melvin | 02/17/23 | 1.5 | Review material from outside counsel related to business matter |
| Tom Melvin | 02/20/23 | 1.0 | E-mail correspondence with Company management and outside counsel regarding business matter |
| Tom Melvin | 02/21/23 | 1.0 | Biweekly update call with AlixPartners and creditor financial advisors |
| Tom Melvin | 02/21/23 | 1.5 | Review materials from DPW related to business matter |
| Tom Melvin | 02/22/23 | 0.5 | Call with Company management, AlixPartners and DPW regarding business matters |
| Tom Melvin | 02/22/23 | 1.0 | Review materials from Company management related to business matter |
| Tom Melvin | 02/22/23 | 1.0 | Review materials from DPW related to business matter |
| Tom Melvin | 02/22/23 | 1.5 | Review materials related to diligence requests |
| Tom Melvin | 02/23/23 | 1.0 | Review material from Company management related to business matter |
| Tom Melvin | 02/23/23 | 1.5 | Review materials from AlixPartners related to diligence requests |
| Tom Melvin | 02/23/23 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Tom Melvin | 02/24/23 | 1.0 | E-mail correspondence with internal team and Company management regarding business matters |
| Tom Melvin | 02/27/23 | 0.5 | Call with AlixPartners and creditor financial advisors regarding diligence requests |
| Tom Melvin | 02/27/23 | 0.5 | E-mail correspondence with AlixPartners and creditor financial advisors related to business matter |
| Tom Melvin | 02/27/23 | 0.5 | E-mail correspondence with Company management related to business matter |
| Tom Melvin | 02/28/23 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Tom Melvin | 02/28/23 | 0.5 | E-mail correspondence with Company management regarding various matters |
| | | **66.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 02/01/23 | 1.0 | Preparation of materials |
| Jin Won Park | 02/02/23 | 5.0 | Internal meeting with management |
| Jin Won Park | 02/03/23 | 3.0 | Calls to discuss business matters |
| Jin Won Park | 02/05/23 | 2.0 | Preparation of materials |
| Jin Won Park | 02/06/23 | 2.0 | Internal meeting with management |
| Jin Won Park | 02/06/23 | 1.0 | Preparation of materials |
| Jin Won Park | 02/07/23 | 5.0 | Discussions regarding business matters with management |
| Jin Won Park | 02/07/23 | 2.0 | Preparation of materials |
| Jin Won Park | 02/08/23 | 5.0 | Discussions regarding business matters with management |
| Jin Won Park | 02/09/23 | 2.0 | Discussions regarding business matters with management |
| Jin Won Park | 02/09/23 | 0.5 | Discussions regarding business matters with management |
| Jin Won Park | 02/09/23 | 0.5 | Internal meeting |
| Jin Won Park | 02/10/23 | 1.0 | Discussions regarding business matters with management |
| Jin Won Park | 02/10/23 | 1.0 | Internal meeting with management |
| Jin Won Park | 02/12/23 | 2.0 | Financial analysis |
| Jin Won Park | 02/13/23 | 2.0 | Discussions regarding business matters with management |
| Jin Won Park | 02/13/23 | 2.0 | Financial analysis |
| Jin Won Park | 02/14/23 | 2.0 | Internal meeting with management |
| Jin Won Park | 02/14/23 | 2.0 | Financial analysis |
| Jin Won Park | 02/15/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 02/16/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 02/17/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 02/17/23 | 1.0 | Financial analysis |
| Jin Won Park | 02/19/23 | 1.0 | Preparation of materials |
| Jin Won Park | 02/20/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 02/21/23 | 2.0 | Preparation of materials |
| Jin Won Park | 02/22/23 | 2.0 | Preparation of materials |
| Jin Won Park | 02/23/23 | 1.0 | Internal meeting |
| Jin Won Park | 02/27/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 02/27/23 | 1.0 | Preparation of materials |
| Jin Won Park | 02/28/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 02/28/23 | 1.0 | Preparation of materials |
| | | **61.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 02/01/23 | 2.0 | Financial analysis |
| Marilia Bagatini | 02/02/23 | 7.0 | Internal meeting with management |
| Marilia Bagatini | 02/03/23 | 3.0 | Calls to discuss business matters |
| Marilia Bagatini | 02/05/23 | 5.0 | Preparation of materials |
| Marilia Bagatini | 02/06/23 | 5.0 | Internal meeting with management |
| Marilia Bagatini | 02/06/23 | 1.0 | Preparation of materials |
| Marilia Bagatini | 02/07/23 | 7.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 02/07/23 | 2.0 | Preparation of materials |
| Marilia Bagatini | 02/08/23 | 7.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 02/09/23 | 3.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 02/09/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 02/09/23 | 0.5 | Internal meeting |
| Marilia Bagatini | 02/10/23 | 2.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 02/10/23 | 1.0 | Internal meeting with management |
| Marilia Bagatini | 02/12/23 | 4.0 | Financial analysis |
| Marilia Bagatini | 02/13/23 | 4.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 02/13/23 | 2.0 | Financial analysis |
| Marilia Bagatini | 02/14/23 | 2.0 | Internal meeting with management |
| Marilia Bagatini | 02/14/23 | 2.0 | Financial analysis |
| Marilia Bagatini | 02/15/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 02/16/23 | 3.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 02/17/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 02/17/23 | 3.0 | Financial analysis |
| Marilia Bagatini | 02/19/23 | 1.0 | Preparation of materials |
| Marilia Bagatini | 02/20/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 02/21/23 | 3.0 | Preparation of materials |
| Marilia Bagatini | 02/22/23 | 3.0 | Preparation of materials |
| Marilia Bagatini | 02/23/23 | 1.0 | Internal meeting |
| Marilia Bagatini | 02/27/23 | 6.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 02/27/23 | 3.0 | Preparation of materials |
| Marilia Bagatini | 02/28/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 02/28/23 | 2.0 | Preparation of materials |
| | | **94.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 02/01/23 | 0.5 | Financial analysis |
| Christopher Fletcher | 02/01/23 | 0.5 | Correspondence with PJT team member on various matters |
| Christopher Fletcher | 02/03/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 02/03/23 | 0.5 | Call with operational consultants and management |
| Christopher Fletcher | 02/07/23 | 1.0 | Call with creditors' FAs |
| Christopher Fletcher | 02/08/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 02/09/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 02/13/23 | 0.5 | Call with operational consultants and management |
| Christopher Fletcher | 02/14/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 02/15/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 02/16/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 02/21/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 02/22/23 | 0.5 | Call with operational consultants and management |
| Christopher Fletcher | 02/22/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 02/22/23 | 0.5 | Internal call with team member |
| Christopher Fletcher | 02/27/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 02/28/23 | 1.5 | Financial analysis |
| | | **23.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 02/01/23 | 4.0 | Financial analysis |
| Chloe Lee | 02/02/23 | 6.0 | Internal meeting with management |
| Chloe Lee | 02/03/23 | 3.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/06/23 | 4.0 | Internal meeting with management |
| Chloe Lee | 02/06/23 | 2.0 | Preparation of materials |
| Chloe Lee | 02/07/23 | 6.0 | Discussions regarding business matters with management |
| Chloe Lee | 02/07/23 | 2.0 | Preparation of materials |
| Chloe Lee | 02/08/23 | 6.0 | Discussions regarding business matters with management |
| Chloe Lee | 02/09/23 | 3.0 | Discussions regarding business matters with management |
| Chloe Lee | 02/09/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/09/23 | 0.5 | Internal meeting |
| Chloe Lee | 02/10/23 | 3.0 | Discussions regarding business matters with management |
| Chloe Lee | 02/10/23 | 1.0 | Internal meeting with management |
| Chloe Lee | 02/12/23 | 4.0 | Financial analysis |
| Chloe Lee | 02/13/23 | 3.0 | Discussions regarding business matters with management |
| Chloe Lee | 02/13/23 | 2.0 | Financial analysis |
| Chloe Lee | 02/14/23 | 1.0 | Internal meeting with management |
| Chloe Lee | 02/14/23 | 2.0 | Financial analysis |
| Chloe Lee | 02/15/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/16/23 | 3.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/17/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/17/23 | 3.0 | Financial analysis |
| Chloe Lee | 02/17/23 | 2.0 | Preparation of materials |
| Chloe Lee | 02/19/23 | 3.0 | Preparation of materials |
| Chloe Lee | 02/20/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/21/23 | 3.0 | Preparation of materials |
| Chloe Lee | 02/22/23 | 3.0 | Preparation of materials |
| Chloe Lee | 02/23/23 | 1.0 | Internal meeting |
| Chloe Lee | 02/24/23 | 3.0 | Preparation of materials |
| Chloe Lee | 02/27/23 | 6.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/27/23 | 3.0 | Preparation of materials |
| Chloe Lee | 02/28/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 02/28/23 | 3.0 | Preparation of materials |
| | | **97.0** | |