**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 |
| Debtors.[1] | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF GRANT THORNTON LLP FOR:
(I) ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR RETENTION AS CONSULTANTS TO DEBTORS FOR THE PERIOD
FEBRUARY 1, 2023 TO FEBRUARY 28, 2023; AND (II) PAYMENT OF ACCRUED BUT
UNPAID INVOICES FOR SERVICES PERFORMED IN THE ORDINARY COURSE OF
DEBTORS' BUSINESS THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| **Name of Applicant:** | Grant Thornton LLP ("**Grant Thornton**") |
| **Authorized to Provide Professional Services to:** | Debtors |
| **Date of Retention:** | **April 28, 2021** (*nunc pro tunc* to January 20, 2021) for Tax Consulting Services [Docket No. 2760]; **September 28, 2021** for Employee Tax Analysis and Valuation Services (effective September 1, 2021) [Docket No. 3831]; and **October 20, 2022** for Business Advisory Services (effective September 27, 2022) [Docket No. 5188].  The foregoing retentions are for services provided to Debtors by Grant Thornton in connection with the Plan and in furtherance of the administration of Debtors' bankruptcy cases (as further identified and defined below, the "**Plan Services**") |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Period for Which Compensation and Reimbursement is Sought ("Fee Period"):** | For the Plan Services: February 1, 2023 through February 28, 2023 |
| | For OCB Tax Services (as defined below): Accrued but unpaid invoices for services performed in the ordinary course of Debtors' business through February 28, 2023 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary for Plan Services:** | $124,107.50 (80% = $99,286.00) |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary for Plan Services:** | $6,425.00 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary for Tax Services Provided to the Debtors in the Ordinary Course of Business (as further identified and defined below, the "OCB Tax Services"):** | $107,074.90 |
| **Total Compensation (80%) and Expenses (100%) for Plan Services, Plus Total Compensation (100%) for OCB Tax Services Requested in this Eighteenth MFS:** | $212,785.90 |

## INTRODUCTION

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Restructuring Consultants for the Debtors Nunc Pro Tunc to January 20, 2021* [Docket No. 2760] (the "**Retention Order**"), the *Order Authorizing the Supplemental Retention and Employment of Grant Thornton LLP by the Debtors for Tax Analysis and Valuation Services Effective September 1, 2021* [Docket No. 3831] (the "**Supplemental Retention Order**"), the *Order Authorizing the Second*

*Supplemental Retention and Employment of Grant Thornton LLP by the Debtors for Business Advisory Services Effective September 27,* 2022 [Docket No. 5188] (the "**Second Supplemental Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019* [Docket No. 529] (the "**Interim Compensation Order**"), Grant Thornton submits this *Eighteenth Monthly Fee Statement of Grant Thornton LLP for*: *(I) Allowance of Compensation and Reimbursement of Expenses Incurred for Retention as Consultants to Debtors for the Period February 1, 2023 to February 28, 2023; and (II) Payment of Accrued But Unpaid Invoices for Services Performed in the Ordinary Course of Debtors' Business Through February 28, 2023* (this "**Eighteenth MFS**").

## SUMMARY OF SERVICES PROVIDED AND GRANT THORNTON'S RETENTION

### A. Services Provided by Grant Thornton in the Ordinary Course of the Debtors' Business Unrelated to the Bankruptcy Case

1.     Prior to September 15, 2019 (the "**Petition Date**"), the Debtors engaged Grant Thornton to provide tax-related services pursuant to the terms and conditions of that certain master agreement, dated June 1, 2018 (the "**MSA**"), and other related statements of work executed in connection therewith.

2.     As previously disclosed in the Retention Order, the Debtors retained Grant Thornton after the Petition Date to continue to provide certain tax-related services to assist the Debtors in the ordinary course of their business operations (the "**OCB Tax Services**"), which work consisted of the following services:

a.   Sales and Use Tax Compliance Services:  On August 11, 2020, the Debtors and Grant Thornton entered into that certain *Statement of Work for Sales and Use Tax Return Preparation Services*, pursuant to which Grant Thornton was retained to assist the Debtors with the generation of sales, use and other

transactional tax returns by providing tax return compliance services. That August 11, 2020 statement of work was subsequently replaced and superseded by that certain *Statement of Work for Sales and Use Tax Return Preparation Services*, dated March 2, 2021.

b. <u>2020-2022 Tax Preparation Services</u>:  The Debtors and Grant Thornton have entered into the following statements of work for tax compliance services, pursuant to which Grant Thornton was retained to prepare the Debtors' federal and state tax returns, including extension calculations and estimated tax payments: (i) on December 7, 2020 for the 2020 taxable year (which work has been completed); (ii) on January 20, 2022 for the 2021 taxable year (which work has been completed); and (iii) on January 5, 2023 for the 2022 taxable year.

c. <u>Global Mobility Services</u>:  On June 18, 2020, the Debtors and Grant Thornton entered into that certain *Statement of Work for Global Mobility Services*, pursuant to which Grant Thornton was retained to provide tax compliance and consulting services for disclosures, review and execution related to United States and United Kingdom tax returns for the years 2015 through 2019. Such services included, among other things: (i) discovery of over-reporting of income; (ii) consultation on the approach to amendments; (iii) preparation of adjusted compensation figures for necessary years; (iv) preparation of tax equalization settlements for necessary years; (v) discussions on processes and filings with the Debtors and David Lundie; and (vi) assistance with responses to IRS and HMRC notices. On April 15, 2021, the Debtors and Grant Thornton

entered into that certain *Statement of Work for GMS Compliance Services*, pursuant to which Grant Thornton's engagement to provide Global Mobility Services was extended to the 2020 and 2021 tax years.  On March 13, 2023, the Debtors and Grant Thornton entered into that certain *Statement of Work for GMS Compliance Services*, pursuant to which Grant Thornton's engagement to provide Global Mobility Services was extended to the 2022 and 2023 tax years.

3.      Because the OCB Tax Services were being provided in the ordinary course of the Debtors' business and were unrelated to the administration of the bankruptcy cases, Grant Thornton understood that it was not necessary for it to be retained in these bankruptcy cases and that payment on account of such OCB Tax Services would be paid consistent with past practices and in the ordinary course of the Debtors' ongoing business operations.  Thus, prior to approval of Grant Thornton's retention with respect to the Plan Services (as further described below), the OCB Tax Services, including the billing and payment process, were not subject to the Interim Compensation Order or other fee procedures applicable to professionals retained in these bankruptcy cases.

**B.      Services for Which Grant Thornton was Subsequently Retained Relating to the Debtors' Plan Confirmation Efforts and Bankruptcy Administration**

4.      In January 2021, the Debtors requested that Grant Thornton provide additional tax structuring services that directly related to the development of the Debtors' chapter 11 plan of reorganization in these bankruptcy cases (the "**Plan**"), including certain complicated tax related implications of the new entity ("**Newco**") anticipated to be created in the bankruptcy reorganization.  As a result of this requested expansion in the scope of work being provided, on or about January 20, 2021, Grant Thornton and the Debtors entered into that certain *Statement of Work for Tax Structuring Services* (the "**Tax Structuring Plan-Related SOW**").

5.    On April 13, 2021, the Debtors filed the *Application of Debtors for Authority to Retain and Employ Grant Thornton LLP as Tax Structuring Consultants to the Debtors Nunc Pro Tunc to January 20, 2021* [Docket No. 2636], and the Court entered the Retention Order on April 28, 2021.

6.    In August 2021, the Debtors requested that Grant Thornton further expand the scope of its retention and provide additional services related to their Plan confirmation efforts. Specifically, the Debtors and Grant Thornton entered into the *Statement of Work for Advisory Services*, dated August 25, 2021 (the "**Valuation Services Plan-Related SOW**"), pursuant to which Grant Thornton was retained, subject to Court approval, to provide valuation advisory services to the Debtors relating to the Plan and the formation of the Newco as provided therein. The Debtors and Grant Thornton also entered into the *Statement of Work for Employment Tax Services & State Corporate Income/Franchise Tax Nexus Analysis Services*, dated August 26, 2021 (the "**Tax Analysis Plan-Related SOW**"), pursuant to which Grant Thornton was retained, subject to Court approval, to provide tax analysis for certain employment and other tax issues relating to the Plan and formation of the Newco as provided therein.

7.    On September 10, 2021, the Debtors filed the *Application of Debtors for Authority to Supplement Retention and Employment of Grant Thornton LLP for Tax Analysis and Valuation Services Effective September 1, 2021* [Docket No. 3761], and the Court entered the Supplemental Retention Order on September 28, 2021.

8.    In or around September 2022, the Debtors requested that Grant Thornton further expand the scope of its retention by providing certain business advisory services to the Debtors. On September 27, 2022, the Debtors and Grant Thornton entered into the following agreements (collectively, the "**BAS Agreements**"): (i) the engagement letter, including *Attachment A –*

*STANDARD GRANT THORNTON LLP ENGAGEMENT TERMS* attached thereto; and (ii) the *Statement of Work (SOW) for Advisory Services*. On October 4, 2022, the Debtors filed the *Application of Debtors for Authority to Supplement Retention and Employment of Grant Thornton LLP for Business Advisory Services Effective September 27, 2022* [Docket No. 5113], and the Court entered the Second Supplemental Retention Order on October 20, 2022 [Docket No. 5188].

9.      Pursuant to the Retention Order, the Supplemental Retention Order and the Second Supplemental Retention Order, compensation and reimbursement for the services provided under the Tax Structuring Plan-Related SOW, the Valuation Services Plan-Related SOW, the Tax Analysis Plan-Related SOW and the BAS Agreements (collectively, the "**Plan Services**") are subject to, and must be in compliance with, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court for allowance of monthly, interim and final fee applications.

## SUMMARY OF REQUESTED COMPENSATION FOR THE FEE PERIOD

10.     By this Eighteenth MFS, Grant Thornton seeks compensation and reimbursement of expenses in the total amount of $212,785.90, which is composed of:

 a. <u>Compensation and Reimbursement for Plan Services</u>: Compensation and reimbursement of expenses in the total amount of $105,711.00 on account of: (i) compensation in the amount of $99,286.00, representing 80% of the total amount of reasonable compensation for actual, necessary Plan Services that Grant Thornton incurred during the Fee Period in the amount of $124,107.50; plus (ii) reimbursement in the amount of $6,425.00, representing 100% of the total amount of actual, reasonable and necessary expenses incurred by Grant Thornton during the Fee Period.

b. <u>Compensation for OCB Tax Services</u>:  Compensation in the total amount of $107,074.90, representing 100% of the total amount of reasonable compensation for actual, necessary OCB Tax Services that Grant Thornton has incurred during the Fee Period.  Because of Grant Thornton's retention in these bankruptcy cases by order entered April 28, 2021, out of an abundance of caution and for purposes of full disclosure, Grant Thornton is including in this Eighteenth MFS the outstanding amount owed in the ordinary course of business for which payment has not yet been made relating to the OCB Tax Services.

**<u>ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS INCURRED</u>**

11.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Grant Thornton consultants during the Fee Period with respect to each project category billed to the Plan Services.  As reflected in **Exhibit A**, Grant Thornton consultants expended a total of 184.60 hours and incurred $124,107.50 in fees during the Fee Period in connection with the Plan Services.  Pursuant to this Eighteenth MFS, Grant Thornton seeks reimbursement for 80% of such fees, totaling $99,286.00.

12.    Attached hereto as **Exhibit B** is a chart of Grant Thornton consultants that billed time to the Plan Services, including the standard hourly rate for each consultant who rendered Plan Services to the Debtors in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked and the amount of fees earned by each consultant.  The blended hourly billing rate of consultants for all Plan Services (including hours spent on fixed fee matters, if any) provided during the Fee Period is $672.30.

13.    Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Grant Thornton in the amount of $6,425.00 in connection with being provided professional services during the Fee Period and seeking compensation for such services in these bankruptcy cases.  In connection with Grant Thornton's retention in these bankruptcy cases, at the Debtors' request, Grant Thornton utilized its own outside bankruptcy counsel to assist Grant Thornton with its retention and fee approval procedures.  Pursuant to the Retention Order:

> "Grant Thornton's reimbursable expenses may include the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges of Grant Thornton's external legal counsel (without the need for such legal counsel to be retained as a professional in the chapter 11 cases); provided, that, if Grant Thornton seeks reimbursement from the Debtors for attorneys' fees and expenses pursuant to the Engagement Agreement, the invoices and supporting time records for the attorneys' fees and expenses shall be included in Grant Thornton's own applications, both interim and final, and these invoices and time records shall be subject to the approval of the *[sic]* Court pursuant to sections 330 and 331 of the Bankruptcy Code, but without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code, and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code."

Retention Order, ¶ 4.  In accordance with the Retention Order, **Exhibit C** includes the invoices and supporting time records for Grant Thornton's outside legal counsel that constitute the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges incurred by Grant Thornton in connection with utilizing such external legal counsel.

14.    Attached hereto as **Exhibit D1 through D3** are the time records of Grant Thornton for the Fee Period organized by month and project category with a daily time log describing the time spent by each consultant during the applicable Fee Period in connection with the Plan Services.  **Exhibit D4** are copies of Grant Thornton's invoices relating to such time records.

15.    Attached as **Exhibit E** are invoices for the total amount of reasonable compensation for actual, necessary OCB Tax Services that Grant Thornton incurred covering the Fee Period.  In light of Grant Thornton's retention in these bankruptcy cases by order entered April 28, 2021, out

of an abundance of caution and for purposes of full disclosure, Grant Thornton is including this disclosure of outstanding amounts owed in the ordinary course of business for which payment has not yet been received relating to the OCB Tax Services.

## Notice

16.    The Debtors will provide notice of this Eighteenth MFS in accordance with the Interim Compensation Order. Grant Thornton submits that no other or further notice be given.

**WHEREFORE**, Grant Thornton, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the aggregate amount of $212,785.90, composed of: (i) $99,286.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Grant Thornton incurred during the Fee Period (*i.e.*, $124,107.50) on account of the Plan Services; plus (ii) 100% of the actual, reasonable and necessary expenses for which Grant Thornton seeks reimbursement on account of the Plan Services in the amount of $6,425.00; plus (iii) 100% of the total amount of reasonable compensation in the amount of $107,074.90 for actual, necessary OCB Tax Services that Grant Thornton incurred through February 28, 2023.

March 30, 2023
New York, NY

GRANT THORNTON LLP

Raymond Werth
Partner, Grant Thornton LLP
757 Third Ave., 9th Floor
New York, NY 10017
Telephone: (212) 599-0100

**EXHIBIT A**

**SUMMARY OF PLAN SERVICES BY CATEGORY**
**(For Fee Period February 1, 2023 through February 28, 2023)**

| Time Category | Category Descriptions | Exhibit | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|
| Business Advisory Services: General Analysis | This category includes activities associated with the general business advisory services related to the general analysis of the accounting and finance function, management processes, and understanding of EBITDA. | D1 | 160.70 | $110,063.50 |
| Business Advisory Services: Strategic Operations | This category includes activities associated with development of a standalone operating cost model and identifying one-time separation costs | D2 | 13.90 | $7,910.50 |
| Tax Structuring Services: Exit Structure Analysis[2] | This category includes activities associated with assessing income tax consequences of potential plan structure including liquidation of potential entities, maintaining employer identification numbers, etc. | D3 | 10.00 | $6,133.50 |
| **TOTAL** | | | **184.60** | **$124,107.50** |

---

[2] The time spent in this category during the Fee Period related to the Debtors' request for Grant Thornton to advise on a Switzerland tax issue on a proposed sale.  Accordingly, Grant Thornton contacted its Switzerland colleagues to expeditiously and cost-effectively address this discrete tax issue.

**<u>EXHIBIT B</u>**

**SUMMARY OF HOURLY PLAN SERVICES BY PROFESSIONAL**
**(For Fee Period February 1, 2023 through February 28, 2023)**

| LAST NAME | FIRST NAME | TITLE | TOTAL HOURS | HOURLY RATE | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Alekseev | Alexey | Manager | 4.70 | 675.00 | 3,172.50 |
| Angstadt | Brian | Managing Director | 1.50 | 765.00 | 1,147.50 |
| Barenbaum | Glenn | Partner | 5.20 | 955.00 | 4,966.00 |
| Blessing | Luisa | Senior Associate II | 9.20 | 515.00 | 4,738.00 |
| Bauman | Stephan | Partner | 2.20 | 720.00 | 1,584.00 |
| Flynn | Meighan | Senior Associate | 43.50 | 515.00 | 22,402.50 |
| Ruggli | Phillipe | Manager | 6.30 | 540.00 | 3,402.00 |
| Sachdeva | Surbhi | Manager | 47.50 | 675.00 | 32,062.50 |
| Shahkarami | Sean | Director | 64.50 | 785.00 | 50,632.50 |
| **TOTAL** | | | **184.60** | | **$124,107.50** |

**EXHIBIT C**

**SUMMARY OF OUT-OF-POCKET EXPENSES AND SUPPORTING INVOICES**

| CATEGORY | AMOUNT |
|---|---|
| External Legal Counsel<br>(See Attached Supporting Invoices) | $6,425.00 |
| **TOTAL** | **$6,425.00** |



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL 60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

March 9, 2023

Invoice #55465

Due Upon Receipt

For Professional Services Rendered Through February 28, 2023

---

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/2023 | ASB | Prepared and updated 5th Interim Fee App (.6); Prepared chart of all professional who billed time to the matter (3.1); Reviewed and updated Werth certification (.6). | 4.30 | $375.00 | $1,612.50 |
| | KKF | In-person meeting with A. Bender re questions to complete draft of 5th Interim Fee Application (0.2).  Edited draft of 5th Interim Fee Application and related exhibits (0.6). | 0.80 | $670.00 | $536.00 |
| 02/02/2023 | ASB | Finalized Werth Certification and Exhibit A to 5th Interim Fee Application (.8); Continued to prepare chart of all GT timekeepers who have billed time to the matter (1.3). | 2.10 | $375.00 | $787.50 |
| | KKF | Finished revising 5th Interim Fee Application (1.0).  Drafted email to Grant Thornton teams re open issues on 5th Interim Fee Application (0.3).  Telephone conference with G. Barenbaum re revisions to standard rates exhibit (0.1).  Drafted emails to T. Nobis and P. Schwartzberger re 16th monthly fee statement and related LEDES (0.1).  Exchanged correspondence with C. McDonald re payment processing for 15th MFS and status of 16th MFS (0.1).  Revised Werth Certificate, including updated disclosure on time spent reviewing confidentiality provisions in time records (0.7).  Drafted email to R. Werth re updated certification and notable changes thereto for his review (0.2). | 2.50 | $670.00 | $1,675.00 |
| 02/07/2023 | ASB | Finalized Fifth Interim fee application for signature. | 0.80 | $375.00 | $300.00 |
| | KKF | Reviewed finalized 5th interim fee application and forwarded same to R. Werth with correspondence re: final changes and signature to same. | 0.20 | $670.00 | $134.00 |
| 02/08/2023 | ASB | Prepared final 5th Interim Fee application for filing and service. | 0.30 | $375.00 | $112.50 |
| | KKF | Exchanged correspondence with D. Consla and M. Giddens re: filing and hearing on 5th interim fee application. | 0.10 | $670.00 | $67.00 |
| 02/13/2023 | KKF | Reviewed docket for status of fee application filing and exchanged emails with D. Consla and M. Giddens to coordinate filing of same. | 0.20 | $670.00 | $134.00 |

Grant Thornton LLP
March 9, 2023
Invoice # 55465

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/14/2023 | KKF | Drafted email to GT team members re: deadline for the 17th MFS and process for disclosure of new, 2023 SOW for ordinary course business services (0.2).  Drafted emails to A. Bender re: updates on information to include in the 17th MFS from client (0.1). | 0.30 | $670.00 | $201.00 |
| 02/21/2023 | KKF | Reviewed email from C. McDonald re outstanding payments and timing and drafted email to Grant Thornton team re same to review and verify in connection with pending interim fee application. | 0.20 | $670.00 | $134.00 |
| 02/22/2023 | ASB | Assembled documents and backup for preparation of 17th Monthly Fee Statement. | 0.40 | $375.00 | $150.00 |
| 02/27/2023 | KKF | Exchanged emails with J. Neeley re: procedures for entering into OCB SOWs (0.2).  Drafted email to B. Angstandt re: coordination for signatory for 17th MFS (0,1). | 0.30 | $670.00 | $201.00 |
| 02/28/2023 | ASB | Finalized 17th Monthly Fee Statement for signature and filing. | 0.30 | $375.00 | $112.50 |
|  | KKF | Reviewed and revised 17th MFS (0.3).  Drafted email to K. Somers re: Davis Polk review of 17th MFS for confidentiality (0.1). | 0.40 | $670.00 | $268.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 13.2 hrs | $6,425.00 |
| SUBTOTAL | | $6,425.00 |
| Total amount of this bill | | $6,425.00 |
| Previous balance | | $9,575.60 |
| Total Payments and Adjustments | | $0.00 |
| Balance due upon receipt | | $16,000.60 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kelly K. Frazier | KKF | Of Counsel | 5.00 | $670.00 | $3,350.00 |
| Amy S. Bender | ASB | Paralegal | 8.20 | $375.00 | $3,075.00 |

It is a pleasure working with you.  We appreciate your business.

**EXHIBIT D1**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**
**(Project Category: *Business Advisory Services – General Analysis*)**

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Flynn, Meighan Patricia | Senior Associate | 2/1/2023 | 0.70 | 515 | 360.50 | Review and analysis of payroll detail through roll-forward period (Dec-22) |
| Flynn, Meighan Patricia | Senior Associate | 2/1/2023 | 1.10 | 515 | 566.50 | Review bank statements and update cash proof of revenue through roll-forward period (Dec-22) |
| Flynn, Meighan Patricia | Senior Associate | 2/1/2023 | 1.40 | 515 | 721.00 | Trial balance trend review through Dec-22 (roll-forward period) with a focus on income statement fluctuations and analysis over fluctuations identified |
| Flynn, Meighan Patricia | Senior Associate | 2/1/2023 | 1.10 | 515 | 566.50 | Accounts payable agings as of Dec-22 (roll-forward period) review, analysis and updates to databook |
| Flynn, Meighan Patricia | Senior Associate | 2/1/2023 | 1.70 | 515 | 875.50 | Inventory through Dec-22 review, analysis and updates to databook through roll-forward period |
| Flynn, Meighan Patricia | Senior Associate | 2/1/2023 | 0.80 | 515 | 412.00 | Review and update of roll-forward databook for Dec-22 period to ensure calculations and allocations of QoE adjustments are properly updated |
| Sachdeva, Surbhi | Manager | 2/1/2023 | 2.90 | 675 | 1,957.50 | Dec-22 Roll-forward analysis pack updates to QoE and impacted revenue, cost of revenue, and operating expense |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | schedules and subsequent review |
| Flynn, Meighan Patricia | Senior Associate | 2/2/2023 | 2.30 | 515 | 1,184.50 | Review and update of roll-forward databook for Dec-22 period to ensure calculations and allocations of working capital adjustments are properly updated |
| Flynn, Meighan Patricia | Senior Associate | 2/2/2023 | 4.10 | 515 | 2,111.50 | Quality review of databook including QoE and supporting schedules, as well as income statement schedules (revenue, cost of revenue, operating expenses, etc.) |
| Sachdeva, Surbhi | Manager | 2/2/2023 | 3.70 | 675 | 2,497.50 | Review roll-forward databook as of Dec-22 period (specifically, QoE adjustments and impacted schedules) to ensure calculations are properly updated throughout the connected schedules |
| Flynn, Meighan Patricia | Senior Associate | 2/3/2023 | 4.90 | 515 | 2,523.50 | Quality review of databook including QoE and supporting schedules, as well as income statement schedules (revenue, cost of revenue, operating expenses, etc.) |
| Sachdeva, Surbhi | Manager | 2/3/2023 | 5.10 | 675 | 3,442.50 | Review roll-forward databook as of Dec-22 & make updates to QoE analysis as of Dec-22 to incorporate data provided by client |
| Flynn, Meighan Patricia | Senior Associate | 2/6/2023 | 2.40 | 515 | 1,236.00 | Quality review of databook including updates to QoE and supporting schedules, with focus on inventory analysis |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Flynn, Meighan Patricia | Senior Associate | 2/6/2023 | 1.70 | 515 | 875.50 | Review and update working capital adjustments and schedules through roll-forward period |
| Shahkarami, Sean | Director | 2/6/2023 | 6.30 | 785 | 4,945.50 | Review roll-forward Analysis Pack through December 2022 with a focus on updated QoE and Working Capital / Net Debt schedules |
| Flynn, Meighan Patricia | Senior Associate | 2/7/2023 | 1.40 | 515 | 721.00 | Quality review and update analysis pack based on comments/queries from senior team members |
| Sachdeva, Surbhi | Manager | 2/7/2023 | 3.10 | 675 | 2,092.50 | Quality review of databook including updates to QoE and supporting schedules through Dec-22 |
| Shahkarami, Sean | Director | 2/7/2023 | 3.30 | 785 | 2,590.50 | Investigate the large credit (reserve reversal) in sales return account |
| Shahkarami, Sean | Director | 2/7/2023 | 2.40 | 785 | 1,884.00 | Review changes regarding the reserve reversal and understand technical accounting impacts of the reversal |
| Flynn, Meighan Patricia | Senior Associate | 2/8/2023 | 1.20 | 515 | 618.00 | Quality review and update analysis pack based on comments/queries from senior team members associated with QoE updates |
| Sachdeva, Surbhi | Manager | 2/8/2023 | 2.80 | 675 | 1,890.00 | Update and finalization of QoE roll-forward analysis (through Dec-22) |
| Shahkarami, Sean | Director | 2/8/2023 | 4.20 | 785 | 3,297.00 | Quality control review of analysis pack with focus on the QofE, Working capital, and net debt analyses |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 2/9/2023 | 1.70 | 675 | 1,147.50 | Prepare working capital and net debt roll-forward analysis through Dec-22 |
| Sachdeva, Surbhi | Manager | 2/9/2023 | 2.10 | 675 | 1,417.50 | Review and update of working capital and net debt analysis per review comments |
| Shahkarami, Sean | Director | 2/9/2023 | 0.70 | 785 | 549.50 | Call with client (Keith Darragh) to discuss reserve reversal and the impact on the financials |
| Barenbaum, Glenn P. | Partner | 2/10/2023 | 1.10 | 955 | 1,050.50 | Review of working capital and net debt roll-forward analysis and provide comments to team |
| Sachdeva, Surbhi | Manager | 2/10/2023 | 1.10 | 675 | 742.50 | QoE analysis updates per senior team members review, and distribution of analysis |
| Shahkarami, Sean | Director | 2/10/2023 | 2.30 | 785 | 1,805.50 | Walk PPMD through APACK and prepare for delivery to the client |
| Flynn, Meighan Patricia | Senior Associate | 2/14/2023 | 1.70 | 515 | 875.50 | Review of QoE analysis, and supporting schedules in reference to the PwC agenda. |
| Flynn, Meighan Patricia | Senior Associate | 2/14/2023 | 2.60 | 515 | 1,339.00 | Prepare responses to Buyer agenda provided in preparation for Buyer call with PwC. |
| Flynn, Meighan Patricia | Senior Associate | 2/14/2023 | 0.60 | 515 | 309.00 | Call to discuss Dec-22 roll-forward analysis with Management (Mr. Darragh & Mr. Ronan) & PJT Team meeting to prevent repetitive discussion |
| Sachdeva, Surbhi | Manager | 2/14/2023 | 4.10 | 675 | 2,767.50 | Buyer call agenda response and update of analysis per feedback on management call (w/ Mr. Darragh & Mr. Ronan) |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 2/14/2023 | 0.60 | 675 | 405.00 | Meeting with Management (Mr. Darragh & Mr. Ronan) & PJT to discuss analysis delivered - team meeting to prevent repetitive discussion |
| Shahkarami, Sean | Director | 2/14/2023 | 2.80 | 785 | 2,198.00 | Read and take notes on agenda from potential buyer to prepare for Buyer call |
| Shahkarami, Sean | Director | 2/14/2023 | 0.60 | 785 | 471.00 | Call to discuss rollforward results with Management (Mr. Darragh & Mr. Ronan) & PJT, and gather feedback - team call to prevent redundant calls. |
| Flynn, Meighan Patricia | Senior Associate | 2/15/2023 | 0.60 | 515 | 309.00 | Prepare responses to Buyer agenda provided in preparation for Buyer call |
| Sachdeva, Surbhi | Manager | 2/15/2023 | 2.10 | 675 | 1,417.50 | Sell-side discussion preparation work including review of agenda and draft responses |
| Shahkarami, Sean | Director | 2/15/2023 | 4.10 | 785 | 3,218.50 | Review agenda from PwC to prepare for Buyer call. |
| Barenbaum, Glenn P. | Partner | 2/16/2023 | 0.90 | 955 | 859.50 | Prepare and investigate questions from PwC call on Friday 17th |
| Flynn, Meighan Patricia | Senior Associate | 2/16/2023 | 0.90 | 515 | 463.50 | Preparation for buy side call including review of agenda, draft responses & compile questions for senior team members |
| Sachdeva, Surbhi | Manager | 2/16/2023 | 0.70 | 675 | 472.50 | Sell-side call with PwC re: operational diligence preparations, including conversations with Ops team (Alex Alekseev & Luisa Blessing) regarding queries received |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 2/16/2023 | 0.70 | 675 | 472.50 | Sell-side call with PwC operational dilgence preparation work. |
| Sachdeva, Surbhi | Manager | 2/16/2023 | 4.60 | 675 | 3,105.00 | Review of agenda and draft responses, ensuring responses were correct/appropriate. |
| Shahkarami, Sean | Director | 2/16/2023 | 2.20 | 785 | 1,727.00 | Review draft working capital analysis for Roll-Forward period (through Dec-22). |
| Shahkarami, Sean | Director | 2/16/2023 | 1.10 | 785 | 863.50 | Call with Management (Keith Darragh) to discuss/prepare for buyer call with PwC. |
| Shahkarami, Sean | Director | 2/16/2023 | 4.60 | 785 | 3,611.00 | Input/prepare responses to agenda questions from PwC in preparation for Buyer call. |
| Shahkarami, Sean | Director | 2/16/2023 | 1.90 | 785 | 1,491.50 | Review draft net debt analysis for Roll-Forward period. |
| Barenbaum, Glenn P. | Partner | 2/17/2023 | 1.60 | 955 | 1,528.00 | Call with PwC, Management (Keith Darragh & Terrance Ronan), & PJT to discuss Business Advisory Survives GT report - team attendance to prevent repetitive discussion |
| Flynn, Meighan Patricia | Senior Associate | 2/17/2023 | 1.60 | 515 | 824.00 | Buyer call with PwC, PJT and Sequoia management - team attendance to prevent repetitive discussion |
| Flynn, Meighan Patricia | Senior Associate | 2/17/2023 | 0.80 | 515 | 412.00 | Preparation for buyer call with PwC (i.e., review of agenda and draft responses / analysis), Management (Mr. Darragh & Mr. Ronan), and PJT |
| Sachdeva, Surbhi | Manager | 2/17/2023 | 0.40 | 675 | 270.00 | Meeting with Management (Terrance Ronan and Keith Darragh) to discuss shared |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | responses for sell-side discussion |
| Sachdeva, Surbhi | Manager | 2/17/2023 | 1.60 | 675 | 1,080.00 | Sell side call with PwC, Management (Keith Darragh & Terrance Ronan), & PJT to discuss GT databook - team attendance to prevent repetitive discussion |
| Shahkarami, Sean | Director | 2/17/2023 | 1.90 | 785 | 1,491.50 | Review changes to rollforward analysis based on questions from buyer call |
| Shahkarami, Sean | Director | 2/17/2023 | 1.60 | 785 | 1,256.00 | Lead Buyer call with PwC, PJT & Management (Keith Darragh / Terrance Ronan) - team attendance to prevent repetitive discussion |
| Shahkarami, Sean | Director | 2/17/2023 | 2.80 | 785 | 2,198.00 | Distribute responses/prepare team for Buyer call with PwC. |
| Shahkarami, Sean | Director | 2/20/2023 | 2.20 | 785 | 1,727.00 | Give review feedback and comments, and tasks on net debt analysis. |
| Shahkarami, Sean | Director | 2/21/2023 | 2.60 | 785 | 2,041.00 | Reconcile balance sheet accounts to working capital analysis. |
| Shahkarami, Sean | Director | 2/22/2023 | 4.20 | 785 | 3,297.00 | Review agenda for Buyer call from A&M/Kelso and prepare responses. |
| Flynn, Meighan Patricia | Senior Associate | 2/23/2023 | 4.90 | 515 | 2,523.50 | Internal review, quality check and preparation for buyer call |
| Sachdeva, Surbhi | Manager | 2/23/2023 | 4.10 | 675 | 2,767.50 | Work through A&M sell-side agenda and draft responses to queries |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Shahkarami, Sean | Director | 2/23/2023 | 3.10 | 785 | 2,433.50 | Prepare and study responses to the A&M agenda for upcoming Buyer call. |
| Flynn, Meighan Patricia | Senior Associate | 2/24/2023 | 0.60 | 515 | 309.00 | Preparation for buyer call with PwC. |
| Flynn, Meighan Patricia | Senior Associate | 2/24/2023 | 1.30 | 515 | 669.50 | Quality review and update working capital analysis basis comments from senior team members |
| Sachdeva, Surbhi | Manager | 2/24/2023 | 2.10 | 675 | 1,417.50 | Review and update of the working capital and net debt analysis per feedback from Management (Mr. Darragh) |
| Shahkarami, Sean | Director | 2/24/2023 | 3.30 | 785 | 2,590.50 | Gather, review, edit, and synthesize team's responses to A&M agenda for upcoming Buyer call. |
| Barenbaum, Glenn P. | Partner | 2/27/2023 | 1.60 | 955 | 1,528.00 | A&M/Kelso business advisory services call including PJT team & Management representatives (Mr. Darragh / Mr. Ronan) - team call to prevent redundant calls. |
| Flynn, Meighan Patricia | Senior Associate | 2/27/2023 | 1.10 | 515 | 566.50 | Quality review and update working capital and net debt analysis basis comments from senior team members |
| Flynn, Meighan Patricia | Senior Associate | 2/27/2023 | 0.40 | 515 | 206.00 | Review and preparation for A&M buyer call  - team call to prevent redundant calls. |
| Flynn, Meighan Patricia | Senior Associate | 2/27/2023 | 1.60 | 515 | 824.00 | Diligence buyer call with A&M, Management (Keith Darragh & Terrance Ronan) - team call to prevent redundant calls. |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Sachdeva, Surbhi | Manager | 2/27/2023 | 1.60 | 675 | 1,080.00 | Sell-side A&M call with Management (Keith Darragh & Terrance Ronan) and potential buyer buy-side diligence team - team call to prevent redundant calls. |
| Sachdeva, Surbhi | Manager | 2/27/2023 | 2.40 | 675 | 1,620.00 | Review and update of the working capital and net debt analysis per feedback from Management |
| Shahkarami, Sean | Director | 2/27/2023 | 2.70 | 785 | 2,119.50 | Detail review of purchase price variance and overhead entangled in inventory for working capital |
| Shahkarami, Sean | Director | 2/28/2023 | 3.60 | 785 | 2,826.00 | Detail review of all working capital adjustments - provide comments/changes. |
| TOTAL | | | 160.70 | | $110,063.50 | |

**EXHIBIT D2**

**DETAILED TIME ENTRIES FOR PLAN SERVICES**
**(Project Category: *Business Advisory Services – Strategic Operations*)**

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Alekseev, Alexey | Experienced Manager | 2/16/2023 | 1.0 | $675.00 | $675.00 | Final review of standalone adjustments information for PwC Questions (Alex, Luisa) |
| Alekseev, Alexey | Experienced Manager | 2/16/2023 | 0.7 | $675.00 | $472.50 | Discussed PwC questions with FDD. Participants: Luisa and Surbhi. |
| Blessing, Luisa | Senior Associate II | 2/16/2023 | 0.8 | $515.00 | $412.00 | Review PwC Financial Discussion Pack and Questions: preparation work including review of agenda and draft responses, ensuring responses were correct/appropriate |
| Blessing, Luisa | Senior Associate II | 2/16/2023 | 0.7 | $515.00 | $360.50 | FDD and opts team coordination of PwC Financial Discussion Pack. Other Participants: Sachdeva, Surbhi and Alekseev, Alex |
| Blessing, Luisa | Senior Associate II | 2/16/2023 | 0.6 | $515.00 | $309.00 | Write up of answers for the operational questions and standalone cost analysis of the PwC Financial Discussion Pack. |
| Blessing, Luisa | Senior Associate II | 2/16/2023 | 0.7 | $515.00 | $360.50 | Review client provided documentation pertaining to PwC questions: allocation methodology tie out details and 2023 budget for all functional areas such as S&P and G&A. |
| Blessing, Luisa | Senior Associate II | 2/16/2023 | 1.0 | $515.00 | $515.00 | Final review of standalone adjustments information for |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| | | | | | | PwC Questions with Alex Alekseev |
| Alekseev, Alexey | Experienced Manager | 2/17/2023 | 1.5 | $675.00 | $1,012.50 | Meeting with 26 other participants: Pwc and buy side team, Investment bank team, GT Operations and FDD team and Purdue Pharma team to discuss PwC Financial Discussion Pack and discuss any outstanding questions. Attended meeting to respond to PwC Q&A. |
| Blessing, Luisa | Senior Associate II | 2/17/2023 | 1.5 | $515.00 | $772.50 | "Meeting with 26 other participants: Pwc and buy side team, Investment bank team, GT Operations and FDD team and Purdue Pharma team to discuss PwC Financial Discussion Pack and discuss any outstanding questions.  Attended meeting support and provide feedback for the standalone ops cost analysis" |
| Alekseev, Alexey | Experienced Manager | 2/24/2023 | 0.5 | $675.00 | $337.50 | Call with Luisa to prepare answers for A&M session on 2/27 by reviewing the standalone adjustments information. |
| Blessing, Luisa | Senior Associate II | 2/24/2023 | 0.5 | $515.00 | $257.50 | Final review of standalone adjustments information for A&M Questions. Participants: Alex and Luisa |
| Blessing, Luisa | Senior Associate II | 2/24/2023 | 1.1 | $515.00 | $566.50 | Write up of answers for the operational questions and standalone cost analysis of the A&M Financial Discussion Pack. |

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Blessing, Luisa | Senior Associate II | 2/24/2023 | 0.7 | $515.00 | $360.50 | Review A&M Quality of Earnings Discussion Agenda and Questions: preparation work including review of agenda and draft responses, ensuring responses were correct/appropriate |
| Alekseev, Alexey | Experienced Manager | 2/27/2023 | 0.5 | $675.00 | $337.50 | Discussion with A&M, GT Ops and FDD, IB and client of the A&M Quality of Earnings Discussion Agenda. Left early after IDA questions were covered. |
| Alekseev, Alexey | Experienced Manager | 2/27/2023 | 0.5 | $675.00 | $337.50 | Discussion with A&M, GT Ops and FDD, IB and client of the A&M Quality of Earnings Discussion Agenda. Left early after IDA questions were covered. |
| Alekseev, Alexey | Experienced Manager | 2/27/2023 | 0.5 | $675.00 | $337.50 | A&M call preparation work including review of final report and questions from Buyers side team. |
| Blessing, Luisa | Senior Associate II | 2/27/2023 | 1.6 | $515.00 | $824.00 | Discussion with A&M, GT Ops and FDD, IB and client of the A&M Quality of Earnings Discussion Agenda. Attended meeting to support GT Ops standalone cost model questions. |
| **TOTAL** | | | **13.9** | | **$7,910.50** | |

## EXHIBIT D3

### DETAILED TIME ENTRIES FOR PLAN SERVICES
### (Project Category: *Tax Structuring Services -- Exit Structure Analysis*)

| Professional | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Description |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 2/9/2023 | 0.50 | $765.00 | $382.50 | Exit Structure Analysis - Evaluating transfer taxes on potential sale transaction, including Switzerland taxes |
| Angstadt, Brian | Managing Director | 2/10/2023 | 0.50 | $765.00 | $382.50 | Exit Structure Analysis - Evaluating transfer taxes on potential sale transaction, including Switzerland taxes |
| Angstadt, Brian | Managing Director | 2/12/2023 | 0.50 | $765.00 | $382.50 | Exit Structure Analysis - Evaluating transfer taxes on potential sale transaction, including Switzerland taxes |
| Baumann Stephan | Partner | 2/13/2023 | 1.20 | $720.00 | $864.00 | Exit Structure Analysis - Review and comment on Asset Purchase Agreement (APA) |
| Ruggli Philippe | Manager | 2/13/2023 | 2.00 | $540.00 | $1,080.00 | Exit Structure Analysis - Review and comment on Asset Purchase Agreement (APA) |
| Baumann Stephan | Partner | 2/15/2023 | 1.00 | $720.00 | $720.00 | Exit Structure Analysis - Review and comment on Asset Purchase Agreement (APA) |
| Ruggli Philippe | Manager | 2/15/2023 | 4.30 | $540.00 | $2,322.00 | Exit Structure Analysis - Review and comment on Asset Purchase Agreement (APA) |
| **TOTAL** | | | **10.0** | | **$6,133.50** | |

## EXHIBIT D4

### INVOICES FOR PLAN SERVICES

The following is a summary of the invoices relating to Plan Services provided by Grant Thornton during the Fee Period.  Copies of the actual invoices are attached.

| GT Invoice No. | Total Amount | Invoice Date | Service Period | Plan Service Provided |
|---|---|---|---|---|
| 954115084 | $110,063.50 | 3/20/2023 | February 1-28, 2023 | Business Advisory Services - General |
| 954115274 | $7,910.50 | 3/21/2023 | February 1-28, 2023 | Business Advisory Services – Strategic Operations |
| 954115930 | $6,133.50 | 3/21/2023 | February 1-28, 2023 | Tax Structuring Services |
| **Total:** | **$124,107.50** | | | |

**Grant Thornton**

**Grant Thornton LLP**
500 N. Akard
Ste 1200
Dallas, TX 75201-9627

T 214.561.2300
F 214.561.2370
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*    Purdue Pharma L.P.
Mr. Terrence Ronan, CFO
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*    March 20, 2023

**Bill Number**: 954115084        **Client-Assignment Code:** 0200102-00024

Professional fees related to Business Advisory Services for the month of
February 2023                                               $    110,063.50

**Total Amount of Bill:**                                   $    **110,063.50**

*Terms:*    As agreed upon
Federal ID No. 36-6055558

# Grant Thornton

**Grant Thornton LLP**
500 N. Akard
Ste 1200
Dallas, TX 75201-9627

T 214.561.2300
F 214.561.2370
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*    Purdue Pharma L.P.
Mr. Terrence Ronan, CFO
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*    March 21, 2023

**Bill Number**: 954115274        **Client-Assignment Code:** 0200102-00024

Professional fees related to Operations Support Advisory                $        7,910.50

**Total Amount of Bill:**                                                $        **7,910.50**

*Terms:*    As agreed upon
Federal ID No. 36-6055558

**Grant Thornton**

**Grant Thornton LLP**
1100 Peachtree Street
Suite 1400
Atlanta, GA 30309

T 404.330.2000
F 404.475.0107
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*   March 21, 2023

**Bill Number**: 954115930        **Client-Assignment Code:** 0200102-00007

Progress billing related to Statement of Work dated March 31, 2021 related to
assisting management in analyzing tax consequences of bankruptcy for February
2023                                                                $      6,133.50

**Total Amount of Bill:**                                          **$      6,133.50**

*Terms:*   As agreed upon
Federal ID No. 36-6055558

**<u>EXHIBIT E</u>**

**INVOICES FOR OCB TAX SERVICES**

The following is a summary of the invoices relating to OCB Tax Services for which Grant Thornton seeks reimbursement pursuant to the Eighteenth MFS.  Copies of the actual invoices also are attached.

| GT Invoice No. | Amount | Invoice Date | Service Period | Type of OCB Tax Services |
|---|---|---|---|---|
| 954111589 | $8,502.50 | 3/13/2023 | January 2023 Compliance processed in February 2023; Review of December's invoices filed with January's returns due in February 2023 | Sales and Use Tax Compliance Services |
| 954099982 | $97,046.00 | 3/15/2023 | Tax Compliance Services for the year ended December 31, 2022 | 2022 Tax Compliance Services |
| 954123967 | $1,526.40 | 3/31/2023 | Tax advisory, research, compliance and consulting services for February 2023 | Global Mobility Services |
| **TOTAL** | **$107,074.90** | | | |

**Grant**Thornton

Grant Thornton LLP
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
        201 Tresser Boulevard
        Stamford, CT 06901-3431

*Date:*   March 13, 2023

**Bill Number**: 954111589          **Client-Assignment Code:** 0200102-00023

Sales & Use Tax Compliance & Invoice Review
January 2023 Compliance processed in February 2023

COMPLIANCE TOTAL                                         $        2,000.00

Review of December Invoices filed with January returns due in February 2023
(filed on a one-month lag), notices & consulting

INVOICE REVIEW & CONSULTING TOTAL                                6,502.50

**Total Amount of Bill:**                               $        8,502.50

*Terms:*   As agreed upon
           Federal ID No. 36-6055558

 **Grant Thornton**

**Grant Thornton LLP**
757 3rd Avenue #9
New York, NY 10017-2013

T 212.599.0100
F 212.370.4520
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*     Purdue Pharma L.P.
          201 Tresser Boulevard
          Stamford, CT 06901-3431

*Date:*   March 15, 2023

          **Bill Number**: 954099982          **Client-Assignment Code:** 0200102-00026

          Advance fee for tax compliance services for the year ended December 31, 2022
          as per the Statement of Work signed January 5, 2023.                          $        89,100.00

          Expenses, including an administrative charge of 6% and a technology fee of
          $2,600                                                                                  7,946.00

          **Total Amount of Bill:**                                                      $        97,046.00

*Terms:*  As agreed upon
          Federal ID No. 36-6055558

**Grant Thornton**

**Grant Thornton LLP**
1100 Peachtree Street
Suite 1400
Atlanta, GA 30309

T 404.330.2000
F 404.475.0107
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*    Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*    March 31, 2023

**Bill Number**: 954123967        **Client-Assignment Code:** 0200102-00021

Professional services rendered per the detail on page 2            $        1,526.40

**Total Amount of Bill:**                                            $        **1,526.40**

*Terms:*    As agreed upon
Federal ID No. 36-6055558

**Purdue Pharma**

Tax advisory, research, compliance and consulting services for February 2023

| Description | Amount |
|---|---|
| **US Tax Consulting** | |
| **David Lundie** | |
| Prepare Estimated US tax calculation and advised David to pay the balance due | |
| | $ 1,440.00 |

| | | |
|---|---|---|
| **Subtotal** | $ | 1,440.00 |
| **Expenses (using the expense factor of 6% )** | $ | 86.40 |
| **Total** | $ | 1,526.40 |