KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FORTY-FIRST MONTHLY FEE STATEMENT OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023</u>**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | February 1, 2023 through and including February 28, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $111,217.50 |
| **Current Fee Request** | $88,974.00 (80% of $111,217.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,462.48 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $91,436.48 |
| **Total Fees and Expenses Inclusive of Holdback** | $113,679.98 |
| **This is a(n):**        X monthly         ___interim application         ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application<br>Date Filed/<br>Docket No. | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2021<br>3746 | 6/1/2021-<br>6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021<br>3768 | 7/1/2021-<br>7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021<br>3940 | 8/1/2021-<br>8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021<br>4095 | 9/1/2021-<br>9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021<br>4216 | 10/1/2021-<br>10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022<br>4360 | 11/1/2021-<br>11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022<br>4361 | 12/1/2021-<br>12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022<br>4559 | 1/1/2022-<br>1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022<br>4626 | 2/1/2022-<br>2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022<br>4725 | 3/1/2022-<br>3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022<br>4823 | 4/1/2022-<br>4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022<br>4974 | 5/1/2022-<br>5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022<br>5077 | 6/1/2022-<br>6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022<br>5098 | 7/1/2022-<br>7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022<br>5162 | 8/1/2022-<br>8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022<br>5215 | 9/1/2022-<br>9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $19,703.40 |
| 11/21/2022<br>5250 | 10/1/2022-<br>10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $8,230.20 |
| 1/13/2023<br>5339 | 11/1/2022-<br>11/30/2022 | $33,987.00 | $2,195.19 | $27,189.60 | $2,195.19 | $6,797.40 |
| 2/1/2023<br>5396 | 12/1/2022-<br>12/31/2022 | $43,506.50 | $136.10 | $34,805.20 | $136.10 | $8,701.30 |
| 3/13/2023<br>5494 | 1/1/2023-<br>1/31/2023 | $46,013.00 | $6,269.26 | $36,810.40 | $6,269.26 | $52,282.26 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the*

*Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"),

and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

*for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together

with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-

Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants

(the "**Ad Hoc Committee**"), hereby submits this Forty-First Monthly Fee Statement (the

"**Statement**") for the period of February 1, 2023 through and including February 28, 2023 (the

"**Monthly Fee Period**").

**Itemization of Services Rendered by Applicant**

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours

expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period

by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their

respective titles that provided services during this Monthly Fee Period, along with their respective

billing rates and the total number of hours spent by each individual during this Monthly Fee Period.

The blended hourly billing rate of attorneys for all services provided during the Monthly Fee

Period is $1,401.47.[2]  The blended hourly billing rate of all paraprofessionals is $524.52.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that

Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly

Fee Period organized by project category with a daily time log explaining the time spent by each

attorney and other professional and an itemization of expenses.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $107,913.00 by the total hours of 77.00.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $3,304.50 by the total hours of 6.30.

## **Notice**

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $88,974.00, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $2,462.48.

Dated: New York, New York
      April 5, 2023

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

      Kenneth H. Eckstein
      Rachael Ringer
      Caroline F. Gange
      **KRAMER LEVIN NAFTALIS &**
      **FRANKEL LLP**
      1177 Avenue of the Americas
      New York, New York 10036
      Telephone: (212) 715-9100
      Fax: (212) 715-8000
      Emails:  keckstein@kramerlevin.com
              rringer@kramerlevin.com
              cgange@kramerlevin.com

      *Attorneys for the Ad Hoc Committee of*
      *Governmental and Other Contingent*
      *Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00006 | Employment and Fee Applications | 13.10 | $11,600.50 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 8.30 | $12,815.00 |
| 00011 | Plan and Disclosure Statement | 61.90 | $86,802.00 |
| **TOTAL** | | **83.30** | **$111,217.50** |

**EXHIBIT B**

### SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1800 | 10.30 | $18,540.00 |
| Rachael Ringer | Partner | 20111 | Creditors' Rights | 1415 | 2.70 | $3,820.50 |
| Adam Rogoff | Partner | 1989 | Creditors' Rights | 1665 | 12.50 | $20,812.50 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1500 | 2.30 | $3,450.00 |
| Joseph A. Shifer | Special Counsel | 2010 | Creditors' Rights | 1280 | 18.30 | $23,424.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1280 | 2.80 | $3,584.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1220 | 28.10 | $34,282.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 525 | 6.00 | $3,150.00 |
| James McNamara | Paralegal | N/A | Creditors' Rights | 515 | 0.30 | $154.50 |
| **TOTAL** | | | | | **83.30** | **$111,217.50** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Service | $21.78 |
| Data Hosting Charges | $2,100.69 |
| In-House Meals | $40.00 |
| Local Transportation | $122.95 |
| Photocopying | $43.40 |
| Telecommunication Charges | $56.86 |
| Transcript Fees | $76.80 |
| **TOTAL EXPENSES** | **$2,462.48** |

**EXHIBIT D**

# Kramer Levin



March 27, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 876809
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through February 28, 2023.**

| | |
|---|---:|
| Fees | $111,217.50 |
| Disbursements and Other Charges | 2,462.48 |
| **TOTAL BALANCE DUE** | **$113,679.98** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



March 27, 2023
Invoice #: 876809
072952
Page 2

## MATTER SUMMARY

**For professional services rendered through February 28, 2023 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|--------|-------------|------|-------|-------|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $2,462.48 | **$2,462.48** |
| 072952-00006 | Employment and Fee Applications | 11,600.50 | 0.00 | **11,600.50** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 12,815.00 | 0.00 | **12,815.00** |
| 072952-00011 | Plan and Disclosure Statement | 86,802.00 | 0.00 | **86,802.00** |
| **Subtotal** | | **111,217.50** | **2,462.48** | **113,679.98** |
| **TOTAL CURRENT INVOICE** | | | | **$113,679.98** |



March 27, 2023
Invoice #: 876809
072952-00001
Page 3

**Asset Analysis and Recovery**

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $21.78 |
| Data Hosting Charges | 2,100.69 |
| In-House/Meals | 40.00 |
| Local Transportation | 122.95 |
| Photocopying | 43.40 |
| Telecommunication Charges | 56.86 |
| Transcript Fees | 76.80 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,462.48** |



March 27, 2023
Invoice #: 876809
072952-00006
Page 4

**Employment and Fee Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 6.80 | $8,296.00 |
| Kane, Wendy | Paralegal | 6.00 | 3,150.00 |
| McNamara, James | Paralegal | 0.30 | 154.50 |
| **TOTAL FEES** | | **13.10** | **$11,600.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2023 | McNamara, James | File and serve KL thirty-ninth fee application and correspondence w/ C. Gange re same. | 0.30 | $154.50 |
| 2/6/2023 | Kane, Wendy | Prepare tenth interim fee application (2.5); email C. Gange re same (0.1); review January fee statement for compliance with local rules and UST guidelines (0.4); email F. Arias re same (0.2). | 3.20 | 1,680.00 |
| 2/7/2023 | Kane, Wendy | Revise fee application to include blended rates. | 0.20 | 105.00 |
| 2/8/2023 | Gange, Caroline | Review and edit tenth interim fee applications. | 1.30 | 1,586.00 |
| 2/8/2023 | Kane, Wendy | Compile fee statements for interim period and email C. Gange re same. | 0.10 | 52.50 |
| 2/9/2023 | Gange, Caroline | Review tenth interim fee application. | 0.40 | 488.00 |



March 27, 2023
Invoice #: 876809
072952-00006
Page 5

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/10/2023 | Gange, Caroline | Review and edit tenth interim fee applications. | 0.80 | 976.00 |
| 2/10/2023 | Kane, Wendy | Compile interim fee application for distribution to Committee; email C. Gange re same. | 0.20 | 105.00 |
| 2/14/2023 | Gange, Caroline | Multiple edits to tenth interim fee application to prepare for filing. | 2.40 | 2,928.00 |
| 2/14/2023 | Kane, Wendy | Emails w/ C. Gange and AHC professionals re interim fee applications (0.3); prepare other professionals fee applications for filing (0.2); review Kramer Levin interim fee application (0.3); file fee applications for Houlihan, Kramer Levin, Gilbert, FTI, and Otterbourg (1.1); service of same on notice parties (0.2). | 2.10 | 1,102.50 |
| 2/15/2023 | Kane, Wendy | Prepare letter to Judge Lane and send courtesy copies of interim fee applications. | 0.20 | 105.00 |
| 2/21/2023 | Gange, Caroline | Review January fee statements for privilege/confidentiality and compliance with UST guidelines. | 0.80 | 976.00 |
| 2/22/2023 | Gange, Caroline | Review January fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.10 | 1,342.00 |
| **TOTAL** | | | **13.10** | **$11,600.50** |



March 27, 2023
Invoice #: 876809
072952-00009
Page 6

**Meetings and Communications with Ad-Hoc Committee & Creditors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 4.30 | $7,740.00 |
| Ringer, Rachael L. | Partner | 1.00 | 1,415.00 |
| Gange, Caroline | Associate | 3.00 | 3,660.00 |
| **TOTAL FEES** | | **8.30** | **$12,815.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/8/2023 | Ringer, Rachael L. | Attend portion of call with the States group re: plan next steps (1.0). | 1.00 | $1,415.00 |
| 2/8/2023 | Eckstein, Kenneth H. | Prepare for (0.10) and attend call with Working Group and other states re case status, alternatives (1.2). | 1.30 | 2,340.00 |
| 2/8/2023 | Gange, Caroline | Attend call with States group re second circuit and other updates/next steps. | 1.20 | 1,464.00 |
| 2/14/2023 | Eckstein, Kenneth H. | Prepare for (0.1) and attend Working Group call re plan issues (1.1). | 1.20 | 2,160.00 |
| 2/14/2023 | Gange, Caroline | Attend working group call re next steps re plan. | 1.10 | 1,342.00 |
| 2/21/2023 | Eckstein, Kenneth H. | Attend Working Group call (0.6). | 0.60 | 1,080.00 |
| 2/21/2023 | Gange, Caroline | Prepare for (0.1) and attend working group call (0.6). | 0.70 | 854.00 |



March 27, 2023
Invoice #: 876809
072952-00009
Page 7

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/28/2023 | Eckstein, Kenneth H. | Prepare for (0.4) and attend Working Group call (0.8). | 1.20 | 2,160.00 |
| **TOTAL** | | | **8.30** | **$12,815.00** |



March 27, 2023
Invoice #: 876809
072952-00011
Page 8

**Plan and Disclosure Statement**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 6.00 | $10,800.00 |
| Ringer, Rachael L. | Partner | 1.70 | 2,405.50 |
| Rogoff, Adam C. | Partner | 12.50 | 20,812.50 |
| Rosenbaum, Jordan M. | Partner | 2.30 | 3,450.00 |
| Shifer, Joseph A. | Spec Counsel | 18.30 | 23,424.00 |
| Taub, Jeffrey | Spec Counsel | 2.80 | 3,584.00 |
| Gange, Caroline | Associate | 18.30 | 22,326.00 |
| **TOTAL FEES** | | **61.90** | **$86,802.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/1/2023 | Rogoff, Adam C. | Emails and call with J. Rosenblum and K. Eckstein re plan implementation (0.3); review materials re same (0.2). | 0.50 | $832.50 |
| 2/1/2023 | Rosenbaum, Jordan M. | Call with FTI and HL re plan status (0.5); call with K. Eckstein and A. Rogoff re plan (0.3); review of plan documents (0.2). | 1.00 | 1,500.00 |
| 2/1/2023 | Ringer, Rachael L. | Call with KL, FTI and HL team re: plan updates (0.5). | 0.50 | 707.50 |



March 27, 2023
Invoice #: 876809
072952-00011
Page 9

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/1/2023 | Eckstein, Kenneth H. | Call and emails w/ A. Rogoff and J. Rosenblum re company business report, plan discussions (0.3); call w/ KL, FTI and Houliahn team re same (0.5). | 0.80 | 1,440.00 |
| 2/1/2023 | Taub, Jeffrey | T/c w/ KL, FTI and Houlihan teams re emergence prep (0.5); review Purdue presentation re same (0.2); follow-up corporate and bankruptcy teams re same (0.5). | 1.20 | 1,536.00 |
| 2/2/2023 | Rosenbaum, Jordan M. | Call with debtor and FTI and HL and Debtors re plan issues. | 0.90 | 1,350.00 |
| 2/2/2023 | Taub, Jeffrey | Attend all hands t/c w/ FTI, HL and Debtors re emergence matters. | 0.90 | 1,152.00 |
| 2/6/2023 | Rogoff, Adam C. | Prepare for and participate in portion of call with FTI, HL, KL and Debtors re plan structure (0.4); review materials re same (0.4); email R. Ringer re same (0.1). | 0.90 | 1,498.50 |
| 2/6/2023 | Ringer, Rachael L. | Attend portion of call with Debtors/FTI/HL/Sacklers re: next steps on plan (0.4). | 0.40 | 566.00 |
| 2/8/2023 | Eckstein, Kenneth H. | Follow up with A. Rogoff re plan presentation and issues list (0.4). | 0.40 | 720.00 |
| 2/10/2023 | Rogoff, Adam C. | Participate in call with K. Eckstein, M. Heubner, E. Vonnegut, G. Uzzi, J. Ball, J. Rosen and R. Ringer re plan structure. | 0.80 | 1,332.00 |
| 2/10/2023 | Eckstein, Kenneth H. | Prepare for (0.4) and attend call with Sackler and Company re plan issues (0.8). | 1.20 | 2,160.00 |



March 27, 2023
Invoice #: 876809
072952-00011
Page 10

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/10/2023 | Ringer, Rachael L. | Call with Debtors and Sacklers re: plan updates (0.8). | 0.80 | 1,132.00 |
| 2/10/2023 | Gange, Caroline | Review issues related to plan and emails w/ K. Eckstein and A. Rogoff re same. | 0.70 | 854.00 |
| 2/13/2023 | Rogoff, Adam C. | Prepare for and participate in call with C. Gange, J. Rosenbaum and J. Taub re memo for clients re status (0.4); review C. Gange email and attachments re same (0.3); emails with K. Eckstein re same (0.2). | 0.90 | 1,498.50 |
| 2/13/2023 | Rosenbaum, Jordan M. | Call with A. Rogoff, J. Taub and C. Gange re plan strcutrue. | 0.40 | 600.00 |
| 2/13/2023 | Eckstein, Kenneth H. | Review plan materials (0.5), emails with A. Rogoff, J. Shifer re memo/power point for clients (0.3); review same (0.4). | 1.20 | 2,160.00 |
| 2/13/2023 | Taub, Jeffrey | Prepare for (0.3) and attend internal KL call w/ corporate and bankruptcy re plan structure (0.4). | 0.70 | 896.00 |
| 2/13/2023 | Gange, Caroline | Call w/ A. Rogoff, J. Taub and J. Rosenbaum re next steps on plan (0.4); follow-up edits to presentation re same (0.6). | 1.00 | 1,220.00 |
| 2/14/2023 | Rogoff, Adam C. | Review status analysis for clients; emails, meeting and coordination with K. Eckstein and C. Gange re same; review materials re same. | 0.50 | 832.50 |
| 2/15/2023 | Gange, Caroline | Review issues re plan emergence and next steps. | 3.30 | 4,026.00 |



March 27, 2023
Invoice #: 876809
072952-00011
Page 11

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/16/2023 | Rogoff, Adam C. | Review status analysis for clients (0.4); emails, call and coordination with K. Eckstein re same (0.1); call with J. Shifer re same (0.8); review materials re same (0.5). | 1.80 | 2,997.00 |
| 2/16/2023 | Shifer, Joseph A. | Call with A. Rogoff re plan deck (0.8), review plan documents (1.4), draft deck re same (2.3). | 4.50 | 5,760.00 |
| 2/16/2023 | Gange, Caroline | Review plan emergence issues and research re same. | 2.00 | 2,440.00 |
| 2/17/2023 | Shifer, Joseph A. | Continue drafting plan presentation (3.9); emails with A. Rogoff re same (0.4). | 4.30 | 5,504.00 |
| 2/17/2023 | Gange, Caroline | Review issues related to plan next steps and emergence. | 4.00 | 4,880.00 |
| 2/19/2023 | Rogoff, Adam C. | Review status analysis for clients (0.6); emails with J. Shifer re same (0.5); review materials re same (0.2). | 1.30 | 2,164.50 |
| 2/19/2023 | Shifer, Joseph A. | Emails with A. Rogoff re plan deck (0.4); revisions to same (2.8). | 3.20 | 4,096.00 |
| 2/20/2023 | Rogoff, Adam C. | Review status analysis for clients (0.5); emails with J. Shifer re same (0.3); review materials re same (3.1). | 3.90 | 6,493.50 |
| 2/20/2023 | Shifer, Joseph A. | Emails with A. Rogoff re alternative plan and review revised deck. | 0.40 | 512.00 |



March 27, 2023
Invoice #: 876809
072952-00011
Page 12

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/21/2023 | Rogoff, Adam C. | Review status analysis for clients (0.4); emails with J. Shifer re same (0.1); review revised materials re same (0.2); emails and coordination with K. Eckstein re client analysis (0.2); call with K. Eckstein re plan materials (0.6). | 1.50 | 2,497.50 |
| 2/21/2023 | Eckstein, Kenneth H. | Call with A. Rogoff re: plan materials and issues (0.6). | 0.60 | 1,080.00 |
| 2/21/2023 | Shifer, Joseph A. | Revisions to alternative plan deck (0.5); emails with A. Rogoff and K. Eckstein re same (0.2). | 0.70 | 896.00 |
| 2/23/2023 | Eckstein, Kenneth H. | Review plan power point/memo (0.9), comment re: same (0.3). | 1.20 | 2,160.00 |
| 2/23/2023 | Gange, Caroline | Review revised plan presentation (0.3); review recent rulings re precedential effect (1.6). | 1.90 | 2,318.00 |
| 2/28/2023 | Rogoff, Adam C. | Review status analysis for clients; emails and calls with J. Shifer re same. | 0.40 | 666.00 |
| 2/28/2023 | Eckstein, Kenneth H. | Call with J. Shifer and C. Gange re alternative plan memo (0.6). | 0.60 | 1,080.00 |
| 2/28/2023 | Shifer, Joseph A. | Conf with K. Eckstein and C. Gange re presentation (0.6); confs with A. Rogoff re same (0.2), review and revise same (4.4). | 5.20 | 6,656.00 |
| 2/28/2023 | Gange, Caroline | Call w/ K. Eckstein and J. Shifer re plan options (0.6); draft presentation re same (2.7); research issues re same (2.1). | 5.40 | 6,588.00 |
| **TOTAL** | | | **61.90** | **$86,802.00** |

# Kramer Levin



March 27, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 876809
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through February 28, 2023.**

      Disbursements and Other Charges              2,462.48

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



March 27, 2023
Invoice #: 876809
072952

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Services | $21.78 |
| Data Hosting Charges | 2,100.69 |
| In-House/Meals | 40.00 |
| Local Transportation | 122.95 |
| Photocopying | 43.40 |
| Telecommunication Charges | 56.86 |
| Transcript Fees | 76.80 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,462.48** |

## DISBURSEMENTS AND OTHER CHARGES DETAIL

**Courier Services**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/15/2023 | Kane Wendy | Fedex charges by Kane, Wendy on 02/15/2023 (#394654477077) | $21.78 |
| **Subtotal** | | | **$21.78** |

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/28/2023 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**In-House/Meals**



March 27, 2023
Invoice #: 876809
072952
Page 2

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/16/2023 | Shifer Joseph A. | In-House/Meals | $20.00 |
| **Subtotal** | | | **$20.00** |

**Local Transportation**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/28/2023 | Shifer Joseph A. | Local Transportation for SHIFER, JOSEPH A. (OD1177-3022815020) | $122.95 |
| **Subtotal** | | | **$122.95** |

**Meals/In-House**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/28/2023 | Shifer Joseph A. | Kosher Deluxe KL02282343146 Joseph A. Shifer | $20.00 |
| **Subtotal** | | | **$20.00** |

**Photocopying**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/15/2023 | Kane Wendy | Photocopying Kane, Wendy | $43.40 |
| **Subtotal** | | | **$43.40** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/15/2022 | Gange Caroline | Telecommunication Charges by Caroline Gange | $15.61 |



March 27, 2023
Invoice #: 876809
072952
Page 3

| | | | |
|---|---|---|---|
| 8/16/2022 | Gange Caroline | Telecommunication Charges by Caroline Gange | $11.78 |
| 11/29/2022 | Gange Caroline | Telecommunication Charges by Caroline Gange | $21.23 |
| 1/16/2023 | Fisher David J. | Telecommunication Charges by David Fisher | $3.62 |
| 1/18/2023 | Fisher David J. | Telecommunication Charges by David Fisher | $4.62 |
| **Subtotal** | | | **$56.86** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/3/2023 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing Transcript, Transaction Date: 02/03/23, Invoice Number: 6340437 | $76.80 |
| **Subtotal** | | | **$76.80** |
| **TOTAL** | | | **$2,462.48** |