**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| Debtors[1]. | : | (Jointly Administered) |

**FORTY-FIRST MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **Name of Applicant:** | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | February 1, 2023 through February 28, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $7,762.00 |
| **Current Fee Request** | $6,209.60 (80% of $7,762.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $6,209.60 |
| **Total Fees and Expenses Inclusive of Holdback** | $7,762.00 |
| **This is a(n):**   _X_ Monthly Application     ___Interim Application     ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Forty-First Monthly Fee Statement (the "Fee Statement") for the period of February 1, 2023 through and including February 28, 2023 (the "Statement Period").

2

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories. As reflected in Exhibit A, Brown Rudnick incurred $7,762.00 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $6,209.60

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,062.86. The blended hourly rate of all paraprofessionals is $470.00. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $0.00 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees"). To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application. Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

**Notice**

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

| | |
|---|---|
| Dated: April 10, 2023 | Respectfully submitted, |
| | BROWN RUDNICK LLP |
| | /s/ *David J. Molton* |
| | David J. Molton |
| | Steven D. Pohl (admitted *pro hac vice*) |
| | Seven Times Square |
| | New York, New York 10019 |
| | Telephone: (212) 209-4800 |
| | Facsimile: (212) 209-4801 |
| | E-mail: dmolton@brownrudnick.com |
| | spohl@brownrudnick.com |
| | |
| | *Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants* |

# EXHIBIT A

## SERVICES RENDERED BY
## BROWN RUDNICK LLP

### COMMENCING FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 1.4 | $658.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 9.4 | $5,804.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 0.0 | $0.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 1.3 | $1,300.00 |
| 014 Plan and Disclosure Statement | 0.0 | $0.00 |
| **Total** | **12.1** | **$7,762.00** |
| | | |
| 20% Fee Holdback | | **$1,552.40** |
| 80% of Fees | | **$6,209.60** |
| Plus Expenses | | **$0.00** |
| Requested Amount | | **$7,762.00** |

# EXHIBIT B

## SERVICES RENDERED BY BROWN RUDNICK LLP

## COMMENCING FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,550 | 0.4 | $620.00 |
| Gerard T. Cicero | Partner 2015<br>Bankruptcy & Corporate Restructuring | $1,000 | 3.1 | $3,100.00 |
| Alexandra M. Deering | Paralegal<br>Bankruptcy & Corporate Restructuring | $470 | 8.6 | $4,042.00 |
| **Total Fees Requested** | | | **12.1** | **$7,762.00** |

# EXHIBIT C

## ACTUAL AND NECESSARY COSTS INCURRED BY
## BROWN RUDNICK LLP

### COMMENCING FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| EXPENSE | AMOUNT |
|---|---:|
|  |  |
| - | $0.00 |
| **Total Expenses** | **$0.00** |

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

64988987 v1