Shirley Belk
205 South Main St. Apt. 4D
Wingate, NC 28174

April, 05-2023

Dear Judge, Sean H. Lane,

I want the court to know my new address, 205 South Main St. Apt. 4D Wingate NC 28174. My phone, 704-465-7271. Use only this number and address to contact me. Other numbers and emails are no good anymore.

Please let me know if you received this notice of address change.

Your honor, is it any way possible to let us know if the court is still handling our cases or is the court closed at this point?

If you have any problem finding me, you can pull up my old address, 29 Pine Ridge Place Apt. 102, Polkton NC 28135.

Thanks so much for your time,

Shirley Belk