Christopher Marcus, P.C.
Jordan E. Elkin (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel to Arcadia Consumer Healthcare Inc. and*
*Atlantis Consumer Healthcare Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Arcadia Consumer Healthcare Inc. and Atlantis Consumer Healthcare Inc. pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby request that any and all notices given or required to be given in this case and all papers served or required to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 0690.

be served in this case, be delivered to and served upon the persons listed below at the following address, telephone and facsimile numbers:

Christopher Marcus, P.C.
Jordan E. Elkin
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212)446-4900
Email: christopher.marcus@kirkland.com
jordan.elkin@kirkland.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal whether written or oral and whether transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Respondent: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the

reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

| | |
|---|---|
| New York, New York<br>Dated:  April 13, 2023 | */s/ Christopher Marcus*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Christopher Marcus, P.C.<br>Jordan E. Elkin (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           christopher.marcus@kirkland.com<br>                     jordan.elkin@kirkland.com<br><br>*Counsel to Arcadia Consumer Healthcare Inc. and Atlantis Consumer Healthcare Inc.* |

**Certificate of Service**

The undersigned certifies that on April 13, 2023, a true and correct copy of the Notice of Appearance and Demand for Notice and Papers was filed electronically with the Clerk of the Court using CM/ECF system which in turn sent notifications of such filing to all interested parties of record.

| | |
|---|---|
| New York, New York<br>Dated:  April 13, 2023 | */s/ Christopher Marcus*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Christopher Marcus, P.C.<br>Jordan E. Elkin (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          christopher.marcus@kirkland.com<br>                     jordan.elkin@kirkland.com<br><br>*Counsel to Arcadia Consumer Healthcare Inc. and Atlantis Consumer Healthcare Inc.* |