UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors. [1] | (Jointly Administered) |

**EIGHTH SUPPLEMENTAL DECLARATION OF VAN C. DURRER, II IN SUPPORT
OF APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS SPECIAL
COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Van C. Durrer, II, declare:

1. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP (together with its affiliates, "Skadden" or the "Firm"), special counsel to the above-captioned debtors (the "Debtors") in the above-captioned bankruptcy cases, which maintains an office for the practice of law at, among other places, One Manhattan West, New York, New York 10001 and 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

2. I am admitted in, practicing in, and a member in good standing of the bars of the States of California, Delaware, Maryland, New York, Virginia, and of the District of Columbia.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

3.  I submit this declaration (this "Eighth Supplemental Declaration") to supplement the disclosures in the declarations of Patrick Fitzgerald dated November 5, 2019 [Docket No. 438] (the "Initial Declaration"), March 16, 2020 [Docket No. 936] (the "First Supplemental Declaration"), May 26, 2020 [Docket No. 1183] (the "Second Supplemental Declaration"), and July 10, 2020 [Docket No. 1370] (the "Third Supplemental Declaration"), the declarations of Anthony W. Clark dated June 15, 2021 [Docket No. 3031] (the "Fourth Supplemental Declaration"), September 21, 2021 [Docket No. 3797] (the "Fifth Supplemental Declaration"), and November 9, 2021 [Docket No. 4088] (the "Sixth Supplemental Declaration"), and my declaration of November 17, 2022 [Docket No. 5245] (the "Seventh Supplemental Declaration," and together with the Initial Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration, the Fourth Supplemental Declaration, the Fifth Supplemental Declaration, and the Sixth Supplemental Declaration, the "Prior Declarations") in support of the Debtors' Application for Order Under 11 U.S.C. § 327(e) Authorizing Employment of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Special Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 438] and the Debtors' Application for Authority to Supplement the Retention and Employment of Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel *Nunc Pro Tunc* to March 6, 2020 [Docket No. 1370] (together, the "Application").[2]  In the Prior Declarations, Skadden previously disclosed its current or past representations in matters of parties or potential parties in these Chapter 11 Cases, or their affiliates.

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

4. The facts set forth below are based upon my personal knowledge and discussions with other partners, counsel and associates of Skadden, and if called as a witness I would testify competently thereto.

5. **Judge Robert D. Drain**. In April 2023, Judge Robert D. Drain will join Skadden's Corporate Restructuring Group as Of Counsel in its New York Office. Prior to his employment with Skadden, Judge Drain was a bankruptcy judge for the Bankruptcy Court of the Southern District of New York (the "**Bankruptcy Court**"). During his tenure as a bankruptcy judge in the Bankruptcy Court, Judge Drain was the presiding judge over the above-captioned Chapter 11 Cases from their commencement until his retirement. Prior to Judge Drain joining the Firm, Skadden will establish formal internal screening procedures or an "Ethical Wall" between Judge Drain and all Purdue matters. Judge Drain will not have any involvement in any Purdue matter. Skadden does not believe that the employment of Judge Drain results in any adversity as to the Debtors with respect to the matters for which Skadden was retained by the Debtors. Skadden does not believe that Judge Drain joining Skadden precludes Skadden from meeting the requirement in Bankruptcy Code section 327(e) that Skadden "does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter[s] on which [Skadden] is to be employed."

6. Skadden will continue to conduct due diligence and will file additional supplemental declarations to the extent necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief, and after reasonable inquiry.

Dated: Los Angeles, California
April 14, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/      Van C. Durrer, II*
Van C. Durrer, II
300 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 687-5200
Fax: (213) 621-5200

*Special Counsel to Debtors and Debtors-in-Possession*