SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5200
DIRECT FAX
(213) 621-5200
EMAIL ADDRESS
VAN.DURRER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

April 14, 2023

**VIA ECF**

The Honorable Sean H. Lane
300 Quarropas Street
White Plains, New York  10601-4140

RE:   In re Purdue Pharma L.P., et al., Case No. 19-23649

Dear Judge Lane:

In compliance with Rule 1.12 of the New York Rules of Professional Conduct, I am writing to advise you that, in April, the Honorable [Ret.] Robert D. Drain will join the Corporate Restructuring Group of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates (the "Firm") as Of Counsel in the Firm's New York office.  Prior to his retirement from the United States Bankruptcy Court for the Southern District of New York, Judge Drain presided over the following matter: *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (the "Matter").  The Firm is currently retained pursuant to section 327(e) of the Bankruptcy Code as special counsel to Purdue Pharma L.P. and its affiliated Debtors (collectively, "Purdue") in the Matter (the "Firm Representation").

Prior to Judge Drain joining the Firm, the Firm will establish internal screening procedures between Judge Drain and the Firm Representation and all other matters for Purdue.  Furthermore, Judge Drain will not be apportioned any part of the Firm's fees from Purdue.

Respectfully,

Van C. Durrer, II