UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNT

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") on September 15, 2019.

**PLEASE TAKE FURTHER NOTICE** that, on April 4, 2023, in connection with the proposed sale (the "**Sale Transaction**") of substantially all of the assets of the Debtors' consumer health business, which is currently conducted by Avrio Health L.P. (collectively, and as further defined in the Stalking Horse Agreement, the "**Avrio Assets**") to Atlantis Consumer Healthcare Inc. (the "**Stalking Horse Bidder**") or any other successful bidder (a "**Successful Bidder**") subject to an auction process (the "**Auction**"), if any, for the Avrio Assets, the Debtors filed a motion (the "**Bidding Procedures Motion**")[2] with the Court seeking entry of orders, among other things, approving (a) procedures for the solicitation of bids in connection with the Sale Transaction and the Auction (the "**Bidding Procedures**"), (b) payment of the Bid Protections to the Stalking Horse Bidder in certain instances defined in the Stalking Horse Agreement, (c) the form and manner of notice related to the Sale Transaction, and (d) procedures for the assumption and assignment of contracts and leases in connection with the Sale Transaction (the "**Assumption and Assignment Procedures**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion, the Bidding Procedures Order, or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2023, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction, the Auction, and the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale Transaction, the Debtors intend to assume and assign to the Successful Bidder the Potential Assigned Contracts. A schedule listing the Potential Assigned Contracts (the "**Potential Assigned Contracts Schedule**") is attached hereto and may also be accessed free of charge on the Debtors' case information website, located at *https://restructuring.ra.kroll.com/purduepharma* or can be requested by email at *purduepharmateam@ra.kroll.com*. In addition, the "**Cure Costs**," if any, necessary for the assumption and assignment of the Potential Assigned Contracts are set forth on the Potential Assigned Contracts Schedule. *Each Cure Cost listed on the Potential Assigned Contracts Schedule represents all liabilities of any nature of the Debtors arising under an Assigned Contract or Assigned Lease prior to the closing of the Sale Transaction, or other applicable date upon which such assumption and assignment will become effective, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale Transaction or other applicable date upon which such assumption and assignment will become effective.*

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A POTENTIAL ASSIGNED CONTRACT**. Under the terms of the Assumption and Assignment Procedures, (a) at or prior to the closing of the Sale Transaction, a Successful Bidder (including the Stalking Horse Bidder) may elect, in its sole and absolute discretion, (i) to exclude any contract or lease on the Potential Assigned Contracts Schedule as an Assigned Contract or Assigned Lease, as applicable (in which case it shall become an Excluded Contract or Excluded Lease, as applicable), or (ii) to include on the Final Assigned Contracts Schedule any contract or lease listed on the Potential Assigned Contracts Schedule, by providing to the Debtors written notice of its election to exclude or include such contract or lease, as applicable, (b) in the event that, after the closing of the Sale Transaction, the Debtors or the Successful Bidder identify any contract or lease with respect to the Avrio Assets to which Avrio Health L.P. is a counterparty that is not a Shared Contract (as defined in the Stalking Horse Agreement), and that is not listed on the Potential Assigned Contracts Schedule, and such contract or lease has not been rejected by the Debtors, the Successful Bidder may in its sole and absolute discretion elect by written notice to the Debtors to treat such contract or lease as an Assigned Contract or Assigned Lease, as applicable, and the Debtors shall seek to assume and assign such Assigned Contract or Assigned Lease in accordance with the Bidding Procedures, and (c) following the Auction, the Debtors may, in accordance with the Stalking Horse Agreement or the applicable purchase agreement, or as otherwise agreed by the Debtors and the Successful Bidder, at any time before the closing of the Sale Transaction, modify the previously stated Cure Costs associated with any Potential Assigned Contract. The Assumption and Assignment Procedures further provide that any Counterparty whose previously-stated Cure Cost is modified will receive notice thereof and an opportunity to file a Supplemental Assumption and Assignment Objection. **The assumption and assignment of the Contracts and Leases on the Potential Assigned Contracts Schedule is not guaranteed and is subject to approval by the Court and**

**the Debtors' or Successful Bidder's right to remove an Assigned Contract or Assigned Lease from the Final Assigned Contracts Schedule.**

## Obtaining Additional Information

Copies of the Bidding Procedures Motion and the Bidding Procedures Order, as well as all related exhibits (including the Stalking Horse Agreement and the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at *https://restructuring.ra.kroll.com/purduepharma* or can be requested by email at purduepharmateam@ra.kroll.com.

## Filing Assumption and Assignment Objections

Pursuant to the Assumption and Assignment Procedures, objections to the potential assumption and assignment of an Assigned Contract or Assigned Lease (an "**Assumption and Assignment Objection**") with respect to the ability of a Successful Bidder to provide adequate assurance of future performance, must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules, (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Cost that the Counterparty believes is required to cure defaults under the relevant Assigned Contract or Assigned Lease, (d) by no later than **17 days from the date of service of the Potential Assumption and Assignment Notice** (the "**Assumption and Assignment Objection Deadline**"), (i) be filed with the Court and (ii) be served on (1) counsel to the Debtors, (A) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Marshall S. Huebner, Eli J. Vonnegut, Christopher S. Robertson, and Dylan A. Consla, (B) Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, New York 10001, Attn: Marie L. Gibson and A. Caroline M. Frizzo; (2) counsel to the Consultation Parties, consisting of (i) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, Bank of America Tower, One Bryant Park, New York, New York 10036, Attn: Arik Preis and Sara L. Brauner; (ii) counsel for the Ad Hoc Committee: Kramer Levin Naftalis & Frankel LLP, 1177 6th Ave, New York, NY 10036, Attn: Kenneth H. Eckstein; and (iii) counsel for the MSGE Group: Caplin & Drysdale, Chartered, 1 Thomas Cir NW # 1100, Washington, DC 20005, Attn: Kevin Maclay; (3) counsel to the Stalking Horse Bidder, Kirkland & Ellis LLP, 601 Lexington Ave, New York, New York 10022, Attn: Christopher Marcus, P.C., Constantine N. Skarvelis, P.C., and Jordan E. Elkin; and (4) the U.S. Trustee (collectively, the "**Objection Notice Parties**").

Pursuant to the Assumption and Assignment Procedures, an Assumption and Assignment Objection relating to proposed Cure Cost (a "**Cure Objection**"), must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules, (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Cost that the Counterparty believes is required to cure defaults under the relevant Assigned Contract or Assigned Lease, and (d) by no later than **17 days from the date of service of the Potential Assumption and Assignment Notice** (the "**Cure Objection Deadline**"), (1) be filed with the Court and (2) be served on the Objection Notice Parties.

Pursuant to the Assumption and Assignment Procedures, objections to the potential assumption and assignment of an Assigned Contract or Assigned Lease by a party whose contract or lease is listed on a Supplemental Assumption and Assignment Notice (a "**Supplemental**

**Assumption and Assignment Objection**") with respect to the ability of a Successful Bidder to provide adequate assurance of future performance or relating to the Cure Costs (to the extent modified from the previously-stated amount) must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules, (c) state, with specificity, the legal and factual bases thereof, and (d) by no later than **17 days from the date of service of such Supplemental Assumption and Assignment Notice,** (1) be filed with the Court and (2) be served on the Objection Notice Parties.

Objections to the Sale Order, the conduct of the Auction or the Sale Transaction (collectively, the "**Sale Objections**"), must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, and (d) by no later than **May 19, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**") be (1) filed with the Court and (2) served on the Objection Notice Parties.

### CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any Counterparty to a contract or lease who fails to timely make an objection to the potential assumption and assignment of such contract or lease on or before the Assumption and Assignment Objection Deadline in accordance with the Assumption and Assignment Procedures, the Bidding Procedures Order, and this Notice (or in the case of a Supplemental Assumption and Assignment Objection, by 14 days from the date of service of such Supplemental Assumption and Assignment Notice) shall be deemed to have consented to the assumption and assignment of such contract or lease, including the Cure Costs (if any), set forth in the Potential Assumption and Assignment Notice or Supplemental Assumption and Assignment Notice, and shall be forever barred from asserting any objection or claims against the Debtors, the Successful Bidder (including the Stalking Horse Bidder), or the property of any such parties, relating to the assumption and assignment of such contract or lease, including asserting additional Cure Costs with respect to such contract or lease. Notwithstanding anything to the contrary in such contract or lease, or any other document, the Cure Costs set forth in the Potential Assumption and Assignment Notice or Supplemental Assumption and Assignment Notice shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Assigned Contract or Assigned Lease under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the closing of the Sale Transaction or other applicable date upon which such assumption and assignment will become effective, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale Transaction or other applicable date upon which such assumption and assignment will become effective.*

**Other Important Dates and Deadlines**[3]

In addition to the dates and deadlines described above with respect to filing Assumption and Assignment Objections, Cure Objections, and Supplemental Assumption and Assignment Objections, note the following important dates and deadlines:

1. **Auction.** In the event that the Debtors timely receive more than one Qualified Bid for Avrio Assets in addition to the Stalking Horse Bid, and subject to the satisfaction of any further conditions set forth in the Bidding Procedures, the Debtors intend to conduct an Auction for the Avrio Assets. The Auction, if one is held, will commence on **May 17, 2023 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, New York 10001.

2. **Sale Hearing.** on **May 23, 2023 at 11:00 a.m. (prevailing Eastern time)** before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601. Pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted via Zoom for Government® so long as General Order M-543 is in effect or unless otherwise ordered by the Court. Parties wishing to appear at, or attend, a hearing conducted via Zoom for Government® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

[*Remainder of This Page Intentionally Left Blank*]

---

[3] The following dates and deadlines may be extended by the Debtors or the Court pursuant to the terms of the Bidding Procedures and the Bidding Procedures Order.

Dated:   April 28, 2023
         New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By:  */s/ Eli J. Vonnegut*
                                     Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile:  (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*

## Schedule 1.1(d)(ii)

## Post-Petition Contracts[1]

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| 1WorldSync, Inc. | Omni-Channel Contract by and between Avrio Health L.P. and 1WorldSync, Inc. | Omni-Channel Contract | March 1, 2020 |
| Behaviorally Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Behaviorally Inc. | Services Agreement | March 22, 2021 |
| Cactus Communications Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Cactus Communications Inc. | Services Agreement | August 17, 2022 |
| Caraway Tea Company, LLC | Supply and Distribution Agreement by and between Caraway Tea Company, LLC and Avrio Health L.P. | Supply and Distribution Agreement | February 24, 2021 |
| Caraway Tea Company, LLC | Quality Agreement by and between Caraway Tea Company, LLC and Purdue Pharma L.P. | Quality Agreement | February 26, 2021 |
| Contract Pharmacal Corp. | Statement of Work under the Supply Agreement by and between Contract Pharmacal Corp. and Avrio Health L.P. (SENOKOT TABLETS - US) | Statement of Work | March 19, 2020 |
| Contract Pharmacal Corp. | Statement of Work under the Supply Agreement by and between Contract Pharmacal Corp. and Avrio Health L.P. (SlowMag Coating Reformulation) | Statement of Work | March 8, 2021 |
| Contract Pharmacal Corporation | Quality Agreement by and between Contract Pharmacal Corporation and Purdue Pharma L.P. | Quality Agreement | November 30, 2022 |
| D and R Marketing, LLC | Consultant Services Agreement by and between Avrio Health L.P. and D and R Marketing, LLC | Services Agreement | May 16, 2022 |
| Directive Analytics Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Directive Analytics Inc. | Services Agreement | August 16, 2021 |
| FCB Health, a division of FCB Worldwide Inc. | Master Services Agreement by and between Avrio Health L.P. and FCB Health, a division of FCB Worldwide Inc. | Services Agreement | October 28, 2020 |
| FCB Health, a division of FCB Worldwide Inc. | Amendment #1 to the Master Services Agreement by and between Avrio Health L.P. and FCB Health, a division of FCB Worldwide Inc. | Services Agreement | N/A |

---

[1] Note: References in this Schedule to any agreement include references to such agreement's exhibits, schedules and appendices, as well as any purchase orders entered into in connection with such agreement.

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| FCB Health, a division of FCB Worldwide Inc. | Statement of Work under Master Services Agreement by and between Avrio Health L.P. and FCB Health, a division of FCB Worldwide Inc. | Statement of Work | December 20, 2022 |
| Fletcher Knight, Inc. (d/b/a Fletcher Knight) | Consultant Services Agreement by and between Avrio Health L.P. and Fletcher Knight, Inc. (d/b/a Fletcher Knight) | Consultant Services Agreement | April 5, 2022 |
| Geri-Care Pharmaceuticals | Non-Exclusive Supply and Distribution Agreement by and between Geri-Care Pharmaceuticals and Avrio Health L.P. | Supply and Distribution Agreement | December 21, 2021 |
| Geri-Care Pharmaceuticals | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between Geri-Care Pharmaceuticals and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Geri-Care Pharmaceuticals | Amendment #2 to the Non-Exclusive Supply and Distribution Agreement by and between Geri-Care Pharmaceuticals and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Geri-Care Pharmaceuticals | Quality Agreement by and between Geri-Care Pharmaceuticals and Purdue Pharma L.P. | Quality Agreement | January 19, 2022 |
| Global Overview, LLC | Consultant Services Agreement by and between Avrio Health L.P. and Global Overview, LLC | Services Agreement | September 25, 2019 |
| Global Overview, LLC | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and Global Overview, LLC | Services Agreement | N/A |
| Hamacher Resource Group, Inc. | Master Services Agreement by and between Avrio Health L.P. and Hamacher Resource Group, Inc. | Services Agreement | November 18, 2022 |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz Nutritionals ("Santa Cruz")) | Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | January 1, 2020 |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #1 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #2 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #3 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #4 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Harmony Foods Corporation, Life Science Nutritionals, Inc. and Sumter Nutritionals, | Quality Agreement by and between Santa Cruz Nutritionals, Inc. and Purdue Pharma L.P. | Quality Agreement | January 13, 2020 |

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| LLC (collectively doing business as Santa Cruz Nutritionals, Inc.) | | | |
| Humco Holding Group, Inc. | Notice and Consent to Assignment of Agreement with Humco Holding Group, Inc. by and between Humco Holding Group, Inc. and Avrio Health L.P. | Notice and Consent to Assignment | February 24, 2022 |
| Ipsos-Insight, LLC | Consultant Services Agreement by and between Avrio Health L.P. and Ipsos-Insight, LLC | Services Agreement | May 16, 2022 |
| Ipsos-Insight, LLC | Statement of Work by and between Avrio Health L.P. and Ipsos-Insight, LLC | Statement of Work | April 4, 2023 |
| Lightspeed GMI Singapore Pte Ltd | Statement of Work by and between Avrio Health L.P. (formerly Purdue Products L.P.) and Lightspeed GMI Singapore Pte Ltd | Statement of Work | December 21, 2022 |
| Maplebear Inc. (d/b/a Instacart) | Master Advertising and Promotional Services Agreement by and between Maplebear Inc. (d/b/a Instacart) and Avrio Health L.P. | Services Agreement | August 11, 2021 |
| Mindmate, Inc., d/b/a Citruslabs | Master Services Agreement by and between Avrio Health L.P. and Mindmate, Inc., d/b/a Citruslabs | Services Agreement | August 9, 2022 |
| Mindmate, Inc., d/b/a Citruslabs | Statement of Work under the Master Services Agreement by and between Avrio Health L.P. and Mindmate, Inc., d/b/a Citruslabs | Statement of Work | August 18, 2022 |
| Montclairity | Consultant Services Agreement by and between Avrio Health L.P. and Montclairity | Services Agreement | November 11, 2021 |
| Mullenlowe U.S., Inc. (d/b/a Mediahub) | Master Services Agreement by and between Mullenlowe U.S., Inc. (d/b/a Mediahub) and Avrio Health L.P. | Services Agreement | November 1, 2020 |
| Mullenlowe U.S., Inc. (d/b/a Mediahub) | Statement of Work under the Master Services Agreement by and between Mullenlowe U.S., Inc. (d/b/a Mediahub) and Avrio Health L.P. | Statement of Work | January 1, 2023 |
| NEUINTEL, LLC d/b/a PriceSpider | Software as a Service Agreement by and between NEUINTEL, LLC (d/b/a PriceSpider) and Avrio Health L.P. | Services Agreement | February 24, 2021 |
| NEUINTEL, LLC d/b/a PriceSpider | Amendment #1 to the Software as a Service Agreement by and between NEUINTEL, LLC (d/b/a PriceSpider) and Avrio Health L.P. | Services Agreement | N/A |
| NEUINTEL, LLC d/b/a PriceSpider | Order Form by and between NEUINTEL, LLC (d/b/a PriceSpider) and Avrio Health L.P. | Order Form | January 18, 2023 |
| Neuro-Insight US Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Neuro-Insight US Inc. | Services Agreement | November 28, 2022 |
| Neuro-Insight US Inc. | Statement of Work under the Consultant Services Agreement by and between Avrio Health L.P. and Neuro-Insight US Inc. | Statement of Work | November 28, 2022 |
| NineSigma North America, Inc. | Master Services Agreement by and between Avrio Health L.P. and NineSigma North America, Inc. | Services Agreement | September 1, 2021 |
| Pharma Nobis Acquisition Corp. and Pharma Nobis, LLC (collectively, "Pharma Nobis") | Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | April 30, 2019 |

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| Pharma Nobis | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Pharma Nobis | Amendment #2 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Pharma Nobis | Amendment #3 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Pharma Nobis | Quality Agreement by and between Pharma Nobis and Purdue Pharma L.P. | Quality Agreement | February 12, 2020 |
| Pharma Nobis | Amendment #1 to the Quality Agreement by and between Pharma Nobis and Purdue Pharma L.P. | Quality Agreement | N/A |
| Pharma Nobis | Letter of Acknowledgment regarding the Label Claim by and between Pharma Nobis and Avrio Health L.P. | Label Claim | November 1, 2021 |
| Racher Press Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Racher Press Inc. | Services Agreement | December 13, 2022 |
| Redeye Media | Consultant Services Agreement by and between Avrio Health L.P. and Redeye Media | Services Agreement | May 22, 2020 |
| Sensory Spectrum Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Sensory Spectrum Inc. | Services Agreement | January 10, 2022 |
| Shopkick, Inc. | Marketing Services Agreement by and between Shopkick, Inc. and Avrio Health L.P. | Services Agreement | February 4, 2022 |
| Shopkick, Inc. | Sales Order under the Marketing Services Agreement by and between Shopkick, Inc. and Avrio Health L.P. | Sales Order | March 13, 2023 |
| Shopkick, Inc. | Sales Order under the Marketing Services Agreement by and between Shopkick, Inc. and Avrio Health L.P. | Sales Order | March 15, 2023 |
| The Trustees of the University of Pennsylvania School | Investigator-Initiated Clinical Trial Agreement by and between Avrio Health and The Trustees of the University of Pennsylvania School | Clinical Trial Agreement | May 21, 2021 |
| The Trustees of the University of Pennsylvania School | Amendment #1 to the Investigator-Initiated Clinical Trial Agreement by and between Avrio Health and The Trustees of the University of Pennsylvania School | Clinical Trial Agreement | N/A |
| The Trustees of the University of Pennsylvania School | Amendment #2 to the Investigator-Initiated Clinical Trial Agreement by and between Avrio Health and The Trustees of the University of Pennsylvania School | Clinical Trial Agreement | N/A |
| Tri-Pac, Inc. | Non-Exclusive Supply and Distribution Agreement by and between Tri-Pac Inc. and Avrio Health L.P. | Supply and Distribution Agreement | March 1, 2020 |
| Tri-Pac, Inc. | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between Tri-Pac Inc. and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Tri-Pac, Inc. | Quality Agreement by and between Tri-Pac Inc. and Purdue Pharma L.P. | Quality Agreement | April 10, 2020 |

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| Tri-Pac, Inc. | Letter of Intent by and between Tri-Pac Inc. and Avrio Health L.P. | Letter of Intent | February 1, 2023 |
| Wallace Church Associates, Inc. | Master Services Agreement by and between Avrio Health L.P. and Wallace Church Associates, Inc. | Services Agreement | March 11, 2021 |
| Weinman Schnee Morais, Inc. d/b/a Market Research | Consultant Services Agreement by and between Avrio Health L.P. and Weinman Schnee Morais, Inc. d/b/a Market Research | Services Agreement | February 28, 2022 |

## Schedule 1.5(a)

### Executory Contracts List

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| Aplicare, Inc. | Quality Agreement by and between Aplicare Inc. and Purdue Products L.P. | Quality Agreement | - | October 22, 2013 |
| Contract Pharmacal Corp. | Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | April 1, 2011 |
| Contract Pharmacal Corp. | Amendment #1 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #2 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #3 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #4 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #5 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Statement of Work under the Supply Agreement by and between Contract Pharmacal Corp. and Avrio Health L.P. (Slow Mag Tablets for Migraine Relief) | Statement of Work | - | June 4, 2018 |
| Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Master Services Agreement by and between Purdue Products L.P. and Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Services Agreement | $3,440.37 | January 25, 2016 |
| Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Amendment #1 to the Master Services Agreement by and between Purdue Products L.P. and Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Services Agreement | - | N/A |
| Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Amendment #2 to the Master Services Agreement by and between Purdue Products L.P. and Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Services Agreement | - | N/A |
| Emerson Healthcare Inc. | Quality Agreement by and among Emerson Healthcare Inc., GEODIS Logistics and Purdue Pharma L.P. | Quality Agreement | - | July 18, 2017 |
| Emerson Healthcare Inc. | Amendment #1 to the Quality Agreement by and among Emerson Healthcare Inc., GEODIS Logistics and Purdue Pharma L.P. | Quality Agreement | - | N/A |
| Emerson Healthcare, LLC | Services Logistics Agreement by and between Purdue Pharma L.P. and Emerson Healthcare, LLC | Services Logistics Agreement | - | April 26, 2017 |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| Emerson Healthcare, LLC | Amendment #1 to the Services Logistics Agreement by and between Purdue Pharma L.P. and Emerson Healthcare, LLC | Services Logistics Agreement | - | N/A |
| Emerson Healthcare, LLC | Amendment #2 to the Services Logistics Agreement by and between Purdue Pharma L.P. and Emerson Healthcare, LLC | Services Logistics Agreement | - | N/A |
| Insites Marketing Consulting, Inc. and Gongos LLC | Master Services Agreement by and among Avrio Health L.P., Insites Marketing Consulting, Inc. (assumed from Join the Dots (USA) Inc.) and Gongos LLC | Services Agreement | $14,920.00 | February 18, 2019 |
| Insites Marketing Consulting, Inc. and Gongos LLC | Amendment #1 and Consent to Assignment to the Master Services Agreement by and among Avrio Health L.P., Insites Marketing Consulting, Inc. (assumed from Join the Dots (USA) Inc.) and Gongos LLC | Services Agreement | - | N/A |
| Insites Marketing Consulting, Inc. and Gongos LLC | Amendment #2 and Consent to Assignment to the Master Services Agreement by and among Avrio Health L.P., Insites Marketing Consulting, Inc. (assumed from Join the Dots (USA) Inc.) and Gongos LLC | Services Agreement | - | N/A |
| Lightspeed GMI Singapore Pte Ltd | Master Services Agreement by and between Avrio Health L.P. and Lightspeed GMI Singapore Pte Ltd | Services Agreement | $40,612.50 | July 1, 2019 |
| Lightspeed GMI Singapore Pte Ltd | Amendment #1 to the Master Services Agreement by and between Avrio Health L.P. and Lightspeed Singapore Pte Ltd | Services Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | April 1, 2011 |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #1 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #2 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #3 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #4 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #5 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| Patheon Softgels Inc. | Manufacturing Services Agreement by and between Patheon Softgels Inc. and Purdue Pharma L.P. | Manufacturing Services Agreement | - | July 25, 2017 |
| Patheon Softgels Inc. | Proposal for: Confirmation for Increasing Lot Size of Colace 100mg by and between Patheon Softgels Inc. and Purdue Pharma L.P. | Statement of Work | - | May 22, 2018 |
| Patheon Softgels Inc. | Formulation Development, Feasibility, Scale up, and Registration Proposal for Purdue Pharma L.P., by and between Patheon Softgels Inc. and Purdue Pharma L.P. | Statement of Work | - | January 8, 2018 |
| Patheon Softgels Inc. | Quality Agreement by and between Patheon Softgels Inc. and Purdue Products L.P. and Purdue Pharma L.P. | Quality Agreement | - | July 26, 2017 |
| PDI Inc. | Non-Exclusive Supply and Distribution Agreement by and between PDI Inc. and Avrio Health L.P. | Supply and Distribution Agreement | - | February 28, 2019 |
| PDI Inc. | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between PDI Inc. and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| PDI Inc. | Quality Agreement by and between PDI Inc. and Purdue Products L.P. and Purdue Pharma L.P. | Quality Agreement | - | July 15, 2019 |
| Pharma Nobis | Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | April 30, 2019 |
| Pharma Nobis | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| Pharma Nobis | Amendment #2 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| Pharma Nobis | Amendment #3 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| Pharmaceutical Research Associates, Inc. | Amended and Restated License Agreement by and between Pharmaceutical Research Associates, Inc. and Purdue Products L.P. (BETADINE) | License Agreement | - | November 29, 2006 |
| Pharmaceutical Research Associates, Inc. | Amended and Restated License Agreement by and between Pharmaceutical Research Associates, Inc. and Purdue Products L.P. SENOKOT) | License Agreement | - | November 29, 2006 |
| PL Developments of New | Quality Agreement by and between PL Developments of New York | Quality | - | March 15, |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| York Corporation | Corporation and Purdue Pharma L.P. | Agreement | | 2015 |
| Purdue Pharma Canada | Quality Agreement by and between Purdue Pharma Canada and Purdue Pharma L.P. | Quality Agreement | - | February 13, 2019 |
| Susan B. Levy Consulting, LLC | Consultant Services Agreement by and between Avrio Health L.P. and Susan B. Levy Consulting, LLC | Services Agreement | - | January 17, 2019 |
| Susan B. Levy Consulting, LLC | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and Susan B. Levy Consulting, LLC | Services Agreement | - | N/A |
| Susan B. Levy Consulting, LLC | Amendment #2 to the Consultant Services Agreement by and between Avrio Health L.P. and Susan B. Levy Consulting, LLC | Services Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | July 22, 2003 |
| Thatcher Pharmaceuticals L.P. | Amendment #1 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #2 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #3 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #4 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #5 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #6 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #7 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #8 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #9 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #10 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #11 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #12 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #13 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| Thatcher Pharmaceuticals L.P. | Amendment #14 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Thatcher Company, Inc. | Quality Agreement by and between Thatcher Company, Inc. and Purdue Pharma L.P. | Quality Agreement | - | May 21, 2019 |
| Thatcher Pharmaceuticals, Inc. | Letter Agreement by and between Thatcher Pharmaceuticals, Inc. and Avrio Health L.P. | Letter Agreement | - | November 12, 2018 |
| The Emerson Group | National Sales & Marketing Agreement by and between Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | January 1, 2015 |
| The Emerson Group | Amendment #1 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #2 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #3 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #4 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #5 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Myle Group, Inc. | Consultant Services Agreement by and between Avrio Health L.P. and The Myle Group, Inc. | Services Agreement | - | October 22, 2018 |
| The Myle Group, Inc. | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and The Myle Group, Inc. | Services Agreement | - | N/A |
| New Frontier Marketing Associates, LLC | Consultant Services Agreement by and between Avrio Health L.P. and New Frontier Marketing Associates, LLC | Services Agreement | $19,850.00 | March 8, 2018 |
| New Frontier Marketing Associates, LLC | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and New Frontier Marketing Associates, LLC | Services Agreement | - | N/A |
| NCH Marketing Services, Inc. | Master Services Agreement by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Services Agreement | - | January 1, 2016 |
| NCH Marketing Services, Inc. | Amendment #1 to the Master Services Agreement and the Statement of Work by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Services Agreement | - | N/A |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| NCH Marketing Services, Inc. | Amendment #2 to the Master Services Agreement by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Services Agreement | - | N/A |
| NCH Marketing Services, Inc. | Statement of Work by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Statement of Work | - | January 1, 2016 |
| NCH Marketing Services, Inc. | Amendment #2 to the Statement of Work by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Statement of Work | - | N/A |
| Nielsen Consumer LLC | Master Services Agreement by and between Nielsen Consumer LLC and Avrio Health L.P. | Services Agreement | $114,223.50 | May 15, 2019 |
| Nielsen Consumer LLC | Local Service Agreement by and between Nielsen Consumer LLC and Avrio Health L.P. | Services Agreement | - | May 16, 2019 |
| Nielsen Consumer LLC | Amendment #1 to the Local Service Agreement by and between Nielsen Consumer LLC and Avrio Health L.P. | Services Agreement | - | N/A |
| Nielsen Consumer LLC | Amendment #2 to the Local Service Agreement by and between Nielsen Consumer LLC and Avrio Health L.P. | Services Agreement | - | N/A |
| Nielsen Consumer LLC | Amendment #3 to the Local Service Agreement by and between Nielsen Consumer LLC and Avrio Health L.P. | Services Agreement | - | N/A |
| Nielsen Consumer LLC | Amendment #4 to the Local Service Agreement by and between Nielsen Consumer LLC and Avrio Health L.P. | Services Agreement | - | N/A |
| Nielsen Consumer LLC | Consultant Services Agreement by and between Nielsen Consumer LLC and Purdue Pharma L.P. | Services Agreement | - | November 21, 2017 |
| Nielsen Consumer LLC | Amendment #1 to the Consultant Services Agreement by and between Nielsen Consumer LLC and Purdue Pharma L.P. | Services Agreement | - | N/A |
| The Secretary of Health and Human Services | Pharmaceutical Pricing Agreement by and between the Secretary of Health and Human Services and Purdue Products L.P. | Pricing Agreement | - | March 28, 2006 |
| The Secretary of Health and Human Services | Pharmaceutical Pricing Agreement Addendum by and between the Secretary of Health and Human Services and Purdue Pharma L.P. | Pricing Agreement | - | January 18, 2017 |
| The Secretary of Health and Human Services | National Drug Rebate Agreement by and between the Secretary of Health and Human Services and Avrio Health L.P. | Rebate Agreement | - | August 27, 2018 |
| The Secretary of Health and Human Services | Medicaid Drug Rebate Agreement by and between the Secretary of Health and Human Services and Avrio Health L.P. | Rebate Agreement | - | August 27, 2018 |
| TopSpin Group | Master Services Agreement by and between Avrio Health L.P. and TopSpin Group | Service Agreement | $7,800.00 | April 4, 2019 |
| TopSpin Group | Amendment #1 to the Master Services Agreement by and between Avrio Health L.P. and TopSpin Group | Service Agreement | - | N/A |
| Valassis Communications, Inc. | Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | December 22, 2016 |
| Valassis Communications, Inc. | Amendment #1 to the Master Performance Agreement by and between | Performance | - | N/A |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| | Purdue Pharma L.P. and Valassis Communications Inc. | Agreement | | |
| Valassis Communications, Inc. | Amendment #2 to the Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | N/A |
| Valassis Communications, Inc. | Amendment #3 to the Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | N/A |
| Valassis Communications, Inc. | Amendment #4 to the Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Quality Assurance Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Quality Agreement | - | December 1, 2012 |
| Xttrium Laboratories, Inc. | Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | December 1, 2011 |
| Xttrium Laboratories, Inc. | Amendment #1 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #2 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #3 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #4 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #5 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |