ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FORTY-THIRD MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | March 1, 2023 through March 31, 2023 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $312,957.66[2] |
| Less 20% Holdback | $62,591.53 |
| Total Reimbursement Requested | $512.00 |
| Total Compensation and Reimbursement Requested in this Statement | $250,878.13 |

**This is a(n):**   X Monthly Application    __  Interim Application    __  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1, 2023 through March 31, 2023* (this "**Fee Statement**").[3] By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $55,227.84 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from March 1, 2023, through and including March 31, 2023, is referred to herein as the "**Fee Period.**"

$250,366.13 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $312,957.66) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

## Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $312,957.66 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $250,366.13.

2.      Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is 960.86.[4]  The blended hourly billing rate of all paraprofessionals is 358.74.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $512.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]   This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]   This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

## <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $250,366.13, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $312,957.66) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

May 1, 2023                                    Respectfully submitted,


By:  */s/* Rory Greiss

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Retention and Fee Applications | 16.50 | $9,892.72 |
| Government Contracts | 32.60 | $30,401.95 |
| Project Falcon | 39.70 | $29,775.50 |
| Project Themis | 24.80 | $22,548.80 |
| Project Sequoia | 149.40 | $152,492.12 |
| General Contracts Advice | 5.30 | $5,643.15 |
| Transactions | 64.30 | $62,203.42 |
| **Total[1]** | **332.60** | **$312,957.66** |

---

[1]  This amount reflects a reduction in fees in the amount of $55,227.84 on account of voluntary discounts as described in the Retention Application.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,200.00 | 2.20 | $2,640.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,500.00 | 1.90 | $2,850.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,320.00 | 0.30 | $396.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,230.00 | 163.40 | $200,982.00 |
| Miner, Aaron | Partner | 2008 | 1,100.00 | 12.30 | $13,530.00 |
| Rothman, Eric | Partner | 2008 | 1,110.00 | 3.40 | $3,774.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,320.00 | 52.80 | $69,696.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,140.00 | 2.60 | $2,964.00 |
| Elks, Danielle | Associate | 2019 | 755.00 | 17.70 | $13,363.50 |
| Ju, Esther | Associate | 2021 | 755.00 | 20.40 | $15,402.00 |
| Krantz, Alexa D. | Associate | 2021 | 755.00 | 0.30 | $226.50 |
| Ohanenye, Adaeze | Associate | 2022 | 595.00 | 0.40 | $238.00 |
| Pettit, Thomas A. | Associate | 2017 | 950.00 | 0.20 | $190.00 |
| Sullivan, Sam | Associate | 2020 | 830.00 | 35.20 | $29,216.00 |
| Zheng, Sasha | Associate | 2017 | 950.00 | 8.50 | $8,075.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 10.50 | $4,567.50 |
| Champagne, Louis | Docket Clerk | | 150.00 | 0.50 | $75.00 |
| **Total** | | | | **332.60** | **$368,185.50** |
| Less 15% Discount | | | | | ($55,227.84) |
| **Discounted Total** | | | | | **$312,957.66** |
| Less 20% Holdback | | | | | ($62,591.53) |
| **Total Amount Requested Herein** | | | | | **$250,366.13** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| eData: No Access Storage | $512.00 |
| **Total Expenses** | **$512.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                                   April 28, 2023
**Attn: Roxana Aleali**                                          Invoice # 30155966
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2023** | $ | 11,638.50 |
| Discount: | | -1,745.78 |
| **Fee Total** | | 9,892.72 |
| **Total Amount Due** | $ | **9,892.72** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 28, 2023                                                                                      Invoice # 30155966

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/01/23 | 0.50 | Review Fee Examiner's report (.3). Correspondence with R. Evergreen, D. Feinstein, and S. Sullivan re: same (.2). |
| Rosa J. Evergreen | 03/01/23 | 0.30 | Review examiner report (.2); correspond with R. Greiss re same (.1). |
| Darrell B. Reddix | 03/01/23 | 1.70 | Draft Forty-first monthly report. |
| Rory Greiss | 03/02/23 | 0.90 | Draft response to Fee Examiner's Report on Tenth Interim Fee Application (.5); review January monthly statement (.4). |
| Rosa J. Evergreen | 03/02/23 | 0.70 | Review monthly statement (.2); call with D. Reddix re same (.2); review and comment on finalized application (.3). |
| Darrell B. Reddix | 03/02/23 | 1.00 | Draft Forty-first monthly report (.4); teleconference with R. Evergreen re same (.3); correspond with R. Greiss and R. Evergreen re same (.3). |
| Rory Greiss | 03/03/23 | 0.50 | Finalize and send response letter to Fee Examiner re: report on interim fee application. |
| Rosa J. Evergreen | 03/03/23 | 0.20 | Correspond with R. Greiss re examiner letter. |
| Darrell B. Reddix | 03/03/23 | 0.50 | Finalize Forty-first monthly report (.3); file and serve same (.2). |
| Louis Champagne | 03/03/23 | 0.50 | Review and file document electronically with the USBC - SDNY Court. |
| Rory Greiss | 03/06/23 | 0.70 | Review February monthly statement. |
| Rosa J. Evergreen | 03/07/23 | 0.20 | Review monthly statement (.1); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 03/07/23 | 2.20 | Draft February monthly fee report. |
| Rory Greiss | 03/08/23 | 0.30 | Correspondence with D. Reddix re: February monthly statement. |
| Rosa J. Evergreen | 03/08/23 | 0.20 | Review February statement. |
| Darrell B. Reddix | 03/08/23 | 1.40 | Draft February monthly fee report. |
| Rory Greiss | 03/20/23 | 0.40 | Review monthly statement for February for filing. |
| Rosa J. Evergreen | 03/20/23 | 0.20 | Review Fee order (.1); correspond with R. Greiss re same (.1). |
| Darrell B. Reddix | 03/20/23 | 2.50 | Draft February monthly report. |
| Darrell B. Reddix | 03/21/23 | 0.40 | Draft February monthly report. |
| Rosa J. Evergreen | 03/22/23 | 0.40 | Review and comment on monthly fee application (.2); correspond with D. Reddix re same (.2). |
| Darrell B. Reddix | 03/22/23 | 0.80 | Finalize February monthly report (.5); file and serve same (.3). |

**Total Hours**                                    **16.50**

April 28, 2023                                                                    Invoice # 30155966

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 2.20 | 1,200.00 | 2,640.00 |
| Rory Greiss | 3.30 | 1,320.00 | 4,356.00 |
| Louis Champagne | 0.50 | 150.00 | 75.00 |
| Darrell B. Reddix | 10.50 | 435.00 | 4,567.50 |
| **TOTAL** | **16.50** | | **11,638.50** |

**Total Current Amount Due**                                            **$9,892.72**

# Arnold&Porter

**Purdue Pharma L.P.**                                      April 28, 2023
**Attn: Roxana Aleali**                                Invoice # 30155968
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through March 31, 2023** | **35,767.00** |
| Discount: | -5,365.05 |
| **Fee Total** | **30,401.95** |
| **Total Amount Due**                                    $ | **30,401.95** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 28, 2023                                                                                 Invoice # 30155968

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 03/01/23 | 5.10 | Review drug pricing-related documents (1.9); review documents to prepare for client team call (.6); attend client team call (1.0); draft responses to questions and requests posed on client team call (.9); correspond with client team re same (.7). |
| Elizabeth F. Lindquist | 03/03/23 | 4.30 | Draft analysis of government pricing and contracting issues (1.8); correspond with client team re same (.8); review client team communications regarding pricing and contracting issues (.7); participate in client team call re same (1.0). |
| Elizabeth F. Lindquist | 03/10/23 | 6.90 | Participate in client team calls government pricing issues (3.6); draft analyses re same (2.4); correspond with client team re same (9.). |
| Elizabeth F. Lindquist | 03/11/23 | 3.80 | Participate in telephone conferences with client team regarding government pricing issues (1.6); draft analysis of government pricing issues (1.4); correspond with client team re same (.8). |
| Elizabeth F. Lindquist | 03/12/23 | 3.30 | Telephone conference with client team (1.0); draft analysis of government pricing issues (2.3). |
| Danielle Elks | 03/16/23 | 1.20 | Review wholesaler agreements for TAA compliance language (.5); review draft of TAA policy (.4); correspondence with L. Lindquist re same (.3). |
| Danielle Elks | 03/20/23 | 2.20 | Further review wholesaler agreements for TAA compliance language. |
| Danielle Elks | 03/21/23 | 5.10 | Review of wholesaler agreements for TAA compliance language (2.7); draft TAA policy (1.4); correspondence with L. Lindquist re same (1.0). |
| Danielle Elks | 03/22/23 | 0.50 | Review contract review supporting materials (.4); correspondence with L. Lindquist re drafted TAA policy (.1). |
| Thomas A. Pettit | 03/27/23 | 0.20 | Teleconference with client regarding government contracting issues. |

**Total Hours**            **32.60**

Page 1

April 28, 2023                                                                         Invoice # 30155968

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 23.40 | 1,230.00 | 28,782.00 |
| **Subtotal:** | **23.40** | | **28,782.00** |
| **Associate** | | | |
| Danielle Elks | 9.00 | 755.00 | 6,795.00 |
| Thomas A. Pettit | 0.20 | 950.00 | 190.00 |
| **Subtotal:** | **9.20** | | **6,985.00** |
| **TOTAL** | **32.60** | | **35,767.00** |

**Total Current Amount Due**                                                        **$30,401.95**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

April 28, 2023
Invoice # 30155970
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through March 31, 2023** | **35,030.00** |
| Discount: | <u>-5,254.50</u> |
| **Fee Total** | **29,775.50** |

**Disbursements Recorded through March 31, 2023**

| | | |
|---|---:|---:|
| eData: No Access Storage | 512.00 | |
| **Disbursements Total** | $ | <u>**512.00**</u> |
| **Total Amount Due** | $ | <u>**30,287.50**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 28, 2023                                                                              Invoice # 30155970

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 03/01/23 | 0.50 | Review, analyze supplemental information and explanations provided by Purdue in response to agency request (.4); correspond with Purdue team re expert review of supplemental information requested by agency (.1). |
| Sam Sullivan | 03/01/23 | 1.50 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 03/02/23 | 0.90 | Review documents to prepare for meeting with agency (.5); meet with counsel for related party to discuss agency investigation (.4). |
| Sam Sullivan | 03/05/23 | 2.20 | Review documents to prepare for meeting with agency (1.5); draft outline of meeting with agency (.7). |
| Barbara H. Wootton | 03/07/23 | 0.20 | Analysis re expert comments on Purdue information for agency. |
| Sam Sullivan | 03/08/23 | 1.60 | Review documents to prepare for agency meeting. |
| Deborah L. Feinstein | 03/09/23 | 0.50 | Call with agency re: information requests. |
| Barbara H. Wootton | 03/09/23 | 0.60 | Conference with Purdue team and D. Feinstein re preparation of information responsive to agency's additional requests. |
| Sam Sullivan | 03/09/23 | 2.90 | Review documents to prepare for meeting with agency (2.0); draft outline of meeting with agency (.9). |
| Deborah L. Feinstein | 03/13/23 | 0.20 | Edit response to agency. |
| Sam Sullivan | 03/13/23 | 1.30 | Review documents to prepare for agency meeting (.5); draft outline of meeting with agency (.8). |
| Deborah L. Feinstein | 03/14/23 | 0.20 | Edit memo to agency re information (.1); send to agency (.1). |
| Sam Sullivan | 03/15/23 | 1.10 | Draft outline of meeting with agency. |
| Sam Sullivan | 03/17/23 | 0.70 | Draft outline of meeting with agency. |
| Sam Sullivan | 03/20/23 | 2.60 | Draft outline of meeting with agency (2.3); correspond with D. Feinstein and B. Wootton re: meeting with agency (.3). |
| Sam Sullivan | 03/21/23 | 7.30 | Draft outline of meeting with agency (6.8); compile binder of documents used in outline of meeting with agency (.5). |
| Deborah L. Feinstein | 03/22/23 | 1.00 | Preparation of client for agency meeting. |
| Barbara H. Wootton | 03/22/23 | 1.30 | Conference with Purdue team, D. Feinstein, and S. Sullivan re initial preparation session for agency meeting (.9); review, analyze preparation outline in preparation for same (.4). |
| Sam Sullivan | 03/22/23 | 1.30 | Meet with client to prepare for meeting with agency (.9); compile binder of documents used in outline of meeting with agency (.4). |
| Sam Sullivan | 03/23/23 | 0.70 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 03/24/23 | 4.60 | Review documents to prepare for meeting with agency. |
| Sam Sullivan | 03/27/23 | 3.80 | Review documents to prepare for agency meeting. |
| Sam Sullivan | 03/28/23 | 0.20 | Review documents to prepare for agency meeting. |
| Sam Sullivan | 03/29/23 | 1.10 | Review documents to prepare for agency meeting. |
| Sam Sullivan | 03/30/23 | 1.00 | Review documents to prepare for agency meeting. |
| Sam Sullivan | 03/31/23 | 0.40 | Review documents to prepare for agency meeting. |

April 28, 2023                                                                    Invoice # 30155970

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| **Total Hours** | | **39.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 1.90 | 1,500.00 | 2,850.00 |
| Subtotal: | **1.90** | | **2,850.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 2.60 | 1,140.00 | 2,964.00 |
| Subtotal: | **2.60** | | **2,964.00** |
| **Associate** | | | |
| Sam Sullivan | 35.20 | 830.00 | 29,216.00 |
| Subtotal: | **35.20** | | **29,216.00** |
| **TOTAL** | **39.70** | | **35,030.00** |

**Total Current Amount Due**                                        **$30,287.50**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

April 28, 2023
Invoice # 30155967
EIN 53-0208605

**Client/Matter # 1049218.00165**

Project Themis

20220003287

| | |
|---|---:|
| **For Legal Services Rendered through March 31, 2023** | **26,528.00** |
| Discount: | -3,979.20 |
| **Fee Total** | **22,548.80** |
| **Total Amount Due**                                         $ | **22,548.80** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 28, 2023

Invoice # 30155967

**(1049218.00165)**
**Project Themis**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 03/10/23 | 0.40 | Correspondence with A. Miner and Purdue team re: contract dispute. |
| Rory Greiss | 03/17/23 | 0.70 | Review correspondence from Purdue team regarding contract dispute (.2); videoconference with E. Rothman and A. Miner regarding drafting initial litigation papers (.5). |
| Aaron F. Miner | 03/17/23 | 2.80 | Confer with E. Rothman, R. Greiss re contract dispute (.5); confer with S. Zheng re same (.4); review agreement and correspondence re dispute (1.9). |
| Eric Rothman | 03/17/23 | 0.60 | TC with R. Greiss and A. Miner to discuss Project Themis complaint. |
| Sasha Zheng | 03/18/23 | 0.50 | Review correspondence between the parties to prepare for drafting of complaint. |
| Sasha Zheng | 03/21/23 | 3.00 | Draft complaint. |
| Sasha Zheng | 03/22/23 | 3.30 | Continue drafting complaint. |
| Sasha Zheng | 03/23/23 | 1.00 | Continue drafting complaint. |
| Aaron F. Miner | 03/24/23 | 2.20 | Revise draft complaint (1.2); review documents re same (1.). |
| Aaron F. Miner | 03/28/23 | 2.70 | Draft and revise complaint (1.4); review case law re same (1.3). |
| Aaron F. Miner | 03/29/23 | 2.90 | Draft and revise complaint (2.9). |
| Sasha Zheng | 03/29/23 | 0.20 | Review revisions to complaint . |
| Rory Greiss | 03/30/23 | 1.20 | Review draft complaint in contract dispute matter and correspondence with Arnold & Porter team regarding comments. |
| Aaron F. Miner | 03/30/23 | 1.70 | Review and revise draft complaint (1.3); confer with E. Rothman, R. Greiss, S. Zheng re same (.4). |
| Eric Rothman | 03/30/23 | 1.10 | Review and comment on Themis complaint. |
| Sasha Zheng | 03/30/23 | 0.50 | Revise complaint. |

**Total Hours**        **24.80**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Aaron F. Miner | | 12.30 | 1,100.00 | 13,530.00 |
| Eric Rothman | | 1.70 | 1,110.00 | 1,887.00 |
| | **Subtotal:** | **14.00** | | **15,417.00** |
| **Counsel** | | | | |
| Rory Greiss | | 2.30 | 1,320.00 | 3,036.00 |
| | **Subtotal:** | **2.30** | | **3,036.00** |
| **Associate** | | | | |
| Sasha Zheng | | 8.50 | 950.00 | 8,075.00 |
| | **Subtotal:** | **8.50** | | **8,075.00** |
| **TOTAL** | | **24.80** | | **26,528.00** |

**Total Current Amount Due**                                          **$22,548.80**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

April 28, 2023
Invoice # 30155973
EIN 53-0208605

**Client/Matter # 1049218.00166**

Project Sequoia

20220003290

| | |
|---|---|
| **For Legal Services Rendered through March 31, 2023** | **179,402.50** |
| Discount: | -26,910.38 |
| **Fee Total** | **152,492.12** |
| **Total Amount Due** | $  **152,492.12** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 28, 2023

Invoice # 30155973

**(1049218.00166)**
Project Sequoia

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 03/02/23 | 4.50 | Propose revisions to draft contract document (2.7); correspond with client team regarding same (1.0); draft analysis of drug pricing and government contracting issues (.8). |
| Elizabeth F. Lindquist | 03/06/23 | 3.80 | Review and analyze revisions to draft contract documents (1.8); participate in telephone conference with client team (1.2); revise draft contract documents (.8). |
| Elizabeth F. Lindquist | 03/07/23 | 8.40 | Draft responses to client questions regarding government pricing and contracting issues (2.2); draft analysis of contract documents (3.9); correspond with internal team re same (2.3). |
| Elizabeth F. Lindquist | 03/08/23 | 6.80 | Draft analyses of government pricing issues (3.6); correspond with client team regarding proposed revisions to draft contract documents (1.7); review and analyze proposed revisions to draft contract documents (1.5). |
| Adaeze Ohanenye | 03/08/23 | 0.20 | Teleconference with L. Lindquist re Project Sequoia (.2); teleconference with Purdue to discuss recent redlines to bid matrix chart (1.1). |
| Elizabeth F. Lindquist | 03/09/23 | 7.20 | Correspond with client team re proposed revisions to draft contract documents (2.0); review and analyze proposed revisions to same (2.2); draft analysis of proposed revisions to draft contract documents (1.4); draft analyses of government pricing issues (1.6). |
| Elizabeth F. Lindquist | 03/13/23 | 8.10 | Review client team communications (.3); draft analyses of government pricing issues (3.7); telephone conferences with client team re same (2.0); analyze draft contract documents (1.1); comment on draft contract documents (1.0). |
| Elizabeth F. Lindquist | 03/14/23 | 8.50 | Draft analyses of government pricing issues (3.8); correspond with client team re same (2.2); telephone conferences with client team re same (2.5). |
| Elizabeth F. Lindquist | 03/15/23 | 5.40 | Draft analysis of government pricing issues (2.2); review and analyze draft contract documents (2.6); correspond with client team re same (.6). |
| Adaeze Ohanenye | 03/15/23 | 0.20 | Review, analyze latest markups in bid matrix chart (.2); review APA markups (.4). |
| Elizabeth F. Lindquist | 03/16/23 | 10.80 | Draft services agreement (3.9); analyze proposed revisions to contract documents (2.2); draft analysis of proposed revisions to contract documents (1.9); correspond with client team re same (1.3); correspond with A&P team regarding draft policy document (1.5). |
| Elizabeth F. Lindquist | 03/17/23 | 11.90 | Review, comment on revisions to draft contract documents (3.9); draft analysis of government pricing issues (3.3); telephone conferences with client team re draft contract documents (1.5); correspond with client team re same (1.0); draft services plan (2.2). |
| Jeffrey L. Handwerker | 03/17/23 | 0.30 | Call with L. Lindquist re: Project Sequioa. |

Page 1

April 28, 2023                                                                            Invoice # 30155973

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 03/18/23 | 5.70 | Revise contracts (3.3); correspond with client team regarding same (.3); research government pricing issues (1.6); correspond with client team regarding same (.5). |
| Elizabeth F. Lindquist | 03/20/23 | 7.80 | Research Medicaid issues (1.1); correspond with client team re same (2.9); draft contract documents (2.7); telephone conference with client re same (1.1). |
| Elizabeth F. Lindquist | 03/21/23 | 8.10 | Correspond with client team re contract (1.4); review draft contract documents (1.5); propose revisions to draft contract documents (1.6); telephone conference with client team re same (.5); draft analysis of government contracting issue (.6); draft analysis of government pricing issue (.5); draft contract documents (2.0). |
| Elizabeth F. Lindquist | 03/22/23 | 6.90 | Correspond with client team draft contract documents (1.2); review, analyze draft contract documents (1.8); propose revisions to draft contract documents (1.7); revise draft contract documents (2.2). |
| Elizabeth F. Lindquist | 03/23/23 | 5.90 | Correspond with client team re draft contract documents (1.8); review, analyze draft contract documents (1.3); propose revisions to draft contract documents (1.6); revise contract documents (1.2). |
| Elizabeth F. Lindquist | 03/25/23 | 4.60 | Correspond with client team re draft contract documents (1.6); review draft contract documents (3.0). |
| Elizabeth F. Lindquist | 03/26/23 | 3.90 | Correspond with client team re draft contract documents (1.6); review draft contract documents (2.3). |
| Elizabeth F. Lindquist | 03/27/23 | 6.70 | Correspond with client team re contracting issues (1.1); draft analysis of government pricing and contracting issues (2.6); attend calls with client team re same (1.3); review draft contract documents (1.7). |
| Elizabeth F. Lindquist | 03/28/23 | 4.90 | Participate telephone conferences with client team re contract documents (1.4); draft contract documents (2.5); draft responses to questions regarding government pricing and contracting issues (1.0). |
| Elizabeth F. Lindquist | 03/29/23 | 3.90 | Analyze customer agreements (2.2); draft analysis of customer agreements (1.2); correspond with client team re same (.5). |
| Danielle Elks | 03/29/23 | 8.00 | Review terms of commercial distribution and rebate agreements (6.8); confer with L. Lindquist re same (1.2). |
| Danielle Elks | 03/30/23 | 0.70 | Participate in call with L. Lindquist, client, and banker to discuss strategy re agreements (.4); circulate notes from same (.3). |
| Elizabeth F. Lindquist | 03/31/23 | 6.20 | Participate in telephone conferences with client team (1.1); draft contract documents (2.5); draft responses to questions regarding government pricing and contracting issues (2.6). |

**Total Hours**                      **149.40**

April 28, 2023                                                                    Invoice # 30155973

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey L. Handwerker | 0.30 | 1,320.00 | 396.00 |
| Elizabeth F. Lindquist | 140.00 | 1,230.00 | 172,200.00 |
| **Subtotal:** | **140.30** | | **172,596.00** |
| **Associate** | | | |
| Danielle Elks | 8.70 | 755.00 | 6,568.50 |
| Adaeze Ohanenye | 0.40 | 595.00 | 238.00 |
| **Subtotal:** | **9.10** | | **6,806.50** |
| **TOTAL** | **149.40** | | **179,402.50** |

**Total Current Amount Due**                                                          **$152,492.12**

# Arnold&Porter

**Rhodes Pharmaceuticals L.P.**
**Attn: Roxana Aleali**
**498 Washington St.**
**Coventry, RI  02816**

April 28, 2023
Invoice # 30155971
EIN 53-0208605

**Client/Matter # 1051218.00004**

General Contracts Advice

20220003291

| | |
|---|---|
| **For Legal Services Rendered through March 31, 2023** | **6,639.00** |
| Discount: | -995.85 |
| **Fee Total** | **5,643.15** |
| **Total Amount Due**       $ | **5,643.15** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 28, 2023                                                                    Invoice # 30155971

**(1051218.00004)**
**General Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/02/23 | 2.50 | Review proposed agreement to resolve contract dispute (.5); videoconference with Rhodes team and DPW to discuss agreement (.7); revise agreement with E. Rothman (1.3). |
| Eric Rothman | 03/02/23 | 1.70 | Teleconference with Rhodes team to discuss certain contract dispute matter (.6); review, comment on letter agreement re contract dispute (1.1). |
| Rory Greiss | 03/14/23 | 0.50 | Review and comment on revised draft of agreement to settle contract dispute. |
| Rory Greiss | 03/15/23 | 0.60 | Videoconference with Rhodes team and E. Rothman re: strategy on contract dispute. |

**Total Hours**                        **5.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Eric Rothman | 1.70 | 1,110.00 | 1,887.00 |
| Subtotal: | **1.70** | | **1,887.00** |
| **Counsel** | | | |
| Rory Greiss | 3.60 | 1,320.00 | 4,752.00 |
| Subtotal: | **3.60** | | **4,752.00** |
| **TOTAL** | **5.30** | | **6,639.00** |

**Total Current Amount Due**                                          **$5,643.15**

# Arnold&Porter

Rhodes Pharmaceuticals L.P.                                    April 28, 2023
Attn: Roxana Aleali                                    Invoice # 30155972
498 Washington St.                                    EIN 53-0208605
Coventry, RI  02816

**Client/Matter # 1051218.00005**

Transactions

20220003292

| | |
|---|---|
| **For Legal Services Rendered through March 31, 2023** | **73,180.50** |
| Discount: | -10,977.08 |
| **Fee Total** | **62,203.42** |
| **Total Amount Due**                     $ | **62,203.42** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

April 28, 2023

Invoice # 30155972

**(1051218.00005)**
**Transactions**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/01/23 | 4.40 | Review, revise quality agreement for sale transaction (2.7); correspond with E. Ju and Rhodes team on exhibits to sale agreement (1.7). |
| Esther Ju | 03/01/23 | 5.00 | Prepare asset purchase agreement closing documents (2.5); revise quality agreement (2.5). |
| Esther Ju | 03/01/23 | 0.00 | Revise quality agreement and related exhibits. |
| Rory Greiss | 03/02/23 | 1.40 | Correspond with E. Ju and Rhodes team re exhibits to sale agreement (.6); videoconference with Rhodes team re: quality agreement for sale transaction (.8). |
| Esther Ju | 03/02/23 | 1.10 | Call with Rhodes to discuss changes to quality agreement and exhibits (.7); revise quality agreement and exhibits (.4). |
| Rory Greiss | 03/03/23 | 3.30 | Review revised draft of sale agreement sent by counterparty (.6); correspondence with Rhodes team and E. Ju re: revision of draft agreement (.6); videoconference with Rhodes team and E. Ju re: quality agreement (.5); review term sheet for new supply agreement (.4); correspond with E. Ju on exhibits to sale agreement (.7); review, revise Termination Agreement and Acknowledgment needed for closing of sale transaction (.5). |
| Esther Ju | 03/03/23 | 2.80 | Revise asset purchase agreement (2.3); revise closing documents related to asset purchase agreement (.5). |
| Rory Greiss | 03/06/23 | 2.20 | Revise quality agreement issues (.6); finalize exhibits to sale agreement (.7); finalize termination agreement and acknowledgment (.9). |
| Esther Ju | 03/06/23 | 1.60 | Draft API supply agreement (1.1); review counterparty execution versions of supply agreement (.5). |
| Rory Greiss | 03/07/23 | 1.40 | Review final changes to supply agreement and commercial supply terms (.5); correspondence with E. Ju to coordinate distribution of near final version of sale agreement and related closing documents (.6); correspondence with Rhodes team re: finalizing sale agreement for signature (.3). |
| Esther Ju | 03/07/23 | 0.40 | Prepare and finalize asset purchase agreement for signing. |
| Rory Greiss | 03/08/23 | 2.60 | Review, analyze sale agreement (1.1); review, comment on draft supply agreement (1.5). |
| Alexa D. Krantz | 03/08/23 | 0.10 | Prepare Word track changes redline for supply agreement. |
| Esther Ju | 03/08/23 | 0.70 | Revise Supply Agreement. |
| Rory Greiss | 03/09/23 | 1.50 | Review execution version of sale agreement sent by counter party (.4); review notice for bankruptcy court re: sale agreement (.2); correspondence with Rhodes team re: execution protocol (.9). |
| Esther Ju | 03/09/23 | 0.30 | Prepare for APA signing. |
| Rory Greiss | 03/10/23 | 2.90 | Communicate with client and counterparty to arrange for execution of sale agreement (.5); draft closing arrangements (1.8); correspondence with Rhodes team re: executed documents and documents to be finalized for closing (.6). |
| Esther Ju | 03/10/23 | 0.20 | Finalize APA into execution version. |
| Rory Greiss | 03/13/23 | 0.40 | Correspondence with Rhodes team re: closing arrangements in connection with sale agreement. |

April 28, 2023                                                                 Invoice # 30155972

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 03/14/23 | 2.40 | Review and revise closing documents (1.8); review comments to quality agreement for closing of sale transaction (.5); correspondence with Rhodes team re: same (.1). |
| Esther Ju | 03/14/23 | 2.00 | Prepare closing documents related to asset purchase agreement. |
| Rory Greiss | 03/15/23 | 1.40 | Review comments from Rhodes team re: supply agreement draft (.5); discuss revisions to be made with E. Ju (.3); videoconference with Rhodes team re: comments (.6). |
| Esther Ju | 03/15/23 | 0.90 | Call with Rhodes to discuss supply agreement (.5); revise API supply agreement (.4). |
| Rory Greiss | 03/16/23 | 2.70 | Review and revise supply agreement (1.2); correspondence with E. Ju re: revisions and distribution to Rhodes team (.8); correspondence with Rhodes team re: preparations for closing of asset sale (.7). |
| Esther Ju | 03/16/23 | 1.30 | Revise API supply agreement (1.1); prepare for closing of APA agreement (.2). |
| Esther Ju | 03/17/23 | 0.10 | Draft email to counterparty re: closing checklist. |
| Rory Greiss | 03/20/23 | 0.80 | Correspondence with Rhodes team regarding finalization of documents for closing. |
| Rory Greiss | 03/21/23 | 2.10 | Preparations for closing of sale transaction. |
| Rory Greiss | 03/22/23 | 2.30 | Preparations for closing of sale transaction including updating closing checklist with E. Ju (.5); review and revise officer's certificate and other closing documents (1.1) correspondence with Rhodes team and counterparty regarding same (.7). |
| Esther Ju | 03/22/23 | 1.60 | Prepare documents for APA closing (.9); correspond with Rhodes re: same (.3); correspond with counterparty to prepare closing documents (.4). |
| Rory Greiss | 03/23/23 | 2.60 | Review, revise documents in connection with closing of sale transaction (1.3); correspondence with Rhodes team and counterparty re same (1.3). |
| Esther Ju | 03/23/23 | 1.60 | Communicate with Rhodes and counterparty to prepare for closing (.7); prepare execution versions of closing documents (.9). |
| Rory Greiss | 03/24/23 | 2.40 | Review executed copies of documents to be released at closing of sale transaction (1.1); correspondence with Rhodes team and counterparty regarding documents to be finalized and executed for closing (1.3). |
| Rory Greiss | 03/24/23 | 1.30 | Correspondence with Rhodes team and counterparty regarding documents to be finalized and executed for closing. |
| Esther Ju | 03/24/23 | 0.20 | Update closing checklist (.1); draft email to Rhodes re: same (.1). |
| Rory Greiss | 03/26/23 | 0.80 | Correspondence with Rhodes team regarding closing of sale transaction (.4); correspondence with counterparty regarding closing arrangements (.4). |
| Rory Greiss | 03/27/23 | 1.50 | Review closing documents in connection with closing of sale transaction. |
| Rory Greiss | 03/28/23 | 1.20 | Correspondence with Rhodes team and counterparty in connection with follow-up from closing of sale transaction (.8); correspondence with E. Ju regarding preparation of closing binder (.4). |
| Esther Ju | 03/28/23 | 0.40 | Prepare closing binder for APA. |

April 28, 2023                                                                 Invoice # 30155972

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 03/29/23 | 1.30 | Correspondence with Rhodes team and counterparty regarding post-closing matters arising from transaction (.9); review, comment on index for closing binder (.4). |
| Esther Ju | 03/29/23 | 0.20 | Finalize all APA closing documents (.1); circulate to Rhodes internal group (.1). |
| Rory Greiss | 03/31/23 | 0.70 | Correspondence with Rhodes team and A. Krantz re counterparty mark-up of supply agreement. |
| Alexa D. Krantz | 03/31/23 | 0.20 | Review comments on supply agreement. |
| **Total Hours** | | **64.30** | |

### Legal Services-Attorney Summary

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Counsel** | | | | |
| Rory Greiss | | 43.60 | 1,320.00 | 57,552.00 |
| | **Subtotal:** | **43.60** | | **57,552.00** |
| **Associate** | | | | |
| Esther Ju | | 20.40 | 755.00 | 15,402.00 |
| Alexa D. Krantz | | 0.30 | 755.00 | 226.50 |
| | **Subtotal:** | **20.70** | | **15,628.50** |
| **TOTAL** | | **64.30** | | **73,180.50** |

**Total Current Amount Due**                                              **$62,203.42**