UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                                              :    Chapter 11
                                                                                         :
PURDUE PHARMA L.P., *et al.*,                                      :    Case No. 19-23649 (SHL)
                                                                                         :
                                                Debtors.[1]              :    (Jointly Administered)
                                                                                         :
---------------------------------------------------------------- x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF MARCH 1, 2023 THROUGH MARCH 31, 2023

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of March 1, 2023 through March 31, 2023 (the "Thirty-Ninth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Thirty-Ninth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,492.56, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,492.56 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirty-Ninth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Thirty-Ninth Compensation Period, some expenses might not be included in this Monthly Fee

Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirty-Ninth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Thirty-Ninth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Thirty-Ninth Compensation Period is outlined below:

| Thirty-Ninth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| March 1 – 31, 2023 | $225,000.00 | ($45,000.00) | $1,492.56 | **$181,492.56** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 471.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirty-Ninth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | March 2023 |
|---|---|
| Jamie O'Connell | 21.0 |
| Rafael Schnitzler | 136.0 |
| Tom Melvin | 69.5 |
| Jin Won Park | 79.5 |
| Marilia Bagatini | 60.0 |
| Christopher Fletcher | 29.5 |
| Chloe Lee | 75.5 |
| **Total Hours** | **471.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 03/01/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/01/23 | 1.0 | Internal meeting with management |
| Jin Won Park | 03/02/23 | 5.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/02/23 | 1.0 | Internal meeting with management |
| Jin Won Park | 03/03/23 | 3.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/03/23 | 0.5 | Internal meeting with management |
| Jin Won Park | 03/06/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/06/23 | 0.5 | Internal meeting with management |
| Jin Won Park | 03/07/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/07/23 | 1.0 | Internal meeting with management |
| Jin Won Park | 03/08/23 | 3.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/08/23 | 0.5 | Internal meeting with management |
| Jin Won Park | 03/09/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/10/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/13/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/13/23 | 1.0 | Internal meeting with management |
| Jin Won Park | 03/14/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/14/23 | 1.0 | Internal meeting with management |
| Jin Won Park | 03/15/23 | 5.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/16/23 | 5.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/17/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/17/23 | 1.0 | Internal meeting with management |
| Jin Won Park | 03/20/23 | 4.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/20/23 | 1.0 | Discussions regarding business matters with management |
| Jin Won Park | 03/21/23 | 2.0 | Discussions regarding business matters with management |
| Jin Won Park | 03/22/23 | 2.0 | Discussions regarding business matters with management |
| Jin Won Park | 03/23/23 | 2.0 | Discussions regarding business matters with management |
| Jin Won Park | 03/24/23 | 2.0 | Discussions regarding business matters with management |
| Jin Won Park | 03/27/23 | 2.0 | Discussions regarding business matters with management |
| Jin Won Park | 03/28/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/29/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/30/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 03/31/23 | 1.0 | Financial analysis |
| | | **79.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 03/01/23 | 5.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/01/23 | 1.0 | Internal meeting with management |
| Marilia Bagatini | 03/01/23 | 2.0 | Preparation of materials |
| Marilia Bagatini | 03/02/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/02/23 | 4.0 | Financial analysis |
| Marilia Bagatini | 03/03/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/03/23 | 1.0 | Preparation of materials |
| Marilia Bagatini | 03/09/23 | 3.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/09/23 | 2.0 | Financial analysis |
| Marilia Bagatini | 03/10/23 | 2.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/10/23 | 1.0 | Financial analysis |
| Marilia Bagatini | 03/12/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/13/23 | 2.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/13/23 | 2.0 | Preparation of materials |
| Marilia Bagatini | 03/14/23 | 2.0 | Preparation of materials |
| Marilia Bagatini | 03/15/23 | 4.0 | Preparation of materials |
| Marilia Bagatini | 03/15/23 | 2.0 | Calls to discuss business matters |
| Marilia Bagatini | 03/16/23 | 3.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/16/23 | 2.0 | Preparation of materials |
| Marilia Bagatini | 03/17/23 | 2.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/19/23 | 2.0 | Financial analysis |
| Marilia Bagatini | 03/20/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/21/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/22/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/23/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/24/23 | 1.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/26/23 | 2.0 | Financial analysis |
| Marilia Bagatini | 03/27/23 | 2.0 | Discussions regarding business matters with management |
| Marilia Bagatini | 03/28/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 03/29/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 03/30/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 03/31/23 | 3.0 | Financial analysis |
| | | **60.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 03/01/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 03/01/23 | 1.0 | Weekly update call with management and advisors |
| Christopher Fletcher | 03/01/23 | 0.5 | Call with advisors regarding business matter |
| Christopher Fletcher | 03/06/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 03/06/23 | 0.5 | Call with management and advisors regarding business matter |
| Christopher Fletcher | 03/07/23 | 1.0 | Update call with creditor FAs |
| Christopher Fletcher | 03/08/23 | 0.5 | Internal call regarding business matter |
| Christopher Fletcher | 03/08/23 | 0.5 | Email correspondence regarding various business matters |
| Christopher Fletcher | 03/08/23 | 0.5 | Financial analysis |
| Christopher Fletcher | 03/09/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 03/14/23 | 1.0 | Internal meeting regarding business matter |
| Christopher Fletcher | 03/16/23 | 0.5 | Financial analysis |
| Christopher Fletcher | 03/17/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 03/18/23 | 0.5 | Review materials and email correspondence with Company |
| Christopher Fletcher | 03/18/23 | 3.0 | Financial analysis |
| Christopher Fletcher | 03/20/23 | 0.5 | Email and phone correspondence regarding various business matters |
| Christopher Fletcher | 03/20/23 | 0.5 | Call with management and advisors regarding business matter |
| Christopher Fletcher | 03/20/23 | 0.5 | Call with advisors regarding business matter |
| Christopher Fletcher | 03/21/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 03/22/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 03/22/23 | 0.5 | Call with advisors regarding business matter |
| Christopher Fletcher | 03/23/23 | 0.5 | Email and phone correspondence regarding various business matters |
| Christopher Fletcher | 03/24/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 03/27/23 | 0.5 | Call with advisors regarding business matter |
| Christopher Fletcher | 03/27/23 | 0.5 | Internal meeting regarding business matter |
| Christopher Fletcher | 03/30/23 | 1.0 | Financial analysis |
| Christopher Fletcher | 03/31/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 03/31/23 | 1.0 | Email correspondence regarding various business matters |
|  |  | **29.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 03/01/23 | 5.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/01/23 | 1.0 | Internal meeting with management |
| Chloe Lee | 03/01/23 | 2.0 | Preparation of materials |
| Chloe Lee | 03/02/23 | 1.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/02/23 | 5.0 | Financial analysis |
| Chloe Lee | 03/03/23 | 2.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/03/23 | 3.0 | Preparation of materials |
| Chloe Lee | 03/06/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/06/23 | 0.5 | Internal meeting with management |
| Chloe Lee | 03/07/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/07/23 | 2.0 | Financial analysis |
| Chloe Lee | 03/08/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/09/23 | 4.0 | Internal meeting with management |
| Chloe Lee | 03/09/23 | 2.0 | Financial analysis |
| Chloe Lee | 03/10/23 | 3.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/10/23 | 2.0 | Financial analysis |
| Chloe Lee | 03/12/23 | 1.0 | Internal meeting with management |
| Chloe Lee | 03/13/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/13/23 | 3.0 | Preparation of materials |
| Chloe Lee | 03/14/23 | 3.0 | Preparation of materials |
| Chloe Lee | 03/15/23 | 3.0 | Preparation of materials |
| Chloe Lee | 03/15/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/16/23 | 4.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/17/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/20/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/20/23 | 2.0 | Preparation of materials |
| Chloe Lee | 03/21/23 | 1.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/22/23 | 1.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/23/23 | 1.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/24/23 | 1.0 | Discussions regarding business matters with management |
| Chloe Lee | 03/26/23 | 1.5 | Discussions regarding business matters with management |
| Chloe Lee | 03/26/23 | 2.0 | Preparation of materials |
| Chloe Lee | 03/27/23 | 3.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 03/29/23 | 2.0 | Preparation of materials |
| Chloe Lee | 03/30/23 | 1.5 | Discussions regarding business matters with management |
| Chloe Lee | 03/31/23 | 2.0 | Preparation of materials |
| | | **75.5** | |

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,492.56, in each case earned or incurred during the Thirty-Ninth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | $1,492.56 |
| **Total Amount Due** | **$181,492.56** |

Dated: May 1, 2023

PJT PARTNERS LP

By: /s/ *John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

4

# APPENDIX A

# PJT Partners

May 1, 2023

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of March 1, 2023 through March 31, 2023: | | $ | 225,000.00 |
| Less: Holdback @ 20% | | | (45,000.00) |
| Out-of-pocket expenses processed through April 25, 2023:[1] | | | |
| Ground Transportation | $    563.03 | | |
| Meals | 929.53 | | 1,492.56 |
| **Total Amount Due** | | **$** | **181,492.56** |

**Invoice No. 10024234**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Apr-23 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 563.03 | $ 563.03 |
| Employee Meals | 929.53 | 929.53 |
| **Total Expenses** | **$ 1,492.56** | **$ 1,492.56** |
|  |  |  |
| **Ground Transportation** |  | **$ 563.03** |
| **Meals** |  | **929.53** |
|  |  |  |
| **Total Expenses** |  | **$ 1,492.56** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through April 25, 2023**
**Invoice No. 10024234**

**Ground Transportation**

| | | |
|---|---|---|
| Bagatini (taxi to client meeting in Stamford, CT from home) | 01/27/23 | 129.96 |
| Bagatini (weeknight taxi home from office) | 02/02/23 | 18.96 |
| Park (weeknight taxi home from office) | 02/02/23 | 34.42 |
| Park (weeknight taxi home from office) | 02/07/23 | 30.24 |
| Park (weeknight taxi home from office) | 02/08/23 | 31.29 |
| Park (weeknight taxi home from office) | 02/14/23 | 30.00 |
| Park (weeknight taxi home from office) | 03/01/23 | 28.71 |
| Park (weeknight taxi home from office) | 03/02/23 | 31.30 |
| Park (weeknight taxi home from office) | 03/07/23 | 27.59 |
| Park (weeknight taxi home from office) | 03/09/23 | 33.78 |
| Park (weeknight taxi home from office) | 03/10/23 | 29.73 |
| Park (weeknight taxi home from office) | 03/14/23 | 32.11 |
| Park (weeknight taxi home from office) | 03/15/23 | 29.90 |
| Park (weeknight taxi home from office) | 03/16/23 | 37.52 |
| Park (weeknight taxi home from office) | 03/17/23 | 37.52 |
| **Subtotal - Ground Transportation** | | **$ 563.03** |

**Employee Meals**

| | | |
|---|---|---|
| Bagatini (weeknight working dinner meal) | 01/03/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/04/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/05/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 01/23/23 | 20.00 |
| Bagatini (weekend working dinner meal) | 01/29/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/02/23 | 20.00 |
| Bagatini (weekend working dinner meal) | 02/05/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/06/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/07/23 | 9.53 |
| Bagatini (weeknight working dinner meal) | 02/08/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/09/23 | 20.00 |
| Bagatini (weekend working dinner meal) | 02/12/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/13/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/14/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/15/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 02/17/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 03/02/23 | 20.00 |
| Bagatini (weeknight working dinner meal) | 03/09/23 | 20.00 |
| Lee (weeknight working dinner meal) | 01/23/23 | 20.00 |
| Lee (weeknight working dinner meal) | 01/24/23 | 20.00 |
| Lee (weeknight working dinner meal) | 01/26/23 | 20.00 |
| Lee (weekend working dinner meal) | 02/12/23 | 20.00 |
| Lee (weeknight working dinner meal) | 03/02/23 | 20.00 |
| Lee (weeknight working dinner meal) | 03/03/23 | 20.00 |
| Lee (weeknight working dinner meal) | 03/15/23 | 20.00 |
| Lee (weeknight working dinner meal) | 03/16/23 | 20.00 |
| Lee (weeknight working dinner meal) | 03/20/23 | 20.00 |
| Park (weeknight working dinner meal) | 01/23/23 | 20.00 |
| Park (weeknight working dinner meal) | 01/24/23 | 20.00 |
| Park (weeknight working dinner meal) | 01/25/23 | 20.00 |
| Park (weeknight working dinner meal) | 01/26/23 | 20.00 |
| Park (weeknight working dinner meal) | 02/02/23 | 20.00 |
| Park (weeknight working dinner meal) | 02/07/23 | 20.00 |
| Park (weeknight working dinner meal) | 02/08/23 | 20.00 |
| Park (weeknight working dinner meal) | 02/13/23 | 20.00 |
| Park (weeknight working dinner meal) | 02/14/23 | 20.00 |
| Park (weeknight working dinner meal) | 02/27/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/01/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/02/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/07/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/09/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/10/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/13/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/14/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/15/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/16/23 | 20.00 |
| Park (weeknight working dinner meal) | 03/20/23 | 20.00 |
| **Subtotal - Employee Meals** | | **929.53** |
| **Total Expenses** | | **$ 1,492.56** |

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 21.0 |
| Rafael Schnitzler | Managing Director | 136.0 |
| Tom Melvin | Vice President | 69.5 |
| Jin Won Park | Vice President | 79.5 |
| Marilia Bagatini | Associate | 60.0 |
| Christopher Fletcher | Analyst | 29.5 |
| Chloe Lee | Analyst | 75.5 |
| | **Total** | **471.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 03/01/23 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 03/02/23 | 0.5 | Emails regarding business matter |
| Jamie O'Connell | 03/05/23 | 0.5 | Emails regarding business matter |
| Jamie O'Connell | 03/06/23 | 0.5 | Internal team call regarding business matter |
| Jamie O'Connell | 03/08/23 | 0.5 | Internal team call regarding business matter |
| Jamie O'Connell | 03/08/23 | 0.5 | Call with management regarding various matters |
| Jamie O'Connell | 03/08/23 | 0.5 | Call with Tom regarding business matter |
| Jamie O'Connell | 03/08/23 | 0.5 | Follow up emails and calls |
| Jamie O'Connell | 03/09/23 | 0.5 | Weekly update call |
| Jamie O'Connell | 03/09/23 | 2.0 | Conference call with management and counsel regarding business matter |
| Jamie O'Connell | 03/11/23 | 1.0 | Conference call with management regarding business matter |
| Jamie O'Connell | 03/15/23 | 0.5 | Review analysis regarding business matter |
| Jamie O'Connell | 03/15/23 | 0.5 | Conference call with team regarding business matter |
| Jamie O'Connell | 03/19/23 | 0.5 | Correspondences regarding advisor request |
| Jamie O'Connell | 03/20/23 | 0.5 | Call with R. Schnitzler regarding business matter |
| Jamie O'Connell | 03/22/23 | 0.5 | Correspondences regarding court matter |
| Jamie O'Connell | 03/25/23 | 0.5 | Review and comment on draft pleading; related call |
| Jamie O'Connell | 03/27/23 | 1.0 | Calls with management regarding business matter |
| Jamie O'Connell | 03/27/23 | 0.5 | Call with R. Schnitzler regarding business matter |
| Jamie O'Connell | 03/28/23 | 1.5 | Calls with management regarding business matter |
| Jamie O'Connell | 03/28/23 | 0.5 | Correspondences regarding business matter |
| Jamie O'Connell | 03/29/23 | 1.5 | Review analyses and prep for board meeting |
| Jamie O'Connell | 03/29/23 | 3.0 | Board meeting (did not attend entire session) |
| Jamie O'Connell | 03/29/23 | 0.5 | Call with R. Schnitzler regarding business matter |
| Jamie O'Connell | 03/30/23 | 1.0 | Calls regarding business matter |
| Jamie O'Connell | 03/30/23 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 03/31/23 | 0.5 | Review and comment on draft pleading |
| | | **21.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 03/01/23 | 5.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/01/23 | 1.0 | Internal meeting with management |
| Rafael Schnitzler | 03/01/23 | 0.5 | Call regarding business matters |
| Rafael Schnitzler | 03/02/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/02/23 | 3.0 | Review draft presentation and documentation |
| Rafael Schnitzler | 03/03/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/03/23 | 0.5 | Call regarding business matters |
| Rafael Schnitzler | 03/03/23 | 1.0 | Preparation of materials |
| Rafael Schnitzler | 03/04/23 | 1.5 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/05/23 | 0.5 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/06/23 | 4.0 | Review draft presentation and documentation |
| Rafael Schnitzler | 03/07/23 | 1.5 | Call with company regarding various business matters |
| Rafael Schnitzler | 03/07/23 | 1.0 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/08/23 | 1.5 | Internal discussion regarding various business matters |
| Rafael Schnitzler | 03/09/23 | 3.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/09/23 | 2.0 | Review various financial analyses |
| Rafael Schnitzler | 03/10/23 | 2.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/10/23 | 4.0 | Review draft presentation and documentation |
| Rafael Schnitzler | 03/12/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/13/23 | 2.0 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/13/23 | 2.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/13/23 | 3.0 | Review draft presentation and documentation |
| Rafael Schnitzler | 03/14/23 | 3.0 | Internal discussion regarding various business matters |
| Rafael Schnitzler | 03/14/23 | 4.0 | Review draft presentation and documentation |
| Rafael Schnitzler | 03/14/23 | 3.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/15/23 | 4.0 | Review draft presentation and documentation |
| Rafael Schnitzler | 03/15/23 | 2.0 | Internal discussion regarding various business matters |
| Rafael Schnitzler | 03/15/23 | 2.0 | Calls with management to discuss business matters |
| Rafael Schnitzler | 03/15/23 | 2.5 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/16/23 | 3.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/16/23 | 2.0 | Review draft documentation and presentations |
| Rafael Schnitzler | 03/16/23 | 2.0 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/16/23 | 1.5 | Discussions regarding business matters |
| Rafael Schnitzler | 03/17/23 | 2.0 | Discussions regarding business matters |
| Rafael Schnitzler | 03/17/23 | 2.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/17/23 | 1.5 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/18/23 | 2.0 | Discussions regarding business matters |
| Rafael Schnitzler | 03/19/23 | 1.5 | Discussions regarding business matters |
| Rafael Schnitzler | 03/19/23 | 2.0 | Review draft documentation and presentations |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 03/19/23 | 2.5 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/20/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/20/23 | 2.5 | Review draft documentation and presentations |
| Rafael Schnitzler | 03/21/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/21/23 | 3.0 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/22/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/23/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/23/23 | 1.0 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/24/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/24/23 | 4.0 | Review draft documentation and presentations |
| Rafael Schnitzler | 03/25/23 | 3.0 | Review draft documentation |
| Rafael Schnitzler | 03/25/23 | 2.0 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/26/23 | 2.0 | Financial analysis |
| Rafael Schnitzler | 03/26/23 | 2.5 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/27/23 | 4.5 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/27/23 | 1.0 | Discussions regarding business matters |
| Rafael Schnitzler | 03/27/23 | 1.0 | Review draft documentation and presentations |
| Rafael Schnitzler | 03/27/23 | 2.5 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/28/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Rafael Schnitzler | 03/28/23 | 2.5 | Review draft documentation and presentations |
| Rafael Schnitzler | 03/28/23 | 3.0 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/29/23 | 3.5 | Draft and respond to various emails re: business matters |
| Rafael Schnitzler | 03/29/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Rafael Schnitzler | 03/30/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Rafael Schnitzler | 03/30/23 | 1.0 | Discussions regarding business matters with management |
| Rafael Schnitzler | 03/30/23 | 0.5 | Discussions regarding business matters |
| Rafael Schnitzler | 03/31/23 | 3.0 | Review draft documentation and presentations |
| | | **136.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 03/01/23 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 03/01/23 | 0.5 | Call with DPW and AlixPartners to discuss various business matters |
| Tom Melvin | 03/01/23 | 0.5 | E-mail correspondence with Company management and counsel regarding business matter |
| Tom Melvin | 03/01/23 | 1.5 | Prepare and review material for review by creditor financial advisors |
| Tom Melvin | 03/01/23 | 1.0 | Review materials from Company management and counsel related to business matter |
| Tom Melvin | 03/01/23 | 0.5 | E-mail correspondence with creditor financial advisors regarding business matter |
| Tom Melvin | 03/02/23 | 0.5 | Call with Company management regarding various matters |
| Tom Melvin | 03/02/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 03/02/23 | 1.0 | Review materials from Company management related to business matter |
| Tom Melvin | 03/03/23 | 1.5 | Review materials from Company management related to business matter |
| Tom Melvin | 03/03/23 | 1.5 | Review materials from Company management and counsel related to business matter |
| Tom Melvin | 03/03/23 | 0.5 | E-mail correspondence with Company management and counsel regarding business matters |
| Tom Melvin | 03/04/23 | 1.0 | Review responses to creditor financial advisor diligence requests |
| Tom Melvin | 03/05/23 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Tom Melvin | 03/06/23 | 0.5 | Call with Company management regarding various matters |
| Tom Melvin | 03/06/23 | 0.5 | Call with internal team members to discuss business matter |
| Tom Melvin | 03/06/23 | 0.5 | Call with Company management and AlixPartners regarding business matter |
| Tom Melvin | 03/06/23 | 1.0 | Review materials from Company management related to business matter |
| Tom Melvin | 03/06/23 | 1.0 | Review creditor financial advisor diligence requests and potential responses |
| Tom Melvin | 03/06/23 | 0.5 | E-mail correspondence with Company management and DPW regarding various matters |
| Tom Melvin | 03/07/23 | 0.5 | Bi weekly update call with creditor financial advisors |
| Tom Melvin | 03/07/23 | 1.0 | Review creditor financial advisor diligence requests and potential responses |
| Tom Melvin | 03/07/23 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Tom Melvin | 03/08/23 | 0.5 | Call with internal team member regarding various matters |
| Tom Melvin | 03/08/23 | 0.5 | Call with internal team member to discuss analysis |
| Tom Melvin | 03/08/23 | 0.5 | Call with internal team members regarding business matter |
| Tom Melvin | 03/08/23 | 0.5 | Prepare and review agenda for weekly update call |
| Tom Melvin | 03/08/23 | 1.0 | E-mail correspondence with internal team regarding business matter |
| Tom Melvin | 03/09/23 | 0.5 | Call with Company management regarding various matters |
| Tom Melvin | 03/09/23 | 0.5 | Call with DPW to discuss legal matters |
| Tom Melvin | 03/09/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 03/09/23 | 2.0 | Call with Company management and counsel regarding business matter |
| Tom Melvin | 03/09/23 | 1.0 | Review material from Company management and counsel regarding business matter |
| Tom Melvin | 03/09/23 | 1.0 | E-mail correspondence with Company management regarding various matters |
| Tom Melvin | 03/10/23 | 1.0 | Review materials from Company management related to business matter |
| Tom Melvin | 03/10/23 | 0.5 | E-mail correspondence with Company management and DPW regarding various matters |
| Tom Melvin | 03/13/23 | 2.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 03/13/23 | 0.5 | E-mail correspondence with internal team regarding business matter |
| Tom Melvin | 03/14/23 | 0.5 | Meeting with internal team members regarding business matter |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 03/14/23 | 2.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 03/14/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/14/23 | 1.0 | E-mail correspondence with Company management and internal team regarding business matters |
| Tom Melvin | 03/15/23 | 0.5 | Call with internal team members to discuss business matter |
| Tom Melvin | 03/15/23 | 1.0 | Call with Company management to discuss business matter |
| Tom Melvin | 03/15/23 | 1.0 | Prepare and review materials for upcoming board meeting |
| Tom Melvin | 03/15/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/16/23 | 1.0 | Board meeting |
| Tom Melvin | 03/16/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/17/23 | 1.5 | Review materials from Company management related to upcoming board meeting |
| Tom Melvin | 03/17/23 | 0.5 | Review materials related to business matter |
| Tom Melvin | 03/19/23 | 1.0 | Call with Company management, DPW and AlixPartners to discuss business matter |
| Tom Melvin | 03/19/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/20/23 | 0.5 | Call with Company management and AlixPartners regarding business matter |
| Tom Melvin | 03/20/23 | 0.5 | Review creditor financial advisor diligence requests and potential responses |
| Tom Melvin | 03/20/23 | 1.0 | Review materials from Company management related to business matters |
| Tom Melvin | 03/21/23 | 0.5 | Bi weekly update call with creditor financial advisors |
| Tom Melvin | 03/21/23 | 1.0 | Review materials from Company management related to business matters |
| Tom Melvin | 03/21/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/22/23 | 0.5 | Call with Company management and AlixPartners regarding business matter |
| Tom Melvin | 03/22/23 | 1.5 | Review materials from Company management related to upcoming board meeting |
| Tom Melvin | 03/22/23 | 0.5 | Review creditor financial advisor diligence requests and potential responses |
| Tom Melvin | 03/23/23 | 1.0 | Review materials from Company management related to upcoming board meeting |
| Tom Melvin | 03/23/23 | 0.5 | Review creditor financial advisor diligence requests and potential responses |
| Tom Melvin | 03/24/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/24/23 | 1.0 | Review materials from Company management related to upcoming board meeting |
| Tom Melvin | 03/25/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/26/23 | 0.5 | Review materials from Company management related to upcoming board meeting |
| Tom Melvin | 03/26/23 | 0.5 | Review materials related to business matter |
| Tom Melvin | 03/27/23 | 0.5 | Call with AlixPartners to discuss business matter |
| Tom Melvin | 03/27/23 | 0.5 | Call with internal team to discuss various matters |
| Tom Melvin | 03/28/23 | 1.0 | Review materials from Company management related to upcoming board meeting |
| Tom Melvin | 03/29/23 | 6.0 | Board meeting |
| Tom Melvin | 03/29/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 03/30/23 | 0.5 | E-mail correspondence with AlixPartners related to various matters |
| Tom Melvin | 03/31/23 | 1.5 | Review materials related to business matter |
| Tom Melvin | 03/31/23 | 2.0 | Review creditor financial advisor diligence requests and potential responses |
| | | **69.5** | |