KRISTIN K. MAYES
Attorney General
Firm State Bar No. 14000
Matthew A. Silverman (#018919)
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7774
Facsimile: (602) 542-4273
Email: Matthew.Silverman@azag.gov
Attorney for the State of Arizona
 *ex rel.* Consumer Protection and Advocacy

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| PURDUE PHARMA L.P.<br>EIN:  06-1307484 | Case No. 19-23649-shl |
| Debtor. | **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE* |

I, Matthew A. Silverman, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the State of Arizona, Consumer Protection and Advocacy, a creditor in the above-referenced case adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

RESPECTFULLY SUBMITTED this 3rd day of May, 2023.

KRISTIN K. MAYES
Attorney General

_____
Matthew A. Silverman
Assistant Attorney General
Attorney for the State of Arizona
 *ex rel.* Consumer Protection and Advocacy

#TD4D64GI0CYVFWv1

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P.<br>EIN: 06-1307484 | Case No. 19-23649-shl |
| Debtor. | **ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE*** |

Upon the motion of Matthew A. Silverman, (the "Movant") to be admitted, ***pro hac vice***, to represent the State of Arizona, Consumer Protection and Advocacy, (the "Client") a creditor in the above referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Arizona, it is hereby

**ORDERED**, that Matthew A. Silverman, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: _____ 2023.

_____
UNITED STATES BANKRUPTCY JUDGE

2