UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>                           Debtors. | Chapter 11<br><br>Case No. 19-23649-SHL<br><br>(Joint Administration Pending) |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE,
WITH PROPOSED ORDER**

I, Bryan C. Yee, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the State of Hawaiʻi, a creditor in the above-captioned Chapter 11 cases and any related adversary proceedings.  ***I certify that I am a member in good standing*** of the bar in the State of Hawaiʻi, and the bar of the U.S. District Court for the District of Hawaiʻi.  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

                                                      Respectfully submitted:

                                                        /s/ Bryan C. Yee
                                                  Bryan C. Yee, HI Bar No. 4050
                                                  Deputy Attorney General
                                                  State of Hawaiʻi
                                                  425 Queen Street
                                                  Honolulu, Hawaiʻi  96813
                                                  Tel: 808-586-1180
                                                  Fax: 808-586-1205
                                                  Bryan.c.yee@hawaii.gov