**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

*Purdue Pharma L.P., et al.*

Debtors.

Chapter 11

Case No. 19-23649-SHL

(Joint Administration Pending)

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Bryan C. Yee, to be admitted, ***pro hac vice***, to represent the State of Hawai'i, a creditor in in the above-referenced Chapter 11 cases and any related adversary proceedings, and upon movant's certification that the movant is a member in good standing in the State of Hawai'i, and the bar of the U.S. District Court for the District of Hawai'i, it is hereby **ORDERED**, that Bryan C. Yee, Deputy Attorney General of the State of Hawai'i, is admitted to practice, ***pro hac vice***, in the above-referenced cases, to represent the State of Hawai'i in the United States Bankruptcy for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE