AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-SIXTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | February 1, 2023 – February 28, 2023 |
| **Total Fees Incurred** | $43,464.50 |
| **Voluntary Fee Reduction (10%)[2]** | $4,346.45 |
| **Total Fees Requested** (Total Fees – Voluntary Fee Reduction) | $39,118.05 |
| **20% Holdback** | $7,823.61 |
| **Total Fees Requested Less 20% Holdback** | $31,294.44 |
| **Total Expenses Incurred** | $0.00 |
| **Total Fees and Expenses Requested** | $39,118.05 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Sixth Monthly Fee Statement") covering the period from February 1, 2023 through and including February 28, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirty-Sixth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $39,118.05 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

**NOTICE**

6. Notice of this Thirty-Sixth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirty-Sixth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than May 22, 2023 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirty-Sixth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Sixth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: May 8, 2023　　　　　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

　　　　　　　　　　　　　　　/s/　　*Arik Preis*
　　　　　　　　　　　　　　　Ira Dizengoff
　　　　　　　　　　　　　　　Arik Preis
　　　　　　　　　　　　　　　Mitchell Hurley
　　　　　　　　　　　　　　　Sara Brauner
　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　Telephone: (212) 872-1000
　　　　　　　　　　　　　　　Facsimile: (212) 872-1002

　　　　　　　　　　　　　　　*- and –*

　　　　　　　　　　　　　　　**COLE SCHOTZ P.C.**
　　　　　　　　　　　　　　　Justin R. Alberto (No. 5126)
　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　Telephone: (302) 652-3131
　　　　　　　　　　　　　　　Facsimile: (302) 652-3117
　　　　　　　　　　　　　　　jalberto@coleschotz.com

　　　　　　　　　　　　　　　*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

# EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 5.0 | $3,700.00 |
| Anthony De Leo | 2013 | Member (Bankruptcy) (since 2023) | $685.00 | 51.7 | $35,414.50 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $730.00 | 0.7 | $511.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 9.10 | $3,412.50 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 0.8 | $320.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 0.3 | $106.50 |
| **TOTAL** | | | | **67.6** | **$43,464.50** |
| **Less Voluntary Reduction (10%)** | | | | | **($4,346.45)** |
| **Total Requested** | | | | | **$39,118.05** |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

## EXHIBIT B

### COMPENSATION BY PROJECT CATEGORY
### FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee Matters and Creditor Meetings | 4.5 | $3,202.00 |
| Creditor Inquiries | 0.1 | $74.00 |
| Fee Application Matters/Objections | 3.4 | $2,024.00 |
| General | 2.5 | $937.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 46.3 | $31,853.00 |
| Prepare for and Conduct Interview and Depositions | 10.8 | $5,374.00 |
| **TOTAL** | **67.6** | **$43,464.50** |
| **Less Voluntary Reduction (10%)** | | **($4,346.45)** |
| **Total Requested** | | **$39,118.05** |

# **EXHIBIT C**

# **Invoice**

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | March 21, 2023 |
| Invoice Number: | 943237 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2023

**COMMITTEE MATTERS AND CREDITOR MEETINGS**     4.50     3,202.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/02/23 | ADL | REVIEW COMMITTEE UPDATES | 0.80 | 548.00 |
| 02/07/23 | JRA | EMAIL WITH A. PREIS RE 2/9 UCC CALL | 0.10 | 74.00 |
| 02/08/23 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 02/09/23 | JRA | REVIEW UCC UPDATE MATERIALS (.1) AND EMAILS WITRH A. PREIS RE AGENDA FOR UCC MEETING (.1) | 0.20 | 148.00 |
| 02/09/23 | ADL | ATTEND UCC CALL | 0.70 | 479.50 |
| 02/09/23 | PJR | PARTICIPATE ON COMMITTEE CALL WITH COMMITTEE MEMBERS AND PROFESSIONASL RE: CASE STATUS AND UPDATE | 0.70 | 511.00 |
| 02/14/23 | ADL | REVIEW UCC UPDATE | 0.10 | 68.50 |
| 02/16/23 | JRA | EMAIL WITH A. PREIS AND UCC MEMBERS RE TODAY'S UCC CALL | 0.10 | 74.00 |
| 02/23/23 | ADL | ATTEND UCC CALL (PARTIAL ATTENDANCE) | 0.50 | 342.50 |
| 02/23/23 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS (PARTIAL) | 0.50 | 370.00 |
| 02/23/23 | JRA | EMAILS WITH A. DE LEO RE UCC CALL (.1); PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS (.5) | 0.60 | 444.00 |
| 02/27/23 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |

**CREDITOR INQUIRIES**     0.10     74.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/16/23 | JRA | EMAILS WITH A. DE LEO RE CREDITOR INQUIRY | 0.10 | 74.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**     3.40     2,024.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/23 | JMD | REVISE INTERIM FEE APP | 0.30 | 120.00 |
| 02/03/23 | JMD | EMAILS W/ A. DE LEO RE: INTERIM FEE APP | 0.20 | 80.00 |
| 02/03/23 | ADL | INITIAL REVIEW OF INTERIM FEE APPLICATION | 1.30 | 890.50 |
| 02/03/23 | ADL | EMAIL J. DOUGHERTY RE: FEE APPLICATION ISSUES | 0.10 | 68.50 |

## COLE SCHOTZ P.C.

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 943237 |
| | Client/Matter No. 60810-0001 | | March 21, 2023 |
| | | | Page 2 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/06/23 | JRA | EMAILS WITH LM RE FEE APPS | 0.10 | 74.00 |
| 02/07/23 | JRA | EMAILS WITH E. LISOVICZ RE FEE APPS | 0.10 | 74.00 |
| 02/07/23 | JMD | EMAILS W/ J. ALBERTO RE: DRAFT 9TH INTERIM FEE APP | 0.10 | 40.00 |
| 02/07/23 | JMD | EMAILS W/ A. DE LEO RE: DRAFT 9TH INTERIM FEE APP | 0.10 | 40.00 |
| 02/08/23 | LSM | COMPILE LEDES FILE FOR COLE SCHOTZ DECEMBER 2022 MONTHLY FEE APPLICATION AND FORWARD SAME TO A. DE LEO | 0.30 | 106.50 |
| 02/08/23 | ADL | EMAIL E. LISOVICZ RE: PURDUE FEE APPLICATIONS | 0.20 | 137.00 |
| 02/08/23 | ADL | REVISE INTERIM FEE APPLICATION | 0.10 | 68.50 |
| 02/13/23 | JMD | EMAIL TO A. DE LEO RE: JANUARY AND FEBRUARY MONTHLY INVOICES | 0.10 | 40.00 |
| 02/16/23 | ADL | CALL WITH J. DOUGHERTY RE: JANUARY FEE APPLICATION | 0.10 | 68.50 |
| 02/17/23 | JRA | EMAILS WITH A. DE LEO RE FEE APPS | 0.20 | 148.00 |
| 02/21/23 | ADL | EMAIL DEBTORS RE: FEE APPLICATION ISSUE | 0.10 | 68.50 |
| **GENERAL** | | | **2.50** | **937.50** |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/08/23 | CDM | DRAFT MEGAN THOMAS DEPOSITION SUMMARY. | 2.40 | 900.00 |
| 02/09/23 | CDM | REVISE MEGAN THOMAS DEPOSITION SUMMARY. | 0.10 | 37.50 |
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **46.30** | **31,853.00** |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/01/23 | ADL | EMAILS RE: INSURANCE LITIGATION DEPOSITIONS | 0.10 | 68.50 |
| 02/01/23 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 68.50 |
| 02/02/23 | ADL | REVIEW MARKUP OF LIBERTY MUTUAL POLICY STIPULATION | 0.10 | 68.50 |
| 02/02/23 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 68.50 |
| 02/02/23 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION DISCOVERY LETTER | 0.20 | 137.00 |
| 02/02/23 | ADL | REVIEW ADDITIONAL ESTATE CLAIMS RESEARCH | 2.80 | 1,918.00 |
| 02/02/23 | ADL | REVIEW MARKUPS OF 30(B)(6) DISCOVERY LETTER | 0.50 | 342.50 |
| 02/03/23 | ADL | REVIEW REVISED DRAFT OF 30(B)(6) LETTTER | 0.80 | 548.00 |
| 02/03/23 | ADL | REVIEW MEGAN THOMAS DEPOSITION OUTLINE | 2.10 | 1,438.50 |
| 02/03/23 | ADL | REVIEW EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 68.50 |
| 02/03/23 | ADL | REVIEW EMAILS RE: POLICY STIPULATIONS | 0.20 | 137.00 |
| 02/06/23 | JRA | EMAILS WITH R. LEVERIDGE RE INSURANCE ADVERSARY ISSUES | 0.10 | 74.00 |
| 02/06/23 | JRA | EMAIL WITH A. DE LEO RE ARBITRATOR | 0.10 | 74.00 |
| 02/06/23 | ADL | EMAIL C. MCMULLAN RE: INSURANCE LITIGATION DEPOSITIONS | 0.10 | 68.50 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                   Invoice Number  943237
        Client/Matter No. 60810-0001                                                        March 21, 2023
                                                                                                   Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.90 | 1,986.50 |
| 02/06/23 | ADL | REVIEW ADDITIONAL DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.80 | 1,918.00 |
| 02/06/23 | ADL | REVIEW LIBERTY MUTUAL POLICY STIPULATION AND POLICY COMPARISON CHART | 0.70 | 479.50 |
| 02/06/23 | ADL | EMAIL UCC TEAM RE: LIBERTY MUTUAL POLICY STIPULATION | 0.10 | 68.50 |
| 02/07/23 | JRA | EMAILS WITH R. LEVERIDGE AND A. PREIS RE EXPERT ISSUES | 0.20 | 148.00 |
| 02/07/23 | JRA | REVIEW SORENSON DISCOVERY LETTER | 0.20 | 148.00 |
| 02/07/23 | JRA | REVIEW GILBERT DISCOVERY LETTER | 0.40 | 296.00 |
| 02/07/23 | ADL | EMAIL PLAINTIFFS' TEAMS RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 02/07/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.10 | 2,123.50 |
| 02/07/23 | ADL | REVIEW DOCUMENTS AND EMAILS RE: EXPERT RETENTION ISSUES | 0.40 | 274.00 |
| 02/08/23 | JRA | EMAILS WITH A. DEALEO AND P. BREENE RE DISCOVERY AND MEET AND CONFER | 0.20 | 148.00 |
| 02/08/23 | ADL | MEET WITH C. MCMULLAN TO REVIEW AND REVISE MEGAN THOMAS DEPOSITION REPORT | 0.40 | 274.00 |
| 02/08/23 | ADL | EMAILS RE: INSURANCE LITIGATION PRODUCTION ISSUES | 0.10 | 68.50 |
| 02/09/23 | JRA | EMAIL WITH C. SORENSON RE MEET AND CONFER | 0.10 | 74.00 |
| 02/09/23 | ADL | ESTATE CLAIMS RESEARCH | 2.10 | 1,438.50 |
| 02/09/23 | ADL | REVIEW AND COMMENT ON REVISED DRAFT OF MEGAN THOMAS DEPOSITION REPORT | 0.50 | 342.50 |
| 02/09/23 | ADL | ADDITIONAL ESTATE CLAIMS RESARCH | 1.80 | 1,233.00 |
| 02/10/23 | JRA | REVIEW LETTER TO S. SYZMANSKI RE DISCOVERY | 0.20 | 148.00 |
| 02/10/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.40 | 2,329.00 |
| 02/10/23 | JRA | REVIEW LETTER TO L. SYZMANSKI RE DISCOVERY | 0.20 | 148.00 |
| 02/10/23 | ADL | INSURANCE CLAIMS RESEARCH | 2.70 | 1,849.50 |
| 02/13/23 | ADL | INSURANCE CLAIMS RESEARCH | 1.90 | 1,301.50 |
| 02/13/23 | ADL | REVIEW INSURANCE LITIGATION DISCOVERY LETTERS | 0.30 | 205.50 |
| 02/13/23 | ADL | ESTATE CLAIMS RESEARCH | 3.10 | 2,123.50 |
| 02/13/23 | JRA | EMAILS WITH A. GASKE AND K. GUINN RE DISCOVERY MATTERS AND RESPONSE TO LETTER | 0.20 | 148.00 |
| 02/14/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 0.80 | 548.00 |
| 02/14/23 | ADL | REVIEW EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.20 | 137.00 |
| 02/14/23 | JRA | REVIEW LETTER TO P. BREENE RE DISCOVERY | 0.10 | 74.00 |
| 02/14/23 | JRA | EMAIL WITH R. MENDOZA RE PINHO | 0.10 | 74.00 |
| 02/16/23 | ADL | REVIEW ADDITIONAL ESTATE CLAIMS RESEARCH | 2.10 | 1,438.50 |

## COLE SCHOTZ P.C.

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 943237 |
| | Client/Matter No. 60810-0001 | | | March 21, 2023 |
| | | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/16/23 | ADL | CALL WITH PLAINTIFFS' TEAMS RE: INSURANCE LIIGATION STRATEGY ISSUES | 1.20 | 822.00 |
| 02/17/23 | JRA | EMAILS WITH A. DE LEO AND LITIGATION PARTIES RE DEPOSITIONS AND DISCOVERY MATTERS | 0.30 | 222.00 |
| 02/21/23 | ADL | ADDITIONAL ESTATE CLAIMS RESEARCH | 1.80 | 1,233.00 |
| 02/21/23 | ADL | EMAIL C. MCMULLAN RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 02/21/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 1.70 | 1,164.50 |
| 02/22/23 | ADL | MEET WITH D. OTTAUNICK RE: ESTATE CLAIMS RESEARCH | 0.40 | 274.00 |
| 02/22/23 | JRA | REVIEW REED SMITH DISCOVERY LETTER | 0.10 | 74.00 |
| 02/23/23 | ADL | ATTEND CALL WITH PLAINTIFFS' TEAM RE: INSURANCE LITIGATION STRATEGY ISSUES (PARTIAL ATTENDANCE) | 0.60 | 411.00 |
| 02/27/23 | ADL | REVIEW EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.40 | 274.00 |
| 02/28/23 | ADL | CALL WITH C. MCMULLAN RE: INSURANCE DEPOSITIONS | 0.30 | 205.50 |
| 02/28/23 | ADL | ATTEND CALL WITH INSURERS RE: PRIVILEGE LOG ISSUES | 0.50 | 342.50 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS**  10.80  5,374.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/23 | JRA | REVIEW UPDATED DEPOSITION CHART | 0.10 | 74.00 |
| 02/07/23 | ADL | EMAIL UCC TEAM RE: MEGAN THOMAS DEPOSITION | 0.10 | 68.50 |
| 02/07/23 | ADL | ATTEND DEPOSITION OF MEGAN THOMAS | 3.70 | 2,534.50 |
| 02/07/23 | CDM | ATTEND VIRTUAL DEPOSITION OF MEGAN THOMAS - NATIONAL UNION. | 3.70 | 1,387.50 |
| 02/07/23 | CDM | REVIEW NOTES FROM DEPOSITION OF MEGAN THOMAS | 1.60 | 600.00 |
| 02/08/23 | CDM | REVISE MEGAN THOMAS DEPOSITION SUMMARY. | 0.90 | 337.50 |
| 02/08/23 | CDM | CONFER W/ A. DE LEO TO REVIEW AND REVISE MEGAN THOMAS DEPOSITION REPORT. | 0.40 | 150.00 |
| 02/16/23 | JRA | EMAIL WITH A. PEARLMAN RE MERLO DEPOSITION | 0.10 | 74.00 |
| 02/17/23 | JRA | REVIEW UPDATE DEPOSITION CHART | 0.10 | 74.00 |
| 02/21/23 | JRA | EMAILS WITH A. GASKE RE OSBORNE DEPOSITION | 0.10 | 74.00 |

TOTAL HOURS  67.60

| | |
|---|---|
| PROFESSIONAL SERVICES: | $43,464.50 |
| COURTESY DISCOUNT: | $(4,346.45) |
| ADJUSTED PROFESSIONAL SERVICES: | $39,118.05 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 51.70 | 685.00 | 35,414.50 |
| Conor D. McMullan | Associate | 9.10 | 375.00 | 3,412.50 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                Invoice Number  943237
        Client/Matter No. 60810-0001                                             March 21, 2023
                                                                                          Page 5

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Jack M. Dougherty | Associate | 0.80 | 400.00 | 320.00 |
| Justin R. Alberto | Member | 5.00 | 740.00 | 3,700.00 |
| Morton, Larry | Paralegal | 0.30 | 355.00 | 106.50 |
| Patrick J. Reilley | Member | 0.70 | 730.00 | 511.00 |
| | **Total** | **67.60** | | **$43,464.50** |

TOTAL SERVICES:                                                                        $         39,118.05

## **EXHIBIT D**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| None | | $0.00 |
| **TOTAL** | | **$0.00** |

# **EXHIBIT E**

## **Expense Detail**

**None.**