**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 22, 2023 at 12:00pm (ET)** |

**COVER SHEET OF FORTIETH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2023 through February 28, 2023 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $2,631.50 |

This is a(n):    monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**FORTIETH MONTHLY FEE STATEMENT OF JEFFERIES LLC
HOURS BY CATEGORY AND PROFESSIONAL
February 1, 2023 through February 28, 2023**
**Jefferies LLC
Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 6.0 |
| 2 | Sale Process | 11.5 |
| 3 | Creditor Communication | 9.0 |
| 4 | Debtor Communication | 3.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 47.0 |
| 10 | Business Plan | 40.0 |
| 11 | Case Strategy | - |
| | | **116.5** |

**Jefferies LLC
Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 15.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 8.5 |
| Kevin Murray | Vice President, Debt Advisory & Restructuring | 19.5 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 9.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 10.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 4.5 |
| Derek Johnson | Vice President, Global Healthcare Investment Banking | 17.0 |
| Owen McMenamy | Associate, Global Healthcare Investment Banking | 26.0 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 6.5 |
| | | **116.5** |

**FORTIETH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**February 1, 2023 through February 28, 2023**

| Category | February 2023 |
|---|---:|
| Meals | $-- |
| Transportation | $-- |
| Travel | $-- |
| Presentation Services | $-- |
| Printing Services | $-- |
| Legal | $-- |
| General | $2,631.50 |
| **Total Expenses** | **$2,631.50** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

**FORTIETH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

Jefferies LLC ("Jefferies"),[2] the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from February 1, 2023 through February 28, 2023 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Retention Application (as defined below).

19-23649-shl    Doc 5586    Filed 05/08/23    Entered 05/08/23 18:13:50    Main Document
Pg 5 of 16

during the Compensation Period in connection with its services to the Committee in the amount of $2,631.50. In support of this Fee Statement, Jefferies respectfully represents as follows:

**Jurisdiction and Venue**

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.   On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.   On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.   On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application"). A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.   On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2023 through February 28, 2023; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $2,631.50.

3

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as <u>Exhibit A</u>.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as <u>Exhibit B</u>, Jefferies' total expenses incurred during the Compensation Period are $2,631.50, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2023 through February 28, 2023; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $2,631.50.

Dated:  May 8, 2023  　　　　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Leon Szlezinger_
　　　　　　　　　　　　　　　　　　　　　　　　Leon Szlezinger
　　　　　　　　　　　　　　　　　　　　　　　　Managing Director and Joint Global Head of
　　　　　　　　　　　　　　　　　　　　　　　　Debt Advisory & Restructuring
　　　　　　　　　　　　　　　　　　　　　　　　JEFFERIES LLC

# Exhibit A

## Time Records

| Date | Banker | Comments | Hours |
|---|---|---|---|
| | **February 1, 2023 - February 28, 2023 Hours for Case Administration / General** | | **6.0** |
| 02/01/23 | Leon Szlezinger | *Review Interim fee app* | 0.5 |
| 02/01/23 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 02/02/23 | Leon Szlezinger | *Review Interim fee app* | 0.5 |
| 02/03/23 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 02/06/23 | Leon Szlezinger | *Review Interim fee app* | 0.5 |
| 02/06/23 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 02/08/23 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 02/10/23 | Leon Szlezinger | *Review Interim fee app* | 0.5 |
| 02/10/23 | Jaspinder Kanwal | *Review Interim fee app* | 0.5 |
| 02/10/23 | Kevin Murray | *Prepare Interim fee app* | 0.5 |
| 02/28/23 | Kevin Murray | *Prepare January 2023 fee app* | 1.0 |
| | **February 1, 2023 - February 28, 2023 Hours for Sale Process** | | **11.5** |
| 02/06/23 | Leon Szlezinger | *Sale process update call with PJT* | 0.5 |
| 02/22/23 | Leon Szlezinger | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | Jaspinder Kanwal | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | Kevin Murray | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | Kevin Sheridan | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | James Wiltshire | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | William Maselli | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | Connor Hattersley | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | Derek Johnson | *Internal discussion re sale process* | 1.0 |
| 02/22/23 | Owen McMenamy | *Internal discussion re sale process* | 1.0 |
| 02/28/23 | Leon Szlezinger | *Discussion re sale process* | 1.0 |
| 02/28/23 | Kevin Sheridan | *Discussion re sale process* | 1.0 |
| | **February 1, 2023 - February 28, 2023 Hours for Creditor Communication** | | **9.0** |
| 02/09/23 | Leon Szlezinger | *Attend UCC update call* | 0.5 |
| 02/09/23 | Jaspinder Kanwal | *Attend UCC update call* | 0.5 |
| 02/09/23 | Kevin Murray | *Attend UCC update call* | 0.5 |
| 02/09/23 | Kevin Sheridan | *Attend UCC update call* | 0.5 |
| 02/09/23 | James Wiltshire | *Attend UCC update call* | 0.5 |
| 02/09/23 | William Maselli | *Attend UCC update call* | 0.5 |
| 02/09/23 | Derek Johnson | *Attend UCC update call* | 0.5 |
| 02/09/23 | Owen McMenamy | *Attend UCC update call* | 0.5 |
| 02/23/23 | Leon Szlezinger | *Attend UCC update call* | 1.0 |
| 02/23/23 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 |
| 02/23/23 | Kevin Murray | *Attend UCC update call* | 1.0 |
| 02/23/23 | Kevin Sheridan | *Attend UCC update call* | 1.0 |
| 02/23/23 | James Wiltshire | *Attend UCC update call* | 1.0 |
| | **February 1, 2023 - February 28, 2023 Hours for Debtor Communication** | | **3.0** |
| 02/06/23 | William Maselli | *Internal call re: case status* | 0.5 |
| 02/06/23 | Connor Hattersley | *Internal call re: case status* | 0.5 |
| 02/06/23 | Derek Johnson | *Internal call re: case status* | 0.5 |
| 02/06/23 | Owen McMenamy | *Internal call re: case status* | 0.5 |
| 02/06/23 | Kevin Murray | *Internal call re: case status* | 0.5 |
| 02/06/23 | James Wiltshire | *Internal call re: case status* | 0.5 |
| | **February 1, 2023 - February 28, 2023 Hours for Due Diligence** | | **47.0** |
| 02/02/23 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 |
| 02/02/23 | Kevin Murray | *Review various UCC memos / summaries* | 0.5 |
| 02/03/23 | Connor Hattersley | *Review PPLP data room uploads* | 0.5 |
| 02/03/23 | Kevin Murray | *Review PPLP data room uploads* | 1.0 |
| 02/06/23 | William Maselli | *Review PPLP data room uploads* | 0.5 |
| 02/06/23 | Connor Hattersley | *Review PPLP data room uploads* | 0.5 |
| 02/06/23 | Derek Johnson | *Review PPLP data room uploads* | 1.0 |
| 02/06/23 | Owen McMenamy | *Review PPLP data room uploads* | 2.0 |
| 02/06/23 | Kevin Murray | *Review PPLP data room uploads* | 1.0 |
| 02/07/23 | James Wiltshire | *Review various case summaries* | 1.0 |
| 02/07/23 | Derek Johnson | *Review various case summaries* | 2.0 |
| 02/07/23 | Owen McMenamy | *Review various case summaries* | 1.5 |
| 02/08/23 | Leon Szlezinger | *Review UCC financial update* | 0.5 |
| 02/09/23 | Jaspinder Kanwal | *Review UCC financial update* | 0.5 |
| 02/11/23 | Kevin Murray | *Review PPLP data room uploads* | 1.0 |
| 02/12/23 | Derek Johnson | *Review PPLP data room uploads* | 1.0 |
| 02/12/23 | Owen McMenamy | *Review PPLP data room* | 2.5 |
| 02/13/23 | Connor Hattersley | *Review PPLP data room uploads* | 1.0 |
| 02/17/23 | Kevin Murray | *Review PPLP data room uploads* | 1.0 |
| 02/17/23 | Derek Johnson | *Review PPLP data room uploads* | 0.5 |

| Date | Banker | Comments | Hours |
|---|---|---|---|
| 02/17/23 | Derek Johnson | *Review PPLP data room uploads* | 0.5 |
| 02/17/23 | Owen McMenamy | *Review PPLP data room uploads* | 1.5 |
| 02/22/23 | Leon Szlezinger | *Review Monitor report* | 0.5 |
| 02/22/23 | Kevin Murray | *Review PPLP data room uploads* | 1.5 |
| 02/22/23 | Connor Hattersley | *Review PPLP data room uploads* | 1.0 |
| 02/22/23 | Owen McMenamy | *Review PPLP data room uploads* | 2.0 |
| 02/22/23 | Owen McMenamy | *Prepare Rhodes pipeline summary* | 1.0 |
| 02/23/23 | James Wiltshire | *Review PPLP data room uploads* | 0.5 |
| 02/23/23 | James Wiltshire | *Review PPLP data room uploads* | 0.5 |
| 02/23/23 | Derek Johnson | *Review PPLP data room uploads* | 1.5 |
| 02/23/23 | Owen McMenamy | *Review PPLP data room uploads* | 1.5 |
| 02/24/23 | Kevin Murray | *Review PPLP data room uploads* | 2.0 |
| 02/24/23 | Kevin Murray | *Prepare PPLP business update* | 1.5 |
| 02/24/23 | Derek Johnson | *Review PPLP data room uploads* | 2.0 |
| 02/24/23 | Derek Johnson | *Prepare PPLP business update* | 1.0 |
| 02/24/23 | Owen McMenamy | *Review PPLP data room uploads* | 1.5 |
| 02/24/23 | Owen McMenamy | *Prepare PPLP business update* | 2.5 |
| 02/27/23 | Leon Szlezinger | *Review various UCC memos / summaries* | 0.5 |
| 02/27/23 | Leon Szlezinger | *Review internal business update* | 0.5 |
| 02/27/23 | Leon Szlezinger | *Discussion re assets and follow up discussion* | 1.0 |
| 02/27/23 | Jaspinder Kanwal | *Review various UCC memos / summaries* | 0.5 |
| 02/27/23 | Jaspinder Kanwal | *Review internal business update* | 0.5 |
| 02/27/23 | Kevin Sheridan | *Review internal business update* | 0.5 |
| 02/27/23 | Kevin Sheridan | *Discussion re assets and follow up discussion* | 1.0 |
| 02/27/23 | James Wiltshire | *Review internal business update* | 0.5 |
| | **February 1, 2023 - February 28, 2023 Hours for Business Plan** | | **40.0** |
| 02/02/23 | Leon Szlezinger | *Review business plan issues* | 1.0 |
| 02/03/23 | Jaspinder Kanwal | *Review business plan issues* | 0.5 |
| 02/07/23 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 02/07/23 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 02/07/23 | Kevin Murray | *Attend advisors update call* | 1.0 |
| 02/07/23 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| 02/07/23 | James Wiltshire | *Attend advisors update call* | 1.0 |
| 02/07/23 | William Maselli | *Attend advisors update call* | 1.0 |
| 02/07/23 | Derek Johnson | *Attend advisors update call* | 1.0 |
| 02/07/23 | Owen McMenamy | *Attend advisors update call* | 1.0 |
| 02/13/23 | Kevin Murray | *Internal call re: analysis* | 1.0 |
| 02/13/23 | Connor Hattersley | *Internal call re: analysis* | 1.0 |
| 02/13/23 | Derek Johnson | *Internal call re: analysis* | 1.0 |
| 02/13/23 | Derek Johnson | *Research on OTC landscape* | 2.0 |
| 02/13/23 | Owen McMenamy | *Internal call re: analysis* | 1.0 |
| 02/13/23 | Owen McMenamy | *Research on OTC landscape* | 2.0 |
| 02/14/23 | Owen McMenamy | *Prepare OTC market update* | 1.0 |
| 02/15/23 | Leon Szlezinger | *Review business plan issues* | 1.0 |
| 02/15/23 | Kevin Murray | *Review business plan issues* | 0.5 |
| 02/15/23 | Connor Hattersley | *Prepare OTC market update* | 1.0 |
| 02/15/23 | Derek Johnson | *Prepare OTC market update* | 1.0 |
| 02/16/23 | Jaspinder Kanwal | *Review business plan issues* | 0.5 |
| 02/16/23 | Kevin Sheridan | *Review OTC market update* | 1.0 |
| 02/16/23 | Kevin Sheridan | *Internal call re: OTC market* | 0.5 |
| 02/16/23 | James Wiltshire | *Review OTC market update* | 1.0 |
| 02/16/23 | James Wiltshire | *Internal call market* | 0.5 |
| 02/16/23 | Owen McMenamy | *Prepare OTC market update* | 1.0 |
| 02/17/23 | Leon Szlezinger | *Attend advisors update call with Debtors* | 1.0 |
| 02/17/23 | Leon Szlezinger | *Review business plan issues* | 0.5 |
| 02/17/23 | Jaspinder Kanwal | *Attend advisors update call with Debtors* | 1.0 |
| 02/17/23 | Kevin Murray | *Attend advisors update call with Debtors* | 1.0 |
| 02/17/23 | Kevin Sheridan | *Attend advisors update call with Debtors* | 1.0 |
| 02/17/23 | James Wiltshire | *Attend advisors update call with Debtors* | 1.0 |
| 02/17/23 | William Maselli | *Attend advisors update call with Debtors* | 1.0 |
| 02/17/23 | Derek Johnson | *Attend advisors update call with Debtors* | 1.0 |
| 02/17/23 | Owen McMenamy | *Attend advisors update call with Debtors* | 1.0 |
| 02/21/23 | Leon Szlezinger | *Attend advisors update call* | 1.0 |
| 02/21/23 | Jaspinder Kanwal | *Attend advisors update call* | 1.0 |
| 02/21/23 | Kevin Sheridan | *Attend advisors update call* | 1.0 |
| 02/21/23 | James Wiltshire | *Attend advisors update call* | 1.0 |
| 02/21/23 | Owen McMenamy | *Attend advisors update call* | 1.0 |
| | **February 1, 2023 - February 28, 2023 Total Hours** | | **116.5** |

**Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Allen & Overy | $2,631.50 | 02/28/23 | Legal | Legal invoice from counsel |

| | |
|---|---|
| **Total** | **$2,631.50** |

# ALLEN & OVERY

|  |  |
|---|---|
| Jefferies LLC<br>520 Madison Avenue<br>New York, NY  10022 | Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY  10020 |

For the attention of Leon Szlezinger

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| U.S. Taxpayer ID # | ▉▉▉▉▉▉ |
| Invoice Date | March 14, 2023 |
| Due Date | April 13, 2023 |
| **Invoice Number** | **6001043385** |

| | |
|---|---|
| **Subject** | **Jefferies - Purdue** |
| Our reference | 0113293-0000084/ROPS |
| Your reference | 5173 |
| Period | Through 2/28/2023 |

| | USD |
|---|---:|
| **Charges** | |
| Legal Services | 2,631.50 |
| **Total Professional Services** | **2,631.50** |
| **AMOUNT DUE** | **$2,631.50** |

We kindly request payment of $ 2,631.50 to the following bank account, quoting reference 6001043385/0113293-0000084. If the details below are different than those you currently hold, please contact our Finance team before making payment.



Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai,  Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                                                                                **Invoice Number 6001043385**

**FEE DETAIL**

**LEGAL SERVICES**

**NEW YORK**

| Date | Fee Earner | Description | Hours |
|---|---|---|---|
| 2/6/2023 | Jacob Herz | Review and revise tenth interim fee app. based on client comments. | 0.80 |
| 2/6/2023 | Robin Spigel | Review 10th interim fee application; email to J. Herz and F. Micheo re same (.2). | 0.20 |
| 2/8/2023 | Jacob Herz | Review Jan 2023 fee statement | 0.20 |
| 2/8/2023 | Francisco Micheo | Finalizing December monthly application (.1); drafting January monthly (.4); drafting 10th interim fee application (.4). | 0.90 |
| 2/14/2023 | Jacob Herz | Review and finalize interim fee app. for filing today. | 0.20 |
| 2/14/2023 | Francisco Micheo | Finalizing 10th Interim fee application. | 0.20 |
| 2/21/2023 | Francisco Micheo | Finalizing and circulating January Monthly fee application. | 0.20 |
| | **Total - New York** | | **2.70** |
| **LEGAL SERVICES** | | | **2.70** |

**Jefferies LLC**
Jefferies - Purdue
0113293-0000084                                                                                              **Invoice Number 6001043385**

## SUMMARY OF FEES

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Jacob Herz | 1.20 | 1,139.00 | 1,366.80 |
| Francisco Micheo | 1.30 | 761.00 | 989.30 |
| Robin Spigel | 0.20 | 1,377.00 | 275.40 |
| **Total** | **2.70** | | **2,631.50** |
| **TOTAL FOR LEGAL SERVICES** | **2.70** | | **$2,631.50** |