**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

### FORTY-FIRST MONTHLY FEE AND EXPENSE STATEMENT OF PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*, FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| | |
|---|---|
| **Name of Applicant:** | **Province, LLC**[2] <br> Financial Advisor to the Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | February 1, 2023 through and including February 28, 2023 |
| Fees Incurred: | $161,609.25[3] |
| Less 20% Holdback: | $32,321.85 |
| Fees Requested in this Statement: | $129,287.40 |
| Expenses Incurred: | $520.00 |
| Total Fees and Expenses Requested in This Statement: | $129,807.40 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from February 1, 2023 through February 28, 2023 reflect a voluntary discount of $8,505.75.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors"), hereby submits its Forty-First Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of February 1, 2023 through February 28, 2023 (the "Statement Period") for (i) compensation in the amount of $129,287.40, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $161,609.25) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $520.00.

**Itemization of Services Rendered and Expenses Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   - Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

   - Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were (a) $810.84/hour for all Timekeepers, and (b) $820.02/hour for all professionals.[4]

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $8,505.75.

2

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

**Total Fees and Expenses Sought for The Statement Period**

2.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Fees | $161,609.25 |
|---|---|
| Disbursements | $520.00 |
| **Total** | **$162,129.25** |

**Notice and Objection Procedures**

3.      Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on May 22, 2023 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5.      If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6.      If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$129,807.40** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: May 8, 2023

By: */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 120.8 | $101,561.00 |
| Claims Analysis and Objections | 38.7 | $21,672.00 |
| Committee Activities | 12.0 | $13,159.00 |
| Court Filings | 0.2 | $196.00 |
| Fee/Employment Applications | 6.9 | $3,733.00 |
| Litigation | 29.0 | $26,958.00 |
| Plan and Disclosure Statement | 2.0 | $2,640.00 |
| Sale Process | 0.2 | $196.00 |
| **Subtotal** | **209.8** | **$170,115.00** |
| **Voluntary Discount** | | **($8,505.75)** |
| **Grand Total** | **209.8** | **$161,609.25** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,320 | 43.1 | $56,892.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $1,030 | 10.1 | $10,403.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $980 | 6.4 | $6,272.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $820 | 46.5 | $38,130.00 |
| Christian Klawunder, CFA | Director - Investment banking. | $740 | 23.6 | $17,464.00 |
| Raul Busto | Vice President - Data analytics. | $680 | 4.4 | $2,992.00 |
| Mitchell Boal, CFA | Senior Associate - Financial and data analytics. | $570 | 18.5 | $10,545.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $560 | 38.7 | $21,672.00 |
| Leonardo Kim | Analyst | $320 | 15.0 | $4,800.00 |
| | **Subtotal** | | **206.3** | **$169,170.00** |
| | **Blended Rate for Professionals** | **$820.02** | | |
| **Para Professionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | | $270 | 3.5 | $945.00 |
| | **Subtotal** | | **3.5** | **$945.00** |
| | | | Fee Statement Hours | Total Compensation |
| | **Subtotal** | | **209.8** | **$170,115.00** |
| | **Blended Rate for all Timekeepers** | **$810.84** | | |
| | **Voluntary Discount** | | | **($8,505.75)** |
| | **Grand Total** | | **209.8** | **$161,609.25** |

**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Expense Category | Description | Total Expenses |
| --- | --- | --- |
| Miscellaneous | Research fees. | $520.00 |
| **Total Expenses** | | **$520.00** |

**<u>EXHIBIT D</u>**

**<u>EXHIBIT D</u>**

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/2/2023 | Christian Klawunder | Analyzed latest report related to debtors' current and forecasted cash position. | Business Analysis / Operations | 1.40 | 740.00 | $1,036.00 |
| 2/2/2023 | Christian Klawunder | Reviewed and considered list of diligence requests for debtors. | Business Analysis / Operations | 1.10 | 740.00 | $814.00 |
| 2/2/2023 | Eunice Min | Review joint FA diligence request related to updated business plan and supplement requests. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 2/2/2023 | Stilian Morrison | Review business plan diligence checklist from Houlihan | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 2/3/2023 | Eunice Min | Review and revise draft December fee statement. | Fee / Employment Applications | 1.10 | 820.00 | $902.00 |
| 2/3/2023 | Michael Atkinson | Review and analyze presentation materials for counsel and UCC related to Sackler side B assets | Litigation | 3.70 | 1,320.00 | $4,884.00 |
| 2/3/2023 | Stilian Morrison | Analyze 1/24 cash forecast | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 2/3/2023 | Stilian Morrison | Analyze consolidated 2023 budget and long-term plan December 2022 update | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |
| 2/3/2023 | Stilian Morrison | Analyze latest branded opioid prescription data | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 2/3/2023 | Stilian Morrison | Analyze November 2022 monthly flash report | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 2/3/2023 | Timothy Strickler | Analyzed non-litigation claims and revised schedules. | Claims Analysis and Objections | 2.40 | 560.00 | $1,344.00 |
| 2/3/2023 | Stilian Morrison | Analyze weekly and monthly sales by product | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 2/3/2023 | Stilian Morrison | Analyze last five weeks' cash reporting | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 2/4/2023 | Christian Klawunder | Continued to revise presentation related to settlement security pledges. | Litigation | 2.10 | 740.00 | $1,554.00 |
| 2/4/2023 | Michael Atkinson | Review and analyze Sackler asset analysis for counsel | Litigation | 2.10 | 1,320.00 | $2,772.00 |
| 2/4/2023 | Christian Klawunder | Revised presentation related to settlement security pledges. | Litigation | 2.40 | 740.00 | $1,776.00 |
| 2/5/2023 | Eunice Min | Review January time in preparation for fee statement. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 2/5/2023 | Jason Crockett | Review of recent business plan projections and materials. | Business Analysis / Operations | 1.50 | 1,030.00 | $1,545.00 |
| 2/5/2023 | Michael Atkinson | Review and analyze update materials for counsel on Sackler's | Litigation | 1.80 | 1,320.00 | $2,376.00 |
| 2/5/2023 | Michael Atkinson | Update counsel on meetings with debtor | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 2/5/2023 | Christian Klawunder | Created summary of settlement security analysis for counsel. | Litigation | 2.20 | 740.00 | $1,628.00 |
| 2/6/2023 | Eunice Min | Compare non-PEO and PEO versions of business plan deck. | Committee Activities | 0.60 | 820.00 | $492.00 |
| 2/6/2023 | Mitchell Boal | Call with E. Min. re: business plan update for Jan 22 plan. | Business Analysis / Operations | 0.20 | 570.00 | $114.00 |
| 2/6/2023 | Eunice Min | Prepare estimate of cash flows by segment under new business plan. | Business Analysis / Operations | 2.30 | 820.00 | $1,886.00 |
| 2/6/2023 | Eric Mattson | Drafted interim fee app (1.8). Emailed to E. Min for review (0.1). | Fee / Employment Applications | 1.90 | 270.00 | $513.00 |
| 2/6/2023 | Michael Atkinson | Review and discuss alternative plan scenarios with counsel | Plan and Disclosure Statement | 1.30 | 1,320.00 | $1,716.00 |
| 2/6/2023 | Mitchell Boal | Continued creation of new models based on December business plan update to show variance against prior versions. | Business Analysis / Operations | 2.20 | 570.00 | $1,254.00 |
| 2/6/2023 | Christian Klawunder | Analyzed terms of potential alternative plan. | Litigation | 2.10 | 740.00 | $1,554.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/6/2023 | Mitchell Boal | Updated internal models showing contrast between new business plan and prior version. | Business Analysis / Operations | 2.50 | 570.00 | $1,425.00 |
| 2/6/2023 | Michael Atkinson | Review and analyze business plan for committee analysis | Business Analysis / Operations | 1.70 | 1,320.00 | $2,244.00 |
| 2/6/2023 | Eunice Min | Call with M. Boal re: business plan update for Jan 22 plan and coordinating analyses. | Business Analysis / Operations | 0.20 | 820.00 | $164.00 |
| 2/6/2023 | Christian Klawunder | Evaluated claims allowance procedures under alternative plans. | Litigation | 1.60 | 740.00 | $1,184.00 |
| 2/6/2023 | Mitchell Boal | Began recreation of business plan slides for internal modeling. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 2/6/2023 | Eunice Min | Prepare estimate of potential cash available at various emergence dates. | Business Analysis / Operations | 1.20 | 820.00 | $984.00 |
| 2/6/2023 | Christian Klawunder | Reviewed and analyzed potential issues related to appeal. | Litigation | 1.80 | 740.00 | $1,332.00 |
| 2/6/2023 | Mitchell Boal | Recreated Debtors slides into internal format, creating underlying models. | Business Analysis / Operations | 1.80 | 570.00 | $1,026.00 |
| 2/7/2023 | Leonardo Kim | Continued spreading out and updating weekly cash flow tracker for debtor entities. | Business Analysis / Operations | 2.30 | 320.00 | $736.00 |
| 2/7/2023 | Mitchell Boal | Updated business plan analysis slides per internal comments. | Business Analysis / Operations | 1.10 | 570.00 | $627.00 |
| 2/7/2023 | Timothy Strickler | Imported new POC data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.50 | 560.00 | $1,400.00 |
| 2/7/2023 | Mitchell Boal | Spread financials from new business plan for different business segments. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 2/7/2023 | Eunice Min | Prepare analysis and slide showing changes in Rhodes and pipeline projection compared to July LBE and 2022 plan. | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 2/7/2023 | Mitchell Boal | Format business plan variance slides. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 2/7/2023 | Timothy Strickler | Reviewed and analyzed weekly update of claims uploaded by claims agent. | Claims Analysis and Objections | 1.80 | 560.00 | $1,008.00 |
| 2/7/2023 | Eunice Min | Prepare analysis and slide showing changes in consolidated business plan projections compared to July LBE and 2022 plan. | Business Analysis / Operations | 2.40 | 820.00 | $1,968.00 |
| 2/7/2023 | Leonardo Kim | Generated exhibits related to variance analysis. | Business Analysis / Operations | 1.20 | 320.00 | $384.00 |
| 2/7/2023 | Mitchell Boal | Continued updating internal models showing variance between newest business plan and prior update. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 2/7/2023 | Leonardo Kim | Prepared commentary related to variance issues. | Business Analysis / Operations | 0.60 | 320.00 | $192.00 |
| 2/7/2023 | Mitchell Boal | Prepared additional slides based on the newest business plan from the Debtors. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 2/7/2023 | Eunice Min | Prepare bridge between profit in prior plan to current plan. | Business Analysis / Operations | 1.90 | 820.00 | $1,558.00 |
| 2/7/2023 | Leonardo Kim | Began downloading and indexing data related to weekly cash flow. | Business Analysis / Operations | 0.40 | 320.00 | $128.00 |
| 2/7/2023 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.40 | 560.00 | $224.00 |
| 2/7/2023 | Eunice Min | Review January time in advance of fee statement preparation | Fee / Employment Applications | 0.80 | 820.00 | $656.00 |
| 2/7/2023 | Leonardo Kim | Generated exhibits related to weekly cash flow updates. | Business Analysis / Operations | 1.40 | 320.00 | $448.00 |
| 2/7/2023 | Mitchell Boal | Created slides re: for profit pipeline and sales projections for pipeline cohorts. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 2/7/2023 | Leonardo Kim | Spread financials related to market share of debtor products. | Business Analysis / Operations | 1.70 | 320.00 | $544.00 |
| 2/7/2023 | Michael Atkinson | Prepare for call with debtor FA's | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 2/7/2023 | Mitchell Boal | Formatted business plan analysis slides per internal comments. | Business Analysis / Operations | 0.30 | 570.00 | $171.00 |

2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/7/2023 | Michael Atkinson | Review and analyze claims data related to insurance litigation | Litigation | 1.90 | 1,320.00 | $2,508.00 |
| 2/7/2023 | Michael Atkinson | Call with FA's | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 2/7/2023 | Leonardo Kim | Began spreading out and updating weekly cash flow tracker for debtor entities. | Business Analysis / Operations | 2.60 | 320.00 | $832.00 |
| 2/8/2023 | Eunice Min | Continue reviewing and revising financial update deck for UCC | Business Analysis / Operations | 1.90 | 820.00 | $1,558.00 |
| 2/8/2023 | Eunice Min | Review and revise draft slides on cash flow update and prescription trends for UCC deck. | Business Analysis / Operations | 1.80 | 820.00 | $1,476.00 |
| 2/8/2023 | Eunice Min | Continue revising net distributable value analysis based on latest assumptions | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 2/8/2023 | Eunice Min | Prepare bridge between prior NDV estimate and latest. | Business Analysis / Operations | 1.20 | 820.00 | $984.00 |
| 2/8/2023 | Michael Atkinson | Review and analyze materials for committee call regarding business plan | Business Analysis / Operations | 2.70 | 1,320.00 | $3,564.00 |
| 2/8/2023 | Mitchell Boal | Created deck summarizing consolidated and segment profit and loss from December business plan update. | Business Analysis / Operations | 1.30 | 570.00 | $741.00 |
| 2/8/2023 | Jason Crockett | Prepare materials for update call with committee regarding financial performance. | Committee Activities | 1.10 | 1,030.00 | $1,133.00 |
| 2/8/2023 | Eunice Min | Prepare distributable value analysis based on latest BP and other revisions. | Business Analysis / Operations | 2.60 | 820.00 | $2,132.00 |
| 2/8/2023 | Eunice Min | Amend business plan presentation for commercially sensitive information. | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 2/8/2023 | Mitchell Boal | Spread consolidated and segment profit and loss from December business plan update for summary deck creation. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 2/9/2023 | Michael Atkinson | Review, analyze and create materials for committee call | Committee Activities | 3.70 | 1,320.00 | $4,884.00 |
| 2/9/2023 | Eunice Min | Prepare responses to M. Atkinson questions on business plan presentation | Business Analysis / Operations | 0.90 | 820.00 | $738.00 |
| 2/9/2023 | Michael Atkinson | Committee call | Committee Activities | 0.70 | 1,320.00 | $924.00 |
| 2/9/2023 | Eunice Min | Review all assumptions and calculations utilized in distributable value analysis. | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 2/9/2023 | Jason Crockett | Review of financial update for UCC and prepare updates. | Committee Activities | 1.30 | 1,030.00 | $1,339.00 |
| 2/9/2023 | Eunice Min | Participate on UCC call on financial update. | Committee Activities | 0.70 | 820.00 | $574.00 |
| 2/9/2023 | Eunice Min | Review and revise draft of 10th interim fee app. | Fee / Employment Applications | 1.50 | 820.00 | $1,230.00 |
| 2/9/2023 | Eunice Min | Prepare script for UCC financial update presentation | Committee Activities | 1.40 | 820.00 | $1,148.00 |
| 2/9/2023 | Mitchell Boal | Analyzed latest medical affairs estimates for details into variances | Business Analysis / Operations | 1.80 | 570.00 | $1,026.00 |
| 2/9/2023 | Michael Atkinson | Review and prepare script for committee call | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 2/9/2023 | Timothy Strickler | Updated schedules analyzing non-litigation claims filed to date. | Claims Analysis and Objections | 2.60 | 560.00 | $1,456.00 |
| 2/10/2023 | Jason Crockett | Prepare analysis of product sales for UCC update. | Committee Activities | 1.50 | 1,030.00 | $1,545.00 |
| 2/10/2023 | Leonardo Kim | Finalized spreading and updating professional fee tracker. | Business Analysis / Operations | 1.10 | 320.00 | $352.00 |
| 2/10/2023 | Timothy Strickler | Updated schedules analyzing litigation claims filed to date. | Claims Analysis and Objections | 2.50 | 560.00 | $1,400.00 |
| 2/10/2023 | Leonardo Kim | Began indexing and downloading all professional fee statements from previous 4 months. | Business Analysis / Operations | 1.20 | 320.00 | $384.00 |
| 2/10/2023 | Leonardo Kim | Began spreading and updating professional fee tracker. | Business Analysis / Operations | 1.30 | 320.00 | $416.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/10/2023 | Jason Crockett | Review of recent cash flow variance reports. | Business Analysis / Operations | 1.20 | 1,030.00 | $1,236.00 |
| 2/10/2023 | Timothy Strickler | Updated queries and tables in claims database. | Claims Analysis and Objections | 1.80 | 560.00 | $1,008.00 |
| 2/11/2023 | Stilian Morrison | Analyze latest cash variance | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 2/11/2023 | Michael Atkinson | Review business plan questions from committee members | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 2/12/2023 | Christian Klawunder | Analyzed business plan and financial update from debtors. | Business Analysis / Operations | 1.80 | 740.00 | $1,332.00 |
| 2/12/2023 | Michael Atkinson | Review business plan questions for committee members | Business Analysis / Operations | 1.60 | 1,320.00 | $2,112.00 |
| 2/13/2023 | Timothy Strickler | Reviewed and analyzed weekly claims update schedule uploaded by claims agent. | Claims Analysis and Objections | 1.70 | 560.00 | $952.00 |
| 2/13/2023 | Timothy Strickler | Imported updated proofs of claim data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.30 | 560.00 | $1,288.00 |
| 2/13/2023 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.60 | 560.00 | $336.00 |
| 2/14/2023 | Jason Crockett | Review of performance of Rhodes business. | Business Analysis / Operations | 1.50 | 1,030.00 | $1,545.00 |
| 2/14/2023 | Christian Klawunder | Analyzed settlement covenants and financial reporting requirements. | Litigation | 2.40 | 740.00 | $1,776.00 |
| 2/15/2023 | Michael Atkinson | Follow up with other FA's on scheduled call | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 2/15/2023 | Stilian Morrison | Review FDA update on overdose reversal drugs | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 2/15/2023 | Michael Atkinson | Review branded and Rhodes business forecasts | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 2/15/2023 | Raul Busto | Review implications of FDA panel allowing opioid antidotes over the counter. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 2/15/2023 | Michael Atkinson | Review rebate and cap issues related to business plan | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 2/15/2023 | Timothy Strickler | Updated and revised analysis of non-litigation claims. | Claims Analysis and Objections | 2.30 | 560.00 | $1,288.00 |
| 2/15/2023 | Eunice Min | Analyze branded and generic projections in advance of call with management | Business Analysis / Operations | 0.90 | 820.00 | $738.00 |
| 2/16/2023 | Timothy Strickler | Updated and revised analysis of litigation claims. | Claims Analysis and Objections | 2.40 | 560.00 | $1,344.00 |
| 2/16/2023 | Leonardo Kim | Spread and updated professional fee tracker. | Business Analysis / Operations | 1.20 | 320.00 | $384.00 |
| 2/16/2023 | Eunice Min | Continue reviewing BP analysis and draft potential questions for Friday meeting. | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 2/16/2023 | Michael Atkinson | Follow up with debtor regarding business plan topics of interest | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 2/17/2023 | Eunice Min | Call with management regarding business plan. | Business Analysis / Operations | 1.00 | 820.00 | $820.00 |
| 2/17/2023 | Michael Atkinson | Review business plan and prepare for call with debtors | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 2/17/2023 | Stilian Morrison | Review cash reporting variance for recent three weeks | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 2/17/2023 | Michael Atkinson | Call with debtor | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 2/17/2023 | Michael Atkinson | Review and analyze follow up issues on business plan call with debtor and update counsel | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 2/17/2023 | Eunice Min | Analyze projections related to branded pipeline | Business Analysis / Operations | 1.20 | 820.00 | $984.00 |
| 2/17/2023 | Timothy Strickler | Updated summary and detail claims schedules. | Claims Analysis and Objections | 0.70 | 560.00 | $392.00 |
| 2/18/2023 | Jason Crockett | Review and analyze operational reporting results by segment and product. | Business Analysis / Operations | 2.00 | 1,030.00 | $2,060.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/19/2023 | Michael Atkinson | Review and prepare analysis for committee based on call with debtor | Business Analysis / Operations | 1.60 | 1,320.00 | $2,112.00 |
| 2/20/2023 | Michael Atkinson | Review and follow up regarding Sackler requests | Plan and Disclosure Statement | 0.70 | 1,320.00 | $924.00 |
| 2/20/2023 | Christian Klawunder | Analyzed settlement terms regarding security pledges. | Litigation | 2.40 | 740.00 | $1,776.00 |
| 2/21/2023 | Timothy Strickler | Reviewed and analyzed claims update received from claims agent. | Claims Analysis and Objections | 1.50 | 560.00 | $840.00 |
| 2/21/2023 | Timothy Strickler | Imported current proofs of claim data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.20 | 560.00 | $1,232.00 |
| 2/21/2023 | Eunice Min | FA update call with debtors and states advisors. | Committee Activities | 0.40 | 820.00 | $328.00 |
| 2/21/2023 | Michael Atkinson | Call with debtor FA's | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 2/21/2023 | Eunice Min | Compare various iterations of Avrio forecasts and factors driving changes in projections. | Business Analysis / Operations | 1.10 | 820.00 | $902.00 |
| 2/21/2023 | Michael Atkinson | Review and update counsel on call with FA's | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 2/21/2023 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.50 | 560.00 | $280.00 |
| 2/22/2023 | Eunice Min | Review funding motion and related materials and draft takeaways. | Business Analysis / Operations | 1.50 | 820.00 | $1,230.00 |
| 2/22/2023 | Stilian Morrison | Analyze Medicaid cap removal impact detail from latest business plan | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 2/22/2023 | Stilian Morrison | Analyze Purdue Pharma LP pricing schedule detail from latest business plan | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 2/22/2023 | Stilian Morrison | Review draft HRT funding motion | Court Filings | 0.20 | 980.00 | $196.00 |
| 2/22/2023 | Raul Busto | Review HRT funding motion. | Business Analysis / Operations | 0.70 | 680.00 | $476.00 |
| 2/22/2023 | Stilian Morrison | Analyze R&D project spend detail from latest business plan | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 2/22/2023 | Michael Atkinson | Review and analyze projection sensitivity analysis | Business Analysis / Operations | 1.70 | 1,320.00 | $2,244.00 |
| 2/22/2023 | Raul Busto | Review insurance production letter. | Litigation | 0.20 | 680.00 | $136.00 |
| 2/22/2023 | Eunice Min | Analyze Rhodes pipeline information and support. | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 2/22/2023 | Stilian Morrison | Analyze Rhodes product pipeline detail from latest business plan | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 2/23/2023 | Michael Atkinson | Committee call | Committee Activities | 0.60 | 1,320.00 | $792.00 |
| 2/23/2023 | Michael Atkinson | Review OTC naloxone files and prepare materials for committee | Business Analysis / Operations | 1.60 | 1,320.00 | $2,112.00 |
| 2/23/2023 | Michael Atkinson | Follow up with debtor regarding documents related to OTC naloxone | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 2/23/2023 | Raul Busto | Review recently uploaded business plan materials. | Business Analysis / Operations | 2.70 | 680.00 | $1,836.00 |
| 2/23/2023 | Timothy Strickler | Updated and revised analysis of non-litigation claims filed to date. | Claims Analysis and Objections | 2.50 | 560.00 | $1,400.00 |
| 2/23/2023 | Eunice Min | Review naloxone partner funding request and related materials. | Business Analysis / Operations | 1.90 | 820.00 | $1,558.00 |
| 2/23/2023 | Christian Klawunder | Analyzed financial update from settlement obligors. | Litigation | 2.30 | 740.00 | $1,702.00 |
| 2/24/2023 | Timothy Strickler | Reviewed and analyzed claims update received from claims agent. | Claims Analysis and Objections | 1.40 | 560.00 | $784.00 |
| 2/24/2023 | Eunice Min | Review final 2022 scorecard and calculations. | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 2/24/2023 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.40 | 560.00 | $224.00 |

5

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/24/2023 | Timothy Strickler | Imported current proofs of claim data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 2/25/2023 | Michael Atkinson | Review and analyze scorecard related to bonuses | Business Analysis / Operations | 2.20 | 1,320.00 | $2,904.00 |
| 2/26/2023 | Eunice Min | Analyze additional business plan support files. | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 2/27/2023 | Stilian Morrison | Analyze branded opioid 2023 budget model (5 scenarios) detail from latest business plan | Business Analysis / Operations | 0.80 | 980.00 | $784.00 |
| 2/27/2023 | Michael Atkinson | Call with debtor regarding development related to branded opioid | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 2/27/2023 | Stilian Morrison | Analyze branded opioid IPD Analytics confidential report | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 2/27/2023 | Michael Atkinson | Review projections for branded opioid product before call with debtor and update counsel regarding same. | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 2/27/2023 | Timothy Strickler | Updated and revised analysis of litigation claims filed to date. | Claims Analysis and Objections | 2.20 | 560.00 | $1,232.00 |
| 2/27/2023 | Stilian Morrison | Update re: potential interest in asset | Sale Process | 0.20 | 980.00 | $196.00 |
| 2/27/2023 | Stilian Morrison | Follow up diligence request with Debtors' professionals | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 2/27/2023 | Eunice Min | Analyze materials related to certain branded opioid product. | Business Analysis / Operations | 1.50 | 820.00 | $1,230.00 |
| 2/28/2023 | Michael Atkinson | Review and update counsel on developments related to certain branded opioid | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 2/28/2023 | Timothy Strickler | Updated tables and queries in claims database. | Claims Analysis and Objections | 1.90 | 560.00 | $1,064.00 |
| 2/28/2023 | Stilian Morrison | Analyze Medicaid rebate impact vis-a-vis branded opioid illustrative value | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 2/28/2023 | Eric Mattson | Drafted January fee statement and emailed to E. Min for review. | Fee / Employment Applications | 1.60 | 270.00 | $432.00 |

**EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 2/28/2023 | Miscellaneous | February research fees. | $520.00 |
| | **Total Expenses** | | **$520.00** |

6