KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
            :
In re:      :    Chapter 11
            :
PURDUE PHARMA L.P., *et al.*    :    Case No. 19-23649 (SHL)
            :
     Debtors.[1]    :    (Jointly Administered)
---------------------------------------------------------------x

**THIRTY-NINTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | February 1, 2023 through February 28, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $5,053.66 (80% of $6,317.07) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $2,489.01 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $7,542.67 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its thirty-ninth monthly fee statement (the "Monthly Fee Statement") for the period beginning February 1, 2023 through and including February 28, 2023 (the "Fee Period"). During the Fee Period, the fees incurred by KCC were $6,317.07 and the expenses incurred were $2,489.01.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $7,542.67, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on May 22, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  May 8, 2023
      El Segundo, California

                                      /s/ *Sarah Harbuck*
                                      **KURTZMAN CARSON CONSULTANTS LLC**
                                      Sarah Harbuck
                                      Drake D. Foster
                                      222 N. Pacific Coast Highway
                                      3rd Floor
                                      El Segundo, California 90403
                                      Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

a) I am Assistant General Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b) I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c) I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: May 8, 2023
       El Segundo, California

/s/ *Sarah Harbuck*

Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| BSR | Brian Schauer | Consultant | 0.5 | $155.49 | $77.74 |
| CET | Christopher Estes | Consultant | 3.6 | $203.28 | $731.83 |
| CHT | Cheryl Tracey | Consultant | 0.3 | $200.86 | $60.26 |
| CJC | Caitlin Corrie | Consultant | 0.1 | $125.24 | $12.52 |
| EJG | Evan Gershbein | Senior Managing Consultant | 0.9 | $231.53 | $208.37 |
| HBU | Hannah Bussey | Consultant | 0.3 | $200.86 | $60.26 |
| HEF | Heather Fellows | Consultant | 0.1 | $149.44 | $14.94 |
| IPA | Isabel Padilla | Consultant | 0.2 | $200.86 | $40.17 |
| IRS | Irvin Salgado | Clerk | 0.1 | $53.85 | $5.38 |
| JBU | Joseph Bunning | Senior Consultant | 15.9 | $206.91 | $3,289.89 |
| JHT | James Hunt | Clerk | 1 | $48.95 | $48.95 |
| MDO | Matthew Orr | Consultant | 1 | $200.86 | $200.86 |
| MVZ | Michael Valadez | Consultant | 1.7 | $200.86 | $341.46 |
| SEB | Senayt Berhe | Consultant | 0.1 | $149.44 | $14.94 |
| SEW | Scott Ewing | Senior Consultant | 1 | $206.91 | $206.90 |
| STP | Stephanie Paul | Consultant | 0.1 | $125.24 | $12.52 |
| SYU | Susan Yu | Senior Consultant | 4.3 | $206.91 | $889.71 |
| TRI | Thomas Richmond | Consultant | 0.7 | $143.39 | $100.37 |
| | | | | | |
| | **TOTALS** | | **31.9** | | **$6,317.07** |

**Exhibit B**
**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $577.45 |
| Printing and Mailing Expenses | | | $1,833.19 |
| Sales and Use Tax | | | $78.37 |
| | | | |
| **TOTAL** | | | **$2,489.01** |

**Exhibit C**
**Invoice**



March 23, 2023

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re:  Purdue Pharma L.P. (Creditors' Committee)
           USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period February 1, 2023 to February 28, 2023 in the amount of $8,806.08 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Enclosures



March 23, 2023

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | March 23, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2455050 | Due Date | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $6,317.07 |
| *Total of Hourly Fees* | $6,317.07 |
| **Expenses** | |
| Expenses | $2,410.64 |
| *Total Expenses* | $2,410.64 |
| *Invoice Subtotal* | **$8,727.71** |
| Sales and Use Tax | 78.37 |
| *Total Invoice* | **$8,806.08** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2455050 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $8,806.08 | Dept CH 16639 | HSBC Bank, NA |
| Amount Paid | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

02/01/2023 - 02/28/2023

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| BSR | Brian Schauer | CON | 0.50 | $155.49 | $77.74 |
| CET | Christopher Estes | CON | 3.60 | $203.28 | $731.83 |
| CHT | Cheryl Tracey | CON | 0.30 | $200.86 | $60.26 |
| CJC | Caitlin Corrie | CON | 0.10 | $125.24 | $12.52 |
| EJG | Evan Gershbein | SMC | 0.90 | $231.53 | $208.37 |
| HBU | Hannah Bussey | CON | 0.30 | $200.86 | $60.26 |
| HEF | Heather Fellows | CON | 0.10 | $149.44 | $14.94 |
| IPA | Isabel Padilla | CON | 0.20 | $200.86 | $40.17 |
| IRS | Irvin Salgado | CL | 0.10 | $53.85 | $5.38 |
| JBU | Joseph Bunning | SC | 15.90 | $206.91 | $3,289.89 |
| JHT | James Hunt | CL | 1.00 | $48.95 | $48.95 |
| MDO | Matthew Orr | CON | 1.00 | $200.86 | $200.86 |
| MVZ | Michael Valadez | CON | 1.70 | $200.86 | $341.46 |
| SEB | Senayt Berhe | CON | 0.10 | $149.44 | $14.94 |
| SEW | Scott Ewing | SC | 1.00 | $206.91 | $206.90 |
| STP | Stephanie Paul | CON | 0.10 | $125.24 | $12.52 |
| SYU | Susan Yu | SC | 4.30 | $206.91 | $889.71 |
| TRI | Thomas Richmond | CON | 0.70 | $143.39 | $100.37 |
| | | | | *Total* | *$6,317.07* |

## *Kurtzman Carson Consultants LLC*

02/01/2023 - 02/28/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/1/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| | | | | **Total for 2/1/2023** | **0.90** |
| 2/2/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| | | | | **Total for 2/2/2023** | **0.80** |
| 2/3/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| | | | | **Total for 2/3/2023** | **1.00** |
| 2/6/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| | | | | **Total for 2/6/2023** | **1.00** |
| 2/7/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 2/7/2023 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| | | | | **Total for 2/7/2023** | **1.20** |
| 2/8/2023 | EJG | Attention to Fee Statements [DNs 5406-5411] mailing, including communication with counsel re same | SMC | Noticing | 0.50 |
| 2/8/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 2/8/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 2/8/2023 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 2/8/2023 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 2/8/2023 | SEW | Quality control review of Fee Statements [DNs 5406-5411] mailing | SC | Noticing | 0.20 |
| 2/8/2023 | SYU | Correspond with counsel re service of Fee Statements | SC | Noticing | 0.10 |
| 2/8/2023 | SYU | Coordinate and generate Fee Statements [DNs 5406-5411] mailing, including preparing service lists, reviewing document, and performing quality checks | SC | Noticing | 0.60 |
| | | | | **Total for 2/8/2023** | **3.30** |
| 2/9/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 2/9/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 2/9/2023 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 2/9/2023 | SYU | Perform administrative review of the Fee Statements [DNs 5406-5411] mailing to ensure accuracy | SC | Noticing | 0.20 |
| 2/9/2023 | SYU | Prepare Certificate of Service re Fee Statements [DNs 5406-5411] mailing | SC | Noticing | 0.60 |
| | | | | **Total for 2/9/2023** | **2.40** |

## Kurtzman Carson Consultants LLC

02/01/2023 - 02/28/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/10/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.00 |
| 2/10/2023 | SEW | Quality control review of certificate of service re Fee Statements [DNs 5406-5411] | SC | Noticing | 0.20 |
| 2/10/2023 | SYU | Electronically file Certificate of Service with the court | SC | Noticing | 0.10 |
| | | | | *Total for 2/10/2023* | *1.30* |
| 2/13/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 2/13/2023 | SYU | Review docket for possible mailings and actionable pleadings | SC | Noticing | 0.20 |
| | | | | *Total for 2/13/2023* | *1.00* |
| 2/14/2023 | EJG | Attention to Interim Fee Apps [DNs 5435-5440] mailing, including communication with counsel re same | SMC | Noticing | 0.40 |
| 2/14/2023 | MDO | Assist with Interim Fee Apps [DNs 5435-5440] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 2/14/2023 | BSR | Assist with Interim Fee Apps [DNs 5435-5440] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/14/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 2/14/2023 | TRI | Assist with Interim Fee Apps [DNs 5435-5440] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| 2/14/2023 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 2/14/2023 | IPA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 2/14/2023 | MVZ | Assist with Interim Fee Apps [DNs 5435-5440] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.40 |
| 2/14/2023 | JHT | Assist with Interim Fee Apps [DNs 5435-5440] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 1.00 |
| 2/14/2023 | SEW | Quality control review of Interim Fee Apps [DNs 5435-5440] mailing | SC | Noticing | 0.40 |
| 2/14/2023 | SYU | Correspond with counsel re service of Interim Fee Apps | SC | Noticing | 0.10 |
| 2/14/2023 | SYU | Coordinate and generate Interim Fee Apps [DNs 5435-5440] mailing, including preparing service lists, reviewing document, and performing quality checks | SC | Noticing | 0.70 |
| 2/14/2023 | SYU | Review docket for possible mailings and actionable pleadings | SC | Noticing | 0.20 |
| | | | | *Total for 2/14/2023* | *7.60* |
| 2/15/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 2/15/2023 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 2/15/2023 | SEB | Manage and review tracking of undeliverable mail re Interim Fee Apps [DNs 5435-5440] | CON | Undeliverable Mail Processing | 0.10 |
| 2/15/2023 | HBU | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 2/15/2023 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 2/15/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |

## Kurtzman Carson Consultants LLC

02/01/2023 - 02/28/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/15/2023 | SEW | Quality control review of certificate of service re Interim Fee Apps [DNs 5435-5440] | SC | Noticing | 0.20 |
| 2/15/2023 | SYU | Prepare Certificate of Service re Interim Fee Apps [DNs 5435-5440] mailing | SC | Noticing | 0.60 |
| 2/15/2023 | SYU | Electronically file Certificate of Service with the court | SC | Noticing | 0.10 |
| 2/15/2023 | SYU | Perform administrative review of the Interim Fee Apps [DNs 5435-5440] mailing to ensure accuracy | SC | Noticing | 0.30 |
| | | | | *Total for 2/15/2023* | *3.00* |
| 2/16/2023 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| | | | | *Total for 2/16/2023* | *0.90* |
| 2/20/2023 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Interim Fee Apps [DNs 5435-5440] | CON | Noticing | 0.30 |
| | | | | *Total for 2/20/2023* | *0.30* |
| 2/21/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.90 |
| 2/21/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 2/21/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 2/21/2023* | *1.30* |
| 2/22/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.80 |
| | | | | *Total for 2/22/2023* | *0.80* |
| 2/23/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.90 |
| 2/23/2023 | IRS | Organize and file general case documents to maintain integrity of original document tracking system | CL | Document Processing | 0.10 |
| | | | | *Total for 2/23/2023* | *1.00* |
| 2/24/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process | SC | Communications / Call Center | 0.80 |
| 2/24/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 2/24/2023 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 2/24/2023 | SYU | Review docket for possible mailings and actionable pleadings | SC | Noticing | 0.20 |
| | | | | *Total for 2/24/2023* | *1.50* |
| 2/25/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 2/25/2023* | *0.20* |

## *Kurtzman Carson Consultants LLC*

02/01/2023 - 02/28/2023

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/27/2023 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Interim Fee Apps [DNs 5435-5440] | CON | Noticing | 0.40 |
| 2/27/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process | SC | Communications / Call Center | 0.70 |
| 2/27/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 2/27/2023 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 2/27/2023 | SYU | Review mail report for Interim Fee Apps [DNs 5435-5440] | SC | Noticing | 0.10 |
| 2/27/2023 | SYU | Review docket for possible mailings and actionable pleadings | SC | Noticing | 0.20 |
| | | | | *Total for 2/27/2023* | *1.70* |
| 2/28/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process | SC | Communications / Call Center | 0.70 |
| | | | | *Total for 2/28/2023* | *0.70* |
| | | | | *Total Hours* | *31.90* |

## *Kurtzman Carson Consultants LLC*

02/01/2023 - 02/28/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $577.45 |
| Printing and Mailing Expenses (See Exhibit) | | | $1,833.19 |
| | | **Total Expenses** | ***$2,410.64*** |

## *Kurtzman Carson Consultants LLC*

02/01/2023 - 02/28/2023

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 2/14/2023 | Interim Fee Apps [DNs 5435-5440] | 1 | Email Service Setup to 196 Email Parties | $275.00 | $275.00 |
| | | 59 | First Class Mail | | |
| | | 13,924 | Image notice printing for 6 documents, including Purdue DN 5435 - Akin Gump Tenth Interim Fee Application, Purdue DN 5436 - Bedell Ninth Interim Fee Application, Purdue DN 5437 - Cole Schotz Ninth Interim Fee Application, Purdue DN 5438 - Jefferies Tenth Interim Fee Application, Purdue DN 5439 - KCC Tenth Interim Fee Application, Purdue DN 5440 - Province Tenth Interim Fee Application | $0.11 | $1,531.64 |
| | | 59 | Non-Standard Envelopes | $0.45 | $26.55 |

### *Total Printing and Mailing Expenses*     *$1,833.19*