KAREN L. MORRIS
General Counsel
CRAIG T. FESSENDEN
Deputy General Counsel
LORI A. BUTLER
Assistant General Counsel
MICHAEL I. BAIRD
Attorney
PENSION BENEFIT GUARANTY CORPORATION
445 12th Street, S.W.
Washington, D.C. 20024-2101
Tel.: (202) 229-6222
Emails: Baird.Michael@pbgc.gov and efile@pbgc.gov

**IN THE UNITED STATES BANKRUPTYC COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA, L.P., et al. | ) ) ) | Case No. 19-23649 (SHL) |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS FOR
CREDITOR PENSION BENEFIT GUARANTY CORPORATION**

PLEASE TAKE NOTICE that, as of July 25, 2022, the mailing address for the Pension Benefit Guaranty Corporation ("PBGC") and its undersigned counsels in the above-captioned chapter 11 cases, has changed to:

Old Address:  Pension Benefit Guaranty Corporation
    1200 K Street, N.W.
    Washington, D.C. 20005-4026

New Address:  Pension Benefit Guaranty Corporation
    Office of General Counsel
    445 12th Street, S.W.
    Washington, D.C. 20024-2101

PLEASE TAKE FUTHER NOTICE that all email addresses and telephone numbers affiliated with PBGC will remain the same.

PLEASE TAKE FURTHER NOTICE that all future pleadings, correspondence, and other documents that require receipt by or service on PBGC are to be directed to the new mailing address.

|  |  |
|---|---|
| Dated: May 11, 2023<br>Washington, D.C. | /s/ Michael I. Baird<br>KAREN L. MORRIS<br>General Counsel<br>CRAIG T. FESSENDEN<br>Deputy General Counsel<br>LORI A. BUTLER<br>Assistant General Counsel<br>MICHAEL I. BAIRD<br>Attorney<br>PENSION BENEFIT GUARANTY CORPORATION<br>445 12th Street, S.W.<br>Washington, D.C. 20024-2101<br>Tel.: (202) 229-6222<br>Emails: Baird.Michael@pbgc.gov and efile@pbgc.gov |

# **CERTIFICATE OF SERVICE**

I certify that on this 11th day of May, 2023, a true and correct copy of the Notice of **Change of Address of Creditor Pension Benefit Guaranty Corporation,** was served on all parties registered to receive notices for this case.

/s/ Michael I. Baird
Michael I. Baird