DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## NOTICE OF SCHEDULED OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498], the United States Bankruptcy Court for the Southern District of New York has scheduled the following omnibus hearing dates and times for matters in the above-captioned chapter 11 cases:

- Tuesday, May 23, 2023, at 11:00 a.m. (prevailing Eastern Time)
- Wednesday, June 14, 2023, at 2:00 p.m. (prevailing Eastern Time)
- Thursday, July 20, 2023, at 11:00 a.m. (prevailing Eastern Time)
- Wednesday, August 16, 2023, at 11:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- Wednesday, September 20, 2023, at 11:00 a.m. (prevailing Eastern Time)
- Wednesday, October 18, 2023, at 11:00 a.m. (prevailing Eastern Time)
- Wednesday, November 15, 2023, at 11:00 a.m. (prevailing Eastern Time)
- Wednesday, December 13, 2023, at 11:00 a.m. (prevailing Eastern Time)

**PLEASE TAKE FURTHER NOTICE** that, to the extent of any inconsistency, the foregoing dates supersede any previously scheduled omnibus hearing dates. Please note that the omnibus hearing previously scheduled for June 21, 2023, at 11:00 a.m. (prevailing Eastern Time) has been rescheduled for June 14, 2023, at 2:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the omnibus hearings will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, either via Zoom® videoconference or at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the omnibus hearings will be conducted via Zoom® videoconference so long as General Order M-543 is in effect or unless otherwise ordered by the Court.[2] Parties wishing to appear at, or attend, an omnibus hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such omnibus hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19.

2

Dated:  May 11, 2023
        New York, New York

                                          DAVIS POLK & WARDWELL LLP

                                          By:  */s/ Eli J. Vonnegut*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

3