**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>*Purdue Pharma L.P., et al.*<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-23649-SHL<br><br>(Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Bryan C. Yee, to be admitted, ***pro hac vice***, to represent the State of Hawaiʻi, a creditor in in the above-referenced Chapter 11 cases and any related adversary proceedings, and upon movant's certification that the movant is a member in good standing in the State of Hawaiʻi, and the bar of the U.S. District Court for the District of Hawaiʻi, it is hereby **ORDERED**, that Bryan C. Yee, Deputy Attorney General of the State of Hawaiʻi, is admitted to practice, ***pro hac vice***, in the above-referenced cases, to represent the State of Hawaiʻi in the United States Bankruptcy for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 12, 2023

　　　　　　　　　　　　　　　　　　　　　*/s/ Sean H. Lane*
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE