UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**FORTY-SECOND MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | March 1, 2023 through March 31, 2023 |
| Monthly Fees Incurred: | $91,292.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $91,292.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $96,849.50 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $52,374.00 | $0.00 |
| Docket No. 5051 Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $51,773.00 | $0.00 |
| Docket No. 5132 Filed on 10/12/2022 | 8/1/2022 – 8/31/2022 | $35,470.00 | $0.00 | $34,220.00 | $0.00 |
| Docket No. 5240 Filed on 11/15/2022 | 9/1/2022 – 9/30/2022 | $53,219.00 | $8.00 | $52,344.00 | $8.00 |
| Docket No. 5341 Filed on 1/13/2023 | 10/1/2022 – 10/31/2022 | $30,107.50 | $0.00 | $29,232.50 | $0.00 |
| Docket No. 5342 Filed on 1/13/23 | 11/1/2022 – 11/30/2022 | $31,105.00 | $0.00 | $30,230.00 | $0.00 |
| Docket No. 5393 Filed on 2/1/23 | 12/1/2022 – 12/31/2022 | $42,190.00 | $0.00 | $41,315.00 | $0.00 |
| Docket No. 5518 Filed on 3/30/23 | 1/1/2023 – 1/31/2023 | $98,523.50 | $0.00 | $78,818.80 | $0.00 |
| Docket No. 5519 Filed on 3/30/23 | 2/1/2023 – 2/28/2023 | $125,875.00 | $0.00 | $100,700.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, $6,929, $5,000, and $3,500 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from March 1, 2023 through and including March 31, 2023 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $91,292.50 |
   | Expenses | 0.00 |
   | **TOTAL** | **$91,292.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $73,034.00 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$73,034.00** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than May 26, 2023 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
       May 12, 2023

                                    FTI CONSULTING, INC.
                                    Financial Advisors to the Ad Hoc Committee of
                                    Governmental and Other Contingent Litigation
                                    Claimants of Purdue Pharma L.P.

                              By:    */s/ Matthew Diaz*
                                    Matthew Diaz, Senior Managing Director
                                    1166 Avenue of the Americas, 15th Floor
                                    New York, New York 10036
                                    Telephone: (212) 499-3611
                                    Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,325 | 21.8 | $ 28,885.00 |
| Bromberg, Brian | Sr Director | Restructuring | 975 | 37.9 | 36,952.50 |
| Kurtz, Emma | Sr Consultant | Restructuring | 750 | 17.6 | 13,200.00 |
| Blittner, Jack | Consultant | Restructuring | 475 | 25.8 | 12,255.00 |
| **GRAND TOTAL** | | | | **103.1** | **$ 91,292.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 7.5 | $ 4,922.50 |
| 2 | Cash & Liquidity Analysis | 0.6 | 795.00 |
| 7 | Analysis of Domestic Business Plan | 22.7 | 20,352.50 |
| 9 | Analysis of Employee Comp Programs | 22.3 | 19,047.50 |
| 13 | Analysis of Other Miscellaneous Motions | 8.0 | 8,140.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 26.4 | 26,060.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 4.1 | 4,227.50 |
| 24 | Preparation of Fee Application | 11.5 | 7,747.50 |
| | **GRAND TOTAL** | **103.1** | **$ 91,292.50** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/2/2023 | Blittner, Jack | 0.3 | Prepare the 3/2 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/3/2023 | Blittner, Jack | 0.3 | Prepare the 3/3 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/4/2023 | Diaz, Matthew | 0.9 | Review January MOR to assess company's performance. |
| 1 | 3/6/2023 | Blittner, Jack | 0.4 | Prepare the 3/6 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/7/2023 | Blittner, Jack | 0.4 | Prepare the 3/7 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/8/2023 | Blittner, Jack | 0.2 | Prepare the 3/8 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/9/2023 | Blittner, Jack | 0.6 | Prepare the 3/9 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/10/2023 | Blittner, Jack | 0.4 | Prepare the 3/10 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/13/2023 | Blittner, Jack | 0.4 | Prepare the 3/13 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/14/2023 | Blittner, Jack | 0.4 | Prepare the 3/14 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/16/2023 | Blittner, Jack | 0.3 | Prepare the 3/16 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/17/2023 | Blittner, Jack | 0.2 | Prepare the 3/17 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/20/2023 | Blittner, Jack | 0.3 | Prepare the 3/20 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/22/2023 | Blittner, Jack | 0.4 | Prepare the 3/22 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/23/2023 | Blittner, Jack | 0.2 | Prepare the 3/23 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/24/2023 | Blittner, Jack | 0.2 | Prepare the 3/24 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/28/2023 | Blittner, Jack | 0.1 | Prepare the 3/28 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/28/2023 | Diaz, Matthew | 0.7 | Review the February MOR report to assess the Debtors' recent financial performance. |
| 1 | 3/29/2023 | Blittner, Jack | 0.2 | Prepare the 3/29 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/30/2023 | Blittner, Jack | 0.3 | Prepare the 3/30 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 3/31/2023 | Blittner, Jack | 0.3 | Prepare the 3/31 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| **1 Total** | | | **7.5** | |
| 2 | 3/21/2023 | Diaz, Matthew | 0.6 | Review updated cash flow report to assess the Debtors' liquidity status. |
| **2 Total** | | | **0.6** | |
| 7 | 3/1/2023 | Bromberg, Brian | 0.4 | Review recent business plan information received from the Debtors' to assess operational performance. |
| 7 | 3/2/2023 | Bromberg, Brian | 0.4 | Review R&D spending amounts to incorporate into latest business plan analysis. |
| 7 | 3/2/2023 | Bromberg, Brian | 0.8 | Review latest business plan received from the Debtors' to assess next steps. |
| 7 | 3/6/2023 | Bromberg, Brian | 1.1 | Review PHI spend to assess potential financial implications. |
| 7 | 3/6/2023 | Bromberg, Brian | 0.3 | Review updated business plan analysis to provide feedback to the team. |
| 7 | 3/6/2023 | Diaz, Matthew | 0.3 | Review PHI spend to assess next steps. |
| 7 | 3/7/2023 | Bromberg, Brian | 0.8 | Prepare for call with the Debtors' professionals re: business plan updates. |
| 7 | 3/7/2023 | Bromberg, Brian | 0.7 | Participate in call with the Debtors' professionals re: business plan updates and key case issues. |
| 7 | 3/7/2023 | Diaz, Matthew | 0.7 | Participate in call with the Debtors' professionals re: key case issues and business plan updates. |
| 7 | 3/7/2023 | Kurtz, Emma | 0.7 | Participate in call with the Debtors' professionals re: case status and business plan updates. |
| 7 | 3/10/2023 | Bromberg, Brian | 1.2 | Review PHI expense issues to assess next steps. |
| 7 | 3/10/2023 | Bromberg, Brian | 0.7 | Prepare draft PHI expense summary to provide update to the internal team. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 3/10/2023 | Diaz, Matthew | 0.9 | Review proposed correspondence to the Debtors' professionals re: PHI spend analysis. |
| 7 | 3/10/2023 | Diaz, Matthew | 0.6 | Participate in a call with Alix re: PHI spend and projections. |
| 7 | 3/11/2023 | Bromberg, Brian | 0.4 | Prepare responses to questions from the internal team re: PHI spend analysis. |
| 7 | 3/13/2023 | Blittner, Jack | 1.9 | Develop PHI historical spend variance analysis. |
| 7 | 3/13/2023 | Blittner, Jack | 1.3 | Incorporate updates into the PHI historical analysis based on feedback from the team. |
| 7 | 3/13/2023 | Blittner, Jack | 0.6 | Continue to incorporate updates into the PHI historical analysis based on feedback from the team. |
| 7 | 3/13/2023 | Bromberg, Brian | 0.9 | Review 2021 and 2023 business plan analysis to assess the Debtors' financial performance. |
| 7 | 3/13/2023 | Bromberg, Brian | 0.3 | Review strategic alternative business plan materials to assess potential implications for the Committee. |
| 7 | 3/13/2023 | Bromberg, Brian | 0.6 | Continue to review 2021 and 2023 business plan analysis to assess the Debtors' financial performance. |
| 7 | 3/14/2023 | Blittner, Jack | 1.2 | Prepare updates to PHI historical comparable analysis per comments from team. |
| 7 | 3/14/2023 | Bromberg, Brian | 1.2 | Review analysis of historical PHI spend and projections to provide comments. |
| 7 | 3/14/2023 | Bromberg, Brian | 0.6 | Update draft letter to the Debtors re: PHI spend. |
| 7 | 3/14/2023 | Kurtz, Emma | 0.3 | Review historical PHI comparable analysis to provide feedback to team. |
| 7 | 3/15/2023 | Blittner, Jack | 0.7 | Prepare historical R&D analysis in preparation for upcoming call with the Committee. |
| 7 | 3/15/2023 | Bromberg, Brian | 0.9 | Finalize 2021 and 2023 business plan analysis re: R&D spend. |
| 7 | 3/15/2023 | Bromberg, Brian | 0.6 | Participate in call with the Debtors' professionals re: Avrio sale updates. |
| 7 | 3/15/2023 | Diaz, Matthew | 0.6 | Prepare correspondence to the Debtors' professionals re: HRT analysis. |
| 7 | 3/17/2023 | Diaz, Matthew | 0.6 | Review analysis of historical PHI and R&D spend to evaluate trends. |
| 7 | 3/21/2023 | Bromberg, Brian | 0.4 | Review updated business plan to evaluate changes in R&D and PHI forecasts. |
| **7 Total** | | | **22.7** | |
| 9 | 3/6/2023 | Blittner, Jack | 0.9 | Analyze 2022 scorecard results to prepare presentation for the Committee. |
| 9 | 3/6/2023 | Blittner, Jack | 1.6 | Incorporate updates to 2022 scorecard analysis based on feedback from the team. |
| 9 | 3/6/2023 | Blittner, Jack | 0.4 | Prepare additional updates to 2023 scorecard presentation. |
| 9 | 3/6/2023 | Bromberg, Brian | 1.4 | Review KEIP scorecard support files to provide feedback to the team. |
| 9 | 3/6/2023 | Bromberg, Brian | 0.4 | Review KEIP analysis to provide feedback to the team. |
| 9 | 3/6/2023 | Diaz, Matthew | 0.4 | Review the proposed 2022 scorecard results received from the Debtors. |
| 9 | 3/6/2023 | Kurtz, Emma | 1.8 | Review 2022 KEIP scorecard to prepare revisions to KEIP slides. |
| 9 | 3/12/2023 | Bromberg, Brian | 0.6 | Review PHI scorecard information to provide update to the internal team. |
| 9 | 3/13/2023 | Blittner, Jack | 1.4 | Prepare analysis of 2022 and 2023 scorecard objectives from the Debtors' professionals. |
| 9 | 3/13/2023 | Bromberg, Brian | 0.8 | Review PHI scorecard presentation to provide feedback to the team. |
| 9 | 3/13/2023 | Kurtz, Emma | 0.6 | Review PHI scorecards for 2022 and 2023 to prepare comparable analysis. |
| 9 | 3/13/2023 | Kurtz, Emma | 0.9 | Provide guidance to team re: PHI scorecard comparison year over year. |
| 9 | 3/13/2023 | Kurtz, Emma | 0.7 | Review draft presentation re: 2023 scorecard metrics to provide comments. |
| 9 | 3/16/2023 | Blittner, Jack | 0.9 | Update analysis of 2022 and 2023 scorecard objectives to reflect comments received from the team. |
| 9 | 3/16/2023 | Bromberg, Brian | 1.4 | Review 2023 scorecard objectives to identify key compensation issues. |
| 9 | 3/21/2023 | Bromberg, Brian | 1.3 | Review updated slides summarizing employee scorecard analysis to provide comments. |
| 9 | 3/21/2023 | Diaz, Matthew | 0.3 | Review slides summarizing employee scorecard analysis to provide feedback to the internal team. |
| 9 | 3/22/2023 | Bromberg, Brian | 0.8 | Review updated scorecard analysis to provide additional comments to the internal team. |
| 9 | 3/23/2023 | Bromberg, Brian | 0.8 | Prepare updated 2023 employee scorecard proposed changes. |
| 9 | 3/23/2023 | Bromberg, Brian | 0.6 | Review responses received from the Debtors re: employee scorecard questions. |
| 9 | 3/23/2023 | Diaz, Matthew | 0.4 | Review proposed scorecard changes to evaluate updates. |
| 9 | 3/24/2023 | Bromberg, Brian | 0.6 | Prepare correspondence with Counsel re: proposed employee scorecard recommendation. |
| 9 | 3/24/2023 | Diaz, Matthew | 0.3 | Review recommended changes to 2023 employee scorecard. |
| 9 | 3/27/2023 | Bromberg, Brian | 0.4 | Review employee scorecard analysis and proposal in preparation for upcoming call with the Debtors' professionals. |
| 9 | 3/27/2023 | Bromberg, Brian | 0.7 | Prepare summary of scorecard issues to provide update to counsel. |
| 9 | 3/27/2023 | Bromberg, Brian | 0.7 | Participate in call with the Debtors' professionals re: employee scorecard objectives and proposal. |
| 9 | 3/27/2023 | Diaz, Matthew | 0.2 | Review updated scorecard provisions in preparation for upcoming call with the Debtors' professionals. |
| 9 | 3/27/2023 | Diaz, Matthew | 0.7 | Participate in call with the Debtors' professionals re: employee scorecard objectives and recommendation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 3/29/2023 | Bromberg, Brian | 0.3 | Prepare correspondence with Counsel re: proposed 2023 scorecard objectives received from the Debtors. |
| **9 Total** | | | **22.3** | |
| 13 | 3/1/2023 | Blittner, Jack | 0.8 | Review updated HRT motion to evaluate request. |
| 13 | 3/1/2023 | Bromberg, Brian | 0.7 | Review HRT motion to potential implications for the Committee. |
| 13 | 3/4/2023 | Diaz, Matthew | 0.8 | Review HRT funding motion to assess next steps. |
| 13 | 3/4/2023 | Diaz, Matthew | 0.7 | Review prior presentation the committee re: HRT funding request. |
| 13 | 3/6/2023 | Bromberg, Brian | 0.3 | Review HRT funding motion to provide update to the internal team. |
| 13 | 3/6/2023 | Diaz, Matthew | 0.6 | Review HRT responses in connection with the funding motion. |
| 13 | 3/6/2023 | Diaz, Matthew | 0.7 | Review updated HRT motion to assess next steps. |
| 13 | 3/7/2023 | Blittner, Jack | 0.9 | Prepare slides summarizing latest HRT funding motion in preparation for upcoming call with the Committee. |
| 13 | 3/7/2023 | Bromberg, Brian | 0.7 | Review slides summarizing HRT funding issues to provide feedback to the team. |
| 13 | 3/8/2023 | Bromberg, Brian | 1.2 | Finalize slides summarizing the latest HRT motion in preparation for upcoming call with the Committee. |
| 13 | 3/14/2023 | Diaz, Matthew | 0.6 | Review updated HRT funding analysis to provide feedback to the team. |
| **13 Total** | | | **8.0** | |
| 16 | 3/1/2023 | Kurtz, Emma | 0.9 | Review comments received from Houlihan Lokey re: distributable value analysis to identify necessary updates. |
| 16 | 3/2/2023 | Bromberg, Brian | 0.4 | Review comments received from Houlihan Lokey re: distributable value analysis. |
| 16 | 3/2/2023 | Kurtz, Emma | 1.8 | Prepare revisions to distributable value model and accompanying presentation per internal comments. |
| 16 | 3/3/2023 | Bromberg, Brian | 1.8 | Review changes to distributable value model reflecting latest assumptions. |
| 16 | 3/6/2023 | Bromberg, Brian | 1.3 | Review updated distribution analysis to provide feedback to the team. |
| 16 | 3/6/2023 | Bromberg, Brian | 0.6 | Review updated distribution analysis presentation to provide feedback to the team. |
| 16 | 3/6/2023 | Diaz, Matthew | 1.8 | Review updated NOAT/MDT projected cash flows to assess next steps. |
| 16 | 3/6/2023 | Kurtz, Emma | 1.1 | Prepare revisions to distributable value model and accompanying slides to reflect comments from team. |
| 16 | 3/6/2023 | Kurtz, Emma | 1.7 | Incorporate extended disposition case into distributable value model and accompanying slides. |
| 16 | 3/7/2023 | Blittner, Jack | 1.1 | Prepare slides summarizing distributable value analysis in preparation for upcoming call with the Committee. |
| 16 | 3/7/2023 | Blittner, Jack | 0.3 | Incorporate revisions to distributable value presentation per internal comments. |
| 16 | 3/7/2023 | Bromberg, Brian | 1.4 | Review updated distributable value analysis presentation to provide additional comments to the team. |
| 16 | 3/7/2023 | Diaz, Matthew | 0.6 | Review updated distributable analysis to provide additional feedback to the team. |
| 16 | 3/7/2023 | Diaz, Matthew | 0.8 | Review updated projected emergence cash flow analysis to assess potential implications for the Committee. |
| 16 | 3/7/2023 | Kurtz, Emma | 0.9 | Prepare further revisions to update deck re: distributable value analysis. |
| 16 | 3/8/2023 | Bromberg, Brian | 0.4 | Finalize slides summarizing distribution value analysis in preparation for upcoming call with the Committee. |
| 16 | 3/8/2023 | Bromberg, Brian | 0.9 | Review memo received from Counsel to assess strategic alternatives. |
| 16 | 3/8/2023 | Diaz, Matthew | 1.2 | Continue to review updated projected emergence cash flow analysis to assess potential implications for the Committee. |
| 16 | 3/9/2023 | Bromberg, Brian | 0.3 | Review analysis of strategic alternatives to evaluate plan options. |
| 16 | 3/9/2023 | Diaz, Matthew | 0.9 | Review presentation received from Counsel re: strategic alternatives. |
| 16 | 3/17/2023 | Blittner, Jack | 0.2 | Update slides summarizing the distributable value to reflect comments received from the team. |
| 16 | 3/17/2023 | Bromberg, Brian | 0.7 | Review updated slides summarizing the distributable value analysis to provide additional feedback to the team. |
| 16 | 3/21/2023 | Bromberg, Brian | 0.6 | Participate in call with the Debtors' professionals re: key case issues, upcoming deliverables, business plan updates, and emergence preparation. |
| 16 | 3/21/2023 | Diaz, Matthew | 0.6 | Participate in call with the Debtors' professionals re: key case issues and upcoming deliverables. |
| 16 | 3/21/2023 | Kurtz, Emma | 0.6 | Participate in call with the Debtors' professionals re: key case updates, upcoming deliverables, and emergence preparation. |
| 16 | 3/22/2023 | Bromberg, Brian | 0.3 | Review updated distributable value analysis to provide additional comments to the internal team. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/24/2023 | Bromberg, Brian | 0.4 | Review slides summarizing distribution value analysis in preparation for upcoming call with the AHC. |
| 16 | 3/24/2023 | Bromberg, Brian | 1.0 | Participate in a call with the AHC re: distributable value analysis. |
| 16 | 3/24/2023 | Diaz, Matthew | 1.0 | Participate in a call with the AHC re: distributable value analysis. |
| 16 | 3/24/2023 | Diaz, Matthew | 0.8 | Review distributable value analysis to prepare for call with the AHC. |
| **16 Total** | | | **26.4** | |
| 21 | 3/8/2023 | Bromberg, Brian | 0.8 | Review materials to prepare for presentation to the AHC re: distributable value analysis and HRT funding motion. |
| 21 | 3/9/2023 | Bromberg, Brian | 1.0 | Participate in call with the AHC re: distributable value analysis, HRT funding motion, and other key case updates. |
| 21 | 3/9/2023 | Diaz, Matthew | 0.3 | Prepare for call with the AHC re: strategic alternatives. |
| 21 | 3/9/2023 | Diaz, Matthew | 1.0 | Participate in call with the AHC re: strategic alternatives, distributable value analysis, and other key case updates. |
| 21 | 3/9/2023 | Kurtz, Emma | 1.0 | Participate in call with the AHC re: distributable value analysis and other key case updates. |
| **21 Total** | | | **4.1** | |
| 24 | 3/11/2023 | Kurtz, Emma | 2.1 | Prepare draft January fee application per local rules. |
| 24 | 3/14/2023 | Diaz, Matthew | 0.6 | Review draft January fee statement. |
| 24 | 3/20/2023 | Blittner, Jack | 3.3 | Prepare draft February fee application per local rules. |
| 24 | 3/20/2023 | Blittner, Jack | 0.6 | Continue to prepare draft February fee application per fee examiner guidelines. |
| 24 | 3/20/2023 | Kurtz, Emma | 0.4 | Review February fee application. |
| 24 | 3/21/2023 | Blittner, Jack | 0.6 | Update February fee application. |
| 24 | 3/21/2023 | Kurtz, Emma | 0.9 | Review draft February fee application. |
| 24 | 3/22/2023 | Blittner, Jack | 1.2 | Finalize February fee application. |
| 24 | 3/22/2023 | Diaz, Matthew | 0.6 | Review draft February fee application. |
| 24 | 3/22/2023 | Kurtz, Emma | 0.8 | Review updated draft of February fee application. |
| 24 | 3/30/2023 | Kurtz, Emma | 0.4 | Finalize January and February fee applications to be filed. |
| **24 Total** | | | **11.5** | |
| **Grand Total** | | | **103.1** | |