DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF CANCELLATION OF AUCTION AND IDENTIFICATION OF
SUCCESSFUL BIDDER**

**PLEASE TAKE NOTICE** that on April 28, 2023, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered an order [Docket No. 5570] approving, among other things, the bidding procedures (the "**Bidding Procedures**")[2] to govern

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein have the meaning given to such terms in the Bidding Procedures.

the sale of substantially all of the assets of the Debtors' consumer health business, which is currently conducted by Avrio Health L.P. (the "**Avrio Assets**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures, the Bid Deadline was May 15, 2023 at 5:00 p.m. (prevailing Eastern Time) and an Auction, if any, is scheduled for May 17, 2023 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids (other than the Stalking Horse Bid submitted by the Stalking Horse Bidder) prior to the Bid Deadline. Pursuant to the Bidding Procedures, if no Qualified Bids, other than the Stalking Horse Bid, are received by the Bid Deadline, then the Debtors will cancel the Auction and the Stalking Horse Bidder will be deemed to be the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that the Auction scheduled for May 17, 2023 at 10:00 a.m. (prevailing Eastern Time) is hereby **CANCELLED**. The Debtors, in consultation with the Consultation Parties, have determined that the cancellation of the Auction and the identification of the Stalking Horse Bidder as the Successful Bidder is in the best interests of the Debtors and their estates.

**PLEASE TAKE FURTHER NOTICE** that the current deadline to file an objection with the Court to the entry of an order approving the Sale Transaction is **May 19, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Successful Bid and the Sale Transaction is currently scheduled to be held on May 23, 2023 at 11:00 a.m. (prevailing Eastern Time), before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York, or such other date and time that the Court

may later direct; <u>provided, however</u>, that the Sale Hearing may be adjourned by the Debtors by announcement of the adjournment in open court or on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Sale Hearing will be conducted via Zoom® videoconference so long as General Order M-543 is in effect or unless otherwise ordered by the Court.[3] Parties wishing to appear at, or attend, the Sale Hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Sale Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases, including the Bidding Procedures, may be obtained free of charge by visiting the Debtors' case website at https://restructuring.ra.kroll.com/purduepharma.

[*Remainder of This Page Intentionally Left Blank*]

---

[3] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19.

Dated: May 16, 2023
New York, New York

        DAVIS POLK & WARDWELL LLP

        By: */s/ Eli J. Vonnegut*

        450 Lexington Avenue
        New York, New York 10017
        Telephone: (212) 450-4000
        Facsimile: (212) 701-5800
        Marshall S. Huebner
        Benjamin S. Kaminetzky
        Eli J. Vonnegut
        Christopher S. Robertson

        *Counsel to the Debtors
        and Debtors in Possession*