**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

<u>**AFFIDAVIT OF SERVICE**</u>

I, Rohany Tejada, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as <u>**Exhibit A**</u>:

- Forty-Third Monthly Fee Statement of Davis Polk & Wardwell LLP for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2023 through March 31, 2023 [Docket No. 5590]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: May 15, 2023

*/s/ Rohany Tejada*
Rohany Tejada

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 15, 2023, by Rohany Tejada, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 69581

**<u>Exhibit A</u>**

Exhibit A

Fee Application Service List

Served via email

| NAME | NOTICE | EMAIL |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn:  Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder, Esq. | dklauder@bk-legal.com |
| Cole Schotz P.C. | Attn: Justin R. Alberto | jalberto@coleschotz.com |
| Davis Polk & Wardwell LLP | Attn: Christopher Robertson and Dylan Consla | christopher.robertson@davispolk.com; dylan.consla@davispolk.com |
| Office of The United States Trustee | Attn: Paul K. Schwartzberg | paul.schwartzberg@usdoj.gov |
| Purdue Pharma L.P. | Attn: Jon Lowne | Jon.Lowne@pharma.com |