UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
In re                                          :   Chapter 11
                                               :
PURDUE PHARMA L.P., *et al.,*                  :   Case No. 19-23649 (RDD)
                                               :
                         Debtors.[1]           :   (Jointly Administered)
---------------------------------------------- x

### NOTICE OF WITHDRAWAL OF REQUESTS FOR NOTICE AND REQUESTS FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING

**PLEAES TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2091-1, Michael Luskin of the law firm of Stroock & Stroock & Lavan LLP ("Stroock"), and formerly with Luskin, Stern & Eisler LLP, hereby gives notice of withdrawal in the above captioned matter as local counsel for Old Republic Insurance Company and its affiliated entities ("Old Republic"), and respectfully requests to be removed from the CM/ECF electronic notification system, official mailing matrix, and all other service lists in this case and any related cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SCV Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: New York, New York
     May 18, 2023

STROOCK & STROOCK & LAVAN LLP

/s/Michael Luskin
Michael Luskin
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: mluskin@stroock.com
Email: luskin@lsellp.com

*Local Counsel for Old Republic Insurance Company and its affiliated entities*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2023, I caused a true and correct copy of the foregoing Notice of Withdrawal of Requests for Notice and Requests for Removal from the CM/ECF electronic notification system, to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

                                                              /s/Michael Luskin
                                                              Michael Luskin