**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No.: 19-23649 (SHL) |
| Debtors. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010(b) and 11 U.S.C.

§ 1109(b), the undersigned hereby appears in the above-captioned case as counsel for American

Guarantee and Liability Insurance Company ("AGLIC") and Steadfast Insurance Company

("Steadfast") and requests that copies of all pleadings, motions, notices, and other papers filed or

served in this case or in any proceeding therein, be served upon counsel at the following address,

which shall be added to any master mailing list:

> Jamie Zeevi
> CROWELL & MORING LLP
> 590 Madison Avenue
> New York, NY 10022
> Telephone: 212-223-4000
> Fax: 212-223-4134
> E-mail: jzeevi@crowell.com

All pleadings, motions, notices, and other papers filed or served in this case or in any

proceeding therein should continue to be given and served upon all other counsel who have

appeared on behalf of AGLIC and Steadfast in this case.

Dated:  May 19, 2023
      New York, New York

Respectfully submitted,

*/s/ Jamie Zeevi*

Jamie Zeevi
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: 212-223-4000
Fax: 212-223-4134
E-mail: jzeevi@crowell.com

*Attorneys for American Guarantee and Liability Insurance Company and Steadfast Insurance Company*

907126415.01