**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> PURDUE PHARMA L.P., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 19-23649 (SHL) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the appearance of Kelly H. Tsai as counsel for American Guarantee and Liability Insurance Company ("AGLIC") and Steadfast Insurance Company ("Steadfast") in the above-captioned case is hereby withdrawn and service of notices and papers upon her in this case should be discontinued.

Notices and pleadings given or filed in this case should continue to be given and served upon all other counsel who have appeared on behalf of AGLIC and Steadfast in this case.

Dated: May 19, 2023
       New York, New York

Respectfully submitted,

*/s/ Kelly H. Tsai*
Kelly H. Tsai
CROWELL & MORING LLP
590 Madison Avenue, 19th Floor
New York, New York 10022
Tel: 212-223-4000
Fax: 212-223-4134
ktsai@crowell.com

*Attorneys for American Guarantee and Liability Insurance Company and Steadfast Insurance Company*

907126339.01