DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### AGENDA FOR MAY 23, 2023 HEARING

Time and Date of Hearing:   May 23, 2023 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 969 9263 5316, Passcode 292341.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. |

## I. UNCONTESTED MATTERS:

1. ***Avrio Assets Sale Motion***. Motion of Debtors for Entry of Orders (I)(a) Approving Bidding Procedures for Sale of Debtors' Avrio Assets, (b) Approving the Designation of Atlantis Consumer Healthcare Inc., a Wholly Owned Subsidiary of Arcadia Consumer Healthcare Inc., as the Stalking Horse Bidder for the Avrio Assets, (c) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (d) Approving Bid Protections, (e) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Avrio Assets, (f) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (g) Approving Assumption and Assignment Procedures, and (h) Granting Related Relief and (II)(a) Approving Sale of Debtors' Avrio Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (b) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (c) Granting Related Relief [ECF No. 5533]

    Objection Deadline: May 19, 2023 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. The Debtors have received informal comments from Chubb Companies and Westchester Fire Insurance Company.

    B. Oracle's Reservation of Rights Regarding Debtors' Sale Motion [ECF No. 5613]

    Related Documents:

    A. Declaration of Rafael J. Schnitzler in Support of Motion of Debtors for Entry of Orders (I)(a) Approving Bidding Procedures for Sale of Debtors' Avrio Assets, (b) Approving the Designation of Atlantis Consumer Healthcare Inc., a Wholly Owned Subsidiary of Arcadia Consumer Healthcare Inc., as the Stalking Horse Bidder for the Avrio Assets, (c) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (d) Approving Bid Protections, (e) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Avrio Assets, (f) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (g) Approving Assumption and Assignment Procedures, and (h) Granting Related Relief and (II)(a) Approving Sale of Debtors' Avrio Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (b) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (c) Granting Related Relief [ECF No. 5534]

    B. Order (I) Approving Bidding Procedures for Sale of Debtors' Avrio Assets, (II) Approving the Designation of Atlantis Consumer Healthcare Inc., a Wholly Owned Subsidiary of Arcadia Consumer Healthcare Inc., as the Stalking Horse Bidder for the Avrio Assets, (III) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (IV) Approving Bid Protections, (V) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Avrio Assets, (VI) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (VII) Approving Assumption and Assignment Procedures, and (VIII) Granting Related Relief [ECF No. 5570]

    C. Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [ECF No. 5571]

    D. Notice of Cancellation of Auction and Identification of Successful Bidder [ECF No. 5603]

    E. Notice of Filing of Proposed Sale Order [ECF No. 5618]

Status: This matter is going forward on an uncontested basis.

2. ***Motion to Seal***. Motion for Entry of Order Pursuant To 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Motion of Debtors for Entry of an Order Authorizing Implementation of 2023 Key Employee Incentive Plan and 2023 Key Employee Retention Plan [ECF No. 5578]

    Objection Deadline: May 16, 2023 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents: None

    Status: This matter is going forward on an uncontested basis.

3. ***KEIP/KERP Motion***. Motion of Debtors for Entry of an Order Authorizing Implementation of 2023 Key Employee Incentive Plan and 2023 Key Employee Retention Plan [ECF No. 5579]

    Objection Deadline: May 16, 2023 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Response of the United States Trustee to Motion of Debtors for Order Authorizing Implementation of 2023 Key Employee Incentive Plan and 2032 Key Employee Retention Plan [ECF No. 5600]

    Related Documents: None

Status: This matter is going forward on an uncontested basis.

## II. MATTER IN ADVERSARY PROCEEDING CASE NO. 21-07005:

4. *Status Conference*. Letter Requesting a Conference [ECF No. 5609]

    Related Documents:

        A. Joint Amended Scheduling and Pre-Trial Order [ECF No. 261]

Dated: May 22, 2023
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Eli J. Vonnegut*
Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*