United States Bankruptcy Court
Southern District of New York

In re
Purdue Pharma L.P., et al.,
    Debtor

Chapter 11
Case No. 19-23649 (RDD)
(Jointly Administered)

## Motion for Status

Comes now James Harry Rand, prose, a Purdue Pharma personal injury Claimant, assigned case numbers: 615761; 615292; 616363; 615699 and 618978 request the status of said claims. Claimant's attorney letters have been ignored. Wherefore the need to file motion with the Court.

Thank you for your attention to this matter. Issued in good faith, well and truly made with clean hands.

Done this 15th day of May, 2023.

Without Prejudice,
By: James Harry Rand
    Reg. No. 99335-024
    United States Penitentiary
    4700 Bureau Road
    PO Box 33 (F-2)
    Terre Haute, IN 47808

FILED
U.S. BANKRUPTCY COURT
2023 MAY 19 P 1:20
S.D. OF N.Y.