IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P.<br>EIN: 06-1307484<br><br>Debtor. | Chapter 11<br><br>Case No. 19-23649-shl<br><br>**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE* |

Upon the motion of Matthew A. Silverman, (the "Movant") to be admitted, ***pro hac vice***, to represent the State of Arizona, Consumer Protection and Advocacy, (the "Client") a creditor in the above referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Arizona, it is hereby

**ORDERED**, that Matthew A. Silverman, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: May 22, 2023

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE

2