KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|   |   |
|---|---|
| **In re:** | : |
| | : |
| **PURDUE PHARMA L.P,** *et al.,* | : |
| | : |
| **Debtors.**[1] | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**In re:** :     **Chapter 11**

**PURDUE PHARMA L.P,** *et al.,* :     **Case No. 19-23649 (RDD)**

**FORTY-SECOND MONTHLY FEE STATEMENT OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | March 1, 2023 through and including March 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $113,742.00 |
| **Current Fee Request** | $90,993.60 (80% of $113,742.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,312.73 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $93,306.33 |
| **Total Fees and Expenses Inclusive of Holdback** | $116,054.73 |
| **This is a(n):** ___X___ monthly _____interim application _____final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2021 3746 | 6/1/2021-6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021-7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021-8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021-9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021-10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021-11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021-12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022-1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022-2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022-3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022-4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022-5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022 5077 | 6/1/2022-6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022 5098 | 7/1/2022-7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022 5162 | 8/1/2022-8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022 5215 | 9/1/2022-9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $0.00 |
| 11/21/2022 5250 | 10/1/2022-10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $0.00 |
| 1/13/2023 5339 | 11/1/2022-11/30/2022 | $33,987.00 | $2,195.19 | $27,189.60 | $2,195.19 | $0.00 |
| 2/1/2023 5396 | 12/1/2022-12/31/2022 | $43,506.50 | $136.10 | $34,805.20 | $136.10 | $0.00 |
| 3/13/2023 5494 | 1/1/2023-1/31/2023 | $46,013.00 | $6,269.26 | $36,810.40 | $6,269.26 | $52,282.26 |
| 4/5/2023 5536 | 2/1/2023-2/28/2023 | $111,217.50 | $2,462.48 | $88,974.00 | $2,462.48 | $113,679.98 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the

"**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Forty-Second Monthly Fee Statement (the "**Statement**") for the period of March 1, 2023 through and including March 31, 2023 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,404.75.[2] The blended hourly billing rate of all paraprofessionals is $525.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $111,537.00 by the total hours of 79.40.
[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $2,205.00 by the total hours of 4.20.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

## Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $90,993.60, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $2,312.73.

Dated: New York, New York
      May 22, 2023

Respectfully submitted,

By:    */s/ Kenneth H. Eckstein*

      Kenneth H. Eckstein
      Rachael Ringer
      Caroline F. Gange
      **KRAMER LEVIN NAFTALIS &
      FRANKEL LLP**
      1177 Avenue of the Americas
      New York, New York 10036
      Telephone: (212) 715-9100
      Fax: (212) 715-8000
      Emails:  keckstein@kramerlevin.com
              rringer@kramerlevin.com
              cgange@kramerlevin.com


*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**EXHIBIT A**

**SUMMARY OF FEES BY PROJECT CATEGORY**

| Matter | Matter Name | Hours | Total |
|---|---|---|---|
| 00004 | Case Administration | 0.20 | $105.00 |
| 00006 | Employment and Fee Applications | 7.30 | $6,126.00 |
| 00008 | Litigation | 4.00 | $5,547.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 15.60 | $22,307.50 |
| 00011 | Plan and Disclosure Statement | 56.50 | $79,656.50 |
| **TOTAL** | | **83.60** | **$113,742.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1800 | 17.90 | $32,220.00 |
| Roy T. Englert, Jr. | Partner | 1981 | Litigation | 1650 | 0.50 | $825.00 |
| Rachael Ringer | Partner | 20111 | Creditors' Rights | 1415 | 0.90 | $1,273.50 |
| Adam Rogoff | Partner | 1989 | Creditors' Rights | 1665 | 4.90 | $8,158.50 |
| Joseph A. Shifer | Special Counsel | 2010 | Creditors' Rights | 1280 | 28.80 | $36,864.00 |
| Lauren Andrews | Associate | 2017 | Litigation | 1190 | 0.40 | $476.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1220 | 26.00 | $31,720.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 525 | 4.20 | $2,205.00 |
| **TOTAL** | | | | | **83.60** | **$113,742.00** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| In-House Meals | $40.00 |
| Pacer Online Research | $2.90 |
| Telecommunication Charges | $10.74 |
| Transcript Fees | $158.40 |
| **TOTAL EXPENSES** | **$2,312.73** |

**EXHIBIT D**

# Kramer Levin



April 25, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 879676
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through March 31, 2023.**

| | |
|---|---|
| Fees | $113,742.00 |
| Disbursements and Other Charges | 2,312.73 |
| **TOTAL BALANCE DUE** | **$116,054.73** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



April 25, 2023
Invoice #: 879676
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through March 31, 2023 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|--------|-------------|------|-------|-------|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $2,312.73 | **$2,312.73** |
| 072952-00004 | Case Administration | 105.00 | 0.00 | **105.00** |
| 072952-00006 | Employment and Fee Applications | 6,126.00 | 0.00 | **6,126.00** |
| 072952-00008 | Litigation | 5,547.00 | 0.00 | **5,547.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 22,307.50 | 0.00 | **22,307.50** |
| 072952-00011 | Plan and Disclosure Statement | 79,656.50 | 0.00 | **79,656.50** |
| **Subtotal** | | **113,742.00** | **2,312.73** | **116,054.73** |
| **TOTAL CURRENT INVOICE** | | | | **$116,054.73** |



April 25, 2023
Invoice #: 879676
072952-00004
Page 3

**Case Administration**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.20 | $105.00 |
| **TOTAL FEES** | | **0.20** | **$105.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/15/2023 | Kane, Wendy | Register KL team for hearing. | 0.10 | $52.50 |
| 3/27/2023 | Kane, Wendy | Call w/ chambers re hearing and email C. Gange re same. | 0.10 | 52.50 |
| **TOTAL** | | | **0.20** | **$105.00** |



April 25, 2023
Invoice #: 879676
072952-00006
Page 4

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 3.30 | $4,026.00 |
| Kane, Wendy | Paralegal | 4.00 | 2,100.00 |
| **TOTAL FEES** | | **7.30** | **$6,126.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/1/2023 | Gange, Caroline | Review January fee statement for privilege/confidentiality and compliance with UST guidelines. | 0.30 | $366.00 |
| 3/1/2023 | Kane, Wendy | Prepare January fee statement and exhibits (0.4); emails w/ C. Gange and D. Indellicate re same (0.2). | 0.60 | 315.00 |
| 3/2/2023 | Kane, Wendy | Update January fee statement exhibits and email C. Gange re same. | 0.40 | 210.00 |
| 3/3/2023 | Kane, Wendy | Compile fee statement for distribution to Committee and email C. Gange. | 0.10 | 52.50 |
| 3/7/2023 | Kane, Wendy | Review February fee statement for compliance with local rules and UST guidelines. | 0.50 | 262.50 |
| 3/13/2023 | Gange, Caroline | Review final draft fee statements and emails w/ W. Kane re same (0.3); review fee examiner report (0.2). | 0.50 | 610.00 |



April 25, 2023
Invoice #: 879676
072952-00006
Page 5

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/13/2023 | Kane, Wendy | Review February fee statement for compliance with UST guidelines and local rules (0.7); emails w/ C. Gange and P. Holland re fee statements (0.1); update Kramer Levin fee statement (0.2); file Gilbert and Kramer Levin fee statements (0.3). | 1.30 | 682.50 |
| 3/14/2023 | Gange, Caroline | Review fee examiner report and draft response to same. | 0.80 | 976.00 |
| 3/21/2023 | Gange, Caroline | Review draft interim fee order. | 0.20 | 244.00 |
| 3/22/2023 | Kane, Wendy | Prepare February fee statement and exhibits (0.3). | 0.30 | 157.50 |
| 3/27/2023 | Gange, Caroline | Review February fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.00 | 1,220.00 |
| 3/28/2023 | Gange, Caroline | Review AHC professionals' fee statements for circulation to AHC. | 0.50 | 610.00 |
| 3/28/2023 | Kane, Wendy | Revise and compile February fee statement (0.3); email C. Gange re same (0.1). | 0.40 | 210.00 |
| 3/30/2023 | Kane, Wendy | File FTI fee statements and email E. Kurtz re same. | 0.30 | 157.50 |
| 3/31/2023 | Kane, Wendy | Correspondence w/ F. Arias and C. Gange re February fee statement. | 0.10 | 52.50 |
| **TOTAL** | | | **7.30** | **$6,126.00** |



April 25, 2023
Invoice #: 879676
072952-00008
Page 6

**Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 0.80 | $1,440.00 |
| Englert, Jr., Roy T. | Partner | 0.50 | 825.00 |
| Andrews, Lauren Cassady | Associate | 0.40 | 476.00 |
| Gange, Caroline | Associate | 2.30 | 2,806.00 |
| **TOTAL FEES** | | **4.00** | **$5,547.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/15/2023 | Andrews, Lauren Cassady | Review correspondence from R. Englert and legal research re appellate issues. | 0.40 | $476.00 |
| 3/21/2023 | Eckstein, Kenneth H. | Attend portion of omnibus hearing re fees, adversary (0.8). | 0.80 | 1,440.00 |
| 3/21/2023 | Gange, Caroline | Prep for and participate in hearing re fees, adversary proceedings. | 2.30 | 2,806.00 |
| 3/28/2023 | Englert, Jr., Roy T. | Email K. Eckstein and D. Blabey re potential precedential effect of recent rulings on pending Second Circuit case. | 0.50 | 825.00 |
| **TOTAL** | | | **4.00** | **$5,547.00** |



April 25, 2023
Invoice #: 879676
072952-00009
Page 7

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 4.90 | $8,820.00 |
| Ringer, Rachael L. | Partner | 0.90 | 1,273.50 |
| Shifer, Joseph A. | Spec Counsel | 4.30 | 5,504.00 |
| Gange, Caroline | Associate | 5.50 | 6,710.00 |
| **TOTAL FEES** | | **15.60** | **$22,307.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/3/2023 | Gange, Caroline | Draft client update re HRT motion, fees and related matters. | 1.30 | $1,586.00 |
| 3/9/2023 | Ringer, Rachael L. | Attend portion of call with working group re: plan presentation (0.9). | 0.90 | 1,273.50 |
| 3/9/2023 | Eckstein, Kenneth H. | Attend call with HL, FTI, Working Group re Plan options, financial report, next steps (1.4). | 1.40 | 2,520.00 |
| 3/9/2023 | Shifer, Joseph A. | Prep for (0.4) and attend working group call re plan options (1.4). | 1.80 | 2,304.00 |
| 3/9/2023 | Gange, Caroline | Attend working group call re next steps on plan. | 1.40 | 1,708.00 |
| 3/14/2023 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,800.00 |
| 3/14/2023 | Shifer, Joseph A. | Attend call with working group (1.0). | 1.00 | 1,280.00 |



April 25, 2023
Invoice #: 879676
072952-00009
Page 8

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/14/2023 | Gange, Caroline | Attend portion of working group call re plan process and insurance updates. | 0.70 | 854.00 |
| 3/24/2023 | Eckstein, Kenneth H. | Prepare for (0.3) and attend call with State Working Groups re plan options and issues (1.2). | 1.50 | 2,700.00 |
| 3/24/2023 | Shifer, Joseph A. | Prep for (0.3) and attend call with State working group re plan alternatives (1.2). | 1.50 | 1,920.00 |
| 3/24/2023 | Gange, Caroline | Prep for (0.2) and attend States call re next steps on plan (1.2). | 1.40 | 1,708.00 |
| 3/30/2023 | Eckstein, Kenneth H. | Prepare for (0.3) and attend Working Group call re plan (0.7). | 1.00 | 1,800.00 |
| 3/30/2023 | Gange, Caroline | Attend working group call re next steps on plan. | 0.70 | 854.00 |
| **TOTAL** | | | **15.60** | **$22,307.50** |



April 25, 2023
Invoice #: 879676
072952-00011
Page 9

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 12.20 | $21,960.00 |
| Rogoff, Adam C. | Partner | 4.90 | 8,158.50 |
| Shifer, Joseph A. | Spec Counsel | 24.50 | 31,360.00 |
| Gange, Caroline | Associate | 14.90 | 18,178.00 |
| **TOTAL FEES** | | **56.50** | **$79,656.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/1/2023 | Rogoff, Adam C. | Review plan presentation for clients; emails and coordination with J. Shifer re same. | 0.40 | $666.00 |
| 3/1/2023 | Eckstein, Kenneth H. | Review plan memo (0.4), emails with J. Shifer re same (0.4). | 0.80 | 1,440.00 |
| 3/1/2023 | Shifer, Joseph A. | Revisions to plan presentation (3.6) and correspondence with K. Eckstein, A. Rogoff, and C. Gange re same (1.1). | 4.70 | 6,016.00 |
| 3/1/2023 | Gange, Caroline | Further revisions to plan presentation (0.5); discuss same w/ J. Shifer (0.3). | 0.80 | 976.00 |
| 3/2/2023 | Rogoff, Adam C. | Review plan presentation for clients (0.3); review revised materials (0.4); calls and emails with K. Eckstein, J. Shifer and C. Gange re same (1.0). | 1.70 | 2,830.50 |



April 25, 2023
Invoice #: 879676
072952-00011
Page 10

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/2/2023 | Shifer, Joseph A. | Calls and emails with K. Eckstein, A. Rogoff, and C. Gange re alternative plan presentation (2.1), numerous revisions to same (2.2). | 4.30 | 5,504.00 |
| 3/2/2023 | Gange, Caroline | Review and edit presentation re plan options (1.5); multiple meetings and calls w/ K. Eckstein, A. Rogoff, J. Shifer re same (2.3); research issues re same (0.6); review K. Eckstein edits to same (0.3). | 4.70 | 5,734.00 |
| 3/3/2023 | Rogoff, Adam C. | Review plan presentation for clients (0.2); emails and coordination with J. Shifer re same (0.3); review revised materials (0.3). | 0.80 | 1,332.00 |
| 3/3/2023 | Shifer, Joseph A. | Revisions to plan presentation (2.2) and emails with A. Rogoff and C. Gange re same (0.5). | 2.70 | 3,456.00 |
| 3/3/2023 | Gange, Caroline | Further review and edit plan presentation (2.2); correspond w/ J. Shifer re same (0.1). | 2.30 | 2,806.00 |
| 3/5/2023 | Shifer, Joseph A. | Emails with C. Gange re status of plan. | 0.20 | 256.00 |
| 3/6/2023 | Rogoff, Adam C. | Emails with K. Eckstein and J. Shifer re plan presentation (0.2); review comments to AHC materials (0.4); emails S Gilbert re same (0.1). | 0.70 | 1,165.50 |



April 25, 2023
Invoice #: 879676
072952-00011
Page 11

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 3/6/2023 | Eckstein, Kenneth H. | Call with S. Gilbert and J. Shifer re alternative plan analysis, memo, issues (1.2); follow up with J. Shifer; review and revise memo to clients (1.0); call and correspond with M. Diaz re client report (0.4). | 2.60 | 4,680.00 |
| 3/6/2023 | Shifer, Joseph A. | Call with K. Eckstein and S. Gilbert re plan presentation (1.2), revisions to same (2.6). | 3.80 | 4,864.00 |
| 3/7/2023 | Eckstein, Kenneth H. | Review and revise client memo re plan (1.5); call with J. Shifer re same (0.1). | 1.60 | 2,880.00 |
| 3/7/2023 | Shifer, Joseph A. | Emails with KL team and revisions to alternative plan deck (0.6); revise same (1.6); call with K. Eckstein and C. Gange re same (0.1). | 2.30 | 2,944.00 |
| 3/7/2023 | Gange, Caroline | Further review and edit plan presentation (0.5); discuss same w/ K. Eckstein and J. Shifer (0.1). | 0.60 | 732.00 |
| 3/8/2023 | Rogoff, Adam C. | Emails with K. Eckstein and J. Shifer re plan presentation. | 0.30 | 499.50 |
| 3/8/2023 | Eckstein, Kenneth H. | Review and revise client memo re alternative plans (1.0); c/w J. Shifer and C. Gange re same (0.4); review FTI deck (0.4). | 1.80 | 3,240.00 |
| 3/8/2023 | Shifer, Joseph A. | Edits to plan presentation (1.1) and confer with K. Eckstein and C. Gange re same (0.4). | 1.50 | 1,920.00 |



April 25, 2023
Invoice #: 879676
072952-00011
Page 12

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/8/2023 | Gange, Caroline | Multiple edits to plan presentation (1.1) and discuss same w/ K. Eckstein (0.4); discuss same w/ FTI (0.1); review FTI materials re same (0.5). | 2.10 | 2,562.00 |
| 3/9/2023 | Rogoff, Adam C. | Review plan presentation. | 0.20 | 333.00 |
| 3/9/2023 | Eckstein, Kenneth H. | Call with J. Shifer to revise memo and emails with J. Shifer and A. Rogoff re same (0.5). | 0.50 | 900.00 |
| 3/9/2023 | Shifer, Joseph A. | Emails with K. Eckstein, A. Rogoff and C. Gange re plan memo (0.3). | 0.30 | 384.00 |
| 3/10/2023 | Rogoff, Adam C. | Email K. Eckstein and J. Shifer re plan presentation. | 0.20 | 333.00 |
| 3/13/2023 | Rogoff, Adam C. | Emails with K. Eckstein and J. Shifer re plan presentation (0.2); review revised deck (0.2). | 0.40 | 666.00 |
| 3/13/2023 | Shifer, Joseph A. | Emails with K. Eckstein and A. Rogoff re plan memo (0.3), revisions to same (1.8). | 2.10 | 2,688.00 |
| 3/14/2023 | Eckstein, Kenneth H. | Revise plan presentation (0.4), o/c with J. Shifer re same (0.3). | 0.70 | 1,260.00 |
| 3/14/2023 | Shifer, Joseph A. | Review and revise presentation (0.9); confer w/ K. Eckstein re same (0.3). | 1.20 | 1,536.00 |
| 3/14/2023 | Gange, Caroline | Review and edit plan presentation. | 1.30 | 1,586.00 |
| 3/15/2023 | Rogoff, Adam C. | Email J. Shifer re plan analysis for clients. | 0.20 | 333.00 |



April 25, 2023
Invoice #: 879676
072952-00011
Page 13

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 3/15/2023 | Eckstein, Kenneth H. | Review FTI letter re PHI, call re same (0.4); review plan power point (1.4). | 1.80 | 3,240.00 |
| 3/16/2023 | Eckstein, Kenneth H. | Finalize Power Point (0.6), correspond with States re same (0.2), correspond with KL team re plan memo and meeting (0.4). | 1.20 | 2,160.00 |
| 3/16/2023 | Shifer, Joseph A. | Conf with K. Eckstein re plan deck (0.3), revisions to same (0.8). | 1.10 | 1,408.00 |
| 3/16/2023 | Gange, Caroline | Review and revise plan presentation (0.9); discuss same w/ K. Eckstein (0.1). | 1.00 | 1,220.00 |
| 3/17/2023 | Gange, Caroline | Coordinate meeting re plan issues w/ States (0.3); finalize and distribute materials re same (0.6). | 0.90 | 1,098.00 |
| 3/22/2023 | Shifer, Joseph A. | Emails with C. Gange re status of plan presentation. | 0.30 | 384.00 |
| 3/23/2023 | Eckstein, Kenneth H. | Prep for Working Group meeting (0.8); calls and correspond re same (0.4). | 1.20 | 2,160.00 |
| 3/23/2023 | Gange, Caroline | Prep for State meeting re plan issues and review background issues re same. | 1.20 | 1,464.00 |
| **TOTAL** | | | **56.50** | **$79,656.50** |

# Kramer Levin



April 25, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 879676
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through March 31, 2023.**

     Disbursements and Other Charges          2,312.73

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



April 25, 2023
Invoice #: 879676
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Meals/In-House | 40.00 |
| Pacer Online Research | 2.90 |
| Telecommunication Charges | 10.74 |
| Transcript Fees | 158.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,312.73** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/27/2023 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**Meals/In-House**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/2/2023 | Shifer Joseph A. | Mendy's Kosher Restaurant KL03022375185 Joseph A. Shifer | $20.00 |
| 3/15/2023 | Shifer Joseph A. | Pita Grill Kosher - 2nd Ave KL03152340586 Joseph A. Shifer | $20.00 |
| **Subtotal** | | | **$40.00** |

**Pacer Online Research**



April 25, 2023
Invoice #: 879676
072952
Page 2

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/3/2023 | Gange Caroline | Pacer Online Research Gange, Caroline | $0.90 |
| 3/30/2023 | Gange Caroline | Pacer Online Research Gange, Caroline | $2.00 |
| **Subtotal** | | | **$2.90** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/1/2023 | Taub Jeffrey | Telecommunication Charges by Jeffrey Taub | $10.74 |
| **Subtotal** | | | **$10.74** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/24/2023 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing Transcript, Transaction Date: 03/24/23, Invoice Number: 6452632 | $105.60 |
| 3/31/2023 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing transcript, Transaction Date: 03/31/23, Invoice Number: 6486328 | $52.80 |
| **Subtotal** | | | **$158.40** |
| **TOTAL** | | | **$2,312.73** |