KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FIFTEENTH MONTHLY FEE STATEMENT OF**
**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO**
**THE STATE OF WASHINGTON FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
<u>**FOR THE PERIOD OF APRIL 1, 2023 THROUGH APRIL 30, 2023**</u>

12380846.2 - 05/22/23

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | April 1, 2023 through April 30, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $33,546.00 |
| **Current Fee Request** | $26,836.80 (80% of $33,546.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $71.80 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $26,908.60 |
| **Total Fees and Expenses Inclusive of Holdback** | $33,617.80 |
| **This is a(n):**   X  Monthly Application          ___Interim Application          ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Fifteenth Monthly Fee Statement (the "Fee Statement") for the period of April 1, 2023 through and including April 30, 2023 (the "Statement Period").

12380846.2 - 05/22/23

### Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $33,546.00 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $26,836.80.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $71.80 in connection with providing professional services prior to and during the Statement Period.

12380846.2 - 05/22/23

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: May 22, 2023

Respectfully submitted,

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By: ___*/s/ Matthew J. Gold*___
　　 Matthew J. Gold
　　 Robert M. Tuchman

　　 500 Fifth Avenue
　　 New York, New York 10110
　　 Tel:  (212) 986-6000
　　 Fax:  (212) 986-8866
　　 E-mail:　 mgold@kkwc.com
　　　　　　 rtuchman@kkwc.com

　　 *Attorneys for the State of Washington*

Page **4**

## CERTIFICATE OF SERVICE

I, Caroline James, hereby certify that, on May 22, 2023 I caused true and correct copies of the foregoing document to be served by email upon those names below:

- Jon Lowne, Perdue Pharma: jon.lowne@pharma.com
- Christopher Robertson, Davis Polk & Wardwell LLP: Christopher.robertson@davidpolk.com
- Dylan Consla, Davis Polk & Wardwell LLP: dylan.consla@davispolk.com
- Sara Lynne Brauner, Akin Gump Strauss Hauer & Feld LLP: sbrauner@akingump.com
- Arik Preis, Akin Gump Strauss Hauer & Feld LLP: apreis@akingump.com
- Daniel Brogan, Bayard, P.A.: dbrogan@bayardlaw.com
- Paul Schwartzberg, Office of the United States Trustee for the Southern District of New York: paul.schwartzberg@usdoj.gov

*/s/ Caroline James*
Caroline James

12380846.2 - 05/22/23

# EXHIBIT A

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING APRIL 1, 2023 THROUGH APRIL 30, 2023

### Summary of Fees Task Code

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 26.80 | $33,396.00 |
| 005 Fee Applications | 6.70 | $3,150.00 |
| **Total** | **33.5** | **$36,546.00** |
| | | |
| 20% Fee Holdback | | **$6,709.20** |
| 80% of Fees | | **$26,836.80** |
| Plus Expenses | | **$71.80** |
| Requested Amount | | **$29,908.60** |

Page **6**

## EXHIBIT B

### SERVICES RENDERED BY

### KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

### COMMENCING APRIL 1, 2023 THROUGH APRIL 30, 2023

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,250 | 24.8 | $31,000.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,280 | 3.5 | $4,480.00 |
| Caroline James | Paralegal Corporate Funds | $205 | 3.9 | $799.50 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $205 | 1.3 | $266.50 |
| **Total Fees Requested** | | | | **$36,546.00** |

12380846.2 - 05/22/23

## EXHIBIT C

### ACTUAL AND NECESSARY COSTS INCURRED BY

### KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

### COMMENCING APRIL 1, 2023 THROUGH APRIL 30, 2023

| EXPENSE | AMOUNT |
|---|---|
| Bloomberg Law Fees | $71.80 |
| **Total Expenses** | **$71.80** |

Page **8**

**EXHIBIT D**

**Time Entries for Each Professional by Task Code (Invoices)**

12380846.2 - 05/22/23

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | May 18, 2023 |
| Invoice Number: | 119559 |
| Matter Number: | 7263-0001 |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Purdue Pharma |

*For professional services rendered through April 30, 2023*

Currency: USD

| | |
|---|---|
| Fees | 33,396.00 |
| Costs | 71.80 |
| **Total Due This Invoice** | **$33,467.80** |

| Please Remit to: | *Mail To:* <br> *Kleinberg, Kaplan, Wolff &* <br> *Cohen, P.C.* <br> *500 Fifth Avenue* <br> *New York, N.Y. 10110* | *Wire Instructions:* <br> *Citibank N.A.* <br> *ABA Number: 021000089* <br> *Swift Code: CITIUS33 (International)* <br> *Account # 9987286692* <br> **(Please Reference Invoice Number)** |
|---|---|---|

Client: State of Washington

Matter: Purdue Pharma

| | | |
|---|---|---|
| Invoice Date: | | May 18, 2023 |
| Invoice Number: | | 119559 |
| Matter Number: | | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/2023 | Matthew J. Gold | Revising outline regarding Boy Scouts decision | 1.20 | 1,250.00 | 1,500.00 |
| 04/04/2023 | Matthew J. Gold | Reviewing and exchanging emails with J. Rupert regarding Purdue appeal | 0.30 | 1,250.00 | 375.00 |
| 04/05/2023 | Matthew J. Gold | Preparing email to J. Rupert regarding Voyager appeal; revising outline regarding same | 3.20 | 1,250.00 | 4,000.00 |
| 04/05/2023 | Ellie Taylor | Circulating requested materials; confirming hearing registration | 0.20 | 205.00 | 41.00 |
| 04/07/2023 | Matthew J. Gold | Preparing email to J. Rupert regarding Bartenwerfer decision; revising outline regarding same | 2.30 | 1,250.00 | 2,875.00 |
| 04/10/2023 | Matthew J. Gold | Revising email to J. Rupert regarding Bartenwerfer decision; revising outline regarding same | 1.70 | 1,250.00 | 2,125.00 |
| 04/11/2023 | Matthew J. Gold | Monitoring Second Circuit oral argument in Voyager; preparing email to J. Rupert regarding oral argument and subsequent decision; revising outline regarding same | 2.40 | 1,250.00 | 3,000.00 |
| 04/12/2023 | Matthew J. Gold | Conferring regarding potential Second Circuit outcomes; revising outline regarding same | 1.30 | 1,250.00 | 1,625.00 |
| 04/12/2023 | Robert Berman | Conferring regarding timing of next steps and alternative paths depending on outcome of appeal | 1.00 | 1,280.00 | 1,280.00 |
| 04/14/2023 | Matthew J. Gold | Reviewing notice regarding Judge Drain; exchanging emails with J. Abrams regarding case status; exchanging emails regarding staffing management | 0.30 | 1,250.00 | 375.00 |
| 04/17/2023 | Matthew J. Gold | Conferring regarding upcoming matters; revising outline regarding same | 0.80 | 1,250.00 | 1,000.00 |
| 04/18/2023 | Matthew J. Gold | Exchanging emails with J. Ruppert regarding discussions with other states | 0.20 | 1,250.00 | 250.00 |
| 04/18/2023 | Robert Berman | Checking for updates on status of appeal in the 2nd circuit | 0.50 | 1,280.00 | 640.00 |

Client: State of Washington

Matter: Purdue Pharma

| | | |
|---|---|---|
| Invoice Date: | | May 18, 2023 |
| Invoice Number: | | 119559 |
| Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/2023 | Matthew J. Gold | Preparing outline for discussion with J. Rupert; conferring with J. Rupert regarding concerns of the Nine; reviewing Sears decision | 2.40 | 1,250.00 | 3,000.00 |
| 04/20/2023 | Robert Berman | Conferring regarding status | 0.40 | 1,280.00 | 512.00 |
| 04/25/2023 | Matthew J. Gold | Monitoring omnibus hearing; preparing email to J. Rupert regarding same; conferring regarding same; reviewing appellant letter to Second Circuit clerk; exchanging emails with I. Goldman regarding same | 2.60 | 1,250.00 | 3,250.00 |
| 04/25/2023 | Robert Berman | Reviewing motion regarding sale of assets; conferring regarding motion and various scenarios that could arise depending on outcome of appeal | 1.60 | 1,280.00 | 2,048.00 |
| 04/26/2023 | Matthew J. Gold | Reviewing reports on hearing and letter to clerk; preparing email to J. Rupert regarding same; conferring regarding same; exchanging emails with I. Goldman regarding same | 1.70 | 1,250.00 | 2,125.00 |
| 04/28/2023 | Matthew J. Gold | Revising email to J. Rupert regarding Supreme Court cases | 1.40 | 1,250.00 | 1,750.00 |
| 04/30/2023 | Matthew J. Gold | Revising email to J. Rupert regarding recent Supreme Court bankruptcy decisions | 1.30 | 1,250.00 | 1,625.00 |
| **Total** | | | **26.80** | | **$33,396.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 0.20 | 205.00 | 41.00 |
| Matthew J. Gold | 23.10 | 1,250.00 | 28,875.00 |
| Robert Berman | 3.50 | 1,280.00 | 4,480.00 |
| **Total** | **26.80** | | **$33,396.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/01/2023 | Bloomberg Law - Inv#120230301 02/01/23-02/28/23 (BNA) | 1.00 | 68.86 |

Client: State of Washington

Matter: Purdue Pharma

Invoice Date:                 May 18, 2023

Invoice Number:                    119559

Matter Number:                7263-0001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 04/25/2023 | Bloomberg Industry Group, Inc. - Inv# 6888401712-4/10/23 Docket Track -3/1/23-3/31/23 | 1.00 | 2.94 |
| **Total** | | | **$71.80** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| Invoice Date: | May 18, 2023 |
| Invoice Number: | 119559 |
| Matter Number: | 7263-0001 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

**REMITTANCE COPY**

**Purdue Pharma**

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|
| | | | | |

Current Invoice

| | | | | |
|---|---|---|---|---|
| 05/18/2023 | 119559 | | | $33,467.80 |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | *Citibank N.A.* |
| | *500 Fifth Avenue* | *ABA Number: 021000089* |
| | *New York, N.Y. 10110* | *Swift Code: CITIUS33 (International)* |
| | | *Account # 9987286692* |
| | | **(Please Reference Invoice Number)** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | | |
|---|---|---|
| Invoice Date: | | May 18, 2023 |
| Invoice Number: | | 119589 |
| Matter Number: | | 7263-0005 |

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| Client: | State of Washington |
|---|---|
| Matter: | Fee applications |

*For professional services rendered through April 30, 2023*

Currency: USD

| | |
|---|---|
| Fees | 3,150.00 |
| | ——————— |
| **Total Due This Invoice** | **$3,150.00** |

| **Please Remit to:** | *Mail To:* | *Wire Instructions:* |
|---|---|---|
| | *Kleinberg, Kaplan, Wolff & Cohen, P.C.* | *Citibank N.A.* |
| | | *ABA Number: 021000089* |
| | *500 Fifth Avenue* | *Swift Code: CITIUS33 (International)* |
| | *New York, N.Y. 10110* | *Account # 9987286692* |
| | | **(Please Reference Invoice Number)** |

| | | |
|---|---|---|
| Client: State of Washington | Invoice Date: | May 18, 2023 |
| Matter: Fee applications | Invoice Number: | 119589 |
| | Matter Number: | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/13/2023 | Matthew J. Gold | Reviewing time records for reimbursement request; exchanging emails regarding same | 0.40 | 1,250.00 | 500.00 |
| 04/14/2023 | Matthew J. Gold | Exchanging emails regarding lack of objections to fee statement; exchanging emails with C. MacDonald regarding same | 0.30 | 1,250.00 | 375.00 |
| 04/14/2023 | Ellie Taylor | Preparing language regarding passage of objection deadline for Thirteenth Monthly Fee Statement; conferring regarding schedule for future Fee Statement filings | 0.70 | 205.00 | 143.50 |
| 04/17/2023 | Ellie Taylor | Conferring regarding timing of monthly fee statements | 0.10 | 205.00 | 20.50 |
| 04/18/2023 | Ellie Taylor | Conferring regarding preparation of monthly statement | 0.10 | 205.00 | 20.50 |
| 04/19/2023 | Matthew J. Gold | Conferring regarding monthly statement | 0.20 | 1,250.00 | 250.00 |
| 04/19/2023 | Caroline James | Drafting Fourteenth Monthly Fee Statement | 0.40 | 205.00 | 82.00 |
| 04/20/2023 | Matthew J. Gold | Reviewing draft monthly statement; conferring regarding same and e-filing | 0.80 | 1,250.00 | 1,000.00 |
| 04/20/2023 | Ellie Taylor | Conferring regarding fee statement questions | 0.20 | 205.00 | 41.00 |
| 04/20/2023 | Caroline James | Drafting Fourteenth Monthly Fee Statement | 3.00 | 205.00 | 615.00 |
| 04/21/2023 | Caroline James | Drafting Fourteenth Monthly Fee Statement | 0.50 | 205.00 | 102.50 |
| **Total** | | | **6.70** | | **$3,150.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Caroline James | 3.90 | 205.00 | 799.50 |
| Ellie Taylor | 1.10 | 205.00 | 225.50 |
| Matthew J. Gold | 1.70 | 1,250.00 | 2,125.00 |
| **Total** | **6.70** | | **$3,150.00** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | May 18, 2023 |
| Invoice Number: | 119589 |
| Matter Number: | 7263-0005 |

**REMITTANCE COPY**

**Fee applications**

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|

Current Invoice

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|
| 05/18/2023 | 119589 | | | $3,150.00 |

| Please Remit to: | Mail To: | Wire Instructions: |
|---|---|---|
| | Kleinberg, Kaplan, Wolff & Cohen, P.C. 500 Fifth Avenue New York, N.Y. 10110 | Citibank N.A. ABA Number: 021000089 Swift Code: CITIUS33 (International) Account # 9987286692 **(Please Reference Invoice Number)** |