KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|   |   |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] |   |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FORTY-THIRD MONTHLY FEE STATEMENT OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023</u>**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | April 1, 2023 through and including April 30, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $245,907.50 |
| **Current Fee Request** | $196,726.00 (80% of $245,907.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $3,114.43 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $199,840.43 |
| **Total Fees and Expenses Inclusive of Holdback** | $249,021.93 |
| **This is a(n):**    X monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019- 10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019- 11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019- 12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020- 1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020- 2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020- 3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020- 4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020- 5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020- 6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020- 7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020- 8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020- 9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020- 10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020- 11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020- 12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021- 1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021- 2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021- 3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021- 4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021- 5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/9/2021<br>3746 | 6/1/2021-<br>6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021<br>3768 | 7/1/2021-<br>7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021<br>3940 | 8/1/2021-<br>8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021<br>4095 | 9/1/2021-<br>9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021<br>4216 | 10/1/2021-<br>10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022<br>4360 | 11/1/2021-<br>11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022<br>4361 | 12/1/2021-<br>12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022<br>4559 | 1/1/2022-<br>1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022<br>4626 | 2/1/2022-<br>2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022<br>4725 | 3/1/2022-<br>3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022<br>4823 | 4/1/2022-<br>4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022<br>4974 | 5/1/2022-<br>5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022<br>5077 | 6/1/2022-<br>6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022<br>5098 | 7/1/2022-<br>7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022<br>5162 | 8/1/2022-<br>8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022<br>5215 | 9/1/2022-<br>9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $0.00 |
| 11/21/2022<br>5250 | 10/1/2022-<br>10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $0.00 |
| 1/13/2023<br>5339 | 11/1/2022-<br>11/30/2022 | $33,987.00 | $2,195.19 | $27,189.60 | $2,195.19 | $0.00 |
| 2/1/2023<br>5396 | 12/1/2022-<br>12/31/2022 | $43,506.50 | $136.10 | $34,805.20 | $136.10 | $0.00 |
| 3/13/2023<br>5494 | 1/1/2023-<br>1/31/2023 | $46,013.00 | $6,269.26 | $36,810.40 | $6,269.26 | $52,282.26 |
| 4/5/2023<br>5536 | 2/1/2023-<br>2/28/2023 | $111,217.50 | $2,462.48 | $88,974.00 | $2,462.48 | $113,679.98 |
| 5/22/2023<br>5625 | 3/1/2023-<br>3/31/2023 | $113,742.00 | $2,312.73 | $90,993.60 | $2,312.73 | $116,054.73 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Forty-Third Monthly Fee Statement (the "**Statement**") for the period of April 1, 2023 through and including April 30, 2023 (the "**Monthly Fee Period**").

## Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,356.80.[2] The blended hourly billing rate of all paraprofessionals is $525.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $240,290.00 by the total hours of 177.10.

[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $5,617.50 by the total hours of 10.70.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

### Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $196,726.00, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $3,114.43.

Dated: New York, New York
     May 25, 2023

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
        rringer@kramerlevin.com
        cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

**EXHIBIT A**

**SUMMARY OF FEES BY PROJECT CATEGORY**

| Matter | Matter Name | Hours | Total |
|---|---|---|---|
| 00003 | Business Operations | 75.70 | $103,368.50 |
| 00004 | Case Administration | 0.50 | $262.50 |
| 00006 | Employment and Fee Applications | 3.80 | $2,273.00 |
| 00008 | Litigation | 31.20 | $44,444.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 13.50 | $20,082.00 |
| 00011 | Plan and Disclosure Statement | 63.10 | $75,477.50 |
| **TOTAL** | | **187.80** | **$245,907.50** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| John Bessonette | Partner | 1999 | Corporate | 1800 | 1.10 | $1,677.50 |
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1300 | 20.70 | $26,910.00 |
| Jonathan S. Caplan | Partner | 1994 | Intellectual Property | 1525 | 8.70 | $13,267.50 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1800 | 24.10 | $43,380.00 |
| Roy T. Englert Jr. | Partner | 1981 | Litigation | 1650 | 2.30 | $3,795.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1690 | 3.30 | $5,577.00 |
| Marissa Holob | Partner | 2001 | Employee Benefits | 1415 | 2.40 | $3,396.00 |
| Abraham Reshtick | Partner | 2003 | Tax | 1500 | 5.50 | $8,250.00 |
| Rachael Ringer | Partner | 20111 | Creditors' Rights | 1415 | 2.40 | $3,396.00 |
| Jordan Rosenbaum | Partner | 2004 | Corporate | 1500 | 7.60 | $11,400.00 |
| Jeffrey Taub | Special Counsel | 2010 | Corporate | 1280 | 5.10 | $6,528.00 |
| Eleni Zanias | Special Counsel | 2008 | Corporate | 1280 | 19.40 | $24,832.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1220 | 61.10 | $74,542.00 |
| Mariya Khvatskaya | Associate | 2016 | Tax | 1250 | 4.10 | $5,125.00 |
| Sealtiel Ortega-Rodriguez | Associate | 2022 | Intellectual Property | 950 | 4.20 | $3,990.00 |
| Ashish Virmani | Associate | 2023 | Creditors' Rights | 720 | 2.70 | $1,944.00 |
| Browne Warren | Associate | 2018 (DC) | Employee Benefits | 950 | 2.40 | $2,280.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 525 | 10.70 | $5,617.50 |
| **TOTAL** | | | | | **187.80** | **$245,907.50** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Bloomberg Law Online Research | $243.27 |
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | $123.10 |
| Telecommunication Charges | $7.41 |
| Transcript Fees | $49.20 |
| Westlaw Online Research | $590.76 |
| **TOTAL EXPENSES** | **$3,114.43** |

**EXHIBIT D**

# Kramer Levin



May 17, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 882119
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through April 30, 2023.**

| | |
|---|---|
| Fees | $245,907.50 |
| Disbursements and Other Charges | 3,114.43 |
| **TOTAL BALANCE DUE** 249,021.93 | **$249,021.93** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



May 17, 2023
Invoice #: 882119
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through April 30, 2023 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $3,114.43 | **$3,114.43** |
| 072952-00003 | Business Operations | 103,368.50 | 0.00 | **103,368.50** |
| 072952-00004 | Case Administration | 262.50 | 0.00 | **262.50** |
| 072952-00006 | Employment and Fee Applications | 2,273.00 | 0.00 | **2,273.00** |
| 072952-00008 | Litigation | 44,444.00 | 0.00 | **44,444.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 20,082.00 | 0.00 | **20,082.00** |
| 072952-00011 | Plan and Disclosure Statement | 75,477.50 | 0.00 | **75,477.50** |
| **Subtotal** | | **245,907.50** | **3,114.43** | **249,021.93** |
| **TOTAL CURRENT INVOICE** | | | | **$249,021.93** |



May 17, 2023
Invoice #: 882119
072952-00001
Page 3

**Asset Analysis and Recovery**

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Bloomberg Law Online Research | $243.27 |
| Data Hosting Charges | 2,100.69 |
| Pacer Online Research | 123.10 |
| Telecommunication Charges | 7.41 |
| Transcript Fees | 49.20 |
| Westlaw Online Research | 590.76 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$3,114.43** |



May 17, 2023
Invoice #: 882119
072952-00003
Page 4

**Business Operations**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Bessonette, John | Partner | 1.10 | $1,677.50 |
| Blabey, David E. | Partner | 0.60 | 780.00 |
| Caplan, Jonathan S. | Partner | 3.70 | 5,642.50 |
| Eckstein, Kenneth H. | Partner | 7.10 | 12,780.00 |
| Fisher, David J. | Partner | 3.30 | 5,577.00 |
| Holob, Marissa J. | Partner | 2.40 | 3,396.00 |
| Reshtick, Abraham | Partner | 5.50 | 8,250.00 |
| Rosenbaum, Jordan M. | Partner | 4.60 | 6,900.00 |
| Taub, Jeffrey | Spec Counsel | 4.10 | 5,248.00 |
| Zanias, Eleni | Spec Counsel | 19.40 | 24,832.00 |
| Gange, Caroline | Associate | 16.90 | 20,618.00 |
| Khvatskaya, Mariya | Associate | 4.10 | 5,125.00 |
| Warren, Browne | Associate | 2.40 | 2,280.00 |
| Kane, Wendy | Paralegal | 0.50 | 262.50 |
| **TOTAL FEES** | | **75.70** | **$103,368.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/4/2023 | Gange, Caroline | Review Avrio bid procedures motion and related documents. | 1.20 | $1,464.00 |



May 17, 2023
Invoice #: 882119
072952-00003
Page 5

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/5/2023 | Rosenbaum, Jordan M. | Review of Avrio sale documents (0.4); calls w/ KL team re same (0.5). | 0.90 | 1,350.00 |
| 4/5/2023 | Fisher, David J. | Communications with KL team regarding Avrio and next steps (0.5); review APA (0.7). | 1.20 | 2,028.00 |
| 4/5/2023 | Bessonette, John | Review Avrio 363 sale documents (0.6); emails and calls re same with KL team and FTI re same (0.5). | 1.10 | 1,677.50 |
| 4/5/2023 | Taub, Jeffrey | Review Avrio APA (0.6), e-mails and calls w/ KL team re same (0.5). | 1.10 | 1,408.00 |
| 4/5/2023 | Zanias, Eleni | Correspondence with J. Rosenbaum re stalking horse agreement (0.3); review stalking horse agreement and prepare summary of same (5.1); review and provide comment to status email to client (0.4). | 5.80 | 7,424.00 |
| 4/7/2023 | Rosenbaum, Jordan M. | Review of sale documents (1.7); calls and emails w/ KL team re same (0.5). | 2.20 | 3,300.00 |
| 4/7/2023 | Zanias, Eleni | Continue to review stalking horse agreement and prepare summary of the same (3.7); correspondence with KL team to discuss review of same (0.6). | 4.30 | 5,504.00 |
| 4/7/2023 | Khvatskaya, Mariya | Review of Avrio APA. | 0.10 | 125.00 |
| 4/7/2023 | Gange, Caroline | Review Avrio bid procedures and related documents (1.8); emails w/ KL corporate team re same (0.3); emails w/ DPW re same (0.1). | 2.20 | 2,684.00 |



May 17, 2023
Invoice #: 882119
072952-00003
Page 6

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/10/2023 | Fisher, David J. | Review Avrio emails regarding status of transactions. | 0.80 | 1,352.00 |
| 4/10/2023 | Caplan, Jonathan S. | Review inquiry about APA; follow-up w/ KL team re next steps. | 0.40 | 610.00 |
| 4/10/2023 | Rosenbaum, Jordan M. | Review of Avrio APA. | 1.10 | 1,650.00 |
| 4/10/2023 | Taub, Jeffrey | Review Avrio APA and KL summary of same (1.0); revise summary of APA (0.8); call and e-mails w/ E. Zanias re same (0.5). | 2.30 | 2,944.00 |
| 4/10/2023 | Zanias, Eleni | Review J. Taub's revision to APA summary (1.5); call and emails w/ J. Taub re same (0.5). | 2.00 | 2,560.00 |
| 4/10/2023 | Warren, Browne | Review stalking horse agreement. | 2.00 | 1,900.00 |
| 4/10/2023 | Khvatskaya, Mariya | Review and summarize APA. | 2.70 | 3,375.00 |
| 4/10/2023 | Gange, Caroline | Review Avrio sale documents and edit summary re same. | 2.80 | 3,416.00 |
| 4/11/2023 | Holob, Marissa J. | Review analysis of employee benefit provisions of APA. | 0.50 | 707.50 |
| 4/11/2023 | Reshtick, Abraham | Commence review of APA and asses tax related items. | 2.30 | 3,450.00 |
| 4/11/2023 | Caplan, Jonathan S. | Review IP inquiries re APA. | 0.60 | 915.00 |
| 4/11/2023 | Taub, Jeffrey | Call w/ E. Zanias re PSA summary, e-mail financial advisors re same. | 0.50 | 640.00 |



May 17, 2023
Invoice #: 882119
072952-00003
Page 7

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/11/2023 | Zanias, Eleni | Call with J. Taub to review Avrio sale summary (0.3); review comments to purchase agreement received from J. Rosenbaum (0.5); update summary to reflect the same (1.1); follow-up with specialists (0.3). | 2.20 | 2,816.00 |
| 4/11/2023 | Khvatskaya, Mariya | Review of Avrio APA. | 1.00 | 1,250.00 |
| 4/11/2023 | Kane, Wendy | Emails w/ C. Gange re data room and review Avrio documents re same. | 0.50 | 262.50 |
| 4/13/2023 | Rosenbaum, Jordan M. | Review of plan documents. | 0.20 | 300.00 |
| 4/13/2023 | Caplan, Jonathan S. | Review APA. | 0.70 | 1,067.50 |
| 4/13/2023 | Fisher, David J. | Review Asset Purchase Agreement (1.1), analysis re same (0.2). | 1.30 | 2,197.00 |
| 4/13/2023 | Zanias, Eleni | Begin review of schedules and ancillary documents received re Avrio sale (1.3); circulate documents to working group (0.2). | 1.50 | 1,920.00 |
| 4/13/2023 | Warren, Browne | Review and markup stalking horse agreement. | 0.40 | 380.00 |
| 4/13/2023 | Gange, Caroline | Review dataroom docs re Avrio sale (1.3); emails w/ KL corporate re same (0.3). | 1.60 | 1,952.00 |
| 4/14/2023 | Reshtick, Abraham | Continue review and analysis of APA and related materials (2.8); send outline of tax matters and follow up questions to corporate team (0.4). | 3.20 | 4,800.00 |



May 17, 2023
Invoice #: 882119
072952-00003
Page 8

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/14/2023 | Gange, Caroline | Review draft Avrio sale summary from E. Zanias and edit same. | 2.70 | 3,294.00 |
| 4/14/2023 | Khvatskaya, Mariya | Draft summary of APA tax issues. | 0.30 | 375.00 |
| 4/17/2023 | Rosenbaum, Jordan M. | Call w/ J. Taub and E. Zanias re APA. | 0.20 | 300.00 |
| 4/17/2023 | Holob, Marissa J. | Review and analyze employee related provisions of APA. | 1.90 | 2,688.50 |
| 4/17/2023 | Caplan, Jonathan S. | Review Avrio sale documents re IP matters. | 1.00 | 1,525.00 |
| 4/17/2023 | Taub, Jeffrey | Call w/ J. Rosenbaum and E. Zanias re Avrio purchase agreement summary. | 0.20 | 256.00 |
| 4/17/2023 | Zanias, Eleni | Review Avrio sale summary inserts received from tax, bankruptcy and employment (0.3); update summary to include same (1.5); continue to review exhibits and schedules to purchase agreement (0.3); call with J. Rosenbaum and J. Taub to discuss status and next steps (0.2). | 2.30 | 2,944.00 |
| 4/18/2023 | Caplan, Jonathan S. | Review IP issues re Avrio sale. | 1.00 | 1,525.00 |
| 4/18/2023 | Zanias, Eleni | Review equity commitment letter (0.4); review and respond to questions raised by J. Rosenbaum (0.9). | 1.30 | 1,664.00 |
| 4/21/2023 | Eckstein, Kenneth H. | Review UCC Avrio statement, comment re same (0.5). | 0.50 | 900.00 |
| 4/21/2023 | Gange, Caroline | Review UCC Statement re Avrio bid procedures (0.8); email K. Eckstein re same (0.2). | 1.00 | 1,220.00 |



May 17, 2023
Invoice #: 882119
072952-00003
Page 9

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/24/2023 | Eckstein, Kenneth H. | Review UCC Avrio statement (0.8), correspond with AHC Working Group re same (0.7); review materials and prep for hearing re same (1.0). | 2.50 | 4,500.00 |
| 4/24/2023 | Gange, Caroline | Review UCC reply to Avrio bid procedures motion (0.3); emails w/ K. Eckstein re same (0.2); prepare and edit talking points re same (3.4). | 3.90 | 4,758.00 |
| 4/25/2023 | Blabey, David E. | Attend Avrio bidding procedures motion hearing. | 0.60 | 780.00 |
| 4/25/2023 | Eckstein, Kenneth H. | Correspond with M. Huebner re Avrio hearing (0.4); correspond with A. Preis re Avrio hearing (1.2); prepare talking points for hearing (1.6); emails w/ KL team re same (0.2); attend and appear at Avrio bid procedures hearing (0.7). | 4.10 | 7,380.00 |
| 4/25/2023 | Gange, Caroline | Update talking points for hearing (0.8); attend hearing re Avrio bid procedures hearing (0.7). | 1.50 | 1,830.00 |
| **TOTAL** | | | **75.70** | **$103,368.50** |



May 17, 2023
Invoice #: 882119
072952-00004
Page 10

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.50 | $262.50 |
| **TOTAL FEES** | | **0.50** | **$262.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/13/2023 | Kane, Wendy | Emails w/ C. Gange re data room documents; download same and update internal records. | 0.40 | $210.00 |
| 4/17/2023 | Kane, Wendy | Review Avrio motion and calendar dates re same. | 0.10 | 52.50 |
| **TOTAL** | | | **0.50** | **$262.50** |



May 17, 2023
Invoice #: 882119
072952-00006
Page 11

**Employment and Fee Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 0.40 | $488.00 |
| Kane, Wendy | Paralegal | 3.40 | 1,785.00 |
| **TOTAL FEES** | | **3.80** | **$2,273.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/5/2023 | Kane, Wendy | Prepare KL fee statement for filing and email C. Gange re same (0.1); email other professionals re February fee statements (0.2); file fee statements for Kramer Levin, Houlihan, and Gilbert (0.4); service of same (0.1). | 0.80 | $420.00 |
| 4/6/2023 | Kane, Wendy | Review March fee statement for compliance w/ UST guidelines and local rules. | 1.10 | 577.50 |
| 4/14/2023 | Kane, Wendy | Further review March fee statement for compliance with UST guidelines and local rules. | 0.80 | 420.00 |
| 4/25/2023 | Kane, Wendy | Prepare March fee statement and exhibits; email C. Gange re same. | 0.50 | 262.50 |
| 4/26/2023 | Kane, Wendy | Prepare compiled fee statement and email C. Gange re same. | 0.20 | 105.00 |
| 4/27/2023 | Gange, Caroline | Finalize fee applications for circulation to clients. | 0.40 | 488.00 |



May 17, 2023
Invoice #: 882119
072952-00006
Page 12

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| TOTAL | | | 3.80 | $2,273.00 |



May 17, 2023
Invoice #: 882119
072952-00008
Page 13

**Litigation**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 8.20 | $10,660.00 |
| Caplan, Jonathan S. | Partner | 5.00 | 7,625.00 |
| Eckstein, Kenneth H. | Partner | 7.00 | 12,600.00 |
| Englert, Jr., Roy T. | Partner | 2.30 | 3,795.00 |
| Rosenbaum, Jordan M. | Partner | 0.80 | 1,200.00 |
| Taub, Jeffrey | Spec Counsel | 1.00 | 1,280.00 |
| Gange, Caroline | Associate | 2.70 | 3,294.00 |
| Ortega-Rodriguez, Sealtiel | Associate | 4.20 | 3,990.00 |
| **TOTAL FEES** | | **31.20** | **$44,444.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/12/2023 | Caplan, Jonathan S. | Review Accord decision. | 0.90 | $1,372.50 |
| 4/12/2023 | Gange, Caroline | Review Accord litigation decision (1.8); draft memo re same (0.3); emails w/ K. Eckstein and FTI re same (0.3). | 2.40 | 2,928.00 |
| 4/13/2023 | Caplan, Jonathan S. | Review KL correspondence re Accord decision; follow-up re same. | 0.50 | 762.50 |



May 17, 2023
Invoice #: 882119
072952-00008
Page 14

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/14/2023 | Englert, Jr., Roy T. | Email correspondence w/ KL team re letter to Second Circuit (0.5); review draft of letter (0.4). | 0.90 | 1,485.00 |
| 4/14/2023 | Blabey, David E. | Emails w/ K: team re letter to Second Circuit. | 0.30 | 390.00 |
| 4/17/2023 | Eckstein, Kenneth H. | Correspondence w/ KL team re Second Circuit letter (0.4); review letter and revise same (0.8). | 1.20 | 2,160.00 |
| 4/18/2023 | Englert, Jr., Roy T. | Edit letter to Second Circuit. | 0.20 | 330.00 |
| 4/18/2023 | Eckstein, Kenneth H. | Review letter to Second Circuit and comment (0.8); call with M. Diaz re Accord and other case issues (0.6). | 1.40 | 2,520.00 |
| 4/18/2023 | Blabey, David E. | Edit letter to Second Circuit (1.8); email to DPW and Akin re letter to Second Circuit (0.3). | 2.10 | 2,730.00 |
| 4/18/2023 | Gange, Caroline | Review Second Circuit draft letter. | 0.30 | 366.00 |
| 4/19/2023 | Blabey, David E. | Emails with Kramer, and DPW and Akin re Second Circuit letter (0.3); edits to letter (0.6); email to Ad Hoc Committee re same (0.6). | 1.50 | 1,950.00 |
| 4/19/2023 | Caplan, Jonathan S. | Review Accord decision in preparation for Company call. | 1.60 | 2,440.00 |
| 4/19/2023 | Ortega-Rodriguez, Sealtiel | Reviewing Purdue-Accord decision (1.4), review post-trial briefing (1.2). | 2.60 | 2,470.00 |
| 4/20/2023 | Rosenbaum, Jordan M. | Attend portion of call w/ Company regarding IP litigation. | 0.80 | 1,200.00 |



May 17, 2023
Invoice #: 882119
072952-00008
Page 15

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/20/2023 | Eckstein, Kenneth H. | Call with company advisors, UCC advisors re Accord patent decision (1.0); review and comment on draft letter to Second Circuit (1.2). | 2.20 | 3,960.00 |
| 4/20/2023 | Blabey, David E. | Multiple emails and calls with clients, other appellants, and K. Eckstein re Second Circuit letter and edits to same. | 2.60 | 3,380.00 |
| 4/20/2023 | Caplan, Jonathan S. | Prepare for and attend call w/ Company re Accord decision (1.0), review next steps re same (1.0). | 2.00 | 3,050.00 |
| 4/20/2023 | Taub, Jeffrey | Attend call w/ Company re Accord litigation. | 1.00 | 1,280.00 |
| 4/20/2023 | Ortega-Rodriguez, Sealtiel | Review trial history, filings, and notes in preparation for call re: Purdue v. Accord opinion (0.6), attend call w/ Company re same (1.0). | 1.60 | 1,520.00 |
| 4/21/2023 | Blabey, David E. | Multiple emails and calls with other appellants, K. Eckstein, and MSGE re letter to Second Circuit. | 1.20 | 1,560.00 |
| 4/21/2023 | Eckstein, Kenneth H. | Review proposed letter to Second Circuit (0.8), correspond w/ KL team re same (0.4), call with M. Huebner re same (0.3). | 1.50 | 2,700.00 |
| 4/22/2023 | Blabey, David E. | Emails w/ KL team re Second Circuit letter. | 0.20 | 260.00 |
| 4/23/2023 | Englert, Jr., Roy T. | Emails w/ KL team re letter to Second Circuit. | 0.30 | 495.00 |
| 4/23/2023 | Blabey, David E. | Emails w/ appellants re finalizing Second Circuit letter. | 0.20 | 260.00 |



May 17, 2023
Invoice #: 882119
072952-00008
Page 16

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/24/2023 | Englert, Jr., Roy T. | Email correspondence about letter to Second Circuit, including outreach to Akin Gump appellate lawyers. | 0.50 | 825.00 |
| 4/24/2023 | Blabey, David E. | Call with MSGE re Second Circuit letter. | 0.10 | 130.00 |
| 4/24/2023 | Eckstein, Kenneth H. | Correspond w/ appellants re Second Circuit letter (0.7). | 0.70 | 1,260.00 |
| 4/25/2023 | Englert, Jr., Roy T. | Email correspondence w/ appellants about letter to Second Circuit. | 0.20 | 330.00 |
| 4/26/2023 | Englert, Jr., Roy T. | Review final letter as submitted to Second Circuit. | 0.20 | 330.00 |
| **TOTAL** | | | **31.20** | **$44,444.00** |



May 17, 2023
Invoice #: 882119
072952-00009
Page 17

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 1.60 | $2,080.00 |
| Eckstein, Kenneth H. | Partner | 5.20 | 9,360.00 |
| Ringer, Rachael L. | Partner | 2.40 | 3,396.00 |
| Gange, Caroline | Associate | 4.30 | 5,246.00 |
| **TOTAL FEES** | | **13.50** | **$20,082.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/13/2023 | Eckstein, Kenneth H. | Review case issues, prep for client call (1.0); call with States Working Groups re Plan issues (2.0). | 3.00 | $5,400.00 |
| 4/13/2023 | Ringer, Rachael L. | Attend call with States working group re: next steps on plan issues (2.0), follow-up with Eckstein re; same (0.4). | 2.40 | 3,396.00 |
| 4/13/2023 | Gange, Caroline | Prepare for (0.2) and attend (2.0) meeting with States working group re next steps on plan. | 2.20 | 2,684.00 |
| 4/15/2023 | Blabey, David E. | Email to working group re letter to Second Circuit. | 0.20 | 260.00 |
| 4/18/2023 | Eckstein, Kenneth H. | Attend Working Group call re case issues (1.0). | 1.00 | 1,800.00 |
| 4/18/2023 | Blabey, David E. | Attend portion of working group call (0.8). | 0.80 | 1,040.00 |



May 17, 2023
Invoice #: 882119
072952-00009
Page 18

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/18/2023 | Gange, Caroline | Attend working group call re next steps re plan and States meeting (1.0); draft/edit email to AHC re second circuit letter (0.2). | 1.20 | 1,464.00 |
| 4/25/2023 | Eckstein, Kenneth H. | Prepare for (0.6) and attend (0.6) Working Group call. | 1.20 | 2,160.00 |
| 4/25/2023 | Blabey, David E. | Attend working group call (0.6). | 0.60 | 780.00 |
| 4/25/2023 | Gange, Caroline | Attend working group call re upcoming hearing (0.6); draft client update email re same (0.3). | 0.90 | 1,098.00 |
| **TOTAL** | | | **13.50** | **$20,082.00** |



May 17, 2023
Invoice #: 882119
072952-00011
Page 19

**Plan and Disclosure Statement**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 10.30 | $13,390.00 |
| Eckstein, Kenneth H. | Partner | 4.80 | 8,640.00 |
| Rosenbaum, Jordan M. | Partner | 2.20 | 3,300.00 |
| Gange, Caroline | Associate | 36.80 | 44,896.00 |
| Virmani, Ashish | Associate | 2.70 | 1,944.00 |
| Kane, Wendy | Paralegal | 6.30 | 3,307.50 |
| **TOTAL FEES** | | **63.10** | **$75,477.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/10/2023 | Rosenbaum, Jordan M. | Review of plan documents. | 1.40 | $2,100.00 |
| 4/11/2023 | Blabey, David E. | Correspondence with K. Eckstein re next steps on appeals and Plan options. | 0.40 | 520.00 |
| 4/11/2023 | Gange, Caroline | Review issues re plan and appeals (0.6); draft email to D. Blabey re same (0.5). | 1.10 | 1,342.00 |
| 4/12/2023 | Eckstein, Kenneth H. | Review issues re plan options (1.3). | 1.30 | 2,340.00 |
| 4/12/2023 | Blabey, David E. | Review briefs, transcripts, and opinions in appeals for discussion of issues on appeal. | 3.30 | 4,290.00 |



May 17, 2023
Invoice #: 882119
072952-00011
Page 20

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/12/2023 | Gange, Caroline | Review proposed questions from States in advance of plan options call and draft responses to same (2.9); emails w/ KL team re same (0.3). | 3.20 | 3,904.00 |
| 4/13/2023 | Blabey, David E. | Prep for call with States and address list of potential questions for call (1.7); call with States re plan issues (2.0). | 3.70 | 4,810.00 |
| 4/13/2023 | Gange, Caroline | Prep for state meeting (1.1);- review and draft responses to state inquiries re plan issues (1.3). | 2.40 | 2,928.00 |
| 4/18/2023 | Rosenbaum, Jordan M. | Review of plan documents. | 0.40 | 600.00 |
| 4/18/2023 | Blabey, David E. | Emails with K. Eckstein re research projects for plan options (0.7). | 0.70 | 910.00 |
| 4/19/2023 | Gange, Caroline | Discuss next steps re plan options/State call w/ K. Eckstein (0.3); draft agenda re same (0.4); research re same (0.8). | 1.50 | 1,830.00 |
| 4/20/2023 | Gange, Caroline | Draft talking points for upcoming meeting w/ re plan options (1.5); discuss w/ K. Eckstein and J. Shifer re same (0.4). | 1.90 | 2,318.00 |
| 4/24/2023 | Blabey, David E. | Multiple emails with C. Gange re research for plan options issues. | 0.50 | 650.00 |
| 4/24/2023 | Gange, Caroline | Review issues re plan options (0.4); review complaints re same (1.5); edit outline re same (1.2); emails w/ D. Blabey re same (0.3). | 3.40 | 4,148.00 |



May 17, 2023
Invoice #: 882119
072952-00011
Page 21

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/24/2023 | Kane, Wendy | Review list of pending lawsuits re plan options outline (0.5); email KL team re same (0.1); review MDL lawsuits re same(3.8); email KL team re same (0.1). | 4.50 | 2,362.50 |
| 4/25/2023 | Rosenbaum, Jordan M. | Review of plan documents. | 0.40 | 600.00 |
| 4/25/2023 | Blabey, David E. | Review of plan options issues (0.2); emails with A. Virmani and C. Gange re same (1.1). | 1.30 | 1,690.00 |
| 4/25/2023 | Virmani, Ashish | Research re potential plan options. | 1.10 | 792.00 |
| 4/25/2023 | Gange, Caroline | Update talking points for upcoming plan options meeting (1.0); emails w/ D. Blabey re research for same and review complaints and related topics (2.2). | 3.20 | 3,904.00 |
| 4/26/2023 | Gange, Caroline | Correspondence w/ D. Blabey and A. Virmani re plan research progress (0.4); begin research re plan options and related issues (4.9); review underlying complaints re same (1.3); review settlement precedent (0.9). | 7.50 | 9,150.00 |
| 4/26/2023 | Kane, Wendy | Research re complaints and review dockets for same (1.3); email C. Gange re same (0.1); research re state complaints (0.4). | 1.80 | 945.00 |
| 4/27/2023 | Eckstein, Kenneth H. | Review non-bankruptcy settlement memo, comment re same (1.4); draft memo to clients re same (0.5). | 1.90 | 3,420.00 |



May 17, 2023
Invoice #: 882119
072952-00011
Page 22

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/27/2023 | Virmani, Ashish | Research re potential plan options (0.8); prepare for call with D. Blabey and C. Gange re same and confer with C. Gange re same (0.3). | 1.10 | 792.00 |
| 4/27/2023 | Gange, Caroline | Research re issues surrounding plan options (5.8); summarize same (0.9); review state legislation re same (1.2); discuss w/ A. Virmani re same (0.1). | 8.00 | 9,760.00 |
| 4/28/2023 | Blabey, David E. | Call with A. Virmani and C. Gange re plan options research. | 0.40 | 520.00 |
| 4/28/2023 | Eckstein, Kenneth H. | Correspond re Plan options meeting, call re agenda, review and comment on memo re non-bankruptcy settlements (1.6). | 1.60 | 2,880.00 |
| 4/28/2023 | Virmani, Ashish | Prepare for (0.1) and call (0.4) w/ D. Blabey and C. Gange re potential plan options. | 0.50 | 360.00 |
| 4/28/2023 | Gange, Caroline | Research distributor settlements and related issue re plan options for upcoming meeting (3.8); call w/ D. Blabey and A. Virmani re same (0.4); draft talking points re same (0.4). | 4.60 | 5,612.00 |
| **TOTAL** | | | **63.10** | **$75,477.50** |

# Kramer Levin



May 17, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 882119
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through April 30, 2023.**

    Disbursements and Other Charges                3,114.43

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



May 17, 2023
Invoice #: 882119
072952

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Bloomberg Law Online Research | $243.27 |
| Data Hosting Charges | 2,100.69 |
| Pacer Online Research | 123.10 |
| Telecommunication Charges | 7.41 |
| Transcript Fees | 49.20 |
| Westlaw Online Research | 590.76 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$3,114.43** |

## DISBURSEMENTS AND OTHER CHARGES DETAIL

**Bloomberg Law Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/26/2023 | Gomez Evelyn | Bloomberg Law Online Research | $243.27 |
| **Subtotal** | | | **$243.27** |

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/27/2023 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**Pacer Online Research**



May 17, 2023
Invoice #: 882119
072952
Page 2

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/12/2023 | Gange Caroline | Pacer Online Research Gange, Caroline | $5.40 |
| 4/19/2023 | Ortega-Rodriguez Sealtiel | Pacer Online Research Ortega-Rodriguez, Sealtiel | $9.80 |
| 4/26/2023 | Kane Wendy | Pacer Online Research Kane, Wendy | $107.90 |
| **Subtotal** | | | **$123.10** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/6/2023 | Shifer Joseph A. | Telecommunication Charges by Joseph Shifer | $7.41 |
| **Subtotal** | | | **$7.41** |

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/28/2023 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing Transcript, Transaction Date: 04/28/23, Invoice Number: 6537009 | $49.20 |
| **Subtotal** | | | **$49.20** |

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/26/2023 | Gange Caroline | Westlaw Online Research | $295.38 |
| 4/27/2023 | Gange Caroline | Westlaw Online Research | $295.38 |



May 17, 2023
Invoice #: 882119
072952
Page 3

| | |
|---|---|
| **Subtotal** | **$590.76** |
| **TOTAL** | **$3,114.43** |