# UNTIED STATES BANKRUPCY COURT
# SOUTHERN DISTRICT OF NEW YORK

REDBOW NLN  PRO-SE

CLAIMMANT                               22nd. May, 2023

CLAIM NO. 6492                          CASE NUMBER 19-23649 (RDD)

V.

PURDUE PHARMA L.P., ET AL.,

(7484), (7486), (1868), (3821), (0034),
(8810), (6745), (6150), (4591), (4594),
(3925), (4140), (3902), (4712), (7805),
(7502), (7425), (7584), (6166), (7143),
(0495), (5717), (4014).

DEBTORS.

## AMENDED MOTION

## TO SCHEDULE FOR

## LIQUDATION AND SETTLEMENT OF

## CASE NUMBER; 6492

Comes now by, and THROUGH SELF REPRESENTATION, Claimant REDBOW NLN files this MOTION to SETTLE Claim No. 6492 and so STATE the following.

1

This CLAIM, is more than RIPE for RELIEF.

The CLAIMMANT is asking for RELIEF for DAMMAGES for Economical Damages, Emotional Distress, Humiliation, Loss of Enjoyment of Life and Other Pain and Suffering. The Claimant has suffered in many ways, Loss of family, funds being taken away from the same. Claimant spent (2) two different visits in a drug rehab in order to get help from the effects of the DRUGS being pushed by Big Parma, and the Sackler families.

THERFORE, CLAIMANT request the settlement of this claim, number of #6492 for RELIFF from DAMAGES, Economical Damages, Emotional Distress, Humiliation, Loss of Enjoyment of Life, and Other Pain and Suffering. This claim will be for the original claim of (1) ONE Million Dollars for COMPETENSATORY, and PUNTIFF DAMAGES.

## "ARGUMENT"

Other claims having been flied well after claimants claim flied on 04/13/2020, and a claim number of #6492, and having, other claim numbers well into the 16K, 17K, and even higher in claim numbers, and being filed, several months after this claim, and are scheduled for, and are set for liquidation.

The CLAIMS are being set forth, for settlement, in Alphabetic order, when in fact, they should have been scheduled by the date in that they were received by the Bankruptcy Court.

The first in line (PI CLAIMS) to file, are going to be the last claims to be settled.

Where is the fairness in this? The claims should be set by filing date, and then they should be set by Alphabetic Order as needed. Then the Alphabetic order for the States, County, and City Government's, and all the private entities set by filing date, and then in Alphabetic order.

James I. McClammy filed an objection to MOVANT'S Motion to liquidate Claim, an "OBJECTION" was field on 04/20/22, in that OBJECTION, in part, he stated that, "Debtors remain sympathetic to all those affected by the opioid crisis, and are committed to moving these cases forward as quickly and efficiently as possible, these cases are not yet at the stage where the Debtors can consider resolving the merits of individual claims like the Movant's, and distributing funds on account of individual allowed or accepted claims. Indeed, as the Court has noted in denying prior motions seeking early payment of claims, "the payment in full of [certain] [c]laims but not all claims similarly situated to the [c]laims before the confirmation and effective date of a chapter 11 plan in these cases would violate the fundamental Bankruptcy Code principles of similar treatment of similar claims and the resolution and treatment of general unsecured claims under a chapter 11 plan and is not warranted by any exception to such principles."

MOVANT, is at a complete, and total loss, as to, why? The Debtors are allowed to dictate to the Court as to whom, when, and how much the claims are to be for.
If, the Debtors are truly sympathetic to all those affected by the opioid crisis, and are committed to moving these cases forward as quickly and efficiently as possible.
Why are they in agreement with the liquidation of the States, Counties, Cities, and large private entities?, to be settled before the Personal Injury cases.

3

## "OBJECTION"

The Court has released BILLIONS to the FEDERAL GOVERNMENT, for a FINE imposed by the D.O.J., and paid the same.

Each month Attorneys for different representations of different entities are "Collectively" charging MILLIONS of dollars each month, for services rendered, and are being paid.

The State of Alabama, Alabama Counties, CVS Pharmacy, Alabama Department of Revenue, Alabama Department of Pharmacy, among several other entities of Alabama State, County, and City Governments have filed a claim, and are being SCHEDULE for LIQUADTION of the claims. All but the dog catcher have filed for a claim.

Why? Should all of these claims be settled, before the ones of whom have been harmed, PHYICALLY, FINANCHLEY, and EMOSIONALY, to be the very last ones for the COURT to liquidate their claims. If this Court allowed this to take place, and after paying out BILLIONS in compensation to the States, County, City, Governments, and to private entities there will not be enough left for all those of whom were truly PHYICALLY, FINANCHLEY, and EMOSIONALY HARMED.

The Court will ERR by paying the State of ALABAMA, before paying the Personal Injury cases, due to the fact, Alabama Governor has received, and has some 5.4 Billion Dollars was to go to the people of Alabama. The Governor has taken these funds, and placed the funds into her "RAINNY DAY" fund. The Governor took $400 Million dollars from the COVID relief fund, to build a new prison. If this Court thinks for a second, in that any payment made to Alabama the people will benefit, there is a lot of proof the opposite will be the true.

4

James I. McClammy in part in his objection stated; Allowing payment of the Movant's claim before the payment of other similarly situated claims and in full "would unduly prefer [the Movant] over the other claimants." The Debtors have consulted with counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") and the Ad Hoc Group of Individual Victims (the "PI Group"), and both the Creditors' Committee and PI Group support the relief requested herein.

Would the Court settling claims to the States, and the like not "would unduly prefer" the different Governments? This very well may be but, be that as it may, the people's claims should be settled first.

The STATE, COUNTY, and CITY, Government's are not people in that they have been harmed through the selling of, or taking the pain relief medicine pushed by the the ones in that were truly hurt the most, are the people, by big PHARMA, and the Sackler families. The people have suffered more than any Government, all that was lost by the Government's are tax dollars in which we the people have paid. Only the ones of whom have suffered great harm should be paid first, but, we know from the past, with the Courts showing the path in which they wish to travel, the people having been done great harm, and suffering, and pain, great REAL loss in that will never, and can never be paid in full compensation. The Court should pay the people, for damages, first, then the Governments the ones of whom have been harmed the least but, will be paid First.

MOVANT HOPES and PRAYS that this Count will allow this MOTION, and Settle this CLAIM, CLAIM NUMBER 6492.

Done on this day the 22nd. Day of MAY, 2023

_[signature: Redbow NLN]_
REDBOW NLN   PRO-SE                    Wednesday, 22nd. May, 2023
22560 PRESTWOOD ROAD
DOZIER, ALABAMA
36020
redbownln@gmail.com
1-334-496-2100

Bankruptcy Court Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2023 MAY 30 P 3:25
S.D. OF N.Y.

Case Number 19-23649 (RDD)

Claim Number 6492

Redbow NLN   PRO-SE

Please take NOTICE the email address of redbow@centurylink.net is no longer valid.

The new email address has been changed to redbownln@gmail.com

Thank for your time and consideration into this matter.

*signature*
REDBOW NLL
22560 Prestwood Road
Dozier, Alabama 36028
334-496-2100