DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak

*Counsel to the Debtors-Appellees
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### DEBTORS-APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, Purdue Pharma L.P. and the other debtors who are appellees in the above-captioned appeal ("**Debtors-Appellees**") hereby submit this designation of additional items to be included in the record on appeal to the United States District Court for the Southern District of New York in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

connection with Maria Ecke's ("**Ms. Ecke's**") appeal from the Order Denying Motions for Reconsideration and to Permit Late Filing of Personal Injury Claim No. 628554 for The Estate of David Jonathan Ecke, *In re Purdue Pharma L.P.*, Case No. 19-23649 (RDD) (Bankr. S.D.N.Y. April 29, 2022) [ECF No. 4715]. For the purposes of this designation of additional items to be included in the record on appeal, the Debtors will treat Ms. Ecke's Designation of Items for Record of Appeal for Claim No. 628554 for the Estate of David Jonathan Ecke and a Motion to Amend Maria Ecke's Claim No. 16810 [ECF No. 5601], as only designations of record on appeal, and will not respond to any legal arguments made therein.

DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL

The following items are to be included in the record on appeal:[2]

*In re Purdue Pharma L.P., et al.*, **Case No. 19-23649 (SHL) (Bankr. S.D.N.Y.):**

| Docket Number | Document | Filing Date |
|---|---|---|
| 17 | Statement/ Informational Brief | 9/16/2019 |
| 319 | Notice of Presentment of Amended Case Management Order Establishing Certain Notice, Case Management, and Administrative Procedures | 10/16/2019 |
| 342 | AMENDED Order signed on 10/23/2019 Establishing Certain Notice, Case Management, and Administrative Procedures | 10/24/2019 |
| 498 | Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures | 11/18/2019 |
| 717 | Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 1/3/2020 |
| 718 | Memorandum of Law /Debtors' Memorandum of Law in Support of Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof | 1/3/2020 |
| 719 | Declaration Pursuant to 28 U.S.C. § 1746 of Jeanne C. Finegan | 1/3/2020 |

---

[2] The following tables list the titles of relevant documents as they appear on their respective dockets.

| Docket Number | Document | Filing Date |
|---|---|---|
| 800 | Order signed on 2/3/2020 Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof. Proofs of Claim due by 6/30/2020 (related document(s)717). | 2/3/2020 |
| 1178 | Motion to Extend Time / Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof filed by James I. McClammy on behalf of Purdue Pharma L.P. | 5/20/2020 |
| 1179 | Declaration / Supplemental Declaration of Jeanne C. Finegan | 5/20/2020 |
| 1776 | Transcript regarding Hearing Held on 1/24/2020 at 10:29AM RE: Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement/ Motion of Debtors for Entry of an Order Extending the ExclusivePeriods Within Which to File a Chapter 11 Plan and SolicitAcceptances Thereof..etc... | 9/28/2020 |
| 1221 | Order signed on 6/3/2020 Granting Motion(I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof.  The General Bar Date is extended from Tuesday, June 30, 2020 to Thursday, July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time) (Related Doc # 1178). | 6/3/2020 |
| 2032 | Motion to Authorize Claim Payment filed by Leslie A. Eaton on behalf of Maria Ecke | 11/25/2020 |
| 2033 | Notice of Hearing of Motion to Authorize Claim Payment filed by Leslie A. Eaton on behalf of Maria Ecke with hearing to be held on 12/15/2020 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD) (related document(s)2032). | 11/25/2020 |
| 2037 | Corrected Notice of Hearing of Motion to Authorize Claim Payment filed by Maria Ecke (Corrected to reflect proper party designation and remove attorney representation as party is proceeding pro se)(related document(s)2032, 2033). Hearing to be held on 12/15/2020 at 10:00 AM at Teleconference Line (CourtSolutions). (RDD) | 11/30/2020 |
| 2078 | SECOND Corrected Notice of Hearing of Motion to Authorize Claim Payment filed by Maria Ecke (Corrected to reflect proper party designation and remove attorney representation as party is proceeding pro se)(related document(s)2032, 2033). Hearing to be held on 12/15/2020 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD) | 12/8/2020 |
| 2116 | Objection to Motion / Debtors' Objection to Motion for Claim Payment (related document(s)2032) filed by James I. McClammy on behalf of Purdue Pharma L.P.. | 12/11/2020 |
| 2145 | Order signed on 12/16/2020 Denying Motion FOR Immediate Claim Payment | 12/16/2020 |

| Docket Number | Document | Filing Date |
|---|---|---|
| 2210 | Letter to Committee Members Filed by Maria Ecke. | 12/30/2020 |
| 2380 | Transcript regarding Hearing Held on 12/15/20 at 10:02 AM RE: Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement/ Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto; Letter re: Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto filed by PROP, Executive Director, Mr. Kolodny Filed by Andrew Kolodny; Statement in Support of Debtors' Motion to Extend Exclusivity Periods filed by Paul A. Rachmuth on behalf of Ad Hoc Committee on Accountability; etc. | 2/10/2021 |
| 2917 | Declaration / Second Supplemental Declaration of Jeanne C. Finegan | 5/24/2021 |
| 3329 | Transcript regarding Hearing Held on 6/3/2020 at 10:03 AM RE: Amended Agenda; Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof filed by James I. McClammy on behalf of Purdue Pharma L.P...etc. | 7/27/2021 |
| 3357 | Objection to Restructing of Purdue Pharma L.P., ET ALL Case No. 19-23649(RDD) (related document(s)2988) filed by Maria Ecke. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 8/2/2021 |
| 3403 | Declaration / Third Supplemental Declaration of Jeanne C. Finegan | 8/5/2021 |
| 3461 | Memorandum of Law / Debtors' Memorandum of Law in Support of Confirmation of Debtors' Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates and Omnibus Reply to Objections Thereto (related document(s)3185) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Appendix A- Confirmation Objections Chart) | 8/5/2021 |
| 3528 | Statement / Notice of Filing of Thirteenth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/10/2021 |
| 3575 | Objection to Restructuring of Purdue Pharma L.P. ET All - Case 19-23649(RDD) (related document(s)2988) filed by Maria Ecke. | 8/16/2021 |
| 3655 | Statement / Notice of Filing of Sixteenth Plan Supplement Pursuant to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3652) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/25/2021 |
| 3684 | Transcript regarding Hearing Held on 08/25/2021 At 10:03 AM RE: | 8/27/2021 |

| Docket Number | Document | Filing Date |
|---|---|---|
|  | Continuance Of Confirmation Hearing From August 23, 2021. |  |
| 3786 | Modified Bench Ruling On For Confirmation Of EleventhAmended Joint Chapter 11 Plan Signed on 9/17/2021. | 9/17/2021 |
| 3787 | Findings Of Fact, Conclusions Of Law, And Order Confirming The Twelfth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors Signed On 9/17/2021 (related document(s)3726). | 9/17/2021 |
| 3878 | Notice of Appeal (related document(s)3787) filed by Maria Ecke. Appellant Designation due by 10/15/2021, Filing fee collected, receipt #----------. (Attachments: # 1 Findings of Fact, Conclusions of Law, and Order Confirming the Plan # 2 Civil Cover Sheet # 3 Application to Proceed Without Prepaying Fees or Costs) | 10/4/2021 |
| 3927 | Statement /Maria Eckes and Other United States Citizens Statement of Issues and Desinations (sic) of Record filed by Maria Ecke. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) | 10/12/2021 |
| 3929 | Designation of Contents (appellant). and Statement of Issues (related document(s)3878) filed by Maria Ecke. Appellee designation due by 10/25/2021, (Attachments: # 1 Exhibit # 2 Exhibit) | 10/12/2021 |
| 4074 | Motion to Approve /Motion for Original Claim Payment and for Rule 5004 Of The Federal Rules of Bankruptcy Procedure Governed by 28 USC455 - Dismissal of Judge Drain filed by Maria Ecke with hearing to be held on 1/12/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 11/8/2021 |
| 4086 | Notice of Hearing / Notice of Hearing Regarding Motion for Original Claim Payment Filed by Maria Ecke (related document(s)4074) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 1/12/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD) Objections due by 1/5/2022 | 11/9/2021 |
| 4269 | Objection to Motion / Debtors' Objection to Maria Ecke's Motion for Original Claim Payment and for Rule 5004 of the Federal Rules of Bankruptcy Procedure Governed by 28 U.S.C. 455-Dismissal of Judge Drain | 1/5/2022 |
| 4278 | Order Signed on 1/11/2022 Denying Motion For Reconsideration and Recusal filed by Maria Ecke | 1/11/2022 |
| 4296 | Motion to Allow/Motion for Reconsideration, re: Estate of David Jonathan Ecke, claim number No. 628554 filed by Maria Ecke. | 1/20/2022 |
| 4297 | Motion to Allow/Motion for Leave to File Late Claim Under Rule 9006 (Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke) | 1/20/2022 |
| 4298 | Motion to Allow /Supplemental Motion for Reconsideration re: Claim No. 628554 filed by Maria Ecke | 1/20/2022 |
| 4300 | Emergency Motion for Immediate Hearing to Amend Orders of January 3, 2022 - Docket No. 4260 Order Appointing the Honorable | 1/21/2022 |

| Docket Number | Document | Filing Date |
|---|---|---|
| | Shelley Chapman as Mediator and Docket No. 4261 filed by Maria Ecke. | |
| 4301 | Motion to Approve /Oral Argument for Motion for Original Claim Payment and for Rule 5004 of the Federal Rules of Bankruptcy Procedure Governed by 28 USC455 - Dismissal of Judge Drain filed by Maria Ecke. | 1/21/2022 |
| 4302 | Order Signed on 1/21/2022 on Motions to Participate in Mediation (related document(s)4289, 4300, 4299) . | 1/21/2022 |
| 4355 | Notice of Hearing for Motion for Reconsideration, re: Estate of David Jonathan Ecke, claim number No. 628554 AND Motion to Allow/Motion for Leave to File Late Claim Under Rule 9006 (Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke) with hearing to be held on 4/27/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD) (related document(s)4297, 4296). | 2/16/2022 |
| 4356 | Order signed on 2/16/2022 Denying Second Motion for Reconsideration Requesting Immediate Claim Liquidation and Payment and Recusal (Related Doc # 4301). | 2/16/2022 |
| 4358 | Notice of Hearing for Motion for Reconsideration,re: Estate of David Jonathan Ecke, claim number No. 628554 AND Motion to Allow/Motion for Leave to File Late Claim Under Rule 9006 (Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke) with hearing to be held on 4/27/2022 at 10:00 AM at Videoconference (ZoomGov)(RDD) | 2/16/2022 |
| 4456 | Objection to Motion /Maria Ecke's Objection to Debtors' Motion to Approve Settlement Term Sheet | 3/7/2022 |
| 4503 | Order signed on 3/10/2022 Granting Motion Pursuant to 11 U.S.C. § 105(a) and 363(b) Authorizing and Approving Settlement Term Sheet (Related Doc # 4410) . | 3/10/2022 |
| 4605 | Transcript regarding Hearing Held on 3/9/2022 at 1:05 PM RE: Notice of Agenda for March 9 and 10, 2022 Hearing at 1PM..etc.... Remote electronic access to the transcript is restricted until 6/23/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 4473, 4470, 4462, 4413, 4451, 4474, 4417, 4433, 4443, 4435, 4486, 4487, 4411, 4468, 4461, 4472, 4441, 4465, 4410, 4437, 4471, 4445, 4456, 4453, 4466, 4455, 4480, 4464, 4484, 4447, 4478, 4458, 4485, 4483, 4418, 4449, 4440). | 3/25/2022 |
| 4680 | Objection to Motion / Debtors' Omnibus Objection to Maria Ecke's Motions (I) for Reconsideration and (II) to Accept Personal Injury Claim No. 628554 for The Estate of David Jonathan Ecke | 4/20/2022 |
| 4698 | Supplemental Statement /Motion for Reconsideration, re: Estate of | 4/25/2022 |

| Docket Number | Document | Filing Date |
|---|---|---|
|  | David Jonathan Ecke, claim number No. 628554 ; Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke |  |
| 4701 | Supplemental Statement /Amended Supplemental Statement /Motion for Reconsideration, re: Estate of David Jonathan Ecke, claim number No. 628554 ; Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke | 4/26/2022 |
| 4715 | Order signed on 4/29/2022 Denying Motions for Reconsideration and to Permit Late Filing of Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke. | 4/29/2022 |
| 4783 | Notice of Appeal (related document(s)4715) filed by Maria Ecke. | 5/13/2022 |
| 4845 | Transcript regarding Hearing Held on 04/27/2022 At 10:06 AM RE: Motion To File Proof Of Claim After Claims Bar Date.; Notice Of Hearing Regarding Late Claim Motion (Tristan Martinez).; Statement / Notice Of Filing Proposed Order Granting Late Claim Motions.; Etc. | 5/18/2022 |

Dated:   May 30, 2023  
        New York, New York

Respectfully Submitted,

*/s/ James I. McClammy*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak

*Counsel to the Debtors-Appellees and Debtors in Possession*