OCP Payment Report - Three Month Fee Average  
April 2023

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 21,974,722 | 479,828 | 462,208 | 427,687 | 438,707 | 444,761 | 410,525 | 375,531 | 306,859 | 299,057 | 290,148 | 272,167 | 256,408 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 10,593,569 | 175,699 | 168,159 | 172,332 | 172,495 | 198,287 | 208,549 | 206,584 | 173,187 | 159,097 | 152,612 | 153,459 | 140,772 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 382,415 | 527 | 672 | 892 | 1,050 | 848 | 509 | 483 | 572 | 606 | 698 | 500 | 475 |
| OCP Total | Total | | 37,000,000 | 32,950,706 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 74,892 | 2,467 | 2,674 | 2,746 | 1,287 | 1,080 | 3,153 | 2,535 | 3,271 | 1,127 | 736 | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,774 | | | | | | | | | | 58 | 58 | 58 |
| Bech-Bruun Law P/S | OCP Tier 2 | 75,000 | 900,000 | 8,850 | | | | | | | 2,950 | 2,950 | 2,950 | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 945,000 | 910,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 2 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,660 | | | 343 | 351 | 360 | 17 | 10 | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 2 | 20,000 | 240,000 | 5,479 | 39 | 117 | 117 | 117 | 58 | 58 | 58 | | 29 | 107 | 107 | 78 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | 63,672 | 1,558 | 1,344 | 3,294 | 2,870 | 3,276 | 1,755 | 1,330 | 789 | 360 | 360 | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,577 | | | | | | | | | | 23 | 23 | 23 |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 2,265,000 | 2,160,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 52,632 | | | 83 | 146 | 146 | 208 | 187 | 187 | 42 | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 316,253 | 6,805 | 5,724 | 5,170 | 5,624 | 5,202 | 4,551 | 3,216 | 3,703 | 2,529 | 1,978 | 4,689 | 5,714 |
| Duke Scanlan | OCP Tier 2 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 19,914 | | | | | | | | | | 4,360 | 5,813 | 5,813 |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 735 | 82 | 35 | 93 | 58 | 93 | 35 | 35 | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | 3,929 | 90 | 56 | 56 | 45 | 56 | 56 | 11 | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,417 | 7 | 7 | | 7 | | 7 | 7 | | | 13 | 20 | 20 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 230,243 | 5,753 | 5,350 | 9,650 | 10,124 | 8,374 | 4,396 | 3,797 | 5,970 | 8,216 | 6,739 | 5,505 | 3,524 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 242,398 | 7,082 | 6,747 | 2,204 | 1,697 | 851 | 1,150 | 1,563 | 1,378 | 598 | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 1,053,244 | 12,968 | 11,317 | 8,877 | 4,545 | 5,033 | 9,730 | 10,805 | 7,938 | 2,088 | 4,885 | 4,533 | 9,190 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 49,834 | 1,477 | 698 | 757 | 58 | 717 | 1,206 | 1,206 | 606 | 58 | 58 | | |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 925,000 | 836,631 | 17,128 | 16,065 | 14,697 | 11,691 | 16,740 | 20,530 | 19,975 | 16,827 | 18,608 | 19,909 | 17,729 | 9,236 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,336,987 | 19,793 | 18,298 | 18,491 | 17,346 | 18,410 | 22,875 | 28,628 | 28,237 | 25,417 | 20,223 | 12,656 | 6,001 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 193,425 | 3,556 | 4,660 | 4,167 | 5,882 | 5,585 | 5,090 | 4,571 | 4,809 | 9,381 | 8,094 | 6,722 | 3,774 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 6,095,000 | 5,905,000 | 147,000 | 147,000 | 147,000 | 147,000 | 129,667 | 112,333 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 264,743 | 720 | 1,511 | 3,464 | 7,308 | 33,636 | 36,519 | 35,547 | 8,277 | 5,801 | 6,586 | 6,585 | 4,206 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 392,744 | 1,212 | 594 | 427 | 427 | 351 | 351 | 351 | | 226 | 226 | 226 | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 8,038 | 128 | 77 | | | | | | 204 | 230 | 396 | 192 | 320 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 20,527 | | | | | | 27 | 27 | 27 | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | |

19-23649-shl    Doc 5651-1    Filed 05/31/23    Entered 05/31/23 17:58:04    Exhibit A- OCP Statement    Pg 2 of 6

In re: PURDUE PHARMA L.P., et al.                                                       Case No.: 19-23649 (SHL)

OCP Payment Report - Three Month Fee Average
April 2023

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Potomac Law Group, PLLC[2] | OCP Tier 1 | 150,000 | 1,750,000 | 1,533,067 | 63,500 | 67,606 | 52,733 | 83,558 | 132,356 | 125,926 | 96,328 | 26,795 | 20,449 | 17,137 | 16,970 | 24,942 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 606,530 | 9,949 | 8,362 | 10,657 | 11,764 | 9,975 | 7,444 | 9,893 | 10,313 | 9,553 | 7,108 | 11,183 | 9,671 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | | | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 14,967 | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,600,000 | 3,373,305 | 124,138 | 96,096 | 65,910 | 62,359 | 59,157 | 58,538 | 52,037 | 47,923 | 61,454 | 84,932 | 89,990 | 72,229 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 925,000 | 844,441 | 15,283 | 12,173 | 11,578 | 10,099 | 9,811 | 7,334 | 5,722 | 3,706 | 3,358 | 3,242 | 2,878 | 3,034 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 172,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 652,501 | 11,860 | 15,215 | 17,781 | 23,023 | 17,899 | 22,124 | 13,294 | 13,129 | 6,557 | 8,213 | 7,950 | 8,242 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,703,998 | 38,451 | 45,909 | 51,443 | 44,774 | 36,147 | 35,505 | 48,306 | 56,442 | 45,262 | 26,099 | 16,629 | 20,512 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 170,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 543,922 | 9,463 | 6,972 | 3,568 | 2,291 | 5,081 | 8,840 | 15,866 | 15,400 | 12,785 | 4,592 | 4,123 | 2,845 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 10,451 | 181 | 380 | 199 | 328 | 128 | 128 | 181 | 181 | 305 | 124 | 124 | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 3,000,000 | 2,663,619 | 79,864 | 80,552 | 89,907 | 81,974 | 68,174 | 54,197 | 53,669 | 51,084 | 50,878 | 46,757 | 40,923 | 37,725 |

[1] Represents Fees since the Commencement Date

[2] Potomac Law Group, PLLC was changed to a Tier 1 OCP in February 2022 per the bankruptcy court's order. Therefore, all costs incurred from commencement through January 2022 have been included within the Tier 2 Total in this report and the costs from February 2022 to date have been included in the Tier 1 Total

19-23649-shl    Doc 5651-1    Filed 05/31/23    Entered 05/31/23 17:58:04    Exhibit A-
OCP Statement    Pg 3 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (SHL)

OCP Payment Report - Monthly Fees
April 2023

| Name | Tier | Rolling Cap | Case Cap | Case Total | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 21,974,722 | 395,144 | 467,004 | 420,913 | 428,204 | 485,167 | 318,203 | 323,221 | 279,154 | 294,796 | 296,496 | 225,210 | 247,519 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 10,593,569 | 184,584 | 165,105 | 167,308 | 185,073 | 242,481 | 198,092 | 179,179 | 142,290 | 155,821 | 159,725 | 144,832 | 117,760 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 382,415 | 274 | 948 | 1,455 | 748 | 343 | 437 | 668 | 612 | 537 | 945 | 20 | 461 |
| OCP Total | Total | | 37,000,000 | 32,950,706 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 74,892 | 7,402 | 621 | 215 | 3,026 | | 6,433 | 1,172 | 2,209 | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,774 | | | | | | | | | | 173 | | |
| Bech-Bruun Law P/S | OCP Tier 2 | 75,000 | 900,000 | 8,850 | | | | | | | 8,850 | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 945,000 | 910,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,660 | | | 1,030 | 22 | 29 | | | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 12,580 | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 5,479 | | 350 | | | 175 | | | | 88 | 233 | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | 63,672 | 2,547 | 1,485 | 5,849 | 1,277 | 2,704 | 1,286 | | 1,080 | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,577 | | | | | | | | | | 69 | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 2,265,000 | 2,160,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 52,632 | | | 250 | 187 | | 437 | 125 | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 316,253 | 6,156 | 2,623 | 6,731 | 7,520 | 1,357 | 4,776 | 3,515 | 2,818 | 1,256 | 1,861 | 10,949 | 4,331 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 19,914 | | | | | | | | | | 13,080 | 4,360 | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 735 | 105 | | 175 | | 105 | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | 3,929 | 169 | | | 135 | 34 | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,166 | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,417 | | | | | 20 | | | | | 39 | 20 | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 230,243 | 6,089 | 8,154 | 14,706 | 7,511 | 2,904 | 2,772 | 5,716 | 9,421 | 9,512 | 1,286 | 5,718 | 3,569 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 242,398 | 2,076 | 3,092 | 1,443 | 555 | 555 | 2,340 | 1,793 | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 1,053,244 | 13,400 | 8,958 | 4,274 | 403 | 10,423 | 18,365 | 3,629 | 1,821 | 814 | 12,021 | 765 | 14,784 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 49,834 | 2,095 | | 175 | | 1,975 | 1,643 | | 175 | | | | |
| Lenz & Staehelin | OCP Tier 2 | 75,000 | 900,000 | 1,525 | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 925,000 | 836,631 | 22,192 | 13,132 | 8,768 | 13,175 | 28,277 | 20,138 | 11,510 | 18,833 | 25,480 | 15,416 | 12,293 | |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | |
| Maiwald | OCP Tier 2 | 150,000 | 1,800,000 | 1,336,987 | 19,758 | 20,683 | 15,031 | 16,323 | 23,877 | 28,426 | 33,582 | 22,703 | 19,966 | 18,002 | | |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 193,425 | 3,760 | 5,069 | 3,673 | 8,906 | 4,178 | 2,186 | 7,350 | 4,892 | 15,900 | 3,491 | 775 | 7,055 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 150,000 | 6,095,000 | 5,905,000 | 147,000 | 147,000 | 147,000 | 147,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 264,743 | 1,248 | 3,228 | 5,917 | 12,778 | 82,213 | 14,566 | 9,863 | 403 | 7,137 | 12,220 | 399 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 392,744 | | 1,282 | | | 1,052 | | | | 679 | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 8,038 | | | | | | | | | 612 | 77 | 499 | 461 |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 20,527 | | | | | | 80 | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | |

19-23649-shl    Doc 5651-1    Filed 05/31/23    Entered 05/31/23 17:58:04    Exhibit A-
OCP Statement    Pg 4 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (SHL)

OCP Payment Report - Monthly Fees
April 2023

| Name | Tier | Rolling Cap | Case Cap | Case Total | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 1 | 150,000 | 1,750,000 | 1,533,067 | 21,478 | 74,841 | 61,880 | 113,954 | 221,234 | 42,591 | 25,160 | 12,634 | 23,553 | 15,223 | 12,133 | 47,471 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 606,530 | 7,548 | 10,018 | 14,406 | 10,869 | 4,649 | 6,814 | 18,217 | 5,908 | 4,535 | 10,881 | 18,132 | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,818,245 | | | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 14,967 | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 3,600,000 | 3,373,305 | 78,852 | 69,287 | 49,592 | 68,198 | 59,682 | 47,734 | 48,695 | 47,340 | 88,326 | 119,131 | 62,514 | 35,042 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 925,000 | 844,441 | 12,787 | 10,771 | 11,174 | 8,352 | 9,907 | 3,744 | 3,514 | 3,859 | 2,700 | 3,168 | 2,767 | 3,168 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 172,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,439 | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 652,501 | 15,249 | 22,578 | 15,516 | 30,974 | 7,208 | 28,191 | 4,485 | 6,712 | 8,475 | 9,451 | 5,923 | 9,352 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 3,200,000 | 2,703,998 | 47,967 | 55,861 | 50,501 | 27,960 | 29,979 | 48,577 | 66,361 | 54,389 | 15,036 | 8,872 | 25,978 | 26,686 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 170,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 543,922 | 8,612 | 1,687 | 405 | 4,783 | 10,056 | 11,680 | 25,860 | 8,660 | 3,835 | 1,282 | 7,252 | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 10,451 | | 598 | | 384 | | | 543 | | 372 | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 3,000,000 | 2,663,619 | 78,014 | 96,241 | 95,466 | 54,215 | 54,840 | 53,535 | 52,631 | 47,087 | 52,916 | 40,269 | 29,586 | 43,320 |

In re: PURDUE PHARMA L.P., et al.  19-23649-shl  Doc 5651-1  Filed 05/31/23  Entered 05/31/23 17:58:04  Exhibit A-  Case No.: 19-23649 (SHL)

OCP Payment Report - Monthly Expenses
OCP Statement   Pg 5 of 6
April 2023

| Name | Tier | Case Total[1] | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,756,831 | 25,863 | 90,131 | 28,934 | 17,781 | 278,226 | 32,898 | 34,993 | 18,276 | 21,585 | 18,583 | 151 | |
| OCP Tier 2 Total | OCP Tier 2 | 1,334,478 | 19,275 | 10,707 | 12,869 | 7,652 | 75,694 | 18,796 | 68,144 | 23,443 | 17,540 | 16,434 | 7,410 | 6,922 |
| OCP Tier 3 Total | OCP Tier 3 | 5,056 | 221 | | | 23 | | | | | | 8 | 46 | |
| OCP Total | Total | 3,096,365 | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 80,931 | | | 131 | 77 | | 703 | 50,849 | 162 | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | |
| Bech-Bruun Law P/S | OCP Tier 2 | 43 | | | | | | | 43 | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 2,150 | 221 | | | 22 | | | | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 62 | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 28 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 140 | | | | | | | | | | | 5 | 45 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 567 | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 3,634 | 39 | | 208 | 36 | 127 | 1,688 | | 102 | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 21,735 | | | | | | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 570 | | | | | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 92,327 | 2,999 | 1,234 | | 1,225 | 284 | 775 | 1,159 | | | 2,632 | 705 | 1,670 |
| Duke Scanlan | OCP Tier 3 | 4 | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 916 | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 559 | | | | | 1 | | | | | 3 | 1 | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 8 | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 89 | | | | | | | | | | | 34 | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | | | | | | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 7,310 | 170 | | | | | 2,730 | | | | | | |
| Lenz & Staehelin | OCP Tier 2 | 53 | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 303,388 | 2,220 | 2,700 | 3,360 | 430 | 3,394 | 6,039 | 3,068 | 8,536 | 5,704 | 5,959 | 6,454 | |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 1,045,524 | 21,008 | 7,597 | 11,893 | 16,863 | 18,472 | 23,334 | 25,967 | 18,083 | 21,479 | 18,330 | | |
| McCarter & English | OCP Tier 2 | 62,341 | 260 | 716 | 2,400 | 650 | 4,620 | 12 | 2,630 | 4,895 | 1,813 | | 17 | 4,897 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 2 | 38 | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 57,905 | | | 403 | 143 | 54,745 | | 26 | | | 25 | | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 168 | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 2 | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | |

OCP Payment Report - Monthly Expenses
April 2023

| Name | Tier | Case Total[1] | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | |
| Potomac Law Group, PLLC[2] | OCP Tier 1 | 758,983 | 4,779 | 82,495 | 16,656 | 918 | 259,588 | 9,335 | 8,999 | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 401 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 142,817 | 5,064 | 3,188 | 1,545 | 52 | 49 | 4,900 | 5,152 | 128 | 8 | 42 | 30 | |
| Reed Smith, LLP | OCP Tier 1 | 31,118 | | | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | | | | | | | | | | | | |
| Skarzynski Black | OCP Tier 2 | 4,557 | | | | | | | | | | | | |
| Smith Anderson | OCP Tier 2 | 1,260 | | | | | | | | | 504 | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 120,855 | 8,073 | 2,700 | 3,230 | 4,460 | 6,600 | 1,780 | | 1,200 | 5,257 | 5,456 | 170 | 355 |
| Stikeman Elliott, LLP | OCP Tier 1 | 8,984 | 13 | 39 | | | | | | 28 | 43 | | | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 165,830 | 450 | 169 | 1,591 | 579 | 5,875 | 169 | 5,217 | 8,420 | 4,255 | 2,320 | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 115,800 | 63 | | 385 | | 166 | 228 | | 194 | 63 | 252 | 151 | |

[1] Represents Fees since the Commencement Date

[2] Potomac Law Group, PLLC was changed to a Tier 1 OCP in February 2022 per the bankruptcy court's order. Therefore, all costs incurred from commencement through January 2022 have been included within the Tier 2 Total in this report and the costs from February 2022 to date have been included in the Tier 1 Total