**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)**<br>**Objection Deadline: June 15, 2023 at**<br>**5:00 p.m. ET** |

### FORTY-THIRD MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant: | Dechert LLP |
| Authorized to Provide Professional Services to: | Purdue Debtors and Debtors in Possession |
| Effective Date of Retention: | November 21, 2019 Nunc Pro Tunc to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | March 1, 2023 through March 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | **$113,044.95**[2] |
| Eighty percent of actual, reasonable and necessary compensation: | **$90,435.96** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$610.20** |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    This amount reflects a reduction in fees in the amount of $12,560.55 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

18288473

This is a(n):    _X_ Monthly    ____Interim    ____Final application.

Is this the first monthly application?    ___Yes    _X_ No

This application includes 9.5 hours with a discounted value of $4,411.80 incurred in connection with the preparation of Fee Applications for the Debtors.

### Compensation by Individual for Debtors for Litigation Services

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate (Including Changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Sheila L Birnbaum | Partner | 1965 | 1,650.00 | 6.50 | 10,725.00 |
| Hayden A. Coleman | Partner | 1985 | 1,160.00 | 15.70 | 18,212.00 |
| Danielle Gentin Stock | Partner | 1999 | 1,125.00 | 50.00 | 56,250.00 |
| Paul A. LaFata | Partner | 2007 | 1,145.00 | 14.80 | 16,946.00 |
| Erik W. Snapp | Partner | 1995 | 1,160.00 | 1.80 | 2,088.00 |
| Shmuel Vasser | Partner | 1988 | 1,380.00 | 1.90 | 2,622.00 |
| Christopher R. Boisvert | Counsel | 2009 | 1,075.00 | 1.30 | 1,397.50 |
| Meghan Agostinelli | Associate | 2018 | 960.00 | 5.80 | 5,568.00 |
| Noah Becker | Associate | 2019 | 880.00 | 9.90 | 8,712.00 |
| Rachel Rosenberg | Associate | 2016 | 1,025.00 | 0.20 | 205.00 |
| Antonella Capobianco-Ranallo | Paralegal | N/A | 300.00 | 2.00 | 600.00 |
| Matthew B. Stone | Paralegal | N/A | 300.00 | 7.60 | 2,280.00 |
| **Total** | | | | **117.50** | **$125,605.50** |
| **10% Volume Discount** | | | | | **($12,560.55)** |
| **Discounted Total** | | | | | **$113,044.95** |
| **Total Amount Requested Herein** | | | | | **$90,435.96** |

The blended hourly billing rate of professionals for all services provided during the Fee Period is $962.08.

---

[3]    As described in the Notice of Increased Litigation Fees, these billing rates reflect voluntary discounts of 4.5% to 12.3% for senior partners, 11.6% to 14.6% for partners, 6.8% for counsel, and 4.1% to 6.7% for associates.

## Compensation by Project Category for Debtors

| Code | Project Category | Total Hours | Total Fees | Discounted Total |
|------|------------------|------------|------------|------------------|
| B160 | Fee/Employment Applications | 9.50 | 4,902.00 | 4,411.80 |
| B260 | Board of Directors Matters | 1.10 | 1,815.00 | 1,633.50 |
| L120 | Analysis/Strategy | 7.70 | 9,271.50 | 8,344.35 |
| L160 | Settlement/Non-Binding ADR | 17.60 | 17,374.50 | 15,637.05 |
| L210 | Pleadings | 13.30 | 15,204.50 | 13,684.05 |
| L220 | Preliminary Injunctions/Provisional Remedies | 50.90 | 58,773.00 | 52,895.70 |
| L230 | Court Mandated Conferences | 0.70 | 812.00 | 730.80 |
| L310 | Written Discovery | 3.70 | 4,212.50 | 3,791.25 |
| L320 | Document Production | 1.70 | 1,944.00 | 1,749.60 |
| L330 | Depositions | 11.30 | 11,296.50 | 10,166.85 |
| | | | | |
| **Totals** | | **117.50** | **$125,605.50**[4] | **$113,044.95**[5] |

---

[4] This amount reflects the discounted billing rates but not the discounts for aggregate fees.

[5] This amount reflects the discounted billing rates and discounts for aggregate fees.

### Expense Summary for Debtors

| Expenses Category | Total Expenses |
|---|---|
| Court Costs | 600.00 |
| Postage | 10.20 |
|  |  |
| **Total** | **$610.20** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | **(Jointly Administered)**<br>**Objection Deadline: June 15, 2023 at 5:00 p.m. ET** |

### FORTY-THIRD MONTHLY FEE APPLICATION OF DECHERT LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023

By this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Dechert LLP ("**Dechert**") hereby moves this Court for discounted reasonable compensation for professional legal services rendered as attorneys to the Debtors in the amount of **$90,435.96** together with reimbursement for actual and necessary expenses incurred in the amount of **$610.20**, for the period commencing March 1, 2023 through and including March 31, 2023 (the "**Fee Period**"). In support of the Application, Dechert respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.      Dechert was employed under a general retainer to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases pursuant to an order entered by this Court on November 21, 2019 [Docket No. 525] (the "**Retention Order**").  The Retention Order authorized Dechert to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by Dechert were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period showing the amount of $113,044.95,[2] of which $90,435.96 is requested for fees in this Application.  **Exhibit B** is a detailed statement of expenses paid during the Fee Period showing the amount of $610.20 for reimbursement of expenses.

4.      The services rendered by Dechert during the Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Dechert has incurred out-of-pocket disbursements during the Fee Period in the amount of $610.20.  This disbursement sum is broken down into categories of charges, including, among other things, document hosting and management, temporary employee

---

[2]   This amount reflects a reduction in fees in the amount of $12,560.55 on account of voluntary discounts for aggregate fees as described in *Dechert LLP's Second Notice of Increase in Hourly Rates for Litigation Services* [Docket No. 4628] (the "**Notice of Increased Litigation Fees**") and *Dechert LLP's Second Notice of Increase in Hourly Rates for Patent Services* [Docket No. 2342] (the "**Notice of Increased Patent Fees**").

expenses, expert consulting charges, telephone and telecopier toll and other charges, mail and

express mail charges, special or hand delivery charges, document processing, photocopying

charges, charges for mailing supplies (including, without limitation, envelopes and labels)

provided by Dechert to outside copying services for use in mass mailings, travel expenses,

expenses for "working meals," computerized research, and transcription costs.

6.    A complete review of the expenses incurred for the Fee Period may be

found in the attachments hereto as **Exhibit B**.  To the extent such itemization is insufficient to

satisfy the requirements of Rule 2016-1(a) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the Southern District of New York (the

"**Local Rules**"), Dechert respectfully requests that the Court waive strict compliance with such

rule.

7.    Costs incurred for computer assisted research are not included in

Dechert's normal hourly billing rates and, therefore, are itemized and included in Dechert's

disbursements.  Pursuant to Local Rule 2016-1, Dechert represents that its rate for duplication is

$.10 per page, there is no charge for incoming or outgoing telecopier transmissions, and there is

no surcharge for computerized research.

### VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of Dechert have expended a total of 117.5

hours in connection with the Debtors' chapter 11 cases during the Fee Period.

9.    The amount of time spent by each of these persons providing services to

the Debtors for the Fee Period is fully set forth in detail in **Exhibit A**.  These are Dechert's

discounted hourly rates for compensation in this case, as reflected in the Retention Application.

The Discounted value of the services rendered by Dechert for the Fee Period as counsel for the

Debtors in these cases under chapter 11 is $113,044.95, of which $90,435.96 is requested for fees in this Application.

10.     Dechert believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-1.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.     This Application covers the period of March 1, 2023 through and including March 31, 2023 with respect to the Debtors.  Dechert has and will continue to perform additional necessary services for the Debtors subsequent to March 31, 2023, for which Dechert will file subsequent fee applications.

*[Remainder of page left intentionally blank]*

## <u>CONCLUSION</u>

WHEREFORE, Dechert respectfully requests that (a) allowance be made to it in

the sum of $90,435.96 as compensation for necessary professional services rendered to the

Debtors for the Fee Period, and the sum of $610.20 for reimbursement of actual necessary costs

and expenses incurred during the Fee Period, (b) such other further relief as this Court may deem

just and proper.

Dated: June 1, 2023                    Respectfully submitted,

                                       */s/ Shmuel Vasser*
                                       Shmuel Vasser
                                       DECHERT LLP
                                       1095 Avenue of the Americas
                                       New York, New York 10036
                                       Telephone:  (212) 698-3500
                                       Facsimile:  (212) 698-3599

                                       *Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## <u>VERIFICATION OF SHMUEL VASSER</u>

I, Shmuel Vasser, Esquire, hereby declare the following under penalty of perjury:

1.      I am a Partner in the applicant firm, Dechert LLP, and have been admitted to the bar of New York since 1991.

2.      I have personally performed some of the legal services rendered by Dechert LLP as counsel for the Debtors, and I am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*[Remainder of page left intentionally blank]*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.      I hereby certify under 28 U.S.C. § 1746 that the foregoing is true and

correct to the best of my knowledge, information, and belief.

Dated: June 1, 2023                          Respectfully submitted,

                                             */s/ Shmuel Vasser*
                                             Shmuel Vasser
                                             DECHERT LLP
                                             1095 Avenue of the Americas
                                             New York, New York 10036
                                             Telephone:  (212) 698-3500
                                             Facsimile:  (212) 698-3599
                                             shmuel.vasser@dechert.com

                                             *Attorneys for Debtors and Debtors in Possession*

## EXHIBIT A

**Description of Legal Services**

18207968



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                          May 31, 2023
201 Tresser Blvd.                              Invoice Number 1010100191
Stamford, CT 06901

Firm Client Matter Number: 399631.199212

Client Name: Purdue Pharma L.P.
Matter Name: Monitor & Injunction Matter
Electronic Billing Number: 20200002784

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE.................................................................................................58,773.00

Less 10% Discount .............................................................................................................(5,877.30)

NET TOTAL FEES FOR THIS INVOICE ......................................................................... 52,895.70

**TOTAL AMOUNT DUE FOR THIS INVOICE .......................................................................USD 52,895.70**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.199212

Invoice 1010100191
Page 2

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### Professional Services Rendered:

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| **L220 – Preliminary Injunctions/Provisional Remedies** | | | | | |
| 04/03/23 | **Danielle Gentin Stock** | **0.20** | **L220** | **A104** | **225.00** |
| | Draft follow up from client on court-appointed Monitor requests and recommendations. | | | | |
| 04/03/23 | **Danielle Gentin Stock** | **1.00** | **L220** | **A106** | **1,125.00** |
| | Confer and correspond with client regarding information for the court-appointed Monitor. | | | | |
| 04/03/23 | **Danielle Gentin Stock** | **0.10** | **L220** | **A105** | **112.50** |
| | Correspond internally regarding information for the court-appointed Monitor. | | | | |
| 04/04/23 | **Danielle Gentin Stock** | **0.30** | **L220** | **A104** | **337.50** |
| | Review and update master tracker of requests and recommendations. | | | | |
| 04/04/23 | **Danielle Gentin Stock** | **0.70** | **L220** | **A107** | **787.50** |
| | Confer with other counsel and client regarding responses to court-appointed Monitor recommendation (0.5); correspond with court-appointed Monitor regarding production of information (0.1); correspond with other counsel regarding material related court-appointed Monitor request (0.1). | | | | |
| 04/04/23 | **Danielle Gentin Stock** | **2.00** | **L220** | **A106** | **2,250.00** |
| | Confer with client regarding responses to court-appointed Monitor questions. | | | | |
| 04/05/23 | **Danielle Gentin Stock** | **0.10** | **L220** | **A105** | **112.50** |
| | Correspond internally regarding production of documents to court-appointed Monitor. | | | | |
| 04/05/23 | **Danielle Gentin Stock** | **3.10** | **L220** | **A106** | **3,487.50** |
| | Confer on multiple calls with client regarding responses to court-appointed Monitor requests. | | | | |
| 04/05/23 | **Meghan Agostinelli** | **0.30** | **L220** | **A103** | **288.00** |
| | Prepare documents for production to Monitor (0.2); update trackers regarding same (0.1). | | | | |
| 04/07/23 | **Danielle Gentin Stock** | **1.50** | **L220** | **A107** | **1,687.50** |
| | Confer with court-appointed Monitor, client and court-appointed Monitor's consultant regarding recommendations and requests. | | | | |
| 04/07/23 | **Danielle Gentin Stock** | **0.50** | **L220** | **A104** | **562.50** |
| | Draft and revise talking points regarding 867 sales data. | | | | |
| 04/10/23 | **Sheila Birnbaum** | **0.30** | **L220** | **A104** | **495.00** |
| | Review emails regarding Monitor. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.199212

Invoice 1010100191

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 04/10/23 | **Danielle Gentin Stock** | **0.80** | L220 | A106 | **900.00** |
| | Review correspondence from client regarding information for court-appointed Monitor (0.2); confer with client regarding next steps in production of responses to court-appointed Monitor (0.6). | | | | |
| 04/10/23 | **Danielle Gentin Stock** | **1.70** | L220 | A104 | **1,912.50** |
| | Review and revise tracker for court-appointed Monitor (0.2); review and analyze materials for presentation to the court-appointed Monitor (1.5). | | | | |
| 04/11/23 | **Sheila Birnbaum** | **0.30** | L220 | A104 | **495.00** |
| | Review emails regarding Monitor. | | | | |
| 04/11/23 | **Sheila Birnbaum** | **0.30** | L220 | A105 | **495.00** |
| | Telephone conference with D. Stock regarding Monitor issues. | | | | |
| 04/11/23 | **Danielle Gentin Stock** | **1.10** | L220 | A106 | **1,237.50** |
| | Confer on multiple calls with client regarding responses for court-appointed Monitor (0.7); correspond with client regarding productions for court-appointed Monitor (0.4). | | | | |
| 04/11/23 | **Danielle Gentin Stock** | **1.10** | L220 | A104 | **1,237.50** |
| | Review and summarize materials related to court-appointed Monitor request (1.0); review and update tracking of responses (0.1). | | | | |
| 04/11/23 | **Danielle Gentin Stock** | **0.70** | L220 | A107 | **787.50** |
| | Confer with other counsel regarding query from court-appointed Monitor. | | | | |
| 04/11/23 | **Danielle Gentin Stock** | **0.30** | L220 | A105 | **337.50** |
| | Confer internally regarding requests and recommendations by court-appointed Monitor. | | | | |
| 04/12/23 | **Sheila Birnbaum** | **0.60** | L220 | A106 | **990.00** |
| | Telephone conference with Purdue and outside counsel regarding Monitor. | | | | |
| 04/12/23 | **Sheila Birnbaum** | **0.50** | L220 | A104 | **825.00** |
| | Review materials for Monitor. | | | | |
| 04/12/23 | **Danielle Gentin Stock** | **2.00** | L220 | A104 | **2,250.00** |
| | Review and outline materials relating to court-appointed Monitor recommendation. | | | | |
| 04/12/23 | **Danielle Gentin Stock** | **1.80** | L220 | A106 | **2,025.00** |
| | Correspond and confer with client regarding responses to court-appointed Monitor requests (1.1); confer with client and do-co-counsel regarding information for the court-appointed Monitor and correspond regarding the same (0.7). | | | | |
| 04/12/23 | **Danielle Gentin Stock** | **0.20** | L220 | A105 | **225.00** |
| | Correspond internally regarding updates to tracker. | | | | |
| 04/12/23 | **Danielle Gentin Stock** | **0.10** | L220 | A107 | **112.50** |
| | Correspond with co-counsel regarding court-appointed Monitor recommendation. | | | | |

Client Name: Purdue Pharma L.P.                                                                                                Invoice 1010100191
Firm Matter Number: 399631.199212                                                                                                        Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 04/12/23 | **Meghan Agostinelli** | **0.80** | L220 | A101 | **768.00** |
| | Prepare materials for production to Monitor (0.6); update tracker regarding same (0.2). | | | | |
| 04/13/23 | **Danielle Gentin Stock** | **1.80** | L220 | A106 | **2,025.00** |
| | Confer with client and co-counsel regarding implementation of court-appointed Monitor's recommendations (0.8); confer with client regarding information for court-appointed Monitor (1.0). | | | | |
| 04/13/23 | **Danielle Gentin Stock** | **0.60** | L220 | A104 | **675.00** |
| | Review and analyze material relating to the court-appointed Monitor's recommendations. | | | | |
| 04/13/23 | **Danielle Gentin Stock** | **0.10** | L220 | A105 | **112.50** |
| | Correspond internally regarding deadlines for production to the court-appointed Monitor. | | | | |
| 04/14/23 | **Danielle Gentin Stock** | **1.30** | L220 | A104 | **1,462.50** |
| | Review, revise and update tracker (0.8); review and analyze materials regarding court-appointed Monitor recommendation (0.5). | | | | |
| 04/14/23 | **Danielle Gentin Stock** | **0.10** | L220 | A105 | **112.50** |
| | Confer internally regarding updates for court-appointed Monitor. | | | | |
| 04/14/23 | **Danielle Gentin Stock** | **2.20** | L220 | A106 | **2,475.00** |
| | Confer and correspond with client on multiple calls regarding collecting responses to court-appointed Monitor queries. | | | | |
| 04/17/23 | **Danielle Gentin Stock** | **0.30** | L220 | A104 | **337.50** |
| | Revise and update tracker for court-appointed Monitor. | | | | |
| 04/17/23 | **Danielle Gentin Stock** | **1.30** | L220 | A106 | **1,462.50** |
| | Confer with client regarding responses to requests for information from court-appointed Monitor (1.1); correspond with the client regarding tracker for the court-appointed Monitor (0.2). | | | | |
| 04/17/23 | **Danielle Gentin Stock** | **0.40** | L220 | A105 | **450.00** |
| | Correspond internally regarding productions for court-appointed Monitor. | | | | |
| 04/18/23 | **Danielle Gentin Stock** | **0.20** | L220 | A106 | **225.00** |
| | Confer and correspond with client regarding Vi training. | | | | |
| 04/18/23 | **Danielle Gentin Stock** | **0.30** | L220 | A104 | **337.50** |
| | Review materials for production to the Monitor (0.2); review training materials (0.1). | | | | |
| 04/18/23 | **Meghan Agostinelli** | **2.10** | L220 | A101 | **2,016.00** |
| | Review and prepare documents for production to Monitor (1.7); update tracker regarding same (0.4). | | | | |
| 04/20/23 | **Meghan Agostinelli** | **0.40** | L220 | A104 | **384.00** |
| | Prepare documents for production to Monitor (0.3); update tracker regarding same (0.1). | | | | |
| 04/21/23 | **Danielle Gentin Stock** | **0.10** | L220 | A104 | **112.50** |
| | Review materials for production to the court-appointed Monitor. | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.199212

Invoice 1010100191
Page 5

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 04/21/23 | **Danielle Gentin Stock** | **1.00** | L220 | A106 | **1,125.00** |
| | Confer with the client regarding recommendations from the court-appointed Monitor. | | | | |
| 04/24/23 | **Danielle Gentin Stock** | **0.10** | L220 | A106 | **112.50** |
| | Correspond with client regarding production for the court-appointed Monitor. | | | | |
| 04/25/23 | **Sheila Birnbaum** | **0.50** | L220 | A104 | **825.00** |
| | Review Monitor recommendations status. | | | | |
| 04/25/23 | **Sheila Birnbaum** | **1.50** | L220 | A106 | **2,475.00** |
| | Telephone conference with Purdue regarding Monitor issues (0.9); telephone conference with R. Silbert and D. Stock regarding Monitor (0.6). | | | | |
| 04/25/23 | **Danielle Gentin Stock** | **0.50** | L220 | A104 | **562.50** |
| | Review and revise draft document in response to recommendation from court-appointed Monitor. | | | | |
| 04/25/23 | **Danielle Gentin Stock** | **0.10** | L220 | A105 | **112.50** |
| | Confer internally regarding court-appointed Monitor recommendations. | | | | |
| 04/25/23 | **Danielle Gentin Stock** | **3.30** | L220 | A106 | **3,712.50** |
| | Confer with client on multiple calls regarding upcoming discussion with the court-appointed Monitor and responses to requests (2.4); review and correspond with client and internally regarding productions for court-appointed Monitor (0.9). | | | | |
| 04/26/23 | **Sheila Birnbaum** | **0.30** | L220 | A106 | **495.00** |
| | Telephone conference with client regarding Monitor issues. | | | | |
| 04/26/23 | **Danielle Gentin Stock** | **0.70** | L220 | A104 | **787.50** |
| | Review and analyze materials relating to court-appointed Monitor (0.4); update trackers regarding same (0.3). | | | | |
| 04/26/23 | **Danielle Gentin Stock** | **1.20** | L220 | A106 | **1,350.00** |
| | Confer and correspond with client regarding discussion with court-appointed Monitor and next steps. | | | | |
| 04/26/23 | **Danielle Gentin Stock** | **1.30** | L220 | A107 | **1,462.50** |
| | Confer with court-appointed Monitor and client on scheduled update call. | | | | |
| 04/27/23 | **Danielle Gentin Stock** | **0.20** | L220 | A105 | **225.00** |
| | Correspond internally regarding materials for court-appointed Monitor. | | | | |
| 04/27/23 | **Danielle Gentin Stock** | **0.30** | L220 | A106 | **337.50** |
| | Correspond with client regarding materials for court-appointed Monitor. | | | | |
| 04/27/23 | **Meghan Agostinelli** | **1.30** | L220 | A104 | **1,248.00** |
| | Review and prepare documents for production to Monitor (1.1); update tracker regarding same (0.2). | | | | |
| 04/28/23 | **Sheila Birnbaum** | **0.40** | L220 | A104 | **660.00** |
| | Review Monitor issues. | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.199212

Invoice 1010100191

Page 6

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **04/28/23** | **Danielle Gentin Stock** | **0.40** | **L220** | **A104** | **450.00** |
| Review and update tracker of information for the court-appointed Monitor. | | | | | |
| **04/28/23** | **Danielle Gentin Stock** | **2.70** | **L220** | **A106** | **3,037.50** |
| Confer with client on multiple calls regarding court-appointed Monitor requests and recommendations. | | | | | |
| **04/28/23** | **Meghan Agostinelli** | **0.90** | **L220** | **A104** | **864.00** |
| Review and prepare documents for production to Monitor (0.7); update tracker regarding same (0.2). | | | | | |
| **04/29/23** | **Danielle Gentin Stock** | **0.20** | **L220** | **A104** | **225.00** |
| Draft response to court-appointed Monitor request. | | | | | |
| **04/30/23** | **Danielle Gentin Stock** | **0.40** | **L220** | **A104** | **450.00** |
| Draft agenda items for the court-appointed Monitor and next steps. | | | | | |
| **L220 SUBTOTAL HOURS AND FEES:** | | **50.90** | | | **58,773.00** |
| | | | | | |
| **TOTAL HOURS AND FEES** | | **50.90** | | | **USD 58,773.00** |

| TIMEKEEPER SUMMARY: | | | | |
|---------------------|-------|------|-------|--------|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Birnbaum | Partner | 1,650.00 | 4.70 | 7,755.00 |
| D. Gentin Stock | Partner | 1,125.00 | 40.40 | 45,450.00 |
| M. Agostinelli | Associate | 960.00 | 5.80 | 5,568.00 |
| **TOTALS** | | | **50.90** | **USD 58,773.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                          May 31, 2023
201 Tresser Blvd.                                        Invoice Number
Stamford, CT 06901                                          1010100191

Firm Client Matter Number: 399631.199212

Client Name: Purdue Pharma L.P.
Matter Name: Monitor & Injunction Matter
Electronic Billing Number: 20200002784

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ........................................................................................USD 52,895.70

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010100191) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                                   May 31, 2023
201 Tresser Blvd.                                                        Invoice Number 1010100192
Stamford, CT 06901

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE...................................................................................12,225.00

Less 10% Discount ....................................................................................................(1,222.50)

NET TOTAL FEES FOR THIS INVOICE ......................................................................... 11,002.50

**TOTAL AMOUNT DUE FOR THIS INVOICE .......................................................USD 11,002.50**

**Payment by Wire or ACH**
Bank Name: Citi Private Bank
Bank Address: 153 East 53rd St., New York, NY
Account Name: Dechert LLP Main Account
Account #: 759527772  |  ABA #: 021272655  |  Swift Code: CITIUS33

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.161942

Invoice 1010100192
Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|------------|-------|------|----------|--------|
| **L120 – Analysis/Strategy** | | | | | |
| 04/03/23 | Hayden Coleman | 0.80 | L120 | A107 | 928.00 |
| Emails to/from co-counsel regarding negotiations over documents in Jefferson County case. | | | | | |
| 04/05/23 | Hayden Coleman | 1.10 | L120 | A107 | 1,276.00 |
| Video conference with co-counsel and Canadian counsel regarding Canadian Tribes and Municipalities. | | | | | |
| L120 SUBTOTAL HOURS AND FEES: | | 1.90 | | | 2,204.00 |
| | | | | | |
| **L210 – Pleadings** | | | | | |
| 04/17/23 | Paul LaFata | 0.10 | L210 | A104 | 114.50 |
| Analyze invoices for California pleadings system. | | | | | |
| 04/17/23 | Paul LaFata | 0.20 | L210 | A107 | 229.00 |
| City of Hoover: confer with Rhodes counsel and DPW regarding response to Rhodes complaint. | | | | | |
| L210 SUBTOTAL HOURS AND FEES: | | 0.30 | | | 343.50 |
| | | | | | |
| **L230 – Court Mandated Conferences** | | | | | |
| 04/10/23 | Hayden Coleman | 0.70 | L230 | A107 | 812.00 |
| Emails to/from court and opposing counsel regarding IL status conference. | | | | | |
| L230 SUBTOTAL HOURS AND FEES: | | 0.70 | | | 812.00 |
| | | | | | |
| **L310 – Written Discovery** | | | | | |
| 04/03/23 | Paul LaFata | 0.20 | L310 | A107 | 229.00 |
| Jefferson County: analyze written discovery demand and proposed responses. | | | | | |
| 04/03/23 | Paul LaFata | 0.40 | L310 | A104 | 458.00 |
| Analyze demand for documents under protective order and commercial defenses. | | | | | |
| 04/03/23 | Paul LaFata | 0.20 | L310 | A104 | 229.00 |
| Utah: analyze responses to document demands under protective order. | | | | | |
| 04/03/23 | Rachel Rosenberg | 0.20 | L310 | A104 | 205.00 |
| Review and correspond with P. LaFata regarding documents (UT). | | | | | |
| 04/19/23 | Paul LaFata | 0.40 | L310 | A104 | 458.00 |
| Analyze report of document production order (0.2) and confer with client and Wiggin regarding recommendation of response to same (0.2). | | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.161942

Invoice 1010100192
Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 04/19/23 | **Paul LaFata** | **0.20** | L310 | A106 | **229.00** |
| Jefferson County: Confer with client regarding response to demand for production of written discovery. | | | | | |
| 04/25/23 | **Paul LaFata** | **0.40** | L310 | A106 | **458.00** |
| Report to client and Wiggin regarding inquiry from co-defense counsel on e-discovery management, hosting, and cost shifting. | | | | | |
| 04/26/23 | **Paul LaFata** | **0.30** | L310 | A106 | **343.50** |
| MDL: confer with client and Wiggin regarding document vendor and co-defendant cost-sharing (0.2); confer with co-defendants regarding same (0.1). | | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **2.30** | | | **2,609.50** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L320 – Document Production** | | | | | |
| 04/03/23 | **Danielle Gentin Stock** | **0.80** | L320 | A104 | **900.00** |
| Review, analyze, summarize and discuss requested Purdue documents. | | | | | |
| 04/05/23 | **Hayden Coleman** | **0.60** | L320 | A106 | **696.00** |
| Emails to/from client and co-counsel regarding enhanced document requests in Jefferson County. | | | | | |
| 04/05/23 | **Hayden Coleman** | **0.30** | L320 | A107 | **348.00** |
| Emails to/from co-counsel regarding NAS committee discovery follow up. | | | | | |
| **L320 SUBTOTAL HOURS AND FEES:** | | **1.70** | | | **1,944.00** |

| | | | | | |
|------|-----------|-------|------|----------|--------|
| **L330 – Depositions** | | | | | |
| 04/03/23 | **Erik Snapp** | **0.40** | L330 | A105 | **464.00** |
| Correspondence with internal team members regarding discovery request. | | | | | |
| 04/10/23 | **Hayden Coleman** | **0.30** | L330 | A105 | **348.00** |
| Emails to/from Dechert team regarding client request for deposition videos. | | | | | |
| 04/11/23 | **Hayden Coleman** | **1.10** | L330 | A105 | **1,276.00** |
| Emails to/from Dechert team regarding records of video depositions of former Purdue employees (0.6); analyze summary regarding same (0.5). | | | | | |
| 04/11/23 | **Antonella Capobianco-Ranallo** | **2.00** | L330 | A104 | **600.00** |
| Review and confirm deposition video request. | | | | | |
| 04/14/23 | **Erik Snapp** | **0.30** | L330 | A107 | **348.00** |
| Correspondence with other outside counsel regarding request for former employee deposition. | | | | | |
| 04/16/23 | **Erik Snapp** | **0.20** | L330 | A107 | **232.00** |
| Correspondence with other outside counsel regarding subpoena for former employee's testimony. | | | | | |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.161942

Invoice 1010100192
Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **04/17/23** | **Erik Snapp** | **0.60** | **L330** | **A107** | **696.00** |
| | Correspondence and call with other counsel regarding subpoena for deposition of former employee. | | | | |
| **04/19/23** | **Erik Snapp** | **0.30** | **L330** | **A107** | **348.00** |
| | Correspondence with other counsel, review related materials regarding request for former employee deposition. | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **5.20** | | | **4,312.00** |

| | | | | |
|---|---|---|---|---|
| **TOTAL HOURS AND FEES** | | **12.10** | | **USD 12,225.00** |

| TIMEKEEPER SUMMARY: | | | | |
|------------|-------|------|-------|--------|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| H. Coleman | Partner | 1,160.00 | 4.90 | 5,684.00 |
| E. Snapp | Partner | 1,160.00 | 1.80 | 2,088.00 |
| P. LaFata | Partner | 1,145.00 | 2.40 | 2,748.00 |
| D. Gentin Stock | Partner | 1,125.00 | 0.80 | 900.00 |
| R. Rosenberg | Associate | 1,025.00 | 0.20 | 205.00 |
| A. Capobianco-Ranallo | Legal Assistant | 300.00 | 2.00 | 600.00 |
| **TOTALS** | | | **12.10** | **USD 12,225.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                    May 31, 2023
201 Tresser Blvd.                                    Invoice Number
Stamford, CT 06901                                    1010100192

Firm Client Matter Number: 399631.161942

Client Name: Purdue Pharma L.P.
Matter Name: Municipality Suits
Electronic Billing Number: 20170001582

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** .........................................................................................USD 11,002.50

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   |   ABA #: 021272655   |   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010100192) in the check memo. Mail to:<br>Dechert LLP  |  P.O. Box 7247-6643 Philadelphia, PA  |  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.  
201 Tresser Blvd.  
Stamford, CT 06901

May 31, 2023
Invoice Number 1010100193

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.  
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations  
Electronic Billing Number: 20210003064

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE ................................................................................................... 7,728.00

Less 10% Discount ...................................................................................................................... (772.80)

NET TOTAL FEES FOR THIS INVOICE........................................................................................... 6,955.20

TOTAL DISBURSEMENTS THIS INVOICE ........................................................................................ 610.20

**TOTAL AMOUNT DUE FOR THIS INVOICE** ..........................................................................**USD 7,565.40**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010100193

Page 2

---

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B260 – Board of Directors Matters** | | | | | |
| 04/26/23 | Sheila Birnbaum | 1.10 | B260 | A109 | 1,815.00 |
| | Attend Board Meeting. | | | | |
| **B260 SUBTOTAL HOURS AND FEES:** | | **1.10** | | | **1,815.00** |
| | | | | | |
| **L120 – Analysis/Strategy** | | | | | |
| 04/11/23 | Hayden Coleman | 2.40 | L120 | A104 | 2,784.00 |
| | Review and analyze order regarding Oxycontin AD patent (1.6); emails to/from client regarding potential implications for litigation (0.8). | | | | |
| 04/17/23 | Hayden Coleman | 0.40 | L120 | A105 | 464.00 |
| | Emails to/from team and co-counsel regarding complaint naming Rhodes. | | | | |
| 04/17/23 | Danielle Gentin Stock | 0.10 | L120 | A104 | 112.50 |
| | Review correspondence regarding service issue. | | | | |
| 04/18/23 | Sheila Birnbaum | 0.70 | L120 | A107 | 1,155.00 |
| | Attend lawyers call regarding status of matters. | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **3.60** | | | **4,515.50** |
| | | | | | |
| **L210 – Pleadings** | | | | | |
| 04/20/23 | Christopher Boisvert | 0.50 | L210 | A103 | 537.50 |
| | Revise Colorado AG status report (0.4); email with local counsel regarding same (0.1). | | | | |
| 04/21/23 | Christopher Boisvert | 0.20 | L210 | A103 | 215.00 |
| | Revise Colorado AG status report. | | | | |
| 04/24/23 | Christopher Boisvert | 0.30 | L210 | A103 | 322.50 |
| | Revise Colorado AG status report (0.2); email with local counsel regarding same (0.1). | | | | |
| 04/25/23 | Christopher Boisvert | 0.30 | L210 | A103 | 322.50 |
| | Review motion from pro se plaintiff in Philadelphia Court of Common Pleas. | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **1.30** | | | **1,397.50** |
| | | | | | |
| **TOTAL HOURS AND FEES** | | **6.00** | | | **USD 7,728.00** |

Client Name: Purdue Pharma L.P.
Firm Matter Number: 399631.178405

Invoice 1010100193
Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| S. Birnbaum | Partner | 1,650.00 | 1.80 | 2,970.00 |
| H. Coleman | Partner | 1,160.00 | 2.80 | 3,248.00 |
| D. Gentin Stock | Partner | 1,125.00 | 0.10 | 112.50 |
| C. Boisvert | Counsel | 1,075.00 | 1.30 | 1,397.50 |
| **TOTALS** | | | **6.00** | **USD 7,728.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                         May 31, 2023
201 Tresser Blvd.                                         Invoice Number
Stamford, CT 06901                                          1010100193

Firm Client Matter Number: 399631.178405

Client Name: Purdue Pharma L.P.
Matter Name: Mediation & Settlement, Claims Evaluation, and Operations
Electronic Billing Number: 20210003064

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** .................................................................................................**USD 7,565.40**

| REMITTANCE INSTRUCTIONS |
|---|
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010100193) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                                              May 31, 2023
201 Tresser Blvd.                                                                    Invoice Number 1010100194
Stamford, CT 06901

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE......................................................................................................4,902.00

Less 10% Discount ...............................................................................................................(490.20)

NET TOTAL FEES FOR THIS INVOICE ........................................................................... 4,411.80

**TOTAL AMOUNT DUE FOR THIS INVOICE .........................................................USD 4,411.80**

| **Payment by Wire or ACH** |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178406

Invoice 1010100194

Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### PROFESSIONAL SERVICES RENDERED:

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **B160 – Fee/Employment Applications** | | | | | |
| 04/04/23 | **Matthew Stone** | **0.20** | B160 | A104 | 60.00 |
| | Review order approving interim fee applications (.1); email with I. Campos regarding same (.1). | | | | |
| 04/07/23 | **Matthew Stone** | **2.00** | B160 | A103 | 600.00 |
| | Revise March fee statement (1.9); email with I. Campos regarding same (.1). | | | | |
| 04/11/23 | **Shmuel Vasser** | **1.90** | B160 | A104 | 2,622.00 |
| | Review February bills. | | | | |
| 04/11/23 | **Matthew Stone** | **1.80** | B160 | A103 | 540.00 |
| | Revise March fee statement. | | | | |
| 04/12/23 | **Matthew Stone** | **0.80** | B160 | A103 | 240.00 |
| | Revise March fee statement. | | | | |
| 04/13/23 | **Matthew Stone** | **1.40** | B160 | A103 | 420.00 |
| | Revise March fee statement. | | | | |
| 04/14/23 | **Matthew Stone** | **1.30** | B160 | A103 | 390.00 |
| | Revise March fee statement (1.1); email with H. Coleman and D. Gentin-Stock regarding February fee statement (.2). | | | | |
| 04/24/23 | **Matthew Stone** | **0.10** | B160 | A105 | 30.00 |
| | Email with H. Coleman and D. Gentin-Stock regarding February bills. | | | | |
| **B160 SUBTOTAL HOURS AND FEES:** | | **9.50** | | | **4,902.00** |

| | | | |
|------|------|------|------|
| **TOTAL HOURS AND FEES** | | **9.50** | **USD 4,902.00** |

| TIMEKEEPER SUMMARY: | | | | |
|------------|--------|-------|-------|--------|
| **TIMEKEEPER** | **TITLE** | **RATE** | **HOURS** | **AMOUNT** |
| S. Vasser | Partner | 1,380.00 | 1.90 | 2,622.00 |
| M. Stone | Legal Assistant | 300.00 | 7.60 | 2,280.00 |
| **TOTALS** | | | **9.50** | **USD 4,902.00** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                          May 31, 2023
201 Tresser Blvd.                                                          Invoice Number
Stamford, CT 06901                                                        1010100194

Firm Client Matter Number: 399631.178406

Client Name: Purdue Pharma L.P.
Matter Name: Fee Applications and Related Expenses
Electronic Billing Number: 20190002705

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ...........................................................................................USD 4,411.80

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010100194) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

Purdue Pharma L.P.                                                            May 31, 2023
201 Tresser Blvd.                                               Invoice Number 1010100195
Stamford, CT 06901

Firm Client Matter Number: 399631.199211

Client Name: Purdue Pharma L.P.
Matter Name: Insurance Adversary Proceeding Matter
Electronic Billing Number: 20210003077

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE.................................................................................................41,977.50

Less 10% Discount ...............................................................................................................(4,197.75)

NET TOTAL FEES FOR THIS INVOICE ........................................................................... 37,779.75

**TOTAL AMOUNT DUE FOR THIS INVOICE .......................................................................USD 37,779.75**

| Payment by Wire or ACH |
| --- |
| Bank Name: Citi Private Bank |
| Bank Address: 153 East 53rd St., New York, NY |
| Account Name: Dechert LLP Main Account |
| Account #: 759527772  \|  ABA #: 021272655  \|  Swift Code: CITIUS33 |

Client Name: Purdue Pharma L.P.                                                                 Invoice 1010100195
Firm Matter Number: 399631.199211                                                               Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

---

### Professional Services Rendered:

| Date | Timekeeper | Hours | Task | Activity | Amount |
|------|-----------|-------|------|----------|--------|
| **L120 – Analysis/Strategy** | | | | | |
| 04/05/23 | **Hayden Coleman** | **2.20** | L120 | A103 | **2,552.00** |
| | For Insurance Arbitration: provide factual background for response to arbitration statement. | | | | |
| **L120 SUBTOTAL HOURS AND FEES:** | | **2.20** | | | **2,552.00** |
| | | | | | |
| **L160 – Settlement/Non-Binding ADR** | | | | | |
| 04/27/23 | **Danielle Gentin Stock** | **0.60** | L160 | A104 | **675.00** |
| | Review and analyze statement of defence. | | | | |
| 04/27/23 | **Danielle Gentin Stock** | **0.50** | L160 | A105 | **562.50** |
| | Confer and correspond internally regarding statement of defence. | | | | |
| 04/27/23 | **Noah Becker** | **0.20** | L160 | A105 | **176.00** |
| | Discuss insurance adversary proceeding revisions to statement of defence with D. Gentin Stock. | | | | |
| 04/28/23 | **Danielle Gentin Stock** | **3.50** | L160 | A104 | **3,937.50** |
| | Review amended statement of claim, draft responsive statement of defence. | | | | |
| 04/28/23 | **Danielle Gentin Stock** | **0.20** | L160 | A105 | **225.00** |
| | Confer internally regarding statement of defence. | | | | |
| 04/28/23 | **Danielle Gentin Stock** | **0.60** | L160 | A106 | **675.00** |
| | Confer with client and internally regarding insurance proceedings. | | | | |
| 04/28/23 | **Noah Becker** | **4.50** | L160 | A103 | **3,960.00** |
| | Revise Statement of Defence for insurance adversary proceeding. | | | | |
| 04/29/23 | **Danielle Gentin Stock** | **1.30** | L160 | A104 | **1,462.50** |
| | Review and edit litigation history in statement of defence. | | | | |
| 04/29/23 | **Noah Becker** | **2.50** | L160 | A103 | **2,200.00** |
| | Revise Statement of Defence for insurance adversary proceeding. | | | | |
| 04/30/23 | **Danielle Gentin Stock** | **0.60** | L160 | A104 | **675.00** |
| | Update and review draft statement of defence. | | | | |
| 04/30/23 | **Danielle Gentin Stock** | **0.40** | L160 | A106 | **450.00** |
| | Correspond internally regarding statement of defence. | | | | |
| 04/30/23 | **Noah Becker** | **2.70** | L160 | A103 | **2,376.00** |
| | Complete revisions to Statement of Defence draft regarding insurance adversary proceeding. | | | | |
| **L160 SUBTOTAL HOURS AND FEES:** | | **17.60** | | | **17,374.50** |

Client Name: Purdue Pharma L.P.                                     Invoice 1010100195
Firm Matter Number: 399631.199211                                              Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| **L210 – Pleadings** | | | | | |
| **04/03/23** | **Hayden Coleman** | **1.70** | **L210** | **A104** | **1,972.00** |
| | For insurance cases: review Purdue's response to TIG's statement of claim in London arbitration. | | | | |
| **04/03/23** | **Hayden Coleman** | **0.40** | **L210** | **A104** | **464.00** |
| | For insurance adversary: review subpoena issues to Purdue former employee D. Merlo. | | | | |
| **04/04/23** | **Hayden Coleman** | **2.60** | **L210** | **A104** | **3,016.00** |
| | For Insurance arbitration: review TIG's Statement of Claim (1.4); review Purdue's draft response regarding same (1.2). | | | | |
| **04/04/23** | **Hayden Coleman** | **1.10** | **L210** | **A106** | **1,276.00** |
| | For Insurance arbitration: participate in conference call with client and insurance counsel regarding Purdue's draft response to TIG's Statement of Claim. | | | | |
| **04/04/23** | **Danielle Gentin Stock** | **1.00** | **L210** | **A106** | **1,125.00** |
| | Confer with client and other counsel regarding TIG Arbitration. | | | | |
| **04/04/23** | **Paul LaFata** | **2.30** | **L210** | **A104** | **2,633.50** |
| | Insurance: analyze amended statement of claim and propose responses (1.2); confer with Reed Smith, Skadden, and counsel regarding same (1.1). | | | | |
| **04/19/23** | **Paul LaFata** | **0.20** | **L210** | **A108** | **229.00** |
| | Confer with Reed Smith and counsel regarding responses and affirmative defenses to amended statement of claim. | | | | |
| **04/26/23** | **Paul LaFata** | **0.10** | **L210** | **A105** | **114.50** |
| | Confer with counsel regarding revisions to answer. | | | | |
| **04/28/23** | **Paul LaFata** | **0.30** | **L210** | **A104** | **343.50** |
| | Analyze proposed revisions to answer to amended statement of claim (0.2); confer with Reed Smith regarding same (0.1). | | | | |
| **04/29/23** | **Paul LaFata** | **0.40** | **L210** | **A104** | **458.00** |
| | Analyze proposed revisions to answer to amended statement of claim. | | | | |
| **04/30/23** | **Paul LaFata** | **1.60** | **L210** | **A104** | **1,832.00** |
| | Analyze and draft revisions to proposed revisions to answer to amended statement of claim (1.3); confer with counsel regarding same (0.3). | | | | |
| **L210 SUBTOTAL HOURS AND FEES:** | | **11.70** | | | **13,463.50** |
| | | | | | |
| **L310 – Written Discovery** | | | | | |
| **04/10/23** | **Paul LaFata** | **0.40** | **L310** | **A106** | **458.00** |
| | Analyze and respond to client inquiry regarding document production (0.2); research response to same (0.2). | | | | |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.199211

Invoice 1010100195

Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TIMEKEEPER | HOURS | TASK | ACTIVITY | AMOUNT |
|------|-----------|-------|------|----------|--------|
| 04/11/23 | Paul LaFata | 0.60 | L310 | A106 | 687.00 |
| Analyze and respond to client inquiry regarding document production (0.2); analyze follow-up inquiry (0.1); confer with technical staff to respond regarding same (0.3). | | | | | |
| 04/12/23 | Paul LaFata | 0.40 | L310 | A106 | 458.00 |
| Respond to client inquiry regarding production of discovery (0.2); confer with IT staff in support of same (0.2). | | | | | |
| **L310 SUBTOTAL HOURS AND FEES:** | | **1.40** | | | **1,603.00** |

| L330 – Depositions | | | | | |
|------|-----------|-------|------|----------|--------|
| 04/13/23 | Paul LaFata | 0.50 | L330 | A106 | 572.50 |
| Confer with client regarding response to demand for deposition transcripts from underlying litigations (0.3) and research in support of same (0.2). | | | | | |
| 04/14/23 | Paul LaFata | 0.10 | L330 | A106 | 114.50 |
| Confer with client regarding response to demand for deposition transcripts from underlying litigations. | | | | | |
| 04/24/23 | Paul LaFata | 0.20 | L330 | A107 | 229.00 |
| Confer with Reed Smith and Skadden regarding analysis and strategy regarding deposition. | | | | | |
| 04/26/23 | Paul LaFata | 0.90 | L330 | A104 | 1,030.50 |
| Analyze demand letter regarding depositions of former employee (0.3); analyze deposition of former employee (0.6). | | | | | |
| 04/27/23 | Paul LaFata | 2.30 | L330 | A104 | 2,633.50 |
| Analyze deposition of former employee (2.1); analyze proposed strategy for answering complaint (0.2). | | | | | |
| 04/28/23 | Paul LaFata | 2.10 | L330 | A104 | 2,404.50 |
| Analyze deposition of former employee (1.8); draft report of same to client, Reed Smith, Skadden, and Wiggin (0.3). | | | | | |
| **L330 SUBTOTAL HOURS AND FEES:** | | **6.10** | | | **6,984.50** |

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.199211

Invoice 1010100195

Page 5

**VALUES ON THIS INVOICE ARE BILLED IN USD**

### TIMEKEEPER SUMMARY:

| TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
|---|---|---:|---:|---:|
| H. Coleman | Partner | 1,160.00 | 8.00 | 9,280.00 |
| P. LaFata | Partner | 1,145.00 | 12.40 | 14,198.00 |
| D. Gentin Stock | Partner | 1,125.00 | 8.70 | 9,787.50 |
| N. Becker | Associate | 880.00 | 9.90 | 8,712.00 |
| **TOTALS** | | | **39.00** | **USD 41,977.50** |



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

Purdue Pharma L.P.                                                    May 31, 2023
201 Tresser Blvd.                                                  Invoice Number
Stamford, CT 06901                                                   1010100195

Firm Client Matter Number: 399631.199211

Client Name: Purdue Pharma L.P.
Matter Name: Insurance Adversary Proceeding Matter
Electronic Billing Number: 20210003077

Professional Services Rendered Through April 30, 2023

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ......................................................................................**USD 37,779.75**

| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call (215) 994-4000 |
| **Payment by Wire or ACH** |
| Bank Name: Citi Private Bank<br>Bank Address: 153 East 53rd St., New York, NY<br>Account Name: Dechert LLP Main Account<br>Account #: 759527772   \|   ABA #: 021272655   \|   Swift Code: CITIUS33 |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010100195) in the check memo. Mail to:<br>Dechert LLP  \|  P.O. Box 7247-6643 Philadelphia, PA  \|  19170-6643 |

# EXHIBIT B

**Expenses**

18207968

Client Name: Purdue Pharma L.P.

Firm Matter Number: 399631.178405

Invoice 1010100193

Page 4

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**DISBURSEMENTS:**

| DESCRIPTION | AMOUNT |
|---|---|
| **Court Costs** | |
| Vendor: Sarah Taylor; Invoice#: 041723-408449; Date: 4/17/2023 - case anywhere costs - Court Costs - case anywhere | 600.00 |
| | **600.00** |
| **Postage** | |
| Postage | 10.20 |
| | **10.20** |
| **TOTAL DISBURSEMENTS** | **USD 610.20** |