AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**THIRTY-SEVENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | March 1, 2023 – March 31, 2023 |
| **Total Fees Incurred** | $51,995.00 |
| **Voluntary Fee Reduction (10%)[2]** | $5,199.50 |
| **Total Fees Requested (Total Fees – Voluntary Fee Reduction)** | $46,795.50 |
| **20% Holdback** | $9,359.10 |
| **Total Fees Requested Less 20% Holdback** | $37,436.40 |
| **Total Expenses Incurred** | $3.00 |
| **Total Fees and Expenses Requested** | $46,798.50 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Seventh Monthly Fee Statement") covering the period from March 1, 2023 through and including March 31, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529].  By this Thirty-Seventh Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $46,795.50 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $3.00 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.    **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period.  The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2.    **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.    **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.    **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.    **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application.  *See* ECF No. 1013.  Cole Schotz filed a notice of such rate increase on August 29, 2022.  *See* ECF No. 5043.

## **NOTICE**

6.      Notice of this Thirty-Seventh Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.      Objections to this Thirty-Seventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than June 15, 2023 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Thirty-Seventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.      If an objection to this Thirty-Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such

an objection is not resolved, it shall be preserved and scheduled for consideration at the next

interim fee application hearing to be heard by the Court.


Dated: June 1, 2023                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York


/s/      *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

- *and* –

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P., et al.*

## EXHIBIT A

## COMPENSATION BY TIMEKEEPER
## MARCH 1, 2023 THROUGH MARCH 31, 2023

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 6.9 | $5,106.00 |
| Anthony De Leo | 2013 | Member (Bankruptcy) (since 2023) | $685.00 | 52.4 | $35,894.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 13.20 | $4,950.00 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 8.9 | $3,560.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 7.0 | $2,485.00 |
| **TOTAL** | | | | **88.4** | **$51,995.00** |
| **Less Voluntary Reduction (10%)** | | | | | **($5,199.50)** |
| **Total Requested** | | | | | **$46,795.50** |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.5 | $177.50 |
| Committee Matters and Creditor Meetings | 6.1 | $4,086.00 |
| Creditor Inquiries | 0.3 | $222.00 |
| Fee Application Matters/Objections | 13.4 | $5,717.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 34.8 | $23,861.50 |
| Preparation for and Attendance at Hearings | 2.1 | $1,328.50 |
| Prepare for and Conduct Interview and Depositions | 31.2 | $16,602.50 |
| **TOTAL** | **88.4** | **$51,995.00** |
| **Less Voluntary Reduction (10%)** | | **($5,199.50)** |
| **Total Requested** | | **$46,795.50** |

## EXHIBIT C

### Invoice

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | April 6, 2023 |
| Invoice Number: | 944387 |
| Matter Number: | 60810-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2023

**CASE ADMINISTRATION**  0.50  177.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/21/23 | LSM | ARRANGE TELEPHONIC APPEARANCE FOR J. ALBERTO AND A. DE LEO FOR MARCH 21, 2023 HEARING | 0.50 | 177.50 |

**COMMITTEE MATTERS AND CREDITOR MEETINGS**  6.10  4,086.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/23 | JRA | EMAILS WITH A. PREIS AND UCC AGENDA RE TOMORROW'S CALL | 0.30 | 222.00 |
| 03/01/23 | JRA | REVIEW UCC UPDATE MATERIALS IN ADVANCE OF CALL | 0.60 | 444.00 |
| 03/02/23 | ADL | ATTEND UCC CALL | 0.50 | 342.50 |
| 03/02/23 | CDM | ATTEND OFFICIAL COMMITTEE OF UNSECURED CREDITORS GROUP CALL. | 0.60 | 225.00 |
| 03/02/23 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.40 | 296.00 |
| 03/03/23 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS THERETO | 0.80 | 548.00 |
| 03/06/23 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 03/09/23 | JRA | EMAIL WITH A. PREIS RE TODAY'S UCC CALL | 0.10 | 74.00 |
| 03/15/23 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL AND MATERIALS | 0.20 | 148.00 |
| 03/16/23 | ADL | ATTEND UCC CALL | 0.60 | 411.00 |
| 03/21/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.40 | 274.00 |
| 03/23/23 | ADL | REVIEW 3-21 HEARING SUMMARY | 0.30 | 205.50 |
| 03/23/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.80 | 548.00 |
| 03/23/23 | ADL | ATTEND UCC CALL | 0.30 | 205.50 |

**COLE SCHOTZ P.C.**

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  944387
           Client/Matter No. 60810-0001                                      April 6, 2023
                                                                                    Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/29/23 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |

**CREDITOR INQUIRIES** — 0.30 — 222.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/01/23 | JRA | RESPOND TO OPIOID CREDITOR INQUIRIES RE CASE STATUS | 0.20 | 148.00 |
| 03/30/23 | JRA | T/C WITH CREDITOR RE CASE STATUS | 0.10 | 74.00 |

**FEE APPLICATION MATTERS/OBJECTIONS** — 13.40 — 5,717.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/01/23 | JRA | EMAIL WITH E. LISOVICZ RE FEE APPS | 0.10 | 74.00 |
| 03/02/23 | LSM | EMAILS WITH J. DOUGHERTY REGARDING MONTHLY FEE APPLICATION DRAFTS | 0.30 | 106.50 |
| 03/06/23 | ADL | CALL WITH J. DOUGHERTY RE: JANUARY FEE APPLICATION ISSUES | 0.10 | 68.50 |
| 03/07/23 | JRA | EMAIL WITH A. DELEO RE FEE APP | 0.10 | 74.00 |
| 03/08/23 | JMD | DRAFT JANUARY FEE STATEMENT FOR COLE SCHOTZ | 1.60 | 640.00 |
| 03/08/23 | JMD | EMAIL TO A. DELEO RE: DRAFT JANUARY FEE STATEMENT | 0.10 | 40.00 |
| 03/09/23 | JMD | EMAIL TO E. LIZOVICZ RE: COLE SCHOTZ JANUARY FEE STATEMENT | 0.10 | 40.00 |
| 03/09/23 | LSM | UPDATE EXHIBITS TO THIRTY-FIFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 0.50 | 177.50 |
| 03/09/23 | JMD | REVIEW L. MORTON DRAFT EXHIBITS TO JANUARY FEE APPLICATION | 0.20 | 80.00 |
| 03/09/23 | ADL | CALL WITH J. DOUGHERTY RE: JANUARY FEE APPLICATION | 0.10 | 68.50 |
| 03/09/23 | ADL | REVIEW JANUARY FEE APPLICATION | 0.50 | 342.50 |
| 03/09/23 | LSM | ADDITIONAL REVISIONS TO EXHIBITS TO THIRTY-FIFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.50 | 177.50 |
| 03/09/23 | JMD | REVISE JANUARY FEE APPLICATION RE: REVISED INVOICE (.5) AND EMAIL TO L. MORTON RE: EXHIBITS (.1) | 0.60 | 240.00 |
| 03/10/23 | JRA | EMAILS WITH LM RE FEE APPS | 0.10 | 74.00 |
| 03/10/23 | LSM | COMPILE, REVIEW AND FORWARD LEDES FILE TO CO-COUNSEL REGARDING JANUARY 2023 MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 106.50 |
| 03/16/23 | JMD | REVIEW EMAILS FROM A. DELEO RE: FEBRUARY INVOICE (.2); EMAIL TO L. MORTON RE: DRAFT FEBRUARY FEE APP (.1) | 0.30 | 120.00 |
| 03/16/23 | JRA | EMAILS WITH A. DELEO RE FEE APPS | 0.20 | 148.00 |
| 03/20/23 | JMD | REVIEW AND REVISE DRAFT COLE SCHOTZ 36TH MONTHLY FEE APPLICATION (.6); EMAIL TO L. MORTON RE: SAME (.1). | 0.70 | 280.00 |
| 03/20/23 | LSM | COMPLETE DRAFT OF THIRTY-SIXTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 1.90 | 674.50 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                Invoice Number  944387
         Client/Matter No. 60810-0001                                              April 6, 2023
                                                                                        Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/21/23 | ADL | REVIEW INTERIM FEE ORDER (.1); EMAIL AKIN RE: SAME (.1) | 0.20 | 137.00 |
| 03/21/23 | ADL | EMAILS RE: FEBRUARY FEE APPLICATION | 0.10 | 68.50 |
| 03/21/23 | ADL | EMAIL L. MORTON RE: INTERIM FEE HEARING | 0.10 | 68.50 |
| 03/21/23 | JMD | EMAILS W/ L. MORTON AND A. DELEO RE: UPDATE FEBRUARY FEE STATEMENT | 0.30 | 120.00 |
| 03/21/23 | JMD | CALL W/ A. DELEO RE: REVISE FEBRUARY FEE STATEMENT | 0.10 | 40.00 |
| 03/21/23 | ADL | EMAIL J. DOUGHERTY RE: FEBRUARY FEE APPLICATION | 0.10 | 68.50 |
| 03/21/23 | LSM | COMPILE, REVIEW AND FORWARD TO J. DOUGHERTY THE LEDES FILE FOR COLE SCHOTZ THIRTY-SIXTH MONTHLY FEE APPLICATION | 0.30 | 106.50 |
| 03/21/23 | ADL | CALL WITH J. DOUGHERTY RE: FEE APPLICATION ISSUES | 0.10 | 68.50 |
| 03/21/23 | LSM | COMPILE ALL RELATED MONTHLY FEE APPLICATIONS TO NINTH INTERIM FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO A. DE LEO | 0.60 | 213.00 |
| 03/22/23 | LSM | REVISE/EDIT EXHIBITS TO THIRTY-SIXTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD TO J. DOUGHERTY | 0.60 | 213.00 |
| 03/22/23 | JMD | EMAILS W/ ACCOUNTING DEPARTMENT RE: LEDES FILE FOR FEBRUARY FEE APP | 0.10 | 40.00 |
| 03/22/23 | JMD | CONTINUE TO REVISE FEBRUARY FEE APPLICATION | 0.70 | 280.00 |
| 03/22/23 | JMD | EMAIL TO A. DELEO RE: REVISIONS TO FEBRUARY FEE APP | 0.20 | 80.00 |
| 03/22/23 | JMD | EMAIL TO L. MORTON RE: REVISED PDF'S OF EXHIBITS TO FEBRUARY FEE APP | 0.10 | 40.00 |
| 03/23/23 | LSM | ADDITIONAL EDITS TO EXHIBITS TO COLE SCHOTZ FEBRUARY MONTHLY FEE APPLICATIONS | 0.40 | 142.00 |
| 03/24/23 | ADL | EMAIL E. LISOCVICZ RE: FEE APPLICATION ISSUES | 0.10 | 68.50 |
| 03/24/23 | ADL | EMAIL J. ALBERTO RE: FEE APPLICATION ISSUES | 0.10 | 68.50 |
| 03/24/23 | LSM | REVIEW EXHIBITS TO MONTHLY FEE APPLICATIONS | 0.70 | 248.50 |
| 03/30/23 | JMD | EMAILS W/ E. LISOVICZ RE: COLE SCHOTZ JANUARY FEE APPLICATION | 0.10 | 40.00 |
| 03/30/23 | JRA | EMAIL WITH J. DOUGHERTY RE FEE APPS | 0.10 | 74.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                **34.80     23,861.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/23 | JRA | EMAILS WITH A. DELEO RE POTENTIAL ESTATE CLAIM | 0.20 | 148.00 |
| 03/02/23 | ADL | CALL WITH PLAINTIFFS RE: INSURANCE LITIGATION ISSUES | 0.70 | 479.50 |
| 03/03/23 | JMD | REVIEW C. MCMULLAN DRAFT SUMMARY RE: DEPOSITION OF P. MORIN ON BEHALF OF ASPEN (.3); EMAIL TO C. MCMULLAN RE: SAME (.1). | 0.40 | 160.00 |
| 03/03/23 | JRA | EMAIL WITH N. CRAMB RE DISCOVERY LETTER | 0.10 | 74.00 |
| 03/06/23 | ADL | REVIEW MARKUP OF NAVIGATORS POLICY STIPULATION | 0.20 | 137.00 |
| 03/06/23 | JRA | EMAILS WITH L. SYZMANSKI AND A. DELEO RE DISCOVERY LETTERS | 0.20 | 148.00 |

COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 944387 |
|---|---|---|
| | Client/Matter No. 60810-0001 | April 6, 2023 |
| | | Page 4 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 03/06/23 | ADL | REVIEW PRIVILEGE LOG LETTER | 0.20 | 137.00 |
| 03/06/23 | ADL | REVIEW LIBERTY MUTUAL RFPS; EMAIL UCC TEAM RE: SAME | 0.20 | 137.00 |
| 03/06/23 | ADL | REVIEW PREMIUM STIPULATION | 0.10 | 68.50 |
| 03/06/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 2.10 | 1,438.50 |
| 03/06/23 | ADL | REVIEW INSURANCE CLAIMS RESEARCH | 0.30 | 205.50 |
| 03/06/23 | JRA | EMAIL WITH A. DELEO RE LIBERTY MUTUAL FIRST SET OF RPD'S (.1); REVIEW SAME (.2) | 0.30 | 222.00 |
| 03/08/23 | JRA | REVIEW DEPOSITION LETTER FROM P. BREENE AND EMAIL FOLLOW UPS RE SAME | 0.30 | 222.00 |
| 03/08/23 | ADL | REVIEW XL DISCOVERY LETTER | 0.20 | 137.00 |
| 03/08/23 | JRA | REVIEW PRIVILEGE LOG LETTER | 0.10 | 74.00 |
| 03/08/23 | ADL | REVIEW AND COMMENT ON NAVIGATORS DISCOVERY LETTER | 0.50 | 342.50 |
| 03/08/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 03/08/23 | JRA | REVIEW PREMIUM STIP (.1); EMAILS WITH P. BREENE AND A. CRAWFORD RE SAME (.2) | 0.30 | 222.00 |
| 03/09/23 | JRA | EMAILS WITH A. DELEO AND M. RUSH RE DISCOVERY | 0.20 | 148.00 |
| 03/09/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.60 | 1,096.00 |
| 03/09/23 | JRA | REVIEW REVISED PREMIUM STIP REDLINE | 0.10 | 74.00 |
| 03/09/23 | JRA | EMAILS WITH A. CRAWFORD RE NAVIGATORS LETTERS AND OTHER DISCOVERY MATTERS | 0.20 | 148.00 |
| 03/10/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 0.90 | 616.50 |
| 03/13/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.70 | 1,849.50 |
| 03/13/23 | ADL | EMAILS RE: POLICY STIPULATIONS | 0.10 | 68.50 |
| 03/13/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 03/13/23 | ADL | EMAILS RE: INSURANCE MEET AND CONFERS | 0.20 | 137.00 |
| 03/13/23 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN ADVERSARY PROCEEDING | 2.30 | 1,575.50 |
| 03/13/23 | ADL | EMAIL C. MCMULLAN RE: INSURANCE DEPOSITION SCHEDULE | 0.10 | 68.50 |
| 03/14/23 | ADL | REVIEW MARK UP OF DRAFT RESPONSE TO NAVIGATORS LETTER RE: PRIVILEGE ISSUES | 0.30 | 205.50 |
| 03/14/23 | ADL | ATTEND MEET AND CONFER RE: NATIONAL UNION POLICY STIPULATION | 0.10 | 68.50 |
| 03/14/23 | ADL | EMAILS RE: PRIVILEGE ISSUES | 0.10 | 68.50 |
| 03/16/23 | ADL | ATTEND MEET AND CONFER RE: GULF POLICY STIPULATION | 0.30 | 205.50 |
| 03/17/23 | ADL | ATTEND INSURANCE LITIGATION STRATEGY MEETING | 0.50 | 342.50 |
| 03/21/23 | ADL | REVIEW SWISS RE DISCOVERY LETTER | 0.20 | 137.00 |
| 03/21/23 | ADL | REVIEW INSURANCE LITIGATION STRATEGY MEMO | 0.30 | 205.50 |
| 03/21/23 | ADL | REVIEW SWISS RE DISCOVERY LETTER | 0.30 | 205.50 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  944387 |
| | Client/Matter No. 60810-0001 | April 6, 2023 |
| | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/21/23 | ADL | INSURANCE DISCOVERY EMAILS | 0.30 | 205.50 |
| 03/22/23 | ADL | ATTEND INSURANCE LITIGATION STRATEGY CALL | 0.50 | 342.50 |
| 03/23/23 | ADL | REVIEW RESPONSE TO LIBERTY MUTUAL 30(B)(6) LETTER | 0.60 | 411.00 |
| 03/24/23 | ADL | EMAILS RE: INSURANCE LITIGATION STRATEGY | 0.20 | 137.00 |
| 03/24/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.60 | 1,781.00 |
| 03/27/23 | ADL | REVIEW TIG AMENDED STATEMENT OF CLAIM | 1.80 | 1,233.00 |
| 03/27/23 | ADL | REVIEW EXHIBITS TO AMENDED STATEMENT OF CLAIM | 3.40 | 2,329.00 |
| 03/27/23 | JRA | EMAIL WITH A. CRAWFORD AND GILBERT RE AMENDED STATEMENT OF CLAIM | 0.10 | 74.00 |
| 03/27/23 | ADL | REVIEW CLAIMS REPORT | 0.10 | 68.50 |
| 03/27/23 | ADL | REVIEW NAVIGATORS SECOND AMENDED ANSWER TO INSURANCE COMPLAINT | 0.50 | 342.50 |
| 03/28/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.50 | 1,027.50 |
| 03/28/23 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.10 | 2,123.50 |
| 03/28/23 | ADL | EMAILS RE: INSURANCE DISCOVERY ISSUES | 0.20 | 137.00 |
| 03/29/23 | ADL | REVIEW DRAFT RESPONSE TO LIBERTY MUTUAL DISCOVERY REQUESTS | 0.40 | 274.00 |
| 03/29/23 | JRA | REVIEW SHOOK LETTER | 0.20 | 148.00 |
| 03/29/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.30 | 890.50 |
| 03/30/23 | ADL | ATTEND CALL WITH INSURERS RE: INSURANCE LITIGATION ISSUES | 0.30 | 205.50 |
| 03/30/23 | ADL | REVIEW DRAFT OF LIBERTY MUTUAL DOCUMENT REQUESTS | 0.30 | 205.50 |
| 03/31/23 | JRA | REVIEW WILLIE DISCOVERY LETTER | 0.20 | 148.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS                                    2.10      1,328.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/21/23 | JRA | CORRESPOND WITH A. DELEO RE TODAY'S HEARING | 0.40 | 296.00 |
| 03/21/23 | ADL | CALL WITH J. ALBERTO RE: 3-21 HEARING | 0.10 | 68.50 |
| 03/21/23 | ADL | REVIEW DOCUMENTS AND PREPARE FOR 3-21 HEARING | 0.70 | 479.50 |
| 03/21/23 | ADL | ATTEND 3-21 HEARING | 0.50 | 342.50 |
| 03/21/23 | LSM | ASSIST WITH HEARING PREPARATIONS FOR MARCH 21, 2023 HEARING | 0.40 | 142.00 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS                  31.20    16,602.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/01/23 | ADL | ATTEND DEPOSITION OF ERIN OSBOURNE | 3.10 | 2,123.50 |
| 03/01/23 | ADL | POST-DEPOSITION MEETINGS | 0.60 | 411.00 |

COLE SCHOTZ P.C.

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  944387
         Client/Matter No. 60810-0001                                          April 6, 2023
                                                                                     Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/01/23 | ADL | REVIEW OSBOURNE DEPOSITION OUTLINE AND OTHERWISE PREPARE FOR DEPOSITION | 2.50 | 1,712.50 |
| 03/01/23 | ADL | ATTEND DEPOSITION PREP MEETING | 1.60 | 1,096.00 |
| 03/01/23 | CDM | ATTEND DEPOSITION OF ERIN OSBORNE FOR NA ELITE. | 0.70 | 262.50 |
| 03/01/23 | CDM | ATTEND DEPOSITION OF ERIN OSBORNE FOR NA ELITE. | 1.20 | 450.00 |
| 03/01/23 | CDM | ATTEND DEPOSITION OF ERIN OSBORNE FOR NA ELITE. | 0.50 | 187.50 |
| 03/01/23 | CDM | DRAFT SUMMARY OF DEPOSITION OF ERIN OSBORNE FOR NA ELITE. | 2.80 | 1,050.00 |
| 03/01/23 | CDM | REVIEW NOTES RE: DEPOSITION OF ERIN OSBORNE FOR NA ELITE. | 0.80 | 300.00 |
| 03/01/23 | JRA | CONFER WITH A. DELEO RE UPCOMING DEPS | 0.20 | 148.00 |
| 03/01/23 | JRA | EMAILS WITH A. DELEO RE DEPS | 0.20 | 148.00 |
| 03/02/23 | JRA | EMAILS WITH A. DELEO AND D. WINDSCHEFFEL RE DEPOSITION REPORT | 0.10 | 74.00 |
| 03/02/23 | ADL | REVIEW MORIN DEPOSITION OUTLINE | 2.70 | 1,849.50 |
| 03/02/23 | JRA | REVIEW OSBORNE DEP REPORT | 0.20 | 148.00 |
| 03/02/23 | JMD | REVIEW EMAILS FROM A. DELEO RE: ASPEN DEPOSITION AND ATTENDANCE AT SAME | 0.10 | 40.00 |
| 03/02/23 | JMD | REVIEW NOTES RE: DEPOSITION OF PHYLLIS MORIN AND EMAIL SAME TO C. MCMULLAN | 0.30 | 120.00 |
| 03/02/23 | JMD | ATTEND DEPOSITION OF PHYLLIS MORIN AND TAKE NOTES RE: SAME | 2.90 | 1,160.00 |
| 03/02/23 | ADL | CALL WITH C. MCMULLAN RE: INSURANCE DEPOSITIONS | 0.40 | 274.00 |
| 03/02/23 | ADL | REVISE OSBOURNE DEPOSITION REPORT | 1.10 | 753.50 |
| 03/02/23 | CDM | REVIEW NOTES FROM DEPOSITION OF PHYLLIS MORIN FOR ASPEN. | 0.90 | 337.50 |
| 03/02/23 | CDM | CONFER W/ A. DE LEO RE: INSURANCE DEPOSITIONS. | 0.40 | 150.00 |
| 03/02/23 | CDM | ATTEND DEPOSITION OF PHYLIS MORIN FOR ASPEN. | 3.00 | 1,125.00 |
| 03/03/23 | CDM | DRAFT SUMMARY RE: DEPOSITION OF PHYLLIS MORIN | 2.30 | 862.50 |
| 03/03/23 | ADL | REVIEW AND COMMENT ON MORIN DEPOSITION REPORT | 0.60 | 411.00 |
| 03/06/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 03/07/23 | JRA | EMAILS WITH GILBERT AND INSURERS RE DEPOSITIONS | 0.20 | 148.00 |
| 03/10/23 | JRA | REVIEW UPDATE DEPOSITION CHART | 0.10 | 74.00 |
| 03/14/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 03/14/23 | ADL | REVIEW LIBERTY MUTUAL 30(B)(6) LETTER | 0.30 | 205.50 |
| 03/24/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 03/27/23 | JRA | EMAIL WITH A. DELEO RE DEPOSITION | 0.10 | 74.00 |
| 03/27/23 | ADL | REVIEW SUPPLEMENTAL ODARCZENKO DEPOSITION NOTICE; EMAIL PLAINTIFFS TEAMS RE: SAME | 0.20 | 137.00 |
| 03/28/23 | JRA | EMAILS WITH A. DELEO (.1) AND T/C (.1) WITH A. DELEO RE DEPS | 0.20 | 148.00 |
| 03/28/23 | ADL | REVIEW STEADFAST 30(B)(6) LETTER | 0.40 | 274.00 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  944387 |
| | Client/Matter No. 60810-0001 | April 6, 2023 |
| | | Page 7 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/29/23 | JRA | CORRESPOND WITH A. DELEO RE DEPS | 0.10 | 74.00 |
| | | TOTAL HOURS | 88.40 | |

| | | |
|---|---|---|
| PROFESSIONAL SERVICES: | | $51,995.00 |
| COURTESY DISCOUNT: | | $(5,199.50) |
| ADJUSTED PROFESSIONAL SERVICES: | | $46,795.50 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 52.40 | 685.00 | 35,894.00 |
| Conor D. McMullan | Associate | 13.20 | 375.00 | 4,950.00 |
| Jack M. Dougherty | Associate | 8.90 | 400.00 | 3,560.00 |
| Justin R. Alberto | Member | 6.90 | 740.00 | 5,106.00 |
| Morton, Larry | Paralegal | 7.00 | 355.00 | 2,485.00 |
| | **Total** | **88.40** | | **$51,995.00** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 03/22/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 03/22/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| | **Total** | | **$3.00** |

| | | |
|---|---|---|
| TOTAL SERVICES AND COSTS: | $ | 46,798.50 |

**EXHIBIT D**

**EXPENSE SUMMARY**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopy/Printing/Scanning | | $3.00 |
| **TOTAL** | | **$3.00** |

**EXHIBIT E**

**Expense Detail**

**COLE SCHOTZ P.C.**

| | | | | | |
|---|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number | 944387 |
| | Client/Matter No. 60810-0001 | | | | April 6, 2023 |
| | | | | | Page 7 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/29/23 | JRA | CORRESPOND WITH A. DELEO RE DEPS | 0.10 | 74.00 |
| | | TOTAL HOURS | 88.40 | |

| | |
|---|---|
| PROFESSIONAL SERVICES: | $51,995.00 |
| COURTESY DISCOUNT: | $(5,199.50) |
| ADJUSTED PROFESSIONAL SERVICES: | $46,795.50 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 52.40 | 685.00 | 35,894.00 |
| Conor D. McMullan | Associate | 13.20 | 375.00 | 4,950.00 |
| Jack M. Dougherty | Associate | 8.90 | 400.00 | 3,560.00 |
| Justin R. Alberto | Member | 6.90 | 740.00 | 5,106.00 |
| Morton, Larry | Paralegal | 7.00 | 355.00 | 2,485.00 |
| | **Total** | **88.40** | | **$51,995.00** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 03/20/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 03/22/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 03/22/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| | **Total** | | **$3.00** |

| | | |
|---|---|---|
| TOTAL SERVICES AND COSTS: | $ | 46,798.50 |