**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FORTY-SECOND MONTHLY FEE AND EXPENSE STATEMENT OF PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*,**
**FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| **Name of Applicant:** | **Province, LLC**[2] Financial Advisor to the Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | March 1, 2023 through and including March 31, 2023 |
| Fees Incurred: | $180,420.20[3] |
| Less 20% Holdback: | $36,084.04 |
| Fees Requested in this Statement: | $144,336.16 |
| Expenses Incurred: | $369.00 |
| Total Fees and Expenses Requested in This Statement: | $144,705.16 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from March 1, 2023 through March 31, 2023 reflect a voluntary discount of $9,495.80.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al*. (collectively, the "Debtors"), hereby submits its Forty-Second Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of March 1, 2023 through March 31, 2023 (the "Statement Period") for (i) compensation in the amount of $144,336.16, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $180,420.20) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $369.00.

**Itemization of Services Rendered and Expenses Incurred**

1.  In support of this Monthly Fee Statement, attached are the following exhibits:

    - Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

    - Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were (a) $803.37/hour for all Timekeepers, and (b) $806.32/hour for all professionals.[4]

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $9,495.80.

2

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

**Total Fees and Expenses Sought for The Statement Period**

2.  The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Fees | $180,420.20 |
|---|---|
| Disbursements | $369.00 |
| **Total** | **$180,789.20** |

**Notice and Objection Procedures**

3.  Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4.  Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on June 15, 2023 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5.  If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6.  If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$144,705.16** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: June 1, 2023

By:  */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 129.2 | $108,660.00 |
| Claims Analysis and Objections | 51.6 | $31,122.00 |
| Committee Activities | 22.8 | $22,183.00 |
| Court Filings | 0.2 | $164.00 |
| Court Hearings | 0.5 | $410.00 |
| Fee/Employment Applications | 3.4 | $2,073.00 |
| Litigation | 24.7 | $21,048.00 |
| Plan and Disclosure Statement | 3.3 | $3,332.00 |
| Sale Process | 0.7 | $924.00 |
| **Subtotal** | **236.4** | **$189,916.00** |
| **Voluntary Discount** | | **($9,495.80)** |
| **Grand Total** | **236.4** | **$180,420.20** |

## EXHIBIT B

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,320 | 45.5 | $60,060.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $1,030 | 9.4 | $9,682.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $980 | 6.1 | $5,978.00 |
| Eunice Min | Senior Director – Corporate restructuring and business valuations since 2012. | $820 | 39.1 | $32,062.00 |
| James Bland | Director – Financial analysis and management consulting since 2016. | $780 | 3.8 | $2,964.00 |
| Christian Klawunder, CFA | Director – Investment banking. | $740 | 24.3 | $17,982.00 |
| Raul Busto | Vice President - Data analytics. | $680 | 7.9 | $5,372.00 |
| Mitchell Boal, CFA | Senior Associate - Financial and data analytics. | $570 | 36.1 | $20,577.00 |
| Byron Groth | Senior Associate - Corporate restructuring. Data analytics since 2006. | $560 | 5.1 | $2,856.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $560 | 56.4 | $31,584.00 |
| Leonardo Kim | Analyst | $320 | 1.4 | $448.00 |
| | **Subtotal** | | **235.1** | **$189,565.00** |
| | **Blended Rate for Professionals** | **$806.32** | | |
| **Para Professionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | | $270 | 1.3 | $351.00 |
| | **Subtotal** | | **1.3** | **$351.00** |
| | | | Fee Statement Hours | Total Compensation |
| | **Subtotal** | | **236.4** | **$189,916.00** |
| | **Blended Rate for all Timekeepers** | **$803.37** | | |
| | **Voluntary Discount** | | | **($9,495.80)** |
| | **Grand Total** | | **236.4** | **$180,420.20** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| **Expense Category** | **Description** | **Total Expenses** |
|---|---|---|
| Miscellaneous | Research fees. | $369.00 |
| **Total Expenses** | | **$369.00** |

**EXHIBIT D**

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/1/2023 | Mitchell Boal | Revised HRT expense update excel file for internal presentation. | Business Analysis / Operations | 1.10 | 570.00 | $627.00 |
| 3/1/2023 | Mitchell Boal | Created slide re: HRT expense update and added related commentary. | Business Analysis / Operations | 1.40 | 570.00 | $798.00 |
| 3/1/2023 | Mitchell Boal | Began updating internal cash flow analysis model with prior 4 monthly flash report files. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 3/1/2023 | Eunice Min | Research on potential interested party. | Business Analysis / Operations | 0.90 | 820.00 | $738.00 |
| 3/1/2023 | Mitchell Boal | Continued analysis of monthly flash reports and budget updates for financial update presentation. | Business Analysis / Operations | 1.30 | 570.00 | $741.00 |
| 3/1/2023 | Timothy Strickler | Continued revising analysis of non-litigation claims filed to date. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 3/1/2023 | Raul Busto | Review developments of third-party releases. | Litigation | 0.80 | 680.00 | $544.00 |
| 3/1/2023 | Eunice Min | Revise draft slide on naloxone partner funding request for committee. | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 3/2/2023 | Mitchell Boal | Formatted financial update presentation deck per internal comments. | Business Analysis / Operations | 0.60 | 570.00 | $342.00 |
| 3/2/2023 | Michael Atkinson | Committee call | Committee Activities | 0.40 | 1,320.00 | $528.00 |
| 3/2/2023 | Mitchell Boal | Analyzed last four cash flow updates from the Debtors and updated internal model and presentation deck accordingly. | Business Analysis / Operations | 2.30 | 570.00 | $1,311.00 |
| 3/2/2023 | Michael Atkinson | Review and prepare for committee call | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 3/2/2023 | Mitchell Boal | Created financial update presentation deck leveraging newest cash flow update information from the Debtors. | Business Analysis / Operations | 1.60 | 570.00 | $912.00 |
| 3/2/2023 | Eunice Min | Analyze branded opioid projection scenarios (high/low/base cases) | Business Analysis / Operations | 2.30 | 820.00 | $1,886.00 |
| 3/2/2023 | Christian Klawunder | Analyzed discovery requests for insurance adversary proceeding. | Litigation | 0.80 | 740.00 | $592.00 |
| 3/2/2023 | Jason Crockett | Prepare financial information summary in advance of Committee call. | Committee Activities | 0.80 | 1,030.00 | $824.00 |
| 3/2/2023 | Mitchell Boal | Analyzed consolidated and segment P&L for September, October, and November in order to update financial update presentation deck. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 3/2/2023 | Mitchell Boal | Analyzed 4-week variance of actuals vs forecast for inclusion in financial update presentation deck. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 3/2/2023 | Mitchell Boal | Updated latest 13-week forecast from the Debtors for Purdue and Rhodes individually. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 3/2/2023 | Timothy Strickler | Continued revising analysis of litigation claims filed to date. | Claims Analysis and Objections | 2.40 | 560.00 | $1,344.00 |
| 3/2/2023 | Jason Crockett | Analyze business operations performance and with respect to HRT funding needs. | Business Analysis / Operations | 1.10 | 1,030.00 | $1,133.00 |
| 3/2/2023 | Eunice Min | Participate in committee meeting. | Committee Activities | 0.50 | 820.00 | $410.00 |
| 3/2/2023 | Mitchell Boal | Analyzed last four monthly flash reports and updated internal models with relevant data. | Business Analysis / Operations | 1.80 | 570.00 | $1,026.00 |
| 3/2/2023 | Eunice Min | Draft update for UCC on funding request for naloxone partner. | Business Analysis / Operations | 1.10 | 820.00 | $902.00 |
| 3/3/2023 | Christian Klawunder | Evaluated memo from counsel regarding non-consensual third party releases. | Litigation | 1.60 | 740.00 | $1,184.00 |
| 3/3/2023 | Mitchell Boal | Analyzed last 3 weekly cash flow financial updates from the Debtor, and updated | Business Analysis / Operations | 1.80 | 570.00 | $1,026.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| | | internal model and PowerPoint presentation deck accordingly. | | | | |
| 3/3/2023 | Stilian Morrison | Review updated prescription data tracker | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 3/3/2023 | Mitchell Boal | Formatted underlying model of weekly cash flow and budget variance report for presentation into financial update deck. | Business Analysis / Operations | 0.70 | 570.00 | $399.00 |
| 3/3/2023 | Mitchell Boal | Analyzed oxycodone market share historically and currently, looking at change over time for inclusion in financial update presentation. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 3/3/2023 | Mitchell Boal | Analyzed last 3 monthly flash reports and updated internal model accordingly. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 3/3/2023 | Christian Klawunder | Analyzed debtors' budget for HRT. | Business Analysis / Operations | 0.90 | 740.00 | $666.00 |
| 3/3/2023 | Mitchell Boal | Formatted weekly cash flow financial update presentation per internal guidelines. | Business Analysis / Operations | 0.40 | 570.00 | $228.00 |
| 3/3/2023 | Michael Atkinson | Review 3rd circuit ruling | Plan and Disclosure Statement | 0.40 | 1,320.00 | $528.00 |
| 3/4/2023 | Stilian Morrison | Analyze December 2022 monthly report | Business Analysis / Operations | 0.50 | 980.00 | $490.00 |
| 3/4/2023 | Stilian Morrison | Analyze Avrio Health 10-year plan | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |
| 3/4/2023 | Christian Klawunder | Evaluated debtors' forecasted expenses for funding agreement. | Business Analysis / Operations | 1.40 | 740.00 | $1,036.00 |
| 3/4/2023 | Michael Atkinson | Review and research insurance questions for counsel | Litigation | 2.40 | 1,320.00 | $3,168.00 |
| 3/4/2023 | Stilian Morrison | Analyze cash flow distributions bridge from July 2022 latest estimate to December 2022 business plan | Business Analysis / Operations | 0.60 | 980.00 | $588.00 |
| 3/4/2023 | Stilian Morrison | Analyze updated Rhodes pipeline information | Business Analysis / Operations | 0.50 | 980.00 | $490.00 |
| 3/4/2023 | Stilian Morrison | Analyze weekly cash reporting | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 3/4/2023 | Michael Atkinson | Review and analyze Sackler asset issue for counsel | Plan and Disclosure Statement | 1.30 | 1,320.00 | $1,716.00 |
| 3/5/2023 | Raul Busto | Review 2023 plan backup. | Plan and Disclosure Statement | 1.60 | 680.00 | $1,088.00 |
| 3/6/2023 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.40 | 560.00 | $224.00 |
| 3/6/2023 | Timothy Strickler | Reviewed and analyzed claims reports received from claims agent. | Claims Analysis and Objections | 1.20 | 560.00 | $672.00 |
| 3/6/2023 | Stilian Morrison | Review financial update sent to committee | Committee Activities | 0.40 | 980.00 | $392.00 |
| 3/6/2023 | Mitchell Boal | Updated the weekly cash flow tracker with past 3 cash flow updates data, analyzing variance between periods. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 3/6/2023 | Stilian Morrison | Analyze Rhodes pipeline information | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 3/6/2023 | Michael Atkinson | Review and analyze insurance issues for counsel | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 3/6/2023 | Timothy Strickler | Imported current claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 1.90 | 560.00 | $1,064.00 |
| 3/6/2023 | Jason Crockett | Review of recent operating and financial performance and prepare points for UCC call. | Business Analysis / Operations | 1.20 | 1,030.00 | $1,236.00 |
| 3/6/2023 | Eunice Min | Review support from debtors related to final 2022 performance scoring. | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 3/6/2023 | Eunice Min | Review debtors' responses to question on HRT funding | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |

2

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/6/2023 | Mitchell Boal | Formatted financial update presentation based on weekly cash flow data per internal guidelines. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 3/7/2023 | Michael Atkinson | Review scorecard and reach out to states FA regarding. | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 3/7/2023 | Timothy Strickler | Updated/revised claims summary and detail schedules. | Claims Analysis and Objections | 2.30 | 560.00 | $1,288.00 |
| 3/7/2023 | Michael Atkinson | Call with debtor FA's | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 3/7/2023 | Eunice Min | Review and revise January fee statement | Fee / Employment Applications | 1.20 | 820.00 | $984.00 |
| 3/7/2023 | Christian Klawunder | Prepared response to shareholders' FA regarding diligence requests | Litigation | 0.30 | 740.00 | $222.00 |
| 3/7/2023 | Eunice Min | Participate on bi-weekly FA update call with debtors and states. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 3/7/2023 | Christian Klawunder | Analyzed business update from debtors' FA. | Business Analysis / Operations | 1.60 | 740.00 | $1,184.00 |
| 3/7/2023 | Michael Atkinson | Update counsel on call with debtor FA's | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 3/8/2023 | Michael Atkinson | Review and analyze scorecard and bonuses | Business Analysis / Operations | 2.40 | 1,320.00 | $3,168.00 |
| 3/8/2023 | Eunice Min | Analyze proposed 2023 scorecard and prepare comments. | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 3/9/2023 | Stilian Morrison | Review contingency liability accounting for bankruptcy settlement on latest reported balance sheet | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 3/9/2023 | Raul Busto | Review insurance response letters. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 3/9/2023 | Mitchell Boal | Created slides regarding the December monthly flash report for financials on each segment to include in financial update presentation. | Business Analysis / Operations | 1.30 | 570.00 | $741.00 |
| 3/9/2023 | Michael Atkinson | Review and analyze scorecard materials for committee | Business Analysis / Operations | 2.20 | 1,320.00 | $2,904.00 |
| 3/9/2023 | Timothy Strickler | Updated claims information in claims database. | Claims Analysis and Objections | 1.20 | 560.00 | $672.00 |
| 3/9/2023 | Raul Busto | Review insurance issues and recommendations. | Litigation | 2.10 | 680.00 | $1,428.00 |
| 3/9/2023 | Mitchell Boal | Updated financial model with December flash report data for inclusion in financial update deck. | Business Analysis / Operations | 1.70 | 570.00 | $969.00 |
| 3/9/2023 | Mitchell Boal | Formatted internal cash flow model after inclusion of December flash report. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 3/10/2023 | Stilian Morrison | Review weekly cash reporting | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 3/10/2023 | Stilian Morrison | Review latest cash forecast | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 3/10/2023 | Stilian Morrison | Review weekly and monthly sales by product | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 3/10/2023 | Stilian Morrison | Review latest branded opioid extended-release prescription data | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 3/10/2023 | Raul Busto | Spread professional fee statements. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 3/10/2023 | Raul Busto | Draft notes on counsel's insurance proceedings update. | Litigation | 1.20 | 680.00 | $816.00 |
| 3/10/2023 | Christian Klawunder | Analyzed present value of settlement contributions accounting for risk under various scenarios. | Litigation | 0.90 | 740.00 | $666.00 |
| 3/10/2023 | Leonardo Kim | Reconciled and updated fee tracker | Business Analysis / Operations | 1.40 | 320.00 | $448.00 |
| 3/10/2023 | Christian Klawunder | Reviewed and analyzed business update from debtors' FA. | Business Analysis / Operations | 0.40 | 740.00 | $296.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/10/2023 | Stilian Morrison | Review Harm Reduction Therapeutics update | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 3/10/2023 | Raul Busto | Review HRT update. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 3/10/2023 | Christian Klawunder | Evaluated default risks of certain settlement parties. | Litigation | 0.80 | 740.00 | $592.00 |
| 3/11/2023 | Michael Atkinson | Review and analyze materials and analysis for counsel related to insurance litigation | Business Analysis / Operations | 2.90 | 1,320.00 | $3,828.00 |
| 3/11/2023 | Christian Klawunder | Created graph showing equity analysts' estimates of debtors' liability. | Litigation | 0.90 | 740.00 | $666.00 |
| 3/11/2023 | Eunice Min | Review final 2022 scorecard. | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 3/12/2023 | Jason Crockett | Prepare update materials for committee regarding claims filed by class and type. | Committee Activities | 1.60 | 1,030.00 | $1,648.00 |
| 3/12/2023 | Michael Atkinson | Review and analyze scorecard and follow up with counsel regarding | Business Analysis / Operations | 1.50 | 1,320.00 | $1,980.00 |
| 3/12/2023 | Michael Atkinson | Review and analyze materials for committee regarding scorecard payments for 2022 | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 3/12/2023 | Jason Crockett | Review and analyze most recent claims report and comparison to previous reporting. | Claims Analysis and Objections | 1.40 | 1,030.00 | $1,442.00 |
| 3/12/2023 | Eunice Min | Analyze generic ANDA sale motion. | Business Analysis / Operations | 0.90 | 820.00 | $738.00 |
| 3/13/2023 | Timothy Strickler | Imported updated claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 3/13/2023 | Timothy Strickler | Reviewed/analyzed claims schedules received from claims agent. | Claims Analysis and Objections | 1.40 | 560.00 | $784.00 |
| 3/13/2023 | Timothy Strickler | Reviewed recently filed POCs. | Claims Analysis and Objections | 0.40 | 560.00 | $224.00 |
| 3/13/2023 | Michael Atkinson | Call with UCC insurance counsel regarding insurance | Litigation | 0.50 | 1,320.00 | $660.00 |
| 3/13/2023 | Michael Atkinson | Review and analyze claims update for counsel | Claims Analysis and Objections | 0.90 | 1,320.00 | $1,188.00 |
| 3/14/2023 | Eunice Min | Revise and update professional fee tracker. | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 3/14/2023 | Stilian Morrison | Review summary of personal injury claims filed versus objections | Claims Analysis and Objections | 0.30 | 980.00 | $294.00 |
| 3/14/2023 | Michael Atkinson | Review projections for committee presentation | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 3/14/2023 | Timothy Strickler | Updated analysis of litigation claims. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 3/15/2023 | Timothy Strickler | Continued updating analysis of litigation claims. | Claims Analysis and Objections | 1.90 | 560.00 | $1,064.00 |
| 3/15/2023 | Michael Atkinson | Call with debtor regarding sales process | Sale Process | 0.40 | 1,320.00 | $528.00 |
| 3/15/2023 | Michael Atkinson | Call regarding insurance with UCC member | Committee Activities | 0.50 | 1,320.00 | $660.00 |
| 3/15/2023 | Timothy Strickler | Reviewed claims-related filings on docket. | Claims Analysis and Objections | 0.80 | 560.00 | $448.00 |
| 3/15/2023 | Michael Atkinson | Review Insurance email for committee | Committee Activities | 0.60 | 1,320.00 | $792.00 |
| 3/15/2023 | Michael Atkinson | Update counsel on sales process | Sale Process | 0.30 | 1,320.00 | $396.00 |
| 3/16/2023 | Eunice Min | Analyze proposed 2023 scorecard and draft follow up points. | Business Analysis / Operations | 1.40 | 820.00 | $1,148.00 |
| 3/16/2023 | Michael Atkinson | Committee call | Committee Activities | 0.60 | 1,320.00 | $792.00 |
| 3/16/2023 | Timothy Strickler | Updated analysis of non-litigation claims. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 3/16/2023 | Jason Crockett | Review of update from counsel regarding various insurance issues of interest to Committee. | Committee Activities | 1.20 | 1,030.00 | $1,236.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/16/2023 | Christian Klawunder | Reviewed memo from counsel regarding insurance adversary proceeding. | Committee Activities | 1.10 | 740.00 | $814.00 |
| 3/16/2023 | James Bland | Analyzed pre-petition settlement with OK | Claims Analysis and Objections | 1.00 | 780.00 | $780.00 |
| 3/16/2023 | James Bland | Assisted M. Atkinson in preparing for committee call | Committee Activities | 0.50 | 780.00 | $390.00 |
| 3/17/2023 | Eunice Min | Analyze weekly sales data by product and recent trends. | Business Analysis / Operations | 1.90 | 820.00 | $1,558.00 |
| 3/17/2023 | Michael Atkinson | Review and analyze insurance litigation questions for counsel | Litigation | 1.50 | 1,320.00 | $1,980.00 |
| 3/17/2023 | Michael Atkinson | Review and analyze scorecard and send questions to debtors | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 3/17/2023 | Timothy Strickler | Updated analysis of non-litigation claims. | Claims Analysis and Objections | 1.80 | 560.00 | $1,008.00 |
| 3/17/2023 | Stilian Morrison | Review weekly cash reporting | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 3/19/2023 | Michael Atkinson | Review and analyze scorecard and questions for debtor | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 3/19/2023 | Jason Crockett | Analyze recent cash flow and operational performance for committee financial update. | Committee Activities | 0.90 | 1,030.00 | $927.00 |
| 3/19/2023 | Michael Atkinson | Review and analyze various sales projection scenarios related to patent litigation | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 3/20/2023 | Mitchell Boal | Analyzed newest budget and variance report and spread financials into existing internal excel model. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 3/20/2023 | Mitchell Boal | Created slides for cash flow update based on newest budget variance report. | Business Analysis / Operations | 1.70 | 570.00 | $969.00 |
| 3/20/2023 | Mitchell Boal | Revised cash flow update deck per internal guidelines. | Business Analysis / Operations | 1.00 | 570.00 | $570.00 |
| 3/20/2023 | Christian Klawunder | Analyzed latest dollar amount of asserted claim report. | Claims Analysis and Objections | 0.60 | 740.00 | $444.00 |
| 3/20/2023 | Mitchell Boal | Created weekly cash flow variance slide for the consolidated entity. | Business Analysis / Operations | 0.30 | 570.00 | $171.00 |
| 3/20/2023 | Eunice Min | Review proposed omnibus order for interim fees for Province | Court Filings | 0.20 | 820.00 | $164.00 |
| 3/20/2023 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.40 | 560.00 | $224.00 |
| 3/20/2023 | Timothy Strickler | Reviewed and analyzed claims schedules from claims agent. | Claims Analysis and Objections | 1.50 | 560.00 | $840.00 |
| 3/20/2023 | Mitchell Boal | Analyzed market share of branded opioid historically for financial update deck. | Business Analysis / Operations | 1.80 | 570.00 | $1,026.00 |
| 3/20/2023 | Timothy Strickler | Imported current claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.20 | 560.00 | $1,232.00 |
| 3/20/2023 | Christian Klawunder | Reviewed and analyzed insurance adversary proceeding issues list. | Litigation | 0.80 | 740.00 | $592.00 |
| 3/20/2023 | Mitchell Boal | Analyzed Rhodes weekly cash flow report, noting variances between actuals and budget. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 3/20/2023 | Mitchell Boal | Analyzed IAC receipts and disbursements from latest cash flow report. | Business Analysis / Operations | 0.30 | 570.00 | $171.00 |
| 3/20/2023 | Mitchell Boal | Spread consolidated 13-week cash flow forecast data. | Business Analysis / Operations | 1.10 | 570.00 | $627.00 |
| 3/21/2023 | Eunice Min | Review and revise cash flow tracking file and revise financial update for committee | Committee Activities | 1.50 | 820.00 | $1,230.00 |
| 3/21/2023 | Mitchell Boal | Analyzed latest cash flow results relative to budget for financial update deck. | Business Analysis / Operations | 0.30 | 570.00 | $171.00 |
| 3/21/2023 | Eunice Min | Participate on bi-weekly FA update call. | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 3/21/2023 | Mitchell Boal | Corrected variance analysis slides of financial update per internal comments. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |

5

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/21/2023 | Michael Atkinson | Call with debtors' FA regarding scorecard and sales process | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 3/21/2023 | Christian Klawunder | Hearing regarding among other things United States of America's Motion to Dismiss the Adversary Complaint. | Litigation | 1.20 | 740.00 | $888.00 |
| 3/21/2023 | Michael Atkinson | Review and analyze financial update for committee | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 3/21/2023 | Timothy Strickler | Updated analysis identifying duplicate and amended claims. | Claims Analysis and Objections | 2.40 | 560.00 | $1,344.00 |
| 3/21/2023 | Eunice Min | Research comparable cases involving special transaction bonuses. | Business Analysis / Operations | 1.00 | 820.00 | $820.00 |
| 3/21/2023 | Mitchell Boal | Continued correcting financial update deck per internal comments. | Business Analysis / Operations | 0.30 | 570.00 | $171.00 |
| 3/21/2023 | Eunice Min | Research comparable cases involving special transaction bonuses. | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 3/21/2023 | Eunice Min | Draft update for M. Atkinson and counsel on updates from FA call and approval requests of UCC | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 3/21/2023 | Eunice Min | Attend hearing on tenth interim fee applications. | Court Hearings | 0.50 | 820.00 | $410.00 |
| 3/22/2023 | Michael Atkinson | Review and analyze scorecard analysis for committee | Business Analysis / Operations | 2.60 | 1,320.00 | $3,432.00 |
| 3/22/2023 | Byron Groth | Analyzed issues surrounding certain II-way entity | Business Analysis / Operations | 2.30 | 560.00 | $1,288.00 |
| 3/22/2023 | Mitchell Boal | Updated variance slides within cash flow update per internal correction. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 3/22/2023 | Stilian Morrison | Review proposed scorecard for 2023 KEIP and KERP | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 3/22/2023 | Christian Klawunder | Analyzed organizational structure of debtors and their shareholder entities. | Litigation | 1.80 | 740.00 | $1,332.00 |
| 3/22/2023 | Christian Klawunder | Evaluated ownership of debtor real estate. | Litigation | 2.20 | 740.00 | $1,628.00 |
| 3/22/2023 | Christian Klawunder | Continued to analyze org structure given proposed changes to pledgor entities. | Litigation | 0.80 | 740.00 | $592.00 |
| 3/22/2023 | Byron Groth | Prepared communications for Committee counsel regarding certain II-way entity | Committee Activities | 0.90 | 560.00 | $504.00 |
| 3/22/2023 | Eunice Min | Prepare slides for committee on proposed scorecard. | Committee Activities | 1.30 | 820.00 | $1,066.00 |
| 3/22/2023 | Mitchell Boal | Analyzed IAC transfers and disbursements data for weekly cash flow report. | Business Analysis / Operations | 0.40 | 570.00 | $228.00 |
| 3/22/2023 | Eunice Min | Analyze responses from debtors related to scorecard. | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 3/22/2023 | Eunice Min | Prepare market participant and non-market participant versions of slides for committee on proposed scorecard. | Committee Activities | 1.60 | 820.00 | $1,312.00 |
| 3/22/2023 | Michael Atkinson | Review research on recent developments related to a Sackler II way entity | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 3/23/2023 | Timothy Strickler | Updated schedule analyzing amended and duplicate claims. | Claims Analysis and Objections | 2.60 | 560.00 | $1,456.00 |
| 3/23/2023 | Eunice Min | Participate on committee call regarding financial update and scorecard. | Committee Activities | 0.40 | 820.00 | $328.00 |
| 3/23/2023 | Michael Atkinson | Review and analyze materials for committee call | Committee Activities | 1.20 | 1,320.00 | $1,584.00 |
| 3/23/2023 | Mitchell Boal | Analyzed latest monthly flash report relative to prior, noting variances for financial update deck. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 3/23/2023 | Eunice Min | Analyze scorecard responses, including steps for bankruptcy emergence. | Business Analysis / Operations | 1.20 | 820.00 | $984.00 |
| 3/23/2023 | Jason Crockett | Review of financial update and talking points in advance of UCC call. | Business Analysis / Operations | 1.20 | 1,030.00 | $1,236.00 |
| 3/23/2023 | Michael Atkinson | Committee call | Committee Activities | 0.30 | 1,320.00 | $396.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/23/2023 | Michael Atkinson | Coordinate with states regarding scorecard | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 3/23/2023 | Eunice Min | Prepare to give financial update and presentation. | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 3/23/2023 | Eunice Min | Perform additional research on certain II-way entity and latest developments related to same and potential impact to debtors' arrangement with same. | Business Analysis / Operations | 1.50 | 820.00 | $1,230.00 |
| 3/23/2023 | Michael Atkinson | Review materials provided by the debtor on the scorecard and prepare presentation | Business Analysis / Operations | 1.70 | 1,320.00 | $2,244.00 |
| 3/23/2023 | Timothy Strickler | Updated schedules analyzing non-litigation claims. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 3/24/2023 | Timothy Strickler | Updated claims summary and detail schedules. | Claims Analysis and Objections | 1.40 | 560.00 | $784.00 |
| 3/24/2023 | Michael Atkinson | Review and analyze insurance documents | Litigation | 0.80 | 1,320.00 | $1,056.00 |
| 3/24/2023 | Timothy Strickler | Updated schedules analyzing litigation claims. | Claims Analysis and Objections | 1.90 | 560.00 | $1,064.00 |
| 3/24/2023 | Eunice Min | Review suggestions related to scorecard and draft follow up comments. | Business Analysis / Operations | 0.90 | 820.00 | $738.00 |
| 3/24/2023 | Michael Atkinson | Review and analyze states proposed changes to scorecard and consider debtors budgets and prepare materials for committee | Business Analysis / Operations | 1.50 | 1,320.00 | $1,980.00 |
| 3/25/2023 | Michael Atkinson | Review and analyze materials for committee | Committee Activities | 1.70 | 1,320.00 | $2,244.00 |
| 3/25/2023 | Christian Klawunder | Evaluated debtors' latest monthly reports. | Business Analysis / Operations | 1.60 | 740.00 | $1,184.00 |
| 3/25/2023 | Michael Atkinson | Review and analyze claims update for counsel | Claims Analysis and Objections | 0.40 | 1,320.00 | $528.00 |
| 3/25/2023 | Christian Klawunder | Evaluated summary of depositions for insurance adversary proceeding. | Litigation | 1.20 | 740.00 | $888.00 |
| 3/26/2023 | Eunice Min | Revise consolidated UCC advisors' comments to scorecard changes. | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 3/26/2023 | Michael Atkinson | Review materials for committee | Committee Activities | 1.20 | 1,320.00 | $1,584.00 |
| 3/26/2023 | Christian Klawunder | Reviewed and analyzed summary of claims. | Claims Analysis and Objections | 0.70 | 740.00 | $518.00 |
| 3/27/2023 | Christian Klawunder | Evaluated financial related arguments in recent circuit court rulings for counsel. | Litigation | 0.50 | 740.00 | $370.00 |
| 3/27/2023 | Timothy Strickler | Imported current claims data into database and updated tables and queries for analyses. | Claims Analysis and Objections | 2.30 | 560.00 | $1,288.00 |
| 3/27/2023 | Byron Groth | Analyzed media coverage of opioid litigation. | Committee Activities | 1.30 | 560.00 | $728.00 |
| 3/27/2023 | Christian Klawunder | Reviewed and analyzed complaint in related adversary proceeding for counsel. | Litigation | 1.60 | 740.00 | $1,184.00 |
| 3/27/2023 | Timothy Strickler | Reviewed recently filed proofs of claim. | Claims Analysis and Objections | 0.40 | 560.00 | $224.00 |
| 3/27/2023 | Michael Atkinson | Call with counsel regarding scorecard | Business Analysis / Operations | 0.60 | 1,320.00 | $792.00 |
| 3/27/2023 | Timothy Strickler | Reviewed monthly operating report for April 2022 and updated summary schedule. | Business Analysis / Operations | 1.70 | 560.00 | $952.00 |
| 3/27/2023 | Eric Mattson | Drafted February fee statement (1.2). Emailed to E. Min for review (0.1). | Fee / Employment Applications | 1.30 | 270.00 | $351.00 |
| 3/27/2023 | Christian Klawunder | Analyzed debtors' latest cash flow report. | Business Analysis / Operations | 0.60 | 740.00 | $444.00 |
| 3/27/2023 | Timothy Strickler | Reviewed monthly operating report for May 2022 and updated summary schedule. | Business Analysis / Operations | 1.80 | 560.00 | $1,008.00 |
| 3/27/2023 | Timothy Strickler | Reviewed and analyzed claims schedules from claims agent. | Claims Analysis and Objections | 1.40 | 560.00 | $784.00 |
| 3/27/2023 | Michael Atkinson | Review and analyze scorecard analysis and states views | Business Analysis / Operations | 1.60 | 1,320.00 | $2,112.00 |

7

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 3/28/2023 | Eunice Min | Correspondence with M. Atkinson related to scorecard. | Business Analysis / Operations | 0.30 | 820.00 | $246.00 |
| 3/28/2023 | Timothy Strickler | Reviewed monthly operating report for August 2022 and updated summary schedule. | Business Analysis / Operations | 1.60 | 560.00 | $896.00 |
| 3/28/2023 | Timothy Strickler | Reviewed monthly operating report for July 2022 and updated summary schedule. | Business Analysis / Operations | 1.60 | 560.00 | $896.00 |
| 3/28/2023 | Timothy Strickler | Reviewed monthly operating report for June 2022 and updated summary schedule. | Business Analysis / Operations | 1.70 | 560.00 | $952.00 |
| 3/29/2023 | Byron Groth | Updated and distributed pro fee tracker. | Business Analysis / Operations | 0.60 | 560.00 | $336.00 |
| 3/29/2023 | Eunice Min | Review and revise draft February statement | Fee / Employment Applications | 0.90 | 820.00 | $738.00 |
| 3/30/2023 | Timothy Strickler | Reviewed monthly operating report for September 2022 and updated summary schedule. | Business Analysis / Operations | 1.70 | 560.00 | $952.00 |
| 3/30/2023 | Michael Atkinson | Review and analyze professional fee update for counsel | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 3/30/2023 | Eunice Min | Analyze monthly operating reports analysis prepared by T. Strickler and key takeaways. | Business Analysis / Operations | 2.30 | 820.00 | $1,886.00 |
| 3/30/2023 | Eunice Min | Reconcile and analyze cash balances between weekly cash flows and monthly results | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 3/31/2023 | Timothy Strickler | Reviewed/analyzed claims schedules from claims agent. | Claims Analysis and Objections | 1.40 | 560.00 | $784.00 |
| 3/31/2023 | Eunice Min | Research patent litigation issues. | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 3/31/2023 | Timothy Strickler | Reviewed new claims filed per claims agent. | Claims Analysis and Objections | 0.30 | 560.00 | $168.00 |
| 3/31/2023 | Timothy Strickler | Imported current claims information into database and updated tables and queries for analyses. | Claims Analysis and Objections | 1.90 | 560.00 | $1,064.00 |
| 3/31/2023 | James Bland | Analyzed possible opioid liability of certain co-defendant | Committee Activities | 2.30 | 780.00 | $1,794.00 |

**EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 3/31/2023 | Miscellaneous | March research fees. | $369.00 |
|  | **Total Expenses** |  | **$369.00** |

8