DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF FINAL ASSIGNED CONTRACTS SCHEDULE**

**PLEASE TAKE NOTICE** that, on April 28, 2023, the Bankruptcy Court entered the *Order (I) Approving Bidding Procedures for Sale of Debtors' Avrio Assets, (II) Approving the Designation of Atlantis Consumer Healthcare Inc., a Wholly Owned Subsidiary of Arcadia Consumer Healthcare Inc., as the Stalking Horse Bidder for the Avrio Assets, (III) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (IV) Approving Bid Protections, (V) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Avrio Assets, (VI) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing (VII) Approving Assumption and Assignment Procedures, and (VIII) Granting Related Relief* [D.I. 5570] (the "**Bidding Procedures Order**").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Sale Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, on April 28, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [D.I. 5572] that, among other things, provided a schedule listing the Potential Assigned Contracts (the "**Potential Assigned Contracts Schedule**") and served such notice on the Counterparties to such Potential Assigned Contracts.[3]

**PLEASE TAKE FURTHER NOTICE** that on May 30, 2023, the Court entered the *Order (I) Approving Sale of Debtors' Avrio Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Granting Related Relief* [D.I. 5644] (the "**Sale Order**") approving, among other things, the sale of the Avrio Assets to the Purchaser (the "**Sale**").

**PLEASE TAKE FURTHER NOTICE** that the Closing Date of the Sale occurred on June 1, 2023.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Sale Order, and the asset purchase agreement approved thereby (the "**Agreement**") (i) the Executory Contracts set forth on Schedule 1.1(d)(i) of the Agreement as of the Closing Date shall be assumed and assigned to Purchaser and (ii) the Post-Petition Contracts set forth on Schedule 1.1(d)(ii) of the Agreement as of the Closing Date shall be assigned to Purchaser (collectively, the "**Closing Date Assigned Contracts**").

**PLEASE TAKE FURTHER NOTICE** that the Closing Date Assigned Contracts are listed on Exhibit A-1 and Exhibit A-2 hereto. In accordance with paragraph 29 of the Bidding Procedures Order, the Debtors have filed this notice (the "**Notice of Filing of Final Assigned Contracts Schedule**") with the Court and are serving the Notice of Filing of Final Assigned Contracts Schedule on the Counterparties to each Closing Date Assigned Contract.

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE OF FILING OF FINAL ASSIGNED CONTRACTS SCHEDULE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CLOSING DATE ASSIGNED CONTRACT.** You should locate your name and your contract(s) in the attached Exhibit A-1 and/or Exhibit A-2.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Bidding Procedures Order and the Sale Order, as well as all related exhibits, including the Agreement and this Notice of Filing of Final Assigned Contracts Schedule, may be obtained free of charge on the Debtors' case website at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[3] On May 18, 2023, the Debtors filed the *Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [D.I. 5612] supplementing the Potential Assigned Contracts Schedule and served such notice on the Counterparties to the Potential Assigned Contracts listed therein.

Dated: June 1, 2023
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Eli J. Vonnegut*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

## Exhibit A-1

## Schedule 1.1(d)(i)

## Assigned Executory Contracts

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| Aplicare, Inc. | Quality Agreement by and between Aplicare Inc. and Purdue Products L.P. | Quality Agreement | - | October 22, 2013 |
| Contract Pharmacal Corp. | Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | April 1, 2011 |
| Contract Pharmacal Corp. | Amendment #1 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #2 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #3 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #4 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Amendment #5 to the Supply Agreement by and between Contract Pharmacal Corp. and Purdue Products L.P. | Supply Agreement | - | N/A |
| Contract Pharmacal Corp. | Statement of Work under the Supply Agreement by and between Contract Pharmacal Corp. and Avrio Health L.P. (Slow Mag Tablets for Migraine Relief) | Statement of Work | - | June 4, 2018 |
| Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Master Services Agreement by and between Purdue Products L.P. and Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Services Agreement | $3,440.37 | January 25, 2016 |
| Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Amendment #1 to the Master Services Agreement by and between Purdue Products L.P. and Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Services Agreement | - | N/A |
| Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Amendment #2 to the Master Services Agreement by and between Purdue Products L.P. and Corporate Mailings Inc. d/b/a CCG Marketing Solutions | Services Agreement | - | N/A |
| Emerson Healthcare Inc. | Quality Agreement by and among Emerson Healthcare Inc., | Quality Agreement | - | July 18, 2017 |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| | GEODIS Logistics and Purdue Pharma L.P. | | | |
| Emerson Healthcare Inc. | Amendment #1 to the Quality Agreement by and among Emerson Healthcare Inc., GEODIS Logistics and Purdue Pharma L.P. | Quality Agreement | - | N/A |
| Emerson Healthcare, LLC | Services Logistics Agreement by and between Purdue Pharma L.P. and Emerson Healthcare, LLC | Services Logistics Agreement | - | April 26, 2017 |
| Emerson Healthcare, LLC | Amendment #1 to the Services Logistics Agreement by and between Purdue Pharma L.P. and Emerson Healthcare, LLC | Services Logistics Agreement | - | N/A |
| Emerson Healthcare, LLC | Amendment #2 to the Services Logistics Agreement by and between Purdue Pharma L.P. and Emerson Healthcare, LLC | Services Logistics Agreement | - | N/A |
| Insites Marketing Consulting, Inc. and Gongos LLC | Master Services Agreement by and among Avrio Health L.P., Insites Marketing Consulting, Inc. (assumed from Join the Dots (USA) Inc.) and Gongos LLC | Services Agreement | $14,920.00 | February 18, 2019 |
| Insites Marketing Consulting, Inc. and Gongos LLC | Amendment #1 and Consent to Assignment to the Master Services Agreement by and among Avrio Health L.P., Insites Marketing Consulting, Inc. (assumed from Join the Dots (USA) Inc.) and Gongos LLC | Services Agreement | - | N/A |
| Insites Marketing Consulting, Inc. and Gongos LLC | Amendment #2 and Consent to Assignment to the Master Services Agreement by and among Avrio Health L.P., Insites Marketing Consulting, Inc. (assumed from Join the Dots (USA) Inc.) and Gongos LLC | Services Agreement | - | N/A |
| Lightspeed GMI Singapore Pte Ltd | Master Services Agreement by and between Avrio Health L.P. and Lightspeed GMI Singapore Pte Ltd | Services Agreement | $40,612.50 | July 1, 2019 |
| Lightspeed GMI Singapore Pte Ltd | Amendment #1 to the Master Services Agreement by and between Avrio Health L.P. and Lightspeed Singapore Pte Ltd | Services Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | April 1, 2011 |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #1 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #2 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #3 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #4 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| P&L Development, LLC (f/k/a P&L Development of New York Corporation) | Amendment #5 to the Packaging Agreement by and between P&L Development, LLC (f/k/a P&L Development of New York Corporation) and Purdue Pharma L.P. | Packaging Agreement | - | N/A |
| Patheon Softgels Inc. | Manufacturing Services Agreement by and between Patheon Softgels Inc. and Purdue Pharma L.P. | Manufacturing Services Agreement | - | July 25, 2017 |
| Patheon Softgels Inc. | Proposal for: Confirmation for Increasing Lot Size of Colace 100mg by and between Patheon Softgels Inc. and Purdue Pharma L.P. | Statement of Work | - | May 22, 2018 |
| Patheon Softgels Inc. | Formulation Development, Feasibility, Scale up, and Registration Proposal for Purdue Pharma L.P., by and between Patheon Softgels Inc. and Purdue Pharma L.P. | Statement of Work | - | January 8, 2018 |
| Patheon Softgels Inc. | Quality Agreement by and among Patheon Softgels Inc., Purdue Products L.P. and Purdue Pharma L.P. | Quality Agreement | - | July 26, 2017 |
| PDI Inc. | Non-Exclusive Supply and Distribution Agreement by and between PDI Inc. and Avrio Health L.P. | Supply and Distribution Agreement | - | February 28, 2019 |
| PDI Inc. | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between PDI Inc. and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| PDI Inc. | Quality Agreement by and between PDI Inc. and Purdue Products L.P. and Purdue Pharma L.P. | Quality Agreement | - | July 15, 2019 |
| Pharma Nobis | Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | April 30, 2019 |
| Pharma Nobis | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| Pharma Nobis | Amendment #2 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| Pharma Nobis | Amendment #3 to the Non-Exclusive Supply and Distribution Agreement by and between Pharma Nobis and Avrio Health L.P. | Supply and Distribution Agreement | - | N/A |
| Pharmaceutical Research Associates, Inc. | Amended and Restated License Agreement by and between Pharmaceutical Research Associates, Inc. and Purdue Products L.P. (BETADINE) | License Agreement | - | November 29, 2006 |
| Pharmaceutical Research Associates, Inc. | Amended and Restated License Agreement by and between Pharmaceutical Research Associates, Inc. and Purdue Products L.P. (SENOKOT) | License Agreement | - | November 29, 2006 |
| PL Developments of New | Quality Agreement by and between PL Developments of New York | Quality Agreement | - | March 15, 2015 |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| York Corporation | Corporation and Purdue Pharma L.P. | | | |
| Purdue Pharma Canada | Quality Agreement by and between Purdue Pharma Canada and Purdue Pharma L.P. | Quality Agreement | - | February 13, 2019 |
| Susan B. Levy Consulting, LLC | Consultant Services Agreement by and between Avrio Health L.P. and Susan B. Levy Consulting, LLC | Services Agreement | - | January 17, 2019 |
| Susan B. Levy Consulting, LLC | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and Susan B. Levy Consulting, LLC | Services Agreement | - | N/A |
| Susan B. Levy Consulting, LLC | Amendment #2 to the Consultant Services Agreement by and between Avrio Health L.P. and Susan B. Levy Consulting, LLC | Services Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | July 22, 2003 |
| Thatcher Pharmaceuticals L.P. | Amendment #1 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #2 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #3 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #4 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #5 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #6 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #7 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #8 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #9 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #10 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #11 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #12 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #13 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| Thatcher Pharmaceuticals L.P. | Amendment #14 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Pharmaceuticals L.P. | Amendment #15 to the Distribution Agreement by and between Thatcher Pharmaceuticals L.P. and Avrio Health L.P. | Distribution Agreement | - | N/A |
| Thatcher Company, Inc. | Quality Agreement by and between Thatcher Company, Inc. and Purdue Pharma L.P. | Quality Agreement | - | May 21, 2019 |
| Thatcher Pharmaceuticals, Inc. | Letter Agreement by and between Thatcher Pharmaceuticals, Inc. and Avrio Health L.P. | Letter Agreement | - | November 12, 2018 |
| The Emerson Group | National Sales & Marketing Agreement by and between Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | January 1, 2015 |
| The Emerson Group | Amendment #1 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #2 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #3 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #4 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Emerson Group | Amendment #5 to the National Sales & Marketing Agreement by and among Purdue Pharma L.P. and Purdue Products L.P. and The Emerson Group | Sales & Marketing Agreement | - | N/A |
| The Myle Group, Inc. | Consultant Services Agreement by and between Avrio Health L.P. and The Myle Group, Inc. | Services Agreement | - | October 22, 2018 |
| The Myle Group, Inc. | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and The Myle Group, Inc. | Services Agreement | - | N/A |
| New Frontier Marketing Associates, LLC | Consultant Services Agreement by and between Avrio Health L.P. and New Frontier Marketing Associates, LLC | Services Agreement | $19,850.00 | March 8, 2018 |
| New Frontier Marketing Associates, LLC | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and New Frontier Marketing Associates, LLC | Services Agreement | - | N/A |
| NCH Marketing Services, Inc. | Master Services Agreement by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Services Agreement | - | January 1, 2016 |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| NCH Marketing Services, Inc. | Amendment #1 to the Master Services Agreement and the Statement of Work by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Services Agreement | - | N/A |
| NCH Marketing Services, Inc. | Amendment #2 to the Master Services Agreement by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Services Agreement | - | N/A |
| NCH Marketing Services, Inc. | Statement of Work by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Statement of Work | - | January 1, 2016 |
| NCH Marketing Services, Inc. | Amendment #2 to the Statement of Work by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Statement of Work | - | N/A |
| NCH Marketing Services, Inc. | Amendment #3 to the Statement of Work by and between Avrio Health L.P. and NCH Marketing Services, Inc. | Statement of Work | - | N/A |
| The Secretary of Health and Human Services | Pharmaceutical Pricing Agreement by and between the Secretary of Health and Human Services and Purdue Products L.P. | Pricing Agreement | - | March 28, 2006 |
| The Secretary of Health and Human Services | Pharmaceutical Pricing Agreement Addendum by and between the Secretary of Health and Human Services and Purdue Pharma L.P. | Pricing Agreement | - | January 18, 2017 |
| The Secretary of Health and Human Services | National Drug Rebate Agreement by and between the Secretary of Health and Human Services and Avrio Health L.P. | Rebate Agreement | - | August 27, 2018 |
| The Secretary of Health and Human Services | Medicaid Drug Rebate Agreement by and between the Secretary of Health and Human Services and Avrio Health L.P. | Rebate Agreement | - | August 27, 2018 |
| TopSpin Group | Master Services Agreement by and between Avrio Health L.P. and TopSpin Group | Service Agreement | $7,800.00 | April 4, 2019 |
| TopSpin Group | Amendment #1 to the Master Services Agreement by and between Avrio Health L.P. and TopSpin Group | Service Agreement | - | N/A |
| Valassis Communications, Inc. | Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | December 22, 2016 |
| Valassis Communications, Inc. | Amendment #1 to the Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | N/A |
| Valassis Communications, Inc. | Amendment #2 to the Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | N/A |
| Valassis Communications, Inc. | Amendment #3 to the Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | N/A |
| Valassis Communications, Inc. | Amendment #4 to the Master Performance Agreement by and between Purdue Pharma L.P. and Valassis Communications Inc. | Performance Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Quality Assurance Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Quality Agreement | - | December 1, 2012 |
| Xttrium Laboratories, Inc. | Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | December 1, 2011 |

| Counterparty | Contract Name | Contract Type | Estimated Cure Costs | Date |
|---|---|---|---|---|
| Xttrium Laboratories, Inc. | Amendment #1 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #2 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #3 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #4 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |
| Xttrium Laboratories, Inc. | Amendment #5 to the Distribution Agreement by and between Xttrium Laboratories, Inc. and Purdue Products L.P. | Distribution Agreement | - | N/A |

## Exhibit A-2

## Schedule 1.1(d)(ii)

## Post-Petition Contracts[4]

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| 1WorldSync, Inc. | Omni-Channel Contract by and between Avrio Health L.P. and 1WorldSync, Inc. | Omni-Channel Contract | March 1, 2020 |
| Behaviorally Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Behaviorally Inc. | Services Agreement | March 22, 2021 |
| Cactus Communications Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Cactus Communications Inc. | Services Agreement | August 17, 2022 |
| Caraway Tea Company, LLC | Supply and Distribution Agreement by and between Caraway Tea Company, LLC and Avrio Health L.P. | Supply and Distribution Agreement | February 24, 2021 |
| Caraway Tea Company, LLC | Quality Agreement by and between Caraway Tea Company, LLC and Purdue Pharma L.P. | Quality Agreement | February 26, 2021 |
| Contract Pharmacal Corp. | Statement of Work under the Supply Agreement by and between Contract Pharmacal Corp. and Avrio Health L.P. (SENOKOT TABLETS - US) | Statement of Work | March 19, 2020 |
| Contract Pharmacal Corp. | Statement of Work under the Supply Agreement by and between Contract Pharmacal Corp. and Avrio Health L.P. (SlowMag Coating Reformulation) | Statement of Work | March 8, 2021 |
| Contract Pharmacal Corporation | Quality Agreement by and between Contract Pharmacal Corporation and Purdue Pharma L.P. | Quality Agreement | November 30, 2022 |
| D and R Marketing, LLC | Consultant Services Agreement by and between Avrio Health L.P. and D and R Marketing, LLC | Services Agreement | May 16, 2022 |
| Directive Analytics Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Directive Analytics Inc. | Services Agreement | August 16, 2021 |
| Eurofins Food Chemistry Testing US, Inc. | Stability Study Quote by and between Eurofins Food Chemistry Testing US, Inc. and Purdue Pharma L.P. | Services Agreement | February 1, 2022 |
| FCB Health, a division of FCB | Master Services Agreement by and between Avrio Health L.P. and FCB | Services Agreement | October 28, |

---

[4]  Note: References in this Schedule to any agreement include references to such agreement's exhibits, schedules and appendices, as well as any purchase orders entered into in connection with such agreement.

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| Worldwide Inc. | Health, a division of FCB Worldwide Inc. | | 2020 |
| FCB Health, a division of FCB Worldwide Inc. | Amendment #1 to the Master Services Agreement by and between Avrio Health L.P. and FCB Health, a division of FCB Worldwide Inc. | Services Agreement | N/A |
| FCB Health, a division of FCB Worldwide Inc. | Statement of Work under Master Services Agreement by and between Avrio Health L.P. and FCB Health, a division of FCB Worldwide Inc. | Statement of Work | December 20, 2022 |
| FCB Health, a division of IPG Health, LLC | Statement of Work under Master Services Agreement by and between Avrio Health L.P. and FCB Health, a division of IPG Health, LLC | Statement of Work | May 10, 2023 |
| Fletcher Knight, Inc. (d/b/a Fletcher Knight) | Consultant Services Agreement by and between Avrio Health L.P. and Fletcher Knight, Inc. (d/b/a Fletcher Knight) | Consultant Services Agreement | April 5, 2022 |
| Geri-Care Pharmaceuticals | Non-Exclusive Supply and Distribution Agreement by and between Geri-Care Pharmaceuticals and Avrio Health L.P. | Supply and Distribution Agreement | December 21, 2021 |
| Geri-Care Pharmaceuticals | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between Geri-Care Pharmaceuticals and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Geri-Care Pharmaceuticals | Amendment #2 to the Non-Exclusive Supply and Distribution Agreement by and between Geri-Care Pharmaceuticals and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Geri-Care Pharmaceuticals | Quality Agreement by and between Geri-Care Pharmaceuticals and Purdue Pharma L.P. | Quality Agreement | January 19, 2022 |
| Global Overview, LLC | Consultant Services Agreement by and between Avrio Health L.P. and Global Overview, LLC | Services Agreement | September 25, 2019 |
| Global Overview, LLC | Amendment #1 to the Consultant Services Agreement by and between Avrio Health L.P. and Global Overview, LLC | Services Agreement | N/A |
| Hamacher Resource Group, Inc. | Master Services Agreement by and between Avrio Health L.P. and Hamacher Resource Group, Inc. | Services Agreement | November 18, 2022 |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz Nutritionals ("Santa Cruz")) | Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | January 1, 2020 |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #1 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #2 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #3 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| Harmony Foods LLC and Life Science Nutritionals, Inc. (collectively doing business as Santa Cruz) | Amendment #4 to the Supply and Distribution Agreement by and between Santa Cruz and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Harmony Foods Corporation, Life Science Nutritionals, Inc. and Sumter Nutritionals, LLC (collectively doing business as Santa Cruz Nutritionals, Inc.) | Quality Agreement by and between Santa Cruz Nutritionals, Inc. and Purdue Pharma L.P. | Quality Agreement | January 13, 2020 |
| Humco Holding Group, Inc. | Notice and Consent to Assignment of Agreement with Humco Holding Group, Inc. by and between Humco Holding Group, Inc. and Avrio Health L.P. | Notice and Consent to Assignment | February 24, 2022 |
| Ipsos-Insight, LLC | Consultant Services Agreement by and between Avrio Health L.P. and Ipsos-Insight, LLC | Services Agreement | May 16, 2022 |
| Ipsos-Insight, LLC | Statement of Work by and between Avrio Health L.P. and Ipsos-Insight, LLC | Statement of Work | April 4, 2023 |
| Lightspeed GMI Singapore Pte Ltd | Statement of Work by and between Avrio Health L.P. (formerly Purdue Products L.P.) and Lightspeed GMI Singapore Pte Ltd | Statement of Work | December 21, 2022 |
| Maplebear Inc. (d/b/a Instacart) | Master Advertising and Promotional Services Agreement by and between Maplebear Inc. (d/b/a Instacart) and Avrio Health L.P. | Services Agreement | August 11, 2021 |
| Mindmate, Inc., d/b/a Citruslabs | Master Services Agreement by and between Avrio Health L.P. and Mindmate, Inc., d/b/a Citruslabs | Services Agreement | August 9, 2022 |
| Mindmate, Inc., d/b/a Citruslabs | Statement of Work under the Master Services Agreement by and between Avrio Health L.P. and Mindmate, Inc., d/b/a Citruslabs | Statement of Work | August 18, 2022 |
| Montclairity | Consultant Services Agreement by and between Avrio Health L.P. and Montclairity | Services Agreement | November 11, 2021 |
| Mullenlowe U.S., Inc. (d/b/a Mediahub) | Master Services Agreement by and between Mullenlowe U.S., Inc. (d/b/a Mediahub) and Avrio Health L.P. | Services Agreement | November 1, 2020 |
| Mullenlowe U.S., Inc. (d/b/a Mediahub) | Statement of Work under the Master Services Agreement by and between Mullenlowe U.S., Inc. (d/b/a Mediahub) and Avrio Health L.P. | Statement of Work | January 1, 2023 |
| NEUINTEL, LLC d/b/a PriceSpider | Software as a Service Agreement by and between NEUINTEL, LLC (d/b/a PriceSpider) and Avrio Health L.P. | Services Agreement | February 24, 2021 |
| NEUINTEL, LLC d/b/a PriceSpider | Amendment #1 to the Software as a Service Agreement by and between NEUINTEL, LLC (d/b/a PriceSpider) and Avrio Health L.P. | Services Agreement | N/A |
| NEUINTEL, LLC d/b/a PriceSpider | Order Form by and between NEUINTEL, LLC (d/b/a PriceSpider) and Avrio Health L.P. | Order Form | January 18, 2023 |
| Neuro-Insight US Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Neuro-Insight US Inc. | Services Agreement | November 28, 2022 |
| Neuro-Insight US Inc. | Statement of Work under the Consultant Services Agreement by and | Statement of Work | November 28, |

19-23649-shl    Doc 5659    Filed 06/01/23    Entered 06/01/23 21:39:32    Main Document
Pg 14 of 15

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| | between Avrio Health L.P. and Neuro-Insight US Inc. | | 2022 |
| NineSigma North America, Inc. | Master Services Agreement by and between Avrio Health L.P. and NineSigma North America, Inc. | Services Agreement | September 1, 2021 |
| Pharma Nobis Acquisition Corp. and Pharma Nobis, LLC (collectively, "Pharma Nobis") | Quality Agreement by and between Pharma Nobis and Purdue Pharma L.P. | Quality Agreement | February 12, 2020 |
| Pharma Nobis | Amendment #1 to the Quality Agreement by and between Pharma Nobis and Purdue Pharma L.P. | Quality Agreement | N/A |
| Pharma Nobis | Letter of Acknowledgment regarding the Label Claim by and between Pharma Nobis and Avrio Health L.P. | Label Claim | November 1, 2021 |
| Racher Press Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Racher Press Inc. | Services Agreement | December 13, 2022 |
| Redeye Media | Consultant Services Agreement by and between Avrio Health L.P. and Redeye Media | Services Agreement | May 22, 2020 |
| Sensory Spectrum Inc. | Consultant Services Agreement by and between Avrio Health L.P. and Sensory Spectrum Inc. | Services Agreement | January 10, 2022 |
| Shopkick, Inc. | Marketing Services Agreement by and between Shopkick, Inc. and Avrio Health L.P. | Services Agreement | February 4, 2022 |
| Shopkick, Inc. | Sales Order under the Marketing Services Agreement by and between Shopkick, Inc. and Avrio Health L.P. | Sales Order | March 13, 2023 |
| Shopkick, Inc. | Sales Order under the Marketing Services Agreement by and between Shopkick, Inc. and Avrio Health L.P. | Sales Order | March 15, 2023 |
| Shopkick, Inc. | Sales Order under the Marketing Services Agreement by and between Shopkick, Inc. and Avrio Health L.P. | Sales Order | May 9, 2023 |
| The Trustees of the University of Pennsylvania School | Investigator-Initiated Clinical Trial Agreement by and between Avrio Health and The Trustees of the University of Pennsylvania School | Clinical Trial Agreement | May 21, 2021 |
| The Trustees of the University of Pennsylvania School | Amendment #1 to the Investigator-Initiated Clinical Trial Agreement by and between Avrio Health and The Trustees of the University of Pennsylvania School | Clinical Trial Agreement | N/A |
| The Trustees of the University of Pennsylvania School | Amendment #2 to the Investigator-Initiated Clinical Trial Agreement by and between Avrio Health and The Trustees of the University of Pennsylvania School | Clinical Trial Agreement | N/A |
| Tri-Pac, Inc. | Non-Exclusive Supply and Distribution Agreement by and between Tri-Pac Inc. and Avrio Health L.P. | Supply and Distribution Agreement | March 1, 2020 |
| Tri-Pac, Inc. | Amendment #1 to the Non-Exclusive Supply and Distribution Agreement by and between Tri-Pac Inc. and Avrio Health L.P. | Supply and Distribution Agreement | N/A |
| Tri-Pac, Inc. | Quality Agreement by and between Tri-Pac Inc. and Purdue Pharma L.P. | Quality Agreement | April 10, 2020 |

| Counterparty | Contract Name | Contract Type | Date |
|---|---|---|---|
| Tri-Pac, Inc. | Letter of Intent by and between Tri-Pac Inc. and Avrio Health L.P. | Letter of Intent | February 1, 2023 |
| Wallace Church Associates, Inc. | Master Services Agreement by and between Avrio Health L.P. and Wallace Church Associates, Inc. | Services Agreement | March 11, 2021 |
| Weinman Schnee Morais, Inc. d/b/a Market Research | Consultant Services Agreement by and between Avrio Health L.P. and Weinman Schnee Morais, Inc. d/b/a Market Research | Services Agreement | February 28, 2022 |