**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Purdue Pharma L.P.                                CASE NO.: 19−23649−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 11
06−1307484

---

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on May 13, 2022, document number 4783, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 22−cv−4134 assigned to the Honorable Cathy Seibel.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: June 6, 2023                                      Vito Genna
                                                         Clerk of the Court