# Notice Recipients

District/Off: 0208−7    User: admin    Date Created: 6/6/2023
Case: 19−23649−shl    Form ID: tranapl    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Benjamin S. Kaminetzky    kaminet@dpw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr    Maria Ecke    8 Glenbrook Dr.    West Simsbury, CT 06092

TOTAL: 1