**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## NOTICE OF FORTIETH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | February 1, 2023 Through February 28, 2023 |
| **Amount of Compensation Requested (after 13% discount):** | $120,365.97[2] |
| **Less 20% Holdback** | $24,073.19 |
| **Net of Holdback**: | $96,292.78 |
| **Amount of Expense Reimbursement Requested:** | $0 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    In addition to the 13% discount, Jones Day has agreed to charge the Debtors further reduced billing rates for certain timekeepers in 2023. In recognition of this additional reduction in billing rates of certain timekeepers, Jones Day has reduced the fees requested in this Fortieth Monthly Fee Statement for services rendered in February 2023 by $5,869.69. This reduction reflects a credit to the Debtors for billing rates charged in connection with Jones Day's Thirty-Ninth Monthly Fee Statement for services rendered in January 2023 and is not reflected in the 13% discount.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**      $96,292.78

**This is a**      <u>X</u>   Monthly  _____Interim  ___ Final Fee Statement

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[3] Jones Day hereby submits this fortieth monthly fee statement (the "Fortieth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from February 1, 2023 through February 28, 2023 (the "Fortieth Monthly Fee Period"). By this Fortieth Monthly Fee Statement, and after taking into account certain voluntary discounts,[4] Jones Day seeks payment in the amount of $96,292.78 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Fortieth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fortieth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[3]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[4]      The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $18,862.80 for the Fortieth Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2023, Jones Day is using 2022 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

billing rate of Jones Day timekeepers during the Fortieth Monthly Fee Period is approximately $870.59.[5]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Fortieth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fortieth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Fortieth Monthly Fee Period.[6]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Fortieth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[5]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Fortieth Monthly Fee Period.

[6]     The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

19-23649-shl    Doc 5669    Filed 06/06/23    Entered 06/06/23 16:27:18    Main Document
Pg 5 of 35

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Fortieth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary (nyeary@jonesday.com) no later than June 20, 2023 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Fortieth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Fortieth Monthly Fee Statement.

8.      To the extent that an objection to this Fortieth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fortieth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Fortieth Monthly Fee Statement has

been made to this or any other court.

Dated: June 6, 2023                                    /s/ Nathan Yeary
      New York, NY                              JONES DAY
                                                      John J. Normile
                                                      Nathan Yeary
                                                      250 Vesey Street
     New York, NY 10281
     Telephone:      (212) 326-3939
     Facsimile:      (212) 755-7306
     Email:            jjnormile@jonesday.com
                    nyeary@jonesday.com

     *Special Counsel to the Debtors and*
     *Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**FEBRUARY 1, 2023 – FEBRUARY 28, 2023**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 4.1 | $3,745.35 |
| Gasper J. LaRosa | 2002 | $1,260.00 | $1,096.20 | 6.0 | $6,577.20 |
| Christopher M. Morrison | 2002 | $1,155.00 | $1,004.85 | 0.3 | $301.46 |
| John J. Normile | 1989 | $1,417.50 | $1,233.23 | 38.3 | $46,985.87 |
| Jennifer L. Swize | 2005 | $1,233.75 | $1,073.36 | 7.1 | $7,620.87 |
| **TOTAL PARTNER:** | | | | **55.6** | **$65,230.75** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 13.4 | $8,452.05 |
| Chané Buck | 2017 | $709.50 | $617.27 | 11.5 | $7,098.55 |
| Kevin V. McCarthy | 2016 | $880.00 | $765.60 | 34.5 | $26,413.20 |
| Adam M. Nicolais | 2017 | $803.00 | $698.61 | 22.1 | $15,439.28 |
| Nathan Yeary | 2020 | $650.00 | $565.50 | 4.2 | $2,375.10 |
| **TOTAL ASSOCIATE:** | | | | **85.7** | **$59,778.18** |
| **PARALEGAL & STAFF** | | | | | |
| Cindy M Gugg | N/A | $450.00 | $391.50 | 1.5 | $587.25 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 0.4 | $130.50 |
| B Zhu | N/A | $325.00 | $282.75 | 1.8 | $508.95 |
| **TOTAL PARALEGAL & STAFF:** | | | | **3.7** | **$1,226.70** |
| **TOTAL:** | | | | 147.8 | **$126,235.63** |
| **JANUARY 2023 CREDIT** | | | | | **($5,869.69)** |
| **TOTAL LESS JANUARY 2023 CREDIT** | | | | | **$125,645.94** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2023 – FEBRUARY 28, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Confidential Matter I | 6.7 | $6,024.00 |
| Collegium Pharmaceuticals | 15.0 | $16,407.50 |
| Collegium 961 PGR | 4.5 | $4,846.63 |
| Intellipharmaceutics Corp | 3.5 | $3,886.25 |
| Accord Healthcare Inc. | 92.1 | $96,283.58 |
| Retention Matters | 23.2 | $17,650.50 |
| **TOTAL** | **140.5** | **$145,098.46** |
| **13% DISCOUNT** | | **($18,862.80)** |
| **JANUARY 2023 CREDIT** | | **($5,869.69)** |
| **TOTAL FEES** | | **$120,365.97** |

## EXHIBIT C

**EXPENSE SUMMARY**
**FEBRUARY 1, 2023 – FEBRUARY 28, 2023**

| Expense Category | Total Expenses |
|------------------|----------------|
| None | $0.00 |
| **TOTAL** | **$0.00** |

## **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023                                                    305158.000003
                                                               Invoice: 230903459

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| ██████████████████████ | USD | 6,024.00 |
| Less 13% Discount | | (783.12) |
| Total Billed Fees | USD | 5,240.88 |
| **TOTAL** | **USD** | **5,240.88** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023                                                              305158.610005
                                                                         Invoice: 230903460

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 16,407.50 |
| Less 13% Discount | | (2,132.98) |
| Total Billed Fees | USD | 14,274.52 |
| Credit for January 2023 Invoice | USD | ( 531.35) |
| **TOTAL** | **USD** | **13,743.17** |



# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 2.00 | 1,260.00 | 2,520.00 |
| C M Morrison | 0.30 | 1,155.00 | 346.50 |
| J J Normile | 4.40 | 1,417.50 | 6,237.00 |
| **Associate** | | | |
| K McCarthy | 8.30 | 880.00 | 7,304.00 |
| **Total** | **15.00** | **USD** | **16,407.50** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
May 26, 2023
Invoice: 230903460

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/06/23 | K McCarthy | 1.10 |

██████████████████████████████████████

| 02/06/23 | J J Normile | 0.80 |

Review correspondence from J. Holdreith regarding draft stipulation and review and revise same.

| 02/07/23 | K McCarthy | 0.80 |

██████████████████████████████████████

| 02/07/23 | J J Normile | 0.50 |

Prepare for and participate in teleconference with J. Holdreith regarding stipulation to continue stay of proceedings ████████████████████████████

| 02/08/23 | K McCarthy | 0.50 |

██████████████████████████████████████

| 02/08/23 | C M Morrison | 0.30 |

Finalize and file joint submission and confer with clerk regarding further continuance.

| 02/08/23 | J J Normile | 1.00 |

██████████████████████████████████████

| 02/09/23 | K McCarthy | 1.50 |

██████████████████████████████████████

| 02/09/23 | J J Normile | 1.50 |

██████████████████████████████████████

| 02/10/23 | K McCarthy | 0.50 |

Attention to case pleadings and client correspondence.

| 02/10/23 | J J Normile | 0.30 |

Review of Judge Saylor's orders regarding the parties' stipulation to extend case management schedule.

| 02/13/23 | G J Larosa | 2.00 |

██████████████████████████████████████

**JONES DAY**

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/13/23 | K McCarthy | 0.80 |
| 02/15/23 | K McCarthy | 0.80 |
| 02/20/23 | K McCarthy | 0.30 |
| 02/20/23 | J J Normile | 0.30 |
| 02/21/23 | K McCarthy | 1.00 |
| 02/22/23 | K McCarthy | 0.50 |
| 02/28/23 | K McCarthy | 0.50 |
| | **Total** | **15.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023                                                      305158.610013
                                                         Invoice: 230903461

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 3,886.25 |
| Less 13% Discount | | (505.21) |
| Total Billed Fees | USD | 3,381.04 |
| **TOTAL** | **USD** | **3,381.04** |



# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
|   J J Normile | 1.50 | 1,417.50 | 2,126.25 |
| Associate |  |  |  |
|   K McCarthy | 2.00 | 880.00 | 1,760.00 |
| **Total** | **3.50** | **USD** | **3,886.25** |

# JONES DAY

305158.610013

Page: 3
May 26, 2023
Invoice: 230903461

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/13/23 | K McCarthy | 1.50 |
| 02/13/23 | J J Normile | 1.50 |
| 02/14/23 | K McCarthy | 0.50 |
| | **Total** | **3.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023                                                              305158.610022
                                                                         Invoice: 230903462

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---:|
| Collegium 961 PGR | USD | 4,846.63 |
| Less 13% Discount | | (630.06) |
| Total Billed Fees | USD | 4,216.57 |
| Credit for January 2023 Invoice | USD | (7.07) |
| **TOTAL** | **USD** | **4,209.50** |



# JONES DAY

305158.610022

Collegium 961 PGR

Page: 2
May 26, 2023
Invoice: 230903462

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 0.80 | 1,417.50 | 1,134.00 |
| J L Swize | 2.30 | 1,233.75 | 2,837.63 |
| Associate |  |  |  |
| J R Boule | 1.00 | 725.00 | 725.00 |
| Project Assistant |  |  |  |
| Q M Sargent | 0.40 | 375.00 | 150.00 |
| **Total** | **4.50** | **USD** | **4,846.63** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 3
May 26, 2023
Invoice: 230903462

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/07/23 | Q M Sargent | 0.40 |
| | Prepare and file response to notice to advise of scheduling conflicts for J. Swize. | |
| 02/08/23 | J R Boule | 1.00 |
| 02/08/23 | J L Swize | 0.40 |
| 02/09/23 | J L Swize | 0.40 |
| 02/14/23 | J L Swize | 0.80 |
| 02/15/23 | J J Normile | 0.80 |
| 02/15/23 | J L Swize | 0.70 |
| **Total** | | **4.50** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023

305158.610028
Invoice: 230903463

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 96,283.58 |
| Less 13% Discount | | (12,516.87) |
| **Total Billed Fees** | USD | 83,766.71 |
| Credit for January 2023 Invoice | USD | ( 5,331.27) |
| **TOTAL** | **USD** | **78,435.44** |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Invoice: 230903463

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 4.00 | 1,260.00 | 5,040.00 |
| J J Normile | 29.10 | 1,417.50 | 41,249.25 |
| J L Swize | 4.80 | 1,233.75 | 5,922.03 |
| Associate |  |  |  |
| J R Boule | 12.40 | 725.00 | 8,990.00 |
| K McCarthy | 19.70 | 880.00 | 17,336.00 |
| A M Nicolais | 22.10 | 803.00 | 17,746.30 |
| **Total** | **92.10** | **USD** | **96,283.58** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
May 26, 2023
Invoice: 230903463

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/01/23 | K McCarthy | 2.50 |
| 02/01/23 | A M Nicolais | 1.00 |
| 02/02/23 | K McCarthy | 1.50 |
| 02/06/23 | G J Larosa | 0.50 |
| 02/06/23 | K McCarthy | 1.30 |
| 02/06/23 | A M Nicolais | 0.70 |
| 02/06/23 | J J Normile | 1.00 |
| 02/08/23 | K McCarthy | 1.00 |
| 02/08/23 | A M Nicolais | 0.50 |
| 02/08/23 | J J Normile | 1.00 |
| 02/09/23 | K McCarthy | 1.00 |
| 02/09/23 | A M Nicolais | 0.50 |



Updates to Collegium dockets/pleadings.

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
May 26, 2023
Invoice: 230903463



| 02/09/23 | J J Normile | 1.50 |
|---|---|---|
| 02/10/23 | K McCarthy | 0.50 |
| 02/10/23 | J J Normile | 0.80 |
| 02/13/23 | K McCarthy | 0.50 |

Attention to case files and correspondence regarding case pleadings and

| 02/13/23 | A M Nicolais | 0.90 |
|---|---|---|
| 02/13/23 | J J Normile | 3.00 |
| 02/14/23 | G J Larosa | 0.50 |
| 02/14/23 | K McCarthy | 1.20 |
| 02/14/23 | J J Normile | 1.00 |
| 02/15/23 | G J Larosa | 1.00 |
| 02/15/23 | K McCarthy | 1.00 |
| 02/15/23 | J J Normile | 1.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
May 26, 2023
Invoice: 230903463



| 02/16/23 | K McCarthy | 0.50 |
| 02/16/23 | A M Nicolais | 0.30 |
| | Edits/revisions to Purdue schedule and updating docketing re same. | |
| 02/16/23 | J J Normile | 1.20 |
| 02/17/23 | K McCarthy | 1.00 |
| 02/17/23 | J J Normile | 2.50 |
| 02/18/23 | J L Swize | 0.30 |
| 02/20/23 | J R Boule | 2.70 |
| 02/20/23 | K McCarthy | 1.20 |
| 02/20/23 | J J Normile | 2.00 |
| 02/20/23 | J L Swize | 1.00 |
| 02/21/23 | J R Boule | 6.00 |
| 02/21/23 | G J Larosa | 1.00 |
| 02/21/23 | K McCarthy | 1.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 6
May 26, 2023
Invoice: 230903463

| Date | Name | Hours |
|------|------|------|
| 02/21/23 | A M Nicolais | 2.70 |
| 02/21/23 | J J Normile | 3.80 |
| 02/21/23 | J L Swize | 2.30 |
| 02/22/23 | A M Nicolais | 4.10 |
| 02/22/23 | J J Normile | 1.50 |
| 02/23/23 | J R Boule | 1.90 |
| 02/23/23 | K McCarthy | 3.00 |
| 02/23/23 | A M Nicolais | 4.00 |
| 02/23/23 | J J Normile | 3.00 |
| 02/23/23 | J L Swize | 0.70 |
| 02/24/23 | J R Boule | 1.80 |
| 02/24/23 | K McCarthy | 0.50 |
| 02/24/23 | A M Nicolais | 3.00 |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Invoice: 230903463



| Date | Name | Hours |
|------|------|-------|
| 02/24/23 | J J Normile | 0.80 |
| 02/24/23 | J L Swize | 0.30 |
| 02/26/23 | J J Normile | 2.00 |
| 02/27/23 | G J Larosa | 1.00 |
| 02/27/23 | A M Nicolais | 2.90 |
| 02/27/23 | J J Normile | 2.00 |
| 02/27/23 | J L Swize | 0.20 |
| 02/28/23 | K McCarthy | 2.00 |
| 02/28/23 | A M Nicolais | 1.50 |
| 02/28/23 | J J Normile | 1.00 |

**Total** — **92.10**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023

305158.999007
Invoice: 230903464

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Retention Matters | USD | 17,650.50 |
| Less 13% Discount | | (2,294.57) |
| Total Billed Fees | USD | 15,355.93 |
| **TOTAL** | **USD** | **15,355.93** |



# JONES DAY

305158.999007

Page: 2<br>
May 26, 2023

Retention Matters

Invoice: 230903464

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.50 | 1,417.50 | 2,126.25 |
| Associate |  |  |  |
| C Buck | 11.50 | 709.50 | 8,159.25 |
| K McCarthy | 4.50 | 880.00 | 3,960.00 |
| N P Yeary | 4.20 | 650.00 | 2,730.00 |
| Paralegal |  |  |  |
| C M Gugg | 1.50 | 450.00 | 675.00 |
| **Total** | **23.20** | **USD** | **17,650.50** |

# JONES DAY

305158.999007

Page: 3
May 26, 2023
Invoice: 230903464

Retention Matters

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/06/23 | C Buck | 3.30 |

Draft November and December Fee statements.

| 02/07/23 | C Buck | 2.00 |
|---|---|---|

Finalize November and December fee statements for filing (.60); redact invoices (.40); start work on Ninth Interim Fee Application (1.0).

| 02/07/23 | C M Gugg | 0.60 |
|---|---|---|

Review, redact and electronically file monthly fee statements (.40); and prepare electronic service of same (.20).

| 02/07/23 | N P Yeary | 2.70 |
|---|---|---|

Draft Purdue Tenth Interim Fee Application.

| 02/09/23 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise Purdue 10th Interim Fee Application and communicate internally regarding same.

| 02/10/23 | C Buck | 0.40 |
|---|---|---|

Prepare 10th interim fee application.

| 02/10/23 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise Purdue 10th Interim Fee Application and communicate internally regarding same.

| 02/13/23 | C Buck | 4.50 |
|---|---|---|

Further work on 10th Interim fee application.

| 02/13/23 | K McCarthy | 2.50 |
|---|---|---|

Draft/revise Purdue 10th Interim Fee Application and communicate internally regarding edits to same.

| 02/14/23 | C Buck | 1.00 |
|---|---|---|

Finalize 10th interim fee application for filing.

| 02/14/23 | C M Gugg | 0.90 |
|---|---|---|

Prepare exhibits to interim fee application (.70); and review and electronically file interim fee application (.20).

| 02/14/23 | K McCarthy | 0.50 |
|---|---|---|

Review draft Purdue 10th Interim Fee Application prior to filing.

| 02/14/23 | J J Normile | 1.50 |
|---|---|---|

Review and revise Jones Day Tenth Interim Fee Application and related teleconference with C. Buck.

| 02/14/23 | N P Yeary | 1.40 |
|---|---|---|

Draft interim fee application.

| 02/21/23 | N P Yeary | 0.10 |
|---|---|---|

Communicate with Buck concerning January fee statement.

| 02/22/23 | C Buck | 0.30 |
|---|---|---|

Review interim fee hearing notice.

| 02/22/23 | K McCarthy | 0.50 |
|---|---|---|

Review Purdue 10th Interim Fee Application and communicate internally regarding hearing on application.

**JONES DAY**

305158.999007

Retention Matters

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| | **Total** | **23.20** |