**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF FORTY-FIRST MONTHLY FEE STATEMENT OF JONES DAY FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | March 1, 2023 Through March 31, 2023 |
| **Amount of Compensation Requested (after 13% discount):** | $104,570.58[2] |
| **Less 20% Holdback** | $20,914.11 |
| **Net of Holdback**: | $83,656.47 |
| **Amount of Expense Reimbursement Requested:** | $1,5000 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $85,156.47 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] In addition to the 13% discount, Jones Day has agreed to charge the Debtors further reduced billing rates for certain timekeepers in 2023. This reduction is not reflected in the 13% discount.

**This is a**                    X    Monthly _____Interim ___ Final Fee Statement

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[3] Jones Day hereby submits this forty-first monthly fee statement (the "Forty-First Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from March 1, 2023 through March 31, 2023 (the "Forty-Firsty Monthly Fee Period"). By this Forty-First Monthly Fee Statement, and after taking into account certain voluntary discounts,[4] Jones Day seeks payment in the amount of $85,156.47 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Forty-First Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Forty-First Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[3]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[4]      The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $15,625.49 for the Forty-First Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2023, Jones Day is using 2022 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

hourly billing rate of Jones Day timekeepers during the Forty-First Monthly Fee Period is approximately $980.96.[5]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Forty-First Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Forty-First Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Forty-First Monthly Fee Period.[6]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Forty-First Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[5]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Forty-First Monthly Fee Period.

[6]     The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Forty-First Monthly Fee Statement, if any, must be served via

electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary

(nyeary@jonesday.com) no later than June 20, 2023 at 12:00 p.m. (prevailing Eastern Time) (the

"Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at

issue.

7.      If no objections to this Forty-First Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Forty-First Monthly Fee Statement.

8.      To the extent that an objection to this Forty-First Monthly Fee Statement is received

on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this

Forty-First Monthly Fee Statement to which the objection is directed and promptly pay the

remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Forty-First Monthly Fee Statement has

been made to this or any other court.

Dated: June 6, 2023                              */s/  Nathan Yeary*
      New York, NY                         JONES DAY
                                      John J. Normile
                                      Nathan Yeary
                                      250 Vesey Street
                                      New York, NY 10281
                                        Telephone:      (212) 326-3939
                                        Facsimile:      (212) 755-7306
                                        Email:            jjnormile@jonesday.com
                                                             nyeary@jonesday.com

                                      *Special Counsel to the Debtors and*
                                      *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**MARCH 1, 2023 – MARCH 31, 2023**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 0.5 | $456.75 |
| Gasper J. LaRosa | 2002 | $1,260.00 | $1,096.20 | 10.5 | $11,510.10 |
| John J. Normile | 1989 | $1,417.50 | $1,233.23 | 46.4 | $57,221.64 |
| Jennifer L. Swize | 2005 | $1,233.75 | $1,073.36 | 3.6 | $3,864.11 |
| **TOTAL PARTNER:** | | | | **61** | **$73,052.60** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 7.6 | $4,793.70 |
| Chané Buck | 2017 | $709.50 | $617.27 | 0.3 | $185.18 |
| Kevin V. McCarthy | 2016 | $880.00 | $765.60 | 19.5 | $14,929.20 |
| Adam M. Nicolais | 2017 | $803.00 | $698.61 | 9.9 | $6,916.24 |
| Nathan Yeary | 2020 | $650.00 | $565.50 | 8.3 | $4,693.65 |
| **TOTAL ASSOCIATE:** | | | | **45.6** | **$31,517.98** |
| **TOTAL:** | | | | **106.60** | **$104,570.58** |

## EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2023 – MARCH 31, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Confidential Matter I | 0.5 | $525.00 |
| Collegium Pharmaceuticals | 31.3 | $40,502.75 |
| Collegium 961 PGR | 2.7 | $2,211.88 |
| Intellipharmaceutics Corp | 0.2 | $176.00 |
| Accord Healthcare Inc. | 50.1 | $55,847.83 |
| Retention Matters | 21.8 | $20,932.60 |
| **TOTAL** | **140.5** | **$120,196.06** |
| **13% DISCOUNT** | | **($15,625.48)** |
| **TOTAL FEES** | | **$104,570.58** |

# EXHIBIT C

**EXPENSE SUMMARY**
**MARCH 1, 2023 – MARCH 31, 2023**

| Expense Category | Total Expenses |
|------------------|----------------|
| Hosting Charges | $1,500.00 |
| **TOTAL** | **$1,500.00** |

## EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023                                             305158.000003
                                                    Invoice: 230903775

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| ██████████████████████ | USD | 525.00 |
| Less 13% Discount | | (68.25) |
| Total Billed Fees | USD | 456.75 |
| **TOTAL** | **USD** | **456.75** |

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| A C Chen | 0.50 | 1,050.00 | 525.00 |
| **Total** | **0.50** | **USD** | **525.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023

305158.610005
Invoice: 230903776

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 40,502.75 |
| Less 13% Discount | | (5,265.36) |
| Total Billed Fees | USD | 35,237.39 |
| **TOTAL** | **USD** | **35,237.39** |



# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 8.50 | 1,260.00 | 10,710.00 |
| J J Normile | 18.10 | 1,417.50 | 25,656.75 |
| Associate |  |  |  |
| K McCarthy | 4.70 | 880.00 | 4,136.00 |
| **Total** | **31.30** | **USD** | **40,502.75** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
May 30, 2023
Invoice: 230903776

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/03/23 | K McCarthy | 0.50 |
| 03/07/23 | K McCarthy | 0.50 |
| 03/09/23 | J J Normile | 1.50 |
| 03/10/23 | J J Normile | 1.50 |
| 03/13/23 | G J Larosa | 2.00 |
| 03/13/23 | J J Normile | 2.00 |
| 03/14/23 | J J Normile | 1.00 |
| 03/15/23 | G J Larosa | 1.00 |
| 03/15/23 | J J Normile | 2.60 |
| 03/16/23 | G J Larosa | 0.50 |
| 03/16/23 | K McCarthy | 0.50 |
| 03/17/23 | G J Larosa | 0.50 |
| 03/17/23 | K McCarthy | 0.30 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 03/17/23 | J J Normile | 1.00 |
|---|---|---|
| 03/19/23 | J J Normile | 0.30 |
| 03/20/23 | G J Larosa | 2.00 |
| 03/20/23 | J J Normile | 1.60 |
| 03/21/23 | K McCarthy | 0.50 |

Confer with subpoena counsel and opposing counsel regarding stipulation regarding protective order and

| 03/22/23 | J J Normile | 1.50 |
|---|---|---|
| 03/23/23 | G J Larosa | 0.50 |
| 03/23/23 | J J Normile | 1.00 |
| 03/24/23 | G J Larosa | 0.50 |
| 03/24/23 | J J Normile | 1.00 |
| 03/27/23 | G J Larosa | 1.00 |
| 03/27/23 | K McCarthy | 1.70 |
| 03/27/23 | J J Normile | 1.30 |

**JONES DAY**

305158.610005                                                                            Page: 5
                                                                                  May 30, 2023
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                  Invoice: 230903776

| | | |
|---|---|---|
| 03/28/23 | K McCarthy | 0.50 |
| | ██████████████████████████████████ | |
| 03/28/23 | J J Normile | 1.00 |
| | ████████████████████████████ and review of various correspondence | |
| | from J. Holdreith regarding continued stay of current proceedings. | |
| 03/29/23 | G J Larosa | 0.50 |
| | ████████████████ | |
| 03/29/23 | J J Normile | 0.80 |
| | ██████████████████████████████████████ | |
| 03/31/23 | K McCarthy | 0.20 |
| | Attention to case correspondence. | |

**Total**                                                                          **31.30**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023                                            305158.610013
                                                       Invoice: 230903777

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 176.00 |
| Less 13% Discount | | (22.88) |
| Total Billed Fees | USD | 153.12 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,653.12** |



**JONES DAY**

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Timekeeper/Fee Earner Summary

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Associate | | | |
| K McCarthy | 0.20 | 880.00 | 176.00 |
| **Total** | **0.20** | **USD** | **176.00** |

**JONES DAY**

305158.610013

Page: 3
May 30, 2023

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 230903777

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/01/23 | K McCarthy | 0.20 |
| | | |
| **Total** | | **0.20** |

# JONES DAY

305158.610013

Page: 4
May 30, 2023
Invoice: 230903777

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 03/09/23 | J J Normile | NYC | 1,500.00 | |
| **Hosting Charges Subtotal** | | | | **1,500.00** |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

May 30, 2023

305158.610022
Invoice: 230903778

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 2,211.88 |
| Less 13% Discount | | (287.54) |
| Total Billed Fees | USD | 1,924.34 |
| **TOTAL** | **USD** | **1,924.34** |



**JONES DAY**

305158.610022

Page: 2
May 30, 2023
Invoice: 230903778

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J L Swize | 0.50 | 1,233.75 | 616.88 |
| Associate |  |  |  |
| J R Boule | 2.20 | 725.00 | 1,595.00 |
| **Total** | **2.70** | **USD** | **2,211.88** |

## JONES DAY

305158.610022

Page: 3
May 30, 2023
Invoice: 230903778

Collegium 961 PGR

### Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 03/06/23 | J R Boule | 1.60 |
| 03/07/23 | J R Boule | 0.50 |
| 03/07/23 | J L Swize | 0.50 |
| 03/10/23 | J R Boule | 0.10 |
| | **Total** | **2.70** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023                                                              305158.610028
                                                                   Invoice: 230903779

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 55,847.83 |
| Less 13% Discount | | (7,260.22) |
| Total Billed Fees | USD | 48,587.61 |
| **TOTAL** | **USD** | **48,587.61** |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2
May 30, 2023
Invoice: 230903779

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 2.00 | 1,260.00 | 2,520.00 |
| J J Normile | 21.40 | 1,417.50 | 30,334.50 |
| J L Swize | 3.10 | 1,233.75 | 3,824.63 |
| Associate | | | |
| J R Boule | 5.40 | 725.00 | 3,915.00 |
| K McCarthy | 8.30 | 880.00 | 7,304.00 |
| A M Nicolais | 9.90 | 803.00 | 7,949.70 |
| **Total** | **50.10** | **USD** | **55,847.83** |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 3
May 30, 2023
Invoice: 230903779

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/02/23 | K McCarthy | 0.50 |
| 03/02/23 | A M Nicolais | 1.50 |
| 03/03/23 | K McCarthy | 0.50 |
| 03/03/23 | J J Normile | 1.00 |
| 03/06/23 | J R Boule | 4.10 |
| 03/06/23 | G J Larosa | 1.00 |
| 03/06/23 | K McCarthy | 1.30 |
| 03/06/23 | A M Nicolais | 2.20 |
| 03/06/23 | J J Normile | 4.10 |
| 03/06/23 | J L Swize | 2.30 |
| 03/07/23 | J R Boule | 0.10 |

Review ... related opposing counsel correspondence,

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 03/07/23 | J J Normile | 2.00 |
| 03/08/23 | G J Larosa | 1.00 |
| 03/08/23 | K McCarthy | 2.00 |
| 03/08/23 | J J Normile | 1.30 |
| 03/08/23 | J L Swize | 0.20 |
| 03/09/23 | J J Normile | 0.80 |
| 03/10/23 | J R Boule | 1.20 |
| 03/10/23 | J J Normile | 0.80 |
| 03/10/23 | J L Swize | 0.60 |
| 03/13/23 | K McCarthy | 0.80 |
| 03/13/23 | A M Nicolais | 0.90 |
| 03/13/23 | J J Normile | 1.60 |
| 03/14/23 | A M Nicolais | 0.40 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| | | |
|---|---|---|
| 03/15/23 | K McCarthy | 1.50 |
| 03/15/23 | A M Nicolais | 1.30 |
| 03/15/23 | J J Normile | 0.80 |
| 03/17/23 | K McCarthy | 1.00 |
| 03/19/23 | J J Normile | 0.30 |
| 03/20/23 | A M Nicolais | 0.80 |
| 03/20/23 | J J Normile | 2.60 |
| 03/23/23 | J J Normile | 1.50 |
| 03/24/23 | J J Normile | 1.30 |
| 03/27/23 | A M Nicolais | 1.50 |
| 03/27/23 | J J Normile | 3.30 |
| 03/28/23 | A M Nicolais | 0.80 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Invoice: 230903779

| | | | |
|---|---|---|---|
| 03/30/23 | K McCarthy | | 0.50 |
| | ███████████████████████████████████ | | |
| 03/30/23 | A M Nicolais | | 0.50 |
| | ███████████████████████████████ | | |
| 03/31/23 | K McCarthy | | 0.20 |
| | Attention to case correspondence. | | |

**Total**                    **50.10**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023                                                                                     305158.999007
                                                                                                Invoice: 230903780

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Retention Matters | USD | 20,932.60 |
| Less 13% Discount | | (2,721.24) |
| Total Billed Fees | USD | 18,211.36 |
| **TOTAL** | **USD** | **18,211.36** |



# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| J J Normile | 6.90 | 1,417.50 | 9,780.75 |
| **Associate** | | | |
| C Buck | 0.30 | 709.50 | 212.85 |
| K McCarthy | 6.30 | 880.00 | 5,544.00 |
| N P Yeary | 8.30 | 650.00 | 5,395.00 |
| **Total** | **21.80** | **USD** | **20,932.60** |

# JONES DAY

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/02/23 | J J Normile | 1.00 |

Review and revise February 2023 invoices.

| | | |
|---|---|---|
| 03/09/23 | J J Normile | 0.80 |

Review and revise February Jones Day invoices.

| | | |
|---|---|---|
| 03/09/23 | N P Yeary | 0.30 |

Prepare monthly fee statement covering services rendered in January (0.2); call with C. Buck to discuss same (0.1).

| | | |
|---|---|---|
| 03/13/23 | J J Normile | 1.50 |

██████████████████████████████████

| | | |
|---|---|---|
| 03/14/23 | J J Normile | 1.00 |

██████████████████████

| | | |
|---|---|---|
| 03/15/23 | K McCarthy | 1.50 |

████████████████████████████

| | | |
|---|---|---|
| 03/15/23 | J J Normile | 0.80 |

██████████████████████

| | | |
|---|---|---|
| 03/16/23 | K McCarthy | 0.50 |

████████████████████████████

| | | |
|---|---|---|
| 03/16/23 | J J Normile | 0.30 |

████████████████████████████

| | | |
|---|---|---|
| 03/16/23 | N P Yeary | 0.30 |

Communicate with Buck regarding fee examiner report.

| | | |
|---|---|---|
| 03/17/23 | C Buck | 0.30 |

Revise letter to examiner.

| | | |
|---|---|---|
| 03/17/23 | K McCarthy | 1.50 |

████████████████████████████

| | | |
|---|---|---|
| 03/17/23 | J J Normile | 0.50 |

████████████████████████████

| | | |
|---|---|---|
| 03/17/23 | N P Yeary | 1.90 |

Review fee examiner letter (0.3); call with Buck and Normile regarding same (0.1); prepare for interim fee hearing (0.2); draft response to fee examiner letter (0.7); prepare a fee statement covering January services (0.5); communicate with Buck regarding January fee statement and response to fee examiner (0.1).

| | | |
|---|---|---|
| 03/18/23 | N P Yeary | 0.30 |

Correspond with J. Normile and C. Buck regarding letter to the fee examiner

| | | |
|---|---|---|
| 03/20/23 | J J Normile | 1.00 |

████████████████████████████

**JONES DAY**

305158.999007

Retention Matters

Page: 4
May 30, 2023
Invoice: 230903780

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 03/20/23 | N P Yeary | 0.90 |

Revise letter to fee examiner concerning interim fee application (0.3); confer with J. Normile regarding same (0.1); correspond with J. Normile and C. Buck concerning same (0.2); correspond with K. McCarthy, A. Payne, and C. Buck concerning interim fee hearing logistics (0.2); communicate with C. Buck concerning hearing prep (0.1).

| | | |
|---|---|---|
| 03/21/23 | K McCarthy | 0.50 |

██████████████████████████████████

| | | |
|---|---|---|
| 03/21/23 | K McCarthy | 0.80 |

Prepare for and attend omnibus hearing regarding interim fee application (0.5); confer internally regarding issues related to hearing and application (0.3).

| | | |
|---|---|---|
| 03/21/23 | N P Yeary | 2.80 |

Prepare for and attend interim fee application hearing (0.6); review proposed form of order covering interim fees and related communications with C. Buck, J. Normile, Schwartz (0.2); draft monthly fee application (2.0).

| | | |
|---|---|---|
| 03/22/23 | N P Yeary | 1.40 |

Prepare a fee statement covering services rendered in January 2023 (1.0); revise same (0.4).

| | | |
|---|---|---|
| 03/24/23 | K McCarthy | 0.50 |

██████████████████████████████████

| | | |
|---|---|---|
| 03/27/23 | K McCarthy | 1.00 |

███████████████████████

| | | |
|---|---|---|
| 03/31/23 | N P Yeary | 0.40 |

Communicate with C. Buck and C. Gugg regarding monthly fee statement.

| | | |
|---|---|---|
| **Total** | | **21.80** |