UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                          :        Chapter 11
                                                :
PURDUE PHARMA L.P., *et al.*,                   :        Case No. 19-23649 (SHL)
                                                :
                            Debtors.[1]         :        (Jointly Administered)
                                                :

------------------------------------------------------------ x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF APRIL 1, 2023 THROUGH APRIL 30, 2023

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of April 1, 2023 through April 30, 2023 (the "Fortieth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et* seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.   For the Fortieth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $14.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,014.00 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Fortieth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Fortieth Compensation Period, some expenses might not be included in this Monthly Fee Statement due

to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Fortieth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned by PJT during the Fortieth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Fortieth Compensation Period is outlined below:

| Fortieth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| April 1 – 30, 2023 | $225,000.00 | ($45,000.00) | $14.00 | **$180,014.00** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 147.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Fortieth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | April 2023 |
|---|---|
| Jamie O'Connell | 5.5 |
| Rafael Schnitzler | 15.5 |
| Tom Melvin | 57.5 |
| Jin Won Park | 14.0 |
| Marilia Bagatini | 5.5 |
| Christopher Fletcher | 43.0 |
| Chloe Lee | 6.0 |
| **Total Hours** | **147.0** |

### III. Requested Relief

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $14.00, in each case earned or incurred during the Fortieth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

|  |  |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 14.00 |
| **Total Amount Due** | **$180,014.00** |

Dated: June 8, 2023

PJT PARTNERS LP

By: */s/ John James O'Connell III*
     John James O'Connell III
     Partner
     280 Park Avenue
     New York, NY 10017
     (212) 364-7800

**APPENDIX A**

**PJT Partners**

**PJT**

June 8, 2023

Edward Borkowski
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of April 1, 2023 through April 30, 2023: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| Out-of-pocket expenses processed through May 15, 2023:[1] | | |
| Research | $ 14.00 | 14.00 |
| **Total Amount Due** | **$** | **180,014.00** |

**Invoice No. 10024505**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail May-23 | Total Expenses |
|---|---|---|
| Research - Online Database | $ 14.00 | $ 14.00 |
| **Total Expenses** | **$ 14.00** | **$ 14.00** |
| | | |
| **Research** | | **$ 14.00** |
| | | |
| **Total Expenses** | | **$ 14.00** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through May 15, 2023**
**Invoice No. 10024505**

**Research - Online Database**

de Almeida (retrieved documents from Court docket via PACER) 12/13/22 14.00

**Subtotal - Research - Online Database** 14.00

**Total Expenses** $ 14.00

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 5.5 |
| Rafael Schnitzler | Managing Director | 15.5 |
| Tom Melvin | Vice President | 57.5 |
| Jin Won Park | Vice President | 14.0 |
| Marilia Bagatini | Associate | 5.5 |
| Christopher Fletcher | Analyst | 43.0 |
| Chloe Lee | Analyst | 6.0 |
| | **Total** | **147.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 04/03/23 | 0.5 | Internal team meeting regarding business matter |
| Jamie O'Connell | 04/04/23 | 0.5 | Special Committee |
| Jamie O'Connell | 04/04/23 | 0.5 | Email correspondence on various business matters |
| Jamie O'Connell | 04/05/23 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 04/06/23 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 04/10/23 | 0.5 | Email correspondence on business matter |
| Jamie O'Connell | 04/12/23 | 0.5 | Review of court decision |
| Jamie O'Connell | 04/20/23 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 04/27/23 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 04/27/23 | 0.5 | Call with management regarding financial matter |
| | | **5.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 04/01/23 | 1.0 | Correspondence related to business matter |
| Rafael Schnitzler | 04/02/23 | 1.5 | Correspondence related to business matter |
| Rafael Schnitzler | 04/02/23 | 0.5 | Review materials related to business matter |
| Rafael Schnitzler | 04/03/23 | 0.5 | Internal team meeting regarding business matter |
| Rafael Schnitzler | 04/04/23 | 1.0 | Correspondence related to business matter |
| Rafael Schnitzler | 04/06/23 | 0.5 | Weekly update call with management and advisors |
| Rafael Schnitzler | 04/07/23 | 1.0 | Correspondence related to business matter |
| Rafael Schnitzler | 04/10/23 | 1.0 | Correspondence related to business matter |
| Rafael Schnitzler | 04/12/23 | 0.5 | Correspondence related to business matter |
| Rafael Schnitzler | 04/14/23 | 1.5 | Correspondence related to business matter |
| Rafael Schnitzler | 04/17/23 | 1.0 | Correspondence related to business matter |
| Rafael Schnitzler | 04/20/23 | 1.0 | Weekly update call with management and advisors |
| Rafael Schnitzler | 04/25/23 | 0.5 | Court hearing |
| Rafael Schnitzler | 04/26/23 | 2.0 | Board meeting |
| Rafael Schnitzler | 04/27/23 | 0.5 | Weekly update call with management and advisors |
| Rafael Schnitzler | 04/28/23 | 1.5 | Correspondence related to business matter |
| | | **15.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 04/01/23 | 1.0 | Court bench ruling |
| Tom Melvin | 04/01/23 | 0.5 | Review correspondence related to business matter |
| Tom Melvin | 04/02/23 | 0.5 | Review materials related to business matter |
| Tom Melvin | 04/03/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/03/23 | 0.5 | Meeting with internal team regarding business matter |
| Tom Melvin | 04/04/23 | 0.5 | Special Committee meeting |
| Tom Melvin | 04/04/23 | 1.0 | Bi weekly update call with creditor financial advisors |
| Tom Melvin | 04/04/23 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 04/04/23 | 0.5 | Call with internal team related to various matters |
| Tom Melvin | 04/04/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/04/23 | 1.0 | Review analysis related to various matters |
| Tom Melvin | 04/05/23 | 1.0 | Review analysis related to various matters |
| Tom Melvin | 04/05/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/05/23 | 0.5 | Prepare and review agenda for weekly update call |
| Tom Melvin | 04/06/23 | 0.5 | Weekly call with Company management and debtor advisors |
| Tom Melvin | 04/06/23 | 0.5 | Call with DPW regarding tax analysis |
| Tom Melvin | 04/06/23 | 0.5 | Call with DPW regarding business matter |
| Tom Melvin | 04/06/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/07/23 | 0.5 | Call with DPW regarding tax analysis |
| Tom Melvin | 04/10/23 | 1.0 | E-mail correspondence with Company management, AlixPartners and DPW related to various matters |
| Tom Melvin | 04/10/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/10/23 | 1.0 | Review analysis related to various matters |
| Tom Melvin | 04/12/23 | 0.5 | Call with DPW regarding business matter |
| Tom Melvin | 04/12/23 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 04/12/23 | 0.5 | Call with internal team member related to various analyses |
| Tom Melvin | 04/12/23 | 1.0 | Review material related to court opinion |
| Tom Melvin | 04/12/23 | 1.0 | E-mail correspondence with Company management, AlixPartners and DPW related to various matters |
| Tom Melvin | 04/12/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/12/23 | 1.0 | Review analysis related to business planning |
| Tom Melvin | 04/12/23 | 0.5 | E-mail correspondence with creditor financial advisors related to business matters |
| Tom Melvin | 04/13/23 | 1.0 | Weekly call with Company management and debtor advisors |
| Tom Melvin | 04/14/23 | 0.5 | Call with AlixPartners and creditor financial advisors regarding business matter |
| Tom Melvin | 04/14/23 | 1.0 | Correspondence with Company management, AlixPartners and DPW related to various matters |
| Tom Melvin | 04/14/23 | 0.5 | E-mail correspondence with creditor financial advisors related to business matters |
| Tom Melvin | 04/17/23 | 1.0 | Correspondence with Company management, AlixPartners and DPW related to various matters |
| Tom Melvin | 04/17/23 | 0.5 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/17/23 | 0.5 | Review diligence requests from creditor financial advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 04/18/23 | 0.5 | Call with Company management related to upcoming Board meetings |
| Tom Melvin | 04/18/23 | 1.0 | Review analysis related to business planning |
| Tom Melvin | 04/18/23 | 0.5 | Review diligence requests from creditor financial advisors |
| Tom Melvin | 04/18/23 | 0.5 | E-mail correspondence with Company management, AlixPartners and DPW related to various matters |
| Tom Melvin | 04/19/23 | 0.5 | Call with internal team and AlixPartners related to upcoming board meeting |
| Tom Melvin | 04/19/23 | 0.5 | Bi weekly update call with creditor financial advisors |
| Tom Melvin | 04/19/23 | 0.5 | Call with DPW related to upcoming board meeting |
| Tom Melvin | 04/19/23 | 0.5 | Call with internal team member related to financial analysis |
| Tom Melvin | 04/19/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Tom Melvin | 04/19/23 | 0.5 | E-mail correspondence with creditor financial advisors related to business matters |
| Tom Melvin | 04/19/23 | 0.5 | Prepare and review agenda for weekly update call |
| Tom Melvin | 04/19/23 | 0.5 | E-mail correspondence with Company management, AlixPartners and DPW related to various matters |
| Tom Melvin | 04/20/23 | 0.5 | Weekly call with Company management and debtor advisors |
| Tom Melvin | 04/20/23 | 0.5 | Call with Company management, AlixPartners and counsel regarding upcoming meeting |
| Tom Melvin | 04/20/23 | 1.0 | Call with AlixPartners, counsel and creditor financial advisors related to business matter |
| Tom Melvin | 04/20/23 | 0.5 | Review diligence requests from creditor financial advisors |
| Tom Melvin | 04/20/23 | 1.0 | Review analysis related to business planning |
| Tom Melvin | 04/21/23 | 1.0 | Review responses to creditor financial advisor diligence requests |
| Tom Melvin | 04/24/23 | 1.0 | Review responses to creditor financial advisor diligence requests |
| Tom Melvin | 04/24/23 | 0.5 | Review diligence requests from creditor financial advisors |
| Tom Melvin | 04/24/23 | 0.5 | E-mail correspondence with Company management and AlixPartners related to various matters |
| Tom Melvin | 04/25/23 | 0.5 | Court hearing |
| Tom Melvin | 04/25/23 | 1.0 | E-mail correspondence with internal team regarding analysis for Board meeting |
| Tom Melvin | 04/25/23 | 1.0 | Review materials related to upcoming Board meeting |
| Tom Melvin | 04/26/23 | 2.0 | Board meeting |
| Tom Melvin | 04/26/23 | 0.5 | Call with AlixPartners and Company management related to various matters |
| Tom Melvin | 04/26/23 | 0.5 | E-mail correspondence with Company management and AlixPartners related to various matters |
| Tom Melvin | 04/26/23 | 1.0 | Review material from Company management related to upcoming Board meetings |
| Tom Melvin | 04/27/23 | 1.0 | Weekly call with Company management and debtor advisors |
| Tom Melvin | 04/27/23 | 0.5 | Review responses to creditor financial advisor diligence requests |
| Tom Melvin | 04/27/23 | 0.5 | Review material from Company management related to upcoming Board meetings |
| Tom Melvin | 04/28/23 | 0.5 | Review responses to creditor financial advisor diligence requests |
| Tom Melvin | 04/29/23 | 0.5 | Call with AlixPartners to discuss analysis for upcoming board meeting |
| Tom Melvin | 04/29/23 | 2.5 | Prepare and review analysis for upcoming Board meeting |
| Tom Melvin | 04/29/23 | 1.0 | Review materials from DPW related to upcoming Board meeting |
| Tom Melvin | 04/30/23 | 0.5 | Call with internal team member related to financial analysis |
| Tom Melvin | 04/30/23 | 2.0 | Prepare and review analysis for upcoming Board meeting |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 04/30/23 | 1.0 | Review materials from DPW related to upcoming Board meeting |
| | | 57.5 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jin Won Park | 04/01/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/02/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/03/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/04/23 | 2.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/05/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/06/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/07/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/10/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/11/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/12/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/13/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/17/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/18/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/19/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/20/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/24/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/25/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/26/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Jin Won Park | 04/27/23 | 0.5 | Correspondence and discussions regarding various business matters |
| | | **14.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 04/05/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 04/06/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 04/06/23 | 1.0 | Call regarding business matter |
| Marilia Bagatini | 04/07/23 | 0.5 | Call regarding business matter |
| Marilia Bagatini | 04/10/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 04/12/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 04/14/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Marilia Bagatini | 04/18/23 | 0.5 | Call regarding business matter |
| | | **5.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 04/01/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 04/03/23 | 0.5 | Internal meeting regarding business matter |
| Christopher Fletcher | 04/03/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 04/04/23 | 3.0 | Financial analysis |
| Christopher Fletcher | 04/04/23 | 1.0 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 04/05/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 04/05/23 | 1.0 | Correspondence with internal team member regarding business matter |
| Christopher Fletcher | 04/04/23 | 1.0 | Call with creditor FAs |
| Christopher Fletcher | 04/06/23 | 0.5 | Weekly update call with advisors and management |
| Christopher Fletcher | 04/06/23 | 1.0 | Review analysis from Counsel and Company |
| Christopher Fletcher | 04/06/23 | 1.5 | Financial analysis |
| Christopher Fletcher | 04/10/23 | 1.5 | Financial analysis |
| Christopher Fletcher | 04/12/23 | 0.5 | Internal call regarding business matter |
| Christopher Fletcher | 04/12/23 | 2.0 | Financial analysis |
| Christopher Fletcher | 04/13/23 | 1.0 | Weekly update call with advisors and management |
| Christopher Fletcher | 04/17/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Christopher Fletcher | 04/17/23 | 1.0 | Prepare analysis related to business planning |
| Christopher Fletcher | 04/18/23 | 1.0 | Call with creditor FAs |
| Christopher Fletcher | 04/19/23 | 0.5 | Call with Alix Partners to discuss business matter |
| Christopher Fletcher | 04/19/23 | 3.0 | Financial analysis |
| Christopher Fletcher | 04/19/23 | 0.5 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 04/21/23 | 1.0 | Review responses to creditor financial advisor diligence requests |
| Christopher Fletcher | 04/24/23 | 0.5 | Correspondence with internal team member regarding business matter |
| Christopher Fletcher | 04/25/23 | 2.5 | Financial analysis |
| Christopher Fletcher | 04/27/23 | 1.0 | Weekly update call with advisors and management |
| Christopher Fletcher | 04/27/23 | 1.5 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 04/29/23 | 1.0 | Call with Alix Partners to discuss business matter |
| Christopher Fletcher | 04/29/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 04/30/23 | 2.0 | Financial analysis |
| | | **43.0** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 04/05/23 | 1.0 | Internal correspondence on business matters |
| Chloe Lee | 04/06/23 | 1.0 | Internal correspondence on business matters |
| Chloe Lee | 04/07/23 | 0.5 | Call regarding business matter |
| Chloe Lee | 04/18/23 | 0.5 | Call with financial advisors |
| Chloe Lee | 04/19/23 | 1.0 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 04/24/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 04/25/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 04/26/23 | 0.5 | Correspondence and discussions regarding various business matters |
| Chloe Lee | 04/27/23 | 0.5 | Correspondence and discussions regarding various business matters |
| | | **6.0** | |