Kristin K. Mayes
Arizona Attorney General
Firm State Bar No. 14000

Matthew A. Silverman
Assistant Attorney General
State Bar No. 018919
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7774
Facsimile: (602) 542-4273
Email: Matthew.Silverman@azag.gov
Attorney for the State of Arizona
*ex rel.* Consumer Protection and Advocacy

# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>PURDUE PHARMA L.P.<br>EIN: 06-1307484<br>Debtor. | Chapter 11<br><br>Case No. 19-23649-shl<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Matthew A. Silverman of the Arizona Attorney General's Office makes an appearance as the attorney of record for the State of Arizona *ex rel.* Consumer Protection and Advocacy ("State") pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby request that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following address:

>Office of the Attorney General
>c/o Matthew A. Silverman
>2005 North Central Ave.
>Phoenix, AZ 85004-1592
>Email: bankruptcyunit@azag.gov

#TYSTE2PH0E1AJQv1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal whether written or oral and whether transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Respondent: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

1    RESPECTFULLY SUBMITTED this 8th day of June, 2023.

KRISTIN K. MAYES
Attorney General

*Matthew A Silverman* (Digitally signed by Matthew A Silverman, Date: 2023.06.07 08:14:35 -07'00')

Matthew A. Silverman
Assistant Attorney General
Attorney for the State of Arizona
  *ex rel.* Consumer Protection and Advocacy

3

ORIGINAL of the foregoing filed electronically this 8th day of June, 2023 with:

United States Bankruptcy Court
Southern District of New York

COPY of the foregoing sent by email this 8th day of June, 2023 to:

*Attorneys for Debtor*

Anthony D. Boccanfuso
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Email: Anthony.Boccanfuso@apks.com

Paul E. Breene
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Email: pbreene@reedsmith.com

Chane Buck
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Email: cbuck@jonesday.com

Julie Elizabeth Cohen
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
Email: julie.cohen@skadden.com

Scott I. Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Email: sdavidson@kslaw.com

Van C. Durrer, II
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, Ste 3400
Los Angeles, CA 90071
Email: van.durrer@skadden.com

4

|   |   |
|---|---|
| 1 | Jeffrey R. Gleit |
| 2 | ArentFox Schiff LLP |
|   | 1301 Avenue of the Americas, 42nd Floor |
| 3 | New York, NY 10019 |
|   | Email: jeffrey.gleit@afslaw.com |
| 4 |   |
| 5 | Timothy E. Graulich |
|   | Davis Polk & Wardwell LLP |
| 6 | 450 Lexington Avenue |
|   | New York, NY 10017 |
| 7 | Email: timothy.graulich@davispolk.com |
| 8 |   |
|   | Marshall Scott Huebner |
| 9 | Davis Polk & Wardwell LLP |
|   | 450 Lexington Avenue |
| 10 | New York, NY 10017 |
|   | Email: marshall.huebner@davispolk.com |
| 11 |   |
| 12 | Benjamin S. Kaminetzky |
|   | Davis Polk & Wardwell |
| 13 | 450 Lexington Avenue |
|   | New York, NY 10017 |
| 14 | Email: kaminet@dpw.com |
| 15 |   |
|   | Darren S. Klein |
| 16 | Davis Polk & Wardwell LLP |
|   | 450 Lexington Avenue |
| 17 | New York, NY 10017 |
|   | Email: darren.klein@dpw.com |
| 18 |   |
| 19 | Anna Kordas |
|   | Akin Gump Strauss Hauer & Feld LLP |
| 20 | One Bryant Park |
|   | New York, NY 10036 |
| 21 | Email: akordas@jonesday.com |
| 22 |   |
|   | Ann Kramer |
| 23 | Reed Smith LLP |
|   | 599 Lexington Avenue |
| 24 | New York, NY 10022 |
| 25 | Email: akramer@reedsmith.com |
| 26 |   |

5

| | |
|---|---|
| 1 | James I. McClammy |
| 2 | Davis Polk & Wardwell LLP |
|   | 450 Lexington Avenue |
| 3 | New York, NY 10017 |
|   | Email: james.mcclammy@davispolk.com |
| 4 | |
| 5 | George W. Shuster, Jr. |
|   | Wilmer Cutler Pickering Hale and Dorr |
| 6 | 60 State Street |
|   | Boston, MA 02109 |
| 7 | Email: george.shuster@wilmerhale.com |
| 8 | |
|   | Paul M. Singer |
| 9 | Reed Smith LLP |
|   | Reed Smith Centre |
| 10 | 225 Fifth Avenue, Suite 1200 |
|    | Pittsburgh, PA 15222 |
| 11 | Email: psinger@reedsmith.com |
| 12 | |
|    | Marc Joseph Tobak |
| 13 | Davis Polk & Wardwell LLP |
|    | 450 Lexington Avenue |
| 14 | New York, NY 10017 |
| 15 | Email: mtobak@dpw.com |
| 16 | Eli J. Vonnegut |
|    | Davis Polk & Wardwell LLP |
| 17 | 450 Lexington Avenue |
| 18 | New York, NY 10017 |
|    | Email: eli.vonnegut@davispolk.com |
| 19 | |
|    | Nathan Yeary |
| 20 | Jones Day - New York |
| 21 | 250 Vesey Street |
|    | New York, NY 10007, Ste 3220a |
| 22 | New York, NY 10007 |
|    | Email: nyeary@jonesday.com |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

6

1  *Attorney for the U.S. Trustee*

2

3  Brian S. Masumoto
   Alexander Hamilton Custom House
   One Bowling Green, Room 534
4  New York, NY 10004-1408
   Email: nysbnotice@gmail.com
5

6  Linda Riffkin
   201 Varick St, Room 1006
7  New York, NY 10014
   Email: linda.riffkin@usdoj.gov
8

9                         Digitally signed
                          by Sandra
10                        Carlson
                          Date: 2023.06.08
11 _____    08:07:58 -07'00'
   Sandra Carlson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26