IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br><br>**PURDUE PHARMA, L.P.,** *et al.* [1]<br><br>**Debtors.** | Case No. 19-23649 (RDD)<br><br>Chapter 11<br><br>**(Jointly Administered)** |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED PARCEL SERVICE, INC.**

It is hereby stipulated that Brian P. Morgan, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, New York 10036, be substituted as attorney of record for United Parcel Service, Inc. ("UPS"), in place and instead of the undersigned attorneys as of the date hereof.

All future pleadings and court filings should be served upon:

| | |
|---|---|
| Brian P. Morgan<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>Tel: (212) 248-3272<br>Fax: (212) 248-3141<br>Email: brian.morgan@faegredrinker.com | Michael T. Gustafson<br>Faegre Drinker Biddle & Reath LLP<br>320 South Canal Street, Suite 3300<br>Chicago, Illinois 60606<br>Tel: (312) 569-1000<br>Fax: (312) 569-3000<br>Email: mike.gustafson@faegredrinker.com |

[*Signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

US.357864289.02

| Withdrawing Attorneys: | Substitute Attorneys: |
|---|---|
| By: /s/ *Kenneth T. Law*<br>Kenneth T. Law<br>Lawrence M. Schwab<br>Bialson, Bergen & Schwab<br>633 Menlo Ave., Suite 100<br>Menlo Park, CA 94025<br>Tel: (650) 857-9500<br>Fax: (650) 494-2738<br>Email: Klaw@bbslaw.com | By: /s/ *Brian P. Morgan*<br>Brian P. Morgan<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>Tel: (212) 248-3272<br>Fax: (212) 248-3141<br>Email: brian.morgan@faegredrinker.com<br><br>Mike T. Gustafson<br>Faegre Drinker Biddle & Reath LLP<br>320 South Canal Street, Suite 3300<br>Chicago, IL 60606<br>Tel: (312) 569-1000<br>Fax: (312) 569-3000<br>Email: mike.gustafson@faegredrinker.com |
| Dated: June 8, 2023 | Dated: June 8, 2023 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2023, a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Debtor's counsel, the United States Trustee, parties requesting service, and all parties in interest registered for electronic filing via the CM/ECF system.

                                              */s/ Brian P. Morgan*

US.357864289.02