UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors. [1] | (Jointly Administered) |

## NOTICE OF INCREASE IN HOURLY RATES OF SKADDEN PROFESSIONALS

1. On September 15, 2019 (the "Petition Date"), each of the above-captioned debtors (collectively, the "Debtors") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On November 6, 2019, the Debtors filed an application to employ and retain Skadden as special counsel to the Debtors [Docket No. 438] (the "Initial Application") pursuant to § 327(e) of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York.

2. On November 25, 2019, the Court entered the *Order Granting Application Authorizing the Retention and Employment of Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* [Docket No. 545] (the "Initial Retention Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

3. On July 10, 2020, the Debtors filed an Application for Authority to Supplement the Retention and Employment of Skadden [Docket No. 1370] (the "Supplemental Application," and together with the Initial Application, the "Application"). The Court entered the Order Granting Authority to Supplement the Retention and Employment of Skadden [Docket No. 1521] (the "Supplemental Retention Order," and together with the Initial Retention Order, the "Retention Order").

4. As stated in the Declaration of Patrick Fitzgerald In Support Of the Initial Application, Skadden's billing rates are subject to periodic increase in the normal course of Skadden's business. In accordance with the Retention Order, Skadden hereby provides notice that effective as of January 1, 2023, Skadden's billing rates for Skadden professionals expected to spend significant time on the engagement range from $1,417.75 to $1,979.50 for partners, $551.05 to $1,487.30 for associates, counsel and special counsel, and $278.20 to $502.90 for paralegals.[2]

*[Remainder of Page Intentionally Left Blank]*

---

[2] Consistent with its prior agreement, Skadden has agreed to continue to provide a volume discount. Specifically, Skadden agreed to provide a discount of 7%, which increases to 10%, 12%, and 14% once annual fees reach $5 million, $10 million, and $15 million, respectively. These thresholds are calculated on a calendar year basis and re-set annually.

Dated: Los Angeles, California
June 9, 2023

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    */s/    Van C. Durrer, II*

    Van C. Durrer, II
    300 S. Grand Ave., Suite 3400
    Los Angeles, CA 90071
    Telephone: (213) 687-5200
    Fax: (213) 621-5200

    – and –

    Jennifer L. Bragg
    1440 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 371-7000
    Fax: (202) 393-5760

    *Special Counsel to Debtors
    and Debtors-in-Possession*