UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :    Chapter 11
                                                             :
PURDUE PHARMA L.P., et al., [1]                              :
                                                             :    Case No. 19-23649 (SHL)
                                                             :
                Debtors.                                     :
                                                             :
-------------------------------------------------------------x
```

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

     I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Official Committee of Unsecured Creditors in the above-captioned case.

     On June 6, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Statement of the Official Committee of Unsecured Creditors in Respect of the Sale of the Avrio Assets and the Use of the Proceeds Therefrom** [Docket No. 5623]

Dated: June 9, 2023

                                                                    */s/* Heather Fellows
                                                                    Heather Fellows
                                                                    KCC
                                                                    222 N Pacific Coast Highway,
                                                                    Suite 300
                                                                    El Segundo, CA 90245

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425) Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901

# Exhibit A

**Core/2002 Service List**

**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 1111 Pennsylvania Ave | Washington | DC | 20004-2541 |