# UNTIED STATES BANKRUPCY COURT
# SOUTHERN DISTRICT OF NEW YORK

REDBOW NLN PRO-SE

CLAIMMANT

CLAIM NO. 6492

CASE NUMBER 19-23649(RDD)

V.

PURDUE PHARMA L.P., ET AL.,

(7484), (7486), (1868), (3821), (0034),
(8810), (6745), (6150), (4591), (4594),
(3925), (4140), (3902), (4712), (7805),
(7502), (7425), (7584), (6166), (7143),
(0495), (5717), (4014).

DEBTORS.

FILED
U.S. BANKRUPTCY COURT
2023 JUN 12 P 3:21
S.D. OF N.Y.

# MOTION

# TO SCHEDULE FOR

# LIQUDATION AND SETTLEMENT OF

# CASE NUMBER; 6492

Comes now by, and THROUGH SELF REPRESENTATION, Claimant REDBOW NLN files this MOTION to SETTLE Claim No. 6492 and so STATE the following.

This CLAIM, is more than RIPE for RELIEF.

The CLAIMMANT is asking for RELIEF for DAMMAGES for Economical Damages, Emotional Distress, Humiliation, Loss of Enjoyment of Life and Other Pain and Suffering. The Claimant has suffered in many ways, Loss of family, funds being taken away from the same. Claimant spent (2) two different visits in a drug rehab in order to get help from the effects of the DRUGS being pushed by Big Pharma, and the Sackler families.

An amount of $78,000.00 dollars, has been mentioned in other payments for an Individual payment, to an individual CLAIM, (person).

THERFORE, CLAIMANT will accept the sum of $78,000.00, in a (1) one time offer to settle this claim number of #6492 for RELIFF of DAMAGES, Economical Damages, Emotional Distress, Humiliation, Loss of Enjoyment of Life and Other Pain and Suffering. If this claim is denied, then this claim will go back to the original claim of (1) ONE Million Dollars.

Other claims having been flied well after claimants claim on 04/13/2020, and a claim number of #6492, and having, other claim numbers well into the 16K, 17K, and even higher in claim numbers, and being filed, several months after this claim, and being liquidated.

## "ARGUMENT"

The Court has released BILLIONS to STATE, and FEDERAL GOVERNMENTS, For sought after RELIEF, 4.5 BILLION to the DOJ.

Each month Attorneys for different representations of different entities are Charging MILLIONS and MILLIONS of dollars each month and are being paid. The ones in that were truly hurt the most, are the people, by big PHARMA, and the Sackler families. The people suffer more than any Government, all that was lost by the Government's are tax dollars in which we the people have paid. Only the ones of whom have suffered great harm should be paid first, but, we know from the past, with the Courts showing the path in which they wish to travel, the people having been done great harm, and suffering, and pain, great REAL loss in that will never, and can never be paid to full compensation. The Court should pay the people, for damages, first, then the Governments the ones of whom have been harmed the least, but, will be paid the most.

*[signature]*
REDBOW NLN PRO-SE
22560 PRESTWOOD ROAD
DOZIER, ALABAMA
36020
redbownln@gmail.com
1-334-496-2100