# UNTIED STATES BANKRUPCY COURT
# SOUTHERN DISTRICT OF NEW YORK

REDBOW NLN   PRO-SE

    CLAIMANT

    CLAIM NO. 6492                      CASE NUMBER 19-23649 (RDD)

    V.

PURDUE PHARMA L.P., ET AL.,

(7484), (7486), (1868), (3821), (0034),
(8810), (6745), (6150), (4591), (4594),
(3925), (4140), (3902), (4712), (7805),
(7502), (7425), (7584), (6166), (7143),
(0495), (5717), (4014).

    DEBTORS.

## BRIEF

## IN SUPPORT OF

## MOTION TO LIQUDATE and

## AMENDED MOTION TO LIQUIATE

COMES NOW THE MOVENT, and files this BREIF in support of MOTION to

LIQUDATE claim number 6492, filed on 05/30/2023.

The Movant sent in a MOTION to LIQUDATE on or around 05/16/2023, Movant is at a loss as to

why this MOTION has not yet been posted by the COURT, as of this date of

1

the filling of this BRIEF in support of the same. For what ever reason, enclosed, is a true and correct copy of the ORIGINAL "MOTTION TO LIQUDATE" claim number 6492, mailed to the COURT on or around 05/16/2023.

The "AMENDED MOTION TO LIQUADATE CLAIM", filed on 05/30/2023, is a request for an Entry of an ORDER Authorizing and Approving Settlement of claim number 6492, in the Original amount of "ONE MILLION DOLLARS" $1,000,000. In a previous MOTION, filed on 03/16/2022, (one year prior) with a DEBTORS OBJECTION, filed on 04/20/2022. In this OBJECTION, DEBTOR'S Attorney states in part.

"The Debtors have consulted with counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") and the Ad Hoc Group of Individual Victims (the "PI Group"), and both the Creditors' Committee and PI Group support the relief requested herein."

Now, the DEBTOR'S with out doubt, will request, in that this ORDER not be granted being to early to SETTLE. CLAIMET, in this request, state in that this CLAIM is more than RIPE for SETTLEMENT. This CLAIM is not, and does not fall under the other claim's with representation from ATTORNEY'S representation of CLAIMS without Attorney's. This is a (PRO-SE) CLAIM, and should be treated as a separate claim, not coupled with any other CLAIMS represented by an ATTORNEY.

2

THEREFORE, MOVANT, MOVES this COURT to enter requested ORDER of APPROVING SELLEMENT CLAIM number 6492, in the amount of ONE MILLION DOLLARS.

MOVANT, HOPES, and PRAYS this COURT will enter said request.


_____ PRO-SE
REDBOW NLN
22560 Prestwood Road
Dozier, Alabama 36028
1-334-496-2100
redbownln@gmail.com

3