**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

### NOTICE OF FORTY-SECOND MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | April 1, 2023 Through April 30, 2023 |
| **Amount of Compensation Requested (after 13% discount):** | $292,182.90[2] |
| **Less 20% Holdback** | $58,436.58 |
| **Net of Holdback**: | $233,746.32 |
| **Amount of Expense Reimbursement Requested:** | $17,204.00 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $250,950.32 |
| **This is a** | X__ Monthly ____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] In addition to the 13% discount, Jones Day has agreed to charge the Debtors further reduced billing rates for certain timekeepers in 2023. This reduction is not reflected in the 13% discount.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[3] Jones Day hereby submits this forty-second monthly fee statement (the "Forty-Second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from April 1, 2023 through April 30, 2023 (the "Forty-Second Monthly Fee Period"). By this Forty-Second Monthly Fee Statement, and after taking into account certain voluntary discounts,[4] Jones Day seeks payment in the amount of $250,950.32 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Forty-Second Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Forty-Second Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney.  The blended

---

[3]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[4]      The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $43,659.51 for the Forty-Second Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2023, Jones Day is using 2022 billable rates in calculating amounts due for legal services performed).  The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

hourly billing rate of Jones Day timekeepers during the Forty-Second Monthly Fee Period is approximately $916.80.[5]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Forty-Second Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Forty-Second Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Forty-Second Monthly Fee Period.[6]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Forty-Second Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[5]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Forty-Second Monthly Fee Period.

[6]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.       Objections to this Forty-Second Monthly Fee Statement, if any, must be served

via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary

(nyeary@jonesday.com) no later than June 28, 2023 at 12:00 p.m. (prevailing Eastern Time) (the

"Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at

issue.

7.       If no objections to this Forty-Second Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Forty-Second Monthly Fee Statement.

8.       To the extent that an objection to this Forty-Second Monthly Fee Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Forty-Second Monthly Fee Statement to which the objection is directed and promptly pay

the remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Forty-Second Monthly Fee Statement

has been made to this or any other court.

Dated: June 14, 2023                          _/s/  Nathan Yeary_____
      New York, NY                            JONES DAY
                                             John J. Normile
                                             Nathan Yeary
                                             250 Vesey Street
                                             New York, NY 10281

Telephone:      (212) 326-3939
Facsimile:      (212) 755-7306
Email:          jjnormile@jonesday.com
                nyeary@jonesday.com

*Special Counsel to the Debtors and*
*Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**APRIL 1, 2023 – APRIL 30, 2023**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 1.5 | $1,575.00 |
| Gasper J. LaRosa | 2002 | $1,260.00 | $1,096.20 | 15.5 | $19,530.00 |
| John J. Normile | 1989 | $1,417.50 | $1,233.23 | 91.5 | $129,701.25 |
| Jennifer L. Swize | 2005 | $1,233.75 | $1,073.36 | 28.2 | $34,791.75 |
| **TOTAL PARTNER:** | | | | **136.7** | **$185,598.00** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 6.7 | $4,857.50 |
| Kevin V. McCarthy | 2016 | $880.00 | $765.60 | 79.3 | $69,784.00 |
| Adam M. Nicolais | 2017 | $803.00 | $698.61 | 92.6 | $74,357.80 |
| Nathan Yeary | 2021 | $650.00 | $565.50 | 0.3 | $195.00 |
| **TOTAL ASSOCIATE:** | | | | **178.9** | **$149,194.30** |
| Bonnie Zhu | N/A | $325.00 | $282.75 | 1 | $325.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 1.1 | $412.50 |
| Cindy Gugg | N/A | $450.00 | $391.50 | 0.5 | $225.00 |
| Patrick Sullivan | N/A | $175.00 | $152.25 | 0.5 | $87.50 |
| **TOTAL LEGAL SUPPORT:** | | | | **3.1** | **$1,050.00** |
| **TOTAL:** | | | | **318.7** | **$335,842.30** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2023 – APRIL 30, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Confidential Matter I | 2.50 | $1,900.00 |
| Collegium Pharmaceuticals | 10.3 | $13,450.25 |
| Collegium 961 PGR | 1.8 | $1,368.00 |
| Accord Healthcare Inc. | 299 | $313,146.41 |
| Retention Matters | 5.1 | $5,977.75 |
| **TOTAL** | **318.7** | |
| **13% DISCOUNT** | | **$43,659.51** |
| **TOTAL FEES** | | **$292,182.90** |

## EXHIBIT C

**EXPENSE SUMMARY**
**APRIL 1, 2023 – APRIL 30, 2023**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $17,204.00 |
| **TOTAL** | $17,204.00 |

## **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                                 305158.000003
                                                                             Invoice: 230904354

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| ████████████████████ | USD | 1,900.00 |
| Less 13% Discount | | (247.00) |
| Total Billed Fees | USD | 1,653.00 |
| **TOTAL** | **USD** | **1,653.00** |





# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                         305158.610005
                                                          Invoice: 230904355

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 13,450.25 |
| Less 13% Discount | | (1,748.53) |
| Total Billed Fees | USD | 11,701.72 |
| **TOTAL** | **USD** | **11,701.72** |

# JONES DAY

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.50 | 1,260.00 | 1,890.00 |
| J J Normile | 7.10 | 1,417.50 | 10,064.25 |
| Associate |  |  |  |
| K McCarthy | 1.70 | 880.00 | 1,496.00 |
| **Total** | **10.30** | **USD** | **13,450.25** |

# JONES DAY

305158.610005

Page: 3
June 12, 2023
Invoice: 230904355

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/03/23 | G J Larosa | 1.00 |
| 04/04/23 | J J Normile | 1.80 |

review of correspondence from J. Holdreith regarding status of proceedings and upcoming case management conference (.50).

| 04/05/23 | J J Normile | 1.00 |
| 04/06/23 | J J Normile | 0.50 |

Various correspondence back and forth with J. Holdreith regarding the status of proceedings.

| 04/07/23 | G J Larosa | 0.50 |
| 04/07/23 | J J Normile | 1.00 |
| 04/10/23 | K McCarthy | 0.80 |
| 04/11/23 | J J Normile | 1.00 |

Prepare for and participate in teleconference with J. Holdreith regarding status of case and extension of the Case Management Order

| 04/12/23 | J J Normile | 0.50 |
| 04/24/23 | K McCarthy | 0.90 |
| 04/24/23 | J J Normile | 0.80 |
| 04/26/23 | J J Normile | 0.20 |

Review of various correspondence with J. Holdreith regarding modification of Case Management Order.

| 04/28/23 | J J Normile | 0.30 |

Various correspondence to and from J. Holdreith regarding modification of the Case Management Order.

**JONES DAY**

305158.610005

Page: 4
June 12, 2023

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 230904355

| | |
|---|---:|
| **Total** | **10.30** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                          305158.610013
                                                    Invoice: 230904356

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

**JONES DAY**

305158.610013

Page: 2
June 12, 2023
Invoice: 230904356

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023

305158.610022
Invoice: 230904357

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 1,368.00 |
| Less 13% Discount | | (177.84) |
| Total Billed Fees | USD | 1,190.16 |
| **TOTAL** | **USD** | **1,190.16** |

# JONES DAY

305158.610022

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 0.50 | 1,417.50 | 708.75 |
| J L Swize | 0.20 | 1,233.75 | 246.75 |
| Project Assistant |  |  |  |
| Q M Sargent | 1.10 | 375.00 | 412.50 |
| **Total** | **1.80** | **USD** | **1,368.00** |

# JONES DAY

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/06/23 | J J Normile | 0.50 |
| 04/06/23 | Q M Sargent | 1.10 |
| | Prepare and file Response to Notice of Advise of Scheduling order under instruction of J. Swize. | |
| 04/06/23 | J L Swize | 0.20 |
| | **Total** | **1.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                                                           305158.610028
                                                                                                Invoice: 230904358

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 313,146.41 |
| Less 13% Discount | | (40,709.03) |
| Total Billed Fees | USD | 272,437.38 |

## Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 15,704.00 | | |
| | | USD | 15,704.00 |
| **TOTAL** | | **USD** | **288,141.38** |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 2
June 12, 2023
Invoice: 230904358

Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 14.00 | 1,260.00 | 17,640.00 |
| J J Normile | 80.60 | 1,417.50 | 114,250.50 |
| J L Swize | 28.00 | 1,233.75 | 34,545.11 |
| Associate | | | |
| J R Boule | 6.70 | 725.00 | 4,857.50 |
| K McCarthy | 76.60 | 880.00 | 67,408.00 |
| A M Nicolais | 92.60 | 803.00 | 74,357.80 |
| Librarian | | | |
| P M Sullivan | 0.50 | 175.00 | 87.50 |
| **Total** | **299.00** | **USD** | **313,146.41** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
June 12, 2023
Invoice: 230904358

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/03/23 | K McCarthy | 1.50 |
| 04/03/23 | A M Nicolais | 1.70 |
| 04/03/23 | J J Normile | 1.60 |
| 04/04/23 | K McCarthy | 1.00 |
| 04/05/23 | J J Normile | 1.50 |
| 04/06/23 | K McCarthy | 0.80 |
| 04/06/23 | A M Nicolais | 0.50 |
| 04/06/23 | J J Normile | 1.00 |
| 04/10/23 | K McCarthy | 1.70 |
| 04/10/23 | A M Nicolais | 1.60 |
| 04/10/23 | J J Normile | 1.60 |
| 04/11/23 | J R Boule | 0.30 |

Review district court opinion.

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
June 12, 2023
Invoice: 230904358

| Date | Name | Hours |
|------|------|-------|
| 04/11/23 | G J Larosa | 3.00 |

Review Opinions 

| 04/11/23 | K McCarthy | 2.00 |

| 04/11/23 | A M Nicolais | 8.70 |

| 04/11/23 | J J Normile | 2.50 |

Review of Judge Andrews' trial opinion

| 04/11/23 | J L Swize | 2.10 |

Review decision on asserted patents

| 04/12/23 | J R Boule | 1.50 |

| 04/12/23 | G J Larosa | 2.00 |

| 04/12/23 | K McCarthy | 4.00 |

| 04/12/23 | A M Nicolais | 8.50 |

Reviewing Trial Opinion

| 04/12/23 | J J Normile | 7.30 |

| 04/12/23 | P M Sullivan | 0.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/12/23 | J L Swize | 4.10 |
| 04/13/23 | J R Boule | 1.20 |
| 04/13/23 | K McCarthy | 6.00 |
| 04/13/23 | A M Nicolais | 4.20 |
| 04/13/23 | J J Normile | 7.00 |
| 04/13/23 | J L Swize | 2.70 |
| 04/14/23 | J R Boule | 1.70 |
| 04/14/23 | G J Larosa | 1.00 |
| 04/14/23 | K McCarthy | 6.00 |
| 04/14/23 | A M Nicolais | 5.50 |

# JONES DAY

305158.610028

Page: 6
June 12, 2023
Invoice: 230904358

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/14/23 | J J Normile | 8.10 |
| 04/14/23 | J L Swize | 1.50 |
| 04/15/23 | J R Boule | 2.00 |
| 04/15/23 | K McCarthy | 5.00 |
| 04/15/23 | A M Nicolais | 1.30 |
| 04/15/23 | J J Normile | 5.90 |
| 04/15/23 | J L Swize | 2.60 |
| 04/16/23 | K McCarthy | 4.50 |
| 04/16/23 | A M Nicolais | 5.60 |

# JONES DAY

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/16/23 | J J Normile | 6.00 |
| 04/16/23 | J L Swize | 2.90 |
| 04/17/23 | G J Larosa | 2.00 |
| 04/17/23 | K McCarthy | 5.70 |
| 04/17/23 | A M Nicolais | 9.10 |
| 04/17/23 | J J Normile | 4.10 |
| 04/17/23 | J L Swize | 2.70 |
| 04/18/23 | K McCarthy | 5.50 |
| 04/18/23 | A M Nicolais | 7.70 |

## JONES DAY

Accord Healthcare Inc.



| Date | Name | Hours |
|---|---|---|
| 04/18/23 | J J Normile | 5.80 |
| 04/18/23 | J L Swize | 2.00 |
| 04/19/23 | G J Larosa | 2.00 |
| 04/19/23 | K McCarthy | 0.50 |
| 04/19/23 | A M Nicolais | 5.40 |
| 04/19/23 | J J Normile | 4.50 |
| 04/19/23 | J L Swize | 0.70 |
| 04/20/23 | K McCarthy | 0.50 |
| 04/20/23 | A M Nicolais | 3.00 |

# JONES DAY

| Date | Name | Hours |
|---|---|---|
| 04/20/23 | J J Normile | 4.30 |
| 04/20/23 | J L Swize | 1.90 |
| 04/21/23 | K McCarthy | 5.80 |
| 04/21/23 | A M Nicolais | 6.00 |
| 04/21/23 | J J Normile | 5.00 |
| 04/21/23 | J L Swize | 0.90 |
| 04/22/23 | J J Normile | 1.00 |
| 04/24/23 | G J Larosa | 2.00 |
| 04/24/23 | K McCarthy | 2.60 |
| 04/24/23 | A M Nicolais | 2.30 |
| 04/24/23 | J J Normile | 2.60 |



# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/24/23 | J L Swize | 0.20 |
| 04/25/23 | G J Larosa | 2.00 |
| 04/25/23 | K McCarthy | 5.00 |
| 04/25/23 | A M Nicolais | 7.50 |
| 04/25/23 | J J Normile | 2.50 |
| 04/25/23 | J L Swize | 1.60 |
| 04/26/23 | K McCarthy | 3.50 |
| 04/26/23 | A M Nicolais | 4.00 |
| 04/26/23 | J J Normile | 5.30 |
| 04/26/23 | J L Swize | 1.50 |
| 04/27/23 | K McCarthy | 7.00 |
| 04/27/23 | A M Nicolais | 5.60 |

# JONES DAY

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/27/23 | J J Normile | 3.00 |
| 04/27/23 | J L Swize | 0.60 |
| 04/28/23 | K McCarthy | 8.00 |
| 04/28/23 | A M Nicolais | 4.40 |
| | **Total** | **299.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 12

June 12, 2023

Invoice: 230904358

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 04/12/23 | J J Normile | NYC | 5,850.00 | |
| | Vendor: Bates White, LLC; Invoice#: 29186; Date: 4/5/2023 for professional services rendered - February 2023. | | | |
| 04/30/23 | J J Normile | NYC | 9,854.00 | |
| | Vendor: Bates White, LLC; Invoice#: 29348; Date: 4/26/2023 (through March 31, 2023) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **15,704.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **15,704.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                    305158.999007
                                                              Invoice: 230904359

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Retention Matters | USD | 5,977.75 |
| Less 13% Discount | | (777.11) |
| Total Billed Fees | USD | 5,200.64 |
| **TOTAL** | **USD** | **5,200.64** |

**JONES DAY**

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| J J Normile | 3.30 | 1,417.50 | 4,677.75 |
| **Associate** |  |  |  |
| K McCarthy | 1.00 | 880.00 | 880.00 |
| N P Yeary | 0.30 | 650.00 | 195.00 |
| **Paralegal** |  |  |  |
| C M Gugg | 0.50 | 450.00 | 225.00 |
| **Total** | **5.10** | **USD** | **5,977.75** |

## JONES DAY

305158.999007

Retention Matters

Page: 3
June 12, 2023
Invoice: 230904359

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/03/23 | K McCarthy | 1.00 |
| 04/03/23 | J J Normile | 1.00 |
| 04/04/23 | C M Gugg | 0.50 |
| | Review draft of monthly fee statement (0.30); e-file same (0.10); and prepare service (0.10). | |
| 04/04/23 | J J Normile | 1.50 |
| 04/04/23 | N P Yeary | 0.30 |
| | Finalize fee statement, communicate with C. Gugg regarding filing and service. | |
| 04/10/23 | J J Normile | 0.80 |
| | Prepare for and participate in videoconference with I. Giselle regarding 2023 billing rates and review of background materials regarding same. | |
| | **Total** | **5.10** |