**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| **In re:** | : |
|  | : **Chapter 11** |
| **PURDUE PHARMA L.P,** *et al.,* | : |
|  | : **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | : |
|  | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AMENDED FORTIETH MONTHLY FEE STATEMENT OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | January 1, 2023 through and including January 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $46,013.00 |
| **Current Fee Request** | $36,810.40 (80% of $46,013.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $6,269.26 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $43,079.66 |
| **Total Fees and Expenses Inclusive of Holdback** | $52,282.26 |
| **This is a(n):**    <u>X</u> monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application Date Filed/ Docket No. | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2021 3746 | 6/1/2021- 6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021 3768 | 7/1/2021- 7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021 3940 | 8/1/2021- 8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021 4095 | 9/1/2021- 9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021 4216 | 10/1/2021- 10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022 4360 | 11/1/2021- 11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022 4361 | 12/1/2021- 12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022 4559 | 1/1/2022- 1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022 4626 | 2/1/2022- 2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022 4725 | 3/1/2022- 3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022 4823 | 4/1/2022- 4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022 4974 | 5/1/2022- 5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022 5077 | 6/1/2022- 6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022 5098 | 7/1/2022- 7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022 5162 | 8/1/2022- 8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022 5215 | 9/1/2022- 9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $19,703.40 |
| 11/21/2022 5250 | 10/1/2022- 10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $8,230.20 |
| 1/13/2023 5339 | 11/1/2022- 11/30/2022 | $33,987.00 | $2,195.19 | $27,189.60 | $2,195.19 | $6,797.40 |
| 2/1/2023 5396 | 12/1/2022- 12/31/2022 | $43,506.50 | $136.10 | $34,805.20 | $136.10 | $8,701.30 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"),

and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Amended Fortieth Monthly Fee Statement (the "**Statement**") for the period of January 1, 2023 through and including January 31, 2023 (the "**Monthly Fee Period**").

**Itemization of Services Rendered by Applicant**

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category.  Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,516.42.[2]  The blended hourly billing rate of all paraprofessionals is $523.61.[3]

In accordance with the Interim Fee Order and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (June 17, 2013), Kramer Levin is providing notice that its hourly rates changed during this Monthly Fee Period, effective January 1, 2023. Kramer Levin's hourly rates are set at a level designed to fairly compensate it for the work of its attorneys and paraprofessionals. Kramer Levin's hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $44,128.00 by the total hours of 29.10.

[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $1,885.00 by the total hours of 3.60.

5

rates charged by other firms rendering comparable services. Kramer Levin determined to adjust its rates in the manner set forth herein after its annual review of its hourly rates. In accordance with Section 330(a)(3)(F) of title 11 of the United States Code, as amended (the "**Bankruptcy Code**"), Kramer Levin represents that the 2023 hourly rates, as set forth herein, (a) reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code.

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

### <u>Notice</u>

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $36,810.40, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $6,269.26.

Dated: New York, New York
June 14, 2023

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Emails:  keckstein@kramerlevin.com
rringer@kramerlevin.com
cgange@kramerlevin.com

*Attorneys for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**EXHIBIT A**

### SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00003 | Business Operations | 2.80 | $4,402.00 |
| 00004 | Case Administration | 0.10 | $52.50 |
| 00006 | Employment and Fee Applications | 5.80 | $4,638.50 |
| 00008 | Litigation | 7.90 | $11,065.00 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 12.0 | $18,488.50 |
| 00011 | Plan and Disclosure Statement | 4.10 | $7,366.50 |
| **TOTAL** | | | **46,013.00** |

**EXHIBIT B**

## SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey Jr. | Partner | 2005 | Creditors' Rights | 1300 | 1.50 | $1,950.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1800 | 10.10 | $18,180.00 |
| Roy T. Englert Jr. | Partner | 1981 | Litigation | 1650 | 4.40 | $7,260.00 |
| Rachael Ringer | Partner | 20111 | Creditors' Rights | 1415 | 1.00 | $1,415.00 |
| Adam Rogoff | Partner | 1989 | Creditors' Rights | 1665 | 0.80 | $1,332.00 |
| Jordan M. Rosenbaum | Partner | 2004 | Corporate | 1500 | 1.00 | $1,500.00 |
| Lauren Andrews | Associate | 2017 | Litigation | 1190 | 2.50 | $2,975.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1220 | 7.80 | $9,516.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 525 | 3.10 | $1,627.50 |
| James McNamara | Paralegal | N/A | Creditors' Rights | 515 | 0.50 | $257.50 |
| **TOTAL** | | | | | **32.70** | **$46,013.00** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---:|
| Data Hosting Charges | $4,201.38 |
| Telecommunication Charges | 10.86 |
| Transcript Fees | 102.00 |
| Westlaw Online Research | 1,955.02 |
| **TOTAL EXPENSES** | **$6,269.26** |

**EXHIBIT D**

# Kramer Levin



February 28, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 876109
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through January 31, 2023.**

| | |
|---|---|
| Fees | $46,013.00 |
| Disbursements and Other Charges | 6,269.26 |
| **Total Current Invoice** | **$52,282.26** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



February 28, 2023
Invoice #: 876109
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through January 31, 2023 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---:|---:|---:|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $6,269.26 | **$6,269.26** |
| 072952-00003 | Business Operations | 4,402.00 | 0.00 | **4,402.00** |
| 072952-00004 | Case Administration | 52.50 | 0.00 | **52.50** |
| 072952-00006 | Employment and Fee Applications | 4,638.50 | 0.00 | **4,638.50** |
| 072952-00008 | Litigation | 11,065.00 | 0.00 | **11,065.00** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 18,488.50 | 0.00 | **18,488.50** |
| 072952-00011 | Plan and Disclosure Statement | 7,366.50 | 0.00 | **7,366.50** |
| **Subtotal** | | **46,013.00** | **6,269.26** | **52,282.26** |
| **TOTAL CURRENT INVOICE** | | | | **$52,282.26** |



February 28, 2023
Invoice #: 876109
072952-00003
Page 3

**Business Operations**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 1.70 | $3,060.00 |
| Gange, Caroline | Associate | 1.10 | 1,342.00 |
| **TOTAL FEES** | | **2.80** | **$4,402.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/23/2023 | Eckstein, Kenneth H. | Prep for (0.2) and attend business update call with Working Group, M. Kesselman, M. Huebner (1.1). | 1.30 | $2,340.00 |
| 1/23/2023 | Gange, Caroline | Attend business update meeting with Company. | 1.10 | 1,342.00 |
| 1/30/2023 | Eckstein, Kenneth H. | Correspond w/ FTI re retention bonuses (0.4). | 0.40 | 720.00 |
| **TOTAL** | | | **2.80** | **$4,402.00** |



February 28, 2023
Invoice #: 876109
072952-00004
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.10 | $52.50 |
| **TOTAL FEES** | | **0.10** | **$52.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/20/2023 | Kane, Wendy | Register KL team for hearing and email C. Gange re same. | 0.10 | $52.50 |
| **TOTAL** | | | **0.10** | **$52.50** |



February 28, 2023
Invoice #: 876109
072952-00006
Page 5

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 2.30 | $2,806.00 |
| Kane, Wendy | Paralegal | 3.00 | 1,575.00 |
| McNamara, James | Paralegal | 0.50 | 257.50 |
| **TOTAL FEES** | | **5.80** | **$4,638.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/10/2023 | Kane, Wendy | Review revised December fee statement. | 0.20 | $105.00 |
| 1/11/2023 | Kane, Wendy | Prepare November fee statement and exhibits (0.7) and email C. Gange re same (0.1); file Otterbourg November fee statement (0.2). | 1.00 | 525.00 |
| 1/12/2023 | Gange, Caroline | Review November fee statements for privilege/confidentiality and prep for filing. | 1.30 | 1,586.00 |
| 1/13/2023 | Gange, Caroline | Review November fee statement for privilege/confidentiality and compliance with UST guidelines. | 0.30 | 366.00 |



February 28, 2023
Invoice #: 876109
072952-00006
Page 6

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/13/2023 | Kane, Wendy | Prepare KL November fee statement for filing and file same (0.3); emails w/ other professionals re fee statements (0.2); file FTI October and November fee statements and Gilbert November fee statement (0.4). | 0.90 | 472.50 |
| 1/26/2023 | Gange, Caroline | Review December fee statement for privilege/confidentiality and compliance with UST guidelines. | 0.70 | 854.00 |
| 1/27/2023 | Kane, Wendy | Prepare December fee statement and exhibits and email C. Gange re same. | 0.50 | 262.50 |
| 1/31/2023 | Kane, Wendy | Emails w/ C. Gange and J. McNamara re fee statements (0.1); prepare other professionals' fee statements for filing and emails re same (0.3). | 0.40 | 210.00 |
| 1/31/2023 | McNamara, James | File and serve HL monthly fee statements; correspondence w/ KL and HL teams re same. | 0.50 | 257.50 |
| **TOTAL** | | | **5.80** | **$4,638.50** |



February 28, 2023
Invoice #: 876109
072952-00008
Page 7

**Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.50 | $650.00 |
| Englert, Jr., Roy T. | Partner | 3.40 | 5,610.00 |
| Andrews, Lauren Cassady | Associate | 2.50 | 2,975.00 |
| Gange, Caroline | Associate | 1.50 | 1,830.00 |
| **TOTAL FEES** | | **7.90** | **$11,065.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/12/2023 | Blabey, David E. | Call with M. Tobak and email to K. Eckstein and R. Ringer re preliminary injunction motion. | 0.50 | $650.00 |
| 1/18/2023 | Englert, Jr., Roy T. | Correspond with L. Andrews re research, in anticipation of re Second Circuit timing (0.3); research re same (1.6). | 1.90 | 3,135.00 |
| 1/18/2023 | Andrews, Lauren Cassady | Conduct research re Second Circuit (0.6); correspondence with R. Englert re research (0.3). | 0.90 | 1,071.00 |
| 1/19/2023 | Englert, Jr., Roy T. | Additional discussion with L. Andrews re Second Circuit decision. | 0.80 | 1,320.00 |
| 1/19/2023 | Andrews, Lauren Cassady | Conduct research re Second Circuit decision (0.8); correspondence with R. Englert re research (0.8). | 1.60 | 1,904.00 |



February 28, 2023
Invoice #: 876109
072952-00008
Page 8

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/24/2023 | Englert, Jr., Roy T. | Correspondence w/ K. Eckstein re results of research on Second Circuit decision. | 0.70 | 1,155.00 |
| 1/24/2023 | Gange, Caroline | Attend hearing re preliminary injunction extension. | 1.50 | 1,830.00 |
| **TOTAL** | | | **7.90** | **$11,065.00** |



February 28, 2023
Invoice #: 876109
072952-00009
Page 9

**Meetings and Communications with Ad-Hoc Committee & Creditors**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 1.00 | $1,300.00 |
| Eckstein, Kenneth H. | Partner | 4.40 | 7,920.00 |
| Englert, Jr., Roy T. | Partner | 1.00 | 1,650.00 |
| Ringer, Rachael L. | Partner | 1.00 | 1,415.00 |
| Rogoff, Adam C. | Partner | 0.70 | 1,165.50 |
| Rosenbaum, Jordan M. | Partner | 1.00 | 1,500.00 |
| Gange, Caroline | Associate | 2.90 | 3,538.00 |
| **TOTAL FEES** | | **12.00** | **$18,488.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/3/2023 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | $1,440.00 |
| 1/10/2023 | Eckstein, Kenneth H. | Attend Working Group meeting (0.8). | 0.80 | 1,440.00 |
| 1/10/2023 | Gange, Caroline | Attend portion of working group call. | 0.50 | 610.00 |
| 1/17/2023 | Eckstein, Kenneth H. | Attend Working Group call (0.6). | 0.60 | 1,080.00 |
| 1/17/2023 | Gange, Caroline | Attend working group call and emails w/ K. Eckstein re agenda for upcoming call. | 0.50 | 610.00 |
| 1/25/2023 | Rogoff, Adam C. | Participate in portion AHC update call. | 0.70 | 1,165.50 |



February 28, 2023
Invoice #: 876109
072952-00009
Page 10

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/25/2023 | Rosenbaum, Jordan M. | Attend case status call with AHC. | 1.00 | 1,500.00 |
| 1/25/2023 | Englert, Jr., Roy T. | Participate in case status call with AHC. | 1.00 | 1,650.00 |
| 1/25/2023 | Ringer, Rachael L. | Attend AHC call re: Purdue updates (1.0). | 1.00 | 1,415.00 |
| 1/25/2023 | Blabey, David E. | Attend ad hoc Committee call. | 1.00 | 1,300.00 |
| 1/25/2023 | Eckstein, Kenneth H. | Prep for (0.4) and attend AHC call (1.0). | 1.40 | 2,520.00 |
| 1/25/2023 | Gange, Caroline | Prep for AHC call (0.3) and attend same (1.0). | 1.30 | 1,586.00 |
| 1/31/2023 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,440.00 |
| 1/31/2023 | Gange, Caroline | Attend portion of working group call. | 0.60 | 732.00 |
| **TOTAL** | | | **12.00** | **$18,488.50** |



February 28, 2023
Invoice #: 876109
072952-00011
Page 11

**Plan and Disclosure Statement**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eckstein, Kenneth H. | Partner | 4.00 | $7,200.00 |
| Rogoff, Adam C. | Partner | 0.10 | 166.50 |
| **TOTAL FEES** | | **4.10** | **$7,366.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/3/2023 | Eckstein, Kenneth H. | Correspond w/ HL re Avrio (0.4); correspond w/ KL team re plan issues (0.5). | 0.90 | $1,620.00 |
| 1/13/2023 | Eckstein, Kenneth H. | Call with M. Kesselman re Newco and plan issues (0.4); correspond with Debtor and KL team re Second Circuit and plan process (0.5). | 0.90 | 1,620.00 |
| 1/17/2023 | Eckstein, Kenneth H. | Follow up with M. Kesselman re plan issues (0.3); correspond w/ FTI and HL re plan issues and Avrio sale (0.4). | 0.70 | 1,260.00 |
| 1/25/2023 | Rogoff, Adam C. | Coordinate with J. Rosenblum on Plan and emergence issues and discussions with Company re same; emails with K. Eckstein re same. | 0.10 | 166.50 |
| 1/25/2023 | Eckstein, Kenneth H. | Calls and correspond w/ Debtors re Second Circuit and business report (0.8). | 0.80 | 1,440.00 |



February 28, 2023
Invoice #: 876109
072952-00011
Page 12

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 1/30/2023 | Eckstein, Kenneth H. | Correspond w/ Debtors re plan process (0.3). | 0.30 | 540.00 |
| 1/31/2023 | Eckstein, Kenneth H. | Correspond w/ Debtors re plan implementation process (0.4). | 0.40 | 720.00 |
| TOTAL | | | 4.10 | $7,366.50 |

# Kramer Levin



February 28, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 876109
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through January 31, 2023.**

  Disbursements and Other Charges                              6,269.26

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



February 28, 2023
Invoice #: 876109
072952

## DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $4,201.38 |
| Telecommunication Charges | 10.86 |
| Transcript Fees | 102.00 |
| Westlaw Online Research | 1,955.02 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$6,269.26** |

## DISBURSEMENTS AND OTHER CHARGES DETAIL

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/3/2023 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| 1/27/2023 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$4,201.38** |

**Telecommunication Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/19/2022 | Fisher David J. | Telecommunication Charges by David Fisher | $10.86 |
| **Subtotal** | | | **$10.86** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS



February 28, 2023
Invoice #: 876109
072952
Page 2

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/30/2023 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing Transcript, Transaction Date: 01/30/23, Invoice Number: 6324860 | $102.00 |
| **Subtotal** | | | **$102.00** |

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/18/2023 | Andrews Lauren Cassady | Westlaw Online Research | $69.22 |
| 1/19/2023 | Andrews Lauren Cassady | Westlaw Online Research | $1,885.80 |
| **Subtotal** | | | **$1,955.02** |
| **TOTAL** | | | **$6,269.26** |