Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:   (212) 661-9100
Facsimile:   (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   : Chapter 11
                                                        :
PURDUE PHARMA L.P., *et al.*,                           : Case No. 19-23649 (RDD)
                                                        :
                              Debtors[1].               : (Jointly Administered)
------------------------------------------------------- x

**FORTY-FIRST MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF <u>MARCH 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023</u>**

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

7475079.1

| Period for Which Compensation is Sought: | March 1, 2023 – April 30, 2023 |
|---|---|
| Total Amount of Fees Incurred: | $14,701.00 |
| Total Fees Requested (80%): | $11,760.80 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $11,760.80 |
| This is Applicant's: | Forty-First Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Forty-First Monthly Fee Statement (the "Fee Statement") for the period of March 1, 2023 through and including April 30, 2023 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1. Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $14,701.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $11,760.80.

2

7475079.1

2.  Annexed hereto as **Exhibit B** is a chart of Applicant's professionals, including the standard hourly rate for each attorney who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,303.87[2]. The blended hourly billing rate of all paraprofessionals is $380.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.  Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

4.  Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $11,760.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $14,701.00).

---

[2] The blended hourly billing rate of $1,303.87 is derived by dividing the total fees for attorneys of $14,473.00 by the total hours of 11.1.

[3] The blended hourly billing rate of $380.00 is derived by dividing the total fees for paraprofessionals of $228.00 by the total hours of .6.

Dated: June 14, 2023
     New York, New York

                                          OTTERBOURG P.C.

By:   */s/ Melanie L. Cyganowski*
      Melanie L. Cyganowski, Esq.
      Jennifer S. Feeney, Esq.
      230 Park Avenue
      New York, New York 10169
      Telephone:  (212) 661-9100
      Facsimile:   (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

4

7475079.1

# EXHIBIT A

## Fees By Project Category

## SUMMARY OF COMPENSATION BY PROJECT CODE
## FOR THE STATEMENT PERIOD

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 2.2 | $3564.00 |
| PU04 | Case Administration | 1.0 | $1317.50 |
| PU06 | Employment & Fee Applications | .6 | $228.00 |
| PU09 | Meetings and Communications w/ Ad Hoc | 5.4 | $6,086.00 |
| PU11 | Plan & Disclosure Statement | 2.5 | $3,505.50 |
|  | **TOTALS:** | **11.7** | **$14,701.00** |

7475079.1

## EXHIBIT B

**Professional Fees**

19-23649-shl    Doc 5702    Filed 06/14/23    Entered 06/14/23 15:04:43    Main Document

7475079.1

## SUMMARY OF HOURS BILLED BY PROFESSIONALS
## FOR THE STATEMENT PERIOD

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1,620.00 | 5.3 | $8,586.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $1,015.00 | 5.8 | $5,887.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | NA | $380.00 | .6 | $228.00 |
| | TOTAL | | **11.7** | **$14,701.00** |

7475079.1

# EXHIBIT C

# Time Detail

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

May 25, 2023

Client/Matter No.:   20186/0002  
Matter Name:         CHAPTER 11  
Billing Partner:     RL STEHL  

BILL NO. 231348

For Services Rendered Through April 30, 2023:

---

Phase: PU01                                                    ASSET ANALYSIS AND RECOVERY

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/23<br>MLC | Review Documents<br>Review of motion papers re Avro bid procedures | 1.10 | 1,782.00 |
| 04/24/23<br>MLC | Review Documents<br>Review of Kramer email re: UCC comments re: Avrio Sale Proceeds ERF | 1.10 | 1,782.00 |
| TOTAL PHASE PU01 | | 2.20 | $3,564.00 |

---

Phase: PU04                                                    CASE ADMINISTRATION

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/21/23<br>JSF | Telephone Call(s)<br>Participate Via Zoom in Omnibus Hearing | .50 | 507.50 |
| 04/25/23<br>MLC | Review Documents<br>Review of summary of court hearing this morning | .50 | 810.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
Client/Matter:   20186/0002                                          May 25, 2023
Page 2                                                               BILL NO. 231348
```

| | HOURS | AMOUNT |
|---|---:|---:|
| TOTAL PHASE PU04 | 1.00 | $1,317.50 |

**Phase: PU06**                                                     EMPLOYMENT & FEE APPLICATIONS

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 03/22/23<br>JKH | Prepare Papers<br>Prepare monthly statement for Jan and Feb | .60 | 228.00 |

| | HOURS | AMOUNT |
|---|---:|---:|
| TOTAL PHASE PU06 | .60 | $228.00 |

**Phase: PU09**                                                     MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 03/09/23<br>JSF | Telephone Call(s)<br>Participate in Zoom with State Representatives, Financial Advisors and Co-Counsel re: Presentation on Alternatives and Business Update | 1.00 | 1,015.00 |
| 03/14/23<br>MLC | Conference call(s)<br>Conference call with States' leadership and Eckstein re insurance issues | .60 | 972.00 |
| 03/24/23<br>JSF | Telephone Call(s)<br>Participate in Zoom Call with Subgroup of States re: Plan Alternatives | 1.50 | 1,522.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 20186/0002 | | | May 25, 2023 |
|---|---|---|---|
| Page 3 | | | BILL NO. 231348 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/24/23 JSF | Memo<br>Prepare Summary of Call with States and Options Under Consideration | .60 | 609.00 |
| 04/13/23 JSF | Telephone Call(s)<br>Participate in Videoconference with State Representatives re: Plan Alternatives | 1.30 | 1,319.50 |
| 04/18/23 MLC | Correspondence<br>Correspondence with States' subgroup re: draft letter to Second Circuit | .40 | 648.00 |
| TOTAL PHASE PU09 | | 5.40 | $6,086.00 |

| Phase: PU11 | PLAN & DISCLOSURE STATEMENT |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/09/23 JSF | Examine Documents<br>Review of Presentation re: Alternative Plan Scenarios Depending on Second Circuit Ruling | .40 | 406.00 |
| 03/14/23 JSF | Examine Documents<br>Review of Revised Overview of Plan Alternatives | .50 | 507.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002                                                May 25, 2023
Page 4                                                                   BILL NO. 231348

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/14/23 MLC | Review Documents<br>Review of memo prepared by Kramer re potential next steps in bankruptcy cases | 1.10 | 1,782.00 |
| 04/14/23 MLC | Correspondence<br>Correspondence re next steps re: second circuit | .50 | 810.00 |
| TOTAL PHASE PU11 | | 2.50 | $3,505.50 |
| | TOTAL FOR SERVICES | | $14,701.00 |
| | TOTAL THIS STATEMENT | | $14,701.00 |