UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**FORTY-THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | April 1, 2023 through April 30, 2023 |
| Monthly Fees Incurred: | $103,758.50 |

---

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:             $0.00

Total Fees and Expenses Due:           $103,758.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $96,849.50 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $52,374.00 | $0.00 |
| Docket No. 5051 Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $51,773.00 | $0.00 |
| Docket No. 5132 Filed on 10/12/2022 | 8/1/2022 – 8/31/2022 | $35,470.00 | $0.00 | $34,220.00 | $0.00 |
| Docket No. 5240 Filed on 11/15/2022 | 9/1/2022 – 9/30/2022 | $53,219.00 | $8.00 | $52,344.00 | $8.00 |
| Docket No. 5341 Filed on 1/13/2023 | 10/1/2022 – 10/31/2022 | $30,107.50 | $0.00 | $29,232.50 | $0.00 |
| Docket No. 5342 Filed on 1/13/23 | 11/1/2022 – 11/30/2022 | $31,105.00 | $0.00 | $30,230.00 | $0.00 |
| Docket No. 5393 Filed on 2/1/23 | 12/1/2022 – 12/31/2022 | $42,190.00 | $0.00 | $41,315.00 | $0.00 |
| Docket No. 5518 Filed on 3/30/23 | 1/1/2023 – 1/31/2023 | $98,523.50 | $0.00 | $78,818.80 | $0.00 |
| Docket No. 5519 Filed on 3/30/23 | 2/1/2023 – 2/28/2023 | $125,875.00 | $0.00 | $100,700.00 | $0.00 |
| Docket No. 5599 Filed on 5/12/23 | 3/1/2023 – 3/31/2023 | $91,292.50 | $0.00 | $73,034.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, $6,929, $5,000, and $3,500 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from April 1, 2023 through and including April 30, 2023 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $103,758.50 |
   | Expenses | 0.00 |
   | **TOTAL** | **$103,758.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $83,006.80 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$83,006.80** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than June 28, 2023 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
      June 14, 2023

                    FTI CONSULTING, INC.
                    Financial Advisors to the Ad Hoc Committee of
                    Governmental and Other Contingent Litigation
                    Claimants of Purdue Pharma L.P.

                    By:    */s/ Matthew Diaz*
                           Matthew Diaz, Senior Managing Director
                           1166 Avenue of the Americas, 15th Floor
                           New York, New York 10036
                           Telephone: (212) 499-3611
                           Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,325 | 24.3 | $ 32,197.50 |
| Bromberg, Brian | Managing Director | Restructuring | 985 | 37.6 | 37,036.00 |
| Kurtz, Emma | Director | Restructuring | 835 | 26.5 | 22,127.50 |
| Blittner, Jack | Consultant | Restructuring | 475 | 26.1 | 12,397.50 |
| **GRAND TOTAL** | | | | **114.5** | **$ 103,758.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 14.0 | $ 12,993.00 |
| 2 | Cash & Liquidity Analysis | 1.7 | 2,252.50 |
| 6 | Asset Sales | 2.5 | 3,040.50 |
| 7 | Analysis of Domestic Business Plan | 9.0 | 8,416.00 |
| 9 | Analysis of Employee Comp Programs | 42.8 | 38,951.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 29.8 | 25,693.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 4.5 | 4,637.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 2.0 | 2,650.00 |
| 24 | Preparation of Fee Application | 8.2 | 5,125.00 |
| | **GRAND TOTAL** | **114.5** | **$ 103,758.50** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/3/2023 | Kurtz, Emma | 1.4 | Prepare draft presentation re: CFO compensation comparison. |
| 1 | 4/4/2023 | Blittner, Jack | 0.6 | Prepare the 4/4 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/5/2023 | Blittner, Jack | 0.4 | Prepare the 4/5 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/7/2023 | Blittner, Jack | 0.3 | Prepare the 4/7 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/7/2023 | Diaz, Matthew | 0.6 | Prepare correspondence with Committee re: key employee compensation issues and updates. |
| 1 | 4/10/2023 | Blittner, Jack | 0.2 | Prepare the 4/10 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/12/2023 | Diaz, Matthew | 0.4 | Prepare correspondence to Counsel re: Accord trial decision. |
| 1 | 4/12/2023 | Diaz, Matthew | 1.1 | Review Accord trial decision to assess potential implications for the Debtors and Committee. |
| 1 | 4/12/2023 | Kurtz, Emma | 0.4 | Review Accord patent ruling update and summary received from Counsel to assess next steps. |
| 1 | 4/14/2023 | Blittner, Jack | 0.9 | Prepare the 4/14 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/14/2023 | Diaz, Matthew | 0.7 | Review updated operating results to assess the Debtors' recent performance. |
| 1 | 4/17/2023 | Diaz, Matthew | 0.8 | Review the Accord trial ruling to assess next steps. |
| 1 | 4/19/2023 | Blittner, Jack | 0.4 | Prepare the 4/19 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/20/2023 | Blittner, Jack | 0.4 | Prepare the 4/20 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/20/2023 | Bromberg, Brian | 1.0 | Participate in call with the Debtors re: Accord trial ruling. |
| 1 | 4/20/2023 | Diaz, Matthew | 0.7 | Review summary of Accord trial ruling to prepare for upcoming call with the Debtors. |
| 1 | 4/20/2023 | Diaz, Matthew | 1.0 | Participate in call with the Debtors: Accord trial ruling and next steps. |
| 1 | 4/24/2023 | Blittner, Jack | 0.6 | Prepare the 4/24 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/25/2023 | Blittner, Jack | 0.3 | Prepare the 4/25 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/25/2023 | Diaz, Matthew | 0.8 | Review Accord trial summary to assess impact of ruling on the Debtors' operations. |
| 1 | 4/26/2023 | Blittner, Jack | 0.4 | Prepare the 4/26 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/27/2023 | Blittner, Jack | 0.2 | Prepare the 4/27 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 4/28/2023 | Blittner, Jack | 0.4 | Prepare the 4/28 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| **1 Total** | | | **14.0** | |
| 2 | 4/5/2023 | Diaz, Matthew | 0.7 | Review updated cash analysis received from the Debtors' professionals to assess the Debtors' current liquidity status. |
| 2 | 4/13/2023 | Diaz, Matthew | 0.4 | Review updated cash flow analysis to assess go-forward liquidity status. |
| 2 | 4/28/2023 | Diaz, Matthew | 0.6 | Review Debtors' latest cash flow variance reporting. |
| **2 Total** | | | **1.7** | |
| 6 | 4/5/2023 | Bromberg, Brian | 0.4 | Review Avrio sale process updates to assess potential financial implications. |
| 6 | 4/5/2023 | Diaz, Matthew | 0.9 | Review Avrio sale process information re: stalking horse papers. |
| 6 | 4/30/2023 | Bromberg, Brian | 0.4 | Review Avrio sale motion to assess status of sale process. |
| 6 | 4/30/2023 | Diaz, Matthew | 0.8 | Review Avrio sale details to identify possible distribution scenarios for the proceeds. |
| **6 Total** | | | **2.5** | |
| 7 | 4/12/2023 | Bromberg, Brian | 0.8 | Review patent litigation issues to assess potential operational implications. |
| 7 | 4/13/2023 | Diaz, Matthew | 0.7 | Review slides summarizing patent analysis to provide feedback to the team. |
| 7 | 4/14/2023 | Bromberg, Brian | 0.9 | Review patent litigation issues to assess impact on Debtors' operations. |
| 7 | 4/14/2023 | Bromberg, Brian | 0.6 | Participate in call with the Debtors re: patent litigation issues. |
| 7 | 4/15/2023 | Bromberg, Brian | 0.6 | Prepare slides additional slides summarizing patent litigation issues re: Accord trial decision and other key issues. |
| 7 | 4/15/2023 | Bromberg, Brian | 1.1 | Review additional information received from Counsel re: patent litigation issues and Accord trial decision. |
| 7 | 4/17/2023 | Bromberg, Brian | 0.5 | Discuss Accord trial ruling and patent litigation issues with team. |
| 7 | 4/17/2023 | Kurtz, Emma | 0.5 | Discuss key case updates with team re: Accord ruling and patent litigation issues. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 4/18/2023 | Bromberg, Brian | 1.3 | Review updated business plan scenarios to evaluate changes from prior scenarios. |
| 7 | 4/25/2023 | Bromberg, Brian | 0.8 | Review updated business plan information to assess potential changes to current plan. |
| 7 | 4/26/2023 | Blittner, Jack | 0.8 | Prepare OxyContin sales variance analysis to assess potential scenarios. |
| 7 | 4/26/2023 | Blittner, Jack | 0.4 | Prepare OxyContin sales scenario analysis to assess potential financial implications for the Debtors. |
| **7 Total** | | | **9.0** | |
| 9 | 4/2/2023 | Blittner, Jack | 0.2 | Compare former CFO compensation package to new proposed CFO compensation package to assess appropriateness. |
| 9 | 4/2/2023 | Kurtz, Emma | 0.6 | Review prior KEIP presentations to compare new proposed CFO compensation to historical CFO compensation. |
| 9 | 4/3/2023 | Diaz, Matthew | 0.5 | Participate in call with Alix re: proposed employee compensation agreement and key case issues. |
| 9 | 4/3/2023 | Diaz, Matthew | 0.6 | Review proposed senior management employee compensation package to assess appropriateness. |
| 9 | 4/3/2023 | Diaz, Matthew | 0.3 | Prepare correspondence with Counsel re: proposed changes to employee compensation package. |
| 9 | 4/4/2023 | Bromberg, Brian | 0.8 | Review proposed management employee compensation received from the Debtors to assess next steps. |
| 9 | 4/4/2023 | Kurtz, Emma | 0.6 | Prepare revisions to slides summarizing CFO compensation based on comments received from the team. |
| 9 | 4/5/2023 | Bromberg, Brian | 0.4 | Review proposed management compensation data to assess potential financial implications. |
| 9 | 4/5/2023 | Diaz, Matthew | 0.4 | Prepare correspondence with the Committee re: the Debtors' proposed CFO hire. |
| 9 | 4/6/2023 | Bromberg, Brian | 1.1 | Review historical KERP information and analysis to compare to current KERP analysis. |
| 9 | 4/7/2023 | Blittner, Jack | 0.4 | Participate in internal team call re: 2023 KEIP/KERP analysis and upcoming deliverables. |
| 9 | 4/7/2023 | Blittner, Jack | 1.4 | Prepare slides summarizing 2023 KEIP/KERP analysis. |
| 9 | 4/7/2023 | Bromberg, Brian | 0.4 | Review 2023 KEIP participants to assess potential implications to the Debtors' employee compensation program. |
| 9 | 4/7/2023 | Bromberg, Brian | 0.4 | Review 2023 KERP information received from the Debtors' professionals to assess next steps. |
| 9 | 4/7/2023 | Kurtz, Emma | 1.4 | Review 2023 KEIP/KERP proposal received from the Debtors and associated excel backup file to evaluate changes from prior plans. |
| 9 | 4/7/2023 | Kurtz, Emma | 0.4 | Participate in internal team call re: 2023 KEIP/KERP proposal and outline draft slides. |
| 9 | 4/8/2023 | Blittner, Jack | 1.9 | Prepare slides summarizing 2023 KEIP/KERP analysis to prepare for upcoming presentation to the Committee. |
| 9 | 4/8/2023 | Bromberg, Brian | 0.3 | Review incentive program for the Debtors' executives to evaluate changes from prior programs. |
| 9 | 4/8/2023 | Kurtz, Emma | 0.9 | Provide guidance to team re: analysis of 2023 proposed KEIP/KERP and comparison to prior plans. |
| 9 | 4/9/2023 | Bromberg, Brian | 0.4 | Review incentive program for the Debtors' executives to evaluate changes from prior programs. |
| 9 | 4/10/2023 | Blittner, Jack | 1.6 | Incorporate updates to 2023 KEIP/KERP Analysis based on feedback from the team. |
| 9 | 4/10/2023 | Blittner, Jack | 0.8 | Continue to prepare slides summarizing 2023 KEIP/KERP analysis. |
| 9 | 4/10/2023 | Bromberg, Brian | 0.7 | Review the Debtors' current retention program to evaluate changes from prior and proposed plan. |
| 9 | 4/10/2023 | Bromberg, Brian | 2.1 | Review presentation summarizing the proposed retention program and compensation programs to provide feedback to the team. |
| 9 | 4/10/2023 | Diaz, Matthew | 0.6 | Review draft questions for the Debtors re: proposed CFO hire. |
| 9 | 4/10/2023 | Kurtz, Emma | 1.6 | Review initial draft presentation re: 2023 KEIP/KERP proposal and comparison to prior years to provide comments to team. |
| 9 | 4/10/2023 | Kurtz, Emma | 1.1 | Review updated draft KEIP/KERP presentation to provide additional comments to team. |
| 9 | 4/11/2023 | Blittner, Jack | 0.6 | Finalize draft presentation summarizing 2023 KEIP/KERP analysis to review with the internal team. |
| 9 | 4/11/2023 | Bromberg, Brian | 0.4 | Review latest business plan to asses KEIP/KERP benchmarking against performance. |
| 9 | 4/11/2023 | Bromberg, Brian | 1.4 | Review draft presentation 2023 KEIP/KERP analysis to provide feedback to the team. |
| 9 | 4/11/2023 | Kurtz, Emma | 1.3 | Review updated draft 2023 KEIP/KERP presentation and benchmarking to prepare revisions. |
| 9 | 4/11/2023 | Kurtz, Emma | 1.2 | Review orders approving 2022 KEIP/KERP to identify changes from Debtors' initial proposed 2022 incentive plans. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 4/12/2023 | Blittner, Jack | 0.3 | Incorporate additional updates to KEIP/KERP analysis based on comments received from the team. |
| 9 | 4/12/2023 | Bromberg, Brian | 2.2 | Review updated draft presentation KEIP/KERP analysis to provide comments to the team. |
| 9 | 4/12/2023 | Diaz, Matthew | 0.6 | Review 2023 KEIP/KERP analysis to evaluate changes from prior plans. |
| 9 | 4/13/2023 | Blittner, Jack | 0.6 | Finalize 2023 KEIP/KERP analysis presentation per feedback from team. |
| 9 | 4/13/2023 | Bromberg, Brian | 0.8 | Review latest retention program data to provide feedback to the team. |
| 9 | 4/13/2023 | Bromberg, Brian | 0.8 | Finalize latest draft retention program presentation. |
| 9 | 4/13/2023 | Bromberg, Brian | 0.6 | Review the Debtors' responses to question list re: retention program data. |
| 9 | 4/13/2023 | Kurtz, Emma | 1.4 | Review latest draft of KEIP/KERP presentation to prepare additional updates based on comments from the team. |
| 9 | 4/14/2023 | Diaz, Matthew | 0.9 | Review latest draft of 2023 KEIP/KERP presentation to provide feedback to the team. |
| 9 | 4/17/2023 | Bromberg, Brian | 0.6 | Prepare question list for the Debtors re: proposed retention program packages. |
| 9 | 4/17/2023 | Bromberg, Brian | 0.4 | Review slides summarizing 2023 KEIP analysis to provide feedback to the team. |
| 9 | 4/17/2023 | Diaz, Matthew | 0.8 | Review updated draft of 2023 KEIP/KERP presentation to provide additional feedback to the team. |
| 9 | 4/19/2023 | Bromberg, Brian | 0.9 | Review 2023 KEIP/KERP analysis to assess key issues. |
| 9 | 4/20/2023 | Bromberg, Brian | 0.7 | Continue to review 2023 KEIP/KERP analysis to assess key issues and prepare additional analysis. |
| 9 | 4/23/2023 | Bromberg, Brian | 0.4 | Review potential updates to KEIP/KERP proposal to resolve outstanding issues. |
| 9 | 4/24/2023 | Bromberg, Brian | 0.6 | Prepare correspondence to the UCC re: 2023 KEIP/KERP issues. |
| 9 | 4/25/2023 | Diaz, Matthew | 0.3 | Review updated 2023 KEIP/KERP analysis to assess appropriateness of proposal. |
| 9 | 4/26/2023 | Diaz, Matthew | 0.4 | Review updated 2023 KEIP/KERP proposal to evaluate changes. |
| 9 | 4/27/2023 | Bromberg, Brian | 0.5 | Participate in call with the Debtors' professionals re: 2023 KEIP/KERP analysis. |
| 9 | 4/27/2023 | Diaz, Matthew | 0.3 | Review 2023 KEIP/KERP analysis to assess next steps. |
| 9 | 4/27/2023 | Diaz, Matthew | 0.5 | Participate in call with the Debtors' professionals re: 2023 KEIP/KERP analysis and next steps. |
| 9 | 4/28/2023 | Diaz, Matthew | 0.3 | Prepare correspondence with Counsel re: 2023 KEIP/KERP analysis. |
| 9 | 4/29/2023 | Bromberg, Brian | 0.2 | Prepare correspondence with the UCC re: 2023 KEIP/KERP analysis. |
| 9 | 4/29/2023 | Bromberg, Brian | 0.2 | Prepare responses to questions from team re: comparison of 2023 KEIP/KERP analysis to historical analyses. |
| 9 | 4/30/2023 | Bromberg, Brian | 0.3 | Review KEIP/KERP benchmarking materials to evaluate changes in year-over-year analysis. |
| 9 | 4/30/2023 | Diaz, Matthew | 0.4 | Review updated 2023 KEIP/KERP analysis to assess next steps. |
| **9 Total** | | | **42.8** | |
| 16 | 4/24/2023 | Bromberg, Brian | 1.6 | Review latest distributable value analysis to evaluate changes. |
| 16 | 4/25/2023 | Blittner, Jack | 1.0 | Participate in call with Houlihan re: emergence preparations and impact of Accord trial ruling on projections. |
| 16 | 4/25/2023 | Bromberg, Brian | 1.1 | Review updated distributable value analysis in preparation for call with Houlihan. |
| 16 | 4/25/2023 | Bromberg, Brian | 1.0 | Participate in call with Houlihan re: Accord trial ruling and distribution analysis. |
| 16 | 4/25/2023 | Bromberg, Brian | 0.3 | Participate in call with Houlihan re: distributable analysis and next steps. |
| 16 | 4/25/2023 | Diaz, Matthew | 1.0 | Participate in call with Houlihan re: Accord trial ruling, potential impacts on distribution analysis, and emergence preparations. |
| 16 | 4/25/2023 | Diaz, Matthew | 0.7 | Review updated emergence cash flow analysis to evaluate changes. |
| 16 | 4/25/2023 | Kurtz, Emma | 1.0 | Participate in call with Houlihan re: Accord trial ruling and potential impacts on distributions. |
| 16 | 4/25/2023 | Kurtz, Emma | 1.6 | Prepare revisions to distributable value analysis to incorporate latest assumptions and prepare accompanying summary slides. |
| 16 | 4/25/2023 | Kurtz, Emma | 0.6 | Review analysis received from Houlihan re: various distributable value scenarios. |
| 16 | 4/25/2023 | Kurtz, Emma | 0.8 | Prepare revisions to updated distributable value model and accompanying slides to reflect comments from team. |
| 16 | 4/26/2023 | Blittner, Jack | 0.4 | Participate in call with the internal team re: updated distributable value analysis and emergence scenario analysis. |
| 16 | 4/26/2023 | Blittner, Jack | 0.6 | Participate in call with internal team re: presentation summarizing Accord appeal and distributable value analysis. |
| 16 | 4/26/2023 | Bromberg, Brian | 1.9 | Prepare outline for presentation summarizing updated distributable value analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/26/2023 | Bromberg, Brian | 0.4 | Participate in call with the internal team re: presentation summarizing updated distributable value analysis. |
| 16 | 4/26/2023 | Bromberg, Brian | 0.8 | Review draft diligence request list from Houlihan re: distributable value analysis. |
| 16 | 4/26/2023 | Diaz, Matthew | 0.6 | Review updated emergence cash flow construct to assess projected distributions. |
| 16 | 4/26/2023 | Kurtz, Emma | 0.8 | Review draft diligence list received from Houlihan re: distributable value assumptions to prepare revisions. |
| 16 | 4/26/2023 | Kurtz, Emma | 0.4 | Participate in internal team call re: presentation to the AHC, updated distributable value, and cash flow projections. |
| 16 | 4/26/2023 | Kurtz, Emma | 0.6 | Participate in call with the internal team re: outline of updated distributable value analysis and presentation. |
| 16 | 4/27/2023 | Blittner, Jack | 1.9 | Prepare slides summarizing OxyContin forecast scenarios and potential impact on distributions. |
| 16 | 4/27/2023 | Blittner, Jack | 1.2 | Prepare slides summarizing the Accord trial to include in distributable value update. |
| 16 | 4/27/2023 | Kurtz, Emma | 1.4 | Prepare revisions to distributable value model to reflect additional assumptions. |
| 16 | 4/27/2023 | Kurtz, Emma | 0.7 | Prepare presentation summarizing updated distributable value projections and changes in assumptions. |
| 16 | 4/28/2023 | Blittner, Jack | 0.9 | Incorporate updates to slides summarizing the OxyContin forecast scenarios based on comments received from the team. |
| 16 | 4/28/2023 | Bromberg, Brian | 1.3 | Review slides summarizing updated distributable value analysis to provide feedback to the team. |
| 16 | 4/28/2023 | Bromberg, Brian | 0.3 | Prepare responses to questions from team re: potential impact to distributable value cash flows due to Accord ruling. |
| 16 | 4/28/2023 | Bromberg, Brian | 0.6 | Review updated diligence request list received from Houlihan re: distribution value analysis. |
| 16 | 4/28/2023 | Bromberg, Brian | 0.7 | Review updated slides re: distributable value analysis to provide additional feedback to the team. |
| 16 | 4/28/2023 | Diaz, Matthew | 0.7 | Review slides summarizing distributable value cash flows to provide comments to the team. |
| 16 | 4/28/2023 | Kurtz, Emma | 1.9 | Prepare consolidated draft presentation re: Accord ruling and potential impact to distributable value cash flows. |
| 16 | 4/28/2023 | Kurtz, Emma | 0.6 | Prepare revisions to draft presentation re: Accord trial ruling and distributable value cash flows. |
| 16 | 4/28/2023 | Kurtz, Emma | 0.4 | Prepare responses to questions from team re: acceleration of Avrio sale proceeds. |
| **16 Total** | | | **29.8** | |
| 20 | 4/4/2023 | Bromberg, Brian | 0.5 | Participate in call with Debtors professionals re: Avrio sale process, executive compensation, and other business updates. |
| 20 | 4/4/2023 | Diaz, Matthew | 0.5 | Participate in call with Debtors' professionals re: Avrio sales process, key case issues, and other business updates. |
| 20 | 4/4/2023 | Kurtz, Emma | 0.5 | Participate in call with Debtors professionals re: proposed employee compensation agreement, Avrio sale process, and other case updates. |
| 20 | 4/18/2023 | Bromberg, Brian | 0.5 | Participate in call with the Debtors' professionals re: business plan updates, Avrio sale process, and key case issues. |
| 20 | 4/18/2023 | Bromberg, Brian | 0.6 | Participate in call with Debtors: proposed CFO candidate. |
| 20 | 4/18/2023 | Diaz, Matthew | 0.5 | Participate in call with the Debtors' professionals re: to Accord trial outcome, Avrio sale process, and other key case updates. |
| 20 | 4/18/2023 | Diaz, Matthew | 0.6 | Participate in call with the Debtors re: proposed CFO hire and next steps. |
| 20 | 4/18/2023 | Kurtz, Emma | 0.4 | Participate in call with the Debtors' professionals re: Accord trial ruling and other key case updates. |
| 20 | 4/26/2023 | Blittner, Jack | 0.4 | Review key takeaways from call with Houlihan to prepare diligence list for the Debtors re: distributable value analysis and Accord ruling impacts. |
| **20 Total** | | | **4.5** | |
| 21 | 2/8/2023 | Diaz, Matthew | 1.2 | Participate in call with the group of 15 states re: business update, key case issues, and next steps. |
| 21 | 2/8/2023 | Diaz, Matthew | 0.8 | Review updated business plan and recent case updates to prepare for upcoming call with group of 15 states. |
| **21 Total** | | | **2.0** | |
| 24 | 4/21/2023 | Blittner, Jack | 1.2 | Prepare the March fee application to comply with bankruptcy code. |
| 24 | 4/24/2023 | Blittner, Jack | 1.4 | Continue to prepare the March fee application per local rules. |
| 24 | 4/25/2023 | Blittner, Jack | 0.6 | Finalize draft March fee application to share with team. |

19-23649-shl    Doc 5705    Filed 06/14/23    Entered 06/14/23 15:58:46    Main Document
Pg 14 of 14

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 4/25/2023 | Blittner, Jack | 1.3 | Prepare revisions to March fee application. |
| 24 | 4/25/2023 | Kurtz, Emma | 0.4 | Review draft March fee application. |
| 24 | 4/26/2023 | Blittner, Jack | 0.7 | Finalize March fee application exhibits to comply with bankruptcy code. |
| 24 | 4/26/2023 | Kurtz, Emma | 1.2 | Finish reviewing draft March fee statement per local rules. |
| 24 | 4/27/2023 | Blittner, Jack | 0.4 | Prepare revisions to finalize March fee application. |
| 24 | 4/27/2023 | Diaz, Matthew | 0.6 | Review draft March fee statement. |
| 24 | 4/27/2023 | Kurtz, Emma | 0.4 | Review updated draft March fee statement. |
| **24 Total** | | | **8.2** | |
| **Grand Total** | | | **114.5** | |