JONES DAY
John J. Normile
Nathan Yeary
250 Vesey Street
New York, NY 10281
Telephone:     212.326.3939
Facsimile:     212.755.7306

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## SUMMARY OF JONES DAY'S ELEVENTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM JANUARY 1, 2023 THROUGH APRIL 30, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2023 through and including April 30, 2023 |
| Amount of Compensation Requested for this Period: | $696,150.21 |
| Amount of Expense Reimbursement Requested for this Period: | $61,312.10 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $757,462.31 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $0.00 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $932.06 |
| Blended Rate in This Application for all Timekeepers: | $925.05 |
| Number of Timekeepers Included in this Application: | 16 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 10 |
| This is a | __ Monthly   _X_ Interim   ___ Final Fee Application |

## Fee Summary for the Period from January 1, 2023 through and including April 30, 2023

| NAME | YEAR OF ADMISSION | 2023 RATE[1] | EFFECTIVE 2023 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Gregory A. Castanias | 1990 | $1,300.00 | $1,131.00 | 13.4 | $17,420.00 |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 6.9 | $7,245.00 |
| Gasper J. LaRosa | 2002 | $1,260.00 | $1,096.20 | 42 | $53,320.00 |
| Christopher Morrison | 2002 | $1,155.00 | $1,004.85 | 0.3 | $ 346.50 |
| John J. Normile | 1989 | $1,417.50 | $1,233.23 | 220.7 | $314,295.00 |
| Jennifer L. Swize | 2005 | $1,233.75 | $1,073.36 | 52.8 | $65,367.88 |
| **TOTAL PARTNER:** | | | | **336.1** | **$457,994.38** |
| John Boulé | 2018 | $725.00 | $630.75 | 33.9 | $24,577.50 |
| Chané Buck | 2017 | $709.50 | $617.27 | 11.8 | $8,372.10 |
| Kevin V. McCarthy | 2016 | $880.00 | $765.60 | 187.3 | $167,254.00 |
| Adam M. Nicolais | 2017 | $803.00 | $698.61 | 168.3 | $137,198.80 |
| Nathan Yeary | 2021 | $650.00 | $565.50 | 12.8 | $8,320.00 |
| **TOTAL ASSOCIATE:** | | | | **414.1** | **$345,722.4** |
| Patrick Sullivan | N/A | $175.00 | $152.25 | 0.5 | $87.50 |
| Cindy Gugg | N/A | $450.00 | $391.50 | 2.0 | $900.00 |
| Diane Hughes | N/A | $500.00 | $435.00 | 0.6 | $300.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 1.9 | $712.50 |
| Bonnie Zhu | N/A | $325.00 | $282.75 | 3.7 | $1,202.50 |
| **TOTAL LEGAL SUPPORT:** | | | | **8.7** | **$3,202.50** |
| **TOTAL:** | | | | **758.9** | **$806,919.28** |
| **AFTER 13% DISCOUNT:** | | | | | **$702,019.90** |
| **DISCOUNT DUE TO FURTHER REDUCED RATES:** | | | | | **($5,869.69)** |
| **TOTAL FEES SOUGHT:** | | | | | **$696,150.21** |

---

[1] This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2023, Jones Day used 2022 standard billable rates in calculating amounts due for legal services performed) and additionally, for certain timekeepers, Jones Day agreed to charge the Debtors a further reduced amount.

[2] This rate reflects the effective 2023 billable rate after application of the thirteen percent (13%) discount.

**<u>Summary of Disbursements and Expenses for the Period from
January 1, 2023 through and including April 30, 2023</u>**

| **<u>Expenses</u>** | **<u>Amount</u>** |
|---|---|
| Consultant Fees | $57,862.10 |
| Printing Charges | $3,527.16 |
| Travel - Train | $(100.00) |
| Mailing Charges | $22.84 |
| **Total:** | **$61,312.10** |

**Blended Rate of Professionals – Total (After 13% Discount)**

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation | Total Compensation (after discount) |
|---|---|---|---|---|
| Partners & Counsel | $1,185.53 | 336.1 | $457,994.38 | $398,455.11 |
| Associates | $726.34 | 414.1 | $345,722.40 | $300,778.49 |
| Legal Support | $320.25 | 8.7 | $3,202.50 | $2,786.18 |
| **TOTAL** | **$925.05** | **758.9** | **$806,919.28** | **$702,019.90** |

**Comparable and Customary Compensation Disclosure**

| Category of Timekeepers | Blended Rate[1] Comparable Non-Bankruptcy Invoices[2] | Blended Rate This Compensation Period[3] |
|---|---|---|
| Partners & Counsel | $1,109.00 | $1,185.53 |
| Associates | $662.00 | $726.34 |
| Legal Support | $355.00 | $320.25 |
| **TOTAL** | **$860.00** | **$925.05** |

[1]  Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]." During the Compensation Period, no domestic office other than the New York office billed at least 10% of the hours to the bankruptcy case.

[2]  Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3]  Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

### Monthly Fee Statements/Interim Fee Applications (Filed)

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| March 16, 2020 ECF 948 | September 15, 2019 – January 31, 2020 | $1,067,512.46 | $1,067,512.46 (100%) | $12,001.56 | $1,046,946.21 (reduced by $20,566.25) | $12,001.56 (100%) | $1,058,947.77 | $0.00 |
| July 15, 2020 ECF 1406 | February 1, 2020 – May 31, 2020 | $735,002.54 | $735,002.54 (100%) | $40,243.35 | $725,002.54 (reduced by $10,000) | $40,243.35 (100%) | $765,245.89 | $0.00 |
| November 16, 2020 ECF 1968 | June 1, 2020 – September 30, 2020 | $640,809.81 | $640,809.81 (100%) | $10,725.56 | $620,809.81 (reduced by $20,000) | $10,725.56 (100%) | $631,535.38 | $0.00 |
| March 17, 2021 ECF 2510 | October 1, 2020 – January 31, 2021 | $374,357.09 | $374,357.09 (100%) | $9,729.37 | $374,357.09 (100%) | $9,729.37 (100%) | $384,087.50 | $0.00 |
| July 15, 2021 ECF 3207 | February 1, 2021 – May 31, 2021 | $882,115.82 | $882,115.82 (100%) | $21,909.83 | $880,797.82 (reduced by $1,318) | $21,909.83 (100%) | $902,707.65 | $0.00 |
| November 15, 2021 ECF 4123 | June 1, 2021 – September 30, 2021 | $1,151,574.20 | $1,151,574.20 (100%) | $91,270.27 | $1,147,639.70 (reduced by $3,934.50) | $91,270.27 (100%) | $1,238,909.92 | $0.00 |
| March 17, 2022 ECF 4716 | October 1, 2021 – January 31, 2022 | $1,166,724.81 | $1,166,724.81 (100%) | $110,609.55 | $1,161,725.00 (reduced by $5,000) | $110,544.95 (reduced by $64.60) | $1,272,269.69 | $0.00 |
| October 17, 2022 ECF 5163 | May 1, 2022 – August 31, 2022 | $1,150,485.39 | $1,150,485.39 (100%) | $339,454.17 | $1,148,945.39 (reduced by $1,540) | $339,078.87 (reduced by $375.30) | $1,488,024.26 | $0.00 |
| February 14, 2023 ECF 5441 | September 1, 2022 – December 31, 2022 | $1,605,257.97 | $1,605,257.97 (100%) | $302,853.41 | $1,603,257.97 (reduced by $2,000) | $302,132.31 (reduced by $721.10) | $1,825,088.52 | $80,301.79 |
| April 4, 2023 ECF 5528 | January 1, 2023 – January 31, 2023 | $179,030.77 | $143,224.62 (80%) | $42,608.10 | $42,608.10 (80%) | $42,608.10 (100%) | $0.00 | $221,638.87 |
| June 6, 2023 ECF 5669 | February 1, 2023 – February 28, 2023 | $120,365.97 | $96,292.78 (80%) | $0 | N/A | N/A | $0.00 | $120,365.97 |
| June 6, 2023 ECF 5670 | March 1, 2023 – March 31, 2023 | $104,570.58 | $83,656.47 (80%) | $1,5000 | N/A | N/A | $0.00 | $106,070.58 |
| June 14, 2023 ECF 5699 | April 1, 2023 – April 30, 2023 | $292,182.90 | $233,746.32 (80%) | $17,204.00 | N/A | N/A | $0.00 | $309,386.90 |
| **TOTAL** | | **$9,469,990.31** | **$9,330,760.28** | **$1,013,609.17** | **$8,752,089.63** | **$678,111.86** | **$9,566,816.58** | **$837,764.11** |

JONES DAY
John J. Normile
Nathan Yeary
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## JONES DAY'S ELEVENTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM JANUARY 1, 2023 THROUGH APRIL 30, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby files its eleventh interim application (this "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), for (i) allowance of compensation in the amount of $696,150.21 (as discounted from $806,919.43) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $61,312.10, for the period from January 1, 2023 through and including April 30, 2023 (the "Compensation Period"). In support of this Application, Jones Day respectfully represents as follows:

**Background**

***General Background***

1.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to manage and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' chapter 11 cases (the "Chapter 11 Cases") as of the date hereof.

2.      Background information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, corporate structure, financial condition and the events leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on September 16, 2019 [ECF No. 17].

3.      On December 5, 2019, the Debtors filed an *Application of the Debtors for an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 601].

4.      On December 20, 2019, this Court entered an *Order Authorizing the Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 690].

5.      On April 8, 2020, the Court entered an order appointing an independent fee examiner (the "Fee Examiner") in these Chapter 11 Cases [ECF No. 1023].

6.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

7.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law, including with respect to on-going domestic patent litigation matters and two highly confidential foreign patent litigation matters.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

**Statements by Jones Day**

8.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S.

Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

**Statements by Jones Day Pursuant to Section C(5) of**
**the U.S. Trustee Guidelines – Certain Fee and Rate Matters**

9.     Consistent with the pre-petition practice, Jones Day agreed to charge the Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2023, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2022 billable rates for 2023 in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

10.     None of the hourly rates of Jones Day's professionals and paralegals included in this Application have been varied based on the geographic location of these Chapter 11 Cases.

11.     This Application includes minimal time (0.8 hours) related to reviewing time records to ensure the protection of any privileged or other confidential information and revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee Statements (as defined below) or this Application.

**Statements by Jones Day Pursuant to Section C(6) of the**
**U.S. Trustee Guidelines — Information About Budget and Staffing Plans**

12.     Jones Day and the Debtors agreed to a budget for each significant litigation matter being handled by Jones Day during the Compensation Period.  The fees sought in this Application are within the budgets discussed with and approved in advance by the Debtors.  Moreover, for matters for which no budget was agreed upon, the work flow was either minimal or not as predictable and hours expended were not as susceptible to estimation.

**Jurisdiction and Venue**

13.    The Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested and Reasons Therefore**

*Authority for Relief*

14.    Jones Day makes this Application (a) pursuant to sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and (b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local Guidelines, the "Guidelines").

*Request for Interim Allowance of*
*Compensation and Reimbursement of Expenses*

15.    Jones Day hereby seeks interim (i) allowance of compensation in the amount of $696,150.21 (as discounted from $806,919.43) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $61,312.10 for the Compensation Period.  This is the eleventh interim application for reimbursement of fees and expenses filed by Jones Day in connection with the Debtors' Chapter 11 Cases.

16.    Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and incorporated herein are the following:

(a)     a cover sheet summarizing the contents of this Application;

(b)     a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)     a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)     computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)     a summary of total compensation and expenses previously awarded by the court.

17.     In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as Exhibit A; (b) a table identifying the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as Exhibit B; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as Exhibit C; (d) a table identifying, by project category, the number of hours worked and amount of fees requested as compared to the agreed-upon budget is attached hereto as Exhibit D; and (e) detailed time records for the Compensation Period are attached hereto as Exhibit E.[2]

---

[2] The time records included in Exhibit E have been redacted to protect privileged and sensitive information.

*Prior Payments to Jones Day*

18.     In accordance with the Interim Compensation Procedures Order, to date Jones Day filed the following 10 fee applications (the "Interim Fee Applications") and 4 monthly fee statements (the "Monthly Fee Statements"):

a.      On March 16, 2020, Jones Day filed the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* [ECF No. 948], seeking allowance of $1,067,512.46 (after application of agreed upon discount) in fees for services rendered and reimbursement of $12,001.56 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $20,566.25 reduction agreed upon between Jones Day and the Fee Examiner.

b.      On July 15, 2020, Jones Day filed the *Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2020 to May 31, 2020* [ECF No. 1406], seeking allowance of $735,002.54 (after application of agreed upon discount) in fees for services rendered and reimbursement of $40,243.35 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $10,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

c.      On November 16, 2020, Jones Day filed the *Third Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2020 to September 30, 2020* [ECF No. 1968], seeking allowance of $640,809.81 (after application of agreed upon discount) in fees for services rendered and reimbursement of $10,725.56 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $20,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

d.      On March 17, 2021, Jones Day filed the *Fourth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from October 1, 2020 to January 31, 2021* [ECF No. 2510], seeking allowance of $374,357.09 (after application of agreed upon discount) in fees for services rendered and

reimbursement of $9,729.37 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application.

e.     On July 15, 2021, Jones Day filed the *Fifth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2021 to May 31, 2021* [ECF No. 3207], seeking allowance of $882,115.82 (after application of agreed upon discount) in fees for services rendered and reimbursement of $21,909.83 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $1,318.00 reduction agreed upon between Jones Day and the Fee Examiner.

f.     On November 15, 2021, Jones Day filed the *Sixth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2021 to September 30, 2021* [ECF No. 4123], seeking allowance of $1,151,574.20 (after application of agreed upon discount) in fees for services rendered and reimbursement of $91,270.27 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $3,934.50 reduction agreed upon between Jones Day and the Fee Examiner.

g.     On March 17, 2022, Jones Day filed the *Seventh Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from October 1, 2021 through January 31, 2022* [ECF No. 4553], seeking allowance of $1,166,724.81 (after application of agreed upon discount) in fees for services rendered and reimbursement of $110,609.55 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $5,000 reduction in fees and $64.60 reduction in expenses agreed upon between Jones Day and the Fee Examiner.

h.     On May 16, 2022, Jones Day filed the *Eighth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2022 through April 30, 2022* [ECF No. 4803], seeking allowance of $1,246,658.67 (after application of agreed upon discount) in fees for services rendered and reimbursement of $27,752.70 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application.

i.      On October 17, 2022, Jones Day filed the *Ninth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from May 1, 2022 through August 31, 2022* [ECF No. 5163], seeking allowance of $1,150,482.39 (after application of agreed upon discount) in fees for services rendered and reimbursement of $339,454.17 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $1,540.00 reduction in fees and $375.30 reduction in expenses agreed upon between Jones Day and the Fee Examiner.

j.      On February 14, 2023, Jones Day filed the *Tenth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 1, 2022 through December 31, 2022* [ECF No. 5441], seeking allowance of $1,605,257.97 (after application of agreed upon discount) in fees for services rendered and reimbursement of $302,853.41 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $2,000.00 reduction in fees and $721.10 reduction in expenses agreed upon between Jones Day and the Fee Examiner.

k.      On April 4, 2023, Jones Day filed and served the *Thirty-Ninth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from January 1, 2022 through January 31, 2022* [ECF No. 5528], seeking allowance of $179,030.77 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $42,608.10 in expenses incurred in connection with the services provided for the Debtors.

l.      On June 6, 2023, Jones Day filed and served the *Fortieth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from February 1, 2023 through February 28, 2023* [ECF No. 5669] seeking allowance of $120,365.97 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $0 in expenses incurred in connection with the services provided for the Debtors.

m.     On June 6, 2023, Jones Day filed and served the *Forty-First Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as*

*Special Counsel to the Debtors for the Period from March 1, 2023 through March 31, 2023* [ECF No. 5670] seeking allowance of $104,570.58 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $1,500.00 in expenses incurred in connection with the services provided for the Debtors.

n.   On June 14, 2023, Jones Day filed and served the *Forty-Second Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from April 1, 2023 through April 30, 2023* [ECF No. 5699] seeking allowance of $292,182.90 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $17,204.00 in expenses incurred in connection with the services provided for the Debtors.

19.   To date, Jones Day has received $9,566,816.58 on account of the aforementioned Interim Fee Applications and Monthly Fee Statements.

### *Services Provided by Jones Day by Project Category*

20.   The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines. For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines, including, for each project category, (a) the identity of each person providing services on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

### (1) *Purdue Pharma L.P., et al. v Collegium Pharmaceuticals (71.1 hours)*

21.     During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter.  Specifically, Jones Day professionals negotiated and prepared stipulations regarding a stay of litigation timelines, and prepared for and participated in several meet and confers.  Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

### (1)    *Intellipharmaceutics Corp. (3.7 hours)*

22.     During the Compensation Period, Jones Day professionals performed minimal work relating to the Stipulation and Order regarding destruction of documents.

### (3)    *Collegium 961 PGR (10.1 hours)*

23.     During the Compensation Period, Jones Day professionals continued advising the Debtors with respect to this on-going matter.  Specifically, Jones Day prepared for oral argument and submitted filings to the Federal Circuit regarding scheduling of said argument. Jones Day professionals further engaged in numerous internal and external conferences in connection with the appeal, and advised the Debtors with respect to strategic decisions in connection with this appeal.

### (4)    *Accord Healthcare Inc. (612.5  hours)*

24.     During the Compensation Period, Jones Day professionals advised the Debtors with respect to these two on-going litigation matters.   Specifically, Jones Day professionals performed several post-trial tasks, including analysis and advisement of the Accord trial opinion, drafting post-trial letters and arguments to the court requesting Accord to give anticipated launch notice obligations, preparing a proposed final judgment, and preparing for appeal. Jones Day professionals further engaged in numerous internal and external conferences in connection with the these post-trial tasks and Purdue's appeal.  Jones Day also prepared and filed

responses to discovery requests and prepared additional offensive discovery requests.  Jones Day further advised the Debtors with respect to strategic decisions in connection with these litigations.

### (5) *Confidential Matter I (11.4  hours)*

25.    The work performed on this matter is highly confidential.

### (6) *Retention Matters (50.1 hours)*

26.    During the Compensation Period, Jones Day professionals prepared Jones Day's tenth interim fee application and five Monthly Fee Statements.  Jones Day professionals also spent time attending hearings, preparing budgets and communicating with the fee examiner appointed in these bankruptcy proceedings.

### *The Requested Fees Are Reasonable*

27.    The amount of fees sought by Jones Day is appropriate given the issues presented by the Debtors' Chapter 11 Cases.  In addition, these fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar chapter 11 cases.  Jones Day's work on the aforementioned active litigation matters is beneficial to the Debtors, the Debtors' estates and other parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates for the benefit of all parties in interest.

### **Expenses Incurred By Jones Day**

28.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case.  11 U.S.C. § 330. Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $61,312.10.

29.    Consistent with section C(13) of the U.S. Trustee Guidelines and sections A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as Exhibits C and E hereto identify the expenses sought to be reimbursed herein in chronological order, including for

each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for the expense.

30.     In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a)     No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)     Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)     The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends.  Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

31.     Jones Day believes that this Application reflects all expenses incurred during the Compensation Period.  To the extent any such expenses have not yet been billed as of the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

**<u>Adjustment to Fees and Expenses</u>**

32.     Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed

the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors.  Jones Day wrote off a total sum of $4,069.65 during the Compensation Period.  The adjustments made by Jones Day result from, among other things:  (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones Day or required by applicable rules.

### The Requested Compensation Should Be Allowed

33.     Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> 1.     the time spent on such services;
>
> 2.     the rates charged for such services;
>
> 3.     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

4.      whether the services were performed within a reasonable amount of
        time commensurate with the complexity, importance, and nature of
        the problem, issue, or task addressed;

5.      with respect to a professional person, whether the person is board
        certified or otherwise has demonstrated skill and experience in the
        bankruptcy field; and

6.      whether the compensation is reasonable based on the customary
        compensation charged by comparably skilled practitioners in cases
        other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

34.     Jones Day respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein.  The services described above were necessary to the administration of the Debtors' Chapter 11 Cases and were beneficial to the Debtors and parties in interest.  Jones Day's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors.  Further, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

## Review by the Debtors

35.     The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

## Notice

36.     Notice of this Application has been provided in accordance with procedures set forth in the Interim Compensation Procedures Order and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498]. Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing on an interim basis compensation in the amount of $696,150.21 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $61,312.10 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated: June 14, 2023
       New York, New York

Respectfully submitted,

/s/ Nathan Yeary
JONES DAY
John J. Normile
Nathan Yeary
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:      jnormile@jonesday.com
            nyeary@jonesday.com

# EXHIBIT A

**Certification of John J. Normile**

JONES DAY
John J. Normile
Nathan Yeary
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## <u>CERTIFICATION OF JOHN J. NORMILE</u>

I, John J. Normile, hereby certify as follows:

1.    I am a partner in the law firm of Jones Day.  I submit this certification with respect to *Jones Day's Eleventh Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from January 1, 2023 through April 30, 2023* (the "<u>Application</u>").[2]

2.    I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]  All capitalized terms used but not defined herein have the meanings given to them in the Application.

3.       In connection therewith, I hereby certify that:

(a)       I have read the Application;

(b)       To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)       Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)       The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)       In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)       With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

(g)       With respect to section B.3 of the Local Guidelines, I certify that the Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

<u>Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines</u>

4.       The following statement is provided pursuant to section C.5 of the U.S. Trustee Guidelines:

(a)  **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer:**  Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

(b)  **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer:**  The fees sought in this Application are within the matter-specific budgets discussed with and approved in advance by the Debtors as shown on <u>Exhibit D</u> with the exception of the Accord matter where fees exceeded the budget but were less than 10% more than the amount budgeted.   For matters for which no budget was agreed upon, the work flow was either minimal or not as predictable and hours expended were not as susceptible to estimation.

(c)  **Question:**  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer:**  No.

(d)  **Question:**  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

**Answer:**  No.

(e)  **Question:**  Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**Answer:**  Yes, the application includes 0.8 hours spent on redacting privileged and confidential information from the time records.

(f)  **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or

terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:** Yes, the Debtor reviewed and approved the rate increase in advance and agreed to future rate increases.

Dated: June 14, 2023
New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile: 212.755.7306
Email:      jnormile@jonesday.com

*Special Counsel to the Debtors*

## EXHIBIT B

**Summary of Professionals for Compensation Period**

### SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | 2023 RATE[1] | EFFECTIVE 2023 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Gregory A. Castanias | 1990 | $1,300.00 | $1,131.00 | 13.4 | $17,420.00 |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 6.9 | $7,245.00 |
| Gasper J. LaRosa | 2002 | $1,260.00 | $1,096.20 | 42 | $53,320.00 |
| Christopher Morrison | 2002 | $1,155.00 | $1,004.85 | 0.3 | $ 346.50 |
| John J. Normile | 1989 | $1,417.50 | $1,233.23 | 220.7 | $314,295.00 |
| Jennifer L. Swize | 2005 | $1,233.75 | $1,073.36 | 52.8 | $65,367.88 |
| **TOTAL PARTNER:** | | | | **336.1** | **$457,994.38** |
| John Boulé | 2018 | $725.00 | $630.75 | 33.9 | $24,577.50 |
| Chané Buck | 2017 | $709.50 | $617.27 | 11.8 | $8,372.10 |
| Kevin V. McCarthy | 2016 | $880.00 | $765.60 | 187.3 | $167,254.00 |
| Adam M. Nicolais | 2017 | $803.00 | $698.61 | 168.3 | $137,198.80 |
| Nathan Yeary | 2021 | $650.00 | $565.50 | 12.8 | $8,320.00 |
| **TOTAL ASSOCIATE:** | | | | **414.1** | **$345,722.4** |
| Patrick Sullivan | N/A | $175.00 | $152.25 | 0.5 | $87.50 |
| Cindy Gugg | N/A | $450.00 | $391.50 | 2.0 | $900.00 |
| Diane Hughes | N/A | $500.00 | $435.00 | 0.6 | $300.00 |
| Quinn Sargent | N/A | $375.00 | $326.25 | 1.9 | $712.50 |
| Bonnie Zhu | N/A | $325.00 | $282.75 | 3.7 | $1,202.50 |
| **TOTAL LEGAL SUPPORT:** | | | | **8.7** | **$3,202.50** |
| | | | **TOTAL:** | **758.9** | **$806,919.28** |
| | | | **AFTER 13% DISCOUNT:** | | **$702,019.90** |
| | | **DISCOUNT DUE TO FURTHER REDUCED RATES:** | | | **($5,869.69)** |
| | | | **TOTAL FEES SOUGHT:** | | **$696,150.21** |

---

[1] This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2023, Jones Day used 2022 standard billable rates in calculating amounts due for legal services performed) and additionally, for certain timekeepers, Jones Day agreed to charge the Debtors a further reduced amount.

[2] This rate reflects the effective 2023 billable rate after application of the thirteen percent (13%) discount.

## **EXHIBIT C**

**Summary of Disbursements and Expenses for Compensation Period**

## SUMMARY OF DISBURSEMENTS AND EXPENSES
## FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Consultant Fees | $57,862.10 |
| Printing Charges | $3,527.16 |
| Travel - Train | $(100.00) |
| Mailing Charges | $22.84 |
| **Total:** | **$61,312.10** |

**<u>EXHIBIT D</u>**

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPLIANCE WITH THE BUDGET

| Matter | Hours Billed this Compensation Period | Fees Incurred this Compensation Period (after application of 13% discount) | Agreed Upon Budget for this Compensation Period |
|---|---|---|---|
| Collegium Pharmaceuticals | 71.1 | $74,415.89 | $175,000.00 |
| Intellipharmaceutics Corp. | 3.7 | $3,534.16 | $10,000.00 |
| Collegium 961 PGR | 10.1 | $8,131.46 | $10,000.00 |
| Accord Healthcare Inc. | 612.5 | $568,834.55 | $520,000.00 |
| Retention Matters | 50.1 | $38,767.94 | $0.00 |
| Confidential Matter I | 11.4 | $8,335.91 | $0.00 |
| **Total:** | **758.9** | **$702,019.90**[1] | **$715,000.00** |

---

[1]     Jones Day reduced its requested fees by $5,869.69 after agreeing to reduced billing rates for certain timekeepers. Accordingly, Jones Day incurred $702,019.90 in fees (after the 13% discount), but is only requesting fees in the amount of $696,150.21.

## **EXHIBIT E**

**Time Detail for January 1, 2023 through April 30, 2023**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2023                                              305158.610005
                                                    Invoice: 230901400

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 15,175.00 |
| Less 13% Discount | | (1,972.75) |
| Total Billed Fees | USD | 13,202.25 |
| **TOTAL** | **USD** | **13,202.25** |



PLEASE REFERENCE 305158 610005/230901400 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 230901400

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 3.50 | 1,450.00 | 5,075.00 |
| Associate |  |  |  |
| K McCarthy | 10.00 | 925.00 | 9,250.00 |
| A M Nicolais | 1.00 | 850.00 | 850.00 |
| **Total** | **14.50** | **USD** | **15,175.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/05/23 | J J Normile | 2.00 |
| 01/09/23 | K McCarthy | 1.50 |
| 01/10/23 | K McCarthy | 3.50 |
| 01/10/23 | J J Normile | 1.50 |
| 01/11/23 | K McCarthy | 1.50 |
| 01/12/23 | K McCarthy | 1.00 |
| 01/24/23 | A M Nicolais | 1.00 |
| 01/26/23 | K McCarthy | 2.50 |
| | **Total** | **14.50** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2023                                                   305158.610013
                                                                  Invoice: 230901401

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2023:

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.           USD              0.00

### Disbursement & Charges Summary

Consultants and Agents Fees                      15,000.00

                                                 USD          15,000.00

**TOTAL**                                        **USD**       **15,000.00**



# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page: 2
February 28, 2023
Invoice: 230901401

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 01/10/23 | J J Normile | NYC | 1,500.00 | |
| | Vendor: Pace Analytical Services, LLC; Invoice#: 27647; Date: 12/22/2022 for professional services rendered - December storage. | | | |
| 01/12/23 | J J Normile | NYC | 12,000.00 | |
| | Vendor: Pace Analytical Services, LLC; Invoice#: 27312; Date: 9/29/2022 for professional services rendered - February to September 2022. | | | |
| 01/31/23 | J J Normile | NYC | 1,500.00 | |
| | Vendor: Pace Analytical Services, LLC; Invoice#: 27821; Date: 1/27/2023 for professional services rendered - January storage. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **15,000.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **15,000.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

February 28, 2023

305158.610022
Invoice: 230901402

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through January 31, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 920.00 |
| Less 13% Discount | | (119.60) |
| Total Billed Fees | USD | 800.40 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Printing Charges | 3,527.16 | |
| United Parcel Service Charges | 22.84 | |
| | USD | 3,550.00 |
| **TOTAL** | **USD** | **4,350.40** |



PLEASE REFERENCE 305158 610022/230901402 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J L Swize | 0.50 | 1,250.00 | 625.00 |
| Associate |  |  |  |
| J R Boule | 0.20 | 725.00 | 145.00 |
| Project Assistant |  |  |  |
| Q M Sargent | 0.40 | 375.00 | 150.00 |
| **Total** | **1.10** | **USD** | **920.00** |

# JONES DAY

305158.610022

February 28, 2023

Invoice: 230901402

Collegium 961 PGR

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/11/23 | J R Boule | 0.20 |
| | ███████████████████████████ | |
| 01/11/23 | Q M Sargent | 0.20 |
| | Update folders with newly filed docket submissions (.10); send new upcoming deadlines to calendaring team to update attorney calendars (.10). | |
| 01/11/23 | J L Swize | 0.20 |
| | ███████████████████████████ | |
| 01/19/23 | Q M Sargent | 0.20 |
| | Update pleadings folder and correct attorney calendars regarding new deadlines. | |
| 01/24/23 | J L Swize | 0.30 |
| | ████████████████████ | |
| **Total** | | **1.10** |

# JONES DAY

305158.610022

Collegium 961 PGR

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **PRINTING CHARGES** | | | | |
| 01/18/23 | A R Villar | WAS | 504.22 | |
| | Vendor: B.P. PRINTING & OFFICE SUPPLY CO., INC.; Invoice#: 037575; Date: 1/18/2023  -  13 Copies Reply Brief of Appellants Purdue Pharma | | | |
| 01/18/23 | A R Villar | WAS | 2,043.58 | |
| | Vendor: B.P. PRINTING & OFFICE SUPPLY CO., INC.; Invoice#: 037573; Date: 1/18/2023  -  13 copies Joint Appendix | | | |
| 01/18/23 | A R Villar | WAS | 979.36 | |
| | Vendor: B.P. PRINTING & OFFICE SUPPLY CO., INC.; Invoice#: 037574; Date: 1/18/2023  -  13 Copies Brief of Appellants Purdue Pharma | | | |
| **Printing Charges Subtotal** | | | | **3,527.16** |
| | | | | |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 01/17/23 | J Chludzinski | WAS | 20.58 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 230000271874033 Date: 1/21/2023  -  -  Ship To: Pablo D. Hendler, Potomac Law Group PLLC Ship Dt: 01/17/23 Airbill: 1Z2718740195062810 | | | |
| 01/17/23 | J Chludzinski | WAS | 2.26 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 230000271874033 Date: 1/21/2023  -  -  Ship To: Pablo D. Hendler, Potomac Law Group PLLC Ship Dt: 01/17/23 Airbill: 1Z2718740195062810 | | | |
| **United Parcel Service Charges Subtotal** | | | | **22.84** |

| | | | | |
|--|--|--|--|--|
| **Total Disbursements and Charges** | | | **USD** | **3,550.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

February 28, 2023                                                    305158.610028
                                                                     Invoice: 230901403

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through January 31, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 188,555.00 |
| Less 13% Discount | | (24,512.15) |
| Total Billed Fees | USD | 164,042.85 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Travel - Train Fare | (100.00) | | |
| | | USD | (100.00) |
| **TOTAL** | | **USD** | **163,942.85** |



PLEASE REFERENCE 305158 610028/230901403 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Page: 2
February 28, 2023
Invoice: 230901403

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G A Castanias | 13.40 | 1,300.00 | 17,420.00 |
| G J Larosa | 10.00 | 1,300.00 | 13,000.00 |
| J J Normile | 41.20 | 1,450.00 | 59,740.00 |
| J L Swize | 13.40 | 1,250.00 | 16,750.00 |
| **Associate** | | | |
| J R Boule | 6.00 | 725.00 | 4,350.00 |
| K McCarthy | 44.00 | 925.00 | 40,700.00 |
| A M Nicolais | 42.70 | 850.00 | 36,295.00 |
| **Paralegal** | | | |
| D L Hughes | 0.60 | 500.00 | 300.00 |
| **Total** | **171.30** | **USD** | **188,555.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 01/01/23 | J J Normile | 1.50 |
| 01/02/23 | J J Normile | 2.00 |
| 01/03/23 | K McCarthy | 1.50 |
| 01/03/23 | A M Nicolais | 0.20 |
| | Draft weekly Purdue calendar/updates. | |
| 01/05/23 | J J Normile | 0.80 |
| 01/06/23 | J J Normile | 0.80 |
| 01/07/23 | J J Normile | 0.80 |
| 01/09/23 | A M Nicolais | 0.20 |
| 01/09/23 | J J Normile | 2.50 |
| 01/10/23 | A M Nicolais | 0.20 |
| | Draft weekly Purdue updates and agenda. | |
| 01/10/23 | J J Normile | 0.80 |
| 01/11/23 | J R Boule | 1.40 |
| 01/11/23 | G J Larosa | 1.00 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 01/11/23 | K McCarthy | 3.00 |
| 01/11/23 | A M Nicolais | 4.00 |
| 01/11/23 | J J Normile | 3.50 |
| 01/11/23 | J L Swize | 0.30 |
| 01/12/23 | J R Boule | 3.00 |
| 01/12/23 | G J Larosa | 2.00 |
| 01/12/23 | K McCarthy | 6.00 |
| 01/12/23 | A M Nicolais | 8.50 |
| 01/12/23 | J J Normile | 2.80 |
| 01/13/23 | J R Boule | 1.30 |
| 01/13/23 | G A Castanias | 3.10 |
| 01/13/23 | K McCarthy | 7.00 |

### JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 01/13/23 | A M Nicolais | 5.00 |
| 01/13/23 | J J Normile | 2.00 |
| 01/13/23 | J L Swize | 2.40 |
| 01/14/23 | J R Boule | 0.30 |
| 01/14/23 | A M Nicolais | 4.50 |
| 01/14/23 | J J Normile | 2.50 |
| 01/15/23 | G A Castanias | 2.10 |
| 01/15/23 | G J Larosa | 1.00 |
| 01/15/23 | A M Nicolais | 1.00 |
| 01/15/23 | J J Normile | 2.50 |
| 01/15/23 | J L Swize | 0.40 |
| 01/16/23 | G A Castanias | 3.20 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| 01/16/23 | G J Larosa | 1.00 |
| 01/16/23 | A M Nicolais | 4.50 |
| 01/16/23 | J J Normile | 2.50 |
| 01/16/23 | J L Swize | 1.10 |
| 01/17/23 | G A Castanias | 2.60 |
| 01/17/23 | G J Larosa | 1.00 |
| 01/17/23 | K McCarthy | 6.00 |
| 01/17/23 | A M Nicolais | 5.50 |
| 01/17/23 | J J Normile | 3.00 |
| 01/17/23 | J L Swize | 1.70 |
| 01/18/23 | G A Castanias | 1.30 |
| 01/18/23 | G J Larosa | 2.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 01/18/23 | K McCarthy | 5.00 |
| 01/18/23 | A M Nicolais | 4.50 |
| 01/18/23 | J J Normile | 4.30 |
| 01/18/23 | J L Swize | 3.50 |
| 01/19/23 | K McCarthy | 3.50 |
| 01/19/23 | A M Nicolais | 0.30 |
| 01/19/23 | J J Normile | 2.50 |
| 01/19/23 | J L Swize | 2.20 |
| 01/20/23 | G A Castanias | 1.10 |
| 01/20/23 | D L Hughes | 0.60 |
| | Update R drive files. | |
| 01/20/23 | G J Larosa | 1.00 |
| 01/20/23 | K McCarthy | 3.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 01/20/23 | A M Nicolais | 0.70 |
| 01/20/23 | J J Normile | 2.50 |
| 01/20/23 | J L Swize | 1.80 |
| 01/23/23 | G J Larosa | 0.50 |
| 01/23/23 | K McCarthy | 3.00 |
| 01/23/23 | A M Nicolais | 0.90 |
| 01/23/23 | J J Normile | 1.60 |
| 01/24/23 | A M Nicolais | 1.00 |
| 01/25/23 | K McCarthy | 3.00 |
| 01/26/23 | K McCarthy | 2.50 |
| 01/30/23 | G J Larosa | 0.50 |
| 01/30/23 | A M Nicolais | 1.30 |

# JONES DAY

305158.610028

Page: 9
February 28, 2023
Invoice: 230901403

Accord Healthcare Inc.



| 01/30/23 | J J Normile | 1.80 |
| 01/31/23 | A M Nicolais | 0.40 |
| 01/31/23 | J J Normile | 0.50 |
| | **Total** | **171.30** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **TRAVEL - TRAIN FARE** | | | | |
| 01/12/23 | J L Swize | WAS | (100.00) | |

Vendor: Jennifer Swize Invoice#: 5628250101121216 Date: 1/12/2023  -  - Train Vendor: Lawyers' Travel Service; Invoice#: 10/12/2022; Date: 10/12/2022 - LTS September 2022 Adjustments - SWIZE/JENNIFER LORAINE; INVOICE:08/31/2022; TICKET:0010125489;DEPARTURE: ;ROUTE:WAS WIL WAS;305158.610028;ARRIVE/RETURN:

| | | | | |
|------|---------------------------|----------|--------|-------|
| **Travel - Train Fare Subtotal** | | | | **(100.00)** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **(100.00)** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023

305158.000003
Invoice: 230903459

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

|  |  |  |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | USD | 6,024.00 |
| Less 13% Discount |  | (783.12) |
| Total Billed Fees | USD | 5,240.88 |
| **TOTAL** | **USD** | **5,240.88** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023 

305158.610005
Invoice: 230903460

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 16,407.50 |
| Less 13% Discount | | (2,132.98) |
| Total Billed Fees | USD | 14,274.52 |
| Credit for January 2023 Invoice | USD | ( 531.35) |
| **TOTAL** | **USD** | **13,743.17** |



# JONES DAY

305158.610005

May 26, 2023

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 230903460

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 2.00 | 1,260.00 | 2,520.00 |
| C M Morrison | 0.30 | 1,155.00 | 346.50 |
| J J Normile | 4.40 | 1,417.50 | 6,237.00 |
| Associate |  |  |  |
| K McCarthy | 8.30 | 880.00 | 7,304.00 |
| **Total** | **15.00** | **USD** | **16,407.50** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
May 26, 2023
Invoice: 230903460

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/06/23 | K McCarthy | 1.10 |

| 02/06/23 | J J Normile | 0.80 |

Review correspondence from J. Holdreith regarding draft stipulation and review and revise same.

| 02/07/23 | K McCarthy | 0.80 |

| 02/07/23 | J J Normile | 0.50 |

Prepare for and participate in teleconference with J. Holdreith regarding stipulation to continue stay of proceedings

| 02/08/23 | K McCarthy | 0.50 |

| 02/08/23 | C M Morrison | 0.30 |

Finalize and file joint submission and confer with clerk regarding further continuance.

| 02/08/23 | J J Normile | 1.00 |

| 02/09/23 | K McCarthy | 1.50 |

| 02/09/23 | J J Normile | 1.50 |

| 02/10/23 | K McCarthy | 0.50 |

Attention to case pleadings and client correspondence.

| 02/10/23 | J J Normile | 0.30 |

Review of Judge Saylor's orders regarding the parties' stipulation to extend case management schedule.

| 02/13/23 | G J Larosa | 2.00 |

## JONES DAY

305158.610005

Page: 4
May 26, 2023
Invoice: 230903460

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/13/23 | K McCarthy | 0.80 |
| 02/15/23 | K McCarthy | 0.80 |
| 02/20/23 | K McCarthy | 0.30 |
| 02/20/23 | J J Normile | 0.30 |
| 02/21/23 | K McCarthy | 1.00 |
| 02/22/23 | K McCarthy | 0.50 |
| 02/28/23 | K McCarthy | 0.50 |
| | **Total** | **15.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

May 26, 2023

305158.610013
Invoice: 230903461

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 3,886.25 |
| Less 13% Discount | | (505.21) |
| Total Billed Fees | USD | 3,381.04 |
| **TOTAL** | **USD** | **3,381.04** |



# JONES DAY

305158.610013

Page: 2
May 26, 2023
Invoice: 230903461

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| J J Normile | 1.50 | 1,417.50 | 2,126.25 |
| **Associate** |  |  |  |
| K McCarthy | 2.00 | 880.00 | 1,760.00 |
| **Total** | **3.50** | **USD** | **3,886.25** |

**JONES DAY**

305158.610013

Page: 3
May 26, 2023
Invoice: 230903461

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/13/23 | K McCarthy | 1.50 |
| 02/13/23 | J J Normile | 1.50 |
| 02/14/23 | K McCarthy | 0.50 |
| | **Total** | **3.50** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

May 26, 2023

305158.610022
Invoice: 230903462

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 4,846.63 |
| Less 13% Discount | | (630.06) |
| Total Billed Fees | USD | 4,216.57 |
| Credit for January 2023 Invoice | USD | (7.07) |
| **TOTAL** | **USD** | **4,209.50** |



# JONES DAY

305158.610022

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 0.80 | 1,417.50 | 1,134.00 |
| J L Swize | 2.30 | 1,233.75 | 2,837.63 |
| Associate |  |  |  |
| J R Boule | 1.00 | 725.00 | 725.00 |
| Project Assistant |  |  |  |
| Q M Sargent | 0.40 | 375.00 | 150.00 |
| **Total** | **4.50** | **USD** | **4,846.63** |

# JONES DAY

305158.610022

Page: 3
May 26, 2023
Invoice: 230903462

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/07/23 | Q M Sargent | 0.40 |
| | Prepare and file response to notice to advise of scheduling conflicts for J. Swize. | |
| 02/08/23 | J R Boule | 1.00 |
| 02/08/23 | J L Swize | 0.40 |
| 02/09/23 | J L Swize | 0.40 |
| 02/14/23 | J L Swize | 0.80 |
| 02/15/23 | J J Normile | 0.80 |
| 02/15/23 | J L Swize | 0.70 |
| | **Total** | **4.50** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023

305158.610028
Invoice: 230903463

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 96,283.58 |
| Less 13% Discount | | (12,516.87) |
| Total Billed Fees | USD | 83,766.71 |
| Credit for January 2023 Invoice | USD | ( 5,331.27) |
| **TOTAL** | **USD** | **78,435.44** |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Invoice: 230903463

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 4.00 | 1,260.00 | 5,040.00 |
| J J Normile | 29.10 | 1,417.50 | 41,249.25 |
| J L Swize | 4.80 | 1,233.75 | 5,922.03 |
| **Associate** | | | |
| J R Boule | 12.40 | 725.00 | 8,990.00 |
| K McCarthy | 19.70 | 880.00 | 17,336.00 |
| A M Nicolais | 22.10 | 803.00 | 17,746.30 |
| **Total** | **92.10** | **USD** | **96,283.58** |

## JONES DAY

305158.610028

Page: 3
May 26, 2023
Invoice: 230903463

Accord Healthcare Inc.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 02/01/23 | K McCarthy | 2.50 |
| 02/01/23 | A M Nicolais | 1.00 |
| 02/02/23 | K McCarthy | 1.50 |
| 02/06/23 | G J Larosa | 0.50 |
| 02/06/23 | K McCarthy | 1.30 |
| 02/06/23 | A M Nicolais | 0.70 |
| 02/06/23 | J J Normile | 1.00 |
| 02/08/23 | K McCarthy | 1.00 |
| 02/08/23 | A M Nicolais | 0.50 |
| 02/08/23 | J J Normile | 1.00 |
| 02/09/23 | K McCarthy | 1.00 |
| 02/09/23 | A M Nicolais | 0.50 |



Updates to Collegium dockets/pleadings.

**JONES DAY**

305158.610028

Page: 4
May 26, 2023

Accord Healthcare Inc.

Invoice: 230903463



| 02/09/23 | J J Normile | 1.50 |
| 02/10/23 | K McCarthy | 0.50 |
| 02/10/23 | J J Normile | 0.80 |
| 02/13/23 | K McCarthy | 0.50 |
| | Attention to case files and correspondence regarding case pleadings and | |
| 02/13/23 | A M Nicolais | 0.90 |
| 02/13/23 | J J Normile | 3.00 |
| 02/14/23 | G J Larosa | 0.50 |
| 02/14/23 | K McCarthy | 1.20 |
| 02/14/23 | J J Normile | 1.00 |
| 02/15/23 | G J Larosa | 1.00 |
| 02/15/23 | K McCarthy | 1.00 |
| 02/15/23 | J J Normile | 1.00 |

# JONES DAY

305158.610028

Page: 5
May 26, 2023

Accord Healthcare Inc.

Invoice: 230903463



| | | |
|---|---|---|
| 02/16/23 | K McCarthy | 0.50 |
| 02/16/23 | A M Nicolais | 0.30 |
| | Edits/revisions to Purdue schedule and updating docketing re same. | |
| 02/16/23 | J J Normile | 1.20 |
| 02/17/23 | K McCarthy | 1.00 |
| 02/17/23 | J J Normile | 2.50 |
| 02/18/23 | J L Swize | 0.30 |
| 02/20/23 | J R Boule | 2.70 |
| 02/20/23 | K McCarthy | 1.20 |
| 02/20/23 | J J Normile | 2.00 |
| 02/20/23 | J L Swize | 1.00 |
| 02/21/23 | J R Boule | 6.00 |
| 02/21/23 | G J Larosa | 1.00 |
| 02/21/23 | K McCarthy | 1.00 |

# JONES DAY



| Date | Name | Hours |
|------|------|-------|
| 02/21/23 | A M Nicolais | 2.70 |
| 02/21/23 | J J Normile | 3.80 |
| 02/21/23 | J L Swize | 2.30 |
| 02/22/23 | A M Nicolais | 4.10 |
| 02/22/23 | J J Normile | 1.50 |
| 02/23/23 | J R Boule | 1.90 |
| 02/23/23 | K McCarthy | 3.00 |
| 02/23/23 | A M Nicolais | 4.00 |
| 02/23/23 | J J Normile | 3.00 |
| 02/23/23 | J L Swize | 0.70 |
| 02/24/23 | J R Boule | 1.80 |
| 02/24/23 | K McCarthy | 0.50 |
| 02/24/23 | A M Nicolais | 3.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Invoice: 230903463



| Date | Name | Hours |
|---|---|---|
| 02/24/23 | J J Normile | 0.80 |
| 02/24/23 | J L Swize | 0.30 |
| 02/26/23 | J J Normile | 2.00 |
| 02/27/23 | G J Larosa | 1.00 |
| 02/27/23 | A M Nicolais | 2.90 |
| 02/27/23 | J J Normile | 2.00 |
| 02/27/23 | J L Swize | 0.20 |
| 02/28/23 | K McCarthy | 2.00 |
| 02/28/23 | A M Nicolais | 1.50 |
| 02/28/23 | J J Normile | 1.00 |

**Total**                                          **92.10**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 26, 2023                                                             305158.999007
                                                                 Invoice: 230903464

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through February 28, 2023:

| | | |
|---|---|---|
| Retention Matters | USD | 17,650.50 |
| Less 13% Discount | | (2,294.57) |
| Total Billed Fees | USD | 15,355.93 |
| **TOTAL** | **USD** | **15,355.93** |



# JONES DAY

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| J J Normile | 1.50 | 1,417.50 | 2,126.25 |
| **Associate** |  |  |  |
| C Buck | 11.50 | 709.50 | 8,159.25 |
| K McCarthy | 4.50 | 880.00 | 3,960.00 |
| N P Yeary | 4.20 | 650.00 | 2,730.00 |
| **Paralegal** |  |  |  |
| C M Gugg | 1.50 | 450.00 | 675.00 |
| **Total** | **23.20** | **USD** | **17,650.50** |

**JONES DAY**

305158.999007                                                              Page: 3
                                                                          May 26, 2023
Retention Matters                                                   Invoice: 230903464


### Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 02/06/23 | C Buck | 3.30 |

Draft November and December Fee statements.

| 02/07/23 | C Buck | 2.00 |

Finalize November and December fee statements for filing (.60); redact invoices (.40); start work on Ninth Interim Fee Application (1.0).

| 02/07/23 | C M Gugg | 0.60 |

Review, redact and electronically file monthly fee statements (.40); and prepare electronic service of same (.20).

| 02/07/23 | N P Yeary | 2.70 |

Draft Purdue Tenth Interim Fee Application.

| 02/09/23 | K McCarthy | 0.50 |

Draft/revise Purdue 10th Interim Fee Application and communicate internally regarding same.

| 02/10/23 | C Buck | 0.40 |

Prepare 10th interim fee application.

| 02/10/23 | K McCarthy | 0.50 |

Draft/revise Purdue 10th Interim Fee Application and communicate internally regarding same.

| 02/13/23 | C Buck | 4.50 |

Further work on 10th Interim fee application.

| 02/13/23 | K McCarthy | 2.50 |

Draft/revise Purdue 10th Interim Fee Application and communicate internally regarding edits to same.

| 02/14/23 | C Buck | 1.00 |

Finalize 10th interim fee application for filing.

| 02/14/23 | C M Gugg | 0.90 |

Prepare exhibits to interim fee application (.70); and review and electronically file interim fee application (.20).

| 02/14/23 | K McCarthy | 0.50 |

Review draft Purdue 10th Interim Fee Application prior to filing.

| 02/14/23 | J J Normile | 1.50 |

Review and revise Jones Day Tenth Interim Fee Application and related teleconference with C. Buck.

| 02/14/23 | N P Yeary | 1.40 |

Draft interim fee application.

| 02/21/23 | N P Yeary | 0.10 |

Communicate with Buck concerning January fee statement.

| 02/22/23 | C Buck | 0.30 |

Review interim fee hearing notice.

| 02/22/23 | K McCarthy | 0.50 |

Review Purdue 10th Interim Fee Application and communicate internally regarding hearing on application.

# JONES DAY

305158.999007

Retention Matters

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | **Total** | **23.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023

305158.000003
Invoice: 230903775

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| ███████████████████ | USD | 525.00 |
| Less 13% Discount | | (68.25) |
| Total Billed Fees | USD | 456.75 |
| **TOTAL** | **USD** | **456.75** |

# JONES DAY

305158.000003

Page: 2
May 30, 2023
Invoice: 230903775

Article 76 Patent Linkage Litigation

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| A C Chen | 0.50 | 1,050.00 | 525.00 |
| **Total** | **0.50** | **USD** | **525.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023

305158.610005
Invoice: 230903776

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 40,502.75 |
| Less 13% Discount | | (5,265.36) |
| Total Billed Fees | USD | 35,237.39 |
| **TOTAL** | **USD** | **35,237.39** |



# JONES DAY

305158.610005

May 30, 2023

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 230903776

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 8.50 | 1,260.00 | 10,710.00 |
| J J Normile | 18.10 | 1,417.50 | 25,656.75 |
| Associate |  |  |  |
| K McCarthy | 4.70 | 880.00 | 4,136.00 |
| **Total** | **31.30** | **USD** | **40,502.75** |

# JONES DAY

305158.610005

Page: 3
May 30, 2023
Invoice: 230903776

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/03/23 | K McCarthy | 0.50 |
| 03/07/23 | K McCarthy | 0.50 |
| 03/09/23 | J J Normile | 1.50 |
| 03/10/23 | J J Normile | 1.50 |
| 03/13/23 | G J Larosa | 2.00 |
| 03/13/23 | J J Normile | 2.00 |
| 03/14/23 | J J Normile | 1.00 |
| 03/15/23 | G J Larosa | 1.00 |
| 03/15/23 | J J Normile | 2.60 |
| 03/16/23 | G J Larosa | 0.50 |
| 03/16/23 | K McCarthy | 0.50 |
| 03/17/23 | G J Larosa | 0.50 |
| 03/17/23 | K McCarthy | 0.30 |

**JONES DAY**



| Date | Name | Hours |
|---|---|---|
| 03/17/23 | J J Normile | 1.00 |
| 03/19/23 | J J Normile | 0.30 |
| 03/20/23 | G J Larosa | 2.00 |
| 03/20/23 | J J Normile | 1.60 |
| 03/21/23 | K McCarthy | 0.50 |

Confer with subpoena counsel and opposing counsel regarding stipulation regarding protective order and

| 03/22/23 | J J Normile | 1.50 |
| 03/23/23 | G J Larosa | 0.50 |
| 03/23/23 | J J Normile | 1.00 |
| 03/24/23 | G J Larosa | 0.50 |
| 03/24/23 | J J Normile | 1.00 |
| 03/27/23 | G J Larosa | 1.00 |
| 03/27/23 | K McCarthy | 1.70 |
| 03/27/23 | J J Normile | 1.30 |

# JONES DAY

305158.610005

Page: 5
May 30, 2023
Invoice: 230903776

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| | | |
|---|---|---|
| 03/28/23 | K McCarthy | 0.50 |
| 03/28/23 | J J Normile | 1.00 |

and review of various correspondence from J. Holdreith regarding continued stay of current proceedings.

| | | |
|---|---|---|
| 03/29/23 | G J Larosa | 0.50 |
| 03/29/23 | J J Normile | 0.80 |
| 03/31/23 | K McCarthy | 0.20 |

Attention to case correspondence.

| | |
|---|---|
| **Total** | **31.30** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023

305158.610013
Invoice: 230903777

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 176.00 |
| Less 13% Discount | | (22.88) |
| Total Billed Fees | USD | 153.12 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,653.12** |



# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| **Associate** | | | |
| K McCarthy | 0.20 | 880.00 | 176.00 |
| **Total** | **0.20** | **USD** | **176.00** |

**JONES DAY**

305158.610013                                                                                           Page: 3
                                                                                                   May 30, 2023
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice: 230903777

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/01/23 | K McCarthy | 0.20 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| **Total** | | **0.20** |

## JONES DAY

305158.610013

Page: 4
May 30, 2023
Invoice: 230903777

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 03/09/23 | J J Normile | NYC | 1,500.00 | |
| | | | | |
| **Hosting Charges Subtotal** | | | | **1,500.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023

305158.610022
Invoice: 230903778

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 2,211.88 |
| Less 13% Discount | | (287.54) |
| Total Billed Fees | USD | 1,924.34 |
| **TOTAL** | **USD** | **1,924.34** |



# JONES DAY

305158.610022

Page: 2
May 30, 2023
Invoice: 230903778

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J L Swize | 0.50 | 1,233.75 | 616.88 |
| Associate | | | |
| J R Boule | 2.20 | 725.00 | 1,595.00 |
| **Total** | **2.70** | **USD** | **2,211.88** |

# JONES DAY

305158.610022

Page: 3
May 30, 2023
Invoice: 230903778

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/06/23 | J R Boule | 1.60 |
| 03/07/23 | J R Boule | 0.50 |
| 03/07/23 | J L Swize | 0.50 |
| 03/10/23 | J R Boule | 0.10 |
| | **Total** | **2.70** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023

305158.610028
Invoice: 230903779

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 55,847.83 |
| Less 13% Discount | | (7,260.22) |
| Total Billed Fees | USD | 48,587.61 |
| **TOTAL** | **USD** | **48,587.61** |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2
May 30, 2023
Invoice: 230903779

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 2.00 | 1,260.00 | 2,520.00 |
| J J Normile | 21.40 | 1,417.50 | 30,334.50 |
| J L Swize | 3.10 | 1,233.75 | 3,824.63 |
| Associate |  |  |  |
| J R Boule | 5.40 | 725.00 | 3,915.00 |
| K McCarthy | 8.30 | 880.00 | 7,304.00 |
| A M Nicolais | 9.90 | 803.00 | 7,949.70 |
| **Total** | **50.10** | **USD** | **55,847.83** |

# JONES DAY

305158.610028

Page: 3
May 30, 2023
Invoice: 230903779

Accord Healthcare Inc.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/02/23 | K McCarthy | 0.50 |
| 03/02/23 | A M Nicolais | 1.50 |
| 03/03/23 | K McCarthy | 0.50 |
| 03/03/23 | J J Normile | 1.00 |
| 03/06/23 | J R Boule | 4.10 |
| 03/06/23 | G J Larosa | 1.00 |
| 03/06/23 | K McCarthy | 1.30 |
| 03/06/23 | A M Nicolais | 2.20 |
| 03/06/23 | J J Normile | 4.10 |
| 03/06/23 | J L Swize | 2.30 |
| 03/07/23 | J R Boule | 0.10 |



Review [redacted] related opposing counsel correspondence, [redacted]

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 03/07/23 | J J Normile | 2.00 |
| 03/08/23 | G J Larosa | 1.00 |
| 03/08/23 | K McCarthy | 2.00 |
| 03/08/23 | J J Normile | 1.30 |
| 03/08/23 | J L Swize | 0.20 |
| 03/09/23 | J J Normile | 0.80 |
| 03/10/23 | J R Boule | 1.20 |
| 03/10/23 | J J Normile | 0.80 |
| 03/10/23 | J L Swize | 0.60 |
| 03/13/23 | K McCarthy | 0.80 |
| 03/13/23 | A M Nicolais | 0.90 |
| 03/13/23 | J J Normile | 1.60 |
| 03/14/23 | A M Nicolais | 0.40 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 03/15/23 | K McCarthy | 1.50 |
| 03/15/23 | A M Nicolais | 1.30 |
| 03/15/23 | J J Normile | 0.80 |
| 03/17/23 | K McCarthy | 1.00 |
| 03/19/23 | J J Normile | 0.30 |
| 03/20/23 | A M Nicolais | 0.80 |
| 03/20/23 | J J Normile | 2.60 |
| 03/23/23 | J J Normile | 1.50 |
| 03/24/23 | J J Normile | 1.30 |
| 03/27/23 | A M Nicolais | 1.50 |
| 03/27/23 | J J Normile | 3.30 |
| 03/28/23 | A M Nicolais | 0.80 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| | | | |
|---|---|---|---|
| 03/30/23 | K McCarthy | | 0.50 |



| | | | |
|---|---|---|---|
| 03/30/23 | A M Nicolais | | 0.50 |

| | | | |
|---|---|---|---|
| 03/31/23 | K McCarthy | | 0.20 |
| | Attention to case correspondence. | | |

|  |  |
|---|---|
| **Total** | **50.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

May 30, 2023

305158.999007
Invoice: 230903780

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through March 31, 2023:

| | | |
|---|---|---|
| Retention Matters | USD | 20,932.60 |
| Less 13% Discount | | (2,721.24) |
| Total Billed Fees | USD | 18,211.36 |
| **TOTAL** | **USD** | **18,211.36** |



# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 6.90 | 1,417.50 | 9,780.75 |
| Associate |  |  |  |
| C Buck | 0.30 | 709.50 | 212.85 |
| K McCarthy | 6.30 | 880.00 | 5,544.00 |
| N P Yeary | 8.30 | 650.00 | 5,395.00 |
| **Total** | **21.80** | **USD** | **20,932.60** |

# JONES DAY

305158.999007                                                                Page: 3
                                                                         May 30, 2023
Retention Matters                                                    Invoice: 230903780

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/02/23 | J J Normile | 1.00 |

Review and revise February 2023 invoices.

| 03/09/23 | J J Normile | 0.80 |

Review and revise February Jones Day invoices.

| 03/09/23 | N P Yeary | 0.30 |

Prepare monthly fee statement covering services rendered in January (0.2); call with C. Buck to discuss same (0.1).

| 03/13/23 | J J Normile | 1.50 |

████████████████████████████████████

| 03/14/23 | J J Normile | 1.00 |

████████████████████

| 03/15/23 | K McCarthy | 1.50 |

██████████████████████████

| 03/15/23 | J J Normile | 0.80 |

████████████████████

| 03/16/23 | K McCarthy | 0.50 |

██████████████████████████

| 03/16/23 | J J Normile | 0.30 |

██████████████████████████

| 03/16/23 | N P Yeary | 0.30 |

Communicate with Buck regarding fee examiner report.

| 03/17/23 | C Buck | 0.30 |

Revise letter to examiner.

| 03/17/23 | K McCarthy | 1.50 |

████████████████████████

| 03/17/23 | J J Normile | 0.50 |

███████████████████████████

| 03/17/23 | N P Yeary | 1.90 |

Review fee examiner letter (0.3); call with Buck and Normile regarding same (0.1); prepare for interim fee hearing (0.2); draft response to fee examiner letter (0.7); prepare a fee statement covering January services (0.5); communicate with Buck regarding January fee statement and response to fee examiner (0.1).

| 03/18/23 | N P Yeary | 0.30 |

Correspond with J. Normile and C. Buck regarding letter to the fee examiner

| 03/20/23 | J J Normile | 1.00 |

████████████████████████████

# JONES DAY

305158.999007                                                                    Page: 4
                                                                           May 30, 2023
Retention Matters                                                    Invoice: 230903780

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 03/20/23 | N P Yeary | 0.90 |

Revise letter to fee examiner concerning interim fee application (0.3); confer with J. Normile regarding same (0.1); correspond with J. Normile and C. Buck concerning same (0.2); correspond with K. McCarthy, A. Payne, and C. Buck concerning interim fee hearing logistics (0.2); communicate with C. Buck concerning hearing prep (0.1).

| | | |
|---|---|---|
| 03/21/23 | K McCarthy | 0.50 |

███████████████████████████████████████

| | | |
|---|---|---|
| 03/21/23 | K McCarthy | 0.80 |

Prepare for and attend omnibus hearing regarding interim fee application (0.5); confer internally regarding issues related to hearing and application (0.3).

| | | |
|---|---|---|
| 03/21/23 | N P Yeary | 2.80 |

Prepare for and attend interim fee application hearing (0.6); review proposed form of order covering interim fees and related communications with C. Buck, J. Normile, Schwartz (0.2); draft monthly fee application (2.0).

| | | |
|---|---|---|
| 03/22/23 | N P Yeary | 1.40 |

Prepare a fee statement covering services rendered in January 2023 (1.0); revise same (0.4).

| | | |
|---|---|---|
| 03/24/23 | K McCarthy | 0.50 |

███████████████████████████████████████

| | | |
|---|---|---|
| 03/27/23 | K McCarthy | 1.00 |

████████████████████████

| | | |
|---|---|---|
| 03/31/23 | N P Yeary | 0.40 |

Communicate with C. Buck and C. Gugg regarding monthly fee statement.

|  | **Total** | **21.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                                 305158.000003
                                                                             Invoice: 230904354

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| ███████████████████ | USD | 1,900.00 |
| Less 13% Discount | | (247.00) |
| Total Billed Fees | USD | 1,653.00 |
| **TOTAL** | **USD** | **1,653.00** |





**JONES DAY**

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                              305158.610005
                                                    Invoice: 230904355

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 13,450.25 |
| Less 13% Discount | | (1,748.53) |
| Total Billed Fees | USD | 11,701.72 |
| **TOTAL** | **USD** | **11,701.72** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 230904355

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 1.50 | 1,260.00 | 1,890.00 |
| J J Normile | 7.10 | 1,417.50 | 10,064.25 |
| Associate | | | |
| K McCarthy | 1.70 | 880.00 | 1,496.00 |
| **Total** | **10.30** | **USD** | **13,450.25** |

# JONES DAY

305158.610005

Page: 3
June 12, 2023
Invoice: 230904355

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/03/23 | G J Larosa | 1.00 |
| 04/04/23 | J J Normile | 1.80 |

review of correspondence from J. Holdreith regarding status of proceedings and upcoming case management conference (.50).

| 04/05/23 | J J Normile | 1.00 |
| 04/06/23 | J J Normile | 0.50 |

Various correspondence back and forth with J. Holdreith regarding the status of proceedings.

| 04/07/23 | G J Larosa | 0.50 |
| 04/07/23 | J J Normile | 1.00 |
| 04/10/23 | K McCarthy | 0.80 |
| 04/11/23 | J J Normile | 1.00 |

Prepare for and participate in teleconference with J. Holdreith regarding status of case and extension of the Case Management Order

| 04/12/23 | J J Normile | 0.50 |
| 04/24/23 | K McCarthy | 0.90 |
| 04/24/23 | J J Normile | 0.80 |
| 04/26/23 | J J Normile | 0.20 |

Review of various correspondence with J. Holdreith regarding modification of Case Management Order.

| 04/28/23 | J J Normile | 0.30 |

Various correspondence to and from J. Holdreith regarding modification of the Case Management Order.

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 4
June 12, 2023
Invoice: 230904355

|        |       |
|--------|-------|
|        | _____ |
| **Total** | **10.30** |

**JONES DAY**

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023

305158.610013
Invoice: 230904356

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

**JONES DAY**

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.



**JONES DAY**

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                           305158.610022
                                                                  Invoice: 230904357

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 1,368.00 |
| Less 13% Discount | | (177.84) |
| Total Billed Fees | USD | 1,190.16 |
| **TOTAL** | **USD** | **1,190.16** |

**JONES DAY**

305158.610022

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 0.50 | 1,417.50 | 708.75 |
| J L Swize | 0.20 | 1,233.75 | 246.75 |
| Project Assistant |  |  |  |
| Q M Sargent | 1.10 | 375.00 | 412.50 |
| **Total** | **1.80** | **USD** | **1,368.00** |

**JONES DAY**

305158.610022

Page: 3
June 12, 2023

Collegium 961 PGR

Invoice: 230904357

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/06/23 | J J Normile | 0.50 |



| 04/06/23 | Q M Sargent | 1.10 |

Prepare and file Response to Notice of Advise of Scheduling order under instruction of J. Swize.

| 04/06/23 | J L Swize | 0.20 |

| | **Total** | **1.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                      305158.610028
                                                         Invoice: 230904358

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 313,146.41 |
| Less 13% Discount | | (40,709.03) |
| Total Billed Fees | USD | 272,437.38 |

## Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 15,704.00 | | |
| | | USD | 15,704.00 |
| **TOTAL** | | **USD** | **288,141.38** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Invoice: 230904358

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 14.00 | 1,260.00 | 17,640.00 |
| J J Normile | 80.60 | 1,417.50 | 114,250.50 |
| J L Swize | 28.00 | 1,233.75 | 34,545.11 |
| Associate |  |  |  |
| J R Boule | 6.70 | 725.00 | 4,857.50 |
| K McCarthy | 76.60 | 880.00 | 67,408.00 |
| A M Nicolais | 92.60 | 803.00 | 74,357.80 |
| Librarian |  |  |  |
| P M Sullivan | 0.50 | 175.00 | 87.50 |
| **Total** | **299.00** | **USD** | **313,146.41** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/03/23 | K McCarthy | 1.50 |
| 04/03/23 | A M Nicolais | 1.70 |
| 04/03/23 | J J Normile | 1.60 |
| 04/04/23 | K McCarthy | 1.00 |
| 04/05/23 | J J Normile | 1.50 |
| 04/06/23 | K McCarthy | 0.80 |
| 04/06/23 | A M Nicolais | 0.50 |
| 04/06/23 | J J Normile | 1.00 |
| 04/10/23 | K McCarthy | 1.70 |
| 04/10/23 | A M Nicolais | 1.60 |
| 04/10/23 | J J Normile | 1.60 |
| 04/11/23 | J R Boule | 0.30 |



Review district court opinion.

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
June 12, 2023
Invoice: 230904358



| Date | Timekeeper | Hours |
|---|---|---|
| 04/11/23 | G J Larosa | 3.00 |
| | Review Opinions | |
| 04/11/23 | K McCarthy | 2.00 |
| 04/11/23 | A M Nicolais | 8.70 |
| 04/11/23 | J J Normile | 2.50 |
| | Review of Judge Andrews' trial opinion | |
| 04/11/23 | J L Swize | 2.10 |
| | Review decision on asserted patents | |
| 04/12/23 | J R Boule | 1.50 |
| 04/12/23 | G J Larosa | 2.00 |
| 04/12/23 | K McCarthy | 4.00 |
| 04/12/23 | A M Nicolais | 8.50 |
| | Reviewing Trial Opinion | |
| 04/12/23 | J J Normile | 7.30 |
| 04/12/23 | P M Sullivan | 0.50 |

## JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Timekeeper | Hours |
|---|---|---|
| 04/12/23 | J L Swize | 4.10 |
| 04/13/23 | J R Boule | 1.20 |
| 04/13/23 | K McCarthy | 6.00 |
| 04/13/23 | A M Nicolais | 4.20 |
| 04/13/23 | J J Normile | 7.00 |
| 04/13/23 | J L Swize | 2.70 |
| 04/14/23 | J R Boule | 1.70 |
| 04/14/23 | G J Larosa | 1.00 |
| 04/14/23 | K McCarthy | 6.00 |
| 04/14/23 | A M Nicolais | 5.50 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/14/23 | J J Normile | 8.10 |
| 04/14/23 | J L Swize | 1.50 |
| 04/15/23 | J R Boule | 2.00 |
| 04/15/23 | K McCarthy | 5.00 |
| 04/15/23 | A M Nicolais | 1.30 |
| 04/15/23 | J J Normile | 5.90 |
| 04/15/23 | J L Swize | 2.60 |
| 04/16/23 | K McCarthy | 4.50 |
| 04/16/23 | A M Nicolais | 5.60 |

# JONES DAY



| 04/16/23 | J J Normile | 6.00 |
| 04/16/23 | J L Swize | 2.90 |
| 04/17/23 | G J Larosa | 2.00 |
| 04/17/23 | K McCarthy | 5.70 |
| 04/17/23 | A M Nicolais | 9.10 |
| 04/17/23 | J J Normile | 4.10 |
| 04/17/23 | J L Swize | 2.70 |
| 04/18/23 | K McCarthy | 5.50 |
| 04/18/23 | A M Nicolais | 7.70 |

**JONES DAY**



| | | |
|---|---|---|
| 04/18/23 | J J Normile | 5.80 |
| 04/18/23 | J L Swize | 2.00 |
| 04/19/23 | G J Larosa | 2.00 |
| 04/19/23 | K McCarthy | 0.50 |
| 04/19/23 | A M Nicolais | 5.40 |
| 04/19/23 | J J Normile | 4.50 |
| 04/19/23 | J L Swize | 0.70 |
| 04/20/23 | K McCarthy | 0.50 |
| 04/20/23 | A M Nicolais | 3.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 9
June 12, 2023
Invoice: 230904358



| 04/20/23 | J J Normile | 4.30 |
| 04/20/23 | J L Swize | 1.90 |
| 04/21/23 | K McCarthy | 5.80 |
| 04/21/23 | A M Nicolais | 6.00 |
| 04/21/23 | J J Normile | 5.00 |
| 04/21/23 | J L Swize | 0.90 |
| 04/22/23 | J J Normile | 1.00 |
| 04/24/23 | G J Larosa | 2.00 |
| 04/24/23 | K McCarthy | 2.60 |
| 04/24/23 | A M Nicolais | 2.30 |
| 04/24/23 | J J Normile | 2.60 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 04/24/23 | J L Swize | 0.20 |
| 04/25/23 | G J Larosa | 2.00 |
| 04/25/23 | K McCarthy | 5.00 |
| 04/25/23 | A M Nicolais | 7.50 |
| 04/25/23 | J J Normile | 2.50 |
| 04/25/23 | J L Swize | 1.60 |
| 04/26/23 | K McCarthy | 3.50 |
| 04/26/23 | A M Nicolais | 4.00 |
| 04/26/23 | J J Normile | 5.30 |
| 04/26/23 | J L Swize | 1.50 |
| 04/27/23 | K McCarthy | 7.00 |
| 04/27/23 | A M Nicolais | 5.60 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|---|---|---|
| 04/27/23 | J J Normile | 3.00 |
| 04/27/23 | J L Swize | 0.60 |
| 04/28/23 | K McCarthy | 8.00 |
| 04/28/23 | A M Nicolais | 4.40 |
| | **Total** | **299.00** |

# JONES DAY

305158.610028                                                                 Page: 12
                                                                         June 12, 2023
Accord Healthcare Inc.                                              Invoice: 230904358


Disbursement Detail


| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 04/12/23 | J J Normile | NYC | 5,850.00 | |
| | Vendor: Bates White, LLC; Invoice#: 29186; Date: 4/5/2023 for professional services rendered - February 2023. | | | |
| 04/30/23 | J J Normile | NYC | 9,854.00 | |
| | Vendor: Bates White, LLC; Invoice#: 29348; Date: 4/26/2023 (through March 31, 2023) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **15,704.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **15,704.00** |

**JONES DAY**

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 12, 2023                                                     305158.999007
                                                                 Invoice: 230904359

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through April 30, 2023:

| | | |
|---|---|---|
| Retention Matters | USD | 5,977.75 |
| Less 13% Discount | | (777.11) |
| Total Billed Fees | USD | 5,200.64 |
| **TOTAL** | **USD** | **5,200.64** |

# JONES DAY

305158.999007

Retention Matters

Page: 2
June 12, 2023
Invoice: 230904359

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 3.30 | 1,417.50 | 4,677.75 |
| Associate | | | |
| K McCarthy | 1.00 | 880.00 | 880.00 |
| N P Yeary | 0.30 | 650.00 | 195.00 |
| Paralegal | | | |
| C M Gugg | 0.50 | 450.00 | 225.00 |
| **Total** | **5.10** | **USD** | **5,977.75** |

# JONES DAY

305158.999007

Retention Matters

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 04/03/23 | K McCarthy | 1.00 |
| 04/03/23 | J J Normile | 1.00 |
| 04/04/23 | C M Gugg | 0.50 |
| | Review draft of monthly fee statement (0.30); e-file same (0.10); and prepare service (0.10). | |
| 04/04/23 | J J Normile | 1.50 |
| 04/04/23 | N P Yeary | 0.30 |
| | Finalize fee statement, communicate with C. Gugg regarding filing and service. | |
| 04/10/23 | J J Normile | 0.80 |
| | Prepare for and participate in videoconference with I. Giselle regarding 2023 billing rates and review of background materials regarding same. | |
| | **Total** | **5.10** |