DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF INCREASE OF
ORDINARY COURSE PROFESSIONAL CAPS**

**PLEASE TAKE NOTICE** that on November 26, 2019, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered the *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* (ECF No. 548) (the "**Order**")[2] authorizing the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") to establish certain procedures to retain and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Order.

compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(vi) of the Order, the OCP Caps and Case Caps may be increased by agreement between the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (collectively, the "**Reviewing Parties**") and the Debtors; *provided* that the Debtors are required to file a notice with the Court of any such agreed increase.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to Stikeman Elliott, LLP has been increased to $3,330,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to McGuire Woods LLP has been increased to $6,665,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to Sidley Austin LLP has been increased to $3,975,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to Wiggin and Dana LLP has been increased to $3,310,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 2 Case Cap with respect to Dentons US LLP has been increased to $2,560,150 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to Potomac Law Group, PLLC has been increased to $2,115,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 2 Case Cap with respect to Brownstein Hyatt Farber Schreck LLP has been increased to $1,050,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 2 Case Cap with respect to Lowenstein Sandler LLP has been increased to $1,035,000 pursuant to paragraph 2(vi) of the Order.

Dated: June 14, 2023
       New York, New York

                                    DAVIS POLK & WARDWELL LLP

                                    By: *Eli J. Vonnegut*

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Telephone: (212) 450-4000
                                    Facsimile:  (212) 701-5800
                                    Marshall S. Huebner
                                    Benjamin S. Kaminetzky
                                    Eli J. Vonnegut
                                    Christopher S. Robertson

                                    *Counsel to the Debtors*
                                    *and Debtors in Possession*