AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner
Edan Lisovicz
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FORTY-THIRD MONTHLY FEE STATEMENT OF AKIN GUMP
STRAUSS HAUER & FELD LLP FOR PROFESSIONAL SERVICES
RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF APRIL 1, 2023 THROUGH APRIL 30, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | September 26, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | April 1, 2023 Through April 30, 2023 |
| Fees Incurred: | $291,316.00 |
| 20% Holdback: | $58,263.20 |
| Total Compensation Less 20% Holdback: | $233,052.80 |
| Monthly Expenses Incurred: | $18,774.87 |
| Total Fees and Expenses Requested: | $310,090.87 |

This is a __x__ monthly _____ interim _____ final application

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Forty-Third Monthly Fee Statement") covering the period from April 1, 2023 through and including April 30, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327*, dated April 8, 2020 [ECF No. 1023].  By the Forty-Third Monthly Fee Statement, and after taking into

account certain voluntary discounts and reductions,[2] Akin Gump requests (a) interim allowance and payment of compensation in the amount of $233,052.80 (80% of $291,316.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Akin Gump and (b) reimbursement of actual and necessary costs and expenses in the amount of $18,774.87 incurred by Akin Gump during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin Gump professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Akin Gump for services rendered to the Committee are the same rates that Akin Gump charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin Gump professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Akin Gump professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] The total amount sought for fees and expenses ($310,090.87) reflects (i) a voluntary reduction of $36,835.50 in fees, including all fees incurred by professionals and paraprofessionals who provided fewer than five (5) hours of services during the Compensation Period, as well as other voluntary reductions, and (ii) a reduction of $17.52 in expenses incurred during the Compensation Period, reflecting a reduction required pursuant to the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 [General Order M-447]. Such fees and expenses are excluded from the exhibits and the summary tables included herein, and Akin Gump will not seek allowance of such fees and expenses in its interim or final fee applications. For the avoidance of doubt, the foregoing fee reductions are purely voluntary and not based on any determination that such fees are not appropriate or compensable.

3

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Forty-Third Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj. gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Forty-Third Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on June 28, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

4

If no objections to this Forty-Third Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Forty-Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
June 14, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Arik Preis*
    Ira Dizengoff
    Arik Preis
    Mitchell Hurley
    Sara L. Brauner
    Edan Lisovicz
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    idizengoff@akingump.com
    apreis@akingump.com
    mhurley@akingump.com
    sbrauner@akingump.com
    elisovicz@akingump.com

    *Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

## <u>EXHIBIT A</u>

### Timekeeper Summary

| Partners | Department | Office | Year of Admission | Rate | Hours | Amount ($) |
|---|---|---|---|---|---|---|
| Ashley Vinson Crawford | Litigation | SF | 2003 | $1,440.00 | 5.4 | $7,776.00 |
| Mitchell Hurley | Litigation | NY | 1997 | $1,995.00 | 17.2 | $34,314.00 |
| Eli Miller | Corporate | NY | 2009 | $1,440.00 | 8.8 | $12,672.00 |
| Arik Preis | Financial Restructuring | NY | 2001 | $1,995.00 | 37.6 | $75,012.00 |
| David Vondle | Intellectual Property | DC | 2002 | $1,440.00 | 20.2 | $29,088.00 |
| **Partner Total:** | | | | | **89.2** | **$158,862.00** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,250.00 | 49.2 | $61,500.00 |
| James Salwen | Financial Restructuring | NY | 2017 | $1,320.00 | 12.6 | $16,632.00 |
| Dennis Windscheffel | Litigation | SA | 2004 | $1,245.00 | 14.0 | $17,430.00 |
| **Senior Counsel & Counsel Total:** | | | | | **75.8** | **$95,562.00** |
| **Associates** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Kaila Zaharis | Financial Restructuring | NY | 2022 | $875.00 | 28.2 | $24,675.00 |
| **Associate Total:** | | | | | **28.2** | **$24,675.00** |
| **Paraprofessionals & Practice Attorneys** | **Department** | **Office** | **Year of Admission** | **Rate** | **Hours** | **Amount ($)** |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $510.00 | 11.9 | $6,069.00 |
| Melody Young | Practice Attorney, Litigation | NY | 2003 | $530.00 | 11.6 | $6,148.00 |
| **Paraprofessional & Practice Attorney Total:** | | | | | **23.5** | **$12,217.00** |
| **Total Hours / Fees Requested:** | | | | | **216.7** | **$291,316.00** |

**EXHIBIT B**

**Task Code Summary**

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | Case Administration | 3.0 | $1,530.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 14.7 | $17,887.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 38.8 | $52,999.50 |
| 8 | Hearings and Court Matters/Court Preparation | 13.1 | $17,624.50 |
| 14 | Insurance Issues | 22.2 | $31,014.00 |
| 19 | Labor Issues/Employee Benefits | 16.5 | $15,923.50 |
| 20 | Interaction with/Review of Other Opioid Companies and Cases | 26.4 | $25,131.50 |
| 22 | Disclosure Statement/ Solicitation/ Plan/ Confirmation | 17.6 | $32,142.00 |
| 23 | Asset Dispositions/363 Asset Sales/ Bidding Procedures | 39.9 | $60,441.00 |
| 31 | Business Operations | 0.8 | $1,596.00 |
| 32 | Intellectual Property | 23.7 | $35,026.50 |
| **TOTAL:** | | **216.7** | **$291,316.00** |

## EXHIBIT C

**Itemized Fees**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



| | |
|---|---|
| PURDUE CREDITORS COMMITTEE | |
| PURDUE PHARMA L.P. | |
| ONE STAMFORD FORUM | |
| 201 TRESSER BOULEVARD | |
| STAMFORD, CT  06901 | |
| ATTN: JOHN  LOWNE | |

| | |
|---|---|
| Invoice Number | 2044951 |
| Invoice Date | 06/09/23 |
| Client Number | 101476 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 3.00 | $1,530.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 14.70 | $17,887.50 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 38.80 | $52,999.50 |
| 0008 | Hearings and Court Matters/Court Preparation | 13.10 | $17,624.50 |
| 0014 | Insurance Issues | 22.20 | $31,014.00 |
| 0019 | Labor Issues/Employee Benefits | 16.50 | $15,923.50 |
| 0020 | Interaction with/Review of Other Opioid Companies and Cases | 26.40 | $25,131.50 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 17.60 | $32,142.00 |
| 0023 | Asset Dispositions/363 Asset Sales/Bidding Procedures | 39.90 | $60,441.00 |
| 0031 | Business Operations | 0.80 | $1,596.00 |
| 0032 | Intellectual Property | 23.70 | $35,026.50 |
| | TOTAL | 216.70 | $291,316.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 04/01/23 | A  PREIS | 0031 | Review correspondence and related materials re operational issues. | 0.80 | $1,596.00 |
| 04/01/23 | B K  BARKER | 0008 | Review and revise summary re bench ruling (.3); review case law cited in same (.4). | 0.70 | $875.00 |
| 04/02/23 | A  PREIS | 0019 | Call with Debtors' general counsel re Debtors' employee retention matter. | 0.30 | $598.50 |
| 04/03/23 | D J  WINDSCHEFFEL | 0014 | Analyze considerations re discovery in insurance adversary proceeding. | 0.30 | $373.50 |
| 04/03/23 | J  SALWEN | 0022 | Draft status letter to Second Circuit re confirmation appeals (.7); correspondence with S. Brauner re same (.2). | 0.90 | $1,188.00 |
| 04/03/23 | B K  BARKER | 0020 | Review opioid litigation related articles and filings. | 0.50 | $625.00 |
| 04/04/23 | M P  HURLEY | 0007 | Attend UCC call with Debtors' counsel re open case matters. | 1.20 | $2,394.00 |
| 04/04/23 | M P  HURLEY | 0022 | Review and comment on letter to Second Circuit re confirmation appeals (.9); correspond with S. Brauner and J. Salwen re same (.3). | 1.20 | $2,394.00 |
| 04/04/23 | M P  HURLEY | 0014 | Review insurance information and productions (.8); analyze issues re same (.3). | 1.10 | $2,194.50 |
| 04/04/23 | D J  WINDSCHEFFEL | 0014 | Review draft discovery correspondence in insurance adversary proceeding. | 0.30 | $373.50 |
| 04/04/23 | D K  KRASA | 0002 | Review case dockets and filings thereon (.2); organize docket filings for attorney review (.2); prepare and circulate docket update to team re same (.2). | 0.60 | $306.00 |
| 04/04/23 | E N  MILLER | 0007 | Attend UCC call re open case issues and strategy (partial). | 0.80 | $1,152.00 |
| 04/04/23 | A  PREIS | 0007 | Call with UCC and Debtors' counsel re open case considerations (1.2); call (.4) and correspondence (.2) with Debtors' counsel in prep for same; correspondence with UCC re same (.4). | 2.20 | $4,389.00 |
| 04/04/23 | J  SALWEN | 0007 | Attend UCC call with Debtors' counsel re case developments (1.2); review materials in connection with same (.4). | 1.60 | $2,112.00 |
| 04/04/23 | J  SALWEN | 0022 | Draft sections of (.3) and revise (.6) status letter to Second Circuit re confirmation appeals; correspondence with S. Brauner and M. Hurley re same (.2); confer with S. Brauner re same (.1). | 1.20 | $1,584.00 |
| 04/04/23 | B K  BARKER | 0007 | Review UCC correspondence re | 1.90 | $2,375.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | open case matters (.2); attend UCC call re same (1.2); calls with claimants re case updates (.5). | | |
| 04/04/23 | K M ZAHARIS | 0007 | Review letters from incarcerated claimants re claim inquiries (.4); update claimant tracker re same (.2); prepare responses to same (1.2) | 1.80 | $1,575.00 |
| 04/05/23 | D K KRASA | 0002 | Review case dockets and pleadings(.2); prepare and circulate docket update to team re same (.3). | 0.50 | $255.00 |
| 04/05/23 | M YOUNG | 0019 | Obtain materials re employee retention matters (1.2); review same (2.2); prepare summary re same (1.6). | 5.00 | $2,650.00 |
| 04/05/23 | B K BARKER | 0008 | Review prior hearing transcripts (.3); correspondence with D. Krasa re same (.2). | 0.50 | $625.00 |
| 04/05/23 | B K BARKER | 0023 | Review Avrio bid procedures motion (.6); correspond with K. Zaharis re same (.3). | 0.90 | $1,125.00 |
| 04/05/23 | B K BARKER | 0003 | Review invoice re U.S. Trustee guidelines compliance. | 0.90 | $1,125.00 |
| 04/05/23 | K M ZAHARIS | 0023 | Review Debtors' motion for asset sale and related documents (1.8); prepare summary of same for Committee (1.6); correspond with B. Barker re same (.3). | 3.70 | $3,237.50 |
| 04/06/23 | M P HURLEY | 0022 | Review revisions to letter to Second Circuit re confirmation appeals (.5); comment on same (.6). | 1.10 | $2,194.50 |
| 04/06/23 | A V CRAWFORD | 0014 | Call with D. Windscheffel re insurance issues. | 0.20 | $288.00 |
| 04/06/23 | D J WINDSCHEFFEL | 0014 | Call with A. Crawford re open insurance matters (.2); review correspondence re discovery in insurance adversary proceeding (.1). | 0.30 | $373.50 |
| 04/06/23 | D K KRASA | 0008 | Review and organize hearing transcripts for attorney review (.3); correspondence with B. Barker re same (.2). | 0.50 | $255.00 |
| 04/06/23 | D K KRASA | 0020 | Review (.2) and organize (.2) materials related to opioid litigations; circulate same (.1). | 0.50 | $255.00 |
| 04/06/23 | A PREIS | 0023 | Review and analyze Avrio asset sale motion and related documents. | 0.70 | $1,396.50 |
| 04/06/23 | A PREIS | 0019 | Review materials and analysis re employee retention issues (.7); analyze same (.3). | 1.00 | $1,995.00 |
| 04/06/23 | A PREIS | 0007 | Correspondence with UCC re case updates. | 0.30 | $598.50 |
| 04/06/23 | M YOUNG | 0019 | Obtain and organize materials re employee retention diligence (.9); conduct review of same | 6.60 | $3,498.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| | | | (3.3); prepare summary re same (.7); correspondence with E. Parlar re same (.3); prepare summary re same (1.4). | | |
| 04/06/23 | J  SALWEN | 0022 | Review Debtors' comments to joint Second Circuit status letter. | 0.20 | $264.00 |
| 04/06/23 | B K  BARKER | 0023 | Review and revise summary re Avrio bid procedures motion (.9); review materials re same (.4); research issue re same (.3). | 1.60 | $2,000.00 |
| 04/06/23 | K M  ZAHARIS | 0007 | Call with claimant re case inquiry and claim status (.2); update tracker re same (.1). | 0.30 | $262.50 |
| 04/07/23 | D J  WINDSCHEFFEL | 0014 | Conduct research re insurance issues in connection with insurance adversary proceeding. | 1.80 | $2,241.00 |
| 04/07/23 | D K  KRASA | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.70 | $357.00 |
| 04/07/23 | A  PREIS | 0019 | Call with Debtors' counsel re employee retention and related issues. | 0.50 | $997.50 |
| 04/07/23 | J  SALWEN | 0022 | Revise joint status letter to Second Circuit based on internal comments. | 0.30 | $396.00 |
| 04/07/23 | B K  BARKER | 0007 | Review UCC correspondence re case considerations (.2); review claimant inquiry correspondence (.2); calls with claimants re case updates (1.1). | 1.50 | $1,875.00 |
| 04/08/23 | A  PREIS | 0007 | Correspondence with UCC re open case issues. | 0.20 | $399.00 |
| 04/08/23 | J  SALWEN | 0022 | Further revise joint status letter to Second Circuit. | 0.30 | $396.00 |
| 04/08/23 | B K  BARKER | 0023 | Review Debtors' bid procedures motion and analyze considerations re same. | 0.50 | $625.00 |
| 04/09/23 | E N  MILLER | 0023 | Review Avrio assets purchase agreement (1.8); review bidding procedures re Avrio assets sale (1.2); comment on bidding procedures (1.1). | 4.10 | $5,904.00 |
| 04/09/23 | A  PREIS | 0023 | Review Avrio assets sale documents and bidding procedures (.8); comment on same (1.4); correspondence with Debtors' counsel re same (.3). | 2.50 | $4,987.50 |
| 04/10/23 | M P  HURLEY | 0022 | Attend call with Debtors' counsel re letter to Second Circuit re confirmation appeals. | 0.20 | $399.00 |
| 04/10/23 | A V  CRAWFORD | 0014 | Participate in call with Reed Smith and Gilbert re insurance adversary proceeding (0.3); correspondence re same with UCC member's counsel (0.1). | 0.40 | $576.00 |
| 04/10/23 | D J  WINDSCHEFFEL | 0014 | Call with counsel for Debtors and governmental entities re discovery in insurance adversary proceeding. | 0.30 | $373.50 |
| 04/10/23 | A  PREIS | 0022 | Call with DPW re letter to | 1.00 | $1,995.00 |

A1

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | Second Circuit re confirmation appeals (.2); correspondence with J. Salwen re same (.3); review revisions to letter (.3); analyze considerations re same (.2). | | |
| 04/10/23 | J  SALWEN | 0022 | Attend call with Debtors' counsel re proposed letter to Second Circuit re confirmation appeals (.2); revise same (.4); correspondence with A. Preis re same (.3); correspondence with Debtors' counsel re same (.1). | 1.00 | $1,320.00 |
| 04/10/23 | B K  BARKER | 0007 | Review claimant letter re updating address (.2); correspondence with FR team members re same (.1); correspondence with Kroll re same (.2); call with claimant re case updates (.3). | 0.80 | $1,000.00 |
| 04/10/23 | K M  ZAHARIS | 0020 | Review appellate docket in Sixth Circuit appeal for Ohio Opioid MDL (.3); review filings in same (.9); prepare summaries of same (1.9). | 3.10 | $2,712.50 |
| 04/11/23 | M P  HURLEY | 0022 | Review and comment on letter to Second Circuit re confirmation appeals (.5); correspondence with Akin team members re same (.3). | 0.80 | $1,596.00 |
| 04/11/23 | M P  HURLEY | 0014 | Call with counsel to UCC member, A. Crawford and D. Windscheffel re insurance matters. | 0.40 | $798.00 |
| 04/11/23 | A V  CRAWFORD | 0014 | Call with M. Hurley, D. Windscheffel and UCC member's counsel re insurance adversary proceeding and related considerations. | 0.40 | $576.00 |
| 04/11/23 | D J  WINDSCHEFFEL | 0014 | Review discovery production in insurance adversary proceeding (.4); call with A. Crawford, M. Hurley and UCC member counsel re insurance issues (.4). | 0.80 | $996.00 |
| 04/11/23 | A  PREIS | 0022 | Review revisions to letter to Second Circuit re confirmation appeals (.2); further comment on same (.2); correspond with Akin team members re same (.1). | 0.50 | $997.50 |
| 04/11/23 | A  PREIS | 0019 | Review compensation program materials and analyze considerations re same. | 0.50 | $997.50 |
| 04/11/23 | A  PREIS | 0023 | Review asset purchase agreement re Avrio assets sale. | 0.50 | $997.50 |
| 04/11/23 | J  SALWEN | 0022 | Correspondence with Debtors' counsel about joint Second Circuit letter re confirmation appeals (.1); correspondence with Akin team members re | 0.50 | $660.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | same (.4). | | |
| 04/11/23 | K M ZAHARIS | 0020 | Conduct research re recent developments in opioid related litigations (.6); review dockets in connection with same (.4); prepare summaries of relevant pleadings for same (1.5); correspondence to B. Barker re same (.1). | 2.60 | $2,275.00 |
| 04/12/23 | M P HURLEY | 0023 | Review correspondence with Debtors' counsel re sale process for Avrio assets sale (.2); review materials re same (.4). | 0.60 | $1,197.00 |
| 04/12/23 | D J WINDSCHEFFEL | 0014 | Review discovery correspondence to insurers in insurance adversary proceeding (.4); analyze materials and issues re same (.7). | 1.10 | $1,369.50 |
| 04/12/23 | D C VONDLE | 0032 | Analyze decision in patent litigation involving Accord (2.1); conduct legal research re same (1.4). | 3.50 | $5,040.00 |
| 04/12/23 | A PREIS | 0023 | Call (.3) and correspondence (.4) with DPW re Avrio assets sale process (.4); analyze issues re same (.3); correspondence internally re sale process issues (.2). | 1.60 | $3,192.00 |
| 04/12/23 | A PREIS | 0019 | Correspondence with Debtors' counsel re KEIP and KERP issues (.5); analyze considerations re same (.3). | 0.80 | $1,596.00 |
| 04/12/23 | K M ZAHARIS | 0020 | Update opioid litigation tracker per updates in recent opioid litigations. | 0.90 | $787.50 |
| 04/13/23 | M P HURLEY | 0023 | Call with DPW re Avrio bid procedures motion (.5); prepare for same (.3). | 0.80 | $1,596.00 |
| 04/13/23 | A V CRAWFORD | 0014 | Analyze open insurance issues. | 0.50 | $720.00 |
| 04/13/23 | D C VONDLE | 0032 | Continue analysis of decision in Accord patent litigation (.4); conduct research re issues relating to same (1.1). | 1.50 | $2,160.00 |
| 04/13/23 | D K KRASA | 0002 | Review case dockets and filings thereon (.2); organize docket filings for attorney review (.2); prepare and circulate docket update to team re same (.2). | 0.60 | $306.00 |
| 04/13/23 | E N MILLER | 0023 | Call with counsel to Debtors re bid procedures issues (0.5); review and revise bid procedures (0.7). | 1.20 | $1,728.00 |
| 04/13/23 | A PREIS | 0007 | Correspondence with UCC re open case matters. | 0.50 | $997.50 |
| 04/13/23 | A PREIS | 0023 | Call with DPW re bid procedures (.5); review materials re same (.5). | 1.00 | $1,995.00 |
| 04/13/23 | J SALWEN | 0023 | Attend call with Debtors' counsel re proposed Avrio sale | 1.10 | $1,452.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | (.5); review materials re same (.4); correspondence with FR team members re same (.2). | | |
| 04/13/23 | B K  BARKER | 0023 | Review materials re UCC statement re Avrio Sale Motion (.6); draft pleading re same (1.8); correspondence with FR team members re same (.2). | 2.60 | $3,250.00 |
| 04/13/23 | B K  BARKER | 0003 | Correspondence with Debtors re payment of monthly invoice (.4); review invoice for compliance with U.S. Trustee guidelines (.9). | 1.30 | $1,625.00 |
| 04/13/23 | B K  BARKER | 0007 | Review UCC correspondence re case updates (.2); review claimant inquiries (.2); calls with claimants re case updates (.6). | 1.00 | $1,250.00 |
| 04/14/23 | M P  HURLEY | 0022 | Correspondence with A. Preis re Second Circuit appeals and letter (.3); review and comment on same (.4). | 0.70 | $1,396.50 |
| 04/14/23 | D C  VONDLE | 0032 | Further analyze decision in Accord patent litigation (.5); continue to conduct legal research re same (1.5). | 2.00 | $2,880.00 |
| 04/14/23 | D K  KRASA | 0020 | Review (.5) and organize (.2) materials related to opioid litigations; circulate same (.1). | 0.80 | $408.00 |
| 04/14/23 | A  PREIS | 0022 | Review and revise letter to Second Circuit re appeals (.3); correspondence with M. Hurley re same (.2); calls with Committee members re same (.5). | 1.00 | $1,995.00 |
| 04/14/23 | B K  BARKER | 0003 | Review invoice for privilege and confidentiality and compliance with U.S. Trustee guidelines. | 1.80 | $2,250.00 |
| 04/14/23 | B K  BARKER | 0023 | Review materials re UCC statement re Avrio Sale Motion (.8); research issue re same (.4); revise sections of pleading re same (1.7). | 2.90 | $3,625.00 |
| 04/15/23 | A  PREIS | 0023 | Review and comment on draft pleading re Avrio assets sale (.4); calls with various parties re issues related to same (.6). | 1.00 | $1,995.00 |
| 04/15/23 | J  SALWEN | 0023 | Review draft pleading re Avrio assets sale (.2); correspondence with FR team members re same (.1). | 0.30 | $396.00 |
| 04/15/23 | B K  BARKER | 0023 | Review internal comments to UCC Statement re Avrio Sale Motion (.3); correspondence with FR team members re same (.2); revise same based on internal comments (.5). | 1.00 | $1,250.00 |
| 04/16/23 | M P  HURLEY | 0023 | Review and comment on draft pleading re Avrio sale (.6); review correspondence re same (.2). | 0.80 | $1,596.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 04/16/23 | A  PREIS | 0007 | Correspondence with UCC re open case issues. | 0.30 | $598.50 |
| 04/17/23 | D J  WINDSCHEFFEL | 0014 | Review draft discovery letters in insurance adversary proceeding. | 0.50 | $622.50 |
| 04/17/23 | D K  KRASA | 0020 | Review (.7) and organize (.2) materials related to opioid litigations; circulate same (.1). | 1.00 | $510.00 |
| 04/17/23 | A  PREIS | 0007 | Correspondence with UCC re case developments. | 0.30 | $598.50 |
| 04/17/23 | A  PREIS | 0023 | Correspondence with parties in interest re Avrio assets sale considerations. | 0.30 | $598.50 |
| 04/17/23 | B K  BARKER | 0007 | Review UCC correspondence re case updates (.2); review claimant inquiry correspondence (.2); calls with claimants re case and claim status (.8). | 1.20 | $1,500.00 |
| 04/17/23 | K M  ZAHARIS | 0020 | Conduct research re ongoing opioid multidistrict litigation (1.2); review docket in connection with same (.3); prepare summaries of recent filings (2.3); update litigation tracker in connection with same (.5); correspond with A. Ijaz re same (.3). | 4.60 | $4,025.00 |
| 04/18/23 | M P  HURLEY | 0022 | Review draft correspondence to Second Circuit re confirmation appeals. | 0.40 | $798.00 |
| 04/18/23 | D J  WINDSCHEFFEL | 0014 | Review updates in insurance adversary proceeding (.3); review related materials (.3); review communications with parties in interests re discovery in insurance adversary proceeding (.3). | 0.90 | $1,120.50 |
| 04/18/23 | A  PREIS | 0023 | Comment on Avrio assets bid procedures (.4); comment on pleading re same (.6). | 1.00 | $1,995.00 |
| 04/18/23 | A  PREIS | 0022 | Correspondence with parties in interest re draft letter to Second Circuit re confirmation appeals (.6); further comment on same (.4). | 1.00 | $1,995.00 |
| 04/18/23 | J  SALWEN | 0023 | Call with Debtors' counsel re Avrio sale matters (.4); review materials in connection with same (.3). | 0.70 | $924.00 |
| 04/18/23 | B K  BARKER | 0020 | Review opioid articles (.3); review filings from various opioid litigation dockets (.8); summarize same and update trackers (.4). | 1.50 | $1,875.00 |
| 04/18/23 | B K  BARKER | 0023 | Review comments to draft of UCC statement re Avrio bidding procedures motion (.2); review and revise same (.7). | 0.90 | $1,125.00 |
| 04/18/23 | K M  ZAHARIS | 0020 | Update litigation tracker per recent filings. | 0.30 | $262.50 |
| 04/18/23 | K M  ZAHARIS | 0007 | Review claimant correspondence | 0.60 | $525.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | (.2); prepare response to same (.4). | | |
| 04/19/23 | M P HURLEY | 0022 | Review draft correspondence re Second Circuit confirmation appeals. | 0.30 | $598.50 |
| 04/19/23 | M P HURLEY | 0014 | Review materials re insurance issues (0.3); review correspondence with Debtors' counsel re same (.2). | 0.50 | $997.50 |
| 04/19/23 | A V CRAWFORD | 0014 | Correspondence with Gilbert re presentation to UCC on insurance issues (0.3); correspondence with Debtors' counsel re open insurance considerations (.1). | 0.40 | $576.00 |
| 04/19/23 | D J WINDSCHEFFEL | 0014 | Review draft discovery correspondence re insurance adversary proceeding. | 0.30 | $373.50 |
| 04/19/23 | D C VONDLE | 0032 | Analyze trial decision in patent litigation (1.4); conduct research and review materials re same (1.5); analyze issues re same (.4). | 3.30 | $4,752.00 |
| 04/19/23 | A PREIS | 0022 | Review comments from counsel for Debtors and AHC to letter to Second Circuit re confirmation appeals (.3); correspondence with counsel for Debtors and AHC re same (.4). | 0.70 | $1,396.50 |
| 04/19/23 | A PREIS | 0023 | Review Debtors' comments to pleading re Avrio asset sale and proceeds therefrom (.3); correspondence with Debtors' counsel re same (.4); analyze considerations re same (.4); correspondence with AHC's counsel re same (.2). | 1.30 | $2,593.50 |
| 04/19/23 | B K BARKER | 0007 | Calls with claimants re case inquiries (.9); review UCC correspondence (.3); review detailed case calendar (.3). | 1.50 | $1,875.00 |
| 04/19/23 | B K BARKER | 0020 | Review articles re opioid litigations (.3); review docket filings in various opioid litigations (.3). | 0.60 | $750.00 |
| 04/19/23 | B K BARKER | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 1.40 | $1,750.00 |
| 04/20/23 | M P HURLEY | 0022 | Review and comment on draft Second Circuit letter re confirmation appeals (0.3); review related correspondence among parties in interest (0.8). | 1.10 | $2,194.50 |
| 04/20/23 | M P HURLEY | 0007 | Attend UCC call re open case considerations. | 0.90 | $1,795.50 |
| 04/20/23 | M P HURLEY | 0023 | Call with DPW re Avrio asset sale considerations (0.3); confer with A. Preis re same (0.2); revise draft pleading re same (0.8). | 1.30 | $2,593.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 04/20/23 | A V CRAWFORD | 0014 | Correspondence with D. Windscheffel re D. Merlo deposition. | 0.40 | $576.00 |
| 04/20/23 | D J WINDSCHEFFEL | 0014 | Attend deposition of D. Merlo re insurance adversary proceeding (3.4) (partial); prepare summary re same (.6); correspondence with A. Crawford re same (.2). | 4.20 | $5,229.00 |
| 04/20/23 | D C VONDLE | 0007 | Attend meeting with UCC re case updates and strategy. | 0.80 | $1,152.00 |
| 04/20/23 | D C VONDLE | 0032 | Attend telephone conference with Debtors' counsel re recent decision in patent litigation (1.1); review materials re same (1.2); conduct legal research in connection with same (1.3). | 3.60 | $5,184.00 |
| 04/20/23 | D K KRASA | 0023 | Confer with B. Barker re filing of UCC pleading re Avrio assets sale (.2); prepare same for filing (.2); file same (.3); prepare filed version of pleading for service (.2); correspondence with KCC re same (.2). | 1.10 | $561.00 |
| 04/20/23 | E N MILLER | 0032 | Call with Debtors' advisors re decision in Accord patent litigation. | 1.10 | $1,584.00 |
| 04/20/23 | E N MILLER | 0007 | Review correspondence with Committee re case issues and updates (.3); review materials re same (.2). | 0.50 | $720.00 |
| 04/20/23 | E N MILLER | 0023 | Analyze considerations re Avrio assets sale. | 0.20 | $288.00 |
| 04/20/23 | A PREIS | 0032 | Participate on call with Debtors' advisors re decision in Accord patent litigation (partial). | 0.80 | $1,596.00 |
| 04/20/23 | A PREIS | 0023 | Call with DPW re Avrio assets sale (.3); confer with M. Hurley re same (.2); review (.3) and revise (.7) re pleading re sale. | 1.50 | $2,992.50 |
| 04/20/23 | A PREIS | 0007 | Lead call with UCC re case developments (.9); correspondence with UCC re same (.3). | 1.20 | $2,394.00 |
| 04/20/23 | A PREIS | 0022 | Calls with various parties re letter to Second Circuit (.8); follow up correspondence re same (.2). | 1.00 | $1,995.00 |
| 04/20/23 | J SALWEN | 0032 | Call with Debtor professionals re Accord litigation matters (1.1); review background re same (.2). | 1.30 | $1,716.00 |
| 04/20/23 | J SALWEN | 0007 | Attend UCC call re case updates (.9); review materials re same (.2). | 1.10 | $1,452.00 |
| 04/20/23 | J SALWEN | 0023 | Call with Debtors' counsel re Avrio assets sale and UCC statement re same (.3); review updated drafts of same (.1). | 0.40 | $528.00 |
| 04/20/23 | B K BARKER | 0023 | Revise UCC pleading re Avrio assets based on internal comments (.6); finalize same for | 1.20 | $1,500.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | filing (.4); confer with D. Krasa re filing of same (.2). | | |
| 04/20/23 | B K BARKER | 0003 | Review invoice for compliance with U.S. Trustee guidelines and privilege issues. | 1.60 | $2,000.00 |
| 04/20/23 | K M ZAHARIS | 0007 | Update UCC call list and WIP list re update from UCC call (.2); review claimant correspondence re case status and inquiries (.2); prepare responses to same (.7). | 1.10 | $962.50 |
| 04/21/23 | A V CRAWFORD | 0014 | Review summary of D. Merlo deposition (0.4); correspondence with D. Windscheffel re same and Gilbert insurance presentation (0.2). | 0.60 | $864.00 |
| 04/21/23 | D J WINDSCHEFFEL | 0014 | Revise summary of D. Merlo deposition based on internal comments (.2); correspondence with A. Crawford re same and re Gilbert insurance presentation (.2). | 0.40 | $498.00 |
| 04/21/23 | A PREIS | 0007 | Call with UCC member (.4); correspondence with UCC (.3). | 0.70 | $1,396.50 |
| 04/21/23 | B K BARKER | 0020 | Review opioid articles (.3); review filings from various opioid litigation dockets (1.3); summarize same and update trackers (.8). | 2.40 | $3,000.00 |
| 04/21/23 | B K BARKER | 0007 | Review UCC correspondence (.2); review claimant inquiries (.2); calls with claimants re case updates (.8). | 1.20 | $1,500.00 |
| 04/22/23 | M P HURLEY | 0022 | Review correspondence concerning Second Circuit letter. | 0.30 | $598.50 |
| 04/22/23 | M P HURLEY | 0032 | Review correspondence and analysis concerning patent litigation developments (.8); analyze issues re same (.3). | 1.10 | $2,194.50 |
| 04/22/23 | B K BARKER | 0020 | Review articles re opioid litigations (.4); review docket filings from opioid litigations (.6); prepare summary re same (.2). | 1.20 | $1,500.00 |
| 04/23/23 | D K KRASA | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.80 | $408.00 |
| 04/23/23 | A PREIS | 0007 | Call with claimant re case and claim status (.5); correspondence with claimants re same (.3). | 0.80 | $1,596.00 |
| 04/23/23 | B K BARKER | 0007 | Review correspondence with UCC members re case developments. | 0.30 | $375.00 |
| 04/24/23 | A V CRAWFORD | 0014 | Correspondence with counsel for Debtors re insurance adversary proceeding discovery. | 0.10 | $144.00 |
| 04/24/23 | D J WINDSCHEFFEL | 0014 | Correspondence with Reed Smith re discovery in insurance adversary proceeding. | 0.30 | $373.50 |
| 04/24/23 | D K KRASA | 0008 | Register attorney team for | 0.50 | $255.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | upcoming hearing. | | |
| 04/24/23 | A PREIS | 0022 | Further review and comment on letter to Second Circuit re confirmation appeals. | 0.50 | $997.50 |
| 04/24/23 | A PREIS | 0007 | Correspondence with UCC members and claimants re various case issues. | 0.50 | $997.50 |
| 04/24/23 | A PREIS | 0008 | Prep for hearing re bidding procedures. | 1.00 | $1,995.00 |
| 04/24/23 | B K BARKER | 0008 | Review materials re hearing prep (.4); attention to hearing logistics (.2); correspondence with K. Zaharis re same (.3). | 0.90 | $1,125.00 |
| 04/24/23 | B K BARKER | 0020 | Review opioid litigation articles (.3); review docket filings from McKinsey MDL litigation (.4); correspondence with A. Ijaz re same (.3). | 1.00 | $1,250.00 |
| 04/24/23 | B K BARKER | 0003 | Review invoice for privilege and confidentiality and compliance with U.S. Trustee guidelines in connection with preparation of monthly fee statement. | 2.20 | $2,750.00 |
| 04/24/23 | K M ZAHARIS | 0008 | Prepare folder of hearing materials for attorney review in prep for hearing (.1); correspond with B. Barker re same (.1); prepare correspondence and circulate hearing materials to team (.1). | 0.30 | $262.50 |
| 04/24/23 | K M ZAHARIS | 0020 | Summarize pleadings re recent opioid-related litigation. | 0.60 | $525.00 |
| 04/25/23 | M P HURLEY | 0008 | Attend hearing. | 0.70 | $1,396.50 |
| 04/25/23 | M P HURLEY | 0014 | Attend insurance call (0.8); follow up correspondence with lit team re same (0.4). | 1.20 | $2,394.00 |
| 04/25/23 | A V CRAWFORD | 0014 | Call with Reed Smith and Gilbert re litigation and discovery issues in connection with insurance adversary proceeding (0.8); correspondence with D. Windscheffel re same (0.4); review deposition transcript (0.3); correspondence with D. Windscheffel re same (0.1). | 1.60 | $2,304.00 |
| 04/25/23 | D J WINDSCHEFFEL | 0014 | Call with Reed Smith and Gilbert re discovery and other considerations in insurance adversary proceeding (.8); review discovery materials in insurance adversary proceeding (.6); correspondence with A. Crawford re insurance issues (.3). | 1.70 | $2,116.50 |
| 04/25/23 | D C VONDLE | 0032 | Analyze materials relating to pending patent litigation (.7); continue to conduct research and analysis re same (1.3). | 2.00 | $2,880.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 04/25/23 | E N MILLER | 0008 | Review summary of 4/25 hearing. | 0.30 | $432.00 |
| 04/25/23 | A PREIS | 0008 | Review materials and draft remarks for hearing (.9); correspondence with B. Barker and J. Salwen re same (.6). attend hearing (.7). | 2.20 | $4,389.00 |
| 04/25/23 | A PREIS | 0022 | Calls (.6) and correspondence (.4) with parties in interest re letter to Second Circuit regarding confirmation appeals. | 1.00 | $1,995.00 |
| 04/25/23 | A PREIS | 0007 | Calls with claimants re claim status and case updates. | 0.50 | $997.50 |
| 04/25/23 | J SALWEN | 0008 | Attend hearing (.7); review correspondence among parties in interest re same (.1); analyze issues re same (.2); correspondence with A. Preis re same (.1). | 1.10 | $1,452.00 |
| 04/25/23 | B K BARKER | 0008 | Prepare materials for hearing (.5); correspondence with K. Zaharis re same (.1); correspondence with A. Preis re same (.4); analyze considerations re same (.3); review and revise summary re hearing for UCC (.6). | 1.90 | $2,375.00 |
| 04/25/23 | K M ZAHARIS | 0020 | Update litigation tracker in connection with recent developments in opioid-related litigations. | 0.20 | $175.00 |
| 04/25/23 | K M ZAHARIS | 0008 | Correspondence with B. Barker re hearing materials (.1); prepare same (.2); attend omnibus hearing on bidding procedures and takes notes on same (.7); prepare summary of same for UCC (.9); review and revise same based on internal comments (.6). | 2.50 | $2,187.50 |
| 04/25/23 | K M ZAHARIS | 0007 | Review correspondence from incarcerated claimants (.3); prepare responses to same (1.2). | 1.50 | $1,312.50 |
| 04/26/23 | A V CRAWFORD | 0014 | Revise draft letter to court re insurance adversary proceeding (0.2); correspondence with Reed Smith re same (0.1). | 0.30 | $432.00 |
| 04/26/23 | D J WINDSCHEFFEL | 0014 | Review draft letter to the court re insurance adversary proceeding. | 0.40 | $498.00 |
| 04/26/23 | B K BARKER | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 1.40 | $1,750.00 |
| 04/26/23 | K M ZAHARIS | 0007 | Prepare draft responses to various claimant inquiries re case and claim status. | 1.00 | $875.00 |
| 04/27/23 | M P HURLEY | 0007 | Attend UCC call re case updates (partial). | 0.50 | $997.50 |
| 04/27/23 | A V CRAWFORD | 0014 | Participate in call with Reed Smith and Gilbert re insurance matters. | 0.10 | $144.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 04/27/23 | A V CRAWFORD | 0007 | Present to Committee on Committee call re insurance matters (partial) (.2); prepare for same (.2). | 0.40 | $576.00 |
| 04/27/23 | D J WINDSCHEFFEL | 0014 | Review correspondence with Reed Smith and Gilbert re discovery in insurance adversary proceeding (.3); attend call with Reed Smith and Gilbert re same (.1). | 0.40 | $498.00 |
| 04/27/23 | D C VONDLE | 0032 | Conduct legal research relating to patent decision (1.4); analyze materials relating to same (.6). | 2.00 | $2,880.00 |
| 04/27/23 | D K KRASA | 0002 | Review case dockets and recently filed pleadings (.2); organize pleadings for attorney review (.2); prepare and circulate docket update to team re same (.2). | 0.60 | $306.00 |
| 04/27/23 | D K KRASA | 0020 | Review (.7) and organize (.2) materials related to opioid litigations; circulate same (.1). | 1.00 | $510.00 |
| 04/27/23 | E N MILLER | 0007 | Attend UCC update call re case developments. | 0.60 | $864.00 |
| 04/27/23 | A PREIS | 0007 | Call with UCC re open issues (.6); call with UCC member (.3); calls with claimants re claim status (.4). | 1.30 | $2,593.50 |
| 04/27/23 | A PREIS | 0023 | Correspondence with parties in interest re use of Avrio assets sale proceeds (.3); call with counsel for PI AHG re same (.3). | 0.60 | $1,197.00 |
| 04/27/23 | A PREIS | 0019 | Call with DPW re KEIP/KERP considerations. | 0.70 | $1,396.50 |
| 04/27/23 | J SALWEN | 0007 | Attend UCC call re case updates and open issues. | 0.60 | $792.00 |
| 04/27/23 | K M ZAHARIS | 0007 | Review claimant inquiry letters (.3); prepare responses to same (.9); correspond with B. Barker and E. Lisovicz re same (.4); revise same (.2). | 1.80 | $1,575.00 |
| 04/28/23 | D C VONDLE | 0032 | Conduct further research relating to patent trial (.9); analyze materials relating to decision in Accord patent trial (.6). | 1.50 | $2,160.00 |
| 04/28/23 | D K KRASA | 0007 | Revise detailed case calendar with key dates and deadlines for UCC website. | 0.90 | $459.00 |
| 04/28/23 | D K KRASA | 0002 | Review case dockets and filings thereon (.3); organize docket filings for attorney review (.2); prepare and circulate docket update to team re same (.2). | 0.70 | $357.00 |
| 04/28/23 | D K KRASA | 0020 | Review (.8) and organize (.2) materials related to opioid litigations; circulate same (.1). | 1.10 | $561.00 |
| 04/28/23 | A PREIS | 0022 | Call with counsel for PI Ad Hoc Group re plan issues. | 0.40 | $798.00 |
| 04/28/23 | A PREIS | 0019 | Review KEIP/KERP materials (.2); confer with M. Atkinson re | 0.50 | $997.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | same (.3). | | |
| 04/28/23 | B K BARKER | 0003 | Review invoice for privilege and confidentiality and compliance with U.S. Trustee guidelines. | 2.80 | $3,500.00 |
| 04/28/23 | K M ZAHARIS | 0003 | Review portions of February invoice for privilege and confidentiality considerations. | 1.30 | $1,137.50 |
| 04/29/23 | A PREIS | 0019 | Call with State Attorney General re KEIP considerations (.3); correspondence with Debtors' counsel re KEIP/KERP issues (.3). | 0.60 | $1,197.00 |
| 04/30/23 | B K BARKER | 0007 | Review claimant inquiries (.2); calls with claimants re case updates (.9). | 1.10 | $1,375.00 |
| 04/30/23 | B K BARKER | 0020 | Review filings from opioid litigations (.9); prepare summaries re same (1.1); update trackers for same (.5). | 2.50 | $3,125.00 |

Total Hours                    216.70

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| M P HURLEY | 17.20 | at | $1995.00 | = | $34,314.00 |
| A V CRAWFORD | 5.40 | at | $1440.00 | = | $7,776.00 |
| D C VONDLE | 20.20 | at | $1440.00 | = | $29,088.00 |
| E N MILLER | 8.80 | at | $1440.00 | = | $12,672.00 |
| A PREIS | 37.60 | at | $1995.00 | = | $75,012.00 |
| D J WINDSCHEFFEL | 14.00 | at | $1245.00 | = | $17,430.00 |
| J SALWEN | 12.60 | at | $1320.00 | = | $16,632.00 |
| B K BARKER | 49.20 | at | $1250.00 | = | $61,500.00 |
| K M ZAHARIS | 28.20 | at | $875.00 | = | $24,675.00 |
| M YOUNG | 11.60 | at | $530.00 | = | $6,148.00 |
| D K KRASA | 11.90 | at | $510.00 | = | $6,069.00 |

Current Fees                                                        $291,316.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $147.44 |
| Computerized Legal Research - Other | $526.08 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $954.18 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $15,494.09 |
| Computerized Legal Research - Westlaw - out of contract | $196.14 |
| Meals - Overtime | $20.00 |
| Computer Software - Expensed (<$1,000) | $1,200.00 |
| Postage | $1.74 |
| Research | $182.40 |
| Transcripts | $52.80 |

Current Expenses                                                    $18,774.87


**Total Amount of This Invoice**                              **$310,090.87**

## EXHIBIT D

### Disbursement Summary

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $147.44 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $15,494.09 |
| Computerized Legal Research - Westlaw - Out of Contract | $196.14 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $954.18 |
| Computerized Legal Research - Other | $526.08 |
| Computer Software - Expensed | $1,200.00 |
| Meals - Overtime | $20.00 |
| Postage | $1.74 |
| Research | $182.40 |
| Transcripts | $52.80 |
| **TOTAL:** | **$18,774.87** |

**<u>EXHIBIT E</u>**

**Itemized Disbursements**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



|                                   |          |
|-----------------------------------|----------|
| Invoice Number                    | 2044951  |
| PURDUE CREDITORS COMMITTEE        |          |
| Invoice Date                      | 06/09/23 |
| PURDUE PHARMA L.P.                |          |
| Client Number                     | 101476   |
| ONE STAMFORD FORUM                |          |
| Matter Number                     | 0001     |
| 201 TRESSER BOULEVARD             |          |
| STAMFORD, CT  06901               |          |
| ATTN: JOHN  LOWNE                 |          |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $147.44 |
| Computerized Legal Research - Other | $526.08 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $954.18 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $15,494.09 |
| Computerized Legal Research - Westlaw - out of contract | $196.14 |
| Meals - Overtime | $20.00 |
| Computer Software - Expensed (<$1,000) | $1,200.00 |
| Postage | $1.74 |
| Research | $182.40 |
| Transcripts | $52.80 |
| | |
| Current Expenses | $18,774.87 |

Date                                                          Value

| | | |
|---|---|---|
| 04/01/23 | Research  VENDOR: COURTHOUSE NEWS SERVICE INVOICE#: 737060 DATE: 4/1/2023 CNS Trackers - March 2023 | $182.40 |
| 04/03/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.77 |
| 04/03/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.53 |
| 04/04/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/04/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023  2023 through March 31, 2023","-- Usage from January 1, 2023 through March 31, 2023" | $206.10 |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023  2023 through March 31, 2023","-- Usage from January 1, 2023 through March 31, 2023" | $61.80 |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023  2023 through March 31, 2023","-- Usage from January 1, 2023 through March 31, 2023" | $10.70 |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023  2023 through March 31, 2023","-- Usage from January 1, 2023 through March 31, 2023" | $61.40 |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023  2023 through March 31, 2023","-- Usage | $117.70 |

|   |   |   |
|---|---|---|
|   | from January 1, 2023 through March 31, 2023" |   |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023 2023 through March 31, 2023","-- Usage from January 1, 2023 through March 31, 2023" | $12.50 |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023 2023 through March 31, 2023","-- Usage from January 1, 2023 through March 31, 2023" | $31.60 |
| 04/04/23 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER INVOICE#: 2503192-Q12023 DATE: 4/4/2023 2023 through March 31, 2023","-- Usage from January 1, 2023 through March 31, 2023" | $12.30 |
| 04/05/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/05/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/06/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/06/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/06/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/6/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $1,137.21 |
| 04/07/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/7/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $1,020.80 |
| 04/07/23 | Transcripts  VENDOR: VERITEXT INVOICE#: 6486332 DATE: 4/7/2023 Transcriber fee for transcript of March 31, 2023 hearing. | $52.80 |
| 04/07/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: | $49.82 |

| Date | Description | Amount |
|---|---|---|
| | COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | |
| 04/07/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/10/23 | Computerized Legal Research - Westlaw - out of contract  User: GINTY DANIELLE Date: 4/10/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $196.14 |
| 04/10/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/10/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $1,299.87 |
| 04/10/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/10/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK DOCKET UPDATE; Employee: WINNARD  AMANDA; Charge Type: DOCKET UPDATE; Quantity: 1.0 | $3.53 |
| 04/10/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/10/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: US DOCKETS; Employee: WINNARD AMANDA; Charge Type: DOC ACCESS; Quantity: 4.0 | $14.10 |
| 04/11/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/11/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/11/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/11/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $1,959.52 |
| 04/12/23 | Computerized Legal Research - Westlaw | $832.76 |

|  |  |  |
|---|---|---|
|  | - in contract 30% discount  User: GINTY DANIELLE Date: 4/12/2023 AcctNumber: 1003229222 ConnectTime: 0.0 |  |
| 04/12/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/12/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/13/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/13/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/13/23 | Postage  US Postage - Barker, Brooks, NY, 1 piece(s) | $1.74 |
| 04/14/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/14/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/16/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/16/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $1,665.52 |
| 04/17/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/17/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $2,371.42 |
| 04/18/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/18/2023 AcctNumber: 1003229222 ConnectTime: 0.0 | $2,619.17 |
| 04/19/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/19/2023 AcctNumber: 1003229222 ConnectTime: | $1,790.88 |

|            |                                                                                                                                                                                   |          |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            | 0.0                                                                                                                                                                                |          |
| 04/21/23   | Computerized Legal Research - Westlaw - in contract 30% discount  User: GINTY DANIELLE Date: 4/21/2023 AcctNumber: 1003229222 ConnectTime: 0.0                                      | $796.94  |
| 04/21/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 8.0         | $44.28   |
| 04/21/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0         | $5.54    |
| 04/24/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD  AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0         | $5.54    |
| 04/24/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0         | $49.82   |
| 04/24/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK DOCKET UPDATE; Employee: LEHRKE  SARAH; Charge Type: DOCKET UPDATE; Quantity: 3.0            | $10.58   |
| 04/24/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK ONLINE DOC VIEW; Employee: LEHRKE  SARAH; Charge Type: COURTLINK ONLINE DOC VIEW; Quantity: 2.0 | $7.05    |
| 04/24/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: US DOCKETS; Employee: LEHRKE SARAH; Charge Type: DOC ACCESS; Quantity: 9.0                             | $31.71   |
| 04/25/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK ONLINE DOC VIEW; Employee: LEHRKE  SARAH; Charge Type: COURTLINK ONLINE DOC VIEW; Quantity: 2.0 | $7.05    |
| 04/25/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL  MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0         | $49.82   |
| 04/25/23   | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee:                                                                             | $5.54    |

|  |  |  |
|---|---|---|
|  | WINNARD AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 |  |
| 04/25/23 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SEARCH; Employee: SALWEN JAMES; Charge Type: ACCESS CHARGE; Quantity: 2.0 | $147.44 |
| 04/26/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/26/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/27/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/27/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/28/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: WINNARD AMANDA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 04/28/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LOVELL MELISSA; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 9.0 | $49.82 |
| 04/30/23 | Computerized Legal Research - Other VENDOR: COURTALERT.COM, INC INVOICE#: 134294-2304 DATE: 4/30/2023<br>- Document retrieval in various courts | $11.98 |
| 04/30/23 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-182 DATE: 4/30/2023<br>Brooks Barker - Taco Bell - 4/25/2023 - Overtime Meal | $20.00 |
| 04/30/23 | Computer Software - Expensed (<$1,000) VENDOR: OPUS 2 INTERNATIONAL INC INVOICE#: 9197 DATE: 4/30/2023<br>Opus 2 Enterprise License - Purdue Dates of Service: April 1st-30th, 2023 | $1,200.00 |

Current Expenses                                                                    $18,774.87


**Total Amount of This Invoice**                                               **$310,090.87**