AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | : | Case No. 19-23649 (SHL) |
| Debtors.[1] | : | (Jointly Administered) |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM APRIL 1, 2023 THROUGH APRIL 30, 2023</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | April 1, 2023 – April 30, 2023 |
| **Total Fees Incurred** | $44,466.00 |
| **Voluntary Fee Reduction (10%)[2]** | $4,446.60 |
| **Total Fees Requested** (Total Fees – Voluntary Fee Reduction) | $40,019.40 |
| **20% Holdback** | $8,003.88 |
| **Total Fees Requested Less 20% Holdback** | $32,015.52 |
| **Total Expenses Incurred** | $10.00 |
| **Total Fees and Expenses Requested** | $40,029.40 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Eighth Monthly Fee Statement") covering the period from April 1, 2023 through and including April 30, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirty-Eighth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $40,019.40 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $10.00 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application. *See* ECF No. 1013. Cole Schotz filed a notice of such rate increase on August 29, 2022. *See* ECF No. 5043.

## NOTICE

6. Notice of this Thirty-Eighth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirty-Eighth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than June 28, 2023 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirty-Eighth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

4

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: June 14, 2023  **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/    *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**EXHIBIT A**

**COMPENSATION BY TIMEKEEPER**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 6.5 | $4,810.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $730.00 | 2.5 | $1,825.00 |
| Anthony De Leo | 2013 | Member (Bankruptcy) (since 2023) | $685.00 | 48.6 | $33,291.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 10.4 | $3,900.00 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 1.6 | $640.00 |
| **TOTAL** | | | | **69.60** | **$44,466.00** |
| **Less Voluntary Reduction (10%)** | | | | | **($4,446.60)** |
| **Total Requested** | | | | | **$40,019.40** |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Use, and Leases (Section 363) | 1.7 | $1,164.50 |
| Committee Matters and Creditor Meetings | 11.2 | $7,988.00 |
| Creditor Inquiries | 0.7 | $518.00 |
| Fee Application Matters/Objections | 2.3 | $1,141.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 34.2 | $23,504.00 |
| Prepare for and Conduct Interview and Depositions | 19.5 | $10,150.00 |
| TOTAL | 69.60 | $44,466.00 |
| **Less Voluntary Reduction (10%)** | | ($4,446.60) |
| **Total Requested** | | $40,019.40 |

# EXHIBIT C

## Invoice

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

|  |  |
|---|---|
| Invoice Date: | June 12, 2023 |
| Invoice Number: | 950763 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2023

| **ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)** | | | **1.70** | **1,164.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/06/23 | ADL | EMAIL J. ALBERTO RE: AVRIO SALE MOTION | 0.10 | 68.50 |
| 04/06/23 | ADL | INITIAL REVIEW OF AVRIO BIDDING PROCEDURES MOTION | 1.60 | 1,096.00 |
| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **11.20** | **7,988.00** |
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/03/23 | JRA | EMAILS WITH A. PREIS RE UCC CALL | 0.10 | 74.00 |
| 04/04/23 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 1.20 | 888.00 |
| 04/04/23 | JRA | EMAILS WITH A. PREIS, A. DE LEO AND UCC MEMEBRS RE UCC CALL | 0.30 | 222.00 |
| 04/06/23 | JRA | REVIEW A. PREIS UCC UPDATE (.1); CORRESPOND WITH UCC MEMBER RE SAME (.1) | 0.20 | 148.00 |
| 04/06/23 | ADL | REVIEW COMMITTEE UPDATE | 0.10 | 68.50 |
| 04/07/23 | JRA | FOLLOW UP EMAILS WITH A. PREIS AND UCC MEMBERS RE UCC UPDATE CALL AND ISSUES DISCUSSED ON SAME | 0.30 | 222.00 |
| 04/11/23 | ADL | REVIEW UCC UPDATES AND ATTACHMENTS THERETO | 0.80 | 548.00 |
| 04/12/23 | ADL | REVIEW UCC UPDATE | 0.10 | 68.50 |
| 04/13/23 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE UCC UPDATE AND MATERIALS FOR SAME | 0.30 | 222.00 |
| 04/13/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 1.20 | 822.00 |
| 04/13/23 | JRA | FURTHER CORRESPONDENCE WITH UCC MEMBERS RE CASE STATUS AND APPEAL ISSUES | 0.20 | 148.00 |
| 04/17/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.80 | 548.00 |
| 04/17/23 | PJR | REVIEW EMAILS FROM A. PREIS AND RELATED COMMITTEE MATERIALS RE: CASE STATUS AND COMMITTEE UPDATE | 0.30 | 219.00 |
| 04/19/23 | PJR | REVIEW EMAIL FROM A. PREIS RE: COMMITTEE UPDATE | 0.10 | 73.00 |
| 04/20/23 | PJR | PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.90 | 657.00 |
| 04/20/23 | PJR | REVIEW COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.30 | 219.00 |
| 04/21/23 | ADL | REVIEW COMMITTEE UPDATE AND ATTACHMENTS THERETO | 0.70 | 479.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 950763 |
| | Client/Matter No. 60810-0001 | | | June 12, 2023 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/24/23 | ADL | REVIEW COMMITTEE UPDATES AND ATTACHMENTS THERETO | 0.40 | 274.00 |
| 04/24/23 | JRA | EMAIL WITH A. PREIS RE UCC UPDATE | 0.10 | 74.00 |
| 04/26/23 | JRA | EMAIL WITH A. PREIS RE UCC UPDATE | 0.10 | 74.00 |
| 04/26/23 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.10 | 73.00 |
| 04/26/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.30 | 205.50 |
| 04/27/23 | PJR | REVIEW COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.20 | 146.00 |
| 04/27/23 | ADL | ATTEND UCC CALL | 0.60 | 411.00 |
| 04/27/23 | JRA | CORRESPOND WITH A. DE LEO AND A. PREIS RE TODAY'S UCC MEETING (.2); ATTEND TODAY'S UCC MEETING WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS (.6) | 0.80 | 592.00 |
| 04/27/23 | PJR | PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS | 0.60 | 438.00 |
| 04/30/23 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |

| **CREDITOR INQUIRIES** | | | **0.70** | **518.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/14/23 | JRA | CORRESPOND WITH CREDITORS RE CASE STATUS AND SECOND CIRCUIT TIMING | 0.70 | 518.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **2.30** | **1,141.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/03/23 | JRA | REVISE FEE APP | 0.30 | 222.00 |
| 04/06/23 | JRA | EMAILS WITH A. DE LEO RE FEE APPS | 0.10 | 74.00 |
| 04/06/23 | JMD | EMAIL TO A. DE LEO RE: DRAFT MARCH CS FEE APPLICATION | 0.10 | 40.00 |
| 04/06/23 | ADL | REVIEW MARCH FEE APP | 0.30 | 205.50 |
| 04/06/23 | JMD | DRAFT MARCH COLE SCHOTZ FEE APPLICATION | 1.50 | 600.00 |

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **34.20** | **23,504.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/05/23 | JRA | EMAILS WITH L. SYZMANSKI AND A. DE LEO RE POLICY STIP | 0.30 | 222.00 |
| 04/05/23 | ADL | EMAILS RE: NAVIGATORS POLICY PREMIUM STIPULATION | 0.20 | 137.00 |
| 04/06/23 | ADL | EMAILS RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 04/06/23 | ADL | REVIEW NATIONAL UNION DISCOVERY LETTER | 0.30 | 205.50 |
| 04/06/23 | ADL | REVIEW EXECUTED NAVIGATORS POLICY STIPULATION | 0.10 | 68.50 |
| 04/10/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 4.10 | 2,808.50 |
| 04/10/23 | ADL | INSURANCE LITIGATION STRATEGY CALL | 0.30 | 205.50 |
| 04/11/23 | ADL | REVIEW CLAIMS REPORT | 0.10 | 68.50 |
| 04/12/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.30 | 2,260.50 |

## COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 950763 |
| --- | --- | --- |
| | Client/Matter No. 60810-0001 | June 12, 2023 |
| | | Page 3 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| --- | --- | --- | --- | --- |
| 04/12/23 | ADL | REVIEW DRAFT INSURANCE LITIGATION RFPS AND RELATED EXHIBITS | 2.50 | 1,712.50 |
| 04/13/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.40 | 1,644.00 |
| 04/14/23 | ADL | EMAIL GILBERT TEAM RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 04/14/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.30 | 1,575.50 |
| 04/17/23 | JRA | REVIEW ADDITIONAL RPD'S | 0.50 | 370.00 |
| 04/17/23 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 68.50 |
| 04/19/23 | ADL | EMAILS RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 04/21/23 | ADL | REVIEW D. MERLO DEPOSITION NOTES AND REVIEW AND REVISE DEPOSITION REPORT | 1.60 | 1,096.00 |
| 04/21/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.30 | 1,575.50 |
| 04/21/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 3.90 | 2,671.50 |
| 04/21/23 | ADL | FURTHER REVISIONS TO MERLO DEPOSITION REPORT | 0.20 | 137.00 |
| 04/21/23 | JRA | EMAIL WITH L. SYZMANSKI RE PRIVILEGE LOG | 0.10 | 74.00 |
| 04/24/23 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION STRATEGY CALL | 0.10 | 68.50 |
| 04/25/23 | ADL | ATTEND INSURANCE LITIGATION STRATEGY CALL | 0.80 | 548.00 |
| 04/25/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 3.10 | 2,123.50 |
| 04/25/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 0.70 | 479.50 |
| 04/26/23 | JRA | EMAILS WITH J. RUBINSTEIN AND A. VINSON RE OUTREACH TO J. LANE | 0.10 | 74.00 |
| 04/26/23 | ADL | EMAILS RE: INSURANCE LITIGATION POLICY STIPULATIONS | 0.20 | 137.00 |
| 04/26/23 | ADL | REVIEW NATIONAL UNION INTERROGATORIES | 0.30 | 205.50 |
| 04/27/23 | JRA | CORRESPOND WITH A. PREIS RE APPEAL ISSUES | 0.40 | 296.00 |
| 04/27/23 | ADL | ATTEND INSURANCE LITIGATION STRATEGY CALL | 0.10 | 68.50 |
| 04/28/23 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.20 | 137.00 |
| 04/28/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 2.40 | 1,644.00 |
| 04/28/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 0.90 | 616.50 |
| **PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS** | | | **19.50** | **10,150.00** |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| --- | --- | --- | --- | --- |
| 04/17/23 | ADL | EMAIL C. MCMULLAN RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 04/17/23 | JRA | EMAILS WITH A. DE LEO RE DEPS | 0.10 | 74.00 |
| 04/20/23 | CDM | ATTEND DEPOSITION OF DENNIS MERLO FROM PURDUE. | 6.80 | 2,550.00 |
| 04/20/23 | ADL | TRAVEL RE: MERLO DEPOSITION (1/2 TIME) | 1.00 | 685.00 |
| 04/20/23 | ADL | ATTEND DEPOSITION OF DENNIS MERLO | 7.60 | 5,206.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 950763 |
| | Client/Matter No. 60810-0001 | | | June 12, 2023 |
| | | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/20/23 | CDM | REVIEW AND REVISE NOTES RE: DEPOSITION OF DENNIS MERLO | 0.40 | 150.00 |
| 04/21/23 | ADL | CALL WITH C. MCMULLAN RE: MERLO DEPOSITION REPORT | 0.10 | 68.50 |
| 04/21/23 | CDM | DRAFT DEPOSITION SUMMARY RE: DEPOSITION OF DENNIS MERLO | 3.20 | 1,200.00 |
| 04/21/23 | JRA | REVIEW MERLO DEP SUMMARY | 0.20 | 148.00 |
| | | TOTAL HOURS | 69.60 | |

| | |
|---|---|
| PROFESSIONAL SERVICES: | $44,466.00 |
| COURTESY DISCOUNT: | $(4,446.60) |
| ADJUSTED PROFESSIONAL SERVICES: | $40,019.40 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 48.60 | 685.00 | 33,291.00 |
| Conor D. McMullan | Associate | 10.40 | 375.00 | 3,900.00 |
| Jack M. Dougherty | Associate | 1.60 | 400.00 | 640.00 |
| Justin R. Alberto | Member | 6.50 | 740.00 | 4,810.00 |
| Patrick J. Reilley | Member | 2.50 | 730.00 | 1,825.00 |
| | **Total** | **69.60** | | **$44,466.00** |

## EXHIBIT D

## EXPENSE SUMMARY
## APRIL 1, 2023 THROUGH APRIL 30, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopy/Printing/Scanning | | $10.00 |
| **TOTAL** | | **$10.00** |

## EXHIBIT E

### Expense Detail

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 950763 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 12, 2023 |
| | | Page 5 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 04/12/23 | PHOTOCOPY /PRINTING/ SCANNING | 32.00 | 3.20 |
| 04/12/23 | PHOTOCOPY /PRINTING/ SCANNING | 42.00 | 4.20 |
| 04/12/23 | PHOTOCOPY /PRINTING/ SCANNING | 26.00 | 2.60 |
| | | **Total** | **$10.00** |

TOTAL SERVICES AND COSTS:    $    40,029.40