KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*                                   :   Case No. 19-23649 (SHL)
                                                               :
        Debtors.[1]                                            :   (Jointly Administered)
---------------------------------------------------------------x

**FORTY-FIRST MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD APRIL 1, 2023 THROUGH APRIL 30, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| ***General Information*** | |
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| ***Summary of Fees and Expenses Sought in the Fee Application*** | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | April 1, 2023 through April 30, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $3,526.23 (80% of $4,407.79) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $451.01 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $3,977.24 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its forty-first monthly fee statement (the "Monthly Fee Statement") for the period beginning April 1, 2023 through and including April 30, 2023 (the "Fee Period"). During the Fee Period, the fees incurred by KCC were $4,407.79 and the expenses incurred were $451.01.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $3,977.24, which represents 80% of KCC's total fees for reasonable and necessary professional

2

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

### NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

3

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on June 28, 2023** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: June 14, 2023
     El Segundo, California

                    /s/ *Sarah Harbuck*
                    **KURTZMAN CARSON CONSULTANTS LLC**
                    Sarah Harbuck
                    Drake D. Foster
                    222 N. Pacific Coast Highway
                    3rd Floor
                    El Segundo, California 90403
                    Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

a) I am Assistant General Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b) I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c) I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  June 14, 2023
          El Segundo, California

/s/ *Sarah Harbuck*

Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | Consultant | 1.3 | $203.28 | $264.26 |
| CHT | Cheryl Tracey | Consultant | 0.2 | $200.86 | $40.18 |
| CJC | Caitlin Corrie | Consultant | 0.3 | $125.24 | $37.56 |
| EAG | Esmeralda Aguayo | Consultant | 0.2 | $200.86 | $40.17 |
| EJG | Evan Gershbein | Senior Managing Consultant | 0.5 | $231.53 | $115.76 |
| FRO | Francisco Rodriquez | Consultant | 0.1 | $155.49 | $15.55 |
| HEF | Heather Fellows | Consultant | 0.2 | $149.44 | $29.88 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $143.39 | $43.02 |
| JBU | Joseph Bunning | Senior Consultant | 11.8 | $206.91 | $2,441.59 |
| JDG | Jennifer Grageda | Consultant | 0.1 | $149.44 | $14.94 |
| MDO | Matthew Orr | Consultant | 1.3 | $200.86 | $261.12 |
| MPE | Mario Perez | Clerk | 0.1 | $53.85 | $5.38 |
| MVZ | Michael Valadez | Consultant | 1.5 | $200.86 | $301.29 |
| SEB | Senayt Berhe | Consultant | 0.2 | $149.44 | $29.88 |
| SEW | Scott Ewing | Senior Consultant | 0.4 | $206.91 | $82.76 |
| SYU | Susan Yu | Senior Consultant | 2.3 | $206.91 | $475.90 |
| TPE | Thomas Peterson | Consultant | 0.1 | $200.86 | $20.09 |
| VTM | Vien Marquez | Senior Managing Consultant | 0.9 | $209.40 | $188.46 |
| | | | | | |
| | **TOTALS** | | **21.8** | | **$4,407.79** |

**Exhibit B**
**Summary of Expenses by Category**

| Category | Amount |
|---|---|
| First Class Mail | $96.58 |
| Printing and Mailing Expenses | $339.80 |
| Sales and Use Tax | $14.63 |
|  |  |
| **TOTAL** | **$451.01** |

**<u>Exhibit C</u>**
**<u>Invoice</u>**



May 18, 2023

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period April 1, 2023 to April 30, 2023 in the amount of $4,858.80 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

Please note that KCC is moving to paperless delivery of our invoices, starting July 1, 2023.  To the extent you already receive this invoice via email, you do not need to do anything.  However, if you do not receive invoices by email, please provide the appropriate email address(es) to your case team contacts.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

sultants LLC

Evan Gershbein
EVP Restructuring


Enclosures



May 18, 2023

Copy Parties

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | May 18, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2492949 | Due Date | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $4,407.79 |
| *Total of Hourly Fees* | $4,407.79 |
| **Expenses** | |
| Expenses | $436.38 |
| *Total Expenses* | $436.38 |
| *Invoice Subtotal* | $4,844.17 |
| Sales and Use Tax | 14.63 |
| *Total Invoice* | **$4,858.80** |

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 70789FA | **Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_KCC2492949 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $4,858.80 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| **Amount Paid** | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

04/01/2023 - 04/30/2023

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| CET | Christopher Estes | CON | 1.30 | $203.28 | $264.26 |
| CHT | Cheryl Tracey | CON | 0.20 | $200.86 | $40.18 |
| CJC | Caitlin Corrie | CON | 0.30 | $125.24 | $37.56 |
| EAG | Esmeralda Aguayo | CON | 0.20 | $200.86 | $40.17 |
| EJG | Evan Gershbein | SMC | 0.50 | $231.53 | $115.76 |
| FRO | Francisco Rodriquez | CON | 0.10 | $155.49 | $15.55 |
| HEF | Heather Fellows | CON | 0.20 | $149.44 | $29.88 |
| IRJ | Ivan Rios Jimenez | CON | 0.30 | $143.39 | $43.02 |
| JBU | Joseph Bunning | SC | 11.80 | $206.91 | $2,441.59 |
| JDG | Jennifer Grageda | CON | 0.10 | $149.44 | $14.94 |
| MDO | Matthew Orr | CON | 1.30 | $200.86 | $261.12 |
| MPE | Mario Perez | CL | 0.10 | $53.85 | $5.38 |
| MVZ | Michael Valadez | CON | 1.50 | $200.86 | $301.29 |
| SEB | Senayt Berhe | CON | 0.20 | $149.44 | $29.88 |
| SEW | Scott Ewing | SC | 0.40 | $206.91 | $82.76 |
| SYU | Susan Yu | SC | 2.30 | $206.91 | $475.90 |
| TPE | Thomas Peterson | CON | 0.10 | $200.86 | $20.09 |
| VTM | Vien Marquez | SMC | 0.90 | $209.40 | $188.46 |
| | | | | ***Total*** | ***$4,407.79*** |

# Kurtzman Carson Consultants LLC

04/01/2023 - 04/30/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 4/3/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| 4/3/2023 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | **Total for 4/3/2023** | | **0.80** |
| 4/4/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.80 |
| 4/4/2023 | CHT | Respond to creditor inquiry regarding case update | CON | Communications / Call Center | 0.10 |
| 4/4/2023 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 4/4/2023 | SEW | Quality control review of certificate of service re Fee Statements [DNs 5520-5524] | SC | Noticing | 0.10 |
| 4/4/2023 | SYU | Electronically file Certificate of Service with the court | SC | Noticing | 0.10 |
| 4/4/2023 | SYU | Prepare Certificate of Service re Fee Statements [DNs 5520-5524] mailing | SC | Noticing | 0.50 |
| | | | **Total for 4/4/2023** | | **1.70** |
| 4/5/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| | | | **Total for 4/5/2023** | | **0.50** |
| 4/6/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| | | | **Total for 4/6/2023** | | **0.70** |
| 4/10/2023 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 4/10/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 1.00 |
| | | | **Total for 4/10/2023** | | **1.10** |
| 4/11/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.80 |
| | | | **Total for 4/11/2023** | | **0.80** |
| 4/12/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.80 |
| | | | **Total for 4/12/2023** | | **0.80** |
| 4/13/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.60 |
| 4/13/2023 | TPE | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 4/13/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| | | | **Total for 4/13/2023** | | **0.90** |
| 4/14/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |

## Kurtzman Carson Consultants LLC

04/01/2023 - 04/30/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | | Total for 4/14/2023 | 0.50 |
| 4/17/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| | | | | Total for 4/17/2023 | 0.50 |
| 4/18/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| | | | | Total for 4/18/2023 | 0.70 |
| 4/19/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.60 |
| 4/19/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 4/19/2023 | EAG | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| | | | | Total for 4/19/2023 | 1.10 |
| 4/20/2023 | EJG | Attention to Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 4/20/2023 | MPE | Assist with Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 4/20/2023 | MDO | Assist with Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 4/20/2023 | MDO | Correspond with Case team re mailing deadline | CON | Noticing | 0.30 |
| 4/20/2023 | IRJ | Assist with Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 4/20/2023 | FRO | Assist with Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing, including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 4/20/2023 | MVZ | Assist with Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.20 |
| 4/20/2023 | SEW | Quality control review of Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing | SC | Noticing | 0.20 |
| 4/20/2023 | VTM | Assist with Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.70 |
| 4/20/2023 | SYU | Correspond with counsel re service of Statement re Avrio Assets Bid Procedures Motion | SC | Noticing | 0.10 |
| 4/20/2023 | SYU | Coordinate and generate Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing, including preparing service lists, reviewing document, and performing quality checks | SC | Noticing | 0.60 |
| 4/20/2023 | SYU | Coordinate with production re service of Statement re Avrio Assets Bid Procedures Motion | SC | Noticing | 0.10 |
| 4/20/2023 | SYU | Update the Master Service List per undeliverable email notification | SC | Noticing | 0.20 |

## Kurtzman Carson Consultants LLC

04/01/2023 - 04/30/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | | *Total for 4/20/2023* | *5.00* |
| 4/21/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.90 |
| 4/21/2023 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 4/21/2023* | *1.00* |
| 4/24/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| 4/24/2023 | SEB | Manage and review tracking of undeliverable mail re Statement re Avrio Assets Bid Procedures Motion [DN 5555] | CON | Undeliverable Mail Processing | 0.10 |
| 4/24/2023 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 4/24/2023 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 4/24/2023 | CJC | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 4/24/2023* | *1.10* |
| 4/25/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.50 |
| 4/25/2023 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 4/25/2023 | CJC | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/25/2023 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Avrio Assets Bid Procedures Motion [DN 5555] | SMC | Noticing | 0.20 |
| | | | | *Total for 4/25/2023* | *1.10* |
| 4/26/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.70 |
| 4/26/2023 | SEW | Quality control review of certificate of service re Statement re Avrio Assets Bid Procedures Motion [DN 5555] | SC | Noticing | 0.10 |
| 4/26/2023 | SYU | Prepare Certificate of Service re Statement re Avrio Assets Bid Procedures Motion [DN 5555] mailing | SC | Noticing | 0.60 |
| 4/26/2023 | SYU | Electronically file Certificate of Service with the court | SC | Noticing | 0.10 |
| | | | | *Total for 4/26/2023* | *1.50* |
| 4/27/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.40 |
| 4/27/2023 | HEF | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 4/27/2023 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Avrio Assets Bid Procedures Motion [DN 5555] | CON | Noticing | 0.30 |
| | | | | *Total for 4/27/2023* | *0.80* |

## Kurtzman Carson Consultants LLC

04/01/2023 - 04/30/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 4/28/2023 | JBU | Respond to creditor inquiries regarding the Chapter 11 process; status of claims | SC | Communications / Call Center | 0.60 |
| 4/28/2023 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 4/28/2023* | *0.80* |
| 4/29/2023 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Avrio Assets Bid Procedures Motion [DN 5555] | CON | Noticing | 0.40 |
| | | | | *Total for 4/29/2023* | *0.40* |
| | | | | *Total Hours* | *21.80* |

## *Kurtzman Carson Consultants LLC*

04/01/2023 - 04/30/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $96.58 |
| Printing and Mailing Expenses (See Exhibit) | | | $339.80 |
| | | ***Total Expenses*** | ***$436.38*** |

## *Kurtzman Carson Consultants LLC*

04/01/2023 - 04/30/2023

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 4/20/2023 | Statement re Avrio Assets Bid Procedures Motion [DN 5555] | 1 | Email Service Setup to 196 Email Parties | $275.00 | $275.00 |
| | | 60 | First Class Mail | | |
| | | 480 | Image notice printing for 1 document, including Purdue DN 5555 - UCC Statement re Avrio Assets Bid Procedures Motion.pdf | $0.11 | $52.80 |
| | | 60 | Standard Envelopes | $0.20 | $12.00 |

*Total Printing and Mailing Expenses* — *$339.80*