**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| Debtors.[1] | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**.

- Notice of Filing of Final Assigned Contracts Schedule [Docket No. 5659]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: June 7, 2023

/s/ *Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 7, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 70217

## Exhibit A

Exhibit A

Notice Parties Service List

Served via Email

| ADRID | NAME | EMAIL |
|---|---|---|
| 3759700 | Emerson Healthcare, LLC | KELLY@KA-CG.COM |
| 4771497 | Lightspeed GMI Singapore PTE Limited | Akin.Karaca@kantar.com, ar.au@financeplusaustralia.com, john.comino@kantar.com |
| 3791849 | NCH MARKETING SERVICES INC | gandrews@nchmarketing.com |
| 9395794 | Pharmaceutical Research Associates, Inc. | kngalle@mintz.com |
| 3760152 | SUSAN B LEVY CONSULTING LLC | SUSAN@SUSANBLEVYCONSULTING.COM |
| 4065948 | The Topspin Group | AJUDSON@TOPSPINGROUP.COM |
| 3790575 | THE TOPSPIN GROUP | ajudson@topspingroup.com |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (SHL)