DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF ELEVENTH INTERIM FEE HEARING

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") with respect to the applications for allowance of interim compensation and reimbursement of expenses for the period January 1, 2023 (or the effective date of retention) through and including April 30, 2023 (the "**Interim Fee Applications**"), filed by certain professionals retained in the above-captioned chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), will be held before the Honorable Sean H. Lane of the United States Bankruptcy Court for the Southern District

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

of New York (the "**Bankruptcy Court**"), 300 Quarropas Street, White Plains, New York 10601, on **July 20, 2023 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), such Hearing shall be conducted **via Zoom for Government®** so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2] The Interim Fee Applications and the amounts requested therein are set forth as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| **Debtors' Professionals** | | | |
| Dechert LLP [ECF No. 5697] | Special Counsel | $597,299.40 | $898.87 |
| Arnold & Porter Kaye Scholer LLP [ECF No. 5691] | Special Counsel | $822,413.21 | $1,827.30 |
| King & Spalding LLP [ECF No. 5696] | Special Counsel | $169,668.33 | $0.00 |
| Davis Polk & Wardwell LLP [ECF No. 5698] | Debtors' Counsel | $4,342,473.00 | $48,391.94 |
| Jones Day [ECF No. 5711] | Special Counsel | $696,150.21 | $61,312.10 |
| Ernst & Young LLP [ECF No. 5683] | Accountant | $825,000.00 | $1,137.82 |
| AlixPartners, LLP [ECF No. 5727] | Financial Advisor | $1,800,512.00 | $235,927.80 |
| Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 5728] | Special Counsel | $4,065,905.67 | $0.00 |
| PJT Partners LP [ECF No. 5690] | Investment Banker | $900,000.00 | $3,978.13 |
| Grant Thornton LLP [ECF No. 5679][3] | Tax Consultants | $238,888.50 | $26,793.30 |

---

[2] A copy of General Order M-543 can be obtained by visiting https://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19.

[3] By its Interim Fee Application filed on June 9, 2023, Grant Thornton LLP also seeks approval and allowance of fees

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Reed Smith LLP [ECF No. 5695] | Special Insurance Counsel | $1,293,243.33 | $5,194.12 |
| **Official Committee of Unsecured Creditors' Professionals** | | | |
| Jefferies LLC [ECF No. 5724] | Investment Banker | $900,000.00 | $7,537.10 |
| Cole Schotz P.C. [ECF No. 5722] | Co-Counsel | $181,797.30 | $1,721.80 |
| Province, LLC [ECF No. 5723] | Financial Advisor | $892,393.90 | $1,838.00 |
| Akin Gump Strauss Hauer & Feld LLP [ECF No. 5721] | Official Committee of Unsecured Creditors' Counsel | $1,310,824.50 | $67,115.03 |
| Kurtzman Carson Consultants LLC [ECF No. 5725] | Information Agent | $21,407.21 | $3,315.90 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | |
| Brown Rudnick LLP [ECF No. 5700] | Co-Counsel | $36,784.50 | $553.90 |
| FTI Consulting, Inc. [ECF No. 5726] | Financial Advisor | $419,449.50 | $0.00 |
| Otterbourg P.C. [ECF No. 5713] | Co-Counsel | $26,348.50 | $0.00 |
| Gilbert LLP [ECF No. 5710] | Co-Counsel | $1,505,260.75 | $23,990.93 |
| Kramer Levin Naftalis & Frankel LLP [ECF No. 5709] | Co-Counsel | $516,880.00 | $14,158.90 |
| Houlihan Lokey Capital, Inc. [ECF No. 5712] | Investment Banker and Co-Financial Advisor | $800,000.00 | $0.00 |

---

and expenses paid to Grant Thornton LLP for tax-related services provided to the Debtors in the ordinary course of the Debtors' business which, through April 30, 2023, totals $225,357.40.

3

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| **Multi-State Governmental Entities Group** | | | |
| Caplin & Drysdale, Chartered [ECF Nos. 5729, 5730][4] | Counsel | $137,782.00 | $3,239.07 |
| **The Nine's Professionals** | | | |
| Kleinberg, Kaplan, Wolff & Cohen P.C. [ECF No. 5714] | Counsel to the State of Washington<br><br>Counsel at various times to the States of Connecticut, Delaware, Oregon, Rhode Island, Vermont and the District of Columbia | $205,652.77 | $114.53 |
| **Fee Examiner** | | | |
| Bielli & Klauder, LLC [ECF No. 5693] | Fee Examiner | $220,000.00 | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that the Interim Fee Applications were electronically filed with the Bankruptcy Court. Copies of the Interim Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to register their appearance by **4:00 p.m. (prevailing Eastern Time) the day before the Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

---

[4] By its Sixth Interim Fee Application filed on June 14, 2023 [ECF No. 5729], Caplin & Drysdale, Chartered seeks approval and allowance of fees in the amount of $54,978.00 and expenses in the amount of $1,895.83 for the period of October 1, 2022 through and including January 31, 2023. In addition, by its Seventh Interim Fee Application filed on June 14, 2023 [ECF No. 5730], Caplin & Drysdale, Chartered seeks approval and allowance of fees in the amount of $82,804.00 and expenses in the amount of $1,343.24 for the period of February 1, 2023 through and including May 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Interim Fee Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at https://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF No. 498], so as to be actually received no later than **July 13, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; *provided* that objecting parties shall attend the Hearing **via Zoom for Government®** so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Interim Fee Applications, the Debtors shall, on or after the Objection Deadline, submit to the Bankruptcy Court a proposed order granting the Interim Fee Applications, which order the Bankruptcy Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

Dated: June 15, 2023
       New York, New York

    DAVIS POLK & WARDWELL LLP

    By: */s/ Eli J. Vonnegut*

    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile:  (212) 701-5800
    Marshall S. Huebner
    Benjamin S. Kaminetzky
    Eli J. Vonnegut
    Christopher S. Robertson

    *Counsel to the Debtors and Debtors in Possession*