**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (SHL) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the appearances of Seth A. Meyer, J. Michael Connolly, and William S. Consovoy as counsel for the State of Arizona *ex rel.* Attorney General Kris Mayes ("State") in the above-captioned case are hereby withdrawn, and service of notices and papers upon them in this case should be discontinued. The State will continue to be represented by all other counsel of record.

PLEASE TAKE FURTHER NOTICE that Notices and pleadings given or filed in this case should continue to be given and served upon all other counsel who have appeared on behalf of the State.

Respectfully Submitted,

Date: June 16, 2023

By: */s/ Seth A. Meyer*

Seth A. Meyer
KELLER POSTMAN LLC
150 N. Riverside
Suite 4100
Chicago, Illinois 60606
Tel: 312-741-5220
sam@kellerpostman.com

1

J. Michael Connolly *(Pro Hac Vice)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard,
Suite 700
Arlington, Virginia 22209
Tel: 703.243.9423
mike@consovoymccarthy.com

William S. Consovoy *(Pro Hac Vice)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard,
Suite 700
Arlington, Virginia 22209
Tel: 703.243.9423
will@consovoymccarthy.com

*Attorneys for the State of Arizona ex rel.
Attorney General Kris Mayes*