LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**COMBINED FOURTH MONTHLY FEE STATEMENT OF
LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES INCURRED AS
SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM
SEPTEMBER 1, 2022 THROUGH APRIL 30, 2023**

| | |
|---|---|
| **Name of Applicant** | Latham & Watkins LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Date Order of Employment Signed | April 18, 2022 [Docket No. 4670] and June 20, 2023 [Docket No. 5736] |
|---|---|
| **Period for which compensation and reimbursement is sought** | September 1, 2022 to April 30, 2023 |
| **Summary of Total Fees and Expenses Requested** ||
| **Total compensation requested in this statement** | **$97,759.80 (80% of $122,199.75[2])** |
| **Total reimbursement requested in this statement** | **$0** |
| **Total compensation and reimbursement requested in this statement** | **$97,759.80** |
| **This is a(n):**   X  Monthly Application ___ Interim Application ___ Final Application ||

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel for the Debtors Effective as of January 13, 2022* [Docket No. 4670], the *Order Authorizing Debtors to Supplement Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors Effective as of April 14, 2023* [Docket No. 5736]*, and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), Latham & Watkins LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this combined fourth monthly fee statement of services rendered and expenses incurred for the period from September 1, 2022 through April 30, 2023 (the "**Fee Period**") seeking compensation in the amount of  $97,759.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with

---

[2]  This amount reflects a reduction in fees in the amount of  $13,577.75 on account of a 10% discount that L&W agreed to provide to the Debtors.

such services during the Fee Period (*i.e.*, $122,199.75).

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by L&W professionals and paraprofessionals during the Fee Period with respect to each of the project categories L&W established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, L&W incurred $122,199.75 in fees during the Fee Period.  Pursuant to this Fee Statement, L&W seeks reimbursement for 80% of such fees, totaling $97,759.80.

2.      Attached hereto as **Exhibit B** is a chart of the L&W professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,126.[3]  The blended hourly billing rate of all paraprofessionals is $455.[4]

3.      Attached hereto as **Exhibit C** are the time records of L&W for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.[5]

### Notice

4.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

---

[3]  The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $119,701.80 by the total hours of 106.3.

[4]  The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,775.50 by the total hours of 6.1.

[5]  L&W incurred no expenses during the Fee Period.

WHEREFORE, L&W, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of $97,759.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W incurred in connection with such services during the Fee Period (*i.e.*, $122,199.75).

LATHAM & WATKINS LLP

Dated:     June 21, 2023
           Los Angeles, California

By:   */s/ Ted A. Dillman*
      _____

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Gregory G. Garre (admitted *pro hac vice*)

– and –

355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Ted A. Dillman (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)

*Special Counsel to the Debtors
and Debtors in Possession*

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Third Party Release | 6.6 | $10,035.00 |
| Patent Litigation | 74.7 | $97,339.50 |
| Retention and Fee Application | 31.1 | $28,403.00 |
| **TOTAL** | | **$135,777.50** |
| **(Less 10% Discount)** | | **$13,577.75** |
| **GRAND TOTAL** | **112.4** | **$122,199.75** |

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Garre, Gregory | Partner; joined firm in 2009; admitted in District of Columbia 1994, admitted in Illinois 1991 | $1,850 | 6.1 | $11,285.00 |
|  |  | $1,720 | 1.5 | $2,580.00 |
| Brown, Daniel | Partner; joined firm in 2012; admitted in District of Columbia 2021, admitted in New York 1994, admitted in US Patent and Trademark Office 2003 | $1,690 | 22.5 | $38,025.00 |
| Kowalski, David | Associate; joined firm in 2009; admitted in California 2009 | $1,285 | 25.5 | $32,767.50 |
| Dameron, Charles | Associate; joined firm in 2018; admitted in District of Columbia 2017, admitted in Texas 2016 | $1,250 | .6 | $750.00 |
| Hansen, Shawn | Associate; joined firm in 2015; admitted in California 2015 | $1,250 | 3.9 | $4,875.00 |
|  |  | $1,165 | 5.7 | $6,640.50 |
| Konopka, Eric | Associate; joined firm in 2018; admitted in District of Columbia 2019, admitted in New York 2017 | $1,250 | 2.7 | $3,375.00 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; admitted in Illinois 2009, admitted in California 2019 | $980 | 1.4 | $1,372.00 |
|  |  | $910 | 14.0 | $12,740.00 |
| Siemers, Alexander | Associate; joined firm in 2022; admitted in District of Columbia 2022 | $830 | 22.4 | $18,592.00 |
| Tarrant, Christopher | Senior paralegal; joined the firm in 2022 | $455 | 6.1 | $2,775.50 |
| **TOTAL** |  |  |  | **$135,777.50** |
| **(Less 10% Discount)** |  |  |  | **$13,577.75** |
| **GRAND TOTAL** |  |  | **112.4** | **$122,199.75** |

---

[1] As disclosed in the *Supplemental Declaration of Gregory G. Garre in Support of Application of Debtors for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of January 13, 2022* [Docket No. 5299], L&W's standard billing rates were adjusted firm-wide on January 1, 2023 in the ordinary course of L&W's business and in keeping with L&W's established billing practices and procedures. Accordingly, the professionals listed in this chart who provided services to the Debtors in both 2022 and 2023 have two hourly billing rates listed.

**<u>Exhibit C</u>**

**Detailed Time Records**

Exhibit C - 1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

May 31, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20220003218

Please identify your payment with the following:

Invoice No. 2300305947
Matter Number 059646-0003

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

**ACH/WIRE TRANSFERS IN USD:**   **CHECKS:**
REDACTED

For professional services rendered through April 30, 2023

**Re:    Third Party Release**

| | |
|---|---|
| Fees | $ 10,035.00 |
| Monthly Discount | (1,003.50) |
| **Total Due** | **$ 9,031.50** |



**LATHAM&WATKINS**LLP

Invoice No. 2300305947
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/07/22 | GGG | 1.50 | Meeting with co-counsel team regarding issues attendant to case (0.5); call with J. Bucholtz regarding same (0.5); review materials and email correspondence with team regarding same (0.5) |
| 01/05/23 | GGG | .80 | Meeting with co-counsel team regarding issues attendant to case |
| 01/08/23 | EJK | 2.40 | Draft outline of appeal issues |
| 01/10/23 | CSD | .30 | Revise outline of various appeal issues |
| 01/11/23 | GGG | 1.00 | Review and revise outline related to appeal issues |
| 01/11/23 | CSD | .30 | Revise outline of appeal issues |
| 01/11/23 | EJK | .30 | Revise draft outline of appeal issues |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G G Garre | 1.80 | Hrs. @ | $ 1,850.00/hr. | $ 3,330.00 |
| G G Garre | 1.50 | Hrs. @ | $ 1,720.00/hr. | $ 2,580.00 |
| C S Dameron | .60 | Hrs. @ | $ 1,250.00/hr. | $ 750.00 |
| E J Konopka | 2.70 | Hrs. @ | $ 1,250.00/hr. | $ 3,375.00 |
| | 6.60 | | | $ 10,035.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305947 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

May 31, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

Please identify your payment with the following:

Invoice No. 2300305948
Matter Number 059646-0007

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

ACH/WIRE TRANSFERS IN USD:    CHECKS:

REDACTED

For professional services rendered through April 30, 2023

**Re:**     **Patent Litigation**

| | |
|---|---|
| Fees | $ 97,339.50 |
| Monthly Discount | (9,733.95) |
| **Total Due** | **$ 87,605.55** |

**LATHAM & WATKINS** LLP

Invoice No. 2300305948
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/14/23 | DGB | 3.50 | Telephone conference with G. Garre regarding new matter (0.3); review J. Andrews decision (0.5); draft analysis of potential appellate issues for client call (2.2); organize appeal analysis (0.5) |
| 04/14/23 | GGG | .30 | Email correspondence with team regarding issues attendant to appeal |
| 04/15/23 | DGB | .80 | Telephone conference with client and Jones Day, P. Hendler regarding appeal strategy |
| 04/15/23 | GGG | 1.00 | Call with M. Kesselman, B. Koch, and D. Brown regarding issues attendant to appeal |
| 04/16/23 | DGB | 1.80 | Telephone conference with client regarding appeal strategy (0.3); revise letter to court (0.8); continue to prepare analysis of issues for appeal (0.7) |
| 04/16/23 | GGG | .30 | Call with M. Kesselman, B. Koch, and D. Brown regarding issues attendant to appeal |
| 04/17/23 | DGB | 2.60 | Review and revise letter to court (0.4); correspondence with Jones Day and team regarding case strategy (0.8); telephone conference with D. Kowalski regarding review of record to prepare for appeal (0.7); correspondence with client and Jones day regarding letter to court (0.7) |
| 04/17/23 | GGG | .30 | Email correspondence with team regarding issues attendant to case |
| 04/17/23 | DFK | 2.30 | Teleconference with D. Brown regarding appeal strategy (0.7); review and analyze trial record and related documents in connection with appeal analysis (1.4); email correspondence with team regarding appeal strategy issues (0.2) |
| 04/18/23 | DGB | 2.10 | Prepare for and participate in telephone conference with team regarding motion for judgment and request for notice (0.8); review of post-trial briefs in view of potential issues for appeal (0.6); continue analysis of appeal issues (0.4); correspondence with client regarding request from creditors for briefing on appeal status and strategy (0.3) |
| 04/18/23 | GGG | .30 | Review joint letter to judge (0.2); email correspondence with team regarding same (0.1) |
| 04/18/23 | DFK | 3.20 | Review and analyze trial record and related documents in connection with analysis of appeal arguments (2.7); research and analyze case law in connection with same (0.5) |
| 04/19/23 | DGB | .50 | Telephone conference with M. Kesselman regarding appeal strategy (0.4); call with G. Garre regarding same (0.1) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305948 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300305948
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/19/23 | GGG | .30 | Call with D. Brown regarding issues attendant to case (0.1); call with A. Siemers regarding same (0.2) |
| 04/19/23 | DFK | 2.90 | Review and analyze trial record, asserted patents, post-trial briefing and related documents in connection with appeal analysis (2.2); research and analyze case law in connection with same (0.7) |
| 04/19/23 | AGS | .60 | Attend telephone conference with G. Garre regarding case status and assignment (0.2); review district court opinion (0.4) |
| 04/20/23 | DGB | 3.10 | Telephone conference with client to prepare for committee call (0.8); telephone conference with committee regarding appeal status and strategy (1.0); telephone conference with A. Siemers regarding legal research to develop issues for appeal (0.4); review and edit correspondence to court regarding notice provisions (0.9) |
| 04/20/23 | DFK | 3.90 | Prepare analysis of potential appeal arguments (1.2); review trial record, patents, briefing and related documents in connection with same (1.5); email correspondence with team regarding appeal issues (0.2); research and analyze case law regarding appeal issues (1.0) |
| 04/20/23 | AGS | 5.50 | Review district court opinion (0.4); attend telephone conference with D. Brown regarding potential issues for appeal (0.4); research case law on appellate issues (4.7) |
| 04/21/23 | DGB | .40 | Review final draft letter to Court |
| 04/21/23 | GGG | .50 | Review district court decision |
| 04/21/23 | DFK | 2.10 | Work on analysis of potential appeal arguments (0.5); review trial record, patents and related documents in connection with same (1.6) |
| 04/21/23 | AGS | 3.40 | Research Federal Circuit case law on issues related to appeal |
| 04/24/23 | DFK | 2.60 | Continue to prepare analysis of potential appeal arguments (1.3); review trial record and related documents in connection with same (1.3) |
| 04/24/23 | AGS | 5.20 | Research case law on issues related to appeal (3.2); review post-trial briefing in district court (2.0) |
| 04/25/23 | DGB | .90 | Telephone conference with G. Garre regarding case status and strategy (0.3); review draft reply letter (0.6) |
| 04/25/23 | GGG | .30 | Call with D. Brown regarding issues attendant to appeal |
| 04/25/23 | DFK | 2.30 | Analyze appeal arguments (1.0); review trial record, patents |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305948 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300305948
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | and related documents in connection with same (1.3) |
| 04/25/23 | AGS | 4.50 | Continue to research case law related to appeal |
| 04/26/23 | DGB | 3.60 | Review and revise reply letter to court (0.7); prepare for and participate in board of directors telephone conference (1.0); follow-up call with team regarding case strategy (0.6); telephone conference with client regarding strategy in view of Judge Andrews order regarding notice (0.5); assign research regarding Federal Circuit jurisdiction (0.4); analyze strategy in view of Judge Andrews decision regarding notice (0.2); correspondence with G. Garre and appeal team regarding same (0.2) |
| 04/26/23 | GGG | 1.00 | Meeting with board of directors regarding issues attendant to litigation |
| 04/26/23 | DFK | 1.20 | Email correspondence with team regarding appeal issues (0.2); analyze appeal arguments regarding certain patent issues (0.5); review trial record and related documents in connection with same (0.5) |
| 04/26/23 | AGS | 1.80 | Research case law involving standard for injunctions pending appeal |
| 04/27/23 | DGB | .60 | Meet with J. Manthei regarding Oxycontin matter |
| 04/27/23 | DFK | 2.80 | Analyze appeal arguments (1.0); email correspondence with team regarding appeal issues (0.2) review trial record and related documents in connection with same (1.6) |
| 04/28/23 | DGB | 2.60 | Continue review of district court record to develop arguments and strategy for appeal |
| 04/28/23 | DFK | 2.20 | Review and analyze trial record and related documents in connection with analysis of appeal issues (1.7); research and analyze case law regarding obviousness in connection with same (0.5) |
| 04/28/23 | AGS | 1.40 | Research case law on related to appeal issues |

**Attorney:**

| | | | | |
|---|---|---|---|---|
| G G Garre | 4.30 | Hrs. @ | $ 1,850.00/hr. | $ 7,955.00 |
| D G Brown | 22.50 | Hrs. @ | $ 1,690.00/hr. | $ 38,025.00 |
| D F Kowalski | 25.50 | Hrs. @ | $ 1,285.00/hr. | $ 32,767.50 |
| A G Siemers | 22.40 | Hrs. @ | $ 830.00/hr. | $ 18,592.00 |
| | 74.70 | | | $ 97,339.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305948 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

May 31, 2023

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
Attn: Marc Kesselman

E-Billing Vendor: Collaborati
E-Billing Accountant: Chua Jr., Jose L
Client-Internal Matter #: 20190002705

| Please identify your payment with the following: |
| --- |
| Invoice No. 2300305946 |
| Matter Number 059646-0004 |
| Tax Identification No.: 95-2018373 |

**Remittance Instructions**

ACH/WIRE TRANSFERS IN USD:    CHECKS:

REDACTED

For professional services rendered through April 30, 2023

**Re:**      **Retention and Fee Application**

| | |
| --- | --- |
| Fees | $ 28,403.00 |
| Monthly Discount | (2,840.30) |
| **Total Due** | **$ 25,562.70** |

**LATHAM&WATKINS**LLP

Invoice No. 2300305946
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/14/22 | CMT | 3.10 | Prepare draft of third combined monthly fee statement (1.7); prepare draft of second interim fee application (1.4) |
| 09/14/22 | ACD | .40 | Review LW invoices for privilege and confidentiality (0.3); correspond with LW team regarding same (0.1) |
| 09/15/22 | SPH | .60 | Review invoices for privilege and confidentiality (0.4); correspondence with T. Dillman and A. Davis regarding same (0.2) |
| 09/15/22 | CMT | 1.60 | Review and revise third combined monthly fee statement (0.6); review and revise second interim fee application (1.0) |
| 09/16/22 | SPH | .20 | Correspondence with G. Garre regarding fee application matters |
| 09/16/22 | ACD | .30 | Correspond with LW team regarding LW fee application matters |
| 09/20/22 | ACD | .70 | Review LW invoices for privilege and confidentiality (0.4); correspond with C. Wright regarding same (0.1); correspond with T. Dillman and S. Hansen regarding same and LW fee application (0.2) |
| 09/21/22 | ACD | .30 | Correspond with LW team regarding next monthly fee statement and interim fee application |
| 09/26/22 | CMT | 1.40 | Review and revise third combined monthly fee statement |
| 09/27/22 | ACD | 1.20 | Revise and edit LW third monthly fee statement (1.0); correspond with LW team regarding same (0.2) |
| 09/30/22 | SPH | .60 | Review LW third monthly fee statement (0.5); correspondence with A. Davis regarding same (0.1) |
| 09/30/22 | ACD | .30 | Correspond internally regarding LW fee application matters (0.1); correspond with S. Hansen regarding LW third monthly fee statement (0.1); review and edit same based on comments from S. Hansen (0.1) |
| 10/05/22 | ACD | .60 | Correspond with LW team regarding third monthly fee statement (0.2); edit same (0.2); correspond with C. Tarrant regarding LW second interim fee application (0.2) |
| 10/07/22 | ACD | 2.00 | Draft and revise LW second interim fee application (1.8); correspond with C. Tarrant regarding same (0.1); send same to T. Dillman and S. Hansen for review (0.1) |
| 10/10/22 | ACD | .20 | Correspond with G. Garre regarding LW third monthly fee statement (0.1); correspond with C. Wright regarding LW fourth monthly fee statement (0.1) |
| 10/11/22 | SPH | .80 | Review fee application materials (0.7); correspondence with |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305946 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM & WATKINS** LLP

Invoice No. 2300305946
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | A. Davis regarding same (0.1) |
| 10/11/22 | ACD | .60 | Correspond with G. Garre regarding client comment on LW third monthly fee statement (0.1); revise LW third monthly fee statement accordingly (0.1); correspond with LW team regarding filing LW third monthly fee statement (0.1); correspond with T. Dillman and S. Hansen regarding LW second interim fee application (0.2); review S. Hansen's comments on same (0.1) |
| 10/12/22 | ACD | .50 | Finalize LW third monthly fee statement and prepare for filing (0.3); correspond with LW team regarding same and related matters (0.2) |
| 10/13/22 | SPH | .20 | Review and revise interim fee application |
| 10/13/22 | ACD | 1.10 | Revise and edit LW second interim fee application based on comments from T. Dillman and S. Hansen (0.9); correspond with T. Dillman and S. Hansen regarding same (0.1); correspond with G. Garre regarding same (0.1) |
| 10/14/22 | ACD | .30 | Send LEDES files to fee examiner (0.1); correspond with G. Garre regarding LW second interim fee application (0.2) |
| 10/16/22 | ACD | .40 | Finalize LW second interim fee application and prepare for filing |
| 10/17/22 | SPH | .20 | Correspondence with A. Davis regarding interim fee application |
| 10/17/22 | ACD | .20 | Correspond with LW team regarding filing of LW second interim fee application and related matters |
| 10/28/22 | ACD | .30 | Correspond with LW team regarding LW third monthly fee statement (0.1); correspond with client regarding same (0.2) |
| 11/07/22 | ACD | .20 | Correspond with LW team regarding next LW fee statement |
| 11/08/22 | SPH | .40 | Telephone conference with G. Garre, T. Dillman and A. Davis regarding fee examiner report |
| 11/08/22 | ACD | .80 | Review initial fee examiner report and correspond with LW team regarding same (0.3); prepare for and participate in call with LW team regarding same (0.5) |
| 11/10/22 | SPH | 1.00 | Prepare for (0.3) and attend telephone conference with fee examiner regarding interim fee applications (0.3); discuss same with A. Davis (0.2); correspondence with fee examiner regarding same (0.2) |
| 11/10/22 | ACD | .40 | Participate in call with S. Hansen and D. Klauder regarding fee examiner's initial report (0.3); call and correspond with S. Hansen regarding same (0.1) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305946 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM & WATKINS** LLP

Invoice No. 2300305946
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/14/22 | SPH | .20 | Correspondence with C. Tarrant regarding hearing (0.1); correspondence with G. Garre regarding same (0.1) |
| 11/14/22 | ACD | .20 | Correspond with LW team regarding hearing on interim fee application (0.1); review agenda for same (0.1) |
| 11/16/22 | SPH | .70 | Attend portion of fee hearing (0.5); prepare for same (0.2) |
| 11/28/22 | ACD | .20 | Review order approving interim fee applications and correspond internally regarding same |
| 11/29/22 | SPH | .30 | Correspondence with A. Davis regarding supplemental retention declaration (0.2); review correspondence regarding same (0.1) |
| 11/30/22 | ACD | .30 | Review information previously sent by LW conflicts team (0.1); correspond with LW conflicts team regarding supplemental retention declaration (0.2) |
| 12/05/22 | ACD | .20 | Correspond with LW team regarding matters related to LW fee statements |
| 12/09/22 | SPH | .20 | Correspondence with A. Davis regarding fee application materials |
| 12/11/22 | ACD | .30 | Review interim compensation order (0.2); correspond with S. Hansen regarding next steps and timing for LW fee statements/applications (0.1) |
| 12/12/22 | ACD | .50 | Review interim compensation order and correspond with S. Hansen regarding same (0.3); correspond with G. Garre regarding LW fee statements and related matters (0.2) |
| 12/13/22 | ACD | .70 | Prepare supplemental Garre declaration regarding notice of rate increase (0.4); search for and review precedent related to same (0.1); review LW retention order with respect to same (0.1); send same to T. Dillman and S. Hansen for review (0.1) |
| 12/14/22 | SPH | .30 | Review notice of rate increase (0.2); correspondence with A. Davis regarding same (0.1) |
| 12/14/22 | ACD | .30 | Edit supplemental Garre declaration based on edits from S. Hansen (0.2); correspond with LW team regarding same (0.1) |
| 12/15/22 | ACD | .30 | Correspond with LW team regarding supplemental Garre declaration and filing of same (0.2); prepare supplemental Garre declaration for filing (0.1) |
| 12/19/22 | ACD | .20 | Correspond internally regarding second supplemental Garre declaration and conflicts check related to same |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305946 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

LATHAM & WATKINS LLP

Invoice No. 2300305946
May 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/09/23 | SPH | .50 | Review interim compensation order (0.3); correspondence with A. Davis regarding same (0.1); correspondence with DPW regarding same (0.1) |
| 01/09/23 | ACD | .30 | Review LW December invoices for privilege and confidentiality (0.1); correspond with S. Hansen regarding same and next steps for LW fee applications (0.2) |
| 02/06/23 | ACD | .20 | Correspond with T. Dillman and S. Hansen regarding LW fee application matters |
| 04/17/23 | SPH | .70 | Correspondence with G. Garre regarding retention items (0.4); correspondence with A. Davis and T. Dillman regarding same (0.2); correspondence with DPW regarding same (0.1) |
| 04/18/23 | SPH | 1.00 | Telephone conference with DPW regarding supplemental retention (0.3); review materials regarding same (0.3); review parties in interest list (0.2); correspondence with A. Davis regarding same (0.2) |
| 04/18/23 | ACD | .50 | Review correspondence regarding expanded scope of LW retention and related supplement to LW retention application (0.2); correspond with LW team and LW conflicts regarding updated parties in interest list and briefly review same (0.3) |
| 04/19/23 | SPH | .60 | Correspondence with T. Dillman regarding supplemental retention (0.3); prepare for (0.1) and discuss same with A. Davis (0.2) |
| 04/19/23 | ACD | .20 | Call with S. Hansen regarding supplemental retention application |
| 04/24/23 | SPH | .50 | Review and analyze precedent for supplemental retention application |
| 04/26/23 | SPH | .20 | Correspondence with G. Garre regarding retention items |
| 04/29/23 | SPH | .40 | Correspondence with A. Davis regarding supplemental retention |
| 04/30/23 | ACD | .20 | Review parties in interest list circulated by DPW and correspond with S. Hansen regarding same |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305946 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS** LLP

Invoice No. 2300305946
May 31, 2023

**Attorney:**

| | | | |
|---|---|---|---|
| S P Hansen | 3.90 | Hrs. @ | $ 1,250.00/hr. | $ 4,875.00 |
| S P Hansen | 5.70 | Hrs. @ | $ 1,165.00/hr. | $ 6,640.50 |
| | 9.60 | | | $ 11,515.50 |

**Other:**

| | | | |
|---|---|---|---|
| C M Tarrant | 6.10 | Hrs. @ | $ 455.00/hr. | $ 2,775.50 |
| A C Davis | 1.40 | Hrs. @ | $ 980.00/hr. | $ 1,372.00 |
| A C Davis | 14.00 | Hrs. @ | $ 910.00/hr. | $ 12,740.00 |
| | 21.50 | | | $ 16,887.50 |

**GRAND TOTAL:**    **31.10**         **$ 28,403.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300305946 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6