**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**FORTY-FIFTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | May 1, 2023 through May 31, 2023 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $127,441.77[2] |
| Less 20% Holdback | $25,488.35 |
| Total Reimbursement Requested | $512.00 |
| Total Compensation and Reimbursement Requested in this Statement | $102,465.42 |

**This is a(n):**    $\underline{X}$ Monthly Application    ___  Interim Application    ___  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023 through May 31, 2023* (this "**Fee Statement**").[3] By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $22,489.73 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from May 1, 2023, through and including May 31, 2023, is referred to herein as the "**Fee Period.**"

$101,953.42 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $127,441.77) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $127,441.77 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $101,953.42.

2.      Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,003.69.[4]  The blended hourly billing rate of all paraprofessionals is $351.12.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $512.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $101,953.42, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $127,441.77) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

June 23, 2023                                        Respectfully submitted,


By:   /s/ Rory Greiss
      **ARNOLD & PORTER KAYE SCHOLER LLP**
      Rory Greiss
      250 West 55th Street
      New York, New York 10019
      rory.greiss@arnoldporter.com

      **-AND-**

      Rosa J. Evergreen
      601 Massachusetts Ave, NW
      Washington, DC 2001-3743
      rosa.evergreen@arnoldporter.com

      ***Special Counsel to the Debtors***

**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Project ATP | 4.50 | $4,262.75 |
| Retention and Fee Applications | 10.30 | $6,403.05 |
| Government Contracts | 1.10 | $888.25 |
| Project Falcon | 14.70 | $11,208.10 |
| Project Sequoia | 85.70 | $89,599.35 |
| Accord Healthcare Inc. Appeal | 1.60 | $1,550.40 |
| Transactions | 13.30 | $13,529.87 |
| **Total[1]** | **131.20** | **$127,441.77** |

[1]  This amount reflects a reduction in fees in the amount of $22,489.73 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,200.00 | 1.40 | $1,680.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,500.00 | 1.10 | $1,650.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,230.00 | 85.70 | $105,411.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,320.00 | 14.80 | $19,536.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,140.00 | 2.40 | $2,736.00 |
| Krantz, Alexa D. | Associate | 2021 | 755.00 | 2.90 | $2,189.50 |
| Pettit, Thomas A. | Associate | 2017 | 950.00 | 1.10 | $1,045.00 |
| Sullivan, Sam | Associate | 2020 | 830.00 | 12.80 | $10,624.00 |
| Zausner, Ethan | Associate | 2017 | 950.00 | 2.50 | $2,375.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 6.00 | $2,610.00 |
| Champagne, Louis | Docket Clerk | | 150.00 | 0.50 | $75.00 |
| **Total** | | | | **131.20** | **$149,931.50** |
| Less 15% Discount | | | | | ($22,489.73) |
| **Discounted Total** | | | | | **$127,441.77** |
| Less 20% Holdback | | | | | ($25,488.35) |
| **Total Amount Requested Herein** | | | | | **$101,953.42** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: No Access Storage | $512.00 |
| **Total Expenses** | **$512.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

June 16, 2023
Invoice # 30157948
EIN 53-0208605

**Client/Matter # 1049218.00135**

Project ATP

20190002247

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2023** | $ | **5,015.00** |
| Discount: | | -752.25 |
| **Fee Total** | | **4,262.75** |
| **Total Amount Due** | $ | **4,262.75** |

**Wire Transfer Instructions:**

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 (ACH and wires) |
| | Swift Code: | WFBIUS6S |
| **Or Remit To:** | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 719451 |
| | | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2023                                                                          Invoice # 30157948

**(1049218.00135)**
**Project ATP**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/30/23 | 1.60 | Correspondence with Purdue team and E. Rothman re: supply agreement assignment (.4); review supply agreement draft (.5); discuss assignment with E. Zausner and E. Rothman (.7). |
| Ethan Zausner | 05/30/23 | 1.30 | Review supply agreement (.6); correspondence with R. Greiss and E. Rothman re same (.7). |
| Rory Greiss | 05/31/23 | 0.40 | Correspondence with E. Zausner and E. Rothman re: revising supply agreement. |
| Ethan Zausner | 05/31/23 | 1.20 | Draft supply agreement. |
| **Total Hours** | | **4.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.00 | 1,320.00 | 2,640.00 |
| Ethan Zausner | 2.50 | 950.00 | 2,375.00 |
| **TOTAL** | **4.50** | | **5,015.00** |

**Total Current Amount Due**                                                    **$4,262.75**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

June 16, 2023
Invoice # 30157951
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2023** | $ | 7,533.00 |
| Discount: | | -1,129.95 |
| **Fee Total** | | 6,403.05 |
| **Total Amount Due** | $ | **6,403.05** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2023

Invoice # 30157951

**(1049218.00148)**
**greRetention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rosa J. Evergreen | 05/01/23 | 0.30 | Correspond with D. Reddix re filing final fee application (.1); call with R. Greiss re retention (.2). |
| Darrell B. Reddix | 05/01/23 | 0.60 | Finalize March monthly report (.4); file and serve same (.2). |
| Rory Greiss | 05/02/23 | 1.10 | Review April statement. |
| Darrell B. Reddix | 05/02/23 | 1.70 | Draft April monthly fee report. |
| Rory Greiss | 05/03/23 | 0.40 | Correspond withe D. Reddix re: April statement. |
| Rosa J. Evergreen | 05/03/23 | 0.30 | Review monthly statement (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 05/03/23 | 0.30 | Draft April monthly fee report. |
| Rosa J. Evergreen | 05/04/23 | 0.40 | Review correspondence from K. Fine re retained professionals (.2); correspond with R. Greiss re same (.2). |
| Darrell B. Reddix | 05/04/23 | 0.30 | Draft April monthly fee report. |
| Rory Greiss | 05/30/23 | 0.50 | Review, comment on April monthly statement for filing with bankruptcy court. |
| Rosa J. Evergreen | 05/30/23 | 0.30 | Review monthly statement (.1); correspond with D. Reddix re same (.1); review A. Schwartz correspondence re interim application (.1). |
| Darrell B. Reddix | 05/30/23 | 3.10 | Draft April Monthly Fee statement (2.1); correspond with R. Greiss and R. Evergreen re same (.2); Finalize monthly fee statement (.5); file and serve same (.3). |
| Louis Champagne | 05/30/23 | 0.50 | Review and file document electronically with the USBC - SDNY Court. |
| Rory Greiss | 05/31/23 | 0.40 | Correspondence with R. Evergreen re: retention. |
| Rosa J. Evergreen | 05/31/23 | 0.10 | Correspond with R. Greiss re retention. |
| **Total Hours** | | **10.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.40 | 1,200.00 | 1,680.00 |
| Rory Greiss | 2.40 | 1,320.00 | 3,168.00 |
| Louis Champagne | 0.50 | 150.00 | 75.00 |
| Darrell B. Reddix | 6.00 | 435.00 | 2,610.00 |
| **TOTAL** | **10.30** | | **7,533.00** |

**Total Current Amount Due**                                            **$6,403.05**

# Arnold&Porter

**Purdue Pharma L.P.**                                                      June 16, 2023
**Attn: Roxana Aleali**                                           Invoice # 30157950
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through May 31, 2023** | **1,045.00** |
| Discount: | -156.75 |
| **Fee Total** | **888.25** |
| **Total Amount Due**                          $ | **888.25** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 719451
                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2023                                                                 Invoice # 30157950

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Thomas A. Pettit | 05/08/23 | 0.20 | Attend weekly teleconference with Purdue team regarding government contracts issues. |
| Thomas A. Pettit | 05/15/23 | 0.40 | Attend weekly teleconference with Purdue team regarding government contracts issues. |
| Thomas A. Pettit | 05/22/23 | 0.50 | Attend weekly teleconference with Purdue team regarding government contracts issues. |
| **Total Hours** | | **1.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Associate** | | | |
| Thomas A. Pettit | 1.10 | 950.00 | 1,045.00 |
| **Subtotal:** | **1.10** | | **1,045.00** |
| **TOTAL** | **1.10** | | **1,045.00** |

**Total Current Amount Due**                                                 **$888.25**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                        June 16, 2023
**Attn: Rachel Kreppel**                                Invoice # 30157952
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

**For Legal Services Rendered through May 31, 2023**                    **13,186.00**

 Discount:                                                            -1,977.90

**Fee Total**                                                          **11,208.10**

**Disbursements Recorded through May 31, 2023**

    eData: No Access Storage            512.00

**Disbursements Total**                              $            **512.00**

**Total Amount Due**                                 $          **11,720.10**

**Wire Transfer Instructions:**

        Account Name:        Arnold & Porter Kaye Scholer LLP
        Bank Info:           Wells Fargo Bank NA
                             420 Montgomery Street
                             San Francisco, CA  94104
        Account Number:      4127865475
        ABA Number:          121000248 (ACH and wires)
        Swift Code:          WFBIUS6S

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                             P.O. Box 719451
                             Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2023                                                                    Invoice # 30157952

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 05/04/23 | 0.10 | Correspond with Purdue team re agency investigation status. |
| Sam Sullivan | 05/08/23 | 0.80 | Revise agency white paper. |
| Sam Sullivan | 05/09/23 | 0.10 | Revise agency white paper. |
| Deborah L. Feinstein | 05/12/23 | 0.10 | Emails with Purdue team re: response to agency. |
| Sam Sullivan | 05/12/23 | 1.60 | Revise agency white paper. |
| Deborah L. Feinstein | 05/15/23 | 0.30 | Call with Purdue team re agency questions. |
| Barbara H. Wootton | 05/15/23 | 0.30 | Telephone call with Purdue team and D. Feinstein re responding to additional agency questions. |
| Sam Sullivan | 05/15/23 | 0.10 | Revise agency white paper. |
| Deborah L. Feinstein | 05/16/23 | 0.70 | Call with Purdue team (.3); draft email re agency questions (.4). |
| Barbara H. Wootton | 05/16/23 | 0.30 | Telephone call with Purdue team and D. Feinstein re responding to additional agency questions. |
| Sam Sullivan | 05/16/23 | 0.70 | Revise agency white paper. |
| Sam Sullivan | 05/17/23 | 1.00 | Revise agency white paper. |
| Sam Sullivan | 05/19/23 | 1.70 | Revise agency white paper (1.4); correspond with counsel for related party in agency investigation (.3). |
| Sam Sullivan | 05/24/23 | 2.80 | Revise agency white paper (1.3); review previously produced documents and deposition notes to incorporate into agency white paper (1.5). |
| Sam Sullivan | 05/26/23 | 0.20 | Revise agency white paper. |
| Sam Sullivan | 05/30/23 | 3.60 | Revise agency white paper (2.5); review previously produced documents and deposition notes to incorporate into agency white paper (1.1). |
| Barbara H. Wootton | 05/31/23 | 0.10 | Correspond with Purdue team re status of agency investigation. |
| Sam Sullivan | 05/31/23 | 0.20 | Correspond with B. Wootton regarding meeting with counsel for related party. |

**Total Hours**                     **14.70**

June 16, 2023

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 1.10 | 1,500.00 | 1,650.00 |
| **Subtotal:** | **1.10** | | **1,650.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 0.80 | 1,140.00 | 912.00 |
| **Subtotal:** | **0.80** | | **912.00** |
| **Associate** | | | |
| Sam Sullivan | 12.80 | 830.00 | 10,624.00 |
| **Subtotal:** | **12.80** | | **10,624.00** |
| | | | |
| **TOTAL** | **14.70** | | **13,186.00** |

**Total Current Amount Due**                                                                 **$11,720.10**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

June 16, 2023
Invoice # 30157949
EIN 53-0208605

**Client/Matter # 1049218.00166**

Project Sequoia

20220003290

| | |
|---|---|
| **For Legal Services Rendered through May 31, 2023** | **105,411.00** |
| Discount: | -15,811.65 |
| **Fee Total** | **89,599.35** |
| **Total Amount Due** | $  **89,599.35** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**  Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2023                                                                    Invoice # 30157949

**(1049218.00166)**
**Project Sequoia**


**Legal Services**:


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 05/02/23 | 2.20 | Draft, revise Closing-related documents (1.1); correspond with client team regarding transfer of government programs participation issues (1.1). |
| Elizabeth F. Lindquist | 05/03/23 | 2.90 | Draft, revise Closing-related documents (1.9); telephone conference with client team regarding Closing matters (1.0). |
| Elizabeth F. Lindquist | 05/04/23 | 4.50 | Draft, revise Closing-related documents (3.9); correspond with client team regarding transfer of government programs participation issues (.6). |
| Elizabeth F. Lindquist | 05/08/23 | 1.10 | Attend government contracts status call (.8); correspond with client team regarding Closing matters (.3). |
| Elizabeth F. Lindquist | 05/09/23 | 1.80 | Draft, revise Closing-related documents (1.2); correspond with client team regarding transfer of government programs participation issues (.6). |
| Elizabeth F. Lindquist | 05/10/23 | 3.60 | Draft, revise Closing-related documents (1.5); correspond with client team regarding transfer of government programs participation issues (2.1). |
| Elizabeth F. Lindquist | 05/11/23 | 4.20 | Draft, revise Closing-related documents (1.9); correspond with client team regarding transfer of government programs participation issues (2.3). |
| Elizabeth F. Lindquist | 05/12/23 | 3.30 | Draft, revise Closing-related documents (2.7) correspond with client team regarding same (.6). |
| Elizabeth F. Lindquist | 05/13/23 | 0.70 | Correspond with client team regarding Closing matters. |
| Elizabeth F. Lindquist | 05/15/23 | 2.90 | Draft, revise Closing-related documents (2.5); correspond with client team regarding transfer of government programs participation issues (.4). |
| Elizabeth F. Lindquist | 05/16/23 | 3.70 | Draft, revise Closing-related documents (2.9); correspond with client team regarding transfer of government programs participation issues (.8). |
| Elizabeth F. Lindquist | 05/17/23 | 4.80 | Draft, revise Closing-related documents (1.9); correspond with Purchaser regarding transfer of government programs participation issues (.5); correspond with client team regarding transfer of government programs participation issues (.9); participate in telephone conference with client and VA Contracting Officer (1.5). |
| Elizabeth F. Lindquist | 05/18/23 | 4.50 | Draft, revise Closing-related documents (2.9); correspond with client team regarding transfer of government programs participation issues (1.6). |
| Elizabeth F. Lindquist | 05/19/23 | 4.70 | Draft, revise Closing-related documents (2.2); correspond with Purchaser regarding transfer of government programs participation issues (1.0); correspond with client team regarding transfer of government programs participation issues (1.5). |
| Elizabeth F. Lindquist | 05/20/23 | 0.60 | Correspond with client team regarding Closing issues. |
| Elizabeth F. Lindquist | 05/21/23 | 1.80 | Draft, revise Closing-related documents (.9); correspond with client team regarding transfer of government programs participation issues (.9). |

June 16, 2023                                                                        Invoice # 30157949

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Elizabeth F. Lindquist | 05/22/23 | 5.90 | Draft, revise Closing-related documents (3.9); correspond with Purchaser regarding transfer of government programs participation issues (.8); correspond with client team regarding transfer of government programs participation issues (1.2). |
| Elizabeth F. Lindquist | 05/23/23 | 3.90 | Draft, revise Closing-related documents (1.8); correspond with Purchaser regarding transfer of government programs participation issues (1.0); correspond with client team regarding transfer of government programs participation issues (1.1). |
| Elizabeth F. Lindquist | 05/24/23 | 6.80 | Draft, revise Closing-related documents (3.9); correspond with Purchaser regarding transfer of government programs participation issues (1.2); correspond with client team regarding transfer of government programs participation issues (1.7). |
| Elizabeth F. Lindquist | 05/25/23 | 4.40 | Draft, revise Closing-related documents (2.2); correspond with Purchaser regarding transfer of government programs participation issues (1.0); correspond with client team regarding transfer of government programs participation issues (1.2). |
| Elizabeth F. Lindquist | 05/26/23 | 3.90 | Draft, revise Closing-related documents (2.2); correspond with Purchaser regarding transfer of government programs participation issues (1.0); correspond with client team regarding transfer of government programs participation issues (.7). |
| Elizabeth F. Lindquist | 05/27/23 | 1.10 | Correspond with client team regarding Closing matters. |
| Elizabeth F. Lindquist | 05/29/23 | 1.40 | Correspond with Purchaser regarding Closing issues related to transfer of participation in government programs (.5); correspond with client team re same (.9). |
| Elizabeth F. Lindquist | 05/30/23 | 6.70 | Draft, revise Closing-related documents (1.9); correspond with Purchaser regarding transfer of government programs participation issues (1.0); correspond with client team regarding transfer of government programs participation issues (.9); prepare contract modification documents (1.4); attend telephone conference with Purchaser and client team regarding transfer of government programs participation (1.5). |
| Elizabeth F. Lindquist | 05/31/23 | 4.30 | Telephone conferences with Purchaser regarding government programs transition (.8); correspondence with client team re same (1.2); telephone conferences with client team re same (.9); review government program submissions (.9); draft government program submissions (.5). |

**Total Hours**                           **85.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 85.70 | 1,230.00 | 105,411.00 |
| **Subtotal:** | **85.70** | | **105,411.00** |
| **TOTAL** | **85.70** | | **105,411.00** |

**Total Current Amount Due**                                        **$89,599.35**

# Arnold&Porter

**Purdue Pharma L.P.**                                      June 16, 2023
**Attn: Rachel Kreppel**                               Invoice # 30157953
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00167**

Accord Healthcare Inc. Appeal

20230003334

**For Legal Services Rendered through May 31, 2023**                    **1,824.00**

 Discount:                                                              -273.60

**Fee Total**                                                          **1,550.40**

**Total Amount Due**                                    $              **1,550.40**

**Wire Transfer Instructions:**

|  |  |  |
|--|--|--|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 (ACH and wires) |
| | Swift Code: | WFBIUS6S |
| **Or Remit To:** | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 719451 |
| | | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2023                                                                Invoice # 30157953

**(1049218.00167)**
**Accord Healthcare Inc. Appeal**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 05/11/23 | 0.40 | Telephone call with Purdue team and D. Feinstein re antitrust analysis of questions re Accord appeal (.3); follow-up correspondence re same (.1). |
| Barbara H. Wootton | 05/12/23 | 1.20 | Analyze case law (.8); draft email summary analysis re antitrust analysis of questions raised re ANDA litigation (.4). |
| **Total Hours** | | **1.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Barbara H. Wootton | 1.60 | 1,140.00 | 1,824.00 |
| **Subtotal:** | **1.60** | | **1,824.00** |
| **TOTAL** | **1.60** | | **1,824.00** |

**Total Current Amount Due**                                               **$1,550.40**

# Arnold&Porter

Rhodes Pharmaceuticals L.P.                                June 16, 2023
**Attn: Roxana Aleali**                              Invoice # 30157954
**498 Washington St.**                                  EIN 53-0208605
**Coventry, RI  02816**

**Client/Matter # 1051218.00005**

Transactions

20220003292

| | |
|---|---|
| **For Legal Services Rendered through May 31, 2023** | **15,917.50** |
| Discount: | <u>-2,387.63</u> |
| **Fee Total** | **13,529.87** |
| **Total Amount Due** | $   <u>13,529.87</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                          Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 719451
                                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2023                                                                    Invoice # 30157954

**(1051218.00005)**
**Transactions**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 05/02/23 | 2.10 | Review revised draft of supply agreement prepared by A. Krantz (1.6); meet with A. Krantz to discuss comments to draft (.5). |
| Alexa D. Krantz | 05/02/23 | 2.80 | Revise supply agreement (2.3); meeting with R. Greiss to discuss supply agreement (.5). |
| Rory Greiss | 05/04/23 | 1.00 | Review correspondence re: issue with supplier (.3); review pertinent agreements (.4); correspondence with Rhodes team re: same (.3). |
| Rory Greiss | 05/11/23 | 1.80 | Review documents re: dispute with supplier (1.5); correspondence with Rhodes team re same (.3). |
| Alexa D. Krantz | 05/11/23 | 0.10 | E-mail Rhodes team with Word redline of supply agreement. |
| Rory Greiss | 05/12/23 | 1.40 | Correspondence with Rhodes team regarding dispute with supplier (.8); videoconference with Rhodes team and E. Ju to discuss issues involved in dispute (.6). |
| Rory Greiss | 05/17/23 | 2.10 | Revise supply agreement in accordance with discussions with Rhodes team. |
| Rory Greiss | 05/23/23 | 0.50 | Review correspondence from Rhodes team re: financial report for April in connection with sale transaction. |
| Rory Greiss | 05/30/23 | 1.50 | Correspondence with Rhodes team re: cancelled orders as a result of sale agreement (.5); review sale agreement (.6); further correspondence with Rhodes team re: issues (.4). |

**Total Hours**                                     **13.30**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Counsel** | | | | |
| Rory Greiss | | 10.40 | 1,320.00 | 13,728.00 |
| | **Subtotal:** | **10.40** | | **13,728.00** |
| **Associate** | | | | |
| Alexa D. Krantz | | 2.90 | 755.00 | 2,189.50 |
| | **Subtotal:** | **2.90** | | **2,189.50** |
| **TOTAL** | | **13.30** | | **15,917.50** |

**Total Current Amount Due**                                            $13,529.87