**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | * | Case No. 19-23649 |
| Debtors | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Sarah A. Zadrozny, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the State of Maryland in the above-referenced Chapter 11 cases and any related adversary proceedings.

I certify that I am a member in good standing of the bars of the State of Maryland and the U.S. District Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 26, 2023

Respectfully submitted,

/s/ *Sarah A. Zadrozny*
SARAH A. ZADROZNY
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6374
szadrozny@oag.state.md.us