UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | * | Case No. 19-23649 |
| Debtors | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Sarah A. Zadrozny to be admitted, *pro hac vice*, to represent the State of Maryland in the above-referenced Chapter 11 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Maryland and the U.S. District Court for the District of Maryland, it is hereby

**ORDERED**, that Sarah A. Zadrozny is admitted to practice, *pro hac vice*, in the above-referenced cases and any related adversary proceeding to represent the State of Maryland, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

_____     _____
Date                                Honorable Sean H. Lane
White Plains, New York              UNITED STATES BANKRUPTCY JUDGE