DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| **Debtors.**[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| **Plaintiffs**, | Adv. Pro. No. 19-08289 (SHL) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| **Defendants.** | |
| **PURDUE PHARMA L.P., PURDUE PHARMA INC., PURDUE PHARMA MANUFACTURING L.P., PURDUE PHARMACEUTICALS L.P., PURDUE TRANSDERMAL TECHNOLOGIES L.P., PURDUE PHARMACEUTICAL PRODUCTS L.P., PURDUE PHARMA OF PUERTO RICO, RHODES PHARMACEUTICALS L.P., RHODES TECHNOLOGIES, AND PURDUE PRODUCTS L.P.** | Adv. Case No. 21-07005 (SHL) |
| **Plaintiffs**, | |
| v. | |
| **AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY),** et al., | |
| **Defendants.** | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# AGENDA FOR JUNE 29, 2023 HEARING

| | |
|---|---|
| Time and Date of Hearing: | June 29, 2023 at 3:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 646-518-9805, Meeting ID 922 8229 2860, Passcode 290038. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. |

## I. MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:

1. *Extension Motion*. Motion to Extend the Preliminary Injunction filed by Debtors [ECF No. 421]

    Objection Deadline: June 23, 2023 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Limited Objection of Plaintiff Lac La Ronge Indian Band, Individually and on Behalf of all Other Similarly Situated Plaintiffs, to Debtors' Motion for Entry of a Proposed Thirty-Third Amended Order for Extension of the Preliminary Injunction [ECF No. 424]

    B. The Official Committee of Unsecured Creditors' Statement in Support of (1) Debtors' Motion to Extend the Preliminary Injunction and (2) Debtors' Reply to Plaintiff Lac La Ronge Indian Band's Limited Objection to Debtor's Motion for Entry of an Order Extending the Preliminary Injunction [ECF No. 428]

    Reply Deadline: June 27, 2023 at 12:00 p.m.

    Reply:

    A. Reply Memorandum in Further Support of Motion to Extend the Preliminary Injunction [ECF No. 427]

Related Documents:

A. Memorandum of Law in Support of Motion to Extend Preliminary Injunction [ECF No. 422]

B. Notice of Hearing Regarding Motion to Extend Preliminary Injunction [ECF No. 423]

Status: This matter is going forward on a contested basis.

II. **ADJOURNED MATTERS IN AN ADVERSARY PROCEEDING 21-07005:**

2. ***Stipulation and Letter.*** Letter filed by Paul E. Breene on behalf of Purdue Defendants seeking to adjourn discovery status conference [ECF No. 278]

Status: This matter has been adjourned to a date to be determined in September 2023.

Dated:   June 28, 2023
         New York, New York

                                    DAVIS POLK & WARDWELL LLP

                                    By:   /s/ Eli J. Vonnegut
                                              Eli J. Vonnegut

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Telephone: (212) 450-4000
                                    Facsimile:  (212) 701-5800
                                    Marshall S. Huebner
                                    Benjamin S. Kaminetzky
                                    Eli J. Vonnegut
                                    Christopher S. Robertson

                                    *Counsel to the Debtors*
                                    *and Debtors in Possession*