Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-SEVENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,**
**FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | May 1, 2023 through May 31, 2023 |
|---|---|
| **Summary of Total Fees and Expenses Requested** ||
| **Total compensation and reimbursement requested in this statement** | $44,000.00 (80% of $55,000.00) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **This is a(n):**   X  Monthly Application_____Interim Application_____Final Application |
|---|

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirty-Seventh Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023 through May 31, 2023* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

<h3 style="text-align:center">Itemization of Services Rendered and Disbursements Incurred</h3>

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from May 1, 2023 through and including May 31, 2023, is referred to herein as the "**Fee Period**".

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: June 30, 2023 | **BIELLI & KLAUDER LLC**<br><br>*/s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire (ID No. 5831474)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 642-8271<br>tbielli@bk-legal.com<br><br>*Counsel to Fee Examiner*<br>*David M. Klauder, Esquire* |

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Fee/Employment Applications- Retained Professionals | 27.60 |
| B110 – Case Administration | 1.30 |
| BK/Fee Examiner- Retention and Fee Applications | 0.80 |
| **Total** | **29.70** |

## Exhibit B

### Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $400.00 | 4.70 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $400.00 | 17.60 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 5.60 |
| Brooke Hoffmann | Paraprofessional; joined B&K in 2022 | $150.00 | 1.80 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---:|
| Monthly Fee for May 2023 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1456
**DATE** 05/31/2023
**DUE DATE** 05/31/2023
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - May 2023 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

**Exhibit D**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

June 29, 2023

Purdue Pharma, L.P.

**Invoice Number: 2776**
Invoice Period: 05-01-2023 - 05-31-2023

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-01-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 225.00 | 22.50 |
| | | Receipt of email correspondence from Legal Decoder re: published data; | | | |
| 05-02-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Call re: fee issue and emails with BK team | | | |
| 05-02-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Conference with Fee Examiner with respect to review of interim reports | | | |
| 05-02-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to PJT March fee statement | | | |
| 05-04-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Brown Rudnick amended March fee statement | | | |
| 05-04-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss schedule and next interim fee hearing with T. Bielli | | | |
| 05-04-2023 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Correspond with Debtors' counsel regarding next interim hearing date | | | |
| 05-07-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Begin review of Akin Gump 40th month data; develop training for new reviewer onboarding standards | | | |
| 05-09-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Akin Gump February fee statement | | | |
| 05-09-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Cole Schotz February fee statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-09-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Jefferies February fee statement | | | |
| 05-10-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review KCC February fee statement | | | |
| 05-10-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Call with DPW re: fee app review status | | | |
| 05-11-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Province February fee statement | | | |
| 05-12-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Download Notice of Scheduled Omnibus Hearing Dates and calendar applicable deadlines | | | |
| 05-12-2023 | Thomas Bielli | [ALL] Case Administration | 0.10 | 350.00 | 35.00 |
| | | Review notice with respect to hearing schedules | | | |
| 05-12-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review file with respect to Fee Hearing | | | |
| 05-13-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Dechert February fee statement | | | |
| 05-13-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to FTI March fee statement | | | |
| 05-14-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Davis Polk March fee statement | | | |
| 05-14-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review AlixPartners March fee statement | | | |
| 05-19-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to King & Spalding April fee statement | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Cornerstone's 22nd month data; Receipt of Grant Thornton's Eighteenth Monthly Fee Statement and corresponding fee data; Receipt of PJT's Thirty-Seventh Monthly Fee Statement; Review of Interim Compensation Order; Receipt of Jones Day's Thirty-Ninth Monthly Fee Statement; Receipt of Houlihan Lokey's 37th and 38th monthly fee statements; Receipt of Otterbourg's Fortieth Monthly Fee Statement; Receipt of Gilbert's Forty-First Monthly Fee Statement; Receipt of Kramer Levin's Forty-First Monthly Fee Statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Gilbert's 41st month data and review key; Receipt of Brown Rudnick's Forty-First Monthly Fee Statement; Receipt of Alix Partners' Forty-Second Monthly Fee Statement; Receipt of Kleinberg Kaplan's Fourteenth Monthly Fee Statement; Receipt of King & Spalding's Forty-Third Monthly Fee Statement and corresponding fee data; Receipt of E&Y's Sixteenth Monthly Fee Statement and corresponding fee data; Receipt of Reed Smith's Twelfth Monthly Fee Statement and corresponding fee data; Receipt of Grant Thornton's Nineteenth Monthly Fee Statement and corresponding data | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Arnold & Porter's Forty-Third Monthly Fee Statement and corresponding data; Receipt of PJT's Thirty-Eighth Monthly Fee Statement; Receipt of Brown Rudnick's Forty-Second Monthly Fee Statement; Email correspondence with B. Hoffmann re: reviews; Receipt of KCC's Thirty-Ninth Monthly Fee Statement; Receipt of Province's Forty-First Monthly Fee Statement; Receipt of Jefferies' Forty-First Monthly Fee Statement; Receipt of Cole Schotz's Thirty-Sixth Monthly Fee Statement; Receipt of Akin Gump's Forty-First Monthly Fee Statement | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt of Davis Polk's Forty-Third Monthly Fee Statement; Receipt of the UCC professionals' data from January and February | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt of Dechert's Forty-Second Monthly Fee Statement and corresponding data; Receipt of Alix Partners' Forty-Third Monthly Fee Statement; Receipt of Davis Polk's March data and email correspondence requesting February data; Receipt of FTI's Forty-Second Monthly Fee Statement; Receipt of King & Spalding's Forty-Fourth Monthly Fee Statement and corresponding data | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Email correspondence to J. Chi re: data sent for analysis; Email correspondence to L. Bonito requesting Alix Partners' outstanding data; Email correspondence to L. Yanicke requesting Brown Rudnick's outstanding data; Email correspondence to E. Kurtz requesting FTI's outstanding data; Email correspondence to Jones Day requesting outstanding data; Email correspondence to Kleinberg Kaplan requesting outstanding data; Email correspondence to C. Gange requesting Kramer Levin's outstanding data; Email correspondence to PJT Partners requesting outstanding data | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt of FTI's 42nd month data; Receipt of Davis Polk's 42nd month data; Receipt of PJT's data from January - March; Receipt of Kleinberg Kaplan's 14th month data | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Review of Jefferies' 39th and 40th month data | | | |
| 05-20-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Begin review of PJT Partners' 36-38 month data | | | |
| 05-20-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Correspondence and conference with team with respect to data | | | |
| 05-20-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review correspondence to/from DPW with respect to data | | | |
| 05-20-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond to/from William Fry regarding Fee data | | | |
| 05-21-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Complete review of PJT's 36-38 month fee statements | | | |
| 05-22-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 150.00 | 120.00 |
| | | Prepare April Monthly Fee Statement for BK | | | |
| 05-22-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to BK April Monthly fee Statement; correspond with Fee Examiner regarding same | | | |
| 05-22-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss fee review and fee examiner fees incurred and going forward | | | |
| 05-22-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Kleinberg, Kaplan, Wolff & Cohen's Fee App | | | |
| 05-22-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review monthly fee apps | | | |
| 05-24-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Kramer Levin March fee statement | | | |
| 05-24-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Kleinberg April fee statement | | | |
| 05-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Data re Gilbert's March and April Data | | | |
| 05-26-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 8.50 | 350.00 | 2,975.00 |
| | | Attention to Dechert Fee Statement | | | |
| 05-27-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review E&Y April fee statement | | | |
| 05-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Kramer Levin April fee statement | | | |
| 05-28-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review Gilbert March and April fee statements | | | |
| 05-29-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Brown Rudnick April fee statement | | | |
| 05-30-2023 | Brooke Hoffmann | B110 - Case Administration | 0.30 | 150.00 | 45.00 |
| | | Pull 40th and 43rd data for Davis Polk and set up for review | | | |
| 05-30-2023 | Brooke Hoffmann | B110 - Case Administration | 0.30 | 150.00 | 45.00 |
| | | Pull 38th and 39th data for KCC and begin review | | | |
| 05-30-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Pull data for 40th and 41st months for Province and set up review | | | |
| 05-30-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review emails from debtor's counsel re: interim fee hearing | | | |
| 05-31-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Arnold & Porter April fee statement | | | |
| 05-31-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Reed Smith April fee statement | | | |
| 05-31-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Davis Polk April fee statement | | | |