KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (SHL) |
| Debtors. | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO
THE STATE OF WASHINGTON FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MAY 1, 2023 THROUGH MAY 31, 2023**

Page **1**

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | May 1, 2023 through May 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $63,978.50 |
| **Current Fee Request** | $51,182.80 (80% of $63,978.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $10.40 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $51,193.20 |
| **Total Fees and Expenses Inclusive of Holdback** | $63,988.90 |
| **This is a(n):**  X  Monthly Application      ___Interim Application      ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Sixteenth Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2023 through and including May 31, 2023 (the "Statement Period").

Page **2**

12449381.2 - 06/30/23

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $63,978.50 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $51,182.80.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $10.40 in connection with providing professional services prior to and during the Statement Period.

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: June 30, 2023

        Respectfully submitted,

        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By: */s/ Matthew J. Gold*
     Matthew J. Gold
     Robert M. Tuchman

     500 Fifth Avenue
     New York, New York 10110
     Tel: (212) 986-6000
     Fax: (212) 986-8866
     E-mail: mgold@kkwc.com
             rtuchman@kkwc.com

     *Attorneys for the State of Washington*

## **CERTIFICATE OF SERVICE**

I, Ellie Taylor, hereby certify that, on June 30, 2023 I caused true and correct copies of the foregoing document to be served by email upon those names below:

- Jon Lowne, Perdue Pharma: jon.lowne@pharma.com
- Christopher Robertson, Davis Polk & Wardwell LLP: Christopher.robertson@davidpolk.com
- Dylan Consla, Davis Polk & Wardwell LLP: dylan.consla@davispolk.com
- Sara Lynne Brauner, Akin Gump Strauss Hauer & Feld LLP: sbrauner@akingump.com
- Arik Preis, Akin Gump Strauss Hauer & Feld LLP: apreis@akingump.com
- Daniel Brogan, Bayard, P.A.: dbrogan@bayardlaw.com
- Paul Schwartzberg, Office of the United States Trustee for the Southern District of New York: paul.schwartzberg@usdoj.gov

*/s/ Ellie Taylor*
Ellie Taylor

# EXHIBIT A

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
## COMMENCING May 1, 2023 THROUGH MAY 31, 2023

### Summary of Fees Task Code

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 50.10 | $60,806.00 |
| 005 Fee Applications | 6.30 | $3,172.50 |
| **Total** | **56.4** | **$63,978.50** |
|  |  |  |
| 20% Fee Holdback |  | **$12,795.70** |
| 80% of Fees |  | **$51,182.80** |
| Plus Expenses |  | **$10.40** |
| Requested Amount |  | **$51,193.20** |

12449381.2 - 06/30/23

**EXHIBIT B**

**SERVICES RENDERED BY**

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

**COMMENCING MAY 1, 2023 THROUGH MAY 31, 2023**

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983 Bankruptcy | $1,250 | 38.1 | $47,625.00 |
| Robert L. Berman | Partner 1978 Securities and Corporate Finance | $1,280 | 9.3 | $11,904.00 |
| Steven R. Popofsky | Partner 1983 Litigation & Risk Management | $960 | 1.5 | $1,440.00 |
| Robert Tuchman | Senior Counsel 2012 Litigation & Risk Management | $845 | 2.3 | $1,943.50 |
| Caroline James | Paralegal Corporate Funds | $205 | 4.8 | $984.00 |
| Ellie Taylor | Paralegal Litigation & Risk Management | $205 | 0.4 | $82.00 |
| **Total Fees Requested** | | | | **$63,978.50** |

# **EXHIBIT C**

## **ACTUAL AND NECESSARY COSTS INCURRED BY**

## **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

## **COMMENCING MAY 1, 2023 THROUGH MAY 31, 2023**

| EXPENSE | AMOUNT |
|---|---|
| Pacer Service Center Fees | $10.40 |
| **Total Expenses** | **$10.40** |

## EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoices)**

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: June 28, 2023 |
| SAAG Administrator | Invoice Number: 120345 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:   State of Washington
Matter:   Purdue Pharma - SWV# SWV0257876-00

*For professional services rendered through May 31, 2023*

Currency: USD

| | |
|---|---:|
| Fees | 60,806.00 |
| Costs | 2.00 |
| **Total Amount Due** | **$60,808.00** |

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>Citibank N.A.<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | June 28, 2023 |
| Matter: Purdue Pharma | | | Invoice Number: | | 120345 |
| | | | Matter Number: | | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | Matthew J. Gold | Conferring with I. Goldman regarding case status; exchanging emails with E. Vonnegut and I. Goldman regarding transcript | 0.90 | 1,250.00 | 1,125.00 |
| 05/02/2023 | Matthew J. Gold | Exchanging emails with J. Rupert regarding Supreme Court decisions; preparing outline regarding same | 1.80 | 1,250.00 | 2,250.00 |
| 05/03/2023 | Matthew J. Gold | Reviewing motions regarding employee benefits; preparing email to J. Rupert regarding same | 0.80 | 1,250.00 | 1,000.00 |
| 05/03/2023 | Robert Berman | Conferring regarding status | 0.10 | 1,280.00 | 128.00 |
| 05/05/2023 | Matthew J. Gold | Reviewing plan and Sackler settlement | 0.90 | 1,250.00 | 1,125.00 |
| 05/05/2023 | Caroline James | Working in connection with notice email | 0.30 | 205.00 | 61.50 |
| 05/08/2023 | Matthew J. Gold | Reviewing plan provisions; preparing summary regarding same | 2.90 | 1,250.00 | 3,625.00 |
| 05/09/2023 | Matthew J. Gold | Reviewing plan provisions; revising summary and revising charts regarding same | 3.20 | 1,250.00 | 4,000.00 |
| 05/10/2023 | Matthew J. Gold | Reviewing plan provisions; revising summary regarding same; exchanging emails with I. Goldman regarding same | 1.40 | 1,250.00 | 1,750.00 |
| 05/11/2023 | Matthew J. Gold | Conferring with I. Goldman regarding sale of property; revising outline of options | 2.60 | 1,250.00 | 3,250.00 |
| 05/12/2023 | Matthew J. Gold | Reviewing plan provisions; revising summary regarding same | 0.60 | 1,250.00 | 750.00 |
| 05/12/2023 | Ellie Taylor | Coordinating hearing registration | 0.40 | 205.00 | 82.00 |
| 05/12/2023 | Robert Berman | Conferring regarding status and next steps | 0.40 | 1,280.00 | 512.00 |
| 05/15/2023 | Matthew J. Gold | Revising summary regarding plan provisions and distribution chart | 2.80 | 1,250.00 | 3,500.00 |
| 05/15/2023 | Robert Berman | Reviewing article regarding status of third party releases | 0.70 | 1,280.00 | 896.00 |

| | | | Invoice Date: | | June 28, 2023 |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Number: | | 120345 |
| Matter: Purdue Pharma | | | Matter Number: | | 7263-0001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/2023 | Matthew J. Gold | Reviewing notice regarding auction; preparing summary email to J. Rupert regarding same | 0.30 | 1,250.00 | 375.00 |
| 05/17/2023 | Matthew J. Gold | Conferring regarding case status | 0.10 | 1,250.00 | 125.00 |
| 05/17/2023 | Robert Berman | Conferring regarding status and next steps | 0.40 | 1,280.00 | 512.00 |
| 05/18/2023 | Matthew J. Gold | Conferring with I. Goldman regarding proceeds of sale of property and plan provisions; revising summary regarding same | 2.80 | 1,250.00 | 3,500.00 |
| 05/19/2023 | Matthew J. Gold | Revising outline regarding proceeds of sale of property and plan provisions | 1.40 | 1,250.00 | 1,750.00 |
| 05/22/2023 | Matthew J. Gold | Reviewing hearing agendas and creditor committee's statement regarding proposed sale and proposed order, exchanging emails with I. Goldman regarding same; exchanging emails regarding status; revising outline regarding strategy | 3.40 | 1,250.00 | 4,250.00 |
| 05/22/2023 | Robert Berman | Reviewing court filing regarding sale of assets; conferring regarding sale and effect on the States | 1.10 | 1,280.00 | 1,408.00 |
| 05/23/2023 | Matthew J. Gold | Participating in omnibus hearing; preparing outline regarding same; conferring regarding same; preparing email to J. Rupert regarding same | 3.40 | 1,250.00 | 4,250.00 |
| 05/23/2023 | Robert Berman | Conferring regarding status and court filings regarding asset sale by Purdue | 0.60 | 1,280.00 | 768.00 |
| 05/24/2023 | Matthew J. Gold | Reviewing and circulating article regarding hearing on sale of property; revising outline regarding plan provisions | 1.60 | 1,250.00 | 2,000.00 |
| 05/25/2023 | Matthew J. Gold | Preparing outline for status report; conferring with J. Rupert regarding status | 1.70 | 1,250.00 | 2,125.00 |

Client: State of Washington  
Matter: Purdue Pharma  

Invoice Date: June 28, 2023  
Invoice Number: 120345  
Matter Number: 7263-0001  

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/2023 | Matthew J. Gold | Exchanging emails regarding Second Circuit decision; reviewing same; preparing emails to I. Goldman and J. Rupert regarding same | 2.40 | 1,250.00 | 3,000.00 |
| 05/30/2023 | Steven R. Popofsky | Reviewing decision, concurrence and e-mails | 1.40 | 960.00 | 1,344.00 |
| 05/30/2023 | Robert Tuchman | Reviewing, conferring about and circulating comments on Second Circuit decision | 1.10 | 845.00 | 929.50 |
| 05/30/2023 | Robert Berman | Email from I. Goldman; reviewing 2nd circuit decision; conferring regarding decision; reviewing emails from state attorney general offices; conferring regarding call to discuss decision and next steps | 3.50 | 1,280.00 | 4,480.00 |
| 05/31/2023 | Matthew J. Gold | Exchanging emails with I. Goldman regarding Second Circuit decision; participating in conference call with States regarding same | 1.30 | 1,250.00 | 1,625.00 |
| 05/31/2023 | Steven R. Popofsky | Responding to e-mail | 0.10 | 960.00 | 96.00 |
| 05/31/2023 | Robert Tuchman | Preparing for and participating in call with state representatives | 1.20 | 845.00 | 1,014.00 |
| 05/31/2023 | Robert Berman | Conferring regarding 2nd Circuit decision and call with the states; conference call with the states; reviewing third party analysis regarding the 2nd circuit decision | 2.50 | 1,280.00 | 3,200.00 |
| **Total** | | | **50.10** | | **$60,806.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Caroline James | 0.30 | 205.00 | 61.50 |
| Ellie Taylor | 0.40 | 205.00 | 82.00 |
| Matthew J. Gold | 36.30 | 1,250.00 | 45,375.00 |
| Robert Berman | 9.30 | 1,280.00 | 11,904.00 |
| Robert Tuchman | 2.30 | 845.00 | 1,943.50 |
| Steven R. Popofsky | 1.50 | 960.00 | 1,440.00 |
| **Total** | **50.10** | | **$60,806.00** |

| | | | |
|---|---|---|---|
| Client: State of Washington | | Invoice Date: | June 28, 2023 |
| Matter: Purdue Pharma | | Invoice Number: | 120345 |
| | | Matter Number: | 7263-0001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/03/2023 | Pacer Service Center - Inv#3974096-Q12023-4/4/23 1/1/23-3/31/23-1st Qtr 2023 | 1.00 | 2.00 |
| **Total** | | | **$2.00** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Invoice Date: June 28, 2023
Invoice Number: 120345
Matter Number: 7263-0001

**REMITTANCE COPY**

**Purdue Pharma - SWV# SWV0257876-00**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|

Current Invoice

| 06/28/2023 | 120345 | $60,808.00 |

| **Balance Due** | | $60,808.00 |

| **Please Remit to:** | *Mail To:*<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | *Wire Instructions:*<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

Kleinberg Kaplan Wolff & Cohen P.C.<br>
500 Fifth Avenue<br>
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: June 28, 2023 |
| SAAG Administrator | Invoice Number: 120342 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0005 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:   State of Washington
Matter:   Fee applications - SWV# SWV0257876-00

*For professional services rendered through May 31, 2023*

Currency: USD

| | |
|---|---:|
| Fees | 3,172.50 |
| Costs | 8.40 |
| **Total Due This Invoice** | **$3,180.90** |

| Please Remit to: | **Mail To:**<br>*Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>*Citibank N.A.*<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| | | |
|---|---|---|
| Client: State of Washington | Invoice Date: | June 28, 2023 |
| Matter: Fee applications | Invoice Number: | 120342 |
| | Matter Number: | 7263-0005 |

## Time Detail

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/2023 | Matthew J. Gold | Reviewing time records for reimbursement application | 0.40 | 1,250.00 | 500.00 |
| 05/18/2023 | Caroline James | Preparing Fifteenth Monthly Fee Statement | 3.50 | 205.00 | 717.50 |
| 05/19/2023 | Matthew J. Gold | Reviewing draft monthly statement; exchanging emails regarding same | 1.20 | 1,250.00 | 1,500.00 |
| 05/22/2023 | Matthew J. Gold | Conferring regarding monthly statement | 0.20 | 1,250.00 | 250.00 |
| 05/22/2023 | Caroline James | Finalizing, filing, and serving Fifteenth Monthly Fee Statement | 1.00 | 205.00 | 205.00 |
| **Total** | | | **6.30** | | **$3,172.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Caroline James | 4.50 | 205.00 | 922.50 |
| Matthew J. Gold | 1.80 | 1,250.00 | 2,250.00 |
| **Total** | **6.30** | | **$3,172.50** |

## Cost Detail

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/03/2023 | Pacer Service Center - Inv#3974096-Q12023-4/4/23 1/1/23-3/31/23-1st Qtr 2023 | 1.00 | 8.40 |
| **Total** | | | **$8.40** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington<br>SAAG Administrator<br>Email: SAAG@atg.wa.gov<br>cc: Washington State Attorney General's Office<br>Complex Litigation Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | Invoice Date: June 28, 2023<br>Invoice Number: 120342<br>Matter Number: 7263-0005 |

**REMITTANCE COPY**

**Fee applications - SWV# SWV0257876-00**

| Invoice Date | Invoice Number | Invoice Total | Payments | Balance Due |
|---|---|---|---|---|

Current Invoice

| | | | | |
|---|---|---|---|---|
| 06/28/2023 | 120342 | | | $3,180.90 |

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>Citibank N.A.<br>ABA Number: 021000089<br>Swift Code: CITIUS33 (International)<br>Account # 9987286692<br>**(Please Reference Invoice Number)** |
|---|---|---|

**PACER SERVICE CENTER**
**Invoice#3974096-Q12023**
**Invoice Date 4/4/2023  - 1/1/23-3/31/23**

**Pacer 1st Qtr 2023 - 1/1/23 - 3/31/23**

| Login | Court | Date | Client Code | Pages | Cost | Total |
|---|---|---|---|---|---|---|
| matthewgoldesq Matthew Gold (3016028) | NYSBK | 01/04/2023 | 7263-0001 | 15 | $1.50 | |
| matthewgoldesq Matthew Gold (3016028) | NYSDC | 01/04/2023 | 7263-0001 | 5 | $0.50 | $2.00 |
| matthewgoldesq Matthew Gold (3016028) | NYSBK | 01/31/2023 | 7263-0005 | 15 | $1.50 | |
| matthewgoldesq Matthew Gold (3016028) | NYSBK | 02/13/2023 | 7263-0005 | 30 | $3.00 | |
| matthewgoldesq Matthew Gold (3016028) | NYSBK | 02/15/2023 | 7263-0005 | 2 | $0.20 | |
| matthewgoldesq Matthew Gold (3016028) | NYSBK | 02/28/2023 | 7263-0005 | 20 | $2.00 | |
| matthewgoldesq Matthew Gold (3016028) | NYSBK | 03/30/2023 | 7263-0005 | 17 | $1.70 | $8.40 |