**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF FORTY-THIRD MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | May 1, 2023 Through May 31, 2023 |
| **Amount of Compensation Requested (after 13% discount):** | $227,656.02[2] |
| **Less 20% Holdback** | $45,531.20 |
| **Net of Holdback**: | $182,124.82 |
| **Amount of Expense Reimbursement Requested:** | $94,627.50 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $276,752.32 |
| **This is a** | X  Monthly ____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] In addition to the 13% discount, Jones Day has agreed to charge the Debtors further reduced billing rates for certain timekeepers in 2023. This reduction is not reflected in the 13% discount.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[3] Jones Day hereby submits this forty-third monthly fee statement (the "Forty-Third Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from May 1, 2023 through May 31, 2023 (the "Forty-Third Monthly Fee Period"). By this Forty-Third Monthly Fee Statement, and after taking into account certain voluntary discounts,[4] Jones Day seeks payment in the amount of $276,752.32 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Forty-Third Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Forty-Third Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[3]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[4]    The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $34,017.57 for the Forty-Third Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2023, Jones Day is using 2022 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

hourly billing rate of Jones Day timekeepers during the Forty-Third Monthly Fee Period is approximately $877.63.[5]

2.       Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Forty-Third Monthly Fee Period.

3.       Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Forty-Third Monthly Fee Period.

4.       Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Forty-Third Monthly Fee Period.[6]

### NOTICE AND OBJECTION PROCEDURES

5.       Notice of this Forty-Third Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[5]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Forty-Third Monthly Fee Period.

[6]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.        Objections to this Forty-Third Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary (nyeary@jonesday.com) no later than July 19, 2023 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.        If no objections to this Forty-Third Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Forty-Third Monthly Fee Statement.

8.        To the extent that an objection to this Forty-Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Forty-Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Forty-Third Monthly Fee Statement

has been made to this or any other court.

Dated: July 5, 2023                                    _/s/  Nathan Yeary_____
      New York, NY                              JONES DAY
                                                      John J. Normile
                                                      Nathan Yeary
                                                      250 Vesey Street
                                                      New York, NY 10281
                                                      Telephone:      (212) 326-3939
                                                      Facsimile:      (212) 755-7306
                                                      Email:            jjnormile@jonesday.com
                                                                               nyeary@jonesday.com

                                                     *Special Counsel to the Debtors and*
                                                     *Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**MAY 1, 2023 – MAY 31, 2023**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,286.25 | $1,119.04 | 2.1 | $2,349.98 |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 9.4 | $8,586.90 |
| Gasper J. LaRosa | 2002 | $1,260.00 | $1,096.20 | 3.0 | $3,288.60 |
| Christopher M. Morrison | 2002 | $1,155.00 | $1,004.85 | 0.5 | $502.42 |
| John J. Normile | 1989 | $1,417.50 | $1,233.23 | 73.6 | $90,765.36 |
| Jennifer L. Swize | 2005 | $1,233.75 | $1,073.36 | 7.1 | $7,620.87 |
| **TOTAL PARTNER:** | | | | **95.7** | **$113,114.14** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 0.8 | $504.60 |
| Kevin V. McCarthy | 2016 | $880.00 | $765.60 | 57.8 | $44,251.68 |
| Adam M. Nicolais | 2017 | $803.00 | $698.61 | 96.1 | $67,136.42 |
| Nathan Yeary | 2021 | $525.00 | $456.75 | 0.6 | $274.05 |
| **TOTAL ASSOCIATE:** | | | | **155.3** | **$112,166.75** |
| **LEGAL SUPPORT** | | | | | |
| Bonnie Zhu | N/A | $325.00 | $282.75 | 8.4 | $2,375.10 |
| **TOTAL LEGAL SUPPORT:** | | | | **8.4** | **$2,375.10** |
| **TOTAL:** | | | | **259.4** | **$227,656.02** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2023 – MAY 31, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Confidential Matter I | 1.9 | $1,052.50 |
| Confidential Matter II | 24.0 | $23,029.25 |
| Accord Healthcare Inc. Appeal | 31.7 | $32,451.12 |
| Collegium Pharmaceuticals | 19.4 | $22,369.50 |
| Collegium 961 PGR | 0.2 | $246.75 |
| Accord Healthcare Inc. | 168.9 | $167,432.22 |
| Retention Matters | 13.3 | $15,092.25 |
| **TOTAL** | **259.4** | **$261,673.59** |
| **13% DISCOUNT** | | **$34,017.57** |
| **TOTAL FEES** | | **$227,656.02** |

## EXHIBIT C

**EXPENSE SUMMARY**
**MAY 1, 2023 – MAY 31, 2023**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $93,127.50 |
| Hosting Charges | $1,500.00 |
| **TOTAL** | $94,627.50 |

## EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 30, 2023                                             305158.000002
                                                     Invoice: 230905005

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | |
|---|---|---:|
| ███████████████████████████ | USD | 1,052.50 |
| Less 13% Fee Discount | | (136.83) |
| Total Billed Fees | USD | 915.67 |
| **TOTAL** | **USD** | **915.67** |

**JONES DAY**

305158.000002



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 30, 2023

305158.000003
Invoice: 230905006

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | |
|---|---|---:|
| ███████████████████ | USD | 23,029.25 |
| Less 13% Discount | | (2,993.80) |
| Total Billed Fees | USD | 20,035.45 |
| **TOTAL** | **USD** | **20,035.45** |

**JONES DAY**



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

June 30, 2023                                                                   305158.000005
Invoice: 230905007

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. Appeal | USD | 32,451.12 |
| Less 13% Discount | | (4,218.65) |
| Total Billed Fees | USD | 28,232.47 |
| **TOTAL** | **USD** | **28,232.47** |



# JONES DAY

305158.000005

Accord Healthcare Inc. Appeal

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 9.10 | 1,417.50 | 12,925.25 |
| J L Swize | 2.60 | 1,233.75 | 3,207.77 |
| Associate |  |  |  |
| J R Boule | 0.80 | 725.00 | 580.00 |
| K McCarthy | 4.50 | 880.00 | 3,960.00 |
| A M Nicolais | 14.70 | 803.00 | 11,945.10 |
| **Total** | **31.70** | **USD** | **32,618.12** |

# JONES DAY

305158.000005

Accord Healthcare Inc. Appeal

Page: 3
June 30, 2023
Invoice: 230905007

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/02/23 | A M Nicolais | 1.20 |
| 05/02/23 | J J Normile | 0.80 |
| 05/02/23 | J L Swize | 1.70 |
| 05/03/23 | J R Boule | 0.40 |
| 05/05/23 | K McCarthy | 1.00 |
| 05/05/23 | J L Swize | 0.10 |
| 05/06/23 | K McCarthy | 2.00 |
| 05/07/23 | J R Boule | 0.40 |
| 05/08/23 | K McCarthy | 1.50 |
| 05/08/23 | A M Nicolais | 3.00 |
| 05/08/23 | J J Normile | 1.50 |
| 05/08/23 | J L Swize | 0.40 |
| 05/09/23 | J L Swize | 0.20 |
| 05/10/23 | A M Nicolais | 2.60 |
| 05/12/23 | J J Normile | 1.00 |
| 05/17/23 | A M Nicolais | 3.20 |

# JONES DAY

Accord Healthcare Inc. Appeal

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/17/23 | J J Normile | 1.00 |
| 05/18/23 | J J Normile | 1.80 |
| 05/18/23 | J L Swize | 0.20 |
| 05/22/23 | J J Normile | 1.00 |
| 05/23/23 | J J Normile | 0.50 |
| 05/24/23 | A M Nicolais | 4.70 |
| 05/29/23 | J J Normile | 1.50 |
| | **Total** | **31.70** |



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
(212) 326-3939
Federal Identification Number: 34-0319085

June 30, 2023

305158.610005
Invoice: 230905008

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 22,369.50 |
| Less 13% Discount | | (2,908.04) |
| Total Billed Fees | USD | 19,461.46 |
| **TOTAL** | **USD** | **19,461.46** |



# JONES DAY

305158.610005

Page: 2
June 30, 2023
Invoice: 230905008

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| C M Morrison | 0.50 | 1,155.00 | 577.50 |
| J J Normile | 9.60 | 1,417.50 | 13,608.00 |
| Associate |  |  |  |
| K McCarthy | 9.30 | 880.00 | 8,184.00 |
| **Total** | **19.40** | **USD** | **22,369.50** |

**JONES DAY**

305158.610005

Page: 3
June 30, 2023
Invoice: 230905008

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/01/23 | K McCarthy | 2.30 |
| 05/02/23 | J J Normile | 1.50 |

Prepare for and participate in meet and confer with J. Holdreith

| 05/03/23 | J J Normile | 1.00 |
| 05/05/23 | J J Normile | 1.30 |
| 05/10/23 | K McCarthy | 1.50 |
| 05/10/23 | J J Normile | 1.50 |
| 05/11/23 | K McCarthy | 2.00 |
| 05/11/23 | J J Normile | 1.50 |
| 05/12/23 | K McCarthy | 0.50 |
| 05/12/23 | C M Morrison | 0.50 |

Review and file motion to stay and communicate with clerk regarding same.

| 05/12/23 | J J Normile | 1.00 |
| 05/15/23 | J J Normile | 1.00 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 230905008



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/18/23 | K McCarthy | 1.50 |
| 05/18/23 | J J Normile | 0.80 |
| 05/19/23 | K McCarthy | 1.50 |
| | **Total** | **19.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 30, 2023

305158.610013
Invoice: 230905009

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |



# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 05/04/23 | J J Normile | NYC | 1,500.00 | |
| **Hosting Charges Subtotal** | | | | **1,500.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 30, 2023                                                   305158.610022
                                                                Invoice: 230905010

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 246.75 |
| Less 13% Discount | | (32.08) |
| Total Billed Fees | USD | 214.67 |
| **TOTAL** | **USD** | **214.67** |



# JONES DAY

305158.610022

Collegium 961 PGR

Page: 2
June 30, 2023
Invoice: 230905010

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| J L Swize | 0.20 | 1,233.75 | 246.75 |
| **Total** | **0.20** | **USD** | **246.75** |

# JONES DAY

305158.610022

Page: 3
June 30, 2023
Invoice: 230905010

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/19/23 | J L Swize | 0.20 |



| | | |
|---|---|---|
| **Total** | | **0.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 30, 2023

305158.610028
Invoice: 230905011

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | | |
|---|---|---|---:|
| Accord Healthcare Inc. | | USD | 167,432.22 |
| Less 13% Discount | | | (21,766.19) |
| Total Billed Fees | | USD | 145,666.03 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Consultants and Agents Fees | 93,127.50 | | |
| | | USD | 93,127.50 |
| **TOTAL** | | **USD** | **238,793.53** |



**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 2
June 30, 2023
Invoice: 230905011

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 2.10 | 1,286.25 | 2,701.13 |
| G J Larosa | 3.00 | 1,260.00 | 3,780.00 |
| J J Normile | 40.10 | 1,417.50 | 56,841.75 |
| J L Swize | 4.30 | 1,233.75 | 5,305.14 |
| Associate |  |  |  |
| K McCarthy | 38.00 | 880.00 | 33,440.00 |
| A M Nicolais | 81.40 | 803.00 | 65,364.20 |
| Summer Associate |  |  |  |
| A Landyshev | 0.00 | 650.00 | 0.00 |
| **Total** | **168.90** | **USD** | **167,432.22** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/23 | K McCarthy | 2.50 | 880.00 | 2,200.00 |
| 05/01/23 | A M Nicolais | 7.80 | 803.00 | 6,263.40 |
| 05/01/23 | J J Normile | 2.60 | 1,417.50 | 3,685.50 |
| 05/02/23 | K McCarthy | 2.50 | 880.00 | 2,200.00 |
| 05/02/23 | J J Normile | 2.30 | 1,417.50 | 3,260.25 |
| 05/03/23 | K McCarthy | 1.50 | 880.00 | 1,320.00 |
| 05/03/23 | A M Nicolais | 1.50 | 803.00 | 1,204.50 |
| 05/03/23 | J J Normile | 1.00 | 1,417.50 | 1,417.50 |
| 05/05/23 | J J Normile | 1.00 | 1,417.50 | 1,417.50 |
| 05/08/23 | K McCarthy | 1.00 | 880.00 | 880.00 |
| 05/08/23 | A M Nicolais | 6.50 | 803.00 | 5,219.50 |
| 05/08/23 | J J Normile | 3.50 | 1,417.50 | 4,961.25 |



**JONES DAY**



| Date | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/09/23 | G A Castanias | 2.10 | 1,286.25 | 2,701.13 |
| 05/09/23 | A M Nicolais | 1.10 | 803.00 | 883.30 |
| 05/09/23 | J J Normile | 1.00 | 1,417.50 | 1,417.50 |
| 05/10/23 | K McCarthy | 1.50 | 880.00 | 1,320.00 |
| 05/10/23 | A M Nicolais | 3.90 | 803.00 | 3,131.70 |
| 05/10/23 | J J Normile | 1.00 | 1,417.50 | 1,417.50 |
| 05/11/23 | A M Nicolais | 4.10 | 803.00 | 3,292.30 |
| 05/12/23 | K McCarthy | 3.00 | 880.00 | 2,640.00 |
| 05/12/23 | A M Nicolais | 1.10 | 803.00 | 883.30 |
| 05/12/23 | J J Normile | 1.80 | 1,417.50 | 2,551.50 |
| 05/15/23 | K McCarthy | 3.50 | 880.00 | 3,080.00 |
| 05/15/23 | A M Nicolais | 2.30 | 803.00 | 1,846.90 |

# JONES DAY



| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/15/23 | J J Normile | 2.80 | 1,417.50 | 3,969.00 |
| 05/16/23 | K McCarthy | 1.50 | 880.00 | 1,320.00 |
| 05/16/23 | A M Nicolais | 7.10 | 803.00 | 5,701.30 |
| 05/16/23 | J J Normile | 2.00 | 1,417.50 | 2,835.00 |
| 05/17/23 | K McCarthy | 3.50 | 880.00 | 3,080.00 |
| 05/17/23 | A M Nicolais | 6.30 | 803.00 | 5,058.90 |
| 05/17/23 | J J Normile | 1.00 | 1,417.50 | 1,417.50 |
| 05/17/23 | J L Swize | 0.60 | 1,233.75 | 740.25 |

Discuss preliminary injunction issues (0.2); review notice letters and provide suggestions (0.4).

| Date | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/18/23 | K McCarthy | 3.50 | 880.00 | 3,080.00 |
| 05/18/23 | A M Nicolais | 8.20 | 803.00 | 6,584.60 |
| 05/18/23 | J J Normile | 3.50 | 1,417.50 | 4,961.25 |

### JONES DAY



| 05/18/23 | J L Swize | 1.50 | 1,233.75 | 1,850.63 |
| 05/19/23 | K McCarthy | 4.00 | 880.00 | 3,520.00 |
| 05/19/23 | A M Nicolais | 4.50 | 803.00 | 3,613.50 |
| 05/19/23 | J J Normile | 3.10 | 1,417.50 | 4,394.25 |
| 05/22/23 | G J Larosa | 2.00 | 1,260.00 | 2,520.00 |
| 05/22/23 | K McCarthy | 2.00 | 880.00 | 1,760.00 |
| 05/22/23 | A M Nicolais | 8.10 | 803.00 | 6,504.30 |
| 05/22/23 | J J Normile | 4.60 | 1,417.50 | 6,520.50 |
| 05/22/23 | J L Swize | 1.90 | 1,233.75 | 2,344.13 |
| 05/23/23 | A Landyshev | 2.10 | 650.00 | N/C |
| 05/23/23 | A M Nicolais | 7.40 | 803.00 | 5,942.20 |

## JONES DAY



| Date | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/23/23 | J J Normile | 1.30 | 1,417.50 | 1,842.75 |
| 05/24/23 | K McCarthy | 2.50 | 880.00 | 2,200.00 |
| 05/24/23 | A M Nicolais | 4.00 | 803.00 | 3,212.00 |
| 05/24/23 | J J Normile | 0.50 | 1,417.50 | 708.75 |
| 05/24/23 | J L Swize | 0.30 | 1,233.75 | 370.13 |
| 05/25/23 | A Landyshev | 1.00 | 650.00 | N/C |
| 05/25/23 | K McCarthy | 3.00 | 880.00 | 2,640.00 |
| 05/25/23 | A M Nicolais | 2.80 | 803.00 | 2,248.40 |
| 05/26/23 | A Landyshev | 0.40 | 650.00 | N/C |
| 05/26/23 | A M Nicolais | 0.30 | 803.00 | 240.90 |
| 05/26/23 | J J Normile | 2.80 | 1,417.50 | 3,969.00 |
| 05/29/23 | A M Nicolais | 0.10 | 803.00 | 80.30 |

# JONES DAY

305158.610028

June 30, 2023

Accord Healthcare Inc.

Invoice: 230905011



| Date | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| 05/29/23 | J J Normile | 1.00 | 1,417.50 | 1,417.50 |
| 05/30/23 | G J Larosa | 1.00 | 1,260.00 | 1,260.00 |
| 05/30/23 | K McCarthy | 2.50 | 880.00 | 2,200.00 |
| 05/30/23 | A M Nicolais | 4.10 | 803.00 | 3,292.30 |
| 05/30/23 | J J Normile | 2.00 | 1,417.50 | 2,835.00 |
| 05/31/23 | A M Nicolais | 0.20 | 803.00 | 160.60 |
| 05/31/23 | J J Normile | 1.30 | 1,417.50 | 1,842.75 |
| **Total** | | **172.40** | **USD** | **167,432.22** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 06/06/23 | J J Normile ███████████ | NYC | 93,127.50 | |
| **Consultants and Agents Fees Subtotal** | | | | **93,127.50** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **93,127.50** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 30, 2023

305158.999007
Invoice: 230905012

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through May 31, 2023:

| | | |
|---|---|---|
| Retention Matters | USD | 15,092.25 |
| Less 13% Discount | | (1,961.99) |
| Total Billed Fees | USD | 13,130.26 |
| **TOTAL** | **USD** | **13,130.26** |



# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 6.70 | 1,417.50 | 9,497.25 |
| Associate | | | |
| K McCarthy | 6.00 | 880.00 | 5,280.00 |
| N P Yeary | 0.60 | 525.00 | 315.00 |
| **Total** | **13.30** | **USD** | **15,092.25** |

# JONES DAY

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/08/23 | K McCarthy | 1.50 |
| 05/08/23 | J J Normile | 1.00 |
| 05/09/23 | J J Normile | 1.00 |
| 05/12/23 | N P Yeary | 0.10 |
| 05/16/23 | N P Yeary | 0.40 |
| 05/19/23 | K McCarthy | 1.50 |
| 05/24/23 | J J Normile | 1.50 |
| 05/24/23 | N P Yeary | 0.10 |
| | Check docket concerning interim fee hearing. | |
| 05/25/23 | K McCarthy | 1.00 |
| 05/25/23 | J J Normile | 1.00 |
| 05/26/23 | K McCarthy | 2.00 |
| 05/30/23 | J J Normile | 2.00 |
| | Review of Second Circuit opinion in Purdue bankruptcy proceedings and various teleconferences regarding same (1.0); | |
| 05/31/23 | J J Normile | 0.20 |
| | **Total** | **13.30** |