I Roger Decker Object to the Bankruptcy sale of Purdue Pharma L.P. and its affiliated Debtors

Roger Decker Jr

6/30/23

RECEIVED JUL -5 2023 U.S. BANKRUPTCY COURT SDNY