UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF MAY 1, 2023 THROUGH MAY 31, 2023

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of May 1, 2023 through May 31, 2023 (the "Forty-First Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.    For the Forty-First Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $88.47, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,088.47 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Forty-First Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Forty-First Compensation Period, some expenses might not be included in this Monthly Fee Statement due

to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Forty-First Compensation Period but not included herein.

6.     An invoice detailing the monthly fees earned by PJT during the Forty-First Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Forty-First Compensation Period is outlined below:

| Forty-First Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| May 1 – 31, 2023 | $225,000.00 | ($45,000.00) | $88.47 | **$180,088.47** |

7.     The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.   PJT has never billed its clients based on the number of hours expended by its professionals.   Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.    PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 177.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Forty-First Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | May 2023 |
|---|---|
| Jamie O'Connell | 10.5 |
| Sven Pfeiffer | 5.0 |
| Rafael Schnitzler | 7.0 |
| Tom Melvin | 76.5 |
| Nan Zhou | 4.0 |
| Michelle Teicher | 7.0 |
| Christopher Fletcher | 52.5 |
| Chloe Lee | 9.0 |
| Darius Hong | 6.0 |
| **Total Hours** | **177.5** |

### III. <u>Requested Relief</u>

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's

(a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of

$88.47, in each case earned or incurred during the Forty-First Compensation Period, PJT hereby

requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 88.47 |
| **Total Amount Due** | **$180,088.47** |

Dated: July 7, 2023

PJT PARTNERS LP

By: */s/ John James O'Connell III*
    John James O'Connell III
    Partner
    280 Park Avenue
    New York, NY 10017
    (212) 364-7800

**APPENDIX A**

**PJT Partners**

PJT

June 30, 2023

Edward Borkowski
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of May 1, 2023 through May 31, 2023: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through June 14, 2023:[1]

| | | | | |
|---|---|---:|---|---:|
| Communications | $ | 4.76 | | |
| Research | | 14.00 | | |
| Document Productions | | 69.71 | | 88.47 |
| **Total Amount Due** | | | **$** | **180,088.47** |

**Invoice No. 10024871**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Jun-23 | | Total Expenses | |
|---|---|---|---|---|
| Communications | $ | 4.76 | $ | 4.76 |
| Research - Online Database | | 14.00 | | 14.00 |
| Document Production | | 69.71 | | 69.71 |
| **Total Expenses** | **$** | **88.47** | **$** | **88.47** |
| | | | | |
| **Communications** | | | $ | 4.76 |
| **Research** | | | | 14.00 |
| **Document Production** | | | | 69.71 |
| **Total Expenses** | | | $ | 88.47 |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through June 14, 2023**
**Invoice No. 10024871**

**Communications**

| | | | |
|---|---|---|---|
| O'Connell (international conference call with client while in London, UK) | 04/18/23 | 4.76 | |
| **Subtotal - Communications** | | $ | **4.76** |

**Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents form Court docket via PACER) | 12/13/22 | 14.00 | |
| **Subtotal - Research - Online Database** | | | **14.00** |

**Document Production**

| | | |
|---|---|---|
| Lee (1,055 color photocopies) | 02/07/23 | 45.56 |
| Lee (106 color photocopies) | 03/07/23 | 4.56 |
| Lee (95 black & white photocopies) | 03/14/23 | 0.82 |
| Lee (212 color photocopies) | 03/14/23 | 9.12 |
| Lee (56 black & white photocopies) | 03/15/23 | 0.49 |
| Lee (213 color photocopies) | 03/15/23 | 9.16 |
| **Subtotal - Document Production** | | **69.71** |

| | |
|---|---|
| **Total Expenses** | **88.47** |

**APPENDIX B**

**PJT PARTNERS LP**

**SUMMARY OF HOURS FOR THE PERIOD OF**

**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 10.5 |
| Sven Pfeiffer | Partner | 5.0 |
| Rafael Schnitzler | Managing Director | 7.0 |
| Tom Melvin | Vice President | 76.5 |
| Nan Zhou | Vice President | 4.0 |
| Michelle Teicher | Vice President | 7.0 |
| Christopher Fletcher | Analyst | 52.5 |
| Chloe Lee | Analyst | 9.0 |
| Darius Hong | Analyst | 6.0 |
| | **Total** | **177.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 05/01/23 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 05/01/23 | 0.5 | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 05/02/23 | 1.5 | Special Committee meeting |
| Jamie O'Connell | 05/09/23 | 0.5 | Call with management and counsel regarding financial analysis |
| Jamie O'Connell | 05/11/23 | 0.5 | Meeting with T. Melvin regarding various matters |
| Jamie O'Connell | 05/12/23 | 0.5 | Calls regarding business matter |
| Jamie O'Connell | 05/15/23 | 0.5 | Review of business analysis |
| Jamie O'Connell | 05/17/23 | 0.5 | Call with management regarding various matters |
| Jamie O'Connell | 05/18/23 | 0.5 | Weekly update call with management and counsel |
| Jamie O'Connell | 05/22/23 | 0.5 | Review and comment business analysis |
| Jamie O'Connell | 05/23/23 | 1.0 | Call with management and counsel regarding case matters |
| Jamie O'Connell | 05/25/23 | 0.5 | Weekly update call with management and counsel |
| Jamie O'Connell | 05/25/23 | 0.5 | Call with T. Melvin regarding various matters |
| Jamie O'Connell | 05/26/23 | 0.5 | Internal call regarding business matter |
| Jamie O'Connell | 05/29/23 | 0.5 | Call with T. Melvin regarding various matters |
| Jamie O'Connell | 05/30/23 | 0.5 | Review decision by 2nd Circuit |
| Jamie O'Connell | 05/31/23 | 1.0 | Calls with management |
| | | **10.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Sven Pfeiffer | 05/23/23 | 0.5 | Intro call with internal team to discuss upcoming Board meeting |
| Sven Pfeiffer | 05/23/23 | 0.5 | Call with Company management to discuss materials for upcoming Board meeting |
| Sven Pfeiffer | 05/26/23 | 0.5 | Internal call regarding business matter |
| Sven Pfeiffer | 05/30/23 | 2.0 | Review, comment, and prepare materials for Board meeting |
| Sven Pfeiffer | 05/30/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Sven Pfeiffer | 05/31/23 | 0.5 | Call with Company management to discuss materials for upcoming Board meeting |
| Sven Pfeiffer | 05/31/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| | | **5.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 05/04/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 05/12/23 | 0.5 | E-mail correspondence with internal team related to various matters |
| Rafael Schnitzler | 05/15/23 | 1.0 | Call with Company management to discuss various matters |
| Rafael Schnitzler | 05/16/23 | 0.5 | E-mail correspondence with internal team and DPW related to various matters |
| Rafael Schnitzler | 05/16/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Rafael Schnitzler | 05/22/23 | 1.0 | E-mail correspondence with internal team related to various matters |
| Rafael Schnitzler | 05/23/23 | 1.5 | Attended omnibus hearing |
| Rafael Schnitzler | 05/23/23 | 0.5 | Call with internal team to discuss materials for upcoming board meeting |
| Rafael Schnitzler | 05/23/23 | 1.0 | Call with Company management to discuss materials for upcoming board meeting |
| | | **7.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 05/01/23 | 0.5 | Call with Company management and AlixPartners to discuss analysis |
| Tom Melvin | 05/01/23 | 0.5 | Call with Company management and DPW to discuss materials for upcoming Board meeting |
| Tom Melvin | 05/01/23 | 1.0 | Review analysis from DPW |
| Tom Melvin | 05/01/23 | 1.0 | Review analysis from AlixPartners |
| Tom Melvin | 05/01/23 | 1.5 | Prepare and review analysis for upcoming board meeting |
| Tom Melvin | 05/02/23 | 1.5 | Special committee meeting |
| Tom Melvin | 05/02/23 | 0.5 | Call with Company management and AlixPartners to discuss business plan |
| Tom Melvin | 05/02/23 | 1.0 | Bi-weekly update call with creditor financial advisors |
| Tom Melvin | 05/03/23 | 0.5 | Prepare and review agenda for weekly call |
| Tom Melvin | 05/03/23 | 0.5 | E-mail correspondence with AlixPartners and Company management related to upcoming meeting |
| Tom Melvin | 05/04/23 | 0.5 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/04/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/04/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 05/04/23 | 0.5 | Review creditor financial advisor diligence requests and questions |
| Tom Melvin | 05/04/23 | 0.5 | E-mail correspondence with AlixPartners and Company management related to upcoming meeting |
| Tom Melvin | 05/05/23 | 0.5 | Call with Company management and AlixPartners to discuss business plan |
| Tom Melvin | 05/05/23 | 0.5 | Call with AlixPartners and DPW to discuss materials for upcoming board meeting |
| Tom Melvin | 05/07/23 | 0.5 | Review correspondence from Company management |
| Tom Melvin | 05/08/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/08/23 | 1.0 | Review materials from AlixPartners |
| Tom Melvin | 05/09/23 | 0.5 | Call with Company management, AlixPartners and DPW to discuss materials for upcoming board meeting |
| Tom Melvin | 05/09/23 | 0.5 | Call with Company management and AlixPartners to discuss materials for upcoming board meeting |
| Tom Melvin | 05/09/23 | 1.5 | Review materials from AlixPartners |
| Tom Melvin | 05/10/23 | 0.5 | Analysis related to business matter |
| Tom Melvin | 05/10/23 | 1.0 | Review requests and questions from creditor financial advisors |
| Tom Melvin | 05/10/23 | 1.0 | Review materials from AlixPartners |
| Tom Melvin | 05/11/23 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 05/11/23 | 0.5 | Meeting with internal team member to discuss various matters |
| Tom Melvin | 05/11/23 | 0.5 | E-mail correspondence with AlixPartners and Company management related to upcoming meeting |
| Tom Melvin | 05/12/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/12/23 | 0.5 | Call with Company management and AlixPartners to discuss various matters |
| Tom Melvin | 05/12/23 | 1.5 | E-mail correspondence with internal team and AlixPartners regarding various matters |
| Tom Melvin | 05/14/23 | 2.0 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/15/23 | 1.0 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/15/23 | 1.0 | Prepare materials for upcoming meeting with Company management |
| Tom Melvin | 05/15/23 | 1.0 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/16/23 | 0.5 | Call with AlixPartners to discuss various business matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 05/16/23 | 1.0 | Bi-weekly update call with creditor financial advisors |
| Tom Melvin | 05/16/23 | 1.5 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/16/23 | 1.5 | Prepare and review responses to requests from creditor financial advisors |
| Tom Melvin | 05/16/23 | 1.0 | E-mail correspondence with AlixPartners and Company management related to upcoming meeting |
| Tom Melvin | 05/17/23 | 0.5 | Internal team meeting to discuss materials for upcoming board meeting |
| Tom Melvin | 05/17/23 | 1.5 | Prepare and review responses to requests from creditor financial advisors |
| Tom Melvin | 05/17/23 | 0.5 | Prepare and review agenda for weekly call |
| Tom Melvin | 05/17/23 | 1.0 | E-mail correspondence with AlixPartners and Company management related to upcoming meeting |
| Tom Melvin | 05/18/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 05/18/23 | 2.5 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/18/23 | 1.5 | Review materials and analysis from Company management |
| Tom Melvin | 05/18/23 | 1.0 | Review materials related to business matter |
| Tom Melvin | 05/19/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/19/23 | 1.0 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/22/23 | 2.0 | Call with Company management and AlixPartners to discuss materials for upcoming board meeting |
| Tom Melvin | 05/22/23 | 1.0 | E-mail correspondence with AlixPartners and Company management related to upcoming meetings |
| Tom Melvin | 05/22/23 | 1.0 | Review requests from and responses to creditor financial advisors |
| Tom Melvin | 05/23/23 | 0.5 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/23/23 | 1.0 | Omnibus hearing |
| Tom Melvin | 05/23/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/23/23 | 0.5 | Call with internal team members to discuss materials for upcoming board meeting |
| Tom Melvin | 05/23/23 | 0.5 | Call with Company management and DPW to discuss materials for upcoming Board meeting |
| Tom Melvin | 05/23/23 | 0.5 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/23/23 | 1.0 | Call with Company management, AlixPartners and DPW to discuss various matters |
| Tom Melvin | 05/23/23 | 2.0 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/23/23 | 1.0 | E-mail correspondence with AlixPartners and Company management related to upcoming meetings |
| Tom Melvin | 05/24/23 | 0.5 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/24/23 | 0.5 | Call with Company management to discuss materials for upcoming board meeting |
| Tom Melvin | 05/24/23 | 1.0 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/25/23 | 0.5 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/25/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/25/23 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 05/25/23 | 0.5 | E-mail correspondence with AlixPartners and Company management related to upcoming meetings |
| Tom Melvin | 05/25/23 | 1.0 | Analysis and preparation for upcoming board meeting |
| Tom Melvin | 05/26/23 | 1.0 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/26/23 | 0.5 | Call with Company management and DPW to discuss materials for upcoming Board meeting |
| Tom Melvin | 05/26/23 | 1.0 | Call with Company management to discuss materials for upcoming board meeting |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 05/26/23 | 1.5 | Preparation for upcoming board meeting |
| Tom Melvin | 05/26/23 | 0.5 | E-mail correspondence with DPW and Company management related to upcoming board meeting |
| Tom Melvin | 05/29/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/29/23 | 0.5 | E-mail correspondence with Company management related to upcoming meeting |
| Tom Melvin | 05/30/23 | 0.5 | Call with AlixPartners to discuss various business matters |
| Tom Melvin | 05/30/23 | 1.0 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/30/23 | 1.0 | Special committee meeting |
| Tom Melvin | 05/30/23 | 1.0 | Bi-weekly update call with creditor financial advisors |
| Tom Melvin | 05/30/23 | 1.0 | Review 2nd circuit decision |
| Tom Melvin | 05/30/23 | 0.5 | E-mail correspondence with Company management, DPW and AlixPartners related to various matters |
| Tom Melvin | 05/31/23 | 0.5 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/31/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 05/31/23 | 0.5 | Call with Company management to discuss various business matters |
| Tom Melvin | 05/31/23 | 0.5 | Call with DPW to discuss materials for upcoming board meeting |
| Tom Melvin | 05/31/23 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 05/31/23 | 0.5 | Call with Company management to discuss materials for upcoming board meeting |
| Tom Melvin | 05/31/23 | 1.5 | Preparation for upcoming board meeting |
| | | **76.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Nan Zhou | 05/30/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Nan Zhou | 05/30/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Nan Zhou | 05/31/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Nan Zhou | 05/31/23 | 0.5 | Call with Company management to discuss materials for upcoming Board meeting |
| Nan Zhou | 05/31/23 | 2.0 | Review and prepare materials for Board meeting |
| | | **4.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michelle Teicher | 05/30/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Michelle Teicher | 05/30/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Michelle Teicher | 05/31/23 | 6.0 | Prepare materials for Board meeting |
| | | 7.0 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 05/01/23 | 0.5 | Internal meeting regarding various matters |
| Christopher Fletcher | 05/02/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 05/03/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 05/03/23 | 0.5 | Internal call regarding various matters |
| Christopher Fletcher | 05/04/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 05/04/23 | 0.5 | Internal meeting regarding various matters |
| Christopher Fletcher | 05/04/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 05/05/23 | 0.5 | Call with internal team member and related preparation |
| Christopher Fletcher | 05/08/23 | 1.0 | Internal correspondence on business matters |
| Christopher Fletcher | 05/08/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 05/09/23 | 0.5 | Internal meeting with team member |
| Christopher Fletcher | 05/10/23 | 0.5 | Email and phone correspondence regarding various business matters |
| Christopher Fletcher | 05/11/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 05/11/23 | 1.0 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 05/11/23 | 0.5 | Internal meeting with team member |
| Christopher Fletcher | 05/11/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 05/12/23 | 1.0 | Internal correspondence on business matters |
| Christopher Fletcher | 05/15/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 05/15/23 | 1.5 | Correspondence regarding various business matters |
| Christopher Fletcher | 05/16/23 | 2.5 | Financial analysis |
| Christopher Fletcher | 05/16/23 | 0.5 | Internal meeting with team member |
| Christopher Fletcher | 05/17/23 | 2.5 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 05/18/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 05/18/23 | 1.0 | Review materials from counsel and Company related to business matter |
| Christopher Fletcher | 05/19/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 05/19/23 | 2.0 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 05/22/23 | 0.5 | Internal call regarding various matters |
| Christopher Fletcher | 05/22/23 | 1.0 | Correspondence regarding various business matters |
| Christopher Fletcher | 05/23/23 | 0.5 | Correspondence on business matters |
| Christopher Fletcher | 05/24/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 05/24/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 05/24/23 | 0.5 | Internal correspondence on business matters |
| Christopher Fletcher | 05/29/23 | 1.5 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 05/30/23 | 0.5 | Email and phone correspondence regarding various business matters |
| Christopher Fletcher | 05/31/23 | 0.5 | Email and phone correspondence regarding various business matters |
| | | **52.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 05/05/23 | 2.0 | Internal correspondence on business matters |
| Chloe Lee | 05/10/23 | 1.0 | Correspondence on business matters |
| Chloe Lee | 05/11/23 | 1.0 | Correspondence on business matters |
| Chloe Lee | 05/18/23 | 2.0 | Internal correspondence on business matters |
| Chloe Lee | 05/23/23 | 3.0 | Internal correspondence on business matters |
| | | **9.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Darius Hong | 05/30/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Darius Hong | 05/31/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Darius Hong | 05/31/23 | 5.0 | Prepare materials for Board meeting |
| | | **6.0** | |