**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Kenneth H. Eckstein
Rachael Ringer
Caroline F. Gange
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PURDUE PHARMA L.P,** *et al.,* | : | **Case No. 19-23649 (RDD)** |
| | : | |
| **Debtors.**[1] | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FORTY-FOURTH MONTHLY FEE STATEMENT OF KRAMER LEVIN**
**NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE AD HOC COMMITTEE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant** | Kramer Levin Naftalis & Frankel LLP |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 |
| **Period for which compensation and reimbursement is sought** | May 1, 2023 through and including May31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $193,994.00 |
| **Current Fee Request** | $155,195.20 (80% of $193,994.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,683.64 |
| **Amount of Compensation and Expenses sought as allowed under the Fee Order** | $157,878.84 |
| **Total Fees and Expenses Inclusive of Holdback** | $196,677.64 |
| **This is a(n):**     X monthly     ___interim application     ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application Date Filed/ Docket No. | Total Compensation and Expenses Incurred for Period Covered | | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|---|
| | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 12/9/2019 634 | 9/16/2019-10/31/2019 | $1,099,075.50 | $30,479.64 | $879,260.40 | $30,479.64 | $0.00 |
| 1/30/2020 792 | 11/1/2019-11/30/2019 | $688,772.25 | $4,206.77 | $551,017.80 | $4,206.77 | $0.00 |
| 3/16/2020 930 | 12/1/2019-12/31/2019 | $451,659.00 | $8,050.70 | $361,327.20 | $8,050.70 | $0.00 |
| 3/16/2020 939 | 1/1/2020-1/31/2020 | $395,585.50 | $4,712.17$ | $316,468.40 | $4,712.17 | $0.00 |
| 5/5/2020 1131 | 2/1/2020-2/29/2020 | $432,757.50 | $3,439.62 | $346,206.00 | $3,439.62 | $0.00 |
| 6/15/2020 1269 | 3/1/2020-3/31/2020 | $370,398.50 | $51,598.57 | $296,318.80 | $51,598.57 | $0.00 |
| 7/14/2020 1389 | 4/1/2020-4/30/2020 | $476,681.00 | $5,989.84 | $381,344.80 | $5,989.84 | $0.00 |
| 7/15/2020 1413 | 5/1/2020-5/31/2020 | $298,077.50 | $31,689.62 | $238,636.00 | $31,689.62 | $0.00 |
| 9/25/2020 1727 | 6/1/2020-6/30/2020 | $413,601.00 | $4,238.27 | $330,880.80 | $4,238.27 | $0.00 |
| 11/2/2020 1888 | 7/1/2020-7/31/2020 | $408,012.00 | $3,537.82 | $326,409.60 | $3,537.82 | $0.00 |
| 11/16/2020 1987 | 8/1/2020-8/31/2020 | $319,182.00 | $22,816.40 | $255,345.60 | $22,816.40 | $0.00 |
| 11/16/2020 1992 | 9/1/2020-9/30/2020 | $558,041.50 | $39,378.85 | $446,433.20 | $39,378.85 | $0.00 |
| 12/14/2020 2133 | 10/1/2020-10/31/2020 | $649,029.00 | $5,852.10 | $519,223.20 | $5,852.10 | $0.00 |
| 2/3/2021 2347 | 11/1/2020-11/30/2020 | $803,716.50 | $50,743.79 | $642,973.20 | $50,743.79 | $0.00 |
| 3/17/2021 2506 | 12/1/2020-12/31/2020 | $415,309.50 | $1,431.56 | $332,247.60 | $1,431.56 | $0.00 |
| 3/17/2021 2509 | 1/1/2021-1/318/2021 | $395,187.50 | $2,371.83 | $316,150.00 | $2,371.83 | $0.00 |
| 6/11/2021 3018 | 2/1/2021-2/28/2021 | $587,709.50 | $1,439.44 | $470,167.60 | $1,439.44 | $0.00 |
| 7/8/2021 3126 | 3/1/2021-3/31/2021 | $1,103,186.50 | $3,633.38 | $882,549.20 | $3,633.38 | $0.00 |
| 7/15/2021 3210 | 4/1/2021-4/30/2021 | $1,071,572.50 | $4,889.14 | $857,258.00 | $4,889.14 | $0.00 |
| 7/15/2021 3211 | 5/1/2021-5/31/2021 | $1,160,384.50 | $4,373.08 | $928,307.60 | $4,373.08 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/9/2021<br>3746 | 6/1/2021-<br>6/30/2021 | $1,623,853.50 | $9,891.25 | $1,299,082.80 | $9,891.25 | $0.00 |
| 9/15/2021<br>3768 | 7/1/2021-<br>7/31/2021 | $1,612,667.50 | $8,734.22 | $1,290,134.00 | $8,734.22 | $0.00 |
| 10/14/2021<br>3940 | 8/1/2021-<br>8/31/2021 | $1,787,697.50 | $20,973.87 | $1,430,158.00 | $20,973.87 | $0.00 |
| 11/11/2021<br>4095 | 9/1/2021-<br>9/30/2021 | $627,407.00 | $22,025.50 | $501,925.60 | $22,025.50 | $0.00 |
| 12/09/2021<br>4216 | 10/1/2021-<br>10/31/2021 | $1,276,425.00 | $17,314.65 | $1,021,140.00 | $17,314.65 | $0.00 |
| 2/16/2022<br>4360 | 11/1/2021-<br>11/30/2021 | $1,267,188.50 | $18,919.79 | $1,013,750.80 | $18,919.79 | $0.00 |
| 2/16/2022<br>4361 | 12/1/2021-<br>12/31/2021 | $466,242.50 | $13,686.09 | $372,994.00 | $13,686.09 | $0.00 |
| 3/17/2022<br>4559 | 1/1/2022-<br>1/31/2022 | $822,885.50 | $17,690.49 | $658,308.40 | $17,690.49 | $0.00 |
| 4/1/2022<br>4626 | 2/1/2022-<br>2/28/2022 | $524,028.00 | $7,164.36 | $419,222.40 | $7,164.36 | $0.00 |
| 5/3/2022<br>4725 | 3/1/2022-<br>3/31/2022 | $646,346.00 | $8,141.43 | $517,076.80 | $8,141.43 | $0.00 |
| 5/16/2022<br>4823 | 4/1/2022-<br>4/30/2022 | $408,313.50 | $6,826.64 | $326,650.80 | $6,826.64 | $0.00 |
| 7/21/2022<br>4974 | 5/1/2022-<br>5/31/2022 | $76,927.00 | $8,816.90 | $61,541.60 | $8,816.90 | $0.00 |
| 9/15/2022<br>5077 | 6/1/2022-<br>6/30/2022 | $208,743.50 | $249,634.78 | $166,994.80 | $249,634.78 | $0.00 |
| 9/27/2022<br>5098 | 7/1/2022-<br>7/31/2022 | $174,755.00 | $2,219.99 | $139,804.00 | $2,219.99 | $0.00 |
| 10/17/2022<br>5162 | 8/1/2022-<br>8/30/2022 | $138,650.50 | $2,485.43 | $110,920.40 | $2,485.43 | $0.00 |
| 11/03/2022<br>5215 | 9/1/2022-<br>9/30/2022 | $98,517.00 | $90.43 | $78,813.60 | $90.43 | $0.00 |
| 11/21/2022<br>5250 | 10/1/2022-<br>10/31/2022 | $41,151.00 | $4,978.64 | $32,920.80 | $4,978.64 | $0.00 |
| 1/13/2023<br>5339 | 11/1/2022-<br>11/30/2022 | $33,987.00 | $2,195.19 | $27,189.60 | $2,195.19 | $0.00 |
| 2/1/2023<br>5396 | 12/1/2022-<br>12/31/2022 | $43,506.50 | $136.10 | $34,805.20 | $136.10 | $0.00 |
| 3/13/2023<br>5494 | 1/1/2023-<br>1/31/2023 | $46,013.00 | $6,269.26 | $36,810.40 | $6,269.26 | $9,202.60 |
| 4/5/2023<br>5536 | 2/1/2023-<br>2/28/2023 | $111,217.50 | $2,462.48 | $88,974.00 | $2,462.48 | $22,243.50 |
| 5/22/2023<br>5625 | 3/1/2023-<br>3/31/2023 | $113,742.00 | $2,312.73 | $90,993.60 | $2,312.73 | $22,748.40 |
| 5/25/2023<br>5635 | 4/1/2023-<br>4/30/2023 | $245,907.50 | $3,114.43 | $196,726.00 | $3,114.43 | $49,181.50 |

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Kramer Levin Naftalis & Frankel LLP (the "**Applicant**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Forty-Fourth Monthly Fee Statement (the "**Statement**") for the period of May 1, 2023 through and including May 31, 2023 (the "**Monthly Fee Period**").

### Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Monthly Fee Period by project category. Annexed hereto as "**Exhibit B**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period, along with their respective billing rates and the total number of hours spent by each individual during this Monthly Fee Period. The blended hourly billing rate of attorneys for all services provided during the Monthly Fee Period is $1,422.21.[2] The blended hourly billing rate of all paraprofessionals is $525.00.[3]

Annexed hereto as "**Exhibit C**" is a schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

---

[2] The blended hourly rate for all attorneys was derived by dividing the total fees for such professionals of $191,999.00 by the total hours of 135.00.

[3] The blended hourly rate for all paraprofessionals was derived by dividing the total fees for such paraprofessionals of $1,995.00 by the total hours of 3.80.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each attorney and other professional and an itemization of expenses.

### Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $155,195.20, which represents 80% of billable time for services rendered by Applicant as co-counsel to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $2,683.64.

Dated: New York, New York
       July 14, 2023

Respectfully submitted,

By:   */s/ Kenneth H. Eckstein*

     Kenneth H. Eckstein
     Rachael Ringer
     Caroline F. Gange
     **KRAMER LEVIN NAFTALIS &
     FRANKEL LLP**
     1177 Avenue of the Americas
     New York, New York 10036
     Telephone: (212) 715-9100
     Fax: (212) 715-8000
     Emails:  keckstein@kramerlevin.com
              rringer@kramerlevin.com
              cgange@kramerlevin.com

     *Attorneys for the Ad Hoc Committee of
     Governmental and Other Contingent
     Litigation Claimants*

**EXHIBIT A**

## SUMMARY OF FEES BY PROJECT CATEGORY

| Matter | Matter Name | Hours | Total |
|--------|-------------|-------|-------|
| 00003 | Business Operations | 23.80 | $33,887.50 |
| 00004 | Case Administration | 0.10 | $52.50 |
| 00006 | Employment and Fee Applications | 7.30 | $6,334.50 |
| 00008 | Litigation | 43.00 | $62,744.50 |
| 00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 23.10 | $35,779.00 |
| 00011 | Plan and Disclosure Statement | 41.50 | $55,196.00 |
| **TOTAL** | | **138.80** | **$193,994.00** |

**EXHIBIT B**

### SUMMARY OF PROFESSIONALS FOR THE MONTHLY FEE PERIOD

| Timekeeper | Title | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|---|
| David E. Blabey | Partner | 2005 | Creditors' Rights | 1300 | 13.00 | $16,900.00 |
| Kenneth H. Eckstein | Partner | 1980 | Creditors' Rights | 1800 | 32.30 | $58,140.00 |
| Roy T. Englert Jr. | Partner | 1981 | Litigation | 1650 | 12.40 | $20,460.00 |
| David J. Fisher | Partner | 1985 | Corporate | 1690 | 1.50 | $2,535.00 |
| Rachael Ringer | Partner | 20111 | Creditors' Rights | 1415 | 7.00 | $9,905.00 |
| Jordan Rosenbaum | Partner | 2004 | Corporate | 1500 | 0.60 | $900.00 |
| Joseph Shifer | Special Counsel | 2010 | Creditors' Rights | 1280 | 3.50 | $4,480.00 |
| Lauren Andrews | Associate | 2017 | Litigation | 1190 | 0.80 | $952.00 |
| Caroline Gange | Associate | 2017 | Creditors' Rights | 1220 | 61.70 | $75,274.00 |
| Zachary Ferguson | Associate | 2019 | Litigation | 1115 | 2.20 | $2,453.00 |
| Wendy Kane | Paralegal | N/A | Creditors' Rights | 525 | 3.80 | $1,995.00 |
| **TOTAL** | | | | | **138.80** | **$193,994.00** |

**EXHIBIT C**

## SUMMARY OF OUT OF POCKET EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | $139.30 |
| Transcript Fees | $136.80 |
| Westlaw Online Research | $306.85 |
| **TOTAL EXPENSES** | **$2,683.64** |

**EXHIBIT D**

# Kramer Levin



June 26, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 885938
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through May 31, 2023.**

| | |
|---|---:|
| Fees | $193,994.00 |
| Disbursements and Other Charges | 2,683.64 |
| **TOTAL BALANCE DUE** | **$196,677.64** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



June 26, 2023
Invoice #: 885938
072952
Page 2

**MATTER SUMMARY**

**For professional services rendered through May 31, 2023 in connection with the following matters:**

| Matter | Matter Name | Fees | Disbs | Total |
|---|---|---|---|---|
| 072952-00001 | Asset Analysis and Recovery | $0.00 | $2,683.64 | **$2,683.64** |
| 072952-00003 | Business Operations | 33,887.50 | 0.00 | **33,887.50** |
| 072952-00004 | Case Administration | 52.50 | 0.00 | **52.50** |
| 072952-00006 | Employment and Fee Applications | 6,334.50 | 0.00 | **6,334.50** |
| 072952-00008 | Litigation | 62,744.50 | 0.00 | **62,744.50** |
| 072952-00009 | Meetings and Communications with Ad-Hoc Committee & Creditors | 35,779.00 | 0.00 | **35,779.00** |
| 072952-00011 | Plan and Disclosure Statement | 55,196.00 | 0.00 | **55,196.00** |
| **Subtotal** | | **193,994.00** | **2,683.64** | **196,677.64** |
| **TOTAL CURRENT INVOICE** | | | | **$196,677.64** |



June 26, 2023
Invoice #: 885938
072952-00001
Page 3

**Asset Analysis and Recovery**

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | 139.30 |
| Transcript Fees | 136.80 |
| Westlaw Online Research | 306.85 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,683.64** |



June 26, 2023
Invoice #: 885938
072952-00003
Page 4

**Business Operations**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 0.90 | $1,170.00 |
| Eckstein, Kenneth H. | Partner | 7.40 | 13,320.00 |
| Ringer, Rachael L. | Partner | 2.50 | 3,537.50 |
| Gange, Caroline | Associate | 13.00 | 15,860.00 |
| **TOTAL FEES** | | **23.80** | **$33,887.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/1/2023 | Blabey, David E. | Emails with KL team re Avrio sale proceeds. | 0.30 | $390.00 |
| 5/1/2023 | Gange, Caroline | Legal research re issues in connection with Avrio sale (2.9); draft email memo to K. Eckstein re same (1.1); review precedent re same (0.6). | 4.60 | 5,612.00 |
| 5/3/2023 | Ringer, Rachael L. | Attend call re: Avrio Sale proceeds (0.6), follow-up with K. Eckstein re: same (0.4). | 1.00 | 1,415.00 |
| 5/3/2023 | Eckstein, Kenneth H. | Call with R. Ringer, M. Huebner, A. Preiss re Avrio sale proceeds (0.6); follow up calls re same (0.5). | 1.10 | 1,980.00 |
| 5/3/2023 | Gange, Caroline | Review and research issues re Avrio sale (0.9); review KEIP/KERP motion and summarize same (1.4); emails w/ FTI re same (0.2). | 2.50 | 3,050.00 |



June 26, 2023
Invoice #: 885938
072952-00003
Page 5

**Business Operations**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/9/2023 | Eckstein, Kenneth H. | Call with M. Huebner, A. Preiss re Avrio sale proceeds (1.0). | 1.00 | 1,800.00 |
| 5/19/2023 | Eckstein, Kenneth H. | Call with A. Preiss re Avrio sale proceeds (0.7). | 0.70 | 1,260.00 |
| 5/19/2023 | Gange, Caroline | Emails w/ K. Eckstein re Avrio sale issues (0.3) and review docs re same (0.6). | 0.90 | 1,098.00 |
| 5/22/2023 | Eckstein, Kenneth H. | Review UCC Avrio pleading, prepare comments re same (0.7); call with M. Huebner re Avrio issues (0.6); prep for court hearing re Avrio sale (0.8). | 2.10 | 3,780.00 |
| 5/22/2023 | Gange, Caroline | Review UCC statement re Avrio sale proceeds (0.2); emails w/ K. Eckstein re same (0.3); prep for hearing re same (0.6). | 1.10 | 1,342.00 |
| 5/23/2023 | Ringer, Rachael L. | Attend sale hearing (1.5). | 1.50 | 2,122.50 |
| 5/23/2023 | Blabey, David E. | Attend portion of sale hearing. | 0.60 | 780.00 |
| 5/23/2023 | Eckstein, Kenneth H. | Prep for Avrio sale hearing, outline remarks re hearing (1.0); attend Avrio sale hearing (1.5). | 2.50 | 4,500.00 |
| 5/23/2023 | Gange, Caroline | Prep for (1.6) and attend hearing re Avrio sale (1.5); review 14th Monitor Report (0.8). | 3.90 | 4,758.00 |
| **TOTAL** | | | **23.80** | **$33,887.50** |



June 26, 2023
Invoice #: 885938
072952-00004
Page 6

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Kane, Wendy | Paralegal | 0.10 | $52.50 |
| **TOTAL FEES** | | **0.10** | **$52.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/22/2023 | Kane, Wendy | Register KL team for sale hearing. | 0.10 | $52.50 |
| **TOTAL** | | | **0.10** | **$52.50** |



June 26, 2023
Invoice #: 885938
072952-00006
Page 7

**Employment and Fee Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Gange, Caroline | Associate | 3.60 | $4,392.00 |
| Kane, Wendy | Paralegal | 3.70 | 1,942.50 |
| **TOTAL FEES** | | **7.30** | **$6,334.50** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/10/2023 | Kane, Wendy | Review April fee statement for compliance with UST guidelines and local rules. | 0.50 | $262.50 |
| 5/11/2023 | Gange, Caroline | Review AHC April fee statements for privilege/confidentiality and compliance w/ UST guidelines. | 0.90 | 1,098.00 |
| 5/11/2023 | Kane, Wendy | Review April fee statement for compliance with UST guidelines and local rules (1.6); email C. Gange re same (0.1). | 1.70 | 892.50 |
| 5/12/2023 | Gange, Caroline | Review April fee statement for privilege/confidentiality and compliance with UST guidelines. | 1.10 | 1,342.00 |
| 5/12/2023 | Kane, Wendy | Review April fee statement and email C. Gange re same. | 0.20 | 105.00 |
| 5/17/2023 | Kane, Wendy | Review new entries on April fee statement; emails w/ C. Gange re same. | 0.20 | 105.00 |



June 26, 2023
Invoice #: 885938
072952-00006
Page 8

**Employment and Fee Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/22/2023 | Gange, Caroline | Review AHC professionals April fee statements for privilege/confidentiality and compliance with UST guidelines. | 0.80 | 976.00 |
| 5/22/2023 | Kane, Wendy | File March fee statement (0.2); email C. Gange re same (0.1); prepare April fee statement (0.4). | 0.70 | 367.50 |
| 5/23/2023 | Gange, Caroline | Review/edit April fee statements for privilege/confidentiality and compliance with UST guidelines. | 0.80 | 976.00 |
| 5/25/2023 | Kane, Wendy | Update KL April fee statement; file KL and Gilbert fee statements; service of same. | 0.40 | 210.00 |
| **TOTAL** | | | **7.30** | **$6,334.50** |



June 26, 2023
Invoice #: 885938
072952-00008
Page 9

**Litigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 6.70 | $8,710.00 |
| Eckstein, Kenneth H. | Partner | 8.20 | 14,760.00 |
| Englert, Jr., Roy T. | Partner | 10.40 | 17,160.00 |
| Ringer, Rachael L. | Partner | 2.90 | 4,103.50 |
| Shifer, Joseph A. | Spec Counsel | 3.50 | 4,480.00 |
| Andrews, Lauren Cassady | Associate | 0.80 | 952.00 |
| Ferguson, Zachary N. | Associate | 2.20 | 2,453.00 |
| Gange, Caroline | Associate | 8.30 | 10,126.00 |
| **TOTAL FEES** | | **43.00** | **$62,744.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/4/2023 | Englert, Jr., Roy T. | Review bankruptcy court actions and related appeal issues. | 0.60 | $990.00 |
| 5/9/2023 | Englert, Jr., Roy T. | Review letter to Second Circuit from individual victims. | 0.30 | 495.00 |
| 5/9/2023 | Eckstein, Kenneth H. | Review Second Circuit letter and correspondence re same (0.5). | 0.50 | 900.00 |
| 5/9/2023 | Gange, Caroline | Review letters re second circuit ruling (0.2). | 0.20 | 244.00 |



June 26, 2023
Invoice #: 885938
072952-00008
Page 10

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/24/2023 | Shifer, Joseph A. | Draft and distribute Abbott tolling agreement (2.1). | 2.10 | 2,688.00 |
| 5/30/2023 | Englert, Jr., Roy T. | Review Second Circuit opinions (majority and Judge Wesley) (1.1); analyze opinions (2.3); call with KL team re same (0.8); emails and calls with co-counsel and appellate counsel for Purdue re implications and next steps (1.8). | 6.00 | 9,900.00 |
| 5/30/2023 | Eckstein, Kenneth H. | Review Second Circuit opinion (2.5); call with KL team re same (0.8); call with S. Gilbert re same (0.8); call with M. Huebner re same(0.3); correspond with KL team re same (0.5); follow up with R. Ringer, D. Blabey re next steps (1.0). | 5.90 | 10,620.00 |
| 5/30/2023 | Blabey, David E. | Review Purdue Second Circuit opinion (2.0); draft memo to clients re same (2.9); call with KL team re same (0.8). | 5.70 | 7,410.00 |
| 5/30/2023 | Ringer, Rachael L. | Call with K. Eckstein re; Purdue next steps (0.5), emails with KL team to follow-up re: same and next steps (0.8); review 2d circuit decision (0.8), call w/ KL team re: same (0.8). | 2.90 | 4,103.50 |
| 5/30/2023 | Shifer, Joseph A. | Attend portion of call w/ KL team re second circuit decision. | 0.40 | 512.00 |
| 5/30/2023 | Ferguson, Zachary N. | Review Second Circuit opinion and review email correspondence re same. | 2.20 | 2,453.00 |



June 26, 2023
Invoice #: 885938
072952-00008
Page 11

**Litigation**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/30/2023 | Gange, Caroline | Review second circuit decision and prepare memo re same (6.6); call w/ KL team re next steps (0.8); edit memo re next steps (0.4); multiple emails w/ D. Blabey re same (0.3). | 8.10 | 9,882.00 |
| 5/30/2023 | Andrews, Lauren Cassady | Review Second Circuit opinion. | 0.80 | 952.00 |
| 5/31/2023 | Englert, Jr., Roy T. | Call with DPW, Akin, Latham re next steps (1.0), and follow-up emails and calls w/ KL team and co-counsel re same (2.5). | 3.50 | 5,775.00 |
| 5/31/2023 | Blabey, David E. | Call with DPW, Akin and others re next steps on appeal (1.0). | 1.00 | 1,300.00 |
| 5/31/2023 | Eckstein, Kenneth H. | Confer w/ R. Englert, D. Blabey re issues (0.8); call with DPW, Latham, Akin re decision and next steps (1.0). | 1.80 | 3,240.00 |
| 5/31/2023 | Shifer, Joseph A. | Review 2d Cir decision and plan next steps. | 1.00 | 1,280.00 |
| **TOTAL** | | | **43.00** | **$62,744.50** |



June 26, 2023
Invoice #: 885938
072952-00009
Page 12

**Meetings and Communications with Ad-Hoc Committee & Creditors**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 3.70 | $4,810.00 |
| Eckstein, Kenneth H. | Partner | 9.60 | 17,280.00 |
| Englert, Jr., Roy T. | Partner | 2.00 | 3,300.00 |
| Fisher, David J. | Partner | 1.50 | 2,535.00 |
| Rosenbaum, Jordan M. | Partner | 0.60 | 900.00 |
| Gange, Caroline | Associate | 5.70 | 6,954.00 |
| **TOTAL FEES** | | **23.10** | **$35,779.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/2/2023 | Eckstein, Kenneth H. | Prepare for (0.3) and attend Working Group check in call (0.7); calls w/ AHC members re business issues (0.8). | 1.80 | $3,240.00 |
| 5/2/2023 | Blabey, David E. | Attend working group call. | 0.70 | 910.00 |
| 5/2/2023 | Gange, Caroline | Prepare for (0.1) and attend working group call re upcoming meeting (0.7). | 0.80 | 976.00 |
| 5/9/2023 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,440.00 |
| 5/9/2023 | Blabey, David E. | Attend portion of working group call. | 0.50 | 650.00 |



June 26, 2023
Invoice #: 885938
072952-00009
Page 13

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/15/2023 | Eckstein, Kenneth H. | Call and correspond with Working Group re plan next steps (0.7); follow up correspond re same (0.4). | 1.10 | 1,980.00 |
| 5/16/2023 | Eckstein, Kenneth H. | Attend Working Group call (1.0). | 1.00 | 1,800.00 |
| 5/16/2023 | Blabey, David E. | Attend working group call. | 1.00 | 1,300.00 |
| 5/16/2023 | Gange, Caroline | Attend portion of working group call re upcoming hearing and plan issues. | 0.80 | 976.00 |
| 5/19/2023 | Eckstein, Kenneth H. | Correspond with Working Group re sale issues and upcoming meeting (1.2). | 1.20 | 2,160.00 |
| 5/22/2023 | Gange, Caroline | Emails w/ working group members re Avrio sale. | 0.20 | 244.00 |
| 5/23/2023 | Eckstein, Kenneth H. | Attend Working Group call (0.8). | 0.80 | 1,440.00 |
| 5/23/2023 | Blabey, David E. | Attend portion of working group call. | 0.30 | 390.00 |
| 5/23/2023 | Gange, Caroline | Prepare update for AHC re Avrio hearing. | 0.40 | 488.00 |
| 5/25/2023 | Eckstein, Kenneth H. | Calls with clients re case issues (0.8). | 0.80 | 1,440.00 |
| 5/31/2023 | Rosenbaum, Jordan M. | Attend AHC meeting. | 0.60 | 900.00 |
| 5/31/2023 | Eckstein, Kenneth H. | Review and revise client memo re next steps (1.3); prepare for (0.1) and attend AHC call (0.7). | 2.10 | 3,780.00 |
| 5/31/2023 | Blabey, David E. | Attend AHC call (0.7); edits to email update to clients on Purdue decision (0.5). | 1.20 | 1,560.00 |



June 26, 2023
Invoice #: 885938
072952-00009
Page 14

**Meetings and Communications with Ad-Hoc Committee & Creditors**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 5/31/2023 | Englert, Jr., Roy T. | Attend meeting with clients to discuss next steps, timing, and appeal issues (0.7), and preparation and follow-up (1.3). | 2.00 | 3,300.00 |
| 5/31/2023 | Fisher, David J. | Review memorandum regarding status of case post Second Circuit (0.5); review decision (0.3); attend Committee meeting (0.7). | 1.50 | 2,535.00 |
| 5/31/2023 | Gange, Caroline | Prep for (0.6) and attend AHC call (0.7). | 1.30 | 1,586.00 |
| 5/31/2023 | Gange, Caroline | Prep next steps memo following Second Circuit. | 2.20 | 2,684.00 |
| **TOTAL** | | | **23.10** | **$35,779.00** |



June 26, 2023
Invoice #: 885938
072952-00011
Page 15

**Plan and Disclosure Statement**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Blabey, David E. | Partner | 1.70 | $2,210.00 |
| Eckstein, Kenneth H. | Partner | 7.10 | 12,780.00 |
| Ringer, Rachael L. | Partner | 1.60 | 2,264.00 |
| Gange, Caroline | Associate | 31.10 | 37,942.00 |
| **TOTAL FEES** | | **41.50** | **$55,196.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/1/2023 | Gange, Caroline | Research re issues for plan options meeting (3.3); prepare talking points/outline re same (1.7). | 5.00 | $6,100.00 |
| 5/2/2023 | Gange, Caroline | Further research re plan issues/options (3.4); review non-bankruptcy settlements (2.3). | 5.70 | 6,954.00 |
| 5/3/2023 | Eckstein, Kenneth H. | Review agenda and materials for Plan options meeting (1.3). | 1.30 | 2,340.00 |
| 5/3/2023 | Blabey, David E. | Review C. Gange research related to plan options issues. | 0.30 | 390.00 |
| 5/3/2023 | Gange, Caroline | Outline talking points re plan issues/options and further research re same (3.8); emails w/ D. Blabey re same (0.2); prep for upcoming meeting (0.2). | 4.20 | 5,124.00 |



June 26, 2023
Invoice #: 885938
072952-00011
Page 16

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 5/4/2023 | Ringer, Rachael L. | Attend call with Sacklers re: plan options (1.6). | 1.60 | 2,264.00 |
| 5/4/2023 | Eckstein, Kenneth H. | Attend call with key parties re Plan options discussion, report on non-bankruptcy settlements (1.6); review materials and prep for call (0.9). | 2.50 | 4,500.00 |
| 5/4/2023 | Blabey, David E. | Attend majority of call between States and key parties re potential Plan options issues. | 1.40 | 1,820.00 |
| 5/4/2023 | Gange, Caroline | Prep for (0.8) and attend meeting w/ key parties re plan options (1.6); further research re plan options and edit outline re same (3.8). | 6.20 | 7,564.00 |
| 5/5/2023 | Gange, Caroline | Research re plan provisions and potential options and update outline re same. | 3.20 | 3,904.00 |
| 5/8/2023 | Gange, Caroline | Further research re plan options/issues and edit memo, presentation re same. | 3.00 | 3,660.00 |
| 5/9/2023 | Gange, Caroline | Legal research re issues for plan options (3.3); edit outline re same (0.5). | 3.80 | 4,636.00 |
| 5/15/2023 | Eckstein, Kenneth H. | Call with M Huebner re status of discussions with states, Plan options issues (0.6). | 0.60 | 1,080.00 |
| 5/16/2023 | Eckstein, Kenneth H. | Correspond with M. Huebner re case issues (0.4). | 0.40 | 720.00 |
| 5/18/2023 | Eckstein, Kenneth H. | Call with A. Preiss re case issues (0.3); correspond with M. Huebner re case issues (0.8). | 1.10 | 1,980.00 |



June 26, 2023
Invoice #: 885938
072952-00011
Page 17

**Plan and Disclosure Statement**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 5/19/2023 | Eckstein, Kenneth H. | Correspond with M. Huebner re Plan issues (0.4); review materials, correspond re case issues (0.8). | 1.20 | 2,160.00 |
| **TOTAL** | | | **41.50** | **$55,196.00** |

# Kramer Levin



June 26, 2023

Ad Hoc Committee of Governmental and Other
Contingent
Litigation Claimants

Invoice #: 885938
072952
Page 1

**FOR PROFESSIONAL SERVICES rendered through May 31, 2023.**

Disbursements and Other Charges                     2,683.64

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000



June 26, 2023
Invoice #: 885938
072952

### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Data Hosting Charges | $2,100.69 |
| Pacer Online Research | 139.30 |
| Transcript Fees | 136.80 |
| Westlaw Online Research | 306.85 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,683.64** |

### DISBURSEMENTS AND OTHER CHARGES DETAIL

**Data Hosting Charges**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/30/2023 | Eckstein Kenneth H. | Data Hosting Charges | $2,100.69 |
| **Subtotal** | | | **$2,100.69** |

**Pacer Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/1/2023 | Gange Caroline | Pacer Online Research Gange, Caroline | $136.20 |
| 5/9/2023 | Gange Caroline | Pacer Online Research Gange, Caroline | $3.10 |
| **Subtotal** | | | **$139.30** |



June 20, 2023
Invoice #: 885938
072952
Page 2

**Transcript Fees**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/30/2023 | Gange Caroline | Vendor: Veritext New York Reporting Co., A Veritext Company - Transcript Fees, Description: Hearing transcript, Transaction Date: 05/30/23, Invoice Number: 6602714 | $136.80 |
| **Subtotal** | | | **$136.80** |

**Westlaw Online Research**

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/2/2023 | Gange Caroline | Westlaw Online Research | $166.46 |
| 5/3/2023 | Gange Caroline | Westlaw Online Research | $140.39 |
| **Subtotal** | | | **$306.85** |
| **TOTAL** | | | **$2,683.64** |