UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**FORTY-FOURTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | May 1, 2023 through May 31, 2023 |
| Monthly Fees Incurred: | $56,710.50 |

---

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:            $0.00

Total Fees and Expenses Due:          $56,710.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |

**PRIOR APPLICATIONS (cont.):**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $96,849.50 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $52,374.00 | $0.00 |
| Docket No. 5051 Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $51,773.00 | $0.00 |
| Docket No. 5132 Filed on 10/12/2022 | 8/1/2022 – 8/31/2022 | $35,470.00 | $0.00 | $34,220.00 | $0.00 |
| Docket No. 5240 Filed on 11/15/2022 | 9/1/2022 – 9/30/2022 | $53,219.00 | $8.00 | $52,344.00 | $8.00 |
| Docket No. 5341 Filed on 1/13/2023 | 10/1/2022 – 10/31/2022 | $30,107.50 | $0.00 | $29,232.50 | $0.00 |
| Docket No. 5342 Filed on 1/13/23 | 11/1/2022 – 11/30/2022 | $31,105.00 | $0.00 | $30,230.00 | $0.00 |
| Docket No. 5393 Filed on 2/1/23 | 12/1/2022 – 12/31/2022 | $42,190.00 | $0.00 | $41,315.00 | $0.00 |
| Docket No. 5518 Filed on 3/30/23 | 1/1/2023 – 1/31/2023 | $98,523.50 | $0.00 | $78,818.80 | $0.00 |
| Docket No. 5519 Filed on 3/30/23 | 2/1/2023 – 2/28/2023 | $125,875.00 | $0.00 | $100,700.00 | $0.00 |
| Docket No. 5599 Filed on 5/12/23 | 3/1/2023 – 3/31/2023 | $91,292.50 | $0.00 | $73,034.00 | $0.00 |
| Docket No. 5705 Filed on 6/14/23 | 4/1/2023 – 4/30/2023 | $103,758.50 | $0.00 | $83,006.80 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, $6,929, $5,000, and $3,500 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, and tenth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the **"Orders"**). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from May 1, 2023 through and including May 31, 2023 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $56,710.50 |
   | Expenses | 0.00 |
   | **TOTAL** | **$56,710.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $45,368.40 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$45,368.40** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 28, 2023 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
July 14, 2023

                        FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
      Matthew Diaz, Senior Managing Director
      1166 Avenue of the Americas, 15th Floor
      New York, New York 10036
      Telephone: (212) 499-3611
      Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Matthew Diaz | Sr Managing Director | Restructuring | $ 1,325 | 13.0 | $ 17,225.00 |
| Steven Joffe | Sr Managing Director | Tax | 1,325 | 0.7 | 927.50 |
| Brian Bromberg | Managing Director | Restructuring | 985 | 13.0 | 12,805.00 |
| Emma Kurtz | Director | Restructuring | 835 | 24.3 | 20,290.50 |
| Jack Blittner | Consultant | Restructuring | 475 | 11.5 | 5,462.50 |
| **GRAND TOTAL** | | | | **62.5** | **$ 56,710.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.7 | $ 2,241.50 |
| 2 | Cash & Liquidity Analysis | 1.4 | 1,855.00 |
| 6 | Asset Sales | 1.4 | 1,855.00 |
| 7 | Analysis of Domestic Business Plan | 6.0 | 5,600.00 |
| 9 | Analysis of Employee Comp Programs | 1.0 | 1,087.00 |
| 10 | Analysis of Tax Issues | 0.7 | 927.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 35.5 | 33,653.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 4.5 | 4,282.50 |
| 24 | Preparation of Fee Application | 8.3 | 5,208.50 |
| | **GRAND TOTAL** | **62.5** | **$ 56,710.50** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 5/2/2023 | Jack Blittner | 0.4 | Prepare the 5/2 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 5/8/2023 | Jack Blittner | 0.3 | Prepare the 5/8 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 5/11/2023 | Emma Kurtz | 0.4 | Review latest dataroom updates re: reporting. |
| 1 | 5/11/2023 | Jack Blittner | 0.4 | Prepare the 5/11 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 5/23/2023 | Jack Blittner | 0.6 | Prepare the 5/23 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 5/23/2023 | Matthew Diaz | 0.4 | Review summary of hearings to assess the Debtors' current operational and financial status. |
| 1 | 5/25/2023 | Jack Blittner | 0.3 | Prepare the 5/25 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 5/30/2023 | Jack Blittner | 0.7 | Prepare the 5/30 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 5/31/2023 | Jack Blittner | 0.2 | Prepare the 5/31 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| **1 Total** | | | **3.7** | |
| 2 | 5/2/2023 | Matthew Diaz | 0.8 | Review latest cash reporting from the Debtors to assess the Debtors' liquidity status. |
| 2 | 5/23/2023 | Matthew Diaz | 0.6 | Review updated cash reporting from the Debtors to assess the Debtors' liquidity status. |
| **2 Total** | | | **1.4** | |
| 6 | 5/1/2023 | Matthew Diaz | 0.5 | Participate in call with Counsel re: Avrio sale proceeds. |
| 6 | 5/1/2023 | Matthew Diaz | 0.3 | Participate in call with the Debtors re: Avrio sale proceeds. |
| 6 | 5/22/2023 | Matthew Diaz | 0.6 | Review the Committee's statement on the Avrio sale. |
| **6 Total** | | | **1.4** | |
| 7 | 5/2/2023 | Matthew Diaz | 0.5 | Participate in call with the Debtors' professionals re: key case issues and business plan updates. |
| 7 | 5/3/2023 | Brian Bromberg | 0.3 | Finalize updated business plan diligence list to be sent to the Debtors. |
| 7 | 5/14/2023 | Brian Bromberg | 0.9 | Evaluate latest business plan projections based on discussions the Debtors' professionals. |
| 7 | 5/16/2023 | Brian Bromberg | 0.4 | Participate in call with the Debtors' professionals re: business plan projections and updates, and emergence preparations. |
| 7 | 5/16/2023 | Emma Kurtz | 0.4 | Participate in call with the Debtors' professionals re: business plan projections and updates. |
| 7 | 5/22/2023 | Brian Bromberg | 0.3 | Review pipeline updates to assess the projected spend. |
| 7 | 5/22/2023 | Emma Kurtz | 0.7 | Prepare summary notes for team re: pipeline call. |
| 7 | 5/22/2023 | Emma Kurtz | 0.6 | Review materials from the Debtors to prepare for pipeline update call. |
| 7 | 5/22/2023 | Emma Kurtz | 1.5 | Participate in call with the Debtors' professionals re: pipeline products status. |
| 7 | 5/30/2023 | Brian Bromberg | 0.4 | Participate in call with Debtors re: business plan updates. |
| **7 Total** | | | **6.0** | |
| 9 | 5/1/2023 | Brian Bromberg | 0.3 | Prepare correspondence with Counsel re: 2023 KEIP proposal. |
| 9 | 5/1/2023 | Matthew Diaz | 0.3 | Attend call with Alix to discuss the KEIP. |
| 9 | 5/3/2023 | Brian Bromberg | 0.4 | Review draft update for the committee re: KEIP/KERP to prepare revisions. |
| **9 Total** | | | **1.0** | |
| 10 | 5/31/2023 | Steven Joffe | 0.7 | Review the second circuit court decision to assess potential tax implications. |
| **10 Total** | | | **0.7** | |
| 16 | 5/1/2023 | Brian Bromberg | 1.0 | Participate in call with internal team re: Avrio proceeds and updated distributable value analysis. |
| 16 | 5/1/2023 | Brian Bromberg | 0.4 | Review Avrio sale proceeds to assess potential implications for the Committee. |
| 16 | 5/1/2023 | Brian Bromberg | 0.6 | Review analysis of impact of Avrio sale on distributions. |
| 16 | 5/1/2023 | Brian Bromberg | 1.2 | Review updated distributable value analysis to provide feedback to team. |
| 16 | 5/1/2023 | Emma Kurtz | 1.4 | Prepare revisions to presentation re: impact of Avrio sale proceeds per comments from team. |
| 16 | 5/1/2023 | Emma Kurtz | 1.0 | Participate in call with the internal team re: incentive compensation, Avrio proceeds, and distributable value update. |
| 16 | 5/1/2023 | Emma Kurtz | 2.7 | Prepare analysis of potential Avrio sale proceeds to update distributable value model. |
| 16 | 5/1/2023 | Emma Kurtz | 3.1 | Prepare presentation re: potential Avrio sale proceeds based on updated distributable value model. |
| 16 | 5/1/2023 | Jack Blittner | 0.5 | Participate (partially) in call with the internal team re: incentive compensation, Avrio proceeds, and distributable value update. |
| 16 | 5/1/2023 | Jack Blittner | 1.1 | Prepare slides summarizing Avrio bid procedure motion. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 5/1/2023 | Jack Blittner | 0.4 | Continue to prepare slides summarizing Avrio sale process and treatment of proceeds. |
| 16 | 5/1/2023 | Matthew Diaz | 0.6 | Review draft slides re: distributable value analysis. |
| 16 | 5/1/2023 | Matthew Diaz | 1.3 | Review updated emergence cash flows analysis to provide comments to team. |
| 16 | 5/2/2023 | Brian Bromberg | 0.5 | Participate in call with the Debtors' professional re: business plan updates, 2023 KEIP proposal, and emergence considerations. |
| 16 | 5/2/2023 | Brian Bromberg | 0.7 | Review slides covering the Avrio sale and impact on distributions to provide comments to team. |
| 16 | 5/2/2023 | Emma Kurtz | 0.5 | Participate in call with the Debtors' professional re: business plan updates, emergence considerations, and case status. |
| 16 | 5/2/2023 | Matthew Diaz | 1.4 | Review updated emergence cash flows analysis based on latest case updates. |
| 16 | 5/3/2023 | Emma Kurtz | 1.7 | Prepare revised presentation re: Accord trial and distributable value updates. |
| 16 | 5/3/2023 | Emma Kurtz | 1.9 | Prepare updates to distributable value model to reflect latest assumptions and draft revised summary charts. |
| 16 | 5/3/2023 | Matthew Diaz | 0.7 | Assess recovery analysis scenarios to evaluate potential implications for the Committee. |
| 16 | 5/4/2023 | Brian Bromberg | 0.2 | Continue to assess recovery analysis scenarios to evaluate potential implications for the Committee. |
| 16 | 5/4/2023 | Brian Bromberg | 0.9 | Review slides summarizing updated business plan projections to provide feedback to the team. |
| 16 | 5/4/2023 | Emma Kurtz | 1.8 | Prepare revisions to presentation re: Accord and distributable value update per comments from the internal team. |
| 16 | 5/4/2023 | Emma Kurtz | 0.6 | Provide guidance to the internal team re: updates to distributable value model. |
| 16 | 5/8/2023 | Brian Bromberg | 0.7 | Review slides summarizing updated emergence and post-emergence distributions to provide additional comments to the team. |
| 16 | 5/8/2023 | Matthew Diaz | 1.2 | Review updated distributable value analysis to provide feedback to the internal team. |
| 16 | 5/10/2023 | Emma Kurtz | 1.6 | Prepare revisions to Accord and distributable value update presentation per comments. |
| 16 | 5/11/2023 | Matthew Diaz | 1.1 | Review updated recovery analysis to provide feedback to the internal team. |
| 16 | 5/30/2023 | Brian Bromberg | 0.4 | Review Sackler settlement agreement to assess potential recovery implications for the Committee. |
| 16 | 5/30/2023 | Brian Bromberg | 0.3 | Review prior emergence presentation to evaluate potential updates due to second circuit decision. |
| 16 | 5/30/2023 | Brian Bromberg | 0.8 | Review second circuit decision to evaluate potential implications. |
| 16 | 5/30/2023 | Matthew Diaz | 0.6 | Review Second Circuit Order to assess potential implications for the Committee. |
| 16 | 5/31/2023 | Brian Bromberg | 0.7 | Review memo from counsel re: potential case timeline following second circuit decision. |
| 16 | 5/31/2023 | Brian Bromberg | 0.6 | Review plan documents to assess implications of second circuit decision. |
| 16 | 5/31/2023 | Emma Kurtz | 1.3 | Review appeal ruling and summary from counsel re: case timing and next steps. |
| **16 Total** | | | **35.5** | |
| 21 | 5/2/2023 | Matthew Diaz | 0.5 | Participate in call with the working group re: key case issues and next steps. |
| 21 | 5/31/2023 | Brian Bromberg | 1.0 | Participate on call with the Committee re: Second Circuit ruling and potential next steps. |
| 21 | 5/31/2023 | Emma Kurtz | 1.0 | Participate on call with the Committee re: appeal ruling and potential next steps. |
| 21 | 5/31/2023 | Jack Blittner | 1.0 | Participate on call with the Committee re: Second Circuit decision and next steps. |
| 21 | 5/31/2023 | Matthew Diaz | 1.0 | Participate in call with the Committee re: Second Circuit Ruling, case status, and next steps. |
| **21 Total** | | | **4.5** | |
| 24 | 5/12/2023 | Emma Kurtz | 0.3 | Finalize March fee application for filing. |
| 24 | 5/23/2023 | Jack Blittner | 0.7 | Revise the April fee application task descriptions to ensure compliance with Bankruptcy Code. |
| 24 | 5/23/2023 | Jack Blittner | 0.1 | Continue to prepare April fee application to comply with bankruptcy code. |
| 24 | 5/23/2023 | Jack Blittner | 0.6 | Prepare April fee application to comply with bankruptcy code. |
| 24 | 5/23/2023 | Jack Blittner | 2.3 | Begin to prepare draft April fee application per local rules. |
| 24 | 5/24/2023 | Emma Kurtz | 1.4 | Review draft April fee statement fee detail. |
| 24 | 5/24/2023 | Jack Blittner | 0.3 | Prepare April Fee application exhibits to comply with bankruptcy code. |
| 24 | 5/25/2023 | Emma Kurtz | 0.4 | Review draft April fee application exhibits and statement. |
| 24 | 5/25/2023 | Jack Blittner | 1.3 | Continue to prepare April fee application exhibits to comply with bankruptcy code. |
| 24 | 5/25/2023 | Jack Blittner | 0.3 | Finalize draft of April fee application to be sent to Counsel. |
| 24 | 5/25/2023 | Matthew Diaz | 0.6 | Review draft April fee application. |
| **24 Total** | | | **8.3** | |
| **Grand Total** | | | **62.5** | |