**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| ----------------------------------------------------------------X | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |
| | : | |
| ---------------------------------------------------------------- X | |

**FORTY-FOURTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF MAY 1, 2023 THROUGH MAY 31, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | May 1, 2023 through May 31, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $32,109.50 |
| **Current Fee Request** | $25,687.60 (80% of $32,109.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $25,687.60 |
| **Total Fees and Expenses Inclusive of Holdback** | $32,109.50 |
| **This is a(n):**   _X_ Monthly Application    ___Interim Application    ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Forty-Fourth Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2023 through and including May 31, 2023 (the "Statement Period").

### Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories. As reflected in Exhibit A, Brown Rudnick incurred $32,109.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $25,687.60

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,654.12. The blended hourly rate of all paraprofessionals is $470.00. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $0.00 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees"). To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application. Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  July15, 2023                    Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:      (212) 209-4801
E-mail: dmolton@brownrudnick.com
            spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent Litigation*
*Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY
BROWN RUDNICK LLP**

**COMMENCING MAY 1, 2023 THROUGH MAY 31, 2023**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 1.4 | $658.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 9.2 | $4,324.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 0.0 | $0.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 2.1 | $3,695.00 |
| 014 Plan and Disclosure Statement | 14.3 | $23,432.50 |
| **Total** | **27.0** | **$32,109.50** |
| | | |
| 20% Fee Holdback | | **$6,421.9** |
| 80% of Fees | | **$25,687.60** |
| Plus Expenses | | **$0.00** |
| Requested Amount | | **$32,109.50** |

## EXHIBIT B

### SERVICES RENDERED BY BROWN RUDNICK LLP

### COMMENCING MAY 1, 2023 THROUGH MAY 31, 2023

#### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,950 | 7.6 | $14,820.00 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,550 | 4.4 | $6,820.00 |
| Barbara J. Kelly | Counsel 1982 Tax | $1,375 | 2.9 | $3,987.50 |
| Gerard T. Cicero | Partner 2015 Bankruptcy & Corporate Restructuring | $1,000 | 1.5 | $1,500.00 |
| Madelyn A Soliman | Paralegal Bankruptcy & Corporate Restructuring | $470 | 10.6 | $4,982.00 |
| **Total Fees Requested** | | | **27.0** | **$32,109.50** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING APRIL 1, 2023 THROUGH APRIL 30, 2023

| EXPENSE | AMOUNT |
|---|---|
|  |  |
| - | $0.00 |
| **Total Expenses** | **$0.00** |

# **EXHIBIT D**

**Time Entries for Each Professional by Task Code (Invoice)**

**brown**rudnick

| | | | |
|---|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | | 6961616 |
| ATTN: DAVID MOLTON | Date | | Jun 23, 2023 |
| BROWN RUDNICK | Client | | 035843 |
| 7 TIMES SQUARE | | | |
| NEW YORK, NY 10036 | | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 658.00 | 0.00 | 658.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 4,324.00 | 0.00 | 4,324.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 3,695.00 | 0.00 | 3,695.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 23,432.50 | 0.00 | 23,432.50 |
| | **Total** | **32,109.50** | **0.00** | **32,109.50** |

| | |
|---|---:|
| Total Current Fees | $32,109.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$32,109.50** |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6961616 |
| Date | Jun 23, 2023 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 658.00 | 0.00 | 658.00 |
| | **Total** | **658.00** | **0.00** | **658.00** |

| | |
|---|---|
| Total Current Fees | $658.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$658.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2023

Invoice 6961616
Page 3

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 05/02/23 | SOLIMAN | REVIEW DOCKET AND UPDATE DATABASE | 0.30 | 141.00 |
| 05/04/23 | SOLIMAN | ANALYSIS OF DOCKET AND PERTINENT DATES | 0.30 | 141.00 |
| 05/12/23 | SOLIMAN | REVIEW DOCKET AND UPDATE CALENDAR | 0.30 | 141.00 |
| 05/18/23 | SOLIMAN | REVIEW DOCKET | 0.20 | 94.00 |
| 05/22/23 | SOLIMAN | REVIEW DOCKET (.2); UPDATE CALENDAR (.1) | 0.30 | 141.00 |
| | **Total Hours and Fees** | | **1.40** | **658.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| MADELYN A. SOLIMAN | 1.40 | hours at | 470.00 | 658.00 |
| **Total Fees** | | | | **658.00** |

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice    6961616 |
| ATTN: DAVID MOLTON | Date    Jun 23, 2023 |
| BROWN RUDNICK | Client    035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through May 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 4,324.00 | 0.00 | 4,324.00 |
| | **Total** | **4,324.00** | **0.00** | **4,324.00** |

| | |
|---|---|
| Total Current Fees | $4,324.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,324.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2023

Invoice 6961616
Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/01/23 | SOLIMAN | EMAIL TO TEAM WITH 42ND MONTHLY FEE STATEMENT FOR APPROVAL TO SUBMIT | 0.50 | 235.00 |
| 05/02/23 | SOLIMAN | 42ND FEE APP FILED AND CIRCLATED TO TEAM (.5); INTERIM FEE APP PREPARATION (1.2); EMAILS TO AND FROM BILLING IN REFERENCE TO SUMMARIES FOR INTERIM FEE APP AND MONTHLY FEE STATEMENT (.5) | 2.20 | 1,034.00 |
| 05/03/23 | SOLIMAN | REVIEW PREBILLS | 0.60 | 282.00 |
| 05/04/23 | SOLIMAN | FORWARD PREBILLS TO TEAM FOR FINAL REVIEW | 0.10 | 47.00 |
| 05/05/23 | SOLIMAN | PREPARATION OF 42ND MONTHLY FEE STATEMENT | 0.50 | 235.00 |
| 05/17/23 | SOLIMAN | PREPARE BR 43RD FEE STATEMENT (.90); CIRCULATE TO FEE STATEMENT TO TEAM (.10); WORK ON PURDUE INTERIM (.50) | 1.50 | 705.00 |
| 05/19/23 | SOLIMAN | FINALIZE AND CIRCULATE 43RD FEE STATEMENT TO CLIENT FOR APPROVAL (.4); CIRCULATE 42ND FEE STATEMENT TO CLIENT FOR PAYMENT (.2) | 0.60 | 282.00 |
| 05/24/23 | SOLIMAN | FOLLOW UP WITH CLIENTS ON COMMENTS IN REGARD TO BR 43RD FEE STATEMENT | 0.10 | 47.00 |
| 05/25/23 | SOLIMAN | FOLLOW UP WITH TEAM IN 43RD FEE STATEMENT (.1); SEND CORRECTIONS TO BILLING (.1); UPDATE AND COMPILED 43RD FEE STATEMENT (.2) | 0.40 | 188.00 |
| 05/26/23 | SOLIMAN | FILE BR 43RD FEE STATEMENT (.3); CIRCULATE TO TEAM (.2) | 0.50 | 235.00 |
| 05/31/23 | SOLIMAN | PREPARE BR 11TH INTERIM FEE APP | 2.20 | 1,034.00 |
| | **Total Hours and Fees** | | **9.20** | **4,324.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| MADELYN A. SOLIMAN | 9.20 | hours at | 470.00 | 4,324.00 |
| **Total Fees** | | | | **4,324.00** |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6961616 |
| Date | Jun 23, 2023 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 3,695.00 | 0.00 | 3,695.00 |
| | **Total** | **3,695.00** | **0.00** | **3,695.00** |

| | |
|---|---|
| Total Current Fees | $3,695.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,695.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
June 23, 2023

Invoice 6961616
Page 7

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 05/31/23 | POHL | ATTEND MEETING WITH AND RV CORRESPONDENCE FROM AD HOC COMMITTEE | 1.00 | 1,550.00 |
| 05/31/23 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC MEETING RE ISSUES ARISING FROM SECOND CIRCUIT OPINION RE TIMING AND EFFECTIVE DATE | 1.10 | 2,145.00 |
| | **Total Hours and Fees** | | **2.10** | **3,695.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| STEVEN POHL | 1.00 | hours at | 1,550.00 | 1,550.00 |
| DAVID J. MOLTON | 1.10 | hours at | 1,950.00 | 2,145.00 |
| **Total Fees** | | | | **3,695.00** |

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6961616 |
| Date | Jun 23, 2023 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 23,432.50 | 0.00 | 23,432.50 |
| | **Total** | **23,432.50** | **0.00** | **23,432.50** |

| | |
|---|---|
| Total Current Fees | $23,432.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$23,432.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6961616
June 23, 2023                                                                              Page 9

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/03/23 | POHL | PLAN  RV 2023 KEIP MOTION | 0.50 | 775.00 |
| 05/23/23 | POHL | ATTEND HEARING ON KEIP/KERP AND INSURANCE ADVERSARY PROCEEDING | 1.90 | 2,945.00 |
| 05/29/23 | POHL | REVIEW SECOND CIRCUIT OPINION | 0.70 | 1,085.00 |
| 05/30/23 | CICERO | REVIEW CIRCUIT OPINION AND DISCUSS SAME WITH D. MOLTON | 1.50 | 1,500.00 |
| 05/30/23 | MOLTON | COMMENCE REVIEW AND ANALYSIS OF SECOND CIRCUIT'S PURDUE OPINION AND CONCURRENCE | 2.80 | 5,460.00 |
| 05/30/23 | KELLY | READ AND ANALYZE 2D CIR OPINION (1.8); REVIEW KRAMER LEVIN CORRESPONDENCE RE SAME (.1) | 1.90 | 2,612.50 |
| 05/31/23 | POHL | REVIEW SECOND CIRCUIT OPINION | 0.30 | 465.00 |
| 05/31/23 | MOLTON | CONTINUED REVIEW AND ANALYSIS OF SECOND CIRCUIT'S PURDUE OPINION AND CONCURRENCE | 2.80 | 5,460.00 |
| 05/31/23 | MOLTON | ADDRESS ISSUES ARISING FROM SECOND CIRCUIT OPINION RE TIMING AND EFFECTIVE DATE | 0.90 | 1,755.00 |
| 05/31/23 | KELLY | JOIN KRAMER MEETING ON STATUS OF CASE AND 2D CIR OPINION (.7); REVIEW AND ANALYZE SUMMARY STATUS EMAIL RE PROGRESS OF CASE (.3) | 1.00 | 1,375.00 |
| | **Total Hours and Fees** | | **14.30** | **23,432.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|-----|------|-------|
| STEVEN POHL | 3.40 | hours at | 1,550.00 | 5,270.00 |
| DAVID J. MOLTON | 6.50 | hours at | 1,950.00 | 12,675.00 |
| BARBARA J. KELLY | 2.90 | hours at | 1,375.00 | 3,987.50 |
| GERARD T. CICERO | 1.50 | hours at | 1,000.00 | 1,500.00 |
| **Total Fees** | | | | **23,432.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6961616 |
| ATTN: DAVID MOLTON | Date | Jun 23, 2023 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $32,109.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067