DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 19-23649 (SHL)**<br><br>**(Jointly Administered)** |

## AGENDA FOR JULY 20, 2023 HEARING

Time and Date of Hearing:     July 20, 2023 at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:     In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: +1 646 518 9805, Meeting ID 977 1955 1346, Passcode 185136.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. |
|---|---|

## I.    UNCONTESTED MATTER

1. ***Interim Fee Applications.*** Notice of Eleventh Interim Fee Hearing [ECF No. 5733]

> Objection Deadline: July 13, 2023 at 4:00 p.m. (prevailing Eastern Time).

> Responses Received: None

> Related Documents:

> A. Interim Fee Applications of the following applicants:

> > **Debtors' Professionals**
> > A.  Dechert LLP [ECF No. 5697]
> > B.  Arnold & Porter Kaye Scholer LLP [ECF No. 5691]
> > C.  King & Spalding LLP [ECF No. 5696]
> > D.  Davis Polk & Wardwell LLP [ECF No. 5698]
> > E.  Jones Day [ECF No. 5711]
> > F.  Ernst & Young LLP [ECF No. 5683]
> > G.  AlixPartners, LLP [ECF No. 5727]
> > H.  Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 5728]
> > I.  PJT Partners LP [ECF No. 5690]
> > J.  Grant Thornton LLP [ECF No. 5679]
> > K.  Reed Smith LLP [ECF No. 5695]
> > L.  Latham & Watkins [ECF No. 5740]

> > **Official Committee of Unsecured Creditors' Professionals**

> > M.  Jefferies LLC [ECF No. 5724]
> > N.  Cole Schotz P.C. [ECF No. 5722]
> > O.  Province, LLC [ECF No. 5723]
> > P.  Akin Gump Strauss Hauer & Feld LLP [ECF No. 5721]
> > Q.  Kurtzman Carson Consultants LLC [ECF No. 5725]

> > **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

> > R.  Brown Rudnick LLP [ECF No. 5700]
> > S.  FTI Consulting, Inc. [ECF No. 5726]
> > T.  Otterbourg P.C. [ECF No. 5713]
> > U.  Gilbert LLP [ECF No. 5710]
> > V.  Kramer Levin Naftalis & Frankel LLP [ECF No. 5709]
> > W.  Houlihan Lokey Capital, Inc. [ECF No. 5712]

**Multi-State Governmental Entities Group**

X.    Caplin & Drysdale, Chartered [ECF Nos. 5729, 5730]

**The Nine's Professionals**

Y.    Kleinberg, Kaplan, Wolff & Cohen P.C. [ECF No. 5714]

**Fee Examiner**

Z.    Bielli & Klauder, LLC [ECF No. 5693]

B.    Supplemental Notice of Eleventh Interim Fee Hearing [ECF No. 5744]

Status: This matter is going forward on an uncontested basis.

## II.    CONTESTED MATTER

2.    ***Liquidation and Settlement Motions***. Amended Motion to Schedule for Liquidation and Settlement of Case Number; 6492 [ECF No. 5648] and Motion to Schedule for Liquidation and Settlement of Case Number; 6492 [ECF No. 5687]

Objection Deadline: July 13, 2023 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A.    Debtors' Omnibus Objection to Redbow NLN's Amended Motion to Schedule for Liquidation and Settlement of Case Number; 6492 and Motion to Schedule for Liquidation and Settlement of Case Number; 6492 [ECF No. 5773]

Related Documents:

A.    Notice of Hearing Regarding Motion to Schedule for Liquidation and Settlement of Case Number; 6492 [ECF No. 5732]

Status: This matter is going forward on a contested basis.

3

Dated:    July 17, 2023
New York, New York

DAVIS POLK & WARDWELL LLP

By:    *Eli J. Vonnegut*
Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*