REED SMITH LLP
599 Lexington Avenue
New York, New York, 10022
(212) 521-5400
Ann V. Kramer

*Special Insurance Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**FIFTEENTH MONTHLY FEE STATEMENT OF REED SMITH LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL INSURANCE COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Name of Applicant | Reed Smith LLP |
|---|---|
| **Applicant's Role in Case** | Special Insurance Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | May 18, 2022 [Docket No. 4850] |
| **Period for which compensation and reimbursement is sought** | June 1, 2023 to June 30, 2023 |
| **Summary of Total Fees and Expenses Requested** | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Total compensation requested in this statement | $150,614.55[2]<br><br>**(80% of $188,268.19)** |
|---|---|
| Total reimbursement requested in this statement | $54.81 |
| Total compensation and reimbursement requested in this statement | $150,669.36 |
| This is a(n):            X_ Monthly Application _____ Interim Application _ Final Application | |

Pursuant to sections 327(e) and 328(a) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to Bankruptcy Code Sections 327(e) and 328(a) Authorizing the Retention and Employment of Reed Smith LLP as Special Insurance Counsel, Nunc Pro Tunc To March 1, 2022*, dated May 18, 2022 [Docket No. 4850], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Reed Smith LLP ("**Reed Smith**"), special counsel for the above- captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this fifteenth monthly fee statement of services rendered and expenses incurred for the period from June 1, 2023 through June 30, 2023 (the "**Fee Period**") seeking (i) compensation in the amount of $150,614.55, which is equal to 80% of the total amount of

---

[2] This amount reflects a reduction in fees in the amount of $(33,223.81) on account of a previously agreed upon discount, as described in *Third Supplemental Declaration of Ann V. Kramer in Connection with the Debtors' Retention and Employment of Reed Smith LLP as Special Insurance Counsel* [Docket No. 5420], that Reed Smith agreed to provide to the Debtors.

reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $188,268.19) and (ii) payment of $54.81 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

## **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Reed Smith professionals and paraprofessionals during the Fee Period with respect to each of the project categories Reed Smith established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Reed Smith incurred $188,268.19 in fees during the Fee Period. Pursuant to this Fee Statement, Reed Smith seeks reimbursement for 80% of such fees, totaling $150,614.55.

2.      Attached hereto as **Exhibit B** is a chart of the Reed Smith professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,114.65.[3] The blended hourly billing rate of all paraprofessionals is $385.63.[4]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Reed Smith incurred or disbursed in the amount of $54.81 in connection with providing professional services to the Debtors during the Fee Period.

---

[3] The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $211,003.00 by the total hours of 189.30.
[4] The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $10,489.00 by the total hours of 27.20.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Reed Smith for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

<u>**Notice**</u>

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Reed Smith, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $150,614.55, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $188,268.19) and (ii) payment of $54.81 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

Dated:    July 25, 2023
          New York, New York

                                        /s/ Ann V. Kramer
                                        Ann V. Kramer
                                        Reed Smith LLP

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 5.10 | $5,876.00 |
| Case Assessment, Development & Strategy | 96.40 | $101,509.00 |
| Pre-Trial Pleadings & Motion Practice | 38.00 | $40,901.00 |
| Discovery | 41.90 | $44,326.50 |
| Retention & Fee Application Matters | 35.10 | $28,879.50 |
| **TOTAL** | | **$221,492.00** |
| **(Less Discount)** | | **($33,223.81)** |
| **GRAND TOTAL** | **216.50** | **$188,268.19** |

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kramer | Partner; joined firm in 2008; admitted in New York 1985 | $1,390.00 | 58.20 | $80,898.00 |
| John Ellison | Partner; joined firm in 2008; admitted in New York 1996 | $1,365.00 | 12.10 | $16,516.50 |
| Richard Lewis | Partner; joined firm in 2008; admitted in New York 1996 | $1,285.00 | 9.90 | $12,721.50 |
| Aaron Javian | Partner; joined firm in 2018; admitted in New York 2006 | $1,215.00 | 2.80 | $3,402.00 |
| Peter Hardy | Partner; joined firm in 2007; admitted in England and Wales 1983 | $1,180.00 | 24.30 | $28,674.00 |
| Lisa Szymanski | Partner; joined firm in 2010; admitted in New Jersey and Pennsylvania 2009 | $905.00 | 28.50 | $25,792.50 |
| Anthony Crawford | Partner; joined firm in 2012; admitted in New York 2017 | $785.00 | 11.00 | $7,143.50 |
| Paul Breene | Counsel; joined firm in 2008; admitted in New York 1984 | $1,390.00 | 6.10 | $8,479.00 |
| Shaun Lee | Associate; joined firm in 2021; admitted in New York 2017 | $780.00 | 23.70 | $18,486.00 |
| Catherine Lewis | Associate, joined firm in 2014; admitted in England and Wales, 2016 | $700.00 | 12.70 | $8,890.00 |
| Emily Greene | Trainee; joined firm in 2023; N/A | $470.00 | 0.20 | $94.00 |
| Kyle McCloskey | Senior Paralegal; joined firm in 2005; N/A | $385.00 | 27.00 | $10,395.00 |
| **TOTAL** | | | | **$221,492.00** |

Exhibit C - 2

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| (Less Discount) | | | | ($33,223.81) |
| **GRAND TOTAL** | | | **216.50** | **$188,268.19** |

Exhibit C - 3

**<u>Exhibit C</u>**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating/Printing/Scanning | | $0.90 |
| Taxi Expense | | $53.91 |
| **TOTAL** | | **$54.81** |

Exhibit C - 2

## **Exhibit D**

### **Detailed Time Records**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | |
| One Stamford Forum | |
| 201 Tresser Boulevard | |
| Stamford, CT 06901 | |

| | |
|---|---|
| Invoice Number: | **3631230** |
| Invoice Date: | **7/12/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Tower Insurance/Settlement**
Client File No.: 20190002678

---

| | | |
|---|---|---:|
| Fees.................................................................................. | $ | 149,353.00 |
| Less 15% Fee Discount........................................................ | $ | (22,402.95) |
| Total Current Fees............................................................. | $ | 126,950.05 |
| **Total Due This Invoice:** | **$** | **126,950.05** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3631230** |
| Invoice Date: | **7/12/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---:|---:|---:|
| 02/13/23 | 3584971 | 11,585.72 | 9,268.58 | 2,317.14 |
| 03/09/23 | 3592966 | 127,869.52 | 102,295.62 | 25,573.90 |
| 04/19/23 | 3605634 | 137,825.40 | 110,285.94 | 27,539.46 |
| 05/20/23 | 3615944 | 84,547.35 | 67,637.88 | 16,909.47 |
| 06/13/23 | 3621796 | 140,093.90 | 0.00 | 140,093.90 |

**Total Unpaid Balance Previously Billed**          $          212,433.87

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | Invoice Number: **3631230** |
| One Stamford Forum | Invoice Date: **7/12/2023** |
| 201 Tresser Boulevard | Client Number: **395187** |
| Stamford, CT 06901 | Matter Number: **395187.60002** |

**RE: Tower Insurance/Settlement**
Client File No.: 20190002678

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees............................................................................................ | $ | 149,353.00 |
| Less 15% Fee Discount........................................................... | $ | (22,402.95) |
| Total Current Fees.................................................................. | $ | 126,950.05 |
| **Total Due This Invoice:** | **$** | **126,950.05** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:* ▮▮▮▮▮
*Swift Code:* ▮▮▮▮▮
*Account* ▮▮▮▮▮
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3631230** |
| Invoice Date: | **7/12/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

Client File No.: 20190002678

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/23 | P. Hardy | e-mails with Pat Clendenen re ███████ | 0.10 | 1,180.00 | 118.00 |
| 06/01/23 | P. Hardy | e-mails with Kramer re ███ ███████ | 0.20 | 1,180.00 | 236.00 |
| 06/01/23 | P. Hardy | review of ███████ | 0.50 | 1,180.00 | 590.00 |
| 06/01/23 | A. Kramer | Communications with Ricarte, Clendenen and committee counsel re ███████ | 0.40 | 1,390.00 | 556.00 |
| 06/02/23 | P. Hardy | e-mails with Kramer and Ellison re ███████ | 0.50 | 1,180.00 | 590.00 |
| 06/02/23 | P. Hardy | attend call with Pat Clendenen re ███████ | 0.50 | 1,180.00 | 590.00 |
| 06/02/23 | P. Hardy | prep for and attend call with Kramer, Ellison, Szymanski and C. Lewis re ███████ | 1.50 | 1,180.00 | 1,770.00 |
| 06/02/23 | P. Hardy | review ███████ | 0.60 | 1,180.00 | 708.00 |
| 06/02/23 | A. Kramer | Review/analyze ███████ | 0.80 | 1,390.00 | 1,112.00 |
| 06/02/23 | P. Hardy | e-mails and call with John Lockey re ███████ | 0.40 | 1,180.00 | 472.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/02/23 | J.N. Ellison | Participate in conference call regarding ███████ | 1.20 | 1,365.00 | 1,638.00 |
| 06/02/23 | A. Kramer | Work with Breene and Szymanski re ███████ | 1.40 | 1,390.00 | 1,946.00 |
| 06/02/23 | L.A. Szymanski | Draft note to ██████ re: meet & confer w/ ██████ | 0.30 | 905.00 | 271.50 |
| 06/02/23 | L.A. Szymanski | Communications w/ R. Hoff re: conference call to discuss ██████ | 0.10 | 905.00 | 90.50 |
| 06/02/23 | L.A. Szymanski | Communications w/ A. Kramer & P. Breene re: ██████ | 0.30 | 905.00 | 271.50 |
| 06/02/23 | A. Kramer | Conference call with Clendenen, Ellison and Hardy re ██████ | 0.40 | 1,390.00 | 556.00 |
| 06/02/23 | A. Kramer | Communications with L. Szymanski in preparation for call with Hardy and Ellison | 0.20 | 1,390.00 | 278.00 |
| 06/02/23 | A. Kramer | Conference call with Ellison, Hardy, C. Lewis and L. Szymanski re ██████ | 1.20 | 1,390.00 | 1,668.00 |
| 06/02/23 | L.A. Szymanski | Participate in conference call w/ J. Ellison, A. Kramer, C. Lewis & P. Hardy re: ██████ | 1.20 | 905.00 | 1,086.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/02/23 | L.A. Szymanski | Communications w/ RS team re: | 0.10 | 905.00 | 90.50 |
| 06/02/23 | C. Lewis | Brief call with PHardy to discuss | 0.20 | 700.00 | 140.00 |
| 06/02/23 | C. Lewis | Internal call to discuss strategy for | 1.30 | 700.00 | 910.00 |
| 06/02/23 | C. Lewis | Emails internally and with J. Lockey regarding and brief call with P. Hardy regarding the same. | 0.60 | 700.00 | 420.00 |
| 06/02/23 | C. Lewis | Call with Clendenen to | 0.50 | 700.00 | 350.00 |
| 06/03/23 | P. Hardy | e-mails with Kramer and Ellison re | 0.30 | 1,180.00 | 354.00 |
| 06/04/23 | P. Hardy | e-mails with John Lockey re | 0.40 | 1,180.00 | 472.00 |
| 06/05/23 | P. Hardy | prep for client and US team meeting re | 1.00 | 1,180.00 | 1,180.00 |
| 06/05/23 | P. Hardy | attend client and US team meeting re | 1.00 | 1,180.00 | 1,180.00 |
| 06/05/23 | A. Kramer | Review Clendenen message | 0.30 | 1,390.00 | 417.00 |
| 06/05/23 | L.A. Szymanski | Participate in RS call re: | 0.80 | 905.00 | 724.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/05/23 | A. Kramer | email exchanges among RS Team re | 0.80 | 1,390.00 | 1,112.00 |
| 06/05/23 | P. Hardy | e-mails amongst team re | 0.50 | 1,180.00 | 590.00 |
| 06/05/23 | R.P. Lewis | Initial review of | 0.20 | 1,285.00 | 257.00 |
| 06/05/23 | C. Lewis | Emails with Tribunal | 0.20 | 700.00 | 140.00 |
| 06/05/23 | P. Hardy | review | 1.50 | 1,180.00 | 1,770.00 |
| 06/05/23 | A. Kramer | Review re | 1.20 | 1,390.00 | 1,668.00 |
| 06/05/23 | J.N. Ellison | Review/analyze Akin Gump communication re: | 0.90 | 1,365.00 | 1,228.50 |
| 06/05/23 | L.A. Szymanski | Attention to and communications w/ A. Kramer re: same | 0.40 | 905.00 | 362.00 |
| 06/05/23 | A. Kramer | Zoom call with Ricarte, Hoff and RS Team re | 0.90 | 1,390.00 | 1,251.00 |
| 06/06/23 | L.A. Szymanski | Participate in conference call w/ TIG's counsel plus, A. Kramer, J. Ellison, P. Hardy, C. Lewis re | 1.00 | 905.00 | 905.00 |
| 06/06/23 | P. Hardy | review/respond to e-mail from Kramer | 0.50 | 1,180.00 | 590.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and e-mails from Szymanski re ███████ | | | |
| 06/06/23 | A. Kramer | Prepare fo ███████ | 0.40 | 1,390.00 | 556.00 |
| 06/06/23 | J.N. Ellison | Participate in ███████ | 1.00 | 1,365.00 | 1,365.00 |
| 06/06/23 | P. Hardy | prep for call with Kennedys re ███████ | 0.50 | 1,180.00 | 590.00 |
| 06/06/23 | P.E. Breene | Call with Kramer and Gilbert team re ███████ | 0.60 | 1,390.00 | 834.00 |
| 06/06/23 | P. Hardy | attend meeting with Kennedys re ███████ | 1.10 | 1,180.00 | 1,298.00 |
| 06/06/23 | L.A. Szymanski | Draft email to TIG re: ███████ and communications w/ A. Kramer re: same | 0.20 | 905.00 | 181.00 |
| 06/06/23 | L.A. Szymanski | Communications w/ RS team and client re: ███████ | 0.20 | 905.00 | 181.00 |
| 06/06/23 | L.A. Szymanski | Phone call w/ A. Crawford re: ███████ | 0.20 | 905.00 | 181.00 |
| 06/06/23 | A. Kramer | Meet & confer with Kennedys and RS teams re ███████ | 1.00 | 1,390.00 | 1,390.00 |
| 06/06/23 | A. Kramer | Follow up RS team call re ███████ | 0.40 | 1,390.00 | 556.00 |
| 06/06/23 | C. Lewis | Internal follow-up with US team and separately with P. Hardy to discuss ███████ | 0.50 | 700.00 | 350.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/06/23 | C. Lewis | Call with Kennedys to discuss | 1.00 | 700.00 | 700.00 |
| 06/06/23 | L.A. Szymanski | Communications w/ R. Hoff re: | 0.20 | 905.00 | 181.00 |
| 06/06/23 | J.N. Ellison | Follow-up conference call re: | 0.40 | 1,365.00 | 546.00 |
| 06/06/23 | L.A. Szymanski | Participate in RS Team follow up call | 0.40 | 905.00 | 362.00 |
| 06/06/23 | K. McCloskey | Respond to questions from Ms. Szymanski related to | 0.30 | 385.00 | 115.50 |
| 06/06/23 | R.P. Lewis | Review of | 0.10 | 1,285.00 | 128.50 |
| 06/06/23 | A. Kramer | Telecon with | 0.80 | 1,390.00 | 1,112.00 |
| 06/06/23 | A. Kramer | Draft | 0.90 | 1,390.00 | 1,251.00 |
| 06/07/23 | A. Kramer | Conference call with the committees re | 0.50 | 1,390.00 | 695.00 |
| 06/07/23 | A. Kramer | Communications with Hardy, Ellison, C. Lewis and Szymanski re | 0.60 | 1,390.00 | 834.00 |
| 06/07/23 | P. Hardy | e-mails with team re | 0.30 | 1,180.00 | 354.00 |
| 06/07/23 | P. Hardy | review e-mail from Kennedys re | 0.20 | 1,180.00 | 236.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/07/23 | L.A. Szymanski | Participate in weekly call w/ Committees | 0.40 | 905.00 | 362.00 |
| 06/07/23 | C. Lewis | Considering email from Kennedys regarding | 0.50 | 700.00 | 350.00 |
| 06/08/23 | A. Kramer | Communications with Hardy, Ellison, C. Lewis and Szymanski re | 0.60 | 1,390.00 | 834.00 |
| 06/08/23 | C. Lewis | Amending and sending email to Kennedys regarding | 0.10 | 700.00 | 70.00 |
| 06/08/23 | A. Kramer | Communications with Szymanski re | 0.40 | 1,390.00 | 556.00 |
| 06/08/23 | L.A. Szymanski | Communications w/ C. Lewis & A. Kramer re: | 0.30 | 905.00 | 271.50 |
| 06/09/23 | C. Lewis | Considering email from Kennedys regarding | 0.10 | 700.00 | 70.00 |
| 06/09/23 | L.A. Szymanski | Communications w/ C. Lewis & RS TIG team re: | 0.10 | 905.00 | 90.50 |
| 06/09/23 | C. Lewis | Emails with Tribunal and J. Lockey regarding | 0.10 | 700.00 | 70.00 |
| 06/12/23 | L.A. Szymanski | Email communications w/ A. Kramer & J. Ellison re: | 0.10 | 905.00 | 90.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/12/23 | A. Kramer | Weekly conference call with Ricarte, Hoff and Szymanski re | 0.50 | 1,390.00 | 695.00 |
| 06/12/23 | A. Kramer | email exchange with Szymanski re | 0.30 | 1,390.00 | 417.00 |
| 06/12/23 | L.A. Szymanski | Communications w/ DPW team & R. Hoff re: | 0.20 | 905.00 | 181.00 |
| 06/12/23 | L.A. Szymanski | Participate in weekly call w/ client, A. Kramer & R. Hoff re: | 0.50 | 905.00 | 452.50 |
| 06/12/23 | A. Kramer | Review/revise client message re | 0.30 | 1,390.00 | 417.00 |
| 06/13/23 | L.A. Szymanski | Communications w/ R. Hoff & re: | 0.10 | 905.00 | 90.50 |
| 06/13/23 | A. Kramer | Telephone conversation with C. Ricarte re | 0.10 | 1,390.00 | 139.00 |
| 06/14/23 | L.A. Szymanski | Phone call w/ R. Hoff & DPW re: | 0.40 | 905.00 | 362.00 |
| 06/14/23 | L.A. Szymanski | Communications w/ A. Kramer re: | 0.10 | 905.00 | 90.50 |
| 06/14/23 | L.A. Szymanski | Review | 0.60 | 905.00 | 543.00 |
| 06/14/23 | R.P. Lewis | Review of note re | 0.10 | 1,285.00 | 128.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/14/23 | L.A. Szymanski | Draft email to C. Lewis re: ▮ | 0.20 | 905.00 | 181.00 |
| 06/15/23 | L.A. Szymanski | Review email from C. Lewis re: ▮ and communications w/ A. Kramer & R. Hoff re: same | 0.20 | 905.00 | 181.00 |
| 06/15/23 | C. Lewis | Emails with L. Szymanski regarding ▮ | 0.60 | 700.00 | 420.00 |
| 06/15/23 | A. Kramer | Address ▮ with Hoff and Szymanski | 0.40 | 1,390.00 | 556.00 |
| 06/15/23 | P. Hardy | review mail update from Breene and messages with Kramer and Ellison re ▮ | 0.50 | 1,180.00 | 590.00 |
| 06/15/23 | L.A. Szymanski | Participate in weekly call w/ ▮ | 0.10 | 905.00 | 90.50 |
| 06/16/23 | L.A. Szymanski | Review email from P. Hardy to opposing counsel re: ▮ | 0.10 | 905.00 | 90.50 |
| 06/16/23 | P. Hardy | e-mail to Kennedys re ▮ | 0.10 | 1,180.00 | 118.00 |
| 06/16/23 | J.N. Ellison | Email communications re: ▮ | 0.40 | 1,365.00 | 546.00 |
| 06/16/23 | P. Hardy | attend Zoom meeting with US team and JLockey KC | 1.00 | 1,180.00 | 1,180.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/16/23 | A. Kramer | Draft/revise message to Kennedys re ███████ | 0.40 | 1,390.00 | 556.00 |
| 06/16/23 | A. Kramer | Teams call with Lockey, Ellison and Hardy re ███████ | 0.50 | 1,390.00 | 695.00 |
| 06/16/23 | A. Kramer | email exchanges with Lockey, Ellison and Hardy re ███████ | 0.30 | 1,390.00 | 417.00 |
| 06/16/23 | P. Hardy | prep for meeting with US team and counsel re ███████ | 0.60 | 1,180.00 | 708.00 |
| 06/16/23 | J.N. Ellison | Participate in conference call participation re: ███████ ███████ (.50); re view emails in prep for same (.30) | 0.80 | 1,365.00 | 1,092.00 |
| 06/16/23 | P. Hardy | e-mails with team re ███████ | 0.40 | 1,180.00 | 472.00 |
| 06/16/23 | A. Kramer | Telephone conversation with H. Frasier and e-mail exchange with Frasier and R. Shore re ███████ | 0.20 | 1,390.00 | 278.00 |
| 06/19/23 | L.A. Szymanski | Participate in conference call w/ client, R. Hoff & A. Kramer re: ███████ | 0.30 | 905.00 | 271.50 |
| 06/19/23 | A. Kramer | Weekly call with client, Hoff and Szymanski re ███████ | 0.40 | 1,390.00 | 556.00 |
| 06/19/23 | A. Kramer | Analysis of ███████ | 1.30 | 1,390.00 | 1,807.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/19/23 | P. Hardy | review and exchange mails with team re ██████ ██████ | 0.60 | 1,180.00 | 708.00 |
| 06/19/23 | J.N. Ellison | Review ██████ ██████ | 0.50 | 1,365.00 | 682.50 |
| 06/19/23 | A. Kramer | Draft notes to client and RS Team re ██████ ██████ | 0.30 | 1,390.00 | 417.00 |
| 06/19/23 | A. Kramer | email exchanges with RS Team re ██████ ██████ | 0.80 | 1,390.00 | 1,112.00 |
| 06/19/23 | C. Lewis | Considering emails from client regarding ██████ and further internal emails with P. Hardy regarding the same. | 0.10 | 700.00 | 70.00 |
| 06/19/23 | A. Kramer | Draft response to Tobak and Benedict re ██████ | 0.80 | 1,390.00 | 1,112.00 |
| 06/19/23 | A. Kramer | Telephone call with Ricarte re ██████ | 0.60 | 1,390.00 | 834.00 |
| 06/19/23 | J.N. Ellison | Confer with Team regarding ██████ | 0.70 | 1,365.00 | 955.50 |
| 06/20/23 | P. Hardy | attend calls with RS team and Davis Polk team (0.8) and Dechert, Davis Polk client and RS team (0.8) | 1.60 | 1,180.00 | 1,888.00 |
| 06/20/23 | L.A. Szymanski | Draft follow up email to Kennedys re: ██████ and communications w/ A. Kramer re: same | 0.80 | 905.00 | 724.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/20/23 | P. Hardy | prep for calls with Davis Polk team and second call with Dechert, Davis Polk, client and US team | 0.50 | 1,180.00 | 590.00 |
| 06/20/23 | C. Lewis | Amending note of call with Davis Polk and further email to P. Hardy | 0.20 | 700.00 | 140.00 |
| 06/20/23 | C. Lewis | Emails with P. Hardy and with US team regarding ▮ | 0.20 | 700.00 | 140.00 |
| 06/20/23 | P. Hardy | e-mails with team re ▮ | 0.30 | 1,180.00 | 354.00 |
| 06/20/23 | J.N. Ellison | Call with C. Carroll regarding ▮ report on same to team. | 0.70 | 1,365.00 | 955.50 |
| 06/20/23 | A. Kramer | Zoom conference with DPW and RS teams re ▮ | 0.70 | 1,390.00 | 973.00 |
| 06/20/23 | A. Kramer | email exchanges with L. Szymanski, C. Lewis et al re ▮ | 0.30 | 1,390.00 | 417.00 |
| 06/20/23 | C. Lewis | Attending call with Davis Polk Team, A. Kramer, J. Ellison, P. Breene and P. Hardy regarding ▮ | 0.80 | 700.00 | 560.00 |
| 06/20/23 | A. Kramer | Webex conference with Ricarte, Aleali, Birnbaum, DPW and RS teams re ▮ | 0.80 | 1,390.00 | 1,112.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/20/23 | J.N. Ellison | Conference call regarding ███████ | 0.60 | 1,365.00 | 819.00 |
| 06/21/23 | K. McCloskey | Review ████████ | 0.50 | 385.00 | 192.50 |
| 06/21/23 | A. Kramer | email exchanges with Szymanski re ████ | 0.20 | 1,390.00 | 278.00 |
| 06/21/23 | C. Lewis | Considering ██████ and email to P. Hardy regarding ████ | 0.10 | 700.00 | 70.00 |
| 06/21/23 | L.A. Szymanski | Email communications w/ DPW, A. Kramer & R. Hoff re: ████ | 0.20 | 905.00 | 181.00 |
| 06/21/23 | P. Hardy | e-mails with US team re ████ | 0.30 | 1,180.00 | 354.00 |
| 06/21/23 | A. Kramer | email exchanges with Ellison, Hardy and Breene re ████ | 0.40 | 1,390.00 | 556.00 |
| 06/21/23 | P. Hardy | e-mails with Gilbert counsel re ████ | 0.10 | 1,180.00 | 118.00 |
| 06/21/23 | P. Hardy | review ████ | 0.30 | 1,180.00 | 354.00 |
| 06/21/23 | A. Kramer | email exchanges with ████ re | 0.40 | 1,390.00 | 556.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/22/23 | A. Kramer | search for | 0.80 | 1,390.00 | 1,112.00 |
| 06/22/23 | K. McCloskey | Respond to questions from Ms. Kramer regarding | 0.50 | 385.00 | 192.50 |
| 06/22/23 | A. Kramer | Draft | 0.60 | 1,390.00 | 834.00 |
| 06/22/23 | L.A. Szymanski | Communications w/ A. Crawford, A. Kramer & K. McCloskey re: | 0.20 | 905.00 | 181.00 |
| 06/22/23 | A. Kramer | Telephone conversation with A. Crawford re | 0.60 | 1,390.00 | 834.00 |
| 06/22/23 | A. Kramer | Telephone conversation and email exchange with C. Ricarte re | 0.30 | 1,390.00 | 417.00 |
| 06/23/23 | L.A. Szymanski | Communications w/ C. Lewis, P. Hardy, A. Kramer & K. McCloskey re: | 0.50 | 905.00 | 452.50 |
| 06/23/23 | P. Hardy | initial review of mail from Kennedys | 0.20 | 1,180.00 | 236.00 |
| 06/23/23 | A. Kramer | Review/analyze | 1.50 | 1,390.00 | 2,085.00 |
| 06/23/23 | L.A. Szymanski | Communications w/ Kennedys re: | 0.10 | 905.00 | 90.50 |
| 06/23/23 | L.A. Szymanski | Follow up emails w/ C. Benedict re: | 0.20 | 905.00 | 181.00 |
| 06/23/23 | K. McCloskey | Review | 2.10 | 385.00 | 808.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | (1.9), arrange same documents for transmission (.2) | | | |
| 06/23/23 | A. Kramer | Conference call with DPW Team and Szymanski re | 0.50 | 1,390.00 | 695.00 |
| 06/23/23 | A. Kramer | email exchange with L. Szymanski re | 0.20 | 1,390.00 | 278.00 |
| 06/23/23 | A. Kramer | email exchanges with RS Team re | 0.20 | 1,390.00 | 278.00 |
| 06/23/23 | A. Kramer | Review/analyze | 0.70 | 1,390.00 | 973.00 |
| 06/23/23 | C. Lewis | Emails internally regarding | 0.10 | 700.00 | 70.00 |
| 06/23/23 | A. Kramer | Revise group message re | 0.50 | 1,390.00 | 695.00 |
| 06/23/23 | C. Lewis | Considering email from Kennedys and | 0.10 | 700.00 | 70.00 |
| 06/23/23 | P. Hardy | e-mails with team re | 0.20 | 1,180.00 | 236.00 |
| 06/23/23 | K. McCloskey | Respond to questions from Ms. Szymanski regarding | 0.40 | 385.00 | 154.00 |
| 06/23/23 | L.A. Szymanski | Review email from Kennedys re: | 0.10 | 905.00 | 90.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax : -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/23/23 | J.N. Ellison | Read response from Kennedys regarding ███████████ (.20); emails with team re: same (.60). | 0.80 | 1,365.00 | 1,092.00 |
| 06/23/23 | L.A. Szymanski | Participate in conference call w/ R. Hoff, A. Kramer & DPW team re: ███████ | 0.50 | 905.00 | 452.50 |
| 06/23/23 | L.A. Szymanski | Email communications w/ R. Hoff & A. Kramer following call w/ DPW re: ██████ | 0.20 | 905.00 | 181.00 |
| 06/23/23 | P. Hardy | review e-mail from client following ████████ | 0.10 | 1,180.00 | 118.00 |
| 06/23/23 | L.A. Szymanski | Communications w/ K. McCloskey & A. Crawford re: ████ | 0.20 | 905.00 | 181.00 |
| 06/25/23 | P. Hardy | mail to C. Lewis re ██████ | 0.20 | 1,180.00 | 236.00 |
| 06/25/23 | C. Lewis | Considering ███████ and email to internal team. | 0.60 | 700.00 | 420.00 |
| 06/26/23 | K. McCloskey | Process ████████ | 0.50 | 385.00 | 192.50 |
| 06/26/23 | P. Hardy | review update on ██████ as provided by Kramer | 0.10 | 1,180.00 | 118.00 |
| 06/26/23 | A. Kramer | Begin review of ████████ | 0.80 | 1,390.00 | 1,112.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/26/23 | A. Kramer | Communications with Ricarte, committees, Lockey and RS team re ███████ | 1.40 | 1,390.00 | 1,946.00 |
| 06/26/23 | L.A. Szymanski | Attention to ███████ | 0.30 | 905.00 | 271.50 |
| 06/26/23 | L.A. Szymanski | Communications w/ K. McCloskey & R. Hoff re: ███████ | 0.20 | 905.00 | 181.00 |
| 06/26/23 | C. Lewis | Emails internally regarding ███████ | 0.20 | 700.00 | 140.00 |
| 06/27/23 | A. Kramer | Zoom call with Lockey, Ellison, Hardy and Szymanski re ███████ | 0.80 | 1,390.00 | 1,112.00 |
| 06/27/23 | L.A. Szymanski | Participate in call w/ barrister & RS team re ███████ | 0.70 | 905.00 | 633.50 |
| 06/27/23 | P. Hardy | prep for call with NY team and leading counsel including review of most recent updates re ███████ | 1.00 | 1,180.00 | 1,180.00 |
| 06/27/23 | J.N. Ellison | Conference call re: ███████ | 0.70 | 1,365.00 | 955.50 |
| 06/27/23 | P. Hardy | prepare ███████ | 0.20 | 1,180.00 | 236.00 |
| 06/27/23 | P. Hardy | attend zoom call with NY team and leading counsel | 1.00 | 1,180.00 | 1,180.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 06/27/23 | L.A. Szymanski | Communications w/ RS team, R. Hoff & client re: ███ | 0.30 | 905.00 | 271.50 |
| 06/27/23 | L.A. Szymanski | Participate in phone call w/ client, R. Hoff & A. Kramer re: ███ | 0.40 | 905.00 | 362.00 |
| 06/27/23 | L.A. Szymanski | Communications w/ A. Kramer & K. Benedict re: ███ | 0.30 | 905.00 | 271.50 |
| 06/27/23 | L.A. Szymanski | Communications w/ K. McCloskey re: ███ | 0.20 | 905.00 | 181.00 |
| 06/27/23 | A. Kramer | email exchanges with Ricarte, Hoff and Szymanski re ███ (.70) and Zoom conference call re same (.60) | 1.30 | 1,390.00 | 1,807.00 |
| 06/27/23 | C. Lewis | Drafting ███ | 0.30 | 700.00 | 210.00 |
| 06/27/23 | K. McCloskey | Review ███ per request of Ms. Szymanski | 1.50 | 385.00 | 577.50 |
| 06/27/23 | C. Lewis | Considering ███ and emails with A. Kramer regarding the same. | 0.20 | 700.00 | 140.00 |
| 06/27/23 | J.N. Ellison | Review ███ | 0.30 | 1,365.00 | 409.50 |
| 06/27/23 | J.N. Ellison | Prepare ███ | 0.90 | 1,365.00 | 1,228.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/27/23 | P. Hardy | e-mails from and with A. Kramer re ███████████████ | 0.50 | 1,180.00 | 590.00 |
| 06/27/23 | C. Lewis | Discussion with P. Hardy regarding ███████████ | 0.20 | 700.00 | 140.00 |
| 06/28/23 | A. Kramer | Address ███████ with Ricarte, Lockey and RS Team | 1.60 | 1,390.00 | 2,224.00 |
| 06/28/23 | L.A. Szymanski | Attention to ███████ and communications w/ RS team re: same | 0.50 | 905.00 | 452.50 |
| 06/28/23 | A. Kramer | Address ████████ | 1.10 | 1,390.00 | 1,529.00 |
| 06/28/23 | P. Hardy | e-mails from Clendenen & Shea | 0.10 | 1,180.00 | 118.00 |
| 06/28/23 | P. Hardy | e-mails with Kennedys re ███████ | 0.40 | 1,180.00 | 472.00 |
| 06/28/23 | C. Lewis | Emails with Patrick Clendenen regarding ███████ | 0.30 | 700.00 | 210.00 |
| 06/28/23 | C. Lewis | Email to Kennedys regarding ███████ | 0.20 | 700.00 | 140.00 |
| 06/28/23 | C. Lewis | Emails with P. Hardy, A. Kramer, J. Ellison and J. Lockey KC regarding ███████ | 0.80 | 700.00 | 560.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/28/23 | P. Hardy | multiple mails with London and NY teams re | 0.70 | 1,180.00 | 826.00 |
| 06/28/23 | R.P. Lewis | Review | 2.80 | 1,285.00 | 3,598.00 |
| 06/28/23 | P. Hardy | draft ___ mail to Tribunal and review and amend | 0.50 | 1,180.00 | 590.00 |
| 06/28/23 | C. Lewis | Drafting letter to the Tribunal regarding | 0.70 | 700.00 | 490.00 |
| 06/28/23 | J.N. Ellison | Email communications re: | 0.80 | 1,365.00 | 1,092.00 |
| 06/29/23 | A. Kramer | Address ___, with client, co-counsel and RS Team | 3.70 | 1,390.00 | 5,143.00 |
| 06/29/23 | A. Kramer | Conference call with committee counsel re | 0.30 | 1,390.00 | 417.00 |
| 06/29/23 | E. Greene | Finalising | 0.20 | 470.00 | 94.00 |
| 06/29/23 | A. Kramer | draft/review/revise | 1.30 | 1,390.00 | 1,807.00 |
| 06/29/23 | L.A. Szymanski | Communications w/ A. Kramer, client & R. Hoff re: | 0.40 | 905.00 | 362.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 06/29/23 | L.A. Szymanski | Participate in email communications w/ A. Guo (DPW) re: | 0.20 | 905.00 | 181.00 |
| 06/29/23 | L.A. Szymanski | Review　　　　w/ A. Kramer re: | 0.40 | 905.00 | 362.00 |
| 06/29/23 | A. Kramer | email exchange with RS Team re | 0.20 | 1,390.00 | 278.00 |
| 06/29/23 | C. Lewis | Considering　　　and emails with A. Kramer regarding the same | 0.20 | 700.00 | 140.00 |
| 06/29/23 | C. Lewis | Preparing　　　and email to Kennedys | 0.20 | 700.00 | 140.00 |
| 06/29/23 | C. Lewis | Considering email from Kennedys and | 0.20 | 700.00 | 140.00 |
| 06/29/23 | P. Hardy | review | 0.70 | 1,180.00 | 826.00 |
| 06/29/23 | C. Lewis | Emails internally regarding | 0.30 | 700.00 | 210.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/29/23 | R.P. Lewis | Addressing | 3.40 | 1,285.00 | 4,369.00 |
| 06/29/23 | K. McCloskey | Research ... per request of Ms. Szymanski, as well as follow up questions and additional searches | 2.10 | 385.00 | 808.50 |
| 06/29/23 | C. Lewis | Amending | 0.60 | 700.00 | 420.00 |
| 06/29/23 | P. Hardy | multiple mails with London and NY team re | 0.50 | 1,180.00 | 590.00 |
| 06/29/23 | J.N. Ellison | Review | 0.30 | 1,365.00 | 409.50 |
| 06/29/23 | J.N. Ellison | Review ... (.30); emails w/ team re: same (.80) | 1.10 | 1,365.00 | 1,501.50 |
| 06/30/23 | L.A. Szymanski | Attention | 1.00 | 905.00 | 905.00 |
| 06/30/23 | L.A. Szymanski | Draft | 0.10 | 905.00 | 90.50 |
| 06/30/23 | C. Lewis | Email from Kennedys | 0.10 | 700.00 | 70.00 |
| 06/30/23 | R.P. Lewis | Finishing | 3.10 | 1,285.00 | 3,983.50 |
| 06/30/23 | R.P. Lewis | Emails with J. Ellison regarding | 0.20 | 1,285.00 | 257.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/30/23 | C. Lewis | Drafting ▮▮▮▮ | 0.30 | 700.00 | 210.00 |
| 06/30/23 | A. Kramer | Address ▮▮▮▮ with Szymanski and finalizing ▮▮▮▮ | 3.80 | 1,390.00 | 5,282.00 |
| **Totals** | | | **130.20** | | **149,353.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 45.40 hrs @ $ | 1,390.00 / hr | 63,106.00 |
| Paul E. Breene | 0.60 hrs @ $ | 1,390.00 / hr | 834.00 |
| John N. Ellison | 12.10 hrs @ $ | 1,365.00 / hr | 16,516.50 |
| Richard Lewis | 9.90 hrs @ $ | 1,285.00 / hr | 12,721.50 |
| Peter Hardy | 24.30 hrs @ $ | 1,180.00 / hr | 28,674.00 |
| Lisa A. Szymanski | 17.10 hrs @ $ | 905.00 / hr | 15,475.50 |
| Catherine Lewis | 12.70 hrs @ $ | 700.00 / hr | 8,890.00 |
| Emily Greene | 0.20 hrs @ $ | 470.00 / hr | 94.00 |
| Kyle McCloskey | 7.90 hrs @ $ | 385.00 / hr | 3,041.50 |
| **Total Professional Services** | | | **149,353.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 149,353.00 |
| Less 15% Fee Discount | $ | (22,402.95) |
| Total Fees | $ | 126,950.05 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **126,950.05** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**Total Amount Due**                                    $      **126,950.05**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

Invoice Number: **3631231**
Invoice Date: **7/12/2023**
Client Number: **395187**
Matter Number: **395187.60004**

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: General Insurance**
Client File No.: 20190002676

Fees.................................................................................$    28,879.50
Less 15% Fee Discount....................................................$    (4,331.93)
Total Current Fees...........................................................$    24,547.57

Total Current Expenses and Other Charges .....................$    0.70

**Total Due This Invoice:**    $    **24,548.27**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3631231** |
| Invoice Date: | **7/12/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/Credits | Balance |
|---|---|---|---|---|
| 02/13/23 | 3584974 | 17,136.57 | 13,709.26 | 3,427.31 |
| 03/09/23 | 3592724 | 22,169.67 | 17,735.74 | 4,433.93 |
| 04/17/23 | 3604091 | 11,572.42 | 9,257.94 | 2,314.48 |
| 05/20/23 | 3615946 | 7,599.60 | 6,079.68 | 1,519.92 |
| 06/10/23 | 3620694 | 10,731.15 | 0.00 | 10,731.15 |

**Total Unpaid Balance Previously Billed**                    $        22,426.79

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3631231** |
| Invoice Date: | **7/12/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

**RE: General Insurance**
Client File No.: 20190002676

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees............................................................................................ | $ | 28,879.50 |
| Less 15% Fee Discount................................................................. | $ | (4,331.93) |
| Total Current Fees....................................................................... | $ | 24,547.57 |
| | | |
| Total Current Expenses and Other Charges ................................. | $ | 0.70 |
| | | |
| **Total Due This Invoice:** | **$** | **24,548.27** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3631231** |
| Invoice Date: | **7/12/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

Client File No.: 20190002676

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2023**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/23 | S. C. Lee | Review and revise ███████ ████ | 2.90 | 780.00 | 2,262.00 |
| 06/02/23 | S. C. Lee | Attention to ███████ ██████ | 0.30 | 780.00 | 234.00 |
| 06/05/23 | S. C. Lee | Review and revise █████ (1.90); attention to ███████ (3.90) | 5.80 | 780.00 | 4,524.00 |
| 06/06/23 | S. C. Lee | Review and revise ████; attention to ███ ; | 2.70 | 780.00 | 2,106.00 |
| 06/09/23 | A. Javian | Review/comment on ████ | 1.00 | 1,215.00 | 1,215.00 |
| 06/09/23 | S. C. Lee | Review and revise █████ | 1.20 | 780.00 | 936.00 |
| 06/12/23 | L.A. Szymanski | Attention to ██████ ████████ as per request of A. Kramer | 0.20 | 905.00 | 181.00 |
| 06/12/23 | A. Javian | Follow up correspondence w. S Lee. | 0.30 | 1,215.00 | 364.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax : +1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/12/23 | A. Kramer | Review/revise ▮ | 1.70 | 1,390.00 | 2,363.00 |
| 06/12/23 | S. C. Lee | Review and revise ▮ | 0.50 | 780.00 | 390.00 |
| 06/13/23 | K. McCloskey | Finalize and file ▮ | 0.40 | 385.00 | 154.00 |
| 06/13/23 | L.A. Szymanski | Review and revise ▮ | 0.50 | 905.00 | 452.50 |
| 06/13/23 | A. Javian | Review/comment on ▮ | 1.00 | 1,215.00 | 1,215.00 |
| 06/13/23 | S. C. Lee | Review and revise ▮ | 2.50 | 780.00 | 1,950.00 |
| 06/14/23 | S. C. Lee | Attention to issues relating to ▮ | 0.50 | 780.00 | 390.00 |
| 06/16/23 | S. C. Lee | Attention to ▮ ; | 0.20 | 780.00 | 156.00 |
| 06/18/23 | S. C. Lee | Respond to query from fee examiner | 0.10 | 780.00 | 78.00 |
| 06/19/23 | S. C. Lee | Review and revise ▮ | 0.80 | 780.00 | 624.00 |
| 06/20/23 | K. McCloskey | Respond to questions raised by Mr. Lee in preparing ▮ | 0.30 | 385.00 | 115.50 |
| 06/20/23 | S. C. Lee | Review and revise ▮ (.80) review ▮ (2.40) | 3.60 | 780.00 | 2,808.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/21/23 | K. McCloskey | Redact ▮▮▮▮ | 2.20 | 385.00 | 847.00 |
| 06/21/23 | A. Kramer | Review/revise ▮▮▮▮ | 1.40 | 1,390.00 | 1,946.00 |
| 06/21/23 | S. C. Lee | Review and revise ▮▮; review ▮▮▮▮ | 0.60 | 780.00 | 468.00 |
| 06/22/23 | S. C. Lee | Review and revise ▮▮▮▮ with feedback from A. Kramer; | 2.00 | 780.00 | 1,560.00 |
| 06/22/23 | K. McCloskey | Revisions to ▮▮▮▮, per Ms. Kramer | 1.20 | 385.00 | 462.00 |
| 06/22/23 | K. McCloskey | Finalize and file ▮▮▮▮ | 0.50 | 385.00 | 192.50 |
| 06/22/23 | A. Javian | Review/comment on ▮▮▮▮. | 0.50 | 1,215.00 | 607.50 |
| 06/22/23 | A. Kramer | Review/comment on ▮▮▮▮ | 0.20 | 1,390.00 | 278.00 |
| **Totals** | | | **35.10** | | **28,879.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 3.30 hrs @ $ | 1,390.00 / hr | 4,587.00 |
| Aaron Javian | 2.80 hrs @ $ | 1,215.00 / hr | 3,402.00 |
| Lisa A. Szymanski | 0.70 hrs @ $ | 905.00 / hr | 633.50 |
| Shaun C. Lee | 23.70 hrs @ $ | 780.00 / hr | 18,486.00 |
| Kyle McCloskey | 4.60 hrs @ $ | 385.00 / hr | 1,771.00 |
| **Total Professional Services** | | | **28,879.50** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Duplicating/Printing/Scanning | 7.00 @ 0.10 | 0.70 |
| | **Total Expenses and Other Charges** | | **0.70** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 28,879.50 |
| Less 15% Fee Discount | $ | (4,331.93) |
| Total Fees | $ | 24,547.57 |
| Total Expenses and Other Charges | $ | 0.70 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **24,548.27** |
| **Total Amount Due** | **$** | **24,548.27** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:** 3631232 |
| One Stamford Forum | **Invoice Date:** 7/14/2023 |
| 201 Tresser Boulevard | **Client Number:** 395187 |
| Stamford, CT 06901 | **Matter Number:** 395187.60005 |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Insurance Adversary Proceeding**
Client File No.: 20210003077

---

| | | |
|---|---|---:|
| Fees............................................................................ | $ | 43,259.50 |
| Less 15% Fee Discount.................................................. | $ | (6,488.93) |
| Total Current Fees...................................................... | $ | 36,770.57 |
| | | |
| Total Current Expenses and Other Charges ...................... | $ | 54.11 |
| | | |
| **Total Due This Invoice:** | **$** | **36,824.68** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:* ▮▮▮▮
*Swift Code:* ▮▮▮▮▮▮▮)
*Account* ▮▮▮▮
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3631232** |
| Invoice Date: | **7/14/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60005** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/Credits | Balance |
|---|---|---|---|---|
| 10/31/21 | 3445086 | 120,754.80 | 117,521.04 | 3,233.76 |
| 11/13/21 | 3452306 | 174,217.53 | 170,998.95 | 3,218.58 |
| 12/10/21 | 3460269 | 138,777.39 | 138,212.49 | 564.90 |
| 01/18/22 | 3469358 | 187,133.60 | 183,405.66 | 3,727.94 |
| 03/21/22 | 3487932 | 160,476.47 | 152,886.76 | 7,589.71 |
| 09/23/22 | 3542106 | 256,172.00 | 235,215.25 | 20,956.75 |
| 01/14/23 | 3576676 | 217,270.38 | 195,325.68 | 21,944.70 |
| 02/17/23 | 3584975 | 306,888.46 | 245,937.51 | 60,950.95 |
| 03/09/23 | 3592969 | 251,963.79 | 201,620.73 | 50,343.06 |
| 04/19/23 | 3605390 | 183,945.81 | 147,252.00 | 36,693.81 |
| 05/25/23 | 3615947 | 127,399.60 | 102,341.10 | 25,058.50 |
| 06/12/23 | 3621309 | 350,994.13 | 0.00 | 350,994.13 |

**Total Unpaid Balance Previously Billed**          $     585,276.79

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | Invoice Number: **3631232** |
| One Stamford Forum | Invoice Date: **7/14/2023** |
| 201 Tresser Boulevard | Client Number: **395187** |
| Stamford, CT 06901 | Matter Number: **395187.60005** |

**RE: Insurance Adversary Proceeding**
Client File No.: 20210003077

---

### INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 43,259.50 |
| Less 15% Fee Discount | $ | (6,488.93) |
| Total Current Fees | $ | 36,770.57 |
| | | |
| Total Current Expenses and Other Charges | $ | 54.11 |
| | | |
| **Total Due This Invoice:** | **$** | **36,824.68** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:* ███████
*Swift Code:* ███████
*Account* ███████
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3631232** |
| Invoice Date: | **7/14/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60005** |

Client File No.: 20210003077

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/23 | L.A. Szymanski | Participate in weekly call w/ ▉ re: ▉ (.9). | 0.90 | 905.00 | 814.50 |
| 06/01/23 | A. Kramer | Conference call with committee counsel, ▉ | 0.80 | 1,390.00 | 1,112.00 |
| 06/01/23 | K. McCloskey | Continue identification of ▉ | 1.90 | 385.00 | 731.50 |
| 06/01/23 | P.E. Breene | Various e-mails with client; Committees re ▉ | 0.50 | 1,390.00 | 695.00 |
| 06/01/23 | P.E. Breene | Call with RS Team and committees re ▉ | 0.80 | 1,390.00 | 1,112.00 |
| 06/01/23 | A. Crawford | Email internally regarding ▉ | 0.20 | 785.00 | 157.00 |
| 06/01/23 | L.A. Szymanski | Review email from Willkie re: ▉ & communications w/ RS team re: same | 0.20 | 905.00 | 181.00 |
| 06/02/23 | K. McCloskey | Begin research questions related to ▉, | 0.70 | 385.00 | 269.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/02/23 | P.E. Breene | Revise | 0.30 | 1,390.00 | 417.00 |
| 06/02/23 | A. Kramer | Review | 0.80 | 1,390.00 | 1,112.00 |
| 06/05/23 | K. McCloskey | Initial draft of | 0.30 | 385.00 | 115.50 |
| 06/05/23 | L.A. Szymanski | Email communications w/ RS Team, Committees & client re: | 0.40 | 905.00 | 362.00 |
| 06/05/23 | P.E. Breene | Call with Christina, R. Hoff and RS ▮▮▮ team. | 0.90 | 1,390.00 | 1,251.00 |
| 06/05/23 | L.A. Szymanski | Participate in weekly standing call w/ client, A. Kramer, P. Breene & London team. | 0.50 | 905.00 | 452.50 |
| 06/05/23 | K. McCloskey | Assess | 1.60 | 385.00 | 616.00 |
| 06/05/23 | A. Kramer | Communications with client, DPW, committees and RS Team re | 0.80 | 1,390.00 | 1,112.00 |
| 06/05/23 | P.E. Breene | Revise | 0.30 | 1,390.00 | 417.00 |
| 06/06/23 | L.A. Szymanski | Communications w/ P. Breene re: | 0.10 | 905.00 | 90.50 |
| 06/06/23 | K. McCloskey | Continue identification of | 0.50 | 385.00 | 192.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/06/23 | K. McCloskey | Revision to █ | 0.30 | 385.00 | 115.50 |
| 06/06/23 | A. Crawford | Call regarding █ | 0.80 | 785.00 | 628.00 |
| 06/07/23 | L.A. Szymanski | Participate in weekly conference call w/ Committees as it relates to █. | 0.10 | 905.00 | 90.50 |
| 06/07/23 | P.E. Breene | Call with Kramer and Committees re █ | 0.60 | 1,390.00 | 834.00 |
| 06/07/23 | P.E. Breene | Review █ | 1.00 | 1,390.00 | 1,390.00 |
| 06/08/23 | P.E. Breene | Review █ | 0.80 | 1,390.00 | 1,112.00 |
| 06/12/23 | A. Crawford | Correspond with opposing counsel regarding █ | 0.50 | 785.00 | 392.50 |
| 06/12/23 | K. McCloskey | Review communications related to █ and update team re █ | 0.20 | 385.00 | 77.00 |
| 06/12/23 | K. McCloskey | Searches █ to identify █ | 2.10 | 385.00 | 808.50 |
| 06/12/23 | L.A. Szymanski | Attention to █ and communications w/ | 0.10 | 905.00 | 90.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | K. McCloskey re: same | | | |
| 06/13/23 | K. McCloskey | Complete searches for ███ ███ (1.4), organize relevant document (.5), and report to Ms. Szymanski on findings and potential followup questions (.3) | 2.20 | 385.00 | 847.00 |
| 06/13/23 | K. McCloskey | Prepare ███ | 0.30 | 385.00 | 115.50 |
| 06/13/23 | K. McCloskey | Review ███ per request of Ms. Szymanski | 0.40 | 385.00 | 154.00 |
| 06/13/23 | A. Kramer | Communications with Marsh and Szymanski re ███ | 0.60 | 1,390.00 | 834.00 |
| 06/14/23 | A. Kramer | Communications with RS Team and C. Ricarte re ███ | 0.70 | 1,390.00 | 973.00 |
| 06/14/23 | L.A. Szymanski | Communications w/ P. Breene & Committees re: communications w/ ███ | 0.10 | 905.00 | 90.50 |
| 06/14/23 | A. Crawford | Correspond with Kroll regarding ███. | 0.20 | 785.00 | 157.00 |
| 06/14/23 | P.E. Breene | E-mails re ███ | 0.30 | 1,390.00 | 417.00 |
| 06/14/23 | L.A. Szymanski | Attention to ███ and communications w/ A. Crawford re: same for purposes of ███ | 0.30 | 905.00 | 271.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/15/23 | L.A. Szymanski | Participate in weekly conference call w/ Committees & A. Kramer as it relates to | 0.10 | 905.00 | 90.50 |
| 06/15/23 | A. Kramer | email exchange with DPW re | 0.20 | 1,390.00 | 278.00 |
| 06/15/23 | L.A. Szymanski | Review | 0.20 | 905.00 | 181.00 |
| 06/15/23 | A. Kramer | conference call with Committees and RS team re | 0.20 | 1,390.00 | 278.00 |
| 06/15/23 | A. Kramer | Review/respond to | 0.20 | 1,390.00 | 278.00 |
| 06/15/23 | A. Crawford | Research | 0.90 | 785.00 | 706.50 |
| 06/16/23 | A. Kramer | Conference call re | 0.10 | 1,390.00 | 139.00 |
| 06/16/23 | K. McCloskey | Review for Ms. Szymanski | 0.70 | 385.00 | 269.50 |
| 06/16/23 | L.A. Szymanski | Communications w/ RS team re: | 0.10 | 905.00 | 90.50 |
| 06/17/23 | A. Crawford | Draft | 2.50 | 785.00 | 1,962.50 |
| 06/19/23 | L.A. Szymanski | Discussion on weekly client | 0.10 | 905.00 | 90.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | call re: ▮ | | | |
| 06/19/23 | L.A. Szymanski | Email communications w/ RS team re: ▮ | 0.30 | 905.00 | 271.50 |
| 06/19/23 | A. Crawford | Draft ▮ | 3.40 | 785.00 | 2,669.00 |
| 06/20/23 | L.A. Szymanski | Communications w/ DPW team re: ▮ | 0.40 | 905.00 | 362.00 |
| 06/20/23 | L.A. Szymanski | Revise ▮ | 0.50 | 905.00 | 452.50 |
| 06/21/23 | L.A. Szymanski | Communications w/ RS team, client & Committees re: ▮ | 0.60 | 905.00 | 543.00 |
| 06/21/23 | A. Kramer | email exchanges with ▮, Breene and Szymanski re ▮ (.30); telephone conversations with Breene re same (.20) | 0.50 | 1,390.00 | 695.00 |
| 06/22/23 | L.A. Szymanski | Communications w/ Committees re: ▮ | 0.20 | 905.00 | 181.00 |
| 06/22/23 | L.A. Szymanski | Communications w/ C. Ricarte, A. Kramer, P. Breene & K. McCloskey re: ▮ | 0.50 | 905.00 | 452.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/22/23 | A. Kramer | Conference call with Committees re | 0.10 | 1,390.00 | 139.00 |
| 06/22/23 | A. Kramer | email exchanges with RS Team re | 0.80 | 1,390.00 | 1,112.00 |
| 06/22/23 | A. Kramer | Revise re | 0.20 | 1,390.00 | 278.00 |
| 06/22/23 | A. Kramer | Communications with client re | 0.30 | 1,390.00 | 417.00 |
| 06/26/23 | A. Kramer | Weekly Zoom with Ricarte, Hoff and Szymanski re | 0.30 | 1,390.00 | 417.00 |
| 06/26/23 | L.A. Szymanski | Participate in weekly conference call w/ client, R. Hoff & RS team | 0.30 | 905.00 | 271.50 |
| 06/26/23 | A. Kramer | Email exchanges with Breene and Szymanski re | 0.20 | 1,390.00 | 278.00 |
| 06/26/23 | L.A. Szymanski | Communications w/ A. Kramer, P. Breene & AHC re: | 0.30 | 905.00 | 271.50 |
| 06/27/23 | A. Kramer | email exchanges with Aleali and Ricarte re | 0.40 | 1,390.00 | 556.00 |
| 06/27/23 | A. Kramer | Review/revise draft letter to J. Lane re | 0.30 | 1,390.00 | 417.00 |
| 06/27/23 | L.A. Szymanski | Communications w/ A. Kramer, P. Breene, Committees & Insurer counsel re: | 0.30 | 905.00 | 271.50 |
| 06/27/23 | L.A. Szymanski | Attention to | 0.40 | 905.00 | 362.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and communications w/ RS team & DPW re: same | | | |
| 06/28/23 | A. Kramer | Conference call with Gilbert re | 0.20 | 1,390.00 | 278.00 |
| 06/28/23 | A. Kramer | Communications with Ricarte, committees and RS team re | 1.80 | 1,390.00 | 2,502.00 |
| 06/28/23 | L.A. Szymanski | Communications w/ Court and all parties re: | 0.30 | 905.00 | 271.50 |
| 06/28/23 | L.A. Szymanski | Communications w/ A. Kramer & K. McCloskey re: | 0.40 | 905.00 | 362.00 |
| 06/28/23 | L.A. Szymanski | Communications w/ K. McCloskey & A. Crawford re: | 0.20 | 905.00 | 181.00 |
| 06/28/23 | L.A. Szymanski | Communications w/ DPW re: | 0.50 | 905.00 | 452.50 |
| 06/28/23 | L.A. Szymanski | Attention to | 1.20 | 905.00 | 1,086.00 |
| 06/28/23 | K. McCloskey | Draft (.4), Revisions/communications with team re same (.3), finalize and file same (.3) | 1.00 | 385.00 | 385.00 |
| 06/28/23 | K. McCloskey | Review (.2) Final revisions to (.4) and file same (.3) | 0.80 | 385.00 | 308.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/28/23 | A. Crawford | Revise ████. | 0.60 | 785.00 | 471.00 |
| 06/28/23 | K. McCloskey | Review issues related to ████ and report to Ms. Szymanski | 0.60 | 385.00 | 231.00 |
| 06/29/23 | L.A. Szymanski | Participate in weekly call w/ Committees | 0.40 | 905.00 | 362.00 |
| 06/29/23 | L.A. Szymanski | Communications w/ G. DiSpirito (Wilkie) re: ████ | 0.20 | 905.00 | 181.00 |
| 06/29/23 | L.A. Szymanski | Communications w/ RS team, Skadden, client & R. Hoff re: ████ | 0.20 | 905.00 | 181.00 |
| 06/29/23 | K. McCloskey | Respond to questions from Ms. Szymanski regarding ████ | 0.30 | 385.00 | 115.50 |
| 06/29/23 | L.A. Szymanski | Communications w/ K. McCloskey re: ████ | 0.20 | 905.00 | 181.00 |
| 06/29/23 | L.A. Szymanski | Participate in call ████ | 0.10 | 905.00 | 90.50 |
| 06/29/23 | K. McCloskey | Respond to questions raised by Ms Szymanski in prep ████ | 0.20 | 385.00 | 77.00 |
| 06/29/23 | K. McCloskey | Respond to followup questions from Ms. Szymanski related to ████ | 0.40 | 385.00 | 154.00 |
| **Totals** | | | **49.30** | | **43,259.50** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 9.50 hrs @ $ | 1,390.00 / hr | 13,205.00 |
| Paul E. Breene | 5.50 hrs @ $ | 1,390.00 / hr | 7,645.00 |
| Lisa A. Szymanski | 10.70 hrs @ $ | 905.00 / hr | 9,683.50 |
| Anthony Crawford | 9.10 hrs @ $ | 785.00 / hr | 7,143.50 |
| Kyle McCloskey | 14.50 hrs @ $ | 385.00 / hr | 5,582.50 |
| **Total Professional Services** | | | **43,259.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 2.00 @ 0.10 | 0.20 |
| 05/04/2023 | JOHN BERRINGER - Uber - VENDOR: John Berringer, May 04, 2023, Uber | | 53.91 |
| | **Total Expenses and Other Charges** | | **54.11** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 43,259.50 |
| Less 15% Fee Discount | $ | (6,488.93) |
| Total Fees | $ | 36,770.57 |
| Total Expenses and Other Charges | $ | 54.11 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **36,824.68** |
| **Total Amount Due** | **$** | **36,824.68** |