Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,**
**FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | June 1, 2023 through June 30, 2023 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application |
| --- |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirty-Eighth Monthly Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023 through June 30, 2023* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from June 1, 2023 through and including June 30, 2023, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: July 25, 2023

**BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## **Exhibit A**

**Project Categories**

| Project Category | Total Hours |
|---|---|
| Fee/Employment Applications- Retained Professionals | 80.10 |
| BK/Fee Examiner- Retention and Fee Applications | 7.00 |
| B110 – Case Administration | 13.40 |
| **Total** | **100.50** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $400.00 | 5.90 |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $400.00 | 22.10 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $225.00 | 25.90 |
| Samantha Zekoff | Paraprofessional; joined B&K in 2023 | $200.00 | 0.30 |
| Brooke Hoffmann | Paraprofessional; joined B&K in 2022 | $150.00 | 33.70 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $125.00 | 12.60 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for June 2023 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1462
**DATE** 06/30/2023
**DUE DATE** 06/30/2023
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales** | 1 | 24,250.00 | 24,250.00 |
| Purdue Pharma Bankruptcy - June 2023 Invoice Review | | | |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

## $24,250.00

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

July 23, 2023

Purdue Pharma, L.P.

**Invoice Number: 2784**
Invoice Period: 06-01-2023 - 06-30-2023

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|------:|-----:|-------:|
| 06-03-2023 | Brooke Hoffmann | B110 - Case Administration | 1.90 | 150.00 | 285.00 |
| | | Review Davis Polk 41 and 43 | | | |
| 06-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence with J. Chi re: status of published data; Email correspondence with B. Hoffmann re: status of reviews; Receipt of Arnold & Porter's Forty-Fourth Monthly Fee Statement and corresponding fee data; Receipt of Reed Smith's Thirteenth Monthly Fee Statement; Receipt of Davis Polk's Forty-Fourth Monthly Fee Statement and corresponding data | | | |
| 06-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of KCC's Fortieth Monthly Fee Statement; Receipt of Province's Forty-Second Monthly Fee Statement; Receipt of Jefferies' Forty-First Monthly Fee Statement; Receipt of Cole Schotz's Thirty-Seventh Monthly Fee Statement; Receipt of Akin Gump's Forty-Second Monthly Fee Statement;  Receipt of Dechert's Forty-Third Monthly Fee Statement; Email correspondence to review team re: data published; Receipt of E&Y's April data; Receipt of Dechert's Forty-Fourth Monthly Fee Statement; Receipt of Dechert's Corrected Forty-third Monthly Fee Statement | | | |
| 06-04-2023 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 0.60 | 225.00 | 135.00 |
| | | Internal call with reviewer re: data analysis protocol | | | |
| 06-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Review of Gilbert's 11th interim data | | | |
| 06-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review of King & Spalding's 11th interim data | | | |
| 06-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Trouble shoot data issues re: files sent over for Grant Thornton; email correspondence to K. Frasier at Sklarsh and J. Chi re: same | | | |
| 06-04-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Review of Reed Smith's 10-12th month data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 06-04-2023 | Brooke Hoffmann | B110 - Case Administration | 1.00 | 150.00 | 150.00 |
| | | Continue review for Davis Polk 41 and 43 | | | |
| 06-04-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with DPW with respect to data | | | |
| 06-05-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Initial review of UCC March fee apps | | | |
| 06-06-2023 | Brooke Hoffmann | [ALL] BK Retention and Fee Applications | 0.60 | 150.00 | 90.00 |
| | | Being preparing April monthly fee statement and 10th interim fee application | | | |
| 06-06-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 150.00 | 60.00 |
| | | Start review of E&Y 16th month | | | |
| 06-06-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 150.00 | 60.00 |
| | | Begin review of 38 & 39 months for KCC | | | |
| 06-07-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 150.00 | 75.00 |
| | | Continue preparing 10th Interim Fee Application | | | |
| 06-07-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 150.00 | 195.00 |
| | | Begin review of Kleinberg's data and fee report | | | |
| 06-07-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Continue review of Davis Polk 41st and 43rd months | | | |
| 06-07-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 150.00 | 15.00 |
| | | Continue review for 38th and 39th months for KCC | | | |
| 06-07-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | Begin review of 40th, 41st, and 42nd months data for FTI | | | |
| 06-08-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 150.00 | 45.00 |
| | | Continue working on April Fee Statement and 10th Interim Fee Application | | | |
| 06-08-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 150.00 | 45.00 |
| | | Continue review of 40th, 41st, and 42nd months for FTI | | | |
| 06-08-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 150.00 | 60.00 |
| | | Start review of 40th and 41st months for Province | | | |
| 06-09-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained | 0.70 | 150.00 | 105.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Start review of 41st and 42nd months for Dechert | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Email correspondence with Sklarsh re: Grant Thornton interim data; Receipt of UCC professionals' March data; Receipt of Kramer Levin's Feb - April data and correspondence to C. Gange re: January data; Receipt of Dechert's 43rd & 44th months data; Receipt of Jones Day's Fortieth and Forty-First Monthly Fee Statements; Receipt of Grant Thornton's Twentieth Monthly Fee Statement; Receipt of PJT's Thirty-Ninth Monthly Fee Statement | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Receipt of Jones Day's Jan - Mar data; Receipt of PJT's Thirty-Ninth Month data; Receipt of Grant Thornton's Sixth Interim Fee Application; email correspondence with J. Chi re: data published | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 225.00 | 45.00 |
| | | Call with I. Bielli re: review assignments and schedule; email correspondence re: same | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Review of Arnold & Porter's 11th interim data | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 225.00 | 157.50 |
| | | Review of Grant Thornton's 6th Interim data | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Preparation of review report for Grant Thornton's Sixth Interim Fee Application | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Review of Jefferies' 41st month data | | | |
| 06-10-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 225.00 | 225.00 |
| | | Review of PJT's 39th month data and compilation with balance of interim reviews | | | |
| 06-11-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 150.00 | 165.00 |
| | | Start review of 42 and 44 months for Davis Polk | | | |
| 06-11-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 150.00 | 165.00 |
| | | Start review of 17th month for E&Y | | | |
| 06-12-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | | Initial review of monthly and interim fee statements for BK and discuss issues with T. Bielli | | | |
| 06-12-2023 | Brooke Hoffmann | [ALL] BK Retention and Fee Applications | 0.30 | 150.00 | 45.00 |
| | | Insert amount of hours spent into exhibits for April fee statement | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-12-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to April Fee Statement | | | |
| 06-12-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Interim Application | | | |
| 06-13-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Review 40 & 41 month data for Brown Rudnick | | | |
| 06-13-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | Continue working on Dundon review report | | | |
| 06-13-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.10 | 150.00 | 15.00 |
| | | Update April fee statement | | | |
| 06-13-2023 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Attention to April monthly fee statement | | | |
| 06-13-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 150.00 | 45.00 |
| | | Insert amounts into exhibits for BK interim fee application | | | |
| 06-13-2023 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 350.00 | 525.00 |
| | | Attention to 10th Interim Fee Application | | | |
| 06-13-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 150.00 | 75.00 |
| | | File April monthly fee statement and tenth interim fee application for BK | | | |
| 06-16-2023 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Circulate notice of 11th interim fee hearing | | | |
| 06-16-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review notice of interim fee hearing | | | |
| 06-16-2023 | Brooke Hoffmann | B110 - Case Administration | 1.10 | 150.00 | 165.00 |
| | | Prepare eleventh interim fee examiner chart | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of EY's Tenth Interim Fee Application; troubleshoot potential data duplication issue in LSA; Receipt of Otterburg's January - April data; Receipt of Alix Partners' Forty-Fourth Monthly Fee Statement; Receipt of Arnold & Porter's Eleventh Interim Fee Application; Receipt of Reed Smith's Third Interim Fee Application | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Receipt of Skadden's Fortieth - Forty-Third Monthly Fee Statements; Receipt of PJT Partners' Eleventh Interim Fee Application; Receipt of King & Spalding's Eleventh Interim Fee Application; Receipt of Caplin's Sixth and Seventh Interim Fee Applications | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 225.00 | 112.50 |
| | | Receipt of Skadden's Eleventh Interim Fee Application; Receipt of Alix Partners' Eleventh Interim Fee Application and review errors in fee application; Receipt of FTI's Forty-Third Monthly Fee Statement and Eleventh Interim Fee Application; Receipt of KCC's Forty-First Monthly Fee Statement and Eleventh Interim Fee Application; Receipt of Jefferies' Forty-Second Monthly Fee Statement and Eleventh Interim Fee Application; Receipt of Province's Forty-Third Monthly Fee Statement and Eleventh Interim Fee Application; Receipt of Cole Schotz's Thirty-Eighth Monthly Fee Statement and Tenth Interim Fee Application | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Receipt of Akin Gump's Forty-Third Monthly Fee Statement and Eleventh Interim Fee Application; Receipt of Kleinberg's Fourth Interim Fee Application; Receipt of Otterbourg's Forty-First Monthly Fee Statement and Eleventh Interim Fee Application; Receipt of Houlihan's Thirty-Ninth and Fortieth Monthly Fee Statements and Tenth Interim Fee Application; Receipt of Jones Day's Forty-Second Monthly Fee Statement and Eleventh Interim Fee Application | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt of Gilbert's Eleventh Interim Fee Application; Receipt of Brown Rudnick's Eleventh Interim Fee Application; Receipt of Davis Polk's Eleventh Interim Fee Application; Receipt of Dechert's Eleventh Interim Fee Application; Receipt of interim data for Alix Partners; Receipt and review of Notice of Hearing | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 225.00 | 180.00 |
| | | Review of Assignment Log to determine data status and review due dates; correspondence to review team re: same; and correspondence to Legal Decoder re: data publication due dates | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Email correspondence requesting balance of interim data to: UCC Professionals, Caplin Drysdale, Houlihan Lokey, Reed Smith, FTI, Jones Day, Brown Rudnick and Kramer Levin; email correspondence with Fee Examiner re: review report schedule | | | |
| 06-18-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | email correspondence from Reed Smith re: interim data and correspondence to D. Klauder re: same; Email correspondence with J. Chi and S. Zekoff re: A&M's February data issues; Receipt of balance of interim data from Jefferies, KCC and Akin Gump; Receipt of Skadden's interim data; Email correspondence with Brown Rudnick's billing team requesting new contact for data requests | | | |
| 06-19-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review file and correspondence with respect to Reed Smith Data | | | |
| 06-19-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review report schedule | | | |
| 06-19-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspond with respect to data for Kramer Levin, Lowenstein and Lazard. | | | |
| 06-19-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.40 | 375.00 | 150.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review fee review schedule, various emails from T. Nobis | | | |
| 06-19-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discuss fee review with T. Bielli | | | |
| 06-19-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Akin Gump data | | | |
| 06-19-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 125.00 | 37.50 |
| | | Review Kramer levin data | | | |
| 06-19-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Review Akin Gump Data | | | |
| 06-19-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 150.00 | 90.00 |
| | | Continue review of data for Ernst & Young | | | |
| 06-19-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 125.00 | 87.50 |
| | | Review Cole Schotz data | | | |
| 06-19-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 125.00 | 162.50 |
| | | Review kramer levin data | | | |
| 06-19-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | Begin review report for Ernst and Young | | | |
| 06-19-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Review Jones Day data | | | |
| 06-19-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Receipt of Reed Smith's April data; email correspondence with I. Bielli and J. Chi re: issues with Kramer Levin's data; Email correspondence with Brown Rudnick re: data needed for interim review; Email correspondence with Houlihan Lokey re: outstanding data required for review; Receipt of FTI's April data; Receipt of Jefferies' April Expenses; Receipt of Province's April data; Email correspondence to Kramer Levin with third request for interim data | | | |
| 06-19-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 150.00 | 195.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals | | | |
| 06-19-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Fee Review Schedule | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 06-20-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 150.00 | 210.00 |
| | | review 44th month data for Davis Polk | | | |
| 06-20-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 150.00 | 150.00 |
| | | Pull out time data for OC flags for Davis Polk | | | |
| 06-22-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 150.00 | 45.00 |
| | | Finish review report for Kleinberg | | | |
| 06-22-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 125.00 | 100.00 |
| | | Review Akin Gump data | | | |
| 06-22-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Finish Akin Gump review | | | |
| 06-22-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 150.00 | 240.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals | | | |
| 06-23-2023 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Download and circulate supplemental notice of 11th interim fee hearing | | | |
| 06-23-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review notice of supplemental fee notice | | | |
| 06-23-2023 | Brooke Hoffmann | B110 - Case Administration | 0.10 | 150.00 | 15.00 |
| | | Add latham & watkins to fee examiner tracking chart | | | |
| 06-23-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 150.00 | 90.00 |
| | | Continue review for Davis Polk | | | |
| 06-23-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Review 43rd data for FTI | | | |
| 06-23-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 150.00 | 225.00 |
| | | Finish reviewing data and review report for KCC | | | |
| 06-23-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 150.00 | 315.00 |
| | | Start review of march and april data for Dechert | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 1.80 | 225.00 | 405.00 |
| | | Review of PJT's 11th interim expenses; preparation of review report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 0.40 | 225.00 | 90.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Preparation of King & Spalding's 11th Interim Review Report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 1.30 | 225.00 | 292.50 |
| | | Preparation of Gilbert's Eleventh Interim Review Report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 1.00 | 225.00 | 225.00 |
| | | Preparation of Review Report for Arnold & Porter's Eleventh Interim Fee Application | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 0.20 | 225.00 | 45.00 |
| | | Email correspondence to/from Legal Decoder re: status of LSA-published data; email correspondence with review team re: same | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 1.30 | 225.00 | 292.50 |
| | | Review of Alix Partners' 11th interim data | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 0.30 | 225.00 | 67.50 |
| | | Preparation of Alix Partners' 11th interim Review Report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 0.60 | 225.00 | 135.00 |
| | | Review and revise KCC's 11th Interim Review Report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 0.30 | 225.00 | 67.50 |
| | | Review and revision of Kleinberg Kaplan's 4th Interim Review Report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 0.50 | 225.00 | 112.50 |
| | | Review and revision of E&Y's 10th interim review report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Case Administration | 0.40 | 225.00 | 90.00 |
| | | Email correspondence with B. Hoffmann re: FTI and Davis Polk data and status; correspondence with S. Zekoff re: status of review for Caplin; Email correspondence with Fee Examiner re: review report completion and status of outstanding reports; Email correspondence with J. Chi re: status of outstanding analyses | | | |
| 06-24-2023 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 0.60 | 225.00 | 135.00 |
| | | Review of files sent by Houlihan and email correspondence with Houlihan re: same; Receipt of Brown Rudnick's Eleventh Interim data files; Receipt of Cole Schotz's April data; Receipt of Jones Day's April data; Email correspondence to T. Bielli re: Latham's late filing; Receipt of Latham & Watkins' 4th month fee statement, Third Interim Fee Application, and corresponding data | | | |
| 06-24-2023 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 0.20 | 225.00 | 45.00 |
| | | Receipt of Reed Smith's 14th Monthly Fee Statement and corresponding data; Receipt and review of Supplemental Notice of Fee Hearing re: addition of Latham & Watkins; Receipt of Arnold & Porter's Forty-Fifth Monthly Fee Statement and corresponding data | | | |
| 06-24-2023 | Samantha Zekoff | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 200.00 | 60.00 |
| | | Caplin | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 225.00 | 90.00 |
| | | Review of Jefferies' April data and consolidation of interim data for review report | | | |
| 06-24-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 225.00 | 135.00 |
| | | Preparation of Jefferies' Eleventh Interim Review Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 06-24-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 350.00 | 805.00 |
| | | Initial review of Fee Reviews for Alix Partners, Arnold & Porter, E&Y, Gilbert, Grant Thronton, Kleinberg Kaplan, KCC and PJT | | | |
| 06-24-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Draft Akin Gump Review Report | | | |
| 06-25-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 125.00 | 25.00 |
| | | Edit Akin Gump report | | | |
| 06-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review preliminary review of Reed Smith and Jefferies | | | |
| 06-25-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review various initial fee reviews and discuss with T. Bielli | | | |
| 06-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to PJT Review | | | |
| 06-25-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 225.00 | 67.50 |
| | | Email correspondence with J. Chi re: missing Caplin analysis; trouble-shoot data issues; correspondence with B. Hoffmann re: Davis Polk and Dechert reviews; teleconference with I. Bielli re: review issues and availability | | | |
| 06-25-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 225.00 | 247.50 |
| | | Review of Reed Smith's 13th month data and consolidation with balance of interim data in preparation for review report | | | |
| 06-25-2023 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 225.00 | 292.50 |
| | | Preparation of Review Report for Reed Smith's Third Interim | | | |
| 06-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Further review of PJT's Fee Application; correspond with team regarding same | | | |
| 06-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to E&Y Fee App and review; prepare interim report and correspond with Fee Examiner regarding same | | | |
| 06-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review Arnold & Porter's Fee Request; prepare draft interim report; correspond with Fee Examiner regarding same | | | |
| 06-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review King & Splading Fee Application; review draft report; correspond with Fee Examiner regarding same | | | |
| 06-25-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare interim report to King & Splading after confer with Fee Examiner | | | |
| 06-26-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Arnold Porter fee review and emails with BK team re: same | | | |
| 06-26-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Ernst & Young fee review and emails with BK team re: same | | | |
| 06-26-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review King Spalding fee review and emails with BK team re: same | | | |
| 06-26-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 150.00 | 60.00 |
| | | Finalize Dechert review | | | |
| 06-26-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 150.00 | 45.00 |
| | | Begin review of 42nd month for Davis Polk | | | |
| 06-26-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 150.00 | 225.00 |
| | | Review 43rd month of data for FTI | | | |
| 06-26-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 125.00 | 125.00 |
| | | Review Cole Schotz | | | |
| 06-26-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 125.00 | 150.00 |
| | | Review Jones day | | | |
| 06-26-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to multi state professionals scope of review | | | |
| 06-27-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Finalize E&Y fee examiner report | | | |
| 06-27-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | Finalize fee examiner report for Arnold & Porter | | | |
| 06-27-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Finalize fee examiner report for king & spalding | | | |
| 06-27-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained | 1.90 | 150.00 | 285.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Begin review of 42 and 44th months for province and begin fee report | | | |
| 06-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Gilbert Fee Application and preliminary review; prepare draft review | | | |
| 06-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review final King & Splading Fee Review Letter | | | |
| 06-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review final E&Y Fee Review Letter | | | |
| 06-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Grant Thronton Fee Application and preliminary review; prepare draft review | | | |
| 06-27-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review various fee reports, emails with BK team re: same | | | |
| 06-27-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to fee review, emails with BK team re: same | | | |
| 06-27-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 125.00 | 50.00 |
| | | Draft review report | | | |
| 06-27-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to multi state professionals scope of review | | | |
| 06-28-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Gilbert fee analysis and draft interim report, discuss with T. Bielli | | | |
| 06-28-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Grant Thornton fee analysis and draft interim report, discuss with T. Bielli | | | |
| 06-28-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Final review of various interim reports and send out same | | | |
| 06-28-2023 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Finalize fee examiner report for Gilbert and prepare attachments and charts | | | |
| 06-28-2023 | Brooke Hoffmann | B110 - Case Administration | 0.40 | 150.00 | 60.00 |
| | | Finalize fee examiner report for Grant Thornton and prepare attachments and charts | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review final Arnold & Porter correspondence/report | | | |
| 06-28-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | begin review for 42 and 43rd months for brown rudnick | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to final report for Gilbert | | | |
| 06-28-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 125.00 | 100.00 |
| | | Finish Draft of Cole Schotz review report | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with King & Spalding with respect to fee examiner review | | | |
| 06-28-2023 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 125.00 | 175.00 |
| | | Draft Jones Day Report | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review King & Spalding final fee letter; input information into tracking software; correspond with K&S regarding same | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review E&Y final fee letter; input information into tracking software | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Arnold & Porter final fee letter; input information into tracking software | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review final  Grant Thornton Fee Examiner correspondence; conference with Fee Examiner regarding same | | | |
| 06-28-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review, revise and edit Gilbert Fee review report | | | |
| 06-28-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 150.00 | 150.00 |
| | | Start and finish Brown Rudnick review report | | | |
| 06-28-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 150.00 | 30.00 |
| | | Finalize province review report | | | |
| 06-28-2023 | Brooke Hoffmann | B110 - Case Administration | 0.20 | 150.00 | 30.00 |
| | | Prepare May fee statement | | | |
| 06-29-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review final report for Gilbert 11th interim fee app and coordinate sending | | | |
| 06-29-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review final report for Grant Thornton 6th interim fee app and coordinate sending | | | |
| 06-29-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to BK's May Fee Statement | | | |
| 06-29-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Gilbert report; input information into tracking software regarding same | | | |
| 06-29-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Grant Thornton report; input information into tracking software regarding same | | | |
| 06-29-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 150.00 | 30.00 |
| | | Insert amounts into May monthly fee statement | | | |
| 06-29-2023 | Brooke Hoffmann | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 150.00 | 60.00 |
| | | Finalize reports and send out for final review | | | |
| 06-30-2023 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Final review of BK Fee Application | | | |
| 06-30-2023 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Review updated monthly fee stmt and coordinate for filing | | | |
| 06-30-2023 | Brooke Hoffmann | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 150.00 | 30.00 |
| | | File May monthly fee statement | | | |
| 06-30-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review KCC interim fee app and analysis | | | |
| 06-30-2023 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review AlixPartners interim fee app and analysis | | | |