KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------- x | | |
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (SHL) |
| | : | (Jointly Administered) |
| **Debtors.** | : | |
| | : | |
| ------------------------------------- x | | |

**SEVENTEENTH MONTHLY FEE STATEMENT OF
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. AS COUNSEL TO
THE STATE OF WASHINGTON FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JUNE 1, 2023 THROUGH JUNE 30, 2023**

Page **1**

12458080.2

| | |
|---|---|
| **Name of Applicant:** | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| **Provided Professional Services to:** | The State of Washington |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | March 10, 2022 [Docket No. 4503] |
| **Period for which compensation and reimbursement are sought:** | June 1, 2023 through June 30, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $43,799.00 |
| **Current Fee Request** | $35,039.20 (80% of $43,799.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $5.43 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $35,044.63 |
| **Total Fees and Expenses Inclusive of Holdback** | $43,804.43 |
| **This is a(n):**   X  Monthly Application       ___Interim Application       ___Final Application | |

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363(b) Authorizing and Approving Settlement Term Sheet* [Docket No. 4503] (the "Term Sheet Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Kleinberg, Kaplan, Wolff & Cohen, P.C. ("Kleinberg Kaplan"), counsel to the State of Washington in the above-captioned case, and in a related adversary proceeding and appeals, hereby submits this Seventeenth Monthly Fee Statement (the "Fee Statement") for the period of June 1, 2023 through and including June 30, 2023 (the "Statement Period").

Page **2**

12458080.2

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the billing categories. As reflected in Exhibit A, Kleinberg Kaplan incurred $43,799.00 in fees during the Statement Period. Pursuant to this Fee Statement, Kleinberg Kaplan seeks reimbursement for 80% of such fees, totaling $35,039.20.

Annexed hereto as **Exhibit B** is a chart of Kleinberg Kaplan's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the State of Washington and others listed above in connection with these Chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. A copy of the computer-generated time entries of Kleinberg Kaplan reflecting all time recorded, organized in the billing categories requested by the State of Washington is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Kleinberg Kaplan in the amount of $5.43 in connection with providing professional services prior to and during the Statement Period.

**Notice**

Kleinberg Kaplan will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to Kleinberg Kaplan and to the notice parties designated in the Interim Compensation Order, a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Kleinberg Kaplan an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 25, 2023

Respectfully submitted,

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By:  */s/ Matthew J. Gold*_____
     Matthew J. Gold
     Robert M. Tuchman

     500 Fifth Avenue
     New York, New York 10110
     Tel:  (212) 986-6000
     Fax:  (212) 986-8866
     E-mail:    mgold@kkwc.com
                  rtuchman@kkwc.com

*Attorneys for the State of Washington*

12458080.2

# CERTIFICATE OF SERVICE

I, Ellie Taylor, hereby certify that, on July 25, 2023 I caused true and correct copies of the foregoing document to be served by email upon those names below:

- Jon Lowne, Perdue Pharma: jon.lowne@pharma.com
- Christopher Robertson, Davis Polk & Wardwell LLP: christopher.robertson@davispolk.com
- Dylan Consla, Davis Polk & Wardwell LLP: dylan.consla@davispolk.com
- Sara Lynne Brauner, Akin Gump Strauss Hauer & Feld LLP: sbrauner@akingump.com
- Arik Preis, Akin Gump Strauss Hauer & Feld LLP: apreis@akingump.com
- Evan Miller, Bayard, P.A.: emiller@bayardlaw.com
- Paul Schwartzberg, Office of the United States Trustee for the Southern District of New York: paul.schwartzberg@usdoj.gov

                                                */s/ Ellie Taylor*
                                                  Ellie Taylor

12458080.2

# EXHIBIT A

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING JUNE 1, 2023 THROUGH JUNE 30, 2023

**Summary of Fees Task Code**

| Billing Category | Total Hours | Total Fees |
|---|---|---|
| 001 Purdue Pharma | 24.0 | $28,058.00 |
| 004 Injunction adversary proceeding | 4.3 | $4,539.00 |
| 005 Fee Applications | 21.0 | $11,202.00 |
| **Total** | **49.3** | **$43,799.00 |
|  |  |  |
| 20% Fee Holdback |  | **$8,759.80** |
| 80% of Fees |  | **$35,039.20** |
| Plus Expenses |  | **$5.43** |
| Requested Amount |  | **$35,044.63** |

# EXHIBIT B

## SERVICES RENDERED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING JUNE 1, 2023 THROUGH JUNE 30, 2023

**Summary of Hours and Fees by Professional**

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Gold | Partner 1983<br>Bankruptcy | $1,250 | 29.9 | $37,375.00 |
| Robert L. Berman | Partner 1978<br>Securities and Corporate Finance | $1,280 | 1.6 | $2,048.00 |
| Steven R. Popofsky | Partner 1983<br>Litigation & Risk Management | $960 | .2 | $192.00 |
| Robert M. Tuchman | Senior Counsel 2012<br>Litigation & Risk Management | $845 | .9 | $760.50 |
| Caroline James | Paralegal<br>Corporate Funds | $205 | 3.3 | $676.50 |
| Ellie Taylor | Paralegal<br>Litigation & Risk Management | $205 | 13.4 | $2,747.00 |
| **Total Fees Requested** | | | **49.3** | **$43,799.00** |

12458080.2

# EXHIBIT C

## ACTUAL AND NECESSARY COSTS INCURRED BY

## KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

## COMMENCING JUNE 1, 2023 THROUGH JUNE 30, 2023

| EXPENSE | AMOUNT |
|---|---|
| Bloomberg Law Fees | $1.63 |
| PACER Fees | $3.80 |
| **Total Expenses** | **$5.43** |

12458080.2

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoices)**

12458080.2

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date:     July 20, 2023 |
| SAAG Administrator | Invoice Number:           120894 |
| Email: SAAG@atg.wa.gov | Matter Number:         7263-0001 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:     State of Washington
Matter:    Purdue Pharma - SWV# SWV0257876-00 - #19-45

*For professional services rendered through June 30, 2023*

Currency: USD

| | |
|---|---:|
| Fees | 28,058.00 |
| Costs | 1.63 |
| **Total Amount Due** | **$28,059.63** |

| Please Remit to: | **Mail To:** Kleinberg, Kaplan, Wolff & Cohen, P.C. 500 Fifth Avenue New York, N.Y. 10110 | **Wire Instructions:** Citibank N.A. ABA Number: 021000089 Swift Code: CITIUS33 (International) Account # 9987286692 **(Please Reference Invoice Number)** |
|---|---|---|

| | | Invoice Date: | July 20, 2023 |
|---|---|---|---|
| Client: State of Washington | | Invoice Number: | 120894 |
| Matter: Purdue Pharma | | Matter Number: | 7263-0001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2023 | Robert Tuchman | Reviewing cert petition for case discussed during state call and circulating summary | 0.90 | 845.00 | 760.50 |
| 06/01/2023 | Robert Berman | Reviewing article regarding 2nd circuit decision | 0.40 | 1,280.00 | 512.00 |
| 06/05/2023 | Ellie Taylor | Reviewing communication regarding case updates | 0.30 | 205.00 | 61.50 |
| 06/12/2023 | Matthew J. Gold | Exchanging emails with I. Goldman and J. Rupert regarding consequences of decision and next steps; conferring regarding same; revising outline regarding same | 2.30 | 1,250.00 | 2,875.00 |
| 06/13/2023 | Ellie Taylor | Reviewing motion for reconsideration | 0.30 | 205.00 | 61.50 |
| 06/13/2023 | Matthew J. Gold | Exchanging emails with J. Rupert and E. Vonnegut regarding update from Purdue; reviewing Ecke brief to Second Circuit; preparing email to J. Rupert regarding same; revising outline regarding next steps | 2.60 | 1,250.00 | 3,250.00 |
| 06/14/2023 | Matthew J. Gold | Conferring with E. Vonnegut regarding case status; conferring regarding same; exchanging emails with J. Rupert regarding same | 0.90 | 1,250.00 | 1,125.00 |
| 06/14/2023 | Robert Berman | Reviewing emails regarding updates on status; conferring regarding updates | 0.40 | 1,280.00 | 512.00 |
| 06/15/2023 | Robert Berman | Reviewing emails regarding next steps | 0.20 | 1,280.00 | 256.00 |
| 06/16/2023 | Matthew J. Gold | Reviewing most recent Supreme Court bankruptcy decision; preparing email to J. Rupert regarding same | 1.30 | 1,250.00 | 1,625.00 |
| 06/16/2023 | Ellie Taylor | Updating internal records | 0.10 | 205.00 | 20.50 |
| 06/21/2023 | Matthew J. Gold | Reviewing Ecke brief; preparing email to J. Rupert regarding same; revising outline regarding same | 1.40 | 1,250.00 | 1,750.00 |
| 06/23/2023 | Steven R. Popofsky | Exchanging e-mails regarding expert witness request | 0.10 | 960.00 | 96.00 |
| 06/25/2023 | Steven R. Popofsky | E-mailing expert in response to inquiry | 0.10 | 960.00 | 96.00 |

Client: State of Washington  
Matter: Purdue Pharma

Invoice Date: July 20, 2023  
Invoice Number: 120894  
Matter Number: 7263-0001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/26/2023 | Matthew J. Gold | Reviewing rehearing petitions; revising outline regarding same | 1.30 | 1,250.00 | 1,625.00 |
| 06/26/2023 | Robert Berman | Conferring regarding status | 0.20 | 1,280.00 | 256.00 |
| 06/27/2023 | Matthew J. Gold | Reviewing Purdue's reply memorandum regarding preliminary injunction; revising outline regarding same | 1.20 | 1,250.00 | 1,500.00 |
| 06/28/2023 | Matthew J. Gold | Reviewing committee statement regarding injunction motion and previously filed papers; revising outline regarding same; reviewing Mallinckrodt default report; preparing email to J. Rupert regarding same; conferring regarding case status | 2.80 | 1,250.00 | 3,500.00 |
| 06/28/2023 | Robert Berman | Conferring regarding status hearing and possible timelines | 0.40 | 1,280.00 | 512.00 |
| 06/29/2023 | Matthew J. Gold | Reviewing agenda letter and pleadings for hearing; participating in hearing; revising outline regarding same; preparing email to J. Rupert regarding same; reviewing related Mallinckrodt issues; revising outline regarding same | 4.30 | 1,250.00 | 5,375.00 |
| 06/29/2023 | Ellie Taylor | Coordinating 6/29 hearing registration for M. Gold | 0.80 | 205.00 | 164.00 |
| 06/30/2023 | Matthew J. Gold | Revising outline concerning status and contingency plans | 1.70 | 1,250.00 | 2,125.00 |
| **Total** | | | **24.00** | | **$28,058.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 1.50 | 205.00 | 307.50 |
| Matthew J. Gold | 19.80 | 1,250.00 | 24,750.00 |
| Robert Berman | 1.60 | 1,280.00 | 2,048.00 |
| Robert Tuchman | 0.90 | 845.00 | 760.50 |
| Steven R. Popofsky | 0.20 | 960.00 | 192.00 |
| **Total** | **24.00** | | **$28,058.00** |

| | | |
|---|---|---|
| Client: State of Washington | Invoice Date: | July 20, 2023 |
| Matter: Purdue Pharma | Invoice Number: | 120894 |
| | Matter Number: | 7263-0001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/22/2023 | Bloomberg Industry Group, Inc. - Inv# 6888407869-6/12/23 Docket Track -5/1/23-5/31/203 | 1.00 | 1.63 |
| **Total** | | | **$1.63** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | | | |
|---|---|---|---|
| State of Washington | | Invoice Date: | July 20, 2023 |
| SAAG Administrator | | Invoice Number: | 120895 |
| Email: SAAG@atg.wa.gov | | Matter Number: | 7263-0004 |
| cc: Washington State Attorney General's Office | | | |
| Complex Litigation Division | | | |
| 800 Fifth Avenue, Suite 2000 | | | |
| Seattle, WA 98104 | | | |

| | |
|---|---|
| Client: | State of Washington |
| Matter: | Injunction adversary proceeding - SWV# SWV0257876-00 - #19-45 |

*For professional services rendered through June 30, 2023*

Currency: USD

| | |
|---|---:|
| Fees | 4,539.00 |
| **Total Amount Due** | **$4,539.00** |

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff &*<br>*Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>Citibank N.A.<br>*ABA Number: 021000089*<br>*Swift Code: CITIUS33 (International)*<br>*Account # 9987286692*<br>**(Please Reference Invoice Number)** |
|---|---|---|

| | | Invoice Date: | July 20, 2023 |
|---|---|---|---|
| Client: State of Washington | | Invoice Number: | 120895 |
| Matter: Injunction adversary proceeding | | Matter Number: | 7263-0004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/2023 | Ellie Taylor | Circulating notice of hearing; registering M. Gold for the same; updating internal records | 0.30 | 205.00 | 61.50 |
| 06/15/2023 | Matthew J. Gold | Reviewing notice of status conference; exchanging emails with J. Rupert regarding same; conferring regarding same | 0.40 | 1,250.00 | 500.00 |
| 06/16/2023 | Matthew J. Gold | Preparing for and attending status conference; preparing email to to J. Rupert regarding same; exchanging emails regarding same | 3.10 | 1,250.00 | 3,875.00 |
| 06/16/2023 | Ellie Taylor | Reviewing deadline for objections to motion; updating internal records | 0.50 | 205.00 | 102.50 |
| **Total** | | | **4.30** | | **$4,539.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ellie Taylor | 0.80 | 205.00 | 164.00 |
| Matthew J. Gold | 3.50 | 1,250.00 | 4,375.00 |
| **Total** | **4.30** | | **$4,539.00** |

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

State of Washington
SAAG Administrator
Email: SAAG@atg.wa.gov
cc: Washington State Attorney General's Office
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Invoice Date: July 20, 2023
Invoice Number: 120895
Matter Number: 7263-0004

**REMITTANCE COPY**

**Injunction adversary proceeding - SWV# SWV0257876-00 - #19-45**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 07/20/2023 | 120895 | $4,539.00 |
| **Balance Due** | | $4,539.00 |

| Please Remit to: | *Mail To:*<br>*Kleinberg, Kaplan, Wolff & Cohen, P.C.*<br>*500 Fifth Avenue*<br>*New York, N.Y. 10110* | **Wire Instructions:**<br>Citibank N.A.<br>ABA Number: 021000089<br>Swift Code: CITIUS33 (International)<br>Account # 9987286692<br>**(Please Reference Invoice Number)** |
|---|---|---|

Kleinberg Kaplan Wolff & Cohen P.C.
500 Fifth Avenue
New York, NY 10110

| | |
|---|---|
| State of Washington | Invoice Date: July 20, 2023 |
| SAAG Administrator | Invoice Number: 120896 |
| Email: SAAG@atg.wa.gov | Matter Number: 7263-0005 |
| cc: Washington State Attorney General's Office | |
| Complex Litigation Division | |
| 800 Fifth Avenue, Suite 2000 | |
| Seattle, WA 98104 | |

Client:   State of Washington
Matter:   Fee applications - SWV# SWV0257876-00 #19-45

*For professional services rendered through June 30, 2023*

Currency: USD

| | |
|---|---:|
| Fees | 11,202.00 |
| Costs | 3.80 |
| **Total Due This Invoice** | **$11,205.80** |
| Previous Balance Due | 17,796.01 |
| **Total Amount Due** | **$29,001.81** |

| Please Remit to: | **Mail To:**<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, N.Y. 10110 | **Wire Instructions:**<br>Citibank N.A.<br>ABA Number: 021000089<br>Swift Code: CITIUS33 (International)<br>Account # 9987286692<br>**(Please Reference Invoice Number)** |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Client: State of Washington | | | Invoice Date: | | July 20, 2023 |
| Matter: Fee applications | | | Invoice Number: | | 120896 |
| | | | Matter Number: | | 7263-0005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/2023 | Ellie Taylor | Preparing interim fee application; drafting language regarding passage of deadline for objections to 15th MFS | 2.40 | 205.00 | 492.00 |
| 06/09/2023 | Ellie Taylor | Preparing Fourth Interim Fee Statement | 3.70 | 205.00 | 758.50 |
| 06/12/2023 | Ellie Taylor | Reviewing communication regarding fee payment schedule for 15th Monthly Fee Statement | 0.20 | 205.00 | 41.00 |
| 06/12/2023 | Matthew J. Gold | Exchanging emails with C. MacDonald regarding reimbursements | 0.20 | 1,250.00 | 250.00 |
| 06/13/2023 | Ellie Taylor | Conferring regarding timeline for edits and filing of Fourth Interim Fee Application | 0.30 | 205.00 | 61.50 |
| 06/13/2023 | Matthew J. Gold | Reviewing draft interim fee application; conferring regarding same | 1.10 | 1,250.00 | 1,375.00 |
| 06/14/2023 | Ellie Taylor | Editing, finalizing and filing Fourth Interim Fee Application | 2.70 | 205.00 | 553.50 |
| 06/14/2023 | Matthew J. Gold | Continuing review of draft interim fee application; conferring regarding same | 3.10 | 1,250.00 | 3,875.00 |
| 06/21/2023 | Ellie Taylor | Conferring regarding accounting information for upcoming Monthly Fee Statement; reviewing timeline for next Interim Fee Application deadline | 0.40 | 205.00 | 82.00 |
| 06/27/2023 | Ellie Taylor | Reviewing fee application tracker questions | 0.30 | 205.00 | 61.50 |
| 06/29/2023 | Caroline James | Preparing Sixteenth Monthly Fee Statement | 1.30 | 205.00 | 266.50 |
| 06/29/2023 | Ellie Taylor | Conferring regarding timeline for filing upcoming monthly fee statement | 0.40 | 205.00 | 82.00 |
| 06/30/2023 | Ellie Taylor | Filing and serving Sixteenth Monthly Fee Statement of KKWC; reviewing Order (Dkt. #529) regarding service on professionals who have left their firms | 0.70 | 205.00 | 143.50 |
| 06/30/2023 | Matthew J. Gold | Reviewing draft monthly statement; exchanging emails regarding same | 2.20 | 1,250.00 | 2,750.00 |

| | | | | |
|---|---|---|---|---|
| Client: State of Washington | | Invoice Date: | | July 20, 2023 |
| Matter: Fee applications | | Invoice Number: | | 120896 |
| | | Matter Number: | | 7263-0005 |

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 06/30/2023 | Caroline James | Drafting Sixteenth Fee Statement of KKWC | 2.00 | 205.00 | 410.00 |
| **Total** | | | **21.00** | | **$11,202.00** |

**Timekeeper Summary**

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Caroline James | 3.30 | 205.00 | 676.50 |
| Ellie Taylor | 11.10 | 205.00 | 2,275.50 |
| Matthew J. Gold | 6.60 | 1,250.00 | 8,250.00 |
| **Total** | **21.00** | | **$11,202.00** |

**Cost Detail**

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/30/2023 | American Express - January 2023 -pd.03/08/23 ck#86389 (Pacer) | 1.00 | 3.80 |
| **Total** | | | **$3.80** |