**PORZIO, BROMBERG & NEWMAN, P.C.**
*Counsel to Jeffrey Bryan Pierce*
1675 Broadway, Ste 1810
New York, NY 10019
(212) 265-6888
Paris Gyparakis
pgyparakis@pbnlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,* | Case No. 19–23649 (SHL) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE & REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Porzio, Bromberg & Newman, P.C., hereby enters its appearance as counsel to Jeffrey Bryan Pierce, a party-in-interest in the above-captioned cases, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed, or required to be given or filed in these cases be given and served upon counsel at the following address:

> **PORZIO, BROMBERG & NEWMAN, P.C.**
> *Counsel to Jeffrey Bryan Pierce*
> 1675 Broadway, Ste 1810
> New York, NY 10019
> Attn: Paris Gyparakis, Esq.
> pgyparakis@rosenpc.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the referenced cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that demand also is made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these matters.

Dated: New York, New York
July 27, 2023

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Counsel to Jeffrey Bryan Pierce*

By: _____
Paris Gyparakis

1675 Broadway, Ste 1810
New York, NY 10019
(212) 265-6888

2