**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FORTY-SIXTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | June 1, 2023 through June 30, 2023 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $93,058.72[2] |
| Less 20% Holdback | $18,611.74 |
| Total Reimbursement Requested | $512.00 |
| Total Compensation and Reimbursement Requested in this Statement | $74,958.98 |

**This is a(n):**   <u>X</u> Monthly Application   __   Interim Application   __   Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023 through June 30, 2023* (this "**Fee**

---

[2]    This amount reflects a reduction in fees in the amount of $20,427.50 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**") and a further voluntary reduction of $6,228.78, resulting in the total compensation amount sought in this Fee Statement, after application of these discounts, of $93,058.72.

Statement").[3]  By this Fee Statement, Arnold & Porter seeks (i) compensation in the amount of $74,446.98 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $93,058.72) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Arnold & Porter partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Arnold & Porter established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Arnold & Porter incurred $93,058.72 in fees during the Fee Period. Pursuant to this Fee Statement, Arnold & Porter seeks reimbursement for 80% of such fees, totaling $74,446.98.

2.    Attached hereto as **Exhibit B** is a chart of Arnold & Porter professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $959.86.[4]  The blended hourly billing rate of all paraprofessionals is $356.70.[5]

---

[3]    The period from June 1, 2023, through and including June 30, 2023, is referred to herein as the "**Fee Period**."

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

3.      Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that Arnold & Porter incurred or disbursed in the amount of $512.00 in connection with providing professional services to the Debtors during the Fee Period.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Arnold & Porter for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

<u>**Notice**</u>

5.      Arnold & Porter will provide notice of this Fee Statement in accordance with the Interim Compensation Order. Arnold & Porter submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Arnold & Porter, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $74,446.98, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Arnold & Porter incurred in connection with such services during the Fee Period (*i.e.*, $93,058.72) and (ii) payment of $512.00 for the actual, necessary expenses that Arnold & Porter incurred in connection with such services during the Fee Period.

Dated:

August 2, 2023                                          Respectfully submitted,


                                          By:    /s/ Rory Greiss
                                          **ARNOLD & PORTER KAYE SCHOLER LLP**
                                          Rory Greiss
                                          250 West 55th Street
                                          New York, New York 10019
                                          rory.greiss@arnoldporter.com

                                          **-AND-**

                                          Rosa J. Evergreen
                                          601 Massachusetts Ave, NW
                                          Washington, DC 2001-3743
                                          rosa.evergreen@arnoldporter.com

                                          ***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 0.50 | $0.00 |
| Project ATP | 25.40 | $22,187.12 |
| Retention and Fee Applications | 24.60 | $14,203.60 |
| Government Contracts | 25.80 | $22,875.51 |
| Project Falcon | 3.30 | $2,562.06 |
| Project Sequoia | 25.50 | $25,066.96 |
| Accord Healthcare Inc. Appeal | 0.90 | $336.58 |
| Transactions | 6.20 | $5,826.89 |
| **Total[1]** | **112.20** | **$93,058.72** |

---

[1]  This amount reflects a reduction in fees in the amount of $20,427.50 on account of voluntary discounts as described in the Retention Application and the further voluntary reduction of $6,228.78 for this Fee Period, resulting in a total reduction in fees in the combined amount of $26,656.28 for this Fee Period.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position of the Applicant | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,200.00 | 3.10 | $3,720.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,500.00 | 1.80 | $2,700.00 |
| Lindquist, Elizabeth F. | Partner | 2010 | 1,230.00 | 43.40 | $53,382.00 |
| Rothman, Eric | Partner | 2008 | 1,110.00 | 1.30 | $1,443.00 |
| Greiss, Rory | Sr. Counsel | 1981 | 1,320.00 | 21.40 | $28,248.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,140.00 | 1.40 | $1,596.00 |
| Ju, Esther | Associate | 2021 | 755.00 | 0.50 | $377.50 |
| Pettit, Thomas A. | Associate | 2017 | 950.00 | 3.40 | $3,230.00 |
| Williams, Alexus | Associate | 2019 | 830.00 | 1.00 | $830.00 |
| Williamson, Bryan R. | Associate | 2020 | 675.00 | 2.90 | $1,957.50 |
| Wright, Loreli D. | Associate | 2017 | 930.00 | 1.60 | $1,488.00 |
| Zausner, Ethan | Associate | 2017 | 950.00 | 14.60 | $13,870.00 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 15.80 | $6,873.00 |
| **Total** | | | | **112.20** | **$119,715.00** |
| Less 18% Discount and additional voluntary discount | | | | | ($26,656.28) |
| **Discounted Total** | | | | | **$93,058.72** |
| Less 20% Holdback | | | | | ($18,611.74) |
| **Total Amount Requested Herein** | | | | | **$74,446.98** |

**<u>Exhibit C</u>**

**<u>Summary of Actual and Necessary Expenses</u>**

| Expense Category | Total Expenses |
|---|---|
| eData: No Access Storage | $512.00 |
| **Total Expenses** | **$512.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

July 18, 2023
Invoice # 30159025
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2023** | $ | 660.00 |
| True-Up Discount: | | -660.00 |
| **Fee Total** | | 0.00 |
| **Total Amount Due** | $ | 0.00 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023

Invoice # 30159025

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 06/27/23 | 0.50 | Correspondence with Purdue team and E. Zausner regarding identifying latest version of supply agreement and open items re: same. |

**Total Hours**          **0.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 0.50 | 1,320.00 | 660.00 |
| **TOTAL** | **0.50** | | **660.00** |

**Total Current Amount Due**                    **$0.00**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

July 18, 2023
Invoice # 30159028
EIN 53-0208605

**Client/Matter # 1049218.00135**

Project ATP

20190002247

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2023** | $ | 27,853.00 |
| True-Up Discount: | | -795.54 |
| Discount: | | -4,870.34 |
| **Fee Total** | | **22,187.12** |
| **Total Amount Due** | $ | **22,187.12** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:** Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023                                                                    Invoice # 30159028

**(1049218.00135)**
**Project ATP**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 06/01/23 | 0.60 | Draft supply agreement. |
| Ethan Zausner | 06/05/23 | 2.50 | Draft supply agreement. |
| Ethan Zausner | 06/12/23 | 3.90 | Draft supply agreement. |
| Rory Greiss | 06/14/23 | 6.20 | Review revised draft of commercial supply agreement (5.2); conference with E. Zausner to discuss revisions (1.0). |
| Ethan Zausner | 06/14/23 | 3.50 | Meeting with R. Greiss to discuss supply agreement (1.0); revise supply agreement (2.5). |
| Rory Greiss | 06/15/23 | 1.80 | Review revised draft of supply agreement (.7); correspondence with E. Zausner and E. Rothman re: revised draft (.5); review comments by E. Rothman (.6). |
| Eric Rothman | 06/15/23 | 1.30 | Review, comment on supply agreement. |
| Ethan Zausner | 06/15/23 | 2.80 | Revise supply agreement. |
| Rory Greiss | 06/16/23 | 1.50 | Review revised indemnity and other provisions of supply agreement (1.2); correspondence with E. Zausner re: sending draft to Purdue team (.3) |
| Ethan Zausner | 06/16/23 | 1.30 | Revise supply agreement. |

**Total Hours**                          **25.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.30 | 1,110.00 | 1,443.00 |
| Rory Greiss | 9.50 | 1,320.00 | 12,540.00 |
| Ethan Zausner | 14.60 | 950.00 | 13,870.00 |
| **TOTAL** | **25.40** | | **27,853.00** |

**Total Current Amount Due**                                          **$22,187.12**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                                                                    July 18, 2023
**Attn: Roxana Aleali**                                                                              Invoice # 30159029
**Associate General Counsel**                                                                         EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2023** | $ | **18,117.00** |
| True-Up Discount: | | -795.54 |
| Discount: | | <u>-3,117.86</u> |
| **Fee Total** | | **14,203.60** |
| **Total Amount Due** | $ | **<u>14,203.60</u>** |


**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023                                                                                    Invoice # 30159029

**(1049218.00148)**
**greRetention and Fee Applications**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/01/23 | 0.40 | Call with R. Evergreen re: process for determining whether supplemental declaration will be necessary. |
| Rosa J. Evergreen | 06/01/23 | 0.80 | Review D. Reddix correspondence re interim fee application (.3); call with C. Wise re interested parties (.3); correspond with R. Greiss re same (.2). |
| Darrell B. Reddix | 06/01/23 | 3.30 | Draft Eleventh Interim Fee Statement. |
| Rosa J. Evergreen | 06/02/23 | 0.20 | Correspond with D. Reddix re fee application. |
| Darrell B. Reddix | 06/02/23 | 5.00 | Draft Eleventh Interim Fee Statement. |
| Rosa J. Evergreen | 06/04/23 | 0.50 | Review, revise declaration re interim application (.4); correspond with D. Reddix re interim application (.1). |
| Rory Greiss | 06/05/23 | 1.90 | Review, comment on 11th Interim Fee Application (1.1); review May statement (.8). |
| Darrell B. Reddix | 06/05/23 | 0.40 | Revise Eleventh Interim Fee Statement. |
| Darrell B. Reddix | 06/07/23 | 1.00 | Draft May monthly statement. |
| Rory Greiss | 06/08/23 | 0.40 | Correspondence with D. Reddix re: May statement. |
| Rosa J. Evergreen | 06/08/23 | 0.20 | Correspond with D. Reddix and R. Greiss re monthly statement. |
| Darrell B. Reddix | 06/08/23 | 1.20 | Draft May monthly statement. |
| Darrell B. Reddix | 06/09/23 | 0.60 | Draft May monthly statement. |
| Rory Greiss | 06/12/23 | 0.30 | Review 11th Interim Fee Application (.2); correspondence with D. Reddix and R. Evergreen re: same (.1). |
| Rosa J. Evergreen | 06/12/23 | 0.50 | Review interim application (.4); correspond with D. Reddix and R. Greiss re same (.1). |
| Darrell B. Reddix | 06/12/23 | 1.30 | Draft Eleventh Quarterly Fee statement (1.0); correspond with R. Greiss and R. Evergreen re same (.3). |
| Rory Greiss | 06/13/23 | 0.30 | Review filed Interim Fee Application (.2); transmit same to Fee Examiner (.1). |
| Rosa J. Evergreen | 06/13/23 | 0.20 | Correspond with D. Reddix re filing interim application. |
| Darrell B. Reddix | 06/13/23 | 1.20 | Finalize Eleventh Quarterly Fee statement. |
| Darrell B. Reddix | 06/16/23 | 0.60 | Draft May monthly statement. |
| Rory Greiss | 06/20/23 | 0.50 | Review May monthly statement. |
| Rosa J. Evergreen | 06/20/23 | 0.30 | Review statement (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 06/20/23 | 0.60 | Draft May monthly statement(.5); correspond with R. Greiss and R. Evergreen re same (.1). |
| Rory Greiss | 06/23/23 | 0.30 | Review Final May monthly statement (.2); transmit same to Fee Examiner (.1). |
| Rosa J. Evergreen | 06/23/23 | 0.20 | Review final interim application (.1); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 06/23/23 | 0.60 | Finalize May monthly statement. |
| Rory Greiss | 06/28/23 | 0.50 | Review Fee Examiner's report on interim fee application (.2); review statements in preparation for response (.3). |
| Rosa J. Evergreen | 06/28/23 | 0.20 | Review Fee Examiner report (.1); correspond with R. Greiss re Fee Examiner report (.1). |
| Rory Greiss | 06/29/23 | 0.30 | Correspondence with L. Lindquist and S. Sullivan re: preparation of response to Fee Examiner's Report. |

July 18, 2023                                                                                    Invoice # 30159029

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/30/23 | 0.80 | Finalize response to Fee Examiner's report on Eleventh Interim Fee Application (.7); transmit response to Fee Examiner re same (.1). |
| **Total Hours** | | **24.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 3.10 | 1,200.00 | 3,720.00 |
| Rory Greiss | 5.70 | 1,320.00 | 7,524.00 |
| Darrell B. Reddix | 15.80 | 435.00 | 6,873.00 |
| **TOTAL** | **24.60** | | **18,117.00** |

**Total Current Amount Due**                                               **$14,203.60**

# Arnold&Porter

**Purdue Pharma L.P.**                                          July 18, 2023
**Attn: Roxana Aleali**                                  Invoice # 30159027
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


**For Legal Services Rendered through June 30, 2023**                    **28,692.50**


True-Up Discount:                                                           -795.54

Discount:                                                                 -5,021.45

**Fee Total**                                                           **22,875.51**


**Total Amount Due**                                          $          **22,875.51**


**Wire Transfer Instructions:**

|                    |                                   |
|--------------------|-----------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP  |
| Bank Info:         | Wells Fargo Bank NA               |
|                    | 420 Montgomery Street             |
|                    | San Francisco, CA  94104          |
| Account Number:    | 4127865475                        |
| ABA Number:        | 121000248 (ACH and wires)         |
| Swift Code:        | WFBIUS6S                          |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023                                                                    Invoice # 30159027

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 06/05/23 | 0.70 | Telephone conference with client team regarding status of government program matters. |
| Thomas A. Pettit | 06/05/23 | 0.60 | Weekly government contracts teleconference. |
| Elizabeth F. Lindquist | 06/07/23 | 0.60 | Review, analyze draft novation plan. |
| Thomas A. Pettit | 06/07/23 | 1.20 | Draft novation project plan. |
| Elizabeth F. Lindquist | 06/08/23 | 0.40 | Correspond with client team regarding bankruptcy emergence action items pertaining to government program participation transition. |
| Elizabeth F. Lindquist | 06/09/23 | 2.70 | Correspond with client team regarding bankruptcy emergence matters related to transition of government program participation (1.1); draft bankruptcy emergence project plan related to transition of government program participation (1.6). |
| Elizabeth F. Lindquist | 06/12/23 | 0.60 | Telephone conference with client team regarding government program issues. |
| Thomas A. Pettit | 06/12/23 | 0.50 | Weekly government contracts teleconference. |
| Bryan R. Williamson | 06/14/23 | 0.30 | Correspond with T. Pettit re: novation package strategy and related regulatory compliance matters. |
| Elizabeth F. Lindquist | 06/15/23 | 2.40 | Draft bankruptcy emergence project plan (1.4); draft deliverables related to transition of government program participation during emergence from bankruptcy (.3); draft Trade Agreement Act compliance policy (.7). |
| Bryan R. Williamson | 06/16/23 | 0.50 | Corresponding with L. Lindquist, T. Pettit, and L. Wright re: novation package. |
| Elizabeth F. Lindquist | 06/17/23 | 4.80 | Draft Trade Agreements Act Compliance Policy. |
| Elizabeth F. Lindquist | 06/19/23 | 1.40 | Draft bankruptcy emergence project plan (1.1); draft deliverables related to transition of government program participation during emergence from bankruptcy (.3). |
| Loreli D. Wright | 06/19/23 | 0.50 | Attend weekly government contracting call with client. |
| Bryan R. Williamson | 06/19/23 | 0.50 | Attending weekly Government Contracts Legal Team client teleconference. |
| Thomas A. Pettit | 06/19/23 | 0.40 | Weekly government contracts teleconference. |
| Elizabeth F. Lindquist | 06/20/23 | 0.90 | Review correspondence in preparation for team teleconference (.4); participate in internal status call regarding bankruptcy emergence issues pertaining to participation in government programs (.5). |
| Loreli D. Wright | 06/20/23 | 0.50 | Meeting with internal team. |
| Bryan R. Williamson | 06/20/23 | 0.50 | Attending Government Contracts Legal Team teleconference. |
| Elizabeth F. Lindquist | 06/26/23 | 3.40 | Participate in call with client team (.5); draft bankruptcy emergence project plan (1.0); draft deliverables related to transition of government program participation during emergence from bankruptcy (1.9). |
| Loreli D. Wright | 06/26/23 | 0.60 | Meeting with client government contracts team. |
| Bryan R. Williamson | 06/26/23 | 1.10 | Review documents to prepare for teleconference with client and Arnold & Porter team (.4); attending teleconference with client and Arnold & Porter team regarding bankruptcy and related government contracts issues (.7). |

Page 1

July 18, 2023                                                              Invoice # 30159027

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Thomas A. Pettit | 06/26/23 | 0.70 | Teleconference with client and Arnold & Porter team regarding bankruptcy and related government contracts issues. |
| **Total Hours** | | **25.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 17.90 | 1,230.00 | 22,017.00 |
| Subtotal: | **17.90** | | **22,017.00** |
| **Associate** | | | |
| Thomas A. Pettit | 3.40 | 950.00 | 3,230.00 |
| Bryan R. Williamson | 2.90 | 675.00 | 1,957.50 |
| Loreli D. Wright | 1.60 | 930.00 | 1,488.00 |
| Subtotal: | **7.90** | | **6,675.50** |
| **TOTAL** | **25.80** | | **28,692.50** |

**Total Current Amount Due**                                              **$22,875.51**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

July 18, 2023
Invoice # 30159030
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through June 30, 2023** | **3,920.00** |
| True-Up Discount: | -795.54 |
| Discount: | <u>-562.40</u> |
| **Fee Total** | **2,562.06** |

**Disbursements Recorded through June 30, 2023**

| | | |
|---|---|---:|
| eData: No Access Storage | 512.00 | |
| **Disbursements Total** | $ | <u>**512.00**</u> |
| | | |
| **Total Amount Due** | $ | <u>**3,074.06**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023                                                                                      Invoice # 30159030

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 06/05/23 | 0.50 | Conference with client and S. Sullivan re status (.4); follow up call with S. Sullivan re white paper and next steps (.1). |
| Sam Sullivan | 06/05/23 | 0.80 | Correspond with counsel for related party re status and next steps (.5); conference with B. Wootton re same (.3). |
| Deborah L. Feinstein | 06/20/23 | 1.30 | Call with counsel for related party (.8); draft talking points for call with counsel for related party (.5). |
| Sam Sullivan | 06/20/23 | 0.20 | Correspond with B. Wootton re outreach to related party. |
| Barbara H. Wootton | 06/21/23 | 0.10 | Correspond with D. Feinstein and S. Sullivan re status. |
| Barbara H. Wootton | 06/30/23 | 0.40 | Draft correspondence to D. Feinstein and S. Sullivan re call with agency, status and theories. |
| **Total Hours** | | **3.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 1.30 | 1,500.00 | 1,950.00 |
| **Subtotal:** | **1.30** | | **1,950.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 1.00 | 1,140.00 | 1,140.00 |
| **Subtotal:** | **1.00** | | **1,140.00** |
| **Associate** | | | |
| Sam Sullivan | 1.00 | 830.00 | 830.00 |
| **Subtotal:** | **1.00** | | **830.00** |
| **TOTAL** | **3.30** | | **3,920.00** |

**Total Current Amount Due**                                                                $3,074.06

# Arnold&Porter

**Purdue Pharma L.P.**                                                      July 18, 2023
**Attn: Roxana Aleali**                                              Invoice # 30159026
**Associate General Counsel**                                       EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00166**

Project Sequoia

20220003290


**For Legal Services Rendered through June 30, 2023**                    **31,365.00**


 True-Up Discount:                                                         -795.54

 Discount:                                                               -5,502.50

**Fee Total**                                                          **25,066.96**


**Total Amount Due**                                    $               **25,066.96**


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 719451
                              Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023

Invoice # 30159026

**(1049218.00166)**
**Project Sequoia**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Elizabeth F. Lindquist | 06/01/23 | 2.50 | Correspond with Purchaser's counsel and client team regarding transfer of government programs participation (1.4); correspond with client team regarding closing action items (.7); review, analyze draft VA FSS Program submission (.4). |
| Elizabeth F. Lindquist | 06/06/23 | 0.80 | Correspond with client team regarding VA FSS Program issues. |
| Elizabeth F. Lindquist | 06/07/23 | 2.00 | Participate in VA FSS contract negotiation. |
| Elizabeth F. Lindquist | 06/08/23 | 1.80 | Review, analyze government program data transition plan (1.3); telephone conference with client team regarding same (.5). |
| Elizabeth F. Lindquist | 06/09/23 | 0.40 | Correspond with client team regarding closing matters. |
| Elizabeth F. Lindquist | 06/10/23 | 0.80 | Correspond with client team regarding closing matters. |
| Elizabeth F. Lindquist | 06/12/23 | 3.10 | Review, analyze draft VA FSS Program submissions (.9); review client correspondence related to VA FSS Program issues (.5); correspond with client team regarding closing documents (.5); draft same (.7); correspond with client team regarding labeler code transition issues (.5). |
| Elizabeth F. Lindquist | 06/13/23 | 2.20 | Call with client team regarding VA FSS Program issue (.8); research related to follow-up questions re same (1.4). |
| Elizabeth F. Lindquist | 06/14/23 | 3.50 | Correspond with client team regarding VA FSS Program participation transition (.4); participate in telephone conference with client team and Purchaser regarding transition of government program data (1.0); research related to VA FSS Program information requests (1.1); draft analysis of same(1.0). |
| Elizabeth F. Lindquist | 06/15/23 | 0.30 | Correspond with client team regarding VA FSS program transition issues. |
| Elizabeth F. Lindquist | 06/16/23 | 2.20 | Draft communications to VA contracting officer related to transition of government programs participation (1.3); correspond with client team regarding revisions to same (.9). |
| Elizabeth F. Lindquist | 06/19/23 | 1.10 | Correspond with client team regarding transition of participation in government programs. |
| Elizabeth F. Lindquist | 06/20/23 | 0.40 | Correspond with client team regarding issues related to transition of VA FSS contract. |
| Elizabeth F. Lindquist | 06/22/23 | 1.60 | Telephone conference with Purchaser and client team regarding transition of participation in government programs (1.3); review client team correspondence regarding transition of VA FSS Program participation (.3). |
| Elizabeth F. Lindquist | 06/27/23 | 0.90 | Research FDA labeler code transition issues (.6); review correspondence with client team related to same (.3). |
| Elizabeth F. Lindquist | 06/28/23 | 0.60 | Correspond with client team and Purchaser regarding closing matters pertaining to transition of participation in government programs. |
| Elizabeth F. Lindquist | 06/29/23 | 0.60 | Correspond with Purchaser and client team regarding transition of government programs participation. |

Page 1

July 18, 2023

Invoice # 30159026

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Elizabeth F. Lindquist | 06/30/23 | 0.70 | Draft submissions related to transition of VA Federal Supply Schedule contract to Purchaser (.4); review, analyze internal correspondence re same (.3). |
| **Total Hours** | | **25.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Elizabeth F. Lindquist | 25.50 | 1,230.00 | 31,365.00 |
| **Subtotal:** | **25.50** | | **31,365.00** |
| **TOTAL** | **25.50** | | **31,365.00** |

**Total Current Amount Due**                                    **$25,066.96**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

July 18, 2023
Invoice # 30159031
EIN 53-0208605

**Client/Matter # 1049218.00167**

Accord Healthcare Inc. Appeal

20230003334

| | |
|---|---:|
| **For Legal Services Rendered through June 30, 2023** | **1,206.00** |
| True-Up Discount: | -795.54 |
| Discount: | <u>-73.88</u> |
| **Fee Total** | **336.58** |
| **Total Amount Due** $ | **<u>336.58</u>** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023

**(1049218.00167)**
**Accord Healthcare Inc. Appeal**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 06/21/23 | 0.50 | Call re: settlement agreement. |
| Barbara H. Wootton | 06/21/23 | 0.40 | Conference with Purdue team, D. Brown and D. Feinstein re analysis and advice regarding settlement proposals and process. |

**Total Hours**      **0.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 0.50 | 1,500.00 | 750.00 |
| **Subtotal:** | **0.50** | | **750.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 0.40 | 1,140.00 | 456.00 |
| **Subtotal:** | **0.40** | | **456.00** |
| **TOTAL** | **0.90** | | **1,206.00** |

**Total Current Amount Due**      **$336.58**

# Arnold&Porter

Rhodes Pharmaceuticals L.P.                                        July 18, 2023
**Attn: Roxana Aleali**                                      Invoice # 30159032
**498 Washington St.**                                          EIN 53-0208605
**Coventry, RI  02816**

**Client/Matter # 1051218.00005**

Transactions

20220003292

**For Legal Services Rendered through June 30, 2023**              **7,901.50**

 True-Up Discount:                                                  -795.54

 Discount:                                                        -1,279.07

**Fee Total**                                                      **5,826.89**

**Total Amount Due**                                          $    **5,826.89**

**Wire Transfer Instructions:**

|                  |                                      |
|------------------|--------------------------------------|
| Account Name:    | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:       | Wells Fargo Bank NA                  |
|                  | 420 Montgomery Street                |
|                  | San Francisco, CA  94104             |
| Account Number:  | 4127865475                           |
| ABA Number:      | 121000248 (ACH and wires)            |
| Swift Code:      | WFBIUS6S                             |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 719451
                                      Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 18, 2023

Invoice # 30159032

**(1051218.00005)**
**Transactions**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/05/23 | 0.40 | Correspondence with Rhodes team re: next payment under sale transaction. |
| Rory Greiss | 06/06/23 | 0.40 | Correspondence with Rhodes team re: status of discussions with supplier re: cancellation of orders. |
| Rory Greiss | 06/08/23 | 2.30 | Correspondence with Rhodes team re: new draft of supply agreement received from counterparty (.5); review draft (1.8). |
| Rory Greiss | 06/09/23 | 0.30 | Correspondence with Rhodes team re: second installment under sale agreement. |
| Rory Greiss | 06/13/23 | 0.70 | Videoconference with Rhodes team re: dispute with supplier. |
| Esther Ju | 06/13/23 | 0.50 | Call with Rhodes team to discuss unused packaging material. |
| Rory Greiss | 06/21/23 | 0.50 | Correspondence with Rhodes team re: dispute with supplier. |
| Rory Greiss | 06/23/23 | 0.70 | Correspondence with Rhodes team re: supplier dispute. |
| Rory Greiss | 06/27/23 | 0.40 | Correspondence with Rhodes team re: meeting to discuss latest version of supply agreement. |

**Total Hours** **6.20**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Counsel** | | | | |
| Rory Greiss | | 5.70 | 1,320.00 | 7,524.00 |
| | **Subtotal:** | **5.70** | | **7,524.00** |
| **Associate** | | | | |
| Esther Ju | | 0.50 | 755.00 | 377.50 |
| | **Subtotal:** | **0.50** | | **377.50** |
| | **TOTAL** | **6.20** | | **7,901.50** |

**Total Current Amount Due** **$5,826.89**