**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF FORTY-FOURTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | June 1, 2023 Through June 30, 2023 |
| **Amount of Compensation Requested (after 13% discount):** | $188,228.80[2] |
| **Less 20% Holdback** | $37,645.76 |
| **Net of Holdback**: | $150,583.04 |
| **Amount of Expense Reimbursement Requested:** | $3,294.00 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $153,877.04 |
| **This is a** | X   Monthly ____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] In addition to the 13% discount, Jones Day has agreed to charge the Debtors further reduced billing rates for certain timekeepers in 2023. This reduction is not reflected in the 13% discount.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[3] Jones Day hereby submits this forty-fourth monthly fee statement (the "Forty-Fourth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from June 1, 2023 through June 30, 2023 (the "Forty-Fourth Monthly Fee Period").  By this Forty-Fourth Monthly Fee Statement, and after taking into account certain voluntary discounts,[4] Jones Day seeks payment in the amount of $153,877.04 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Forty-Fourth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Forty-Fourth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney.  The blended

---

[3]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[4]    The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $37,645.76 for the Forty-Fourth Monthly Fee Period).  In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2023, Jones Day is using 2022 billable rates in calculating amounts due for legal services performed).  The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

hourly billing rate of Jones Day timekeepers during the Forty-Fourth Monthly Fee Period is approximately $870.22.[5]

2.     Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Forty-Fourth Monthly Fee Period.

3.     Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Forty-Fourth Monthly Fee Period.

4.     Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Forty-Fourth Monthly Fee Period.[6]

## NOTICE AND OBJECTION PROCEDURES

5.     Notice of this Forty-Fourth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Roxana Aleali, Email: roxana.aleali@pharma.com and Marc Kesselman, Email: marc.kesselman@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson, Email: christopher.robertson@davispolk.com and Dylan Consla, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K.

---

[5]    The blended rate is comprised of all Jones Day timekeepers who provided services during the Forty-Fourth Monthly Fee Period.

[6]    The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com and Thomas D. Bielli, E-mail: tbielli@bk-legal.com.

6.      Objections to this Forty-Fourth Monthly Fee Statement, if any, must be served via

electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Nathan Yeary

(nyeary@jonesday.com) no later than August 21, 2023 at 12:00 p.m. (prevailing Eastern Time)

(the "Objection Deadline"), setting forth the nature of the objection and the specific amount of

fees at issue.

7.      If no objections to this Forty-Fourth Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Forty-Fourth Monthly Fee Statement.

8.      To the extent that an objection to this Forty-Fourth Monthly Fee Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Forty-Fourth Monthly Fee Statement to which the objection is directed and promptly pay

the remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Forty-Fourth Monthly Fee Statement

has been made to this or any other court.

Dated: August 4, 2023                          _/s/ Nathan Yeary_____
       New York, NY                          JONES DAY
                                     John J. Normile
                                     Nathan Yeary
                                     250 Vesey Street
                                     New York, NY 10281
                                     Telephone:      (212) 326-3939
                                     Facsimile:      (212) 755-7306
                                     Email:           jjnormile@jonesday.com
                                                       nyeary@jonesday.com

                                   *Special Counsel to the Debtors and
                                   Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JUNE 1, 2023 – JUNE 30, 2023**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,050.00 | $913.50 | 9.8 | $8,952.30 |
| Gasper J. LaRosa | 2002 | $1,260.00 | $1,096.20 | 21.5 | $23,568.30 |
| John J. Normile | 1989 | $1,417.50 | $1,233.23 | 51.1 | $63,017.80 |
| Jennifer L. Swize | 2005 | $1,233.75 | $1,073.36 | 3.3 | $3,542.10 |
| **TOTAL PARTNER:** | | | | **85.7** | **$99,080.49** |
| **ASSOCIATE** | | | | | |
| John Boulé | 2018 | $725.00 | $630.75 | 4.0 | $2,523.00 |
| Chane Buck | 2017 | 709.50 | 617.26 | 11.2 | 6913.37 |
| Kevin V. McCarthy | 2016 | $880.00 | $765.60 | 27.6 | $21,130.56 |
| Adam M. Nicolais | 2017 | $803.00 | $698.61 | 63.3 | $44,222.01 |
| Matthew J. Rubenstein | 2015 | $775.00 | $674.25 | 16.0 | $10,788.00 |
| Nathan Yeary | 2021 | $525.00 | $456.75 | 5.8 | $2,649.15 |
| **TOTAL ASSOCIATE:** | | | | **127.9** | **$88,226.09** |
| **LEGAL SUPPORT** | | | | | |
| Cindy Gugg | N/A | $450.00 | $391.50 | 1.3 | $508.95 |
| Elizabeth A Pratt | N/A | $375.00 | $326.25 | 0.4 | $130.50 |
| Bonnie Zhu | N/A | $325.00 | $282.75 | 8.4 | $2,375.10 |
| **TOTAL LEGAL SUPPORT:** | | | | **8.4** | **$922.20** |
| **TOTAL:** | | | | **216.3** | **$188,228.78** |

## <u>EXHIBIT B</u>

**COMPENSATION BY PROJECT CATEGORY**
**<u>JUNE 1, 2023 – JUNE 30, 2023</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Confidential Matter I | 11.6 | $11,749.00 |
| Accord Healthcare Inc. Appeal | 12.6 | $14,967.46 |
| Collegium Pharmaceuticals | 0.4 | $150.00 |
| Collegium 961 PGR | 16.2 | $12,545.00 |
| Accord Healthcare Inc. | 147.6 | $155,140.58 |
| Retention Matters | 27.6 | $21,802.90 |
| **TOTAL** | **216.3** | **$216,354.94** |
| **13% DISCOUNT** | | **$28,126.14** |
| **TOTAL FEES** | | **$150,583.04** |

## EXHIBIT C

**EXPENSE SUMMARY**
**JUNE 1, 2023 – JUNE 30, 2023**

| Expense Category | Total Expenses |
|---|---|
| Consultant and Agent Fees | $1,500.00 |
| Attorneys Fees | $1,794.00 |
| **TOTAL** | $3,294.00 |

## **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2023                                                          305158.000002
                                                                    Invoice: 230905773

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2023:

| | | |
|---|---|---|
| ███████████████████████████████ | USD | 11,749.00 |
| Less 13% Fee Discount | | (1,527.37) |
| Total Billed Fees | USD | 10,221.63 |
| **TOTAL** | **USD** | **10,221.63** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

July 31, 2023                                                          305158.000005
                                                                      Invoice: 230905774

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through June 30, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. Appeal | USD | 14,967.46 |
| Less 13% Discount | | (1,945.77) |
| Total Billed Fees | USD | 13,021.69 |
| **TOTAL** | **USD** | **13,021.69** |



# JONES DAY

305158.000005

Accord Healthcare Inc. Appeal

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 6.30 | 1,417.50 | 8,930.25 |
| J L Swize | 2.40 | 1,233.75 | 2,961.01 |
| Associate |  |  |  |
| J R Boule | 3.80 | 725.00 | 2,755.00 |
| A M Nicolais | 0.40 | 803.00 | 321.20 |
| **Total** | **12.90** | **USD** | **14,967.46** |

# JONES DAY

305158.000005

Accord Healthcare Inc. Appeal

Page: 3
July 31, 2023
Invoice: 230905774

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/04/23 | J L Swize | 1.70 |
| 06/05/23 | J L Swize | 0.50 |
| 06/06/23 | J R Boule<br>Draft appeal-initiation forms. | 0.70 |
| 06/07/23 | J R Boule<br>Draft appeal-initiation forms. | 0.20 |
| 06/08/23 | J R Boule<br>Prepare appeal-intiation forms. | 2.20 |
| 06/11/23 | J J Normile | 1.50 |
| 06/12/23 | J R Boule<br>Revise appeal-initiation forms. | 0.70 |
| 06/12/23 | J J Normile | 2.50 |
| 06/13/23 | A M Nicolais<br>Reviewing Latham draft Appendix designations. | 0.20 |
| 06/13/23 | J J Normile | 0.50 |
| 06/13/23 | J L Swize | 0.20 |
| 06/15/23 | A M Nicolais | 0.20 |
| 06/15/23 | J J Normile | 1.80 |
| | **Total** | **12.90** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2023

305158.610005
Invoice: 230905775

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 150.00 |
| Less 13% Discount | | (19.50) |
| Total Billed Fees | USD | 130.50 |
| **TOTAL** | **USD** | **130.50** |



# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 230905775

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Project Manager | | | |
| E Pratt | 0.40 | 375.00 | 150.00 |
| **Total** | **0.40** | **USD** | **150.00** |

# JONES DAY

305158.610005

Page: 3
July 31, 2023
Invoice: 230905775

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/27/23 | E Pratt | 0.40 |
| | **Total** | **0.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

July 31, 2023

305158.610013
Invoice: 230905776

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901
United States of America

For legal services rendered for the period through June 30, 2023:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |



# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page: 2
July 31, 2023
Invoice: 230905776

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 06/06/23 | J J Normile | NYC | 1,500.00 | |
| **Consultants and Agents Fees Subtotal** | | | | **1,500.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2023                                                   305158.610022
                                                         Invoice: 230905777

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2023:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 12,545.00 |
| Less 13% Discount | | (1,630.85) |
| Total Billed Fees | USD | 10,914.15 |
| **TOTAL** | **USD** | **10,914.15** |



# JONES DAY

305158.610022

Page: 2
July 31, 2023
Invoice: 230905777

Collegium 961 PGR

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| J R Boule | 0.20 | 725.00 | 145.00 |
| M J Rubenstein | 16.00 | 775.00 | 12,400.00 |
| **Total** | **16.20** | **USD** | **12,545.00** |

# JONES DAY

305158.610022

Collegium 961 PGR

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/20/23 | J R Boule | 0.20 |
| | ██████████████████████ | |
| 06/22/23 | M J Rubenstein | 4.70 |
| | █████████████████████████████ | |
| 06/23/23 | M J Rubenstein | 6.80 |
| | ███████████████████ | |
| 06/24/23 | M J Rubenstein | 0.80 |
| | ███████████████████ | |
| 06/26/23 | M J Rubenstein | 0.50 |
| | ███████████████████ | |
| 06/30/23 | M J Rubenstein | 3.20 |
| | ███████████████████ | |
| **Total** | | **16.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2023                                                            305158.610028
                                                                        Invoice: 230905778

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2023:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 155,140.58 |
| Less 13% Discount | | (20,168.28) |
| Total Billed Fees | USD | 134,972.30 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Attorneys Fees | 1,794.00 | |
| | USD | 1,794.00 |
| **TOTAL** | **USD** | **136,766.30** |



# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2

July 31, 2023

Invoice: 230905778

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 21.50 | 1,260.00 | 27,090.00 |
| J J Normile | 40.20 | 1,417.50 | 56,983.50 |
| J L Swize | 0.90 | 1,233.75 | 1,110.38 |
| **Associate** | | | |
| K McCarthy | 22.10 | 880.00 | 19,448.00 |
| A M Nicolais | 62.90 | 803.00 | 50,508.70 |
| **Summer Associate** | | | |
| A Landyshev | 0.00 | 650.00 | 0.00 |
| **Total** | **147.60** | **USD** | **155,140.58** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 06/01/23 | G J Larosa | 2.00 | 2,192.40 |
| 06/01/23 | K McCarthy | 2.00 | 1,531.20 |
| 06/01/23 | A M Nicolais | 6.60 | 4,610.83 |
| 06/01/23 | J J Normile | 1.50 | 1,849.84 |
| 06/01/23 | J L Swize | 0.90 | 966.02 |
| 06/02/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/02/23 | K McCarthy | 1.00 | 765.60 |
| 06/02/23 | A M Nicolais | 5.20 | 3,632.77 |
| 06/02/23 | J J Normile | 2.00 | 2,466.45 |
| 06/05/23 | A Landyshev | 0.70 | N/C |
| 06/05/23 | G J Larosa | 2.50 | 2,740.50 |
| 06/05/23 | K McCarthy | 3.00 | 2,296.80 |



**JONES DAY**

305158.610028

Accord Healthcare Inc.

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 06/05/23 | A M Nicolais | 4.50 | 3,143.75 |
| 06/05/23 | J J Normile | 0.50 | 616.61 |
| 06/06/23 | A Landyshev | 2.70 | N/C |
| 06/06/23 | A M Nicolais | 7.90 | 5,519.02 |
| 06/06/23 | J J Normile | 1.00 | 1,233.22 |
| 06/07/23 | G J Larosa | 2.00 | 2,192.40 |
| 06/07/23 | A M Nicolais | 2.50 | 1,746.52 |
| 06/07/23 | J J Normile | 0.80 | 986.58 |
| 06/08/23 | A M Nicolais | 3.10 | 2,165.69 |
| 06/08/23 | J J Normile | 2.00 | 2,466.45 |
| 06/09/23 | A M Nicolais | 2.70 | 1,886.25 |
| 06/09/23 | J J Normile | 2.00 | 2,466.45 |



**JONES DAY**

305158.610028

Accord Healthcare Inc.



| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 06/12/23 | G J Larosa | 2.00 | 2,192.40 |
| 06/12/23 | A M Nicolais | 3.30 | 2,305.41 |
| 06/12/23 | J J Normile | 2.00 | 2,466.45 |
| 06/13/23 | A M Nicolais | 2.10 | 1,467.08 |
| 06/13/23 | J J Normile | 2.00 | 2,466.45 |
| 06/14/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/14/23 | A M Nicolais | 1.50 | 1,047.91 |
| 06/14/23 | J J Normile | 0.80 | 986.58 |
| 06/15/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/16/23 | J J Normile | 1.00 | 1,233.22 |
| 06/19/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/19/23 | A M Nicolais | 1.80 | 1,257.50 |

# JONES DAY

305158.610028

Page: 6
July 31, 2023
Invoice: 230905778

Accord Healthcare Inc.

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| |  | | |
| 06/19/23 | J J Normile | 3.10 | 3,823.00 |
| 06/20/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/20/23 | K McCarthy | 2.00 | 1,531.20 |
| 06/20/23 | A M Nicolais | 4.90 | 3,423.19 |
| 06/20/23 | J J Normile | 3.30 | 4,069.64 |
| 06/21/23 | G J Larosa | 2.00 | 2,192.40 |
| 06/21/23 | A M Nicolais | 4.00 | 2,794.44 |
| 06/21/23 | J J Normile | 3.30 | 4,069.64 |
| 06/22/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/22/23 | A M Nicolais | 4.20 | 2,934.16 |

**JONES DAY**

305158.610028

Accord Healthcare Inc.



| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 06/23/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/23/23 | A M Nicolais | 0.50 | 349.30 |
| 06/23/23 | J J Normile | 1.50 | 1,849.84 |
| 06/25/23 | J J Normile | 1.00 | 1,233.22 |
| 06/26/23 | G J Larosa | 1.00 | 1,096.20 |
| 06/26/23 | K McCarthy | 2.60 | 1,990.56 |
| 06/26/23 | A M Nicolais | 3.60 | 2,515.00 |
| 06/26/23 | J J Normile | 3.00 | 3,699.67 |
| 06/27/23 | K McCarthy | 5.00 | 3,828.00 |
| 06/27/23 | A M Nicolais | 1.90 | 1,327.36 |
| 06/27/23 | J J Normile | 1.50 | 1,849.84 |
| 06/28/23 | K McCarthy | 4.00 | 3,062.40 |

## JONES DAY

305158.610028

Accord Healthcare Inc.



| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 06/28/23 | A M Nicolais | 1.10 | 768.47 |
| 06/28/23 | J J Normile | 2.00 | 2,466.45 |
| 06/29/23 | K McCarthy | 1.50 | 1,148.40 |
| 06/29/23 | A M Nicolais | 1.50 | 1,047.91 |
| 06/29/23 | J J Normile | 3.00 | 3,699.67 |
| 06/30/23 | G J Larosa | 3.00 | 3,288.63 |
| 06/30/23 | K McCarthy | 1.00 | 765.60 |
| 06/30/23 | J J Normile | 2.90 | 3,576.35 |
| **Total** | | **147.60** | **USD**   **134,972.28** |

# JONES DAY

305158.610028

Page: 9

July 31, 2023

Accord Healthcare Inc.

Invoice: 230905778

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **ATTORNEYS FEES** | | | | |
| 06/15/23 | J J Normile | NYC | 1,794.00 | |
| | Vendor: Sopra Legal, Inc; Invoice#: 1368; Date: 12/1/2022 for professional services rendered. | | | |
| **Attorneys Fees Subtotal** | | | | **1,794.00** |
| **Total Disbursements and Charges** | | | **USD** | **1,794.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

July 31, 2023                                                           305158.999007
                                                                        Invoice: 230905779

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901
United States of America

For legal services rendered for the period through June 30, 2023:

| | | |
|---|---|---:|
| Retention Matters | USD | 21,802.90 |
| Less 13% Discount | | (2,834.38) |
| Total Billed Fees | USD | 18,968.52 |
| **TOTAL** | **USD** | **18,968.52** |



**JONES DAY**

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 3.80 | 1,417.50 | 5,386.50 |
| Associate |  |  |  |
| C Buck | 11.20 | 709.50 | 7,946.40 |
| K McCarthy | 5.50 | 880.00 | 4,840.00 |
| N P Yeary | 5.80 | 525.00 | 3,045.00 |
| Paralegal |  |  |  |
| C M Gugg | 1.30 | 450.00 | 585.00 |
| **Total** | **27.60** | **USD** | **21,802.90** |

# JONES DAY

305158.999007                                                                Page: 3
                                                                        July 31, 2023

Retention Matters                                                   Invoice: 230905779

## Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 06/03/23 | N P Yeary | 3.20 |

Prepare fee statements covering February and March 2023

| 06/06/23 | C M Gugg | 0.60 |

Review and electronically file monthly fee statements (.40); and prepare electronic service of same (.20).

| 06/09/23 | N P Yeary | 1.10 |

Prepare April monthly fee statement and interim fee statement charts.

| 06/13/23 | C Buck | 5.00 |

Start drafting 11th interim fee application.

| 06/14/23 | C Buck | 6.00 |

Finalize April monthly fee statement (0.5); redact invoices for monthly fee statement (0.3); continue draft 11th interim fee application and finalize for filing (5.2).

| 06/14/23 | C M Gugg | 0.70 |

Review March and April 2023 monthly fee statements (0.20); e-file same (0.20); prepare service (0.10); and review and electronically file interim fee application (0.20)

| 06/14/23 | J J Normile | 1.00 |

Review and revise Jones Day's Eleventh Interim Fee Application and related correspondence with C. Buck.

| 06/17/23 | J J Normile | 1.00 |

███████████████████████████████████

| 06/18/23 | K McCarthy | 1.00 |

Draft/revise Purdue litigation budgets and communicate internally regarding same.

| 06/20/23 | C Buck | 0.20 |

Emails regarding LEDES files.

| 06/21/23 | K McCarthy | 1.50 |

Draft/revise Purdue litigation budgets and communicate internally regarding same.

| 06/26/23 | K McCarthy | 2.00 |

Draft/revise Purdue projected patent litigation budgets and confer internally with J. Normile regarding edits to same.

| 06/26/23 | J J Normile | 0.80 |

█████████████████████████████████

| 06/28/23 | K McCarthy | 1.00 |

Coordinate collection and transfer of client documents and communicate internally, with client, and with prosecution counsel regarding same.

| 06/28/23 | J J Normile | 1.00 |

██████████████████████████████████████

| 06/30/23 | N P Yeary | 1.50 |

Prepare a monthly fee statement covering services rendered in May.

# JONES DAY

305158.999007

Retention Matters

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| **Total** | | **27.60** |