# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P. | : | Bankruptcy No. 19-23649-RDD |
| | : | |
| Debtor | : | |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case and remove from the CM/ECF mailing list.

MICHELLE A. HENRY
ATTORNEY GENERAL

DATED: August 4, 2023        BY:   */s/ Carol E. Momjian*
Carol E. Momjian
Senior Deputy Attorney General
PA I.D. No. 49219
Office of Attorney General
The Phoenix Building
1600 Arch Street, 3rd Floor
Philadelphia, PA 19103
Tel: (215) 560-2128
Fax: (717) 772-4526
E-mail: cmomjian@attorneygeneral.gov