IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P. | : | Bankruptcy No. 19-23649-RDD |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Carol E. Momjian, hereby certify that my Withdrawal of Appearance has been filed electronically on August 4, 2023, and is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following:  Not Applicable.

MICHELLE A. HENRY
ATTORNEY GENERAL

DATE:  August 4, 2023          BY:   */s/ Carol E. Momjian*
　　　　　　　　　　　　　　　　　　　Carol E. Momjian
　　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　PA I.D. No. 49219
　　　　　　　　　　　　　　　　　　　Office of Attorney General
　　　　　　　　　　　　　　　　　　　1600 Arch Street, Suite 300
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　Tel: (215) 560-2128
　　　　　　　　　　　　　　　　　　　Fax: (717) 772-4526
　　　　　　　　　　　　　　　　　　　E-mail: cmomjian@attorneygeneral.gov