**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
: 
In re:                                                       :   Chapter 11
                                                             :
PURDUE PHARMA L.P., *et al.*,                                :   Case No. 19-23649 (SHL)
                                                             :
                     Debtors[1].                             :   (Jointly Administered)
                                                             :
------------------------------------------------------------ X

**FORTY-FIFTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JUNE 1, 2023 THROUGH JUNE 30, 2023**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | June 1, 2023 through June 30, 2023 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $14,524.50 |
| **Current Fee Request** | $11,619.60 (80% of $14,524.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00[2] |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $11,619.60 |
| **Total Fees and Expenses Inclusive of Holdback** | $14,524.50 |
| **This is a(n):**   _X_ Monthly Application    ___Interim Application    ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Forty-Fifth Monthly Fee Statement (the "Fee Statement") for the period of June 1, 2023 through and including June 30, 2023 (the "Statement Period").

---

[2] Brown Rudnick deducted expenses totaling $3.15 as part of a voluntary reduction.

**Itemization of Services Rendered and Disbursements Incurred**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories. As reflected in Exhibit A, Brown Rudnick incurred $14,524.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $11,619.60.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,392.34. The blended hourly rate of all paraprofessionals is $470.00. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $0.00 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees"). To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application. Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

**Notice**

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  August 8, 2023               Respectfully submitted,

> BROWN RUDNICK LLP
>
> /s/ *David J. Molton*
> David J. Molton
> Steven D. Pohl (admitted *pro hac vice*)
> Seven Times Square
> New York, New York 10019
> Telephone:   (212) 209-4800
> Facsimile:   (212) 209-4801
> E-mail: dmolton@brownrudnick.com
>             spohl@brownrudnick.com
>
> *Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

4

# EXHIBIT A

## SERVICES RENDERED BY
## BROWN RUDNICK LLP

### COMMENCING JUNE 1, 2023 THROUGH JUNE 30, 2023

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | .8 | $376.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 6.7 | $3,149.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 0.0 | $0.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 0.0 | $0.00 |
| 014 Plan and Disclosure Statement | 7.9 | $10,999.50 |
| **Total** | **15.4** | **$14,524.50** |
| | | |
| 20% Fee Holdback | | **$2,904.90** |
| 80% of Fees | | **$11,619.60** |
| Plus Expenses | | **$0.00** |
| Requested Amount | | **$14,524.50** |

**EXHIBIT B**

**SERVICES RENDERED BY BROWN RUDNICK LLP**

**COMMENCING JUNE 1, 2023 THROUGH JUNE 30, 2023**

Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983<br>Bankruptcy & Corporate Restructuring | $1,950 | 2.2 | $4,290.00 |
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,550 | 1.6 | $2,480.00 |
| Nicole M. Bouchard | Partner 2009<br>Corporate and Capital Markets | $1,200 | 1.3 | $1,560.00 |
| Tia C. Wallach | Partner 2013<br>Corporate and Capital Markets | $955 | 2.5 | $2,387.50 |
| Ropafadzo C. Maweni | Associate 2019<br>Corporate and Capital Markets | $940 | .3 | $282.00 |
| Madelyn A Soliman | Paralegal<br>Bankruptcy & Corporate Restructuring | $470 | 7.5 | $3,525.00 |
| **Total Fees Requested** | | | **15.4** | **$14,524.50** |

# EXHIBIT C

## ACTUAL AND NECESSARY COSTS INCURRED BY
## BROWN RUDNICK LLP

### COMMENCING JUNE 1, 2023 THROUGH JUNE 30, 2023

| EXPENSE | AMOUNT |
|---|---:|
| Copies | $0.00 |
| **Total Expenses** | **$0.00** |

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

65103140 v1

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6962622 |
| Date | Jul 13, 2023 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES

## INVOICE

For professional services rendered in connection with the above captioned matter through June 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 376.00 | 0.00 | 376.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,149.00 | 0.00 | 3,149.00 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 10,999.50 | 0.00 | 10,999.50 |
| | **Total** | **14,524.50** | **0.00** | **14,524.50** |

| | |
|---|---:|
| Total Current Fees | $14,524.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$14,524.50** |

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

Invoice  6962622
Date     Jul 13, 2023
Client   035843

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter through June 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 376.00 | 0.00 | 376.00 |
| | **Total** | **376.00** | **0.00** | **376.00** |

|  |  |
|---|---|
| Total Current Fees | $376.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$376.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  
July 13, 2023

Invoice 6962622  
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/15/23 | SOLIMAN | REGISTER TEAM FOR HEARING | 0.40 | 188.00 |
| 06/27/23 | SOLIMAN | REVIEW DOCKET (.2); UPDATE PERTINENT DATES ON CALENDAR (.2) | 0.40 | 188.00 |
| | **Total Hours and Fees** | | **0.80** | **376.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| MADELYN A. SOLIMAN | 0.80 | hours at | 470.00 | 376.00 |
| **Total Fees** | | | | **376.00** |

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

Invoice: 6962622
Date: Jul 13, 2023
Client: 035843

RE: EMPLOYMENT AND FEE APPLICATIONS

# INVOICE

For professional services rendered in connection with the above captioned matter through June 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 3,149.00 | 0.00 | 3,149.00 |
|  | **Total** | **3,149.00** | **0.00** | **3,149.00** |

| | |
|---|---|
| Total Current Fees | $3,149.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,149.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  
July 13, 2023

Invoice 6962622  
Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/23 | SOLIMAN | WORK ON INTERIM FEE APP (2.2); WORK WITH ACCOUNTING FOR BLENDED HOURLY RATES CHART (.3); CIRCULATE TO TEAM FOR REVIEW (.1) | 2.50 | 1,175.00 |
| 06/06/23 | SOLIMAN | COMPLETE BUDGET (.9); CIRCULATE TO TEAM FOR APPROVAL (.1) | 1.00 | 470.00 |
| 06/09/23 | SOLIMAN | COMPILE AND CIRCULATE 11TH INTERIM FOR CLIENT APPROVAL | 0.50 | 235.00 |
| 06/12/23 | SOLIMAN | SEND REQUEST FOR PAYMENT 43RD MONTHLY FEE STATEMENT (.3); CIRCULATE TO TEAM (.1) | 0.40 | 188.00 |
| 06/13/23 | SOLIMAN | FOLLOW UP WITH TEAM ON COMMENTS FOR INTERIM FROM KRAMER AND LEVIN (.3); EMAILS WITH BILLING TO CREATE SUMMARIES FOR 44TH MONTHLY FEE STATEMENT (.2) | 0.50 | 235.00 |
| 06/14/23 | SOLIMAN | FILE PURDUE INTERIM FEE STATEMENT (.8); CIRCULATE FILED VERSION (.1) | 0.90 | 423.00 |
| 06/20/23 | SOLIMAN | REQUEST LEDES DATA (.3); CIRCUALTE LEDES DATA (.1) | 0.40 | 188.00 |
| 06/26/23 | SOLIMAN | WORK ON 44TH MONTHLY FEE STATEMENT | 0.50 | 235.00 |
| | **Total Hours and Fees** | | **6.70** | **3,149.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| MADELYN A. SOLIMAN | 6.70 | hours at | 470.00 | 3,149.00 |
| **Total Fees** | | | | **3,149.00** |

**brownrudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6962622 |
| Date | Jul 13, 2023 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter through June 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 10,999.50 | 0.00 | 10,999.50 |
| | **Total** | **10,999.50** | **0.00** | **10,999.50** |

| | |
|---|---|
| Total Current Fees | $10,999.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$10,999.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  
July 13, 2023

Invoice 6962622  
Page 7

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/05/23 | POHL | REVIEW CORRESPONDENCE WITH DOJ RE APPEAL | 0.50 | 775.00 |
| 06/07/23 | MOLTON | ATTENTION TO ISSUE RESULTING FROM SECOND CIRCUIT OPINION AND POSSIBLE CERT PETITION | 1.30 | 2,535.00 |
| 06/16/23 | POHL | ATTEND COURT TELEPHONIC STATUS CONFERENCE | 0.50 | 775.00 |
| 06/20/23 | MOLTON | PREPARE FOR AND PARTICIPATE IN WORKING GROUP CALL | 0.90 | 1,755.00 |
| 06/22/23 | WALLACH | REVIEW STATUS OF SETTLEMENT DOCUMENTS; CONFERENCE WITH DPW, MILBANK, AND DEBEVOISE, KRAMER, AND AKIN REGARDING TIMING FOR FINALIZATION OF SETTLEMENT AGREEMENT AND OTHER SETTLEMENT DOCUMENTS | 1.70 | 1,623.50 |
| 06/22/23 | MAWENI | PURDUE SETTLEMENT AGREEMENT PHONE CALL WITH COUNSEL. | 0.30 | 282.00 |
| 06/22/23 | POHL | CALL RE POST APPEALS DECISION UPDATING OF PLAN AND SACKLER DOCUMENTS | 0.10 | 155.00 |
| 06/29/23 | WALLACH | ATTEND IAC SALE STATUS CONFERENCE CALL | 0.80 | 764.00 |
| 06/29/23 | BOUCHARD | ALL HANDS CALL RE: IAC UPDATE (.7); REVIEW OF SETTLEMENT AGREEMENT RELATED TO SAME (.6) | 1.30 | 1,560.00 |
| 06/29/23 | POHL | ATTEND TELEPHONIC HEARING ON INJUNCTION | 0.50 | 775.00 |
| | **Total Hours and Fees** | | **7.90** | **10,999.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| STEVEN POHL | 1.60 | hours at | 1,550.00 | 2,480.00 |
| DAVID J. MOLTON | 2.20 | hours at | 1,950.00 | 4,290.00 |
| NICOLE M. BOUCHARD | 1.30 | hours at | 1,200.00 | 1,560.00 |
| TIA C. WALLACH | 2.50 | hours at | 955.00 | 2,387.50 |
| ROPAFADZO C. MAWENI | 0.30 | hours at | 940.00 | 282.00 |
| **Total Fees** | | | | **10,999.50** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES  Invoice 6962622
July 13, 2023  Page 8

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brownrudnick**

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES<br>ATTN: DAVID MOLTON<br>BROWN RUDNICK<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice 6962622<br>Date Jul 13, 2023<br>Client 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES



Remittance remit

**Balance Due:  $14,524.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067