UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
In re:                                          :      Chapter 11
                                                :
PURDUE PHARMA L.P., *et al.*,                   :      Case No. 19-23649 (SHL)
                                                :
                     Debtors.[1]                :      (Jointly Administered)
                                                :
-------------------------------------------------------- x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
## OF PJT PARTNERS LP FOR THE PERIOD OF
## JUNE 1, 2023 THROUGH JUNE 30, 2023

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of June 1, 2023 through June 30, 2023 (the "Forty-Second Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et* seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. **PJT's Request for Payment of Fees and Expenses**

5.   For the Forty-Second Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $681.92, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,681.92 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Forty-Second Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Forty-Second Compensation Period, some expenses might not be included in this Monthly Fee

Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Forty-Second Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned by PJT during the Forty-Second Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Forty-Second Compensation Period is outlined below:

| Forty-Second Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| June 1 – 30, 2023 | $225,000.00 | ($45,000.00) | $681.92 | **$180,681.92** |

7.    The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.   PJT has never billed its clients based on the number of hours expended by its professionals.   Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.    PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the hours expended by PJT professionals in providing investment banking services to the Debtors during the Forty-Second Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | June 2023 |
|---|---|
| Jamie O'Connell | 6.5 |
| Sven Pfeiffer | 11.0 |
| Rafael Schnitzler | 5.0 |
| Tom Melvin | 83.0 |
| Nan Zhou | 13.5 |
| Michelle Teicher | 13.0 |
| Christopher Fletcher | 74.5 |
| Leandro Goicoechea | 5.5 |
| Chloe Lee | 1.0 |
| Darius Hong | 14.0 |
| **Total Hours** | **227.0** |

### III. <u>Requested Relief</u>

8.  Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $681.92, in each case earned or incurred during the Forty-Second Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 681.92 |
| **Total Amount Due** | **$180,681.92** |

Dated: August 8, 2023

PJT PARTNERS LP

By: */s/ John James O'Connell III*
    John James O'Connell III
    Partner
    280 Park Avenue
    New York, NY 10017
    (212) 364-7800

**APPENDIX A**

# PJT Partners

**PJT**

July 24, 2023

Edward Borkowski
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of June 1, 2023 through June 30, 2023: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through July 11, 2023:[1]

| | | |
|---|---|---|
| Meals | $ 681.92 | 681.92 |
| **Total Amount Due** | | **$ 180,681.92** |

**Invoice No. 10025082**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jul-23 | | Total Expenses | |
|---|---|---|---|---|
| Meals with Clients | $ | 681.92 | $ | 681.92 |
| **Total Expenses** | **$** | **681.92** | **$** | **681.92** |
| | | | | |
| **Meals with Clients** | | | **$** | **681.92** |
| | | | | |
| **Total Expenses** | | | **$** | **681.92** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through July 11, 2023**
**Invoice No. 10025082**

<u>Meals with Clients</u>

| | | |
|---|---|---|
| Corporate (catered breakfast meal during client meeting held at PJT offices) | 02/13/23 | 279.11 |
| Corporate (catered lunch meal during client meeting held at PJT offices) | 02/13/23 | 402.81 |
| **Subtotal - Meals with Clients** | | **$      681.92** |
| **Total Expenses** | | **$      681.92** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 6.5 |
| Sven Pfeiffer | Partner | 11.0 |
| Rafael Schnitzler | Managing Director | 5.0 |
| Tom Melvin | Vice President | 83.0 |
| Nan Zhou | Vice President | 13.5 |
| Michelle Teicher | Associate | 13.0 |
| Christopher Fletcher | Analyst | 74.5 |
| Leandro Goicoechea | Analyst | 5.5 |
| Chloe Lee | Analyst | 1.0 |
| Darius Hong | Analyst | 14.0 |
| | **Total** | **227.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 06/01/23 | 1.0 | Weekly update call with management and counsel |
| Jamie O'Connell | 06/04/23 | 0.5 | Review and comment on draft board materials |
| Jamie O'Connell | 06/05/23 | 0.5 | Call with management regarding business matter |
| Jamie O'Connell | 06/06/23 | 0.5 | Internal call regarding board meeting |
| Jamie O'Connell | 06/08/23 | 2.5 | Board meeting (did not attend entire session) |
| Jamie O'Connell | 06/08/23 | 1.0 | Review and comment on draft fee application |
| Jamie O'Connell | 06/22/23 | 0.5 | Weekly update call with management and counsel |
| | | **6.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Sven Pfeiffer | 06/01/23 | 1.5 | Review materials for Board meeting |
| Sven Pfeiffer | 06/01/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Sven Pfeiffer | 06/02/23 | 3.0 | Review / prepare materials for Board meeting |
| Sven Pfeiffer | 06/02/23 | 1.0 | E-mail correspondence related to upcoming Board meeting |
| Sven Pfeiffer | 06/05/23 | 1.0 | Meeting with Company management and DPW to discuss Board meeting materials |
| Sven Pfeiffer | 06/05/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Sven Pfeiffer | 06/05/23 | 0.5 | Review comments from management on Board materials |
| Sven Pfeiffer | 06/06/23 | 0.5 | Internal call regarding board meeting |
| Sven Pfeiffer | 06/08/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Sven Pfeiffer | 06/08/23 | 2.0 | Board meeting |
| | | **11.0** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 06/01/23 | 1.0 | Weekly update call with management and counsel |
| Rafael Schnitzler | 06/07/23 | 0.5 | E-mail correspondence related to business matter |
| Rafael Schnitzler | 06/08/23 | 1.0 | Board meeting |
| Rafael Schnitzler | 06/22/23 | 0.5 | Weekly update call with management and counsel |
| Rafael Schnitzler | 06/27/23 | 0.5 | E-mail correspondence related to business matter |
| Rafael Schnitzler | 06/28/23 | 0.5 | E-mail correspondence related to business matter |
| Rafael Schnitzler | 06/28/23 | 1.0 | Research related to request from management |
| | | **5.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 06/01/23 | 1.0 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 06/01/23 | 0.5 | Call with Company management and DPW to discuss upcoming board meeting |
| Tom Melvin | 06/01/23 | 2.0 | Prepare and review materials for board meeting |
| Tom Melvin | 06/01/23 | 2.0 | Review materials from DPW related to board meeting |
| Tom Melvin | 06/02/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/02/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/02/23 | 1.5 | Review materials from management |
| Tom Melvin | 06/02/23 | 2.5 | Review materials from DPW related to board meeting |
| Tom Melvin | 06/02/23 | 1.0 | E-mail correspondence with internal team regarding various matters |
| Tom Melvin | 06/02/23 | 0.5 | E-mail correspondence with DPW and management team regarding meeting materials |
| Tom Melvin | 06/02/23 | 2.0 | Prepare and review materials for board meeting |
| Tom Melvin | 06/04/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/04/23 | 0.5 | E-mail correspondence with internal team related to board meeting |
| Tom Melvin | 06/04/23 | 0.5 | E-mail correspondence with internal team and management related to board meeting |
| Tom Melvin | 06/05/23 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 06/05/23 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 06/05/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/05/23 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 06/05/23 | 0.5 | Call with Company management and DPW to discuss upcoming board meeting |
| Tom Melvin | 06/05/23 | 1.0 | Call with Company management and DPW to discuss materials for upcoming board meeting |
| Tom Melvin | 06/05/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/05/23 | 1.5 | Review comments from management related to board materials |
| Tom Melvin | 06/05/23 | 0.5 | Review materials from DPW related to board meeting |
| Tom Melvin | 06/05/23 | 1.0 | Review analysis from DPW related to board meeting materials |
| Tom Melvin | 06/05/23 | 1.5 | Prepare and review materials for board meeting |
| Tom Melvin | 06/06/23 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 06/06/23 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 06/06/23 | 1.5 | Research related to question from management |
| Tom Melvin | 06/06/23 | 2.5 | Review materials for board meeting |
| Tom Melvin | 06/07/23 | 1.5 | Research related to question from management |
| Tom Melvin | 06/07/23 | 2.0 | Prepare and review materials for board meeting |
| Tom Melvin | 06/07/23 | 1.0 | Review diligence questions from creditor financial advisors |
| Tom Melvin | 06/07/23 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Tom Melvin | 06/08/23 | 6.5 | Board meeting |
| Tom Melvin | 06/08/23 | 0.5 | E-mail correspondence with Company management to prepare for board meeting |
| Tom Melvin | 06/08/23 | 1.0 | Review materials for board meeting |
| Tom Melvin | 06/09/23 | 1.0 | Review materials from Company related to board meeting follow up |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 06/12/23 | 1.0 | Review materials from Company related to board meeting follow up |
| Tom Melvin | 06/13/23 | 1.0 | Weekly update call with creditor financial advisors |
| Tom Melvin | 06/13/23 | 2.0 | Prepare and review analysis related to creditor diligence requests |
| Tom Melvin | 06/14/23 | 0.5 | Call with AlixPartners to discuss various matters |
| Tom Melvin | 06/14/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/14/23 | 0.5 | Call with Company management to discuss various matters |
| Tom Melvin | 06/14/23 | 1.0 | Review diligence questions from creditor financial advisors |
| Tom Melvin | 06/14/23 | 1.5 | Prepare and review analysis in response to board request |
| Tom Melvin | 06/14/23 | 0.5 | E-mail correspondence with Company management related to financial analysis |
| Tom Melvin | 06/14/23 | 1.0 | Prepare responses to diligence requests from creditor financial advisors |
| Tom Melvin | 06/14/23 | 0.5 | Prepare and review agenda for weekly update call |
| Tom Melvin | 06/15/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 06/15/23 | 1.5 | Research related to question from management |
| Tom Melvin | 06/15/23 | 1.0 | Prepare and review analysis in response to board request |
| Tom Melvin | 06/15/23 | 1.0 | Review materials from AlixPartners related to various matters |
| Tom Melvin | 06/15/23 | 1.0 | Review responses to diligence questions from creditor financial advisors |
| Tom Melvin | 06/16/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/16/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/16/23 | 1.0 | Meeting with AlixPartners to discuss various matters |
| Tom Melvin | 06/16/23 | 1.0 | Review responses to diligence questions from creditor financial advisors |
| Tom Melvin | 06/17/23 | 1.5 | Review AlixPartners analysis |
| Tom Melvin | 06/18/23 | 2.0 | Review AlixPartners analysis |
| Tom Melvin | 06/19/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/19/23 | 0.5 | E-mail correspondence with AlixPartners regarding various matters |
| Tom Melvin | 06/20/23 | 1.0 | Review AlixPartners analysis |
| Tom Melvin | 06/21/23 | 1.5 | Research related to question from management |
| Tom Melvin | 06/22/23 | 0.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Tom Melvin | 06/22/23 | 0.5 | Call with internal team member to discuss various matters |
| Tom Melvin | 06/22/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 06/22/23 | 1.0 | Call with Company management and AlixPartners to discuss upcoming meeting |
| Tom Melvin | 06/23/23 | 1.5 | Review materials from Company related to upcoming meeting |
| Tom Melvin | 06/25/23 | 1.0 | Review AlixPartners analysis |
| Tom Melvin | 06/26/23 | 1.0 | Meeting with internal team members to discuss various matters |
| Tom Melvin | 06/26/23 | 1.5 | Review analysis related to diligence requests from creditor financial advisors |
| Tom Melvin | 06/26/23 | 0.5 | E-mail correspondence with AlixPartners regarding various matters |
| Tom Melvin | 06/26/23 | 1.5 | Internal team meeting to discuss various matters |
| Tom Melvin | 06/27/23 | 1.0 | Weekly update call with creditor financial advisors |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Melvin | 06/28/23 | 0.5 | Prepare and review agenda for weekly update call |
| Tom Melvin | 06/28/23 | 0.5 | E-mail correspondence with management and DPW related to legal matter |
| Tom Melvin | 06/28/23 | 0.5 | Research related to question from management |
| Tom Melvin | 06/29/23 | 0.5 | Weekly update call with Company management and debtor advisors |
| Tom Melvin | 06/29/23 | 1.0 | Court hearing |
| Tom Melvin | 06/30/23 | 1.0 | Review and research question from DPW |
| | | **83.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Nan Zhou | 06/01/23 | 5.0 | Review / prepare materials for Board meeting |
| Nan Zhou | 06/01/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Nan Zhou | 06/02/23 | 3.0 | Review / prepare materials for Board meeting |
| Nan Zhou | 06/02/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Nan Zhou | 06/05/23 | 1.0 | Meeting with Company management and DPW to discuss Board meeting materials |
| Nan Zhou | 06/05/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Nan Zhou | 06/05/23 | 0.5 | Review comments from management on Board materials |
| Nan Zhou | 06/08/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Nan Zhou | 06/08/23 | 2.0 | Board meeting |
| | | **13.5** | |

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## JUNE 1, 2023 THROUGH JUNE 30, 2023

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michelle Teicher | 06/01/23 | 4.5 | Prepare materials for Board meeting |
| Michelle Teicher | 06/01/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Michelle Teicher | 06/02/23 | 5.5 | Prepare materials for Board meeting |
| Michelle Teicher | 06/02/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Michelle Teicher | 06/05/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Michelle Teicher | 06/05/23 | 0.5 | Incorporate management comments on Board materials |
| Michelle Teicher | 06/05/23 | 1.0 | Meeting with Company management and DPW to discuss Board meeting materials |
| | | **13.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 06/01/23 | 0.5 | Internal meeting regarding various matters |
| Christopher Fletcher | 06/01/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 06/02/23 | 4.5 | Financial analysis |
| Christopher Fletcher | 06/05/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 06/05/23 | 0.5 | Internal call regarding various matters |
| Christopher Fletcher | 06/06/23 | 0.5 | Internal meeting regarding various matters |
| Christopher Fletcher | 06/06/23 | 4.5 | Financial analysis |
| Christopher Fletcher | 06/07/23 | 0.5 | Call with internal team member and related preparation |
| Christopher Fletcher | 06/07/23 | 1.0 | Internal correspondence on business matters |
| Christopher Fletcher | 06/07/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 06/08/23 | 0.5 | Internal meeting with team member |
| Christopher Fletcher | 06/08/23 | 1.5 | Correspondence with internal team related to Board meeting |
| Christopher Fletcher | 06/09/23 | 0.5 | Email and phone correspondence regarding various business matters |
| Christopher Fletcher | 06/12/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 06/12/23 | 1.0 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 06/12/23 | 0.5 | Internal meeting with team member |
| Christopher Fletcher | 06/13/23 | 1.5 | Internal correspondence on business matters |
| Christopher Fletcher | 06/13/23 | 2.5 | Financial analysis |
| Christopher Fletcher | 06/14/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 06/14/23 | 1.5 | Correspondence regarding various business matters |
| Christopher Fletcher | 06/14/23 | 0.5 | Meeting with internal team related to business matter |
| Christopher Fletcher | 06/15/23 | 2.5 | Financial analysis |
| Christopher Fletcher | 06/15/23 | 2.0 | Research related to request from management |
| Christopher Fletcher | 06/15/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 06/16/23 | 0.5 | Internal meeting with team member |
| Christopher Fletcher | 06/16/23 | 2.5 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 06/16/23 | 1.0 | Meeting with AlixPartners to discuss various matters |
| Christopher Fletcher | 06/19/23 | 0.5 | Meeting with internal team related to business matter |
| Christopher Fletcher | 06/20/23 | 2.0 | Review materials related to business matter |
| Christopher Fletcher | 06/20/23 | 4.0 | Financial analysis |
| Christopher Fletcher | 06/20/23 | 1.5 | Internal correspondence on business matters |
| Christopher Fletcher | 06/21/23 | 3.0 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 06/22/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 06/22/23 | 1.0 | Call with AlixPartners and Company management related to business matter |
| Christopher Fletcher | 06/23/23 | 0.5 | Internal call regarding various matters |
| Christopher Fletcher | 06/23/23 | 1.0 | Correspondence regarding various business matters |
| Christopher Fletcher | 06/23/23 | 1.0 | Meeting with internal team related to business matter |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Christopher Fletcher | 06/26/23 | 0.5 | E-mail correspondence on business matters |
| Christopher Fletcher | 06/26/23 | 0.5 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 06/26/23 | 1.5 | Internal team meeting to discuss various matters |
| Christopher Fletcher | 06/27/23 | 3.5 | Financial analysis |
| Christopher Fletcher | 06/27/23 | 1.5 | Internal correspondence on business matters |
| Christopher Fletcher | 06/28/23 | 2.0 | Review analysis, correspondence regarding business matter |
| Christopher Fletcher | 06/28/23 | 1.5 | Email and phone correspondence regarding various business matters |
| Christopher Fletcher | 06/29/23 | 0.5 | Weekly update call with management and advisors |
| Christopher Fletcher | 06/29/23 | 1.5 | Email and phone correspondence regarding various business matters |
| | | **74.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Leandro Goicoechea | 06/20/23 | 1.0 | Internal correspondence on business matters |
| Leandro Goicoechea | 06/21/23 | 0.5 | Review materials from Company related to business matter |
| Leandro Goicoechea | 06/26/23 | 1.5 | Review analysis, correspondence regarding business matter |
| Leandro Goicoechea | 06/26/23 | 1.5 | Internal meeting regarding various matters |
| Leandro Goicoechea | 06/28/23 | 0.5 | Prepare materials and correspondence regarding business matter |
| Leandro Goicoechea | 06/29/23 | 0.5 | Weekly update call with management and advisors |
| | | **5.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Chloe Lee | 06/15/23 | 1.0 | Research related to request from management |
| | | **1.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Darius Hong | 06/01/23 | 6.5 | Prepare materials for Board meeting |
| Darius Hong | 06/01/23 | 0.5 | Internal meeting to discuss materials for Board meeting |
| Darius Hong | 06/02/23 | 4.5 | Prepare materials for Board meeting |
| Darius Hong | 06/02/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Darius Hong | 06/05/23 | 0.5 | E-mail correspondence related to upcoming Board meeting |
| Darius Hong | 06/05/23 | 0.5 | Incorporate management comments on Board materials |
| Darius Hong | 06/05/23 | 1.0 | Meeting with Company management and DPW to discuss Board meeting materials |
| | | **14.0** | |