Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:     (212) 661-9100
Facsimile:     (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re                                    :    Chapter 11
                                         :
PURDUE PHARMA L.P., *et al.*,            :    Case No. 19-23649 (RDD)
                                         :
               Debtors[1].               :    (Jointly Administered)

-------------------------------------------------------- x

**FORTY-SECOND MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
MAY 1, 2023 THROUGH AND INCLUDING JUNE 30, 2023**

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

7552243.1

| Period for Which Compensation is Sought: | May 1, 2023 – June 30, 2023 |
| --- | --- |
| Total Amount of Fees Incurred: | $18,770.50 |
| Total Fees Requested (80%): | $15,016.40 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $15,016.40 |
| This is Applicant's: | Forty-Second Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated December 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Forty-Second Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2023 through and including June 30, 2023 (the "Statement Period").

### Itemization of Services Rendered and Disbursements Incurred

1.    Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $18,770.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $15,016.40.

7552243.1

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals, including the standard hourly rate for each attorney who rendered services in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,226.75[2]. The blended hourly billing rate of all paraprofessionals is $380.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

### Notice

4.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $15,016.40, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $18,770.50).

---

[2]      The blended hourly billing rate of $1,226.75 is derived by dividing the total fees for attorneys of $17,174.50 by the total hours of 14.0.

[3]      The blended hourly billing rate of $380.00 is derived by dividing the total fees for paraprofessionals of $1,596.00 by the total hours of 4.2.

7552243.1

Dated: August 8, 2023
     New York, New York

                                  OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:    (212) 661-9100
        Facsimile:    (212) 682-6104

        Co-*Counsel to the Ad Hoc Committee of*
        *Governmental and Other Contingent*
        *Litigation Claimants*

7552243.1

## **EXHIBIT A**

**Fees By Project Category**

7552243.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | .3 | $304.50 |
| PU04 | Case Administration | 1.6 | $1,306.50 |
| PU06 | Employment & Fee Applications | 3.8 | $2,206.00 |
| PU08 | Litigation: Contested Matters, Adversary | 1.1 | $980.50 |
| PU09 | Meetings and Communications w/ Ad Hoc | 3.3 | $4,438.50 |
| PU11 | Plan & Disclosure Statement | 8.1 | $9,534.50 |
| | **TOTALS:** | **18.2** | **$18,770.50** |

1

7552243.1

## EXHIBIT B

**Professional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1,620.00 | 4.9 | $7,938.00 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $1,015.00 | 9.1 | $9,236.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | NA | $380.00 | 4.2 | $1,596.00 |
| | **TOTAL** | | **18.2** | **$18,770.50** |

1

**<u>EXHIBIT C</u>**

**Time Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

July 20, 2023
BILL NO. 232531

```
Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL
```

For Services Rendered Through June 30, 2023:

| Phase: PU01 | | | ASSET ANALYSIS AND RECOVERY |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/22/23 JSF | Examine Documents<br>Review of Statement of Committee re: Sale of Avrio Asset and Proceeds Use | .30 | 304.50 |
| TOTAL PHASE PU01 | | .30 | $304.50 |

| Phase: PU04 | | | CASE ADMINISTRATION |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/11/23 JKH | Diary & Docket<br>Review notice of omnibus hearings and calendar all dates | .20 | 76.00 |
| 05/23/23 JSF | Attendance at Court (Motion)<br>Telephonic Attendance at Omnibus Hearing | 1.10 | 1,116.50 |
| 06/15/23 JKH | Review Documents<br>Review notice of hearing; calendar and register appearances | .30 | 114.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 20, 2023
Page 2                                                         BILL NO. 232531


TOTAL PHASE PU04                              1.60            $1,306.50

---

Phase: PU06                          EMPLOYMENT & FEE APPLICATIONS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/25/23 JKH | Prepare Papers<br>Prepare monthly statement | .60 | 228.00 |
| 06/02/23 JKH | Prepare Papers<br>Prepare exhibits to fee application | 1.60 | 608.00 |
| 06/10/23 JSF | Prepare Legal Papers<br>Prepare Eleventh Interim Fee Application | 1.20 | 1,218.00 |
| 06/12/23 JKH | Prepare Papers<br>Edit exhibits and prepare draft fee<br>application for circulation to committee | .40 | 152.00 |

TOTAL PHASE PU06                              3.80            $2,206.00

---

Phase: PU08                    LITIGATION: CONTESTED MATTERS, ADVERSARY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/16/23 JSF | Telephone Call(s)<br>Attend Status Conference re: Continuation<br>of PI | .30 | 304.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 20, 2023
Page 3                                                         BILL NO. 232531

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/16/23 MLC | Attendance at Court<br>Court appearance at hearing | .30 | 486.00 |
| 06/29/23 JKH | Attendance at Court<br>Listen in on hearing re: extension of stay<br>(.4) and prepare brief summary (.1) | .50 | 190.00 |
| TOTAL PHASE PU08 | | 1.10 | $980.50 |

Phase: PU09                              MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/19/23 MLC | Correspondence<br>Correspondence with Ad Hoc re: Avrio Sale<br>Proceeds and UCC request for funds | .80 | 1,296.00 |
| 05/30/23 MLC | Correspondence<br>Correspondence with Ad Hoc committee<br>members re second circuit decision | .30 | 486.00 |
| 05/31/23 JSF | Telephone Call(s)<br>Participate in Committee Call re: Next<br>Steps After Second Circuit Decision | .70 | 710.50 |
| 05/31/23 JSF | Examine Documents<br>Review of Memo re: Next Steps Following<br>Second Circuit Decision | .40 | 406.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

```
Client/Matter:   20186/0002                            July 20, 2023
Page 4                                                  BILL NO. 232531
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/31/23 MLC | Conference call(s) Conference call meeting with Ad Hoc | .70 | 1,134.00 |
| 06/20/23 JSF | Telephone Call(s) Participate in Call with Co-Counsel and State Leadership re: Update | .40 | 406.00 |
| TOTAL PHASE PU09 | | 3.30 | $4,438.50 |

| Phase: PU11 | PLAN & DISCLOSURE STATEMENT |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/04/23 JSF | Telephone Call(s) Participate via Videoconference in Meeting with Sacklers' Counsel and States re: Plan Alternatives | 1.40 | 1,421.00 |
| 05/30/23 JSF | Examine Documents Analysis of Second Circuit Opinion Reversing District Court | 2.80 | 2,842.00 |
| 05/30/23 MLC | Review Documents Review and analysis of Second Circuit decision | 1.70 | 2,754.00 |
| 05/31/23 MLC | Correspondence Correspondence with co-counsel re: next steps in appellate process | .30 | 486.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:  20186/0002                                    July 20, 2023
Page 5                                                         BILL NO. 232531

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/31/23 JKH | Review Documents Review memo re: second circuit decision | .60 | 228.00 |
| 06/02/23 JSF | Examine Documents Review of Letter From Latham to DOJ re: Second Circuit Decision | .30 | 304.50 |
| 06/05/23 JSF | Examine Documents Review of Draft Letter of AHC to Solicitor General re: Second Circuit Opinion | .20 | 203.00 |
| 06/07/23 MLC | Conference call(s) Conference call (zoom) update with Kramer Levin (Eckstein) and Scott Gilbert | .80 | 1,296.00 |
| TOTAL PHASE PU11 | | 8.10 | $9,534.50 |

                                    TOTAL FOR SERVICES          $18,770.50


                                    TOTAL THIS STATEMENT        $18,770.50