UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**FORTY-FIFTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Monthly Fees Incurred: | $144,894.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $144,894.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |

3

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $367,498.50 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $253,594.50 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $191,286.50 | $0.00 |
| Docket No. 4395 Filed on 2/25/2022 | 1/1/2022 – 1/31/2022 | $314,564.00 | $0.00 | $313,064.00 | $0.00 |
| Docket No. 4654 Filed on 4/12/2022 | 2/1/2022 – 2/28/2022 | $181,198.50 | $8.00 | $178,888.84 | $8.00 |
| Docket No. 4826 Filed on 5/16/2022 | 3/1/2022 – 3/31/2022 | $267,504.00 | $44.03 | $265,194.33 | $44.03 |
| Docket No. 4833 Filed on 5/16/2022 | 4/1/2022 – 4/30/2022 | $175,704.00 | $0.00 | $173,394.33 | $0.00 |
| Docket No. 4950 Filed on 7/12/2022 | 5/1/2022 – 5/31/2022 | $98,099.50 | $0.00 | $96,849.50 | $0.00 |
| Docket No. 5005 Filed on 8/8/2022 | 6/1/2022 – 6/30/2022 | $53,624.00 | $0.00 | $52,374.00 | $0.00 |
| Docket No. 5051 Filed on 8/31/2022 | 7/1/2022 – 7/31/2022 | $53,023.00 | $0.00 | $51,773.00 | $0.00 |
| Docket No. 5132 Filed on 10/12/2022 | 8/1/2022 – 8/31/2022 | $35,470.00 | $0.00 | $34,220.00 | $0.00 |
| Docket No. 5240 Filed on 11/15/2022 | 9/1/2022 – 9/30/2022 | $53,219.00 | $8.00 | $52,344.00 | $8.00 |
| Docket No. 5341 Filed on 1/13/2023 | 10/1/2022 – 10/31/2022 | $30,107.50 | $0.00 | $29,232.50 | $0.00 |
| Docket No. 5342 Filed on 1/13/23 | 11/1/2022 – 11/30/2022 | $31,105.00 | $0.00 | $30,230.00 | $0.00 |
| Docket No. 5393 Filed on 2/1/23 | 12/1/2022 – 12/31/2022 | $42,190.00 | $0.00 | $41,315.00 | $0.00 |
| Docket No. 5518 Filed on 3/30/23 | 1/1/2023 – 1/31/2023 | $98,523.50 | $0.00 | $97,273.50 | $0.00 |
| Docket No. 5519 Filed on 3/30/23 | 2/1/2023 – 2/28/2023 | $125,875.00 | $0.00 | $124,625.00 | $0.00 |
| Docket No. 5599 Filed on 5/12/23 | 3/1/2023 – 3/31/2023 | $91,292.50 | $0.00 | $90,042.50 | $0.00 |
| Docket No. 5705 Filed on 6/14/23 | 4/1/2023 – 4/30/2023 | $103,758.50 | $0.00 | $102,508.50 | $0.00 |
| Docket No. 5777 Filed on 7/14/23 | 5/1/2023 – 5/31/2023 | $56,710.50 | $0.00 | $45,368.40 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, $15,000, $6,000, $6,929, $5,000, $3,500, and $5,000 were allocated evenly across fees from the first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, and eleventh interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., et al. (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from June 1, 2023 through and including June 30, 2023 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $144,894.00 |
   | Expenses | 0.00 |
   | **TOTAL** | **$144,894.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $115,915.20 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$115,915.20** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5.  Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6.  FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7.  Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than August 23, 2023 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8.  If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.  If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
       August 9, 2023

                                FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
       Matthew Diaz, Senior Managing Director
       1166 Avenue of the Americas, 15th Floor
       New York, New York 10036
       Telephone: (212) 499-3611
       Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Matthew Diaz | Sr Managing Director | Restructuring | $ 1,325 | 38.3 | $ 50,747.50 |
| Brian Bromberg | Managing Director | Restructuring | 985 | 25.5 | 25,117.50 |
| Emma Kurtz | Director | Restructuring | 835 | 71.4 | 59,619.00 |
| Jack Blittner | Consultant | Restructuring | 475 | 19.4 | 9,215.00 |
| **GRAND TOTAL** | | | | **155.2** | **$ 144,894.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 2.9 | $ 2,907.50 |
| 2 | Cash & Liquidity Analysis | 2.6 | 3,445.00 |
| 5 | Real Estate Issues | 1.3 | 1,085.50 |
| 7 | Analysis of Domestic Business Plan | 6.8 | 7,358.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 65.6 | 60,510.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 1.8 | 1,887.00 |
| 24 | Preparation of Fee Application | 12.8 | 8,054.00 |
| 30 | Emergence Preparation | 61.4 | 59,647.00 |
| | **GRAND TOTAL** | **155.2** | **$ 144,894.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/7/2023 | Jack Blittner | 0.2 | Prepare the 6/7 daily update email to the internal FTI team regarding docket updates, dataroom filings, and news updates. |
| 1 | 6/8/2023 | Jack Blittner | 0.9 | Prepare slides summarizing second circuit court opinion. |
| 1 | 6/8/2023 | Matthew Diaz | 1.8 | Review of materials in connection with the appeal. |
| **1 Total** | | | **2.9** | |
| 2 | 6/7/2023 | Matthew Diaz | 1.9 | Review of the cash flow report provide update to the Committee. |
| 2 | 6/9/2023 | Matthew Diaz | 0.7 | Review of the Debtors' cash flow analysis to assess liquidity status. |
| **2 Total** | | | **2.6** | |
| 5 | 6/20/2023 | Emma Kurtz | 1.3 | Review proposed lease amendment from the Debtors to prepare lease cost analysis. |
| **5 Total** | | | **1.3** | |
| 7 | 6/9/2023 | Emma Kurtz | 1.8 | Review draft slides re: PHI and case timeline to prepare revisions and incorporate into latest business update presentation. |
| 7 | 6/12/2023 | Matthew Diaz | 0.6 | Review historical PHI analysis to provide feedback to the internal team. |
| 7 | 6/15/2023 | Brian Bromberg | 0.4 | Review Debtors' proposed lease extension. |
| 7 | 6/18/2023 | Brian Bromberg | 0.4 | Review responses received from the Debtors' professionals to assess next steps re: business plan projections and assumptions. |
| 7 | 6/21/2023 | Matthew Diaz | 1.1 | Review updated business plan to assess next steps and additional emergence preparations. |
| 7 | 6/26/2023 | Matthew Diaz | 0.7 | Review presentation on the for-profit pipeline from the Debtors. |
| 7 | 6/27/2023 | Brian Bromberg | 0.6 | Participate in call with the Debtors' professionals re: updated business plan assumptions and oxycontin forecasts. |
| 7 | 6/27/2023 | Emma Kurtz | 0.6 | Participate in call with the Debtors' professionals re: updated business plan assumptions, oxycontin forecasts, and go-forward plan. |
| 7 | 6/27/2023 | Matthew Diaz | 0.6 | Participate in call with the Debtors' professionals re: updated business plan assumptions. |
| **7 Total** | | | **6.8** | |
| 16 | 6/6/2023 | Brian Bromberg | 0.8 | Continue to review latest prior recovery analysis to evaluate changes. |
| 16 | 6/6/2023 | Brian Bromberg | 0.9 | Review latest cash projections and impact on distributions analysis. |
| 16 | 6/6/2023 | Matthew Diaz | 1.2 | Review updated recovery analysis. |
| 16 | 6/7/2023 | Emma Kurtz | 0.4 | Prepare updated draft slides outlining projected distributions in preparation for call with the Debtors' professionals. |
| 16 | 6/7/2023 | Emma Kurtz | 0.5 | Participate in call with HL: updates to distributable value forecast. |
| 16 | 6/7/2023 | Jack Blittner | 0.5 | Participate in call with HL: distributable value analysis assumptions. |
| 16 | 6/8/2023 | Emma Kurtz | 2.3 | Prepare draft analysis re: impact of delayed emergence on projected distributions for counsel. |
| 16 | 6/8/2023 | Emma Kurtz | 1.1 | Prepare summary analysis re: change in projected total distributions and distributions to states since Plan approval. |
| 16 | 6/8/2023 | Emma Kurtz | 0.5 | Participate in call with the internal team re: outline for presentation covering updated distributable value projections and other business updates. |
| 16 | 6/8/2023 | Emma Kurtz | 1.3 | Review Avrio sale filed documents to incorporate updates to distribution model assumptions. |
| 16 | 6/8/2023 | Emma Kurtz | 1.3 | Prepare draft analysis re: Sackler settlement and Purdue emergence distributions for counsel. |
| 16 | 6/8/2023 | Emma Kurtz | 1.2 | Prepare draft slides re: impact of delayed emergence on projected distributions for counsel. |
| 16 | 6/8/2023 | Emma Kurtz | 0.4 | Participate in call with HL and Alix re: latest business plan, projected distributions, and emergence cash flow considerations. |
| 16 | 6/8/2023 | Jack Blittner | 0.5 | Participate in internal team call re: updated distributable value analysis presentation and other business updates. |
| 16 | 6/8/2023 | Matthew Diaz | 0.5 | Participate in call with HL and Alix re: emergence cash flow considerations. |
| 16 | 6/8/2023 | Matthew Diaz | 2.4 | Review updated emergence cash flows analysis to provide comments to team. |
| 16 | 6/9/2023 | Brian Bromberg | 0.6 | Review latest distribution analysis presentation to provide feedback to the internal team. |
| 16 | 6/9/2023 | Emma Kurtz | 2.4 | Incorporate updates to the distributable value model to reflect the latest assumptions received from the Debtors' professionals. |
| 16 | 6/9/2023 | Emma Kurtz | 2.3 | Prepare draft presentation outlining the revised distributable value projections and other key business updates. |
| 16 | 6/9/2023 | Jack Blittner | 1.9 | Finalize slides summarizing historical PHI comparison and Second Circuit ruling. |
| 16 | 6/9/2023 | Jack Blittner | 1.8 | Prepare slides summarizing historical PHI comparison and Second Circuit ruling. |
| 16 | 6/12/2023 | Brian Bromberg | 1.1 | Review updated draft slides to provide comments to the internal team re: historical PHI analysis and case timeline. |
| 16 | 6/12/2023 | Brian Bromberg | 1.0 | Participate in call with HL and Counsel re: updated distributable value analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/12/2023 | Emma Kurtz | 1.0 | Participate in call with HL and Counsel re: updated distributable value analysis and prepare for upcoming Committee call. |
| 16 | 6/12/2023 | Emma Kurtz | 0.5 | Participate in call with HL re: revised distribution analysis presentation for working group. |
| 16 | 6/12/2023 | Emma Kurtz | 2.4 | Prepare revisions to presentation for working group re: distributions analysis and latest assumptions. |
| 16 | 6/12/2023 | Emma Kurtz | 1.9 | Prepare revisions to draft presentation re: distributions analysis and key considerations per comments from team. |
| 16 | 6/12/2023 | Matthew Diaz | 1.5 | Review updated recovery analysis to assess potential implications for the Committee. |
| 16 | 6/12/2023 | Matthew Diaz | 1.0 | Participate in call with HL and Counsel re: distributable value and recovery analysis. |
| 16 | 6/13/2023 | Brian Bromberg | 0.4 | Participate in call with the Debtors' professionals re: case updates, business plan projections, recovery analysis, and emergence preparations. |
| 16 | 6/13/2023 | Emma Kurtz | 0.6 | Prepare updates to final presentation for working group re: distributions analysis. |
| 16 | 6/13/2023 | Emma Kurtz | 0.5 | Participate in call with the Debtors' professionals re: case updates, recovery analysis, and emergence preparations. |
| 16 | 6/13/2023 | Matthew Diaz | 1.5 | Review updated cash distribution analysis to assess potential implications for the Committee. |
| 16 | 6/19/2023 | Brian Bromberg | 1.1 | Participate in call with HL re: updated recovery analysis. |
| 16 | 6/19/2023 | Emma Kurtz | 1.4 | Prepare draft outline of emergence considerations presentations based on discussions with HL. |
| 16 | 6/19/2023 | Emma Kurtz | 1.0 | Participate in call with HL re: updated recovery analysis and emergence considerations. |
| 16 | 6/19/2023 | Matthew Diaz | 1.1 | Participate in call with HL re: updated recovery analysis and next steps. |
| 16 | 6/20/2023 | Brian Bromberg | 0.7 | Review slides summarizing updated distribution analysis and emergence considerations to provide comments to the internal team. |
| 16 | 6/22/2023 | Brian Bromberg | 0.9 | Review payment timing issues for Sackler settlement. |
| 16 | 6/22/2023 | Brian Bromberg | 0.7 | Review analysis of impact of emergence delay on Sackler payment timing. |
| 16 | 6/22/2023 | Emma Kurtz | 2.3 | Prepare revisions to draft Knoa business plan and emergence considerations presentation per comments from team. |
| 16 | 6/22/2023 | Emma Kurtz | 3.4 | Finalize initial draft presentation re: Knoa business plan and emergence considerations. |
| 16 | 6/22/2023 | Emma Kurtz | 0.9 | Review updated payment schedule proposal from the Debtors to prepare comparison to settlement agreement and previous analyses of payment timing. |
| 16 | 6/22/2023 | Jack Blittner | 1.1 | Prepare slides summarizing R&D pipeline overview information. |
| 16 | 6/22/2023 | Matthew Diaz | 1.4 | Review analysis of changes to the Sackler settlement agreement. |
| 16 | 6/23/2023 | Emma Kurtz | 1.8 | Prepare revisions to distributable value model to reflect updated assumptions and evaluate changes. |
| 16 | 6/23/2023 | Emma Kurtz | 3.4 | Incorporate updates to Knoa business plan and emergence considerations presentation based on comments from team. |
| 16 | 6/23/2023 | Emma Kurtz | 1.9 | Continue to incorporate updates to Knoa business plan and emergence considerations presentation based on comments from team. |
| 16 | 6/23/2023 | Matthew Diaz | 1.4 | Review of Debtors' proposed changes to the Sackler settlement agreement timing. |
| 16 | 6/25/2023 | Brian Bromberg | 0.5 | Review emergence distribution analysis received from the Debtors' to assess overall recovery. |
| 16 | 6/27/2023 | Matthew Diaz | 1.3 | Review key sections of the Knoa operating agreement. |
| 16 | 6/28/2023 | Emma Kurtz | 1.1 | Incorporate final updates to emergence considerations presentation based on feedback received from Counsel and HL. |
| **16 Total** | | | **65.6** | |
| 21 | 6/13/2023 | Brian Bromberg | 0.6 | Participate in call with the Working Group re: updated distribution analysis presentation and key case issues. |
| 21 | 6/13/2023 | Emma Kurtz | 0.6 | Participate in call with the Working Group re: updated distribution analysis presentation and other key case updates. |
| 21 | 6/13/2023 | Matthew Diaz | 0.6 | Participate in call with the Working Group re: updated distribution analysis presentation, key case issues, and upcoming rulings. |
| **21 Total** | | | **1.8** | |
| 24 | 6/2/2023 | Jack Blittner | 1.1 | Prepare exhibits for eleventh interim fee application to comply with bankruptcy code. |
| 24 | 6/5/2023 | Emma Kurtz | 1.3 | Review draft eleventh interim fee application to prepare revisions. |
| 24 | 6/5/2023 | Jack Blittner | 1.1 | Continue to prepare exhibits for eleventh interim fee application to comply with bankruptcy code. |
| 24 | 6/5/2023 | Jack Blittner | 1.2 | Revise the eleventh interim fee application to ensure compliance with Bankruptcy Code. |
| 24 | 6/5/2023 | Matthew Diaz | 0.6 | Review draft eleventh interim fee application. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 6/6/2023 | Emma Kurtz | 0.3 | Review revised draft eleventh interim fee application to prepare revisions. |
| 24 | 6/9/2023 | Matthew Diaz | 0.6 | Review May fee application to ensure compliance with bankruptcy code. |
| 24 | 6/14/2023 | Jack Blittner | 0.6 | Finalize Eleventh Interim Fee Application to ensure compliance with bankruptcy code. |
| 24 | 6/14/2023 | Marili Hellmund-Mora | 0.6 | Update and finalize the April fee application. |
| 24 | 6/26/2023 | Jack Blittner | 1.6 | Prepare May fee application to comply with bankruptcy code. |
| 24 | 6/28/2023 | Jack Blittner | 1.2 | Continue to prepare May fee application to ensure compliance with bankruptcy code. |
| 24 | 6/29/2023 | Emma Kurtz | 1.3 | Review draft May fee application per local rules. |
| 24 | 6/29/2023 | Jack Blittner | 1.1 | Prepare exhibits for May fee application to comply with bankruptcy code. |
| 24 | 6/30/2023 | Jack Blittner | 0.2 | Finalize May fee application to ensure compliance with bankruptcy code. |
| **24 Total** | | | **12.8** | |
| 30 | 6/20/2023 | Emma Kurtz | 0.8 | Participate in call with HL re: outline for draft emergence considerations presentation. |
| 30 | 6/20/2023 | Emma Kurtz | 1.3 | Continue to prepare revisions to draft emergence considerations presentation based on discussions with HL. |
| 30 | 6/20/2023 | Emma Kurtz | 2.9 | Prepare revisions to draft emergence considerations presentation based on discussions with HL. |
| 30 | 6/20/2023 | Matthew Diaz | 1.3 | Review updated emergence analysis to assess potential implications for the Committee. |
| 30 | 6/21/2023 | Brian Bromberg | 0.6 | Review outline for emergence presentation. |
| 30 | 6/21/2023 | Brian Bromberg | 0.8 | Review Sackler settlement agreement and emergence documents to assess next steps. |
| 30 | 6/21/2023 | Brian Bromberg | 1.1 | Participate in call with Counsel re: emergence considerations, business plan updates, and next steps. |
| 30 | 6/21/2023 | Emma Kurtz | 3.9 | Prepare analysis of business plan projections and emergence considerations to include in presentation. |
| 30 | 6/21/2023 | Emma Kurtz | 3.1 | Continue to prepare analysis of business plan projections and emergence considerations to include in presentation. |
| 30 | 6/21/2023 | Jack Blittner | 2.7 | Prepare slides summarizing R&D and pipeline overview for draft Emergence Considerations and Recommendations presentation. |
| 30 | 6/21/2023 | Matthew Diaz | 1.2 | Participate in call with Counsel re: emergence considerations and next steps. |
| 30 | 6/22/2023 | Brian Bromberg | 2.7 | Review draft emergence considerations presentation to provide feedback to the team. |
| 30 | 6/22/2023 | Matthew Diaz | 1.9 | Review emergence considerations presentation in advance of meeting with the Working Group. |
| 30 | 6/23/2023 | Brian Bromberg | 1.1 | Participate in internal team call re: draft Knoa business plan and emergence considerations presentation, and next steps. |
| 30 | 6/23/2023 | Emma Kurtz | 1.4 | Incorporate slides from HL into draft emergence considerations presentation. |
| 30 | 6/23/2023 | Emma Kurtz | 1.1 | Participate in internal team call re: draft Knoa business plan and emergence considerations presentation. |
| 30 | 6/23/2023 | Jack Blittner | 1.2 | Participate in internal team call re: draft Knoa business plan and emergence considerations presentation, and upcoming deliverables. |
| 30 | 6/23/2023 | Matthew Diaz | 1.8 | Review updated business plan assumptions incorporated into the emergence considerations presentation to provide feedback to the team. |
| 30 | 6/23/2023 | Matthew Diaz | 2.6 | Review emergence considerations presentation in advance of call with the Working Group. |
| 30 | 6/24/2023 | Brian Bromberg | 1.5 | Review updated Knoa business plan and emergence considerations presentation to provide additional feedback to the internal team. |
| 30 | 6/24/2023 | Emma Kurtz | 2.4 | Prepare additional revisions to Knoa business plan and emergence considerations presentation based on additional comments from team. |
| 30 | 6/25/2023 | Emma Kurtz | 0.9 | Incorporate final updates to Knoa business plan and emergence considerations presentation per comments from the internal team. |
| 30 | 6/26/2023 | Brian Bromberg | 0.5 | Participate in call with the internal team re: emergence considerations presentation review and next steps. |
| 30 | 6/26/2023 | Brian Bromberg | 1.4 | Review draft emergence considerations presentation to provide comments to the internal team. |
| 30 | 6/26/2023 | Emma Kurtz | 2.9 | Prepare revisions to draft emergence considerations presentation based on comments from team. |
| 30 | 6/26/2023 | Emma Kurtz | 0.5 | Discuss internally re: draft emergence considerations presentation. |
| 30 | 6/26/2023 | Jack Blittner | 0.5 | Participate in call with the internal team re: emergence considerations presentation review. |
| 30 | 6/26/2023 | Matthew Diaz | 2.4 | Review updated Knoa business plan and emergence considerations presentation in advance of meeting with the Committee. |
| 30 | 6/27/2023 | Brian Bromberg | 1.6 | Review latest emergence considerations presentation to provide further comments. |
| 30 | 6/27/2023 | Emma Kurtz | 0.4 | Participate in call with HL re: updated draft emergence considerations presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 6/27/2023 | Emma Kurtz | 0.9 | Incorporate updates to draft emergence considerations presentation based on comments received from HL. |
| 30 | 6/27/2023 | Emma Kurtz | 1.6 | Continue to incorporate updates to draft emergence considerations presentation per further comments. |
| 30 | 6/28/2023 | Brian Bromberg | 0.6 | Participate in call with the internal team re: emergence considerations presentation review. |
| 30 | 6/28/2023 | Brian Bromberg | 0.6 | Participate in call with Counsel and HL re: updated emergence considerations presentation and key case issues. |
| 30 | 6/28/2023 | Brian Bromberg | 0.7 | Review updated emergence considerations presentation in preparation for call with Counsel and HL. |
| 30 | 6/28/2023 | Emma Kurtz | 0.6 | Participate in call with the internal team re: emergence considerations presentation walk-through. |
| 30 | 6/28/2023 | Emma Kurtz | 0.6 | Participate in call with Counsel and HL re: updated emergence considerations presentation and next steps. |
| 30 | 6/28/2023 | Matthew Diaz | 2.4 | Review updated emergence considerations presentation to provide additional comments to the internal team. |
| 30 | 6/28/2023 | Matthew Diaz | 0.6 | Participate in call with Counsel and HL re: updated emergence considerations presentation and key case issues. |
| 30 | 6/29/2023 | Brian Bromberg | 0.5 | Participate in call with Counsel re: final walk-through of emergence considerations presentation in preparation for meeting with the Working Group. |
| 30 | 6/29/2023 | Brian Bromberg | 1.1 | Participate in call with the Committee re: emergence considerations presentation and next steps. |
| 30 | 6/29/2023 | Emma Kurtz | 1.1 | Participate in call with the Committee re: emergence considerations presentation and other key case updates. |
| 30 | 6/29/2023 | Matthew Diaz | 0.5 | Participate in call with Counsel re: final review of emergence considerations presentation in preparation for meeting with the Working Group. |
| 30 | 6/29/2023 | Matthew Diaz | 1.1 | Participate in call with the Committee re: emergence considerations presentation and Knoa go-forward plan. |
| **30 Total** | | | **61.4** | |
| **Grand Total** | | | **155.2** | |