**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Re: ECF No. 5764** |

## DECLARATION OF ERIK PREIS REGARDING
## LETTER FILED BY ROGER DECKER JR.

I, Erik Preis, hereby declare, pursuant to section 1746 of title 28 of the United States Code,

that the following is true to the best of my knowledge, information and belief:

1.      I am an attorney admitted to practice in the State of New York and the United States

District Court for the Southern District of New York.  I am a partner at the firm of Akin Gump

Strauss Hauer & Feld LLP ("Akin Gump").  Akin Gump maintains offices at, among other places,

One Bryant Park, New York, New York 10036.  There are no disciplinary proceedings pending

against me.

2.      Akin Gump is counsel to the Official Committee of Unsecured Creditors (the

"Official Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors").  *See Order*

*Authorizing the Official Committee of Unsecured Creditors of Purdue Pharma, L.P., et al. to Retain*

*and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc, to September 26,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

*2019, dated November 21, 2019* [ECF No. 522].

3.      Akin Gump also serves as special counsel to the Official Committee of Opioid Claimants in the chapter 11 cases of Endo International plc, *et al.* ("Endo").  *See Order Authorizing the Official Committee of Opioid Claimants of Endo International plc, et al., to Retain and Employee Akin Gump Strauss Hauer & Feld LLP as Special Counsel, Effective as of September 8, 2022, In re Endo International plc,* No. 22-22549 (JLG) (Bankr. S.D.N.Y. Nov. 17, 2022) [ECF No. 505].

4.      I am familiar with the matter set forth herein and submit this declaration (the "Declaration") regarding the letter, dated June 30, 2023, filed by Roger Decker Jr. [ECF No. 5764] (the "Objection Letter").  The Objection Letter states, in its entirety: "I, Roger Decker, Object to the Bankruptcy Sale of Purdue Pharma L.P. and its Affiliated Debtors."

5.      On July 20, 2023, I spoke with Mr. Decker regarding the Objection Letter.  I suspected that Mr. Decker may have been confusing the chapter 11 cases of Purdue with those of Endo.  In Endo, there is currently a pending motion to sell substantially all of the Endo Debtors' assets.  I have spoken to a few opioid claimants who have conflated the two cases.

6.      Mr. Decker informed me that he did not intend to file the Objection Letter in the Debtors' chapter 11 cases and wished to withdraw the Objection Letter.  I also spoke to Mr. Decker about the Endo chapter 11 cases.  Following our conversation, Mr. Decker sent me an email confirming his desire to withdraw the Objection Letter.

7.      Mr. Decker's email confirming his withdrawal of the Objection Letter is attached to this Declaration as **Exhibit A**.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 15, 2023

/s/ *Erik Preis*
Name: Erik Preis

**<u>EXHIBIT A</u>**

**From:** Rachelle Decker <ambersmommy2008@gmail.com>
**Sent:** Thursday, July 20, 2023 11:18 AM
**To:** Preis, Arik <apreis@akingump.com>
**Subject:** Re: Purdue and Endo

**EXTERNAL Email**

I would like to withdraw my objection letter I sent in. I did not understand what was to be sent. Thank you.
       Roger Jay Decker Jr

On Thu, Jul 20, 2023 at 9:42 AM Preis, Arik <apreis@akingump.com> wrote:

Please respond.


Thanks,

Arik


Arik Preis

Akin Gump Strauss Hauer & Feld

One Bryant Park

NY, NY  10036

Office: 212-872-7418

Cell: 646-483-2957

apreis@akingump.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.