**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19–23649 (SHL) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in New York, New York, and am not a party to this proceeding.

2. On July 31, 2023, I served a copy of the *Amended Notice of Appearance & Request for Service of Papers* [Doc. No. 5795], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
August 15, 2023

_____
Paris Gyparakis

## SERVICE LIST

**Davis Polk & Wardwell LLP**
*Counsel to the Debtors and
 Debtors-in-Possesion*
450 Lexington Avenue
New York, NY 10017
Attn:  Timothy Graulich, Esq. &
       Eli J. Vonnegut, Esq.

**Kroll Restructuring Administration**
*Claims and Noticing Agent to the Debtors*
Grand Central Station
PO Box 4850
New York, NY 10163