REED SMITH LLP
599 Lexington Avenue
New York, New York, 10022
(212) 521-5400
Ann V. Kramer

*Special Insurance Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**SIXTEENTH MONTHLY FEE STATEMENT OF REED SMITH LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL INSURANCE COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Reed Smith LLP |
| **Applicant's Role in Case** | Special Insurance Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | May 18, 2022 [Docket No. 4850] |
| **Period for which compensation and reimbursement is sought** | July 1, 2023 to July 31, 2023 |
| **Summary of Total Fees and Expenses Requested** | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Total compensation requested in this statement | $128,328.91[2]<br><br>(80% of $160,411.14) |
|---|---|
| Total reimbursement requested in this statement | $180.04 |
| Total compensation and reimbursement requested in this statement | $128,508.95 |
| This is a(n):          X Monthly Application _____ Interim Application _ Final Application | |

Pursuant to sections 327(e) and 328(a) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to Bankruptcy Code Sections 327(e) and 328(a) Authorizing the Retention and Employment of Reed Smith LLP as Special Insurance Counsel, Nunc Pro Tunc To March 1, 2022*, dated May 18, 2022 [Docket No. 4850], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Reed Smith LLP ("**Reed Smith**"), special counsel for the above- captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this sixteenth monthly fee statement of services rendered and expenses incurred for the period from July 1, 2023 through July 31, 2023 (the "**Fee Period**") seeking (i) compensation in the amount of $128,328.91, which is equal to 80% of the total amount of

---

[2] This amount reflects a reduction in fees in the amount of $(28,307.86) on account of a previously agreed upon discount, as described in *Third Supplemental Declaration of Ann V. Kramer in Connection with the Debtors' Retention and Employment of Reed Smith LLP as Special Insurance Counsel* [Docket No. 5420], that Reed Smith agreed to provide to the Debtors.

reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $160,411.14) and (ii) payment of $180.04 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Reed Smith professionals and paraprofessionals during the Fee Period with respect to each of the project categories Reed Smith established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Reed Smith incurred $160,411.14 in fees during the Fee Period.  Pursuant to this Fee Statement, Reed Smith seeks reimbursement for 80% of such fees, totaling $128,328.91.

2.      Attached hereto as **Exhibit B** is a chart of the Reed Smith professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,183.76.[3] The blended hourly billing rate of all paraprofessionals is $385.00.[4]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Reed Smith incurred or disbursed in the amount of $180.04 in connection with providing professional services to the Debtors during the Fee Period.

---

[3] The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $178,747.50 by the total hours of 151.00.
[4] The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $9,971.50 by the total hours of 25.90.

4.        Attached hereto as **<u>Exhibit D</u>** are the time records of Reed Smith for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

### <u>Notice</u>

5.        The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Reed Smith, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $128,328.91, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Reed Smith incurred in connection with such services during the Fee Period (i.e., $160,411.14) and (ii) payment of $180.04 for the actual, necessary expenses that Reed Smith incurred in connection with such services during the Fee Period.

Dated:    August 22, 2023
          New York, New York

                              /s/ Ann V. Kramer
                              Ann V. Kramer
                              Reed Smith LLP

## Exhibit A

## Fees by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Assessment, Development & Strategy | 59.40 | $66,402.00 |
| Pre-Trial Pleadings & Motion Practice | 67.70 | $75,124.50 |
| Discovery | 32.50 | $32,628.00 |
| Retention & Fee Application Matters | 17.30 | $14,564.50 |
| **TOTAL** | | **$188,719.00** |
| **(Less Discount)** | | **$(28,307.86)** |
| **GRAND TOTAL** | **176.90** | **$160,411.14** |

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kramer | Partner; joined firm in 2008; admitted in New York 1985 | $1,390.00 | 54.70 | $76,033.00 |
| John Ellison | Partner; joined firm in 2008; admitted in New York 1996 | $1,365.00 | 9.40 | $12,831.00 |
| Richard Lewis | Partner; joined firm in 2008; admitted in New York 1996 | $1,285.00 | 23.40 | $30,069.00 |
| Aaron Javian | Partner; joined firm in 2018; admitted in New York 2006 | $1,215.00 | 2.90 | $3,523.50 |
| Peter Hardy | Partner; joined firm in 2007; admitted in England and Wales 1983 | $1,180.00 | 19.20 | $22,656.00 |
| Lisa Szymanski | Partner; joined firm in 2010; admitted in New Jersey and Pennsylvania 2009 | $905.00 | 17.30 | $15,656.50 |
| Anthony Crawford | Partner; joined firm in 2012; admitted in New York 2017 | $785.00 | 1.10 | $863.50 |
| Paul Breene | Counsel; joined firm in 2008; admitted in New York 1984 | $1,390.00 | 0.30 | $417.00 |
| Shaun Lee | Associate; joined firm in 2021; admitted in New York 2017 | $780.00 | 10.10 | $7,878.00 |
| Catherine Lewis | Associate, joined firm in 2014; admitted in England and Wales, 2016 | $700.00 | 12.60 | $8,820.00 |
| Kyle McCloskey | Senior Paralegal; joined firm in 2005; N/A | $385.00 | 25.90 | $9,971.50 |
| **TOTAL** | | | | **$188,719.00** |
| **(Less Discount)** | | | | **($28,307.86)** |
| **GRAND TOTAL** | | | **176.90** | **$160,411.14** |

Exhibit C - 2

Exhibit C - 3

**<u>Exhibit C</u>**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Courier Service – Outside | | $26.04 |
| Rail Travel Expense | | $154.00 |
| **TOTAL** | | **$180.04** |

Exhibit C - 2

**<u>Exhibit D</u>**

**Detailed Time Records**



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | |
| One Stamford Forum | |
| 201 Tresser Boulevard | |
| Stamford, CT 06901 | |

| | |
|---|---|
| Invoice Number: | **3640904** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Tower Insurance/Settlement**
Client File No.: 20190002678

---

| | | |
|---|---|---:|
| Fees.................................................................................. | $ | 172,234.00 |
| Less 15% Fee Discount...................................................... | $ | (25,835.10) |
| Total Current Fees............................................................ | $ | 146,398.90 |
| | | |
| Total Current Expenses and Other Charges ...................... | $ | 26.04 |
| | | |
| **Total Due This Invoice:** | **$** | **146,424.94** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:* ▉▉▉▉
*Swift Code:* ▉▉▉▉
*Account* ▉▉▉▉
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | Invoice Number: **3640904** |
| One Stamford Forum | Invoice Date: **8/11/2023** |
| 201 Tresser Boulevard | Client Number: **395187** |
| Stamford, CT 06901 | Matter Number: **395187.60002** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 04/19/23 | 3605634 | 137,825.40 | 137,800.40 | 25.00 |
| 06/13/23 | 3621796 | 140,093.90 | 112,092.74 | 28,001.16 |
| 07/12/23 | 3631230 | 126,950.05 | 0.00 | 126,950.05 |

**Total Unpaid Balance Previously Billed**    $    154,976.21

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | |
| One Stamford Forum | |
| 201 Tresser Boulevard | |
| Stamford, CT 06901 | |

| | |
|---|---|
| Invoice Number: | **3640904** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

**RE: Tower Insurance/Settlement**
Client File No.: 20190002678

---

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees............................................................................................ | $ | 172,234.00 |
| Less 15% Fee Discount................................................................ | $ | (25,835.10) |
| Total Current Fees...................................................................... | $ | 146,398.90 |
| | | |
| Total Current Expenses and Other Charges ............................... | $ | 26.04 |
| | | |
| **Total Due This Invoice:** | **$** | **146,424.94** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:* ▉▉▉▉
*Swift Code:* ▉▉▉▉
*Account* ▉▉▉▉
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3640904** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60002** |

Client File No.: 20190002678

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/05/23 | L.A. Szymanski | Communications w/ A. Guo (DPW) & A. Kramer re: ▮ | 0.10 | 905.00 | 90.50 |
| 07/06/23 | C. Lewis | Review/respond to emails from AKramer and Akin Gump regarding ▮ | 0.10 | 700.00 | 70.00 |
| 07/11/23 | P. Hardy | Email exchange with RS team re ▮ | 0.10 | 1,180.00 | 118.00 |
| 07/11/23 | A. Kramer | email exchange with P. Clendenen re ▮ | 0.10 | 1,390.00 | 139.00 |
| 07/11/23 | A. Kramer | Review/revise/comment on ▮ (3.80); email exchanges with R. Lewis re same (.20) | 4.00 | 1,390.00 | 5,560.00 |
| 07/12/23 | A. Kramer | Telephone call with P. Clendenen re ▮ | 0.30 | 1,390.00 | 417.00 |
| 07/13/23 | L.A. Szymanski | Communications w/ Committees & A. Kramer re: ▮ | 0.10 | 905.00 | 90.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/13/23 | C. Lewis | Research/respond to query from AKramer regarding ▮ | 0.50 | 700.00 | 350.00 |
| 07/13/23 | A. Kramer | email exchanges and telephone call with committee counsel, Leveridge and Crawford re ▮ | 0.40 | 1,390.00 | 556.00 |
| 07/14/23 | C. Lewis | Considering queries from Akin Gump regarding ▮ (0.10); communications with ACranston regarding ▮ (0.10) ; draft email to AKramer regarding ▮ (0.20); further emails with Akin Gump regarding ▮ 0.30). | 0.70 | 700.00 | 490.00 |
| 07/14/23 | L.A. Szymanski | Communications w/ C. Lewis, A. Kramer & A. Crawford (UCC) re: ▮ | 0.20 | 905.00 | 181.00 |
| 07/14/23 | A. Kramer | email exchanges with A.V. Crawford, C. Lewis and L. Szymanski re ▮ | 0.50 | 1,390.00 | 695.00 |
| 07/15/23 | R.P. Lewis | Searching for ▮ (UCC) | 0.30 | 1,285.00 | 385.50 |
| 07/16/23 | L.A. Szymanski | Communications w/ A. Crawford (UCC), A. Kramer & K. McCloskey re: ▮ | 0.20 | 905.00 | 181.00 |
| 07/17/23 | L.A. Szymanski | Communications w/ A. | 1.20 | 905.00 | 1,086.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/17/23 | L.A. Szymanski | Kramer, K. McCloskey & A. Crawford (UCC) re: ███ Communications w/ A. Crawford & R. Hoff re: ███ | 0.80 | 905.00 | 724.00 |
| 07/17/23 | A. Kramer | Prepare ███ | 1.00 | 1,390.00 | 1,390.00 |
| 07/17/23 | K. McCloskey | Assemble information for Ms. Szymanski regarding ███ | 0.40 | 385.00 | 154.00 |
| 07/17/23 | K. McCloskey | Research questions re ███ for Ms. Szymanski | 3.10 | 385.00 | 1,193.50 |
| 07/17/23 | C. Lewis | Email exchange with Akin Gump regarding ███ | 0.20 | 700.00 | 140.00 |
| 07/18/23 | A. Kramer | email exchanges with R. Hoff and L. Szymanski re ███ | 0.40 | 1,390.00 | 556.00 |
| 07/18/23 | A. Kramer | Respond to questions from A.V. Crawford re ███ | 0.80 | 1,390.00 | 1,112.00 |
| 07/18/23 | A. Kramer | Webex call with Ricarte, and Kesselman re ███ | 0.90 | 1,390.00 | 1,251.00 |
| 07/18/23 | A. Kramer | email exchanges with Ricarte, Breene and Szymanski in | 0.80 | 1,390.00 | 1,112.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | preparation for ▮▮▮ | | | |
| 07/18/23 | P. Hardy | Communication re ▮▮▮ | 0.50 | 1,180.00 | 590.00 |
| 07/18/23 | P. Hardy | Review/revise draft e-mail response ▮▮▮ | 0.20 | 1,180.00 | 236.00 |
| 07/18/23 | C. Lewis | Review/respond to query from Gilbert regarding ▮▮▮ | 0.60 | 700.00 | 420.00 |
| 07/18/23 | C. Lewis | Discussion with PHardy regarding ▮▮▮ | 0.50 | 700.00 | 350.00 |
| 07/18/23 | K. McCloskey | Per request of Ms. Szymanski, research ▮▮▮ | 1.30 | 385.00 | 500.50 |
| 07/18/23 | K. McCloskey | Additional research requested by Ms. Szymanski related to ▮▮▮ | 0.50 | 385.00 | 192.50 |
| 07/18/23 | L.A. Szymanski | Attention to questions from C. Ricarte re: ▮▮▮ (.70) and communications w/ C. Ricarte, A. Kramer & P. Breene re: same (.30). | 1.00 | 905.00 | 905.00 |
| 07/18/23 | L.A. Szymanski | Participate in conference call w/ J. Rubinstein (AHC) re: ▮▮▮ | 0.70 | 905.00 | 633.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/18/23 | L.A. Szymanski | Communications w/ A. Kramer & K. McCloskey & A. Crawford (UCC) re: | 0.50 | 905.00 | 452.50 |
| 07/18/23 | L.A. Szymanski | Email communications w/ A. Kramer, R. Hoff & A. Crawford re | 0.50 | 905.00 | 452.50 |
| 07/19/23 | L.A. Szymanski | Communications w/ RS team re: | 0.30 | 905.00 | 271.50 |
| 07/19/23 | A. Kramer | E-mail exchange with RS Team re | 0.20 | 1,390.00 | 278.00 |
| 07/19/23 | C. Lewis | Revise draft | 0.90 | 700.00 | 630.00 |
| 07/19/23 | C. Lewis | Call with PHardy to discuss | 0.20 | 700.00 | 140.00 |
| 07/19/23 | C. Lewis | Email exchange with RS Team re | 0.20 | 700.00 | 140.00 |
| 07/19/23 | P. Hardy | Email exchange with RS team (.40) and call with C. Lewis (.40) re | 0.70 | 1,180.00 | 826.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: +1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/20/23 | P. Hardy | Email exchange with RS Team re ██████ | 0.30 | 1,180.00 | 354.00 |
| 07/20/23 | L.A. Szymanski | Email communications w/ D. Ginty & A. Crawford (UCC) & A. Kramer re: ██████ | 0.20 | 905.00 | 181.00 |
| 07/20/23 | C. Lewis | Emails with RS team regarding ██████ | 0.20 | 700.00 | 140.00 |
| 07/20/23 | C. Lewis | Revise ██████ | 2.30 | 700.00 | 1,610.00 |
| 07/20/23 | A. Kramer | Communications with Ricarte re ██████ | 0.60 | 1,390.00 | 834.00 |
| 07/20/23 | A. Kramer | email exchanges with A.V. Crawford, D. Ginty and C. Ricarte re ██████ | 0.30 | 1,390.00 | 417.00 |
| 07/20/23 | A. Kramer | Conference call with Committees re ██████ (.20); email exchange with client re same (.10) | 0.30 | 1,390.00 | 417.00 |
| 07/20/23 | A. Kramer | Begin review of ██████ | 0.70 | 1,390.00 | 973.00 |
| 07/20/23 | L.A. Szymanski | Participate in weekly conference call w/ ██████ | 0.30 | 905.00 | 271.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/21/23 | C. Lewis | Emails with JEllison and PHardy regarding | 0.20 | 700.00 | 140.00 |
| 07/21/23 | P. Hardy | review/analyze | 2.20 | 1,180.00 | 2,596.00 |
| 07/21/23 | L.A. Szymanski | Email communications w/ RS team re: | 0.20 | 905.00 | 181.00 |
| 07/21/23 | L.A. Szymanski | Communications w/ A. Kramer & D. Windscheffel (UCC) re: | 0.20 | 905.00 | 181.00 |
| 07/21/23 | L.A. Szymanski | Research/review | 0.60 | 905.00 | 543.00 |
| 07/21/23 | P. Hardy | email exchange among RS Team re | 0.30 | 1,180.00 | 354.00 |
| 07/21/23 | A. Kramer | Communications with Ricarte re | 0.20 | 1,390.00 | 278.00 |
| 07/21/23 | A. Kramer | Scan | 0.20 | 1,390.00 | 278.00 |
| 07/21/23 | A. Kramer | Review/revise | 1.70 | 1,390.00 | 2,363.00 |
| 07/21/23 | A. Kramer | Prepare for (.20); and conference call with Crawford, Ginty and Szymanski re            (.30); follow up email exchange with Szymanski re same (.20) | 0.70 | 1,390.00 | 973.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/21/23 | L.A. Szymanski | Participate in conference call w/ A. Kramer, A. Crawford & D. Ginty (UCC) re: ▮ | 0.40 | 905.00 | 362.00 |
| 07/21/23 | J.N. Ellison | Review/revise ▮; emails w/ team re: same. | 1.40 | 1,365.00 | 1,911.00 |
| 07/24/23 | A. Kramer | Review new ▮ (.10); email exchanges with committees re same (.10) | 0.20 | 1,390.00 | 278.00 |
| 07/24/23 | A. Kramer | Review/revise ▮ | 2.40 | 1,390.00 | 3,336.00 |
| 07/24/23 | A. Kramer | Telephone call with Ricarte re ▮ | 0.20 | 1,390.00 | 278.00 |
| 07/24/23 | A. Kramer | Zoom Call with Ricarte, Hoff and Szymanski re ▮ | 0.40 | 1,390.00 | 556.00 |
| 07/24/23 | A. Kramer | Zoom Call with RS Team re ▮ | 1.20 | 1,390.00 | 1,668.00 |
| 07/24/23 | L.A. Szymanski | Communications w/ A. Crawford (UCC) re: ▮ | 0.40 | 905.00 | 362.00 |
| 07/24/23 | L.A. Szymanski | Participate in RS team call on ▮ | 1.20 | 905.00 | 1,086.00 |
| 07/24/23 | L.A. Szymanski | Participate in weekly call w/ client & R. Hoff re ▮ | 0.40 | 905.00 | 362.00 |
| 07/24/23 | L.A. Szymanski | Review/revise ▮ | 0.60 | 905.00 | 543.00 |
| 07/24/23 | C. Lewis | Call with PHardy, AKramer, JEllison, LSzymanski to | 1.20 | 700.00 | 840.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | discuss ■■■ | | | |
| 07/24/23 | P. Hardy | prepare for call re ■■■ | 0.50 | 1,180.00 | 590.00 |
| 07/24/23 | P. Hardy | RS Team call to review ■■■ | 1.30 | 1,180.00 | 1,534.00 |
| 07/24/23 | C. Lewis | Reviewing ■■■ ahead of call | 0.20 | 700.00 | 140.00 |
| 07/25/23 | A. Kramer | email exchanges with Ricarte re ■■■ | 0.30 | 1,390.00 | 417.00 |
| 07/25/23 | A. Kramer | email exchanges with committees and RS Team re ■■■ | 0.80 | 1,390.00 | 1,112.00 |
| 07/25/23 | J.N. Ellison | Review/comment ■■■ | 0.70 | 1,365.00 | 955.50 |
| 07/25/23 | J.N. Ellison | Email exchanges with RS Team re: ■■■ (.30) and review of same (.80). | 1.10 | 1,365.00 | 1,501.50 |
| 07/25/23 | A. Kramer | email exchanges with RS Team re ■■■ | 0.50 | 1,390.00 | 695.00 |
| 07/25/23 | A. Kramer | email exchanges with Ricarte and RS Team re ■■■ | 0.70 | 1,390.00 | 973.00 |
| 07/25/23 | A. Kramer | email exchanges with Dechert, Skadden and DPW re ■■■ | 0.40 | 1,390.00 | 556.00 |
| 07/25/23 | A. Kramer | Review of ■■■ | 3.80 | 1,390.00 | 5,282.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/25/23 | A. Kramer | Revise ▉▉▉ | 0.80 | 1,390.00 | 1,112.00 |
| 07/25/23 | L.A. Szymanski | Communications w/ RS team, Dechert & Skadden re: ▉▉▉ | 0.20 | 905.00 | 181.00 |
| 07/25/23 | L.A. Szymanski | Review UCC revisions to ▉▉▉ (.60) communications w/ R. Hoff & K. McCloskey re: same (.20) | 0.80 | 905.00 | 724.00 |
| 07/25/23 | L.A. Szymanski | Email exchange w/ C. Ricarte & RS team re: ▉▉▉ | 0.20 | 905.00 | 181.00 |
| 07/25/23 | K. McCloskey | Identify/assemble ▉▉▉, (3.3); raise followup issues with Ms. Szymanski (.2) | 3.50 | 385.00 | 1,347.50 |
| 07/25/23 | P. Hardy | email exchange with J. Lockey re ▉▉▉ | 0.10 | 1,180.00 | 118.00 |
| 07/25/23 | P. Hardy | email exchange with A. Kramer and J. Ellison re ▉▉▉ | 1.00 | 1,180.00 | 1,180.00 |
| 07/25/23 | P. Hardy | Review/revise ▉▉▉ | 0.70 | 1,180.00 | 826.00 |
| 07/25/23 | R.P. Lewis | Review and comments on ▉▉▉. | 5.40 | 1,285.00 | 6,939.00 |
| 07/25/23 | C. Lewis | Emails with RS team regarding ▉▉▉ | 0.20 | 700.00 | 140.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/26/23 | A. Kramer | Continue review/analysis of ███████ | 4.40 | 1,390.00 | 6,116.00 |
| 07/26/23 | L.A. Szymanski | Communications w/ Committees & RS team re: ███████ | 0.10 | 905.00 | 90.50 |
| 07/26/23 | P. Hardy | review ███████ | 1.00 | 1,180.00 | 1,180.00 |
| 07/26/23 | K. McCloskey | Continue work identifying ███████ (2.20); and revisions ███████ (.60) | 2.80 | 385.00 | 1,078.00 |
| 07/26/23 | C. Lewis | Email exchange with RS Team re ███████ | 0.20 | 700.00 | 140.00 |
| 07/27/23 | L.A. Szymanski | Attention to ███████ 0) and communications w/ A. Kramer re: same (.10) | 0.30 | 905.00 | 271.50 |
| 07/27/23 | L.A. Szymanski | Email communications w/ A. Kramer re: ███████ | 0.20 | 905.00 | 181.00 |
| 07/27/23 | L.A. Szymanski | Communications w/ K. McCloskey, R. Hoff, UCC & A. Kramer re: ███████ | 0.70 | 905.00 | 633.50 |
| 07/27/23 | L.A. Szymanski | Communications w/ K. McCloskey, A. Kramer & Committees re: ███████ | 0.50 | 905.00 | 452.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ██████████ | | | |
| 07/27/23 | L.A. Szymanski | Communications w/ K. McCloskey & R. Hoff re: ██████████ | 0.30 | 905.00 | 271.50 |
| 07/27/23 | L.A. Szymanski | Communications w/ A. Guo (DPW) re: ██████████ | 0.10 | 905.00 | 90.50 |
| 07/27/23 | J.N. Ellison | Email communications with RS team re: ██████ and re: ██████ (.30); review same (.70). | 1.00 | 1,365.00 | 1,365.00 |
| 07/27/23 | A. Kramer | Review ██████████ | 0.60 | 1,390.00 | 834.00 |
| 07/27/23 | A. Kramer | Continue work on addressing comments/questions of ██████ (5.20); draft notes ██████ same (.20) | 5.40 | 1,390.00 | 7,506.00 |
| 07/27/23 | P. Hardy | reviewing comments and ██████████ | 2.80 | 1,180.00 | 3,304.00 |
| 07/27/23 | K. McCloskey | Begin assessing issues related to ██████ | 1.40 | 385.00 | 539.00 |
| 07/27/23 | K. McCloskey | Assemble ██████ (.6), respond to additional follow up questions from Ms. Szymanski (.4), finalize ██████ ██████████ | 2.60 | 385.00 | 1,001.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | (1.4); report on remaining open issues (.2) | | | |
| 07/27/23 | K. McCloskey | Provide data to Ms. Szymanski regarding | 0.40 | 385.00 | 154.00 |
| 07/27/23 | C. Lewis | Considering ███████ (.10) and internal emails regarding same (.10) | 0.20 | 700.00 | 140.00 |
| 07/27/23 | R.P. Lewis | Detailed review of ███████ and comments for RS team. | 5.30 | 1,285.00 | 6,810.50 |
| 07/28/23 | A. Kramer | Zoom call with Akin team, | 0.80 | 1,390.00 | 1,112.00 |
| 07/28/23 | A. Kramer | Telephone conversation with C. Ricarte re | 0.60 | 1,390.00 | 834.00 |
| 07/28/23 | A. Kramer | Zoom call with Shore, Leveridge and Lewis re | 0.50 | 1,390.00 | 695.00 |
| 07/28/23 | A. Kramer | Zoom call with Hardy, Ellison and Lewis re | 0.60 | 1,390.00 | 834.00 |
| 07/28/23 | A. Kramer | Review/analyze revisions to ███████ in preparation for calls | 1.80 | 1,390.00 | 2,502.00 |
| 07/28/23 | A. Kramer | Review/analyze ███████ (3.30); draft message re same to Akin team (.20) | 3.50 | 1,390.00 | 4,865.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/28/23 | J.N. Ellison | Conf call w/ Akin re: | 0.60 | 1,365.00 | 819.00 |
| 07/28/23 | J.N. Ellison | Review proposed edits to | 1.10 | 1,365.00 | 1,501.50 |
| 07/28/23 | J.N. Ellison | Confer with RS team re: | 0.30 | 1,365.00 | 409.50 |
| 07/28/23 | J.N. Ellison | Review/revise | 1.30 | 1,365.00 | 1,774.50 |
| 07/28/23 | A. Kramer | Review | 0.20 | 1,390.00 | 278.00 |
| 07/28/23 | L.A. Szymanski | Review revisions to | 0.50 | 905.00 | 452.50 |
| 07/28/23 | L.A. Szymanski | Communications w/ K. McCloskey re: | 0.10 | 905.00 | 90.50 |
| 07/28/23 | L.A. Szymanski | Communications w/ Skadden & Dechert teams re: | 0.20 | 905.00 | 181.00 |
| 07/28/23 | P. Hardy | Email exchange with RS Team re | 0.50 | 1,180.00 | 590.00 |
| 07/28/23 | P. Hardy | Attend call with Kramer, Lewis and Ellison re | 0.80 | 1,180.00 | 944.00 |
| 07/28/23 | P. Hardy | Review/analyze | 2.70 | 1,180.00 | 3,186.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/28/23 | K. McCloskey | Research ▇▇ (3.9); index same and report to Ms. Szymanski on outstanding issues (.5) | 4.40 | 385.00 | 1,694.00 |
| 07/28/23 | R.P. Lewis | Call with Akin re ▇▇ | 0.80 | 1,285.00 | 1,028.00 |
| 07/28/23 | R.P. Lewis | Revising ▇▇ | 2.20 | 1,285.00 | 2,827.00 |
| 07/28/23 | R.P. Lewis | Call with Gilbert re ▇▇ | 0.50 | 1,285.00 | 642.50 |
| 07/28/23 | R.P. Lewis | Prep for and attend call with J. Ellison, A. Kramer and P. Hardy on ▇▇. | 0.60 | 1,285.00 | 771.00 |
| 07/30/23 | P. Hardy | draft note to J.Lockey KC re ▇▇ | 0.20 | 1,180.00 | 236.00 |
| 07/30/23 | P. Hardy | commence review of ▇▇ | 0.70 | 1,180.00 | 826.00 |
| 07/31/23 | R.P. Lewis | Revisions to ▇▇ | 8.10 | 1,285.00 | 10,408.50 |
| 07/31/23 | A. Kramer | Teams call with M. Kesselman, C. Ricarte and E. Vonnegut re ▇▇ | 0.50 | 1,390.00 | 695.00 |
| 07/31/23 | A. Kramer | email exchange with M. Kesselman re ▇▇ | 0.30 | 1,390.00 | 417.00 |
| 07/31/23 | A. Kramer | Telephone call and email exchange with C. Ricarte re ▇▇ | 0.30 | 1,390.00 | 417.00 |
| 07/31/23 | A. Kramer | Telephone conference with R. Shore re ▇▇ | 0.40 | 1,390.00 | 556.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/31/23 | A. Kramer | Zoom call with Silbert, Florence, Bragg and RS Team re ██████ ████████ | 0.20 | 1,390.00 | 278.00 |
| 07/31/23 | A. Kramer | Zoom call with committee counsel and RS Team re ████████ | 1.00 | 1,390.00 | 1,390.00 |
| 07/31/23 | L.A. Szymanski | Participate in conference call w/ RS team & Committees re ████████ | 1.10 | 905.00 | 995.50 |
| 07/31/23 | A. Kramer | Draft/revise response to ████ ████████ | 1.60 | 1,390.00 | 2,224.00 |
| 07/31/23 | K. McCloskey | Further research re ████ ████████ | 2.70 | 385.00 | 1,039.50 |
| 07/31/23 | A. Kramer | Review/analysis of ████ ████████ | 3.70 | 1,390.00 | 5,143.00 |
| 07/31/23 | A. Kramer | Communications with RS Team re ████ ████ | 0.80 | 1,390.00 | 1,112.00 |
| 07/31/23 | L.A. Szymanski | Communications with RS Team re ████ ████ | 0.80 | 905.00 | 724.00 |
| 07/31/23 | R.P. Lewis | Call with Skadden and A. Kramer re ████████ | 0.20 | 1,285.00 | 257.00 |
| 07/31/23 | C. Lewis | Call with PHardy to discuss ████████ . | 0.20 | 700.00 | 140.00 |
| 07/31/23 | C. Lewis | Email to PHardy regarding ████████ | 0.20 | 700.00 | 140.00 |
| 07/31/23 | C. Lewis | Revise ████████ following call with Akin and | 1.30 | 700.00 | 910.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Gilberts, including ▮ | | | |
| 07/31/23 | C. Lewis | Call with Skadden to discuss ▮ | 0.30 | 700.00 | 210.00 |
| 07/31/23 | C. Lewis | Short call with PHardy to discuss ▮ | 0.10 | 700.00 | 70.00 |
| 07/31/23 | C. Lewis | Call with Akin, Gilbert and RS teams to discuss ▮ | 1.10 | 700.00 | 770.00 |
| 07/31/23 | C. Lewis | Reviewing amendments to ▮ | 0.50 | 700.00 | 350.00 |
| 07/31/23 | C. Lewis | Emails with PHardy and John Lockey re ▮ | 0.30 | 700.00 | 210.00 |
| 07/31/23 | P. Hardy | attend call with Gilbert and Akin re ▮ (1.0) and call with Skadden (.20) re ▮ | 1.20 | 1,180.00 | 1,416.00 |
| 07/31/23 | P. Hardy | prepare for call with committee firms re ▮ | 0.60 | 1,180.00 | 708.00 |
| 07/31/23 | P. Hardy | email exchanges with RS Team re ▮ | 0.80 | 1,180.00 | 944.00 |
| 07/31/23 | J.N. Ellison | Conference call with the Committees re: ▮ (1.0); conference call with Skadden re: ▮ (.4); email communications with | 1.90 | 1,365.00 | 2,593.50 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | RS team re: ███ (.5) | | | |
| 07/31/23 | L.A. Szymanski | Participate in conference call w/ RS team & Skadden re: ███ | 0.30 | 905.00 | 271.50 |
| 07/31/23 | L.A. Szymanski | Communications w/ RS team re: ███ | 0.40 | 905.00 | 362.00 |
| **Totals** | | | **157.60** | | **172,234.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 53.00 hrs @ $ | 1,390.00 / hr | 73,670.00 |
| John N. Ellison | 9.40 hrs @ $ | 1,365.00 / hr | 12,831.00 |
| Richard Lewis | 23.40 hrs @ $ | 1,285.00 / hr | 30,069.00 |
| Peter Hardy | 19.20 hrs @ $ | 1,180.00 / hr | 22,656.00 |
| Lisa A. Szymanski | 16.90 hrs @ $ | 905.00 / hr | 15,294.50 |
| Catherine Lewis | 12.60 hrs @ $ | 700.00 / hr | 8,820.00 |
| Kyle McCloskey | 23.10 hrs @ $ | 385.00 / hr | 8,893.50 |
| **Total Professional Services** | | | **172,234.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/2023 | FEDEX - fedex priority overnight pak shipped from Margaret Baccarella in NY office to Richard Lewis in Brooklyn, NY on 7/25/23 | 26.04 |
| | **Total Expenses and Other Charges** | **26.04** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 172,234.00 |
| Less 15% Fee Discount | $ | (25,835.10) |
| Total Fees | $ | 146,398.90 |
| | | |
| Total Expenses and Other Charges | $ | 26.04 |
| | | |
| **TOTAL CURRENT INVOICE DUE** | **$** | **146,424.94** |
| | | |
| **Total Amount Due** | **$** | **146,424.94** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:**      **3640903** |
| One Stamford Forum | **Invoice Date:**      **8/11/2023** |
| 201 Tresser Boulevard | **Client Number:**      **395187** |
| Stamford, CT 06901 | **Matter Number:**      **395187.60004** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: General Insurance**
Client File No.: 20190002676

---

| | | |
|---|---|---:|
| Fees | $ | 14,564.50 |
| Less 15% Fee Discount | $ | (2,184.68) |
| Total Current Fees | $ | 12,379.82 |
| | | |
| **Total Due This Invoice:** | **$** | **12,379.82** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:* ████████
*Swift Code:* ████████
*Account* ████████
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3640903** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 06/10/23 | 3620694 | 10,731.15 | 8,584.92 | 2,146.23 |
| 07/12/23 | 3631231 | 24,548.27 | 0.00 | 24,548.27 |

**Total Unpaid Balance Previously Billed**       $    26,694.50

According to our records, the above invoices previously billed on this matter, remain unpaid. Please review your records and remit payment for any of these previously submitted invoices, which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3640903** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

**RE: General Insurance**
Client File No.: 20190002676

---

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 14,564.50 |
| Less 15% Fee Discount | $ | (2,184.68) |
| Total Current Fees | $ | 12,379.82 |
| **Total Due This Invoice:** | **$** | **12,379.82** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:* ▇▇▇▇▇▇
*Swift Code:* ▇▇▇▇▇▇
*Account* ▇▇▇▇▇▇
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3640903** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60004** |

Client File No.: 20190002676

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/06/23 | S. C. Lee | Review ▮▮▮ | 0.20 | 780.00 | 156.00 |
| 07/11/23 | S. C. Lee | Attention to query regarding ▮▮▮ | 0.10 | 780.00 | 78.00 |
| 07/12/23 | S. C. Lee | Attention to response to fee ▮▮▮ | 0.30 | 780.00 | 234.00 |
| 07/13/23 | A. Javian | Review/comment on ▮▮▮ | 2.00 | 1,215.00 | 2,430.00 |
| 07/17/23 | S. C. Lee | Review and revise ▮▮▮ | 3.20 | 780.00 | 2,496.00 |
| 07/18/23 | A. Javian | Correspondence re ▮▮▮ | 0.20 | 1,215.00 | 243.00 |
| 07/18/23 | S. C. Lee | Review and revise ▮▮▮; review ▮▮▮; | 0.70 | 780.00 | 546.00 |
| 07/18/23 | K. McCloskey | Redactions to ▮▮▮ | 1.90 | 385.00 | 731.50 |
| 07/19/23 | A. Kramer | Conference call with Ricarte, Issa and McDonald re ▮▮▮ | 0.20 | 1,390.00 | 278.00 |
| 07/19/23 | A. Kramer | Review/revise ▮▮▮ | 1.10 | 1,390.00 | 1,529.00 |
| 07/19/23 | S. C. Lee | Prepare for ▮▮▮; review and revise ▮▮▮ | 2.90 | 780.00 | 2,262.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ▓▓▓▓▓▓▓; revise ▓▓▓▓▓▓▓▓▓▓; | | | |
| 07/19/23 | K. McCloskey | Final revisions to ▓▓▓▓ ▓▓▓, per Ms. Kramer | 0.40 | 385.00 | 154.00 |
| 07/20/23 | A. Javian | Prep for, attend hearing re: ▓▓▓▓▓▓. | 0.70 | 1,215.00 | 850.50 |
| 07/20/23 | S. C. Lee | Prepare for ▓▓▓▓; participate in ▓▓; | 1.00 | 780.00 | 780.00 |
| 07/24/23 | S. C. Lee | Review and revise ▓▓▓▓▓▓▓▓▓▓; | 0.50 | 780.00 | 390.00 |
| 07/24/23 | A. Kramer | Review/revise/approve ▓▓▓▓▓▓ | 0.20 | 1,390.00 | 278.00 |
| 07/25/23 | S. C. Lee | Review and revise ▓▓▓▓; review ▓▓▓▓▓▓▓▓; | 1.20 | 780.00 | 936.00 |
| 07/25/23 | K. McCloskey | Finalize and file ▓▓▓▓▓ | 0.50 | 385.00 | 192.50 |
| **Totals** | | | **17.30** | | **14,564.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Ann V. Kramer | 1.50 hrs @ $ | 1,390.00 / hr | 2,085.00 |
| Aaron Javian | 2.90 hrs @ $ | 1,215.00 / hr | 3,523.50 |
| Shaun C. Lee | 10.10 hrs @ $ | 780.00 / hr | 7,878.00 |
| Kyle McCloskey | 2.80 hrs @ $ | 385.00 / hr | 1,078.00 |
| **Total Professional Services** | | | **14,564.50** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 14,564.50 |
| Less 15% Fee Discount | $ | (2,184.68) |
| Total Fees | $ | 12,379.82 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **12,379.82** |
| **Total Amount Due** | **$** | **12,379.82** |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Purdue Pharma L.P. | **Invoice Number:** **3640905** |
| One Stamford Forum | **Invoice Date:** **8/11/2023** |
| 201 Tresser Boulevard | **Client Number:** **395187** |
| Stamford, CT 06901 | **Matter Number:** **395187.60005** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Insurance Adversary Proceeding**
Client File No.: 20210003077

---

| | | |
|---|---|---:|
| Fees.......................................................................................... | $ | 1,920.50 |
| Less 15% Fee Discount............................................................ | $ | (288.08) |
| Total Current Fees.................................................................. | $ | 1,632.42 |
| | | |
| Total Current Expenses and Other Charges ..................................... | $ | 154.00 |
| | | |
| **Total Due This Invoice:** | **$** | **1,786.42** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
*(Please Reference Invoice Number)*



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax : -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3640905** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60005** |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance |
|---|---|---|---|---|
| 10/31/21 | 3445086 | 120,754.80 | 117,521.04 | 3,233.76 |
| 11/13/21 | 3452306 | 174,217.53 | 170,998.95 | 3,218.58 |
| 12/10/21 | 3460269 | 138,777.39 | 138,212.49 | 564.90 |
| 01/18/22 | 3469358 | 187,133.60 | 183,405.66 | 3,727.94 |
| 03/21/22 | 3487932 | 160,476.47 | 152,886.76 | 7,589.71 |
| 09/23/22 | 3542106 | 256,172.00 | 235,215.25 | 20,956.75 |
| 01/14/23 | 3576676 | 217,270.38 | 195,325.68 | 21,944.70 |
| 05/25/23 | 3615947 | 127,399.60 | 125,370.10 | 2,029.50 |
| 06/12/23 | 3621309 | 350,994.13 | 281,420.44 | 69,573.69 |
| 07/14/23 | 3631232 | 36,824.68 | 0.00 | 36,824.68 |

**Total Unpaid Balance Previously Billed**   $   169,664.21

According to our records, the above invoices previously billed on this matter, remain unpaid.
Please review your records and remit payment for any of these previously submitted invoices,
which still remain unpaid.

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3640905** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60005** |

**RE: Insurance Adversary Proceeding**
Client File No.: 20210003077

---

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 1,920.50 |
| Less 15% Fee Discount | $ | (288.08) |
| Total Current Fees | $ | 1,632.42 |
| Total Current Expenses and Other Charges | $ | 154.00 |
| **Total Due This Invoice:** | $ | **1,786.42** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*Lockbox 10096*
*PO BOX 70280*
*Philadelphia, PA 19176-0280*

*Wire Instructions:*
*BNY Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number:*
*Swift Code:*
*Account*
***(Please Reference Invoice Number)***



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: +1 212 521 5400
Fax: +1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Number: | **3640905** |
| Invoice Date: | **8/11/2023** |
| Client Number: | **395187** |
| Matter Number: | **395187.60005** |

Client File No.: 20210003077

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2023**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/23 | P.E. Breene | Negotiation of ███████ ███████ | 0.30 | 1,390.00 | 417.00 |
| 07/05/23 | L.A. Szymanski | Communications w/ court & all counsel re: ███████ ███████. | 0.20 | 905.00 | 181.00 |
| 07/06/23 | L.A. Szymanski | Communications w/ parties to Adversary & court re: ███████ ███████ | 0.20 | 905.00 | 181.00 |
| 07/10/23 | A. Crawford | Correspond with carriers and Kroll regarding ███████ ███████ | 0.40 | 785.00 | 314.00 |
| 07/21/23 | A. Kramer | E-mail exchange with L. Szymanski re ███████ ███████ | 0.20 | 1,390.00 | 278.00 |
| 07/24/23 | A. Crawford | Review/analyze ███████ ███████ ███████ | 0.70 | 785.00 | 549.50 |
| **Totals** | | | **2.00** | | **1,920.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ann V. Kramer | 0.20 hrs @ $ | 1,390.00 / hr | 278.00 |



Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: -+1 212 521 5400
Fax: -+1 212 521 5450
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paul E. Breene | 0.30 hrs @ $ | 1,390.00 / hr | 417.00 |
| Lisa A. Szymanski | 0.40 hrs @ $ | 905.00 / hr | 362.00 |
| Anthony Crawford | 1.10 hrs @ $ | 785.00 / hr | 863.50 |
| **Total Professional Services** | | | **1,920.50** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 05/11/2023 | PAUL BREENE - Rail - VENDOR: Paul Breene, May 11, 2023, Train departure from Connecticut - Purdue. | 154.00 |
| | **Total Expenses and Other Charges** | **154.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 1,920.50 |
| Less 15% Fee Discount | $ | (288.08) |
| Total Fees | $ | 1,632.42 |
| Total Expenses and Other Charges | $ | 154.00 |
| **TOTAL CURRENT INVOICE DUE** | $ | **1,786.42** |
| **Total Amount Due** | $ | **1,786.42** |