**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | ) ) | Case No. 19-23649 (SHL) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FORTY-FOURTH MONTHLY FEE AND EXPENSE STATEMENT OF
PROVINCE, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF PURDUE PHARMA L.P., *ET AL.*,
FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| Name of Applicant: | **Province, LLC**[2] Financial Advisor to the Official Committee of Unsecured Creditors |
|---|---|
| Date of Retention: | *Nunc pro tunc* to October 1, 2019 |
| Period for Which Fees and Expenses are Incurred: | May 1, 2023 through and including May 31, 2023 |
| Fees Incurred: | $207,133.25[3] |
| Less 20% Holdback: | $41,426.65 |
| Fees Requested in this Statement: | $165,706.60 |
| Expenses Incurred: | $832.30 |
| Total Fees and Expenses Requested in This Statement: | $166,538.90 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Province, LLC, a Delaware limited liability company, f/k/a Province, Inc., a Nevada corporation.

[3] The total fees billed for the period from May 1, 2023 through May 31, 2023 reflect a voluntary discount of $10,901.75.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (the "Interim Compensation Order"), and the *Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 1, 2019* [ECF No. 524], Province, LLC ("Province"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P., *et al*. (collectively, the "Debtors"), hereby submits its Forty-Fourth Monthly Fee and Expense Statement (the "Monthly Fee Statement") for the period of May 1, 2023 through May 31, 2023 (the "Statement Period") for (i) compensation in the amount of $165,706.60, for the reasonable and necessary professional services Province rendered to the Committee during the Statement Period (80% of $207,133.25) and (ii) reimbursement for the actual and necessary expenses incurred in the Statement Period in the amount of $832.30.

**Itemization of Services Rendered and Expenses Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   - Attached hereto as **Exhibit A** is a summary of the services rendered by Province for which compensation is sought for the Statement Period, organized by project category.

   - Attached hereto as **Exhibit B** is a schedule of the Province professionals and paraprofessionals (collectively, the "Timekeepers") who rendered services to the Committee in connection with these chapter 11 cases during the Statement Period, including the hourly rate, title, area of expertise, and fees earned by each Timekeeper. The blended hourly billing rates during the Statement Period were (a) $831.88/hour for all Timekeepers, and (b) $836.85/hour for all professionals.[4]

---

[4] Blended averages were calculated prior to accounting for the voluntary discount of $10,901.75.

2

- Attached hereto as **Exhibit C** is a summary of expenses incurred by Province during the Statement Period for which reimbursement is sought.

- Attached hereto as **Exhibit D** is Province's records of fees and expenses incurred during the Statement Period in rendering professional services to the Committee.

**Total Fees and Expenses Sought for The Statement Period**

2. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Fees | $207,133.25 |
|---|---|
| Disbursements | $832.30 |
| **Total** | **$207,965.55** |

**Notice and Objection Procedures**

3. Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

4. Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than 12:00 p.m. (prevailing Eastern Time) on September 5, 2023 (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

5. If no objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

6. If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

WHEREFORE, Province requests allowance of its fees and expenses incurred during the Statement Period in the total amount of **$166,538.90** consisting of (a) 80% of Province's fees for the Statement Period, and (b) 100% of total expenses incurred.

Dated: August 22, 2023

By:   */s/ Michael Atkinson*
Michael Atkinson, Principal
**PROVINCE, LLC**
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Facsimile: (702) 685-5556
Email: matkinson@provincefirm.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
MAY 1, 2023 THROUGH MAY 31, 2023**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 150.6 | $132,493.00 |
| Claims Analysis and Objections | 44.3 | $24,808.00 |
| Committee Activities | 23.2 | $23,750.00 |
| Court Filings | 5.3 | $4,493.00 |
| Court Hearings | 6.0 | $6,060.00 |
| Fee/Employment Applications | 4.8 | $2,671.00 |
| Litigation | 22.1 | $17,294.00 |
| Plan and Disclosure Statement | 3.3 | $4,288.00 |
| Sale Process | 2.5 | $2,178.00 |
| **Subtotal** | **262.1** | **$218,035.00** |
| **Voluntary Discount** | | **($10,901.75)** |
| **Grand Total** | **262.1** | **$207,133.25** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Principal – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,320 | 62.5 | $82,500.00 |
| Jason Crockett, MBA, CIRA | Principal - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $1,030 | 15.0 | $15,450.00 |
| Stilian Morrison, MFin | Principal - Corporate restructuring. Investment banking and restructuring employment since 2005. | $980 | 4.4 | $4,312.00 |
| Eunice Min | Senior Director - Corporate restructuring and business valuations since 2012. | $820 | 35.8 | $29,356.00 |
| James Bland | Director - Financial analysis and management consulting since 2016. | $780 | 10.1 | $7,878.00 |
| Christian Klawunder, CFA | Director - Investment banking. | $740 | 8.2 | $6,068.00 |
| Raul Busto | Vice President - Data analytics. | $680 | 16.6 | $11,288.00 |
| Mitchell Boal, CFA | Senior Associate - Financial and data analytics. | $570 | 53.0 | $30,210.00 |
| Byron Groth | Senior Associate - Corporate restructuring. Data analytics since 2006. | $560 | 8.4 | $4,704.00 |
| Timothy Strickler | Senior Associate - Corporate restructuring, litigation and financial investigation. | $560 | 45.8 | $25,648.00 |
| | **Subtotal** | | **259.8** | **$217,414.00** |
| | **Blended Rate for Professionals** | **$836.85** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric Mattson | | $270 | 2.3 | $621.00 |
| | **Subtotal** | | **2.3** | **$621.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Subtotal** | | **262.1** | **$218,035.00** |
| | **Blended Rate for all Timekeepers** | **$831.88** | | |
| | **Voluntary Discount** | | | **($10,901.75)** |
| | **Grand Total** | | **262.1** | **$207,133.25** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Miscellaneous | Research fees. | $832.30 |
| **Total Expenses** | | **$832.30** |

**EXHIBIT D**

# BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/2023 | Timothy Strickler | Reviewed filed proofs of claim. | Claims Analysis and Objections | 0.70 | 560.00 | $392.00 |
| 5/1/2023 | Eunice Min | Review and revise analysis of proposed executive compensation | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 5/1/2023 | Stilian Morrison | Review latest weekly cash reporting | Business Analysis / Operations | 0.20 | 980.00 | $196.00 |
| 5/1/2023 | Timothy Strickler | Imported current claims information into database and revised tables/queries for analyses. | Claims Analysis and Objections | 2.40 | 560.00 | $1,344.00 |
| 5/1/2023 | Mitchell Boal | Created deck of the benchmarking analysis of the proposed CFO of the Debtor with relevant commentary. | Business Analysis / Operations | 2.30 | 570.00 | $1,311.00 |
| 5/1/2023 | Michael Atkinson | Call with counsel regarding KEIP issues and NCSG | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 5/1/2023 | Jason Crockett | Analyze issues related to executive compensation and related negotiations. | Business Analysis / Operations | 0.70 | 1,030.00 | $721.00 |
| 5/1/2023 | Mitchell Boal | Revised CFO compensation benchmarking analysis per internal comments. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/1/2023 | Raul Busto | Make outputs of branded opioid scenario analysis. | Business Analysis / Operations | 2.10 | 680.00 | $1,428.00 |
| 5/1/2023 | Michael Atkinson | Review and analyze KEIP and sign on issues | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 5/1/2023 | Christian Klawunder | Analyzed purchase agreement and related docs regarding sale of business. | Business Analysis / Operations | 1.30 | 740.00 | $962.00 |
| 5/1/2023 | Stilian Morrison | Review latest cash forecast | Business Analysis / Operations | 0.30 | 980.00 | $294.00 |
| 5/1/2023 | Timothy Strickler | Reviewed and analyzed claims agent's claim schedules. | Claims Analysis and Objections | 1.70 | 560.00 | $952.00 |
| 5/1/2023 | Mitchell Boal | Recreated model and slide of third party WTW's benchmarking analysis. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 5/1/2023 | Christian Klawunder | Reviewed and considered article from counsel regarding patent life. | Litigation | 0.50 | 740.00 | $370.00 |
| 5/1/2023 | Byron Groth | Researched state regulations regarding opioid abatement budgets. | Committee Activities | 1.40 | 560.00 | $784.00 |
| 5/1/2023 | Michael Atkinson | Review and analyze materials on executive for counsel and committee | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 5/1/2023 | Mitchell Boal | Created overview write-up of proposed executive compensation package and comparison to peers. | Business Analysis / Operations | 1.60 | 570.00 | $912.00 |
| 5/1/2023 | Mitchell Boal | Analyzed proxy statements for info to build out executive signing bonus comp set. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/2/2023 | Mitchell Boal | Analyzed the latest cash flow variance relative to the Debtors forecasts. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/2/2023 | Raul Busto | Review Debtor update. | Business Analysis / Operations | 0.50 | 680.00 | $340.00 |
| 5/2/2023 | Raul Busto | Review financial update. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/2/2023 | Mitchell Boal | Updated commentary within the financial update deck covering year to date results through February. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 5/2/2023 | Michael Atkinson | Call with debtor | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/2/2023 | Eric Mattson | Drafted March fee statement and emailed to E. Min for review. | Fee / Employment Applications | 1.20 | 270.00 | $324.00 |
| 5/2/2023 | Eunice Min | FA update call with debtors and states' advisors | Business Analysis / Operations | 0.50 | 820.00 | $410.00 |
| 5/2/2023 | Mitchell Boal | Created summary write-up of weekly cash flow results and variances for discussion with counsel and the committee. | Business Analysis / Operations | 0.60 | 570.00 | $342.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/2/2023 | Mitchell Boal | Analyzed and spread cash actuals for Rhodes into cash reporting analysis model. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 5/2/2023 | Christian Klawunder | Reviewed business update provided by FA to debtor. | Business Analysis / Operations | 0.40 | 740.00 | $296.00 |
| 5/2/2023 | Mitchell Boal | Spread the latest forecast for Rhodes into our cash reporting analysis model. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/2/2023 | Mitchell Boal | Spread and analyzed the latest forecast for Purdue Pharma in our cash reporting analysis. | Business Analysis / Operations | 1.00 | 570.00 | $570.00 |
| 5/2/2023 | Byron Groth | Analyzed filings regarding IP litigation. | Litigation | 1.60 | 560.00 | $896.00 |
| 5/2/2023 | Timothy Strickler | Updated and revised analysis of non-opioid claims. | Claims Analysis and Objections | 2.50 | 560.00 | $1,400.00 |
| 5/2/2023 | Stilian Morrison | Review summary of business update from Debtor professionals re: KEIP/KERP, Accord litigation, cash settlement estimates, and sale process (0.1 each) | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 5/2/2023 | Jason Crockett | Analyze recent cash flow performance. | Business Analysis / Operations | 0.80 | 1,030.00 | $824.00 |
| 5/2/2023 | Mitchell Boal | Updated slides charts and commentary covering cash flow results of the Debtor within financial update deck. | Business Analysis / Operations | 1.10 | 570.00 | $627.00 |
| 5/2/2023 | Byron Groth | Reviewed issues regarding distribution of proceeds. | Committee Activities | 0.60 | 560.00 | $336.00 |
| 5/2/2023 | Timothy Strickler | Reviewed non-opioid proofs of claim. | Claims Analysis and Objections | 1.20 | 560.00 | $672.00 |
| 5/2/2023 | Mitchell Boal | Analyzed and spread the cash actual results of Purdue Pharma and IACs into tracking model. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 5/2/2023 | Mitchell Boal | Created slide covering the newest financial forecast put forth by the Debtors. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/2/2023 | Mitchell Boal | Updated the weekly product sales data for the Debtor into cash flow tracker internal model. | Business Analysis / Operations | 0.70 | 570.00 | $399.00 |
| 5/3/2023 | Timothy Strickler | Analyzed monthly operating reports filed. | Business Analysis / Operations | 1.50 | 560.00 | $840.00 |
| 5/3/2023 | Stilian Morrison | Review latest tracker of opioid settlements | Litigation | 0.20 | 980.00 | $196.00 |
| 5/3/2023 | Michael Atkinson | Call with counsel for debtor and states regarding Avrio allocation | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 5/3/2023 | Timothy Strickler | Reviewed non-opioid proofs of claim. | Claims Analysis and Objections | 1.40 | 560.00 | $784.00 |
| 5/3/2023 | Timothy Strickler | Updated and revised analysis of opioid claims. | Claims Analysis and Objections | 2.60 | 560.00 | $1,456.00 |
| 5/3/2023 | Jason Crockett | Review of updated cash flow forecast and variance information. | Business Analysis / Operations | 1.30 | 1,030.00 | $1,339.00 |
| 5/3/2023 | Michael Atkinson | Review and analyze various update materials for UCC | Committee Activities | 1.50 | 1,320.00 | $1,980.00 |
| 5/4/2023 | Michael Atkinson | Review and analyze potential allocation scenarios for counsel on Avrio | Business Analysis / Operations | 1.90 | 1,320.00 | $2,508.00 |
| 5/4/2023 | Byron Groth | Analyzed coverage of opioid litigation. | Committee Activities | 1.10 | 560.00 | $616.00 |
| 5/4/2023 | Timothy Strickler | Updated analysis of duplicate claims. | Claims Analysis and Objections | 2.50 | 560.00 | $1,400.00 |
| 5/4/2023 | Michael Atkinson | Committee call | Committee Activities | 0.70 | 1,320.00 | $924.00 |
| 5/4/2023 | James Bland | Revisited opioid claims valuation | Litigation | 2.60 | 780.00 | $2,028.00 |
| 5/4/2023 | Michael Atkinson | Review and prepare materials for committee call | Committee Activities | 0.80 | 1,320.00 | $1,056.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/4/2023 | Christian Klawunder | Reviewed and analyzed debtors' most recently filed monthly operating report. | Business Analysis / Operations | 1.30 | 740.00 | $962.00 |
| 5/4/2023 | Eunice Min | Participate on committee call | Committee Activities | 0.50 | 820.00 | $410.00 |
| 5/5/2023 | Eunice Min | Review April time entries in advance of fee statement preparation | Fee / Employment Applications | 0.80 | 820.00 | $656.00 |
| 5/6/2023 | Michael Atkinson | Review and analyze committee update materials | Committee Activities | 1.70 | 1,320.00 | $2,244.00 |
| 5/6/2023 | Eunice Min | Review latest cash reporting through mid April | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 5/7/2023 | Michael Atkinson | Review and analyze materials for counsel related to plan | Business Analysis / Operations | 2.90 | 1,320.00 | $3,828.00 |
| 5/8/2023 | Timothy Strickler | Reviewed and analyzed claims agent's claim schedules. | Claims Analysis and Objections | 1.70 | 560.00 | $952.00 |
| 5/8/2023 | Timothy Strickler | Imported current claims information into database and revised tables/queries for analyses. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 5/9/2023 | Mitchell Boal | Calculated cumulative and standalone forecasts based on flash reports to confirm presence of intercompany eliminations within the data. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/9/2023 | Timothy Strickler | Updated schedules of non-opioid claims filed. | Claims Analysis and Objections | 1.80 | 560.00 | $1,008.00 |
| 5/9/2023 | James Bland | Revisited opioid claim allocation analysis | Litigation | 2.20 | 780.00 | $1,716.00 |
| 5/9/2023 | Eunice Min | Research public information related to patent dispute | Business Analysis / Operations | 1.20 | 820.00 | $984.00 |
| 5/9/2023 | Michael Atkinson | Review and analyze Avrio proceeds and distribution options for counsel | Business Analysis / Operations | 1.50 | 1,320.00 | $1,980.00 |
| 5/9/2023 | Mitchell Boal | Formatted and revised financial update deck per internal comments. | Business Analysis / Operations | 0.60 | 570.00 | $342.00 |
| 5/9/2023 | Jason Crockett | Analyze business plan projections. | Committee Activities | 1.40 | 1,030.00 | $1,442.00 |
| 5/9/2023 | Mitchell Boal | Calculated and recreated standalone forecasts and actual results to ensure accuracy against full year guidance, removing possibility of intercompany eliminations. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/9/2023 | Michael Atkinson | Review and analyze updated scenario analysis for counsel | Business Analysis / Operations | 2.90 | 1,320.00 | $3,828.00 |
| 5/9/2023 | Mitchell Boal | Analyzed the cash flow variances reported through the monthly flash reports for updates to model. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 5/9/2023 | Mitchell Boal | Update financial update presentation deck with revised forecast data and associated commentary. | Business Analysis / Operations | 1.00 | 570.00 | $570.00 |
| 5/10/2023 | Eunice Min | Analyze different creditor distribution scenarios based on asset sale, exclusivity and other assumptions | Business Analysis / Operations | 2.90 | 820.00 | $2,378.00 |
| 5/10/2023 | Jason Crockett | Participate in update call with UCC regarding sale proceeds, plan and other issues. | Committee Activities | 0.60 | 1,030.00 | $618.00 |
| 5/10/2023 | Mitchell Boal | Spread latest cash flow report to ensure accuracy against flash report projections. | Business Analysis / Operations | 0.70 | 570.00 | $399.00 |
| 5/10/2023 | Mitchell Boal | Updated consolidated year-to-date profit and loss slides per internal comments and updated commentary accordingly. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/10/2023 | Stilian Morrison | Review latest financial update deck | Committee Activities | 0.40 | 980.00 | $392.00 |
| 5/10/2023 | Michael Atkinson | Committee call | Committee Activities | 0.80 | 1,320.00 | $1,056.00 |

3

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/10/2023 | Mitchell Boal | Analyzed the consolidated weekly cash flow variance per the latest cash flow report. | Business Analysis / Operations | 1.00 | 570.00 | $570.00 |
| 5/10/2023 | Mitchell Boal | Revised slides within cash flow tracker deck per internal comments. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/11/2023 | Timothy Strickler | Imported current claims information into database and updated/revised tables and queries for analyses. | Claims Analysis and Objections | 2.40 | 560.00 | $1,344.00 |
| 5/11/2023 | Michael Atkinson | Review and analyze committee materials for counsel | Committee Activities | 1.50 | 1,320.00 | $1,980.00 |
| 5/11/2023 | Eunice Min | Analyze financial results in February flash report. | Business Analysis / Operations | 1.60 | 820.00 | $1,312.00 |
| 5/11/2023 | Raul Busto | Analyze updates to opioid litigation. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/11/2023 | Stilian Morrison | Update re: comparable opioid settlement | Committee Activities | 0.20 | 980.00 | $196.00 |
| 5/11/2023 | Jason Crockett | Analyze current cash and projected cash flow | Business Analysis / Operations | 1.70 | 1,030.00 | $1,751.00 |
| 5/11/2023 | James Bland | Analyzed private-side opioid claims | Litigation | 2.90 | 780.00 | $2,262.00 |
| 5/11/2023 | Timothy Strickler | Reviewed and analyzed updated schedules from claims agent. | Claims Analysis and Objections | 1.50 | 560.00 | $840.00 |
| 5/12/2023 | Eunice Min | Review and revise financial update presentation | Business Analysis / Operations | 1.90 | 820.00 | $1,558.00 |
| 5/13/2023 | Stilian Morrison | Analyze latest cash reporting | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 5/13/2023 | Stilian Morrison | Analyze weekly product sales and prescription data | Business Analysis / Operations | 0.80 | 980.00 | $784.00 |
| 5/13/2023 | Michael Atkinson | Review and consider for counsel various ways of distributing proceeds of sale | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 5/13/2023 | Michael Atkinson | Review status of various request of the Sackers related to sales process, and assets | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/13/2023 | Stilian Morrison | Analyze monthly product sales | Business Analysis / Operations | 0.40 | 980.00 | $392.00 |
| 5/14/2023 | Michael Atkinson | Review and analyze financial update for committee | Business Analysis / Operations | 1.50 | 1,320.00 | $1,980.00 |
| 5/15/2023 | Mitchell Boal | Analyzed and updated the latest weekly and monthly drug sales data for the various entities within the Debtor. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 5/15/2023 | Mitchell Boal | Revised financial update deck with updated commentary and chart outputs. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 5/15/2023 | Mitchell Boal | Spread latest cash actuals for Purdue, Rhodes, and IACS into cash flow tracking model. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/15/2023 | Timothy Strickler | Updated and reconciled analysis of non-opioid claims. | Claims Analysis and Objections | 2.50 | 560.00 | $1,400.00 |
| 5/15/2023 | Jason Crockett | Review of recent cash flow results and compare against budget and historical performance. | Business Analysis / Operations | 1.30 | 1,030.00 | $1,339.00 |
| 5/15/2023 | Mitchell Boal | Began creation of script for discussion surrounding financial update deck with counsel and UCC. | Business Analysis / Operations | 0.70 | 570.00 | $399.00 |
| 5/15/2023 | Mitchell Boal | Created summary write-up of financial update deck for dissemination to counsel and UCC. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/15/2023 | Michael Atkinson | Review diligence questions related to operations | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 5/15/2023 | Eunice Min | Analyze latest prescription data and trends | Business Analysis / Operations | 1.50 | 820.00 | $1,230.00 |
| 5/15/2023 | Mitchell Boal | Analyzed the variance of cash flow results within internal model against source documents of the Debtor. | Business Analysis / Operations | 1.00 | 570.00 | $570.00 |

4

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/15/2023 | Michael Atkinson | Call with counsel regarding financial update and Avrio sale | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |
| 5/16/2023 | Mitchell Boal | Analyzed and ensured accurate commentary and data of the latest financial update deck to facilitate script creation for call with committee. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/16/2023 | Michael Atkinson | Review and prepare for call with debtors | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 5/16/2023 | Michael Atkinson | Update counsel on call with debtor | Business Analysis / Operations | 0.30 | 1,320.00 | $396.00 |
| 5/16/2023 | Eunice Min | Review and analyze latest cash flow results through April | Committee Activities | 1.40 | 820.00 | $1,148.00 |
| 5/16/2023 | Michael Atkinson | Call with debtor regarding case issues | Business Analysis / Operations | 0.20 | 1,320.00 | $264.00 |
| 5/16/2023 | Stilian Morrison | Review latest comparable plan settlement | Plan and Disclosure Statement | 0.20 | 980.00 | $196.00 |
| 5/16/2023 | Mitchell Boal | Wrote summary of highlights of financial update deck for email dissemination to counsel and the committee. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 5/16/2023 | Timothy Strickler | Updated and reconciled analysis of opioid claims. | Claims Analysis and Objections | 2.30 | 560.00 | $1,288.00 |
| 5/16/2023 | Eunice Min | Participate on FA update call | Business Analysis / Operations | 0.30 | 820.00 | $246.00 |
| 5/16/2023 | Jason Crockett | Analyze sales report information for UCC update. | Business Analysis / Operations | 1.10 | 1,030.00 | $1,133.00 |
| 5/16/2023 | Mitchell Boal | Revised financial update script for call with committee per internal comments. | Business Analysis / Operations | 0.70 | 570.00 | $399.00 |
| 5/16/2023 | Eunice Min | Review UST filing related to proposed 2023 KEIP | Court Filings | 0.90 | 820.00 | $738.00 |
| 5/17/2023 | Michael Atkinson | Review and analyze financial update for the committee | Business Analysis / Operations | 1.20 | 1,320.00 | $1,584.00 |
| 5/17/2023 | Jason Crockett | Prepare analysis of sales data and performance by product. | Business Analysis / Operations | 1.60 | 1,030.00 | $1,648.00 |
| 5/17/2023 | Michael Atkinson | Review committee update email | Committee Activities | 0.40 | 1,320.00 | $528.00 |
| 5/17/2023 | Timothy Strickler | Reviewed and analyzed non-opioid proofs of claim. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 5/18/2023 | Michael Atkinson | Review and prepare for committee call | Business Analysis / Operations | 0.90 | 1,320.00 | $1,188.00 |
| 5/18/2023 | Raul Busto | Review counsel's insurance update memo. | Business Analysis / Operations | 0.40 | 680.00 | $272.00 |
| 5/18/2023 | Mitchell Boal | Wrote script for call with the committee surrounding the financial update. | Business Analysis / Operations | 1.80 | 570.00 | $1,026.00 |
| 5/18/2023 | Jason Crockett | Prepare analysis related to use of Avrio sales proceeds. | Sale Process | 0.80 | 1,030.00 | $824.00 |
| 5/18/2023 | Mitchell Boal | Added additional color to script for UCC call with details covering the latest monthly flash report and year-to-date results through February. | Business Analysis / Operations | 0.50 | 570.00 | $285.00 |
| 5/18/2023 | Eunice Min | Review draft UCC filing related to Avrio proceeds | Court Filings | 0.80 | 820.00 | $656.00 |
| 5/18/2023 | Raul Busto | Attend insurance discussion with counsel. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/18/2023 | Eunice Min | Revise committee materials | Committee Activities | 0.30 | 820.00 | $246.00 |
| 5/18/2023 | Michael Atkinson | Review and analyze insurance issues | Litigation | 0.80 | 1,320.00 | $1,056.00 |
| 5/18/2023 | Michael Atkinson | Committee call | Committee Activities | 1.00 | 1,320.00 | $1,320.00 |
| 5/18/2023 | Eunice Min | Participate on UCC call | Committee Activities | 1.00 | 820.00 | $820.00 |
| 5/18/2023 | Michael Atkinson | Call with counsel regarding committee call | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |

5

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/18/2023 | Byron Groth | Analyzed distribution issues regarding potential sales proceeds. | Litigation | 1.20 | 560.00 | $672.00 |
| 5/18/2023 | Eunice Min | Review financial update including script for committee | Business Analysis / Operations | 0.80 | 820.00 | $656.00 |
| 5/18/2023 | Eunice Min | Analyze update on insurance litigation issues in advance of UCC call regarding same | Litigation | 0.70 | 820.00 | $574.00 |
| 5/18/2023 | Stilian Morrison | Review draft pleading on Avrio sale proceeds | Court Filings | 0.20 | 980.00 | $196.00 |
| 5/19/2023 | Stilian Morrison | Review pipeline process update | Sale Process | 0.40 | 980.00 | $392.00 |
| 5/19/2023 | Eunice Min | Review draft UCC statement on Avrio proceeds | Committee Activities | 0.60 | 820.00 | $492.00 |
| 5/19/2023 | Eunice Min | Analyze summary of pipeline products. | Business Analysis / Operations | 0.70 | 820.00 | $574.00 |
| 5/19/2023 | Michael Atkinson | Review and analyze pipeline analysis | Business Analysis / Operations | 2.70 | 1,320.00 | $3,564.00 |
| 5/19/2023 | Timothy Strickler | Update analysis of duplicate opioid claims. | Claims Analysis and Objections | 1.70 | 560.00 | $952.00 |
| 5/20/2023 | Raul Busto | Review opioid settlement tracker. | Litigation | 0.30 | 680.00 | $204.00 |
| 5/20/2023 | Michael Atkinson | Review questions from counsel and provide responses | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 5/20/2023 | Eunice Min | Analyze scope of debtors' counsel related to patent litigation appeal | Court Filings | 0.30 | 820.00 | $246.00 |
| 5/20/2023 | Stilian Morrison | Feedback from committee on Avrio sale motion | Committee Activities | 0.10 | 980.00 | $98.00 |
| 5/20/2023 | Michael Atkinson | Review insurance analysis for committee | Litigation | 1.40 | 1,320.00 | $1,848.00 |
| 5/21/2023 | Michael Atkinson | Review and analyze pipeline information | Business Analysis / Operations | 1.90 | 1,320.00 | $2,508.00 |
| 5/21/2023 | Stilian Morrison | Review latest draft pleading re Avrio use of proceeds | Court Filings | 0.20 | 980.00 | $196.00 |
| 5/21/2023 | Raul Busto | Review pipeline update. | Business Analysis / Operations | 0.60 | 680.00 | $408.00 |
| 5/21/2023 | Michael Atkinson | Review various abatement updates for counsel and provide update on the public effort across all states | Business Analysis / Operations | 1.70 | 1,320.00 | $2,244.00 |
| 5/21/2023 | Raul Busto | Review statement on Avrio distributions. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/21/2023 | Eunice Min | Review redline Avrio sale order | Court Filings | 0.60 | 820.00 | $492.00 |
| 5/22/2023 | Jason Crockett | Review of monitor report. | Business Analysis / Operations | 0.60 | 1,030.00 | $618.00 |
| 5/22/2023 | Michael Atkinson | Review and update counsel on Pipeline call | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/22/2023 | Michael Atkinson | Pipeline call with debtor | Business Analysis / Operations | 1.40 | 1,320.00 | $1,848.00 |
| 5/22/2023 | Michael Atkinson | Review and prepare for pipeline call with debtor | Business Analysis / Operations | 0.80 | 1,320.00 | $1,056.00 |
| 5/22/2023 | Michael Atkinson | Review and send debtor FA's some pipeline questions | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/22/2023 | Jason Crockett | Review of draft pleading regarding Avrio sales proceeds and potential distributions to creditors. | Court Filings | 0.70 | 1,030.00 | $721.00 |
| 5/22/2023 | Michael Atkinson | Committee update materials | Committee Activities | 0.50 | 1,320.00 | $660.00 |
| 5/22/2023 | Raul Busto | Analyze pipeline update presentation. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/22/2023 | Eunice Min | Analyze branded pipeline assumptions/estimates in latest iteration of business plan | Business Analysis / Operations | 2.40 | 820.00 | $1,968.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/2023 | Raul Busto | Attend diligence call on pipeline. | Business Analysis / Operations | 1.30 | 680.00 | $884.00 |
| 5/22/2023 | Michael Atkinson | Review and develop follow up questions on pipeline products | Business Analysis / Operations | 0.70 | 1,320.00 | $924.00 |
| 5/22/2023 | Timothy Strickler | Reviewed and analyzed current claim schedules from claims agent. | Claims Analysis and Objections | 1.60 | 560.00 | $896.00 |
| 5/22/2023 | Raul Busto | Analyze changes to branded pipeline projections. | Business Analysis / Operations | 0.80 | 680.00 | $544.00 |
| 5/22/2023 | Timothy Strickler | Imported up-to-date claims information into database and revised tables/queries for analyses. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 5/22/2023 | Eunice Min | Call with management to discuss branded pipeline | Business Analysis / Operations | 1.30 | 820.00 | $1,066.00 |
| 5/23/2023 | Eunice Min | Draft follow up related to pipeline | Business Analysis / Operations | 0.60 | 820.00 | $492.00 |
| 5/23/2023 | Christian Klawunder | Evaluated purchase agreement related to debtors' sale of branded business. | Sale Process | 1.30 | 740.00 | $962.00 |
| 5/23/2023 | Michael Atkinson | Review and analyze pipeline deck and develop questions | Business Analysis / Operations | 2.30 | 1,320.00 | $3,036.00 |
| 5/23/2023 | Jason Crockett | Participate in court hearing regarding KEIP/KERP, sale motion, and other issues. | Court Hearings | 2.00 | 1,030.00 | $2,060.00 |
| 5/23/2023 | Eunice Min | Review and finalize draft March fee statement. | Fee / Employment Applications | 0.80 | 820.00 | $656.00 |
| 5/23/2023 | Christian Klawunder | Analyzed materials related to debtors' sale of branded business. | Business Analysis / Operations | 1.80 | 740.00 | $1,332.00 |
| 5/23/2023 | Raul Busto | Take notes on court hearing on Avrio and KEIP/ KERP. | Court Hearings | 2.00 | 680.00 | $1,360.00 |
| 5/23/2023 | Michael Atkinson | Attend hearing | Court Hearings | 2.00 | 1,320.00 | $2,640.00 |
| 5/23/2023 | Raul Busto | Review pipeline diligence email. | Business Analysis / Operations | 0.30 | 680.00 | $204.00 |
| 5/24/2023 | Eunice Min | Review findings in latest monitor report in advance of committee call. | Business Analysis / Operations | 2.10 | 820.00 | $1,722.00 |
| 5/24/2023 | Byron Groth | Reviewed developments regarding FDA approval of rescue drugs. | Committee Activities | 0.60 | 560.00 | $336.00 |
| 5/24/2023 | Timothy Strickler | Updated schedules analyzing opioid claims. | Claims Analysis and Objections | 1.80 | 560.00 | $1,008.00 |
| 5/24/2023 | Christian Klawunder | Reviewed and analyzed debtors' latest monthly operating report. | Litigation | 1.60 | 740.00 | $1,184.00 |
| 5/24/2023 | Mitchell Boal | Began pipeline analysis, analyzing prior business plans to assess how pipeline expectations have shifted over time. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 5/24/2023 | Eunice Min | Review May entries in advance of fee statement preparation. | Fee / Employment Applications | 0.90 | 820.00 | $738.00 |
| 5/24/2023 | Eunice Min | Review news on phi products. | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 5/24/2023 | Michael Atkinson | Review and analyze pipeline products | Business Analysis / Operations | 1.80 | 1,320.00 | $2,376.00 |
| 5/24/2023 | Raul Busto | Research updates on opioid litigations. | Business Analysis / Operations | 0.90 | 680.00 | $612.00 |
| 5/24/2023 | James Bland | Analyzed most recent monitor report | Court Filings | 1.60 | 780.00 | $1,248.00 |
| 5/25/2023 | Timothy Strickler | Updated schedules analyzing non-opioid claims. | Claims Analysis and Objections | 2.10 | 560.00 | $1,176.00 |
| 5/25/2023 | Mitchell Boal | Analyze historical assumptions in prior BPs relating to pipeline products and expectations. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 5/25/2023 | Michael Atkinson | Review and consider pipeline products | Business Analysis / Operations | 1.50 | 1,320.00 | $1,980.00 |
| 5/25/2023 | Michael Atkinson | Review and prepare materials for committee call | Committee Activities | 1.20 | 1,320.00 | $1,584.00 |
| 5/25/2023 | Jason Crockett | Review of monitor report | Business Analysis / Operations | 0.40 | 1,030.00 | $412.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/25/2023 | James Bland | Committee call with monitor | Committee Activities | 0.80 | 780.00 | $624.00 |
| 5/25/2023 | Byron Groth | Analyzed issues regarding state expenditures of opioid funds. | Committee Activities | 1.20 | 560.00 | $672.00 |
| 5/25/2023 | Michael Atkinson | Review monitor report for committee call and develop questions for counsel | Committee Activities | 0.90 | 1,320.00 | $1,188.00 |
| 5/26/2023 | Mitchell Boal | Analyzed historic business plans to facilitate a net present value build-up for pipeline drugs. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/26/2023 | Mitchell Boal | Analyzed changes to the pipeline historically, drugs that entered and exited over time based on business plan presentations. | Business Analysis / Operations | 2.00 | 570.00 | $1,140.00 |
| 5/26/2023 | Mitchell Boal | Spread and analyzed net sales and gross profit figures from Rhodes pipeline products in latest business plan refresh. | Business Analysis / Operations | 1.00 | 570.00 | $570.00 |
| 5/26/2023 | Eunice Min | Analyze branded opioid scenarios and potential impact on cash flows | Business Analysis / Operations | 2.30 | 820.00 | $1,886.00 |
| 5/26/2023 | Mitchell Boal | Created charts based on net present value build-up of pipeline drugs based on historic business plans. | Business Analysis / Operations | 0.70 | 570.00 | $399.00 |
| 5/26/2023 | Mitchell Boal | Researched and analyzed the December 2022 business plan Rhode pipeline information. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 5/26/2023 | Mitchell Boal | Spread R&D data from historic business plans of the Debtors for pipeline analysis. | Business Analysis / Operations | 1.80 | 570.00 | $1,026.00 |
| 5/26/2023 | Mitchell Boal | Analyzed key metrics for pipeline assets historically within business plans. | Business Analysis / Operations | 1.30 | 570.00 | $741.00 |
| 5/28/2023 | Michael Atkinson | Review and analyze insurance filings and claims details for counsel | Business Analysis / Operations | 1.30 | 1,320.00 | $1,716.00 |
| 5/29/2023 | Mitchell Boal | Analyzed prior business plans, noting key changes in expectations for pipeline drugs. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |
| 5/29/2023 | Mitchell Boal | Spread estimated net present value data for pipeline drugs from Debtor business plan presentation. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/29/2023 | Mitchell Boal | Continued spreading estimated net present value data for pipeline drugs from Debtor business plan presentation. | Business Analysis / Operations | 0.80 | 570.00 | $456.00 |
| 5/29/2023 | Michael Atkinson | Review and analyze committee update materials on pipeline | Business Analysis / Operations | 2.20 | 1,320.00 | $2,904.00 |
| 5/29/2023 | Mitchell Boal | Created tracking model for preliminary pipeline analysis. | Business Analysis / Operations | 0.70 | 570.00 | $399.00 |
| 5/29/2023 | Mitchell Boal | Spread various tables from historic business plans to begin creation of pipeline analysis. | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/29/2023 | Mitchell Boal | Analyzed net present value predictions for existing drugs in prior business plans. | Business Analysis / Operations | 0.60 | 570.00 | $342.00 |
| 5/29/2023 | Mitchell Boal | Analyzed historic business plans for net present value predictions of various pipeline drugs. | Business Analysis / Operations | 1.50 | 570.00 | $855.00 |
| 5/30/2023 | Eunice Min | Review Second Circuit court decision of appeal | Litigation | 1.60 | 820.00 | $1,312.00 |
| 5/30/2023 | Raul Busto | Draft notes on court opinion. | Litigation | 0.80 | 680.00 | $544.00 |
| 5/30/2023 | Byron Groth | Analyzed appeal ruling. | Litigation | 0.70 | 560.00 | $392.00 |
| 5/30/2023 | Michael Atkinson | Prepare for call with debtor FA's | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/30/2023 | Michael Atkinson | Call with debtor FA's | Business Analysis / Operations | 0.50 | 1,320.00 | $660.00 |
| 5/30/2023 | Michael Atkinson | Review and update counsel on call with FA's | Business Analysis / Operations | 0.40 | 1,320.00 | $528.00 |

8

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/30/2023 | Michael Atkinson | Call with counsel regarding Second Circuit decision | Plan and Disclosure Statement | 1.00 | 1,320.00 | $1,320.00 |
| 5/30/2023 | Raul Busto | Review court opinion. | Litigation | 2.30 | 680.00 | $1,564.00 |
| 5/30/2023 | Eric Mattson | Drafted April fee statement and emailed to E. Min for review. | Fee / Employment Applications | 1.10 | 270.00 | $297.00 |
| 5/30/2023 | Eunice Min | FA update call with debtors and states | Business Analysis / Operations | 0.40 | 820.00 | $328.00 |
| 5/30/2023 | Michael Atkinson | Review and analyze Second Circuit decision | Plan and Disclosure Statement | 1.20 | 1,320.00 | $1,584.00 |
| 5/31/2023 | Mitchell Boal | Analyzed historical budget plans from the Debtor related to pipeline | Business Analysis / Operations | 0.90 | 570.00 | $513.00 |
| 5/31/2023 | Raul Busto | Analyze memo on court opinion. | Litigation | 0.70 | 680.00 | $476.00 |
| 5/31/2023 | Timothy Strickler | Imported up-to-date claims information into database and revised tables/queries for analyses. | Claims Analysis and Objections | 2.20 | 560.00 | $1,232.00 |
| 5/31/2023 | Michael Atkinson | Call with counsel regarding plan issues | Plan and Disclosure Statement | 0.90 | 1,320.00 | $1,188.00 |
| 5/31/2023 | Timothy Strickler | Reviewed and analyzed current claim schedules from claims agent. | Claims Analysis and Objections | 1.40 | 560.00 | $784.00 |
| 5/31/2023 | Mitchell Boal | Continued analysis of historic budgets for net present value build-up. | Business Analysis / Operations | 1.20 | 570.00 | $684.00 |

**EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 5/4/2023 | Miscellaneous | PACER - Quarterly research fees. | $0.30 |
| 5/31/2023 | Miscellaneous | May research fees. | $832.00 |
|  | **Total Expenses** |  | **$832.30** |