AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
|  | : |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al*., | : | Case No. 19-23649 (SHL) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |
---------------------------------------------------------------

**THIRTY-NINTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MAY 1, 2023 THROUGH MAY 31, 2023**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | May 1, 2023 – May 31, 2023 |
| **Total Fees Incurred** | $108,861.00 |
| **Voluntary Fee Reduction (10%)[2]** | $10,886.10 |
| **Total Fees Requested (Total Fees – Voluntary Fee Reduction)** | $97,974.90 |
| **20% Holdback** | $19,594.98 |
| **Total Fees Requested Less 20% Holdback** | $78,379.92 |
| **Total Expenses Incurred** | $157.60 |
| **Total Fees and Expenses Requested** | $98,132.50 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirty-Ninth Monthly Fee Statement") covering the period from May 1, 2023 through and including May 31, 2023 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529].  By this Thirty-Ninth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $97,974.90 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $157.60 incurred by Cole Schotz during the Compensation Period.

---

[2] Effective January 1, 2022, Cole Schotz agreed to reduce its monthly fees incurred in this matter by ten-percent (10%).

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period.  The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.[3]

2.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.      **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.      **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.      **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

---

[3] Cole Schotz increased its rates on September 1, 2022, consistent with its customary practice and as disclosed in Cole Schotz's retention application.  *See* ECF No. 1013.  Cole Schotz filed a notice of such rate increase on August 29, 2022.  *See* ECF No. 5043.

**NOTICE**

6.      Notice of this Thirty-Ninth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.      Objections to this Thirty-Ninth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than September 5, 2023 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Thirty-Ninth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirty-Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirty-Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be heard by the Court.


Dated: August 22, 2023                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York


/s/      *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002


- *and* –

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**EXHIBIT A**

**COMPENSATION BY TIMEKEEPER**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $740.00 | 25.6 | $18,944.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $730.00 | 3.1 | $2,263.00 |
| Anthony De Leo | 2013 | Member (Bankruptcy) (since 2023) | $685.00 | 113.20 | $77,542.00 |
| Conor D. McMullan | 2019 | Associate (Bankruptcy) (since 2022) | $375.00 | 12.9 | $4,837.50 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) (since 2020) | $400.00 | 11.5 | $4,600.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $355.00 | 1.9 | $674.50 |
| **TOTAL** | | | | **168.2** | **$108,861.00** |
| **Less Voluntary Reduction (10%)** | | | | | **($10,886.10)** |
| **Total Requested** | | | | | **$97,974.90** |

---

[1] On August 29, 2022 Cole Schotz filed its *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 5043] which adjusted hourly rates effective September 1, 2022.

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2023 THROUGH MAY 31, 2023

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Use, and Leases (Section 363) | 0.6 | $425.50 |
| Case Administration | 1.4 | $1,036.00 |
| Committee Matters and Creditor Meetings | 10.6 | $7,456.50 |
| Creditor Inquiries | 1.1 | $814.00 |
| Fee Application Matters/Objections | 15.1 | $6,488.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 72.9 | $50,544.00 |
| Preparation for and Attendance at Hearings | 6.7 | $4,804.00 |
| Prepare for and Conduct Interview and Depositions | 53.8 | $33,182.50 |
| Reorganization Plan | 6.0 | $4,110.00 |
| **TOTAL** | **168.2** | **$108,861.00** |
| **Less Voluntary Reduction (10%)** | | **($10,886.10)** |
| **Total Requested** | | **$97,974.90** |

**<u>EXHIBIT C</u>**

**<u>Invoice</u>**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas  — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | | |
|---|---|---|
| | Invoice Date: | June 8, 2023 |
| | Invoice Number: | 950263 |
| **Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Matter Number: | 60810-0001 |

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2023

| **ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)** | | | **0.60** | **425.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/20/23 | JRA | EMAIL WITH UCC MEMBERS RE UCC STATEMENT | 0.10 | 74.00 |
| 05/22/23 | PJR | REVIEW UCC STATEMENT RE: SALE PROCEEDS | 0.20 | 146.00 |
| 05/22/23 | ADL | REVIEW REVISED PLEADING RE: AVRIO SALE | 0.30 | 205.50 |

| **CASE ADMINISTRATION** | | | **1.40** | **1,036.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/30/23 | JRA | REVIEW SECOND CIRCUIT OPINION | 1.40 | 1,036.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **10.60** | **7,456.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/01/23 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND COMMITTEE UPDATE | 0.10 | 73.00 |
| 05/01/23 | JRA | EMAIL WITH A. PREIS RE UCC UPDATE | 0.10 | 74.00 |
| 05/01/23 | ADL | REVIEW UCC UPDATE | 0.30 | 205.50 |
| 05/02/23 | ADL | REVIEW UCC UPDATE | 0.10 | 68.50 |
| 05/03/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.80 | 548.00 |
| 05/03/23 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |
| 05/04/23 | ADL | ATTEND UCC CALL | 0.50 | 342.50 |
| 05/06/23 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 74.00 |
| 05/08/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.80 | 548.00 |
| 05/09/23 | JRA | REVIEW UCC UPDATE MATERIALS | 0.20 | 148.00 |
| 05/11/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.20 | 137.00 |
| 05/17/23 | JRA | EMAILS WITH A. PREIS RE TOMORROW'S UCC CALL | 0.10 | 74.00 |
| 05/17/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 1.10 | 753.50 |
| 05/18/23 | ADL | REVIEW UCC UPDATE | 0.30 | 205.50 |
| 05/18/23 | PJR | REVIEW COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.30 | 219.00 |
| 05/18/23 | JRA | T/C'S WITH A. DE LEO RE TODAY'S UCC MEETING | 0.30 | 222.00 |
| 05/18/23 | ADL | ATTEND UCC CALL | 0.90 | 616.50 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  950263 |
| | Client/Matter No. 60810-0001 | June 8, 2023 |
| | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/18/23 | PJR | PARTICIPATE ON COMMITTEE CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND UPDATE | 1.00 | 730.00 |
| 05/19/23 | JRA | REVIEW DRAFT UCC STATEMENT (.1) AND EMAILS WITH A. PREIS RE UCC UPDATES (.1) | 0.20 | 148.00 |
| 05/22/23 | JRA | REVIEW UCC UPDATE MATERIALS (.2); EMAIL WITH A. PREIS RE SAME (.1) | 0.30 | 222.00 |
| 05/22/23 | ADL | REVIEW UCC UPDATES AND ATTACHMENTS THERETO | 0.60 | 411.00 |
| 05/22/23 | PJR | REVIEW EMAILS FROM A. PREIS RE: CASE UPDATE AND COMMITTEE ISSUES | 0.20 | 146.00 |
| 05/25/23 | ADL | REVIEW UCC UPDATE AND ATTACHMENTS THERETO | 0.40 | 274.00 |
| 05/25/23 | ADL | ATTEND UCC CALL | 0.60 | 411.00 |
| 05/25/23 | PJR | REVIEW EMAIL FROM A. PREIS AND RELATED COMMITTEE MATERIALS RE: CASE STATUS AND COMMITTEE UPDATE | 0.20 | 146.00 |
| 05/26/23 | JRA | EMAILS WITH A. PREIS, M. ATKINSON AND UCC MEMBERS RE APPEALS AND CASE STATUS | 0.60 | 444.00 |
| 05/30/23 | PJR | EMAILS FROM A. PREIS RE: CASE STATUS AND UPDATES | 0.10 | 73.00 |
| 05/30/23 | ADL | REVIEW UCC UPDATE | 0.10 | 68.50 |

| **CREDITOR INQUIRIES** | | | **1.10** | **814.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/22/23 | JRA | EMAILS WITH A. DE LEO (.1) AND RETURN OF CREDITOR CALL (.1) RE TOMROROW'S HEARING | 0.20 | 148.00 |
| 05/31/23 | JRA | RETURN OPIOID CREDITOR INQUIRIES RE SECOND CIRCUIT OPINION AND NEXT STEPS | 0.90 | 666.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **15.10** | **6,488.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/23 | JRA | REVISE FEE APP | 0.40 | 296.00 |
| 05/03/23 | JRA | EMAIL WITH A. DE LEO RE FEE APPS | 0.10 | 74.00 |
| 05/08/23 | ADL | EMAIL E. LISOCVICZ RE: FEBRUARY FEE APPLICATION | 0.10 | 68.50 |
| 05/09/23 | JMD | EMAIL L. MORTON RE: DRAFT APRIL FEE STATEMENT | 0.20 | 80.00 |
| 05/09/23 | JRA | EMAILS WITH A. DE LEO RE FEE APPS | 0.20 | 148.00 |
| 05/09/23 | JMD | REVISE DRAFT MARCH FEE APPLICATION | 0.10 | 40.00 |
| 05/10/23 | LSM | DRAFT THIRTY-EIGHTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. DOUGHERTY | 1.30 | 461.50 |
| 05/11/23 | JMD | EMAILS W/ A. DE LEO RE: MARCH AND APRIL FEE APPS | 0.10 | 40.00 |
| 05/11/23 | ADL | EMAIL J. DOUGHERTY RE: MARCH FEE APPLICATION | 0.10 | 68.50 |
| 05/15/23 | JMD | REVIEW/REVISE CS APRIL FEE APP AND EXHIBITS (.9); EMAILS W/ L. MORTON RE: REQUEST LEDES FILE AND REVISIONS TO EXHIBITS (.2) | 1.10 | 440.00 |
| 05/15/23 | LSM | EMAILS WITH J. DOUGHERTY REGARDING COLE SCHOTZ MONTHLY FEE APPLICATION FOR APRIL 2023 | 0.30 | 106.50 |

COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 950263 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 8, 2023 |
| | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/17/23 | LSM | EMAILS WITH J. DOUGHERTY REGARDING APRIL MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND RELATED LEDES FILE | 0.30 | 106.50 |
| 05/17/23 | JMD | EMAILS W/ A. DE LEO RE: APRIL FEE STATEMENT | 0.20 | 80.00 |
| 05/19/23 | JRA | EMAIL WITH A. DE LEO RE FEE APP | 0.10 | 74.00 |
| 05/19/23 | ADL | REVIEW APRIL FEE APPLICATION | 0.50 | 342.50 |
| 05/25/23 | JMD | DRAFT CS TENTH INTERIM FEE APPLICATION | 4.80 | 1,920.00 |
| 05/26/23 | JMD | CONTINUE DRAFTING CS TENTH INTERIM FEE APPLICATION | 3.80 | 1,520.00 |
| 05/26/23 | JMD | EMAIL TO ACCOUNTING DEPARTMENT RE: TENTH INTERIM FEE APP INQUIRIES/MATTERS | 0.20 | 80.00 |
| 05/30/23 | JMD | EMAILS W/ A. DE LEO AND PRISCILLA CARRIG RE: INTERIM FEE APP CLARIFICATION | 0.20 | 80.00 |
| 05/30/23 | JMD | CONTINUE TO DRAFT INTERIM FEE APP (.5); EMAILS W/ A. DE LEO RE: SAME (.3) | 0.80 | 320.00 |
| 05/30/23 | JRA | EMAIL WITH E. LISOVICZ RE FEE APPS | 0.10 | 74.00 |
| 05/30/23 | ADL | EMAIL J. DOUGHERTY RE: INTERIM FEE APPLICATION | 0.10 | 68.50 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**      **72.90**     **50,544.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 1.40 | 959.00 |
| 05/01/23 | ADL | REVIW ST. PAUL 30(B)(6) LETTER | 0.20 | 137.00 |
| 05/01/23 | ADL | REVIEW CLAIMS REPORT | 0.10 | 68.50 |
| 05/01/23 | JRA | EMAILS WITH GILBERT AND A. CRAWFORD RE DISCOVERY LETTERS | 0.30 | 222.00 |
| 05/01/23 | JRA | EMAILS WITH A. CRAWFORD, R. SHORE AND A. DE LEO RE LETTER TO J. LANE | 0.30 | 222.00 |
| 05/02/23 | ADL | REVIEW ODARCZENKO DEPOSITION OUTLINE | 1.60 | 1,096.00 |
| 05/02/23 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.30 | 205.50 |
| 05/03/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.40 | 959.00 |
| 05/03/23 | JRA | FURTHER EMAILS WITH J. RUBINSTEIN AND A. DE LEO RE DISCOVERY | 0.30 | 222.00 |
| 05/04/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.30 | 1,575.50 |
| 05/07/23 | JRA | EMAILS WITH A. CRAWFORD AND A. DE LEO RE DISCOVERY ISSUES | 0.20 | 148.00 |
| 05/08/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.50 | 2,397.50 |
| 05/10/23 | JRA | EMAILS WITH A. DE LEO RE POTENTIAL ESTATE CLAIM | 0.20 | 148.00 |
| 05/11/23 | ADL | DRAFT TOLLING AMENDMENT RE: ESTATE CLAIMS | 0.40 | 274.00 |
| 05/11/23 | JRA | EMAILS WITH A. DE LEO RE POTENTIAL ESTATE CLAIM ISSUES | 0.10 | 74.00 |

COLE SCHOTZ P.C.

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 950263 | |
| | Client/Matter No. 60810-0001 | | June 8, 2023 | |
| | | | Page 4 | |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/11/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 0.90 | 616.50 |
| 05/11/23 | ADL | EMAILS RE: ESTATE CLAIM TOLLING ISSUES | 0.20 | 137.00 |
| 05/11/23 | JRA | EMAILS WITH A. DE LEO RE ASPEN AND SRCS POLICY STIP AND EXECUTION OF SAME | 0.40 | 296.00 |
| 05/11/23 | ADL | REVIEW LIBERTY POLICY STIPULATION | 0.40 | 274.00 |
| 05/11/23 | ADL | EMAIL J. ALBERTO RE: INSURANCE POLICY STIPULATIONS | 0.10 | 68.50 |
| 05/11/23 | ADL | REVIEW CLAIMS REPORT | 0.10 | 68.50 |
| 05/12/23 | ADL | EMAILS RE: INSURANCE LITIGATION DISCOVERY ISSUES | 0.10 | 68.50 |
| 05/12/23 | ADL | REVIEW AND COMMENT ON ODARCZENKO DEPOSITION REPORT | 1.60 | 1,096.00 |
| 05/12/23 | ADL | EMAIL UCC TEAM RE: ODARCZENKO DEPOSITION | 0.10 | 68.50 |
| 05/12/23 | ADL | REVIEW REVISED DRAFT OF LITIGATION STAY LETTER | 0.30 | 205.50 |
| 05/12/23 | JRA | EMAILS WITH A. DE LEO RE POTENTIAL ESTATE CLAIM | 0.20 | 148.00 |
| 05/15/23 | ADL | REVIEW PINNEY DEPOSITION NOTICE | 0.30 | 205.50 |
| 05/15/23 | ADL | EMAILS RE: POLICY STIPULATIONS | 0.10 | 68.50 |
| 05/15/23 | JRA | EMAIL WITH A. GASKE RE DISCOVERY LETTER | 0.10 | 74.00 |
| 05/15/23 | JRA | FURTHER EMAILS WITH A. DE LEO RE POTENTIAL ESTATE CLAIM | 0.10 | 74.00 |
| 05/15/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.90 | 1,301.50 |
| 05/15/23 | ADL | EMAILS RE: ESTATE CLAIMS TOLLING ISSUES | 0.10 | 68.50 |
| 05/15/23 | ADL | EMAIL COUNSEL RE: ESTATE CLAIMS ISSUE | 0.10 | 68.50 |
| 05/15/23 | ADL | EMAILS RE: CROWLEY DEPOSITION | 0.10 | 68.50 |
| 05/16/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 4.10 | 2,808.50 |
| 05/16/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 1.50 | 1,027.50 |
| 05/16/23 | ADL | INSURANCE LITIGATION STRATEGY CALL | 0.40 | 274.00 |
| 05/16/23 | ADL | EMAILS RE: INSURANCE DISCOVERY | 0.10 | 68.50 |
| 05/16/23 | ADL | REVIEW REVISED ST. PAUL POLICY STIPULATION AND EXHIBITS | 0.50 | 342.50 |
| 05/16/23 | JRA | EMAILS WITH M. RUSH AND A. DE LEO RE NAVIGATORS DISCOVERY | 0.20 | 148.00 |
| 05/17/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 1.20 | 822.00 |
| 05/17/23 | ADL | REVIEW PURDUE-UCC PRIVILEGE LOGS | 0.90 | 616.50 |
| 05/17/23 | ADL | REVIEW REVISED DRAFT CHAMBERS LETTER | 0.40 | 274.00 |
| 05/17/23 | ADL | REVIEW FILED LETTER TO JUDGE LANE RE: INSURANCE LITIGATION | 0.20 | 137.00 |
| 05/17/23 | ADL | EMAILS RE: INSURANCE DISCOVERY ISSUES | 0.30 | 205.50 |
| 05/17/23 | JRA | EMAILS WITH A. CRAWFORD AND N. CRAMB RE DISCOVERY ISSUES IN INSURANCE ADVERSARY (.2) FOLLOW UP EMAILS WITH A. DE LEO RE SAME (.1) | 0.30 | 222.00 |

## COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 950263 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 8, 2023 |
| | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/17/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.30 | 205.50 |
| 05/18/23 | JRA | CORRESPOND WITH A. DE LEO, A. VINSON, GILBERT AND INSURANCE COUNSEL RE STAY ISSUES | 0.80 | 592.00 |
| 05/19/23 | ADL | EMAIL J. ALBERTO RE: MAY 23 STATUS CONFERENCE | 0.20 | 137.00 |
| 05/19/23 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION ISSUES | 0.20 | 137.00 |
| 05/19/23 | JRA | RESEARCH RE DISMISSAL AND STAY ISSUES | 1.70 | 1,258.00 |
| 05/19/23 | JRA | EMAILS WITH P. BREENE, R. LEVERIDGE AND A. DE LEO RE STAY REQUEST | 0.50 | 370.00 |
| 05/19/23 | ADL | ATTEND INSURANCE LITIGATION STRATEGY CALL | 0.40 | 274.00 |
| 05/19/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 3.80 | 2,603.00 |
| 05/19/23 | ADL | EMAIL A. CRAWFORD RE: INSURANCE LITIGATION | 0.10 | 68.50 |
| 05/19/23 | ADL | REVIEW LIBERTY MUTUAL RESPONSES AND OBJECTIONS TO INSURANCE DISCOVERY REQUESTS | 0.30 | 205.50 |
| 05/21/23 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE APPEAL ISSUES AND DISTRIBUTIONS | 0.20 | 148.00 |
| 05/22/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 2.20 | 1,507.00 |
| 05/22/23 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 05/22/23 | ADL | CONTINUE TO REVIEW ESTATE CLAIMS RESEARCH | 0.70 | 479.50 |
| 05/22/23 | ADL | EMAIL J. ALBERTO RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 05/22/23 | ADL | CALL WITH PLAINTIFFS RE: INSURANCE LITIGATION STRATEGY ISSUES | 0.10 | 68.50 |
| 05/22/23 | JRA | EMAIL WITH A. DE LEO AND S. MILLMAN RE POTENTIAL ESTATE CLAIM | 0.10 | 74.00 |
| 05/22/23 | ADL | EMAIL COUNSEL RE: ESTATE CLAIMS TOLLING ISSUE | 0.10 | 68.50 |
| 05/22/23 | ADL | EMAILS RE INSURANCE LITIGATION ISSUES | 0.30 | 205.50 |
| 05/22/23 | ADL | REVIEW CLAIMS REPORT | 0.10 | 68.50 |
| 05/22/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.30 | 1,575.50 |
| 05/22/23 | JRA | EMAILS (.2) AND T/C (.1) WITH A. DE LEO RE INSURANCE ADVERSARY PROCEEDING | 0.30 | 222.00 |
| 05/22/23 | JRA | FURTHER EMAILS WITH P. BREENE, R. LEVERIDGE, A. VINSON AND A. DE LEO RE INSURANCE ADVERSARY PROCEEDING AND STRATEGY FOR SAME | 0.40 | 296.00 |
| 05/22/23 | JRA | PARTICIPATE IN CALL WITH R. LEVERIDGE, P. BREENE, A. CRAWFORD AND A. DE LEO RE INSURANCE ADVERSARY STRATEGY | 0.60 | 444.00 |
| 05/22/23 | JRA | REVIEW ADDITIONAL RESEARCH RESULTS FOR INSURANCE ADVERSARY STAY HEARING | 1.20 | 888.00 |
| 05/22/23 | ADL | FOLLOW UP INSURANCE LITIGATION STRATEGY CALL | 0.60 | 411.00 |
| 05/22/23 | ADL | INITIAL REVIEW OF MAY 23 HEARING OUTLINE | 0.50 | 342.50 |
| 05/22/23 | ADL | CALL A. CRAWFORD RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |

## COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  950263 |
| | Client/Matter No. 60810-0001 | June 8, 2023 |
| | | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/22/23 | JRA | PREPARE FOR CALL WITH ADVERSARY INSURANCE PLAINTIFFF'S COUNSEL | 0.50 | 370.00 |
| 05/23/23 | ADL | CALL WITH J. ALBERTO RE: 5-23 HEARING | 0.20 | 137.00 |
| 05/23/23 | ADL | CALL WITH J. ALBERTO RE: INSURANCE LITIGATION ISSUES | 0.10 | 68.50 |
| 05/23/23 | ADL | INSURANCE LITIGATION STRATEGY CALL | 0.70 | 479.50 |
| 05/23/23 | JRA | FURTHER EMAILS (.4) AND T/C'S (.2) WITH A. DE LEO, GILBERT AND P. BREENE RE TODAY'S HEARING AND NEXT STEPS RE STAY REQUEST | 0.60 | 444.00 |
| 05/23/23 | JRA | RESEARCH REGARDING STAY REQUESTS IN ADVERSARIES | 1.40 | 1,036.00 |
| 05/23/23 | ADL | CONTINUE TO REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.70 | 1,849.50 |
| 05/23/23 | ADL | REVIEW INSURANCE LITIGATION DISCOVERY LETTERS | 0.40 | 274.00 |
| 05/23/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.30 | 1,575.50 |
| 05/24/23 | ADL | FINALIZE ESTATE CLAIMS TOLLING AGREEMENT | 0.20 | 137.00 |
| 05/24/23 | ADL | EMAILS RE: INSURANCE LITIGATION ISSUES | 0.30 | 205.50 |
| 05/24/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 0.60 | 411.00 |
| 05/24/23 | JRA | T/C WITH A. PREIS RE APPEAL AND INSURANCE ADVERSARY ISSUES | 0.30 | 222.00 |
| 05/24/23 | ADL | EMAILS RE: ESTATE CLAIM TOLLING ISSUES | 0.20 | 137.00 |
| 05/24/23 | ADL | REVIEW DOCUMENTS PRODUCED IN INSURANCE ADVERSARY PROCEEDING | 2.50 | 1,712.50 |
| 05/24/23 | ADL | CALL WITH J. ALBERTO RE: INSURUANCE LITIGATION AND OTHER CASE STRATEGY MATTERS | 0.50 | 342.50 |
| 05/24/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 1.90 | 1,301.50 |
| 05/24/23 | ADL | CALL WITH THIRD PARTY COUNSEL RE: ESTATE CLAIMS TOLLING | 0.20 | 137.00 |
| 05/25/23 | ADL | EMAIL THIRD PARTY COUNSEL RE: ESTATE CLAIM TOLLING ISSUES | 0.10 | 68.50 |
| 05/25/23 | ADL | EMAILS RE: INSURANCE LITIGATION ISSUES | 0.20 | 137.00 |
| 05/25/23 | ADL | EMAIL DEBTORS RE: ESTATE CLAIM TOLLING ISSUES | 0.10 | 68.50 |
| 05/25/23 | ADL | EMAILS RE: ESTATE CLAIM TOLLING ISSUES | 0.20 | 137.00 |
| 05/25/23 | ADL | COMPILE EXECUTED TOLLING AGREEMENT RE: ESTATE CLAIMS | 0.20 | 137.00 |
| 05/26/23 | ADL | REVIEW ESTATE CLAIMS RESEARCH | 1.70 | 1,164.50 |
| 05/30/23 | JRA | RESEARCH RE IMPLICATIONS OF SECOND CIRCUIT ON STAY ISSUES FOR INSURANCE ADVERSARY | 0.80 | 592.00 |
| 05/30/23 | JRA | T/C WITH A. DE LEO RE SECOND CIRCUIT OPINION | 0.40 | 296.00 |
| 05/30/23 | JRA | CORRESPOND WITH UCC MEMBERS, A. PREIS AND INTERNALLY RE SECOND CIRCUIT OPINION | 0.80 | 592.00 |
| 05/30/23 | CDM | REVIEW SECOND CIRCUIT DECISION ENTERED 5/30/23 | 0.90 | 337.50 |
| 05/30/23 | PJR | REVIEW SECOND CIRCUIT OPINION | 0.80 | 584.00 |
| 05/30/23 | ADL | CALL WITH J. ALBERTO RE: CASE STRATEGY | 0.40 | 274.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  950263
         Client/Matter No. 60810-0001                                              June 8, 2023
                                                                                        Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/30/23 | ADL | REVIEW CLAIMS REPORT | 0.10 | 68.50 |
| 05/31/23 | JRA | SEARCH RE SECOND CIRCUIT OPINION AND EFFECT ON INSURANCE ADVERSARY | 1.50 | 1,110.00 |
| 05/31/23 | ADL | EMAIL UCC TEAM RE: INSURANCE LITIGATION STATUS CONFERENCE | 0.20 | 137.00 |
| 05/31/23 | JRA | FURTHER EMAILS WITH INSURANCE COUNSEL RE STATUS CONFERENCE AND STAY ISSUES | 0.20 | 148.00 |
| 05/31/23 | PJR | CONFERENCE WITH A. DE LEO RE: CASE STATUS, TOLLING AND ADVERSARY ISSUES | 0.20 | 146.00 |
| 05/31/23 | JRA | CORRESPOND WITH A. DE LEO, REED SMITH AND GILBERT RE STATUS CONFERENCE FOR INSURANCE ADVERSARY PROCEEDING | 0.30 | 222.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**          **6.70**     **4,804.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/19/23 | JRA | EMAILS (.2) AND T/C'S (.2) WITH A. DE LEO RE INSURANCE ADVERSARY HEARING | 0.40 | 296.00 |
| 05/19/23 | ADL | EMAILS RE: COURT CONFERENCE | 0.20 | 137.00 |
| 05/22/23 | JRA | REVEIW AMENDED HEARING AGENDA | 0.10 | 74.00 |
| 05/22/23 | ADL | REVIEW AGENDA FOR MAY 23 HEARING | 0.10 | 68.50 |
| 05/22/23 | JRA | FURTHER EMAILS WITH A. DE LEO RE TOMORROW'S HEARING AND STRATEGY FOR SAME | 0.20 | 148.00 |
| 05/23/23 | JRA | ATTEND HEARING | 2.20 | 1,628.00 |
| 05/23/23 | ADL | ATTEND 5-23 HEARING | 2.00 | 1,370.00 |
| 05/23/23 | JRA | PREPARE FOR TODAY'S HEARING | 1.00 | 740.00 |
| 05/23/23 | ADL | REVIEW MAY 23 HEARING OUTLINE | 0.50 | 342.50 |

**PREPARE FOR AND CONDUCT INTERVIEW AND DEPOSITIONS**          **53.80**     **33,182.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/02/23 | JRA | EMAIL WITH C. SORENSON RE DEPOSITION | 0.10 | 74.00 |
| 05/03/23 | JRA | EMAILS WITH P. BREENE RE DEPS | 0.10 | 74.00 |
| 05/05/23 | ADL | REVIEW REVISED DRAFT OF ODARCZENKO DEPOSIION OUTLINE | 1.60 | 1,096.00 |
| 05/05/23 | ADL | CONTINUE TO REVIEW EXHIBITS FOR ODARCZENKO DEPOSITION | 1.90 | 1,301.50 |
| 05/05/23 | ADL | REVIEW EXHIBITS FOR ODARCZENKO DEPOSITION | 2.80 | 1,918.00 |
| 05/09/23 | ADL | REVIEW DOCUMENTS AND PREPARE FOR ODARCZENKO DEPOSITION | 3.50 | 2,397.50 |
| 05/09/23 | ADL | TRAVEL TO ODARCZENKO DEPOSITION (1/2 TIME) | 3.00 | 2,055.00 |
| 05/09/23 | JRA | CORRESPOND WITH A. DE LEO RE DEP | 0.20 | 148.00 |
| 05/10/23 | ADL | PREPARE FOR ODARCZENKO DEPOSITION | 1.20 | 822.00 |
| 05/10/23 | ADL | ATTEND DEPOSITION OF SONIA ODARCZENKO | 7.50 | 5,137.50 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  950263 |
| | Client/Matter No. 60810-0001 | June 8, 2023 |
| | | Page 8 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/10/23 | CDM | ATTEND DEPOSITION OF SONIA ODARCZENKO FOR NAVIGATORS | 7.50 | 2,812.50 |
| 05/10/23 | ADL | TRAVEL HOME FROM ODARCZENKO DEPOSITION (1/2 TIME) | 2.50 | 1,712.50 |
| 05/10/23 | JRA | CORRESPOND WITH A. DE LEO AND C. MCMULLAN RE DEP | 0.30 | 222.00 |
| 05/10/23 | CDM | REVIEW AND EDIT NOTES FROM DEPOSITION OF SONIA ODARCZENKO FOR NAVIGATORS | 0.80 | 300.00 |
| 05/11/23 | ADL | ATTEND FOGEL DEPOSITION PREP SESSION | 5.00 | 3,425.00 |
| 05/11/23 | CDM | DRAFT SUMMARY RE: DEPOSITION OF SONIA ODARCZENKO FOR NAVIGATORS | 3.70 | 1,387.50 |
| 05/15/23 | JRA | REVIEW UPDATED DEPOSITION CHART | 0.10 | 74.00 |
| 05/15/23 | ADL | REVIEW FOGEL DEPOSITION OUTLINE | 1.50 | 1,027.50 |
| 05/15/23 | ADL | REVIEW FOGEL HOT DOCS CHART | 0.30 | 205.50 |
| 05/15/23 | ADL | REVIEW FOGEL HOT DOCS | 2.60 | 1,781.00 |
| 05/16/23 | ADL | EMAIL C. MCMULLAN RE: INSURANCE DEPOSITIONS | 0.10 | 68.50 |
| 05/16/23 | ADL | REVIEW INSURANCE DEPOSITION CALENDAR | 0.20 | 137.00 |
| 05/18/23 | ADL | ATTEND FOGEL DEPOSITION PREP SESSION | 4.30 | 2,945.50 |
| 05/18/23 | ADL | REVIEW REVISED FOGEL DEPOSITION OUTLINE | 2.10 | 1,438.50 |
| 05/19/23 | ADL | EMAILS RE: INSURANCE DEPOSITIONS | 0.20 | 137.00 |
| 05/19/23 | ADL | REVIEW ADDITIONAL DOCUMENTS RE: FOGEL DEPOSITION | 0.60 | 411.00 |
| 05/25/23 | JRA | EMAILS WITH L. SZYMANSKI RE DEPS | 0.10 | 74.00 |

| **REORGANIZATION PLAN** | | | **6.00** | **4,110.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/30/23 | ADL | EMAIL J. ALBERTO RE: PLAN ISSUES | 0.20 | 137.00 |
| 05/30/23 | ADL | REVIEW JUDGE MCMAHON DECISION RE: POTENTIAL OPEN ISSUES | 1.20 | 822.00 |
| 05/30/23 | ADL | REVIEW AND ANALYZE SECOND CIRCUIT OPINION | 3.60 | 2,466.00 |
| 05/30/23 | ADL | CALL WITH J. ALBERTO RE: SECOND CIRCUIT OPINION AND RELATED PLAN ISSUES | 0.40 | 274.00 |
| 05/31/23 | ADL | CALL WITH J. ALBERTO RE: STRATEGY POST-SECOND CIRCUIT DECISION | 0.40 | 274.00 |
| 05/31/23 | ADL | CALL WITH P. REILLEY RE: SECOND CIRCUIT DECISION | 0.20 | 137.00 |

|  | | TOTAL HOURS | 168.20 | |
|---|---|---|---|---|

| | | |
|---|---|---|
| PROFESSIONAL SERVICES: | | $108,861.00 |
| COURTESY DISCOUNT: | | $(10,886.10) |
| ADJUSTED PROFESSIONAL SERVICES: | | $97,974.90 |

**COLE SCHOTZ P.C.**

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  950263
           Client/Matter No. 60810-0001                                            June 8, 2023
                                                                                        Page 9

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anthony De Leo | Member | 113.20 | 685.00 | 77,542.00 |
| Conor D. McMullan | Associate | 12.90 | 375.00 | 4,837.50 |
| Jack M. Dougherty | Associate | 11.50 | 400.00 | 4,600.00 |
| Justin R. Alberto | Member | 25.60 | 740.00 | 18,944.00 |
| Morton, Larry | Paralegal | 1.90 | 355.00 | 674.50 |
| Patrick J. Reilley | Member | 3.10 | 730.00 | 2,263.00 |
| **Total** | | **168.20** | | **$108,861.00** |

**<u>EXHIBIT D</u>**

**EXPENSE SUMMARY**
**<u>MAY 1, 2023 THROUGH MAY 31, 2023</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopy/Printing/Scanning | | $43.00 |
| Out of Town Travel | | $114.6 |
| **TOTAL** | | **$157.60** |

**<u>EXHIBIT E</u>**

**<u>Expense Detail</u>**

**COLE SCHOTZ P.C.**

Re:       OFFICIAL COMMITTEE OF UNSECURED CREDITORS                     Invoice Number  950263
          Client/Matter No. 60810-0001                                                June 8, 2023
          _____
                                                                                      Page 10

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 05/02/23 | PHOTOCOPY /PRINTING/ SCANNING | 50.00 | 5.00 |
| 05/10/23 | PHOTOCOPY /PRINTING/ SCANNING | 1.00 | 0.10 |
| 05/10/23 | PHOTOCOPY /PRINTING/ SCANNING | 9.00 | 0.90 |
| 05/16/23 | Taxi to Hotel (Deposition in Purdue Case) | 1.00 | 62.10 |
| 05/16/23 | Uber to Airport (Deposition in Purdue Case) | 1.00 | 52.50 |
| 05/30/23 | PHOTOCOPY /PRINTING/ SCANNING | 86.00 | 8.60 |
| 05/30/23 | PHOTOCOPY /PRINTING/ SCANNING | 142.00 | 14.20 |
| 05/30/23 | PHOTOCOPY /PRINTING/ SCANNING | 142.00 | 14.20 |
| | | **Total** | **$157.60** |

TOTAL SERVICES AND COSTS:                                          $        98,132.50